*GRAE v. CORRECTIONS CORPORATION OF AMERICA, et al.*

**LIST OF PLAINTIFF'S ATTORNEYS:**

PAUL KENT BRAMLETT, TN #7387/MS #4291
ROBERT PRESTON BRAMLETT, TN #25895
40 Burton Hills Blvd., Suite 200
P. O. Box 150734
Nashville, TN 37215
Telephone:    615.248.2828
Facsimile:    866.816.4116
E-mails: PKNASHLAW@aol.com
         Robert@BramlettLawOffices.com

**POMERANTZ LLP**
Jeremy A. Lieberman
J. Alexander Hood II
Marc C. Gorrie
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  (212) 661-1100
Facsimile:  (212) 661-8665
Email:  jalieberman@pomlaw.com
        ahood@pomlaw.com
        mgorrie@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone:  (312) 377-1181
Facsimile:  (312) 377-1184
Email:  pdahlstrom@pomlaw.com

**GOLDBERG LAW PC**
Michael Goldberg
Brian Schall
1999 Avenue of the Stars
Suite 1100
Los Angeles, CA 90067
Telephone: 1-800-977-7401
Fax: 1-800-536-0065
Email:  michael@goldberglawpc.com
        brian@goldberglawpc.com