**CORRECTIONS CORPORATION OF AMERICA (CXW)**                              **Bollinger Grae, Nikki**

## LIST OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHS/UTS | PRICE PER SH/UT |
|---|---|---|---|
| 7/22/2016 | Purchase | 400 | $32.1500 |