# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and *Plaintiff* <br> v. <br> Corrections Corporation of America, Damon T. *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 3-16-2267 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Corrections Corporation of America
10 Burton Hills Boulevard
Nashville, TN 37215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul Kent Bramlett/Robert P. Bramlett, Bramlett Law Offices, P.O. Box 150734, Nashville, TN 37215, 615.248.2828; Jeremy A. Lieberman/J. Alexander Hood II/ Marc C. Gorrie, Pomerantz LLP, 600 Third Ave., 20th Floor, New York, NY 10016, 212.661.1100; Patrick V. Dahlstrom, Pomerantz LLP, 10 S. La Salle St., Ste 3505, Chicago, IL 60603, 312.377.1181; Michael Goldberg/Brian Schall Goldberg Law PC, 1999 Avenue of the Stars, Ste 1100, Los Angeles, CA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: AUG 25 2016

_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and <br> *Plaintiff* <br> v. <br> Corrections Corporation of America, Damon T. <br> *Defendant* | ) <br> ) <br> ) Civil Action No. **3-16-2267** <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Damon T. Hiniger
    c/o Corrections Corporation of America
    10 Burton Hills Boulevard
    Nashville, TN 37215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Paul Kent Bramlett/Robert P. Bramlett, Bramlett Law Offices, P.O. Box 150734,
    Nashville, TN 37215, 615.248.2828; Jeremy A. Lieberman/J. Alexander Hood II/
    Marc C. Gorrie, Pomerantz LLP, 600 Third Ave., 20th Floor, New York, NY
    10016, 212.661.1100; Patrick V. Dahlstrom, Pomerantz LLP, 10 S. La Salle St.,
    Ste 3505, Chicago, IL 60603, 312.377.1181; Michael Goldberg/Brian
    Schall, Goldberg Law PC, 1999 Avenue of the Stars, Ste 1100, Los Angeles, CA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    AUG 2 5 2016             *[signature]*
                                                         *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | | |
|---|---|---|
| NIKKI BOLLINGER GRAE, Individually and | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3-16-2267 |
| | ) | |
| Corrections Corporation of America, Damon T. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    David M. Garfinkle
    c/o Corrections Corporation of America
    10 Burton Hills Boulevard
    Nashville, TN 37215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Paul Kent Bramlett/Robert P. Bramlett, Bramlett Law Offices, P.O. Box 150734,
    Nashville, TN 37215, 615.248.2828; Jeremy A. Lieberman/J. Alexander Hood II/
    Marc C. Gorrie, Pomerantz LLP, 600 Third Ave., 20th Floor, New York, NY
    10016, 212.661.1100; Patrick V. Dahlstrom, Pomerantz LLP, 10 S. La Salle St.,
    Ste 3505, Chicago, IL 60603, 312.377.1181; Michael Goldberg/Brian
    Schall, Goldberg Law PC, 1999 Avenue of the Stars, Ste 1100, Los Angeles, CA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: AUG 25 2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | | |
|---|---|---|
| NIKKI BOLLINGER GRAE, Individually and <br> *Plaintiff* <br> v. <br> Corrections Corporation of America, Damon T. <br> *Defendant* | ) ) ) ) ) ) ) ) | Civil Action No. 3-16-2267 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
        Todd J. Mullenger
        c/o Corrections Corporation of America
        10 Burton Hills Boulevard
        Nashville, TN 37215

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Paul Kent Bramlett/Robert P. Bramlett, Bramlett Law Offices, P.O. Box 150734,
        Nashville, TN 37215, 615.248.2828; Jeremy A. Lieberman/J. Alexander Hood II/
        Marc C. Gorrie, Pomerantz LLP, 600 Third Ave., 20th Floor, New York, NY
        10016, 212.661.1100; Patrick V. Dahlstrom, Pomerantz LLP, 10 S. La Salle St.,
        Ste 3505, Chicago, IL 60603, 312.377.1181; Michael Goldberg/Brian
        Schall, Goldberg Law PC, 1900 Avenue of the Stars, Ste 1100, Los Angeles, CA

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                                               CLERK OF COURT

Date:    AUG 25 2016                                                             *Signature of Clerk or Deputy Clerk*

Case 3:16-cv-02267    Document 4    Filed 08/25/16    Page 4 of 4 PageID #: 45