UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

NIKKI BOLLINGER GRAE

    Plaintiff,

v.

                                                Case No.    3:16-cv-2267

CORRECTIONS CORPORATION
OF AMERICA, et al.

    Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Plaintiff, Nikki Bollinger Grae hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the Northern District of Illinois. Attached is a Certificate of Good Standing from that Court.

s/ [signature]
Signature

Name: Patrick V. Dahlstrom

Address: POMERANTZ LLP

Address: 3505 South LaSalle Street, Suite 3505

Address: Chicago, Illinois 60603

Phone: 312-377-1181

Email: pdahlstrom@pomlaw.com

**FEE: $75.00
(*Note: The fee may be paid through the credit card module on the Court's ECF System if the motion is filed electronically, or it may be forwarded to the Clerk within 21 days after the filing. If forwarded to the Clerk, payment should be in the form of a check, cashier's check, or money order payable to the Clerk, U. S. District Court, 801 Broadway, Room 800, Nashville, TN 37203.)

\* \* \* INCLUDE A CERTIFICATE OF SERVICE \* \* \*

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Patrick Vincent Dahlstrom

*Northern District of Illinois*

I, Thomas G. Bruton, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Patrick Vincent Dahlstrom was duly admitted to practice in said Court on (11/30/1999) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois on (07/11/2016 )

Thomas G. Bruton, Clerk,
By: David A. Jozwiak
Deputy Clerk

CERTIFICATE OF SERVICE

      This is to certify that a true and exact copy of the above and foregoing ***Motion for Admission Pro Hac Vice*** has this date been filed on the Court's electronic filing system, and that Defendants (not yet represented by counsel) have been served a copy via regular U. S. Mail at their regular mailing address of 10 Burton Hills Boulevard, Nashville, TN 37215.

      SO CERTIFIED this 30th day of August 2016.

      s/*Paul Kent Bramlett*
      Paul Kent Bramlett