# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

NIKKI BOLLINGER GRAE

    Plaintiff,

v.

CORRECTIONS CORPORATION
OF AMERICA, et al.

    Defendant.

Case No. 3:16-cv-2267

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Plaintiff, Nikki Bollinger Grae hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the Southern District of New York. Attached is a Certificate of Good Standing from that Court.

s/ [signature]

Signature

Name: J. Alexander Hood II

Address: POMERANTZ LLP

Address: 600 Third Avenue, Floor 20

Address: New York, New York 10016

Phone: 212-661-1100

Email: ahood@pomlaw.com

**FEE: $75.00

(*Note: The fee may be paid through the credit card module on the Court's ECF System if the motion is filed electronically, or it may be forwarded to the Clerk within 21 days after the filing. If forwarded to the Clerk, payment should be in the form of a check, cashier's check, or money order payable to the Clerk, U. S. District Court, 801 Broadway, Room 800, Nashville, TN 37203.)

* * * INCLUDE A CERTIFICATE OF SERVICE * * *

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, Ruby J. Krajick, Clerk of this Court, certify that

**JOSEPH ALEXANDER HOOD II**, Bar # **JA4625**

was duly admitted to practice in this Court on

**AUGUST 13th, 2015**, and is in good standing as a member of the Bar of this Court.

Dated at 500 Pearl Street
New York, New York    on    **JULY 11th, 2016**

Ruby J. Krajick
Clerk

by *Wayne Bowmc*
Deputy Clerk

CERTIFICATE OF SERVICE

      This is to certify that a true and exact copy of the above and foregoing ***Motion for Admission Pro Hac Vice*** has this date been filed on the Court's electronic filing system, and that Defendants (not yet represented by counsel) have been served a copy via regular U. S. Mail at their regular mailing address of 10 Burton Hills Boulevard, Nashville, TN 37215.

      SO CERTIFIED this 30th day of August 2016.

                                 s/*Paul Kent Bramlett*
                                 Paul Kent Bramlett