UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

==Motion GRANTED.== *[signature]*

NIKKI BOLLINGER GRAE

   Plaintiff,

v.

                                    Case No.   3:16-cv-2267

CORRECTIONS CORPORATION
OF AMERICA, et al.

   Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for    Plaintiff, Nikki Bollinger Grae    hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the   Northern District of Illinois  .

Attached is a Certificate of Good Standing from that Court.

                                   s/ *[signature]*
                                           Signature

Name:   Patrick V. Dahlstrom

Address:   POMERANTZ LLP

Address:   3505 South LaSalle Street, Suite 3505

Address:   Chicago, Illinois 60603

Phone:   312-377-1181

Email:   pdahlstrom@pomlaw.com

**FEE: $75.00

(*Note: The fee may be paid through the credit card module on the Court's ECF System if the motion is filed electronically, or it may be forwarded to the Clerk within 21 days after the filing. If forwarded to the Clerk, payment should be in the form of a check, cashier's check, or money order payable to the Clerk, U. S. District Court, 801 Broadway, Room 800, Nashville, TN 37203.)

\* \* \* INCLUDE A CERTIFICATE OF SERVICE \* \* \*