UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

**Motion GRANTED.**

NIKKI BOLLINGER GRAE

    Plaintiff,

v.

CORRECTIONS CORPORATION
OF AMERICA, et al.

    Defendant.

Case No.   3:16-cv-2267

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Plaintiff, Nikki Bollinger Grae hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the Southern District of New York. Attached is a Certificate of Good Standing from that Court.

s/
Signature

Name: Jeremy A. Lieberman

Address: POMERANTZ LLP

Address: 600 Third Avenue, Floor 20

Address: New York, New York 10016

Phone: 212-661-1100

Email: jalieberman@pomlaw.com

**FEE: $75.00

(*Note: The fee may be paid through the credit card module on the Court's ECF System if the motion is filed electronically, or it may be forwarded to the Clerk within 21 days after the filing. If forwarded to the Clerk, payment should be in the form of a check, cashier's check, or money order payable to the Clerk, U. S. District Court, 801 Broadway, Room 800, Nashville, TN 37203.)

* * * INCLUDE A CERTIFICATE OF SERVICE * * *