# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and ⊞ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3-16-2267 |
| Corrections Corporation of America, Damon T. ⊞ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Damon T. Hiniger
c/o Corrections Corporation of America
10 Burton Hills Boulevard
Nashville, TN 37215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul Kent Bramlett/Robert P. Bramlett, Bramlett Law Offices, P.O. Box 150734, Nashville, TN 37215, 615.248.2828; Jeremy A. Lieberman/J. Alexander Hood II/ Marc C. Gorrie, Pomerantz LLP, 600 Third Ave., 20th Floor, New York, NY 10016, 212.661.1100; Patrick V. Dahlstrom,Pomerantz LLP, 10 S. La Salle St., Ste 3505, Chicago, IL 60603, 312.377.1181; Michael Goldberg/Brian Schall, Goldberg Law PC, 1999 Avenue of the Stars, Ste 1100, Los Angeles, CA ⊞

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

CLERK OF COURT

Date: AUG 25 2016

*Signature of Clerk or Deputy Clerk*

**RETURN COPY**

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Damon T. Hiniger
was received by me on *(date)* 8/26/16 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kelly Atwood, Sr. Litigation Specialist, who is designated by law to accept service of process on behalf of *(name of organization)* Damon T. Hiniger at Corrections Corporation of America on *(date)* 8/29/16 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 9/9/16

*Server's signature*

Robert P. Bramlett, Attorney for Plaintiff
*Printed name and title*

Bramlett Law Offices
P.O. Box 150734
Nashville, TN 37215
*Server's address*

Additional information regarding attempted service, etc: