UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

|  |  |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:16-cv-02267 |
| Plaintiff, | Judge Aleta A. Trauger |
| v. |  |
| CORRECTIONS CORPORATION OF AMERICA, DAMON T. HININGER, DAVID M. GARFINKLE, and TODD J. MULLENGER, |  |
| Defendants. |  |

## NOTICE OF APPEARANCE OF MILTON S. MCGEE, III

Please take notice that Milton S. McGee, III with the law firm Riley Warnock & Jacobson, PLC hereby appears as counsel of record for Defendants Corrections Corporation of America, Damon T. Hininger, David M. Garfinkle, and Todd J. Mullenger.

Respectfully submitted,

s/ Milton S. McGee, III
Steven A. Riley (BPR #006258)
Milton S. McGee, III (BPR #024150)
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
Telephone: (615) 320-3700
Facsimile: (615) 320-3737
sriley@rwjplc.com
tmcgee@rwjplc.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that service of the foregoing document was made upon the following Filing Users through the Electronic Filing System:

Paul Kent Bramlett
Robert Preston Bramlett
BRAMLETT LAW OFFICES
40 Burton Hills Blvd., Suite 200
P.O. Box 150734
Nashville, TN 37215
pknashlaw@aol.com
robert@bramlettlawoffices.com

Jeremy A. Lieberman
J. Alexander Hood II
Marc C. Gorrie
POMERANTZ LLP
600 Third Ave., 20th Floor
New York, NY 10016
jalieberman@pomlaw.com
ahood@pomlaw.com
mgorrie@pomlaw.com

Patrick V. Dahlstrom
P OMERANTZ LLP
10 South La Salle St., Suite 3505
Chicago, IL 60603
pdahlstrom@pomlaw.com

Michael Goldberg
Brian Schall
GOLDBERG LAW PC
1999 Avenue of the Stars, Suite 100
Los Angeles, CA 90067
michael@goldberglawpc.com
brian@goldberglawpc.com

and via email upon:

David J. Schindler (*pro hac* application to be filed)
Brian T. Glennon (*pro hac* application to be filed)
Nathan M. Saper (*pro hac* application to be filed)
LATHAM & WATKINS LLP
355 South Grand Ave.
Los Angeles, CA 90071
david.schindler@lw.com
brian.glennon@lw.com
nathan.saper@lw.com

This the 20th day of September, 2016.

                                                        s/ Milton S. McGee, III