UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated, ) ) ) ) Plaintiff, ) ) v. ) ) CORRECTIONS CORPORATION OF ) AMERICA, DAMON T. HININGER, ) DAVID M. GARFINKLE, and TODD J. ) MULLENGER, ) ) Defendants. ) | Case No. 3:16-cv-02267 Judge Aleta A. Trauger |

## CORPORATE DISCLOSURE STATEMENT
## OF CORRECTIONS CORPORATION OF AMERICA

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Rule 7.02 of the Local Rules of the Court for the Middle District of Tennessee, Defendant Corrections Corporation of America hereby discloses that it has no parent corporations and there are no publicly held companies that directly own 10% or more of Corrections Corporation of America stock.

Respectfully submitted,

s/ Steven A. Riley
Steven A. Riley (BPR #006258)
Milton S. McGee, III (BPR #024150)
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
Telephone: (615) 320-3700
Facsimile: (615) 320-3737
sriley@rwjplc.com
tmcgee@rwjplc.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing document was made upon the following Filing Users through the Electronic Filing System:

| | |
|---|---|
| Paul Kent Bramlett | Patrick V. Dahlstrom |
| Robert Preston Bramlett | POMERANTZ LLP |
| BRAMLETT LAW OFFICES | 10 South La Salle St., Suite 3505 |
| 40 Burton Hills Blvd., Suite 200 | Chicago, IL 60603 |
| P.O. Box 150734 | pdahlstrom@pomlaw.com |
| Nashville, TN 37215 | |
| pknashlaw@aol.com | Michael Goldberg |
| robert@bramlettlawoffices.com | Brian Schall |
| | GOLDBERG LAW PC |
| Jeremy A. Lieberman | 1999 Avenue of the Stars, Suite 100 |
| J. Alexander Hood II | Los Angeles, CA 90067 |
| Marc C. Gorrie | michael@goldberglawpc.com |
| POMERANTZ LLP | brian@goldberglawpc.com |
| 600 Third Ave., 20th Floor | |
| New York, NY 10016 | |
| jalieberman@pomlaw.com | |
| ahood@pomlaw.com | |
| mgorrie@pomlaw.com | |

and via email upon:

David J. Schindler (*pro hac* application to be filed)
Brian T. Glennon (*pro hac* application to be filed)
Nathan M. Saper (*pro hac* application to be filed)
LATHAM & WATKINS LLP
355 South Grand Ave.
Los Angeles, CA 90071
david.schindler@lw.com
brian.glennon@lw.com
nathan.saper@lw.com

this the 21st day of September, 2016.

                  s/ Steven A. Riley