## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

_____

NIKKI BOLLINGER GRAE, Individually   )
and on Behalf of All Others Similarly   )
Situated,   )

       Plaintiff,

        v.

CORRECTIONS CORPORATION OF
AMERICA, DAMON T. HININGER,
DAVID M. GARFINKLE, and TODD J.
MULLENGER,

       Defendants.
_____

Case No. 3:16-cv-02267

Judge Aleta A. Trauger

## MOTION TO ADMIT DAVID J. SCHINDLER, BRIAN T. GLENNON AND NATHAN M. SAPER PRO HAC VICE

Pursuant to Local Rule 83.01(d), Defendants Corrections Corporation of America, Damon T. Hininger, David M. Garfinkle, and Todd J. Mullenger, hereby move the Court for an Order allowing David J. Schindler, Brian T. Glennon and Nathan M. Saper of the firm Latham & Watkins, LLP, 355 South Grand Avenue, Los Angeles, California 90071, (213) 485-1234, david.schindler@lw.com, brian.glennon@lw.com, nathan.saper@lw.com to appear and practice in this action. As evidenced by the Certificates of Good Standing submitted herewith, Mr. Schindler, Mr. Glennon and Mr. Saper are a members in good standing of the United States District Court for the Central District of California.

Respectfully submitted,


 s/ Steven A. Riley
Steven A. Riley (BPR# 6258)
Milton S. McGee, III (BPR# 24150)
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, Tennessee 37203
(615) 320-3700
sriley@rwjplc.com
tmcgee@rwjplc.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing document was made upon the following Filing Users through the Electronic Filing System:

Paul Kent Bramlett
Robert Preston Bramlett
BRAMLETT LAW OFFICES
40 Burton Hills Blvd., Suite 200
P.O. Box 150734
Nashville, TN 37215
pknashlaw@aol.com
robert@bramlettlawoffices.com

Jeremy A. Lieberman
J. Alexander Hood II
Marc C. Gorrie
POMERANTZ LLP
600 Third Ave., 20th Floor
New York, NY 10016
jalieberman@pomlaw.com
ahood@pomlaw.com
mgorrie@pomlaw.com

Patrick V. Dahlstrom
P OMERANTZ LLP
10 South La Salle St., Suite 3505
Chicago, IL 60603
pdahlstrom@pomlaw.com

Michael Goldberg
Brian Schall
GOLDBERG LAW PC
1999 Avenue of the Stars, Suite 100
Los Angeles, CA 90067
michael@goldberglawpc.com
brian@goldberglawpc.com

and via email upon:

David J. Schindler (*pro hac* application to be filed)
Brian T. Glennon (*pro hac* application to be filed)
Nathan M. Saper (*pro hac* application to be filed)
LATHAM & WATKINS LLP
355 South Grand Ave.
Los Angeles, CA 90071
david.schindler@lw.com
brian.glennon@lw.com
nathan.saper@lw.com

this the 21st day of September, 2016.

s/ Steven A. Riley _____

3