# United States District Court

## Central District of California

## CERTIFICATE OF
## GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

_____, Bar No. _____

was duly admitted to practice in this Court on _____

*DATE*

and                                        as a member of the Bar

of this Court.

Dated at Los Angeles, California

on _____

*Date*

KIRY K. GRAY
Clerk of Court

By _____

, Deputy Clerk