# United States District Court

## Central District of California

# CERTIFICATE OF GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

_____, Bar No. _____

was duly admitted to practice in this Court on _____
DATE

and _____ as a member of the Bar

of this Court.

Dated at Los Angeles, California

on _____
*Date*

KIRY K. GRAY
Clerk of Court

By *AKennike*

, Deputy Clerk

G-52 (10/15)    CERTIFICATE OF GOOD STANDING

Case 3:16-cv-02267    Document 25    Filed 09/21/16    Page 1 of 1 PageID #: 90