# United States District Court

## Central District of California

# CERTIFICATE OF
# GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

_____, Bar No. _____

was duly admitted to practice in this Court on _____
                                                         DATE

and _____ as a member of the Bar

of this Court.

Dated at Los Angeles, California

on _____
        *Date*

KIRY K. GRAY
Clerk of Court

By  *AKennike*
                          , Deputy Clerk