Motion GRANTED.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CORRECTIONS CORPORATION OF AMERICA, DAMON T. HININGER, DAVID M. GARFINKLE, and TODD J. MULLENGER,<br><br>Defendants. | Case No. 3:16-cv-02267<br><br>Judge Aleta A. Trauger |

## MOTION TO ADMIT DAVID J. SCHINDLER, BRIAN T. GLENNON AND NATHAN M. SAPER PRO HAC VICE

Pursuant to Local Rule 83.01(d), Defendants Corrections Corporation of America, Damon T. Hininger, David M. Garfinkle, and Todd J. Mullenger, hereby move the Court for an Order allowing David J. Schindler, Brian T. Glennon and Nathan M. Saper of the firm Latham & Watkins, LLP, 355 South Grand Avenue, Los Angeles, California 90071, (213) 485-1234, david.schindler@lw.com, brian.glennon@lw.com, nathan.saper@lw.com to appear and practice in this action. As evidenced by the Certificates of Good Standing submitted herewith, Mr. Schindler, Mr. Glennon and Mr. Saper are a members in good standing of the United States District Court for the Central District of California.