# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated, | )<br>)<br>) |
| Plaintiff, | ) Case No. 3:16-cv-02267 |
| v. | ) Judge Aleta A. Trauger |
| CORRECTIONS CORPORATION OF AMERICA, DAMON T. HININGER, DAVID M. GARFINKLE, and TODD J. MULLENGER, | )<br>)<br>)<br>) |
| Defendants. | ) |

## [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE

The initial case management conference in this case is currently scheduled for 1:00 p.m. on November 9, 2016. (Dkt. No. 5.) Given (i) the Court's pending determination of the Lead Plaintiff for the putative class; (ii) the likelihood that the Lead Plaintiff will seek to file a Consolidated Amended Complaint; and (iii) that, pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b)(3)(B)(i), all discovery and other proceedings are stayed during the pendency of any motions to dismiss, the Court agrees that it is appropriate to continue the initial case management conference.

Accordingly, the Parties' Joint Motion to Continue the Initial Case Management Conference is granted. It is hereby **ORDERED** that the initial case management conference currently scheduled for 1:00 p.m. on November 9, 2016 is **CONTINUED**, to be reset, if appropriate, following appointment of a Lead Plaintiff in this action and a decision on motions to dismiss the Lead Plaintiff's Consolidated Amended Complaint.

It is so **ORDERED**.

ENTERED this _____ day of _____, 2016.

                                                    _____
                                                    Hon. Aleta A. Trauger
                                                    United States District Judge