**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CORRECTIONS CORPORATION OF AMERICA, DAMON T. HINIGER, and DAVID M. GARFINKLE, TODD J. MULLENGER,<br><br>Defendants. | Case No. 3:16-CV-02267<br><br>Judge Aleta A. Trauger |

## MOTION OF BURTON SIEGAL FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL

Burton Siegal ("Movant") moves this Court for an Order pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for his appointment to serve as Lead Plaintiff on behalf of all persons who purchased Corrections Corporation of America securities between February 27, 2012 and August 17, 2016, inclusive, seeking to pursue remedies under the Exchange Act and Rule 10b-5, promulgated thereunder (the "Class"); and for the approval of his choice of Holifield • Janich & Associates, PLLC as Liaison Counsel and Levi & Korsinsky, LLP as Lead Counsel.

In support, Movant submits the Declaration of Al Holifield, a Memorandum of Law, and Proposed Order. In further support, Movant, pursuant to the PSLRA, is believed to constitute the

1

investor with the largest financial interest in the outcome of the case for the Class, and is otherwise

the most adequate lead plaintiff. Movant satisfies the requirements of the PSLRA and Rule 23 of the

Federal Rules of Civil Procedure in that his claims are typical of the claims of the Class, and that she

will fairly and adequately represent the interests of the Class. Movant's choice of counsel should be

accepted by this Court because his selected counsel is a nationally recognized firm with extensive

experience and expertise in securities fraud and other class actions.

Dated: October 24, 2016             Respectfully submitted,

**HOLIFIELD • JANICH & ASSOCIATES, PLLC**

/s/ Al Holifield
Al Holifield, Esq.
11907 Kingston Pike, Ste. 201
Knoxville, Tennessee 37934
Tel: (865) 566-0115
Fax: (865) 566-0119
Email: aholifield@holifieldlaw.com

*Liaison Counsel*

**LEVI & KORSINSKY LLP**
Nicholas I. Porritt, Esq.
Adam. M. Apton, Esq.
LEVI & KORSINSKY LL
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 333-2121
Email: nporritt@zlk.com
Email: aapton@zlk.com
*(Pro Hac Vice Application To Be Submitted)*

*Counsel for Movant Burton Siegal and Proposed
Lead Counsel for the Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this the 24th day of October, 2016, the foregoing Motion of Burton Siegal for Appointment as Lead Plaintiff, and Approval of Selection of Counsel was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Paul Kent Bramlett
Bramlett Law Offices
P O Box 150734
Nashville, TN 37215
(615) 248-2828
Fax: (615) 254-4116
Email: pknashlaw@aol.com
*Counsel for Plaintiff*

Brian Schall
Goldberg Law PC
1999 Avenue of the Starts
Suite 1100
Los Angeles, CA 90067
(800) 977-7401
Fax: (800) 536-0065
Email: brian@goldberglawpc.com
*Counsel for Plaintiff*

J. Alexander Hood , II
Pomerantz LLP (NY Office)
600 Third Avenue
20th Floor
New York, NY 10016
(212) 661-1100
Fax: (212) 661-8665
Email: ahood@pomlaw.com
*Counsel for Plaintiff*

Jeremy A. Lieberman
Pomerantz LLP (NY Office)
600 Third Avenue
20th Floor
New York, NY 10016
(212) 661-1100
Fax: (212) 661-8665
Email: jalieberman@pomlaw.com
*Counsel for Plaintiff*

Marc Gorrie
Pomerantz LLP (NY Office)
600 Third Avenue
20th Floor
New York, NY 10016
(212) 661-1100
Fax: (212) 661-8665
Email: mgorrie@pomlaw.com
*Counsel for Plaintiff*

Michael Goldberg
Goldberg Law PC
1999 Avenue of the Starts
Suite 1100
Los Angeles, CA 90067
(800) 977-7401
Fax: (800) 536-0065
Email: michael@goldberglawpc.com
*Counsel for Plaintiff*

Patrick V. Dahlstrom
Pomerantz LLP (Chicago Office)
10 S LaSalle Street
Suite 3505
Chicago, IL 60603
(312) 377-1181
Fax: (312) 377-1184
Email: pdahlstrom@pomlaw.com
*Counsel for Plaintiff*

Robert P. Bramlett
Bramlett Law Offices
P O Box 150734
Nashville, TN 37215
(615) 248-2828
Fax: (615) 254-4116
Email: robert@bramlettlawoffices.com
*Counsel for Plaintiff*

Brian T. Glennon
Email: brian.glennon@lw.com
*Counsel for Defendants*

Milton S. McGee , III
Riley, Warnock & Jacobson
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
Email: tmcgee@rwjplc.com
*Counsel for Defendants*

Steven Allen Riley
Riley, Warnock & Jacobson
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
Email: sriley@rwjplc.com
*Counsel for Defendants*

David J. Schindler
Email: david.schindler@lw.com
*Counsel for Defendants*

Nathan M. Saper
Email: nathan.saper@lw.com
*Counsel for Defendants*

/s/Al Holifield
Al Holifield, Esq.
Holifield • Janich & Associates, PLLC