UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CORRECTIONS CORPORATION OF AMERICA, DAMON T. HINIGER, and DAVID M. GARFINKLE, TODD J. MULLENGER,<br><br>Defendants. | Case No. 3:16-CV-02267<br><br>Judge Aleta A. Trauger |

**DECLARATION OF AL HOLIFIELD IN SUPPORT OF BURTON SIEGAL'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF, AND <u>APPROVAL OF SELECTION OF COUNSEL</u>**

I, Al Holifield, hereby declare:

1. I am a shareholder of the law firm of Holifield • Janich & Associates, PLLC. I submit this Declaration in support of Burton Siegal's ("Movant") motion for appointment as Lead Plaintiff, and approval of his selection of counsel.

2. Attached hereto as Exhibit A is a true and correct copy of the press release announcing the filing of the first-filed action, which was filed in this Court on August 23, 2016.

3. Attached hereto as Exhibit B is a true and correct copy of the certification signed by Movant.

4. Attached hereto as Exhibit C is a true and correct copy of the loss chart detailing

Movant's losses.

5. Attached hereto as Exhibit D is a true and correct copy of the firm resume of Levi & Korsinsky, LLP.

6. Attached hereto as Exhibit E is a true and correct copy of the firm resume of Holifield, Janich & Associates, PLLC.

Signed under penalty of perjury this 24th day of October 2016.

                                                /s/ Al Holifield
                                                Al Holifield, Esq.

# CERTIFICATE OF SERVICE

      I hereby certify that on this the 24th day of October, 2016, the foregoing Memorandum of Law in Support of Burton Siegal's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Paul Kent Bramlett
Bramlett Law Offices
P O Box 150734
Nashville, TN 37215
(615) 248-2828
Fax: (615) 254-4116
Email: pknashlaw@aol.com
*Counsel for Plaintiff*

Brian Schall
Goldberg Law PC
1999 Avenue of the Starts
Suite 1100
Los Angeles, CA 90067
(800) 977-7401
Fax: (800) 536-0065
Email: brian@goldberglawpc.com
*Counsel for Plaintiff*

J. Alexander Hood , II
Pomerantz LLP (NY Office)
600 Third Avenue
20th Floor
New York, NY 10016
(212) 661-1100
Fax: (212) 661-8665
Email: ahood@pomlaw.com
*Counsel for Plaintiff*

Jeremy A. Lieberman
Pomerantz LLP (NY Office)
600 Third Avenue
20th Floor
New York, NY 10016
(212) 661-1100
Fax: (212) 661-8665
Email: jalieberman@pomlaw.com
*Counsel for Plaintiff*

Marc Gorrie
Pomerantz LLP (NY Office)
600 Third Avenue
20th Floor
New York, NY 10016
(212) 661-1100
Fax: (212) 661-8665
Email: mgorrie@pomlaw.com
*Counsel for Plaintiff*

Michael Goldberg
Goldberg Law PC
1999 Avenue of the Starts
Suite 1100
Los Angeles, CA 90067
(800) 977-7401
Fax: (800) 536-0065
Email: michael@goldberglawpc.com
*Counsel for Plaintiff*

Patrick V. Dahlstrom
Pomerantz LLP (Chicago Office)
10 S LaSalle Street
Suite 3505
Chicago, IL 60603
(312) 377-1181
Fax: (312) 377-1184
Email: pdahlstrom@pomlaw.com
*Counsel for Plaintiff*

Robert P. Bramlett
Bramlett Law Offices
P O Box 150734
Nashville, TN 37215
(615) 248-2828
Fax: (615) 254-4116
Email: robert@bramlettlawoffices.com
*Counsel for Plaintiff*

Brian T. Glennon
Email: brian.glennon@lw.com
*Counsel for Defendants*

Milton S. McGee , III
Riley, Warnock & Jacobson
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
Email: tmcgee@rwjplc.com
*Counsel for Defendants*

Steven Allen Riley
Riley, Warnock & Jacobson
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
Email: sriley@rwjplc.com
*Counsel for Defendants*

David J. Schindler
Email: david.schindler@lw.com
*Counsel for Defendants*

Nathan M. Saper
Email: nathan.saper@lw.com
*Counsel for Defendants*

                            /s/Al Holifield
                            Al Holifield, Esq.
                            Holifield • Janich & Associates, PLLC

3

Case 3:16-cv-02267   Document 30-2   Filed 10/24/16   Page 4 of 4 PageID #: 122