# EXHIBIT C

**Burton Siegal**
**Corrections Corporation of America (CXW) Securities**
**Class Period: February 27, 2012 through August 17, 2016, inclusive**

| | Gross Shares Purchased | 2,292.20 |
|---|---|---|
| | Net Retained Shares | 2,292.20 |
| | Net Funds Expended | $ 69,253.24 |
| | Losses | $ 30,903.64 |

| Date of Transaction | Buy (B) or Sell (S) | Quantity | Price ($)* | Cost/Proceeds ($) |
|---|---|---|---|---|
| 3/14/2016 | B | 2,000 | 30.55 | 61,100.00 |
| 4/18/2016 | B | 34.105 | 31.6666 | 1,079.99 |
| 7/18/2016 | B | 33.095 | 33.19 | 1,098.42 |
| 8/16/2016 | B | 225 | 26.5548 | 5,974.83 |
| 9/16/2016 | S | (2,292) | 16.30 | (38,346.25) * |
| 9/16/2016 | S | (0.20) | 16.30 | (3.35) * |

*The "Cost/Proceeds" column is the greater of the price sold or the "mean trading price" per the limitation on damages pursuant to 15 U.S.C. §78u-4(e)