UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br>v.<br><br>CORRECTIONS CORPORATION OF AMERICA, DAMON T. HININGER, DAVID M. GARFINKLE, and TODD J. MULLENGER,<br><br>      Defendants. | Case No. 16-cv-02267-AAT<br><br>The Honorable Aleta A. Trauger |

## MOTION OF LUVELL L. GLANTON FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL

Proposed Lead Plaintiff Luvell L. Glanton ("Mr. Glanton") respectfully moves this Court pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (i) appointing Mr. Glanton as Lead Plaintiff for a Class of all persons or entities who purchased or otherwise acquired the securities of Corrections Corporation of America ("CCA" or the "Company") between February 27, 2012, and August 17, 2016 (the "Class Period"); and (ii) approving Mr. Glanton's selection of Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz") as Lead Counsel for the Class and Scott & Cain as Liaison Counsel for the Class (the "Motion").

This Motion is made on the grounds that Mr. Glanton is the "most adequate plaintiff" under the PSLRA, and should therefore be appointed Lead Plaintiff. Specifically, Mr. Glanton believes he has the "largest financial interest" in the relief sought by the Class, and otherwise

satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because his claims are typical of other Class members' claims and he will fairly and adequately represent the Class.

In support of this Motion, Mr. Glanton submits herewith the Memorandum of Law in Support of the Motion of Luvell L. Glanton for Appointment as Lead Plaintiff and Approval of Selection of Counsel, and the Declaration of Christopher T. Cain in Support of the Motion of Luvell L. Glanton for Appointment as Lead Plaintiff and Approval of Selection of Counsel

WHEREFORE, Mr. Glanton respectfully requests that the Court: (i) appoint Mr. Glanton as Lead Plaintiff; and (ii) approve his selection of Kessler Topaz as Lead Counsel for the Class and Scott & Cain as Liaison Counsel for the Class.

DATED: October 24, 2016

Respectfully submitted,

/s/ Christopher T. Cain
Christopher T. Cain BPR # 019997
SCOTT & CAIN
550 W. Main Street, Suite 601
Knoxville, TN 37902
Telephone: (865) 525-2150
Facsimile: (865) 525-2120
cain@scottandcain.com

*Proposed Liaison Counsel for the Class*

KESSLER TOPAZ MELTZER & CHECK, LLP
Naumon A. Amjed
Ryan T. Degnan
Melissa L. Troutner
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
namjed@ktmc.com
rdegnan@ktmc.com
mtroutner@ktmc.com

*Counsel for Luvell L. Glanton and Proposed Lead Counsel for the Class*

2