UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and On Behalf of All Others Similarly Situated,<br><br>                         Plaintiff,<br>v.<br><br>CORRECTIONS CORPORATION OF AMERICA, DAMON T. HININGER, DAVID M. GARFINKLE, and TODD J. MULLENGER,<br><br>                         Defendants. | Case No. 16-cv-02267-AAT<br><br>The Honorable Aleta A. Trauger |

## DECLARATION OF CHRISTOPHER T. CAIN IN SUPPORT OF THE MOTION OF LUVELL L. GLANTON FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL

I, Christopher T. Cain, declare as follows:

1. I am a member in good standing of the bar of the State of Tennessee and am admitted to practice before this Court. I am a partner at the law firm of Scott & Cain and have experience litigating complex actions, including before this Court. I submit this declaration in support of the Motion of Luvell L. Glanton for Appointment as Lead Plaintiff and Approval of Selection of Counsel.

2. Attached as Exhibits A through D are true and correct copies of the following documents:

    EXHIBIT A:  Notice of pendency of *Grae v. Corrections Corporation of America, et al.*, published by *GlobeNewswire*, dated August 23, 2016;

EXHIBIT B: Sworn Certification of Luvell L. Glanton pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT C: Chart of Luvell L. Glanton's Class Period transactions in Corrections Corporation of America publicly traded securities and approximate losses; and

EXHIBIT D: Firm résumé of Kessler Topaz Meltzer & Check, LLP.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 24th day of October 2016

*/s/ Christopher T. Cain*
Christopher T. Cain