# EXHIBIT C

**Luvell Glanton - Account 1**
**FIFO/LIFO Losses in Corrections Corp. of America**
CP: 2/27/2012 - 8/17/2016

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 11/4/2013 | 1,500 | $36.95 | $55,421.70 | Sale * | 8/18/2016 | 2,920 | $17.57 | $51,304.40 |
| Purchase | 12/27/2013 | 600 | $32.69 | $19,614.00 | | | | | |
| Purchase | 8/12/2015 | 420 | $32.38 | $13,599.60 | | | | | |
| Purchase | 8/3/2016 | 400 | $31.54 | $12,616.76 | | | | | |
| | | 2,920 | | $101,252.06 | | | 2,920 | | $51,304.40 |

*FIFO/LIFO loss:* ($49,947.66)

**Luvell Glanton - Account 2**
**FIFO/LIFO Losses in Corrections Corp. of America**
CP: 2/27/2012 - 8/17/2016

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 8/11/2016 | 5,000 | $27.39 | $136,949.50 | Sale * | 8/18/2016 | 5,000 | $17.57 | $87,850.00 |
| | | 5,000 | | $136,949.50 | | | 5,000 | | $87,850.00 |

*FIFO/LIFO loss:* ($49,099.50)

*Post class sale price is the greater of actual sales price or average closing price from the end of the class period through sale date.
These post class sale price were adjusted to reflect the closing price of trading on 8/18/16.