UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>CORRECTIONS CORPORATION OF AMERICA, DAMON T. HININGER, DAVID M. GARFINKLE, and TODD J. MULLENGER,<br><br>　　　　　　　　Defendants. | Case No. 16-cv-02267-AAT<br><br>The Honorable Aleta A. Trauger |

### [PROPOSED] ORDER FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL

Having considered the Motion of Luvell L. Glanton for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion"),

IT IS HEREBY ORDERED THAT:

　　1.　　The Motion is **GRANTED**.

　　2.　　Pursuant to 15 U.S.C. § 78u-4(a)(3)(B), Luvell L. Glanton is **APPOINTED** to serve as Lead Plaintiff in the above-captioned action and any subsequently filed or transferred actions that are consolidated with the above-captioned action.

　　3.　　Luvell L. Glanton has selected Kessler Topaz Meltzer & Check, LLP to serve as Lead Counsel for the Class and Scott & Cain to serve as Liaison Counsel for the Class. Kessler Topaz Meltzer & Check, LLP is **APPROVED** and **APPOINTED** as Lead Counsel for the Class, and Scott & Cain is **APPROVED** and **APPOINTED** as Liaison Counsel for the Class.

IT IS SO ORDERED.

Dated: _____, 2016    _____
                                                                     HON. ALETA A. TRAUGER
                                                                       UNITED STATES DISTRICT JUDGE