UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>CORRECTIONS CORPORATION OF AMERICA, DAMON T. HINIGER, DAVID M. GARFINKLE, and TODD J. MULLENGER,<br><br>        Defendants. | No. 3:16-cv-02267<br><br>**NOTICE OF MOTION AND MOTION OF CCA INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** |

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

  **PLEASE TAKE NOTICE** that on a date and time as may be set by the Court, at the United States District Court for the Middle District of Tennessee, Edward Miske, Donald D. Dodge, and Bruce T. Schmidt (collectively, the "CCA Investor Group") will respectfully move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for the entry of an Order: (1) appointing the CCA Investor Group as Lead Plaintiff on behalf of all persons and entities that purchased or otherwise acquired the publicly traded securities of Corrections Corporation of America between February 27, 2012 and August 17, 2016, both dates inclusive; (2) approving Lead Plaintiff's selection of Pomerantz LLP and The Rosen Law Firm, P.A. as Co-Lead Counsel and Bramlett Law Offices as Liaison Counsel for the Class; and (3) granting such other and further relief as the Court may deem just and proper.

  In support of this Motion, the CCA Investor Group submits a Memorandum of Law, the

Declaration of J. Alexander Hood II filed herewith, the pleadings and other filings herein, and such other written and oral argument as may be permitted by the Court.

Dated: October 24, 2016

Respectfully Submitted,

s/*Paul Kent Bramlett*
**PAUL KENT BRAMLETT**
TN SUP CT #7387/MS SUP CT #4291
**ROBERT PRESTON BRAMLETT**
TN SUP CT #25895
**BRAMLETT LAW OFFICES**
40 Burton Hills Blvd., Suite 200
P. O. Box 150734
Nashville, TN 37215
Telephone:615.248.2828
Facsimile: 866.816.4116
 Emails:  PKNASHLAW@aol.com
   Robert@BramlettLawOffices.com

*Counsel for Movant and
Proposed Liaison Counsel for the Class*

**POMERANTZ LLP**

_____
J. Alexander Hood II (*admitted pro hac vice*)
Jeremy A. Lieberman (*admitted pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email:  jalieberman@pomlaw.com
Email:  ahood@pomlaw.com

**POMERANTZ LLP**

Patrick V. Dahlstrom (*admitted pro hac vice*)
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email:  pdahlstrom@pomlaw.com

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim

275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com

*Counsel for Movants and
Proposed Co-Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing *Motion, Memorandum* and *Attachments* has this date been filed on the Court's CM/ECF Filing System, which will effect service on all counsel of record registered on the system.

*s/**Paul Kent Bramlett***
*Paul Kent Bramlett*
