UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CORRECTIONS CORPORATION OF AMERICA, DAMON T. HININGER, DAVID M. GARFINKLE, and TODD J. MULLENGER,<br><br>Defendants. | No. 3:16-cv-02267<br><br>**DECLARATION OF J. ALEXANDER HOOD II IN SUPPORT OF MOTION OF CCA INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** |

I, J. Alexander Hood II, declare:

1.      I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Edward Miske, Donald D. Dodge, and Bruce T. Schmidt (collectively, the "CCA Investor Group"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of the motion by the CCA Investor Group for appointment as Lead Plaintiff and approval of the CCA Investor Group's selection of Pomerantz and The Rosen Law Firm, P.A. ("Rosen") as Lead Counsel and Bramlett Law Offices as Liaison Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:      Press release published over *Globe Newswire* on August 23, 2016, announcing the pendency of the above-captioned action;

Exhibit B:      Shareholder Certifications executed by the individual members of the CCA Investor Group;

Exhibit C:      Loss Chart of the CCA Investor Group;

Exhibit D:     Firm resume of Pomerantz;

Exhibit E:     Firm resume of Rosen; and

Exhibit F:     Firm resume of Bramlett Law Offices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 24th day of October, 2016, in New York, New York.

J. Alexander Hood II

2