**CORRECTIONS CORPORATION OF AMERICA (CXW)**
**CLASS PERIOD: FEB 27 2012 to AUG 17 2016**
(Includes 90-Day Sales @ Statutory Pricing)

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 65-Day* Closing Price $15.5213 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Miske, Edward | 12/23/2015 | 500 | $26.8300 | ($13,415) | 1/27/2016 | (1,000) | $27.9700 | $27,970 | | | |
| Miske, Edward | 1/4/2016 | 500 | $26.1700 | ($13,085) | 6/24/2016 | (1,000) | $33.7100 | $33,710 | | | |
| Miske, Edward | 3/16/2016 | 500 | $30.9500 | ($15,475) | 8/18/2016 | (4,000) | $16.0000 | $64,000 | | | |
| Miske, Edward | 3/24/2016 | 500 | $31.0400 | ($15,520) | | | | | | | |
| Miske, Edward | 6/24/2016 | 2,000 | $34.3600 | ($68,720) | | | | | | | |
| Miske, Edward | 8/8/2016 | 1,000 | $28.8000 | ($28,800) | | | | | | | |
| Miske, Edward | 8/15/2016 | 1,000 | $27.0000 | ($27,000) | | | | | | | |
| **Miske, Edward** | | **6,000** | | **($182,015)** | | **(6,000)** | | **$125,680** | **4,000** | | **($56,335)** |
| Dodge, Donald. D. | 8/27/2015 | 3,000 | $29.1600 | ($87,480) | | | | | | | |
| Dodge, Donald. D. | 8/12/2016 | 1,000 | $27.2300 | ($27,230) | | | | | | | |
| Dodge, Donald. D. | 8/16/2016 | 300 | $26.6800 | ($8,004) | | | | | | | |
| **Dodge, Donald. D.** | | **4,300** | | **($122,714)** | | | | | **4,300** | **$66,742** | **($55,972)** |
| **Schmidt, Bruce T.** | 9/21/2015 | 2,900 | $31.6258 | ($91,715) | | | | | 2,900 | $45,012 | ($46,703) |
| Summary | | | | | | | | | | | |
| Miske, Edward | | 6,000 | | ($182,015) | | (6,000) | | $125,680 | 4,000 | | ($56,335) |
| Dodge, Donald. D. | | 4,300 | | ($122,714) | | 0 | | $0 | 4,300 | | ($55,972) |
| Schmidt, Bruce T. | | 2,900 | | ($91,715) | | 0 | | $0 | 2,900 | | ($46,703) |
| **Total** | | **13,200** | | **($396,444)** | | **(6,000)** | | **$125,680** | **11,200** | | **($159,010)** |

*Avg Closing Prices from Aug 18 to Oct 21