UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>      Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>[PROPOSED] ORDER GRANTING MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |

UPON CONSIDERATION OF the motion filed by Amalgamated Bank, as Trustee for the LongView Collective Investment Fund ("Amalgamated Bank") for appointment as lead plaintiff and approval of selection of lead counsel, and good cause appearing therefore, it is hereby ordered:

1. The motion is GRANTED.

2. Amalgamated Bank is appointed Lead Plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii).

3. Amalgamated Bank's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel is approved pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v). Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

   (a) the briefing and argument of any and all motions;

   (b) the conduct of any and all discovery proceedings;

   (c) the examination of any and all witnesses in depositions;

   (d) the selection of counsel to act as spokesperson at all pretrial conferences;

   (e) the organization of meetings of plaintiff's counsel as they deem necessary and appropriate from time to time;

   (f) settlement negotiations with counsel for defendants;

   (g) the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required;

   (h) the preparation and filing of all pleadings; and

   (i) the supervision of all other matters concerning the prosecution or resolution of the consolidated action.

IT IS SO ORDERED this ___ day of _____ 2016.

_____
THE HONORABLE ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE

- 1 -

1199137_1

Case 3:16-cv-02267   Document 38-1   Filed 10/24/16   Page 2 of 2 PageID #: 409