# EXHIBIT C

| Name | Date | Shares Purchased | Share Price | Total Cost | Date** | Shares Sold | Share Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 03/29/2012 | 100 | $22.92 | $2,291.90 | 05/10/2013 | 19,921 | $38.68 | $770,544.28 | |
| | 04/04/2012 | 100 | $22.83 | $2,283.39 | 05/13/2013 | 600 | $38.66 | $23,196.00 | |
| | 06/28/2012 | 100 | $24.62 | $2,462.18 | 05/20/2013 | 2,800 | $39.31 | $110,068.00 | |
| | 07/09/2012 | 100 | $25.53 | $2,553.27 | 05/22/2013 | 0.46 | $39.71 | $18.27 | |
| | 10/02/2012[A] | 4,000 | $28.47 | $113,880.00 | 05/22/2013 | 0.998 | $39.71 | $39.63 | |
| | 10/05/2012 | 100 | $29.04 | $2,904.04 | 05/29/2013 | 2,200 | $35.59 | $78,303.06 | |
| | 10/15/2012 | 1,000 | $28.37 | $28,367.83 | 05/30/2013 | 2,000 | $35.87 | $71,735.60 | |
| | 10/17/2012 | 200 | $28.61 | $5,721.24 | 06/03/2013 | 0.7535 | $37.41 | $28.19 | |
| | 12/03/2012 | 315 | $29.77 | $9,378.37 | 06/03/2013 | 0.9542 | $37.41 | $35.70 | |
| | 12/12/2012 | 100 | $30.53 | $3,052.61 | 06/17/2013 | 7,300 | $34.39 | $251,047.00 | |
| | 12/17/2012[A] | 8,500 | $30.00 | $255,021.25 | 06/28/2013 | 170 | $33.87 | $5,757.90 | |
| | 12/18/2012 | 536 | $30.03 | $16,095.01 | 06/28/2013 | 626 | $33.92 | $21,236.55 | |
| | 12/19/2012[A] | 4,081 | $30.16 | $123,065.41 | 08/16/2013 | 62 | $33.37 | $2,068.94 | |
| | 02/01/2013[A] | 1,443 | $32.48 | $46,868.64 | 08/19/2013 | 5,100 | $33.38 | $170,212.50 | |
| | 02/14/2013 | 100 | $32.33 | $3,232.67 | 08/26/2013 | 51 | $34.03 | $1,735.53 | |
| | 02/19/2013 | 2,400 | $32.45 | $77,870.20 | 09/13/2013 | 65 | $34.04 | $2,212.60 | |
| | 02/19/2013[A] | 3,100 | $32.60 | $101,057.52 | 09/16/2013 | 4,800 | $34.02 | $163,296.00 | |
| | 02/20/2013[A] | 139 | $31.94 | $4,440.16 | 09/30/2013 | 3 | $34.55 | $103.65 | |
| | 03/06/2013 | 9,600 | $32.28 | $309,846.16 | 10/10/2013 | 56 | $34.81 | $1,949.36 | |
| | 03/18/2013 | 500 | $32.48 | $16,242.11 | 10/22/2013 | 59 | $37.08 | $2,187.72 | |
| | 04/01/2013[A] | 3,300 | $32.70 | $107,914.29 | 10/28/2013 | 400 | $37.89 | $15,156.00 | |
| | 04/18/2013 | 100 | $34.23 | $3,423.00 | 12/03/2013 | 100 | $33.49 | $3,349.00 | |
| | 04/18/2013 | 1,500 | $33.90 | $50,850.15 | 12/11/2013 | 1,600 | $33.12 | $52,992.00 | |
| | 04/18/2013 | 30,500 | $33.90 | $1,033,953.05 | 12/11/2013 | 4,154 | $33.12 | $137,580.48 | |
| | 04/25/2013 | 800 | $35.87 | $28,696.00 | 01/10/2014 | 800 | $33.38 | $26,704.00 | |
| | 04/30/2013 | 100 | $36.20 | $3,620.00 | 03/25/2014 | 68 | $32.09 | $2,182.12 | |
| | 05/17/2013 | 5,000 | $39.47 | $197,350.00 | 05/13/2014 | 71 | $32.63 | $2,316.73 | |
| | 05/21/2013[D] | 145.7535 | $38.90 | $5,669.81 | 05/23/2014 | 116 | $32.38 | $3,756.08 | |
| | 05/21/2013[D] | 270.9542 | $38.90 | $10,540.12 | 06/27/2014 | 736 | $33.67 | $24,781.12 | |
| | 05/21/2013[D] | 1554.998 | $38.90 | $60,489.42 | 07/09/2014 | 80 | $33.47 | $2,677.60 | |
| | 05/21/2013[D] | 4672.46 | $38.90 | $181,758.69 | 07/14/2014 | 1,500 | $33.39 | $50,085.00 | |
| | 06/07/2013 | 11,100 | $35.85 | $397,935.00 | 09/09/2014 | 33 | $35.62 | $1,175.46 | |
| | 06/21/2013 | 300 | $33.04 | $9,910.50 | 02/10/2015 | 23 | $38.59 | $887.57 | |
| | 06/28/2013 | 731 | $33.91 | $24,786.89 | 02/12/2015 | 1,000 | $39.20 | $39,200.00 | |
| | 07/22/2013 | 10,700 | $33.18 | $354,972.50 | 02/17/2015 | 600 | $40.11 | $24,066.00 | |
| | 08/01/2013 | 109 | $33.10 | $3,607.90 | 03/26/2015 | 700 | $40.61 | $28,427.00 | |
| | 08/05/2013 | 1,400 | $33.16 | $46,424.00 | 03/30/2015 | 9 | $41.55 | $373.95 | |
| | 08/06/2013 | 100 | $32.66 | $3,266.00 | 04/23/2015 | 800 | $39.63 | $31,704.00 | |
| | 09/20/2013 | 900 | $34.52 | $31,065.75 | 05/06/2015 | 45 | $35.93 | $1,616.85 | |
| | 10/16/2013 | 800 | $36.96 | $29,568.00 | 05/21/2015 | 700 | $35.01 | $24,507.00 | |
| | 11/14/2013 | 86 | $35.80 | $3,078.80 | 06/26/2015 | 25 | $34.00 | $850.00 | |
| | 12/20/2013 | 300 | $32.39 | $9,717.00 | 06/26/2015 | 4,600 | $34.00 | $156,400.00 | |
| | 01/09/2014 | 1,500 | $32.93 | $49,395.00 | 06/30/2015 | 5,000 | $33.08 | $165,400.00 | |
| | 01/10/2014 | 100 | $33.18 | $3,318.00 | 07/01/2015 | 300 | $33.19 | $9,957.00 | |
| | 03/03/2014 | 600 | $33.48 | $20,088.00 | 08/03/2015[B] | 5,300 | $35.39 | $187,567.00 | |
| | 03/04/2014 | 100 | $33.72 | $3,372.00 | 11/30/2015[B] | 1,078 | $25.78 | $27,790.84 | |

| Date | Shares | Price | Total | Date | Shares | Price | Total |
|---|---|---|---|---|---|---|---|
| 03/31/2014 | 2 | $31.32 | $62.64 | 02/05/2016 | 30 | $29.27 | $878.10 |
| 03/31/2014 | 5 | $31.32 | $156.60 | 02/18/2016 | 500 | $29.58 | $14,790.00 |
| 03/31/2014 | 5 | $31.32 | $156.60 | 02/23/2016 | 100 | $28.70 | $2,870.00 |
| 04/30/2014 | 1 | $32.80 | $32.80 | 02/24/2016 | 2,500 | $28.75 | $71,875.00 |
| 04/30/2014 | 3 | $32.80 | $98.40 | 03/15/2016 | 800 | $31.00 | $24,800.00 |
| 05/23/2014 | 800 | $32.38 | $25,904.00 | 04/21/2016 | 400 | $30.45 | $12,180.00 |
| 06/27/2014 | 10 | $33.67 | $336.70 | 05/02/2016[B] | 1,300 | $31.01 | $40,313.00 |
| 06/27/2014 | 645 | $33.67 | $21,717.15 | 06/24/2016 | 11 | $34.39 | $378.29 |
| 07/11/2014 | 133 | $33.38 | $4,439.54 | 06/28/2016 | 500 | $34.85 | $17,425.00 |
| 08/25/2014 | 1,500 | $35.79 | $53,685.00 | 08/23/2016 | 1,200 | $18.60 | $22,323.00 |
| 10/21/2014 | 8,800 | $35.09 | $308,792.00 | 09/30/2016 | 2,900 | $16.28 | $47,214.90 |
| 12/10/2014 | 75 | $36.44 | $2,733.00 | 10/06/2016 | 1,200 | $16.01 | $19,207.56 |
| 12/12/2014 | 36 | $36.69 | $1,320.84 | held | 71,886 | $15.52 | $1,115,764.48 |
| 12/23/2014 | 200 | $37.89 | $7,578.00 | | | | |
| 01/23/2015 | 100 | $39.37 | $3,937.00 | | | | |
| 02/18/2015 | 60 | $40.85 | $2,451.00 | | | | |
| 03/02/2015 | 388 | $40.54 | $15,729.52 | | | | |
| 03/11/2015 | 400 | $38.82 | $15,528.00 | | | | |
| 03/13/2015 | 18 | $39.23 | $706.14 | | | | |
| 03/20/2015 | 1,500 | $42.10 | $63,147.75 | | | | |
| 04/06/2015 | 200 | $40.77 | $8,153.00 | | | | |
| 04/07/2015 | 100 | $40.54 | $4,054.00 | | | | |
| 06/01/2015 | 700 | $35.52 | $24,864.00 | | | | |
| 06/03/2015 | 187 | $35.19 | $6,580.53 | | | | |
| 06/11/2015 | 300 | $34.28 | $10,284.00 | | | | |
| 06/17/2015 | 131 | $34.42 | $4,509.02 | | | | |
| 06/24/2015 | 200 | $33.53 | $6,706.00 | | | | |
| 06/26/2015 | 6 | $34.00 | $204.00 | | | | |
| 07/09/2015 | 300 | $33.77 | $10,130.10 | | | | |
| 07/28/2015 | 200 | $34.45 | $6,890.00 | | | | |
| 08/17/2015 | 100 | $31.80 | $3,180.00 | | | | |
| 09/01/2015 | 11 | $28.77 | $316.47 | | | | |
| 09/01/2015 | 100 | $28.77 | $2,877.00 | | | | |
| 09/24/2015 | 25 | $30.38 | $759.50 | | | | |
| 10/02/2015 | 100 | $28.95 | $2,894.50 | | | | |
| 10/09/2015 | 100 | $30.35 | $3,035.00 | | | | |
| 11/06/2015 | 86 | $27.83 | $2,393.38 | | | | |
| 12/01/2015 | 300 | $25.77 | $7,731.00 | | | | |
| 12/10/2015 | 200 | $24.78 | $4,956.00 | | | | |
| 12/10/2015 | 1,800 | $24.69 | $44,442.00 | | | | |
| 12/18/2015 | 2 | $26.11 | $52.22 | | | | |
| 12/28/2015 | 500 | $27.26 | $13,630.00 | | | | |
| 01/04/2016 | 500 | $27.17 | $13,585.00 | | | | |
| 01/29/2016 | 13 | $28.82 | $374.66 | | | | |
| 02/01/2016 | 400 | $28.96 | $11,584.00 | | | | |
| 03/04/2016 | 500 | $30.18 | $15,090.00 | | | | |
| 03/09/2016 | 300 | $30.51 | $9,152.01 | | | | |
| 03/29/2016 | 400 | $32.90 | $13,160.00 | | | | |
| 04/01/2016 | 6 | $32.12 | $192.72 | | | | |
| 04/01/2016 | 6 | $32.12 | $192.72 | | | | |

| Date | Shares | Price | Amount |
|---|---|---|---|
| 04/01/2016 | 7,100 | $32.03 | $227,442.11 |
| 04/12/2016 | 10,800 | $31.66 | $341,958.24 |
| 04/15/2016 | 300 | $31.66 | $9,498.00 |
| 04/22/2016 | 200 | $30.59 | $6,118.00 |
| 05/05/2016 | 200 | $33.27 | $6,654.66 |
| 05/12/2016 | 200 | $33.25 | $6,650.00 |
| 05/20/2016 | 200 | $32.42 | $6,484.00 |
| 05/27/2016 | 300 | $33.66 | $10,098.00 |
| 06/13/2016 | 233 | $34.15 | $7,956.95 |
| 06/23/2016 | 300 | $34.70 | $10,410.00 |
| 06/24/2016 | 10 | $34.39 | $343.90 |
| 06/28/2016 | 200 | $34.85 | $6,970.00 |
| 06/30/2016 | 300 | $35.02 | $10,506.00 |
| 07/11/2016 | 400 | $32.93 | $13,173.60 |
| 07/28/2016 | 800 | $31.64 | $25,312.00 |
| 07/29/2016 | 1,700 | $32.05 | $54,485.00 |

**Movant's Total**    **158,981**    **$5,305,949.82**    **158,981**    **$4,087,298.61**    **($1,218,651.21)**

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $15.52 as of October 21, 2016 for common stock.

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price) will be used depending on which value is higher.

[A]Shares that were received in.
[B]Shares that were delivered out.
[D]Stock Dividend