# CORRECTED
# CERTIFICATE OF SERVICE

This is to certify that the *Memorandum in Support of [Docket Entry 36] Motion to Appoint Lead Plaintiff, Lead Counsel and Liaison Counsel* filed October 24, 2016, was filed on the Court's CM/ECF electronic filing system, and that the following counsel were served electronically:

**3:16-cv-02267** Grae v. Corrections Corporation of America et al
Aleta A. Trauger, presiding
**Date filed:** 08/23/2016
**Date of last filing:** 10/25/2016

## Attorneys

**Paul Kent Bramlett**
Bramlett Law Offices
P O Box 150734
Nashville, TN 37215
(615) 248-2828
(615) 254-4116 (fax)
pknashlaw@aol.com
 *Assigned: 08/23/2016*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**Nikki Bollinger Grae**
*(Plaintiff)*

**CCA INVESTOR GROUP**
*(Intervenor Plaintiff)*

**Robert P. Bramlett**
Bramlett Law Offices
P O Box 150734
Nashville, TN 37215
(615) 248-2828
(615) 254-4116 (fax)
robert@bramlettlawoffices.com
 *Assigned: 08/23/2016*
 *ATTORNEY TO BE NOTICED*

representing

**Nikki Bollinger Grae**
*(Plaintiff)*

| | | |
|---|---|---|
| **Christopher T. Cain**<br>Scott & Cain<br>550 W Main Avenue<br>Suite 601<br>Knoxville, TN 37902<br>(865) 525-7028<br>(865) 525-4679 (fax)<br>cain@scottandcain.com<br> *Assigned: 10/24/2016*<br> ATTORNEY TO BE NOTICED | representing | **Luvell L. Glanton**<br>*(Plaintiff)* |
| **Patrick V. Dahlstrom**<br>Pomerantz LLP (Chicago Office)<br>10 S LaSalle Street<br>Suite 3505<br>Chicago, IL 60603<br>(312) 377-1181<br>(312) 377-1184 (fax)<br>pdahlstrom@pomlaw.com<br> *Assigned: 08/23/2016*<br> ATTORNEY TO BE NOTICED | representing | **Nikki Bollinger Grae**<br>*(Plaintiff)* |
| **Brian T. Glennon**<br>brian.glennon@lw.com<br> *Assigned: 09/22/2016*<br> ATTORNEY TO BE NOTICED | representing | **Corrections Corporation of America**<br>*(Defendant)*<br><br>**Damon T. Hiniger**<br>*(Defendant)*<br><br>**David M. Garfinkle**<br>*(Defendant)*<br><br>**Todd J. Mullenger**<br>*(Defendant)* |
| **Michael Goldberg**<br>Goldberg Law PC<br>1999 Avenue of the Starts<br>Suite 1100 | representing | **Nikki Bollinger Grae**<br>*(Plaintiff)* |

Los Angeles, CA 90067
(800) 977-7401
(800) 536-0065 (fax)
michael@goldberglawpc.com
 *Assigned: 08/23/2016*
 *ATTORNEY TO BE NOTICED*

**Marc Gorrie**
Pomerantz LLP (NY Office)
600 Third Avenue
20th Floor
New York, NY 10016
(212) 661-1100
(212) 661-8665 (fax)
mgorrie@pomlaw.com
 *Assigned: 08/23/2016*
 *ATTORNEY TO BE NOTICED*

representing

**Nikki Bollinger Grae**
*(Plaintiff)*

**James A. Holifield, Jr.**
Holifield & Associates, P.C.
8351 E Walker Springs Lane
Suite 303
Knoxville, TN 37923
(865) 566-0115
(865) 566-0119 (fax)
aholifield@hapc-law.com
 *Assigned: 10/24/2016*
 *ATTORNEY TO BE NOTICED*

representing

**Burton Siegal**
*(Movant)*

**J. Alexander Hood, II**
Pomerantz LLP (NY Office)
600 Third Avenue
20th Floor
New York, NY 10016
(212) 661-1100
(212) 661-8665 (fax)
ahood@pomlaw.com
 *Assigned: 08/23/2016*
 *ATTORNEY TO BE NOTICED*

representing

**Nikki Bollinger Grae**
*(Plaintiff)*

**Jeremy A. Lieberman**
Pomerantz LLP (NY Office)

representing

**Nikki Bollinger Grae**
*(Plaintiff)*

600 Third Avenue
20th Floor
New York, NY 10016
(212) 661-1100
(212) 661-8665 (fax)
jalieberman@pomlaw.com
  *Assigned: 08/23/2016*
  *ATTORNEY TO BE NOTICED*

**Jerry E. Martin**
Barrett Johnston Martin &
Garrison, LLC
Bank of America Plaza
414 Union Street
Suite 900
Nashville, TN 37219
(615) 244-2202
(615) 252-3798 (fax)
jmartin@barrettjohnston.com
  *Assigned: 10/24/2016*
  *ATTORNEY TO BE NOTICED*

representing

**Amalgamated Bank, as Trustee for the LongView Collective Investment Fund**
*(Movant)*

**Milton S. McGee, III**
Riley, Warnock & Jacobson
1906 West End Avenue
Nashville, TN 37203
615) 320-3700
tmcgee@rwjplc.com
  *Assigned: 09/20/2016*
  *ATTORNEY TO BE NOTICED*

representing

**Corrections Corporation of America**
*(Defendant)*

**Damon T. Hiniger**
*(Defendant)*

**David M. Garfinkle**
*(Defendant)*

**Todd J. Mullenger**
*(Defendant)*

| | | |
|---|---|---|
| **Steven Allen Riley**<br>Riley, Warnock & Jacobson<br>1906 West End Avenue<br>Nashville, TN 37203<br>(615) 320-3700<br>sriley@rwjplc.com<br>*Assigned: 09/20/2016*<br>*ATTORNEY TO BE NOTICED* | representing | **Corrections Corporation of America**<br>*(Defendant)* |
| | | **Damon T. Hiniger**<br>*(Defendant)* |
| | | **David M. Garfinkle**<br>*(Defendant)* |
| | | **Todd J. Mullenger**<br>*(Defendant)* |
| **Nathan M. Saper**<br>nathan.saper@lw.com<br>*Assigned: 09/22/2016*<br>*ATTORNEY TO BE NOTICED* | representing | **Corrections Corporation of America**<br>*(Defendant)* |
| | | **Damon T. Hiniger**<br>*(Defendant)* |
| | | **David M. Garfinkle**<br>*(Defendant)* |
| | | **Todd J. Mullenger**<br>*(Defendant)* |
| **Brian Schall**<br>Goldberg Law PC<br>1999 Avenue of the Starts<br>Suite 1100<br>Los Angeles, CA 90067<br>(800) 977-7401<br>(800) 536-0065 (fax) | representing | **Nikki Bollinger Grae**<br>*(Plaintiff)* |

brian@goldberglawpc.com
*Assigned: 08/23/2016*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **David J. Schindler**<br>david.schindler@lw.com<br>*Assigned: 09/22/2016*<br>*ATTORNEY TO BE NOTICED* | representing | **Corrections Corporation of America**<br>*(Defendant)* |
| | | **Damon T. Hiniger**<br>*(Defendant)* |
| | | **David M. Garfinkle**<br>*(Defendant)* |
| | | **Todd J. Mullenger**<br>*(Defendant)* |

---

SO CERTIFIED this 25th day of October 2016.

s/*Paul Kent Bramlett*
PAUL KENT BRAMLETT