UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>CORRECTIONS CORPORATION OF AMERICA, DAMON T. HINIGER, DAVID M. GARFINKLE, and TODD J. MULLENGER,<br><br>    Defendants. | Case No. 16-cv-02267-AAT<br><br>The Honorable Aleta A. Trauger |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of October, 2016, service of the: (1) Motion of Luvell L. Glanton for Appointment as Lead Plaintiff and Approval of Selection of Counsel; (2) Memorandum of Law in Support of the Motion of Luvell L. Glanton for Appointment as Lead Plaintiff and Approval of Selection of Counsel; and (3) Declaration of Christopher T. Cain in Support of the Motion of Luvell L. Glanton for Appointment as Lead Plaintiff and Approval of Selection of Counsel was made upon the following through the Court's Electronic Filing System:

Paul Kent Bramlett
Robert P. Bramlett
**BRAMLETT LAW OFFICES**
P O Box 150734
Nashville, TN 37215
pknashlaw@aol.com
robert@bramlettlawoffices.com

Jeremy A. Lieberman
J. Alexander Hood, II
Marc C. Gorrie
**POMERANTZ LLP**
600 Third Avenue
20th Floor
New York, NY 10016
jalieberman@pomlaw.com
ahood@pomlaw.com
mgorrie@pomlaw.com

| | |
|---|---|
| Michael Goldberg<br>Brian Schall<br>**GOLDBERG LAW PC**<br>1999 Avenue of the Stars<br>Suite 1100<br>Los Angeles, CA 90067<br>michael@goldberglawpc.com<br>brian@goldberglawpc.com | Patrick V. Dahlstrom<br>**POMERANTZ LLP**<br>10 S LaSalle Street<br>Suite 3505<br>Chicago, IL 60603<br>pdahlstrom@pomlaw.com |
| Steven A. Riley<br>Milton S. McGee, III<br>**RILEY, WARNOCK<br>   & JACOBSON**<br>1906 West End Avenue<br>Nashville, TN 37203<br>Email: sriley@rwjplc.com<br>Email: tmcgee@rwjplc.com | David J. Schindler<br>Brian T. Glennon<br>Nathan M. Saper<br>**LATHAM & WATKINS, LLP**<br>355 South Grand Avenue<br>Los Angeles, California 90071<br>david.schindler@lw.com<br>brian.glennon@lw.com<br>nathan.saper@lw.com |

James A. Holifield , Jr.
**HOLIFIELD & ASSOCIATES, P.C.**
8351 E Walker Springs Lane
Suite 303
Knoxville, TN 37923
aholifield@hapc-law.com

I further certify that on the 25th day of October, 2016, service of the: (1) Motion of Luvell L. Glanton for Appointment as Lead Plaintiff and Approval of Selection of Counsel; (2) Memorandum of Law in Support of the Motion of Luvell L. Glanton for Appointment as Lead Plaintiff and Approval of Selection of Counsel; and (3) Declaration of Christopher T. Cain in Support of the Motion of Luvell L. Glanton for Appointment as Lead Plaintiff and Approval of Selection of Counsel was made upon the following via email:

Jerry E. Martin
**BARRETT JOHNSTON MARTIN
   & GARRISON, LLC**
Bank of America Plaza
414 Union Street
Suite 900
Nashville, TN 37219
Email: jmartin@barrettjohnston.com

| | |
|---|---|
| Dated: October 26, 2016 | */s/ Christopher T. Cain*<br>Christopher T. Cain |