# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

NIKKI BOLLINGER GRAE, Individually and
On Behalf of All Others Similarly Situated,

        Plaintiff,

    v.

CORRECTIONS CORPORATION OF
AMERICA, DAMON T. HINIGER, and
DAVID M. GARFINKLE, TODD J.
MULLENGER,

        Defendants.

Case No. 3:16-CV-02267

Judge Aleta A. Trauger

## NOTICE OF NON-OPPOSITION TO THE COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL

### TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that Movant Burton Siegal ("Movant") respectfully submits this statement of non-opposition with respect to the competing motions for appointment as Lead Plaintiff and approval of selection of Lead Counsel. On October 24, 2016, Movant timely filed a motion for appointment as Lead Plaintiff and approval of his selection of counsel, stating that he suffered losses of approximately $30,903.64 in financial losses in connection with his transactions in Corrections Corporation of America securities between February 27, 2012 and August 17, 2016, inclusive. Three similar motions were filed by other putative class members in the above-captioned

action. Having reviewed the competing Lead Plaintiff motions, Movant does not appear to have the largest financial interest.

The Private Securities Litigation Reform Act of 1995 ("PSLRA") provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Based upon a review of the competing motion and supporting papers provided by the other movants seeking appointment as Lead Plaintiff, it appears that, while Movant is well-qualified to serve as Lead Plaintiff in the action, that Movant does not possess the "largest financial interest in the relief sought by the class" as required by the PSLRA. 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb).

By this Notice of Non-Opposition, Movant does not waive his right to participate and recover as a class member in this litigation. Movant remains ready, willing and able to serve as Lead Plaintiff if the need arises.

Dated: October 27, 2016                          Respectfully submitted,


                                                 **HOLIFIELD • JANICH & ASSOCIATES, PLLC**

                                                 /s/ Al Holifield
                                                 Al Holifield, Esq.
                                                 11907 Kingston Pike, Ste. 201
                                                 Knoxville, Tennessee 37934
                                                 Tel: (865) 566-0115
                                                 Fax: (865) 566-0119
                                                 Email: aholifield@hapc-law.com

                                                 *Liaison Counsel*

**LEVI & KORSINSKY LLP**
Nicholas I. Porritt, Esq.
Adam. M. Apton, Esq.
LEVI & KORSINSKY LL
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 333-2121
Email: nporritt@zlk.com
Email: aapton@zlk.com
*(Pro Hac Vice Application To Be Submitted if Appointed Lead Counsel)*

*Counsel for Movant Burton Siegal and Proposed Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 24th day of October, 2016, the Notice of Non-Opposition to the Competing Motions for Appointment as Lead Plaintiff, and Approval of Selection of Counsel was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Paul Kent Bramlett
Bramlett Law Offices
P O Box 150734
Nashville, TN 37215
(615) 248-2828
Fax: (615) 254-4116
Email: pknashlaw@aol.com
*Counsel for Plaintiff*

Brian Schall
Goldberg Law PC
1999 Avenue of the Starts
Suite 1100
Los Angeles, CA 90067
(800) 977-7401
Fax: (800) 536-0065
Email: brian@goldberglawpc.com
*Counsel for Plaintiff*

J. Alexander Hood , II
Pomerantz LLP (NY Office)
600 Third Avenue
20th Floor
New York, NY 10016
(212) 661-1100
Fax: (212) 661-8665
Email: ahood@pomlaw.com
*Counsel for Plaintiff*
Marc Gorrie
Pomerantz LLP (NY Office)
600 Third Avenue
20th Floor
New York, NY 10016
(212) 661-1100
Fax: (212) 661-8665

Jeremy A. Lieberman
Pomerantz LLP (NY Office)
600 Third Avenue
20th Floor
New York, NY 10016
(212) 661-1100
Fax: (212) 661-8665
Email: jalieberman@pomlaw.com
*Counsel for Plaintiff*
Michael Goldberg
Goldberg Law PC
1999 Avenue of the Starts
Suite 1100
Los Angeles, CA 90067
(800) 977-7401
Fax: (800) 536-0065

Email: mgorrie@pomlaw.com
*Counsel for Plaintiff*

Patrick V. Dahlstrom
Pomerantz LLP (Chicago Office)
10 S LaSalle Street
Suite 3505
Chicago, IL 60603
(312) 377-1181
Fax: (312) 377-1184
Email: pdahlstrom@pomlaw.com
*Counsel for Plaintiff*

Brian T. Glennon
Email: brian.glennon@lw.com
*Counsel for Defendants*

Milton S. McGee , III
Riley, Warnock & Jacobson
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
Email: tmcgee@rwjplc.com
*Counsel for Defendants*

Steven Allen Riley
Riley, Warnock & Jacobson
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
Email: sriley@rwjplc.com
*Counsel for Defendants*

Christopher T. Cain
Scott & Cain
550 W. Main Avenue, Ste. 601
Knoxville, TN 37901
(865) 525-7028
Email: cain@scottandcain.com

Email: michael@goldberglawpc.com
*Counsel for Plaintiff*

Robert P. Bramlett
Bramlett Law Offices
P O Box 150734
Nashville, TN 37215
(615) 248-2828
Fax: (615) 254-4116
Email: robert@bramlettlawoffices.com
*Counsel for Plaintiff*

David J. Schindler
Email: david.schindler@lw.com
*Counsel for Defendants*

Nathan M. Saper
Email: nathan.saper@lw.com
*Counsel for Defendants*

Jerry E. Martin
Barrett Johnston Martin & Garrison, LLC
Bank of America Plaza
414 Union Street, Ste. 900
Nashville, TN 37219
(615) 244-2202
Email: jmartin@barrett Johnston.com

/s/Al Holifield
Al Holifield, Esq.
Holifield • Janich & Associates, PLLC