Motion DENIED as MOOT.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CORRECTIONS CORPORATION OF AMERICA, DAMON T. HINIGER, and DAVID M. GARFINKLE, TODD J. MULLENGER,<br><br>Defendants. | Case No. 3:16-CV-02267<br><br>Judge Aleta A. Trauger |

## MOTION OF BURTON SIEGAL FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL

Burton Siegal ("Movant") moves this Court for an Order pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for his appointment to serve as Lead Plaintiff on behalf of all persons who purchased Corrections Corporation of America securities between February 27, 2012 and August 17, 2016, inclusive, seeking to pursue remedies under the Exchange Act and Rule 10b-5, promulgated thereunder (the "Class"); and for the approval of his choice of Holifield • Janich & Associates, PLLC as Liaison Counsel and Levi & Korsinsky, LLP as Lead Counsel.

In support, Movant submits the Declaration of Al Holifield, a Memorandum of Law, and Proposed Order. In further support, Movant, pursuant to the PSLRA, is believed to constitute the

1