UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CORRECTIONS CORPORATION OF AMERICA, DAMON T. HINIGER, DAVID M. GARFINKLE, and TODD J. MULLENGER, <br><br> Defendants. | No. 3:16-cv-02267 <br><br> District Judge Aleta A. Trauger |

**CCA INVESTOR GROUP'S**

**NOTICE OF NON-OPPOSITION TO THE COMPETING MOTIONS FOR**

**APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL**

Please take notice that Movant CCA INVESTOR GROUP respectfully submits this Statement of Non-Opposition with respect to the competing motions for appointment of Lead Plaintiff and Lead Counsel.

Movant CCA Investor Group timely filed for such appointment [Docket Entry 36]. Similar motions were filed by other putative class members and, based upon the motions filed, Movant does not appear to have the largest financial interest in this matter.

While Movant deems itself qualified to so serve, not having the largest financial interest in the relief sought, Movant therefore gives notice that it will not move further.

Movant does not waive its right to participate as a class member if any recovery is made for the class.

Dated: November 3, 2016

Respectfully Submitted,

<u>s/*Paul Kent Bramlett*</u>
**PAUL KENT BRAMLETT**
TN SUP CT #7387/MS SUP CT #4291
**ROBERT PRESTON BRAMLETT**
TN SUP CT #25895
**BRAMLETT LAW OFFICES**
40 Burton Hills Blvd., Suite 200
P. O. Box 150734
Nashville, TN 37215
Telephone:615.248.2828
Facsimile: 866.816.4116
Emails: PKNASHLAW@aol.com
Robert@BramlettLawOffices.com

*Counsel for Movant and*
*Proposed Liaison Counsel for the Class*

**POMERANTZ LLP**

_____
J. Alexander Hood II (*admitted pro hac vice*)
Jeremy A. Lieberman (*admitted pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: ahood@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom (*admitted pro hac vice*)
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603

Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email:  pdahlstrom@pomlaw.com

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com

*Counsel for Movants and
Proposed Co-Lead Counsel for the Class*

# CERTIFICATE OF SERVICE

This is to certify that this *NOTICE* has been filed on the Court's electronic filing system and that all counsel appearing on the system will be served with this *NOTICE* by operation of the Court's system, as follows:

**Christopher T. Cain**
Scott & Cain
550 W Main Avenue
Suite 601
Knoxville, TN 37902

**Patrick V. Dahlstrom**
Pomerantz LLP
10 S LaSalle Street
Suite 3505
Chicago, IL 60603

**Michael Goldberg**
**Brian Schall**
Goldberg Law PC
1999 Avenue of the Stars
Suite 1100
Los Angeles, CA 90067

**Marc Gorrie**
Pomerantz LLP
600 Third Avenue

3

20th Floor
New York, NY 10016

**James A. Holifield, Jr.**
Holifield & Associates, P.C.
8351 E Walker Springs Lane
Suite 303
Knoxville, TN 37923

**J. Alexander Hood, II**
Pomerantz LLP
600 Third Avenue
20th Floor
New York, NY 10016

**Jeremy A. Lieberman**
Pomerantz LLP
600 Third Avenue
20th Floor
New York, NY 10016

**Jerry E. Martin**
Barrett Johnston Martin & Garrison, LLC
Bank of America Plaza
414 Union Street
Suite 900
Nashville, TN 37219

**Milton S. McGee, III**
**Steven Allen Riley**
Riley, Warnock & Jacobson
1906 West End Avenue
Nashville, TN 37203

   SO NOTICED this 3rd day of NOVEMBER 2016.

           s/*Paul Kent Bramlett*