Motion DENIED as MOOT.
[signature]

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and On Behalf of All Others Similarly Situated,<br><br>                       Plaintiff,<br><br>v.<br><br>CORRECTIONS CORPORATION OF AMERICA, DAMON T. HINIGER, DAVID M. GARFINKLE, and TODD J. MULLENGER,<br><br>                       Defendants. | No. 3:16-cv-02267<br><br>**NOTICE OF MOTION AND MOTION OF CCA INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** |

**TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that on a date and time as may be set by the Court, at the United States District Court for the Middle District of Tennessee, Edward Miske, Donald D. Dodge, and Bruce T. Schmidt (collectively, the "CCA Investor Group") will respectfully move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for the entry of an Order: (1) appointing the CCA Investor Group as Lead Plaintiff on behalf of all persons and entities that purchased or otherwise acquired the publicly traded securities of Corrections Corporation of America between February 27, 2012 and August 17, 2016, both dates inclusive; (2) approving Lead Plaintiff's selection of Pomerantz LLP and The Rosen Law Firm, P.A. as Co-Lead Counsel and Bramlett Law Offices as Liaison Counsel for the Class; and (3) granting such other and further relief as the Court may deem just and proper.

In support of this Motion, the CCA Investor Group submits a Memorandum of Law, the