UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br>  v.<br><br>CORRECTIONS CORPORATION OF AMERICA, DAMON T. HININGER, DAVID M. GARFINKLE, and TODD J. MULLENGER,<br><br>      Defendants. | Case No. 16-cv-02267-AAT<br><br>The Honorable Aleta A. Trauger |

### NOTICE OF WITHDRAWAL OF THE MOTION OF LUVELL L. GLANTON FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL

On October 24, 2016, Luvell L. Glanton ("Mr. Glanton") filed a timely motion for appointment as Lead Plaintiff and approval of his selection of class counsel pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). *See* ECF No. 31.

The PSLRA provides that in selecting a lead plaintiff, courts shall adopt a presumption that the movant asserting the largest financial interest and otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure is the "most adequate plaintiff" to represent the class. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii). As set forth in his opening brief, Mr. Glanton suffered losses of approximately $99,047 on either a last-in, first-out ("LIFO") basis or a first-in, first-out ("FIFO") from his Class Period transactions in Corrections Corporation of America common

stock, and is adequate and typical in all respects. *See* ECF No. 32. However, based on the representations of competing movants, it does not appear that Mr. Glanton asserts the largest financial interest in this litigation. As such, Mr. Glanton hereby withdraws his motion.

This withdrawal is submitted without prejudice to Mr. Glanton's rights to participate in this litigation and share in any recovery from the resolution of this litigation through settlement, judgment, or otherwise.

DATED: November 14, 2016          Respectfully submitted,

*/s/ Christopher T. Cain*
Christopher T. Cain BPR# 019997
SCOTT & CAIN
550 W. Main Street, Suite 601
Knoxville, TN 37902
Telephone: (865) 525-2150
Facsimile: (865) 525-2120
cain@scottandcain.com

**KESSLER TOPAZ**
   **MELTZER & CHECK LLP**
Naumon A. Amjed
Ryan T. Degnan
Melissa L. Troutner
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
namjed@ktmc.com
rdegnan@ktmc.com
mtroutner@ktmc.com

*Counsel for Luvell L. Glanton*

## CERTIFICATE OF SERVICE

I, Christopher T. Cain, hereby certify that, on November 14, 2016, a true and correct copy of the Notice of Withdrawal of the Motion of Luvell L. Glanton for Appointment as Lead Plaintiff and Approval of Selection of Counsel was filed through the ECF system and will be sent electronically to the following as identified on the Notice of Electronic Filing (NEF).

Paul Kent Bramlett
Robert P. Bramlett
**BRAMLETT LAW OFFICES**
P O Box 150734
Nashville, TN 37215
pknashlaw@aol.com
robert@bramlettlawoffices.com

Michael Goldberg
Brian Schall
**GOLDBERG LAW PC**
1999 Avenue of the Stars
Suite 1100
Los Angeles, CA 90067
michael@goldberglawpc.com
brian@goldberglawpc.com

Steven A. Riley
Milton S. McGee, III
**RILEY, WARNOCK
   & JACOBSON**
1906 West End Avenue
Nashville, TN 37203
sriley@rwjplc.com
tmcgee@rwjplc.com

Phillip Kim
**THE ROSEN LAW FIRM, P.A.**
275 Madison Avenue, 34th Floor
New York, New York 10016
pkim@rosenlegal.com

Jeremy A. Lieberman
J. Alexander Hood, II
Marc C. Gorrie
**POMERANTZ LLP**
600 Third Avenue
20th Floor
New York, NY 10016
jalieberman@pomlaw.com
ahood@pomlaw.com
mgorrie@pomlaw.com

Patrick V. Dahlstrom
**POMERANTZ LLP**
10 S LaSalle Street
Suite 3505
Chicago, IL 60603
pdahlstrom@pomlaw.com

James A. Holifield , Jr.
**HOLIFIELD & ASSOCIATES, P.C.**
8351 E Walker Springs Lane
Suite 303
Knoxville, TN 37923
aholifield@hapc-law.com

Jerry E. Martin
**BARRETT JOHNSTON MARTIN
   & GARRISON, LLC**
Bank of America Plaza
414 Union Street
Suite 900
Nashville, TN 37219
jmartin@barrettjohnston.com

David J. Schindler
Brian T. Glennon
Nathan M. Saper
**LATHAM & WATKINS, LLP**
355 South Grand Avenue
Los Angeles, California 90071
david.schindler@lw.com
brian.glennon@lw.com
nathan.saper@lw.com

DATED:  November 14, 2016  */s/ Christopher T. Cain*
Christopher T. Cain