UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>  vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>                  Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>CORRECTED CERTIFICATE OF SERVICE |

I hereby certify that on the 11th day of November, 2016, the Memorandum of Law in Opposition to Competing Motions for Appointment as Lead Plaintiff was filed electronically with the Clerk of the Court and was served by operation of the Court's electronic filing system upon the following:

| | |
|---|---|
| David J. Schindler<br>Brian T. Glennon<br>Nathan M. Saper<br>Latham & Watkins LLP<br>355 South Grand Avenue<br>Los Angeles, CA 90071-1560<br>213/485-1234<br>213/891-8763 (Fax) | Milton S. McGee III<br>Steven A. Riley<br>Riley Warnock & Jacobson, PLC<br>1906 West End Avenue<br>Nashville, TN 37203<br>615/320-3700<br>615/320-3737 (Fax) |
| Christopher T. Cain<br>Scott & Cain<br>550 West Main Street Suite 601<br>Knoxville, TN 37902<br>865/525-2150 | Paul Kent Bramlett<br>Robert Preston Bramlett<br>Bramlett Law Offices<br>P.O. Box 150734<br>Nashville, TN 37215-0734<br>615/248-2828<br>615/254-4116 (Fax) |
| James A. Holifield, Jr.<br>Holifield Janich Rachal & Associates, PLLC<br>11907 Kingston Pike, Suite 201<br>Knoxville, TN 37934<br>865/566-0115<br>865/566-0119 (Fax) | Patrick V. Dahlstrom<br>Pomerantz LLP<br>10 South LaSalle Street, Suite 3505<br>Chicago, IL 60603<br>312/377-1181<br>312/377-1184 (Fax) |
| Michael Goldberg<br>Brian Schall<br>Goldberg Law PC<br>1999 Avenue of the Stars<br>Suite 1100<br>Los Angeles, CA 90067<br>800/977-7401<br>800/536-0065 (Fax) | Darren J. Robbins<br>Danielle S. Myers<br>Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>619/231-1058<br>619/231-7423 (Fax) |
| Jeremy A. Lieberman<br>J. Alexander Hood II<br>Marc C. Gorrie<br>Pomerantz LLP<br>600 Third Avenue<br>New York, NY 10016<br>212/661-1100<br>212/661-8665 (Fax) | Christopher M. Wood<br>Robbins Geller Rudman & Dowd LLP<br>Bank of America Plaza<br>414 Union Street, Suite 900<br>Nashville, TN 37219<br>615/244-2203<br>615/252-3798 (Fax) |

DATED: November 15, 2016     Respectfully submitted,

                                                         BARRETT JOHNSTON MARTIN<br>                                                              & GARRISON, LLC<br>                                                           JERRY E. MARTIN, #20193

1207020_1

        <u>s/ Jerry E. Martin</u>
          JERRY E. MARTIN

Bank of AMERICA Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2202
615/252-3798 (fax)

Local Counsel

ROBBINS GELLER RUDMAN & DOWD LLP
CHRISTOPHER M. WOOD, #032977
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 800/449-4900
615/252-3798 (fax)

ROBBINS GELLER RUDMAN & DOWD LLP
DENNIS J. HERMAN
WILLOW E. RADCLIFFE
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN & DOWD LLP
DARREN J. ROBBINS
DANIELLE S. MYERS
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiff