IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NIKKI BOLLINGER GRAE, ET AL., )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>CORRECTIONS CORPORATION )<br>OF AMERICA, ET AL., )<br>)<br>    Defendants. ) | Civil No. 3:16-cv-02267<br>Judge Trauger |

## ORDER

It is hereby ORDERED that the initial case management conference in this case is RESET for February 6, 2017 at 2:15 p.m.

It is so **ORDERED**.

ENTER this 10th day of January 2017.

_____
ALETA A. TRAUGER
U.S. District Judge