IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NIKKI BOLLINGER GRAE, ET AL.,         ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.                                    ) | Civil No. 3:16-cv-02267 |
| ) | Judge Trauger |
| CORRECTIONS CORPORATION              ) | |
| OF AMERICA, ET AL.,                   ) | |
| ) | |
| Defendants. ) | |

## ORDER

Given the briefing schedule already in place (Docket No. 52), it is hereby ORDERED that the initial case management conference scheduled for February 6, 2017 is CONTINUED, to be reset, if appropriate, by later order of the court.

It is so **ORDERED**.

ENTER this 27th day of January 2017.

_____
ALETA A. TRAUGER
U.S. District Judge