UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated, ) ) ) ) | |
| Plaintiff, ) ) | Case No. 3:16-cv-02267 |
| v. ) ) | Judge Aleta A. Trauger |
| CORRECTIONS CORPORATION OF AMERICA, DAMON T. HININGER, DAVID M. GARFINKLE, TODD J. MULLENGER, and HARLEY G. LAPPIN ) ) ) ) ) | |
| Defendants. ) | |

**DECLARATION OF MILTON S. MCGEE, III IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

I, Milton S. McGee, III, declare as follows:

1. I am over 18 years of age and am competent to testify as to the matters stated in this Declaration. I am a member of good standing of the Tennessee bar and am admitted to practice in this Court. I am a member at the law firm of Riley, Warnock & Jacobson PLC and counsel for Defendants CoreCivic ("CC" or the "Company"), Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger, and Harley G. Lappin (collectively, "Defendants"). I hereby submit this Declaration in support of Defendants' Motion to Dismiss the First Amended Complaint. I have personal knowledge of the facts set forth within.

2. Attached as Exhibits 1 through 11 to this Declaration are true and correct copies of the following documents.

- **Exhibit 1**: August 2016, Office of the Inspector General's "Review of the Federal Bureau of Prisons' Monitoring of Contract Prisons"

- **Exhibit 2**: August 18, 2016, Memorandum from Sally Q. Yates re: "Reducing of Use of Private Prisons" to the Acting Director, Federal Bureau of Prisons

1

- **Exhibit 3**: February 21, 2017, Memorandum from Jefferson B. Sessions III re: "Rescission of Memorandum on Use of Private Prisons" to the Acting Director, Federal Bureau of Prisons

- **Exhibit 4**: December 21, 2016, Plaintiff's Amended Complaint, *Mulvaney v. GEO Group, Inc.*, No. 16-CV-81494

- **Exhibit 5**: Order Granting Motion to Dismiss, *Mulvaney v. GEO Group, Inc.*, No. 16-CV-81494, 2017 WL 887193 (S.D. Fla. Feb. 23, 2017)

- **Exhibit 6**: August 10-18, 2016, Yahoo! Finance Summary for the GEO Group, Inc. (GEO)

- **Exhibit 7**: Excerpts from CC's February 27, 2012, Form 10-K for the fiscal year ended December 31, 2011 (for the Court's convenience Defendants have highlighted the passages relevant to the pending Motion to Dismiss)[1]

- **Exhibit 8**: Excerpts from CC's February 27, 2013, Form 10-K for the fiscal year ended December 31, 2012 (for the Court's convenience Defendants have highlighted the passages relevant to the pending Motion to Dismiss)

- **Exhibit 9**: Excerpts from CC's February 27, 2014, Form 10-K for the fiscal year ended December 31, 2013 (for the Court's convenience Defendants have highlighted the passages relevant to the pending Motion to Dismiss)

- **Exhibit 10**: Excerpt's from CC's February 25, 2015, Form 10-K for the fiscal year ended December 31, 2014 (for the Court's convenience Defendants have highlighted the passages relevant to the pending Motion to Dismiss)

- **Exhibit 11**: Excerpts from CC's February 25, 2016, Form 10-K for the fiscal year ended December 31, 2015 (for the Court's convenience Defendants have highlighted the passages relevant to the pending Motion to Dismiss)

3. Pursuant to 26 U.S.C. §1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

---

[1] Full versions of Exhibits 7-11 are available upon request and accessible online at https://www.sec.gov/cgi-bin/browse-edgar?company=corecivic&owner=exclude&action=getcompany.

Executed on May 12, 2017 in Nashville, Tennessee.

*s/ Milton S. McGee, III*
Milton S. McGee, III (TN #024150)

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing document was made upon the following Filing Users through the Electronic Filing System:

Paul Kent Bramlett
Robert Preston Bramlett
BRAMLETT LAW OFFICES
40 Burton Hills Blvd., Suite 200
P.O. Box 150734
Nashville, TN 37215
pknashlaw@aol.com
robert@bramlettlawoffices.com

Jeremy A. Lieberman
J. Alexander Hood II
Marc C. Gorrie
POMERANTZ LLP
600 Third Ave., 20th Floor
New York, NY 10016
jalieberman@pomlaw.com
ahood@pomlaw.com
mgorrie@pomlaw.com

Jerry E. Martin
BARRETT JOHNSTON MARTIN & GARRISON, LLC
Bank of America Plaza
414 Union Street
Suite 900
Nashville, TN 37219
jmartin@barrettjohnston.com

Patrick V. Dahlstrom
POMERANTZ LLP
10 South La Salle St., Suite 3505
Chicago, IL 60603
pdahlstrom@pomlaw.com

Michael Goldberg
Brian Schall
GOLDBERG LAW PC
1999 Avenue of the Stars, Suite 100
Los Angeles, CA 90067
michael@goldberglawpc.com
brian@goldberglawpc.com

Christopher T. Cain
SCOTT & CAIN
550 W Main Avenue
Suite 601
Knoxville, TN 37902
cain@scottandcain.com

James A. Holifield , Jr.
HOLIFIELD JANICH RACHAL & ASSOCIATES, PLLC
11907 Kingston Pike
Suite 201
Knoxville, TN 37934
aholifield@holifieldlaw.com

4

Christopher Hamp Lyons
Christopher M. Wood
ROBBINS GELLER RUDMAN
& DOWD LLP
414 Union Street
Suite 900
Nashville, TN 37219
clyons@rgrdlaw.com
cwood@rgrdlaw.com

this 12th day of May, 2017.

                                                    /s/ Milton S. McGee, III