# EXHIBIT 3



**Office of the Attorney General**
Washington, D. C. 20530
February 21, 2017

MEMORANDUM FOR THE ACTING DIRECTOR
                              FEDERAL BUREAU OF PRISONS

FROM:                  Jefferson B. Sessions III
                        Attorney General

SUBJECT:       Rescission of Memorandum on Use of Private Prisons

      I hereby rescind the memorandum dated August 18, 2016, sent to you by former Deputy Attorney General Sally Q. Yates, entitled "Reducing our Use of Private Prisons." In that memorandum, former DAG Yates directed "that, as each contract reaches the end of its term, the Bureau should either decline to renew that contract or substantially reduce its scope in a manner consistent with law and the overall decline of the Bureau's inmate population." The memorandum changed long-standing policy and practice, and impaired the Bureau's ability to meet the future needs of the federal correctional system. Therefore, I direct the Bureau to return to its previous approach.

cc: Lee Lofthus, Assistant Attorney General for Administration