# EXHIBIT 6



**Recommendation Trends** ›



Strong Buy
Buy
Hold
Underperform
Sell

**Recommendation Rating** ›



| 1 Strong Buy | 2 Buy | 3 Hold | 4 Under-perform | 5 Sell |

**Analyst Price Targets (3)** ›

Average 35.44

Low 33.33    High 37.00

Current 32 56

**Upgrades & Downgrades** ›

| | | | |
|---|---|---|---|
| Initiated | Canaccord Genuity: to Buy | 7/14/2015 |
| Initiated | CRT Capital: to Buy | 1/24/2014 |
| ↑ Upgrade | Barclays: Equal Weight to Overweight | 4/10/2013 |
| ↓ Downgrade | Barclays Capital: Overweight to Equal Weight | 12/13/2011 |
| Initiated | Dawson James: to Buy | 1/4/2010 |
| Initiated | Sun Trust Rbsn Humphrey: to Buy | 12/11/2009 |

**Company Profile** ›

One Park Place
Suite 700
Boca Raton, FL 33487
United States

561-893-0101

http://www.geogroup.com

Sector: **Financial**
Industry: **REIT - Healthcare Facilities**
Full Time Employees: **23,500**

The GEO Group, Inc. provides government-outsourced services specializing in the management of correctional, detention, and re-entry facilities, and the provision of community based services and youth services in the United States, Australia, South Africa, the United Kingdom, and Canada.  t operates through four segments: U.S.

More about The GEO Group, Inc.



Yahoo Small Business

Data Disclaimer  Help  Suggestions
Privacy  About Our Ads  Terms

Follow Yahoo Finance