# Certificate of Good Standing

United States District Court )
)
Northern District of California )

I, Susan Y. Soong, Clerk of the United States District Court for the Northern District of California, do hereby certify that

## Anne E. Berces
Bar No. 287548

was duly admitted to practice in said Court on 17th Day of November, 2016, and is in good standing as a member of the bar of said court.

Dated in San Francisco on 18th Day of May, 2017.



*Susan Y. Soong*
Clerk