# Certificate of Good Standing

United States District Court )

Northern District of California )

I, Susan Y. Soong, Clerk of the United States District Court for the Northern District of California, do hereby certify that

## Morgan E. Whitworth
### Bar No. 304907

was duly admitted to practice in said Court on 7th Day of October, 2016, and is in good standing as a member of the bar of said court.

Dated in San Francisco on 18th Day of May, 2017.



*Susan Y. Soong*
Clerk