Motion GRANTED.

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated, | )<br>)<br>) |
| Plaintiff, | ) Case No. 3:16-cv-02267 |
| v. | ) Judge Aleta A. Trauger |
| CORRECTIONS CORPORATION OF AMERICA, DAMON T. HININGER, DAVID M. GARFINKLE, TODD J. MULLENGER, and HARLEY G. LAPPIN | )<br>)<br>)<br>) |
| Defendants. | ) |

## MOTION TO WITHDRAW

Defendants Correction Corporation of America, Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger, and Harley G. Lappin respectfully request that Nathan M. Saper be removed as one of their attorneys of record in this case because he has withdrawn as their counsel and is no longer associated with the firm of Latham & Watkins, LLP. Defendants will continue to be represented in this matter by their other attorneys with Latham & Watkins, LLP and Riley Warnock & Jacobson, PLC who have entered an appearance in this matter.

Respectfully submitted:

 s/ Steven A. Riley
Steven A. Riley (TN #6258)
Milton S. McGee, III (TN #024150)
RILEY WARNOCK & JACOBSON, PLC
1906 West End. Ave.
Nashville, TN 37203
T: (615) 320-3700
F: (615) 320-3737
sriley@rwjplc.com
tmcgee@rwjplc.com