*Motion GRANTED.*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated, </br></br>Plaintiff, </br></br>v. </br></br>CORRECTIONS CORPORATION OF AMERICA, DAMON T. HININGER, DAVID M. GARFINKLE, TODD J. MULLENGER, and HARLEY G. LAPPIN </br></br>Defendants. | Case No. 3:16-cv-02267 </br></br>Judge Aleta A. Trauger |

## MOTION TO ADMIT ANNA E. BERCES AND MORGAN E. WHITWORTH *PRO HAC VICE*

Pursuant to Local Rule 83.01(d), Defendants Correction Corporation of America, Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger, and Harley G. Lappin hereby move the Court for an Order allowing Anna E. Berces and Morgan E. Whitworth of the firm Latham & Watkins, LLP, 505 Montgomery Street, Suite 2000, San Francisco, California 94111, (415) 391-0600, anna.berces@lw.com, morgan.whitworth@lw.com to appear and practice in this action. As evidenced by the Certificates of Good Standing submitted herewith, Ms. Berces and Mr. Whitworth are members in good standing of the United States District Court for the Northern District of California.