UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>CORRECTIONS CORPORATION OF AMERICA, et al., )<br><br>Defendants. ) | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>APPENDIX OF UNPUBLISHED OPINIONS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS |

Pursuant to Local Rule 7.01(e), the following unpublished opinions cited and referenced in Plaintiff's Opposition to Defendants' Motion to Dismiss Plaintiff's Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws are attached hereto as follows:

CASES                                                                               TAB NO.

*Burges v. BancorpSouth, Inc.*,
    2015 U.S. Dist. LEXIS 89822
    (M.D. Tenn. July 10, 2015) ...............................................................................1

*Garden City Emps.' Ret. Sys. v. Psychiatric Sols., Inc.*,
    2011 U.S. Dist. LEXIS 35661
    (M.D. Tenn. Mar. 31, 2011)...............................................................................2

*In re Am. Serv. Grp., Inc.*,
    2009 U.S. Dist. LEXIS 28237
    (M.D. Tenn. Mar. 31, 2009)...............................................................................3

*Sohol v. Yan*,
    2016 U.S. Dist. LEXIS 56049
    (N.D. Ohio Apr. 27, 2016) .................................................................................4

*Willis v. Big Lots, Inc.*,
    2016 U.S. LEXIS 8028
    (S.D. Ohio Jan. 21, 2016) ..................................................................................5

*Winslow v. BancorpSouth, Inc.*,
    2011 U.S. Dist. LEXIS 45559
    (M.D. Tenn. Apr. 26, 2011) ...............................................................................6

DATED: June 26, 2017                Respectfully submitted,

                                     ROBBINS GELLER RUDMAN & DOWD LLP
                                     CHRISTOPHER M. WOOD, #032977
                                     CHRISTOPHER H. LYONS, #034853

                                         s/ Christopher M. Wood
                                     CHRISTOPHER M. WOOD

                                     414 Union Street, Suite 900
                                     Nashville, TN 37219
                                     Telephone: 800/449-4900
                                     615/252-3798 (fax)

ROBBINS GELLER RUDMAN & DOWD LLP
DENNIS J. HERMAN
WILLOW E. RADCLIFFE
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiff

BARRETT JOHNSTON MARTIN
    & GARRISON, LLC
JERRY E. MARTIN, #20193
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2202
615/252-3798 (fax)

Local Counsel

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 26, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 26, 2017.

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

Robbins Geller Rudman & Dowd LLP
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 800/449-4900
615/252-3798 (fax)
E-mail: cwood@rgrdlaw.com

# Mailing Information for a Case 3:16-cv-02267 Grae v. Corrections Corporation of America et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Anna E. Berces**
  anna.berces@lw.com

- **Paul Kent Bramlett**
  pknashlaw@aol.com

- **Robert P. Bramlett**
  robert@bramlettlawoffices.com

- **Christopher T. Cain**
  cain@scottandcain.com,ambrose@scottandcain.com

- **Patrick V. Dahlstrom**
  pdahlstrom@pomlaw.com

- **Brian T. Glennon**
  brian.glennon@lw.com

- **Michael Goldberg**
  michael@goldberglawpc.com

- **Marc Gorrie**
  mgorrie@pomlaw.com

- **James A. Holifield , Jr**
  aholifield@holifieldlaw.com

- **J. Alexander Hood , II**
  ahood@pomlaw.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,lpvega@pomlaw.com

- **Christopher Hamp Lyons**
  clyons@rgrdlaw.com

- **Jerry E. Martin**
  jmartin@barrettjohnston.com,smcclenahan@barrettjohnston.com,tellis@barrettjohnston.com,nchanin@barrettjohnston.com

- **Milton S. McGee , III**
  tmcgee@rwjplc.com,dgibby@rwjplc.com

- **Steven Allen Riley**
  sriley@rwjplc.com,dgibby@rwjplc.com

- **Brian Schall**
  brian@goldberglawpc.com

- **David J. Schindler**
  david.schindler@lw.com

- **Morgan E. Whitworth**
  morgan.whitworth@lw.com

- **Christopher M. Wood**
  cwood@rgrdlaw.com,ptiffith@rgrdlaw.com,hdeshmukh@rgrdlaw.com,willowr@rgrdlaw.com,e_file_sd@rgrdlaw.com

Case 3:16-cv-02267   Document 68   Filed 06/26/17   Page 5 of 6 PageID #: 1164

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`