# Certificate of Good Standing

United States District Court )
)
Northern District of California )

I, Susan Y. Soong, Clerk of the United States District Court for the Northern District of California, do hereby certify that

## Willow E Radcliffe
### Bar No. 200087

was duly admitted to practice in said Court on 19th October 1991, and is in good standing as a member of the bar of said court.

Dated in San Francisco on 6th July 2017

*Susan Y. Soong*
Clerk

