# Certificate of Good Standing

United States District Court )

Northern District of California )

I, Susan Y. Soong, Clerk of the United States District Court for the Northern District of California, do hereby certify that

## Dennis J Herman
### Bar No. 220163

was duly admitted to practice in said Court on 15th July 2002, and is in good standing as a member of the bar of said court.



Dated in San Francisco on 6th July 2017

*Susan Y. Soong*
Clerk