Motion GRANTED.

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

NIKKI BOLLINGER GRAE

    Plaintiff,

v.

                                  Case No.   3:16-cv-2267

CORRECTIONS CORPORATION OF AMERICA, et al.

    Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Plaintiff Amalgamated Bank, as Trustee for the LongView Collective Investment Fund hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the Northern District of California. Attached is a Certificate of Good Standing from that Court.

                                s/ Dennis J. Herman
                                       Signature

Name: Dennis J. Herman

Address: ROBBINS GELLER RUDMAN & DOWD LLP

Address: Post Montgomery Center, One Montgomery Street, Suite 1800

Address: San Francisco, CA 94104

Phone: 415/288-4545

Email: dennish@rgrdlaw.com

**\*\*FEE: $75.00**
(\*Note: The fee may be paid through the credit card module on the Court's ECF System if the motion is filed electronically, or it may be forwarded to the Clerk within 21 days after the filing. If forwarded to the Clerk, payment should be in the form of a check, cashier's check, or money order payable to the Clerk, U. S. District Court, 801 Broadway, Room 800, Nashville, TN 37203.)

\* \* \* INCLUDE A CERTIFICATE OF SERVICE \* \* \*

Case 3:16-cv-02267   Document 72   Filed 07/11/17   Page 1 of 1 PageID #: 1369