UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CORRECTIONS CORPORATION OF AMERICA, DAMON T. HININGER, DAVID M. GARFINKLE, TODD J. MULLENGER, and HARLEY G. LAPPIN <br><br> Defendants. | Case No. 3:16-cv-02267 <br><br> Judge Aleta A. Trauger |

**DEFENDANTS' MOTION REQUESTING ORAL ARGUMENT**

Pursuant to Local Rule 78.01 of the United States District Court for the Middle District of Tennessee, Defendants CoreCivic, Inc., Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger, and Harley G. Lappin (collectively, "Defendants") respectfully request oral argument on their Motion to Dismiss the Amended Complaint (Dkt. No. 60), which is incorporated herein by reference.

Defendants submit that oral argument is particularly important here to aid in the Court's consideration of their dispositive Motion addressing the claims in Plaintiff's Amended Complaint, which alleges that Defendants violated Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder. Oral argument may substantially assist the Court in evaluating the motion by permitting Defendants to further explain CoreCivic's defenses to Plaintiff's allegations of scienter, falsity and loss causation. Defendants respectfully submit that oral argument will not only facilitate the Court's own understanding of the issues in this case; but also enable Defendants to answer questions the Court may have regarding the

issues raised in the briefing and explain, in depth and clearly, why Plaintiff's allegations are fundamentally flawed.

 Respectfully submitted:

 */s/ Steven A. Riley*
 Steven A. Riley (TN #6258)
 Milton S. McGee, III (TN #024150)
 RILEY WARNOCK & JACOBSON, PLC
 1906 West End. Ave.
 Nashville, TN 37203
 T: (615) 320-3700
 F: (615) 320-3737
 sriley@rwjplc.com
 tmcgee@rwjplc.com

 David J. Schindler
 Brian T. Glennon
 LATHAM & WATKINS LLP
 355 South Grand Ave.
 Los Angeles, CA 90071
 T: (213) 485-1234
 F: (213) 891-8763
 david.schindler@lw.com
 brian.glennon@lw.com

 Anna E. Berces
 Morgan E. Whitworth
 LATHAM & WATKINS LLP
 505 Montgomery Street, Suite 2000
 San Francisco, CA 94111
 T:  (415) 391-0600
 F:  (415) 395-8095
 anna.berces@lw.com
 morgan.whitworth@lw.com

 *Attorneys for Defendants Corrections Corporation of America, Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger, and Harley G. Lappin*

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing document was made upon the following Filing Users through the Electronic Filing System:

Paul Kent Bramlett
Robert Preston Bramlett
BRAMLETT LAW OFFICES
40 Burton Hills Blvd., Suite 200
P.O. Box 150734
Nashville, TN 37215
pknashlaw@aol.com
robert@bramlettlawoffices.com

Jeremy A. Lieberman
J. Alexander Hood II
Marc C. Gorrie
POMERANTZ LLP
600 Third Ave., 20th Floor
New York, NY 10016
jalieberman@pomlaw.com
ahood@pomlaw.com
mgorrie@pomlaw.com

Jerry E. Martin
BARRETT JOHNSTON MARTIN & GARRISON, LLC
Bank of America Plaza
414 Union Street
Suite 900
Nashville, TN 37219
jmartin@barrettjohnston.com

Patrick V. Dahlstrom
POMERANTZ LLP
10 South La Salle St., Suite 3505
Chicago, IL 60603
pdahlstrom@pomlaw.com

Michael Goldberg
Brian Schall
GOLDBERG LAW PC
1999 Avenue of the Stars, Suite 100
Los Angeles, CA 90067
michael@goldberglawpc.com
brian@goldberglawpc.com

Christopher T. Cain
SCOTT & CAIN
550 W Main Avenue
Suite 601
Knoxville, TN 37902
cain@scottandcain.com

James A. Holifield , Jr.
HOLIFIELD JANICH RACHAL & ASSOCIATES, PLLC
11907 Kingston Pike
Suite 201
Knoxville, TN 37934
aholifield@holifieldlaw.com

| | |
|---|---|
| Christopher Hamp Lyons<br>Christopher M. Wood<br>ROBBINS GELLER RUDMAN<br>& DOWD LLP<br>414 Union Street<br>Suite 900<br>Nashville, TN 37219<br>clyons@rgrdlaw.com<br>cwood@rgrdlaw.com | Dennis J. Herman<br>Willow E. Radcliffe<br>ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>dennish@rgrdlaw.com<br>willowr@rgrdlaw.com |

this 26th day of July, 2017.

 /s/ Steven A. Riley
Steven A. Riley