**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**

Motion DENIED.

| | | |
|---|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:16-cv-02267 |
| | ) | |
| v. | ) | Judge Aleta A. Trauger |
| | ) | |
| CORRECTIONS CORPORATION OF AMERICA, DAMON T. HININGER, DAVID M. GARFINKLE, TODD J. MULLENGER, and HARLEY G. LAPPIN | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' MOTION REQUESTING ORAL ARGUMENT

Pursuant to Local Rule 78.01 of the United States District Court for the Middle District of Tennessee, Defendants CoreCivic, Inc., Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger, and Harley G. Lappin (collectively, "Defendants") respectfully request oral argument on their Motion to Dismiss the Amended Complaint (Dkt. No. 60), which is incorporated herein by reference.

Defendants submit that oral argument is particularly important here to aid in the Court's consideration of their dispositive Motion addressing the claims in Plaintiff's Amended Complaint, which alleges that Defendants violated Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder. Oral argument may substantially assist the Court in evaluating the motion by permitting Defendants to further explain CoreCivic's defenses to Plaintiff's allegations of scienter, falsity and loss causation. Defendants respectfully submit that oral argument will not only facilitate the Court's own understanding of the issues in this case; but also enable Defendants to answer questions the Court may have regarding the