UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**CORRECTIONS CORPORATION OF AMERICA, DAMON T. HININGER, DAVID M. GARFINKLE, TODD J. MULLENGER, and HARLEY G. LAPPIN,**<br><br>**Defendants.** | Case No. 3:16-cv-2267<br>Judge Aleta A. Trauger |

## ORDER

For the reasons explained in the accompanying Memorandum, CoreCivic's Motion to Dismiss (Docket No. 60) is hereby **DENIED**. The initial case management conference is reset for January 22, 2018 at 4:00 p.m.

It is so **ORDERED**.

ENTER this 18th day of December 2017.

_____
ALETA A. TRAUGER
United States District Judge