UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CORRECTIONS CORPORATION OF AMERICA, DAMON T. HININGER, DAVID M. GARFINKLE, TODD J. MULLENGER, and HARLEY G. LAPPIN<br><br>Defendants. | Case No. 3:16-cv-02267<br>Judge Aleta A. Trauger |

**AGREED ORDER EXTENDING DEFENDANTS' TIME
TO ANSWER THE CONSOLIDATED AMENDED COMPLAINT**

On December 18, 2017, the Court entered an Order denying Defendants' Motion to Dismiss. Docket. No. 77. The parties have conferred and agree that Defendants' time to answer the Consolidated Amended Complaint shall be extended to and including February 2, 2018.

Therefore, it appearing to the Court as evidenced by the signatures of counsel for the parties below that the parties have agreed, Defendants shall answer the Consolidated Amended Complaint on or before February 2, 2018.

It is so ORDERED.

ENTER this _____ day of December 2017.

_____
ALETA A. TRAUGER
United States District Judge

Agreed to and submitted by:

*s/ Christopher M. Wood*

Christopher Hamp Lyons
Christopher M. Wood
ROBBINS GELLER RUDMAN & DOWD LLP
414 Union Street
Suite 900
Nashville, TN 37219
clyons@rgrdlaw.com
cwood@rgrdlaw.com

Dennis J. Herman
Willow E. Radcliffe
ROBBINS GELLER RUDMAN
  & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
dennish@rgrdlaw.com
willowr@rgrdlaw.com

*Attorneys for Plaintiff*

*/s/ Steven A. Riley*

Steven A. Riley (TN #6258)
Milton S. McGee, III (TN #024150)
RILEY WARNOCK & JACOBSON, PLC
1906 West End. Ave.
Nashville, TN 37203
T: (615) 320-3700
F: (615) 320-3737
sriley@rwjplc.com
tmcgee@rwjplc.com

David J. Schindler
Brian T. Glennon
LATHAM & WATKINS LLP
355 South Grand Ave.
Los Angeles, CA 90071
T: (213) 485-1234
F: (213) 891-8763
david.schindler@lw.com
brian.glennon@lw.com

Anna E. Berces
Morgan E. Whitworth
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
T:  (415) 391-0600
F:  (415) 395-8095
anna.berces@lw.com
morgan.whitworth@lw.com

*Attorneys for Defendants Corrections Corporation of America, Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger, and Harley G. Lappin*

# **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served via the Court's ECF filing system on the following:

Dennis J. Herman
Willow E. Radcliffe
ROBBINS GELLER RUDMAN
  & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
dennish@rgrdlaw.com
willowr@rgrdlaw.com

Christopher Hamp Lyons
Christopher M. Wood
ROBBINS GELLER RUDMAN
  & DOWD LLP
414 Union Street, Suite 900
Nashville, TN 37219
clyons@rgrdlaw.com
cwood@rgrdlaw.com

David J. Schindler
Brian T. Glennon
LATHAM & WATKINS LLP
355 South Grand Ave.
Los Angeles, CA 90071
david.schindler@lw.com
brian.glennon@lw.com

Anna E. Berces
Morgan E. Whitworth
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
anna.berces@lw.com
morgan.whitworth@lw.com

this the 22nd day of December, 2017.

                *s/ Steven A. Riley*