# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| NIKKI BOLLINGER GRAE, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:16-cv-02267 |
| ) | Judge Trauger |
| CORRECTIONS CORPORATION ) | |
| OF AMERICA, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Given the agreement to allow the defendants additional time within which to respond to the Consolidated Amended Complaint (Docket No. 78), it is hereby ORDERED that the initial case management conference is RESET for February 9, 2018 at 11:00 a.m.

It is so **ORDERED**.

ENTER this 22nd day of December 2017.

_____
ALETA A. TRAUGER
U.S. District Judge