Motion GRANTED.
*[signature]*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:16-cv-02267 |
| v. | ) ) | Judge Aleta A. Trauger |
| CORRECTIONS CORPORATION OF AMERICA, DAMON T. HININGER, DAVID M. GARFINKLE, TODD J. MULLENGER, and HARLEY G. LAPPIN | ) ) ) ) ) ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR COUNSEL TO PARTICIPATE IN THE INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE

Defendants respectfully request that the Court permit David Schindler of Latham & Watkins, LLP to participate in the February 9, 2018 initial case management conference by telephone. Mr. Schindler, who is Defendants' lead trial counsel, is based in Los Angeles, California. Mr. Schindler is available to participate in the initial case management conference by telephone, but, due to previously scheduled work and family commitments, he is unable to travel to Nashville for the February 9 conference. Two of Mr. Schindler's colleagues, Brian Glennon and Morgan Whitworth, will be traveling from California and participating in the conference in person. Counsel for Lead Plaintiff has informed counsel for Defendants that Lead Plaintiff does not oppose this Motion.

Accordingly, Defendants respectfully request that the Court grant relief from Local Rule 16.01(d)(1)(a)(2) and permit Mr. Schindler to participate in the February 9, 2018 initial case management conference by telephone.

.