# Certificate of Good Standing

United States District Court )
)
Northern District of California )

I, Susan Y. Soong, Clerk of the United States District Court for the Northern District of California, do hereby certify that

## Kenneth Joseph Black
Bar No. 291871

was duly admitted to practice in said Court on December 11, 2013, and is in good standing as a member of the bar of said court.

Dated in San Francisco on May 18, 2018

*Susan Y. Soong*
Clerk

