# EXHIBIT A

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>DECLARATION OF ELEANOR INNES IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVE AND APPOINTMENT OF CLASS COUNSEL |

I, Eleanor Innes, declare as follows:

1. I am a Senior Vice President and Director of Equities in the Investment Management Division of Amalgamated Bank ("Amalgamated"), the Court-appointed Lead Plaintiff in this action. Amalgamated acts as Trustee for the LongView Collective Investment Fund (the "Funds"). Amalgamated is a socially responsible bank with over $4 billion in assets, and over $40 billion in custody and investment assets under management.

2. During the Class Period identified in Lead Plaintiff's Motion for Class Certification, Appointment of Class Representative and Appointment of Class Counsel, February 27, 2012 through August 17, 2016, inclusive, the Funds purchased 159,000 shares of Corrections Corporation of America ("CCA") common stock.

3. Amalgamated has monitored the progress of this litigation. I, along with my colleagues and former colleagues, have conferred with counsel concerning the litigation and overseen and directed the efforts of counsel in prosecuting the case. We regularly communicate with Lead Counsel and proposed Class Counsel Robbins Geller Rudman & Dowd LLP ("Robbins Geller") regarding this action. We have received and reviewed numerous key documents filed with the Court, including, but not limited to, the Order Granting Motion for Appointment of Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel, the Consolidated Complaint for Violation of the Federal Securities Laws and the Memorandum denying defendants' motion to dismiss. We have also consulted with counsel concerning key events in the litigation, including document collection and review and deposition scheduling.

4. Amalgamated is committed to continuing to actively direct this litigation and maximize the recovery for the class. In addition, Amalgamated, as Lead Plaintiff and proposed Class Representative, understands that it owes fiduciary duties to all members of the class to provide fair and adequate representation and intends to continue to work with counsel to obtain

- 1 -

1439266_1

Case 3:16-cv-02267   Document 93-1   Filed 06/01/18   Page 3 of 4 PageID #: 1775

the maximum recovery possible for the entire class consistent with good faith and meritorious advocacy.

5. Amalgamated intends to continue to provide fair and adequate representation by, among other things, directing the efforts of Robbins Geller. Amalgamated believes that Robbins Geller has substantial experience and expertise in prosecuting securities class actions and possesses the necessary financial and human resources to prosecute the case effectively.

6. Amalgamated will not accept any payment for serving as Class Representative beyond its *pro rata* share of any recovery, except for reimbursement of such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 1st day of June, 2018, at 275 Seventh Avenue, New York, New York 10001.

_____
ELEANOR INNES