# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| NIKKI BOLLINGER GRAE, ET AL., | ) |
| Plaintiffs, | ) |
| v. | ) Civil No. 3:16-cv-02267 |
| | ) Judge Trauger |
| CORRECTIONS CORPORATION OF AMERICA, ET AL., | ) |
| Defendants. | ) |

## ORDER

A discovery dispute telephone conference was held with counsel for the parties on July 6, 2018. It is hereby **ORDERED** that the defendants shall file a motion to compel by July 11, 2018, to which the plaintiffs shall respond by July 18, 2018.

It is so **ORDERED**.

ENTER this 6th day of July 2018.

_____
ALETA A. TRAUGER
U.S. District Judge