UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CORRECTIONS CORPORATION OF AMERICA, DAMON T. HININGER, DAVID M. GARFINKLE, TODD J. MULLENGER, and HARLEY G. LAPPIN<br><br>Defendants. | Case No. 3:16-cv-02267<br><br>Judge Aleta A. Trauger |

**DECLARATION OF MILTON S. MCGEE, III IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVE, AND APPOINTMENT OF CLASS COUNSEL**

I, Milton S. McGee, III, declare as follows:

1.  I am over 18 years of age and am competent to testify as to the matters stated in this Declaration. I am a member of good standing of the Tennessee bar and am admitted to practice in this Court. I am a member of the law firm of Riley Warnock & Jacobson, PLC and counsel for Defendants CoreCivic ("CC" or the "Company"), Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger, and Harley G. Lappin (collectively, "Defendants"). I hereby submit this Declaration in support of Defendants' Opposition to Plaintiff's Motion for Class Certification. I have personal knowledge of the facts set forth within.

2.  Attached as Exhibits 1 through 25 to this Declaration are true and correct copies of the following documents.

- **Exhibit 1**: August 2016, Office of the Inspector General's "Review of the Federal Bureau of Prisons' Monitoring of Contract Prisons."

- **Exhibit 2:** August 18, 2016, Memorandum from Sally Q. Yates re: "Reducing of Use of Private Prisons" to the Acting Director, Federal Bureau of Prisons.

- **Exhibit 3:** July 16, 2018, Expert Report of Lucy P. Allen.

- **Exhibit 4:** August 23, 2016 CANACCORD Genuity analyst report entitled, "Private prisons aren't going anywhere, but risks could continue to weigh on stocks."

- **Exhibit 5:** September 1, 2016 SunTrust Robinson Humphrey analyst report entitled, "CXW, GEO – Lowering Estimates & PTs Amid Political Shift."

- **Exhibit 6:** Excerpts from the July 12, 2018 deposition of Plaintiff's Market Efficiency Expert Steven P. Feinstein, Ph.D.

- **Exhibit 7:** May 5, 2016 Wells Fargo Securities Equity Research entitled, "Corrections Corporation of America."

- **Exhibit 8:** May 5, 2016 Macquarie Research analyst report entitled, "Corrections Corp of America: New contract adds runway to H216 EPS."

- **Exhibit 9:** May 5, 2016 CANACCORD Genuity analyst report entitled, "1Q review: strong print as occupancy gains, diversification drive value; reiterate HOLD."

1

- **Exhibit 10**: May 5, 2016 SunTrust Robinson Humphrey analyst report entitled, "Steady Performance in 1Q; Future Real Estate Transactions Promising?"

- **Exhibit 11:** May 6, 2016 Wells Fargo Securities Equity Research Flash Comment entitled, "CXW: Oklahoma Dept. of Corrections Leases Company's North Fork Facility.

- **Exhibit 12**: Excerpts from CC's February 27, 2012, Form 10-K for the fiscal year ended December 31, 2011 (for the Court's convenience Defendants have highlighted the passages relevant to the pending Opposition to Plaintiff's Motion for Class Certification).[1]

- **Exhibit 13**: Excerpts from CC's March 7, 2006, Form 10-K for the fiscal year ended December 31, 2005 (for the Court's convenience Defendants have highlighted the passages relevant to the pending Opposition to Plaintiff's Motion for Class Certification).

- **Exhibit 14**: Excerpts from CC's February 27, 2007, Form 10-K for the fiscal year ended December 31, 2006 (for the Court's convenience Defendants have highlighted the passages relevant to the pending Opposition to Plaintiff's Motion for Class Certification.)

- **Exhibit 15**: Excerpts from CC's February 27, 2008, Form 10-K for the fiscal year ended December 31, 2007 (for the Court's convenience Defendants have highlighted the passages relevant to the pending Opposition to Plaintiff's Motion for Class Certification.)

- **Exhibit 16**: Excerpts from CC's February 25, 2009, Form 10-K for the fiscal year ended December 31, 2008 (for the Court's convenience Defendants have highlighted the passages relevant to the pending Opposition to Plaintiff's Motion for Class Certification.)

- **Exhibit 17**: Excerpts from CC's February 24, 2010, Form 10-K for the fiscal year ended December 31, 2009 (for the Court's convenience Defendants have highlighted the passages relevant to the pending Opposition to Plaintiff's Motion for Class Certification.)

- **Exhibit 18**: Excerpts from CC's February 25, 2011, Form 10-K for the fiscal year ended December 31, 2010 (for the Court's convenience Defendants have highlighted the passages relevant to the pending Opposition to Plaintiff's Motion for Class Certification.)

---

[1] Full versions of Exhibits 12-23 are available upon request and accessible online at https://www.sec.gov/cgi-bin/browse-edgar?company=corecivic&owner=exclude&action=getcompany.

2

- **Exhibit 19**: Excerpts from CC's February 25, 2016, Form 10-K for the fiscal year ended December 31, 2015 (for the Court's convenience Defendants have highlighted the passages relevant to the pending Opposition to Plaintiff's Motion for Class Certification.)

- **Exhibit 20**: Excerpts from CC's November 4, 2011, Form 10-Q for the period ended September 30, 2011 (for the Court's convenience Defendants have highlighted the passages relevant to the pending Opposition to Plaintiff's Motion for Class Certification.)

- **Exhibit 21**: Excerpts from CC's May 7, 2012, Form 10-Q for the period ended March 31, 2012 (for the Court's convenience Defendants have highlighted the passages relevant to the pending Opposition to Plaintiff's Motion for Class Certification.)

- **Exhibit 22**: Excerpts from CC's May 9, 2013, Form 10-Q for the period ended March 31, 2013 (for the Court's convenience Defendants have highlighted the passages relevant to the pending Opposition to Plaintiff's Motion for Class Certification.)

- **Exhibit 23**: Excerpts from CC's May 8, 2014, Form 10-Q for the period ended March 31, 2014 (for the Court's convenience Defendants have highlighted the passages relevant to the pending Opposition to Plaintiff's Motion for Class Certification.)

- **Exhibit 24**: January 13, 2017, CANACCORD Genuity analyst report entitled, "2017 Private Prison Outlook and Primer: An Attractive Investment Opportunity."

3. Pursuant to 26 U.S.C. §1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed on July 16, 2018 in Nashville, Tennessee.

*/s/ Milton S. McGee III*
Milton S. McGee, III

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing document was made upon the following Filing Users through the Electronic Filing System:

Paul Kent Bramlett
Robert Preston Bramlett
BRAMLETT LAW OFFICES
40 Burton Hills Blvd., Suite 200
P.O. Box 150734
Nashville, TN 37215
pknashlaw@aol.com
robert@bramlettlawoffices.com

Jeremy A. Lieberman
J. Alexander Hood II
Marc C. Gorrie
POMERANTZ LLP
600 Third Ave., 20th Floor
New York, NY 10016
jalieberman@pomlaw.com
ahood@pomlaw.com
mgorrie@pomlaw.com

David J. Schindler
Brian T. Glennon
Anna E. Berces
Morgan E. Whitworth
LATHAM & WATKINS LLP
355 South Grand Ave.
Los Angeles, CA 90071
david.schindler@lw.com
brian.glennon@lw.com
anna.berces@lw.com
morgan.whitworth@lw.com

Patrick V. Dahlstrom
POMERANTZ LLP
10 South La Salle St., Suite 3505
Chicago, IL 60603
pdahlstrom@pomlaw.com

Michael Goldberg
Brian Schall
GOLDBERG LAW PC
1999 Avenue of the Stars, Ste 100
Los Angeles, CA 90067
michael@goldberglawpc.com
brian@goldberglawpc.com

Christopher T. Cain
SCOTT & CAIN
550 W Main Avenue
Suite 601
Knoxville, TN 37902
cain@scottandcain.com

James A. Holifield , Jr.
HOLIFIELD JANICH RACHAL & ASSOCIATES, PLLC
11907 Kingston Pike
Suite 201
Knoxville, TN 37934
aholifield@holifieldlaw.com

| | |
|---|---|
| Christopher Hamp Lyons<br>Christopher M. Wood<br>ROBBINS GELLER RUDMAN &<br>　DOWD LLP<br>414 Union Street<br>Suite 900<br>Nashville, TN 37219<br>clyons@rgrdlaw.com<br>cwood@rgrdlaw.com | Jerry E. Martin<br>BARRETT JOHNSTON MARTIN &<br>GARRISON, LLC<br>Bank of America Plaza<br>414 Union Street<br>Suite 900<br>Nashville, TN 37219<br>jmartin@barrettjohnston.com |

Dennis J. Herman
Willow E. Radcliffe
Kenneth J. Black
ROBBINS GELLER RUDMAN &
　DOWD LLP
Post Montgomery Center
One Montgomery Street, Ste 1800
San Francisco, CA 94104
dennish@rgrdlaw.com
willowr@rgrdlaw.com
kennyb@rgrdlaw.com

this 16th day of July, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Steven A. Riley