# Exhibit 8



# Macquarie Research | Equities

## Corrections Corp of America
### New contract adds runway to H216 EPS

| UNITED STATES | | |
|---|---|---|
| CXW US | | Neutral |
| **Price** (at 20:02, 05 May 2016 GMT) | | US$33.40 |
| Valuation<br>- DCF (WACC 9.6%, TGR 2.0%) | US$ | 35.00 |
| 12-month target | US$ | 35.00 |
| 12-month TSR | % | +10.9 |
| GICS sector | | Real Estate |
| Market cap | US$m | 3,923 |
| 30-day avg turnover | US$m | 17.8 |
| Number shares on issue | m | 117.5 |

### Investment fundamentals

| Year end 31 Dec | | 2015A | 2016E | 2017E | 2018E |
|---|---|---|---|---|---|
| Revenue | m | 1,793.1 | 1,864.0 | 1,895.0 | 1,939.0 |
| EBIT | m | 281.5 | 280.6 | 301.1 | 319.4 |
| Reported profit | m | 221.9 | 220.6 | 240.7 | 258.9 |
| Adjusted profit | m | 227.1 | 221.7 | 240.7 | 258.9 |
| Gross cashflow | m | 378.6 | 382.8 | 425.1 | 443.3 |
| CFPS | US$ | 3.21 | 3.25 | 3.61 | 3.76 |
| CFPS growth | % | 11.3 | 1.1 | 11.1 | 4.3 |
| PGCFPS | x | 10.4 | 10.3 | 9.3 | 8.9 |
| EPS adj | US$ | 1.93 | 1.88 | 2.04 | 2.20 |
| EPS adj growth | % | 0.5 | -2.4 | 8.6 | 7.6 |
| PER adj | x | 17.3 | 17.7 | 16.3 | 15.2 |
| Total DPS | US$ | 2.13 | 2.04 | 2.04 | 2.04 |
| Total DPS growth | % | 6.7 | -4.2 | 0.0 | 0.0 |
| Total div yield | % | 6.4 | 6.1 | 6.1 | 6.1 |
| ROA | % | 8.3 | 7.4 | 7.2 | 6.9 |
| ROE | % | 13.8 | 11.2 | 10.3 | 9.5 |
| EV/EBITDA | x | 10.8 | 10.6 | 9.6 | 9.3 |
| Net debt/equity | % | 47.3 | 20.2 | -0.5 | -16.5 |
| P/BV | x | 2.2 | 1.8 | 1.6 | 1.3 |

**CXW US vs MSCI US REIT Index, & rec history**



Note: Recommendation timeline - if not a continuous line, then there was no Macquarie coverage at the time or there was an embargo period.
Source: FactSet, Macquarie Capital (USA), May 2016
(all figures in USD unless noted)

**Analyst(s)**
Kevin McVeigh
+1 212 231 6191      kevin.mcveigh@macquarie.com

6 May 2016
Macquarie Capital (USA) Inc.

### Event

Before the market open FRI 5/06, Corrections Corporation announced an agreement with the Oklahoma Department of Corrections to lease its North Fork Correctional Facility. The contract beginning in July includes a five-year base term + unlimited two-year renewal options. Average rent for the base term is US$7.5m + US$12m in the final year. Beyond the five-year term, rent due will be the original US$7.5m + adjustments for CPI increases. CXW sees the transaction generating 3¢ per share in 2016, which we believe annualizes to 6¢ in 2017. This agreement marks another major contract win + sets the private correctional facility up for durable AFFO growth in H216 + beyond. While Corrections failed to renew two contracts in Q1, benefits from the Red Rock-Arizona Facility + the ramping up of Trousdale + the latest contract with Oklahoma could generate upside to management's 2016 AFFO guidance of US$2.53-US$2.59 per share. Any upside, however, assumes the pace of declines in California inmate populations does not accelerate + this remains the company's most significant headwind.

### Impact

- **Non-traditional revenue opportunities to diversify revenue base.** We believe agreements like the one announced this morning with the state of Oklahoma + re-entry services could be two of several future growth drivers. In addition, we expect CXW to pursue both organic + inorganic opportunities in these areas.

- **Remaining vacant beds offer 95¢-US$1.05 AFFO/share upside.** Growing state populations could drive upside to CXW AFFO. We assume that this leased facility to Oklahoma addresses 2,400 of the 17,762 beds of idle facilities. If CXW fills the remaining 15,362 idle beds it would add 95¢-US$1.05 to AFFO/share.

- **Contract non-renewals offsets wins, keeps us Neutral.** With headwinds from California likely entirely discounted in the CXW stock price, we are more concerned with the company's recent inability to drive contract wins on a net positive basis. While we are encouraged by this latest renewal, we note two contracts were not renewed last quarter.

### Earnings and target price revision

- **US$35 DCF-based target price** implies ~12.1x our 2016E AFFO of US$2.60, which compares to our ~9.2x for GEO (GEO US, US$33.36, Outperform, TP: US$42.00). At this time, we don't see CXW + GEO trading in line with the healthcare REIT average of ~17.2 x.

### Price catalyst

- 12-month price target: US$35.00 based on a DCF methodology.
- Catalyst: Q216 results.

### Action and recommendation

- **We remain Neutral; maintain our US$35 TP.**

Please refer to page 3 for important disclosures and analyst certification, or on our website www.macquarie.com/research/disclosures.

Case 3:16-cv-02267   Document 99-8   Filed 07/16/18   Page 2 of 6 PageID #: 2628

Cameron.Hopewell@CoreCivic.com  Cameron Hopewell 04/16/18 04:45:48 PM  Corrections Corp of America

# Macquarie Quant View

The quant model currently holds a reasonably positive view on Corrections Corp of America. The strongest style exposure is Earnings Momentum, indicating this stock has received earnings upgrades and is well liked by sell side analysts. The weakest style exposure is Growth, indicating this stock has weak historic and/or forecast growth. Growth metrics focus on both top and bottom line items.

**167/944**
Global rank in Real Estate

| | |
|---|---|
| % of BUY recommendations | 25% (1/4) |
| Number of Price Target downgrades | 0 |
| Number of Price Target upgrades | 2 |



Displays where the company's ranked based on the fundamental consensus Price Target and Macquarie's Quantitative Alpha model.

Two rankings: Local market (United States) and Global sector (Real Estate)

## Macquarie Alpha Model ranking

A list of comparable companies and their Macquarie Alpha model score (higher is better).



## Factors driving the Alpha Model

For the comparable firms this chart shows the key underlying styles and their contribution to the current overall Alpha score.



## Macquarie Earnings Sentiment Indicator

The Macquarie Sentiment Indicator is an enhanced earnings revisions signal that favours analysts who have more timely and higher conviction revisions. Current score shown below.



## Drivers of Stock Return

Breakdown of 1 year total return (local currency) into returns from dividends, changes in forward earnings estimates and the resulting change in earnings multiple.



## What drove this Company in the last 5 years

Which factor score has had the greatest correlation with the company's returns over the last 5 years.



## How it looks on the Alpha model

A more granular view of the underlying style scores that drive the alpha (higher is better) and the percentile rank relative to the sector and market.



Source (all charts): FactSet, Thomson Reuters, and Macquarie Research. For more details on the Macquarie Alpha model or for more customised analysis and screens, please contact the Macquarie Global Quantitative/Custom Products Group (cpg@macquarie.com)

Case 3:16-cv-02267   Document 99-8   Filed 07/16/18   Page 3 of 6 PageID #: 2629

Cameron.Hopewell@CoreCivic.com Cameron Hopewell 04/16/18 04:45:48 PM Corrections Corp of America

Important disclosures:

**Recommendation definitions**

**Macquarie - Australia/New Zealand**
Outperform – return >3% in excess of benchmark return
Neutral – return within 3% of benchmark return
Underperform – return >3% below benchmark return

Benchmark return is determined by long term nominal GDP growth plus 12 month forward market dividend yield

**Macquarie – Asia/Europe**
Outperform – expected return >+10%
Neutral – expected return from -10% to +10%
Underperform – expected return <-10%

**Macquarie – South Africa**
Outperform – expected return >+10%
Neutral – expected return from -10% to +10%
Underperform – expected return <-10%

**Macquarie - Canada**
Outperform – return >5% in excess of benchmark return
Neutral – return within 5% of benchmark return
Underperform – return >5% below benchmark return

**Macquarie - USA**
Outperform (Buy) – return >5% in excess of Russell 3000 index return
Neutral (Hold) – return within 5% of Russell 3000 index return
Underperform (Sell) – return >5% below Russell 3000 index return

**Volatility index definition***
This is calculated from the volatility of historical price movements.

**Very high–highest risk** – Stock should be expected to move up or down 60–100% in a year – investors should be aware this stock is highly speculative.

**High** – stock should be expected to move up or down at least 40–60% in a year – investors should be aware this stock could be speculative.

**Medium** – stock should be expected to move up or down at least 30–40% in a year.

**Low–medium** – stock should be expected to move up or down at least 25–30% in a year.

**Low** – stock should be expected to move up or down at least 15–25% in a year.
* Applicable to Asia/Australian/NZ/Canada stocks only

**Recommendations** – 12 months
**Note:** Quant recommendations may differ from Fundamental Analyst recommendations

**Financial definitions**
All "Adjusted" data items have had the following adjustments made:
Added back: goodwill amortisation, provision for catastrophe reserves, IFRS derivatives & hedging, IFRS impairments & IFRS interest expense
Excluded: non recurring items, asset revals, property revals, appraisal value uplift, preference dividends & minority interests

**EPS** = adjusted net profit / efpowa*
**ROA** = adjusted ebit / average total assets
**ROA Banks/Insurance** = adjusted net profit /average total assets
**ROE** = adjusted net profit / average shareholders funds
**Gross cashflow** = adjusted net profit + depreciation
*equivalent fully paid ordinary weighted average number of shares

All Reported numbers for Australian/NZ listed stocks are modelled under IFRS (International Financial Reporting Standards).

**Recommendation proportions** – For quarter ending 31 March 2016

|  | AU/NZ | Asia | RSA | USA | CA | EUR |  |
|---|---|---|---|---|---|---|---|
| Outperform | 50.34% | 59.09% | 46.67% | 44.76% | 60.66% | 46.12% | (for global coverage by Macquarie, 3.72% of stocks followed are investment banking clients) |
| Neutral | 34.14% | 25.66% | 32.00% | 49.90% | 30.33% | 35.10% | (for global coverage by Macquarie, 4.79% of stocks followed are investment banking clients) |
| Underperform | 15.52% | 15.26% | 21.33% | 5.33% | 9.02% | 18.78% | (for global coverage by Macquarie, 2.31% of stocks followed are investment banking clients) |

**CXW US vs MSCI US REIT Index, & rec history**



**GEO US vs MSCI US REIT Index, & rec history**



(all figures in USD currency unless noted)

(all figures in USD currency unless noted)

Note: Recommendation timeline – if not a continuous line, then there was no Macquarie coverage at the time or there was an embargo period.
Source: FactSet, Macquarie Capital (USA), May 2016

**12-month target price methodology**

CXW US: US$35.00 based on a DCF methodology

GEO US: US$42.00 based on a DCF methodology

**Company-specific disclosures:**
**CXW US:** Macquarie and its affiliates collectively and beneficially own or control 1% or more of any class of Corrections Corp of America's equity securities.
Important disclosure information regarding the subject companies covered in this report is available at www.macquarie.com/research/disclosures.

| Date | Stock Code (BBG code) | Recommendation | Target Price |
|---|---|---|---|
| 07-Aug-2015 | CXW US | Neutral | US$35.00 |
| 19-Jun-2015 | CXW US | Neutral | US$38.00 |
| 08-May-2015 | CXW US | Outperform | US$40.00 |
| 13-Feb-2015 | CXW US | Outperform | US$42.00 |
| 08-Aug-2014 | CXW US | Outperform | US$40.00 |

**Target price risk disclosures:**
**CXW US:** Near-term: Delayed acceptance of inmates to facilities; Potential negative publicity from inmate altercations. Long-term: Contract terminations; Lawsuits; Greater government regulation.
**GEO US:** Near Term: Delayed acceptance of inmates to facilities; Potential negative publicity from inmate altercations. Long-term: Contract terminations; Lawsuits; Greater government regulation.

**Analyst certification:**
We hereby certify that all of the views expressed in this report accurately reflect our personal views about the subject company or companies and its or their securities. We also certify that no part of our compensation was, is or will be, directly or indirectly, related to the specific recommendations or views expressed in this report. The Analysts responsible for preparing this report receive compensation from Macquarie that is based upon various factors including Macquarie Group Ltd total revenues, a portion of which are generated by Macquarie Group's Investment Banking activities.
**General disclaimers:**

Cameron.Hopewell@CoreCivic.com Cameron Hopewell 04/16/18 04:45:48 PM Corrections Corp of America

Macquarie Securities (Australia) Ltd; Macquarie Capital (Europe) Ltd; Macquarie Capital Markets Canada Ltd; Macquarie Capital Markets North America Ltd; Macquarie Capital (USA) Inc; Macquarie Capital Limited and its Taiwan branch; Macquarie Capital Securities (Singapore) Pte Ltd; Macquarie Securities (NZ) Ltd; Macquarie Equities South Africa (Pty) Ltd; Macquarie Capital Securities (India) Pvt Ltd; Macquarie Capital Securities (Malaysia) Sdn Bhd; Macquarie Securities Korea Limited and Macquarie Securities (Thailand) Ltd are not authorized deposit-taking institutions for the purposes of the Banking Act 1959 (Commonwealth of Australia), and their obligations do not represent deposits or other liabilities of Macquarie Bank Limited ABN 46 008 583 542 (MBL) or MGL. MBL does not guarantee or otherwise provide assurance in respect of the obligations of any of the above mentioned entities. MGL provides a guarantee to the Monetary Authority of Singapore in respect of the obligations and liabilities of Macquarie Capital Securities (Singapore) Pte Ltd for up to SGD 35 million. This research has been prepared for the general use of the wholesale clients of the Macquarie Group and must not be copied, either in whole or in part, or distributed to any other person. If you are not the intended recipient you must not use or disclose the information in this research in any way. If you received it in error, please tell us immediately by return e-mail and delete the document. We do not guarantee the integrity of any e-mails or attached files and are not responsible for any changes made to them by any other person. MGL has established and implemented a conflicts policy at group level (which may be revised and updated from time to time) (the "Conflicts Policy") pursuant to regulatory requirements (including the FCA Rules) which sets out how we must seek to identify and manage all material conflicts of interest. Nothing in this research shall be construed as a solicitation to buy or sell any security or product, or to engage in or refrain from engaging in any transaction. In preparing this research, we did not take into account your investment objectives, financial situation or particular needs. Macquarie salespeople, traders and other professionals may provide oral or written market commentary or trading strategies to our clients that reflect opinions which are contrary to the opinions expressed in this research. Macquarie Research produces a variety of research products including, but not limited to, fundamental analysis, macro-economic analysis, quantitative analysis, and trade ideas. Recommendations contained in one type of research product may differ from recommendations contained in other types of research, whether as a result of differing time horizons, methodologies, or otherwise. Before making an investment decision on the basis of this research, you need to consider, with or without the assistance of an adviser, whether the advice is appropriate in light of your particular investment needs, objectives and financial circumstances. There are risks involved in securities trading. The price of securities can and does fluctuate, and an individual security may even become valueless. International investors are reminded of the additional risks inherent in international investments, such as currency fluctuations and international stock market or economic conditions, which may adversely affect the value of the investment. This research is based on information obtained from sources believed to be reliable but we do not make any representation or warranty that it is accurate, complete or up to date. We accept no obligation to correct or update the information or opinions in it. Opinions expressed are subject to change without notice. No member of the Macquarie Group accepts any liability whatsoever for any direct, indirect, consequential or other loss arising from any use of this research and/or further communication in relation to this research. Clients should contact analysts at, and execute transactions through, a Macquarie Group entity in their home jurisdiction unless governing law permits otherwise. The date and timestamp for above share price and market cap is the closed price of the price date. #CLOSE is the final price at which the security is traded in the relevant exchange on the date indicated.

**Country-specific disclaimers:**
**Australia**: In Australia, research is issued and distributed by Macquarie Securities (Australia) Ltd (AFSL No. 238947), a participating organisation of the Australian Securities Exchange. **New Zealand**: In New Zealand, research is issued and distributed by Macquarie Securities (NZ) Ltd, a NZX Firm. **Canada**: In Canada, research is prepared, approved and distributed by Macquarie Capital Markets Canada Ltd, a participating organisation of the Toronto Stock Exchange, TSX Venture Exchange & Montréal Exchange. Macquarie Capital Markets North America Ltd., which is a registered broker-dealer and member of FINRA, accepts responsibility for the contents of reports issued by Macquarie Capital Markets Canada Ltd in the United States and sent to US persons. Any US person wishing to effect transactions in the securities described in the reports issued by Macquarie Capital Markets Canada Ltd should do so with Macquarie Capital Markets North America Ltd. The Research Distribution Policy of Macquarie Capital Markets Canada Ltd is to allow all clients that are entitled to have equal access to our research. **United Kingdom**: In the United Kingdom, research is issued and distributed by Macquarie Capital (Europe) Ltd, which is authorised and regulated by the Financial Conduct Authority (No. 193905). **Germany**: In Germany, this research is issued and/or distributed by Macquarie Capital (Europe) Limited, Niederlassung Deutschland, which is authorised and regulated by the UK Financial Conduct Authority (No. 193905). and in Germany by BaFin. **France**: In France, research is issued and distributed by Macquarie Capital (Europe) Ltd, which is authorised and regulated in the United Kingdom by the Financial Conduct Authority (No. 193905). **Hong Kong & Mainland China**: In Hong Kong, research is issued and distributed by Macquarie Capital Limited, which is licensed and regulated by the Securities and Futures Commission. In Mainland China, Macquarie Securities (Australia) Limited Shanghai Representative Office only engages in non-business operational activities excluding issuing and distributing research. Only non-A share research is distributed into Mainland China by Macquarie Capital Limited. **Japan**: In Japan, research is Issued and distributed by Macquarie Capital Securities (Japan) Limited, a member of the Tokyo Stock Exchange, Inc. and Osaka Exchange, Inc. (Financial Instruments Firm, Kanto Financial Bureau (kin-sho) No. 231, a member of Japan Securities Dealers Association). **India:** In India, research is issued and distributed by Macquarie Capital Securities (India) Pvt. Ltd. (CIN: U65920MH1995PTC090696), *formerly known as Macquarie Capital (India) Pvt. Ltd.*, 92, Level 9, 2 North Avenue, Maker Maxity, Bandra Kurla Complex, Bandra (East), Mumbai – 400 051, India, which is a SEBI registered Research Analyst having registration no. INH000000545. **Malaysia**: In Malaysia, research is issued and distributed by Macquarie Capital Securities (Malaysia) Sdn. Bhd. (Company registration number: 463469-W) which is a Participating Organisation of Bursa Malaysia Berhad and a holder of Capital Markets Services License issued by the Securities Commission. **Taiwan**: In Taiwan, research is issued and distributed by Macquarie Capital Securities Ltd, Taiwan Branch, which is licensed and regulated by the Financial Supervisory Commission. <u>No portion of the report may be reproduced or quoted by the press or any other person without authorisation from Macquarie. Nothing in this research shall be construed as a solicitation to buy or sell any security or product.</u> Research Associate(s) in this report who are registered as Clerks only assist in the preparation of research and are not engaged in writing the research. **Thailand**: In Thailand, research is produced, issued and distributed by Macquarie Securities (Thailand) Ltd. Macquarie Securities (Thailand) Ltd. is a licensed securities company that is authorized by the Ministry of Finance, regulated by the Securities and Exchange Commission of Thailand and is an exchange member of the Stock Exchange of Thailand. The Thai Institute of Directors Association has disclosed the Corporate Governance Report of Thai Listed Companies made pursuant to the policy of the Securities and Exchange Commission of Thailand. Macquarie Securities (Thailand) Ltd does not endorse the result of the Corporate Governance Report of Thai Listed Companies but this Report can be accessed at: http://www.thai-iod.com/en/publications.asp?type=4. **South Korea**: In South Korea, unless otherwise stated, research is prepared, issued and distributed by Macquarie Securities Korea Limited, which is regulated by the Financial Supervisory Services. Information on analysts in MSKL is disclosed at
http://dis.kofia.or.kr/websquare/index.jsp?w2xPath=/wq/fundMgr/DISFundMgrAnalystStut.xml&divisionId=MDIS03002001000000&serviceId=SDIS03002001000.
**South Africa**: In South Africa, research is issued and distributed by Macquarie Equities South Africa (Pty) Ltd, a member of the JSE Limited. **Singapore**: In Singapore, research is issued and distributed by Macquarie Capital Securities (Singapore) Pte Ltd (Company Registration Number: 198702912C), a Capital Markets Services license holder under the Securities and Futures Act to deal in securities and provide custodial services in Singapore. Pursuant to the Financial Advisers (Amendment) Regulations 2005, Macquarie Capital Securities (Singapore) Pte Ltd is exempt from complying with sections 25, 27 and 36 of the Financial Advisers Act. All Singapore-based recipients of research produced by Macquarie Capital (Europe) Limited, Macquarie Capital Markets Canada Ltd, Macquarie Equities South Africa (Pty) Ltd and Macquarie Capital (USA) Inc. represent and warrant that they are institutional investors as defined in the Securities and Futures Act. **United States**: In the United States, research is issued and distributed by Macquarie Capital (USA) Inc., which is a registered broker-dealer and member of FINRA. Macquarie Capital (USA) Inc, accepts responsibility for the content of each research report prepared by one of its non-US affiliates when the research report is distributed in the United States by Macquarie Capital (USA) Inc. Macquarie Capital (USA) Inc.'s affiliate's analysts are not registered as research analysts with FINRA, may not be associated persons of Macquarie Capital (USA) Inc., and therefore may not be subject to FINRA rule restrictions on communications with a subject company, public appearances, and trading securities held by a research analyst account. Information regarding futures is provided for reference purposes only and is not a solicitation for purchases or sales of futures. Any persons receiving this report directly from Macquarie Capital (USA) Inc. and wishing to effect a transaction in any security described herein should do so with Macquarie Capital (USA) Inc. Important disclosure information regarding the subject companies covered in this report is available at www.macquarie.com/research/disclosures, or contact your registered representative at 1-888-MAC-STOCK, or write to the Supervisory Analysts, Research Department, Macquarie Securities, 125 W.55th Street, New York, NY 10019.
© Macquarie Group




# Research

## Heads of Equity Research

| | |
|---|---|
| Peter Redhead (Global - Head) | (852) 3922 4836 |
| Christine Farkas (US) | (1 212) 231 6668 |
| Greg MacDonald (Canada) | (1 416) 628 3934 |

## Consumer

| | |
|---|---|
| Chad Beynon (Head of US Consumer) | (1 212) 231 2634 |
| Bob Summers (New York) | (1 212) 231 1072 |
| Laurent Vasilescu (New York) | (1 212) 231 8046 |

**Emerging Leaders – Consumer Discretionary**

| | |
|---|---|
| Matthew Brooks (Boca Raton) | (1 215) 255 1064 |

## Energy

**Oil & Gas**

| | |
|---|---|
| Vikas Dwivedi (Head of Oil & Gas, Global Energy Strategist) | (1 713) 275 6352 |
| Kevin Little (Houston) | (1 713) 275 6304 |
| Iain Reid (London) | (44 20) 3037 2119 |

**US Exploration & Production**

| | |
|---|---|
| Paul Grigel (Denver) | (1 303) 952 2754 |

**US Refining**

| | |
|---|---|
| Vikas Dwivedi (Head of Oil & Gas, Global Energy Strategist) | (1 713) 275 6352 |
| Kevin Little (Houston) | (1 713) 275 6304 |

**Oilfield Services**

| | |
|---|---|
| Walt Chancellor (Houston) | (1 713) 275 6230 |

**Canadian Oil Sands/Heavy Oil Producers**

| | |
|---|---|
| Chris Feltin (Calgary) | (1 403) 539 8544 |

**Canadian Independents**

| | |
|---|---|
| Chris Feltin (Calgary) | (1 403) 539 8544 |

**Canadian Integrateds**

| | |
|---|---|
| Chris Feltin (Calgary) | (1 403) 539 8544 |

**International/Canadian Oil & Gas Producers**

| | |
|---|---|
| Brian Bagnell (Calgary) | (1 403) 539 8540 |

**Emerging Leaders – Basic Materials**

| | |
|---|---|
| Anthony Young (Boca Raton) | (1 212) 231 2612 |

## Financials

**Business & Fintech Services**

| | |
|---|---|
| Kevin McVeigh (Head of US Financials) | (1 212) 231 6191 |

**Banks/Trust Banks**

| | |
|---|---|
| David Konrad (New York) | (1 212) 231 0525 |
| John Moran (Denver) | (1 212) 231 0662 |
| Russell Gunther (New York) | (1 212) 231 0518 |
| Jason Bilodeau (Toronto) | (1 416) 848 3687 |

**Life Insurance**

| | |
|---|---|
| Sean Dargan (New York) | (1 212) 231 0663 |

**Regional Brokerage/Debt Collection**

| | |
|---|---|
| Hugh Miller (New York) | (1 212) 231 2323 |

## Financials

**Mortgage & Consumer Finance**

| | |
|---|---|
| Sean Dargan (New York) | (1 212) 231 0663 |

**Property & Casualty Insurance**

| | |
|---|---|
| Amit Kumar (New York) | (1 212) 231 8013 |

**Specialty Finance**

| | |
|---|---|
| Vincent Caintic (New York) | (1 212) 231 1814 |

## Industrials

**Chemicals**

| | |
|---|---|
| Cooley May (Head of US Basics & Industrials) | (1 212) 231 2586 |
| Daniel Greenspan (Toronto) | (1 416) 848 3541 |

**Commercial Print/Graphics & Logistics**

| | |
|---|---|
| Jamie Clement (New York) | (1 212) 231 0452 |

**Construction & Engineering/Machinery**

| | |
|---|---|
| Sameer Rathod (San Francisco) | (1 415) 762 5034 |

**Electrical Equipment & Building Products**

| | |
|---|---|
| Mike Wood (New York) | (1 212) 231 6590 |

**Paper & Packaging**

| | |
|---|---|
| Danny Moran (New York) | (1 212) 231 0698 |

**Transports & Logistics**

| | |
|---|---|
| Kelly Dougherty (New York) | (1 212) 231 2493 |
| Konark Gupta (Toronto) | (1 416) 848 3539 |

**Waste Services**

| | |
|---|---|
| Adam Baumgarten (New York) | (1 212) 231 0633 |

## Materials

**Steel & Metals**

| | |
|---|---|
| Aldo Mazzaferro (New York) | (1 212) 231 0693 |

**Global Metals & Mining**

| | |
|---|---|
| Daniel Greenspan (Toronto) | (1 416) 848 3541 |
| Michael Siperco (Toronto) | (1 416) 848 3520 |
| Michael Gray (Vancouver) | (1 604) 639 6372 |

## TMET

**Telecommunications**

| | |
|---|---|
| Greg MacDonald (Toronto) | (1 416) 628 3934 |

**Cable, Satellite & Entertainment**

| | |
|---|---|
| Amy Yong (New York) | (1 212) 231 2624 |
| Andrew DeGasperi (New York) | (1 212) 231 0649 |

**IT Infrastructure**

| | |
|---|---|
| Rajesh Ghai (New York) | (1 212) 231 2442 |

**Internet**

| | |
|---|---|
| Ben Schachter (New York) | (1 212) 231 0644 |
| Tom White (New York) | (1 212) 231 0643 |

**Media & Entertainment**

| | |
|---|---|
| Tim Nollen (New York) | (1 212) 231 0635 |

**Semiconductors**

| | |
|---|---|
| Deepon Nag (New York) | (1 212) 231 8014 |

**Software**

| | |
|---|---|
| Sarah Hindlian (New York) | (1 212) 231 1371 |

## Utilities & Alternative Energy

| | |
|---|---|
| Angie Storozynski (Head of US Utilities & Alternative Energy) | (1 212) 231 2569 |
| Andrew Weisel (New York) | (1 212) 231 1159 |

## Commodities & Precious Metals

| | |
|---|---|
| Colin Hamilton (Global) | (44 20) 3037 4061 |
| Jim Lennon (London) | (44 20) 3037 4271 |

## Economics and Strategy

| | |
|---|---|
| David Doyle (Toronto) | (1 416) 848 3663 |

## Quantitative Analysis

| | |
|---|---|
| Gurvinder Brar (Mumbai) | (9197) 8055 5902 |
| Steve Gao (New York) | (1 212) 231 1848 |

**Find our research at**

| | |
|---|---|
| Macquarie: | www.macquarie.com.au/research |
| Thomson: | www.thomson.com/financial |
| Reuters: | www.knowledge.reuters.com |
| Bloomberg: | MAC GO |
| Factset: | http://www.factset.com/home.aspx |
| CapitalIQ | www.capitaliq.com |
| Contact Gareth Warfield for access | (612) 8232 3207 |

**Email addresses**

**FirstName.Surname@macquarie.com**

eg. peter.redhead@macquarie.com

# Equities

## Head of Global Cash Equities

| | |
|---|---|
| Stevan Vrcelj (Sydney) | (612) 8232 5999 |

## Head of US Equities

| | |
|---|---|
| Andrew Root (New York) | (1 212) 231 2336 |

## Head of Canadian Equities

| | |
|---|---|
| David Washburn (Toronto) | (1 416) 848 3631 |

# Sales

## US Sales

| | |
|---|---|
| Peter Doerr (Chicago) | (1 312) 660 9052 |
| Ali Mossadeghi (San Francisco) | (1 415) 762 5025 |

# Trading

## US Sales Trading

| | |
|---|---|
| J.T. Cacciabaudo (New York) | (1 212) 231 6381 |

## Canada Trading

| | |
|---|---|
| Perry Catellier (Toronto) | (1 416) 848 3619 |

## International Sales Trading

| | |
|---|---|
| Mike Gray (New York) | (1 212) 231 0928 |

Cameron.Hopewell@CoreCivic.com  Cameron Hopewell  04/16/18 04:45:48 PM  Corrections Corp of America