# Exhibit 10

CHANGING TARGET
May 5, 2016

# Corrections Corporation of America (CXW)



# Steady Performance In 1Q; Future Real Estate Transactions Promising

**Buy**

Price Target: $37.00
*Prior: $32.00*

| Δ Key Drivers | | |
|---|---|---|
| | To | From |
| 2Q Avg Available Beds | 85K | 83K |
| 2Q16 Revenue | $454M | $448M |

| | |
|---|---|
| Price (May 4, 2016) | $31.54 |
| 52-Wk Range | $35.93-$24.62 |
| Market Cap ($M) | $3,715 |
| ADTV | 631,889 |
| Shares Out (M) | 117.8 |
| Short Interest Ratio/% Of Float | 2.9% |
| TR to Target | 17.3% |

| | |
|---|---|
| Total Debt | $1,406.4 |
| Cash And Equivalents ($M) | $54.8 |
| Enterprise Value ($M) | $5,226.2 |
| EV/EBITDA TTM | 11.7x |
| EV/EBITDA NTM | 10.9x |

**What's Incremental To Our View**
We reiterate our Buy rating and increase our PT to $37 from $32 based on modestly improving pricing as state budgets heal, ramping business in TN & AZ, new prospective sales in OK and AL as well as potentially margin enhancing real estate transactions primarily in the criminal justice sector to local governments (e.g. a new criminal complex with courts, offices and 1,750 prison beds in TN).

- Future real estate deals look promising. In further diversifying CXW's business, new real estate deals with no operational risk (including management and potential increase in labor costs) look attractive to the portfolio. Such deals may carry higher margins than CXW's core corrections business, and as state-owned and operated prisons reach closer to the end of their lifecycles, the business could present itself as a new area of growth. We expect states and local municipality lawmakers to view long-term leases more attractive versus large capital outlays to build replacement detention centers during their terms in office.

- CXW is now the second largest owner and operator of residential reentry facilities in the U.S., and the business is complementary to the reentry services business in CXW's detention centers. The company acquired Correctional Management, Inc. (CMI) in early April to expand the segment and added seven facilities with 605 beds in Colorado. We expect to see further investments and acquisitions in this arena in the near-term and believe the strategy should strengthen existing customer relationships as more diversified sets of services are offered and contracted. CXW currently owns or controls 24 residential re-entry facilities in six states (approx. 5,000 beds), and investment in this market totaled approximately $200M in the last twelve months. The company's current acquisition targets in this area are companies with valuations of $5-$50M yielding unlevered return of 8-15%.

- To meet capacity demand from current and future contracts, CXW continues to expand and construct new detention facilities. The 400-bed, $35-$38M expansion at the Red Rock facility in AZ to 2,024 beds is on schedule to by fully operational by 4Q16. The ramp of the new Trousdale facility (2,552 beds) in TN should be complete by the end of 2Q. It currently houses 1,700 inmates.

- Annual guidance for 2016 AFFO per share of $2.53-$2.59 was above the prior $2.52 consensus and represented a $0.04 increase to prior guidance. For the June quarter, guidance for AFFO of $0.61-$0.63 bracketed the $0.62 consensus. Our $37 PT is based on 14x (vs. 15x peer avg) our 2017 AFFO of $2.65.

| | 2015A | 2016E | | 2017E | |
|---|---|---|---|---|---|
| | | Curr. | Prior | Curr. | Prior |
| **AFFO** | | | | | |
| 1Q | $0.68 | $0.61A | $0.57 | -- | |
| 2Q | $0.73 | $0.62 | $0.60 | -- | |
| 3Q | $0.63 | $0.66 | $0.65 | -- | |
| 4Q | $0.58 | $0.66 | $0.69 | -- | |
| FY | $2.62 | $2.56 | $2.51 | $2.65 | $2.62 |
| P/AFFO | 12.0x | 12.3x | | 11.9x | |
| **Revenue ($M)** | | | | | |
| FY | $1,793 | $1,853 | $1,827 | $1,899 | $1,889 |
| EV/Sales | 2.9x | 2.8x | | 2.8x | |
| **EBITDA ($M)** | | | | | |
| FY | $397 | $455 | $426 | $484 | $461 |
| EV/EBITDA | 13.2x | 11.5x | | 10.8x | |
| **Consensus AFFO** | | | | | |
| FY | $2.62 | $2.54 | | $2.67 | |
| FYE Dec | | | | | |

Tobey Sommer
404-926-5009
tobey.sommer@suntrust.com

Kwan Kim
404-439-9560
Kwan.Kim@suntrust.com

SEE PAGE 6 FOR REQUIRED DISCLOSURE INFORMATION
SEE PAGE 6 FOR REQUIRED DISCLOSURE INFORMATION

Case 3:16-cv-02267 Document 99-10 Filed 07/16/18 Page 2 of 9 PageID #: 2647



**Figure 1: Quick Snapshot of 1Q16 Corrections Corporation of America Results**

| | Prior Period 1Q15A | Y/Y % Change | Actual 1Q16A | Street Consensus | Difference from Street | STRH Estimate 1Q16E | Difference from STRH |
|---|---|---|---|---|---|---|---|
| **Corrections Corporation of America (CXW) Quick Snapshot Quarter Ending Mar. 31, 2016 (1Q16)** | | | | | | | |
| **Total Revenue** | $426,000 | 5.0% | $447,385 | $443,000 | 1.0% | $443,022 | 1.0% |
| Operating Expenses | 300,662 | 4.4% | 313,918 | | | 310,115 | 1.2% |
| **Gross Profit** | **125,338** | **6.5%** | **133,467** | **134,000** | **-0.4%** | **132,907** | **0.4%** |
| General and Adminstrative | 26,872 | -1.5% | 26,480 | | | 25,252 | 4.9% |
| Depreciation and Amortization | 28,685 | 46.6% | 42,059 | | | 42,530 | -1.1% |
| **Operating Income (excl. impairment)** | **68,826** | **-5.7%** | **64,928** | **63,000** | **3.1%** | **65,124** | **-0.3%** |
| **Adj. EBITDA** | **96,511** | **-1.9%** | **94,661** | | | **105,654** | **-10.4%** |
| Interest expense, net | 10,190 | 72.2% | 17,544 | | | 17,481 | 0.4% |
| Expense associated with financing | 0 | 0.0% | 0 | | | 0 | |
| Other income (expense) | 26 | -419.2% | (83) | | | 0 | |
| **Pre-tax Income** | **58,662** | **-19.1%** | **47,467** | **47,000** | **1.0%** | **47,643** | **-0.4%** |
| Taxes | 1,385 | -16.2% | 1,160 | | | 2,335 | -50.3% |
| **Net Income** | **57,277** | **-19.2%** | **46,307** | | | **45,309** | |
| **Adjusted EPS** | **$0.49** | **-20.4%** | **$0.39** | | | **$0.38** | **2.6%** |
| Share Count | 117,768 | 0.0% | 117,769 | | | 117,789 | 0.0% |
| **Normalized Funds From Operations / Share** | **$0.68** | | **$0.60** | **$0.59** | **1.7%** | **$0.58** | **3.4%** |
| **Adj. Funds From Operations / Share** | **$0.68** | **-10.3%** | **$0.61** | **$0.57** | **7.0%** | **$0.57** | **7.0%** |
| **Operating Metrics** | **1Q15A** | | **1Q16A** | | | **1Q16E** | |
| Average available beds | 78,535 | 8.5% | 85,194 | | | 83,185 | 2.4% |
| Average compensated occupancy | 84.1% | -10.7% | 75.1% | | | 78.3% | -4.1% |
| Average compensated population | 66,032 | -3.1% | 63,957 | | | 65,172 | -1.9% |
| Total compensated man-days | 5,942,640 | -2.0% | 5,822,606 | | | 5,930,617 | -1.8% |
| Revenue per compensated man-day | $70.16 | 7.3% | $75.30 | | | $74.40 | 1.2% |
| Total management revenue | 426,000 | 5.0% | 447,385 | | | 443,022 | 1.0% |
| **Margin Analysis** | **1Q15A** | | **1Q16A** | | | **1Q16E** | |
| Gross Profit | 29.4% | 0.4% | 29.8% | | | 30.0% | -0.2% |
| SG&A | 6.3% | 3.1% | 9.4% | | | 5.7% | 3.7% |
| Operating Margin | 16.2% | -1.6% | 14.5% | | | 14.7% | -0.2% |
| Pre-tax Income | 13.8% | -3.2% | 10.6% | | | 10.8% | -0.1% |
| Tax Rate | -2.4% | 4.8% | 2.4% | | | -4.9% | 7.3% |

Source: Company reports, SunTrust Robinson Humphrey



**CXW Valuation**

Given the REIT conversion, we value the firm as it would trade based on a multiple of Funds From Operations (FFO) and Adjusted Funds From Operations (AFFO).  Reviewing a group of REIT peers we estimate the forward 2017 P/FFO multiples could range from 10x to 18x.  We use a multiple of 12.5x at the low end of this peer group, reflecting uncertainty surrounding the election cycle. Using our forecasted normalized FFO for CXW of $2.77 per share in 2017, we arrive at $35.  The same group of REIT peers suggest that the forward 2017 P/AFFO multiples could range from 10x to 21x. We use a multiple of 14x our 2017 AFFO estimate of $2.65 and this yields a price of $37. Based on a combination of these methods, we arrive at a target price of $37.

**Risks to our price target:**
- Inability to access adequate capital resources required for future acquisitions and capital expenditures to fund capacity expansion.
- Inability to successfully win new business contracts due to either competitive pressure or reputational damage related to past performance.
- Dramatic changes to federal, state or local government spending policies for corrections.  A significant shift in immigration and customs (ICE) holding policies or funding.
- Political pressure related to large social programs could affect operations or cause significant changes in the existing relationships with agencies and customers.
- Headline risk related to specific events or inadequate government or state reviews could result in additional costs or scrutiny related to operations, reducing potential for growth or profitability.
- Change in state or federal policies and funding that reduce inmate populations.  State budget shortfalls may cause greater parole or shorter sentences.


## Figure 2: Corrections Corporation of America Actual and Forecasted Income Statements



**Corrections Corp Of America**
**Consolidated Income Statement with Operating Metrics**
(thousands, except per share data)

Tobey Sommer( 404-926-5009)
tobey.sommer@suntrust.com
Last revised: 5/5/16

| | 2013A | 1Q14A | 2Q14A | 3Q14A | 4Q14A | 2014A | 1Q15A | 2Q15A | 3Q15A | 4Q15A | 2015A | 1Q16A | 2Q16E | 3Q16E | 4Q16E | 2016E | 2017E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenue** | $1,712,274 | $404,222 | $410,694 | $408,474 | $423,477 | $1,646,867 | $426,000 | $459,295 | $459,957 | $447,835 | $1,793,087 | $447,385 | $454,158 | $471,159 | $480,005 | $1,852,707 | $1,899,305 |
| % Change y/y | -2.7% | -3.0% | -3.4% | -3.1% | -1.8% | -3.8% | 5.4% | 11.8% | 12.6% | 5.8% | 8.9% | 5.0% | -1.1% | 2.4% | 7.2% | 3.3% | 2.5% |
| Operating expenses | 1,235,535 | 287,380 | 287,610 | 282,712 | 298,433 | 1,156,135 | 300,662 | 318,035 | 326,500 | 310,931 | 1,256,128 | 313,918 | 317,910 | 325,100 | 325,443 | 1,282,372 | 1,306,963 |
| % Sales | 72.2% | 71.1% | 70.0% | 69.2% | 70.5% | 70.2% | 70.6% | 69.2% | 71.0% | 69.4% | 70.1% | 70.2% | 70.0% | 69.0% | 67.8% | 69.2% | 68.8% |
| **Gross Profit** | 476,739 | 116,842 | 123,084 | 125,762 | 125,044 | 490,732 | 125,338 | 141,260 | 133,457 | 136,904 | 536,959 | 133,467 | 136,247 | 146,059 | 154,562 | 570,335 | 592,342 |
| Gross Profit Margin | 27.8% | 28.9% | 30.0% | 30.8% | 29.5% | 29.8% | 29.4% | 30.8% | 29.0% | 30.6% | 29.9% | 29.8% | 30.0% | 31.0% | 32.2% | 30.8% | 31.2% |
| General and administrative | 109,118 | 25,392 | 26,559 | 27,635 | 26,843 | 106,429 | 26,872 | 23,107 | 26,791 | 27,166 | 103,936 | 26,480 | 22,708 | 25,914 | 27,840 | 102,942 | 108,260 |
| % Sales | 6.4% | 6.3% | 6.5% | 6.8% | 6.3% | 6.5% | 6.3% | 5.0% | 5.8% | 6.1% | 5.8% | 5.9% | 5.0% | 5.5% | 5.8% | 5.6% | 5.7% |
| Depreciation and Amortization | 113,367 | 28,384 | 28,752 | 28,277 | 28,512 | 113,925 | 28,685 | 38,400 | 41,230 | 43,199 | 151,514 | 42,059 | 40,874 | 43,488 | 46,080 | 172,502 | 173,818 |
| % Sales | 6.6% | 7.0% | 7.0% | 6.9% | 6.7% | 6.9% | 6.7% | 8.4% | 9.0% | 9.6% | 8.4% | 9.4% | 9.0% | 9.2% | 9.6% | 9.3% | 9.2% |
| **Operating income** | 250,632 | 63,066 | 67,773 | 69,850 | 69,572 | 270,261 | 68,826 | 79,753 | 65,436 | 66,539 | 280,554 | 64,928 | 72,665 | 76,658 | 80,641 | 294,892 | 310,263 |
| Operating Margin | 14.6% | 15.6% | 16.5% | 17.1% | 16.4% | 16.4% | 16.2% | 17.4% | 14.2% | 14.9% | 15.6% | 14.5% | 16.0% | 16.3% | 16.8% | 15.9% | 16.3% |
| EBITDA | 363,999 | 91,450 | 96,525 | 98,127 | 98,084 | 384,186 | 96,511 | 107,153 | 95,666 | 97,954 | 397,284 | 94,661 | 102,539 | 109,146 | 115,721 | 422,067 | 464,081 |
| EBITDA margin | 21.3% | 22.6% | 23.5% | 24.0% | 23.2% | 23.3% | 22.7% | 23.3% | 20.8% | 21.9% | 22.2% | 21.2% | 22.6% | 23.2% | 24.1% | 22.8% | 24.4% |
| Interest expense, net | 45,126 | 10,348 | 8,364 | 10,376 | 10,447 | 39,535 | 10,190 | 11,761 | 11,764 | 15,981 | 49,696 | 17,544 | 17,694 | 17,344 | 16,994 | 69,576 | 69,016 |
| Expenses associated with financing | 36,528 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 701 | 0 | 701 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other (income) expense | (99) | (387) | (613) | (143) | (61) | (1,204) | (26) | 36 | (363) | 295 | (58) | (83) | 0 | 0 | 0 | (83) | 0 |
| **Income before taxes** | 205,380 | 53,105 | 60,022 | 59,617 | 59,186 | 231,930 | 58,662 | 67,956 | 53,334 | 50,263 | 230,215 | 47,467 | 54,971 | 59,314 | 63,647 | 225,399 | 241,247 |
| Provision for income taxes | (11,902) | 1,367 | (2,055) | 2,071 | 1,453 | 2,836 | 1,385 | 2,653 | 2,658 | 1,665 | 8,361 | 1,160 | 2,749 | 2,966 | 3,182 | 10,057 | 13,929 |
| Tax rate | 5.8% | 2.6% | -3.4% | 3.5% | 2.5% | 1.2% | 2.4% | 3.9% | 5.0% | 3.3% | 3.6% | 2.4% | 5.0% | 5.0% | 5.0% | 4.5% | 5.8% |
| **Adjusted Net Income** | $211,782 | $51,738 | $57,967 | $57,546 | $57,733 | $224,984 | $57,277 | $65,303 | $53,027 | $50,565 | $226,172 | $46,307 | $52,223 | $56,348 | $60,464 | $215,342 | $227,318 |
| % Change y/y | 34.2% | 1.3% | 1.6% | 11.0% | 11.5% | 6.2% | 10.7% | 12.7% | -7.9% | -12.4% | 0.5% | -19.2% | -20.0% | 6.3% | 19.6% | -4.8% | 5.6% |
| **Adjusted Diluted EPS** | $1.92 | $0.44 | $0.49 | $0.49 | $0.49 | $1.92 | $0.49 | $0.55 | $0.45 | $0.43 | $1.92 | $0.39 | $0.44 | $0.48 | $0.51 | $1.83 | $1.93 |
| % Change y/y | 22.5% | -11.8% | -5.5% | 10.5% | 10.9% | -0.2% | 9.9% | 12.1% | -8.2% | -12.5% | 0.1% | -19.2% | -20.0% | 6.3% | 19.6% | -4.8% | 5.5% |
| Depreciation of real estate assets | 81,313 | 21,077 | 23,666 | 21,412 | 21,640 | 87,795 | 21,272 | 22,175 | 22,577 | 24,195 | 90,219 | 23,337 | 23,503 | 23,558 | 22,608 | 93,006 | 98,764 |
| % Sales | 4.7% | 5.2% | 5.8% | 5.2% | 5.1% | 5.3% | 5.0% | 4.8% | 4.9% | 5.4% | 5.0% | 5.2% | 5.2% | 5.0% | 4.7% | 5.0% | 5.2% |
| **Normalized Funds From Operations** | 294,732 | 72,815 | 79,398 | 78,958 | 79,373 | 310,544 | 79,504 | 87,478 | 75,604 | 74,760 | 317,346 | 70,787 | 76,225 | 80,106 | 83,233 | 310,351 | 326,082 |
| **Normalized FFO Per Share** | $2.65 | $0.62 | $0.68 | $0.67 | $0.67 | $2.65 | $0.68 | $0.74 | $0.64 | $0.63 | $2.69 | $0.60 | $0.65 | $0.68 | $0.71 | $2.64 | $2.77 |
| % Change y/y | 12.4% | -10.5% | -4.3% | 6.3% | 8.5% | 0.0% | 8.4% | 9.6% | -4.6% | -5.9% | 1.8% | -11.0% | -12.8% | 6.0% | 11.3% | -2.2% | 5.1% |
| Maintenance capital expenditures, real estate | 21,005 | 8,728 | 4,221 | 5,631 | 6,901 | 25,481 | 4,238 | 6,176 | 5,433 | 10,762 | 26,609 | 3,351 | 7,516 | 6,596 | 9,600 | 27,064 | 30,865 |
| % Sales | 1.2% | 2.2% | 1.0% | 1.4% | 1.6% | 1.5% | 1.0% | 1.3% | 1.2% | 2.4% | 1.5% | 0.7% | 1.7% | 1.4% | 2.0% | 1.5% | 1.6% |
| Stock based compensation | 12,938 | 3,293 | 3,631 | 3,514 | 3,537 | 13,975 | 3,798 | 3,910 | 3,808 | 3,878 | 15,394 | 3,781 | 3,633 | 3,769 | 3,840 | 15,024 | 13,295 |
| % Sales | 0.8% | 0.8% | 0.9% | 0.9% | 0.8% | 0.8% | 0.9% | 0.9% | 0.8% | 0.9% | 0.9% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.7% |
| Amortization of debt and other | 3,509 | 755 | 761 | 761 | 761 | 3,038 | 776 | 760 | 618 | 771 | 2,925 | 792 | 908 | 471 | 480 | 2,651 | 3,799 |
| % Sales | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.1% | 0.2% | 0.2% | 0.2% | 0.2% | 0.1% | 0.1% | 0.1% | 0.2% |
| **Adjusted Funds From Operations** | 290,174 | 68,135 | 79,569 | 77,602 | 76,770 | 302,076 | 79,824 | 85,972 | 74,597 | 68,647 | 309,040 | 71,993 | 73,251 | 77,750 | 77,953 | 300,946 | 312,311 |
| **Adjusted Fund From Operations Per Share** | $2.61 | $0.58 | $0.68 | $0.66 | $0.65 | $2.57 | $0.68 | $0.73 | $0.63 | $0.58 | $2.62 | $0.61 | $0.62 | $0.66 | $0.66 | $2.56 | $2.65 |
| % Change y/y | 11.7% | -16.4% | -3.8% | 5.2% | 10.8% | -1.3% | 16.4% | 7.5% | -4.2% | -10.6% | 1.9% | -9.8% | -14.8% | 4.2% | 13.6% | -2.6% | 3.8% |
| Diluted Shares Outstanding | 111,250 | 116,960 | 117,196 | 117,389 | 117,695 | 117,312 | 117,768 | 117,812 | 117,774 | 117,784 | 117,785 | 117,769 | 117,774 | 117,779 | 117,784 | 117,777 | 117,797 |

Source: Company reports and SunTrust Robinson Humphrey estimates

5/5/2016  $ 32.90

Case 3:16-cv-02267    Document 99-10    Filed 07/16/18    Page 5 of 9 PageID #: 2650





**Corrections Corp Of America**
**Consolidated Income Statement with Operating Metrics**
(millions, except per share data)

Tobey Sommer (404-926-5009)
tobey.sommer@suntrust.com
Last revised: 02/11/16

| | 2013A | 1Q14A | 2Q14A | 3Q14A | 4Q14A | 2014A | 1Q15A | 2Q15E | 3Q15A | 4Q15A | 2015A | 1Q16A | 2Q16E | 3Q16E | 4Q16E | 2016E | 2017E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Number of days in Period** | 365 | 90 | 91 | 92 | 92 | 365 | 90 | 91 | 92 | 92 | 365 | 91 | 91 | 92 | 92 | 366 | 366 |
| Managed only available beds | 22,914 | 18,779 | 17,452 | 15,436 | 15,436 | 16,776 | 15,436 | 15,436 | 15,436 | 13,898 | 15,052 | 13,898 | 13,898 | 13,967 | 14,219 | 13,996 | 14,340 |
| Owned and managed available beds | 67,591 | 66,222 | 66,222 | 66,222 | 66,052 | 66,180 | 63,099 | 64,544 | 65,019 | 67,579 | 65,060 | 71,296 | 71,296 | 72,009 | 72,729 | 71,833 | 73,130 |
| **Average available beds** | **90,505** | **85,001** | **83,674** | **81,658** | **81,488** | **82,955** | **78,535** | **79,980** | **80,455** | **81,477** | **80,112** | **85,194** | **85,194** | **85,976** | **86,948** | **85,828** | **87,470** |
| Managed only compensated occupancy | 96.6% | 95.0% | 95.3% | 95.1% | 95.1% | 95.1% | 93.4% | 93.5% | 94.0% | 94.1% | 93.8% | 93.4% | 94.0% | 94.2% | 95.0% | 94.2% | 95.1% |
| Owned and managed compensated occupancy | 81.6% | 81.3% | 82.1% | 81.3% | 79.1% | 81.0% | 81.8% | 82.8% | 79.9% | 75.5% | 80.0% | 71.5% | 74.5% | 76.0% | 77.0% | 74.8% | 76.0% |
| **Average compensated occupancy** | **85.3%** | **84.3%** | **84.9%** | **83.9%** | **82.2%** | **83.8%** | **84.1%** | **84.9%** | **82.6%** | **78.6%** | **82.5%** | **75.1%** | **77.7%** | **79.0%** | **79.9%** | **77.9%** | **79.1%** |
| Managed only compensated population | 22,125 | 17,840 | 16,632 | 14,680 | 14,680 | 15,958 | 14,417 | 14,433 | 14,510 | 13,078 | 14,109 | 12,981 | 13,064 | 13,157 | 13,508 | 13,178 | 13,634 |
| Owned and managed compensated cpopulation | 55,121 | 53,838 | 54,368 | 53,838 | 52,247 | 53,573 | 51,615 | 53,442 | 51,950 | 51,022 | 52,007 | 50,977 | 53,116 | 54,727 | 56,001 | 53,705 | 55,580 |
| **Average compensated population** | **77,256** | **71,679** | **71,000** | **68,518** | **66,983** | **69,545** | **66,032** | **67,875** | **66,460** | **64,041** | **66,102** | **63,957** | **66,180** | **67,884** | **69,509** | **66,883** | **69,214** |
| Managed only compensated man-days | 8,069,816 | 1,604,837 | 1,513,308 | 1,351,193 | 1,350,211 | 5,819,549 | 1,297,648 | 1,312,976 | 1,334,303 | 1,203,023 | 5,147,950 | 1,181,224 | 1,188,835 | 1,210,479 | 1,242,732 | 4,823,270 | 4,990,187 |
| Owned and managed compensated man-days | 20,120,004 | 4,847,951 | 4,948,921 | 4,954,844 | 4,809,522 | 19,561,238 | 4,644,992 | 4,866,134 | 4,780,507 | 4,690,997 | 18,982,630 | 4,641,382 | 4,833,512 | 5,034,866 | 5,152,126 | 19,661,887 | 20,343,447 |
| **Total compensated man-days** | **28,189,820** | **6,452,788** | **6,462,229** | **6,306,037** | **6,159,733** | **25,380,787** | **5,942,640** | **6,179,110** | **6,114,810** | **5,894,020** | **24,130,580** | **5,822,606** | **6,022,347** | **6,245,345** | **6,394,858** | **24,485,156** | **25,333,634** |
| Managed only revenue/man-day | 39.62 | 39.88 | 39.86 | 39.90 | 40.32 | 39.99 | 40.80 | 40.91 | 41.03 | 42.05 | 41.20 | 42.19 | 42.27 | 42.36 | 41.20 | 42.01 | 41.32 |
| Owned and managed revenue/man-day | 68.20 | 69.08 | 68.71 | 69.65 | 74.84 | 70.57 | 78.36 | 81.39 | 82.75 | 82.74 | 81.31 | 83.73 | 83.56 | 83.40 | 83.23 | 83.48 | 83.23 |
| **Revenue per comp man-day** | **60.02** | **61.82** | **61.95** | **63.28** | **67.27** | **63.58** | **70.16** | **72.79** | **73.65** | **74.44** | **72.76** | **75.30** | **75.41** | **75.44** | **75.06** | **75.30** | **74.97** |
| Managed only revenue | 322,242 | 65,053 | 62,137 | 54,690 | 55,390 | 237,270 | 53,878 | 55,050 | 55,757 | 51,464 | 216,149 | 50,507 | 50,257 | 51,275 | 51,201 | 203,239 | 206,213 |
| Owned and managed revenue | 1,390,032 | 339,169 | 348,557 | 353,784 | 368,087 | 1,409,597 | 372,122 | 404,245 | 404,200 | 396,371 | 1,576,938 | 396,878 | 403,901 | 419,885 | 428,804 | 1,649,468 | 1,693,092 |
| **Total Management Revenue** | **1,712,274** | **404,222** | **410,694** | **408,474** | **423,477** | **1,646,867** | **426,000** | **459,295** | **459,957** | **447,835** | **1,793,087** | **447,385** | **454,158** | **471,159** | **480,005** | **1,852,707** | **1,899,305** |
| **Transportation** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Rental** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Other** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Revenue** | **1,712,274** | **404,222** | **410,694** | **408,474** | **423,477** | **1,646,867** | **426,000** | **459,295** | **459,957** | **447,835** | **1,793,087** | **447,385** | **454,158** | **471,159** | **480,005** | **1,852,707** | **1,899,305** |

Source: Company reports and SunTrust Robinson Humphrey estimates

5/5/2016   $ 32.90

Case 3:16-cv-02267   Document 99-10   Filed 07/16/18   Page 6 of 9 PageID #: 2651


## Company Description
Corrections Corporation of America was founded in 1983 as a pioneer in the private corrections management industry. The largest publicly traded firm in the space, CCA owns and operates privatized correctional and detention facilities in the United States. The company owns and manages prisons and other correctional facilities, and provides inmate residential and prisoner transportation services for governmental agencies. Corrections Corporation also offers healthcare services (medical, dental, and psychiatric), food services, and work and recreational programs. CCA houses inmates and detainees in more than 60 facilities, 40 of which are company-owned, with a total bed capacity of more than 90,000. Facilities are located in 19 states and the District of Columbia, as well as two additional correctional facilities that are leased to third-party operators. All revenue is generated in the United States. Corrections Corporation currently partners with all three federal corrections agencies (The Federal Bureau of Prisons, the U.S. Marshals Service and Immigration and Customs Enforcement), states, and more than a dozen local municipalities. The company joined the New York Stock Exchange in 1994 and trades under the ticker CXW. Headquartered in Nashville, Tennessee, CCA employs roughly 17,000 professionals nationwide in security, academic and vocational education, health services, inmate programs, facility maintenance, management, and administration.

## Investment Thesis
Corrections Corporation of America is a leader in private corrections that leverages, scale, lower cost of capital, a favorable REIT structure and management experience to provide visible, repeatable returns to shareholders. The company's REIT conversion is still gaining traction with institutional REIT holders, while its superior cash flow and funds from operations drive value. The firm is well positioned to improve margins as State budget conditions improve. As the largest operator its balance sheet and level of experience give it a competitive advantage relative to peers. We believe that risk related to California is overstated, and that management has a consistent track record of setting achievable goals.

## Valuation and Risks
**CXW Valuation**

Given the REIT conversion, we value the firm as it would trade based on a multiple of Funds From Operations (FFO) and Adjusted Funds From Operations (AFFO). Reviewing a group of REIT peers we estimate the forward 2017 P/FFO multiples could range from 10x to 18x. We use a multiple of 12.5x at the low end of this peer group, reflecting uncertainty surrounding the election cycle. Using our forecasted normalized FFO for CXW of $2.77 per share in 2017, we arrive at $35. The same group of REIT peers suggest that the forward 2017 P/AFFO multiples could range from 10x to 21x. We use a multiple of 14x our 2017 AFFO estimate of $2.65 and this yields a price of $37. Based on a combination of these methods, we arrive at a target price of $37.

**Risks to our price target:**
- Inability to access adequate capital resources required for future acquisitions and capital expenditures to fund capacity expansion.
- Inability to successfully win new business contracts due to either competitive pressure or reputational damage related to past performance.
- Dramatic changes to federal, state or local government spending policies for corrections. A significant shift in immigration and customs (ICE) holding policies or funding.
- Political pressure related to large social programs could affect operations or cause significant changes in the existing relationships with agencies and customers.
- Headline risk related to specific events or inadequate government or state reviews could result in additional costs or scrutiny related to operations, reducing potential for growth or profitability.
- Change in state or federal policies and funding that reduce inmate populations. State budget shortfalls may cause greater parole or shorter sentences.

## Analyst Certification
I, Tobey Sommer , hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company(ies) and its (their) securities. I also certify that I have not been

Corrections Corporation of America 

am not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

## Required Disclosures

The following company is a client of SunTrust Robinson Humphrey, Inc. and the firm has received or is entitled to receive compensation for investment banking services involving their securities within the last 12 months: CXW-US

The following company is a client of SunTrust Robinson Humphrey, Inc. and the firm has received compensation for non-investment banking securities-related services within the last 12 months: CXW-US

An affiliate of SunTrust Robinson Humphrey, Inc. has received compensation for non-securities services from the following company within the last 12 months: CXW-US

Analyst compensation is based upon stock price performance, quality of analysis, communication skills, and the overall revenue and profitability of the firm, including investment banking revenue.

As a matter of policy and practice, the firm prohibits the offering of favorable research, a specific research rating or a specific target price as consideration or inducement for the receipt of business or compensation. In addition, associated persons preparing research reports are prohibited from owning securities in the subject companies.



## STRH Ratings System for Equity Securities

3 designations based on total returns* within a 12-month period**

- **Buy** – total return ≥ 15% (10% for low-Beta securities)***
- **Reduce** – total return ≤ negative 10% (5% for low Beta securities)
- **Neutral** – total return is within the bounds above
- **NR** – NOT RATED, STRH does not provide equity research coverage
- **CS** – Coverage Suspended

*Total return (price appreciation + dividends)
**Price targets are within a 12-month period, unless otherwise noted
***Low Beta defined as securities with an average Beta of 0.8 or less, using Bloomberg's 5-year average Beta

Legend for Rating and Price Target History Charts:
D = drop coverage
I = initiate coverage
T = transfer coverage

Case 3:16-cv-02267     Document 99-10     Filed 07/16/18     Page 8 of 9 PageID #: 2653

Corrections Corporation of America 

SunTrust Robinson Humphrey ratings distribution (as of 05/05/2016):

| Coverage Universe | | | Investment Banking Clients Past 12 Months | | |
|---|---|---|---|---|---|
| Rating | Count | Percent | Rating | Count | Percent |
| Buy | 350 | 56.09% | Buy | 131 | 37.43% |
| Neutral | 268 | 42.95% | Neutral | 71 | 26.49% |
| Sell/Reduce | 6 | 0.96% | Sell/Reduce | 0 | 0.00% |

## Other Disclosures

Information contained herein has been derived from sources believed to be reliable but is not guaranteed as to accuracy and does not purport to be a complete analysis of the security, company or industry involved. This report is not to be construed as an offer to sell or a solicitation of an offer to buy any security. SunTrust Robinson Humphrey, Inc. and/or its officers or employees may have positions in any securities, options, rights or warrants. The firm and/or associated persons may sell to or buy from customers on a principal basis. Investors may be prohibited in certain states from purchasing some over-the-counter securities mentioned herein. Opinions expressed are subject to change without notice. The information herein is for persons residing in the United States only and is not intended for any person in any other jurisdiction.

SunTrust Robinson Humphrey, Inc.'s research is provided to and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). The term "Institutional Account" shall mean the account of: (1) a bank, savings and loan association, insurance company or registered investment company; (2) an investment adviser registered either with the SEC under Section 203 of the Investment Advisers Act or with a state securities commission (or any agency or office performing like functions); or (3) any other person (whether a natural person, corporation, partnership, trust or otherwise) with total assets of at least $50 million.

SunTrust Robinson Humphrey, Inc. is a registered broker-dealer and a member of FINRA and SIPC. It is a service mark of SunTrust Banks, Inc. SunTrust Robinson Humphrey, Inc. is owned by SunTrust Banks, Inc. ("SunTrust") and affiliated with SunTrust Investment Services, Inc. Despite this affiliation, securities recommended, offered, sold by, or held at SunTrust Robinson Humphrey, Inc. and at SunTrust Investment Services, Inc. (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including SunTrust Bank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. SunTrust Bank may have a lending relationship with companies mentioned herein.

© SunTrust Robinson Humphrey, Inc. 2016 . All rights reserved. Reproduction or quotation in whole or part without permission is forbidden.

**ADDITIONAL INFORMATION IS AVAILABLE** at our website, **www.suntrustrh.com,** or by writing to: SunTrust Robinson Humphrey, Research Department, 3333 Peachtree Road N.E., Atlanta, GA 30326-1070