# Exhibit 11

# Equity Research
## Flash Comment



May 6, 2016

CXW-NYSE--Market Perform (2) / V

Prison REITs

## CXW: Oklahoma Dept Of Corrections Leases Company's North Fork Facility

**Robert LaQuaglia, CFA, CMT, Associate Analyst (617) 603-4263**

**Sector Rating: Prison REITs, Market Weight**

Summary. Corrections Corporation announced this morning that it had signed a lease with the Oklahoma Department of Corrections at its recently idled North Fork Correctional Facility. According to the release, the lease is expected to begin on July 1st for a term of five years with unlimited two-year renewal options. While the lease payments are back end loaded - little to no payment in the first year and ramping to $12MM in year five - the company expects to recognize average annual revenue of $7.5MM on a straight-line basis (about $0.03/sh in earnings during 2016). CXW will pay repairs & maintenance, property taxes and property insurance, with the state of Oklahoma responsible for daily operations.

Our take. In our view, much of the move in the stock price yesterday was due to details of the Oklahoma Board of Correction's meeting broadcast in the local news and on Twitter during the afternoon, including the lease approval and terms of the deal. As such, we wouldn't expect an outsized move today. While the company forecasts $0.03/sh of earnings accretion this year, we do not expect a material positive impact to AFFO given the stated structure of the lease.

**Corrections Corporation of America (CXW-NYSE)**
Price as of 5/5/2016: $33.40
FY 16 FFO: $2.59
FY 17 FFO: $2.71
Shares Out.: 117.8 MM
Market Cap.: $3,934.52 MM

**Rating Basis Information:**
**CXW Thesis:** Corrections Corp. should continue to generate consistent FFO, AFFO and cash flow growth over the next several years, with its above-average dividend attractive to income investors. That said, weaker revenue growth (vs other REIT sectors), a limited acquisitions market, fair valuations and negative sentiment from a social responsibility investment perspective keep us from our highest rating at this time.

**Please see page 2 for rating definitions, important disclosures and analyst certifications.
All estimates/forecasts are as of 05/06/16 unless otherwise stated.**

Wells Fargo Securities, LLC does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that report and investors should consider this report as only a single factor in making their investment decision.

# DISCLOSURE APPENDIX

## Required Disclosures

### Corrections Corporation of America (CXW) 3-yr. Price Performance

| Date | Published Price ($) | Rating Code | Val. Rng. Low | Val. Rng. High | Close Price ($) |
|---|---|---|---|---|---|
| 12/19/2014 | | LaQuaglia | | | |
| 12/19/2014 | 37.29 | 2 | 37.00 | 39.00 | 37.17 |
| • 2/20/2015 | 40.38 | 2 | 39.00 | 40.00 | 40.55 |
| • 5/12/2015 | 34.37 | 2 | 35.00 | 37.00 | 34.40 |
| • 8/13/2015 | 32.55 | 2 | 33.00 | 35.00 | 32.09 |
| • 11/13/2015 | 24.68 | 2 | 26.00 | 28.00 | 24.67 |
| • 2/23/2016 | 28.85 | 2 | 29.00 | 31.00 | 28.70 |

Source: Wells Fargo Securities, LLC estimates and Reuters data

**Symbol Key**
- ▼ Rating Downgrade
- ▲ Rating Upgrade
- • Valuation Range Change
- ◆ Initiation, Resumption, Drop or Suspend
- ■ Analyst Change
- ☐ Split Adjustment

**Rating Code Key**
- 1 Outperform/Buy
- 2 Market Perform/Hold
- 3 Underperform/Sell
- SR Suspended
- NR Not Rated
- NE No Estimate

---

## Additional Information Available Upon Request

I certify that:
1) All views expressed in this research report accurately reflect my personal views about any and all of the subject securities or issuers discussed; and
2) No part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by me in this research report.

Wells Fargo Securities, LLC maintains a market in the common stock of Corrections Corporation of America.
Wells Fargo Securities, LLC or its affiliates managed or comanaged a public offering of securities for Corrections Corporation of America within the past 12 months.
Wells Fargo Securities, LLC or its affiliates intends to seek or expects to receive compensation for investment banking services in the next three months from Corrections Corporation of America.
Wells Fargo Securities, LLC or its affiliates received compensation for investment banking services from Corrections Corporation of America in the past 12 months.
Corrections Corporation of America currently is, or during the 12-month period preceding the date of distribution of the research report was, a client of Wells Fargo Securities, LLC. Wells Fargo Securities, LLC provided investment banking services to Corrections Corporation of America.
Corrections Corporation of America currently is, or during the 12-month period preceding the date of distribution of the research report was, a client of Wells Fargo Securities, LLC. Wells Fargo Securities, LLC provided nonsecurities services to Corrections Corporation of America.
Wells Fargo Securities, LLC received compensation for products or services other than investment banking services from Corrections Corporation of America in the past 12 months.
Wells Fargo Securities, LLC or its affiliates has a significant financial interest in Corrections Corporation of America.

**CXW:** Risks to our thesis include a large, unexpected decline in U.S. prison populations, unforeseen contract terminations, weaker than expected per diem increases and any increased social backlash related to the idea of profiting from imprisonment.

Wells Fargo Securities, LLC does not compensate its research analysts based on specific investment banking transactions. Wells Fargo Securities, LLC's research analysts receive compensation that is based upon and impacted by the overall profitability and revenue of the firm, which includes, but is not limited to investment banking revenue.

**STOCK RATING**
**1 = Outperform:** The stock appears attractively valued, and we believe the stock's total return will exceed that of the market over the next 12 months. BUY
**2 = Market Perform:** The stock appears appropriately valued, and we believe the stock's total return will be in line with the market over the next 12 months. HOLD
**3 = Underperform:** The stock appears overvalued, and we believe the stock's total return will be below the market over the next 12 months. SELL

**SECTOR RATING**
**O = Overweight:** Industry expected to outperform the relevant broad market benchmark over the next 12 months.
**M = Market Weight:** Industry expected to perform in-line with the relevant broad market benchmark over the next 12 months.
**U = Underweight:** Industry expected to underperform the relevant broad market benchmark over the next 12 months.

**VOLATILITY RATING**
**V** = A stock is defined as volatile if the stock price has fluctuated by +/-20% or greater in at least 8 of the past 24 months or if the analyst expects significant volatility. All IPO stocks are automatically rated volatile within the first 24 months of trading.

**As of: May 6, 2016**

43.0% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Outperform.

Wells Fargo Securities, LLC has provided investment banking services for 38.0% of its Outperform-rated companies.

54.0% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Market Perform.

Wells Fargo Securities, LLC has provided investment banking services for 28.0% of its Market Perform-rated companies.

3.0% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Underperform.

Wells Fargo Securities, LLC has provided investment banking services for 6.0% of its Underperform-rated companies.

**Important Disclosure for International Clients**

**EEA** - The securities and related financial instruments described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. For recipients in the EEA, this report is distributed by Wells Fargo Securities International Limited ("WFSIL"). WFSIL is a U.K. incorporated investment firm authorized and regulated by the Financial Conduct Authority. For the purposes of Section 21 of the UK Financial Services and Markets Act 2000 ("the Act"), the content of this report has been approved by WFSIL a regulated person under the Act. WFSIL does not deal with retail clients as defined in the Markets in Financial Instruments Directive 2007. The FCA rules made under the Financial Services and Markets Act 2000 for the protection of retail clients will therefore not apply, nor will the Financial Services Compensation Scheme be available. This report is not intended for, and should not be relied upon by, retail clients.

**Australia** - Wells Fargo Securities, LLC is exempt from the requirements to hold an Australian financial services license in respect of the financial services it provides to wholesale clients in Australia. Wells Fargo Securities, LLC is regulated under U.S. laws which differ from Australian laws. Any offer or documentation provided to Australian recipients by Wells Fargo Securities, LLC in the course of providing the financial services will be prepared in accordance with the laws of the United States and not Australian laws.

**Canada** - This report is distributed in Canada by Wells Fargo Securities Canada, Ltd., a registered investment dealer in Canada and member of the Investment Industry Regulatory Organization of Canada (IIROC) and Canadian Investor Protection Fund (CIPF). Wells Fargo Securities, LLC's research analysts may participate in company events such as site visits but are generally prohibited from accepting payment or reimbursement by the subject companies for associated expenses unless pre-authorized by members of Research Management.

**Hong Kong** - This report is issued and distributed in Hong Kong by Wells Fargo Securities Asia Limited ("WFSAL"), a Hong Kong incorporated investment firm licensed and regulated by the Securities and Futures Commission of Hong Kong ("the SFC") to carry on types 1, 4, 6 and 9 regulated activities (as defined in the Securities and Futures Ordinance (Cap. 571 of The Laws of Hong Kong), "the SFO"). This report is not intended for, and should not be relied on by, any person other than professional investors (as defined in the SFO). Any securities and related financial instruments described herein are not intended for sale, nor will be sold, to any person other than professional investors (as defined in the SFO). The author or authors of this report is or are not licensed by the SFC. Professional investors who receive this report should direct any queries regarding its contents to Mark Jones at WFSAL (email: wfsalresearch@wellsfargo.com ).

**Japan** - This report is distributed in Japan by Wells Fargo Securities (Japan) Co., Ltd, registered with the Kanto Local Finance Bureau to conduct broking and dealing of type 1 and type 2 financial instruments and agency or intermediary service for entry into investment advisory or discretionary investment contracts. This report is intended for distribution only to professional investors (Tokutei Toushika) and is not intended for, and should not be relied upon by, ordinary customers (Ippan Toushika).

The ratings stated on the document are not provided by rating agencies registered with the Financial Services Agency of Japan (JFSA) but by group companies of JFSA-registered rating agencies. These group companies may include Moody's Investors Services Inc., Standard & Poor's Rating Services and/or Fitch Ratings. Any decisions to invest in securities or transactions should be made after reviewing policies and methodologies used for assigning credit ratings and assumptions, significance and limitations of the credit ratings stated on the respective rating agencies' websites.

**About Wells Fargo Securities**
Wells Fargo Securities is the trade name for the capital markets and investment banking services of Wells Fargo & Company and its subsidiaries, including but not limited to Wells Fargo Securities, LLC, a U.S. broker-dealer registered with the U.S. Securities and Exchange Commission and a member of NYSE, FINRA, NFA and SIPC, Wells Fargo Prime Services, LLC, a member of FINRA, NFA and SIPC, Wells Fargo Securities Canada, Ltd., a member of IIROC and CIPF, Wells Fargo Bank, N.A. and Wells Fargo Securities International Limited, authorized and regulated by the Financial Conduct Authority.

This report is for your information only and is not an offer to sell, or a solicitation of an offer to buy, the securities or instruments named or described in this report. Interested parties are advised to contact the entity with which they deal, or the entity that provided this report to them, if they desire further information. The information in this report has been obtained or derived from sources believed by Wells Fargo Securities, LLC, to be reliable, but Wells Fargo Securities, LLC does not represent that this information is accurate or complete. Any opinions or estimates contained in this report represent the judgment of Wells Fargo Securities, LLC, at this time, and are subject to change without notice. For the purposes of the U.K. Financial Conduct Authority's rules, this report constitutes impartial investment research. Each of Wells Fargo Securities, LLC and Wells Fargo Securities International Limited is a separate legal entity and distinct from affiliated banks. Copyright © 2016 Wells Fargo Securities, LLC.

SECURITIES NOT FDIC-INSURED/NOT BANK-GUARANTEED/MAY LOSE VALUE