# Exhibit 14

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
## WASHINGTON, D.C. 20549

# FORM 10-K

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2006**

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission file number: 001-16109**

# CORRECTIONS CORPORATION OF AMERICA

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **MARYLAND** | **62-1763875** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**10 BURTON HILLS BLVD., NASHVILLE, TENNESSEE 37215**
(Address and zip code of principal executive office)

**REGISTRANT'S TELEPHONE NUMBER, INCLUDING AREA CODE: (615) 263-3000**

**SECURITIES REGISTERED PURSUANT TO SECTION 12(b) OF THE ACT:**

| Title of each class | Name of each exchange on which registered |
|---|---|
| Common Stock, $.01 par value per share | New York Stock Exchange |

**SECURITIES REGISTERED PURSUANT TO SECTION 12(g) OF THE ACT: NONE**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☑ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15 (d) of the Act. Yes ☐ No ☑

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☑ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, or a non-accelerated filer. See definition of "accelerated filer and large accelerated filer" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☑   Accelerated filer ☐   Non- accelerated filer ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act.). Yes ☐ No ☑

The aggregate market value of the shares of the registrant's Common Stock held by non-affiliates was approximately $2,055,550,605 as of June 30, 2006, based on the closing price of such shares on the New York Stock Exchange on that day. The number of shares of the Registrant's Common Stock outstanding on February 23, 2007 was 61,372,476.

**DOCUMENTS INCORPORATED BY REFERENCE:**

Portions of the registrant's definitive Proxy Statement for the 2007 Annual Meeting of Stockholders currently scheduled to be held on May 10, 2007, are incorporated by reference into Part III of this Annual Report on Form 10-K.

*Increase Occupancy and Revenue.* Our industry benefits from significant economies of scale, resulting in lower operating costs per inmate as occupancy rates increase. We believe we have been successful in increasing occupancy and continue to pursue a number of initiatives intended to further increase our revenue. We are focused on renewing and enhancing the terms of our existing contracts, and have intensified our efforts to create new bed capacity and take advantage of additional expansion opportunities that we believe have favorable investment returns and increase value to our stockholders.

**The Corrections and Detention Industry**

We believe we are well-positioned to capitalize on government outsourcing of correctional management services because of our competitive strengths and business strategy. The key reasons for this outsourcing trend include:

*Growing United States Prison Population*. The average annual growth rate of the prison population in the United States between December 1995 and December 2005 was 3.1%. The growth rate declined somewhat to 1.9% for the year ended December 31, 2005, with the sentenced state prison population rising by 1.6%. However, for the year ended December 31, 2005, the sentenced prison population for the federal government rose 4.4%. During 2005, the number of federal inmates increased 5.1%. Federal agencies are collectively our largest customer and accounted for 40% of our total revenues (when aggregating all of our federal contracts) for the year ended December 31, 2006. The Department of Homeland Security has also increased its efforts to secure America's borders and reduce illegal immigration through its Secure Border Initiative, or SBI. According to the Department of Homeland Security, the overall vision of SBI includes more agents to patrol America's borders, secure ports of entry and enforce immigration laws, and expand detention and removal capabilities to eliminate the "catch and release" policy. In 2005, the President signed the Homeland Security Appropriations Bill into law, which included an 11% increase for U.S. Customs and Border Protection, adding more border patrol agents and funding for detention beds. In May 2006, the Senate passed legislation calling for stronger border enforcement. We believe these initiatives could lead to meaningful growth to the private corrections industry in general, and to our company in particular. We also believe growth will come from the growing demographic of the 18 to 24 year-old at-risk population. Males between 18 and 24 years of age have demonstrated the highest propensity for criminal behavior and the highest rates of arrest, conviction, and incarceration.

*Prison Overcrowding*. The significant growth of the prison population in the United States has led to overcrowding in the state and federal prison systems. In 2005, at least 23 states and the federal prison system reported operating at or above capacity. The federal prison system was operating at 34% above capacity at December 31, 2005.

*Acceptance of Privatization.* The prisoner population housed in privately managed facilities in the United States as of December 31, 2005 was approximately 107,400, or 7.0% of all inmates under federal and state jurisdiction. At December 31, 2005, 14.4% of federal inmates and 6.0% of state inmates were held in private facilities. Since December 31, 2000, the number of federal inmates held in private facilities has increased approximately 74%, while the number held in state facilities has increased approximately 7%. Fourteen states had prison population increases of at least 5% during the year ended December 31, 2005. Five states, all of which are our customers, housed at least 25% of their prison population in private facilities as of December 31, 2005 — New Mexico (43%), Wyoming (41%), Hawaii (31%), Alaska (28%), and Montana (26%).

*Governmental Budgeting Constraints*. We believe the outsourcing of prison management services to private operators allows governments to manage increasing inmate populations while simultaneously controlling correctional costs and improving correctional services. The use of facilities owned and managed by private operators allows governments to expand prison capacity without incurring large

19

capital commitments required to increase correctional capacity. In addition, contracting with a private operator allows governmental agencies to add beds without making significant capital investment or incurring new debt. We believe these advantages translate into significant cost savings for government agencies. The approved fiscal year 2007 budget for the ICE includes funding to sustain 27,500 detention beds a day during the fiscal year—up from 19,718 beds a day in fiscal year 2005. The proposed fiscal year 2008 budget for ICE calls for an additional 950 detention beds a day for a total of 28,450 during the fiscal year. The approved fiscal year 2007 budget for the Office of the Federal Detention Trustee (which has budgetary responsibility for USMS prisoner detention) allocates a total of $1.225 billion and the proposed fiscal year 2008 budget for the Office of the Federal Detention Trustee calls for a total of $1.294 billion. The approved fiscal year 2007 budget for the BOP provides a total of $4.974 billion for BOP "Salaries and Expenses" (where "Contract Confinement" costs are included), and the proposed fiscal year 2008 budget for BOP Salaries and Expenses calls for a total of $5.181 billion during the fiscal year, of which $824 million is proposed for Contract Confinement. If approved at that level, it would represent a significant increase in the Contract Confinement account over the fiscal year 2007 level. We believe these numbers reflect a clear understanding by both the administration and Congress of the need for additional capacity and a commitment to allocate resources for additional public and private beds.

**Government Regulation**

*Business Regulations*

The industry in which we operate is subject to extensive federal, state, and local regulations, including educational, health care, and safety regulations, which are administered by many regulatory authorities. Some of the regulations are unique to the corrections industry and the combination of regulations we face is unique. Facility management contracts typically include reporting requirements, supervision, and on-site monitoring by representatives of the contracting governmental agencies. Corrections officers and juvenile care workers are customarily required to meet certain training standards and, in some instances, facility personnel are required to be licensed and subject to background investigation. Certain jurisdictions also require us to award subcontracts on a competitive basis or to subcontract with businesses owned by members of minority groups. Our facilities are also subject to operational and financial audits by the governmental agencies with which we have contracts. Failure to comply with these regulations can result in material penalties or non-renewal or termination of facility management contracts.

In addition, private prison managers are increasingly subject to government legislation and regulation attempting to restrict the ability of private prison managers to house certain types of inmates. Legislation has been enacted in several states, and has previously been proposed in the United States Congress, containing such restrictions. Although we do not believe that existing legislation will have a material adverse effect on us, there can be no assurance that future legislation would not have such an effect.

*Environmental Matters*

Under various federal, state, and local environmental laws, ordinances and regulations, a current or previous owner or operator of real property may be liable for the costs of removal or remediation of hazardous or toxic substances on, under, or in such property. Such laws often impose liability whether or not the owner or operator knew of, or was responsible for, the presence of such hazardous or toxic substances. As an owner of correctional and detention facilities, we have been subject to these laws, ordinances, and regulations as the result of our operation and management of correctional and detention facilities. Phase I environmental assessments have been obtained on substantially all of the properties we currently own. The cost of complying with environmental laws could materially adversely affect our financial condition and results of operations.

*Americans with Disabilities Act*

The correctional and detention facilities we operate and manage are subject to the Americans with Disabilities Act of 1990, as amended. The Americans with Disabilities Act, or the ADA, has separate compliance requirements for "public accommodations" and "commercial facilities" but generally requires that public facilities such as correctional and detention facilities be made accessible to people with disabilities. Noncompliance could result in the imposition of fines or an award of damages to

20

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this Annual Report to be signed on its behalf by the undersigned, thereunto duly authorized.

CORRECTIONS CORPORATION OF AMERICA

Date: February 27, 2007    By:    /s/ John D. Ferguson
John D. Ferguson, President and Chief Executive Officer

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed by the following persons on behalf of the registrant and in the capabilities and on the dates indicated.

| Signature | Date |
|---|---|
| /s/ John D. Ferguson<br>John D. Ferguson, President and Chief Executive Officer and Director (Principal Executive Officer) | February 27, 2007 |
| /s/ Irving E. Lingo, Jr.<br>Irving E. Lingo, Jr., Executive Vice President and Chief Financial Officer (Principal Financial and Accounting Officer) | February 27, 2007 |
| /s/ William F. Andrews<br>William F. Andrews, Chairman of the Board and Director | February 27, 2007 |
| /s/ Donna M. Alvarado<br>Donna M. Alvarado, Director | February 27, 2007 |
| /s/ Lucius E. Burch, III<br>Lucius E. Burch, III, Director | February 27, 2007 |
| /s/ John D. Correnti<br>John D. Correnti, Director | February 27, 2007 |
| /s/ John R. Horne<br>John R. Horne, Director | February 27, 2007 |
| /s/ C. Michael Jacobi<br>C. Michael Jacobi, Director | February 27, 2007 |
| /s/ Thurgood Marshall, Jr.<br>Thurgood Marshall, Jr., Director | February 27, 2007 |
| /s/ Charles L. Overby<br>Charles L. Overby, Director | February 27, 2007 |
| /s/ John R. Prann, Jr.<br>John R. Prann, Jr., Director | February 27, 2007 |
| /s/ Joseph V. Russell<br>Joseph V. Russell, Director | February 27, 2007 |
| /s/ Henri L. Wedell<br>Henri L. Wedell, Director | February 27, 2007 |