# Exhibit 15

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

# FORM 10-K

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2007**

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission file number: 001-16109**

# CORRECTIONS CORPORATION OF AMERICA
(Exact name of registrant as specified in its charter)

| **MARYLAND** | **62-1763875** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**10 BURTON HILLS BLVD., NASHVILLE, TENNESSEE 37215**
(Address and zip code of principal executive office)

**REGISTRANT'S TELEPHONE NUMBER, INCLUDING AREA CODE: (615) 263-3000**

**SECURITIES REGISTERED PURSUANT TO SECTION 12(b) OF THE ACT:**

| Title of each class | Name of each exchange on which registered |
|---|---|
| Common Stock, $.01 par value per share | New York Stock Exchange |

**SECURITIES REGISTERED PURSUANT TO SECTION 12(g) OF THE ACT: NONE**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15 (d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, or a non-accelerated filer. See definition of "accelerated filer and large accelerated filer" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☒         Accelerated filer ☐         Non-accelerated filer ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act.). Yes ☐ No ☒

The aggregate market value of the shares of the registrant's Common Stock held by non-affiliates was approximately $3,760,232,737 as of June 30, 2007, based on the closing price of such shares on the New York Stock Exchange on that day. The number of shares of the Registrant's Common Stock outstanding on February 22, 2008 was 124,954,133.

**DOCUMENTS INCORPORATED BY REFERENCE:**

Portions of the registrant's definitive Proxy Statement for the 2008 Annual Meeting of Stockholders, currently scheduled to be held on May 16, 2008, are incorporated by reference into Part III of this Annual Report on Form 10-K.

**The Corrections and Detention Industry**

We believe we are well-positioned to capitalize on government outsourcing of correctional management services because of our competitive strengths and business strategy. The key reasons for this outsourcing trend include (unless otherwise noted, statistical references obtained from the "Bureau of Justice Statistics Bulletin" issued by the U.S. Department of Justice in December 2007):

*Growing United States Prison Population*. The annual growth rate of the federal and state prison population increased 2.8% for the year ended December 31, 2006, which was larger than the average annual growth rate of 1.9% from 2000 to 2005. During 2006, the number of prisoners under federal jurisdiction increased 2.9%. Federal agencies are collectively our largest customer and accounted for 40% of our total revenues (when aggregating all of our federal contracts) for the year ended December 31, 2007. The Department of Homeland Security has also increased its efforts to secure the U.S. borders and reduce illegal immigration through its Secure Border Initiative, or SBI. According to the Department of Homeland Security, the overall vision of SBI includes more agents to patrol the U.S. borders, secure ports of entry and enforce immigration laws, and expand detention and removal capabilities to eliminate the "catch and release" policy. The proposal to pass a comprehensive immigration reform bill encompassing border security, guest worker programs, and paths to citizenship for the estimated 12 million aliens currently in the U.S. broke down in the Senate in June 2007. Despite the failure to pass a comprehensive immigration reform bill, there continues to be significant focus on the need for increased border security and enforcement efforts. We also believe growth will come from the growing demographic of the 18 to 24 year-old at-risk population. Males between 18 and 24 years of age have demonstrated the highest propensity for criminal behavior and the highest rates of arrest, conviction, and incarceration.

*Prison Overcrowding*. The significant growth of the prison population in the United States has led to overcrowding in the state and federal prison systems. In 2006, at least 24 states and the federal prison system reported operating at or above capacity. The federal prison system was operating at 37% above capacity at December 31, 2006.

According to the "Public Safety, Public Spending" report issued by Pew Charitable Trusts on February 14, 2007, prison populations are expected to grow by more than 192,000 inmates by the end of 2011. The "Public Safety, Public Spending" report also forecasts that inmate populations of the 20 states with which we currently do business will grow by nearly 98,000 by 2011, or about two-thirds of the projected total state inmate population growth. Based on this report, other publicly available data, and our own proprietary research, we do not currently believe that our customers will be able to develop the capacity needed to accommodate their demand for prison beds.

*Acceptance of Privatization.* The prisoner population housed in privately managed facilities in the United States as of December 31, 2006 was approximately 114,000. At December 31, 2006, 14.4% of federal inmates and 6.2% of state inmates were held in private facilities. Since December 31, 2000, the number of federal inmates held in private facilities has increased approximately 79%, while the number of state inmates held in private facilities has increased approximately 15%. Twenty-two states had at least 5% of their prison population held in private facilities at December 31, 2006. Six states, all of which are our customers, housed at least 25% of their prison population in private facilities as of December 31, 2006 — New Mexico (44%), Wyoming (37%), Alaska (33%), Hawaii (32%), Idaho (27%), and Montana (27%).

*Governmental Budgeting Constraints*. We believe the outsourcing of prison management services to private operators allows governments to manage increasing inmate populations while simultaneously controlling correctional costs and improving correctional services. The use of facilities owned and managed by private operators allows governments to expand prison capacity without incurring large capital commitments required to increase correctional capacity. In addition, contracting with a private

19

operator allows governmental agencies to add beds without making significant capital investment or incurring new debt. We believe these advantages translate into significant cost savings for government agencies.

Approved fiscal year 2008 funding for the BOP (signed into law by President Bush in late December 2007) included $806.0 million for "Contract Confinement" for use by the BOP during fiscal year 2008, which represented a $27.0 million increase over fiscal year 2007 enacted funding. The President's fiscal year 2009 budget request (released February 4, 2008) proposes a $50.0 million increase over fiscal year 2008 level for Contract Confinement.

Approved fiscal year 2008 funding for the Office of the Federal Detention Trustee (which has responsibility for funding USMS prisoner detention) was $1.081 billion. The President's fiscal year 2009 budget request for the Office of the Federal Detention Trustee proposes a total of $1.295 billion. A Department of Justice news release issued on February 4, 2008 states that the budget proposal for the Office of the Federal Detention Trustee includes "$37.6 million to accommodate an anticipated increase in the number of detainees housed in non-federal facilities. These resources will be utilized to fund the costs associated with prisoner detention, care and transportation of detainees along the Southwest Border."

Approved fiscal year 2008 funding for ICE includes resources that will allow ICE to house a daily average of 32,000 detainees during the fiscal year. ICE received funding for 27,500 detainees during fiscal year 2007. The President's fiscal year 2009 budget request proposes funding for an additional 1,000 ICE detention beds during fiscal year 2009. If ultimately approved at this level, ICE would be able to house a daily average of 33,000 detainees during fiscal year 2009 and maintain the policy of "catch and return" of illegal aliens which was implemented in 2006. The fiscal year 2009 budget request states that, since 2001, the Administration has "acquired nearly 13,000 new detention beds."

We believe these numbers reflect a clear understanding by both the Administration and Congress of the need for additional capacity and a commitment to allocate resources for additional public and private beds.

**Government Regulation**

*Business Regulations*

The industry in which we operate is subject to extensive federal, state, and local regulations, including educational, health care, and safety regulations, which are administered by many governmental and regulatory authorities. Some of the regulations are unique to the corrections industry. Facility management contracts typically include reporting requirements, supervision, and on-site monitoring by representatives of the contracting governmental agencies. Corrections officers and juvenile care workers are customarily required to meet certain training standards and, in some instances, facility personnel are required to be licensed and subject to background investigation. Certain jurisdictions also require us to award subcontracts on a competitive basis or to subcontract with businesses owned by members of minority groups. Our facilities are also subject to operational and financial audits by the governmental agencies with which we have contracts. Failure to comply with these regulations can result in material penalties or non-renewal or termination of facility management contracts.

In addition, private prison managers are increasingly subject to government legislation and regulation attempting to restrict the ability of private prison managers to house certain types of inmates. Legislation has been enacted in several states, and has previously been proposed in the United States Congress, containing such restrictions. Although we do not believe that existing legislation will have a material adverse effect on us, there can be no assurance that future legislation would not have such an effect.

Case 3:16-cv-02267    Document 99-15    Filed 07/16/18    Page 4 of 4 PageID #: 2682