# Exhibit 17

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

## FORM 10-K

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2009**

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission file number: 001-16109**

# CORRECTIONS CORPORATION OF AMERICA
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **MARYLAND** | **62-1763875** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**10 BURTON HILLS BLVD., NASHVILLE, TENNESSEE 37215**
(Address and zip code of principal executive office)

**REGISTRANT'S TELEPHONE NUMBER, INCLUDING AREA CODE: (615) 263-3000**

**SECURITIES REGISTERED PURSUANT TO SECTION 12(b) OF THE ACT:**

| Title of each class | Name of each exchange on which registered |
|---|---|
| Common Stock, $.01 par value per share | New York Stock Exchange |

**SECURITIES REGISTERED PURSUANT TO SECTION 12(g) OF THE ACT: NONE**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15 (d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☐ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☒     Accelerated filer ☐     Non-accelerated filer ☐     Smaller reporting company ☐
(Do not check if a smaller reporting company)

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act.). Yes ☐ No ☒

The aggregate market value of the shares of the registrant's Common Stock held by non-affiliates was approximately $1,886,384,426 as of June 30, 2009, based on the closing price of such shares on the New York Stock Exchange on that day. The number of shares of the registrant's Common Stock outstanding on February 18, 2010 was 115,985,414.

**DOCUMENTS INCORPORATED BY REFERENCE:**

Portions of the registrant's definitive Proxy Statement for the 2010 Annual Meeting of Stockholders, currently scheduled to be held on May 13, 2010, are incorporated by reference into Part III of this Annual Report on Form 10-K.

agencies are collectively our largest customer and accounted for 39% of our total revenues (when aggregating all of our federal contracts) for the year ended December 31, 2009. The imprisonment rate—the number of sentenced prisoners per 100,000 residents—decreased slightly from 506 prisoners per 100,000 U.S. residents in 2007 to 504 prisoners per 100,000 U.S. residents in 2008. About one in every 198 persons in the U.S. resident population was incarcerated in state or federal prison at year end 2008.

*Prison Overcrowding*. The significant growth of the prison population in the United States over the past decade, combined with a lack of new prison capacity constructed by the public sector, has led to overcrowding in the state and federal prison systems. In 2008, at least 18 states and the federal prison system reported operating at or above their highest capacity measure. The federal prison system was operating at 35% above capacity at December 31, 2008.

*Acceptance of Privatization.* The prisoner population housed in privately managed facilities in the United States as of December 31, 2008 was approximately 129,000. At December 31, 2008, 16.5% of federal inmates and 6.8% of state inmates were held in private facilities. Since December 31, 2000, the number of federal inmates held in private facilities has increased approximately 114%, while the number of state inmates held in private facilities has increased approximately 33%. Twenty states had at least 5% of their prison population held in private facilities at December 31, 2008. Six states housed at least 25% of their prison population in private facilities as of December 31, 2008 — New Mexico (46%), Montana (36%), Hawaii (35%), Vermont (34%), Alaska (29%), and Idaho (29%).

*Governmental Budgeting Constraints*. We believe the outsourcing of prison management services to private operators allows governments to manage increasing inmate populations while simultaneously controlling correctional costs and improving correctional services. The use of facilities owned and managed by private operators allows governments to expand prison capacity without incurring large capital commitments or debt required to increase correctional capacity. We believe these advantages translate into significant cost savings for government agencies.

**Government Regulation**

*Business Regulations*

The industry in which we operate is subject to extensive federal, state, and local regulations, including educational, health care, and safety regulations, which are administered by many governmental and regulatory authorities. Some of the regulations are unique to the corrections industry. Facility management contracts typically include reporting requirements, supervision, and on-site monitoring by representatives of the contracting governmental agencies. Corrections officers are customarily required to meet certain training standards and, in some instances, facility personnel are required to be licensed and subject to background investigation. Certain jurisdictions also require us to award subcontracts on a competitive basis or to subcontract with businesses owned by members of minority groups. Our facilities are also subject to operational and financial audits by the governmental agencies with which we have contracts. Failure to comply with these regulations can result in material penalties or non-renewal or termination of facility management contracts.

In addition, private prison managers are increasingly subject to government legislation and regulation attempting to restrict the ability of private prison managers to house certain types of inmates. Legislation has been enacted in several states, and has previously been proposed in the United States Congress, containing such restrictions. Although we do not believe that existing legislation will have a material adverse effect on us, there can be no assurance that future legislation would not have such an effect.

18

# SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this Annual Report to be signed on its behalf by the undersigned, thereunto duly authorized.

CORRECTIONS CORPORATION OF AMERICA

Date: February 24, 2010 By: /s/ Damon T. Hininger
Damon T. Hininger, President
and Chief Executive Officer

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed by the following persons on behalf of the registrant and in the capabilities and on the dates indicated.

| Signature | Date |
|---|---|
| /s/ Damon T. Hininger<br>Damon T. Hininger, President and Chief Executive Officer (Principal Executive Officer) | February 24, 2010 |
| /s/ Todd J Mullenger<br>Todd J Mullenger, Executive Vice President and Chief Financial Officer (Principal Financial and Accounting Officer) | February 24, 2010 |
| /s/ John D. Ferguson<br>John D. Ferguson, Chairman of the Board of Directors | February 24, 2010 |
| /s/ William F. Andrews<br>William F. Andrews, Director | February 24, 2010 |
| /s/ Donna M. Alvarado<br>Donna M. Alvarado, Director | February 24, 2010 |
| /s/ John D. Correnti<br>John D. Correnti, Director | February 24, 2010 |
| /s/ Dennis W. DeConcini<br>Dennis W. DeConcini, Director | February 24, 2010 |
| /s/ John R. Horne<br>John R. Horne, Director | February 24, 2010 |
| /s/ C. Michael Jacobi<br>C. Michael Jacobi, Director | February 24, 2010 |
| /s/ Thurgood Marshall, Jr.<br>Thurgood Marshall, Jr., Director | February 24, 2010 |
| /s/ Charles L. Overby<br>Charles L. Overby, Director | February 24, 2010 |
| /s/ John R. Prann, Jr.<br>John R. Prann, Jr., Director | February 24, 2010 |
| /s/ Joseph V. Russell<br>Joseph V. Russell, Director | February 24, 2010 |
| /s/ Henri L. Wedell<br>Henri L. Wedell, Director | February 24, 2010 |