# Exhibit 20

10-Q 1 d231796d10q.htm FORM 10-Q

[Table of Contents](#)

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

# FORM 10-Q

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

FOR THE QUARTERLY PERIOD ENDED: SEPTEMBER 30, 2011

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

FOR THE TRANSITION PERIOD FROM          TO

COMMISSION FILE NUMBER: 001-16109

# CORRECTIONS CORPORATION OF AMERICA
(Exact name of registrant as specified in its charter)

| MARYLAND | 62-1763875 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |

**10 BURTON HILLS BLVD., NASHVILLE, TENNESSEE 37215**
(Address and zip code of principal executive offices)

**(615) 263-3000**
(Registrant's telephone number, including area code)

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.    Yes ☒    No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).    Yes ☒    No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See definitions of "large accelerated filer", "accelerated filer", and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

Table of Contents

USMS, and the U.S. Immigration and Customs Enforcement, or ICE, at this facility during the third quarter of 2011. The management contract with the BOP contained terms requiring us to be compensated at a 95% guaranteed occupancy.

Our total facility management revenue increased by $8.2 million, or 1.9%, during the third quarter of 2011 compared with the same period in the prior year resulting primarily from an increase in revenue of approximately $9.7 million generated by an increase in the average daily compensated population during the third quarter of 2011. Partially offsetting the increase in facility management revenue, a slight decrease of 0.3% in the average revenue per compensated man-day resulted in a reduction of $1.5 million in facility management revenue.

Business from our federal customers, including primarily the BOP, the USMS, and ICE, continues to be a significant component of our business. Our federal customers generated approximately 43% of our total revenue for both the nine months ended September 30, 2011 and 2010, increasing 3.9%, from $536.0 million during the nine months ended September 30, 2010 to $556.8 million during the nine months ended September 30, 2011. Federal revenues increased $2.1 million, or 1.1%, from $186.3 million for the three months ended September 30, 2010 to $188.4 million for the three months ended September 30, 2011.

State revenues increased $5.1 million, or 2.4%, from $210.7 million for the three months ended September 30, 2010 to $215.8 million for the three months ended September 30, 2011, and $30.6 million, or 5.0%, from $617.9 million for the nine months ended September 30, 2010 to $648.5 million for the nine months ended September 30, 2011.

Despite these increases in management revenue, economic conditions remain challenging, putting continued pressure on our government partners' budgets. Some states may be forced to further reduce their expenses if their tax revenues, which typically lag the overall economy, do not meet their expectations. Actions to control their expenses could include reductions in inmate populations through early release programs, alternative sentencing, or inmate transfers from facilities managed by private operators to facilities operated by the state or other local jurisdictions. Further, certain states have requested, and additional state customers could request, reductions in per diem rates or request that we forego prospective rate increases in the future as methods of addressing the budget shortfalls they may be experiencing. We believe we have been successful in working with our government partners to help them manage their correctional costs while minimizing the financial impact to us, and will continue to provide unique solutions to their correctional needs. We believe the long-term growth opportunities of our business remain very attractive as certain states consider efficiency and savings opportunities we can provide. Further, we expect insufficient bed development by our partners to result in a return to the supply and demand imbalance that has benefited the private corrections industry.

As of September 30, 2011, we had approximately 11,200 unoccupied beds at facilities that had availability of 100 or more beds, and an additional 1,124 beds under development committed to the state of Georgia. We have staff throughout the organization actively engaged in marketing this available capacity to existing and prospective customers. Historically, we have been successful in substantially filling our inventory of available beds and the beds that we have constructed. Filling these beds would provide substantial growth in revenues, cash flow, and earnings per share. However, we can provide no assurance that we will be able to obtain new or existing customers to fill our available beds.

26

[Table of Contents](#)

*Facility Management Contracts*

We typically enter into facility management contracts with governmental entities for terms typically from three to five years, with additional renewal periods at the option of the contracting governmental agency. Accordingly, a substantial portion of our facility management contracts are scheduled to expire each year, notwithstanding contractual renewal options that a government agency may exercise. Although we generally expect these customers to exercise renewal options or negotiate new contracts with us, one or more of these contracts may not be renewed by the corresponding governmental agency.

We currently manage a facility in Greenwood, Mississippi pursuant to a management contract with the state of Mississippi. We recently extended our management contract for 90 days, effective until November 30, 2011. However, we cannot provide assurance that we will be successful in maintaining a financially viable management contract at this facility, which is owned by the state of Mississippi. Total revenues at this facility represented less than 1% of our total revenue for both the nine months ended September 30, 2011 and 2010.

We believe we will renew all other contracts that have expired or are scheduled to expire within the next twelve months. We believe our renewal rate on existing contracts remains high as a result of a variety of reasons including, but not limited to, the constrained supply of available beds within the U.S. correctional system, our ownership of the majority of the beds we operate, and the quality of our operations.

28

[Table of Contents](#)

# SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

|  |  |
|---|---|
| Date: November 4, 2011 | **CORRECTIONS CORPORATION OF AMERICA** |
|  | /s/ Damon T. Hininger |
|  | Damon T. Hininger |
|  | President and Chief Executive Officer |
|  |  |
|  | /s/ Todd J Mullenger |
|  | Todd J Mullenger |
|  | Executive Vice President, Chief Financial Officer, and Principal Accounting Officer |

43