# United States District Court

## Central District of California

## CERTIFICATE OF
## GOOD STANDING

---

I, KIRY K. GRAY, Clerk of this Court, certify that

__Faraz Mohammadi__, Bar No. __294497__

was duly admitted to practice in this Court on __February 19th, 2014__
<br>*DATE*

and is active and in good standing as a member of the Bar

of this Court.

Dated at Los Angeles, California

on __June 1st, 2018__
<br>*Date*

KIRY K. GRAY
Clerk of Court

By *[signature]*

Andrea Kannike , Deputy Clerk



G-52 (10/15)    CERTIFICATE OF GOOD STANDING

Case 3:16-cv-02267    Document 101    Filed 07/17/18    Page 1 of 1 PageID #: 2796