Motion GRANTED.
*[signature]*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:16-cv-02267 |
| v. | ) ) | Judge Aleta A. Trauger |
| CORRECTIONS CORPORATION OF AMERICA, DAMON T. HININGER, DAVID M. GARFINKLE, TODD J. MULLENGER, and HARLEY G. LAPPIN | ) ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION TO ADMIT FARAZ MOHAMMADI *PRO HAC VICE*

Pursuant to Local Rule 83.01(d), Defendants CoreCivic, Inc., formerly known as Correction Corporation of America, Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger, and Harley G. Lappin hereby move the Court for an Order allowing Faraz Mohammadi of the firm Latham & Watkins, LLP, 355 S. Grand Avenue, Suite 100, Los Angeles, California 90071, (213) 891-7802, faraz.mohammadi@lw.com to appear and practice in this action. As evidenced by the Certificate of Good Standing submitted herewith, Mr. Mohammadi is a member in good standing of the United States District Court for the Central District of California.

Respectfully submitted:

 s/ Steven A. Riley
Steven A. Riley (TN #6258)
Milton S. McGee, III (TN #024150)
RILEY WARNOCK & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
T: (615) 320-3700
F: (615) 320-3737