# EXHIBIT 1

| Job Title | Job Code |
|---|---|
| MANAGER, QUALITY ASSURANCE | 2009 |

| Department | EEO Code | EEO Category | FLSA Status | Full Time | Part Time |
|---|---|---|---|---|---|
| 01 | 002 | P | Exempt | X | N/A |

## SUMMARY:

The Manager, Quality Assurance is responsible for managing all areas of Quality Assurance to include conducting regular audits and inspections. Develops, reviews, edits and oversees the implementation of facility policies, procedures and corrective action plans, by gathering and analyzing data related to the operation and management of the facility. Ensures ongoing facility compliance in accordance with established company policies and procedures and contractual requirements.

## ESSENTIAL FUNCTIONS:

The incumbent should be able to perform all of the following functions at a pace and level of performance consistent with the job performance requirements. Any additional qualifications and/or essential job functions for specific facility locations will be contained in Appendix A.

1. Manages all areas of Quality Assurance to include audits, inspections, data gathering and analysis, reporting, training and communication in accordance with established policies and procedures and contractual requirements.

2. Collaborates with facility management, department managers, FSC and contracting agency to formulate, revise and implement policies and procedures in compliance with established company policies and procedures, accreditation standards, and contractual requirements. Develops strong working relationships with contracting agencies and ensures consistent communications between the facility and the contracting agencies.

3. Manages and conducts audits and inspections of overall facility operations and maintenance to make improvement recommendations affecting the, efficiency and quality of the facility organization, security, operations, services, programs and budget. Coordinates and assists department heads with developing, reviewing, implementing, and validating corrective action plans to ensure that root causes are addressed and corrective actions are effective.

4. Conducts regular inspections to ensure facility is ACA audit ready. Collects, prepares, reviews and maintains all facility ACA files.

Revised April 2016

*Note: These qualifications apply to employees hired or transferred into this position beginning May 24, 2016; however, where partner approval is required prior to implementing a new or revised job description, these qualifications will apply to employees hired or transferred into this position on and after the date of partner approval.

Page 1

CONFIDENTIAL                                                                                                    CORECIVIC_0005569

| Job Title | Job Code |
|---|---|
| **MANAGER, QUALITY ASSURANCE** | **2009** |

5. Collaborates with facility department heads on Quality Assurance inquiries. Ensures top facility performance by providing direction and advises best practices using experience, data, contractual standards and company policy and procedure guidance.

6. Compiles, prepares and accurately maintains, on a current basis, standard operating records and reports, as requested by management or required by policies, procedures, regulations, laws, accreditation standards and/or contract. Reviews reports and records produced by staff; properly processes all reports and documents in a timely manner.

7. Collaborates with FSC Legal to review and respond to lawsuits. Assists with providing related facility records, and attends court and/or administrative hearings, as necessary.

8. Utilizes established company and facility policies and procedures in making decisions, but performs with a high degree of independence and professional administrative skill and uses sound independent judgment in meeting the responsibilities and performing the duties of the position.

9. May supervise and train Quality Assurance department staff. Directs, coordinates and reviews work assignments to ensure effective and efficient operations of the department.

10. Domestic U. S. travel may be required.

## QUALIFICATIONS*:

Graduate from an accredited college or university with a Bachelor's degree in criminal justice, corrections, social or behavioral science, quality assurance, business administration or a related field is required. Two years of experience in corrections, quality assurance, accreditation, or a related field is required. Additional experience in corrections, quality assurance, accreditation, or a related field may be substituted for the education requirement on a year-for-year basis. Excellent written communication skills and analytical ability required. Proficiency in Microsoft Office applications or other similar software applications is required. A valid driver's license is required.

Revised April 2016

*Note: These qualifications apply to employees hired or transferred into this position beginning May 24, 2016; however, where partner approval is required prior to implementing a new or revised job description, these qualifications will apply to employees hired or transferred into this position on and after the date of partner approval.

Page 2

Case 3:16-cv-02267   Document 105   Filed 07/18/18   Page 3 of 4 PageID #: 2828

CONFIDENTIAL                                                                  CORECIVIC_0005570

# SUMMARY OF CURRENT
# JOB PERFORMANCE CHARACTERISTICS

| Job Title | Job Code | Department | Full Time | Part Time |
|---|---|---|---|---|
| Manager, Quality Assurance | 2009 | 01 | X | N/A |

| GROUP I (Number of hours in an 8-hour day) | | | | Intermittent | Constant |
|---|---|---|---|---|---|
| Sitting | | | | >5 | |
| Standing | | | | <1 | |
| Walking | | | | <2 | |
| **GROUP II** | Weight | N/A | Occasionally | Frequently | Continuously |
| Lifting up to | 25 | | X | | |
| Carrying up to | 25 | | X | | |
| Pushing up to | 25 | | X | | |
| Pulling up to | 25 | | X | | |
| **GROUP III** | | N/A | Occasionally | Frequently | Continuously |
| Squatting | | | X | | |
| Bending | | | | X | |
| Kneeling | | | X | | |
| Reaching | | | | X | |
| Twisting | | | X | | |
| Crawling | | X | | | |
| Ladder Climbing | | | X | | |
| Stair Climbing | | | X | | |
| Other Climbing - Describe: | | X | | | |
| **GROUP IV** | | N/A | Occasionally | Frequently | Continuously |
| Walking on rough ground | | | | X | |
| Exposure to changes of temperature or humidity | | | | X | |
| Exposure to dust, fumes or gases | | | | X | |
| Being near moving machinery | | | X | | |
| Working from heights | | | X | | |
| Exposure to Infectious Diseases | | | X | | |
| Driving | | | X | | |
| Mental Alertness | | | | | X |

**OTHER CHARACTERISTICS:**

**Use of the Following Equipment:**

Calculator, telephone, copier, computer and facsimile.

**Travel**: Occasional local ground travel; occasional long distance ground or air travel.

**Specific vision abilities required by this job include:**

Close, distance, and color, peripheral vision; depth perception and the ability to adjust focus.

**Additional Physical Demands:**

While performing the duties of this job, the employee is regularly required to use hands to finger, handle or feel objects or controls; reach with hands and arms, talk and hear.

Revised 09/02

CONFIDENTIAL                                                          CORECIVIC_0005571