Motion GRANTED.

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>  vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>                      Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL |

Lead Plaintiff Amalgamated Bank, as Trustee for the LongView Collective Investment Fund ("plaintiff"), by its undersigned counsel, hereby moves the Court for leave to file under seal an unredacted version of Exhibit 1 to Plaintiff's Opposition to Motion to Compel Disclosure of Identity of Plaintiff's Confidential Witness, which is being filed contemporaneously herewith as a "Sealed Document" pursuant to Administrative Order No. 167, §5.07.

The exhibit plaintiff proposes to file under seal was produced by defendants in discovery and designated "CONFIDENTIAL" under the Protective Order in this case (ECF No. 86). Pursuant to ¶¶10(b) and 12 of the Protective Order the document is required to be filed under seal. Defendants shall submit an affidavit in support of this item within seven days in support of the confidential designation. If no such affidavit is filed, the exhibit will automatically become part of the public record.

DATED: July 18, 2018

ROBBINS GELLER RUDMAN & DOWD LLP
DENNIS J. HERMAN
WILLOW E. RADCLIFFE
KENNETH J. BLACK

 s/ Dennis J. Herman
DENNIS J. HERMAN

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN & DOWD LLP
CHRISTOPHER M. WOOD, #032977
CHRISTOPHER H. LYONS, #034853
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 800/449-4900
615/252-3798 (fax)

Lead Counsel for Plaintiff