# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> CORRECTIONS CORPORATION OF AMERICA, et al., <br><br> Defendants. | Civil Action No. 3:16-cv-02267 <br><br> Honorable Aleta A. Trauger |

## MOTION FOR RELIEF FROM THE AUGUST 1, 2018 DEADLINE TO SUBSTANTIALLY COMPLETE PRODUCTION OF DOCUMENTS SET FORTH IN THE INITIAL CASE MANAGEMENT ORDER

The Initial Case Management Order contains a deadline of August 1, 2018 for the substantial completion of the production of documents. Docket No. 88. Plaintiff has served two sets of document requests on Defendants, collectively containing 49 individual requests. With respect to the first set, which totaled 14 separate requests, the parties agreed that Defendants would search the files of 46 individuals using numerous agreed upon search terms to locate responsive electronic documents. Defendants undertook that substantial search and have produced approximately 390,000 pages of documents to date in response to those 14 requests.

On June 1, 2018, Plaintiff served an additional 35 document requests. After Defendants timely served responses and objections to these new requests on July 2, the parties began negotiating custodians and search terms for the new 35 document requests. Those negotiations are ongoing. Given that, and the associated technical and logistical hurdles inherent in a document production covering scores of custodians and enormous quantities of electronic data, compliance with the August 1 deadline is impossible. Defendants advised Plaintiff's counsel of

this fact as soon as it became apparent, during meet and confer discussions early last week. Defendants, therefore, seek relief from the August 1 deadline.

Defendants cannot currently quantify the scope of the production in response to Plaintiff's second set of document requests as the meet and confer process is ongoing. Nonetheless, Defendants will continue to use their best efforts to complete the negotiations (without the Court's intervention, to the extent possible) and the resultant document production as quickly as possible. To encourage the parties to continue working expediently to complete that document production and to keep the Court fully informed, Defendants propose that the parties apprise the Court on or before September 1, 2018 of the status of the document production. Defendants will work diligently to complete the production of documents by that date, but considering that the meet and confer discussions are ongoing (including negotiations over additional custodians and search terms), the timing is not exclusively within Defendants' control. Moreover, in light of the amount of time between now and the March 29, 2019 fact discovery cutoff, Defendants believe that there is sufficient time in the schedule for a reasonable extension of the substantial completion of document production deadline such that the other discovery deadlines contained in the Initial Case Management Order should not be affected.

Counsel for Defendants have discussed this proposal with counsel for Plaintiff but have been unable to reach agreement. Plaintiff requests that the Court impose a substantial completion deadline of September 14, 2018. Defendants respectfully submit that, considering the ongoing meet and confer discussions and the still undefined quantity of electronic data that will need to be reviewed and produced, a September 14 deadline is arbitrary (and potentially unnecessary). Accordingly, for the reasons set forth herein, Defendants respectfully request that the Court grant relief from the August 1, 2018 deadline for the substantial completion of

documents and set a September 1, 2018 deadline for the parties to apprise the Court of the status of the document production.

DATED: August 1, 2018                Respectfully submitted:

 /s/ Steven A. Riley
Steven A. Riley (TN #6258)
Milton S. McGee, III (TN #024150)
RILEY WARNOCK & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
T: (615) 320-3700
F: (615) 320-3737
sriley@rwjplc.com
tmcgee@rwjplc.com

David J. Schindler (admitted *pro hac vice*)
Brian T. Glennon (admitted *pro hac vice*)
Faraz Mohammadi (admitted *pro hac vice*)
LATHAM & WATKINS LLP
355 South Grand Ave.
Los Angeles, CA 90071
T: (213) 485-1234
F: (213) 891-8763
david.schindler@lw.com
brian.glennon@lw.com
faraz.mohammadi@lw.com

Morgan E. Whitworth (admitted *pro hac vice)*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
T: (415) 391-0600
F: (415) 395-8095
morgan.whitworth@lw.com

*Attorneys for Defendants Corrections Corporation of America, Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger, and Harley G. Lappin*

# CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing document was made upon the following Filing Users through the Electronic Filing System:

Paul Kent Bramlett
Robert Preston Bramlett
BRAMLETT LAW OFFICES
40 Burton Hills Blvd., Suite 200
P.O. Box 150734
Nashville, TN 37215
pknashlaw@aol.com
robert@bramlettlawoffices.com

Jeremy A. Lieberman
J. Alexander Hood II
Marc C. Gorrie
POMERANTZ LLP
600 Third Ave., 20th Floor
New York, NY 10016
jalieberman@pomlaw.com
ahood@pomlaw.com
mgorrie@pomlaw.com

Jerry E. Martin
BARRETT JOHNSTON MARTIN & GARRISON, LLC
Bank of America Plaza
414 Union Street
Suite 900
Nashville, TN 37219
jmartin@barrettjohnston.com

Patrick V. Dahlstrom
POMERANTZ LLP
10 South La Salle St., Suite 3505
Chicago, IL 60603
pdahlstrom@pomlaw.com

Michael Goldberg
Brian Schall
GOLDBERG LAW PC
1999 Avenue of the Stars
Suite 100
Los Angeles, CA 90067
michael@goldberglawpc.com
brian@goldberglawpc.com

Christopher T. Cain
SCOTT & CAIN
550 W Main Avenue
Suite 601
Knoxville, TN 37902
cain@scottandcain.com

James A. Holifield , Jr.
HOLIFIELD JANICH RACHAL & ASSOCIATES, PLLC
11907 Kingston Pike
Suite 201
Knoxville, TN 37934
aholifield@holifieldlaw.com

| | |
|---|---|
| Christopher Hamp Lyons<br>Christopher M. Wood<br>ROBBINS GELLER RUDMAN<br>& DOWD LLP<br>414 Union Street<br>Suite 900<br>Nashville, TN 37219<br>clyons@rgrdlaw.com<br>cwood@rgrdlaw.com | Dennis J. Herman<br>Willow E. Radcliffe<br>Kenneth J. Black<br>ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>dennish@rgrdlaw.com<br>willowr@rgrdlaw.com<br>kennyb@rgrdlaw.com |

this 1st day of August, 2018.

                                                           /s/ Steven A. Riley
                                                           Steven A. Riley