UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>      Defendants. | ) Civil Action No. 3:16-cv-02267<br>)<br>) Honorable Aleta A. Trauger<br>)<br>) APPENDIX OF UNPUBLISHED OPINIONS<br>) IN SUPPORT OF PLAINTIFF'S RESPONSE<br>) TO DEFENDANTS' MOTION FOR RELIEF<br>) FROM THE AUGUST 1, 2018 DEADLINE<br>) TO SUBSTANTIALLY COMPLETE<br>) PRODUCTION OF DOCUMENTS SET<br>) FORTH IN THE INITIAL CASE<br>) MANAGEMENT ORDER |

Pursuant to Local Rule 7.01(e), the following unpublished opinions cited and referenced in Plaintiff's Response to Defendants' Motion for Relief From the August 1, 2018 Deadline to Substantially Complete Production of Documents Set Forth in the Initial Case Management Order are attached hereto as follows:

**CASES**                                                                                               **TAB NO.**

*Brown v. Tellermate Holdings Ltd.*,
   2014 U.S. Dist. LEXIS 90123 (July 1, 2014 S.D. Ohio) ..........................................................1

*Buettgen v. Harless*,
   2013 WL 12303194 (N.D. Tex. Nov. 13, 2013) .....................................................................2

*In re Regions Morgan Keegan Sec., Derivative, & ERISA Litig.*,
   2016 WL 8290089 (W.D. Tenn. Aug. 2, 2016) .....................................................................3

*Marro v. New York State Teachers' Ret. Sys.*,
   2017 WL 6398014 (6th Cir. Nov. 27, 2017) ..........................................................................4

*Procaps S.A. v. Patheon Inc.*,
   2014 U.S. Dist. LEXIS 35225 (S.D. Fla. Mar. 18, 2014) .......................................................5

*Whelan v. Potter*,
   2012 U.S. Dist. LEXIS 115248 (E.D. Cal. Aug. 15, 2012) ....................................................6

DATED: August 3, 2018                        Respectfully submitted,

                                                           ROBBINS GELLER RUDMAN & DOWD LLP
                                                           CHRISTOPHER M. WOOD, #032977
                                                           CHRISTOPHER H. LYONS, #034853

                                                                        s/ Christopher M. Wood
                                                           CHRISTOPHER M. WOOD

                                                           414 Union Street, Suite 900
                                                           Nashville, TN 37219
                                                           Telephone: 800/449-4900
                                                           615/252-3798 (fax)

ROBBINS GELLER RUDMAN & DOWD LLP
DENNIS J. HERMAN
WILLOW E. RADCLIFFE
KENNETH J. BLACK
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiff

BARRETT JOHNSTON MARTIN
  &amp; GARRISON, LLC
JERRY E. MARTIN, #20193
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2202
615/252-3798 (fax)

Local Counsel

CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 3, 2018.

                                                    s/ Christopher M. Wood
                                                  CHRISTOPHER M. WOOD

Robbins Geller Rudman & Dowd LLP
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 800/449-4900
615/252-3798 (fax)
E-mail: cwood@rgrdlaw.com

# Mailing Information for a Case 3:16-cv-02267 Grae v. Corrections Corporation of America et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Anna E. Berces**
  anna.berces@lw.com

- **Kenneth J. Black**
  kennyb@rgrdlaw.com

- **Paul Kent Bramlett**
  pknashlaw@aol.com

- **Robert P. Bramlett**
  robert@bramlettlawoffices.com

- **Christopher T. Cain**
  cain@scottandcain.com,ambrose@scottandcain.com

- **Patrick V. Dahlstrom**
  pdahlstrom@pomlaw.com

- **Brian T. Glennon**
  brian.glennon@lw.com

- **Michael Goldberg**
  michael@goldberglawpc.com

- **Marc Gorrie**
  mgorrie@pomlaw.com

- **Dennis J. Herman**
  dherman@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **James A. Holifield , Jr**
  aholifield@holifieldlaw.com

- **J. Alexander Hood , II**
  ahood@pomlaw.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,lpvega@pomlaw.com

- **Christopher Hamp Lyons**
  clyons@rgrdlaw.com,KennyB@rgrdlaw.com

- **Jerry E. Martin**
  jmartin@barrettjohnston.com,smcclenahan@barrettjohnston.com,nchanin@barrettjohnston.com

- **Milton S. McGee , III**
  tmcgee@rwjplc.com,dgibby@rwjplc.com

- **Faraz Mohammadi**
  faraz.mohammadi@lw.com

- **Willow E. Radcliffe**
  willowr@rgrdlaw.com

- **Steven Allen Riley**
  sriley@rwjplc.com,dgibby@rwjplc.com

- **Brian Schall**
  brian@goldberglawpc.com

- **David J. Schindler**
  david.schindler@lw.com

- **Morgan E. Whitworth**
  morgan.whitworth@lw.com,morgan-whitworth-8044@ecf.pacerpro.com

- **Christopher M. Wood**
  cwood@rgrdlaw.com,smorris@rgrdlaw.com,ptiffith@rgrdlaw.com,willowr@rgrdlaw.com,e_file_sd@rgrdlaw.com

# Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`