

Motion GRANTED.

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>DEMAND FOR JURY TRIAL |

**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL DISCLOSURE OF IDENTITY OF PLAINTIFF'S CONFIDENTIAL WITNESS**

Defendants respectfully move for leave to file a Reply in further support of their Motion to Compel Disclosure of Identity of Plaintiff's Confidential Witness (Dkt. No. 96). Defendants believe that the Reply will assist the Court in considering Defendants' Motion to Compel by addressing issues raised by Plaintiff in its Opposition, particularly Plaintiff's argument that the identity of Plaintiff's confidential witness is protected as attorney work product. Defendants attach a copy of the proposed Reply and request that the Court direct the clerk to file the Reply and enter it onto the docket.