# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

NIKKI BOLLINGER GRAE, ET AL.,            )
                                 )
       Plaintiffs,            )
                                 )
v.            )            Civil No.  3:16-cv-02267
                                 )            Judge Trauger
CORRECTIONS CORPORATION            )
OF AMERICA, ET AL.,            )
                                 )
       Defendants.            )

## ORDER

The defendants have filed a Motion for Relief From the August 1, 2018 Deadline to Substantially Complete Production of Documents Set Forth in the Initial Case Management Order (Docket No. 109), to which the plaintiffs have filed a Response[1] (Docket No. 110).  The defendants' motion is hereby GRANTED, and the following extended deadlines shall apply in this case:

1.    The deadline for the defendants to substantially complete production of documents is extended from August 1, 2018 to September 14, 2018.

2.    The deadline for the plaintiffs to file a reply in connection with their class certification motion is extended from September 5, 2018 to October 26, 2018.

3.    The deadline to amend the pleadings to add parties is extended from September 7, 2018 to October 19, 2018.

It is so **ORDERED**.

ENTER this 6th day of August 2018.

_____
ALETA A. TRAUGER
U.S. District Judge

---

[1] It is puzzling to the court that the defendants represent that they have produced approximately 390,000 pages of documents to date (Docket No. 109 at 1), and the plaintiffs represent that only 60,394 documents have been produced to date.