IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

NIKKI BOLLINGER GRAE, ET AL., )
)
    Plaintiffs, )
)
v. ) Civil No. 3:16-cv-02267
) Judge Trauger
CORRECTIONS CORPORATION )
OF AMERICA, ET AL., )
)
    Defendants. )

## ORDER

In examining the docket entries in this case yesterday, the court noticed that the defendants' Motion for Leave to File Reply Memorandum in Support of Defendants' Motion to Compel Disclosure of Identity of Plaintiffs' Confidential Witness filed on July 24, 2018 (Docket No. 107), had never been formally granted. Therefore, the court entered an Order granting that motion to file a reply (Docket No. 112). In response to that Order, the Clerk filed in the record of the case the Reply Memorandum (Docket No. 113) that had been attached to the Motion for Leave to File Reply (Docket No. 107, Attachment No. 1).

As is clear from the court's Memorandum and Order ruling on this issue, the court took into consideration the defendants' Reply Memorandum (Docket No. 108 at 1), and the court has no intention of revisiting this issue. It is therefore ORDERED that the Clerk's filing of the defendants' Reply Memorandum has no effect on the rulings already made in this case.

It is so **ORDERED**.

ENTER this 8th day of August 2018.

_____
ALETA A. TRAUGER
U.S. District Judge