# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF TENNESSEE

NIKKI BOLLINGER GRAE, Individually and
on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

CORRECTIONS CORPORATION OF
AMERICA, et al.,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 3:16-cv-02267

Honorable Aleta A. Trauger

LEAD PLAINTIFF'S UNOPPOSED
MOTION TO EXCEED PAGE LIMITATION

Pursuant to Rule 7.01 of this Court's Local Civil Rules ("Local Rules" or "LR"), Lead Plaintiff Amalgamated Bank, as Trustee for the LongView Collective Investment Fund ("plaintiff"), respectfully requests leave to file a Reply in further support of its motion for class certification (ECF No. 91) ("MCC") of up to, but not to exceed, 20 pages.

On February 15, 2018, the Court entered an Initial Case Management Order providing, among other things, that the MCC was due on June 1, 2018, the MCC opposition was due on July 16, 2018, and the MCC reply (the "Reply") was due on September 5, 2018. ECF No. 88 ("Order"). On August 6, 2018, the Court granted defendants' motion for relief from the August 1, 2018 deadline to substantially complete production of documents set forth in the Order and extended the deadline for plaintiff to file the Reply in connection with its MCC from September 5, 2018 to October 26, 2018. ECF No. 114.

At the time the parties negotiated the schedule reflected in the Order and the Court extended the deadline for the Reply, the Local Rules did not contain page limitations for a reply in support of a motion, so the page limit was governed by this Court's Practice and Procedure Manual, which allows replies and requires that briefs not exceed 20 pages. Under the Court's new Local Rules that went into effect on August 14, 2018, however, a reply "shall not exceed five (5) pages without leave of Court." LR 7.01(a)(4).

Plaintiff respectfully submits that granting leave to file a Reply of up to, but not to exceed, 20 pages, is appropriate here for at least two reasons. First, this is consistent with the parties' understanding and expectation at the time the MCC briefing schedule was set and at the time the first two briefs were filed. Second, this is appropriate given plaintiff's need to respond to the factual assertions and legal arguments raised in defendants' 20-page brief in opposition to the MCC (ECF No. 98) and the supporting 61-page Expert Report of Lucy P. Allen (ECF No. 99-3), which assert

- 1 -

that defendants have met their burden of showing a lack of price impact sufficient to overcome the

presumption of reliance, an assertion to which plaintiff should be permitted to respond.

Defendants have indicated that they do not oppose this motion.

DATED: October 18, 2018     Respectfully submitted,

           ROBBINS GELLER RUDMAN & DOWD LLP
           CHRISTOPHER M. WOOD, #032977
           CHRISTOPHER H. LYONS, #034853


             s/ Christopher H. Lyons
             CHRISTOPHER H. LYONS

           414 Union Street, Suite 900
           Nashville, TN 37219
           Telephone: 800/449-4900
           615/252-3798 (fax)

           ROBBINS GELLER RUDMAN & DOWD LLP
           DENNIS J. HERMAN
           WILLOW E. RADCLIFFE
           KENNETH J. BLACK
           Post Montgomery Center
           One Montgomery Street, Suite 1800
           San Francisco, CA 94104
           Telephone: 415/288-4545
           415/288-4534 (fax)

           Lead Counsel for Plaintiff

           BARRETT JOHNSTON MARTIN
            & GARRISON, LLC
           JERRY E. MARTIN, #20193
           Bank of America Plaza
           414 Union Street, Suite 900
           Nashville, TN 37219
           Telephone: 615/244-2202
           615/252-3798 (fax)

           Local Counsel

1489218_1

Case 3:16-cv-02267   Document 117   Filed 10/18/18   Page 3 of 6 PageID #: 3037

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on October 18, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Christopher H. Lyons
CHRISTOPHER H. LYONS

ROBBINS GELLER RUDMAN
    & DOWD LLP
414 Union Street, Suite 900
Nashville, TN  37219
Telephone:  800/449-4900
615/252-3798 (fax)

E-mail:  clyons@rgrdlaw.com

# Mailing Information for a Case 3:16-cv-02267 Grae v. Corrections Corporation of America et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Anna E. Berces**
  anna.berces@lw.com

- **Kenneth J. Black**
  kennyb@rgrdlaw.com

- **Paul Kent Bramlett**
  pknashlaw@aol.com

- **Robert P. Bramlett**
  robert@bramlettlawoffices.com

- **Christopher T. Cain**
  cain@scottandcain.com,ambrose@scottandcain.com

- **Patrick V. Dahlstrom**
  pdahlstrom@pomlaw.com

- **Brian T. Glennon**
  brian.glennon@lw.com

- **Michael Goldberg**
  michael@goldberglawpc.com

- **Marc Gorrie**
  mgorrie@pomlaw.com

- **Dennis J. Herman**
  dherman@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **James A. Holifield , Jr**
  aholifield@holifieldlaw.com

- **J. Alexander Hood , II**
  ahood@pomlaw.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,lpvega@pomlaw.com

- **Christopher Hamp Lyons**
  clyons@rgrdlaw.com,KennyB@rgrdlaw.com

- **Jerry E. Martin**
  jmartin@barrettjohnston.com,nchanin@barrettjohnston.com,jmartin@rgrdlaw.com,ggilbert@barrettjohnston.com

- **Milton S. McGee , III**
  tmcgee@rwjplc.com,dgibby@rwjplc.com

- **Faraz Mohammadi**
  faraz.mohammadi@lw.com

- **Willow E. Radcliffe**
  willowr@rgrdlaw.com

- **Steven Allen Riley**
  sriley@rwjplc.com,dgibby@rwjplc.com

- **Brian Schall**
  brian@goldberglawpc.com

- **David J. Schindler**
  david.schindler@lw.com

- **Morgan E. Whitworth**
  morgan.whitworth@lw.com,morgan-whitworth-8044@ecf.pacerpro.com

- **Christopher M. Wood**
  cwood@rgrdlaw.com,smorris@rgrdlaw.com,willowr@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing. You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)