UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br> vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>       Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S UNOPPOSED MOTION TO EXCEED PAGE LIMITATION |

This matter comes before the Court on Lead Plaintiff's Unopposed Motion to Exceed Page Limitation with respect to the reply in further support of Lead Plaintiff's Motion for Class Certification, Appointment of Class Representative and Appointment of Class Counsel (ECF No. 91) ("Motion for Class Certification").

For good cause shown, this motion is GRANTED and it is hereby ORDERED that Lead Plaintiff may file a reply of up to, but not to exceed, 20 pages in further support of its Motion for Class Certification.

IT IS SO ORDERED.

DATED: _____  _____
THE HONORABLE ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE