UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>[PROPOSED] ORDER GRANTING OPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL |

Lead Plaintiff Amalgamated Bank, as Trustee for the LongView Collective Investment Fund ("Plaintiff"), having moved for leave to file documents under seal (the "Motion"), but not having designated any of the documents to be sealed as confidential, and it appearing to the Court that it is appropriate that Plaintiff be permitted to file those documents under seal on the condition that they be unsealed unless the party who designated the documents as confidential justifies their continued sealing, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. Plaintiff may file under seal the reply in further support of its motion for class certification, appointment of class representative and appointment of counsel and the exhibits to that reply;

2. Unless the party designating any sealed document as confidential files a motion for continued sealing, that makes the required showing to justify continued sealing, on or before November 2, 2018, the sealed documents shall be unsealed and become part of the public record without need for further order of the Court;

3. If the party designating any sealed document as confidential files a motion for continued sealing, such party shall simultaneously file publicly a redacted copy of the document(s) proposed to be kept under seal; and

4. If the party designating any sealed document as confidential files a motion for continued sealing, any other party may file a response to that motion on or before November 9, 2018.

IT IS SO ORDERED.

DATED: _____    _____
                                       THE HONORABLE ALETA A. TRAUGER
                                       UNITED STATES DISTRICT JUDGE