# EXHIBIT M
# [Filed Under Seal]

| From: | Stone, Stacey |
|---|---|
| Sent: | Wednesday, August 31, 2016 9:32 AM |
| To: | White, Linda |
| Subject: | FW: CCA 401(k) Plan - Memo from the Investment Committee |
| Attachments: | CCA 401k - Participant Memo 08.26.2016.pdf |

**From:** Burleson, Michelle
**Sent:** Tuesday, August 30, 2016 5:30 PM
**To:** Wardens (All) <Wardens-All@cca.com>; Facility HR Managers <FacilityHRManagers@cca.com>
**Subject:** CCA 401(k) Plan - Memo from the Investment Committee

Good afternoon CCA Wardens and HR Managers,
Attached please find a memo from the CCA 401(k) Investment Committee.  As the memo states, and as the Committee has shared in periodic communications, one of the key strategies in retirement planning is moderating your risk by diversifying your retirement investments.

Please review the memo in its entirety.  The memo is being mailed to the home addresses of all CCA 401(k) eligible employees but we would also ask that you go ahead and share the memo with your employees.

<u>As a reminder:</u>  It is not our role or the role of any CCA employees to offer investment advice.  As with any investment decisions, employees should consult with a professional financial planner.  If employees would like to receive further investment and retirement planning information, please refer them to their personal advisor or to the SunTrust Retirement Specialists team (800-453-4015).

Thank you,
Michelle Burleson, on behalf of the CCA 401(k) Investment Committee

*Michelle Burleson, PHR, CBP, SHRM-CP*
*Sr. Director, Employee Benefits - CCA*

1

Case 3:16-cv-02267    Document 120-4    Filed 10/26/18    Page 2 of 2 PageID #: 3179

CONFIDENTIAL                                                                                                           CORECIVIC_1306140