# EXHIBIT R
# [Filed Under Seal]

| | |
|---|---|
| From: | Burns, Jonathan |
| Sent: | Wednesday, February 17, 2016 1:20 PM |
| To: | Owen, Steve |
| Subject: | The Nation - BOP immigrant corrections articles |
| Attachments: | The Nation - Seth Freed Wessler 'This Man Will Almost Certainly Die' - Annotated.pdf; The Nation - Seth Freed Wessler - A Guide to Our Investigation' Annotated.pdf |

Steve – Attached here are the two pieces Seth Freed Wessler recently wrote for The Nation about BOP-contracted correctional facilities. The first article "This Man Will Almost Certainly Die" is the main piece of reporting Seth did on this topic, and it is nearly all comprised of narratives of men who died while in custody at BOP-contracted facilities. None of the incidents in the article involve CCA facilities directly.

The second article is a brief backgrounder around how the reporter went about investigating these incidents. In a few sections where appropriate, I have highlighted the text and annotated the relevant passages with factual information around CCA's policies pertaining to medical care at these facilities.

The difficulty with each of these articles is that there are not any grossly false or misleading statements in either article. For the most part, the reporter relies on the situations as documented in incident reports, and supplements them with interviews with the people who were involved.

His main thesis is essentially that BOP-contracted facilities in the program are not required by the BOP, in contract or policy, to adhere to the exact same programmatic standards (including medical staffing) that BOP requires of its own facilities, which leads to comparatively poorer medical care in privately-contracted facilities. The crux of the issue centers around the use of Licensed Vocational Nurses being used to cover overnight and weekend shifts (as opposed to RNs or EMTs as is typical in BOP-run facilities). While all of CCA facilities meet ACA and Joint Commission ambulatory care requirements, it isn't accurate to say CCA facilities have relied on a similar staffing pattern. We use RNs where possible, but there have been instances in which LVNs staffed.

Please take a look when you have a moment and let me know what you think. I did not highlight a passage early in the first article about BOP-oversight practices because the article goes on to acknowledge contract monitoring and oversight. We could certainly add messaging about BOP oversight if we think it would be useful.

Thank you,

Jonathan


Jonathan Burns
Director, Public Affairs
CCA
Nashville, TN
615.263.3163 o
615.495.8753 m

CONFIDENTIAL                                                    CORECIVIC_0698156

CONFIDENTIAL  CORECIVIC_0698157