EXHIBIT W
[Filed Under Seal]

| | |
|---|---|
| **From:** | liz@mairstrategies.com |
| **Sent:** | Tuesday, August 23, 2016 12:52 AM |
| **To:** | Pablo Paez;Owen, Steve |
| **Cc:** | Mike Murphy |
| **Subject:** | Re: Opinion Pieces |

OK. I will proceed as normal then!

Liz Mair
President, Mair Strategies LLC
571.334.8720
Liz@mairstrategies.com
-----------------------------------------------
If you've got a problem, yo, I'll solve it.
Check out my smearing while I email some bloggers.

**From:** Pablo Paez
**Sent:** Monday, August 22, 2016 6:26 PM
**To:** Owen, Steve
**Cc:** Liz Mair; Mike Murphy
**Subject:** Re: Opinion Pieces

I agree with Steve. This is not going to die down. The OIG report will continue to used to mislead policy makers. We need to continue to discredit the report; we cannot allow it to become accepted fact.

**Pablo E. Paez**
VICE PRESIDENT, CORPORATE RELATIONS

**The GEO Group, Inc.**
One Park Place, Suite 700, 621 NW 53rd Street
Boca Raton, Florida 33487

Tel: 561 999 7306 • Fax: 561 999 7681
Mobile: 561 245 1061

ppaez@geogroup.com
www.geogroup.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.

On Mon, Aug 22, 2016 at 6:23 PM, Owen, Steve <Steve.Owen@cca.com> wrote:

1

Confidential                                                                          GEO000050

You may have seen fresh coverage this afternoon of the letter Bernie Sanders and Grijalva sent over to DHS encouraging them to follow suit with DOJ's actions. They again cited and excerpted from the flawed OIG report in doing so. This sort of effort is likely to continue. If there are still good opportunities to garner coverage that further discredits the OIG report, I think it's worth pursuing them. Policy/Decision makers are being misled by the report's deeply flawed findings.

---

**From:** Liz Mair [mailto:liz@mairstrategies.com]
**Sent:** Monday, August 22, 2016 3:57 PM
**To:** Owen, Steve <Steve.Owen@cca.com>
**Cc:** Pablo Paez <ppaez@geogroup.com>; Mike Murphy <Mike.Murphy@mtctrains.com>
**Subject:** Re: Opinion Pieces


*** **This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. *****

---

Separately, I have a question for you guys: I pushed very hard last week on the OIG report. However, I am a little concerned that we could enter a space where attention to it now more or less dies off, and if we keep pushing back, we risk keeping focus on the report that we don't necessarily want.


What are your thoughts? Do you want me to keep pushing back and urging people who have been fence-sitting to write, even if they may end up giving the industry some bad press in the course of (hopefully) writing off the back of the points I've been making? Or do we want to try to quiet this down?


I have been trying to get people to shift to focusing on ITPI and their pals...


**Liz Mair, President**

Mair Strategies LLC

Email: liz@mairstrategies.com

Tel.: (571) 334-8720

Twitter: @LizMair

Confidential                                                                 GEO000051

On Aug 22, 2016, at 4:52 PM, Owen, Steve <Steve.Owen@cca.com> wrote:

All – In case you had not seen it, an op-ed was published today in The Hill, and was authored by a representative of the Quaker-based AFSC organization (Liz – That group has primarily been active in opposing our industry in Arizona, but has increasingly been expanding their scope of activities nationally).

Separately (and I'd say more importantly), the New York Times editorial board ran their editorial on the DOJ developments of last week, and unsurprisingly supported it and advocated for broader effort to phase out the industry. In doing so, they used very inflammatory and hyperbolic characterizations of the industry. This seems to merit an industry response, even more so than the Hill op-ed form a known anti-privatization flack.

- Steve

**Steven Owen**

**Managing Director, Communications**

10 Burton Hills Blvd

Nashville, TN   37215

615.263.3107 *office*

615.308.0044 *cell*

615.263.3090 *fax*

<image001.jpg>

See how CCA is making a difference

Case 3:16-cv-02267    Document 120-7    Filed 10/26/18    Page 4 of 5 PageID #: 3190

Confidential                                                                 GEO000052

(i) This e-mail and any files transmitted with it are confidential and intended solely for the use of the intended recipient(s). If you have received this e-mail in error, please notify the sender immediately and delete this e-mail and any associated files from your system. (ii) Views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of Corrections Corporation of America. (iii) The recipient should check this e-mail and any attachments for the presence of viruses. The company accepts no liability for errors or omissions caused by e-mail transmission or any damage caused by any virus transmitted by or with this e-mail. This email has been scanned for content and viruses by the McAfee Email Security System.

(i) This e-mail and any files transmitted with it are confidential and intended solely for the use of the intended recipient(s). If you have received this e-mail in error, please notify the sender immediately and delete this e-mail and any associated files from your system. (ii) Views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of Corrections Corporation of America. (iii) The recipient should check this e-mail and any attachments for the presence of viruses. The company accepts no liability for errors or omissions caused by e-mail transmission or any damage caused by any virus transmitted by or with this e-mail. This email has been scanned for content and viruses by the McAfee Email Security System.

4

Confidential

GEO000053