# EXHIBIT X
# [Filed Under Seal]

| From: | Liz Mair <liz@mairstrategies.com> |
|---|---|
| Sent: | Thursday, August 18, 2016 8:32 PM |
| To: | Owen, Steve;Pablo Paez;Mike Murphy |
| Subject: | Took me a couple of days to deal with this |

Guys, the reporter who wrote this one actually finished at Business Insider on Friday, so I had to chase around over there to get them to do some cleanup. In the end, they agreed to accept an anonymous quote. I hope you guys don't mind me having taken the liberty of providing one, it was by far the most efficient way of dealing with the issue.

Given how well BI does from an SEO standpoint, this is actually going to be tremendously useful to you, I think.

http://www.businessinsider.com/report-finds-that-private-prisons-are-more-dangerous-than-public-ones-2016-8

Still pursuing a Vox explainer on the "demographics" point. US News & World Report has a columnist who might be interested in writing about how the report was being pushed by opponents of public-private partnerships and why. And the Daily Caller and Watchdog.org (which syndicates its content to a lot of very reputable publications, including Reuters and major in-state newspapers) are also considering some of our oppo on ITPI and that Shapiro dude.

Best,

Liz

**Liz Mair, President**
Mair Strategies LLC
Email: liz@mairstrategies.com
Tel.: (571) 334-8720
Twitter: @LizMair

Confidential

GEO000497

# DOJ: Private prisons are more dangerous than government prisons — for inmates and guards

Caroline Simon  Aug. 12, 2016, 3:30 PM



Private prisons hold roughly 12% of the total federal prison population. *John Moore/Getty Images*

Privately run federal prisons suffer from safety and security issues far more than their publicly run counterparts, according to a report released by the Department of Justice's Office of the Inspector General.

These "contract prisons" were first developed as a solution to alleviate overcrowding in public Bureau of Prisons (BOP) facilities — they typically hold adult male inmates who are undocumented immigrants and are nearing the end of their sentences.

As of December 2015, contract prisons held around 22,660 federal inmates, or roughly 12% of the BOP's total prison population.

The report compared data from 14 contract prisons to 14 BOP prisons to measure incidents per capita in eight categories: contraband, reports of incidents, lockdowns, inmate discipline, telephone monitoring, selected grievances, urinalysis drug testing, and sexual misconduct.

In all but two categories — drug tests and sexual misconduct — contract prisons had a higher number of incidents per capita.

Contract prisons also confiscated eight times as many contraband cell phones as in BOP prisons, and had higher rates of physical assaults, both by inmates on other inmates and inmates on staff.

The Department of Justice also made individual visits to three contract prisons, all of which had been cited for at least one safety or security deficiency.

In two of those prisons, inmates were being housed in units normally reserved for disciplinary segregation — when they hadn't done anything to justify it — because beds were not available in normal housing. The prisons also did not ensure that inmates were receiving adequate medical services.

SPONSORED FINANCIAL CONTENT

Man Who Called NASDAQ Crash Has Surprising New Prediction *Stansberry Research*

A Shockingly Lucrative Cash Back Card If You Have Excellent Credit *The Ascent*

These problems were subsequently corrected, but the DOJ concluded that more oversight was still necessary "to ensure that federal inmates' rights and needs are not placed at risk when they are housed in contract prisons."

Department of Justice

Notably, however, inmates in contract prisons filed fewer grievances than inmates in BOP facilities — 72.6 per month in private prisons compared to 121.5 in public prisons, according to the report.

"The OIG report repeatedly urges against drawing specific conclusions from particular pieces of data it cites, and for good reason," a consultant who works on public-private sector partnership issues, who requested anonymity in discussing the report, told Business Insider.

"To the extent we want to extrapolate from the data— risky though that is— these conclusions would follow: If you're in a contract prison, you're less likely to be involved in or subject to sexual misconduct, less likely to remain or become a drug addict, and less likely to die while in prison," the consultant said.

"One conclusion that is clearly supported by the data is that contract prisons are quite cost-effective, from a public finances standpoint— just as the products of public-private partnerships generally are.

The DOJ made a number of recommendations for the BOP, encouraging it to "evaluate why contract prisons had more safety and security incidents in these categories and identify possible approaches for corrective action."

**SEE ALSO: Why Minorities Are Even More Overrepresented In Private Prisons »**

**NOW WATCH: What activated charcoal actually does to your body**

Get the stock market insights you need in our Q2 Update. Fidelity Investments

Now is the time to become a pot stock millionaire Money Map Press

Economist Warns: "This is just the beginning" Dent Research

dianomi

LEARN MORE ABOUT ARTIFICIAL INTELLIGENCE WITH THIS EXCLUSIVE RESEARCH REPORT

DISCOVER THE FUTURE OF FINTECH WITH THIS EXCLUSIVE SLIDE DECK

More: Private Prison   Department of Justice

      

INSIDER   MARKETS INSIDER   BI INTELLIGENCE

* Copyright © 2018 Insider Inc. All rights reserved. Registration on or use of this site constitutes acceptance of our Terms of Service, Privacy Policy and Cookies Policy.
Sitemap | Disclaimer | Commerce Policy | Coupons | Made in NYC | Stock quotes by finanzen.net
International Editions: UK | DE | AUS | FR | IN | IT | JP | MY | NL | SE | PL | SG | ZA | ES