# EXHIBIT Y
# [Filed Under Seal]

| | |
|---|---|
| **From:** | Thompson, Ronald |
| **Sent:** | Thursday, August 11, 2016 2:42 PM |
| **To:** | Nalley, Michael |
| **Subject:** | RE: OIG Report |

Just finished reading it.  Some observations:

* table 2 shows our monthly incident average is 7.6 while BOP is 6.6 (we're not far apart!!) *Pvt had lower inmate death rate ( a huge issue that should have been amplified; instead they act like the numbers need further investigation) *Pvt had lower grievance rate (again, why not amplify instead of skirting past) *Pvt had fewer positive UA's ( this is a big issue, but again not recognition by the authors) *Pvt had fewer sexual assaults, again a huge issue in Corrections now, but again they give it little attn..

Finally, I like the way MTC responded with a kick in the teeth to the IG, rather than a passive, polite  response.  What I'm shocked over is they totally overlooked the consequences of our staff vacancies.  They mentioned staffing at the end but could have been much more critical.

With their conclusions about our incident rate and not any positives, it's pretty obvious that was their agenda going in.

-----Original Message-----
From: Nalley, Michael
Sent: Thursday, August 11, 2016 1:16 PM
To: Thompson, Ronald <Ronald.Thompson@cca.com>
Subject: FW: OIG Report

WOW!!

615-263-3111 o
615-306-1915 c
Michael.Nalley@cca.com
Vice President, BU-1

CCA's letter is included at the end of the report in its entirety.

> On Aug 11, 2016, at 1:52 PM, Owen, Steve <Steve.Owen@cca.com> wrote:
>
> The OIG report is out now. Haven't had chance to read through yet.
> ..
> https://oig.justice.gov/reports/2016/e1606.pdf#page=1
>
>
> <e1606.pdf>
>

CONFIDENTIAL

CORECIVIC_1248558