# EXHIBIT Z
# [Filed Under Seal]

| | |
|---|---|
| Message | |
| **From**: | Tucker, Jamie [/O=AKINGUMP/OU=DC/CN=RECIPIENTS/CN=JTUCKER] |
| **Sent**: | 2/27/2017 10:00:11 PM |
| **To**: | Burwell, Carter (Judiciary-Rep) [Carter_Burwell@judiciary-rep.senate.gov]; zach_west@cruz.senate.gov; matthew.russell@mail.house.gov |
| **CC**: | Rickhoff, Hans [hrickhoff@akingump.com]; Beasley, Jeb (Jeb.Beasley@corecivic.com) [Jeb.Beasley@corecivic.com]; Wiley, Jeremy (Jeremy.Wiley@corecivic.com) [Jeremy.Wiley@corecivic.com] |
| **Subject**: | BOP Update |

Team Texas – Outreach to DOJ and BOP is now very time sensitive as the BOP initiated a process today by which it will start removing inmates from the Eden facility in order to shut it down.

As you are all aware, the BOP seems intent upon ignoring the direction provided by Attorney General Sessions last week when he rescinded the Yates Memorandum which sought to phase out the use of private prisons and modified an ongoing procurement for private bed space. In several calls with BOP staff last week, we were told that absent specific direction from DOJ about the procurement the BOP intended to proceed with shutting down facilities consistent with the Yates memo.

Today's action further underscores the fact that BOP has not received the message and as a result, the company

will be required under the WARN Act to issue staff notices to employees on Wednesday. This will affect approximately 300 employees and could result in the elimination of one-third of the tax base that provides for the City of Eden's operations.

**Accordingly, we ask that you continue your outreach efforts to various channels at DOJ and to Brad Gross at BOP (202) 307-3230**

Jamie Tucker

**AKIN GUMP STRAUSS HAUER & FELD** LLP

1333 New Hampshire Avenue, N.W. | Washington, DC 20036-1564 | USA | Direct: +1 202.887.4279 | Internal: 24279
Fax: +1 202.887.4288 | jtucker@akingump.com | akingump.com | Bio

Confidential                                                                                             AG00965

Confidential
AG00966