# EXHIBIT K

February 9, 2017



# Equity Research

## CoreCivic, Inc.
CXW: First Look--Q4 Beat--Narrows '17 Adj EBITDA Outlook

**Market Perform**

Sector: Prison REITs
Market Weight

- **Summary.** Last night, CoreCivic reported Q4 "normalized" Funds-From-Operations (FFO)/sh of $0.72, well above our estimate ($0.62), consensus ($0.63) and management's guidance range of $0.61-$0.62, on better-than-expected EBITDA (higher Immigration & Customs Enforcement (ICE) populations) and lower income tax expense. The company also increased its full-year 2017 "normalized" FFO/sh and AFFO/sh expectations $0.04 and $0.05, at the midpoint; however, the majority of the raise was due to a lowered income tax expense outlook, as adjusted EBITDA expectations were increased just $1.0MM, at the midpoint, with the overall range narrowed. The lowering of the high end of EBITDA was likely due to expected CA out-of-state inmate reductions later in the year. That said, in our view, investors will continue to focus on potential future ICE contract wins related to President Trump's strict border/immigration plans.

- **Operations. Owned & Managed.** Q4 owned & managed facilities had 69,645 average available beds, a slight bump over Q3 due to new beds at Red Rock. Average compensated occupancy of 77.9% was up 90bps versus Q3, and up 240bps from Q4 2015. Revenue per compensated man-day ticked down from Q3, at $80.42 versus $83.57, as a result of the re-worked contract at the South Texas Family Residential Center. Margins of 31.7% were up sequentially (120bps) and up 230bps on a y/y basis (from 29.4%).

- **Northeast Ohio Correctional Center.** As previously announced, the company signed a contract to house up to 500 ICE detainees at its 2,016-bed Northeast Ohio Correctional Center in Youngstown, OH. The initial term expires on March 31, 2017, but has four six-month renewal periods at the option of ICE.

- **Arapahoe Acquisition.** In January, CoreCivic acquired the Arapahoe Community Treatment Center in Englewood, CO for $5.5MM. The facility will provide residential reentry services for up 135 residents.

- **Guidance.** CXW increased its expected 2017 "normalized" FFO/sh from $2.16-$2.27 to $2.22-$2.30, which matches our current estimate ($2.26) at the midpoint. AFFO/sh is forecast at $2.13-$2.21 (versus a prior $2.07-$2.17), as compared to our estimate of $2.15. The company narrowed its expected adjusted EBITDA range from $368.5-$384.5MM to $373.0-$382.0MM, a $1.0MM increase to prior guidance and about $2.0 lower than our current estimate, at the midpoint. Further, the company expects to spend $66.0-$75.0MM on capital expenditures, comprised of $10.0-$14.0M on prison construction & land acquisitions, $25.0MM on maintenance and $31.0-$36.0MM on information technology and other assets.

**Valuation Range: $20.00 to $24.00**
Our valuation range is based on 9.0-11.0x 2017E FFO/sh, or 10.0x-11.0x EV/EBITDA. Risks to our thesis include a large, unexpected decline in U.S. prison populations, unforeseen contract terminations, weaker than expected per diem increases and any increased social backlash related to the idea of profiting from imprisonment.

**Investment Thesis:**
While an above-average dividend yield may be attractive to income investors, uncertainty surrounding the company's federal business - particularly with the Bureau of Prisons, potential further CA inmate reductions, a limited acquisitions market, fair valuations and negative sentiment from a social responsibility investment perspective keep us from our highest rating at this time.

Please see page 2 for rating definitions, important disclosures and required analyst certifications. All estimates/forecasts are as of 02/09/17 unless otherwise stated. 02/09/17 06:50:48 ET

Wells Fargo Securities, LLC does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of the report and investors should consider this report as only a single factor in making their investment decision.

### Earnings Reported - First Look

| FFO | 2016A | 2017E Curr. | 2017E Prior | 2018E Curr. | 2018E Prior |
|---|---|---|---|---|---|
| Q1 (Mar.) | $0.60 | $0.55 | NC | NE | |
| Q2 (June) | 0.69 | 0.56 | NC | NE | |
| Q3 (Sep.) | 0.69 | 0.57 | NC | NE | |
| Q4 (Dec.) | 0.72 | 0.57 | NC | NE | |
| FY | $2.70 | $2.26 | NC | NE | |
| CY | $2.70 | $2.26 | | NE | |
| FY P/FFO | 10.9x | 13.0x | | NM | |
| Rev.(MM) | $1,850 | $1,781 | | NE | |

Source: Company Data, Wells Fargo Securities, LLC estimates, and Reuters
NA = Not Available, NC = No Change, NE = No Estimate, NM = Not Meaningful
V = Volatile, ♦ = Company is on the Priority Stock List

| Ticker | CXW |
|---|---|
| Price (02/08/2017) | $29.47 |
| 52-Week Range: | $12-36 |
| Shares Outstanding: (MM) | 117.7 |
| Market Cap.: (MM) | $3,468.6 |
| S&P 500: | 2,294.67 |
| Avg. Daily Vol.: | 1,573,850 |
| Dividend/Yield: | $2.16/7.3% |
| LT Debt: (MM) | $1,439.3 |
| LT Debt/Total Cap.: | 23.7% |
| ROE: | 9.0% |
| 3-5 Yr. Est. Growth Rate: | 6.0% |
| CY 2017 Est. P/FFO-to-Growth: | 2.2x |
| Last Reporting Date: | 02/08/2017 After Close |

Source: Company Data, Wells Fargo Securities, LLC estimates, and Reuters

Robert LaQuaglia, CFA, CMT, Associate Analyst
(617) 603-4263
robert.laquaglia@wellsfargo.com

Jeffrey J. Donnelly, CFA, Senior Analyst
(617) 603-4262
jeff.donnelly@wellsfargo.com



Together we'll go far



**Company Description:**

Corrections Corporation of America (CXW) is the largest of two publicly traded prison REITs. The company is involved with the operation, management and development of correctional and detention facilities across the U.S., with over 89,000 beds. CXW is based in Nashville, TN.

## Required Disclosures



CoreCivic, Inc. (CXW) 3-yr. Price Performance

| Date | Published Price ($) | Rating Code | Val. Rng. Low | Val. Rng. High | Close Price ($) |
|---|---|---|---|---|---|
| 12/19/2014 | | LaQuaglia | | | |
| 12/19/2014 | 37.29 | 2 | 37.00 | 39.00 | 37.17 |
| 2/20/2015 | 40.38 | 2 | 39.00 | 40.00 | 40.55 |
| 5/12/2015 | 34.37 | 2 | 35.00 | 37.00 | 34.40 |
| 8/13/2015 | 32.55 | 2 | 33.00 | 35.00 | 32.09 |
| 11/13/2015 | 24.68 | 2 | 26.00 | 28.00 | 24.67 |
| 2/23/2016 | 28.85 | 2 | 29.00 | 31.00 | 28.70 |
| 5/11/2016 | 33.27 | 2 | 32.00 | 33.00 | 33.24 |
| 8/10/2016 | 27.40 | 2 | 26.00 | 28.00 | 27.56 |
| 8/18/2016 | 17.57 | 2 | 17.00 | 22.00 | 17.57 |
| 10/21/2016 | 13.70 | 2 | 15.00 | 19.00 | 13.99 |
| 11/11/2016 | 19.81 | 2 | 17.00 | 21.00 | 19.44 |
| 12/30/2016 | 24.14 | 2 | 20.00 | 24.00 | 24.46 |

Source: Wells Fargo Securities, LLC estimates and Reuters data

**Symbol Key**
- ▼ Rating Downgrade
- ▲ Rating Upgrade
- ● Valuation Range Change
- ♦ Initiation, Resumption, Drop or Suspend
- ■ Analyst Change
- ⌐ Split Adjustment

**Rating Code Key**
- 1 Outperform/Buy
- 2 Market Perform/Hold
- 3 Underperform/Sell
- SR Suspended
- NR Not Rated
- NE No Estimate

## Additional Information Available Upon Request

I certify that:
1) All views expressed in this research report accurately reflect my personal views about any and all of the subject securities or issuers discussed; and
2) No part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by me in this research report.

- Wells Fargo Securities, LLC or its affiliates intends to seek or expects to receive compensation for investment banking services in the next three months from CoreCivic, Inc.
- Wells Fargo Securities, LLC or its affiliates has a significant financial interest in CoreCivic, Inc.

**CXW:** Risks to our thesis include a large, unexpected decline in U.S. prison populations, unforeseen contract terminations, weaker than expected per diem increases and any increased social backlash related to the idea of profiting from imprisonment.

Wells Fargo Securities, LLC does not compensate its research analysts based on specific investment banking transactions. Wells Fargo Securities, LLC's research analysts receive compensation that is based upon and impacted by the overall profitability and revenue of the firm, which includes, but is not limited to investment banking revenue.

## STOCK RATING
**1=Outperform:** The stock appears attractively valued, and we believe the stock's total return will exceed that of the market over the next 12 months. BUY
**2=Market Perform:** The stock appears appropriately valued, and we believe the stock's total return will be in line with the market over the next 12 months. HOLD
**3=Underperform:** The stock appears overvalued, and we believe the stock's total return will be below the market over the next 12 months. SELL

## SECTOR RATING
**O=Overweight:** Industry expected to outperform the relevant broad market benchmark over the next 12 months.
**M=Market Weight:** Industry expected to perform in-line with the relevant broad market benchmark over the next 12 months.
**U=Underweight:** Industry expected to underperform the relevant broad market benchmark over the next 12 months.

## VOLATILITY RATING
**V** = A stock is defined as volatile if the stock price has fluctuated by +/-20% or greater in at least 8 of the past 24 months or if the analyst expects significant volatility. All IPO stocks are automatically rated volatile within the first 24 months of trading.

As of: February 9, 2017

| | |
| --- | --- |
| 41% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Outperform. | Wells Fargo Securities, LLC has provided investment banking services for 39% of its Equity Research Outperform-rated companies. |
| 56% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Market Perform. | Wells Fargo Securities, LLC has provided investment banking services for 28% of its Equity Research Market Perform-rated companies. |
| 3% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Underperform. | Wells Fargo Securities, LLC has provided investment banking services for 18% of its Equity Research Underperform-rated companies. |

**Important Disclosure for International Clients**
**EEA** – The securities and related financial instruments described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. For recipients in the EEA, this report is distributed by Wells Fargo Securities International Limited ("WFSIL"). WFSIL is a U.K. incorporated investment firm authorized and regulated by the Financial Conduct Authority. For the purposes of Section 21 of the UK Financial Services and Markets Act 2000 ("the Act"), the content of this report has been approved by WFSIL a regulated person under the Act. WFSIL does not deal with retail clients as defined in the Markets in Financial Instruments Directive 2007. The FCA rules made under the Financial Services and Markets Act 2000 for the protection of retail clients will therefore not apply, nor will the Financial Services Compensation Scheme be available. This report is not intended for, and should not be relied upon by, retail clients.

**Australia** – Wells Fargo Securities, LLC is exempt from the requirements to hold an Australian financial services license in respect of the financial services it provides to wholesale clients in Australia. Wells Fargo Securities, LLC is regulated under U.S. laws which differ from Australian laws. Any offer or documentation provided to Australian recipients by Wells Fargo Securities, LLC in the course of providing the financial services will be prepared in accordance with the laws of the United States and not Australian laws.

**Canada** – This report is distributed in Canada by Wells Fargo Securities Canada, Ltd., a registered investment dealer in Canada and member of the Investment Industry Regulatory Organization of Canada (IIROC) and Canadian Investor Protection Fund (CIPF). Wells Fargo Securities, LLC's research analysts may participate in company events such as site visits but are generally prohibited from accepting payment or reimbursement by the subject companies for associated expenses unless pre-authorized by members of Research Management.

**Hong Kong** – This report is issued and distributed in Hong Kong by Wells Fargo Securities Asia Limited ("WFSAL"), a Hong Kong incorporated investment firm licensed and regulated by the Securities and Futures Commission of Hong Kong ("the SFC") to carry on types 1, 4, 6 and 9 regulated activities (as defined in the Securities and Futures Ordinance (Cap. 571 of The Laws of Hong Kong), "the SFO"). This report is not intended for, and should not be relied on by, any person other than professional investors (as defined in the SFO). Any securities and related financial instruments described herein are not intended for sale, nor will be sold, to any person other than professional investors (as defined in the SFO). The author or authors of this report is or are not licensed by the SFC. Professional investors who receive this report should direct any queries regarding its contents to Mark Jones at WFSAL (email: wfsalresearch@wellsfargo.com ).

**Japan** – This report is distributed in Japan by Wells Fargo Securities (Japan) Co., Ltd, registered with the Kanto Local Finance Bureau to conduct broking and dealing of type 1 and type 2 financial instruments and agency or intermediary service for entry into investment advisory or discretionary investment contracts. This report is intended for distribution only to professional investors (Tokutei Toushika) and is not intended for, and should not be relied upon by, ordinary customers (Ippan Toushika).

The ratings stated on the document are not provided by rating agencies registered with the Financial Services Agency of Japan (JFSA) but by group companies of JFSA-registered rating agencies. These group companies may include Moody's Investors Services Inc., Standard & Poor's Rating Services and/or Fitch Ratings. Any decisions to invest in securities or transactions should be made after reviewing policies and methodologies used for assigning credit ratings and assumptions, significance and limitations of the credit ratings stated on the respective rating agencies' websites.

**About Wells Fargo Securities**
Wells Fargo Securities is the trade name for the capital markets and investment banking services of Wells Fargo & Company and its subsidiaries, including but not limited to Wells Fargo Securities, LLC, a U.S. broker-dealer registered with the U.S. Securities and Exchange Commission and a member of NYSE, FINRA, NFA and SIPC, Wells Fargo Prime Services, LLC, a member of FINRA, NFA and SIPC, Wells Fargo Securities Canada, Ltd., a member of IIROC and CIPF, Wells Fargo Bank, N.A. and Wells Fargo Securities International Limited, authorized and regulated by the Financial Conduct Authority.

This report is for your information only and is not an offer to sell, or a solicitation of an offer to buy, the securities or instruments named or described in this report. Interested parties are advised to contact the entity with which they deal, or the entity that provided this report to them, if they desire further information. The information in this report has been obtained or derived from sources believed by Wells Fargo Securities, LLC, to be reliable, but Wells Fargo Securities, LLC does not represent that this information is accurate or complete. Any opinions or estimates contained in this report represent the judgment of Wells Fargo Securities, LLC, at this time, and are subject to change without notice. All Wells Fargo Securities research reports published by its Global Research Department ("WFS Research") are disseminated and available to all clients simultaneously through electronic publication to our internal client websites. Additional distribution may be done by sales personnel via email, fax or regular mail. Clients may also receive our research via third party vendors. Not all research content is redistributed to our clients or available to third-party aggregators, nor is WFS Research responsible for the redistribution of our research by third party aggregators. For research or other data available on a particular security, please contact your sales representative or go to http://www.wellsfargoresearch.com. For the purposes of the U.K. Financial Conduct Authority's rules, this report constitutes impartial investment research. Each of Wells Fargo Securities, LLC and Wells Fargo Securities International Limited is a separate legal entity and distinct from affiliated banks. Copyright © 2017 Wells Fargo Securities, LLC

SECURITIES: NOT FDIC-INSURED/NOT BANK-GUARANTEED/MAY LOSE VALUE