# EXHIBIT N



## Featured Transactions

We have helped clients complete successful transactions across nearly every industry, offering specialized insights into core sectors such as Consumer & Retail, Energy & Power, Financial Services, Financial Sponsors, Healthcare, Industrials, Media & Communications, Real Estate and Technology & Business Services. You can benefit from this expertise through a comprehensive range of products and services that draw from the broad skills and expertise from across our universal banking platform.

**Filter Transactions**

Industry:
-- Filter by Industry --

Product:
Debt Capital Markets

[Filter]

### Investment Banking

- Debt Capital Markets
- Asset Finance Solutions
- Equity Capital Markets
- Mergers & Acquisitions
- Syndicated & Leveraged Finance
- Capital Structure Advisory
- **Featured Transactions**

### Inquire

Thank you for visiting SunTrust Robinson Humphrey. If you would like more information, please submit an inquiry.

[Click here to contact us]

[Learn More About Client Coverage]


$1,500,000,000 — Crown Castle — Senior Notes — Joint Bookrunner — January 2016


$1,500,000,000 — Buckeye Partners, L.P. — Senior Credit Facility — Joint Lead Arranger/Bookrunner — December 2015


$385,000,000 — Validus Group — Senior Credit Facility — Joint Lead Arranger/Bookrunner — December 2015


$500,000,000 — Southern Company — Senior Notes — Joint Bookrunner — December 2015


$250,000,000 — Ameren Illinois — Senior Secured Notes — Joint Bookrunner — December 2015


$200,000,000 — Bristow — Senior Credit Facility — Joint Lead Arranger/Bookrunner — November 2015


$250,000,000 — McCormick — Senior Notes — Joint Bookrunner — November 2015


$1,000,000,000 — Sunoco Logistics — Senior Notes — Joint Bookrunner — November 2015


€550,000,000 / $400,000,000 — Willis Towers Watson — Senior Credit Facilities — Joint Lead Arranger/Bookrunner — November 2015


$250,000,000 — AGL — Senior Notes


$2,500,000,000 — Equifax — Senior Credit Facilities


$1,250,000,000 — Magellan Midstream Partners, L.P. — Senior Credit Facilities

