# EXHIBIT T



# CCA Declares Quarterly Cash Dividend of $0.54 Per Share - Aug. 11

India Investment News

August 11, 2016 Thursday 6:30 AM EST

Copyright 2016 Contify.com All Rights Reserved

**Length:** 68 words

## Body

Aug. 11 -- Corrections Corporation of America (NYSE:CXW) (the "Company" or "CCA"), America's largest owner of partnership correctional, detention, and reentry facilities, announced today that its Board of Directors declared a quarterly dividend of $0.54 per share to be paid on October 17, 2016 to shareholders of record as of the close of business on October 3, 2016.

Source: Corrections Corporation of America

**Load-Date:** August 17, 2016

---

End of Document