# EXHIBIT U



# Press Release: CCA Declares Quarterly Cash Dividend of $0.54 Per Share

Dow Jones Institutional News

August 11, 2016 Thursday 8:23 PM GMT

Copyright 2016 Factiva ®, from Dow Jones
All Rights Reserved



Copyright © 2016, Dow Jones & Company, Inc.



**Length:** 290 words

## Body

CCA Declares Quarterly Cash Dividend of $0.54 Per Share

NASHVILLE, Tenn., Aug. 11, 2016 (GLOBE NEWSWIRE) -- Corrections Corporation of America (NYSE:CXW) (the "Company" or "CCA"), America's largest owner of partnership correctional, detention, and reentry facilities, announced today that its Board of Directors declared a quarterly dividend of $0.54 per share to be paid on October 17, 2016 to shareholders of record as of the close of business on October 3, 2016.

About CCA

CCA, a publicly traded real estate investment trust (REIT), is the nation's largest owner of partnership correctional, detention, and residential reentry facilities and one of the largest prison operators in the United States. We own or control 74 correctional, detention and reentry facilities, with a design capacity of approximately 75,000 beds, and manage 11 additional facilities owned by our government partners with a total design capacity of approximately 14,000 beds, in 20 states and the District of Columbia. CCA specializes in owning, operating and managing prisons and other correctional facilities and providing residential, community reentry and prisoner transportation services for governmental agencies. In addition to providing fundamental residential services, our facilities offer a variety of rehabilitation and educational programs, including basic education, faith-based services, life skills and employment training and substance abuse treatment. These services are intended to help reduce recidivism and to prepare offenders for their successful reentry into society upon their release.

```
Contact:
Investors: Cameron Hopewell - Managing Director, Investor Relations - (615) 263-3024
```

(END) Dow Jones Newswires

August 11, 2016 16:23 ET (20:23 GMT)

## Notes

PUBLISHER: Dow Jones & Company, Inc.

**Load-Date:** August 12, 2016

**End of Document**