# EXHIBIT AA

# CCA hammered after word of DOJ private-prison exit

nashvillepost.com/business/area-stocks/article/20831162/cca-hammered-after-word-of-doj-privateprison-exit

Area Stocks Aug 18, 2016   Share

Agency says contracts' costs, safety don't measure up; updated with company comment

authors Geert De Lombaerde

Shares of Corrections Corp. of America plummeted by more than a third Thursday morning after the U.S. Justice Department announced it will phase out its use of private prisons, saying they are not as safe or cost-effective as publicly run centers.

At about 11:15 a.m. — 45 minutes after the *Washington Post* **first reported** the DOJ's plans — CCA shares were down more than 39 percent to about $18. The move has wiped out more than $1.1 billion in market value. Shares of rival private-prison operator GEO Group also were down more than 35 percent. (Update: CCA set an intraday low of $13.04 but ended the session down 35 percent at $17.57.)



DOJ agencies accounted for about 27 percent of CCA's $1.8 billion in 2015 sales, split between the Bureau of Federal Prisons (11 percent) and the U.S. Marshals Service (16 percent.)

"The fact of the matter is that private prisons don't compare favorably to Bureau of Prisons facilities in terms of safety or security or services," Deputy Attorney General Sally Yates told the *Washington Post*. "And now with the decline in the federal prison population, we have both the opportunity and the responsibility to do something about that."

CCA shares took a hit **early this month** when executives disclosed that the company might lose a lucrative deal with Immigration and Customs Enforcement. They are now down 50 percent in the past month and off about 40 percent year to date.

Read the Justice Department's memo outlining its decision **here**.

Jonathan Burns, CCA's director of public affairs, sent the *Post* the following statement Thursday afternoon:

"We value our partners, and we will continue to work with them, both through the types of management solutions we've provided for more than three decades, as well as new, innovative opportunities we've been exploring in recent years in a proactive effort to meet their evolving needs. For example, our real estate-only solution helps government deliver needed facility space in a cost-effective manner while providing its own staffing and management services. We've also greatly expanded our residential re-entry offerings, which help inmates prepare to successfully

Case 3:16-cv-02267   Document 122-24   Filed 10/26/18   Page 2 of 3 PageID #: 3478

return to their communities. In fact, this spring we won a re-bid of a Federal Bureau of Prisons (BOP) contract for these critical services. It's important to note that today's announcement relates only to BOP correctional facilities, which make up seven percent of our business.

The Inspector General's report used to buttress this decision has significant flaws. The report's authors freely admit that they "were unable to evaluate all of the factors that contributed to the underlying data," and they failed to account for the impact of elements such as population demographics or the scope and efficacy of efforts to mitigate contraband. The findings simply don't match up to the numerous independent studies that show our facilities to be equal or better with regard to safety and quality, or the excellent feedback we get from our partners at all levels of government."