# EXHIBIT BB

The Tennessean  ·  The Tennessean (Nashville, Tennessee) · Fri, Aug 19, 2016 · Page D1
https://tennessean.newspapers.com/image/217922355  Downloaded on Oct 25, 2018



Copyright © 2018 Newspapers.com. All Rights Reserved.


Case 3:16-cv-02267   Document 122-25   Filed 10/26/18   Page 2 of 3 PageID #: 3482



Copyright © 2018 Newspapers.com. All Rights Reserved.
