Motion GRANTED.

*[signature]*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>　　　　　　　Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger |

## DEFENDANTS' MOTION FOR CERTAIN CONFIDENTIAL DOCUMENTS TO REMAIN UNDER SEAL

Pursuant to the Stipulation and Protective Order entered in this case (Dkt. No. 84) (the "Protective Order"), Defendants respectfully request that the Court maintain the sealing of the three confidential exhibits identified below, which Plaintiff filed in support of its Reply in Further Support of Lead Plaintiff's Motion for Class Certification, Appointment of Class Representative, and Appointment of Class Counsel (the "Reply") (Dkt. No. 120). These exhibits are non-public documents which Defendants have designated "CONFIDENTIAL" pursuant to the Protective Order. Each exhibit contains confidential, proprietary information concerning the business strategies and operations of CoreCivic, Inc., formerly known as Corrections Corporation of America, Inc. (the "Company"), which, if made public, could harm the Company's competitive