Motion GRANTED.

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>　　　　　Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger |

## MOTION FOR LEAVE TO FILE REPLY IN FURTHER SUPPORT OF MOTION FOR LEAVE TO FILE SUR-REPLY

Pursuant to Section III.C.3 of the Court's Practice and Procedure Manual, Defendants respectfully request leave to file a Reply in Further Support of their Motion for Leave to File Sur-Reply. The proposed Reply, which contains less than one page of argument, is attached to this Motion. Defendants seek to file the Reply to highlight the importance of Defendants being afforded sufficient opportunity to respond to new arguments in raised in Plaintiff's Reply and the new opinions contained in the 66-page "Rebuttal Report" of Plaintiff's expert, Dr. Steven Feinstein.

DATED: November 5, 2018

Respectfully submitted:

/s/ Steven A. Riley
Steven A. Riley (TN #6258)
Milton S. McGee, III (TN #024150)
RILEY WARNOCK & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
T: (615) 320-3700
F: (615) 320-3737
sriley@rwjplc.com
tmcgee@rwjplc.com