UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>                  Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>LEAD PLAINTIFF'S MOTION TO EXTEND DEADLINE FOR THIRD PARTIES TO JUSTIFY CONTINUED SEALING OF CERTAIN DOCUMENTS |

On October 26, 2018, Lead Plaintiff Amalgamated Bank, as Trustee for the LongView Collective Investment Fund ("Plaintiff"), moved the Court for leave to file under seal an unredacted version of Plaintiff's reply in further support of its motion for class certification, appointment of class representative and appointment of counsel and certain exhibits to that reply. ECF No. 119 ("Motion to Seal").

On October 29, 2018, the Court granted Plaintiff's Motion to Seal and ordered the designating party of any "Confidential" document filed under seal, to file a motion justifying its continued sealing on or before November 2, 2018. *See* ECF Nos. 119-1, 123 (the "Sealing Order").

Among the exhibits filed under seal pursuant to the Court's Sealing Order were three documents that had been designated "Confidential" by third parties Akin Gump Strauss Hauer & Feld LLP and The GEO Group, Inc. *See* ECF Nos. 122-20, 122-21, 122-23 (the "Sealed Documents").

Counsel for Plaintiff inadvertently notified counsel for these third parties of the sealed filing on November 5, 2018 – after the November 2, 2018 deadline for substantiating continued sealing set by the Court. *See* Sealing Order.

In order to allow these third parties an opportunity to consider whether they wish to file a motion justifying continued sealing, Plaintiff respectfully requests that the Court enter an order, substantially in the form of the [Proposed] Order filed contemporaneously herewith, allowing these third parties to file any motion for continued sealing on or before November 16, 2018, and maintaining the Sealed Documents under seal until such time.

DATED: November 6, 2018    Respectfully submitted,

    ROBBINS GELLER RUDMAN & DOWD LLP
    CHRISTOPHER M. WOOD, #032977
    CHRISTOPHER H. LYONS, #034853

    _____s/ Christopher H. Lyons_____
    CHRISTOPHER H. LYONS

- 1 -

414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 800/449-4900
615/252-3798 (fax)

ROBBINS GELLER RUDMAN & DOWD LLP
DENNIS J. HERMAN
WILLOW E. RADCLIFFE
KENNETH J. BLACK
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiff

BARRETT JOHNSTON MARTIN
  & GARRISON, LLC
JERRY E. MARTIN, #20193
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2202
615/252-3798 (fax)

Local Counsel

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on November 6, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Christopher H. Lyons
CHRISTOPHER H. LYONS

ROBBINS GELLER RUDMAN
    & DOWD LLP
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 800/449-4900
615/252-3798 (fax)
E-mail: clyons@rgrdlaw.com

# Mailing Information for a Case 3:16-cv-02267 Grae v. Corrections Corporation of America et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Anna E. Berces**
  anna.berces@lw.com

- **Kenneth J. Black**
  kennyb@rgrdlaw.com

- **Paul Kent Bramlett**
  pknashlaw@aol.com

- **Robert P. Bramlett**
  robert@bramlettlawoffices.com

- **Christopher T. Cain**
  cain@scottandcain.com,ambrose@scottandcain.com

- **Patrick V. Dahlstrom**
  pdahlstrom@pomlaw.com

- **Brian T. Glennon**
  brian.glennon@lw.com

- **Michael Goldberg**
  michael@goldberglawpc.com

- **Marc Gorrie**
  mgorrie@pomlaw.com

- **Dennis J. Herman**
  dherman@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **James A. Holifield , Jr**
  aholifield@holifieldlaw.com

- **J. Alexander Hood , II**
  ahood@pomlaw.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,lpvega@pomlaw.com

- **Christopher Hamp Lyons**
  clyons@rgrdlaw.com,KennyB@rgrdlaw.com

- **Jerry E. Martin**
  jmartin@barrettjohnston.com,nchanin@barrettjohnston.com,jmartin@rgrdlaw.com,ggilbert@barrettjohnston.com

- **Milton S. McGee , III**
  tmcgee@rwjplc.com,dgibby@rwjplc.com

- **Faraz Mohammadi**
  faraz.mohammadi@lw.com

Case 3:16-cv-02267   Document 131   Filed 11/06/18   Page 5 of 6 PageID #: 3520

- **Willow E. Radcliffe**
  willowr@rgrdlaw.com

- **Steven Allen Riley**
  sriley@rwjplc.com,dgibby@rwjplc.com

- **Brian Schall**
  brian@goldberglawpc.com

- **David J. Schindler**
  david.schindler@lw.com

- **Morgan E. Whitworth**
  morgan.whitworth@lw.com,morgan-whitworth-8044@ecf.pacerpro.com

- **Christopher M. Wood**
  cwood@rgrdlaw.com,smorris@rgrdlaw.com,willowr@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`