UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>                Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION TO EXTEND DEADLINE FOR THIRD PARTIES TO JUSTIFY CONTINUED SEALING OF CERTAIN DOCUMENTS |

Lead Plaintiff Amalgamated Bank, as Trustee for the LongView Collective Investment Fund ("Plaintiff"), having moved to extend the deadline for third parties designating any "Confidential" documents filed under seal to file a motion justifying its continued sealing (the "Motion"), and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The "Sealed Documents" (ECF Nos. 122-20, 122-21, 122-23), shall remain under seal through November 16, 2018;

2. Unless the party designating any Sealed Document(s) as "Confidential" files a motion justifying its continued sealing on or before November 16, 2018, the Sealed Document(s) shall become part of the public record without need for further order of the Court;

3. If the party designating any Sealed Document(s) as "Confidential" files a motion for continued sealing, such party shall simultaneously publicly file a redacted copy of the Sealed Document(s) proposed to be kept under seal; and

4. If the party designating any Sealed Document(s) as "Confidential" files a motion for continued sealing, any other party may file a response to that motion on or before November 23, 2018.

IT IS SO ORDERED.

DATED: _____   _____
THE HONORABLE ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE