UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) |
| Plaintiff, | ) Case No. 3:16-cv-02267 ) |
| v. | ) Judge Aleta A. Trauger ) |
| CORRECTIONS CORPORATION OF AMERICA, DAMON T. HININGER, DAVID M. GARFINKLE, TODD J. MULLENGER, and HARLEY G. LAPPIN | ) ) ) ) ) ) |
| Defendants. | ) |

**DECLARATION OF MILTON S. MCGEE, III IN SUPPORT OF DEFENDANTS' SUR-REPLY IN OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVE, AND APPOINTMENT OF CLASS COUNSEL**

I, Milton S. McGee, III, declare as follows:

1. I am over 18 years of age and am competent to testify as to the matters stated in this Declaration. I am a member of good standing of the Tennessee bar and am admitted to practice in this Court. I am a partner at the law firm of Riley, Warnock & Jacobson PLC and counsel for Defendants CoreCivic ("CC" or the "Company"), Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger, and Harley G. Lappin (collectively, "Defendants"). I hereby submit this Declaration in support of Defendants' Sur-Reply in Opposition to Plaintiff's Motion for Class Certification. I have personal knowledge of the facts set forth within.

2. Attached as Exhibits 1 through 5 to this Declaration are true and correct copies of the following documents.

- **Exhibit 1**: November 21, 2018, Expert Rebuttal Report of Lucy P. Allen.

- **Exhibit 2**: Excerpts from the Company's February 23, 2017, Form 10-K for the fiscal year ended December 31, 2016 (for the Court's convenience Defendants have highlighted passages relevant to the pending Motion).[1]

- **Exhibit 3**: Excerpts from the Company's February 27, 2014, Form 10-K for the fiscal year ended December 31, 2013 (for the Court's convenience Defendants have highlighted passages relevant to the pending Motion).

- **Exhibit 4**: Excerpts from the Company's February 25, 2015, Form 10-K for the fiscal year ended December 31, 2014 (for the Court's convenience Defendants have highlighted passages relevant to the pending Motion).

- **Exhibit 5**: Excerpts from the Company's February 25, 2016, Form 10-K for the fiscal year ended December 31, 2015 (for the Court's convenience Defendants have highlighted passages relevant to the pending Motion).

3. Pursuant to 26 U.S.C. §1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

---

[1] Full versions of Exhibits 2-5 are available upon request and accessible online at https://www.sec.gov/cgi-bin/browse-edgar?company=corecivic&owner=exclude&action=getcompany.

1

Executed on November 21, 2018 in Nashville, Tennessee.

Respectfully submitted:

*/s/ Milton S. McGee III*
Milton S. McGee, III (TN #024150)
RILEY WARNOCK & JACOBSON, PLC
1906 West End. Ave.
Nashville, TN 37203
T: (615) 320-3700
F: (615) 320-3737
sriley@rwjplc.com
tmcgee@rwjplc.com

**CERTIFICATE OF SERVICE**

I hereby certify that service of the foregoing document was made upon the following Filing Users through the Electronic Filing System:

Paul Kent Bramlett
Robert Preston Bramlett
BRAMLETT LAW OFFICES
40 Burton Hills Blvd., Suite 200
P.O. Box 150734
Nashville, TN 37215
pknashlaw@aol.com
robert@bramlettlawoffices.com

Jeremy A. Lieberman
J. Alexander Hood II
Marc C. Gorrie
POMERANTZ LLP
600 Third Ave., 20th Floor
New York, NY 10016
jalieberman@pomlaw.com
ahood@pomlaw.com
mgorrie@pomlaw.com

David J. Schindler
Brian T. Glennon
Anna E. Berces
Morgan E. Whitworth
LATHAM & WATKINS LLP
355 South Grand Ave.
Los Angeles, CA 90071
david.schindler@lw.com
brian.glennon@lw.com
anna.berces@lw.com
morgan.whitworth@lw.com

Patrick V. Dahlstrom
POMERANTZ LLP
10 South La Salle St., Suite 3505
Chicago, IL 60603
pdahlstrom@pomlaw.com

Michael Goldberg
Brian Schall
GOLDBERG LAW PC
1999 Avenue of the Stars, Suite 100
Los Angeles, CA 90067
michael@goldberglawpc.com
brian@goldberglawpc.com

Christopher T. Cain
SCOTT & CAIN
550 W Main Avenue
Suite 601
Knoxville, TN 37902
cain@scottandcain.com

James A. Holifield , Jr.
HOLIFIELD JANICH RACHAL &
ASSOCIATES, PLLC
11907 Kingston Pike
Suite 201
Knoxville, TN 37934
aholifield@holifieldlaw.com

3

| | |
|---|---|
| Christopher Hamp Lyons<br>Christopher M. Wood<br>ROBBINS GELLER RUDMAN<br>& DOWD LLP<br>414 Union Street<br>Suite 900<br>Nashville, TN 37219<br>clyons@rgrdlaw.com<br>cwood@rgrdlaw.com | Jerry E. Martin<br>BARRETT JOHNSTON MARTIN &<br>GARRISON, LLC<br>Bank of America Plaza<br>414 Union Street<br>Suite 900<br>Nashville, TN 37219<br>jmartin@barrettjohnston.com |

this 21st day of November, 2018.

    /s/ Steven A. Riley
Steven A. Riley