UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>                  Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL |

Having considered Plaintiff's[1] Motion for Leave to File Under Seal (the "Motion"), and Defendants (as the Producing Party) having designated the subject matter referenced in Lead Plaintiff's Motion to Extend Deadlines ("Motion to Extend Deadlines") as Confidential Discovery Material, and it appearing to the Court it is appropriate Plaintiff file the Motion to Extend Deadlines under seal on the condition it be unsealed unless Defendants file a motion making the required showing justifying continued sealing on or before January 7, 2019, the sealed Motion to Extend Deadlines shall be unsealed, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. Plaintiff may file the Motion to Extend Deadlines under seal;

2. Unless Defendants (as the Producing Party) having designated the subject matter referenced in the Motion to Extend Deadlines as Confidential Discovery Material, files a motion for continued sealing on or before January 7, 2019, the sealed documents shall be unsealed and become part of the public record without need for further order of the Court; and

3. If Defendants (as the Producing Party) having designated the subject matter referenced in the Motion to Extend Deadlines as Confidential Discovery Material, any other party may file a response to the Motion to Extend Deadlines on or before January 14, 2019.

IT IS SO ORDERED.

DATED: _____  _____
THE HONORABLE ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE

---

[1] "Plaintiff" is Lead Plaintiff and Proposed Class Representative Amalgamated Bank, as Trustee for the LongView Collective Investment Fund. "Defendants" are Corrections Corporation of America ("CCA") and certain of its executives. Following the filing of this action, Defendants rebranded CCA and now refer to it as CoreCivic.