UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>  vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>                  Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION TO EXTEND DEADLINES |

Having considered Plaintiff's[1] Motion to Extend Deadlines (the "Motion"), applicable authority and all argument in connection thereto, the Court hereby ORDERS:

Plaintiffs' Motion is GRANTED. The modification to the remaining deadlines set forth in the Court's Scheduling Orders[2] is as follows:

| Matter | Date |
|---|---|
| Fact Discovery Cutoff | June 28, 2019 |
| Deadline to Submit Joint Mediation Report | July 1, 2019 |
| Deadline for Filing Discovery-Related Motions | July 17, 2019 |
| Parties Declare Experts and Produce Expert Reports Pursuant to Fed. R. Civ. P. 26(a)(2) | August 21, 2019 |
| • Rebuttal | September 20, 2019 |
| • Completion of Expert Depositions | October 30, 2019 |
| Dispositive & *Daubert* Motions | |
| • Opening Briefs | December 20, 2019 |
| • Oppositions | February 21, 2020 |
| • Replies | March 27, 2020 |
| Pretrial Conference | July 17, 2020 |
| Trial | July 20, 2020 |

IT IS SO ORDERED.

DATED: _____  _____
THE HONORABLE ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE

---

[1] Lead Plaintiff and Proposed Class Representative Amalgamated Bank, as Trustee for the LongView Collective Investment Fund's ("Plaintiff").

[2] (ECF No. 88) and (ECF No. 114) (collectively, the "Scheduling Orders").