# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| NIKKI BOLLINGER GRAE, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:16-cv-02267 |
| ) | Judge Trauger |
| CORRECTIONS CORPORATION ) | |
| OF AMERICA, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Lead Plaintiff's Motion to Extend Deadlines (Docket No. 139-140) is in the nature of a discovery dispute. The Initial Case Management Order clearly provides that no such motion is to be filed until the parties have scheduled a telephone conference with Judge Trauger (Docket No. 88 at 6-7). Therefore, this motion will be held in abeyance until that telephone conference is held.

It is so **ORDERED**.

ENTER this 2nd day of January 2019.

_____
ALETA A. TRAUGER
U.S. District Judge