UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CORRECTIONS CORPORATION OF AMERICA, DAMON T. HININGER, DAVID M. GARFINKLE, TODD J. MULLENGER, and HARLEY G. LAPPIN,<br><br>Defendants. | Case No. 3:16-cv-2267<br>Judge Aleta A. Trauger |

## ORDER

For the reasons explained in the accompanying Memorandum, the Motion to Certify Class filed by Amalgamated Bank, as Trustee for the LongView Collective Investment Fund, (Docket No. 91) is hereby **DENIED**. The Motion for Evidentiary Hearing filed by CoreCivic, Inc. (Docket No. 136) is **DENIED** as moot.

It is so **ORDERED**.

ENTER this 18th day of January 2019.

ALETA A. TRAUGER
United States District Judge