**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| NIKKI BOLLINGER GRAE, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 3:16-cv-02267 |
| | ) | Judge Trauger |
| CORRECTIONS CORPORATION | ) | |
| OF AMERICA, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

It is hereby ORDERED that a discovery telephone conference will be held with counsel for the parties on Wednesday, January 23, 2019 at 4:00 p.m.   Judge Trauger's Courtroom Deputy will email to counsel the number they need to call in order to participate in the telephone conference.

It is so **ORDERED**.

ENTER this 18th day of January 2019.

_____
ALETA A. TRAUGER
U.S. District Judge