IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NIKKI BOLLINGER GRAE, ET AL., | ) |
| Plaintiffs, | ) |
| v. | ) Civil No. 3:16-cv-02267 |
| | ) Judge Trauger |
| CORRECTIONS CORPORATION OF AMERICA, ET AL., | ) |
| Defendants. | ) |

## ORDER

The court has been informed that the parties no longer need the telephone conference scheduled for today, January 23, 2019, at 4:00 p.m. The telephone conference is therefore CANCELLED.

Lead plaintiff's Motions to Extend Deadlines (Docket Nos. 139 and 140), full and redacted versions, are DENIED as moot.

It is so **ORDERED**.

ENTER this 23rd day of January 2019.

_____
ALETA A. TRAUGER
U.S. District Judge