UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL |

Having considered Lead Plaintiff's[1] Motion to File Under Seal (the "Motion"), and Defendants (as the Producing Party) having designated the information or documents referenced in (i) Memorandum of Law in Support of Lead Plaintiff's Motion for Reconsideration of the January 18, 2019 Order Denying Class Certification ("Motion for Reconsideration") and (ii) Declaration of Willow E. Radcliffe in Support of Memorandum of Law in Support of Lead Plaintiff's Motion for Reconsideration of the January 18, 2019 Order Denying Class Certification ("Radcliffe Declaration") as Confidential Discovery Material, pursuant to the protective order entered in this action on February 12, 2018 (ECF No. 86), IT IS HEREBY ORDERED that:

1. Lead Plaintiff's Motion for Reconsideration and Exhibits B-C, F-HH to the Radcliffe Declaration may be filed under seal.

2. Unless Defendants (as the Producing Party) file a motion for continued sealing on or before February 8, 2019, the Motion for Reconsideration and Exhibits B-C, F-HH to the Radcliffe Declaration shall be unsealed and become part of the public record without need for further order of the Court; and

3. If Defendants (as the Producing Party) file a motion for continued sealing of the Motion for Reconsideration and Exhibits B-C, F-HH to the Radcliffe Declaration, any other party may file a response to the motion for Continued Sealing on or before February 15, 2019.

IT IS SO ORDERED.

DATED: _____   _____
THE HONORABLE ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE

---

[1] "Lead Plaintiff" is Lead Plaintiff and Proposed Class Representative Amalgamated Bank, as Trustee for the LongView Collective Investment Fund. "Defendants" are Corrections Corporation of America ("CCA") and certain of its executives. Following the filing of this action, Defendants rebranded CCA and now refer to it as CoreCivic.