UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>                    Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE JANUARY 18, 2019 ORDER DENYING CLASS CERTIFICATION AND GRANTING CLASS CERTIFICATION |

Having reviewed Lead Plaintiff's motion for reconsideration and pertinent authority, the Court HEREBY GRANTS Lead Plaintiff's Motion for Reconsideration of the January 18, 2019 Order Denying Class Certification.

The Court further ORDERS that:

(i) Class Certification of the following class is granted:

All persons who purchased or otherwise acquired Corrections Corporation of America, Inc. ("CCA") securities between February 27, 2012 and August 17, 2016, inclusive, and who were damaged thereby. Excluded from the Class are: (a) CCA, its parents, subsidiaries and any other entity owned or controlled by CCA; (b) Damon T. Hininger, Todd J. Mullenger, and Harley G. Lappin; (c) all other executive officers and directors of CCA or any of its parents, subsidiaries or other entities owned or controlled by CCA; (d) all immediate family members of the foregoing, including grandparents, parents, spouses, siblings, children, grandchildren and steprelations of similar degree; and (e) all predecessors and successors in interest or assigns of any of the foregoing;

(ii) Lead Plaintiff Amalgamated Bank, as Trustee for the LongView Collective Investment Fund is appointed as Class Representative; and

(iii) The law firm of Robbins Geller Rudman & Dowd LLP is appointed as Class Counsel.

IT IS SO ORDERED.

DATED: _____

THE HONORABLE ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE