# EXHIBIT O

| | |
|---|---|
| From: | Beasley, Jeb |
| Sent: | Monday, June 2, 2014 1:45 PM |
| To: | Grande, Tony; Verhulst, Bart; Hininger, Damon; Garfinkle, David; Swindle, Patrick; Lappin, Harley |
| Cc: | Robinson, John; Hall, Keith |
| Subject: | FW: Award Fee Determination Adams County Correctional Center |
| Attachments: | FDO Adams Award Letter Signed June 2014_1.pdf |

Fyi.

Jeb Beasley
CCA
Managing Director, Federal and Local Partnership Relations
10 Burton Hills Blvd.
Nashville, TN 37215
ph (615) 263-6615
cell (615) 478-2260
FAX (615) 263-3090

**From:** Gary Clark [mailto:g3clark@bop.gov]
**Sent:** Monday, June 02, 2014 1:20 PM
**To:** Beasley, Jeb
**Cc:** BOP-ADM/PCC-ACC~@bop.gov; BOP-ADM/PrivatizedCorrContracting~@bop.gov; BOP-PRD/Contract.Facility.Monitoring~@bop.gov; Douglas M Martz; Michael Bodine; Wagner, Barbara
**Subject:** Award Fee Determination Adams County Correctional Center


Good afternoon Mr. Beasley:

Attached, please find the Award Fee letter issued by Cathy S. Scott, Fee Determination Official, for Adams County Correctional Center.

Award Fee covers the period of April 1, 2013 through March 31, 2014.

Please feel free to contact me if you have any questions.
Thank you.


Gary L. Clark, Contracting Officer
Federal Bureau of Prisons
Privatized Corrections Contracting
20 Hobo Fork Road
Natchez, MS 39120
Office: 601-304-2577
Cell: 202-598-3478
Fax: 601-304-2585

1

CONFIDENTIAL                                                                                              CORECIVIC_0990364

g3clark@bop.gov

CONFIDENTIAL                                                           CORECIVIC_0990365



**U.S. Department of Justice**

**Federal Bureau of Prisons**

*Washington, D.C. 20534*

June 2, 2014

Jeb Beasley, Sr. Director
Managing Director
Corrections Corporation of America
10 Burton Hills Boulevard
Nashville, Tennessee 37215

    Re:    **Award Fee Determination**
            **Contract DJB1PC010, Adams County Correctional Center**
            **Performance Period April 1, 2013 – March 31, 2014**

Dear Mr. Beasley:

    As stipulated in the Award Fee Determination Plan within contract DJB1PC010, the contractor has an opportunity to earn an award fee commensurate with the achievement of performance above the acceptable level. Furthermore, the contract states that the maximum award fee may not exceed five percent of the total payment received for the evaluated period.

    I have reviewed the recommendation of the Performance Evaluation Board based upon the performance monitoring information and the self-assessment submitted by Corrections Corporation of America (CCA). After a thorough review of this information, an award fee of $156,063.60 (or 8% of the maximum award fee) has been authorized for the aforementioned performance period.

    Adams County Correctional Center received three repeat deficiencies and sixteen deficiencies during the February 2014 CFM Review. Additionally, six Notice of Concerns (NOC) were issued. The NOCs pertained to failure to follow DNA collection procedures; failure to properly maintain inmate accountability; and failure to maintain required staffing levels in Health Services and Correctional Services. Specifically, the contractor did not meet the required staffing levels in Correctional Services for 6 of the past 12 months and 5 of the past 12 months in Health Services.

    Correctional Services continues to struggle with high staff turnover rates. Security concerns, most notably in SHU, resulted from supervisors and correctional officers failing to properly read and understand policies and post orders. Low staffing levels in Health Services has contributed to the numerous and repetitive findings identified during the most recent CFM review.

    Positive remarks pertain to the contractor's noteworthy improvement in the intelligence department with increased intelligence analysis leading to the recovery of numerous cell phones and other contraband.

CONFIDENTIAL    CORECIVIC_0990366

Contractor responsiveness has been positive with implementing two contract modifications and operational changes in response to five technical direction letters. Communication and responsiveness between on-site staff and the contractor continues to be consistent during this period. The contractor continues to be responsive to the needs of the inmate population, and have continued with regular staff/inmate committee meetings, which have significantly decreased inmate concerns.

You may attach a copy of this correspondence to a separate billing requesting payment of the award fee. We appreciate the efforts of CCA staff during the performance period. Please let me know if you have questions regarding this award fee determination.

Sincerely,

*Cathy S. Scott*

Cathy S. Scott
Fee Determination Official

CONFIDENTIAL
CORECIVIC_0990367