# EXHIBIT P

| From: | Beasley, Jeb |
|---|---|
| Sent: | Monday, June 1, 2015 2:12 PM |
| To: | Hininger, Damon; Grande, Tony; Lappin, Harley; Garfinkle, David; Verhulst, Bart; Nalley, Michael; Hall, Keith |
| Subject: | Fwd: Award Fee Determination Adams County Correctional Center - Contract DJB1PC010 |
| Attachments: | FDO Adams Award Letter Signed June 2015.PDF; ATT00001.htm |

Fyi.

Jeb Beasley
Managing Director
CCA

Sent from my iPhone

Begin forwarded message:

> **From:** Gary Clark <g3clark@bop.gov>
> **Date:** June 1, 2015 at 3:03:24 PM EDT
> **To:** Jeb Beasley <Jeb.Beasley@cca.com>
> **Cc:** ACC/Warden ACC/Warden <ACC/Warden@bop.gov>, <BOP-ADM/PrivatizedCorrContracting~@bop.gov>, <bop-cpd/privatization~@bop.gov>, <BOP-PRD/Contract.Facility.Monitoring~@bop.gov>, Robert Bland <rbland@bop.gov>, Rebecca Harman <rharman@bop.gov>, Ryan Wynne <rwynne@bop.gov>, Ashley Odubeko <Ashley.Odubeko@cca.com>, <barbara.wagner@cca.com>, Natasha Metcalf <Natasha.Metcalf@cca.com>
> **Subject: Award Fee Determination Adams County Correctional Center - Contract DJB1PC010**
>
> *** This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. ***
>
> Good afternoon Mr. Beasley;
>
> Attached, please find the Award Fee Determination Letter issued by Cathy S. Scott, Fee Determination Official, for Adams County Correctional Center.
>
> Award Fee covers the period of April 1, 2014 through March 31, 2015.
>
> Please feel free to contact me if you have any questions.
> Thank you.
>
> Gary L. Clark, Contracting Officer

1

CONFIDENTIAL CORECIVIC_0990736

U.S. Department of Justice
Federal Bureau of Prisons
Privatized Corrections Contracting
20 Hobo Fork Road
Natchez, MS 39120
Office: 601-304-2577
Cell: 202-598-3478
Fax: 601-304-2585
g3clark@bop.gov

CONFIDENTIAL                                                                                    CORECIVIC_0990737

CONFIDENTIAL

CORECIVIC_0990738



U.S. Department of Justice

Federal Bureau of Prisons

Washington, DC 20534
June 1, 2015

Jeb Beasley, Sr. Director
Managing Director
Corrections Corporation of America
10 Burton Hills Boulevard
Nashville, Tennessee  37215

Re: **Award Fee Determination**
    **Contract DJB1PC010, Adams County Correctional Center**
    **Performance Period April 1, 2014 – March 31, 2015**

Dear Mr. Beasley:

As stipulated in the Award Fee Determination Plan within contract DJB1PC010, the contractor has an opportunity to earn an award fee commensurate with the achievement of performance above the acceptable level.  Furthermore, the contract states that the maximum award fee may not exceed five percent of the total payment received for the evaluated period.

I have reviewed the recommendation of the Performance Evaluation Board (PEB) based upon the performance monitoring information and the self-assessment submitted by Corrections Corporation of America (CCA).  After a thorough review of this information, it has been determined that the overall performance of the facility by the PEB is in the "Unsatisfactory" range for determining an award fee, and I concur with their assessment.  Therefore, an award fee at this time is not warranted.

Adams County Correctional Center received a significant finding in Health Services.  The finding was for inadequate controls in the area of clinical care which included a repeat deficiency.  There were thirteen other deficiencies in various disciplines in addition to nine Notices of Concerns (NOCs), which several were repetitive.  Two were for lack of inmate accountability and two were for failing to restrain inmates in SHU before opening the cell door.  Other various NOC's include: inadequate key control; untimely processing of treaty transfers; not maintaining Health Services staffing levels; failing to address concerns over use of a spit guard/mask during a calculated use of force; and for staff with expired NACI clearances assessing Sentry.

Correctional Services continues to struggle with a high turnover rate for both correctional officers and supervisory correctional staff.  The turnover rate and the high number of correctional staff with no prior corrections experience has been a challenge for the contractor.

Another major concern has been the lack of bilingual staff members.  This continues to be a problematic issue considering the majority of the inmate population is comprised of Mexican nationals.

CONFIDENTIAL                                                                                                          CORECIVIC_0990739

Positive remarks pertain to the contractor's responsiveness to the needs of the inmate population by continuing to have regular inmate committee meetings, which has decreased some of the inmate concerns.

We appreciate the efforts of Adams County and CCA staff during this award fee period and thank you for doing business with the Federal Bureau of Prisons. Please let me know if you have any questions regarding this award fee determination.

Sincerely,

*Catherine S. Scott*

Catherine S. Scott
Fee Determination Official

Case 3:16-cv-02267    Document 149-16    Filed 02/01/19    Page 6 of 6 PageID #: 3877
CONFIDENTIAL                                                                    CORECIVIC_0990740