# EXHIBIT Z

| From: | Grande, Tony |
|---|---|
| Sent: | Thursday, October 22, 2015 5:46 PM |
| To: | Hininger, Damon |
| Subject: | Fwd: Preliminary Report - Cibola |
| Attachments: | CFM Audit 10-22-2015.pdf; ATT00001.htm |

Damon- Harley may have already made you aware that apparently we had a bad day today with BOP medical audit at Cibola. I just got off the phone with Bart and he and Jeb are concerned about the impact on Eden rebid (and Cibola renewal). Apparently, BOP told Nalley that this is going to be a factor in CAR 16. maybe we should set aside time to get a group together soon?

Tony Grande, CCA
Americas Leader in Partnership Corrections

Begin forwarded message:

> **From:** "Verhulst, Bart" <Bart.Verhulst@cca.com>
> **Date:** October 22, 2015 at 5:13:05 PM CDT
> **To:** "Grande, Tony" <Tony.Grande@cca.com>
> **Subject: Fwd: Preliminary Report - Cibola**
>
> Here it is.
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** "Nalley, Michael" <Michael.Nalley@cca.com>
>> **Date:** October 22, 2015 at 4:40:28 PM CDT
>> **To:** "Verhulst, Bart" <Bart.Verhulst@cca.com>
>> **Subject: Fwd: Preliminary Report - Cibola**
>>
>>
>> Sent from my iPhone
>>
>> Begin forwarded message:
>>
>>> **From:** "Baxter, John" <John.Baxter@cca.com>
>>> **Date:** October 22, 2015 at 4:32:29 PM CDT
>>> **To:** "Nalley, Michael" <Michael.Nalley@cca.com>, "Hall, Keith" <Keith.Hall@cca.com>
>>> **Cc:** "Lappin, Harley" <Harley.Lappin@cca.com>
>>> **Subject: Fwd: Preliminary Report - Cibola**
>>>
>>> Mike and Harley,
>>>
>>> Here is the final document received at today's closeout. My flight gets back tomorrow at 1. Let's talk at 2 if your calendars permit.

1

CONFIDENTIAL                                                                                                                                                       CORECIVIC_0114483

John Baxter
Vice President of Health Services
Corrections Corporation of America

John.Baxter@cca.com
Office: 615-263-6628
Mobile: 615-428-9380

Begin forwarded message:

> **From:** "Judd, Betty" <Betty.Judd@cca.com>
> **Date:** October 22, 2015 at 2:53:49 PM MDT
> **To:** "Baxter, John" <John.Baxter@cca.com>
> **Subject: Preliminary Report - Cibola**
>
> Attached is the Preliminary CFM Audit Report for Cibola.
>
> Betty Judd, Assistant Warden
> Cibola County Correctional Center
> 2000 Cibola Loop
> Milan, NM 87021
> Phone: (505) 285-4900
> Fax: (505) 285-6886

2

CONFIDENTIAL                                                                                          CORECIVIC_0114484