# EXHIBIT CC

Case 3:16-cv-02267     Document 149-29     Filed 02/01/19     Page 1 of 3 PageID #: 3957

| From: | Garfinkle, David |
|---|---|
| Sent: | Tuesday, January 5, 2016 3:00 PM |
| To: | Nalley, Michael |
| Subject: | FW: Cibola - NOC |
| Attachments: | Cibola NOC 2016-002.pdf |

We need a good response. Between you and me, I don't like having the contract expiration in September 2016 with BOP populations system-wide declining so much. I don't want them with any more excuses to not renew the contract. Do we have a good response?

Thanks.

Dave

**From:** Metcalf, Natasha
**Sent:** Tuesday, January 05, 2016 2:44 PM
**To:** Hininger, Damon <Damon.Hininger@cca.com>; Lappin, Harley <Harley.Lappin@cca.com>; White, Kim <Kim.White@cca.com>; Mayberry, Lucibeth <Lucibeth.Mayberry@cca.com>; Garfinkle, David <David.Garfinkle@cca.com>; Groom, Steve <Steve.Groom@cca.com>; Grande, Tony <Tony.Grande@cca.com>; Nalley, Michael <Michael.Nalley@cca.com>; Craddock, Scott <Scott.Craddock@cca.com>; Verhulst, Bart <Bart.Verhulst@cca.com>; Hall, Keith <Keith.Hall@cca.com>; Churchill, David <David.Churchill@cca.com>; Beasley, Jeb <Jeb.Beasley@cca.com>
**Cc:** Odubeko, Ashley <Ashley.Odubeko@cca.com>; MURRAY, Don <Don.Murray@cca.com>; Driskill, Terri <Terri.Driskill@cca.com>; Linville, Miriam <Miriam.Linville@cca.com>; Smith, Tameka <Tameka.Smith@cca.com>
**Subject:** Cibola - NOC

Attached is a NOC from the BOP for the Cibola facility regarding failure to meet staffing requirements in Correctional Services from October to December 2015. Thanks.

*Natasha K. Metcalf*
*Vice President, Partnership Development*
CCA - "America's Leader in Partnership Corrections"
10 Burton Hills Boulevard
Nashville, Tennessee 37215
EMail: natasha.metcalf@cca.com
Office: (615) 263-3290
Cell: (615) 804-5968
Fax: (615) 263-3100

1

CONFIDENTIAL                                                                                                    CORECIVIC_0199715



**U.S. Department of Justice**
**Federal Bureau of Prisons**
*Privatization Field Office*

Office of the SSIM

Cibola County Correctional Center
Milan, New Mexico 87021

January 4, 2016

Joe Pryor, Warden
Corrections Corporation of America
Cibola County Correctional Center
Milan, NM 87021

NOC # 2016-002
Contract # DJB1PC011

Dear Warden Pryor:

This is an official Notice of Concern (NOC) at the Cibola County Correctional Center. An evaluation of performance was conducted in accordance with the terms and conditions of Contract No. DJB1PC011. The concerns are tied to the following contract requirement(s):

* Human Resources, Vital Function #18.
* Modification #001, signed April 8, 2011.

The specific concerns have been identified as follows:

The staffing levels at the Cibola County Correctional Center were below the minimum staffing requirement of 90% in Correctional Services and 85% in Health Services for the months of October through December of 2015.

Please provide a written response with plans for corrective action and internal controls to prevent reoccurrence within fourteen (14) days of the date of this notice.


Sincerely,

Leonardo Otero,
Senior Secure Institution Manager

cc: Linda Thomas, Privatization Field Administrator
    Jerry Bishop, Contracting Officer
    CFM Mailbox

CONFIDENTIAL

CORECIVIC_0199716