# EXHIBIT EE

| From: | Nalley, Michael |
|---|---|
| Sent: | Thursday, June 16, 2016 9:51 AM |
| To: | Beasley, Jeb |
| Subject: | RE: Cibola Medical Review |

Please share with Tony on the QT!!!! Please…………

**From:** Beasley, Jeb
**Sent:** Thursday, June 16, 2016 9:44 AM
**To:** Nalley, Michael <Michael.Nalley@cca.com>; Verhulst, Bart <Bart.Verhulst@cca.com>
**Subject:** RE: Cibola Medical Review

We're dead

Jeb Beasley
CCA
Managing Director, Federal and Local
Partnership Relations
10 Burton Hills Blvd.
Nashville, TN 37215
ph (615) 263-6615
cell (615) 478-2260
FAX (615) 263-3090

**From:** Nalley, Michael
**Sent:** Thursday, June 16, 2016 6:56 AM
**To:** Verhulst, Bart <Bart.Verhulst@cca.com>; Beasley, Jeb <Jeb.Beasley@cca.com>
**Subject:** FW: Cibola Medical Review

Silence is NOT GOLDEN!!!

**From:** Baxter, John
**Sent:** Wednesday, June 15, 2016 5:02 PM
**To:** Wengler, Valerie <Valerie.Wengler@cca.com>; Baxley Jr, Stephen <Stephen.BaxleyJr@cca.com>; Hall, Keith <Keith.Hall@cca.com>; Nalley, Michael <Michael.Nalley@cca.com>; Lappin, Harley <Harley.Lappin@cca.com>; Ivens, Keith <Keith.Ivens@cca.com>
**Subject:** RE: Cibola Medical Review

Today's Update:

- The morning began with a request for credentialing information. We were given the spreadsheet listing items they were looking for, and compiled the available information (a few gaps noted) by mid-day.
- Today they are reviewing:
    - credentialing,
    - training,
    - chronic care records, and
    - have conducted a full review of the dental area and procedures.

1

CONFIDENTIAL                                                                                                                         CORECIVIC_0058341

We continue to receive very little feedback on the results of their review thus far, or the status of their review on the material we are providing.  Hopefully tomorrow's closeout will provide substantive information.

John

2

CONFIDENTIAL                                                                                                                   CORECIVIC_0058342