# EXHIBIT FF

| From: | Beasley, Jeb |
|---|---|
| Sent: | Friday, July 29, 2016 4:42 PM |
| To: | Hininger, Damon; Lappin, Harley; Nalley, Michael; Grande, Tony |
| Subject: | Fwd: BOP cancelling private beds |

FYI.

Jeb Beasley
Managing Director
CCA


Sent from my iPhone

Begin forwarded message:

> **From:** Mike Murphy <Mike.Murphy@mtctrains.com>
> **Date:** July 29, 2016 at 5:38:19 PM EDT
> **To:** "Wiley, Jeremy" <Jeremy.Wiley@cca.com>, "Beasley, Jeb" <Jeb.Beasley@cca.com>, Rob Hobart <rhobart@hhqventures.com>
> **Subject: RE: BOP cancelling private beds**
>
> *** This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. ***
>
> I spoke to Venturella. False alarm on D Ray James and Taft so far. Weird how we all had the same intel but different results.
>
> Cornerstone is keeping Culberson in the loop.
>
> **From:** Wiley, Jeremy [mailto:Jeremy.Wiley@cca.com]
> **Sent:** Friday, July 29, 2016 7:24 AM
> **To:** Mike Murphy <Mike.Murphy@mtctrains.com>
> **Cc:** Beasley, Jeb <Jeb.Beasley@cca.com>
> **Subject:** RE: BOP cancelling private beds
>
> Mike—can you call Jeb Beasley on his cell at 615-478-2260 when you have a minute?
>
> **From:** Mike Murphy [mailto:Mike.Murphy@mtctrains.com]
> **Sent:** Thursday, July 28, 2016 9:27 PM
> **To:** Wiley, Jeremy <Jeremy.Wiley@cca.com>; dventurella@geogroup.com
> **Subject:** Fwd: BOP cancelling private beds
>
> *** This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. ***

CONFIDENTIAL                                                                  CORECIVIC_0990983

FYI

Sent from my iPhone

Begin forwarded message:

> **From:** Tony Essalih <tony@cgagroup.com>
> **Date:** July 28, 2016 at 6:54:21 PM MDT
> **To:** Mike Murphy <Mike.Murphy@mtctrains.com>, Michelle Mrdeza <mmrdeza@cgagroup.com>
> **Cc:** Joe Barton <JBarton@cgagroup.com>
> **Subject: RE: BOP cancelling private beds**
>
> Culberson and Catherine have been alerted and I shared our profound disappointment/disgust with BOP's actions…will advise on their response.
>
> **From:** Mike Murphy [mailto:Mike.Murphy@mtctrains.com]
> **Sent:** Thursday, July 28, 2016 7:48 PM
> **To:** Michelle Mrdeza <mmrdeza@cgagroup.com>
> **Cc:** Joe Barton <JBarton@cgagroup.com>; Tony Essalih <tony@cgagroup.com>
> **Subject:** RE: BOP cancelling private beds
>
> Perfect…
>
> **From:** Michelle Mrdeza [mailto:mmrdeza@cgagroup.com]
> **Sent:** Thursday, July 28, 2016 6:28 PM
> **To:** Mike Murphy <Mike.Murphy@mtctrains.com>
> **Cc:** Joe Barton <jbarton@cgagroup.com>; Tony Essalih <tony@cgagroup.com>
> **Subject:** FW: BOP cancelling private beds
> **Importance:** High
>
> Mike—
> This is what we sent to Jeff Ashford. Tony will take this and make sure Chairman Culberson is in the loop.
>
> If there's anything in here that needs correcting, please let us know….I followed my notes but could have missed something.
>
> Thanks,
> Michelle
>
> **From:** Michelle Mrdeza
> **Sent:** Thursday, July 28, 2016 8:07 PM
> **To:** 'Ashford, Jeff'
> **Cc:** Rob Hobart; 'jbarton@cgagroup.com'
> **Subject:** BOP cancelling private beds
> **Importance:** High
>
> Jeff—

2

Case 3:16-cv-02267    Document 149-32    Filed 02/01/19    Page 3 of 5 PageID #: 3968

CONFIDENTIAL                                                                                           CORECIVIC_0990984

Sorry to be e-mailing you with a "HIGH IMPORTANCE" issue at the start of recess but we just received news that BOP is making a round of phone calls to private prison companies (CCA and GEO so far) giving them notice that they are cancelling contracts effective October 2016. As of an hour ago, BOP has informed CCA that Cibola, NM (1200 beds) will be cancelled and GEO that D Ray James in Folkston, GA (2,850 beds) will be cancelled. MTC is expecting a call that TAFT will be cancelled (2,500 beds).

A couple of things:

1. The move to cancel these contracts is completely inconsistent with the conversation Acting Director Kane had with Chairman Culberson just 2 weeks ago. While nothing was put in stone, we believe the intent was clear: absent a realignment plan that is presented to –and approved by– Congress, a realignment of this magnitude would not move forward.
2. The cancellation of these beds will further exacerbate the current overcrowding in BOP facilities. BOP is cancelling between 4,050 and 6,550 beds…that's a lot of beds…
3. We are told that this cancellation is based on the fact that BOP may need to RIF employees—this is a way to ensure those employees are not RIFed.
4. We are unclear if this is a decision being made by BOP or if this is a mandate coming down from the DOJ. Either way, it is inconsistent with the conversation Acting Director Kane had with Chairman Culberson.
5. The beds being cancelled by BOP are not CAR beds. Nonetheless, they establish credibility to our concerns that BOP is moving forward with a larger plan to cancel all contract confinement beds…and this is merely the first step.

When we met with you last, we promised to keep you informed of major developments –and this is a major development. At minimum, we are curious if BOP has briefed the Committee on their plans?

We are in the process of gathering additional information/facts. As these become available, we will pass them along. In the interim, we may also reach out directly to Chairman Culberson's office…we want to be sure that you and the Chairman are in the loop on these breaking developments.

I look forward to your thoughts and, as always, appreciate your time. Rob and Joe—please correct me if I got anything wrong here…or if there are updates…it is all rapidly breaking news.

Thank you!

Michelle

CONFIDENTIAL                                                                                        CORECIVIC_0990985

**Michelle Mrdeza | Cornerstone Government Affairs**
Annapolis | Atlanta | Baton Rouge | Chicago | Des Moines | Houston | Jackson | Richmond | Washington

(703) 772-9803 mobile | (202) 448-9519 direct

300 Independence Avenue, SE
Washington, DC 20003
(202) 448-9500 phone
(202) 448-9501 fax

on the web @ www.cgagroup.com

See how CCA is making a difference

(i) This e-mail and any files transmitted with it are confidential and intended solely for the use of the intended recipient(s). If you have received this e-mail in error, please notify the sender immediately and delete this e-mail and any associated files from your system. (ii) Views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of Corrections Corporation of America. (iii) The recipient should check this e-mail and any attachments for the presence of viruses. The company accepts no liability for errors or omissions caused by e-mail transmission or any damage caused by any virus transmitted by or with this e-mail. This email has been scanned for content and viruses by the McAfee Email Security System.

CONFIDENTIAL                                                                CORECIVIC_0990986