# EXHIBIT HH

| From: | Beasley, Jeb |
|---|---|
| Sent: | Monday, August 1, 2016 4:47 PM |
| To: | Wendy |
| Cc: | Dad; Melissa; Matt Beasley |
| Subject: | Re: Cibola County Correctional Center |

I said this morning, the old quote, "Those who don't know (or in this case learn from it) history are bound to repeat it." Meanwhile, GEO announced last week that they are distributing their largest ever dividend (65 cents) this quarter and we are potentially lowering ours. The board cannot accept Damon's spin of "outside factors." Someone this morning said we are ripe for an activist investor to issue some demands of our Board.

Jeb Beasley
Managing Director
CCA


Sent from my iPhone

On Aug 1, 2016, at 4:41 PM, Wendy <wabeasley@aol.com> wrote:

> **\*\*\* This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. \*\*\***
>
> Unbelievable. What in the world is he thinking? How can you fix something if you won't recognize that it is not right. Can he be briefing Emkes with all the information??
>
> Sent from my iPad
>
> On Aug 1, 2016, at 4:04 PM, Beasley, Jeb <Jeb.Beasley@cca.com> wrote:
>
>> No mention of medical during Damon's briefing of the Officers this morning.
>>
>> Jeb Beasley
>> Managing Director
>> CCA
>>
>>
>> Sent from my iPhone
>>
>> Begin forwarded message:
>>
>>> **From:** "Hininger, Damon" <Damon.Hininger@cca.com>
>>> **Date:** August 1, 2016 at 4:02:21 PM CDT
>>> **To:** CCA Everyone <CCAEveryone@cca.com>
>>> **Subject: Cibola County Correctional Center**
>>>
>>> To the CCA Team:

1

Case 3:16-cv-02267    Document 149-34    Filed 02/01/19    Page 2 of 3 PageID #: 3979
CONFIDENTIAL                                                                    CORECIVIC_0090867

It is with deep disappointment that I inform you of the Federal Bureau of Prisons' decision not to exercise its option to renew the management contract with our Cibola County Correctional Center. The current contract is set to expire at the end of September.

For nearly 18 years, Cibola has fulfilled our government partner's mission and been a strong corporate citizen in the Grants and surrounding community. Our dedicated employees at Cibola have much to be proud of, and the rest of the CCA family shares in that pride.

To each Cibola employee – you are not alone. The CCA family supports you, and we are committed to doing everything we can to assist you during this difficult transition. To that end, representatives from FSC Human Resources and Operations are on-site at the facility. Part of that assistance includes sharing opportunities for continued employment with CCA – both in New Mexico and around the country.

As we work closely with BOP officials to ensure a safe and seamless transition of the inmate population, our focus will also turn to actively marketing Cibola as a solution for other government partners.

Thank you,
Damon

[See how CCA is making a difference](#)

(i) This e-mail and any files transmitted with it are confidential and intended solely for the use of the intended recipient(s). If you have received this e-mail in error, please notify the sender immediately and delete this e-mail and any associated files from your system. (ii) Views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of Corrections Corporation of America. (iii) The recipient should check this e-mail and any attachments for the presence of viruses. The company accepts no liability for errors or omissions caused by e-mail transmission or any damage caused by any virus transmitted by or with this e-mail. This email has been scanned for content and viruses by the McAfee Email Security System.