# EXHIBIT E

August 19, 2016

*Equity Research*

## DOJ Creates Uncertainty Around Private Corrections

Lowering FFO/Share Estimates And Valuation Ranges

Sector Rating: Prison REITs, Market Weight

| | Rating | | Price | FY FFO 2016 | | 2017 | | Valuation Range | |
|---|---|---|---|---|---|---|---|---|---|
| Ticker | Curr. | Prior | 08/18/16 | Curr. | Prior | Curr. | Prior | Curr | Prior |
| **Prison REITs** | | | | | | | | | |
| CXW | 2 | NC | $17.57 | $2.67 | NC | $2.39 | $2.48 | $17-22 | $26-28 |
| GEO | 2 | NC | 19.51 | 2.88 | NC | 2.95 | 3.00 | $19-25 | $33-35 |

Source: Company data and Wells Fargo Securities, LLC estimates     1= Outperform, 2 = Market Perform, 3 = Underperform, V = Volatile
↘ = Company is on the Priority Stock List     NA = Not Available, NC = No Change, NE = No Estimate, NM = Not Meaningful

- **Summary.** We expect shares of both CXW and GEO to remain weak until more clarity around specific outcomes and timing around contract losses surface. In our view, the recent Department of Justice (DOJ) announcement pertains only to Bureau of Prisons (BOP) contracts, more specifically those up for renewal/rebid as part of Criminal Alien Requirement (CAR) XVI, and does not pertain to US Marshals or Immigration & Customs Enforcement (ICE). We believe angst around a larger government pullback from private prison business will likely persist, particularly in light of news that ICE is reworking its contract with CXW at its South Texas Family Residential Center well ahead of scheduled expiration. Our updated estimates assume contract losses related only to CAR XVI, but recognize there could be further downside if the remaining BOP contracts are lost. We are lowering our 2017E FFO/sh from $2.48 to $2.39 for CXW and from $3.00 to $2.95 for GEO (assumes Big Spring contract remains). In the current environment we expect the shares to trade at 7-9x 2017E FFO/sh. Accordingly we are reducing our valuation range for CXW from $26-28 to $17-22 and for GEO from $33-35 to $19-25. Despite the depressed prices, we reiterate our Market Perform due to the outsized risk facing core operations and valuation.

- **Background.** In a recent memo, the DOJ noted that population reductions over the past several years and poor operating conditions versus Bureau operated facilities have led it to "begin the process of reducing – and ultimately – ending the use of privately operated prisons." Noting the non-renewal of a 1,200 bed contract (CXW's Cibola facility), the DOJ plans to amend its upcoming contract (CAR XVI) from a maximum of 10,800 beds down to a maximum of 3,600 beds.

- **Corrections Corporation.** Excluding Cibola, CXW currently has 3 BOP facilities (design capacity of 5,632 beds) – all of which have contracts expiring by the end of 2017. At 7% of revenue, these facilities would account for about 10% of EBITDA, assuming normal company margins. The company has one facility – Eden Detention Center (1,422 beds) – that is part of CAR XVI. Other risks include a contract rework at its South Texas Family Residential Center, continued CA inmate losses and a rebid of its Houston Processing Center contract.

- **GEO Group.** GEO currently contracts with the BOP for 7 facilities (design capacity of 15,333 beds), of which three are part of CAR XVI (Big Springs and two Reeves facilities). Five of the facilities have contracts up through 2017 and two have longer-dated expirations in 2020/2021. BOP contracts at GEO currently account for 14% of revenue; we are assuming the Reeves contracts are lost.

**Robert LaQuaglia, CFA, CMT, Associate Analyst**
(617) 603-4263
robert.laquaglia@wellsfargo.com

**Jeffrey J. Donnelly, CFA, Senior Analyst**
(617) 603-4262
jeff.donnelly@wellsfargo.com

Together we'll go far



**Please see page 5 for rating definitions, important disclosures and required analyst certifications**
**All estimates/forecasts are as of 08/19/16 unless otherwise stated.**

Wells Fargo Securities, LLC does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of the report and investors should consider this report as only a single factor in making their investment decision.

## Corrections Corp of America, Inc. (CXW) - Income Statement

($000s, except per share values)
*model as of Q2 2016*

| Quarter | Actual 03/31/15 | Actual 06/30/15 | Actual 09/30/15 | Actual 12/31/15 | Actual 03/31/16 | Actual 06/30/16 | Estimate 09/30/16 | Estimate 12/31/16 | Estimate 03/31/17 | Estimate 06/30/17 | Estimate 09/30/17 | Estimate 12/31/17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | |
| Owned & Controlled Properties | $372,122 | $404,245 | $404,200 | $396,371 | $396,878 | $411,451 | $423,543 | $421,832 | $386,212 | $383,580 | $391,054 | $389,559 |
| Managed Only & Other | 53,878 | 55,050 | 55,757 | 51,464 | 50,507 | 51,880 | 52,525 | 52,490 | 51,488 | 52,292 | 52,991 | 53,012 |
| **Total Revenue** | 426,000 | 459,295 | 459,957 | 447,835 | 447,385 | 463,331 | 476,067 | 474,322 | 437,699 | 435,871 | 444,045 | 442,571 |
| **Expenses** | | | | | | | | | | | | |
| Operating | | | | | | | | | | | | |
| Owned & Controlled Properties | 248,706 | 265,296 | 272,330 | 264,250 | 264,986 | 268,569 | 278,479 | 277,355 | 260,693 | 256,039 | 261,028 | 260,031 |
| Managed Only & Other | 51,956 | 52,739 | 54,170 | 46,681 | 48,932 | 47,877 | 48,480 | 48,422 | 47,497 | 48,239 | 48,884 | 48,903 |
| **Total Operating Expenses** | 300,662 | 318,035 | 326,500 | 310,931 | 313,918 | 316,446 | 326,960 | 325,777 | 308,190 | 304,278 | 309,913 | 308,934 |
| **NOI** | 125,338 | 141,260 | 133,457 | 136,904 | 133,467 | 146,885 | 149,108 | 148,545 | 129,509 | 131,593 | 134,132 | 133,637 |
| General & Administrative | 26,872 | 23,107 | 26,791 | 27,166 | 26,480 | 27,364 | 28,564 | 27,748 | 24,511 | 25,388 | 26,936 | 26,195 |
| *EBITDA* | 97,537 | 118,117 | 107,029 | 109,443 | 107,070 | 119,389 | 120,494 | 120,748 | 104,948 | 106,155 | 107,146 | 107,392 |
| *Adj EBITDA* | 98,492 | 107,417 | 94,782 | 97,510 | 94,713 | 106,406 | 107,244 | 107,498 | 98,198 | 99,405 | 100,396 | 100,642 |
| Depreciation & Amortization | 28,685 | 38,400 | 41,230 | 43,199 | 42,059 | 42,345 | 43,434 | 43,633 | 38,854 | 38,993 | 39,131 | 39,270 |
| Asset Impairments | 955 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Operating Income** | 68,826 | 79,753 | 65,436 | 66,539 | 64,928 | 77,176 | 77,110 | 77,164 | 66,144 | 67,212 | 68,065 | 68,172 |
| **Other (Income)/Expense** | | | | | | | | | | | | |
| Interest Expense, Total | 10,190 | 11,761 | 11,764 | 15,981 | 17,544 | 16,796 | 17,210 | 17,249 | 15,805 | 15,878 | 15,966 | 16,030 |
| Related to Debt Refinancing | 0 | 0 | 701 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other (Income)/Expense | (26) | 36 | (363) | 295 | (83) | 132 | 50 | 50 | 50 | 50 | 50 | 50 |
| **Income from Continuing Ops Bef Tax** | 58,662 | 67,956 | 53,334 | 50,263 | 47,467 | 60,248 | 59,850 | 59,866 | 50,289 | 51,284 | 52,048 | 52,091 |
| Income Tax (Expense)/Benefit | (1,385) | (2,653) | (2,658) | (1,665) | (1,160) | (2,665) | (2,992) | (2,993) | (2,514) | (2,564) | (2,602) | (2,605) |
| **Income from Continuing Operations** | 57,277 | 65,303 | 50,676 | 48,598 | 46,307 | 57,583 | 56,857 | 56,872 | 47,775 | 48,719 | 49,446 | 49,487 |
| Loss from Discontinued Ops, Net | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Net Income** | 57,277 | 65,303 | 50,676 | 48,598 | 46,307 | 57,583 | 56,857 | 56,872 | 47,775 | 48,719 | 49,446 | 49,487 |
| Earnings per Share - Basic | 0.49 | 0.56 | 0.43 | 0.41 | 0.39 | 0.49 | 0.48 | 0.48 | 0.41 | 0.41 | 0.42 | 0.42 |
| Annual | | | | 1.90 | | | | 1.85 | | | | 1.66 |
| **Earnings per Share - Diluted** | 0.49 | 0.55 | 0.43 | 0.41 | 0.39 | 0.49 | 0.48 | 0.48 | 0.40 | 0.41 | 0.42 | 0.42 |
| Annual | | | | 1.88 | | | | 1.84 | | | | 1.66 |
| **Funds From Operations** | | | | | | | | | | | | |
| Net Income | 57,277 | 65,303 | 50,676 | 48,598 | 46,307 | 57,583 | 56,857 | 56,872 | 47,775 | 48,719 | 49,446 | 49,487 |
| Depreciation From Real Estate Assets | 21,272 | 22,175 | 22,577 | 24,195 | 23,337 | 23,388 | 23,997 | 24,107 | 21,467 | 21,543 | 21,620 | 21,697 |
| Depreciation From Real Estate Assets - Disc Ops | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Funds From Operations (FFO) | 78,549 | 87,478 | 73,253 | 72,793 | 69,644 | 80,971 | 80,855 | 80,980 | 69,242 | 70,263 | 71,066 | 71,183 |
| **Funds From Operations Per Share** | | | | | | | | | | | | |
| Basic | 0.67 | 0.75 | 0.63 | 0.62 | 0.59 | 0.69 | 0.69 | 0.69 | 0.59 | 0.60 | 0.61 | 0.61 |
| **Diluted** | 0.67 | 0.74 | 0.62 | 0.62 | 0.59 | 0.69 | 0.69 | 0.69 | 0.59 | 0.60 | 0.60 | 0.60 |
| Annual | | | | 2.65 | | | | 2.65 | | | | 2.39 |
| **Normalized Funds From Operations Per Share** | | | | | | | | | | | | |
| Basic | 0.68 | 0.75 | 0.65 | 0.64 | 0.60 | 0.69 | 0.69 | 0.69 | 0.59 | 0.60 | 0.61 | 0.61 |
| **Diluted** | 0.68 | 0.74 | 0.64 | 0.63 | 0.60 | 0.69 | 0.69 | 0.69 | 0.59 | 0.60 | 0.60 | 0.60 |
| Annual | | | | 2.69 | | | | 2.67 | | | | 2.39 |
| Maintenance CapEx | (4,238) | (6,176) | (5,433) | (10,762) | (3,351) | (8,499) | (7,506) | (7,568) | (3,927) | (7,343) | (6,453) | (9,071) |
| Stock Based Comp | 3,798 | 3,910 | 3,808 | 3,878 | 3,781 | 4,092 | 4,999 | 6,105 | 3,498 | 3,623 | 3,844 | 3,738 |
| Amortization of Debt Costs & Non-Cash Int | 776 | 776 | 634 | 787 | 792 | 785 | 785 | 785 | 785 | 785 | 785 | 785 |
| Other Non-Cash Revenue & Expenses | (16) | (16) | (16) | (16) | (16) | (1,228) | (2,766) | (2,766) | (2,766) | (2,766) | (875) | (875) |
| Adjusted Funds From Operations | 79,824 | 85,972 | 74,597 | 68,647 | 71,993 | 76,438 | 76,616 | 77,785 | 66,831 | 64,562 | 68,366 | 65,761 |
| **Adjusted Funds From Operations** | | | | | | | | | | | | |
| Basic | 0.68 | 0.74 | 0.64 | 0.59 | 0.61 | 0.65 | 0.65 | 0.66 | 0.57 | 0.55 | 0.58 | 0.56 |
| **Diluted** | 0.68 | 0.73 | 0.63 | 0.58 | 0.61 | 0.65 | 0.65 | 0.66 | 0.57 | 0.55 | 0.58 | 0.56 |
| Annual | | | | 2.62 | | | | 2.57 | | | | 2.25 |

Sources: Company documents; Wells Fargo Securities, LLC estimates

## The GEO Group, Inc. (GEO) - Income Statement

($000s, except per share values)
*model as of Q2 2016*

| Quarter | Actual 03/31/15 | Actual 06/30/15 | Actual 09/30/15 | Actual 12/31/15 | Actual 03/31/16 | Actual 06/30/16 | Estimate 09/30/16 | Estimate 12/31/16 | Estimate 03/31/17 | Estimate 06/30/17 | Estimate 09/30/17 | Estimate 12/31/17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | | | |
| Owned and Leased: Corrections & Detention | 210,183 | 229,107 | 246,423 | 254,772 | 251,934 | 259,163 | 262,656 | 261,143 | 256,530 | 261,755 | 264,564 | 263,033 |
| Owned and Leased: Community-Based | 17,263 | 18,608 | 19,394 | 18,950 | 18,343 | 18,199 | 18,733 | 18,556 | 18,207 | 18,687 | 18,949 | 19,006 |
| Owned and Leased: Youth Services | 20,984 | 22,029 | 21,435 | 21,618 | 20,777 | 21,403 | 21,991 | 21,735 | 21,316 | 22,069 | 22,211 | 21,953 |
| **Total Owned and Leased** | 248,430 | 269,744 | 287,252 | 295,340 | 291,054 | 298,765 | 303,379 | 301,434 | 296,053 | 302,511 | 305,724 | 303,992 |
| Managed Only | 117,583 | 115,447 | 113,672 | 114,619 | 123,990 | 120,908 | 122,291 | 121,346 | 103,687 | 106,185 | 107,620 | 106,788 |
| Facility Construction & Design | 21,750 | 20,415 | 24,792 | 40,090 | 40,846 | 71,751 | 84,000 | 71,000 | 25,000 | 15,000 | 7,500 | 2,500 |
| Non-Residential Services & Other | 39,606 | 40,339 | 44,150 | 50,078 | 54,295 | 56,926 | 55,799 | 55,874 | 55,847 | 55,876 | 55,909 | 55,927 |
| **Total Managed Only & Other** | 178,939 | 176,201 | 182,614 | 204,787 | 219,131 | 249,585 | 262,090 | 248,220 | 184,534 | 177,061 | 171,029 | 165,215 |
| **Total Revenues** | **427,369** | **445,945** | **469,866** | **500,127** | **510,185** | **548,350** | **565,469** | **549,654** | **480,587** | **479,572** | **476,753** | **469,208** |
| Annual | | | | 1,843,307 | | | | 2,173,658 | | | | 1,906,120 |
| **Operating Expenses** | | | | | | | | | | | | |
| Owned and Leased: Corrections & Detention | 140,871 | 155,766 | 162,750 | 165,755 | 168,643 | 174,663 | 175,323 | 173,790 | 171,720 | 176,410 | 176,596 | 175,049 |
| Owned and Leased: Community-Based | 9,651 | 9,792 | 10,290 | 10,159 | 10,787 | 10,263 | 9,939 | 9,948 | 10,378 | 10,538 | 10,054 | 10,189 |
| Owned and Leased: Youth Services | 19,161 | 18,831 | 18,654 | 18,462 | 19,029 | 18,385 | 19,132 | 18,909 | 18,545 | 19,200 | 19,324 | 19,099 |
| **Total Owned and Leased** | 169,683 | 184,389 | 191,694 | 194,376 | 198,459 | 203,311 | 204,394 | 202,648 | 200,642 | 206,148 | 205,974 | 204,337 |
| Managed Only | 98,204 | 98,247 | 95,712 | 94,194 | 105,812 | 105,494 | 106,393 | 105,571 | 90,208 | 92,381 | 93,630 | 92,906 |
| Facility Construction & Design | 21,148 | 20,065 | 24,321 | 41,160 | 40,269 | 70,998 | 83,500 | 70,500 | 24,500 | 14,500 | 7,000 | 2,000 |
| Non-Residential Services & Other | 22,308 | 24,719 | 27,946 | 27,850 | 29,346 | 30,470 | 30,689 | 30,731 | 30,716 | 30,732 | 30,750 | 30,760 |
| **Total Managed Only & Other** | 141,660 | 143,031 | 147,979 | 163,204 | 175,427 | 206,962 | 220,583 | 206,802 | 145,424 | 137,613 | 131,380 | 125,666 |
| Operating Lease Expense | 6,566 | 6,510 | 6,293 | 8,397 | 12,681 | 6,564 | 6,564 | 6,564 | 6,564 | 6,564 | 6,564 | 6,564 |
| Start-Up Expense/Other | 0 | 0 | 0 | 0 | 1,939 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Operating Expenses** | **317,909** | **333,930** | **345,966** | **365,977** | **388,506** | **416,837** | **431,540** | **416,013** | **352,630** | **350,325** | **343,918** | **336,567** |
| | | | | 1,363,782 | | | | 1,652,897 | | | | 1,383,439 |
| **NOI** | | | | | | | | | | | | |
| Owned and Leased: Corrections & Detention | 69,312 | 73,341 | 83,673 | 89,017 | 83,291 | 84,500 | 87,333 | 87,352 | 84,810 | 85,345 | 87,967 | 87,985 |
| Owned and Leased: Community - Based | 7,612 | 8,816 | 9,104 | 8,791 | 7,556 | 7,936 | 8,794 | 8,608 | 7,829 | 8,149 | 8,895 | 8,817 |
| Owned and Leased: Youth Services | 1,823 | 3,198 | 2,781 | 3,156 | 1,748 | 3,018 | 2,859 | 2,826 | 2,771 | 2,869 | 2,887 | 2,854 |
| **Total Owned and Leased** | 78,747 | 85,355 | 95,558 | 100,964 | 92,595 | 95,454 | 98,986 | 98,786 | 95,411 | 96,363 | 99,750 | 99,656 |
| Managed Only | 19,379 | 17,200 | 17,960 | 20,425 | 18,178 | 15,414 | 15,898 | 15,775 | 13,479 | 13,804 | 13,991 | 13,882 |
| Facility Construction & Design | 602 | 350 | 471 | (1,070) | 577 | 753 | 500 | 500 | 500 | 500 | 500 | 500 |
| Non-Residential Services & Other | 17,298 | 15,620 | 16,204 | 22,228 | 24,949 | 26,456 | 25,110 | 25,143 | 25,131 | 25,144 | 25,159 | 25,167 |
| **Total Managed Only & Other** | 37,279 | 33,170 | 34,635 | 41,583 | 43,704 | 41,870 | 41,007 | 40,918 | 38,610 | 38,948 | 39,150 | 39,050 |
| Operating Lease NOI | (6,566) | (6,510) | (6,293) | (8,397) | (12,681) | (6,564) | (6,564) | (6,564) | (6,564) | (6,564) | (6,564) | (6,564) |
| Start-Up Expense/Other | 0 | 0 | 0 | 0 | (1,939) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total NOI** | **109,460** | **112,015** | **123,900** | **134,150** | **121,679** | **131,513** | **133,929** | **133,640** | **127,957** | **129,247** | **132,836** | **132,641** |
| | | | | 479,525 | | | | 520,761 | | | | 522,681 |
| Depreciation & Amort | 24,940 | 26,560 | 27,127 | 28,129 | 28,451 | 28,652 | 28,780 | 28,855 | 28,968 | 29,080 | 29,193 | 30,625 |
| General & Administrative | 31,848 | 32,174 | 33,742 | 39,276 | 34,061 | 36,904 | 36,756 | 35,727 | 34,843 | 34,769 | 34,565 | 34,018 |
| Operating Income | 52,672 | 53,281 | 63,031 | 66,745 | 59,167 | 65,957 | 68,393 | 69,058 | 64,147 | 65,398 | 69,079 | 67,998 |
| Interest & Other Income | 2,073 | 2,868 | 2,992 | 3,645 | 4,557 | 5,902 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| Total Interest | 24,646 | 26,651 | 27,314 | 27,525 | 29,366 | 46,955 | 28,916 | 28,793 | 28,701 | 28,636 | 28,560 | 29,138 |
| Income Before Tax & Eq in Earnings of Affil | 30,099 | 29,498 | 38,709 | 42,865 | 34,358 | 24,904 | 44,477 | 45,265 | 40,446 | 41,762 | 45,519 | 43,860 |
| Discontinued Ops | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Provision for Income Tax | 2,828 | 2,369 | 1,758 | 434 | 3,151 | 3,879 | 6,338 | 6,450 | 5,056 | 5,220 | 5,690 | 5,483 |
| Equity in Earnings of Affiliates | 1,485 | 1,124 | 1,340 | 1,584 | 1,119 | 2,131 | 1,601 | 1,630 | 1,456 | 1,503 | 1,639 | 1,579 |
| Net Income | 28,756 | 28,253 | 38,291 | 44,015 | 32,326 | 23,156 | 39,741 | 40,444 | 36,846 | 38,045 | 41,468 | 39,957 |
| Net Income Attributable to Non Controlling Int | 21 | 38 | 21 | 43 | 24 | 53 | 91 | 93 | 84 | 87 | 95 | 91 |
| **Net Income Attributable to The Geo Group, Inc.** | **28,777** | **28,291** | **38,312** | **44,058** | **32,350** | **23,209** | **39,831** | **40,537** | **36,930** | **38,132** | **41,562** | **40,048** |
| Basic | 0.39 | 0.38 | 0.52 | 0.60 | 0.44 | 0.31 | 0.54 | 0.55 | 0.50 | 0.51 | 0.56 | 0.54 |
| Diluted | 0.39 | 0.38 | 0.52 | 0.59 | 0.44 | 0.31 | 0.54 | 0.55 | 0.50 | 0.51 | 0.56 | 0.54 |
| Annual | | | | 1.89 | | | | 1.83 | | | | 2.11 |
| **FFO** | | | | | | | | | | | | |
| Net Income | 28,777 | 28,291 | 38,312 | 44,058 | 32,350 | 23,209 | 39,831 | 40,537 | 36,930 | 38,132 | 41,562 | 40,048 |
| Real Estate Depreciation | 13,885 | 14,492 | 14,449 | 14,933 | 15,142 | 15,221 | 15,289 | 15,329 | 15,389 | 15,448 | 15,508 | 16,269 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **FFO, NAREIT defined** | **42,662** | **42,783** | **52,761** | **58,991** | **47,492** | **38,430** | **55,121** | **55,866** | **52,319** | **53,580** | **57,071** | **56,317** |
| **Diluted** | **0.58** | **0.58** | **0.71** | **0.80** | **0.64** | **0.52** | **0.74** | **0.75** | **0.70** | **0.72** | **0.77** | **0.76** |
| Annual | | | | 2.67 | | | | 2.65 | | | | 2.95 |
| REIT Conversion Related Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 1,559 | 3,585 | 1,919 | 0 | 1,190 | 15,866 | 0 | 0 | 0 | 0 | 0 | 0 |
| **FFO, normalized** | **44,221** | **46,368** | **54,680** | **58,991** | **48,682** | **54,296** | **55,121** | **55,866** | **52,319** | **53,580** | **57,071** | **56,317** |
| **Diluted** | **0.60** | **0.63** | **0.74** | **0.80** | **0.66** | **0.73** | **0.74** | **0.75** | **0.70** | **0.72** | **0.77** | **0.76** |
| Annual | | | | 2.76 | | | | 2.88 | | | | 2.95 |
| Non-Real Estate Related Dep & Amort | 11,055 | 12,068 | 12,678 | 13,196 | 13,309 | 13,431 | 13,491 | 13,526 | 13,579 | 13,632 | 13,684 | 14,356 |
| Consolidated Maintenance Capex | (6,661) | (5,425) | (5,843) | (5,622) | (5,240) | (5,954) | (6,021) | (6,021) | (5,871) | (5,720) | (5,720) | (5,720) |
| Stock Based Compensation Expenses | 2,621 | 2,956 | 3,025 | 3,107 | 3,241 | 3,248 | 3,124 | 3,037 | 2,962 | 2,955 | 2,938 | 2,891 |
| Amortization of Debt Costs & Other | 1,506 | 1,521 | 1,770 | 1,977 | 2,366 | 2,661 | 3,470 | 3,455 | 3,444 | 3,436 | 3,427 | 3,497 |
| Non-Cash Mark-to-Market Adj - Derivatives | 189 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **AFFO** | **52,931** | **57,488** | **66,310** | **71,650** | **62,358** | **67,682** | **69,185** | **69,863** | **66,433** | **67,884** | **71,400** | **71,341** |
| **Diluted** | **0.72** | **0.78** | **0.90** | **0.97** | **0.84** | **0.91** | **0.93** | **0.94** | **0.89** | **0.91** | **0.96** | **0.96** |
| Annual | | | | 3.36 | | | | 3.62 | | | | 3.73 |

Sources: Company documents; Wells Fargo Securities, LLC estimates

**Rating Basis Information:**

**CXW Thesis:** Corrections Corp. should continue to generate consistent FFO, AFFO and cash flow growth over the next several years, with its above-average dividend attractive to income investors. That said, weaker revenue growth (vs other REIT sectors), risk surrounding potential outcomes at its South TX Family Residential Center, a limited acquisitions market, fair valuations and negative sentiment from a social responsibility investment perspective keep us from our highest rating at this time.

**GEO Thesis:** The GEO Group should continue to generate consistent FFO, AFFO and cash flow growth over the foreseeable future and could remain attractive for an income-oriented investor. However, tepid rental rate increases, a limited acquisition market, a fair current valuation and a negative sentiment from a social responsibility investment perspective leave us less bullish on the name.

**Valuation Range Information:**

**CXW Basis and Risks:** Our valuation range is based on 7.0-9.0x 2017E FFO/sh. Risks to our thesis include a large, unexpected decline in U.S. prison populations, unforeseen contract terminations, weaker than expected per diem increases and any increased social backlash related to the idea of profiting from imprisonment.

**GEO Basis and Risks:** Our valuation range is based on 7.0-9.0x 2017E FFO/sh. Risks to our thesis include a larger-than-expected decline in U.S. prison populations, unexpected contract terminations - particularly with the company's larger federal tenants, weaker than expected internal growth rates and any social backlash related to profiting from imprisonment.

## Required Disclosures





**Additional Information Available Upon Request**

I certify that:
1) All views expressed in this research report accurately reflect my personal views about any and all of the subject securities or issuers discussed; and
2) No part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by me in this research report.

- Wells Fargo Securities, LLC maintains a market in the common stock of Corrections Corporation of America, The GEO Group, Inc.
- Wells Fargo Securities, LLC or its affiliates managed or comanaged a public offering of securities for The GEO Group, Inc., Corrections Corporation of America within the past 12 months.
- Wells Fargo Securities, LLC or its affiliates intends to seek or expects to receive compensation for investment banking services in the next three months from Corrections Corporation of America, The GEO Group, Inc.
- Wells Fargo Securities, LLC or its affiliates received compensation for investment banking services from The GEO Group, Inc., Corrections Corporation of America in the past 12 months.
- Corrections Corporation of America, The GEO Group, Inc. currently is, or during the 12-month period preceding the date of distribution of the research report was, a client of Wells Fargo Securities, LLC. Wells Fargo Securities, LLC provided investment banking services to Corrections Corporation of America, The GEO Group, Inc.
- The GEO Group, Inc. currently is, or during the 12-month period preceding the date of distribution of the research report was, a client of Wells Fargo Securities, LLC. Wells Fargo Securities, LLC provided noninvestment banking securities-related services to The GEO Group, Inc.
- Corrections Corporation of America currently is, or during the 12-month period preceding the date of distribution of the research report was, a client of Wells Fargo Securities, LLC. Wells Fargo Securities, LLC provided nonsecurities services to Corrections Corporation of America.
- Wells Fargo Securities, LLC received compensation for products or services other than investment banking services from Corrections Corporation of America, The GEO Group, Inc. in the past 12 months.
- Wells Fargo Securities, LLC or its affiliates has a significant financial interest in The GEO Group, Inc., Corrections Corporation of America.

**CXW:** Risks to our thesis include a large, unexpected decline in U.S. prison populations, unforeseen contract terminations, weaker than expected per diem increases and any increased social backlash related to the idea of profiting from imprisonment.
**GEO:** Risks to our thesis include a larger-than-expected decline in U.S. prison populations, unexpected contract terminations - particularly with the company's larger federal tenants, weaker than expected internal growth rates and any social backlash related to profiting from imprisonment.

Wells Fargo Securities, LLC does not compensate its research analysts based on specific investment banking transactions. Wells Fargo Securities, LLC's research analysts receive compensation that is based upon and impacted by the overall profitability and revenue of the firm, which includes, but is not limited to investment banking revenue.

**STOCK RATING**
**1=Outperform**: The stock appears attractively valued, and we believe the stock's total return will exceed that of the market over the next 12 months. BUY
**2=Market Perform**: The stock appears appropriately valued, and we believe the stock's total return will be in line with the market over the next 12 months. HOLD
**3=Underperform**: The stock appears overvalued, and we believe the stock's total return will be below the market over the next 12 months. SELL

**SECTOR RATING**
**O=Overweight**: Industry expected to outperform the relevant broad market benchmark over the next 12 months.
**M=Market Weight**: Industry expected to perform in-line with the relevant broad market benchmark over the next 12 months.
**U=Underweight**: Industry expected to underperform the relevant broad market benchmark over the next 12 months.

**VOLATILITY RATING**
**V** = A stock is defined as volatile if the stock price has fluctuated by +/-20% or greater in at least 8 of the past 24 months or if the analyst expects significant volatility. All IPO stocks are automatically rated volatile within the first 24 months of trading.

**As of: August 19, 2016**

| | |
|---|---|
| 41% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Outperform. | Wells Fargo Securities, LLC has provided investment banking services for 38% of its Equity Research Outperform-rated companies. |
| 56% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Market Perform. | Wells Fargo Securities, LLC has provided investment banking services for 27% of its Equity Research Market Perform-rated companies. |
| 3% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Underperform. | Wells Fargo Securities, LLC has provided investment banking services for 4% of its Equity Research Underperform-rated companies. |

**Important Disclosure for International Clients**

**EEA** – The securities and related financial instruments described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. For recipients in the EEA, this report is distributed by Wells Fargo Securities International Limited ("WFSIL"). WFSIL is a U.K. incorporated investment firm authorized and regulated by the Financial Conduct Authority. For the purposes of Section 21 of the UK Financial Services and Markets Act 2000 ("the Act"), the content of this report has been approved by WFSIL a regulated person under the Act. WFSIL does not deal with retail clients as defined in the Markets in Financial Instruments Directive 2007. The FCA rules made under the Financial Services and Markets Act 2000 for the protection of retail clients will therefore not apply, nor will the Financial Services Compensation Scheme be available. This report is not intended for, and should not be relied upon by, retail clients.

**Australia** – Wells Fargo Securities, LLC is exempt from the requirements to hold an Australian financial services license in respect of the financial services it provides to wholesale clients in Australia. Wells Fargo Securities, LLC is regulated under U.S. laws which differ from Australian laws. Any offer or documentation provided to Australian recipients by Wells Fargo Securities, LLC in the course of providing the financial services will be prepared in accordance with the laws of the United States and not Australian laws.

**Canada** – This report is distributed in Canada by Wells Fargo Securities Canada, Ltd., a registered investment dealer in Canada and member of the Investment Industry Regulatory Organization of Canada (IIROC) and Canadian Investor Protection Fund (CIPF). Wells Fargo Securities, LLC's research analysts may participate in company events such as site visits but are generally prohibited from accepting payment or reimbursement by the subject companies for associated expenses unless pre-authorized by members of Research Management.

**Hong Kong** – This report is issued and distributed in Hong Kong by Wells Fargo Securities Asia Limited ("WFSAL"), a Hong Kong incorporated investment firm licensed and regulated by the Securities and Futures Commission of Hong Kong ("the SFC") to carry on types 1, 4, 6 and 9 regulated activities (as defined in the Securities and Futures Ordinance (Cap. 571 of The Laws of Hong Kong), "the SFO"). This report is not intended for, and should not be relied on by, any person other than professional investors (as defined in the SFO). Any securities and related financial instruments described herein are not intended for sale, nor will be sold, to any person other than professional investors (as defined in the SFO). The author or authors of this report is or are not licensed by the SFC. Professional investors who receive this report should direct any queries regarding its contents to Mark Jones at WFSAL (email: wfsalresearch@wellsfargo.com ).

**Japan** – This report is distributed in Japan by Wells Fargo Securities (Japan) Co., Ltd, registered with the Kanto Local Finance Bureau to conduct broking and dealing of type 1 and type 2 financial instruments and agency or intermediary service for entry into investment advisory or discretionary investment contracts. This report is intended for distribution only to professional investors (Tokutei Toushika) and is not intended for, and should not be relied upon by, ordinary customers (Ippan Toushika).

The ratings stated on the document are not provided by rating agencies registered with the Financial Services Agency of Japan (JFSA) but by group companies of JFSA-registered rating agencies. These group companies may include Moody's Investors Services Inc., Standard & Poor's Rating Services and/or Fitch Ratings. Any decisions to invest in securities or transactions should be made after reviewing policies and methodologies used for assigning credit ratings and assumptions, significance and limitations of the credit ratings stated on the respective rating agencies' websites.

**About Wells Fargo Securities**

Wells Fargo Securities is the trade name for the capital markets and investment banking services of Wells Fargo & Company and its subsidiaries, including but not limited to Wells Fargo Securities, LLC, a U.S. broker-dealer registered with the U.S. Securities and Exchange Commission and a member of NYSE, FINRA, NFA and SIPC, Wells Fargo Prime Services, LLC, a member of FINRA, NFA and SIPC, Wells Fargo Securities Canada, Ltd., a member of IIROC and CIPF, Wells Fargo Bank, N.A. and Wells Fargo Securities International Limited, authorized and regulated by the Financial Conduct Authority.

This report is for your information only and is not an offer to sell, or a solicitation of an offer to buy, the securities or instruments named or described in this report. Interested parties are advised to contact the entity with which they deal, or the entity that provided this report to them, if they desire further information. The information in this report has been obtained or derived from sources believed by Wells Fargo Securities, LLC, to be reliable, but Wells Fargo Securities, LLC does not represent that this information is accurate or complete. Any opinions or estimates contained in this report represent the judgment of Wells Fargo Securities, LLC, at this time, and are subject to change without notice. All Wells Fargo Securities research reports published by its Global Research Department ("WFS Research") are disseminated and available to all clients simultaneously through electronic publication to our internal client websites. Additional distribution may be done by sales personnel via email, fax or regular mail. Clients may also receive our research via third party vendors. Not all research content is redistributed to our clients or available to third-party aggregators, nor is WFS Research responsible for the redistribution of our research by third party aggregators. For research or other data available on a particular security, please contact your sales representative or go to http://www.wellsfargoresearch.com. For the purposes of the U.K. Financial Conduct Authority's rules, this report constitutes impartial investment research. Each of Wells Fargo Securities, LLC and Wells Fargo Securities International Limited is a separate legal entity and distinct from affiliated banks. Copyright © 2016 Wells Fargo Securities, LLC

SECURITIES: NOT FDIC-INSURED/NOT BANK-GUARANTEED/MAY LOSE VALUE

Corrections Corporation of America (CXW)



## Conference Call Takeaways

**Neutral**

**Price: $17.57**

- Key facts were presented on the call to clear up confusion surrounding yesterday's DoJ announcement reporting. CXW emphasized the DoJ's directive to the BOP was to reduce and eliminate the use of private facilities over time, not to end existing contracts. The company has mentioned the trend of decreasing population of BOP inmates in prior conference calls and emphasized that there has been no changes to the BOP practice from the directive from the DoJ.
- U.S. Marshals Service (USMS) and ICE contracts will not be impacted by the DoJ's directive, in our view, as USMS and ICE cannot overcrowd existing non-private facilities and have special constraints that must be met unlike the BOP. For the USMS, prisoners need to be in close proximity to the courts where individual cases need to be heard and processed. There are currently 94 U.S. Marshall districts throughout the country in a very fragmented system. ICE shares similar needs as USMS where residents must be in close proximity to immigration courts pending deportation.
- Dividend policy was reiterated at payout ratio of 80% of AFFO. CXW's Board of Directors will continue to review the policy on a quarterly basis.
- The BOP amended the CAR 16 solicitation this morning by reducing the advertised 10,800 contract beds to 3,600 in response to yesterday's DoJ directive. CCA's Eden Detention Center in Texas containing 1,422 beds is included in the CAR 16 solicitation. The previous solicitation's cap of 1,800-bed per facility still stands and we believe the Eden facility is in a well-positioned contention spot.
- The company reiterated that the wages being paid to employees of CXW at BOP facilities are set by the Department of Labor, refuting claims that employees are being underpaid at CXW's BOP facilities.
- CXW's leverage was 3.5x at the end of 2Q16 vs. the 5x leverage covenant, allowing CXW a cushion of $125M of EBITDA.

Tobey Sommer
404-926-5009
tobey.sommer@suntrust.com

Kwan Kim
404-439-9560
Kwan.Kim@suntrust.com

SEE PAGE 2 FOR REQUIRED DISCLOSURE INFORMATION
Case 3:16-cv-02267    Document 151-5    Filed 02/01/19    Page 10 of 13 PageID #: 4140

Corrections Corporation of America 

## Analyst Certification

I, Tobey Sommer , hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company(ies) and its (their) securities. I also certify that I have not been, am not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

## Required Disclosures

The following company is a client of SunTrust Robinson Humphrey, Inc. and the firm has received or is entitled to receive compensation for investment banking services involving their securities within the last 12 months: CXW-US

The following company is a client of SunTrust Robinson Humphrey, Inc. and the firm has received compensation for non-investment banking securities-related services within the last 12 months: CXW-US

An affiliate of SunTrust Robinson Humphrey, Inc. has received compensation for non-securities services from the following company within the last 12 months: CXW-US

Analyst compensation is based upon stock price performance, quality of analysis, communication skills, and the overall revenue and profitability of the firm, including investment banking revenue.

As a matter of policy and practice, the firm prohibits the offering of favorable research, a specific research rating or a specific target price as consideration or inducement for the receipt of business or compensation. In addition, associated persons preparing research reports are prohibited from owning securities in the subject companies.



Rating and Price Target History for: Corrections Corporation of America (CXW-US) as of 08-18-2016

Case 3:16-cv-02267   Document 151-5   Filed 02/01/19   Page 11 of 13 PageID #: 4141



## STRH Ratings System for Equity Securities

3 designations based on total returns* within a 12-month period**

- **Buy** – total return ≥ 15% (10% for low-Beta securities)***
- **Reduce** – total return ≤ negative 10% (5% for low Beta securities)
- **Neutral** – total return is within the bounds above
- **NR** – NOT RATED, STRH does not provide equity research coverage
- **CS** – Coverage Suspended

*Total return (price appreciation + dividends)
**Price targets are within a 12-month period, unless otherwise noted
***Low Beta defined as securities with an average Beta of 0.8 or less, using Bloomberg's 5-year average Beta

Legend for Rating and Price Target History Charts:
D = drop coverage
I = initiate coverage
T = transfer coverage

SunTrust Robinson Humphrey ratings distribution (as of 08/19/2016):

| Coverage Universe | | | Investment Banking Clients Past 12 Months | | |
|---|---|---|---|---|---|
| **Rating** | **Count** | **Percent** | **Rating** | **Count** | **Percent** |
| Buy | 371 | 57.97% | Buy | 144 | 38.81% |
| Neutral | 261 | 40.78% | Neutral | 71 | 27.20% |
| Sell/Reduce | 8 | 1.25% | Sell/Reduce | 1 | 12.50% |

Corrections Corporation of America 
## Other Disclosures

Information contained herein has been derived from sources believed to be reliable but is not guaranteed as to accuracy and does not purport to be a complete analysis of the security, company or industry involved. This report is not to be construed as an offer to sell or a solicitation of an offer to buy any security. SunTrust Robinson Humphrey, Inc. and/or its officers or employees may have positions in any securities, options, rights or warrants. The firm and/or associated persons may sell to or buy from customers on a principal basis. Investors may be prohibited in certain states from purchasing some over-the-counter securities mentioned herein. Opinions expressed are subject to change without notice. The information herein is for persons residing in the United States only and is not intended for any person in any other jurisdiction.

SunTrust Robinson Humphrey, Inc.'s research is provided to and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). The term "Institutional Account" shall mean the account of: (1) a bank, savings and loan association, insurance company or registered investment company; (2) an investment adviser registered either with the SEC under Section 203 of the Investment Advisers Act or with a state securities commission (or any agency or office performing like functions); or (3) any other person (whether a natural person, corporation, partnership, trust or otherwise) with total assets of at least $50 million.

SunTrust Robinson Humphrey, Inc. is a registered broker-dealer and a member of FINRA and SIPC. It is a service mark of SunTrust Banks, Inc. SunTrust Robinson Humphrey, Inc. is owned by SunTrust Banks, Inc. ("SunTrust") and affiliated with SunTrust Investment Services, Inc. Despite this affiliation, securities recommended, offered, sold by, or held at SunTrust Robinson Humphrey, Inc. and at SunTrust Investment Services, Inc. (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including SunTrust Bank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. SunTrust Bank may have a lending relationship with companies mentioned herein.

Please see our Disclosure Database to search by ticker or company name for the current required disclosures, including risks to the price targets, Link: https://suntrust.bluematrix.com/sellside/Disclosures.action

Please visit the STRH equity research library for current reports and the analyst roster with contact information, Link (password protected): STRH RESEARCH LIBRARY

SunTrust Robinson Humphrey, Inc., member FINRA and SIPC. SunTrust and SunTrust Robinson Humphrey are service marks of SunTrust Banks, Inc.

If you no longer wish to receive this type of communication, please request removal by sending an email to STRHEquityResearchDepartment@SunTrust.com

© SunTrust Robinson Humphrey, Inc. 2016 . All rights reserved. Reproduction or quotation in whole or part without permission is forbidden.

**ADDITIONAL INFORMATION IS AVAILABLE** at our website, **www.suntrustrh.com**, or by writing to: SunTrust Robinson Humphrey, Research Department, 3333 Peachtree Road N.E., Atlanta, GA 30326-1070