# EXHIBIT II

Eric C. Pettis
Direct Dial: +1.213.891.7397
Email: eric.pettis@lw.com

355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Tel: +1.213.485.1234 Fax: +1.213.891.8763
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Seoul |
| Houston | Shanghai |
| London | Silicon Valley |
| Los Angeles | Singapore |
| Madrid | Tokyo |
| Milan | Washington, D.C. |

# LATHAM & WATKINS LLP

July 23, 2018

## VIA EMAIL

Christopher Lyons
Robbins Geller Rudman & Dowd LLP
414 Union Street, Suite 900
Nashville, TN 37219
clyons@rgrdlaw.com

       Re:    *Grae v. Corrections Corp. of America, et al.*, No. 3:16-cv-02267

Counsel:

      Today you will receive a secure transfer file containing Defendants' fourth document production in response to Plaintiff's First and Second Set of Requests for Production of Documents to Defendants (the "Requests"), served on January 30, 2018 and June 1, 2018 respectively. The production contains documents bearing Bates-numbers **CORECIVIC_0025080 to CORECIVIC_0043193**.

      Pursuant to the Revised Stipulation and Protective Order entered in this action on February 12, 2018, Defendants have designated all documents in this production as "Confidential." Furthermore, Defendants do not intend to waive any privileges or work product protections in making this production. To the extent the production discloses any privileged or otherwise protected information, such disclosure is inadvertent and does not constitute a waiver.

      Defendants will continue to produce documents responsive to the Requests on a rolling basis.

      Best regards,

Eric C. Pettis
of LATHAM & WATKINS LLP

CC:    Brian Glennon    Morgan Whitworth    Dennis Herman
        David Schindler    Faraz Mohammadi    Willow Radcliffe
        Steve Riley    Russell Taber    Christopher Wood
        Trey McGee

Eric C. Pettis
Direct Dial: +1.213.891.7397
Email: eric.pettis@lw.com

355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Tel: +1.213.485.1234  Fax: +1.213.891.8763
www.lw.com

# LATHAM & WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Seoul |
| Houston | Shanghai |
| London | Silicon Valley |
| Los Angeles | Singapore |
| Madrid | Tokyo |
| Milan | Washington, D.C. |

July 31, 2018

**VIA FEDERAL EXPRESS**

Christopher Lyons
Robbins Geller Rudman & Dowd LLP
414 Union Street, Suite 900
Nashville, TN 37219
clyons@rgrdlaw.com

Re:     *Grae v. Corrections Corp. of America, et al.*, No. 3:16-cv-02267

Counsel:

Please find enclosed a hard drive containing Defendants' fifth document production in response to Plaintiff's First and Second Set of Requests for Production of Documents to Defendants (the "Requests"), served on January 30, 2018 and June 1, 2018 respectively.  The production contains documents bearing Bates-numbers **CORECIVIC_0043194** to **CORECIVIC_0390064**.

Pursuant to the Revised Stipulation and Protective Order entered in this action on February 12, 2018, Defendants have designated all documents in this production as "Confidential."  Furthermore, Defendants do not intend to waive any privileges or work product protections in making this production.  To the extent the production discloses any privileged or otherwise protected information, such disclosure is inadvertent and does not constitute a waiver.

Defendants will continue to produce documents responsive to the Requests on a rolling basis.

Best regards,

Eric C. Pettis
of LATHAM & WATKINS LLP

CC:     Brian Glennon          Morgan Whitworth          Dennis Herman
        David Schindler        Faraz Mohammadi           Willow Radcliffe
        Steve Riley            Russell Taber             Christopher Wood
        Trey McGee

Eric C. Pettis
Direct Dial: +1.213.891.7397
Email: eric.pettis@lw.com

355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Tel: +1.213.485.1234 Fax: +1.213.891.8763
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Seoul |
| Houston | Shanghai |
| London | Silicon Valley |
| Los Angeles | Singapore |
| Madrid | Tokyo |
| Milan | Washington, D.C. |

August 31, 2018

## VIA FEDERAL EXPRESS

Christopher Lyons
c/o Christine Milliron
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
clyons@rgrdlaw.com

Re:  *Grae v. Corrections Corp. of America, et al.*, No. 3:16-cv-02267

Counsel:

Please find enclosed a hard drive containing Defendants' sixth document production in response to Plaintiff's First and Second Set of Requests for Production of Documents to Defendants (the "Requests"), served on January 30, 2018 and June 1, 2018 respectively. The production contains documents bearing Bates-numbers **CORECIVIC_0390065** to **CORECIVIC_0990087**.

Pursuant to the Revised Stipulation and Protective Order entered in this action on February 12, 2018, Defendants have designated the documents in this production as "Confidential." Furthermore, Defendants do not intend to waive any privileges or work product protections in making this production. To the extent the production discloses any privileged or otherwise protected information, such disclosure is inadvertent and does not constitute a waiver.

Defendants will continue to produce documents responsive to the Requests on a rolling basis.

Best regards,

Eric C. Pettis
of LATHAM & WATKINS LLP

CC:  Brian Glennon      Morgan Whitworth    Dennis Herman
     David Schindler    Faraz Mohammadi     Willow Radcliffe
     Steve Riley        Russell Taber       Christopher Wood
     Trey McGee

Eric C. Pettis
Direct Dial: +1.213.891.7397
Email: eric.pettis@lw.com

355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Tel: +1.213.485.1234 Fax: +1.213.891.8763
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Seoul |
| Houston | Shanghai |
| London | Silicon Valley |
| Los Angeles | Singapore |
| Madrid | Tokyo |
| Milan | Washington, D.C. |

September 13, 2018

**VIA FEDERAL EXPRESS**

Christopher Lyons
c/o Christine Milliron
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
clyons@rgrdlaw.com

Re:     *Grae v. Corrections Corp. of America, et al.*, No. 3:16-cv-02267

Counsel:

Enclosed please find a hard drive containing Defendants' seventh document production in response to Plaintiff's First and Second Set of Requests for Production of Documents to Defendants (the "Requests"), served on January 30, 2018 and June 1, 2018, respectively.  The production contains documents bearing Bates-numbers **CORECIVIC_0990088** to **CORECIVIC_1444224**.

Pursuant to the Revised Stipulation and Protective Order entered in this action on February 12, 2018, Defendants have designated the documents in this production as "Confidential."  Furthermore, Defendants do not intend to waive any privileges or work product protections in making this production.  To the extent the production discloses any privileged or otherwise protected information, such disclosure is inadvertent and does not constitute a waiver.

Defendants have met the September 14, 2018 deadline for their substantial completion of production of documents.  (*See* Dkt. No. 114).  Defendants have devoted extraordinary resources, at significant expense, in order to meet this deadline.  Moreover, Defendants have engaged in many discovery-related meet and confer discussions with Plaintiff along the way, both telephonically and in writing, that are well documented in the record.  With respect to ESI, Defendants applied the agreed-upon search terms across the ESI for the agreed-upon relevant custodians over the agreed-upon Relevant Time Period.  We engaged over fifty contract reviewers who worked full-time (as well as overtime and on weekends – including over the recent Labor Day holiday), to review over 1 million documents.  In addition, the review team conducted an ongoing quality control review of tens of thousands of documents to ensure that documents responsive to the Requests were accurately being captured as part of the review.  From the outset, the review team was instructed to code responsiveness broadly.  With this production, Defendants have now produced to Plaintiff over 280,000 documents, totaling roughly 1,450,000 pages.

LATHAM&WATKINS LLP

We also believe we have been transparent with Plaintiff about the overall strategy and specific methods we employed in reviewing documents in this case.  As we indicated in our letter dated July 20, 2018, we employed a Continuous Active Learning ("CAL") protocol for the review.  Based on the ongoing coding from the review team, the CAL protocol prioritized and elevated the most relevant documents while relegating clearly non-responsive documents to the back of the review queue.  After reviewing over 1 million documents, in accordance with industry standards, we conducted a review of a random sample of the un-reviewed ESI, which yielded a responsive rate of only 0.26%.  Based on this metric, the total number of documents reviewed, and the number of responsive documents identified, the estimated recall rate for the review is between *94.54% and 99.96%*, well above the 85% minimum recall rate identified in your letter dated July 16, and far above the industry standard of 80%.  We are confident that Defendants' efforts to preserve, collect and produce responsive documents more than satisfy our legal obligations.

In the interest of transparency, and consistent with our prior communications regarding fact discovery, we wanted to raise two issues.  First, on August 7, 2018, you requested we confirm that Defendants will produce documents "identified in the OIG report."  There are some logistical issues presented by that broad request, as framed.  First, as you know, the *Review of the Federal Bureau of Prisons' Monitoring of Contract Prisons* issued by the U.S. Department of Justice Office of Inspector General on August 11, 2018 (the "OIG Review") does not list specific documents and does not indicate from where the OIG received the documents (indeed, there were three different private contractors covered by the OIG Review).  Second, the OIG Review relied upon materials and observations from outside the Relevant Time Period.  *See* OIG Review, Appendix 1.  Finally, after a rigorous investigation, we believe that the OIG received certain categories of documents directly from the U.S. Bureau of Prisons ("BOP"), which is consistent with the stated objective of the OIG Review, *i.e.*, to examine and improve the BOP's monitoring of the facilities run by its contractors.  *See* OIG Review, Executive Summary.  Nevertheless, with this production, Defendants have produced all documents that they were able to locate that are within Defendants' possession, custody or control that are responsive to the request in your August 7, 2018 letter.

Finally, Defendants expect to make one additional, albeit limited, production.  This production will primarily consist of data from a Groupwise e-mail platform that CoreCivic was contractually required to maintain at the facilities it operated pursuant to contract with the BOP.  This platform is separate from CoreCivic's computer systems and contains emails bearing "@bop.gov" email addresses.  As you know, the Adams and McRae facilities are still actively being managed by CoreCivic pursuant to contract with the BOP.  With respect to those facilities, the Groupwise data are currently stored on facility servers and documents responsive to the Requests from that data are included with the enclosed production.  The contracts for the other three facilities (Cibola, Eden and Northeast Ohio) have long since expired pursuant to their terms.  Data for those facilities have been preserved and, with one exception, are physically maintained by CoreCivic.  That one exception is the Eden Detention Center.  On April 28, 2017, the BOP took custody of Eden backup tapes.  We are aware that you have subpoenaed, and may be in the process of negotiating a production from the BOP.  In any event, CoreCivic does not have possession, custody or control of the Eden Groupwise data.  For the other two inactive facilities (Cibola and Northeast Ohio), restoring the data from backup tapes has presented some

LATHAM&WATKINS LLP

technological challenges because it is stored on outdated software. While it is unclear whether that data contain any responsive material from the Relevant Time Period, we are working with a third-party technology vendor to assist us in retrieving the information. That exercise is ongoing, and we will keep Plaintiff appraised of our progress.

Please do not hesitate to contact us directly if you have any questions or concerns.

Best regards,

Eric C. Pettis
of LATHAM & WATKINS LLP

CC:     David Schindler
        Brian Glennon
        Steve Riley
        Trey McGee
        Morgan Whitworth
        Faraz Mohammadi
        Russell Taber
        Dennis Herman
        Willow Radcliffe
        Christopher Wood

Eric C. Pettis
Direct Dial: +1.213.891.7397
Email: eric.pettis@lw.com

355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Tel: +1.213.485.1234  Fax: +1.213.891.8763
www.lw.com

# LATHAM & WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Seoul |
| Houston | Shanghai |
| London | Silicon Valley |
| Los Angeles | Singapore |
| Madrid | Tokyo |
| Milan | Washington, D.C. |

October 5, 2018

**VIA FEDERAL EXPRESS**

Christopher Lyons
c/o Christine Milliron
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
clyons@rgrdlaw.com

      Re:    *Grae v. Corrections Corp. of America, et al.*, No. 3:16-cv-02267

Counsel:

      Enclosed please find a hard drive containing a corrected version of one of Defendants' production volumes in response to Plaintiff's First and Second Set of Requests for Production of Documents to Defendants (the "Requests"), served on January 30, 2018 and June 1, 2018, respectively. The corrected volume contains documents bearing Bates-numbers **CORECIVIC_1353337** to **CORECIVIC_1438537**.

      Pursuant to the Revised Stipulation and Protective Order entered in this action on February 12, 2018, Defendants have designated the documents in this production as "Confidential." Furthermore, Defendants do not intend to waive any privileges or work product protections in making this production. To the extent the production discloses any privileged or otherwise protected information, such disclosure is inadvertent and does not constitute a waiver.

      Please do not hesitate to contact us directly if you have any questions or concerns.

                     Best regards,

                     Eric C. Pettis
                     of LATHAM & WATKINS LLP

CC:    David Schindler         Morgan Whitworth        Willow Radcliffe
        Brian Glennon           Faraz Mohammadi         Christopher Wood
        Steve Riley               Russell Taber
        Trey McGee             Dennis Herman

Eric C. Pettis
Direct Dial: +1.213.891.7397
Email: eric.pettis@lw.com

355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Tel: +1.213.485.1234 Fax: +1.213.891.8763
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Seoul |
| Houston | Shanghai |
| London | Silicon Valley |
| Los Angeles | Singapore |
| Madrid | Tokyo |
| Milan | Washington, D.C. |

October 16, 2018

**VIA EMAIL**

Christopher Lyons
414 Union Street, Suite 900
Nashville, TN 37219
Phone: (615) 244-2203
clyons@rgrdlaw.com

Re:    *Grae v. Corrections Corp. of America, et al.*, No. 3:16-cv-02267

Counsel:

You will be receiving a secure file transfer link containing Defendants' ninth document production in response to Plaintiff's First and Second Set of Requests for Production of Documents to Defendants (the "Requests"), served on January 30, 2018 and June 1, 2018, respectively. The link contains documents bearing Bates-numbers CORECIVIC_1471568 to CORECIVIC_1482202.

Pursuant to the Revised Stipulation and Protective Order entered in this action on February 12, 2018, Defendants have designated the documents in this production as "Confidential." Furthermore, Defendants do not intend to waive any privileges or work product protections in making this production. To the extent the production discloses any privileged or otherwise protected information, such disclosure is inadvertent and does not constitute a waiver.

Please do not hesitate to contact us directly if you have any questions or concerns.

Best regards,

Eric C. Pettis
of LATHAM & WATKINS LLP

CC:    David Schindler          Faraz Mohammadi
       Brian Glennon            Russell Taber
       Steve Riley              Dennis Herman
       Trey McGee               Willow Radcliffe
       Morgan Whitworth         Christopher Wood

Eric C. Pettis
Direct Dial: +1.213.891.7397
Email: eric.pettis@lw.com

355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Tel: +1.213.485.1234  Fax: +1.213.891.8763
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Seoul |
| Houston | Shanghai |
| London | Silicon Valley |
| Los Angeles | Singapore |
| Madrid | Tokyo |
| Milan | Washington, D.C. |

# LATHAM & WATKINS LLP

October 18, 2018

**VIA FEDERAL EXPRESS**

Christopher Lyons
c/o Christine Milliron
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
clyons@rgrdlaw.com

Re:     *Grae v. Corrections Corp. of America, et al.*, No. 3:16-cv-02267

Counsel:

Please find enclosed a hard drive containing Defendants' tenth document production in response to Plaintiff's First and Second Set of Requests for Production of Documents to Defendants (the "Requests"), served on January 30, 2018 and June 1, 2018 respectively. The production contains documents bearing Bates-numbers **CORECIVIC_1482203** to **CORECIVIC_1795222**. We have redacted the following private information contained in the documents: inmate names, inmate identification numbers, inmate or employee medical information, social security numbers, names of minors, financial account information, security information (e.g., passcodes, lock codes), birthdates, and personal phone numbers.

Pursuant to the Revised Stipulation and Protective Order entered in this action on February 12, 2018, Defendants have designated the documents in this production as "Confidential." Furthermore, Defendants do not intend to waive any privileges or work product protections in making this production. To the extent the production discloses any privileged or otherwise protected information, such disclosure is inadvertent and does not constitute a waiver.

Please do not hesitate to contact us directly if you have any questions or concerns.

Best regards,

Eric C. Pettis
of LATHAM & WATKINS LLP

CC:    Brian Glennon        Morgan Whitworth      Willow Radcliffe
       David Schindler      Faraz Mohammadi       Christopher Wood
       Steve Riley          Russell Taber
       Trey McGee           Dennis Herman

Eric C. Pettis
Direct Dial: +1.213.891.7397
Email: eric.pettis@lw.com

355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Tel: +1.213.485.1234  Fax: +1.213.891.8763
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Seoul |
| Houston | Shanghai |
| London | Silicon Valley |
| Los Angeles | Singapore |
| Madrid | Tokyo |
| Milan | Washington, D.C. |

# LATHAM&WATKINS LLP

October 28, 2018

**VIA EMAIL**

Christopher Lyons
c/o Christine Milliron
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
clyons@rgrdlaw.com

Re:    *Grae v. Corrections Corp. of America, et al.*, No. 3:16-cv-02267

Counsel:

On Monday, you will receive a hard drive containing Defendants' eleventh document production in response to Plaintiff's First and Second Set of Requests for Production of Documents to Defendants, served on January 30, 2018 and June 1, 2018, respectively. The production contains documents bearing Bates numbers **CORECIVIC_1795223** to **CORECIVIC_1804838**. We have redacted portions of certain of these documents that are protected by the attorney-client privilege and work product doctrine. The basis for the redactions can be found in Defendants' Privilege Redaction Log – Set 1, produced on October 8, 2018. The documents bear different Bates numbers than those listed on the Set 1 log. As such, a chart cross-referencing the two sets of Bates numbers for each document is attached hereto as Exhibit A. Also, please note that some documents in this production have been redacted for privacy.

Pursuant to the Revised Stipulation and Protective Order entered in this action on February 12, 2018 (Dkt. 86), Defendants have designated the documents in this production as "Confidential." Furthermore, Defendants do not intend to waive any privileges or work product protections in making this production. To the extent the production discloses any privileged or otherwise protected information, such disclosure is inadvertent and does not constitute a waiver.

Also, attached hereto as Exhibit B is Defendants' Attorney-Client Privilege/Attorney Work Product Log – Set 3, which contains the basis for the privilege and attorney work product claims for the inadvertently produced documents noted in our October 18, 2018 letter.

We also write to address the items raised in your letter dated October 23, 2018. First, Defendants agree to extend the period for Plaintiff to object to Defendants' privilege claims pursuant to ¶10(a) of the Protective Order to November 21, 2018, and trust that Plaintiff will extend a similar courtesy to Defendants should the situation arise.

Additionally, Defendants are no longer claiming privilege over the 11 documents that are listed in Exhibit A to their September 28 letter but which are excluded in the Set 1 privilege and redaction logs produced on October 8, 2018.

**LATHAM&WATKINS**LLP

Please do not hesitate to contact us directly if you have any questions or concerns.

Best regards,

Eric C. Pettis
of LATHAM & WATKINS LLP

CC:    Brian Glennon
David Schindler
Faraz Mohammadi
Morgan Whitworth
Steve Riley
Trey McGee
Russell Taber
Dennis Herman
Willow Radcliffe
Christopher Wood

# EXHIBIT A

# Exhibit A - Bates Number Cross-reference Chart

| Log Entry | Privilege Redaction Log - Set 1 | | October 28, 2018 Production | |
|---|---|---|---|---|
| | Begbates | Endbates | Begbates | Endbates |
| 1 | CORECIVIC_0042426 | CORECIVIC_0042427 | CORECIVIC_1795223 | CORECIVIC_1795224 |
| 2 | CORECIVIC_0392398 | CORECIVIC_0392399 | CORECIVIC_1795225 | CORECIVIC_1795226 |
| 3 | CORECIVIC_0392400 | CORECIVIC_0392400 | CORECIVIC_1795227 | CORECIVIC_1795227 |
| 4 | CORECIVIC_0332948 | CORECIVIC_0332954 | CORECIVIC_1795228 | CORECIVIC_1795234 |
| 5 | CORECIVIC_0369030 | CORECIVIC_0369034 | CORECIVIC_1795235 | CORECIVIC_1795239 |
| 6 | CORECIVIC_0612553 | CORECIVIC_0612553 | CORECIVIC_1795240 | CORECIVIC_1795240 |
| 7 | CORECIVIC_0612554 | CORECIVIC_0612556 | CORECIVIC_1795241 | CORECIVIC_1795243 |
| 8 | CORECIVIC_0673875 | CORECIVIC_0673876 | CORECIVIC_1795244 | CORECIVIC_1795245 |
| 9 | CORECIVIC_0673953 | CORECIVIC_0673956 | CORECIVIC_1795246 | CORECIVIC_1795249 |
| 10 | CORECIVIC_0673959 | CORECIVIC_0673962 | CORECIVIC_1795250 | CORECIVIC_1795253 |
| 11 | CORECIVIC_0674024 | CORECIVIC_0674028 | CORECIVIC_1795254 | CORECIVIC_1795258 |
| 12 | CORECIVIC_0674029 | CORECIVIC_0674029 | CORECIVIC_1795259 | CORECIVIC_1795259 |
| 13 | CORECIVIC_0674037 | CORECIVIC_0674042 | CORECIVIC_1795260 | CORECIVIC_1795265 |
| 14 | CORECIVIC_0674043 | CORECIVIC_0674048 | CORECIVIC_1795266 | CORECIVIC_1795271 |
| 15 | CORECIVIC_0674051 | CORECIVIC_0674056 | CORECIVIC_1795272 | CORECIVIC_1795277 |
| 16 | CORECIVIC_0674057 | CORECIVIC_0674057 | CORECIVIC_1795278 | CORECIVIC_1795278 |
| 17 | CORECIVIC_0674168 | CORECIVIC_0674173 | CORECIVIC_1795279 | CORECIVIC_1795284 |
| 18 | CORECIVIC_0674315 | CORECIVIC_0674316 | CORECIVIC_1795285 | CORECIVIC_1795286 |
| 19 | CORECIVIC_0674317 | CORECIVIC_0674318 | CORECIVIC_1795287 | CORECIVIC_1795288 |
| 20 | CORECIVIC_0674368 | CORECIVIC_0674369 | CORECIVIC_1795289 | CORECIVIC_1795290 |
| 21 | CORECIVIC_0674370 | CORECIVIC_0674372 | CORECIVIC_1795291 | CORECIVIC_1795293 |
| 22 | CORECIVIC_0674436 | CORECIVIC_0674439 | CORECIVIC_1795294 | CORECIVIC_1795297 |
| 23 | CORECIVIC_0674440 | CORECIVIC_0674441 | CORECIVIC_1795298 | CORECIVIC_1795299 |
| 24 | CORECIVIC_0674442 | CORECIVIC_0674443 | CORECIVIC_1795300 | CORECIVIC_1795301 |
| 25 | CORECIVIC_0674444 | CORECIVIC_0674445 | CORECIVIC_1795302 | CORECIVIC_1795303 |

| 26 | CORECIVIC_0674446 | CORECIVIC_0674449 | CORECIVIC_1795304 | CORECIVIC_1795307 |
|----|-------------------|-------------------|-------------------|-------------------|
| 27 | CORECIVIC_0675054 | CORECIVIC_0675057 | CORECIVIC_1795308 | CORECIVIC_1795311 |
| 28 | CORECIVIC_0675058 | CORECIVIC_0675058 | CORECIVIC_1795312 | CORECIVIC_1795312 |
| 29 | CORECIVIC_0675059 | CORECIVIC_0675061 | CORECIVIC_1795313 | CORECIVIC_1795315 |
| 30 | CORECIVIC_0675062 | CORECIVIC_0675063 | CORECIVIC_1795316 | CORECIVIC_1795317 |
| 31 | CORECIVIC_0675105 | CORECIVIC_0675106 | CORECIVIC_1795318 | CORECIVIC_1795319 |
| 32 | CORECIVIC_0675107 | CORECIVIC_0675109 | CORECIVIC_1795320 | CORECIVIC_1795322 |
| 33 | CORECIVIC_0675110 | CORECIVIC_0675111 | CORECIVIC_1795323 | CORECIVIC_1795324 |
| 34 | CORECIVIC_0675112 | CORECIVIC_0675113 | CORECIVIC_1795325 | CORECIVIC_1795326 |
| 35 | CORECIVIC_0675114 | CORECIVIC_0675115 | CORECIVIC_1795327 | CORECIVIC_1795328 |
| 36 | CORECIVIC_0675126 | CORECIVIC_0675130 | CORECIVIC_1795329 | CORECIVIC_1795333 |
| 37 | CORECIVIC_0675131 | CORECIVIC_0675131 | CORECIVIC_1795334 | CORECIVIC_1795334 |
| 38 | CORECIVIC_0675132 | CORECIVIC_0675136 | CORECIVIC_1795335 | CORECIVIC_1795339 |
| 39 | CORECIVIC_0675184 | CORECIVIC_0675186 | CORECIVIC_1795340 | CORECIVIC_1795342 |
| 40 | CORECIVIC_0675187 | CORECIVIC_0675190 | CORECIVIC_1795343 | CORECIVIC_1795346 |
| 41 | CORECIVIC_0675191 | CORECIVIC_0675191 | CORECIVIC_1795347 | CORECIVIC_1795347 |
| 42 | CORECIVIC_0675192 | CORECIVIC_0675192 | CORECIVIC_1795348 | CORECIVIC_1795348 |
| 43 | CORECIVIC_0675193 | CORECIVIC_0675193 | CORECIVIC_1795349 | CORECIVIC_1795349 |
| 44 | CORECIVIC_0676729 | CORECIVIC_0676731 | CORECIVIC_1795350 | CORECIVIC_1795352 |
| 45 | CORECIVIC_0676732 | CORECIVIC_0676732 | CORECIVIC_1795353 | CORECIVIC_1795353 |
| 46 | CORECIVIC_0676733 | CORECIVIC_0676733 | CORECIVIC_1795354 | CORECIVIC_1795354 |
| 47 | CORECIVIC_0676734 | CORECIVIC_0676737 | CORECIVIC_1795355 | CORECIVIC_1795358 |
| 48 | CORECIVIC_0676738 | CORECIVIC_0676738 | CORECIVIC_1795359 | CORECIVIC_1795359 |
| 49 | CORECIVIC_0676739 | CORECIVIC_0676739 | CORECIVIC_1795360 | CORECIVIC_1795360 |
| 50 | CORECIVIC_0676740 | CORECIVIC_0676743 | CORECIVIC_1795361 | CORECIVIC_1795364 |
| 51 | CORECIVIC_0676744 | CORECIVIC_0676744 | CORECIVIC_1795365 | CORECIVIC_1795365 |
| 52 | CORECIVIC_0676745 | CORECIVIC_0676745 | CORECIVIC_1795366 | CORECIVIC_1795366 |

Exhibit A - Bates Number Cross-reference Chart

| | | | | |
|---|---|---|---|---|
| 53 | CORECIVIC_0676746 | CORECIVIC_0676746 | CORECIVIC_1795367 | CORECIVIC_1795367 |
| 54 | CORECIVIC_0676747 | CORECIVIC_0676747 | CORECIVIC_1795368 | CORECIVIC_1795368 |
| 55 | CORECIVIC_0714270 | CORECIVIC_0714272 | CORECIVIC_1795369 | CORECIVIC_1795371 |
| 56 | CORECIVIC_0714273 | CORECIVIC_0714273 | CORECIVIC_1795372 | CORECIVIC_1795372 |
| 57 | CORECIVIC_0788792 | CORECIVIC_0788792 | CORECIVIC_1795373 | CORECIVIC_1795373 |
| 58 | CORECIVIC_0788894 | CORECIVIC_0788894 | CORECIVIC_1795374 | CORECIVIC_1795374 |
| 59 | CORECIVIC_0788895 | CORECIVIC_0788895 | CORECIVIC_1795375 | CORECIVIC_1795375 |
| 60 | CORECIVIC_0789077 | CORECIVIC_0789078 | CORECIVIC_1795376 | CORECIVIC_1795377 |
| 61 | CORECIVIC_0789079 | CORECIVIC_0789081 | CORECIVIC_1795378 | CORECIVIC_1795380 |
| 62 | CORECIVIC_0795564 | CORECIVIC_0795565 | CORECIVIC_1795381 | CORECIVIC_1795382 |
| 63 | CORECIVIC_0795566 | CORECIVIC_0795566 | CORECIVIC_1795383 | CORECIVIC_1795383 |
| 64 | CORECIVIC_0795567 | CORECIVIC_0795567 | CORECIVIC_1795384 | CORECIVIC_1795384 |
| 65 | CORECIVIC_0795568 | CORECIVIC_0795578 | CORECIVIC_1795385 | CORECIVIC_1795395 |
| 66 | CORECIVIC_0795579 | CORECIVIC_0795580 | CORECIVIC_1795396 | CORECIVIC_1795397 |
| 67 | CORECIVIC_0795581 | CORECIVIC_0795581 | CORECIVIC_1795398 | CORECIVIC_1795398 |
| 68 | CORECIVIC_0795818 | CORECIVIC_0795822 | CORECIVIC_1795399 | CORECIVIC_1795403 |
| 69 | CORECIVIC_0795823 | CORECIVIC_0795823 | CORECIVIC_1795404 | CORECIVIC_1795404 |
| 70 | CORECIVIC_0795824 | CORECIVIC_0795824 | CORECIVIC_1795405 | CORECIVIC_1795405 |
| 71 | CORECIVIC_0879062 | CORECIVIC_0879063 | CORECIVIC_1795406 | CORECIVIC_1795407 |
| 72 | CORECIVIC_0958784 | CORECIVIC_0958785 | CORECIVIC_1795408 | CORECIVIC_1795409 |
| 73 | CORECIVIC_0958888 | CORECIVIC_0958889 | CORECIVIC_1795410 | CORECIVIC_1795411 |
| 74 | CORECIVIC_0959395 | CORECIVIC_0959396 | CORECIVIC_1795412 | CORECIVIC_1795413 |
| 75 | CORECIVIC_0959397 | CORECIVIC_0959398 | CORECIVIC_1795414 | CORECIVIC_1795415 |
| 76 | CORECIVIC_0959399 | CORECIVIC_0959399 | CORECIVIC_1795416 | CORECIVIC_1795416 |
| 77 | CORECIVIC_0959901 | CORECIVIC_0959902 | CORECIVIC_1795417 | CORECIVIC_1795418 |
| 78 | CORECIVIC_0962898 | CORECIVIC_0962899 | CORECIVIC_1795419 | CORECIVIC_1795420 |
| 79 | CORECIVIC_0963097 | CORECIVIC_0963097 | CORECIVIC_1795421 | CORECIVIC_1795421 |

| | | | |
|---|---|---|---|
| 80 | CORECIVIC_0966371 | CORECIVIC_0966373 | CORECIVIC_1795422 | CORECIVIC_1795424 |
| 81 | CORECIVIC_0966374 | CORECIVIC_0966377 | CORECIVIC_1795425 | CORECIVIC_1795428 |
| 82 | CORECIVIC_0967588 | CORECIVIC_0967593 | CORECIVIC_1795429 | CORECIVIC_1795434 |
| 83 | CORECIVIC_0967594 | CORECIVIC_0967594 | CORECIVIC_1795435 | CORECIVIC_1795435 |
| 84 | CORECIVIC_0967595 | CORECIVIC_0967600 | CORECIVIC_1795436 | CORECIVIC_1795441 |
| 85 | CORECIVIC_0967607 | CORECIVIC_0967612 | CORECIVIC_1795442 | CORECIVIC_1795447 |
| 86 | CORECIVIC_0968714 | CORECIVIC_0968715 | CORECIVIC_1795448 | CORECIVIC_1795449 |
| 87 | CORECIVIC_0968716 | CORECIVIC_0968721 | CORECIVIC_1795450 | CORECIVIC_1795455 |
| 88 | CORECIVIC_0968722 | CORECIVIC_0968726 | CORECIVIC_1795456 | CORECIVIC_1795460 |
| 89 | CORECIVIC_0968727 | CORECIVIC_0968731 | CORECIVIC_1795461 | CORECIVIC_1795465 |
| 90 | CORECIVIC_0986260 | CORECIVIC_0986260 | CORECIVIC_1795466 | CORECIVIC_1795466 |
| 91 | CORECIVIC_0986261 | CORECIVIC_0986261 | CORECIVIC_1795467 | CORECIVIC_1795467 |
| 92 | CORECIVIC_1137942 | CORECIVIC_1137949 | CORECIVIC_1795468 | CORECIVIC_1795475 |
| 93 | CORECIVIC_1138726 | CORECIVIC_1138726 | CORECIVIC_1795476 | CORECIVIC_1795476 |
| 94 | CORECIVIC_1138727 | CORECIVIC_1138779 | CORECIVIC_1795477 | CORECIVIC_1795529 |
| 95 | CORECIVIC_1138780 | CORECIVIC_1138780 | CORECIVIC_1795530 | CORECIVIC_1795530 |
| 96 | CORECIVIC_1150010 | CORECIVIC_1150010 | CORECIVIC_1795531 | CORECIVIC_1795531 |
| 97 | CORECIVIC_1150011 | CORECIVIC_1150031 | CORECIVIC_1795532 | CORECIVIC_1795552 |
| 98 | CORECIVIC_1168462 | CORECIVIC_1168463 | CORECIVIC_1795553 | CORECIVIC_1795554 |
| 99 | CORECIVIC_1197630 | CORECIVIC_1197630 | CORECIVIC_1795555 | CORECIVIC_1795555 |
| 100 | CORECIVIC_1197631 | CORECIVIC_1197640 | CORECIVIC_1795556 | CORECIVIC_1795565 |
| 101 | CORECIVIC_1220026 | CORECIVIC_1220028 | CORECIVIC_1795566 | CORECIVIC_1795568 |
| 102 | CORECIVIC_1220029 | CORECIVIC_1220029 | CORECIVIC_1795569 | CORECIVIC_1795569 |
| 103 | CORECIVIC_1220030 | CORECIVIC_1220030 | CORECIVIC_1795570 | CORECIVIC_1795570 |
| 104 | CORECIVIC_1227980 | CORECIVIC_1227981 | CORECIVIC_1795571 | CORECIVIC_1795572 |
| 105 | CORECIVIC_1227982 | CORECIVIC_1227982 | CORECIVIC_1795573 | CORECIVIC_1795573 |
| 106 | CORECIVIC_1227983 | CORECIVIC_1227983 | CORECIVIC_1795574 | CORECIVIC_1795574 |

Exhibit A - Bates Number Cross-reference Chart

| | | | |
|---|---|---|---|
| 107 | CORECIVIC_1227984 | CORECIVIC_1228001 | CORECIVIC_1795575 | CORECIVIC_1795592 |
| 108 | CORECIVIC_1228002 | CORECIVIC_1228002 | CORECIVIC_1795593 | CORECIVIC_1795593 |
| 109 | CORECIVIC_1233728 | CORECIVIC_1233732 | CORECIVIC_1795594 | CORECIVIC_1795598 |
| 110 | CORECIVIC_1234155 | CORECIVIC_1234156 | CORECIVIC_1795599 | CORECIVIC_1795600 |
| 111 | CORECIVIC_1237159 | CORECIVIC_1237160 | CORECIVIC_1795601 | CORECIVIC_1795602 |
| 112 | CORECIVIC_1237109 | CORECIVIC_1237116 | CORECIVIC_1795603 | CORECIVIC_1795610 |
| 113 | CORECIVIC_1240191 | CORECIVIC_1240197 | CORECIVIC_1795611 | CORECIVIC_1795617 |
| 114 | CORECIVIC_1246798 | CORECIVIC_1246799 | CORECIVIC_1795618 | CORECIVIC_1795619 |
| 115 | CORECIVIC_1246800 | CORECIVIC_1246802 | CORECIVIC_1795620 | CORECIVIC_1795622 |
| 116 | CORECIVIC_1246803 | CORECIVIC_1246805 | CORECIVIC_1795623 | CORECIVIC_1795625 |
| 117 | CORECIVIC_1273765 | CORECIVIC_1273765 | CORECIVIC_1795626 | CORECIVIC_1795626 |
| 118 | CORECIVIC_1273766 | CORECIVIC_1273783 | CORECIVIC_1795627 | CORECIVIC_1795644 |
| 119 | CORECIVIC_1273784 | CORECIVIC_1273784 | CORECIVIC_1795645 | CORECIVIC_1795645 |
| 120 | CORECIVIC_1285842 | CORECIVIC_1285844 | CORECIVIC_1795646 | CORECIVIC_1795648 |
| 121 | CORECIVIC_1285845 | CORECIVIC_1285997 | CORECIVIC_1795649 | CORECIVIC_1795801 |
| 122 | CORECIVIC_1285998 | CORECIVIC_1286020 | CORECIVIC_1795802 | CORECIVIC_1795824 |
| 123 | CORECIVIC_1286021 | CORECIVIC_1286021 | CORECIVIC_1795825 | CORECIVIC_1795825 |
| 124 | CORECIVIC_1286022 | CORECIVIC_1286022 | CORECIVIC_1795826 | CORECIVIC_1795826 |
| 125 | CORECIVIC_1286023 | CORECIVIC_1286023 | CORECIVIC_1795827 | CORECIVIC_1795827 |
| 126 | CORECIVIC_1308948 | CORECIVIC_1308948 | CORECIVIC_1795828 | CORECIVIC_1795828 |
| 127 | CORECIVIC_1308949 | CORECIVIC_1308967 | CORECIVIC_1795829 | CORECIVIC_1795847 |
| 128 | CORECIVIC_1308968 | CORECIVIC_1308968 | CORECIVIC_1795848 | CORECIVIC_1795848 |
| 129 | CORECIVIC_1324257 | CORECIVIC_1324259 | CORECIVIC_1795849 | CORECIVIC_1795851 |
| 130 | CORECIVIC_1324260 | CORECIVIC_1324262 | CORECIVIC_1795852 | CORECIVIC_1795854 |
| 131 | CORECIVIC_1324263 | CORECIVIC_1324264 | CORECIVIC_1795855 | CORECIVIC_1795856 |
| 132 | CORECIVIC_1324265 | CORECIVIC_1324268 | CORECIVIC_1795857 | CORECIVIC_1795860 |
| 133 | CORECIVIC_1324269 | CORECIVIC_1324269 | CORECIVIC_1795861 | CORECIVIC_1795861 |

| 134 | CORECIVIC_1330912 | CORECIVIC_1330913 | CORECIVIC_1795862 | CORECIVIC_1795863 |
|-----|-------------------|-------------------|-------------------|-------------------|
| 135 | CORECIVIC_1331039 | CORECIVIC_1331041 | CORECIVIC_1795864 | CORECIVIC_1795866 |
| 136 | CORECIVIC_1332144 | CORECIVIC_1332144 | CORECIVIC_1795867 | CORECIVIC_1795867 |
| 137 | CORECIVIC_1332145 | CORECIVIC_1332155 | CORECIVIC_1795868 | CORECIVIC_1795878 |

# EXHIBIT B

| Log Entry | Production - Begbates | Production - Endbates | Sent Date | From | Sent To | CC | BCC | Description |
|---|---|---|---|---|---|---|---|---|
| 1 | CORECIVIC_0197675 | CORECIVIC_0197675 | 5/13/2015 | Parker, Stephanie | Hall, Keith; Lindsey, Susan; Rainey, Jeff | Shew, Dianna; Nalley, Michael | | Communication with in-house counsel seeking or receiving legal advice regarding facility operations |
| 2 | CORECIVIC_0197676 | CORECIVIC_0197684 | 5/13/2015 | Parker, Stephanie | Hall, Keith; Lindsey, Susan; Rainey, Jeff | Shew, Dianna; Nalley, Michael | | Communication with in-house counsel seeking or receiving legal advice regarding facility operations |
| 3 | CORECIVIC_1502769 | CORECIVIC_1502769 | 6/20/2016 | Koehn, Brian | Gimesh, John | Hall, Keith | jeb.beasley@cca.com | Discussion regarding communication with in-house counsel seeking or receiving legal advice regarding facility operations |
| 4 | CORECIVIC_1502770 | CORECIVIC_1502774 | 6/20/2016 | Koehn, Brian | Gimesh, John | Hall, Keith | jeb.beasley@cca.com | Communication with in-house counsel seeking or receiving legal advice regarding facility operations |
| 5 | CORECIVIC_0585939 | CORECIVIC_0585939 | 6/13/2016 | Lucero, Christopher | Koehn, Brian | | | Discussion regarding communication with in-house counsel seeking or receiving legal advice regarding facility operations |
| 6 | CORECIVIC_0585940 | CORECIVIC_0585944 | 6/13/2016 | Lucero, Christopher | Koehn, Brian | | | Communication with in-house counsel seeking or receiving legal advice regarding facility operations |
| 7 | CORECIVIC_1575853 | CORECIVIC_1575853 | 10/9/2015 | Mullins, Michael | Berkebile, David | | | Discussion regarding communication with in-house counsel seeking or receiving legal advice regarding facility operations |
| 8 | CORECIVIC_1575854 | CORECIVIC_1575858 | 10/9/2015 | Mullins, Michael | Berkebile, David | | | Communication with in-house counsel seeking or receiving legal advice regarding facility operations |
| 9 | CORECIVIC_1575859 | CORECIVIC_1575867 | 10/9/2015 | Mullins, Michael | Berkebile, David | | | Communication with in-house counsel seeking or receiving legal advice regarding facility operations |
| 10 | CORECIVIC_1575868 | CORECIVIC_1575872 | 10/9/2015 | Mullins, Michael | Berkebile, David | | | Communication with in-house counsel regarding facility operations |
| 11 | CORECIVIC_1595970 | CORECIVIC_1595970 | 1/8/2016 | Miller, Michael | Hall, Keith | | | Discussion regarding communication with in-house counsel seeking or receiving legal advice regarding facility operations |
| 12 | CORECIVIC_1595971 | CORECIVIC_1595974 | 1/8/2016 | Miller, Michael | Hall, Keith | | | Communication with in-house counsel seeking or receiving legal advice regarding facility operations |
| 13 | CORECIVIC_1293376; ( | CORECIVIC_1293377; ( | 6/6/2016 | Tabor, Frank | Pugh, Michael | | | Discussion regarding communication with in-house counsel seeking or receiving legal advice regarding facility operations |
| 14 | CORECIVIC_1293378; ( | CORECIVIC_1293380; ( | 6/6/2016 | Tabor, Frank | Pugh, Michael | | | Communication with in-house counsel seeking or receiving legal advice regarding facility operations |

Eric C. Pettis
Direct Dial: +1.213.891.7397
Email: eric.pettis@lw.com

## LATHAM&WATKINS LLP

355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Tel: +1.213.485.1234 Fax: +1.213.891.8763
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Seoul |
| Houston | Shanghai |
| London | Silicon Valley |
| Los Angeles | Singapore |
| Madrid | Tokyo |
| Milan | Washington, D.C. |

December 8, 2018

**VIA FEDERAL EXPRESS**

Christopher Lyons
c/o Christine Milliron
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
clyons@rgrdlaw.com

Re: *Grae v. Corrections Corp. of America, et al.*, No. 3:16-cv-02267

Counsel:

Please find enclosed a hard drive containing Defendants' twelfth document production in response to Plaintiff's First and Second Set of Requests for Production of Documents to Defendants (the "Requests"), served on January 30, 2018 and June 1, 2018 respectively. The production contains documents bearing Bates-numbers **CORECIVIC_1806482** to **CORECIVIC_2164875**. We have redacted the following private information contained in the documents: inmate names, inmate identification numbers, inmate or employee medical information, social security numbers, names of minors, financial account information, security information (e.g., passcodes, lock codes), birthdates, and personal phone numbers.

Pursuant to the Revised Stipulation and Protective Order entered in this action on February 12, 2018, Defendants have designated the documents in this production as "Confidential." Furthermore, Defendants do not intend to waive any privileges or work product protections in making this production. To the extent the production discloses any privileged or otherwise protected information, such disclosure is inadvertent and does not constitute a waiver.

Please do not hesitate to contact us directly if you have any questions or concerns.

Best regards,

Eric C. Pettis
of LATHAM & WATKINS LLP

CC: Brian Glennon        Morgan Whitworth        Willow Radcliffe
    David Schindler      Faraz Mohammadi         Christopher Wood
    Steve Riley          Russell Taber
    Trey McGee           Dennis Herman