# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| NIKKI BOLLINGER GRAE, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:16-cv-02267 |
| ) | Judge Trauger |
| CORRECTIONS CORPORATION ) | |
| OF AMERICA, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

It is hereby ORDERED that the defendants shall respond to the Lead Plaintiff's Motion for Reconsideration of the January 18, 2019 Order Denying Class Certification (Docket no. 148) by February 15, 2019.

It is so **ORDERED**.

ENTER this 4th day of February 2019.

_____
ALETA A. TRAUGER
U.S. District Judge