
Motion GRANTED.

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> CORRECTIONS CORPORATION OF AMERICA, et al., <br><br> Defendants. | Civil Action No. 3:16-cv-02267 <br><br> Honorable Aleta A. Trauger |

## DEFENDANTS' MOTION FOR CERTAIN CONFIDENTIAL DOCUMENTS TO REMAIN UNDER SEAL

Pursuant to the Stipulation and Protective Order entered in this case (Dkt. No. 84) (the "Protective Order"), Defendants respectfully request that the Court maintain the sealing of the confidential exhibits identified below, which Plaintiff filed in support of its Motion for Reconsideration of the January 18, 2019 Order Denying Class Certification (the "Motion") (Dkt. No. 148). These exhibits – some of which the Court has already found to be confidential and which it previously ordered to be sealed – are non-public documents which Defendants have designated "CONFIDENTIAL" pursuant to the Revised Stipulation and Protective Order (the "Protective Order") (Dkt. No. 86). Each exhibit contains confidential, proprietary information concerning the business strategies and operations of CoreCivic, Inc., formerly known as