IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| NIKKI BOLLINGER GRAE, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 3:16-cv-02267 |
| | ) | Judge Trauger |
| CORRECTIONS CORPORATION | ) | |
| OF AMERICA, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

It is hereby ORDERED that a telephone conference will be held with counsel for the parties on Tuesday, February 12, 2019 at 1:30 p.m. Judge Trauger's Courtroom Deputy will email to counsel the number they need to call in order to participate in the telephone conference.

It is so **ORDERED**.

ENTER this 8th day of February 2019.

_____
ALETA A. TRAUGER
U.S. District Judge