IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NIKKI BOLLINGER GRAE, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:16-cv-02267 |
| ) | Judge Trauger |
| CORRECTIONS CORPORATION ) | |
| OF AMERICA, ET AL., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

A telephone conference was held with counsel for the parties on February 12, 2019. The following are hereby ORDERED:

1. All current case management deadlines and the order setting this case for trial on April 21, 2020 and for pretrial conference on April 17, 2020 are hereby VACATED.

2. Within sixty (60) days, the parties shall file a proposed amended case management order that establishes new deadlines, unless the case settles in the mediation scheduled for February 28, 2019.

3. The plaintiffs shall file a reply to the defense response to the Motion to Reconsider by February 22, 2019.

4. Until new deadlines have been established by order of the court, the only discovery that may proceed is outstanding third-party discovery. All other discovery is STAYED.

It is so **ORDERED**.

ENTER this 12th day of February 2019.

_____
ALETA A. TRAUGER
U.S. District Judge