| | | |
|---|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:16-cv-02267 |
| v. | ) ) ) | Judge Aleta A. Trauger |
| CORRECTIONS CORPORATION OF AMERICA, DAMON T. HININGER, DAVID M. GARFINKLE, TODD J. MULLENGER, and HARLEY G. LAPPIN | ) ) ) ) ) ) | |
| Defendants. | ) | |

**DECLARATION OF MILTON S. MCGEE, III IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DENYING CLASS CERTIFICATION**

I, Milton S. McGee, III, declare as follows:

1. I am over 18 years of age and am competent to testify as to the matters stated in this Declaration. I am a member of good standing of the Tennessee bar and am admitted to practice in this Court. I am a member at the law firm of Riley Warnock & Jacobson, PLC and counsel for Defendants CoreCivic, Inc. ( "Company"), Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger, and Harley G. Lappin (collectively, "Defendants"). I hereby submit this Declaration in support of Defendants' Opposition to Plaintiff's Motion for Reconsideration of the Court's Order Denying Class Certification. I have personal knowledge of the facts set forth within.

2. Attached as **Exhibit 1** to this Declaration is a true and correct copy of an article entitled "Warehoused and Forgotten" that was published by the American Civil Liberties Union in June 2014.

3. Attached as **Exhibit 2** to this Declaration is a true and correct copy of an article entitled "Federal Officials Ignored Years of Internal Warnings About Deaths at Private Prisons" that was published by *The Nation* on June 15, 2016.

4. Based on consultation with Defendants' document production vendor, I understand that each of the Company documents Plaintiff asserted to be "newly discovered" evidence in its Motion for Reconsideration was produced in reviewable format weeks before October 26, 2018, when Plaintiff filed its Reply in support of Class Certification. The "technical difficulties" Plaintiff identified with respect to certain of the documents were corrupted links between documents in families (i.e., between emails and attachments) and inconsistent Bates stamping. The documents themselves were produced in-full and in reviewable format on the dates listed below:

1

| Plaintiff's Ex. | Production - Begbates | Production - Endbates | Produced Date |
|---|---|---|---|
| Ex. B | CORECIVIC_0042895 | CORECIVIC_0042895 | 7/23/2018 |
| Ex. C | CORECIVIC_1248552 | CORECIVIC_1248552 | 9/13/2018 |
| Ex. F | CORECIVIC_0085279 | CORECIVIC_0085279 | 7/31/2018 |
| Ex. G | CORECIVIC_0994940 | CORECIVIC_0994944 | 9/13/2018 |
| Ex. H | CORECIVIC_0035973 | CORECIVIC_0035974 | 7/23/2018 |
| Ex. I | CORECIVIC_1317980 | CORECIVIC_1317986 | 9/13/2018 |
| Ex. J | CORECIVIC_0102020 | CORECIVIC_0102022 | 7/31/2018 |
| Ex. K | CORECIVIC_0683821 | CORECIVIC_0683825 | 8/30/2018 |
| Ex. L | CORECIVIC_0086682 | CORECIVIC_0086685 | 7/31/2018 |
| Ex. M | CORECIVIC_1042620 | CORECIVIC_1042645 | 9/13/2018 |
| Ex. N | CORECIVIC_0990231 | CORECIVIC_0990241 | 9/13/2018 |
| Ex. O | CORECIVIC_0990364 | CORECIVIC_0990364 | 9/13/2018 |
| Ex. P | CORECIVIC_0990736 | CORECIVIC_0990737 | 9/13/2018 |
| Ex. R | CORECIVIC_0991784 | CORECIVIC_0991784 | 9/13/2018 |
| Ex. S | CORECIVIC_0944767 | CORECIVIC_0944775 | 8/30/2018 |
| Ex. T | CORECIVIC_0030472 | CORECIVIC_0030473 | 7/23/2018 |
| Ex. U | CORECIVIC_0029150 | CORECIVIC_0029151 | 7/23/2018 |
| Ex. V | CORECIVIC_0990524 | CORECIVIC_0990525 | 9/13/2018 |
| Ex. W | CORECIVIC_0042160 | CORECIVIC_0042161 | 7/23/2018 |
| Ex. X | CORECIVIC_0151780 | CORECIVIC_0151781 | 7/31/2018 |
| Ex. Y | CORECIVIC_0086157 | CORECIVIC_0086159 | 7/31/2018 |
| Ex. Z | CORECIVIC_0114483 | CORECIVIC_0114484 | 7/31/2018 |
| Ex. AA | CORECIVIC_0088975 | CORECIVIC_0088976 | 7/31/2018 |
| Ex. BB | CORECIVIC_0393120 | CORECIVIC_0393121 | 8/30/2018 |
| Ex. CC | CORECIVIC_0199715 | CORECIVIC_0199715 | 7/31/2018 |
| Ex. DD | CORECIVIC_0201050 | CORECIVIC_0201051 | 7/31/2018 |
| Ex. EE | CORECIVIC_0058341 | CORECIVIC_0058342 | 7/31/2018 |
| Ex. FF | CORECIVIC_0990983 | CORECIVIC_0990985 | 9/13/2018 |
| Ex. GG | CORECIVIC_1153117 | CORECIVIC_1153117 | 9/13/2018 |
| Ex. HH | CORECIVIC_0090867 | CORECIVIC_0090868 | 7/31/2018 |

5. Pursuant to 26 U.S.C. §1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed on February 15, 2019, in Nashville, Tennessee.

                                        Respectfully submitted:

                                        */s/ Milton S. McGee, III*
                                        Milton S. McGee, III (TN #024150)
                                        RILEY WARNOCK & JACOBSON, PLC
                                        1906 West End. Ave.
                                        Nashville, TN 37203
                                        T: (615) 320-3700
                                        F: (615) 320-3737
                                        tmcgee@rwjplc.com

# CERTIFICATE OF SERVICE

      I hereby certify that service of the foregoing document was made upon the following Filing Users through the Electronic Filing System:

Paul Kent Bramlett
Robert Preston Bramlett
BRAMLETT LAW OFFICES
40 Burton Hills Blvd., Suite 200
P.O. Box 150734
Nashville, TN 37215
pknashlaw@aol.com
robert@bramlettlawoffices.com

Jeremy A. Lieberman
J. Alexander Hood II
Marc C. Gorrie
POMERANTZ LLP
600 Third Ave., 20th Floor
New York, NY 10016
jalieberman@pomlaw.com
ahood@pomlaw.com
mgorrie@pomlaw.com

David J. Schindler
Brian T. Glennon
Anna E. Berces
Morgan E. Whitworth
LATHAM & WATKINS LLP
355 South Grand Ave.
Los Angeles, CA 90071
david.schindler@lw.com
brian.glennon@lw.com
anna.berces@lw.com
morgan.whitworth@lw.com

Patrick V. Dahlstrom
POMERANTZ LLP
10 South La Salle St., Suite 3505
Chicago, IL 60603
pdahlstrom@pomlaw.com

Michael Goldberg
Brian Schall
GOLDBERG LAW PC
1999 Avenue of the Stars, Suite 100
Los Angeles, CA 90067
michael@goldberglawpc.com
brian@goldberglawpc.com

Christopher T. Cain
SCOTT & CAIN
550 W Main Avenue
Suite 601
Knoxville, TN 37902
cain@scottandcain.com

James A. Holifield , Jr.
HOLIFIELD JANICH RACHAL & ASSOCIATES, PLLC
11907 Kingston Pike
Suite 201
Knoxville, TN 37934
aholifield@holifieldlaw.com

| | |
|---|---|
| Christopher Hamp Lyons<br>Christopher M. Wood<br>ROBBINS GELLER<br>RUDMAN & DOWD LLP<br>414 Union Street<br>Suite 900<br>Nashville, TN 37219<br>clyons@rgrdlaw.com<br>cwood@rgrdlaw.com<br><br>Dennis J. Herman<br>Willow E. Radcliffe<br>Kenneth J. Black<br>ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>dennish@rgrdlaw.com<br>willowr@rgrdlaw.com<br>kennyb@rgrdlaw.com | Jerry E. Martin<br>BARRETT JOHNSTON MARTIN &<br>GARRISON, LLC<br>Bank of America Plaza<br>414 Union Street<br>Suite 900<br>Nashville, TN 37219<br>jmartin@barrettjohnston.com |

this 15th day of February, 2019.

    /s/ Steve A. Riley
   Steven A. Riley