UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>                       Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>                       Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL |

Having considered Lead Plaintiff's[1] Motion for Leave to File Under Seal (the "Motion") indicating that information referenced in the Reply in Support of Lead Plaintiff's Motion for Reconsideration of the January 18, 2019 Order Denying Class Certification ("Reply") has been designated as Confidential pursuant to the Protective Order entered in this action (ECF No. 86) and the Court's Order granting Defendants' motion to maintain this information under seal (ECF No. 156) IT IS HEREBY ORDERED that Plaintiff may file the Reply under seal.

IT IS SO ORDERED.

DATED: _____  _____
                                                                             THE HONORABLE ALETA A. TRAUGER
                                                                             UNITED STATES DISTRICT JUDGE

---

[1] "Plaintiff" is Lead Plaintiff Amalgamated Bank, as Trustee for the LongView Collective Investment Fund. "Defendants" are Corrections Corporation of America and certain of its executives.

- 1 -