UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CORRECTIONS CORPORATION OF AMERICA, DAMON T. HININGER, DAVID M. GARFINKLE, TODD J. MULLENGER, and HARLEY G. LAPPIN, | ) ) ) ) ) |
| Defendants. | ) ) |

Case No. 3:16-cv-2267
Judge Aleta A. Trauger

## ORDER

For the reasons explained in the accompanying Memorandum, the Motion for Reconsideration of the January 18, 2019 Order Denying Class Certification filed by Amalgamated Bank, as Trustee for the LongView Collective Investment Fund, ("Amalgamated") (Docket No. 148) is hereby **GRANTED**. The court's Order of January 18, 2019 (Docket No. 144) is hereby **VACATED** and Amalgamated's Motion to Certify Class (Docket No. 91) is **GRANTED**. It is **ORDERED** that the following class is certified in this case:

> All persons who purchased or otherwise acquired Corrections Corporation of America, Inc. ("CCA") securities between February 27, 2012 and August 17, 2016, inclusive, and who were damaged thereby. Excluded from the Class are: (a) CCA/CoreCivic, its parents, subsidiaries and any other entity owned or controlled by CCA/CoreCivic; (b) Damon T. Hininger, Todd J. Mullenger, and Harley G. Lappin; (c) all other executive officers and directors of CCA/CoreCivic or any of its parents, subsidiaries or other entities owned or controlled by CCA/CoreCivic; (d) all immediate family members of the foregoing, including grandparents, parents, spouses, siblings, children, grandchildren and steprelations of similar degree; and (e) all predecessors and successors in interest or assigns of any of the foregoing.

The court hereby **APPOINTS** Amalgamated as class representative and the law firm of Robbins Geller Rudman & Dowd LLP as Class Counsel.

It is so **ORDERED**.

ENTER this 26th day of March 2019.

_____
ALETA A. TRAUGER
United States District Judge