Case No. 19-502

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

In re: AMALGAMATED BANK, as Trustee for the LongView Collective Investment Fund

    Petitioner

Upon consideration of the petitioner's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

                                      **ENTERED PURSUANT TO RULE 45(a),**
                                      **RULES OF THE SIXTH CIRCUIT**
                                      Deborah S. Hunt, Clerk

Issued: March 29, 2019

## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: March 29, 2019

Mr. Andrew Love
Robbins Geller Rudman Dowd
1 Montgomery Street
Suite 1800
San Francisco, CA 94104

Ms. Melissa Arbus Sherry
Latham & Watkins
555 11th Street, N.W.
Suite 1000
Washington, DC 20004

Re: Case No. 19-502, *In re: Amalgamated Bank*
Originating Case No. : 3:16-cv-02267

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Jill Colyer on behalf of Antoinette Macon
Case Manager
Direct Dial No. 513-564-7015

cc: Ms. Susan Katina Alexander
    Mr. Brian Glennon
    Ms. Vicki Kinkade

Mr. Roman Martinez
Mr. Milton S. McGee III
Mr. Steven A. Riley
Mr. David J. Schindler

Enclosure

No mandate to issue