UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>JOINT SUBMISSION REGARDING REVISED CASE MANAGEMENT ORDER |

Pursuant to the Court's April 18, 2019 Order, Lead Plaintiff Amalgamated Bank, as Trustee for the LongView Collective Investment Fund ("Plaintiff"), and Defendants CoreCivic, Inc., formerly known as Corrections Corporation of America ("CoreCivic" or the "Company"), Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger and Harley G. Lappin (collectively, "Defendants"), submit the following Joint Submission Regarding Revised Case Management Order.

On March 26, 2019, the Court granted Plaintiff's Motion to Certify Class. Dkt. No. 166. Thereafter, on April 9, 2019, pursuant to Rule 23(f) of the Federal Rules of Civil Procedure, Defendants timely filed a petition for permission to appeal the Court's certification of the class with the Sixth Circuit Court of Appeals. On April 18, 2019, the Court ordered that party-related fact discovery be stayed for 60 days and that "prior to the expiration of the stay, the parties shall jointly file a revised Proposed Case Management Order." Dkt. No. 169.

The Sixth Circuit has not ruled on Defendants' Rule 23(f) petition as of the date of this submission. The parties have met and conferred and agree that, given the Court's April 18, 2019 Order staying party-related discovery, party-related[1] fact discovery in the case should remain stayed through the earlier of (i) 45 days from the date hereof or (ii) the date that the Sixth Circuit denies Defendants' Rule 23(f) petition. The parties further agree that they will file another joint submission (i) prior to the expiration of the 45-day stay period or, (ii) in the event that the Sixth Circuit issues a decision on the Rule 23(f) petition earlier than the expiration of the 45-day stay period, within seven days of that decision. Accordingly, the parties respectfully request that the Court enter an order to this effect.

---

[1] Consistent with the Court's April 18, 2019 Order, the parties agree that outstanding third-party discovery may proceed during the stay.

DATED: June 14, 2019                    Respectfully submitted:

                                        ROBBINS GELLER RUDMAN & DOWD LLP
                                        CHRISTOPHER M. WOOD, #032977
                                        CHRISTOPHER H. LYONS, #034853


                                         */s/ Christopher M. Wood*
                                        CHRISTOPHER M. WOOD

                                        414 Union Street, Suite 900
                                        Nashville, TN 37219
                                        Telephone: 800/449-4900
                                        615/252-3798 (fax)

                                        ROBBINS GELLER RUDMAN & DOWD LLP
                                        DENNIS J. HERMAN
                                        WILLOW E. RADCLIFFE
                                        KENNETH J. BLACK
                                        Post Montgomery Center
                                        One Montgomery Street, Suite 1800
                                        San Francisco, CA 94104
                                        Telephone: 415/288-4545
                                        415/288-4534 (fax)

                                        Lead Counsel for Plaintiff


                                        BARRETT JOHNSTON MARTIN
                                          & GARRISON, LLC
                                        JERRY E. MARTIN, #20193
                                        Bank of America Plaza
                                        414 Union Street, Suite 900
                                        Nashville, TN 37219
                                        Telephone: 615/244-2202
                                        615/252-3798 (fax)


DATED: June 14, 2019                    Respectfully submitted:

                                         */s/ Steven A. Riley*
                                        Steven A. Riley (TN #6258)
                                        Milton S. McGee, III (TN #024150)
                                        W. Russell Taber, III (TN #024741)
                                        RILEY WARNOCK & JACOBSON, PLC
                                        1906 West End. Ave.
                                        Nashville, TN 37203
                                        T: (615) 320-3700
                                        F: (615) 320-3737
                                        sriley@rwjplc.com
                                        tmcgee@rwjplc.com

David J. Schindler
Brian T. Glennon
LATHAM & WATKINS LLP
355 South Grand Ave.
Los Angeles, CA 90071
T: (213) 485-1234
F: (213) 891-8763
david.schindler@lw.com
brian.glennon@lw.com

Morgan E. Whitworth
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
T:  (415) 391-0600
F:  (415) 395-8095
morgan.whitworth@lw.com

*Attorneys for Defendants Corrections Corporation of America, Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger, and Harley G. Lappin*

# CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing document was served upon the following Filing Users through the Electronic Filing System:

Paul Kent Bramlett
Robert Preston Bramlett
BRAMLETT LAW OFFICES
40 Burton Hills Blvd., Suite 200
P.O. Box 150734
Nashville, TN 37215
pknashlaw@aol.com
robert@bramlettlawoffices.com

Jeremy A. Lieberman
J. Alexander Hood II
Marc C. Gorrie
POMERANTZ LLP
600 Third Ave., 20th Floor
New York, NY 10016
jalieberman@pomlaw.com
ahood@pomlaw.com
mgorrie@pomlaw.com

David J. Schindler
Brian T. Glennon
Anna E. Berces
Morgan E. Whitworth
LATHAM & WATKINS LLP
355 South Grand Ave.
Los Angeles, CA 90071
david.schindler@lw.com
brian.glennon@lw.com
anna.berces@lw.com
morgan.whitworth@lw.com

Patrick V. Dahlstrom
POMERANTZ LLP
10 South La Salle St., Suite 3505
Chicago, IL 60603
pdahlstrom@pomlaw.com

Michael Goldberg
Brian Schall
GOLDBERG LAW PC
1999 Avenue of the Stars, Suite 100
Los Angeles, CA 90067
michael@goldberglawpc.com
brian@goldberglawpc.com

Christopher T. Cain
SCOTT & CAIN
550 W Main Avenue
Suite 601
Knoxville, TN 37902
cain@scottandcain.com

James A. Holifield , Jr.
HOLIFIELD JANICH RACHAL & ASSOCIATES, PLLC
11907 Kingston Pike
Suite 201
Knoxville, TN 37934
aholifield@holifieldlaw.com

| | |
|---|---|
| Christopher Hamp Lyons<br>Christopher M. Wood<br>ROBBINS GELLER RUDMAN<br>& DOWD LLP<br>414 Union Street<br>Suite 900<br>Nashville, TN 37219<br>clyons@rgrdlaw.com<br>cwood@rgrdlaw.com | Jerry E. Martin<br>BARRETT JOHNSTON MARTIN &<br>GARRISON, LLC<br>Bank of America Plaza<br>414 Union Street<br>Suite 900<br>Nashville, TN 37219<br>jmartin@barrettjohnston.com |
| Dennis J. Herman<br>Willow E. Radcliffe<br>Kenneth J. Black<br>ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>dennish@rgrdlaw.com<br>willowr@rgrdlaw.com<br>kennyb@rgrdlaw.com | |

this 14th day of June, 2019.

/s/ Steven A. Riley<br>Steven A. Riley