IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| NIKKI BOLLINGER GRAE, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 3:16-cv-02267 |
| | ) | Judge Trauger |
| CORRECTIONS CORPORATION | ) | |
| OF AMERICA, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

As agreed to by the parties, it is hereby ORDERED that the stay imposed by the Order entered April 18, 2019 (Docket No. 169) shall remain in effect until the earlier of 45 days from the entry of this Order or the date that the Sixth Circuit Court of Appeals denies the defendants' Rule 23(f) Petition.

It is so **ORDERED**.

ENTER this 14th day of June 2019.

_____
ALETA A. TRAUGER
U.S. District Judge