UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>JOINT SUBMISSION REGARDING REVISED CASE MANAGEMENT ORDER |

Lead Plaintiff Amalgamated Bank, as Trustee for the LongView Collective Investment Fund ("Plaintiff"), and Defendants CoreCivic, Inc., formerly known as Corrections Corporation of America ("CoreCivic" or the "Company"), Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger and Harley G. Lappin (collectively, "Defendants"), submit the following Joint Submission Regarding Revised Case Management Order.

On March 26, 2019, the Court granted Plaintiff's Motion to Certify Class. Dkt. No. 166. Thereafter, on April 9, 2019, pursuant to Rule 23(f) of the Federal Rules of Civil Procedure, Defendants timely filed a petition for permission to appeal the Court's certification of the class with the Sixth Circuit Court of Appeals. On April 18, 2019, the Court ordered that party-related fact discovery be stayed for 60 days and that "prior to the expiration of the stay, the parties shall jointly file a revised Proposed Case Management Order." Dkt. No. 169.

Pursuant to the Court's April 18, 2019 Order, on June 14, 2019, the parties filed a joint submission requesting that party-related fact discovery in the case remain stayed through the earlier of (i) 45 days or (ii) the date that the Sixth Circuit denies Defendants' Rule 23(f) petition. Dkt. No. 170. That same day, the Court ordered "that the stay imposed by the Order entered April 18, 2019 (Docket No. 169) shall remain in effect until the earlier of 45 days from the entry of this Order or the date that the Sixth Circuit Court of Appeals denies the defendants' Rule 23(f) Petition." Dkt. No. 171.

The Sixth Circuit has not ruled on Defendants' Rule 23(f) petition as of the date of this submission. The parties have met and conferred and agree that, given the Court's previous Orders staying party-related discovery, party-related[1] fact discovery in the case should remain stayed through the earlier of (i) 30 days from the date hereof or (ii) the date that the Sixth Circuit denies Defendants' Rule 23(f) petition. The parties further agree that they will file another joint

---

[1] Consistent with the Court's April 18 and June 24, 2019 Orders, the parties agree that outstanding third-party discovery may proceed during the stay.

submission (i) prior to the expiration of the 30-day stay period or, (ii) in the event that the Sixth Circuit issues a decision on the Rule 23(f) petition earlier than the expiration of the 30-day stay period, within seven days of that decision. Accordingly, the parties respectfully request that the Court enter an order to this effect.

DATED: July 26, 2019                    Respectfully submitted:

                                                    ROBBINS GELLER RUDMAN & DOWD LLP
                                                    CHRISTOPHER M. WOOD, #032977
                                                    CHRISTOPHER H. LYONS, #034853

                                                    */s/ Christopher M. Wood*
                                                          CHRISTOPHER M. WOOD

                                                    414 Union Street, Suite 900
                                                    Nashville, TN  37219
                                                    Telephone:  800/449-4900
                                                    615/252-3798 (fax)

                                                    ROBBINS GELLER RUDMAN & DOWD LLP
                                                    DENNIS J. HERMAN
                                                    WILLOW E. RADCLIFFE
                                                    KENNETH J. BLACK
                                                    Post Montgomery Center
                                                    One Montgomery Street, Suite 1800
                                                    San Francisco, CA  94104
                                                    Telephone:  415/288-4545
                                                    415/288-4534 (fax)

                                                    Lead Counsel for Plaintiff

                                                    BARRETT JOHNSTON MARTIN
                                                      & GARRISON, LLC
                                                    JERRY E. MARTIN, #20193
                                                    Bank of America Plaza
                                                    414 Union Street, Suite 900
                                                    Nashville, TN  37219
                                                    Telephone:  615/244-2202
                                                    615/252-3798 (fax)

DATED: July 26, 2019					Respectfully submitted:

    */s/ Steven A. Riley*
Steven A. Riley (TN #6258)
Milton S. McGee, III (TN #024150)
W. Russell Taber, III (TN #024741)
RILEY WARNOCK & JACOBSON, PLC
1906 West End. Ave.
Nashville, TN 37203
T: (615) 320-3700
F: (615) 320-3737
sriley@rwjplc.com
tmcgee@rwjplc.com

David J. Schindler
Brian T. Glennon
LATHAM & WATKINS LLP
355 South Grand Ave.
Los Angeles, CA 90071
T: (213) 485-1234
F: (213) 891-8763
david.schindler@lw.com
brian.glennon@lw.com

Morgan E. Whitworth
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
T: (415) 391-0600
F: (415) 395-8095
morgan.whitworth@lw.com

*Attorneys for Defendants Corrections Corporation of America, Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger, and Harley G. Lappin*

# CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing document was served upon the following Filing Users through the Electronic Filing System:

Paul Kent Bramlett
Robert Preston Bramlett
BRAMLETT LAW OFFICES
40 Burton Hills Blvd., Suite 200
P.O. Box 150734
Nashville, TN 37215
pknashlaw@aol.com
robert@bramlettlawoffices.com

Jeremy A. Lieberman
J. Alexander Hood II
Marc C. Gorrie
POMERANTZ LLP
600 Third Ave., 20th Floor
New York, NY 10016
jalieberman@pomlaw.com
ahood@pomlaw.com
mgorrie@pomlaw.com

David J. Schindler
Brian T. Glennon
Anna E. Berces
Morgan E. Whitworth
LATHAM & WATKINS LLP
355 South Grand Ave.
Los Angeles, CA 90071
david.schindler@lw.com
brian.glennon@lw.com
anna.berces@lw.com
morgan.whitworth@lw.com

Patrick V. Dahlstrom
POMERANTZ LLP
10 South La Salle St., Suite 3505
Chicago, IL 60603
pdahlstrom@pomlaw.com

Michael Goldberg
Brian Schall
GOLDBERG LAW PC
1999 Avenue of the Stars, Suite 100
Los Angeles, CA 90067
michael@goldberglawpc.com
brian@goldberglawpc.com

Christopher T. Cain
SCOTT & CAIN
550 W Main Avenue
Suite 601
Knoxville, TN 37902
cain@scottandcain.com

James A. Holifield , Jr.
HOLIFIELD JANICH RACHAL & ASSOCIATES, PLLC
11907 Kingston Pike
Suite 201
Knoxville, TN 37934
aholifield@holifieldlaw.com

Christopher Hamp Lyons
Christopher M. Wood
ROBBINS GELLER RUDMAN
& DOWD LLP
414 Union Street
Suite 900
Nashville, TN 37219
clyons@rgrdlaw.com
cwood@rgrdlaw.com

Dennis J. Herman
Willow E. Radcliffe
Kenneth J. Black
ROBBINS GELLER RUDMAN
  & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
dennish@rgrdlaw.com
willowr@rgrdlaw.com
kennyb@rgrdlaw.com

Jerry E. Martin
BARRETT JOHNSTON MARTIN &
GARRISON, LLC
Bank of America Plaza
414 Union Street
Suite 900
Nashville, TN 37219
jmartin@barrettjohnston.com

this 26th day of July, 2019.

  /s/ Steven A. Riley
Steven A. Riley