IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NIKKI BOLLINGER GRAE, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:16-cv-02267 |
| ) | Judge Trauger |
| CORRECTIONS CORPORATION ) | |
| OF AMERICA, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

It is hereby ORDERED that party-related fact discovery shall remain STAYED until August 30, 2019 or seven (7) days from the issuance by the Sixth Circuit Court of Appeals of an order denying the defendants' Rule 23(f) petition, whichever occurs earlier.

The parties shall keep the court advised of developments in the Sixth Circuit Court of Appeals.

It is so **ORDERED**.

ENTER this 26th day of July 2019.

_____
ALETA A. TRAUGER
U.S. District Judge