# ATTACHMENT A

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>UNDERTAKING FOR SOURCE SELECTION INFORMATION |

The undersigned hereby certifies that he/she has received a copy of the amendment to the stipulated protective order (the "Protective Order Amendment") in the above-captioned case (the "Action"), that he/she has read the Protective Order Amendment, that he/she understands its terms and agrees to be bound by all of the provisions thereof and that he/she agrees to submit to the jurisdiction of the United States District Court for the Middle District of Tennessee for the enforcement thereof, even if such enforcement proceedings occur after termination of this Action.

The undersigned further certifies as follows:

1. I am not involved in competitive decision making for or on behalf of the parties or any entity or firm that might gain a competitive advantage from access to the material disclosed under the Protective Order Amendment. I do not provide advice or participate in any such decisions of such parties or any other entity or firm in matters involving similar or corresponding information about a competitor. This means that I do not, for example, provide advice concerning or participate in decisions about marketing or advertising strategies, product research and development, product design or competitive structuring and composition of bids, offers or proposals with respect to which the use of protected material could provide a competitive advantage.

2. I identify here (by writing "none" or listing names, position and responsibilities) any member of my immediate family who is an officer or holds a management position with a party or any entity or firm that might gain a competitive advantage from access to the material disclosed under the Protective Order Amendment:

_____

_____

3. I identify here (by writing "none" or identifying the name of the forum, case number, date and circumstances) instances within the last two years in which I have been denied admission to

a protective order, or had admission revoked, or been found to have violated a protective order issued by the Government Accountability Office or by an administrative or judicial tribunal:

_____

_____

4. I acknowledge that any violation of the terms of the Protective Order Amendment may result in the imposition of such sanctions as the Court deems appropriate. I further acknowledge that a party whose protected information is improperly disclosed shall be entitled to all remedies under law or equity, including breach of contract.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: _____  Name: _____

Title: _____

Signed: _____