UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br> vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>       Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING PRODUCTION OF DOCUMENTS BY THE BUREAU OF PRISONS |

WHEREAS, Lead Plaintiff and Class Representative Amalgamated Bank, as Trustee for the LongView Collective Investment Fund, served a subpoena (the "Subpoena") directed to the United States Bureau of Prisons (the "BOP") on or about March 6, 2018;

WHEREAS, since service of the Subpoena, Plaintiff and the BOP have engaged in various discussions regarding the production of documents in response to the Subpoena;

WHEREAS, the BOP has agreed to produce, in response to the Subpoena and subject to appropriate protections, copies of the documents submitted to the Office of the Inspector General of the U.S. Department of Justice (the "OIG") by the BOP in connection with the OIG's review of the BOP's use and monitoring of private prisons; the BOP's complete contract files relating to the contracts between Corrections Corporation of America/CoreCivic ("CCA") and the BOP regarding the management of the Adams County Correctional Center, the Cibola County Correctional Center, the Eden Detention Center, the McRae Correction Facility and the Northeast Ohio Correctional Center; and backup tapes containing Groupwise e-mails from the Eden Detention Center that were provided to the BOP by CCA when the Eden Detention Center contract was terminated (collectively, the "Subject Documents"), and Plaintiff and the BOP are continuing to confer about the details of production of additional documents, including e-mails within the BOP's Privatization Management Bureau and the Contract Facility Monitoring Branch;

WHEREAS, the Subject Documents may include information that may be protected under the Privacy Act of 1974 (5 U.S.C. §552a) or as Source Selection Information (48 C.F.R. §3.104-4);

WHEREAS, Plaintiff and the BOP have conferred and agree that the Stipulation and Protective Order entered on February 12, 2018 (ECF No. 86) will, once amended as proposed in the Stipulation and Proposed Order Amending Protective Order to Protect Source Selection Information that is being filed contemporaneously with this Stipulation, provide sufficient confidentiality

protections to permit production of the Subject Documents consistent with the Privacy Act and with protection of Source Selection Information; and

WHEREAS, the Privacy Act requires that the Court specifically authorize the BOP to release the Subject Documents;

NOW, THEREFORE, it is stipulated and agreed, by and between Plaintiff and the BOP, subject to the approval of the Court, that:

1. Promptly following entry by the Court of the Stipulation and Proposed Order Amending Protective Order to Protect Source Selection Information, the BOP shall produce to Plaintiff the Subject Documents; and

2. The Subject Documents, and any information derived from the Subject Documents (including, without limitation, any documents or data that are recovered or extracted from the Eden Detention Center backup tapes), shall be treated as Confidential or, if so designated by the BOP, as Source Selection Information, subject to the Stipulation and Protective Order, as amended by the Stipulation and Proposed Order Amending Protective Order to Protect Source Selection Information.

DATED: August 28, 2019         ROBBINS GELLER RUDMAN & DOWD LLP
                               CHRISTOPHER M. WOOD, #032977
                               CHRISTOPHER H. LYONS, #034853


                                       s/ Christopher M. Wood
                                     CHRISTOPHER M. WOOD

                               Post Montgomery Center
                               One Montgomery Street, Suite 1800
                               San Francisco, CA 94104
                               Telephone: 415/288-4545
                               415/288-4534 (fax)

ROBBINS GELLER RUDMAN & DOWD LLP
DENNIS J. HERMAN
WILLOW E. RADCLIFFE
KENNETH J. BLACK
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiff

BARRETT JOHNSTON MARTIN
  & GARRISON, LLC
JERRY E. MARTIN, #20193
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2202
615/252-3798 (fax)

Local Counsel

DATED: August 28, 2019

DONALD Q. COCHRAN
UNITED STATES ATTORNEY FOR THE
MIDDLE DISTRICT OF TENNESSEE


    s/ Mark H. Wildasin
MARK H. WILDASIN

Mark H. Wildasin (B.P.R. 015082)
Assistant United States Attorney
Middle District of Tennessee
110 Ninth Avenue South, Suite A-961
Nashville, TN 37203
Telephone: 615/736-5151
mark.wildasin@usdoj.gov

Counsel for the Federal Bureau of Prisons

\*   \*   \*

**O R D E R**

IT IS SO ORDERED.

DATED: _____   _____
                                                            THE HONORABLE ALETA A. TRAUGER
                                                            UNITED STATES DISTRICT JUDGE

- 3 -

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on August 28, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Christopher M. Wood
CHRISTOPHER M. WOOD
ROBBINS GELLER RUDMAN
& DOWD LLP
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 800/449-4900
615/252-3798 (fax)
E-mail: cwood@rgrdlaw.com

# Mailing Information for a Case 3:16-cv-02267 Grae v. Corrections Corporation of America et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Kenneth J. Black**
  kennyb@rgrdlaw.com

- **Paul Kent Bramlett**
  pknashlaw@aol.com

- **Robert P. Bramlett**
  robert@bramlettlawoffices.com

- **Christopher T. Cain**
  cain@scottandcain.com,ambrose@scottandcain.com

- **Patrick V. Dahlstrom**
  pdahlstrom@pomlaw.com

- **Brian T. Glennon**
  brian.glennon@lw.com

- **Michael Goldberg**
  michael@goldberglawpc.com

- **Marc Gorrie**
  mgorrie@pomlaw.com

- **Dennis J. Herman**
  dherman@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **James A. Holifield , Jr**
  aholifield@holifieldlaw.com

- **J. Alexander Hood , II**
  ahood@pomlaw.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,lpvega@pomlaw.com

- **Christopher Hamp Lyons**
  clyons@rgrdlaw.com,crosini@rgrdlaw.com,KennyB@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jerry E. Martin**
  jmartin@barrettjohnston.com,eseaborn@barrettjohnston.com,nchanin@barrettjohnston.com,jmartin@rgrdlaw.com,ggilbert@barrettjohnston.com

- **Milton S. McGee , III**
  tmcgee@rwjplc.com,dgibby@rwjplc.com

- **Faraz Mohammadi**
  faraz.mohammadi@lw.com

- **Willow E. Radcliffe**
  willowr@rgrdlaw.com,1905843420@filings.docketbird.com

- **Steven Allen Riley**
  sriley@rwjplc.com,dgibby@rwjplc.com

- **Brian Schall**
  brian@goldberglawpc.com

- **David J. Schindler**
  david.schindler@lw.com

- **Morgan E. Whitworth**
  morgan.whitworth@lw.com,morgan-whitworth-8044@ecf.pacerpro.com

- **Christopher M. Wood**
  cwood@rgrdlaw.com,smorris@rgrdlaw.com,9101599420@filings.docketbird.com,willowr@rgrdlaw.com,e_file_sd@rgrdlaw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`