UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> CORRECTIONS CORPORATION OF AMERICA, et al., <br><br> Defendants. | Civil Action No. 3:16-cv-02267 <br><br> Honorable Aleta A. Trauger <br><br> [PROPOSED] REVISED CASE MANAGEMENT ORDER |

Lead Plaintiff Amalgamated Bank, as Trustee for the LongView Collective Investment Fund ("Plaintiff"), and Defendants CoreCivic, Inc., formerly known as Corrections Corporation of America ("CoreCivic" or the "Company"), Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger and Harley G. Lappin (collectively, "Defendants") submit the following [Proposed] Revised Case Management Order.

On April 18, 2019, the Court issued a Memorandum and Order staying all discovery aside from outstanding third-party discovery for 60 days in light of Defendants' then-pending Federal Rule of Civil Procedure 23(f) petition. ECF No. 169. The Court extended the stay twice while the United States Court of Appeals for the Sixth Circuit considered Defendants' petition. ECF Nos. 171, 173.

On August 23, 2019, the United States Court of Appeals for the Sixth Circuit issued an Order denying Defendants' Federal Rule of Civil Procedures 23(f) petition. ECF No. 174. Pursuant to the Court's July 26, 2019 Order, the stay will expire on August 30, 2019. ECF No. 173.

Because the pretrial schedule set forth in the February 15, 2018 Initial Case Management Order (ECF No. 88) is now untenable, the parties have met and conferred and have agreed on the following deadlines to govern the remainder of the case:

| Matter | Original Date | New Date |
|---|---|---|
| Fact Discovery Cutoff | March 29, 2019 | April 17, 2020 |
| Deadline to Submit Joint Mediation Report | April 1, 2019 | April 20, 2020 |
| Deadline for Filing of Discovery-Related Motions | April 17, 2019 | May 8, 2020 |
| The Parties Declare Experts and Produce Expert Reports Pursuant to Fed. R. Civ. P. 26(a)(2) | May 15, 2019 | June 12, 2020 |
| • Rebuttal | June 19, 2019 | July 24, 2020 |
| • Completion of Expert Depositions | July 31, 2019 | September 4, 2020 |
| Dispositive & *Daubert* Motions | | |
| • Opening Briefs | September 27, 2019 | October 16, 2020 |

| Matter | Original Date | New Date |
|---|---|---|
| • Oppositions | November 15, 2019 | December 18, 2020 |
| • Replies | December 20, 2019 | January 22, 2021 |
| Pretrial Conference | April 17, 2020 at 1:30 p.m. | April 16, 2021 at 1:30 p.m. |
| Trial | April 21, 2020 | May 18, 2021 |

DATED: August 30, 2019            ROBBINS GELLER RUDMAN & DOWD LLP
                                                  CHRISTOPHER M. WOOD, #032977
                                                  CHRISTOPHER H. LYONS, #034853

                                                           s/ Christopher M. Wood
                                                    CHRISTOPHER M. WOOD

                                                  414 Union Street, Suite 900
                                                  Nashville, TN 37219
                                                  Telephone: 800/449-4900
                                                  615/252-3798 (fax)

                                                  ROBBINS GELLER RUDMAN & DOWD LLP
                                                  DENNIS J. HERMAN
                                                  WILLOW E. RADCLIFFE
                                                  KENNETH J. BLACK
                                                  Post Montgomery Center
                                                  One Montgomery Street, Suite 1800
                                                  San Francisco, CA 94104
                                                  Telephone: 415/288-4545
                                                  415/288-4534 (fax)

                                                  Lead Counsel for Plaintiff

                                                  BARRETT JOHNSTON MARTIN
                                                    & GARRISON, LLC
                                                  JERRY E. MARTIN, #20193
                                                  Bank of America Plaza
                                                  414 Union Street, Suite 900
                                                  Nashville, TN 37219
                                                  Telephone: 615/244-2202
                                                  615/252-3798 (fax)

                                                  Local Counsel

DATED: August 30, 2019            Respectfully submitted:

                                                           s/ Milton S. McGee, III
                                                  MILTON S. McGEE, III

Steven A. Riley (TN #6258)
Milton S. McGee, III (TN #024150)
W. Russell Taber, III (TN #024741)
RILEY WARNOCK & JACOBSON, PLC
1906 West End Avenue
Nashville, TN  37203
T: (615) 320-3700
F: (615) 320-3737
sriley@rwjplc.com
tmcgee@rwjplc.com
rtaber@rwjplc.com

David J. Schindler
Brian T. Glennon
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, CA  90071
T: (213) 485-1234
F: (213) 891-8763
david.schindler@lw.com
brian.glennon@lw.com

Morgan E. Whitworth
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
T: (415) 391-0600
F: (415) 395-8095
morgan.whitworth@lw.com

*Attorneys for Defendants Corrections Corporation of America, Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger, and Harley G. Lappin*

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on August 30, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/Christopher M. Wood
CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN
 & DOWD LLP
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 800/449-4900
615/252-3798 (fax)

E-mail: cwood@rgrdlaw.com

# Mailing Information for a Case 3:16-cv-02267 Grae v. Corrections Corporation of America et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Kenneth J. Black**
  kennyb@rgrdlaw.com

- **Paul Kent Bramlett**
  pknashlaw@aol.com

- **Robert P. Bramlett**
  robert@bramlettlawoffices.com

- **Christopher T. Cain**
  cain@scottandcain.com,ambrose@scottandcain.com

- **Patrick V. Dahlstrom**
  pdahlstrom@pomlaw.com

- **Brian T. Glennon**
  brian.glennon@lw.com

- **Michael Goldberg**
  michael@goldberglawpc.com

- **Marc Gorrie**
  mgorrie@pomlaw.com

- **Dennis J. Herman**
  dherman@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **James A. Holifield , Jr**
  aholifield@holifieldlaw.com

- **J. Alexander Hood , II**
  ahood@pomlaw.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,lpvega@pomlaw.com

- **Christopher Hamp Lyons**
  clyons@rgrdlaw.com,crosini@rgrdlaw.com,KennyB@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jerry E. Martin**
  jmartin@barrettjohnston.com,eseaborn@barrettjohnston.com,nchanin@barrettjohnston.com,jmartin@rgrdlaw.com,ggilbert@barrettjohnston.com

- **Milton S. McGee , III**
  tmcgee@rwjplc.com,dgibby@rwjplc.com

- **Faraz Mohammadi**
  faraz.mohammadi@lw.com

- **Willow E. Radcliffe**
  willowr@rgrdlaw.com,1905843420@filings.docketbird.com

- **Steven Allen Riley**
  sriley@rwjplc.com,dgibby@rwjplc.com

- **Brian Schall**
  brian@goldberglawpc.com

- **David J. Schindler**
  david.schindler@lw.com

- **Morgan E. Whitworth**
  morgan.whitworth@lw.com,morgan-whitworth-8044@ecf.pacerpro.com

- **Christopher M. Wood**
  cwood@rgrdlaw.com,smorris@rgrdlaw.com,9101599420@filings.docketbird.com,willowr@rgrdlaw.com,e_file_sd@rgrdlaw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`