UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>Defendants. | Civil Action No. 3:16-cv-02267 Honorable Aleta A. Trauger<br><br>REVISED CASE MANAGEMENT ORDER |

Lead Plaintiff Amalgamated Bank, as Trustee for the LongView Collective Investment Fund ("Plaintiff"), and Defendants CoreCivic, Inc., formerly known as Corrections Corporation of America ("CoreCivic" or the "Company"), Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger and Harley G. Lappin (collectively, "Defendants") submit the following [Proposed] Revised Case Management Order.

On April 18, 2019, the Court issued a Memorandum and Order staying all discovery aside from outstanding third-party discovery for 60 days in light of Defendants' then-pending Federal Rule of Civil Procedure 23(f) petition. ECF No. 169. The Court extended the stay twice while the United States Court of Appeals for the Sixth Circuit considered Defendants' petition. ECF Nos. 171, 173.

On August 23, 2019, the United States Court of Appeals for the Sixth Circuit issued an Order denying Defendants' Federal Rule of Civil Procedures 23(f) petition. ECF No. 174. Pursuant to the Court's July 26, 2019 Order, the stay will expire on August 30, 2019. ECF No. 173.

Because the pretrial schedule set forth in the February 15, 2018 Initial Case Management Order (ECF No. 88) is now untenable, the parties have met and conferred and have agreed on the following deadlines to govern the remainder of the case:

| Matter | Original Date | New Date |
|---|---|---|
| Fact Discovery Cutoff | March 29, 2019 | April 17, 2020 |
| Deadline to Submit Joint Mediation Report | April 1, 2019 | April 20, 2020 |
| Deadline for Filing of Discovery-Related Motions | April 17, 2019 | May 8, 2020 |
| The Parties Declare Experts and Produce Expert Reports Pursuant to Fed. R. Civ. P. 26(a)(2) | May 15, 2019 | June 12, 2020 |
| • Rebuttal | June 19, 2019 | July 24, 2020 |
| • Completion of Expert Depositions | July 31, 2019 | September 4, 2020 |
| Dispositive & *Daubert* Motions | | |
| • Opening Briefs | September 27, 2019 | October 16, 2020 |

- 1 -

| Matter | Original Date | New Date |
|---|---|---|
| • Oppositions | November 15, 2019 | December 18, 2020 |
| • Replies | December 20, 2019 | January 22, 2021 |
| | | |
| | | |

ROBBINS GELLER RUDMAN & DOWD LLP
CHRISTOPHER M. WOOD, #032977
CHRISTOPHER H. LYONS, #034853

s/ Christopher M. Wood
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 800/449-4900
615/252-3798 (fax)

ROBBINS GELLER RUDMAN & DOWD
LLP DENNIS J. HERMAN
WILLOW E. RADCLIFFE
KENNETH J. BLACK
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax) Lead Counsel for Plaintiff

BARRETT JOHNSTON MARTIN
  & GARRISON, LLC
JERRY E. MARTIN, #20193
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2202
615/252-3798 (fax) Local Counsel

Respectfully submitted:

s/ Milton S. McGee, III

ENTER this 3rd day of September 2019.

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE