UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated, ) ) ) ) | |
| Plaintiff, ) ) | Case No. 3:16-cv-02267 |
| v. ) ) | Judge Aleta A. Trauger |
| CORRECTIONS CORPORATION OF AMERICA, DAMON T. HININGER, DAVID M. GARFINKLE, TODD J. MULLENGER, and HARLEY G. LAPPIN ) ) ) ) ) ) | |
| Defendants. ) | |

## MOTION TO ADMIT SARAH ANN TOMKOWIAK *PRO HAC VICE*

Pursuant to Local Rule 83.01(d), Defendants CoreCivic, Inc., formerly known as Correction Corporation of America, Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger, and Harley G. Lappin hereby move the Court for an Order allowing Sarah Ann Tomkowiak of the firm Latham & Watkins, LLP, 555 Eleventh Street, NW, Suite 1000, Washington, D.C. 20004-1304, (202) 637-2335, sarah.tomkowiak@lw.com to appear and practice in this action. As evidenced by the Certificate of Good Standing submitted herewith, Ms. Tomkowiak is a member in good standing of the United States District Court for the District of Columbia.

Respectfully submitted:

  s/ Steven A. Riley
Steven A. Riley (TN #6258)
Milton S. McGee, III (TN #024150)
RILEY WARNOCK & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
T: (615) 320-3700
F: (615) 320-3737
sriley@rwjplc.com
tmcgee@rwjplc.com

David J. Schindler (admitted *pro hac vice*)
Brian T. Glennon (admitted *pro hac vice*)
Faraz Mohammadi (admitted *pro hac vice*)
LATHAM & WATKINS LLP
355 South Grand Ave.
Los Angeles, CA 90071
T: (213) 485-1234
F: (213) 891-8763
david.schindler@lw.com
brian.glennon@lw.com
faraz.mohammadi@lw.com

Anna E. Berces (admitted *pro hac vice)*
Morgan E. Whitworth (admitted *pro hac vice)*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
T: (415) 391-0600
F: (415) 395-8095
anna.berces@lw.com
morgan.whitworth@lw.com

*Attorneys for Defendants Corrections Corporation of America, Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger, and Harley G. Lappin*

**CERTIFICATE OF SERVICE**

I hereby certify that service of the foregoing document was made upon the following Filing Users through the Electronic Filing System:

Paul Kent Bramlett
Robert Preston Bramlett
BRAMLETT LAW OFFICES
40 Burton Hills Blvd., Suite 200
P.O. Box 150734
Nashville, TN 37215
pknashlaw@aol.com
robert@bramlettlawoffices.com

Jeremy A. Lieberman
J. Alexander Hood II
Marc C. Gorrie
POMERANTZ LLP
600 Third Ave., 20th Floor
New York, NY 10016
jalieberman@pomlaw.com
ahood@pomlaw.com
mgorrie@pomlaw.com


Jerry E. Martin
BARRETT JOHNSTON MARTIN & GARRISON, LLC
Bank of America Plaza
414 Union Street
Suite 900
Nashville, TN 37219
jmartin@barrettjohnston.com

Patrick V. Dahlstrom
POMERANTZ LLP
10 South La Salle St., Suite 3505
Chicago, IL 60603
pdahlstrom@pomlaw.com

Michael Goldberg
Brian Schall
GOLDBERG LAW PC
1999 Avenue of the Stars, Suite 100
Los Angeles, CA 90067
michael@goldberglawpc.com
brian@goldberglawpc.com

Christopher T. Cain
SCOTT & CAIN
550 W Main Avenue
Suite 601
Knoxville, TN 37902
cain@scottandcain.com

James A. Holifield , Jr.
HOLIFIELD JANICH RACHAL & ASSOCIATES, PLLC
11907 Kingston Pike
Suite 201
Knoxville, TN 37934
aholifield@holifieldlaw.com

| Christopher Hamp Lyons | Dennis J. Herman |
| Christopher M. Wood | Willow E. Radcliffe |
| ROBBINS GELLER RUDMAN | Kenneth J. Black |
| & DOWD LLP | ROBBINS GELLER RUDMAN |
| 414 Union Street |   & DOWD LLP |
| Suite 900 | Post Montgomery Center |
| Nashville, TN 37219 | One Montgomery Street, Suite 1800 |
| clyons@rgrdlaw.com | San Francisco, CA 94104 |
| cwood@rgrdlaw.com | dennish@rgrdlaw.com |
| | willowr@rgrdlaw.com |
| | kennyb@rgrdlaw.com |

this 12th day of November, 2019.

      /s/ Steven A. Riley
    Steven A. Riley