# EXHIBIT A

# United States District & Bankruptcy Courts for the District of Columbia
## CLERK'S OFFICE
333 Constitution Avenue, NW
Washington, DC 20001

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

## SARAH A. TOMKOWIAK

was, on the ___1st___ day of ___May___ A.D. ___2009___ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this ___12th___ day of ___November___ A.D. ___2019___.



**ANGELA D. CAESAR, CLERK**

By: _____

**Deputy Clerk**