# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Nikki Bollinger Grae, et al.

                                Plaintiff,

v.                                      Case No.: 3:16−cv−02267

Corrections Corporation of America, et al.

                                Defendant,

## ORDER ON MOTION TO APPEAR PRO HAC VICE

Having satisfied the requirements of Local Rule 83.01(b), the motion to appear *pro hac vice* (Doc. No. 182) of Sarah A. Tomkowiak is GRANTED.

                                                                  s/ Kirk L. Davies, Clerk of Court