UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>DECLARATION OF JASON A. FORGE IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* |

I, Jason A. Forge, declare under oath:

1. I am a member of the law firm Robbins Geller Rudman & Dowd LLP, located at 655 West Broadway, Suite 1900, San Diego, CA 92101. My telephone number is (619) 231-1058 and my e-mail address is jforge@rgrdlaw.com. I am a member of the Bar of the State of California, Bar No. 181542.

2. I submit this Declaration in support of my Motion for Admission *Pro Hac Vice* on behalf of Lead Plaintiff Amalgamated Bank, as Trustee for the LongView Collective Investment Fund in the above-captioned action.

3. I am a member in good standing of the bar for the United States District Court for the Northern District of California. A true and correct Certificate of Good Standing from the United States District Court for the Northern District of California is attached as Exhibit A.

4. I am not, nor have I ever been, the subject of disciplinary or criminal proceedings.

5. I hereby acknowledge my responsibility for compliance with all rules of this Court and agree to confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of this proceeding.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 18, 2019, at San Diego, California.

DATED: December 18, 2019    ROBBINS GELLER RUDMAN & DOWD LLP
JASON A. FORGE

s/ Jason A. Forge
JASON A. FORGE

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
jforge@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
DENNIS J. HERMAN
WILLOW E. RADCLIFFE
KENNETH J. BLACK
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
dennish@rgrdlaw.com
willowr@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
CHRISTOPHER M. WOOD, #032977
CHRISTOPHER H. LYONS, #034853
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 800/449-4900
615/252-3798 (fax)
cwood@rgrdlaw.com
clyons@rgrdlaw.com

Lead Counsel for Plaintiff

BARRETT JOHNSTON MARTIN
  & GARRISON, LLC
JERRY E. MARTIN, #20193
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2202
615/252-3798 (fax)

Local Counsel

# EXHIBIT A



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *JASON ADEEB FORGE*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that **JASON ADEEB FORGE, #181542,** was on the **17th day of JANUARY, 1996,** duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the **18th day of DECEMBER 2019.***

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
*Margarita Arroyo, Assistant Deputy Clerk*