# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Jason A. Forge

Bar Number 181542

was duly admitted to practice in this this Court on July 20, 2016, and is in good standing as a member of the bar of this Court.

Signed on January 2, 2020 by

*Susan Y. Soong*

Susan Y. Soong, Clerk of Court

