# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Nikki Bollinger Grae, et al.

                                            Plaintiff,

v.                                                                           Case No.: 3:16–cv–02267

Corrections Corporation of America, et al.

                                            Defendant,

## ORDER ON MOTION TO APPEAR PRO HAC VICE

Having satisfied the requirements of Local Rule 83.01(b), the motion to appear *pro hac vice* (Doc. No. 186) of Jason A. Forge is GRANTED.

                                                                            s/ Kirk L. Davies, Clerk of Court