IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NIKKI BOLLINGER GRAE, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:16-cv-02267 |
| ) | Judge Trauger |
| CORRECTIONS CORPORATION ) | |
| OF AMERICA, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

A discovery dispute telephone conference was held with counsel for the parties on February 13, 2020. It is hereby ORDERED that the plaintiff shall file a motion related to privileged documents by February 27, 2020, to which the defendants shall respond by March 12, 2020. Each side has permission to supply *in camera* up to five documents for the court to consider in resolving this motion.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge