UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>  vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>                Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL |

Having considered Lead Plaintiff's[1] Motion to File Under Seal (the "Motion"), and Defendants (as the Producing Party), having designated the information or documents referenced in the: (i) Memorandum of Law in Support of Lead Plaintiff's Motion to Compel Production of Improperly Withheld Documents ("Motion to Compel"); and (ii) the Declaration of Christopher M. Wood in Support of Lead Plaintiff's Motion to Compel Production of Improperly Withheld Documents and the Exhibits thereto ("Wood Declaration") as "Confidential Discovery Material" pursuant to the Protective Order (ECF No. 86), IT IS HEREBY ORDERED that:

1. Plaintiff's Motion to Compel and the Wood Declaration may be filed under seal.

2. Unless Defendants (as the Producing Party) file a motion for continued sealing on or before March 5, 2020, the Motion to Compel and the Wood Declaration shall be unsealed and become part of the public record without need for further order of the Court; and

3. If Defendants (as the Producing Party) file a motion for continued sealing of the Motion to Compel and the Wood Declaration, any other party may file a response to the motion for continued sealing on or before March 12, 2020.

IT IS SO ORDERED.

DATED: _____ _____
THE HONORABLE ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE

---

[1] "Lead Plaintiff" is Lead Plaintiff and Proposed Class Representative Amalgamated Bank, as Trustee for the LongView Collective Investment Fund. "Defendants" are Corrections Corporation of America ("CCA") and certain of its executives. Following the filing of this action, Defendants rebranded CCA and now refer to it as CoreCivic.