# EXHIBIT 4
# [Filed Under Seal]

Submitted for In Camera Privilege Review
Pursuant to the Court's February 13, 2020 Order

| | |
|---|---|
| From: | Grande, Tony |
| Sent: | Friday, April 11, 2014 10:51 AM |
| To: | Beasley, Jeb; Verhulst, Bart |
| Subject: | Fwd: New OIG Audit: Review of the Federal Bureau of Prisons' Private Prison Contract Monitoring |
| Attachments: | 2014-03-10 Initiation Memorandum A-2014-003_1.pdf; ATT00001.htm |

FYI

Sent from my iPhone

Begin forwarded message:

> **From:** "Grande, Tony" <Tony.Grande@cca.com>
> **To:** "Hininger, Damon" <Damon.Hininger@cca.com>, "Groom, Steve" <Steve.Groom@cca.com>
> **Cc:** "Lappin, Harley" <Harley.Lappin@cca.com>
> **Subject: Fwd: New OIG Audit: Review of the Federal Bureau of Prisons' Private Prison Contract Monitoring**
>
> Harley - how should we take this? Any connection to recent ICE action? Is this something that we've dealt with before with BOP/OIG?
>
> Sent from my iPhone
>
> Begin forwarded message:
>
> From: "Beasley, Jeb" <Jeb.Beasley@cca.com<mailto:Jeb.Beasley@cca.com>>
> To: "Robinson, John" <John.Robinson@cca.com<mailto:John.Robinson@cca.com>>, "Lappin, Harley" <Harley.Lappin@cca.com<mailto:Harley.Lappin@cca.com>>, "Hall, Keith" <Keith.Hall@cca.com<mailto:Keith.Hall@cca.com>>
> Cc: "Verhulst, Bart" <Bart.Verhulst@cca.com<mailto:Bart.Verhulst@cca.com>>, "Grande, Tony" <Tony.Grande@cca.com<mailto:Tony.Grande@cca.com>>, "Wiley, Jeremy" <Jeremy.Wiley@cca.com<mailto:Jeremy.Wiley@cca.com>>
> Subject: FW: New OIG Audit: Review of the Federal Bureau of Prisons' Private Prison Contract Monitoring
>
> Fyi.
> Jeb Beasley
> CCA
> Managing Director, Federal and Local
> Partnership Relations
> 10 Burton Hills Blvd.
> Nashville, TN 37215
> ph (615) 263-6615
> cell (615) 478-2260
> FAX (615) 263-3090

1

CONFIDENTIAL                                                                                                              CORECIVIC_0959395

From: Donna Mellendick [mailto:DMellendick@bop.gov]
Sent: Friday, April 11, 2014 8:45 AM
To: Beasley, Jeb; John Hurley; Odie Washington; Won Bang
Cc: Angela Dunbar; Celia Santana; Cathy S Scott; Douglas M Martz; Jon Gustin; Linda Thomas; Marcus Baldwin; Pamela Jones
Subject: New OIG Audit: Review of the Federal Bureau of Prisons' Private Prison Contract Monitoring

John, Jeb, Odie, Judge Bang -

The Bureau recently received notification of a new OIG audit entitled "Review of the Federal Bureau of Prisons' Private Prison Contract Monitoring." The OIG's tentative audit objectives are: 1) Examine how the BOP monitors contract prisons 2) Whether contractor's performance meets requirements related to specific inmate safety and security requirements 3) Trend analysis in the contract prisons 4) Cost of incarcerating prisoners in contract prisons opposed to other similar BOP facilities (i.e., similar security levels)

We have already experienced voluminous requests for data for this audit. While their focus is on the Bureau's monitoring practices, some of the information they are seeking will require us to reach out to our providers for the data. As we receive data requests for "contractor-maintained data", oversight staff will reach out to their respective warden for the information.

Please notify your respective wardens of this audit and share our appreciation for their cooperation with gathering the data OIG requests. If you have any questions, please don't hesitate to contact me.

Thanks much,

CONFIDENTIAL                                                                    CORECIVIC_0959396



U.S. Department of Justice

Office of the Inspector General

March 10, 2014

MEMORANDUM FOR CHARLES E. SAMUELS, JR.
         DIRECTOR
         FEDERAL BUREAU OF PRISONS

FROM:       MICHAEL E. HOROWITZ
          INSPECTOR GENERAL

SUBJECT:      Review of the Federal Bureau of Prisons' Private Prison Contract Monitoring, Assignment Number A-2014-003

  The Office of the Inspector General is initiating a review of the Federal Bureau of Prisons' (BOP) monitoring of private prison contracts.

  The team leader, Judy Kleiman, will contact your liaison to arrange an entrance conference. If you have any questions, please contact me at (202) 514-3435 or Nina S. Pelletier, Assistant Inspector General for Evaluation and Inspections, at (202) 616-4620. We appreciate your assistance and cooperation.

cc: Carla M. Wilson
   Chief of Staff
   Federal Bureau of Prisons

   Sara Revell
   Assistant Director
   Program Review Division
   Federal Bureau of Prisons

   Paul Layer
   Deputy Assistant Director
   Program Review Division
   Federal Bureau of Prisons

   Richard P. Theis
   Assistant Director, Audit Liaison Group
   Internal Review and Evaluation Office
   Justice Management Division

CONFIDENTIAL  CORECIVIC_0959397

Mary T. Myers
Audit Liaison Specialist, Audit Liaison Group
Internal Review and Evaluation Office
Justice Management Division

CONFIDENTIAL                                                                              CORECIVIC_0959398

CONFIDENTIAL
CORECIVIC_0959399