IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NIKKI BOLLINGER GRAE, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:16-cv-02267 |
| ) | Judge Trauger |
| CORRECTIONS CORPORATION ) | |
| OF AMERICA, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The lead plaintiff's Motion to Compel Production of Improperly Withheld Documents (Docket No. 194) is hereby REFERRED to the magistrate judge for disposition. The deadline for the filing of the response to this motion is March 12, 2020.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge