**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

NIKKI GRAE,                                 )
     Plaintiff(s),                       )
                      )
v.                                          )          Case No. 3:16-cv-02267
                      )          Judge Trauger/Frensley
                      )
CORRECTIONS CORPORATION                     )
OF AMERICA, et al,                          )
     Defendant(s)                        )

## O R D E R

     A telephone conference is set for **March 3, 2020, at 12:00 p.m**.  The parties shall call **1-877-336-1831** at the appointed time, and when prompted for the access code, enter **7039387#** to participate in the Conference.  If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please contact chambers at 615-736-7344.

     **IT IS SO ORDERED.**

                                          JEFFERY S. FRENSLEY
                                          United States Magistrate Judge