# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>Magistrate Judge Jeffrey S. Frensley<br><br>DEMAND FOR JURY TRIAL |

**DECLARATION OF ERIC C. PETTIS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL**

I, Eric C. Pettis, declare as follows:

1. I am over 18 years of age and am competent to testify as to the matters stated in this Declaration. I am an associate at the law firm of Latham & Watkins LLP, one of the law firms representing Defendants CoreCivic ("CC" or the "Company"), Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger, and Harley G. Lappin (collectively, "Defendants"). I am one of the attorneys who has been involved in Defendants' document review and production and work with their e-discovery vendor as described herein.

2. Attached as Exhibits A through E to this Declaration are true and correct copies of the following documents submitted for the Court's *in camera* review:

- **Exhibit A**: A December 4, 2015, email chain with the subject line "RE: CCA: A-76". This document is logged as Entry # 1241 on Defendants' log.

- **Exhibit B, B-1**: A Facility Claims Report dated April 4, 2016, regarding the Company's worker's compensation claims. This document is logged as Entry # 7 on Defendants' Attorney-Client Privilege/Attorney Work Product and Redaction Log to the Ernst & Young Production. An unredacted version has also been provided as Exhibit B-2.

- **Exhibit C**: A June 29, 2015, email chain with the subject line "RE: Eloy Detention Center DOL SCA Compliance Review." This document is logged as Entry # 523 on Defendants' log.

- **Exhibit D**: A September 13, 2011, email with the subject line "RE: FOLLOW UP: Raher / FOIA litigation." This document is logged as Entry # 988 on Defendants' log.

- **Exhibit E**: An October 1, 2015, email and attachment with the subject line "Contracts Matrix - Update with Billing/Deductions Column." The cover email was produced as CORECIVIC_0610576 and the spreadsheet was produced as CORECIVIC_0610577 in its native Excel format. Both documents were clawed back on November 12, 2019 and logged as Entry #s 3294 and 3295 on Defendants' log. Due to size and formatting issues with the native Excel spreadsheet, only an excerpt of the spreadsheet has been provided in pdf format.

1

3. Defendants devoted considerable resources toward reviewing and producing documents in this case. This included hiring over fifty attorneys to review documents, reviewing over one million documents, and working through a holiday weekend.

4. Shortly after substantially completing its document production based on the parameters discussed by counsel, Defendants' counsel discovered that a vendor error caused certain privileged documents to be inadvertently produced. These documents had been marked as privileged but, due to vendor error, had been included in the production set. Defendants' counsel promptly identified the 834 documents affected by this issue and clawed them back on September 28, 2018, in accordance with the operative Protective Order. A true and correct copy of the letter clawing back these documents is attached as **Exhibit F**.

5. In order to assist in its privilege review, Defendant's counsel had instructed its e-discovery vendor to highlight the names of in-house and outside counsel in the electronic document review platform. During the October 29, 2019, deposition of Tameka Smith, Plaintiff's counsel attempted to introduce documents that Defendants' counsel contends are privileged involving the law firm Wiley Rein LLP. Defendants' counsel investigated this inadvertent production and determined that a subset of in-house and outside counsel were not properly highlighted in the review platform, which resulted in an inadvertent production of 399 privileged documents. Defendants clawed back these documents on November 12, 2019. A true and correct copy of the letter clawing back these documents is attached as **Exhibit G**.

6. The two errors described in paragraphs three and four represent the majority of the approximately 1,200 privileged documents clawed back in this case.

7. Due to a third vendor error, certain clawed back documents were reproduced in redacted form with updated bates numbers. This issue was addressed in a series of emails and

conference calls with opposing counsel. Both parties indicated that the issue was fully resolved on December 13, 2019. A true and correct copy of this email exchange is attached as **Exhibit H**.

8. Attached as Exhibits I through AA to this Declaration are true and correct copies of the following documents:

- **Exhibit I**: Excerpts from Defendants' Amended Attorney-Client Privilege/Attorney Work Product Log

- **Exhibit J**: Defendants' Objections and Responses to Plaintiff's First Set of Requests for Production of Documents. These Objections and Responses were served on March 1, 2018.

- **Exhibit K**: Defendants' Objections and Responses to Plaintiff's Second Set of Requests for Production of Documents. These Objections and Responses were served on July 2, 2018.

- **Exhibit L**: An October 8, 2018, email chain with the subject line "RE: Grae v. Corrections Corporation of America, No. 3:16-cv-02267 (M.D. Tenn.).

- **Exhibit M**: A letter from Defendants' counsel to Plaintiff's counsel dated October 15, 2018.

- **Exhibit N**: A letter from Defendants' counsel to Plaintiff's counsel dated October 18, 2018.

- **Exhibit O**: A letter from Plaintiff's counsel to Defendants' counsel dated November 21, 2018.

- **Exhibit P**: A letter from Defendants' counsel to Plaintiff's counsel dated December 3, 2018.

- **Exhibit Q**: A letter from Defendants' counsel to Plaintiff's counsel dated December 22, 2018.

- **Exhibit R**: A December 28, 2018, email chain with the subject line "RE: Grae v. Corrections Corporation of America, No. 3:16-cv-02267 (M.D. Tenn.)".

- **Exhibit S**: A letter from Plaintiffs' counsel to Defendants' counsel dated January 28, 2018.

- **Exhibit T**: Excerpts from the December 12, 2018, deposition of William DuBray.

- **Exhibit U**: Excerpts from the October 29, 2019, deposition of Tameka Smith.

- **Exhibit V:** Defendants' Attorney-Client Privilege/Attorney Work Product and Redaction Log to the Ernst & Young Production, as provided to Plaintiffs in February 2020.

- **Exhibit W**: An April 17, 2014, email with the subject line "OIG audit". This document was produced as CORECIVIC_0030418.

- **Exhibit X**: An April 17, 2014, email with the subject line "OIG audit". This document was produced as CORECIVIC_0030419.

- **Exhibit Y**: A November 22, 2016, email with the subject line "Re: Adams OIG Report". This document was produced as CORECIVIC_0101457.

- **Exhibit Z**: An Amendment of Solicitation/Modification of Contract, Modification 80 administered by the Eden Contract Administration Office. This document was produced as CORECIVIC_0002221.

- **Exhibit AA**: Plaintiffs' Exhibit 1, as redacted and reproduced following its clawback on October 18, 2018.

- **Exhibit BB**: Plaintiffs' Exhibit 4, as redacted and reproduced following its clawback on October 18, 2018.

9. Pursuant to 26 U.S.C. §1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed on March 12, 2020 in Los Angeles, California.

/s/ Eric C. Pettis_____
Eric C. Pettis

# CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing document was made upon the following Filing Users through the Electronic Filing System:

Paul Kent Bramlett
Robert Preston Bramlett
BRAMLETT LAW OFFICES
40 Burton Hills Blvd., Suite 200
P.O. Box 150734
Nashville, TN 37215
pknashlaw@aol.com
robert@bramlettlawoffices.com

Jeremy A. Lieberman
J. Alexander Hood II
Marc C. Gorrie
POMERANTZ LLP
600 Third Ave., 20th Floor
New York, NY 10016
jalieberman@pomlaw.com
ahood@pomlaw.com
mgorrie@pomlaw.com

David J. Schindler
Brian T. Glennon
Anna E. Berces
Morgan E. Whitworth
LATHAM & WATKINS LLP
355 South Grand Ave.
Los Angeles, CA 90071
david.schindler@lw.com
brian.glennon@lw.com
anna.berces@lw.com
morgan.whitworth@lw.com

Patrick V. Dahlstrom
POMERANTZ LLP
10 South La Salle St., Suite 3505
Chicago, IL 60603
pdahlstrom@pomlaw.com

Michael Goldberg
Brian Schall
GOLDBERG LAW PC
1999 Avenue of the Stars, Suite 100
Los Angeles, CA 90067
michael@goldberglawpc.com
brian@goldberglawpc.com

Christopher T. Cain
SCOTT & CAIN
550 W Main Avenue
Suite 601
Knoxville, TN 37902
cain@scottandcain.com

James A. Holifield , Jr.
HOLIFIELD JANICH RACHAL & ASSOCIATES, PLLC
11907 Kingston Pike
Suite 201
Knoxville, TN 37934
aholifield@holifieldlaw.com

| | |
|---|---|
| Christopher Hamp Lyons | Jerry E. Martin |
| Christopher M. Wood | BARRETT JOHNSTON MARTIN & |
| ROBBINS GELLER | GARRISON, LLC |
| RUDMAN & DOWD LLP | Bank of America Plaza |
| 414 Union Street | 414 Union Street |
| Suite 900 | Suite 900 |
| Nashville, TN 37219 | Nashville, TN 37219 |
| clyons@rgrdlaw.com | jmartin@barrettjohnston.com |
| cwood@rgrdlaw.com | |

this 12th day of March, 2020.

      /s/ Steven A. Riley
     Steven A. Riley