Faraz R. Mohammadi
Direct Dial: +1.213.891.7802
Email: faraz.mohammadi@lw.com

355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Tel: +1.213.485.1234 Fax: +1.213.891.8763
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Seoul |
| Houston | Shanghai |
| London | Silicon Valley |
| Los Angeles | Singapore |
| Madrid | Tokyo |
| Milan | Washington, D.C. |

# LATHAM & WATKINS LLP

September 28, 2018

**VIA EMAIL**

Christopher Lyons, Esq.
Robbins Geller Rudman & Dowd LLP
414 Union Street, Suite 900
Nashville, TN 37219
clyons@rgrdlaw.com

Re:     *Grae v. Corrections Corporation of America, et al.*, No. 3:16-cv-02267

Counsel:

In the course of preparing our privilege log, we became aware that we inadvertently produced documents protected by the attorney-client privilege and/or work product doctrine.  In accordance with Federal Rule of Civil Procedure 26(b)(5)(B) and paragraph 10(a) of the Revised Stipulation and Protective Order filed in this case on February 12, 2018 (Dkt. No. 86), please promptly return the documents bearing the Bates numbers identified in the attached Exhibit A and all copies thereof to Defendants or certify in writing that the documents have been destroyed. Plaintiff and its counsel must refrain from using these documents for any purpose.

To the extent any of the documents listed in Exhibit A are partially privileged, Defendants will reproduce redacted versions of those documents along with their privilege log by October 15.

Please confirm in writing that you will abide by this request.

Best regards,

Faraz R. Mohammadi
of LATHAM & WATKINS LLP

CC:     David Schindler
        Brian Glennon
        Morgan Whitworth
        Eric Pettis
        Steve Riley
        Trey McGee
        Russell Taber
        Willow Radcliffe
        Dennis Herman
        Christopher Wood

| Production - Begbates | Production - Endbates |
|---|---|
| CORECIVIC_0026132 | CORECIVIC_0026133 |
| CORECIVIC_0026134 | CORECIVIC_0026135 |
| CORECIVIC_0390379 | CORECIVIC_0390379 |
| CORECIVIC_0390380 | CORECIVIC_0390424 |
| CORECIVIC_0390425 | CORECIVIC_0390425 |
| CORECIVIC_0390426 | CORECIVIC_0390426 |
| CORECIVIC_0390497 | CORECIVIC_0390498 |
| CORECIVIC_0390516 | CORECIVIC_0390518 |
| CORECIVIC_0042426 | CORECIVIC_0042427 |
| CORECIVIC_0390955 | CORECIVIC_0390955 |
| CORECIVIC_0390956 | CORECIVIC_0390961 |
| CORECIVIC_0043892 | CORECIVIC_0043892 |
| CORECIVIC_0391527 | CORECIVIC_0391527 |
| CORECIVIC_0391528 | CORECIVIC_0391545 |
| CORECIVIC_0391546 | CORECIVIC_0391546 |
| CORECIVIC_0391547 | CORECIVIC_0391547 |
| CORECIVIC_0391548 | CORECIVIC_0391555 |
| CORECIVIC_0391556 | CORECIVIC_0391558 |
| CORECIVIC_0392398 | CORECIVIC_0392399 |
| CORECIVIC_0392400 | CORECIVIC_0392400 |
| CORECIVIC_0395716 | CORECIVIC_0395716 |
| CORECIVIC_0395717 | CORECIVIC_0395786 |
| CORECIVIC_0396979 | CORECIVIC_0396980 |
| CORECIVIC_0422796 | CORECIVIC_0422796 |
| CORECIVIC_0422797 | CORECIVIC_0422806 |
| CORECIVIC_0297075 | CORECIVIC_0297075 |
| CORECIVIC_0297076 | CORECIVIC_0297078 |
| CORECIVIC_0299679 | CORECIVIC_0299680 |
| CORECIVIC_0299681 | CORECIVIC_0299726 |
| CORECIVIC_0299727 | CORECIVIC_0299727 |
| CORECIVIC_0302941 | CORECIVIC_0302942 |
| CORECIVIC_0302943 | CORECIVIC_0302944 |
| CORECIVIC_0303047 | CORECIVIC_0303049 |
| CORECIVIC_0303050 | CORECIVIC_0303051 |
| CORECIVIC_0303052 | CORECIVIC_0303053 |
| CORECIVIC_0303054 | CORECIVIC_0303055 |
| CORECIVIC_0303066 | CORECIVIC_0303067 |
| CORECIVIC_0303068 | CORECIVIC_0303069 |
| CORECIVIC_0304391 | CORECIVIC_0304391 |
| CORECIVIC_0332948 | CORECIVIC_0332954 |
| CORECIVIC_0341647 | CORECIVIC_0341647 |
| CORECIVIC_0341648 | CORECIVIC_0341653 |

| Production - Begbates | Production - Endbates |
|---|---|
| CORECIVIC_0369030 | CORECIVIC_0369034 |
| CORECIVIC_0608850 | CORECIVIC_0608851 |
| CORECIVIC_0608852 | CORECIVIC_0608920 |
| CORECIVIC_0608921 | CORECIVIC_0608996 |
| CORECIVIC_0608997 | CORECIVIC_0608997 |
| CORECIVIC_0608998 | CORECIVIC_0608998 |
| CORECIVIC_0608999 | CORECIVIC_0608999 |
| CORECIVIC_0609000 | CORECIVIC_0609001 |
| CORECIVIC_0609002 | CORECIVIC_0609018 |
| CORECIVIC_0609019 | CORECIVIC_0609019 |
| CORECIVIC_0609020 | CORECIVIC_0609171 |
| CORECIVIC_0609172 | CORECIVIC_0609173 |
| CORECIVIC_0609174 | CORECIVIC_0609191 |
| CORECIVIC_0609192 | CORECIVIC_0609192 |
| CORECIVIC_0609193 | CORECIVIC_0609344 |
| CORECIVIC_0609345 | CORECIVIC_0609346 |
| CORECIVIC_0609347 | CORECIVIC_0609364 |
| CORECIVIC_0611876 | CORECIVIC_0611877 |
| CORECIVIC_0611878 | CORECIVIC_0611881 |
| CORECIVIC_0611882 | CORECIVIC_0611888 |
| CORECIVIC_0611889 | CORECIVIC_0611895 |
| CORECIVIC_0611896 | CORECIVIC_0611899 |
| CORECIVIC_0612458 | CORECIVIC_0612458 |
| CORECIVIC_0612459 | CORECIVIC_0612514 |
| CORECIVIC_0612553 | CORECIVIC_0612553 |
| CORECIVIC_0612554 | CORECIVIC_0612556 |
| CORECIVIC_0612827 | CORECIVIC_0612827 |
| CORECIVIC_0612828 | CORECIVIC_0612911 |
| CORECIVIC_0612920 | CORECIVIC_0612920 |
| CORECIVIC_0612921 | CORECIVIC_0612922 |
| CORECIVIC_0612963 | CORECIVIC_0612963 |
| CORECIVIC_0612964 | CORECIVIC_0612965 |
| CORECIVIC_0613219 | CORECIVIC_0613219 |
| CORECIVIC_0613220 | CORECIVIC_0613221 |
| CORECIVIC_0613339 | CORECIVIC_0613339 |
| CORECIVIC_0613340 | CORECIVIC_0613341 |
| CORECIVIC_0613589 | CORECIVIC_0613589 |
| CORECIVIC_0613590 | CORECIVIC_0613609 |
| CORECIVIC_0613610 | CORECIVIC_0613611 |
| CORECIVIC_0613612 | CORECIVIC_0613631 |
| CORECIVIC_0647468 | CORECIVIC_0647469 |
| CORECIVIC_0647470 | CORECIVIC_0647471 |

| Production - Begbates | Production - Endbates |
|---|---|
| CORECIVIC_0647472 | CORECIVIC_0647472 |
| CORECIVIC_0647473 | CORECIVIC_0647475 |
| CORECIVIC_0647476 | CORECIVIC_0647478 |
| CORECIVIC_0647479 | CORECIVIC_0647480 |
| CORECIVIC_0647481 | CORECIVIC_0647481 |
| CORECIVIC_0647482 | CORECIVIC_0647483 |
| CORECIVIC_0647484 | CORECIVIC_0647484 |
| CORECIVIC_0647529 | CORECIVIC_0647530 |
| CORECIVIC_0647531 | CORECIVIC_0647532 |
| CORECIVIC_0647533 | CORECIVIC_0647533 |
| CORECIVIC_0648855 | CORECIVIC_0648855 |
| CORECIVIC_0648856 | CORECIVIC_0648866 |
| CORECIVIC_0648867 | CORECIVIC_0648867 |
| CORECIVIC_0651319 | CORECIVIC_0651321 |
| CORECIVIC_0651322 | CORECIVIC_0651322 |
| CORECIVIC_0651323 | CORECIVIC_0651323 |
| CORECIVIC_0673875 | CORECIVIC_0673876 |
| CORECIVIC_0673953 | CORECIVIC_0673956 |
| CORECIVIC_0673959 | CORECIVIC_0673962 |
| CORECIVIC_0674024 | CORECIVIC_0674028 |
| CORECIVIC_0674029 | CORECIVIC_0674029 |
| CORECIVIC_0674037 | CORECIVIC_0674042 |
| CORECIVIC_0674043 | CORECIVIC_0674048 |
| CORECIVIC_0674051 | CORECIVIC_0674056 |
| CORECIVIC_0674057 | CORECIVIC_0674057 |
| CORECIVIC_0674168 | CORECIVIC_0674173 |
| CORECIVIC_0674315 | CORECIVIC_0674316 |
| CORECIVIC_0674317 | CORECIVIC_0674318 |
| CORECIVIC_0674368 | CORECIVIC_0674369 |
| CORECIVIC_0674370 | CORECIVIC_0674372 |
| CORECIVIC_0674423 | CORECIVIC_0674425 |
| CORECIVIC_0674426 | CORECIVIC_0674426 |
| CORECIVIC_0674427 | CORECIVIC_0674429 |
| CORECIVIC_0674430 | CORECIVIC_0674430 |
| CORECIVIC_0674431 | CORECIVIC_0674431 |
| CORECIVIC_0674432 | CORECIVIC_0674434 |
| CORECIVIC_0674435 | CORECIVIC_0674435 |
| CORECIVIC_0674436 | CORECIVIC_0674439 |
| CORECIVIC_0674440 | CORECIVIC_0674441 |
| CORECIVIC_0674442 | CORECIVIC_0674443 |
| CORECIVIC_0674444 | CORECIVIC_0674445 |
| CORECIVIC_0674446 | CORECIVIC_0674449 |

| Production - Begbates | Production - Endbates |
|---|---|
| CORECIVIC_0674652 | CORECIVIC_0674653 |
| CORECIVIC_0674654 | CORECIVIC_0674654 |
| CORECIVIC_0675054 | CORECIVIC_0675057 |
| CORECIVIC_0675058 | CORECIVIC_0675058 |
| CORECIVIC_0675059 | CORECIVIC_0675061 |
| CORECIVIC_0675062 | CORECIVIC_0675063 |
| CORECIVIC_0675105 | CORECIVIC_0675106 |
| CORECIVIC_0675107 | CORECIVIC_0675109 |
| CORECIVIC_0675110 | CORECIVIC_0675111 |
| CORECIVIC_0675112 | CORECIVIC_0675113 |
| CORECIVIC_0675114 | CORECIVIC_0675115 |
| CORECIVIC_0675126 | CORECIVIC_0675130 |
| CORECIVIC_0675131 | CORECIVIC_0675131 |
| CORECIVIC_0675132 | CORECIVIC_0675136 |
| CORECIVIC_0675184 | CORECIVIC_0675186 |
| CORECIVIC_0675187 | CORECIVIC_0675190 |
| CORECIVIC_0675191 | CORECIVIC_0675191 |
| CORECIVIC_0675192 | CORECIVIC_0675192 |
| CORECIVIC_0675193 | CORECIVIC_0675193 |
| CORECIVIC_0676729 | CORECIVIC_0676731 |
| CORECIVIC_0676732 | CORECIVIC_0676732 |
| CORECIVIC_0676733 | CORECIVIC_0676733 |
| CORECIVIC_0676734 | CORECIVIC_0676737 |
| CORECIVIC_0676738 | CORECIVIC_0676738 |
| CORECIVIC_0676739 | CORECIVIC_0676739 |
| CORECIVIC_0676740 | CORECIVIC_0676743 |
| CORECIVIC_0676744 | CORECIVIC_0676744 |
| CORECIVIC_0676745 | CORECIVIC_0676745 |
| CORECIVIC_0676746 | CORECIVIC_0676746 |
| CORECIVIC_0676747 | CORECIVIC_0676747 |
| CORECIVIC_0676748 | CORECIVIC_0676748 |
| CORECIVIC_0676749 | CORECIVIC_0676749 |
| CORECIVIC_0676750 | CORECIVIC_0676750 |
| CORECIVIC_0676751 | CORECIVIC_0676751 |
| CORECIVIC_0676752 | CORECIVIC_0676754 |
| CORECIVIC_0676755 | CORECIVIC_0676756 |
| CORECIVIC_0676757 | CORECIVIC_0676757 |
| CORECIVIC_0676758 | CORECIVIC_0676758 |
| CORECIVIC_0676759 | CORECIVIC_0676759 |
| CORECIVIC_0676760 | CORECIVIC_0676760 |
| CORECIVIC_0676761 | CORECIVIC_0676761 |
| CORECIVIC_0679176 | CORECIVIC_0679176 |

| Production - Begbates | Production - Endbates |
|---|---|
| CORECIVIC_0679177 | CORECIVIC_0679177 |
| CORECIVIC_0679178 | CORECIVIC_0679178 |
| CORECIVIC_0679179 | CORECIVIC_0679179 |
| CORECIVIC_0679180 | CORECIVIC_0679180 |
| CORECIVIC_0679181 | CORECIVIC_0679181 |
| CORECIVIC_0709784 | CORECIVIC_0709784 |
| CORECIVIC_0709785 | CORECIVIC_0709785 |
| CORECIVIC_0709805 | CORECIVIC_0709805 |
| CORECIVIC_0709806 | CORECIVIC_0709807 |
| CORECIVIC_0709951 | CORECIVIC_0709951 |
| CORECIVIC_0709952 | CORECIVIC_0709952 |
| CORECIVIC_0710364 | CORECIVIC_0710365 |
| CORECIVIC_0710412 | CORECIVIC_0710412 |
| CORECIVIC_0710413 | CORECIVIC_0710413 |
| CORECIVIC_0710414 | CORECIVIC_0710415 |
| CORECIVIC_0710416 | CORECIVIC_0710417 |
| CORECIVIC_0710566 | CORECIVIC_0710566 |
| CORECIVIC_0710567 | CORECIVIC_0710567 |
| CORECIVIC_0710719 | CORECIVIC_0710719 |
| CORECIVIC_0710720 | CORECIVIC_0710720 |
| CORECIVIC_0710774 | CORECIVIC_0710774 |
| CORECIVIC_0710820 | CORECIVIC_0710820 |
| CORECIVIC_0710821 | CORECIVIC_0710821 |
| CORECIVIC_0710942 | CORECIVIC_0710942 |
| CORECIVIC_0710943 | CORECIVIC_0710943 |
| CORECIVIC_0711016 | CORECIVIC_0711017 |
| CORECIVIC_0711018 | CORECIVIC_0711019 |
| CORECIVIC_0711053 | CORECIVIC_0711053 |
| CORECIVIC_0711054 | CORECIVIC_0711054 |
| CORECIVIC_0711112 | CORECIVIC_0711112 |
| CORECIVIC_0711113 | CORECIVIC_0711113 |
| CORECIVIC_0711114 | CORECIVIC_0711114 |
| CORECIVIC_0711115 | CORECIVIC_0711115 |
| CORECIVIC_0711169 | CORECIVIC_0711170 |
| CORECIVIC_0711171 | CORECIVIC_0711172 |
| CORECIVIC_0713952 | CORECIVIC_0713952 |
| CORECIVIC_0713953 | CORECIVIC_0713953 |
| CORECIVIC_0714243 | CORECIVIC_0714244 |
| CORECIVIC_0714245 | CORECIVIC_0714245 |
| CORECIVIC_0714270 | CORECIVIC_0714272 |
| CORECIVIC_0714273 | CORECIVIC_0714273 |
| CORECIVIC_0714334 | CORECIVIC_0714350 |

| Production - Begbates | Production - Endbates |
|---|---|
| CORECIVIC_0714537 | CORECIVIC_0714539 |
| CORECIVIC_0714542 | CORECIVIC_0714542 |
| CORECIVIC_0714543 | CORECIVIC_0714620 |
| CORECIVIC_0714621 | CORECIVIC_0714677 |
| CORECIVIC_0714678 | CORECIVIC_0714774 |
| CORECIVIC_0714775 | CORECIVIC_0714777 |
| CORECIVIC_0714778 | CORECIVIC_0714788 |
| CORECIVIC_0714789 | CORECIVIC_0714798 |
| CORECIVIC_0714799 | CORECIVIC_0714870 |
| CORECIVIC_0715726 | CORECIVIC_0715731 |
| CORECIVIC_0715855 | CORECIVIC_0715855 |
| CORECIVIC_0715856 | CORECIVIC_0715856 |
| CORECIVIC_0715857 | CORECIVIC_0715858 |
| CORECIVIC_0715886 | CORECIVIC_0715886 |
| CORECIVIC_0715887 | CORECIVIC_0715888 |
| CORECIVIC_0715889 | CORECIVIC_0715891 |
| CORECIVIC_0715892 | CORECIVIC_0715892 |
| CORECIVIC_0715893 | CORECIVIC_0715894 |
| CORECIVIC_0715895 | CORECIVIC_0715897 |
| CORECIVIC_0727712 | CORECIVIC_0727713 |
| CORECIVIC_0727714 | CORECIVIC_0727716 |
| CORECIVIC_0727717 | CORECIVIC_0727717 |
| CORECIVIC_0727718 | CORECIVIC_0727718 |
| CORECIVIC_0745393 | CORECIVIC_0745393 |
| CORECIVIC_0745394 | CORECIVIC_0745394 |
| CORECIVIC_0752548 | CORECIVIC_0752548 |
| CORECIVIC_0752549 | CORECIVIC_0752549 |
| CORECIVIC_0759175 | CORECIVIC_0759175 |
| CORECIVIC_0759176 | CORECIVIC_0759177 |
| CORECIVIC_0759808 | CORECIVIC_0759809 |
| CORECIVIC_0759810 | CORECIVIC_0759819 |
| CORECIVIC_0759820 | CORECIVIC_0759821 |
| CORECIVIC_0759822 | CORECIVIC_0759822 |
| CORECIVIC_0759823 | CORECIVIC_0759832 |
| CORECIVIC_0759833 | CORECIVIC_0759834 |
| CORECIVIC_0788792 | CORECIVIC_0788792 |
| CORECIVIC_0788894 | CORECIVIC_0788894 |
| CORECIVIC_0788895 | CORECIVIC_0788895 |
| CORECIVIC_0789077 | CORECIVIC_0789078 |
| CORECIVIC_0789079 | CORECIVIC_0789081 |
| CORECIVIC_0789279 | CORECIVIC_0789280 |
| CORECIVIC_0789281 | CORECIVIC_0789281 |

| Production - Begbates | Production - Endbates |
|---|---|
| CORECIVIC_0789282 | CORECIVIC_0789282 |
| CORECIVIC_0789757 | CORECIVIC_0789757 |
| CORECIVIC_0791847 | CORECIVIC_0791847 |
| CORECIVIC_0791848 | CORECIVIC_0791849 |
| CORECIVIC_0792836 | CORECIVIC_0792836 |
| CORECIVIC_0792837 | CORECIVIC_0792837 |
| CORECIVIC_0795020 | CORECIVIC_0795021 |
| CORECIVIC_0795022 | CORECIVIC_0795023 |
| CORECIVIC_0795026 | CORECIVIC_0795027 |
| CORECIVIC_0795028 | CORECIVIC_0795029 |
| CORECIVIC_0795030 | CORECIVIC_0795031 |
| CORECIVIC_0795032 | CORECIVIC_0795034 |
| CORECIVIC_0795035 | CORECIVIC_0795037 |
| CORECIVIC_0795038 | CORECIVIC_0795040 |
| CORECIVIC_0795041 | CORECIVIC_0795043 |
| CORECIVIC_0795044 | CORECIVIC_0795046 |
| CORECIVIC_0795047 | CORECIVIC_0795047 |
| CORECIVIC_0795048 | CORECIVIC_0795048 |
| CORECIVIC_0795049 | CORECIVIC_0795051 |
| CORECIVIC_0795052 | CORECIVIC_0795052 |
| CORECIVIC_0795053 | CORECIVIC_0795056 |
| CORECIVIC_0795125 | CORECIVIC_0795125 |
| CORECIVIC_0795126 | CORECIVIC_0795126 |
| CORECIVIC_0795127 | CORECIVIC_0795131 |
| CORECIVIC_0795564 | CORECIVIC_0795565 |
| CORECIVIC_0795566 | CORECIVIC_0795566 |
| CORECIVIC_0795567 | CORECIVIC_0795567 |
| CORECIVIC_0795568 | CORECIVIC_0795578 |
| CORECIVIC_0795579 | CORECIVIC_0795580 |
| CORECIVIC_0795581 | CORECIVIC_0795581 |
| CORECIVIC_0795818 | CORECIVIC_0795822 |
| CORECIVIC_0795823 | CORECIVIC_0795823 |
| CORECIVIC_0795824 | CORECIVIC_0795824 |
| CORECIVIC_0856609 | CORECIVIC_0856609 |
| CORECIVIC_0857092 | CORECIVIC_0857092 |
| CORECIVIC_0857093 | CORECIVIC_0857093 |
| CORECIVIC_0857094 | CORECIVIC_0857096 |
| CORECIVIC_0858551 | CORECIVIC_0858552 |
| CORECIVIC_0858553 | CORECIVIC_0858553 |
| CORECIVIC_0858923 | CORECIVIC_0858924 |
| CORECIVIC_0858925 | CORECIVIC_0858925 |
| CORECIVIC_0858926 | CORECIVIC_0858927 |

| Production - Begbates | Production - Endbates |
|---|---|
| CORECIVIC_0858928 | CORECIVIC_0858928 |
| CORECIVIC_0859050 | CORECIVIC_0859051 |
| CORECIVIC_0859052 | CORECIVIC_0859057 |
| CORECIVIC_0867100 | CORECIVIC_0867100 |
| CORECIVIC_0867101 | CORECIVIC_0867105 |
| CORECIVIC_0867106 | CORECIVIC_0867107 |
| CORECIVIC_0867108 | CORECIVIC_0867108 |
| CORECIVIC_0867109 | CORECIVIC_0867111 |
| CORECIVIC_0869571 | CORECIVIC_0869572 |
| CORECIVIC_0869573 | CORECIVIC_0869574 |
| CORECIVIC_0869583 | CORECIVIC_0869585 |
| CORECIVIC_0869591 | CORECIVIC_0869594 |
| CORECIVIC_0877224 | CORECIVIC_0877224 |
| CORECIVIC_0877225 | CORECIVIC_0877225 |
| CORECIVIC_0877226 | CORECIVIC_0877227 |
| CORECIVIC_0877228 | CORECIVIC_0877228 |
| CORECIVIC_0877229 | CORECIVIC_0877229 |
| CORECIVIC_0877235 | CORECIVIC_0877236 |
| CORECIVIC_0877237 | CORECIVIC_0877237 |
| CORECIVIC_0877244 | CORECIVIC_0877244 |
| CORECIVIC_0877245 | CORECIVIC_0877245 |
| CORECIVIC_0877246 | CORECIVIC_0877246 |
| CORECIVIC_0879054 | CORECIVIC_0879054 |
| CORECIVIC_0879055 | CORECIVIC_0879055 |
| CORECIVIC_0879062 | CORECIVIC_0879063 |
| CORECIVIC_0898705 | CORECIVIC_0898705 |
| CORECIVIC_0898706 | CORECIVIC_0898707 |
| CORECIVIC_0905579 | CORECIVIC_0905579 |
| CORECIVIC_0905580 | CORECIVIC_0905580 |
| CORECIVIC_0905581 | CORECIVIC_0905582 |
| CORECIVIC_0905583 | CORECIVIC_0905583 |
| CORECIVIC_0905584 | CORECIVIC_0905584 |
| CORECIVIC_0905585 | CORECIVIC_0905588 |
| CORECIVIC_0905589 | CORECIVIC_0905598 |
| CORECIVIC_0905599 | CORECIVIC_0905599 |
| CORECIVIC_0905600 | CORECIVIC_0905600 |
| CORECIVIC_0905601 | CORECIVIC_0905602 |
| CORECIVIC_0905603 | CORECIVIC_0905603 |
| CORECIVIC_0905604 | CORECIVIC_0905604 |
| CORECIVIC_0906631 | CORECIVIC_0906632 |
| CORECIVIC_0906715 | CORECIVIC_0906716 |
| CORECIVIC_0906717 | CORECIVIC_0906719 |

| Production - Begbates | Production - Endbates |
|---|---|
| CORECIVIC_0906720 | CORECIVIC_0906722 |
| CORECIVIC_0906723 | CORECIVIC_0906724 |
| CORECIVIC_0906725 | CORECIVIC_0906727 |
| CORECIVIC_0906728 | CORECIVIC_0906730 |
| CORECIVIC_0906731 | CORECIVIC_0906732 |
| CORECIVIC_0906733 | CORECIVIC_0906734 |
| CORECIVIC_0906735 | CORECIVIC_0906738 |
| CORECIVIC_0906739 | CORECIVIC_0906739 |
| CORECIVIC_0906740 | CORECIVIC_0906741 |
| CORECIVIC_0919081 | CORECIVIC_0919082 |
| CORECIVIC_0930094 | CORECIVIC_0930095 |
| CORECIVIC_0930096 | CORECIVIC_0930102 |
| CORECIVIC_0930103 | CORECIVIC_0930105 |
| CORECIVIC_0930106 | CORECIVIC_0930106 |
| CORECIVIC_0937057 | CORECIVIC_0937058 |
| CORECIVIC_0941492 | CORECIVIC_0941493 |
| CORECIVIC_0941494 | CORECIVIC_0941494 |
| CORECIVIC_0941495 | CORECIVIC_0941496 |
| CORECIVIC_0941497 | CORECIVIC_0941497 |
| CORECIVIC_0941904 | CORECIVIC_0941905 |
| CORECIVIC_0941906 | CORECIVIC_0941908 |
| CORECIVIC_0942155 | CORECIVIC_0942156 |
| CORECIVIC_0955618 | CORECIVIC_0955619 |
| CORECIVIC_0955620 | CORECIVIC_0955632 |
| CORECIVIC_0955745 | CORECIVIC_0955745 |
| CORECIVIC_0957758 | CORECIVIC_0957758 |
| CORECIVIC_0957840 | CORECIVIC_0957840 |
| CORECIVIC_0957843 | CORECIVIC_0957843 |
| CORECIVIC_0958700 | CORECIVIC_0958700 |
| CORECIVIC_0958701 | CORECIVIC_0958701 |
| CORECIVIC_0958702 | CORECIVIC_0958740 |
| CORECIVIC_0958784 | CORECIVIC_0958785 |
| CORECIVIC_0958822 | CORECIVIC_0958822 |
| CORECIVIC_0958823 | CORECIVIC_0958824 |
| CORECIVIC_0958825 | CORECIVIC_0958825 |
| CORECIVIC_0958888 | CORECIVIC_0958889 |
| CORECIVIC_0959065 | CORECIVIC_0959065 |
| CORECIVIC_0959067 | CORECIVIC_0959067 |
| CORECIVIC_0959126 | CORECIVIC_0959126 |
| CORECIVIC_0959127 | CORECIVIC_0959127 |
| CORECIVIC_0959128 | CORECIVIC_0959172 |
| CORECIVIC_0959173 | CORECIVIC_0959173 |

| Production - Begbates | Production - Endbates |
|---|---|
| CORECIVIC_0959174 | CORECIVIC_0959225 |
| CORECIVIC_0959345 | CORECIVIC_0959345 |
| CORECIVIC_0959346 | CORECIVIC_0959346 |
| CORECIVIC_0959347 | CORECIVIC_0959391 |
| CORECIVIC_0959395 | CORECIVIC_0959396 |
| CORECIVIC_0959397 | CORECIVIC_0959398 |
| CORECIVIC_0959399 | CORECIVIC_0959399 |
| CORECIVIC_0959535 | CORECIVIC_0959535 |
| CORECIVIC_0959536 | CORECIVIC_0959536 |
| CORECIVIC_0959537 | CORECIVIC_0959537 |
| CORECIVIC_0959538 | CORECIVIC_0959538 |
| CORECIVIC_0959539 | CORECIVIC_0959539 |
| CORECIVIC_0959540 | CORECIVIC_0959540 |
| CORECIVIC_0959901 | CORECIVIC_0959902 |
| CORECIVIC_0960648 | CORECIVIC_0960649 |
| CORECIVIC_0960664 | CORECIVIC_0960665 |
| CORECIVIC_0960669 | CORECIVIC_0960671 |
| CORECIVIC_0960675 | CORECIVIC_0960677 |
| CORECIVIC_0962594 | CORECIVIC_0962594 |
| CORECIVIC_0962595 | CORECIVIC_0962596 |
| CORECIVIC_0962809 | CORECIVIC_0962809 |
| CORECIVIC_0962810 | CORECIVIC_0962810 |
| CORECIVIC_0962823 | CORECIVIC_0962823 |
| CORECIVIC_0962824 | CORECIVIC_0962824 |
| CORECIVIC_0962825 | CORECIVIC_0962826 |
| CORECIVIC_0962896 | CORECIVIC_0962897 |
| CORECIVIC_0962898 | CORECIVIC_0962899 |
| CORECIVIC_0963097 | CORECIVIC_0963097 |
| CORECIVIC_0963288 | CORECIVIC_0963290 |
| CORECIVIC_0963379 | CORECIVIC_0963379 |
| CORECIVIC_0963380 | CORECIVIC_0963380 |
| CORECIVIC_0963381 | CORECIVIC_0963381 |
| CORECIVIC_0963434 | CORECIVIC_0963434 |
| CORECIVIC_0963435 | CORECIVIC_0963435 |
| CORECIVIC_0963743 | CORECIVIC_0963743 |
| CORECIVIC_0963744 | CORECIVIC_0963745 |
| CORECIVIC_0963746 | CORECIVIC_0963747 |
| CORECIVIC_0963794 | CORECIVIC_0963794 |
| CORECIVIC_0964208 | CORECIVIC_0964208 |
| CORECIVIC_0964883 | CORECIVIC_0964883 |
| CORECIVIC_0964884 | CORECIVIC_0964884 |
| CORECIVIC_0965898 | CORECIVIC_0965900 |

| Production - Begbates | Production - Endbates |
|---|---|
| CORECIVIC_0965901 | CORECIVIC_0965901 |
| CORECIVIC_0965914 | CORECIVIC_0965915 |
| CORECIVIC_0965916 | CORECIVIC_0965916 |
| CORECIVIC_0966371 | CORECIVIC_0966373 |
| CORECIVIC_0966374 | CORECIVIC_0966377 |
| CORECIVIC_0967588 | CORECIVIC_0967593 |
| CORECIVIC_0967594 | CORECIVIC_0967594 |
| CORECIVIC_0967595 | CORECIVIC_0967600 |
| CORECIVIC_0967607 | CORECIVIC_0967612 |
| CORECIVIC_0968192 | CORECIVIC_0968194 |
| CORECIVIC_0968220 | CORECIVIC_0968221 |
| CORECIVIC_0968222 | CORECIVIC_0968223 |
| CORECIVIC_0968229 | CORECIVIC_0968229 |
| CORECIVIC_0968235 | CORECIVIC_0968236 |
| CORECIVIC_0968237 | CORECIVIC_0968238 |
| CORECIVIC_0968239 | CORECIVIC_0968241 |
| CORECIVIC_0968242 | CORECIVIC_0968244 |
| CORECIVIC_0968524 | CORECIVIC_0968525 |
| CORECIVIC_0968535 | CORECIVIC_0968537 |
| CORECIVIC_0968582 | CORECIVIC_0968582 |
| CORECIVIC_0968583 | CORECIVIC_0968583 |
| CORECIVIC_0968584 | CORECIVIC_0968585 |
| CORECIVIC_0968586 | CORECIVIC_0968587 |
| CORECIVIC_0968714 | CORECIVIC_0968715 |
| CORECIVIC_0968716 | CORECIVIC_0968721 |
| CORECIVIC_0968722 | CORECIVIC_0968726 |
| CORECIVIC_0968727 | CORECIVIC_0968731 |
| CORECIVIC_0969312 | CORECIVIC_0969312 |
| CORECIVIC_0969313 | CORECIVIC_0969313 |
| CORECIVIC_0969314 | CORECIVIC_0969314 |
| CORECIVIC_0969315 | CORECIVIC_0969315 |
| CORECIVIC_0969368 | CORECIVIC_0969368 |
| CORECIVIC_0969369 | CORECIVIC_0969370 |
| CORECIVIC_0970105 | CORECIVIC_0970106 |
| CORECIVIC_0970107 | CORECIVIC_0970108 |
| CORECIVIC_0986260 | CORECIVIC_0986260 |
| CORECIVIC_0986261 | CORECIVIC_0986261 |
| CORECIVIC_0988484 | CORECIVIC_0988485 |
| CORECIVIC_0988486 | CORECIVIC_0988486 |
| CORECIVIC_0988487 | CORECIVIC_0988487 |
| CORECIVIC_0988491 | CORECIVIC_0988493 |
| CORECIVIC_0988494 | CORECIVIC_0988497 |

| Production - Begbates | Production - Endbates |
|---|---|
| CORECIVIC_0988498 | CORECIVIC_0988499 |
| CORECIVIC_0988500 | CORECIVIC_0988500 |
| CORECIVIC_0988501 | CORECIVIC_0988501 |
| CORECIVIC_0988502 | CORECIVIC_0988503 |
| CORECIVIC_0988504 | CORECIVIC_0988504 |
| CORECIVIC_0989646 | CORECIVIC_0989646 |
| CORECIVIC_0989647 | CORECIVIC_0989647 |
| CORECIVIC_1137942 | CORECIVIC_1137949 |
| CORECIVIC_1138160 | CORECIVIC_1138160 |
| CORECIVIC_1138161 | CORECIVIC_1138161 |
| CORECIVIC_1138381 | CORECIVIC_1138381 |
| CORECIVIC_1138382 | CORECIVIC_1138383 |
| CORECIVIC_1138384 | CORECIVIC_1138384 |
| CORECIVIC_1138385 | CORECIVIC_1138386 |
| CORECIVIC_1138387 | CORECIVIC_1138389 |
| CORECIVIC_1138390 | CORECIVIC_1138390 |
| CORECIVIC_1138726 | CORECIVIC_1138726 |
| CORECIVIC_1138727 | CORECIVIC_1138779 |
| CORECIVIC_1138780 | CORECIVIC_1138780 |
| CORECIVIC_1148672 | CORECIVIC_1148673 |
| CORECIVIC_1148674 | CORECIVIC_1148674 |
| CORECIVIC_1149949 | CORECIVIC_1149950 |
| CORECIVIC_1149951 | CORECIVIC_1149952 |
| CORECIVIC_1150010 | CORECIVIC_1150010 |
| CORECIVIC_1150011 | CORECIVIC_1150031 |
| CORECIVIC_1150260 | CORECIVIC_1150261 |
| CORECIVIC_1150262 | CORECIVIC_1150263 |
| CORECIVIC_1150281 | CORECIVIC_1150282 |
| CORECIVIC_1152724 | CORECIVIC_1152724 |
| CORECIVIC_1160779 | CORECIVIC_1160780 |
| CORECIVIC_1160781 | CORECIVIC_1160782 |
| CORECIVIC_1161068 | CORECIVIC_1161069 |
| CORECIVIC_1161070 | CORECIVIC_1161070 |
| CORECIVIC_1168462 | CORECIVIC_1168463 |
| CORECIVIC_1168477 | CORECIVIC_1168477 |
| CORECIVIC_1168478 | CORECIVIC_1168478 |
| CORECIVIC_1168479 | CORECIVIC_1168479 |
| CORECIVIC_1168480 | CORECIVIC_1168481 |
| CORECIVIC_1168666 | CORECIVIC_1168667 |
| CORECIVIC_1168669 | CORECIVIC_1168669 |
| CORECIVIC_1168670 | CORECIVIC_1168670 |
| CORECIVIC_1168671 | CORECIVIC_1168671 |

| Production - Begbates | Production - Endbates |
|---|---|
| CORECIVIC_1168672 | CORECIVIC_1168672 |
| CORECIVIC_1168673 | CORECIVIC_1168673 |
| CORECIVIC_1168674 | CORECIVIC_1168674 |
| CORECIVIC_1168675 | CORECIVIC_1168677 |
| CORECIVIC_1168678 | CORECIVIC_1168680 |
| CORECIVIC_1168681 | CORECIVIC_1168684 |
| CORECIVIC_1168685 | CORECIVIC_1168688 |
| CORECIVIC_1168693 | CORECIVIC_1168694 |
| CORECIVIC_1168695 | CORECIVIC_1168695 |
| CORECIVIC_1168696 | CORECIVIC_1168696 |
| CORECIVIC_1168697 | CORECIVIC_1168697 |
| CORECIVIC_1168698 | CORECIVIC_1168701 |
| CORECIVIC_1168702 | CORECIVIC_1168704 |
| CORECIVIC_1168769 | CORECIVIC_1168769 |
| CORECIVIC_1168776 | CORECIVIC_1168778 |
| CORECIVIC_1168779 | CORECIVIC_1168779 |
| CORECIVIC_1168780 | CORECIVIC_1168782 |
| CORECIVIC_1168783 | CORECIVIC_1168783 |
| CORECIVIC_1168803 | CORECIVIC_1168804 |
| CORECIVIC_1168805 | CORECIVIC_1168805 |
| CORECIVIC_1168806 | CORECIVIC_1168811 |
| CORECIVIC_1168812 | CORECIVIC_1168814 |
| CORECIVIC_1169368 | CORECIVIC_1169368 |
| CORECIVIC_1169369 | CORECIVIC_1169369 |
| CORECIVIC_1169370 | CORECIVIC_1169372 |
| CORECIVIC_1169373 | CORECIVIC_1169376 |
| CORECIVIC_1169378 | CORECIVIC_1169378 |
| CORECIVIC_1169386 | CORECIVIC_1169403 |
| CORECIVIC_1169404 | CORECIVIC_1169404 |
| CORECIVIC_1169439 | CORECIVIC_1169440 |
| CORECIVIC_1169441 | CORECIVIC_1169442 |
| CORECIVIC_1169443 | CORECIVIC_1169444 |
| CORECIVIC_1169445 | CORECIVIC_1169468 |
| CORECIVIC_1169469 | CORECIVIC_1169490 |
| CORECIVIC_1169491 | CORECIVIC_1169492 |
| CORECIVIC_1169504 | CORECIVIC_1169504 |
| CORECIVIC_1169505 | CORECIVIC_1169506 |
| CORECIVIC_1169507 | CORECIVIC_1169507 |
| CORECIVIC_1183443 | CORECIVIC_1183447 |
| CORECIVIC_1183448 | CORECIVIC_1183448 |
| CORECIVIC_1183866 | CORECIVIC_1183867 |
| CORECIVIC_1183868 | CORECIVIC_1183868 |

| Production - Begbates | Production - Endbates |
|---|---|
| CORECIVIC_1183869 | CORECIVIC_1183871 |
| CORECIVIC_1183872 | CORECIVIC_1183872 |
| CORECIVIC_1183873 | CORECIVIC_1183876 |
| CORECIVIC_1183877 | CORECIVIC_1183877 |
| CORECIVIC_1183879 | CORECIVIC_1183882 |
| CORECIVIC_1183883 | CORECIVIC_1183883 |
| CORECIVIC_1184744 | CORECIVIC_1184745 |
| CORECIVIC_1189434 | CORECIVIC_1189435 |
| CORECIVIC_1189436 | CORECIVIC_1189436 |
| CORECIVIC_1189618 | CORECIVIC_1189618 |
| CORECIVIC_1189619 | CORECIVIC_1189619 |
| CORECIVIC_1189620 | CORECIVIC_1189620 |
| CORECIVIC_1189621 | CORECIVIC_1189626 |
| CORECIVIC_1189627 | CORECIVIC_1189627 |
| CORECIVIC_1189628 | CORECIVIC_1189628 |
| CORECIVIC_1189629 | CORECIVIC_1189629 |
| CORECIVIC_1189630 | CORECIVIC_1189635 |
| CORECIVIC_1192912 | CORECIVIC_1192917 |
| CORECIVIC_1192918 | CORECIVIC_1192918 |
| CORECIVIC_1192919 | CORECIVIC_1192919 |
| CORECIVIC_1197083 | CORECIVIC_1197084 |
| CORECIVIC_1197087 | CORECIVIC_1197089 |
| CORECIVIC_1197369 | CORECIVIC_1197372 |
| CORECIVIC_1197373 | CORECIVIC_1197373 |
| CORECIVIC_1197374 | CORECIVIC_1197374 |
| CORECIVIC_1197375 | CORECIVIC_1197375 |
| CORECIVIC_1197376 | CORECIVIC_1197376 |
| CORECIVIC_1197552 | CORECIVIC_1197553 |
| CORECIVIC_1197554 | CORECIVIC_1197560 |
| CORECIVIC_1197602 | CORECIVIC_1197603 |
| CORECIVIC_1197607 | CORECIVIC_1197609 |
| CORECIVIC_1197610 | CORECIVIC_1197610 |
| CORECIVIC_1197611 | CORECIVIC_1197611 |
| CORECIVIC_1197630 | CORECIVIC_1197630 |
| CORECIVIC_1197631 | CORECIVIC_1197640 |
| CORECIVIC_1197641 | CORECIVIC_1197641 |
| CORECIVIC_1197642 | CORECIVIC_1197643 |
| CORECIVIC_1197644 | CORECIVIC_1197653 |
| CORECIVIC_1197654 | CORECIVIC_1197660 |
| CORECIVIC_1197661 | CORECIVIC_1197661 |
| CORECIVIC_1197662 | CORECIVIC_1197663 |
| CORECIVIC_1197664 | CORECIVIC_1197673 |

| Production - Begbates | Production - Endbates |
|---|---|
| CORECIVIC_1197674 | CORECIVIC_1197680 |
| CORECIVIC_1197699 | CORECIVIC_1197700 |
| CORECIVIC_1197701 | CORECIVIC_1197702 |
| CORECIVIC_1197704 | CORECIVIC_1197704 |
| CORECIVIC_1197705 | CORECIVIC_1197710 |
| CORECIVIC_1197732 | CORECIVIC_1197732 |
| CORECIVIC_1197733 | CORECIVIC_1197738 |
| CORECIVIC_1197739 | CORECIVIC_1197740 |
| CORECIVIC_1197741 | CORECIVIC_1197747 |
| CORECIVIC_1197748 | CORECIVIC_1197749 |
| CORECIVIC_1197858 | CORECIVIC_1197859 |
| CORECIVIC_1197860 | CORECIVIC_1197861 |
| CORECIVIC_1197862 | CORECIVIC_1197862 |
| CORECIVIC_1197863 | CORECIVIC_1197864 |
| CORECIVIC_1197891 | CORECIVIC_1197893 |
| CORECIVIC_1197898 | CORECIVIC_1197899 |
| CORECIVIC_1197943 | CORECIVIC_1197944 |
| CORECIVIC_1197945 | CORECIVIC_1197946 |
| CORECIVIC_1197947 | CORECIVIC_1197948 |
| CORECIVIC_1197949 | CORECIVIC_1197950 |
| CORECIVIC_1198308 | CORECIVIC_1198309 |
| CORECIVIC_1198341 | CORECIVIC_1198343 |
| CORECIVIC_1198377 | CORECIVIC_1198377 |
| CORECIVIC_1198378 | CORECIVIC_1198391 |
| CORECIVIC_1198392 | CORECIVIC_1198392 |
| CORECIVIC_1198393 | CORECIVIC_1198394 |
| CORECIVIC_1198395 | CORECIVIC_1198395 |
| CORECIVIC_1198399 | CORECIVIC_1198400 |
| CORECIVIC_1198401 | CORECIVIC_1198402 |
| CORECIVIC_1198434 | CORECIVIC_1198435 |
| CORECIVIC_1198436 | CORECIVIC_1198436 |
| CORECIVIC_1198437 | CORECIVIC_1198438 |
| CORECIVIC_1206691 | CORECIVIC_1206691 |
| CORECIVIC_1206692 | CORECIVIC_1206692 |
| CORECIVIC_1206693 | CORECIVIC_1206693 |
| CORECIVIC_1206694 | CORECIVIC_1206695 |
| CORECIVIC_1208770 | CORECIVIC_1208771 |
| CORECIVIC_1210544 | CORECIVIC_1210544 |
| CORECIVIC_1210545 | CORECIVIC_1210545 |
| CORECIVIC_1210546 | CORECIVIC_1210546 |
| CORECIVIC_1212851 | CORECIVIC_1212853 |
| CORECIVIC_1213691 | CORECIVIC_1213692 |

| Production - Begbates | Production - Endbates |
|---|---|
| CORECIVIC_1213693 | CORECIVIC_1213693 |
| CORECIVIC_1213694 | CORECIVIC_1213694 |
| CORECIVIC_1213695 | CORECIVIC_1213695 |
| CORECIVIC_1219883 | CORECIVIC_1219884 |
| CORECIVIC_1220026 | CORECIVIC_1220028 |
| CORECIVIC_1220029 | CORECIVIC_1220029 |
| CORECIVIC_1220030 | CORECIVIC_1220030 |
| CORECIVIC_1220180 | CORECIVIC_1220180 |
| CORECIVIC_1220181 | CORECIVIC_1220181 |
| CORECIVIC_1220427 | CORECIVIC_1220439 |
| CORECIVIC_1227135 | CORECIVIC_1227135 |
| CORECIVIC_1227980 | CORECIVIC_1227981 |
| CORECIVIC_1227982 | CORECIVIC_1227982 |
| CORECIVIC_1227983 | CORECIVIC_1227983 |
| CORECIVIC_1227984 | CORECIVIC_1228001 |
| CORECIVIC_1228002 | CORECIVIC_1228002 |
| CORECIVIC_1233728 | CORECIVIC_1233732 |
| CORECIVIC_1233834 | CORECIVIC_1233835 |
| CORECIVIC_1233836 | CORECIVIC_1233836 |
| CORECIVIC_1233837 | CORECIVIC_1233837 |
| CORECIVIC_1233852 | CORECIVIC_1233854 |
| CORECIVIC_1233867 | CORECIVIC_1233869 |
| CORECIVIC_1233870 | CORECIVIC_1233890 |
| CORECIVIC_1233891 | CORECIVIC_1233893 |
| CORECIVIC_1233894 | CORECIVIC_1233914 |
| CORECIVIC_1233915 | CORECIVIC_1233917 |
| CORECIVIC_1233918 | CORECIVIC_1233938 |
| CORECIVIC_1234147 | CORECIVIC_1234148 |
| CORECIVIC_1234149 | CORECIVIC_1234149 |
| CORECIVIC_1234150 | CORECIVIC_1234151 |
| CORECIVIC_1234155 | CORECIVIC_1234156 |
| CORECIVIC_1234214 | CORECIVIC_1234214 |
| CORECIVIC_1234215 | CORECIVIC_1234216 |
| CORECIVIC_1234219 | CORECIVIC_1234219 |
| CORECIVIC_1234220 | CORECIVIC_1234220 |
| CORECIVIC_1234221 | CORECIVIC_1234231 |
| CORECIVIC_1234394 | CORECIVIC_1234395 |
| CORECIVIC_1234396 | CORECIVIC_1234396 |
| CORECIVIC_1234397 | CORECIVIC_1234397 |
| CORECIVIC_1234402 | CORECIVIC_1234404 |
| CORECIVIC_1235876 | CORECIVIC_1235876 |
| CORECIVIC_1235877 | CORECIVIC_1235878 |

| Production - Begbates | Production - Endbates |
|---|---|
| CORECIVIC_1235879 | CORECIVIC_1235879 |
| CORECIVIC_1235880 | CORECIVIC_1235880 |
| CORECIVIC_1235881 | CORECIVIC_1235881 |
| CORECIVIC_1235888 | CORECIVIC_1235889 |
| CORECIVIC_1235890 | CORECIVIC_1235890 |
| CORECIVIC_1237150 | CORECIVIC_1237150 |
| CORECIVIC_1237151 | CORECIVIC_1237158 |
| CORECIVIC_1237159 | CORECIVIC_1237160 |
| CORECIVIC_1237109 | CORECIVIC_1237116 |
| CORECIVIC_1239321 | CORECIVIC_1239322 |
| CORECIVIC_1239323 | CORECIVIC_1239323 |
| CORECIVIC_1239324 | CORECIVIC_1239324 |
| CORECIVIC_1239494 | CORECIVIC_1239494 |
| CORECIVIC_1239495 | CORECIVIC_1239495 |
| CORECIVIC_1239747 | CORECIVIC_1239747 |
| CORECIVIC_1239748 | CORECIVIC_1239749 |
| CORECIVIC_1239800 | CORECIVIC_1239800 |
| CORECIVIC_1239860 | CORECIVIC_1239862 |
| CORECIVIC_1240016 | CORECIVIC_1240017 |
| CORECIVIC_1240189 | CORECIVIC_1240190 |
| CORECIVIC_1240191 | CORECIVIC_1240197 |
| CORECIVIC_1242958 | CORECIVIC_1242961 |
| CORECIVIC_1246798 | CORECIVIC_1246799 |
| CORECIVIC_1246800 | CORECIVIC_1246802 |
| CORECIVIC_1246803 | CORECIVIC_1246805 |
| CORECIVIC_1247157 | CORECIVIC_1247157 |
| CORECIVIC_1247158 | CORECIVIC_1247158 |
| CORECIVIC_1247159 | CORECIVIC_1247159 |
| CORECIVIC_1247266 | CORECIVIC_1247266 |
| CORECIVIC_1248586 | CORECIVIC_1248586 |
| CORECIVIC_1248657 | CORECIVIC_1248659 |
| CORECIVIC_1248660 | CORECIVIC_1248660 |
| CORECIVIC_1265137 | CORECIVIC_1265138 |
| CORECIVIC_1265139 | CORECIVIC_1265139 |
| CORECIVIC_1265140 | CORECIVIC_1265141 |
| CORECIVIC_1265142 | CORECIVIC_1265142 |
| CORECIVIC_1270970 | CORECIVIC_1270971 |
| CORECIVIC_1272197 | CORECIVIC_1272201 |
| CORECIVIC_1273765 | CORECIVIC_1273765 |
| CORECIVIC_1273766 | CORECIVIC_1273783 |
| CORECIVIC_1273784 | CORECIVIC_1273784 |
| CORECIVIC_1273809 | CORECIVIC_1273811 |

| Production - Begbates | Production - Endbates |
|---|---|
| CORECIVIC_1273812 | CORECIVIC_1273812 |
| CORECIVIC_1273813 | CORECIVIC_1273813 |
| CORECIVIC_1273814 | CORECIVIC_1273817 |
| CORECIVIC_1273818 | CORECIVIC_1273818 |
| CORECIVIC_1273819 | CORECIVIC_1273819 |
| CORECIVIC_1274403 | CORECIVIC_1274404 |
| CORECIVIC_1274405 | CORECIVIC_1274408 |
| CORECIVIC_1274409 | CORECIVIC_1274426 |
| CORECIVIC_1274453 | CORECIVIC_1274455 |
| CORECIVIC_1274456 | CORECIVIC_1274459 |
| CORECIVIC_1279471 | CORECIVIC_1279472 |
| CORECIVIC_1279473 | CORECIVIC_1279474 |
| CORECIVIC_1279475 | CORECIVIC_1279475 |
| CORECIVIC_1279476 | CORECIVIC_1279477 |
| CORECIVIC_1279478 | CORECIVIC_1279478 |
| CORECIVIC_1279479 | CORECIVIC_1279480 |
| CORECIVIC_1279481 | CORECIVIC_1279481 |
| CORECIVIC_1279505 | CORECIVIC_1279506 |
| CORECIVIC_1279507 | CORECIVIC_1279514 |
| CORECIVIC_1279515 | CORECIVIC_1279539 |
| CORECIVIC_1279540 | CORECIVIC_1279563 |
| CORECIVIC_1279564 | CORECIVIC_1279599 |
| CORECIVIC_1279600 | CORECIVIC_1279600 |
| CORECIVIC_1279601 | CORECIVIC_1279601 |
| CORECIVIC_1279602 | CORECIVIC_1279634 |
| CORECIVIC_1279635 | CORECIVIC_1279635 |
| CORECIVIC_1280411 | CORECIVIC_1280412 |
| CORECIVIC_1280413 | CORECIVIC_1280424 |
| CORECIVIC_1280425 | CORECIVIC_1280425 |
| CORECIVIC_1280426 | CORECIVIC_1280426 |
| CORECIVIC_1280427 | CORECIVIC_1280427 |
| CORECIVIC_1284311 | CORECIVIC_1284313 |
| CORECIVIC_1284550 | CORECIVIC_1284550 |
| CORECIVIC_1285398 | CORECIVIC_1285401 |
| CORECIVIC_1285842 | CORECIVIC_1285844 |
| CORECIVIC_1285845 | CORECIVIC_1285997 |
| CORECIVIC_1285998 | CORECIVIC_1286020 |
| CORECIVIC_1286021 | CORECIVIC_1286021 |
| CORECIVIC_1286022 | CORECIVIC_1286022 |
| CORECIVIC_1286023 | CORECIVIC_1286023 |
| CORECIVIC_1291849 | CORECIVIC_1291849 |
| CORECIVIC_1291850 | CORECIVIC_1291854 |

| Production - Begbates | Production - Endbates |
|---|---|
| CORECIVIC_1291861 | CORECIVIC_1291861 |
| CORECIVIC_1291862 | CORECIVIC_1291866 |
| CORECIVIC_1296119 | CORECIVIC_1296120 |
| CORECIVIC_1296121 | CORECIVIC_1296121 |
| CORECIVIC_1296122 | CORECIVIC_1296123 |
| CORECIVIC_1296124 | CORECIVIC_1296124 |
| CORECIVIC_1296125 | CORECIVIC_1296125 |
| CORECIVIC_1296126 | CORECIVIC_1296126 |
| CORECIVIC_1295980 | CORECIVIC_1295980 |
| CORECIVIC_1295981 | CORECIVIC_1295981 |
| CORECIVIC_1296007 | CORECIVIC_1296007 |
| CORECIVIC_1304662 | CORECIVIC_1304663 |
| CORECIVIC_1306994 | CORECIVIC_1306995 |
| CORECIVIC_1306996 | CORECIVIC_1306998 |
| CORECIVIC_1308238 | CORECIVIC_1308238 |
| CORECIVIC_1308239 | CORECIVIC_1308239 |
| CORECIVIC_1308240 | CORECIVIC_1308240 |
| CORECIVIC_1308948 | CORECIVIC_1308948 |
| CORECIVIC_1308949 | CORECIVIC_1308967 |
| CORECIVIC_1308968 | CORECIVIC_1308968 |
| CORECIVIC_1310924 | CORECIVIC_1310925 |
| CORECIVIC_1310926 | CORECIVIC_1310963 |
| CORECIVIC_1310964 | CORECIVIC_1311021 |
| CORECIVIC_1317836 | CORECIVIC_1317837 |
| CORECIVIC_1317838 | CORECIVIC_1317838 |
| CORECIVIC_1317839 | CORECIVIC_1317845 |
| CORECIVIC_1317878 | CORECIVIC_1317879 |
| CORECIVIC_1317880 | CORECIVIC_1317880 |
| CORECIVIC_1317881 | CORECIVIC_1317883 |
| CORECIVIC_1317884 | CORECIVIC_1317884 |
| CORECIVIC_1317885 | CORECIVIC_1317886 |
| CORECIVIC_1317887 | CORECIVIC_1317889 |
| CORECIVIC_1317890 | CORECIVIC_1317890 |
| CORECIVIC_1318090 | CORECIVIC_1318091 |
| CORECIVIC_1322845 | CORECIVIC_1322845 |
| CORECIVIC_1322846 | CORECIVIC_1322906 |
| CORECIVIC_1322938 | CORECIVIC_1322938 |
| CORECIVIC_1322939 | CORECIVIC_1322939 |
| CORECIVIC_1322940 | CORECIVIC_1322940 |
| CORECIVIC_1322941 | CORECIVIC_1322941 |
| CORECIVIC_1322942 | CORECIVIC_1322943 |
| CORECIVIC_1322944 | CORECIVIC_1322945 |

| Production - Begbates | Production - Endbates |
|---|---|
| CORECIVIC_1322946 | CORECIVIC_1322948 |
| CORECIVIC_1322949 | CORECIVIC_1322950 |
| CORECIVIC_1322951 | CORECIVIC_1322952 |
| CORECIVIC_1323656 | CORECIVIC_1323656 |
| CORECIVIC_1323657 | CORECIVIC_1323661 |
| CORECIVIC_1323662 | CORECIVIC_1323662 |
| CORECIVIC_1323663 | CORECIVIC_1323663 |
| CORECIVIC_1323664 | CORECIVIC_1323664 |
| CORECIVIC_1323805 | CORECIVIC_1323808 |
| CORECIVIC_1323966 | CORECIVIC_1323966 |
| CORECIVIC_1323967 | CORECIVIC_1323969 |
| CORECIVIC_1324257 | CORECIVIC_1324259 |
| CORECIVIC_1324260 | CORECIVIC_1324262 |
| CORECIVIC_1324263 | CORECIVIC_1324264 |
| CORECIVIC_1324265 | CORECIVIC_1324268 |
| CORECIVIC_1324269 | CORECIVIC_1324269 |
| CORECIVIC_1324270 | CORECIVIC_1324272 |
| CORECIVIC_1324273 | CORECIVIC_1324285 |
| CORECIVIC_1330722 | CORECIVIC_1330723 |
| CORECIVIC_1330724 | CORECIVIC_1330731 |
| CORECIVIC_1330732 | CORECIVIC_1330743 |
| CORECIVIC_1330744 | CORECIVIC_1330753 |
| CORECIVIC_1330754 | CORECIVIC_1330763 |
| CORECIVIC_1330764 | CORECIVIC_1330768 |
| CORECIVIC_1330769 | CORECIVIC_1330773 |
| CORECIVIC_1330774 | CORECIVIC_1330778 |
| CORECIVIC_1330779 | CORECIVIC_1330783 |
| CORECIVIC_1330784 | CORECIVIC_1330796 |
| CORECIVIC_1330797 | CORECIVIC_1330798 |
| CORECIVIC_1330912 | CORECIVIC_1330913 |
| CORECIVIC_1331039 | CORECIVIC_1331041 |
| CORECIVIC_1331171 | CORECIVIC_1331173 |
| CORECIVIC_1331277 | CORECIVIC_1331277 |
| CORECIVIC_1331278 | CORECIVIC_1331279 |
| CORECIVIC_1332144 | CORECIVIC_1332144 |
| CORECIVIC_1332145 | CORECIVIC_1332155 |