Eric C. Pettis
Direct Dial: +1.213.891.7397
Email: eric.pettis@lw.com

355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Tel: +1.213.485.1234  Fax: +1.213.891.8763
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

# LATHAM & WATKINS LLP

November 12, 2019

**VIA EMAIL**

Christopher Lyons
414 Union Street, Suite 900
Nashville, TN 37219
Phone: (615) 244-2203
clyons@rgrdlaw.com

    Re: *Grae v. Corrections Corp. of America, et al.*, No. 3:16-cv-02267

Counsel:

  We have become aware that we inadvertently produced documents protected by the attorney-client privilege and/or work product doctrine. In accordance with Federal Rule of Civil Procedure 26(b)(5)(B) and paragraph 10 (citing Federal Rule of Evidence 502(d)) of the Revised Stipulation and Protective Order filed in this case on February 12, 2018 (Dkt. No. 86), please promptly return the documents bearing the Bates numbers identified in the enclosed Exhibit A and all copies thereof to Defendants or certify in writing that the documents have been destroyed. Plaintiff and its counsel must refrain from using these documents for any purpose.

  It has also come to our attention that you may be using outdated Bates numbers for certain of Defendants' productions. As you know, on October 18, 2018, we provided you with an updated load file, which shifted the Bates numbering for certain documents. It appears that this updated load file has not been applied, or has been applied improperly, and thus the Bates numbers you are using to reference documents may not match ours. Please let us know when you are available for a call with our e-discovery vendor to resolve this issue. In the interim, and for the purposes of this clawback, Exhibit A contains a cross-reference to "old" Bates numbers, where applicable.

  Defendants will update and/or supplement the privilege logs to reflect all documents contained in Exhibit A.

LATHAM&WATKINS LLP

Please confirm in writing that you will abide by this request.

Best regards,

Eric C. Pettis
of LATHAM & WATKINS LLP

Encl.

CC:    Brian Glennon
Sarah Tomkowiak
Steve Riley
Trey McGee
Meryn Grant
Morgan Whitworth
Dennis Herman
Willow Radcliffe
Christopher Wood
Kenneth Black