| | |
|---|---|
| **From:** | Pettis, Eric (LA) |
| **Sent:** | Friday, December 13, 2019 2:12 PM |
| **To:** | 'Chris Wood' |
| **Cc:** | Kenny Black |
| **Subject:** | RE: Grae v. Corrections Corporation of America, No. 3:16-cv-02267 (M.D. Tenn.) – Discovery |
| **Attachments:** | 2019.12.13_Privilege Log to Exhibit A.xlsx |

Chris,

Attached please find the privilege log for the documents identified in Exhibit A. For your convenience, this spreadsheet contains both Exhibit A and the privilege log in separate tabs.

Thank you,
Eric

---

**From:** Chris Wood <CWood@rgrdlaw.com>
**Sent:** Thursday, December 12, 2019 8:28 AM
**To:** Pettis, Eric (LA) <Eric.Pettis@lw.com>
**Cc:** Kenny Black <KennyB@rgrdlaw.com>
**Subject:** RE: Grae v. Corrections Corporation of America, No. 3:16-cv-02267 (M.D. Tenn.) – Discovery

Eric:

We have now been able to correctly identify the documents. When can we expect a privilege log?

Also, we have objections to your claims of privilege with respect to these documents, including but not limited to (i) that the documents are not covered by attorney-client or work product protections; (ii) that the documents relate to ordinary business matters not subject to attorney-client or work product protections; and (iii) that any privilege or protection has been waived. Once we receive your log we may have additional objections as well, and will promptly set up a time to confer.

Best Regards,

Chris Wood
**Robbins Geller Rudman & Dowd LLP**
414 Union St., Suite #900
Nashville, TN 37219
Tel 615 244 2203  |  Fax 615 252 3798

---

**From:** Eric.Pettis@lw.com <Eric.Pettis@lw.com>
**Sent:** Wednesday, December 11, 2019 8:57 PM
**To:** Chris Wood <CWood@rgrdlaw.com>
**Cc:** Kenny Black <KennyB@rgrdlaw.com>
**Subject:** RE: Grae v. Corrections Corporation of America, No. 3:16-cv-02267 (M.D. Tenn.) – Discovery

Chris,

Our vendor looked into it and your Begno_NEW and Endno_NEW for the 98 records you identified are correct. Please use the updated Exhibit A attached for purposes of the clawback. Barring anything else, we should now have the same Bates numbers in our respective databases.

Please confirm that you will promptly destroy these documents and refrain from using them for any purpose pursuant to our November 12 clawback letter.

Thanks,
Eric

---

**From:** Chris Wood <CWood@rgrdlaw.com>
**Sent:** Wednesday, December 11, 2019 2:10 PM
**To:** Pettis, Eric (LA) <Eric.Pettis@lw.com>
**Cc:** Kenny Black <KennyB@rgrdlaw.com>
**Subject:** RE: Grae v. Corrections Corporation of America, No. 3:16-cv-02267 (M.D. Tenn.) – Discovery

Eric:

I still think we have an issue. See the attached. 300 records have been highlighted green. These are the documents that can be found by searching them against Begno_NEW. We think these are correct. The remaining 98 records are all from Volume 8 and have been highlighted in red. We believe you are providing the Begno_OLD for these documents and have included columns indicating our internal numbering for these for your reference.

To further help, we've set up an FTP link with the docs that we THINK you want to claw back. You should have access to the link: https://transfer.rgrdlaw.com/w/j6i4vhky5Ql4uqRy . Hopefully we can get the numbering squared away and you can confirm that the docs at this link are the ones you want to claw back. Let me know if you have questions.

Best,

Chris Wood
**Robbins Geller Rudman & Dowd LLP**
414 Union St., Suite #900
Nashville, TN 37219
Tel 615 244 2203  |  Fax 615 252 3798

---

**From:** Eric.Pettis@lw.com <Eric.Pettis@lw.com>
**Sent:** Tuesday, December 10, 2019 6:00 PM
**To:** Chris Wood <CWood@rgrdlaw.com>
**Cc:** Kenny Black <KennyB@rgrdlaw.com>
**Subject:** RE: Grae v. Corrections Corporation of America, No. 3:16-cv-02267 (M.D. Tenn.) – Discovery

Chris,

We believe we've identified the issue. Attached is an updated Exhibit A. If these Bates numbers match those in your database, please confirm that you will promptly destroy these documents and refrain from using them for any purpose pursuant to our November 12 clawback letter.

Thank you,
Eric

**From:** Chris Wood <CWood@rgrdlaw.com>
**Sent:** Monday, December 9, 2019 10:06 AM
**To:** Pettis, Eric (LA) <Eric.Pettis@lw.com>
**Cc:** Kenny Black <KennyB@rgrdlaw.com>
**Subject:** RE: Grae v. Corrections Corporation of America, No. 3:16-cv-02267 (M.D. Tenn.) – Discovery

Eric – See attached.

---

**From:** Eric.Pettis@lw.com <Eric.Pettis@lw.com>
**Sent:** Monday, December 9, 2019 11:43 AM
**To:** Chris Wood <CWood@rgrdlaw.com>
**Cc:** Kenny Black <KennyB@rgrdlaw.com>
**Subject:** RE: Grae v. Corrections Corporation of America, No. 3:16-cv-02267 (M.D. Tenn.) – Discovery

Chris,

Some clarification regarding the fields. Our vendor would like the following fields for the sample documents referenced by your litigation support team:

- "Hash"
- FILEPATH
- FILEEXT
- FILENAME

Thanks,
Eric

---

**From:** Pettis, Eric (LA)
**Sent:** Monday, December 9, 2019 8:46 AM
**To:** 'Chris Wood' <CWood@rgrdlaw.com>
**Cc:** Kenny Black <KennyB@rgrdlaw.com>
**Subject:** RE: Grae v. Corrections Corporation of America, No. 3:16-cv-02267 (M.D. Tenn.) – Discovery

Chris,

Our vendor is asking if your lit support folks can provide the extension, date, and subject fields for the sample documents below. Their explanation has been helpful, but the additional fields will help our vendor feel more confident that they are looking at the same documents.

Let me know if you'd like to discuss.

Thanks,
Eric

---

**From:** Chris Wood <CWood@rgrdlaw.com>
**Sent:** Friday, December 6, 2019 2:57 PM
**To:** Pettis, Eric (LA) <Eric.Pettis@lw.com>
**Cc:** Kenny Black <KennyB@rgrdlaw.com>
**Subject:** RE: Grae v. Corrections Corporation of America, No. 3:16-cv-02267 (M.D. Tenn.) – Discovery

Eric:

Below and attached is from our lit support folks. Their theory is that you folks did not apply the Volume 9 overlay when identifying docs from Volume 9 on your clawback list.  Hope this helps get to the bottom of this.
_____

We found one additional example of an issue identical to the one we previously identified in our letter.

| Exhibit A Begno | Exhibit A Endno | Begno_NEW | Endno_NEW | Begno_OLD | Endno_ |
|---|---|---|---|---|---|
| CORECIVIC_1360185 | CORECIVIC_1360185 | CORECIVIC_1360185 | CORECIVIC_1360186 | CORECIVIC_1360255 | CORECIVIC_ |
| CORECIVIC_1360186 | CORECIVIC_1360186 | | | | |

As you can see, if we were to search CORECIVIC_1360185 as Begno_NEW, the document that results is a 2 page document with bates range CORECIVIC_1360185-86, which with overlap with the 2 document they've identified in the second row.

During the call, their vendor mentioned that he was able to pull up CORECIVIC_1360177 and CORECIVIC_1360178 as separate single page documents. Because the documents from both of these examples were in Volume 9, this lead us to believe that they may not have applied their own Volume 9 Overlay.

When searching all 398 documents in Exhibit A in the Begno_OLD field, there are 119 results. 98 are from Volume 8 and match the 98 documents identified in their cross reference tab. The remaining 21 are all in Volume 9. Because they are referencing these 21 documents by their Begno_OLD, they should appear on the cross reference if they assume we are using the old numbers. But because they don't, this supports our theory that they may not have applied the Volume 9 overlay and are using the old bates numbers believing they are new. The attached spreadsheet lists these 21 documents with the Begno/Endno listed in their Exhibit A, compared with the new and old Begno/Endno we have. As you can see, their numbers are identical to our Begno_OLD.

---

**From:** Eric.Pettis@lw.com <Eric.Pettis@lw.com>
**Sent:** Wednesday, December 4, 2019 12:54 PM
**To:** Kenny Black <KennyB@rgrdlaw.com>; Chris Wood <CWood@rgrdlaw.com>; Jason Forge <JForge@rgrdlaw.com>; Christopher Lyons <CLyons@rgrdlaw.com>; Willow Radcliffe <Willowr@rgrdlaw.com>; Dennis Herman <DennisH@rgrdlaw.com>; Sarah Morris <SMorris@rgrdlaw.com>
**Cc:** David.Schindler@lw.com; Brian Glennon <brian.glennon@lw.com>; Sarah.Tomkowiak@lw.com; sriley@rwjplc.com; Morgan.Whitworth@lw.com; tmcgee@rwjplc.com; Meryn.Grant@lw.com
**Subject:** RE: Grae v. Corrections Corporation of America, No. 3:16-cv-02267 (M.D. Tenn.) – Discovery

Kenny,

That time works for us.  We will dial-in then.

Best,
Eric

---

**From:** Kenny Black <KennyB@rgrdlaw.com>
**Sent:** Wednesday, December 4, 2019 10:42 AM
**To:** Pettis, Eric (LA) <Eric.Pettis@lw.com>; Chris Wood <CWood@rgrdlaw.com>; Jason Forge <JForge@rgrdlaw.com>; Christopher Lyons <CLyons@rgrdlaw.com>; Willow Radcliffe <Willowr@rgrdlaw.com>; Dennis Herman <DennisH@rgrdlaw.com>; Sarah Morris <SMorris@rgrdlaw.com>
**Cc:** Schindler, David (LA) <David.Schindler@lw.com>; Glennon, Brian (LA) <Brian.Glennon@lw.com>; Tomkowiak, Sarah (DC) <Sarah.Tomkowiak@lw.com>; sriley@rwjplc.com; Whitworth, Morgan (SF) <Morgan.Whitworth@lw.com>;

tmcgee@rwjplc.com; Grant, Meryn (LA) <Meryn.Grant@lw.com>
**Subject:** RE: Grae v. Corrections Corporation of America, No. 3:16-cv-02267 (M.D. Tenn.) – Discovery


Dear Eric,

We propose Friday at 11:30am Pacific/1:30 Central. If that time works we can use the following call in information:

Number: 8005048071;
Access Code: 6764441.

Best,
Kenny

**From:** Eric.Pettis@lw.com <Eric.Pettis@lw.com>
**Sent:** Tuesday, December 3, 2019 4:58 PM
**To:** Kenny Black <KennyB@rgrdlaw.com>; Chris Wood <CWood@rgrdlaw.com>; Jason Forge <JForge@rgrdlaw.com>; Christopher Lyons <CLyons@rgrdlaw.com>; Willow Radcliffe <Willowr@rgrdlaw.com>; Dennis Herman <DennisH@rgrdlaw.com>; Sarah Morris <SMorris@rgrdlaw.com>
**Cc:** David.Schindler@lw.com; Brian Glennon <brian.glennon@lw.com>; Sarah.Tomkowiak@lw.com; sriley@rwjplc.com; Morgan.Whitworth@lw.com; tmcgee@rwjplc.com; Meryn.Grant@lw.com
**Subject:** RE: Grae v. Corrections Corporation of America, No. 3:16-cv-02267 (M.D. Tenn.) – Discovery

Kenny,

We have been committed to resolving these issues since they were first raised, and we will continue to act in good faith until they are resolved. Please propose some times for a call this week.

Thank you,
Eric


**Eric Pettis**

**LATHAM & WATKINS LLP**

355 South Grand Avenue, Suite 100 | Los Angeles, CA 90071-1560
D: +1.213.891.7397


**From:** Kenny Black <KennyB@rgrdlaw.com>
**Sent:** Tuesday, December 3, 2019 4:39 PM
**To:** Pettis, Eric (LA) <Eric.Pettis@lw.com>; Chris Wood <CWood@rgrdlaw.com>; Jason Forge <JForge@rgrdlaw.com>; Christopher Lyons <CLyons@rgrdlaw.com>; Willow Radcliffe <Willowr@rgrdlaw.com>; Dennis Herman <DennisH@rgrdlaw.com>; Sarah Morris <SMorris@rgrdlaw.com>
**Cc:** Schindler, David (LA) <David.Schindler@lw.com>; Glennon, Brian (LA) <Brian.Glennon@lw.com>; Tomkowiak, Sarah (DC) <Sarah.Tomkowiak@lw.com>; sriley@rwjplc.com; Whitworth, Morgan (SF) <Morgan.Whitworth@lw.com>; tmcgee@rwjplc.com; Whitworth, Morgan (SF) <Morgan.Whitworth@lw.com>
**Subject:** RE: Grae v. Corrections Corporation of America, No. 3:16-cv-02267 (M.D. Tenn.) – Discovery


Dear Eric,

In our last email we noted that you had failed to properly identify the documents you want to claw back and had also failed to properly number the documents provided in your spreadsheet. We gave examples of these issues, and asked you for examples of any errors on our part. Yet your response below does not attempt to identify the documents you want clawed back. It does not provide any examples of errors we have made. And your new spreadsheet simply swapped two columns, leaving some or all of the documents identified therein mis-numbered.

We are available for a call to discuss these points, and hope that you will finally be willing to work constructively to resolve these issues. It is impossible for us to comply with your request when we do not know which documents you seek to claw back, nor can we adequately prepare for depositions or assess the basis for your privilege contentions without correct bates numbers and a privilege log.

Best,
Kenny

**From:** Eric.Pettis@lw.com <Eric.Pettis@lw.com>
**Sent:** Wednesday, November 27, 2019 12:27 PM
**To:** Chris Wood <CWood@rgrdlaw.com>; Jason Forge <JForge@rgrdlaw.com>; Christopher Lyons <CLyons@rgrdlaw.com>; Willow Radcliffe <Willowr@rgrdlaw.com>; Kenny Black <KennyB@rgrdlaw.com>; Dennis Herman <DennisH@rgrdlaw.com>; Sarah Morris <SMorris@rgrdlaw.com>
**Cc:** David.Schindler@lw.com; Brian Glennon <brian.glennon@lw.com>; Sarah.Tomkowiak@lw.com; sriley@rwjplc.com; Morgan.Whitworth@lw.com; tmcgee@rwjplc.com; Morgan.Whitworth@lw.com
**Subject:** RE: Grae v. Corrections Corporation of America, No. 3:16-cv-02267 (M.D. Tenn.) – Discovery

Chris,

We are in receipt of your letter dated November 21. With respect to the cross-reference contained in our previous clawback log, attached is an updated log that resolves the issue you identified. The previous log transposed the "Production – BegBates" and "Production – EndBates" columns with the "Old_BegBates" and "Old_EndBates" columns.

Regarding Bates numbering, having looked into the issue, we think it would be most efficient to set up a call with our respective e-discovery experts. Please let us know when you are available for a call next week.

Thank you,
Eric


**Eric Pettis**

**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100 | Los Angeles, CA 90071-1560
D: +1.213.891.7397


**From:** Sarah Morris <SMorris@rgrdlaw.com>
**Sent:** Thursday, November 21, 2019 11:21 AM
**To:** Glennon, Brian (LA) <Brian.Glennon@lw.com>; Mohammadi, Faraz (LA) <Faraz.Mohammadi@lw.com>; Pettis, Eric (LA) <Eric.Pettis@lw.com>; 'tmcgee@rwjplc.com' <tmcgee@rwjplc.com>
**Cc:** 'sriley@rwjplc.com' <sriley@rwjplc.com>; Schindler, David (LA) <David.Schindler@lw.com>; Whitworth, Morgan (SF) <Morgan.Whitworth@lw.com>; Christopher Lyons <CLyons@rgrdlaw.com>; Chris Wood <CWood@rgrdlaw.com>; Willow Radcliffe <Willowr@rgrdlaw.com>; Kenny Black <KennyB@rgrdlaw.com>; Dennis Herman <DennisH@rgrdlaw.com>; Jason Forge <JForge@rgrdlaw.com>
**Subject:** Grae v. Corrections Corporation of America, No. 3:16-cv-02267 (M.D. Tenn.) – Discovery

Counsel,

Attached please find correspondence from Christopher H. Lyons regarding the above-referenced action.

**Sarah A. Morris**
Paralegal

One Montgomery Street, Suite 1800
San Francisco, CA 94104
(415) 288-4545

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**