Faraz R. Mohammadi
Direct Dial: +1.213.891.7802
Email: faraz.mohammadi@lw.com

355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Tel: +1.213.485.1234 Fax: +1.213.891.8763
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Seoul |
| Houston | Shanghai |
| London | Silicon Valley |
| Los Angeles | Singapore |
| Madrid | Tokyo |
| Milan | Washington, D.C. |

# LATHAM & WATKINS LLP

October 18, 2018

**VIA EMAIL**

Christopher Lyons, Esq.
Robbins Geller Rudman & Dowd LLP
414 Union Street, Suite 900
Nashville, TN 37219
clyons@rgrdlaw.com

        Re:    *Grae v. Corrections Corporation of America, et al.*, No. 3:16-cv-02267

Counsel:

    We have become aware that we inadvertently produced documents protected by the attorney-client privilege and/or work product doctrine. In accordance with Federal Rule of Civil Procedure 26(b)(5)(B) and paragraph 10(a) of the Revised Stipulation and Protective Order filed in this case on February 12, 2018 (Dkt. No. 86), please promptly return the documents bearing the Bates numbers identified in the attached Exhibit A and all copies thereof to Defendants or certify in writing that the documents have been destroyed. Plaintiff and its counsel must refrain from using these documents for any purpose.

    Defendants will promptly update and/or supplement the privilege logs to reflect all documents contained in Exhibit A.

    Please confirm in writing that you will abide by this request.

                              Best regards,

                              Faraz R. Mohammadi
                            of LATHAM & WATKINS LLP

CC:    David Schindler
        Brian Glennon
        Morgan Whitworth
        Eric Pettis
        Steve Riley
        Trey McGee
        Russell Taber
        Willow Radcliffe
        Dennis Herman
        Christopher Wood