Bret M. Geckeler
Direct Dial: +1.213.891.7741
Email: bret.geckeler@lw.com

355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Tel: +1.213.485.1234  Fax: +1.213.891.8763
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Seoul |
| Houston | Shanghai |
| London | Silicon Valley |
| Los Angeles | Singapore |
| Madrid | Tokyo |
| Milan | Washington, D.C. |

December 3, 2018

**VIA EMAIL**

Christopher Lyons
414 Union Street, Suite 900
Nashville, TN 37219
Phone: (615) 244-2203
clyons@rgrdlaw.com

    Re:    <u>Grae v. Corrections Corp. of America, et al.</u>, No. 3:16-cv-02267

Counsel:

    We have become aware that we inadvertently produced documents protected by the attorney-client privilege and/or work product doctrine. In accordance with Federal Rule of Civil Procedure 26(b)(5)(B) and paragraph 10(a) of the Revised Stipulation and Protective Order filed in this case on February 12, 2018 (Dkt. No. 86), please promptly return the documents bearing the Bates numbers identified in the attached Exhibit A and all copies thereof to Defendants or certify in writing that the documents have been destroyed. Plaintiff and its counsel must refrain from using these documents for any purpose.

    Defendants will update and/or supplement the privilege logs to reflect all documents contained in Exhibit A.

    Please confirm in writing that you will abide by this request.

    Best regards,

*/s/ Bret Geckeler*

Bret M. Geckeler
of LATHAM & WATKINS LLP

CC:    David Schindler    Eric Pettis
        Brian Glennon    Russell Taber
        Steve Riley    Dennis Herman
        Trey McGee    Willow Radcliffe
        Morgan Whitworth    Christopher Wood
        Faraz Mohammadi