```
 1              UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF TENNESSEE
 2  _____

 3  NIKKI BOLLINGER GRAE, Individually and
    on Behalf of All Others Similarly Situated,
 4
              Plaintiff,
 5
    vs.                              Case No. 3:16-cv-02267
 6
    CORRECTIONS CORPORATION OF AMERICA, et al.,
 7
              Defendants.
 8  _____

 9

10

11

12

13

14                       CONFIDENTIAL

15              Video Recorded Deposition of:

16              WILLIAM DUBRAY - 30(b)(6)

17           Taken on behalf of the Plaintiff

18                    December 12, 2018

19

20

21

22

23  Reported by:

24  Jenny Checuga, LCR, RPR

25  Job No. 10050082
```



```
22            MR. MCGEE:  Thanks for taking a break,
23   Willow.  As I mentioned during the break, this
24   document Bates numbered CoreCivic_1235700 is a
25   privileged communication sent at the direction of Tom
```

```
 1   Shaw, a lawyer, concerning this litigation.  It was
 2   sent to Natasha Metcalf, and we are calling it back
 3   pursuant to the terms of the protective order.
 4              You are free to question Mr. DuBray, as
 5   you have been all day, about the collection and
 6   preservation and production in this matter, but this
 7   document is a privileged communication.
```

