# Grae vs. Corrections Corporation of America, et al.

# Videotaped Deposition of
# TAMEKA SMITH
# October 29, 2019
# ***CONFIDENTIAL***



```
 1            IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF TENNESSEE
 2

 3

 4   NIKKI BOLLINGER GRAE, Individually
     and Behalf of All Others Similarly
 5   Situated,

 6                        Plaintiff,
     vs.                                      CASE NO.
 7                                          3:16-CV-02267
     CORRECTIONS CORPORATION OF
 8     AMERICA, et al.,

 9                        Defendants.

10

11

12                       CONFIDENTIAL

13            VIDEO DEPOSITION OF TAMEKA SMITH

14                   Nashville, Tennessee

15                    October 29, 2019

16

17

18

19   Reported by:

20   Elisabeth A. Miller Lorenz

21   RMR, CRR, LCR No. 66

22

23   Job No.:  10061568

24

25
```

```
 1           IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF TENNESSEE
 2

 3

 4   NIKKI BOLLINGER GRAE, Individually
     and Behalf of All Others Similarly
 5   Situated,

 6                         Plaintiff,
     vs.                                      CASE NO.
 7                                             3:16-CV-02267
     CORRECTIONS CORPORATION OF
 8     AMERICA, et al.,

 9                         Defendants.

10

11

12

13

14

15

16

17          Video deposition of TAMEKA SMITH was taken

18   on behalf of Plaintiff, at Riley, Warnock &

19   Jacobson, 1906 West End Avenue, Nashville,

20   Tennessee, beginning at 9:30 a.m., and ending at

21   2:30 p.m., on Tuesday, October 29, 2019, before

22   Elisabeth A. Miller Lorenz, RMR, CRR, and LCR No.

23   66.

24

25
```

Tameka Smith

Confidential

Grae vs. Corrections
Corporation of America, et al.

1             MR. GLENNON:  I think we have food for
2  you guys.
3             MR. LYONS:  Off the record at 1:04.
4             (Luncheon recess observed.)
5             THE VIDEOGRAPHER:  Returning to the
6  record, the time is 1:31.
7  BY MR. LYONS:
8  **Q      Ms. Smith, I've handed you what's been**
9  **marked as Exhibit 95 from the court reporter.**
10 A      Okay.
11 **Q      It appears to be an e-mail --**
12            MR. PETTIS:  Chris, I'm sorry to stop
13 you but before we even start talking about this, can
14 we just go off the record for a second and Brian and
15 I can talk about this?
16            MR. GLENNON:  Yeah, we just have a
17 privilege thing.
18            MR. LYONS:  Certainly.
19            THE VIDEOGRAPHER:  Off the record at
20 1:31.
21            (Recess observed.)
22            THE VIDEOGRAPHER:  Back on the record
23 at 1:34.
24            MR. PETTIS:  So Chris, it appears we've
25 inadvertently produced this document.  It contains

Tameka Smith

Confidential

Grae vs. Corrections
Corporation of America, et al.

1 privileged information.  We've clawed back documents

2 if not exactly the same but very similar before.

3 We'd like to claw this back pursuant to the

4 protective order in this case, and we'll update our

5 privilege log accordingly.

6            MR. LYONS:  Okay.  I contest that they

7 were privileged, but my proposal would be going

8 question by question through it but if -- with

9 objections, but if you have done that, that's

10 understood.

11            MR. GLENNON:  Thank you.

12            MR. LYONS:  And I guess we'll -- I'll

13 just note Mr. Craddock is on the e-mail too, so

14 we'll reserve rights with respect to obviously --

15 all rights with respect to the document and

16 questioning about related issues.

17            What do you want to do about the

18 exhibit that's been marked?  Should we unmark that

19 or -- I mean, you guys have clawed it back.  You

20 probably don't want it as a --

21            MR. GLENNON:  Yeah, I think that's a

22 good idea actually.

23            MR. PETTIS:  I mean, for the record, we

24 can include the Bates number.

25            MR. LYONS:  Yeah.  Okay.  So for the

1  record -- that's a very good point.
2              May I take this?
3              THE WITNESS:  Exhibit 95, yeah.
4              MR. LYONS:  The Bates number on that
5  document was CoreCivic 1360107, and the -- and the
6  attachment was the same ending in 108, and it was a
7  native Excel spreadsheet.  So we will take that out
8  of the exhibit stack.
9              Let's mark this one as Exhibit 95,
10 please.
11 BY MR. LYONS:
12             MR. LYONS:  Do you guys need to confer
13 with this one too?
14             MR. GLENNON:  Yeah, sorry.  Go off the
15 record for just a minute.
16             THE VIDEOGRAPHER:  Off record at 1:37.
17             (Recess observed.)
18             THE VIDEOGRAPHER:  Back on the record
19 at 1:41.
20             MR. PETTIS:  So, Chris, CoreCivic
21 1360115 was inadvertently produced in this matter.
22 It contains mental impression of legal counsel.
23 We're going to be clawing it back pursuant to the
24 protective order, and we'll reflect that on our
25 privilege log as well.

Page 140
www.aptusCR.com
Case 3:16-cv-02267    Document 202-16    Filed 03/12/20    Page 6 of 8 PageID #: 5450

```
 1                MR. LYONS:  Again, I disagree with the
 2   claim of privilege and reserve all rights,
 3   et cetera, but we will take it out of the stack.
 4                All right.  Maybe -- maybe third time
 5   is a charm for Exhibit 95 although I can't be
 6   certain.
 7                Why don't you guys take a look first.
 8                MR. GLENNON:  All right.  Thank you.
 9                MR. LYONS:  And I'll state, I think --
10   you know, I don't think this is privileged.  I think
11   this is a description of nonprivileged
12   communications, although prepared by an attorney.
13                But --
14                MR. GLENNON:  Give us a moment, please.
15                MR. LYONS:  Sure.
16                THE VIDEOGRAPHER:  Off the record at
17   1:43.
18                (Recess observed.)
19                THE VIDEOGRAPHER:  Back on the record
20   at 1:47.
21                MR. PETTIS:  So, Chris, the document
22   Bates labeled CoreCivic 0611180 was inadvertently
23   produced, contains privileged information, contains
24   the mental impression of counsel.
25                We'll be clawing back this document
```

Tameka Smith

Confidential

Grae vs. Corrections
Corporation of America, et al.

1 pursuant to the protective order, and we'll update
2 the privilege log accordingly.
3        MR. LYONS:  We're on a role.
4        Again, I disagree as I've noted, but
5 we'll reserve our rights.
6        Fourth time a charm hopefully for
7 Exhibit 95.
8        (Marked Exhibit No. 95.)
9        MR. GLENNON:  Can we have one second?
10        MR. LYONS:  Sure.
11        THE VIDEOGRAPHER:  Off the record at
12 1:48.
13        (Recess observed.)
14        THE VIDEOGRAPHER:  Back on the record
15 at 1:49.
16 BY MR. LYONS:
17 **Q**     **Ms. Smith, you have in front of you what's**
18 **been marked as Exhibit 95.  It's an e-mail --**
19 A     Okay.
20 **Q**     **-- Bates ending in 186476.**
21     **Did you receive this e-mail?**
22 A     My name c -- is on it, so I assume I did.
23 **Q**     **You believe you did.**
24     **Let's see, so subject line is Re: Adams OIG**
25 **debriefing.**