*Grae v. CCA, et al.* - Defendants' Attorney-Client Privilege/Attorney Work Product and Redaction Log to the Ernst & Young Production

| Log Entry | Control No. / Bates No. | Created Date | Date Last Modified | File Name | Document Extension | No. of Pages | Basis for Protection | Redacted | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CTRL000000004 | 5/4/2015 | 8/23/2016 | B07.03 Incident Report- 2015 Carryforward | pdf | 4 | Attorney work product | No | Created for the facilitation of and requesting legal advice from in-house counsel regarding facility operations and potential litigation. |
| 2 | EY-CORE-EWP-00000002 | 8/24/2016 | 11/17/2016 | BB07.03 Litigation Reserves Schedule as of 3.31 | pdf | 29 | Attorney work product | Yes | Reflecting the legal advice and attorney work product of in-house counsel regarding pending litigation. |
| 3 | EY-CORE-EWP-00000031 | 9/2/2014 | 2/23/2017 | S02 Schedule of Litigation Reserves 2016 | xlsx | 34 | Attorney work product | Yes | Reflecting the legal advice and attorney work product of in-house counsel regarding pending litigation. |
| 4 | EY-CORE-EWP-00000065 | 1/18/2017 | 2/24/2017 | A02 SRM 2016 | docx | 16 | Attorney work product | Yes | Reflecting the legal advice and attorney work product of in-house counsel regarding facility operations and pending litigation. |
| 5 | EY-CORE-EWP-00000081 | 9/16/2016 | 2/24/2017 | B07.01 Litigation Reserves WT 2016 | docx | 18 | Attorney work product | Yes | Reflecting the legal advice and attorney work product of in-house counsel regarding facility operations and pending litigation. |
| 6 | EY-CORE-EWP-00000119 | 8/23/2016 | 8/23/2016 | B13.08 Facility Variance Memo of Finance Review | pdf | 11 | Attorney work product | Yes | Reflecting the legal advice of in-house counsel regarding facility operations and pending litigation. |
| 7 | EY-CORE-EWP-00000198 | 9/20/2016 | 9/20/2016 | BB 10.02 RM115 Facility Claims Report | pdf | 8 | Attorney work product | Yes | Containing the attorney work product of in-house counsel regarding facility operations created in anticipation of litigation. |
| 8 | EY-CORE-EWP-00000206 | 11/1/2016 | 11/1/2016 | A06.02q Disclosure Committee Meeting Minutes (Executed) 7-29-2016 | pdf | 4 | Attorney work product | Yes | Reflecting the legal advice of in-house counsel regarding company operations and potential litigation. |
| 9 | EY-CORE-EWP-00000210 | 1/19/2019 | 1/19/2017 | B20.06 Quarterly Impairment Discussions Evidence | pdf | 4 | Attorney work product | Yes | Reflecting the legal advice and attorney work product of in-house counsel regarding facility operations and pending litigation. |
| 10 | EY-CORE-EWP-00000232 | 1/25/2017 | 1/25/2017 | A06.02r Audit Committee Meeting Minutes (Executed) 8-2-16 | pdf | 4 | Attorney work product | Yes | Reflecting the legal advice of in-house counsel regarding company operations and potential litigation. |
| 11 | EY-CORE-EWP-00000236 | 1/31/2017 | 1/31/2017 | A06.14a Executive Management Book | pdf | 80 | Attorney work product | Yes | Reflecting the legal advice and attorney work product of in-house counsel regarding company operations, facility operations and pending litigation. |
| 12 | EY-CORE-EWP-00000340 | 2/17/2017 | 2/17/2017 | K13a Management Plan 2017 | pdf | 48 | Attorney work product | Yes | Reflecting the legal advice and attorney work product of in-house counsel regarding pending litigation. |
| 13 | EY-CORE-EWP-00000517 | 4/11/2013 | 4/11/2013 | A06.02q Disclosure Committee Meeting Minutes 08-03-2012 | pdf | 3 | Attorney work product | Yes | Reflecting the legal advice of in-house counsel regarding company operations and potential litigation. |
| 14 | EY-CORE-EWP-00000528 | 4/11/2013 | 4/11/2013 | A06.02x.1 Disclosure Committee Board Minutes 11-06-12 | pdf | 3 | Attorney work product | Yes | Reflecting the legal advice of in-house counsel regarding company operations and potential litigation. |
| 15 | EY-CORE-EWP-00000840 | 7/19/2013 | 4/1/2014 | Microsoft_Word_97_-_2003_Document6 | doc | 1 | Attorney work product | Yes | Reflecting the legal advice of in-house and outside counsel regarding company operations and potential litigation. |
| 16 | EY-CORE-EWP-00000580 | 4/1/2014 | 4/1/2014 | A06.02r Disclosure Committee Meeting Minutes (Executed) 08.02.2013 | pdf | 3 | Attorney work product | Yes | Reflecting the legal advice of in-house counsel regarding company operations and potential litigation. |
| 17 | EY-CORE-EWP-00000896 | 4/1/2014 | 4/1/2014 | A06.14 January Financial Statement Review | pdf | 9 | Attorney work product | Yes | Reflecting the legal advice of in-house counsel regarding company operations, facility operations and pending litigation. |
| 18 | EY-CORE-EWP-00000906 | 4/1/2014 | 4/1/2014 | A06.02y Compensation Committee Meeting Minutes (Executed) 12.11.2013 | pdf | 8 | Attorney work product | Yes | Reflecting the legal advice of in-house and outside counsel regarding company operations and potential litigation. |
| 19 | EY-CORE-EWP-00000916 | 4/1/2014 | 4/1/2014 | A06.02v Nominating and Governance Committee Meeting Minutes (Executed) 08.16.2013 | pdf | 2 | Attorney work product | Yes | Reflecting the legal advice of in-house counsel regarding company operations and potential litigation. |
| 20 | EY-CORE-EWP-00000918 | 4/1/2014 | 4/1/2014 | A06.02q Nominating and Governance Committee Meeting Minutes (Executed) 05.16.2013 | pdf | 2 | Attorney work product | Yes | Reflecting the legal advice of in-house counsel regarding company operations and potential litigation. |
| 21 | EY-CORE-EWP-00001004 | 2/26/2015 | 2/26/2015 | A06.14a December Executive Management Report | pdf | 76 | Attorney work product | Yes | Reflecting the legal advice of in-house counsel regarding company operations, facility operations and pending litigation. |
| 22 | EY-CORE-EWP-00001138 | 2/26/2015 | 2/26/2015 | A06.02q Board of Directors Meeting Minutes (Executed) 8-14-2014 | pdf | 11 | Attorney work product | Yes | Reflecting the legal advice of in-house and outside counsel regarding company operations and pending and potential litigation. |
| 23 | EY-CORE-EWP-00001149 | 2/26/2015 | 2/26/2015 | A06.02v Board of Directors Meeting Minutes (Executed) 12-10-2014 | pdf | 29 | Attorney work product | Yes | Reflecting the legal advice of in-house and outside counsel regarding company operations and potential litigation. |
| 24 | EY-CORE-EWP-00001289 | n/a | n/a | B13.08 Facility Variance Memo Comments - VP of Finance | pdf | 10 | Attorney work product | Yes | Reflecting the legal advice of in-house counsel regarding facility operations and pending litigation. |
| 25 | EY-CORE-EWP-00001326 | n/a | n/a | A06.02x Compensation Committee Meeting Minutes (Executed) 12-9-2015 | pdf | 4 | Attorney work product | Yes | Reflecting the legal advice of in-house counsel regarding company operations and potential litigation. |
| 26 | EY-CORE-EWP-00001393 | n/a | n/a | A06.02q Compensation Committee Meeting Minutes (Executed) 8-13-2015 | pdf | 2 | Attorney work product | Yes | Reflecting the legal advice of in-house counsel regarding company operations and potential litigation. |
| 27 | EY-CORE-EWP-00001416 | n/a | n/a | A06.14a Executive Report December | pdf | 74 | Attorney work product | Yes | Reflecting the legal advice and attorney work product of in-house counsel regarding company operations, facility operations and pending litigation. |