UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>                       Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>                       Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S UNOPPOSED MOTION FOR TELEPHONIC ORAL ARGUMENT ON LEAD PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF IMPROPERLY WITHHELD DOCUMENTS |

Having considered Lead Plaintiff's Unopposed Motion for Telephonic Oral Argument on Lead Plaintiff's Motion to Compel Production of Improperly Withheld Documents (the "Motion"), as well as Defendants' non-opposition to the Motion, and finding good cause therefor, IT IS HEREBY ORDERED that:

1. The Motion is GRANTED.

2. Oral argument on the Motion shall be held on _____ __, 2020, at __:__ _.m.

3. Argument will be [by teleconference initiated by Plaintiff or by videoconference initiated by Plaintiff].

IT IS SO ORDERED.

DATED: _____     _____
                                                                           THE HONORABLE JEFFERY S. FRENSLEY
                                                                           UNITED STATES MAGISTRATE JUDGE