IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **NIKKI BOLLINGER GRAE,** Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> **CORRECTIONS CORPORATION OF AMERICA, et al.,** <br><br> Defendants. | Case No. 3:16-cv-02267 <br> Judge Trauger/Frensley |

## ORDER

This matter is now before this Court upon "Lead Plaintiff's Unopposed Motion for Telephonic Oral Argument on Lead Plaintiff's Motion to Compel Production of Improperly Withheld Documents." Docket No. 209. The Court has considered the request and does not believe that oral argument will aid in the resolution of the underling Motion. Therefore, the instant Motion (Docket No. 209) is DENIED.

IT IS SO ORDERED.

**Jeffery S. Frensley**
**United States Magistrate Judge**