# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF TENNESSEE

NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,

                Plaintiff,

vs.

CORRECTIONS CORPORATION OF AMERICA, et al.,

                Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 3:16-cv-02267

Honorable Aleta A. Trauger

[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

Having considered Lead Plaintiff's[1] Motion for Leave to File Under Seal, IT IS HEREBY

ORDERED that:

1.      Plaintiff's Memorandum of Law in Support of Motion for Review of Nondispositive

Order of Magistrate Judge Concerning Lead Plaintiff's Motion to Compel (the "Memorandum") may

be filed under seal.

2.      Unless Defendants (as the Producing Party) file a motion for continued sealing on or

before May 29, 2020, the Memorandum shall be unsealed and become part of the public record

without need for further order of the Court; and

3.      If Defendants (as the Producing Party) file a motion for continued sealing of the

Memorandum, any other party may file a reply to the motion for continued sealing on or before June

5, 2020.

IT IS SO ORDERED.

DATED: _____          _____

THE HONORABLE ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE

---

[1]      "Plaintiff" is Lead Plaintiff and Proposed Class Representative Amalgamated Bank, as Trustee for the LongView Collective Investment Fund. "Defendants" are Corrections Corporation of America ("CCA") and certain of its executives.  Following the filing of this action, Defendants rebranded CCA and now refer to it as CoreCivic.

4820-9131-3340.v1