IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NIKKI BOLLINGER GRAE, ET AL., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CORRECTIONS CORPORATION )<br>OF AMERICA, ET AL., )<br>)<br>Defendants. ) | Civil No. 3:16-cv-02267<br>Judge Trauger |

## ORDER

It is hereby **ORDERED** that a discovery dispute telephone conference will take place on Tuesday, June 2, 2020 at 2:30 p.m. Judge Trauger's Courtroom Deputy will email to counsel the number they need to call in order to participate in the telephone conference.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge