IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

NIKKI BOLLINGER GRAE, ET AL.,        )
                                      )
    Plaintiffs,                       )
                                      )
v.                                    )    Civil No. 3:16-cv-02267
                                      )    Judge Trauger
CORRECTIONS CORPORATION               )
OF AMERICA, ET AL.,                   )
                                      )
    Defendants.                       )

## ORDER

A discovery dispute telephone conference was held with counsel for the parties on June 2, 2020. The following are hereby ORDERED:

1. The fact discovery deadline is extended to July 31, 2020.

2. The plaintiffs are granted permission to take a total of 23 depositions, an increase of 3 above the original limit of 20.

3. During the additional 3-hour deposition of Damon Hininger, absent physical needs, there shall be one break and no breaks for conferences with his counsel unless a privilege issue arises.

4. The parties shall attempt to arrive at a stipulation as to the advice of counsel defense issue. If they are unable to arrive at a stipulation to govern this issue, a motion may be filed.

5. John Ferguson's deposition shall be taken by video. He may have one person present with him, who is not a lawyer or paralegal, to assist with the reading of documents, due to his impaired sight.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge