UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CORRECTIONS CORPORATION OF AMERICA, DAMON T. HININGER, DAVID M. GARFINKLE, TODD J. MULLENGER, and HARLEY G. LAPPIN,<br><br>Defendants. | Case No. 3:16-cv-2267<br>Judge Aleta A. Trauger |

## ORDER

For the reasons explained in the accompanying Memorandum, the Motion for Review of a Non-Dispositive Order of the Magistrate Judge (Docket No. 213) filed by Amalgamated Bank, as Trustee for the LongView Collective Investment Fund, ("Amalgamated") is hereby **GRANTED** in part and **DENIED** in part. The defendants are hereby ordered, within fourteen days, to:

1. Furnish Amalgamated and the court with a privilege log consisting of entries for all withheld documents for which Amalgamated has, in prior logs, identified Natasha Metcalf as the only relevant counsel or legal staff, including a field with the heading "Counsel Creating Privilege" and identifying by name the attorney(s) relevant to each assertion of privilege;

2. File an affidavit or declaration explaining Metcalf's role at CoreCivic, particularly as it is relevant to the defendants' assertions of privilege; and

3. Furnish to the court, for *in camera* review, all documents covered by the Metcalf privilege log.

It is so **ORDERED**.

ALETA A. TRAUGER
United States District Judge

Case 3:16-cv-02267   Document 222   Filed 06/05/20   Page 1 of 1 PageID #: 5677