# Exhibit A
# to Declaration of Natasha Metcalf





## Natasha Metcalf, J.D.

Vice-President, Partnership Contracts Counsel

Natasha Metcalf joined CoreCivic in January 2003 as Vice President of Local Partnership Relations. She most recently served as Vice President and Associate General Counsel, Contract Management before being named Vice President, Partner Contracts in August 2008. Prior to joining CoreCivic, Metcalf served, since December 1998, as the Commissioner of the Tennessee Department of Human Services. As head of this agency with a $1.4 billion budget, Metcalf was responsible for more than 130 office locations and 4,000 employees statewide. Metcalf served from 1997 until 1998 as General Counsel for the Tennessee Department of Finance and Administration. In 1996, she was Deputy Legal Counsel to Tennessee Governor Don Sundquist. She began her career as an Associate with the law firm of Kennerly, Montgomery and Finley in Knoxville. She earned her law degree from the University of Tennessee College of Law and a bachelor's degree from Hampton University.