# Exhibit B
# to Declaration of Natasha Metcalf

# Natasha K. Metcalf

Franklin, TN 37067 ▪ 615.569.3331
nmetcalf@comcast.net

## Senior Executive Leader
*20+ years' success managing people, leading initiatives, and building relationships*

Repeated success in collaborative executive leadership roles working with various stakeholders to facilitate enterprise-level outcomes within the corrections and social services industries. Expert negotiator experienced in building consensus with government agency partners, legislators, and constituent groups. Innovative, detail-oriented leader with proven track record for delivering results.

### Highlights of Expertise

- Contract Analysis/Negotiation
- Talent Acquisition and Management
- Executive Leadership
- Business Development
- Strategic Planning

- Corrections Industry
- Federal/State/Local Government Contracts
- Process Redesign / Change Management
- Stakeholder Engagement/Team Building
- Human Resource Management

# Career Experience

CoreCivic (formerly Corrections Corporation of America), Nashville, TN | 2003 to Present

### Vice President, Partnership Contracts Counsel (2019 to present)

*Responsible for executive-level oversight of the company's negotiation and administration of correctional/detention facility and community reentry contracts and amendments with government partners. Provide legal advice and counsel regarding contract matters.*

### Vice President, Partnership Development (2008 to 2019)

*Provided executive-level oversight and accountability for the negotiation and management of correctional/detention facility and community reentry contracts and amendments with government partners generating over $1.7B in annual revenue. Analyze contracts and work cross functionally to gather information necessary to make consultative decisions.*

- Conduct comprehensive analysis and negotiation of an average of 4 new contracts and 100-125 amendments annually.
- Negotiated key contracts with ICE (South Texas Residential Center), Tennessee Department of Corrections (Trousdale Correctional Center ), California Department of Corrections and Rehabilitation (California City lease) and Nye County (Nevada Southern Development Agreement).
- Led contracts related due diligence and integration activities for 3 community reentry company acquisitions.
- Worked jointly with HR on Service Contract Act compliance and partner vacancy reporting.
- Managed and delivered company's responses to two contract audits conducted by the U.S. Office of the Inspector General.
- Developed tracking systems for contract expiration dates and other key contracting activity.

*continued…*

### Vice President & Associate General Counsel (2004 to 2008)

*Served as in-house counsel with focus on facility management and vendor contracts. Conducted comprehensive evaluation of contract terms and identified areas of concern. Worked cross-functionally with subject matter experts to assess impact of contract terms and to develop alternative language with the goal of achieving best-case scenario for the company.*

- Launched facility management contract amendment summary index.
- Developed vendor contract approval process policy.

### Vice President, Local Government Relations (2003 to 2004)

*Directed local government customer relations for more than 8 county jail operations across 5 states and marketed corrections management services to prospective counties. Built community ties by networking with county officials and attending prospecting meetings with corrections stakeholders.*

- Conducted analysis of jail markets to identify targeted locales; facilitated initial meetings with stakeholders in Fulton County, Georgia and Louisville, Kentucky.
- Developed and maintained strong relationships with local government customers to ensure continuity of existing contracts.
- Partnered with the National Association of Counties for CoreCivic's first presentation to the Criminal Justice Committee on privatized correctional facility management.

State of Tennessee, Nashville, TN | 1996 to 2003

### Commissioner, Tennessee Department of Human Services (1999 to 2003)

*Cabinet level position with responsibility for over 20 social service programs including Families First, Child Support, Childcare, Food Stamps, and Vocational Rehabilitation. Managed over 4K employees across 130 office locations & annual operating budget of $1.4B. Championed aggressive program reforms & improvement initiatives designed to eliminate inefficiency & enhance quality of essential community services.*

- Developed and implemented a new consumer focused childcare rated license and report card system and implemented a centralized child support collection and distribution system.
- Spearheaded major reforms of state childcare licensing laws and regulations.
- Achieved a Top 10 national ranking for the Families First welfare reform program.

### General Counsel, Department of Finance & Administration (1997 to 1998)

*Provided advice and counsel on department matters including contracts, legislation and procurements.*

### Deputy Legal Counsel to the Governor (1996 to 1997)

*Advised the Governor's Office on legal issues; reviewed and analyzed new legislation prior to the Governor signing into law.*

Additional Experience

**Associate Attorney** (1991 to 1996)  ▪  Kennerly, Montgomery & Finley, P.C., Knoxville, TN

## Education & Credentials

**Juris Doctorate** (JD) - University of Tennessee College of Law, Knoxville, Tennessee

**Bachelor of Science in Marketing** (BS) - Hampton University, Hampton, Virginia

Professional & Civic Activities: Nashville Bar Association (2004 to present) | Renewal House Board of Directors & Advisory Board (2003 to present) | You Have the Power Board of Directors (2020 to present)