UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>           Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL |

Having considered Plaintiff's[1] Motion for Leave to File Under Seal, IT IS HEREBY ORDERED that:

1. Plaintiff's Response to Defendants' Notice of Filing (the "Response"), as well as the Declaration of Christopher M. Wood in Support of Plaintiff's Response to Defendants' Notice of Filing and the exhibit thereto ("Wood Declaration"), may be filed under seal;

2. Unless Defendants (as the Producing Party) file a motion for continued sealing on or before June 30, 2020, the Response and Wood Declaration shall be unsealed and become part of the public record without need for further order of the Court; and

3. If Defendants (as the Producing Party) file a motion for continued sealing of the Response and Wood Declaration, any other party may file a reply to the motion for continued sealing on or before July 7, 2020.

IT IS SO ORDERED.

DATED: _____ _____
THE HONORABLE ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE

---

[1] "Plaintiff" is Class Representative Amalgamated Bank, as Trustee for the LongView Collective Investment Fund. "Defendants" are Corrections Corporation of America ("CCA") and certain of its executives. Following the filing of this action, Defendants rebranded CCA and now refer to it as CoreCivic.