UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Motion GRANTED.

NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

CORRECTIONS CORPORATION OF AMERICA, et al.,

Defendants.

Civil Action No. 3:16-cv-02267

Honorable Aleta A. Trauger

PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL