| Bates Number | Reason for Sealing |
| --- | --- |
| CORECIVIC_2208696 | Contract Modifications |
| CORECIVIC_2208697 | Operations |
| CORECIVIC_2208699 | Operations |
| CORECIVIC_2208701 | Contract Modifications |
| CORECIVIC_2208702 | Contract Modifications |
| CORECIVIC_2208704 | Contract Modifications |
| CORECIVIC_2208706 | Unsealed |
| CORECIVIC_2208708 | Operations |
| CORECIVIC_2208714 | Operations |
| CORECIVIC_2208718 | Contract Modifications |
| CORECIVIC_2208722 | Unsealed |
| CORECIVIC_2208723 | Audits |
| CORECIVIC_2208726 | Unsealed |
| CORECIVIC_2208728 | Unsealed |
| CORECIVIC_2208729 | Unsealed |
| CORECIVIC_2208730 | Unsealed |
| CORECIVIC_2208731 | Audits |
| CORECIVIC_2208733 | Operations |
| CORECIVIC_2208734 | Operations |
| CORECIVIC_2208735 | Operations |
| CORECIVIC_2208736 | Unsealed |
| CORECIVIC_2208737 | Unsealed |
| CORECIVIC_2208738 | Operations |
| CORECIVIC_2208740 | Audits |
| CORECIVIC_2208742 | Audits |
| CORECIVIC_2208745 | Unsealed |
| CORECIVIC_2208746 | Audits |
| CORECIVIC_2208748 | Audits |
| CORECIVIC_2208751 | Audits |
| CORECIVIC_2208754 | Operations |
| CORECIVIC_2208758 | Unsealed |
| CORECIVIC_2208759 | Operations |
| CORECIVIC_2208763 | Unsealed |
| CORECIVIC_2208765 | Audits |
| CORECIVIC_2208767 | Unsealed |
| CORECIVIC_2208770 | Audits |
| CORECIVIC_2208774 | Unsealed |
| CORECIVIC_2208775 | Audits |
| CORECIVIC_2208778 | Unsealed |
| CORECIVIC_2208779 | Audits |
| CORECIVIC_2208785 | Unsealed |
| CORECIVIC_2208787 | Operations |
| CORECIVIC_2208791 | Unsealed |
| CORECIVIC_2208792 | Unsealed |
| CORECIVIC_2208793 | Audits |
| CORECIVIC_2208794 | Audits |

| Bates Number | Reason for Sealing |
|---|---|
| CORECIVIC_2208798 | Unsealed |
| CORECIVIC_2208799 | Operations |
| CORECIVIC_2208801 | Unsealed |
| CORECIVIC_2208803 | Unsealed |
| CORECIVIC_2208804 | Audits |
| CORECIVIC_2208809 | Unsealed |
| CORECIVIC_2208810 | Audits |
| CORECIVIC_2208815 | Audits |
| CORECIVIC_2208817 | Operations |
| CORECIVIC_2208820 | Unsealed |
| CORECIVIC_2208821 | Operations |
| CORECIVIC_2208823 | Operations |
| CORECIVIC_2208828 | Operations |
| CORECIVIC_2208829 | Operations |
| CORECIVIC_2208830 | Unsealed |
| CORECIVIC_2208831 | Unsealed |
| CORECIVIC_2208832 | Audits |
| CORECIVIC_2208834 | Unsealed |
| CORECIVIC_2208835 | Audits |
| CORECIVIC_2208838 | Audits |
| CORECIVIC_2208840 | Contract Modifications |
| CORECIVIC_2208846 | Contract Modifications |
| CORECIVIC_2208853 | Contract Modifications |
| CORECIVIC_2208856 | Contract Modifications |
| CORECIVIC_2208859 | Contract Modifications |
| CORECIVIC_2208862 | Contract Modifications |
| CORECIVIC_2208865 | Operations |
| CORECIVIC_2208867 | Unsealed |
| CORECIVIC_2208869 | Contract Modifications |
| CORECIVIC_2208872 | Operations |
| CORECIVIC_2208874 | Contract Modifications |
| CORECIVIC_2208876 | Unsealed |
| CORECIVIC_2208878 | Contract Modifications |
| CORECIVIC_2208881 | Unsealed |
| CORECIVIC_2208882 | Operations |
| CORECIVIC_2208884 | Operations |
| CORECIVIC_2208887 | Unsealed |
| CORECIVIC_2208889 | Operations |
| CORECIVIC_2208892 | Operations |
| CORECIVIC_2208894 | Unsealed |
| CORECIVIC_2208895 | Unsealed |
| CORECIVIC_2208896 | Operations |
| CORECIVIC_2208899 | Unsealed |
| CORECIVIC_2208901 | Operations |
| CORECIVIC_2208904 | Unsealed |
| CORECIVIC_2208906 | Operations |

| Bates Number | Reason for Sealing |
| --- | --- |
| CORECIVIC_2208909 | Unsealed |
| CORECIVIC_2208910 | Operations |
| CORECIVIC_2208912 | Operations |
| CORECIVIC_2208914 | Audits |
| CORECIVIC_2208916 | Contract Modifications |
| CORECIVIC_2208918 | Audits |
| CORECIVIC_2208921 | Audits |
| CORECIVIC_2208924 | Unsealed |
| CORECIVIC_2208925 | Operations |
| CORECIVIC_2208926 | Audits |
| CORECIVIC_2208927 | Audits |
| CORECIVIC_2208929 | Operations |
| CORECIVIC_2208930 | Audits |
| CORECIVIC_2208932 | Unsealed |
| CORECIVIC_2208933 | Audits |
| CORECIVIC_2208934 | Unsealed |
| CORECIVIC_2208935 | Operations |
| CORECIVIC_2208936 | Unsealed |
| CORECIVIC_2208938 | Unsealed |
| CORECIVIC_2208939 | Audits |
| CORECIVIC_2208940 | Audits |
| CORECIVIC_2208941 | Audits |
| CORECIVIC_2208943 | Unsealed |
| CORECIVIC_2208945 | Operations |
| CORECIVIC_2208946 | Operations |
| CORECIVIC_2208960 | Unsealed |
| CORECIVIC_2208961 | Operations |
| CORECIVIC_2208963 | Audits |
| CORECIVIC_2208964 | Audits |
| CORECIVIC_2208966 | Operations |
| CORECIVIC_2208968 | Unsealed |
| CORECIVIC_2208969 | Unsealed |
| CORECIVIC_2208970 | Audits |
| CORECIVIC_2208972 | Unsealed |
| CORECIVIC_2208973 | Audits |
| CORECIVIC_2208975 | Unsealed |
| CORECIVIC_2208976 | Unsealed |
| CORECIVIC_2208977 | Unsealed |
| CORECIVIC_2208978 | Operations |
| CORECIVIC_2208993 | Contract Modifications |
| CORECIVIC_2208999 | Contract Modifications |
| CORECIVIC_2209001 | Contract Modifications |
| CORECIVIC_2209004 | Operations |
| CORECIVIC_2209008 | Unsealed |
| CORECIVIC_2209009 | Unsealed |
| CORECIVIC_2209010 | Operations |

| Bates Number | Reason for Sealing |
| --- | --- |
| CORECIVIC_2209014 | Unsealed |
| CORECIVIC_2209015 | Unsealed |
| CORECIVIC_2209016 | Contract Modifications |
| CORECIVIC_2209019 | Unsealed |
| CORECIVIC_2209021 | Audits |
| CORECIVIC_2209024 | Audits |
| CORECIVIC_2209027 | Unsealed |
| CORECIVIC_2209028 | Audits |
| CORECIVIC_2209031 | Operations |
| CORECIVIC_2209037 | Unsealed |
| CORECIVIC_2209038 | Unsealed |
| CORECIVIC_2209039 | Unsealed |
| CORECIVIC_2209040 | Operations |
| CORECIVIC_2209042 | Unsealed |
| CORECIVIC_2209043 | Audits |
| CORECIVIC_2209045 | Unsealed |
| CORECIVIC_2209046 | Operations |
| CORECIVIC_2209049 | Operations |
| CORECIVIC_2209050 | Audits |
| CORECIVIC_2209051 | Audits |
| CORECIVIC_2209054 | Unsealed |
| CORECIVIC_2209055 | Operations |
| CORECIVIC_2209057 | Unsealed |
| CORECIVIC_2209059 | Unsealed |
| CORECIVIC_2209061 | Unsealed |
| CORECIVIC_2209062 | Contract Modifications |
| CORECIVIC_2209074 | Contract Modifications |
| CORECIVIC_2209075 | Unsealed |
| CORECIVIC_2209076 | Contract Modifications |
| CORECIVIC_2209086 | Unsealed |
| CORECIVIC_2209087 | Unsealed |
| CORECIVIC_2209088 | Contract Modifications |
| CORECIVIC_2209089 | Contract Modifications |
| CORECIVIC_2209091 | Contract Modifications |
| CORECIVIC_2209092 | Contract Modifications |
| CORECIVIC_2209093 | Unsealed |
| CORECIVIC_2209094 | Contract Modifications |
| CORECIVIC_2209101 | Contract Modifications |
| CORECIVIC_2209102 | Contract Modifications |
| CORECIVIC_2209113 | Operations |
| CORECIVIC_2209116 | Contract Modifications |
| CORECIVIC_2209118 | Contract Modifications |
| CORECIVIC_2209120 | Unsealed |
| CORECIVIC_2209121 | Contract Modifications |
| CORECIVIC_2209123 | Contract Modifications |
| CORECIVIC_2209127 | Contract Modifications |

| Bates Number | Reason for Sealing |
|---|---|
| CORECIVIC_2209131 | Unsealed |
| CORECIVIC_2209132 | Contract Modifications |
| CORECIVIC_2209143 | Operations |
| CORECIVIC_2209147 | Unsealed |
| CORECIVIC_2209148 | Contract Modifications |
| CORECIVIC_2209159 | Contract Modifications |
| CORECIVIC_2209163 | Contract Modifications |
| CORECIVIC_2209164 | Contract Modifications |
| CORECIVIC_2209168 | Operations |
| CORECIVIC_2209169 | Unsealed |
| CORECIVIC_2209170 | Audits |
| CORECIVIC_2209174 | Audits |
| CORECIVIC_2209175 | Operations |
| CORECIVIC_2209176 | Unsealed |
| CORECIVIC_2209177 | Audits |
| CORECIVIC_2209180 | Contract Modifications |
| CORECIVIC_2209181 | Audits |
| CORECIVIC_2209183 | Unsealed |
| CORECIVIC_2209184 | Unsealed |
| CORECIVIC_2209185 | Audits |
| CORECIVIC_2209187 | Operations |
| CORECIVIC_2209190 | Unsealed |
| CORECIVIC_2209191 | Unsealed |
| CORECIVIC_2209192 | Audits |
| CORECIVIC_2209193 | Unsealed |
| CORECIVIC_2209194 | Audits |
| CORECIVIC_2209195 | Unsealed |
| CORECIVIC_2209197 | Unsealed |
| CORECIVIC_2209200 | Audits |
| CORECIVIC_2209202 | Operations |
| CORECIVIC_2209206 | Operations |
| CORECIVIC_2209208 | Operations |
| CORECIVIC_2209212 | Unsealed |
| CORECIVIC_2209213 | Operations |
| CORECIVIC_2209214 | Operations |
| CORECIVIC_2209216 | Contract Modifications |
| CORECIVIC_2209221 | Unsealed |
| CORECIVIC_2209222 | Operations |
| CORECIVIC_2209223 | Contract Modifications |
| CORECIVIC_2209226 | Contract Modifications |
| CORECIVIC_2209229 | Unsealed |
| CORECIVIC_2209231 | Operations |
| CORECIVIC_2209234 | Operations |
| CORECIVIC_2209237 | Operations |
| CORECIVIC_2209238 | Unsealed |
| CORECIVIC_2209239 | Unsealed |

232 Documents Attached to the Declaration of C. Wood

| Bates Number | Reason for Sealing |
|---|---|
| CORECIVIC_2209240 | Contract Modifications |
| CORECIVIC_2209250 | Audits |