# EXHIBIT 1
# PART 1
# [Filed Partially Under Seal]

CORECIVIC_2208696

Document Filed Under Seal

CORECIVIC_2208697

Document Filed Under Seal

CORECIVIC_2208699

Document Filed Under Seal

CORECIVIC_2208701

Case 3:16-cv-02267    Document 234-3    Filed 06/30/20    Page 8 of 97 PageID #: 6579

Document Filed Under Seal

CORECIVIC_2208702

Document Filed Under Seal

CORECIVIC_2208704

Document Filed Under Seal

CORECIVIC_2208706

| | |
|---|---|
| **From:** | Odubeko, Ashley |
| **Sent:** | Tuesday, February 23, 2016 3:21 PM |
| **To:** | Odom, Dina; Hall, Keith; Nalley, Michael; Griffies, Kimberly; Barnard, Trish; Alden, Lisa; Elrod, Ben; Beasley, Jeb; Verhulst, Bart; Fuqua, Amy; Sherling, Alexander |
| **Cc:** | Judd, Betty; Lucero, Geraldine |
| **Subject:** | FW: Staffing Plan Change |
| **Attachments:** | Staffing Plan Memo.pdf; Bishop, Jerry.vcf; Staffing Pattern Change Request - Cibola |

Please see attached approval from the CO at Cibola regarding the Master Scheduler change. Please note the request for proposal for the savings. I have attached our previous response that included the estimated savings. Please let us know if that amount has changed and the effect of the fringe rates as noted in Jerry's letter.


Thanks,

Ashley



**From:** Jerry Bishop [mailto:j1bishop@bop.gov]
**Sent:** Tuesday, February 23, 2016 3:11 PM
**To:** Metcalf, Natasha <Natasha.Metcalf@cca.com>
**Cc:** Joe Pryor <CIB8232.cibadm1.cibdom1@bop.gov>; Leonardo Otero <lotero@bop.gov>; Ryan Wynne <rwynne@bop.gov>; Odubeko, Ashley <Ashley.Odubeko@cca.com>
**Subject:** Staffing Plan Change


**\*\*\* This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. \*\*\***

Please see the attached letter in reference to CCA's requested staffing plan change.  Thank you.



Jerry Bishop, Contracting Officer
Federal Bureau Of Prisons
Privatized Corrections Contracting
Cibola County Correctional Center
2000 Cibola Loop
Milan, New Mexico 87021
BB. 202-598-3635

1

CONFIDENTIAL                                                                  CORECIVIC_2208706

P. 505-285-4982
F. 505-285-5667

CONFIDENTIAL                                                                 CORECIVIC_2208707

CORECIVIC_2208708

Document Filed Under Seal

CORECIVIC_2208714

Document Filed Under Seal

CORECIVIC_2208718

Document Filed Under Seal

CORECIVIC_2208722



CONFIDENTIAL

CORECIVIC_2208722

CORECIVIC_2208723

Document Filed Under Seal

CORECIVIC_2208726

| | |
|---|---|
| **From:** | Beasley, Jeb |
| **Sent:** | Wednesday, August 5, 2015 9:39 AM |
| **To:** | Verhulst, Bart |
| **Subject:** | Fwd: Adams NOC 15-005 |
| **Attachments:** | image001.png; ATT00001.htm; NOC 15-005.pdf; ATT00002.htm |

Fyi.

Jeb Beasley
Managing Director
CCA


Sent from my iPhone

Begin forwarded message:

> **From:** "Hall, Keith" <Keith.Hall@cca.com>
> **Date:** August 4, 2015 at 3:51:41 PM CDT
> **To:** "Nalley, Michael" <Michael.Nalley@cca.com>, "Metcalf, Natasha" <Natasha.Metcalf@cca.com>,
> "Odubeko, Ashley" <Ashley.Odubeko@cca.com>
> **Cc:** "Lappin, Harley" <Harley.Lappin@cca.com>, "Beasley, Jeb" <Jeb.Beasley@cca.com>, "Harpe,
> Gordon" <Gordon.Harpe@cca.com>, "Ensey, Virgil" <Virgil.Ensey@cca.com>
> **Subject: FW: Adams NOC 15-005**
>
> We received the attached NOC at Adams on inmate discipline.  The facility will work up a draft response
> for review.
>
> Gordon Harpe will be traveling to Adams next week to review their discipline program.
>
> Keith
>
>
> **From:** Ensey, Virgil
> **Sent:** Tuesday, August 04, 2015 3:41 PM
> **To:** Hall, Keith
> **Subject:** FW: Adams NOC 15-005
>
> Here is the NOC. He provided specifics in the NOC. We are going to look into this.
>
>
> **From:** Beach, Emilee
> **Sent:** Tuesday, August 04, 2015 3:41 PM
> **To:** Ensey, Virgil
> **Subject:** Adams NOC 15-005
>
>
> *Emilee' Beach*

1

CONFIDENTIAL                                                          CORECIVIC_2208726

Quality Assurance Manager
Adams County Correctional Center
20 Hobo Fork Road
Natchez, MS 39120
(O) 601-304-2518
(C) 601-870-9300
(F) 601-446-5224

CONFIDENTIAL                                                      CORECIVIC_2208727

CORECIVIC_2208728

CONFIDENTIAL                                                                                          CORECIVIC_2208728

CORECIVIC_2208729

CONFIDENTIAL

CORECIVIC_2208730



CONFIDENTIAL

CORECIVIC_2208730

CORECIVIC_2208731

Document Filed Under Seal

CORECIVIC_2208733

Document Filed Under Seal

CORECIVIC_2208734

Case 3:16-cv-02267    Document 234-3    Filed 06/30/20    Page 40 of 97 PageID #: 6611

Document Filed Under Seal

CORECIVIC_2208735

Document Filed Under Seal

CORECIVIC_2208736



CONFIDENTIAL

CORECIVIC_2208736

CORECIVIC_2208737

Case 3:16-cv-02267    Document 234-3    Filed 06/30/20    Page 46 of 97 PageID #: 6617

| | |
|---|---|
| **From:** | Hall, Keith |
| **Sent:** | Tuesday, September 1, 2015 10:39 PM |
| **To:** | Driskill, Terri; Odubeko, Ashley; Nalley, Michael; Beasley, Jeb; Metcalf, Natasha |
| **Cc:** | Berkebile, David; Beach, Emilee |
| **Subject:** | FW: ACCC - NOC 15-006 Response Draft |
| **Attachments:** | NOC 15-006 Response Draft.docx; Count Procedures Checklist.doc |

I agree with the response.   Very thorough.

Keith

**From:** Berkebile, David
**Sent:** Tuesday, September 01, 2015 6:22 PM
**To:** Hall, Keith <Keith.Hall@cca.com>
**Subject:** ACCC - NOC 15-006 Response Draft

Mr. Hall:

Attached is a draft of our response to the NOC regarding count time procedures.  We've already begun the ADO live reviews of counts, and are still developing the lesson plan for training.  The FSC staff will be here on Tuesday, September 8th to assist us in creating the training video.

Thank you,
Dave

CONFIDENTIAL

CORECIVIC_2208737

CORECIVIC_2208738

Document Filed Under Seal

CORECIVIC_2208740

Case 3:16-cv-02267    Document 234-3    Filed 06/30/20    Page 50 of 97 PageID #: 6621

Document Filed Under Seal

CORECIVIC_2208742

Document Filed Under Seal

CORECIVIC_2208745

Case 3:16-cv-02267     Document 234-3     Filed 06/30/20     Page 54 of 97 PageID #: 6625



CONFIDENTIAL

CORECIVIC_2208745

CORECIVIC_2208746

Document Filed Under Seal

CORECIVIC_2208748

Document Filed Under Seal

CORECIVIC_2208751

Document Filed Under Seal

CORECIVIC_2208754

Case 3:16-cv-02267     Document 234-3     Filed 06/30/20     Page 62 of 97 PageID #: 6633

Document Filed Under Seal

CORECIVIC_2208758



CONFIDENTIAL                                                                                          CORECIVIC_2208758

CORECIVIC_2208759

Document Filed Under Seal

CORECIVIC_2208763

| | |
|---|---|
| **From:** | Driskill, Terri |
| **Sent:** | Tuesday, August 4, 2015 9:13 PM |
| **To:** | Barnes Jr, Donald |
| **Subject:** | Fwd: Adams NOC 15-005 |
| **Attachments:** | NOC 15-005.pdf |

FYI

Sent from my iPhone

Begin forwarded message:

> **From:** "Odubeko, Ashley" <Ashley.Odubeko@cca.com>
> **Date:** August 4, 2015 at 4:05:57 PM CDT
> **To:** "Driskill, Terri" <Terri.Driskill@cca.com>
> **Subject: FW: Adams NOC 15-005**

> **From:** Hall, Keith
> **Sent:** Tuesday, August 04, 2015 3:52 PM
> **To:** Nalley, Michael; Metcalf, Natasha; Odubeko, Ashley
> **Cc:** Lappin, Harley; Beasley, Jeb; Harpe, Gordon; Ensey, Virgil
> **Subject:** FW: Adams NOC 15-005

> We received the attached NOC at Adams on inmate discipline.  The facility will work up a draft response for review.

> Gordon Harpe will be traveling to Adams next week to review their discipline program.

> Keith

> **From:** Ensey, Virgil
> **Sent:** Tuesday, August 04, 2015 3:41 PM
> **To:** Hall, Keith
> **Subject:** FW: Adams NOC 15-005

> Here is the NOC. He provided specifics in the NOC. We are going to look into this.

> **From:** Beach, Emilee
> **Sent:** Tuesday, August 04, 2015 3:41 PM
> **To:** Ensey, Virgil
> **Subject:** Adams NOC 15-005

> *Emilee' Beach*

1

CONFIDENTIAL

CORECIVIC_2208763

Quality Assurance Manager
Adams County Correctional Center
20 Hobo Fork Road
Natchez, MS 39120
(O) 601-304-2518
(C) 601-870-9300
(F) 601-446-5224

2

CONFIDENTIAL

CORECIVIC_2208764

CORECIVIC_2208765

Document Filed Under Seal

CORECIVIC_2208767

| **From:** | Baxter, John |
|---|---|
| **Sent:** | Tuesday, November 8, 2016 1:24 PM |
| **To:** | Smith, Toni |
| **Subject:** | FW: ICE-Cibola Agreement |
| **Attachments:** | Cibola CPAR 10-1-10 thru 9-30-11 (Final).pdf; Cibola CPAR 10-1-11 thru 9-30-12 (Final).pdf; Cibola CPAR 10-1-13 thru 9-30-14 (Final).pdf; Cibola CPAR 10-1-14 thru 9-30-15 (Final).pdf; FW: Cure Notice Revision |

Toni,

Please print a single copy of each of the documents attached.  Don't forget to open and print the folder also.

Thank you.

John

John Baxter, Ed.D. | Vice President of Health Services | Office 615-263-6628
Cell 615-428-9380 | Fax 615-263-3078 | John.Baxter@corecivic.com
 – *Better the public good*®

**From:** Metcalf, Natasha
**Sent:** Tuesday, November 8, 2016 12:50 PM
**To:** Baxter, John <John.Baxter@corecivic.com>
**Subject:** RE: ICE-Cibola Agreement

Attached are all of the CPARs. Some are outside the timeframe, but I am sending them all for reference. I just requested CFMs/POAs from QA and will send those when I receive them. I also requested NCCHC audits from QA.  Some of the questions seem to stem from the findings that led to the Cure Notice so I have attached that response as well.

Let me know if you have a few minutes to run through the questions so I can determine where I may be able to help in gathering information needed for our responses.

Natasha K. Metcalf I Vice-President, Partnership Development
CoreCivic
10 Burton Hills Boulevard I Nashville, Tennessee 37215
natasha.metcalf@corecivic.com
Office 615-263-3290 I Mobile 615-804-5968 I Fax 615-263-3100

**From:** Baxter, John
**Sent:** Tuesday, November 08, 2016 12:42 PM
**To:** Metcalf, Natasha <Natasha.Metcalf@corecivic.com>
**Subject:** RE: ICE-Cibola Agreement

Natasha,

1

CONFIDENTIAL                                                                 CORECIVIC_2208767

Can you send me the Cibola CPARs responses, CFM/POA responses, and anything else we have submitted to BOP during the time frame referenced in the ICE questions? I have saved several items, but want to be sure I haven't missed anything important as I pull language from other responses to submit in response to these questions.

**John Baxter, Ed.D.** | Vice President of Health Services | Office 615-263-6628
Cell 615-428-9380 | Fax 615-263-3078 | John.Baxter@corecivic.com
**CoreCivic** – *Better the public good*®

---

**From:** Metcalf, Natasha
**Sent:** Tuesday, November 8, 2016 12:39 PM
**To:** Hininger, Damon <Damon.Hininger@corecivic.com>; Mayberry, Lucibeth <Lucibeth.Mayberry@corecivic.com>; Garfinkle, David <David.Garfinkle@corecivic.com>; Irwin, Scott <Scott.Irwin@corecivic.com>; Lappin, Harley <Harley.Lappin@corecivic.com>; Grande, Tony <Tony.Grande@corecivic.com>; White, Kim <Kim.White@corecivic.com>; Verhulst, Bart <Bart.Verhulst@corecivic.com>; Baxter, John <John.Baxter@corecivic.com>; Conry, Steven <Steven.Conry@corecivic.com>; Owen, Steve <Steve.Owen@corecivic.com>; MURRAY, Don <Don.MURRAY@corecivic.com>; Shew, Dianna <Dianna.Shew@corecivic.com>; Nalley, Michael <Michael.Nalley@corecivic.com>; Beasley, Jeb <Jeb.Beasley@corecivic.com>
**Cc:** Porter, Kim <Kim.Porter@corecivic.com>; Cason, Stacey <Stacey.Cason@corecivic.com>; Ferrell, Brian <Brian.Ferrell@corecivic.com>
**Subject:** RE: ICE-Cibola Agreement

Will do, thanks.

Natasha K. Metcalf I Vice-President, Partnership Development
CoreCivic
10 Burton Hills Boulevard I Nashville, Tennessee 37215
natasha.metcalf@corecivic.com
Office 615-263-3290 I Mobile 615-804-5968 I Fax 615-263-3100

---

**From:** Hininger, Damon
**Sent:** Tuesday, November 08, 2016 12:22 PM
**To:** Metcalf, Natasha <Natasha.Metcalf@corecivic.com>; Mayberry, Lucibeth <Lucibeth.Mayberry@corecivic.com>; Garfinkle, David <David.Garfinkle@corecivic.com>; Irwin, Scott <Scott.Irwin@corecivic.com>; Lappin, Harley <Harley.Lappin@corecivic.com>; Grande, Tony <Tony.Grande@corecivic.com>; White, Kim <Kim.White@corecivic.com>; Verhulst, Bart <Bart.Verhulst@corecivic.com>; Baxter, John <John.Baxter@corecivic.com>; Conry, Steven <Steven.Conry@corecivic.com>; Owen, Steve <Steve.Owen@corecivic.com>; MURRAY, Don <Don.MURRAY@corecivic.com>; Shew, Dianna <Dianna.Shew@corecivic.com>; Nalley, Michael <Michael.Nalley@corecivic.com>; Beasley, Jeb <Jeb.Beasley@corecivic.com>
**Cc:** Porter, Kim <Kim.Porter@corecivic.com>; Cason, Stacey <Stacey.Cason@corecivic.com>; Ferrell, Brian <Brian.Ferrell@corecivic.com>
**Subject:** RE: ICE-Cibola Agreement

I just spoke to John B. and said that let's get our response to this letter by COB tomorrow. Let me know if we need to huddle in the interim on any of the questions. Thank you. Damon

2

CONFIDENTIAL                                                                              CORECIVIC_2208768

**From:** Metcalf, Natasha
**Sent:** Tuesday, November 08, 2016 12:11 PM
**To:** Hininger, Damon; Mayberry, Lucibeth; Garfinkle, David; Irwin, Scott; Lappin, Harley; Grande, Tony; White, Kim; Verhulst, Bart; Baxter, John; Conry, Steven; Owen, Steve; MURRAY, Don; Shew, Dianna; Nalley, Michael; Beasley, Jeb
**Cc:** Porter, Kim; Cason, Stacey; Ferrell, Brian
**Subject:** FW: ICE-Cibola Agreement
**Importance:** High

Please see the attached letter from ICE that requires our response to 18 questions regarding medical services at Cibola before they will begin to send detainees to the facility. Responses are due no later than Monday, November 14. I have already spoken briefly with John Baxter and he will be taking the lead on most of the responses. I will coordinate with others as appropriate. Thanks.

Natasha K. Metcalf I Vice-President, Partnership Development
CoreCivic
10 Burton Hills Boulevard I Nashville, Tennessee 37215
natasha.metcalf@corecivic.com
Office 615-263-3290 I Mobile 615-804-5968 I Fax 615-263-3100


**From:** Quigley, William [mailto:William.Quigley@ice.dhs.gov]
**Sent:** Tuesday, November 08, 2016 11:25 AM
**To:** Porter, Kim <Kim.Porter@corecivic.com>; Metcalf, Natasha <Natasha.Metcalf@corecivic.com>
**Subject:** ICE-Cibola Agreement
**Importance:** High


**\*\*\* This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. \*\*\***


Good Afternoon,
Attached please find a letter from the ICE Head of Contracting Activity outlining concerns that have been brought to our attention about the medical unit at Cibola County Correctional Center. Please be advised that ICE cannot present detainees for housing until these concerns are addressed. We are requesting that the information be presented to ICE no later than November 14, 2016.

Please let me know if you have any questions or need any additional information.

Thanks,

*William J. (BJ) Quigley, CPPB, CFCM*
**Detention, Compliance and Removals (DCR) | Deputy Assistant Director**
DHS | ICE | Office of Acquisition Management (OAQ)
Phone: 202-732-2120 Mobile: 202-345-8928
Email: William.Quigley@ice.dhs.gov

CONFIDENTIAL                                                                      CORECIVIC_2208769

CORECIVIC_2208770

Document Filed Under Seal

CORECIVIC_2208774



CONFIDENTIAL

CORECIVIC_2208774

CORECIVIC_2208775

Document Filed Under Seal

CORECIVIC_2208778

| | |
|---|---|
| **From:** | Laxson, John |
| **Sent:** | Friday, August 29, 2014 9:26 AM |
| **To:** | Hall, Keith; Metcalf, Natasha; Odubeko, Ashley |
| **Cc:** | Bedard, Laura |
| **Subject:** | FW: CFM Appeal August 2014 |
| **Attachments:** | CFM Appeal August 2014.doc |

Attached is Eden's proposed appeal of the CFM findings. Please be advised we have 15 calendar days from August 21, 2014 to file a response. If you have any questions, please contact me.

**From:** Laxson, John
**Sent:** Friday, August 29, 2014 8:17 AM
**To:** Bedard, Laura
**Subject:** CFM Appeal August 2014

I believe I have added your and Mr. Nilius' input. I will forward to Mr. Hall and Mrs. Metcalf upon your approval.

1

CONFIDENTIAL

CORECIVIC_2208778

CORECIVIC_2208779

Document Filed Under Seal

CORECIVIC_2208785

| **From:** | Lester, Amanda |
| **Sent:** | Wednesday, April 10, 2013 1:15 PM |
| **To:** | Metcalf, Natasha |
| **Subject:** | FW: McRae Modification 0011 - SCA_REA Definitization |
| **Attachments:** | McRae_MOD_0011_DJB1PC016.PDF; RE: Revised McRae Modification 0109 - |
| | Definitization of Sentence Computation Function Removal -Contract J1PCc-008 |

Can you help answer this question?

Thanks.

**From:** Garfinkle, David
**Sent:** Wednesday, April 10, 2013 1:05 PM
**To:** Lester, Amanda
**Cc:** Fuqua, Amy
**Subject:** FW: McRae Modification 0011 - SCA_REA Definitization

See Amy's question.

Thanks.

Dave

**From:** Fuqua, Amy
**Sent:** Wednesday, April 10, 2013 12:49 PM
**To:** Garfinkle, David
**Subject:** FW: McRae Modification 0011 - SCA_REA Definitization

So is this replacing mod 6, which is what we were expecting to include the equitable adjustment?

**From:** Metcalf, Natasha
**Sent:** Friday, April 05, 2013 5:15 PM
**To:** Lester, Amanda; Levins, Catherine
**Cc:** Garfinkle, David; Fuqua, Amy
**Subject:** FW: McRae Modification 0011 - SCA_REA Definitization

Attached is the REA for the new McRae contract.

Amanda-Can you confirm the pricing. The REA we initially submitted in Oct 2012 was revised based on the sentence computation staffing reductions. The revised REA is attached.

1

CONFIDENTIAL

CORECIVIC_2208785

Catherine-I will go ahead and sign an executive approval form that I will leave in your chair for you to start circulating when Amanda confirms.

Thanks.

Natasha K. Metcalf
Vice President, Partnership Development
CCA
10 Burton Hills Boulevard
Nashville,Tennessee 37215
Direct 615-263-3290
Cell 615/804-5968
Fax 615/263-3100
Natasha.Metcalf@cca.com

**From:** Pattie Williams [mailto:p1williams@bop.gov]
**Sent:** Friday, April 05, 2013 2:37 PM
**To:** Metcalf, Natasha
**Cc:** Aaron Nixon; Bill Gensel; BOP-ADM/PrivatizedCorrContracting~@bop.gov; bopccd/privatization@bop.gov; Douglas M Martz; Kathy Bendily; Michael Howard; Michael Bodine; Linda White; Pam Aycock; Georgiann Williams; Darla Ussery; Matthew Green; Beasley, Jeb; Stone, Stacey
**Subject:** McRae Modification 0011 - SCA_REA Definitization

Good Evening Ms. Metcalf,

Attached is proposed Modification #0011 which is to definitize Modification Number 0006, dated 09/24/2012, which incorporates Service Contract Act Wage Determination 2005-2139, Revision No: 12, dated 06/13/2012 into the contract.

Please review, sign, date (both pages), and return to my attention.

Don't hesitate to contact me with any questions or concerns.

Thank you,

*Pattie C. Williams*
Contracting Officer
Federal Bureau of Prisons
Privatized Corrections Contracting
McRae Correctional Facility
112 Jim Hammock Drive
McRae, GA 31055
Phone: (229)868-4292
Fax: 229-868-9879
Email: p1williams@bop.gov

2

CONFIDENTIAL

CORECIVIC_2208786

CORECIVIC_2208787

Document Filed Under Seal

CORECIVIC_2208791

| | |
|---|---|
| **From:** | Metcalf, Natasha |
| **Sent:** | Tuesday, July 16, 2013 6:10 PM |
| **To:** | Ayers, Mike |
| **Subject:** | RE: BOP Security |

Mike-I have Ashley Odubeko who works with me to research and let you know. I don't think we need a meeting. Thanks.

**From:** Ayers, Mike
**Sent:** Tuesday, July 16, 2013 1:59 PM
**To:** Metcalf, Natasha
**Subject:** BOP Security

Natasha,

I have a question about how the BOP security guidelines apply to our systems. Many of us in the building are BOP cleared so that we can view BOP inmate specific information. However, I was recently told that this BOP clearance is only necessary if you need access to BOP's systems (IE Sentry).

The Personnel section of the CAR 15 RFP appears to support this:
http://mycca.correctionscorp.com/busdev/rfp/car15/Private%20Docs/02%20-%20CAR_15_PWS_13_06_20.pdf

I will grab some time on your calendar next week.

Thanks,

*Mike*

-----
Mike Ayers
Sr Director, Program Management
**Program Management Office**

**O:** (615) 263-3242 **M:** (615) 483-7563
Mike.Ayers@CCA.com

Case 3:16-cv-02267     Document 234-3     Filed 06/30/20     Page 93 of 97 PageID #: 6664

CONFIDENTIAL

CORECIVIC_2208791

CORECIVIC_2208792

Case 3:16-cv-02267    Document 234-3    Filed 06/30/20    Page 94 of 97 PageID #: 6665

| | |
|---|---|
| **From:** | Odubeko, Ashley |
| **Sent:** | Monday, July 22, 2013 1:29 PM |
| **To:** | Metcalf, Natasha |
| **Subject:** | Emailing: NOC 13-004 Response Draft (3) |
| **Attachments:** | NOC 13-004 Response Draft (3).docx |

Your message is ready to be sent with the following file or link attachments:

NOC 13-004 Response Draft (3)

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

CONFIDENTIAL                                                                CORECIVIC_2208792

CORECIVIC_2208793

Document Filed Under Seal