# EXHIBIT 1
# PART 2
# [Filed Partially Under Seal]

CORECIVIC_2208794

Document Filed Under Seal

CORECIVIC_2208798



CONFIDENTIAL

CORECIVIC_2208798

CORECIVIC_2208799

Document Filed Under Seal

CORECIVIC_2208801

| | |
|---|---|
| **From:** | Metcalf, Natasha |
| **Sent:** | Thursday, November 14, 2013 9:12 AM |
| **To:** | Odubeko, Ashley |
| **Subject:** | Re: Key Personnel Approval Request - Cibola |

Did you call him.

**From:** Odubeko, Ashley
**Sent:** Thursday, November 14, 2013 08:59 AM
**To:** Metcalf, Natasha
**Subject:** FW: Key Personnel Approval Request - Cibola

I think I'm confused. See attached appointment.

**From:** James Black [mailto:jblack@bop.gov]
**Sent:** Thursday, November 14, 2013 8:36 AM
**To:** Wayne Holstine; Odubeko, Ashley
**Cc:** Verhulst, Bart; Beasley, Jeb; Robinson, John; Nalley, Michael; Metcalf, Natasha
**Subject:** Re: Key Personnel Approval Request - Cibola

Good Morning Ms. Metcalf,

I believe this request was sent to me in error. Please address it to Cibola's Contracting Officer's Representative, Mr.
Leonardo Otero, SSIM.

Thank you,
James


James A. Black
Intelligence Analyst
Federal Bureau of Prisons,
Correctional Programs Division,
Privatization Management Branch,
at Designation & Sentence Computation Center
345 Marine Forces Drive
Grand Prairie, Texas  75051
Office: (972) 623-5863
Cell/Bberry: (202) 598-1905
E-mail: jblack@bop.gov


**SENSITIVE/PRIVILEGED COMMUNICATION**
The information contained in this electronic message and any and all accompanying documents
constitutes sensitive information. This information is the property of the U.S. Department of
Justice. If you are not the intended recipient of this information, any disclosures, copying,

1

CONFIDENTIAL                                                          CORECIVIC_2208801

distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this message in error, please notify us immediately to make arrangements for its return to us.

>>> "Odubeko, Ashley" <Ashley.Odubeko@cca.com> 11/13/2013 12:06 PM >>>
James/Wayne,

Please find attached an approval request for Ms. Betty Judd to serve as Acting Warden at the Cibola County Correctional Center effective immediately. Please let me know if you have any questions.

Ashley Odubeko
Director, Partnership Development
Corrections Corporation of America
10 Burton Hills Boulevard
Nashville,Tennessee 37215
Direct: (615) 263-3098
Cell: (615) 521-3032
Fax: (615) 263-6919
Ashley.Odubeko@cca.com

See how CCA is making a difference

(i) This e-mail and any files transmitted with it are confidential and intended solely for the use of the intended recipient(s). If you have received this e-mail in error, please notify the sender immediately and delete this e-mail and any associated files from your system. (ii) Views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of Corrections Corporation of America. (iii) The recipient should check this e-mail and any attachments for the presence of viruses. The company accepts no liability for errors or omissions caused by e-mail transmission or any damage caused by any virus transmitted by or with this e-mail. This email has been scanned for content and viruses by the McAfee Email Security System

CONFIDENTIAL

CORECIVIC_2208802

CORECIVIC_2208803

| | |
|---|---|
| **From:** | Odubeko, Ashley |
| **Sent:** | Tuesday, December 3, 2013 10:39 PM |
| **To:** | Metcalf, Natasha |
| **Subject:** | Emailing: CPAR - CIBOLA (2013) |
| **Attachments:** | CPAR - CIBOLA (2013).docx |

Your message is ready to be sent with the following file or link attachments:

CPAR - CIBOLA (2013)

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments.  Check your e-mail security settings to determine how attachments are handled.

Case 3:16-cv-02267    Document 234-4    Filed 06/30/20    Page 12 of 72 PageID #: 6680

CONFIDENTIAL                                                                CORECIVIC_2208803

CORECIVIC_2208804

Document Filed Under Seal

CORECIVIC_2208809

Case 3:16-cv-02267    Document 234-4    Filed 06/30/20    Page 15 of 72 PageID #: 6683

| | |
|---|---|
| **From:** | Metcalf, Natasha |
| **Sent:** | Tuesday, December 3, 2013 11:50 PM |
| **To:** | 'nmetcalf@comcast.net' |
| **Subject:** | Fw: Emailing: CPAR - CIBOLA (2013) |
| **Attachments:** | CPAR - CIBOLA (2013).docx |

----- Original Message -----
From: Odubeko, Ashley
Sent: Tuesday, December 03, 2013 10:38 PM
To: Metcalf, Natasha
Subject: Emailing: CPAR - CIBOLA (2013)

Your message is ready to be sent with the following file or link attachments:

CPAR - CIBOLA (2013)

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments.  Check your e-mail security settings to determine how attachments are handled.

See how CCA is making a difference<http://ccastart.com/intro/>

1

CONFIDENTIAL

CORECIVIC_2208809

CORECIVIC_2208810

Document Filed Under Seal

CORECIVIC_2208815

Document Filed Under Seal

CORECIVIC_2208817

Document Filed Under Seal

CORECIVIC_2208820

Case 3:16-cv-02267     Document 234-4     Filed 06/30/20     Page 23 of 72 PageID #: 6691



CONFIDENTIAL

CORECIVIC_2208820

CORECIVIC_2208821

Document Filed Under Seal

CORECIVIC_2208823

Document Filed Under Seal

CORECIVIC_2208828

Document Filed Under Seal

CORECIVIC_2208829

Case 3:16-cv-02267    Document 234-4    Filed 06/30/20    Page 31 of 72 PageID #: 6699

Document Filed Under Seal

CORECIVIC_2208830



CONFIDENTIAL
CORECIVIC_2208830

CORECIVIC_2208831



CONFIDENTIAL

CORECIVIC_2208831

CORECIVIC_2208832

Case 3:16-cv-02267    Document 234-4    Filed 06/30/20    Page 37 of 72 PageID #: 6705

Document Filed Under Seal

CORECIVIC_2208834

| | |
|---|---|
| **From:** | Metcalf, Natasha |
| **Sent:** | Friday, December 6, 2013 11:11 AM |
| **To:** | Odubeko, Ashley |
| **Subject:** | RE: Request for Staffing Pattern Change |

My bad thought I mentioned that I would send it out.

**From:** Odubeko, Ashley
**Sent:** Friday, December 06, 2013 11:09 AM
**To:** Metcalf, Natasha
**Subject:** RE: Request for Staffing Pattern Change

I didn't get copied.

**From:** Metcalf, Natasha
**Sent:** Friday, December 06, 2013 11:07 AM
**To:** Odubeko, Ashley
**Subject:** RE: Request for Staffing Pattern Change

I already sent it to him yesterday  left the original for you to file

**From:** Odubeko, Ashley
**Sent:** Friday, December 06, 2013 11:03 AM
**To:** wholstine@bop.gov
**Cc:** Metcalf, Natasha; Verhulst, Bart; Baxter, John; Wengler, Valerie; Griffies, Kimberly; Beasley, Jeb; Robinson, John; Nalley, Michael; Wilson, Tonya; Lucero, Geraldine; Alden, Lisa; 'lotero@bop.gov'
**Subject:** Request for Staffing Pattern Change

Wayne,

Please find attached a request for approval to make a change to the staffing pattern for the Cibola County Correctional Center. Please feel free to contact me with any questions.

Thanks,

Ashley Odubeko
Director, Partnership Development
Corrections Corporation of America
10 Burton Hills Boulevard
Nashville,Tennessee 37215
Direct: (615) 263-3098
Cell: (615) 521-3032
Fax: (615) 263-6919
Ashley.Odubeko@cca.com

Case 3:16-cv-02267     Document 234-4     Filed 06/30/20     Page 40 of 72 PageID #: 6708

CONFIDENTIAL                                                                      CORECIVIC_2208834

CORECIVIC_2208835

Case 3:16-cv-02267    Document 234-4    Filed 06/30/20    Page 41 of 72 PageID #: 6709

Document Filed Under Seal

CORECIVIC_2208838

Case 3:16-cv-02267     Document 234-4     Filed 06/30/20     Page 43 of 72 PageID #: 6711

Document Filed Under Seal

CORECIVIC_2208840

Document Filed Under Seal

CORECIVIC_2208846

Document Filed Under Seal

CORECIVIC_2208853

Document Filed Under Seal

CORECIVIC_2208856

Document Filed Under Seal

CORECIVIC_2208859

Case 3:16-cv-02267    Document 234-4    Filed 06/30/20    Page 53 of 72 PageID #: 6721

Document Filed Under Seal

CORECIVIC_2208862

Case 3:16-cv-02267     Document 234-4     Filed 06/30/20     Page 55 of 72 PageID #: 6723

Document Filed Under Seal

CORECIVIC_2208865

Document Filed Under Seal

CORECIVIC_2208867

Case 3:16-cv-02267    Document 234-4    Filed 06/30/20    Page 59 of 72 PageID #: 6727

| From: | Odubeko, Ashley |
|---|---|
| Sent: | Monday, January 6, 2014 2:36 PM |
| To: | Metcalf, Natasha |
| Subject: | FW: J-19 |

**From:** Metcalf, Natasha
**Sent:** Monday, October 28, 2013 4:35 PM
**To:** Beasley, Jeb
**Cc:** Odubeko, Ashley
**Subject:** RE: J-19

That would be a good idea. Ashley and I have chatted about the issue. I think Mike is saying they will not pay for anything.

Natasha K. Metcalf
Vice President, Partnership Development
CCA
10 Burton Hills Boulevard
Nashville,Tennessee 37215
Direct 615/263-3290
Cell 615/804-5968
Fax 615/263-3100
Natasha.Metcalf@cca.com

**From:** Beasley, Jeb
**Sent:** Monday, October 28, 2013 2:49 PM
**To:** Metcalf, Natasha
**Cc:** Odubeko, Ashley
**Subject:** FW: J-19

Do we want to schedule a meeting with IT this week?

Jeb Beasley
CCA
Managing Director, Federal and Local
Partnership Relations
10 Burton Hills Blvd.
Nashville, TN 37215
ph (615) 263-6615
cell (615) 478-2260

1

CONFIDENTIAL

CORECIVIC_2208867

**From:** Michael Bodine [mailto:mbodine@bop.gov]
**Sent:** Friday, October 25, 2013 11:57 AM
**To:** Beasley, Jeb
**Cc:** Celia Santana; Douglas M Martz; Ryan Wynne
**Subject:** J-19

Jeb,

Based upon the BOP's review, the J-19 mod changes are for industry updates that is the responsibility of the contractor. The contract states that the contractor should anticipate industry changes during the life of the contract. Therefore, the BOP is not responsible for reimbursements for this contract change.

Additionally, the BOP is providing the information below (see attached PDF) in regards to the HP6300 Pro computer they have listed as the one they will purchase.

"The HP 6300 Pro computer is acceptable but it uses the "i3" low end of the Intel Processors: for example there are 3 Intel processors available of this computer (i3; i5 and i7) the i3 is the lowest performance of the 3 processors which is what is proposed in their configuration. Additionally, the proposed configuration cost is shown as $900.00 per computer.

The attached PDF shows the technical specifications for a similarly configured HP 6300 Pro (Windows 7 64 bit) with the upgraded Intel i5 processor for $684.00 per computer. Go to the following HP link. "
http://shopping1.hp.com/is-bin/INTERSHOP.enfinity/WFS/WW-USSMBPublicStore-Site/en_US/-/USD/ViewParametricSearch-SimpleOfferSearch;pgid=jDJwlVlq2W9SR0Yk2kO1Yuen0000rD-kqCzP;sid=ZO321dkwnrPr1Yt5tcTrXAE_tuPOpJLcOp0=?webform-id=WFSimpleSearch&DefaultButton=findSimple&WFSimpleSearch_NameOrID=hp+6300+pro+series&findSimple=
I hope this clears up all of the issues surrounding the J-19 modifications. If you have any additional questions or concerns please let me know,

Mike

Michael G. Bodine
Federal Bureau of Prisons
Contract Specialist, PCC
320 First Street, NW
Suite 5005
Washington, DC 20534
P: 202-616-9203
F: 202-616-6224

CONFIDENTIAL

CORECIVIC_2208868

CORECIVIC_2208869

Case 3:16-cv-02267    Document 234-4    Filed 06/30/20    Page 62 of 72 PageID #: 6730

Document Filed Under Seal

CORECIVIC_2208872

Document Filed Under Seal

CORECIVIC_2208874

Document Filed Under Seal

CORECIVIC_2208876

| From: | Metcalf, Natasha |
| --- | --- |
| Sent: | Wednesday, January 22, 2014 11:15 AM |
| To: | Odubeko, Ashley |
| Subject: | FW: DJB1PC016; McRae Modification 0015 - SCA REA Definitization |
| Attachments: | DJB1PC016_MOD_0015.PDF |

Natasha K. Metcalf
Vice President, Partnership Development
CCA
10 Burton Hills Boulevard
Nashville,Tennessee 37215
Direct 615-263-3290
Cell 615/804-5968
Fax 615/263-3100
Natasha.Metcalf@cca.com

**From:** Pattie Williams [mailto:p1williams@bop.gov]
**Sent:** Wednesday, January 22, 2014 11:05 AM
**To:** Metcalf, Natasha
**Cc:** Aaron Nixon; BOP-ADM/PCC-MCA~@bop.gov; BOP-ADM/PrivatizedCorrContracting~@bop.gov; bopccd/privatization@bop.gov; Douglas M Martz; Michael Howard; Michael Bodine; Linda White; Pam Aycock; Georgiann Williams; Darla Davis; Matthew Green; Ryan Wynne; Thad Hubler; Beasley, Jeb; Stone, Stacey
**Subject:** DJB1PC016; McRae Modification 0015 - SCA REA Definitization

Good Afternoon Ms. Metcalf,

Attached is proposed Modification #0015 which is to definitize Modification Number 0014, dated 09/30/2013, which incorporates Service Contract Act Wage Determination 2005-2139, Revision No: 13, dated 06/19/2013 into the contract.

Please review, sign both pages and return to my attention.

Please do not hesitate to contact me with any questions or concerns.

Thank You,


*Pattie C. Williams*
Contracting Officer
Federal Bureau of Prisons

1

CONFIDENTIAL
CORECIVIC_2208876

Privatized Corrections Contracting
McRae Correctional Facility
112 Jim Hammock Drive
McRae, GA 31055
Phone: (229)868-4292
Fax: 229-868-9879
Email: p1williams@bop.gov

CONFIDENTIAL

CORECIVIC_2208877

CORECIVIC_2208878

Document Filed Under Seal