# EXHIBIT 1
# PART 3
# [Filed Partially Under Seal]

CORECIVIC_2208881

Case 3:16-cv-02267     Document 234-5     Filed 06/30/20     Page 2 of 128 PageID #: 6742

| | |
|---|---|
| **From:** | Metcalf, Natasha |
| **Sent:** | Thursday, January 30, 2014 6:18 PM |
| **To:** | Christmas, Heather |
| **Subject:** | Letter |
| **Attachments:** | Letter to Dee Simmons re Eden - Perimeter Road VECP Jan 2014.docx |

Date for tomorrow and print on letterhead.

Natasha K. Metcalf
Vice President, Partnership Development
CCA
10 Burton Hills Boulevard
Nashville,Tennessee 37215
Direct 615/263-3290
Cell 615/804-5968
Fax 615/263-3100
Natasha.Metcalf@cca.com

CONFIDENTIAL

CORECIVIC_2208881

CORECIVIC_2208882

Document Filed Under Seal

CORECIVIC_2208884

Case 3:16-cv-02267    Document 234-5    Filed 06/30/20    Page 6 of 128 PageID #: 6746

Document Filed Under Seal

CORECIVIC_2208887

| | |
|---|---|
| **From:** | Odubeko, Ashley |
| **Sent:** | Thursday, March 6, 2014 3:10 PM |
| **To:** | Metcalf, Natasha |
| **Subject:** | RE: Adams County Correctional Center-DJB1PC010, Modification 52 |

Not yet. I had to talk to Gary about it based on a question I received from Amanda before she left, but since she was gone all of last week, we didn't resolve until earlier in the week and then I had to talk to Gary. There was some confusion about which Mod was actually being replaced. Working on approval form.

**From:** Metcalf, Natasha
**Sent:** Thursday, March 06, 2014 3:06 PM
**To:** Odubeko, Ashley
**Subject:** FW: Adams County Correctional Center-DJB1PC010, Modification 52

Is this Mod circulating for approval?

Natasha K. Metcalf
Vice President, Partnership Development
CCA
10 Burton Hills Boulevard
Nashville,Tennessee 37215
Direct 615/263-3290
Cell 615/804-5968
Fax 615/263-3100
Natasha.Metcalf@cca.com

**From:** Gary Clark [mailto:g3clark@bop.gov]
**Sent:** Thursday, February 06, 2014 3:07 PM
**To:** Metcalf, Natasha
**Cc:** BOP-ADM/PCC-ACC~@bop.gov; BOP-ADM/PrivatizedCorrContracting~@bop.gov; bopccd/privatization@bop.gov; Douglas M Martz; Michael Bodine; Paul Kelly; Odubeko, Ashley; Wagner, Barbara; Verhulst, Bart; Beasley, Jeb; Robinson, John; Hall, Keith
**Subject:** Adams County Correctional Center-DJB1PC010, Modification 52

Good afternoon Ms. Metcalf,

Attached is the proposed Modification 0052, which replace continuation pages 2 and 3 of Modification 0049 with continuation pages.

1

CONFIDENTIAL

CORECIVIC_2208887

If you have any questions or concerns, please let me know.

Thank you.

Gary L. Clark, Contracting Officer
Federal Bureau of Prisons
Privatized Corrections Contracting
20 Hobo Fork Road
Natchez, MS 39120
Office: 601-304-2577
Cell: 202-598-3478
Fax: 601-304-2585
g3clark@bop.gov

CONFIDENTIAL

CORECIVIC_2208888

CORECIVIC_2208889

Document Filed Under Seal

CORECIVIC_2208892

Document Filed Under Seal

CORECIVIC_2208894



CONFIDENTIAL

CORECIVIC_2208894

CORECIVIC_2208895

| From: | Metcalf, Natasha |
|---|---|
| **Sent:** | Tuesday, March 18, 2014 2:20 PM |
| **To:** | Odubeko, Ashley; Baxley Jr, Stephen |
| **Subject:** | RE: Adams Deduction Response |
| **Attachments:** | Adams Deduction Response Health Services March 2014.docx |

Here are my changes/comments. Thanks.

Natasha K. Metcalf
Vice President, Partnership Development
CCA
10 Burton Hills Boulevard
Nashville,Tennessee 37215
Direct 615/263-3290
Cell 615/804-5968
Fax 615/263-3100
Natasha.Metcalf@cca.com

**From:** Odubeko, Ashley
**Sent:** Monday, March 17, 2014 4:48 PM
**To:** Metcalf, Natasha
**Subject:** Adams Deduction Response

Attached is a revised version based on our conversation on Friday. Thanks.

Ashley Odubeko
Director, Partnership Development
Corrections Corporation of America
10 Burton Hills Boulevard
Nashville, Tennessee 37215
Direct: (615) 263-3098
Cell: (615) 521-3032
Fax: (615) 263-6919
Ashley.Odubeko@cca.com

CONFIDENTIAL

CORECIVIC_2208895

CORECIVIC_2208896

Document Filed Under Seal

CORECIVIC_2208899

| | |
|---|---|
| **From:** | Baxley Jr, Stephen |
| **Sent:** | Tuesday, March 18, 2014 4:13 PM |
| **To:** | Metcalf, Natasha |
| **Subject:** | RE: Adams Deduction Response |
| **Attachments:** | Adams Deduction Response Health Services March 2014.docx |

Please see attachment

Stephen Baxley, FNP-C, MSN, MSc, CCHP
Corrections Corporation of America
Managing Director/Chief Nursing Officer, Health Services
1-615-263-3072 Office
1-615-973-6182 Cell
1-615-263 6902 Fax

**From:** Metcalf, Natasha
**Sent:** Tuesday, March 18, 2014 2:20 PM
**To:** Odubeko, Ashley; Baxley Jr, Stephen
**Subject:** RE: Adams Deduction Response

Here are my changes/comments. Thanks.

Natasha K. Metcalf
Vice President, Partnership Development
CCA
10 Burton Hills Boulevard
Nashville,Tennessee 37215
Direct 615/263-3290
Cell 615/804-5968
Fax 615/263-3100
Natasha.Metcalf@cca.com

**From:** Odubeko, Ashley
**Sent:** Monday, March 17, 2014 4:48 PM
**To:** Metcalf, Natasha
**Subject:** Adams Deduction Response

Attached is a revised version based on our conversation on Friday. Thanks.

Ashley Odubeko
Director, Partnership Development
Corrections Corporation of America
10 Burton Hills Boulevard
Nashville, Tennessee 37215
Direct: (615) 263-3098
Cell: (615) 521-3032
Fax: (615) 263-6919
Ashley.Odubeko@cca.com

1

CONFIDENTIAL

CORECIVIC_2208899

Case 3:16-cv-02267    Document 234-5    Filed 06/30/20    Page 23 of 128 PageID #: 6763

CONFIDENTIAL

CORECIVIC_2208900

CORECIVIC_2208901

Document Filed Under Seal

CORECIVIC_2208904

Case 3:16-cv-02267    Document 234-5    Filed 06/30/20    Page 26 of 128 PageID #: 6766

| **From:** | Metcalf, Natasha |
|---|---|
| **Sent:** | Wednesday, March 19, 2014 8:58 AM |
| **To:** | Odubeko, Ashley |
| **Subject:** | FW: Adams Deduction Response |
| **Attachments:** | Adams Deduction Response Health Services March 2014.docx |

Natasha K. Metcalf
Vice President, Partnership Development
CCA
10 Burton Hills Boulevard
Nashville,Tennessee 37215
Direct 615/263-3290
Cell 615/804-5968
Fax 615/263-3100
Natasha.Metcalf@cca.com

**From:** Baxley Jr, Stephen
**Sent:** Tuesday, March 18, 2014 4:13 PM
**To:** Metcalf, Natasha
**Subject:** RE: Adams Deduction Response

Please see attachment

Stephen Baxley, FNP-C, MSN, MSc, CCHP
Corrections Corporation of America
Managing Director/Chief Nursing Officer, Health Services
1-615-263-3072 Office
1-615-973-6182 Cell
1-615-263 6902 Fax

**From:** Metcalf, Natasha
**Sent:** Tuesday, March 18, 2014 2:20 PM
**To:** Odubeko, Ashley; Baxley Jr, Stephen
**Subject:** RE: Adams Deduction Response

Here are my changes/comments. Thanks.

Natasha K. Metcalf
Vice President, Partnership Development
CCA
10 Burton Hills Boulevard
Nashville,Tennessee 37215
Direct 615/263-3290
Cell 615/804-5968
Fax 615/263-3100
Natasha.Metcalf@cca.com

1

CONFIDENTIAL

CORECIVIC_2208904

**From:** Odubeko, Ashley
**Sent:** Monday, March 17, 2014 4:48 PM
**To:** Metcalf, Natasha
**Subject:** Adams Deduction Response

Attached is a revised version based on our conversation on Friday. Thanks.

Ashley Odubeko
Director, Partnership Development
Corrections Corporation of America
10 Burton Hills Boulevard
Nashville, Tennessee 37215
Direct: (615) 263-3098
Cell: (615) 521-3032
Fax: (615) 263-6919
Ashley.Odubeko@cca.com

CONFIDENTIAL

CORECIVIC_2208905

CORECIVIC_2208906

Document Filed Under Seal

CORECIVIC_2208909

**From:** Metcalf, Natasha
**Sent:** Wednesday, March 19, 2014 3:34 PM
**To:** Odubeko, Ashley
**Subject:** RE: Adams Deduction Response
**Attachments:** 4851_001.pdf


Here are my changes. You can have the medical folks verify they are correct.

Natasha K. Metcalf
Vice President, Partnership Development
CCA
10 Burton Hills Boulevard
Nashville,Tennessee 37215
Direct 615/263-3290
Cell 615/804-5968
Fax 615/263-3100
Natasha.Metcalf@cca.com


**From:** Odubeko, Ashley
**Sent:** Wednesday, March 19, 2014 12:01 PM
**To:** Metcalf, Natasha
**Subject:** Adams Deduction Response

Here is a revised draft reflecting the changes in the dates for the diabetes clinic and the hepatitis clinic. Christina confirmed that they will actually have the files reviewed by 1:00 pm today for the diabetes clinic.

Ashley Odubeko
Director, Partnership Development
Corrections Corporation of America
10 Burton Hills Boulevard
Nashville, Tennessee 37215
Direct: (615) 263-3098
Cell: (615) 521-3032
Fax: (615) 263-6919
Ashley.Odubeko@cca.com

1

CONFIDENTIAL                                                                                          CORECIVIC_2208909

CORECIVIC_2208910

Document Filed Under Seal

CORECIVIC_2208912

Case 3:16-cv-02267     Document 234-5     Filed 06/30/20     Page 35 of 128 PageID #: 6775

Document Filed Under Seal

CORECIVIC_2208914

Document Filed Under Seal

CORECIVIC_2208916

Document Filed Under Seal

CORECIVIC_2208918

Document Filed Under Seal

CORECIVIC_2208921

Document Filed Under Seal

CORECIVIC_2208924

Case 3:16-cv-02267    Document 234-5    Filed 06/30/20    Page 45 of 128 PageID #: 6785

**From:** Odubeko, Ashley
**Sent:** Wednesday, May 21, 2014 4:58 PM
**To:** Metcalf, Natasha
**Subject:** Eden Staffing Pattern request
**Attachments:** Letter re staffing pattern change (Eden).docx

Attached is a staffing pattern request for Eden. Dee is leaving for an extended period this summer and they want to get it approved as soon as possible.

Thanks,

Ashley Odubeko
Director, Partnership Development
Corrections Corporation of America
10 Burton Hills Boulevard
Nashville, Tennessee 37215
Direct: (615) 263-3098
Cell: (615) 521-3032
Fax: (615) 263-6919
Ashley.Odubeko@cca.com

1

CONFIDENTIAL

CORECIVIC_2208924

CORECIVIC_2208925

Document Filed Under Seal

CORECIVIC_2208926

Document Filed Under Seal

CORECIVIC_2208927

Document Filed Under Seal

CORECIVIC_2208929

Document Filed Under Seal

CORECIVIC_2208930

Document Filed Under Seal

CORECIVIC_2208932



Case 3:16-cv-02267     Document 234-5     Filed 06/30/20     Page 58 of 128 PageID #: 6798

CONFIDENTIAL                                                                    CORECIVIC_2208932

CORECIVIC_2208933

Document Filed Under Seal

CORECIVIC_2208934

**From:** Odubeko, Ashley
**Sent:** Tuesday, June 10, 2014 4:39 PM
**To:** Metcalf, Natasha
**Subject:** Eden Staffing Request
**Attachments:** Letter re staffing pattern change (Eden).docx

Revised letter based on savings info.

Case 3:16-cv-02267    Document 234-5    Filed 06/30/20    Page 62 of 128 PageID #: 6802

CONFIDENTIAL

CORECIVIC_2208934

CORECIVIC_2208935

Case 3:16-cv-02267    Document 234-5    Filed 06/30/20    Page 63 of 128 PageID #: 6803

Document Filed Under Seal

CORECIVIC_2208936

| From: | Odubeko, Ashley |
|---|---|
| Sent: | Friday, June 20, 2014 12:39 PM |
| To: | Metcalf, Natasha |
| Subject: | FW: NOC 14-004 Response Draft.docx |
| Attachments: | NOC 14-004 Response Draft (2).docx |

I didn't receive any changes for Adams. Is this OK to go out?

**From:** Odubeko, Ashley
**Sent:** Wednesday, June 18, 2014 12:59 PM
**To:** Beach, Emilee; Wagner, Barbara; Robinson, John; Hall, Keith; Verhulst, Bart; Beasley, Jeb
**Cc:** Metcalf, Natasha; Baxley Jr, Stephen; Baxter, John
**Subject:** FW: NOC 14-004 Response Draft.docx

Attached is a revised version of the draft response for the Adams NOC concerning staffing. Please let me know if you have any changes by **COB tomorrow.**

Thanks,

Ashley Odubeko
Director, Partnership Development
Corrections Corporation of America
10 Burton Hills Boulevard
Nashville, Tennessee 37215
Direct: (615) 263-3098
Cell: (615) 521-3032
Fax: (615) 263-6919
Ashley.Odubeko@cca.com


**From:** Beach, Emilee
**Sent:** Tuesday, June 17, 2014 2:47 PM
**To:** Odubeko, Ashley
**Subject:** NOC 14-004 Response Draft.docx

Please see attached



Thanks,

Emilee Beach

Adams County Correctional Center
PO Box 850
Washington, MS 39190
(O) 601 304 2518
(C) 501 660 2712
(F) 601 445 2224

1

CONFIDENTIAL

CORECIVIC_2208936



Case 3:16-cv-02267   Document 234-5   Filed 06/30/20   Page 67 of 128 PageID #: 6807

CONFIDENTIAL                                                                CORECIVIC_2208937

CORECIVIC_2208938



CONFIDENTIAL

CORECIVIC_2208938

CORECIVIC_2208939

Document Filed Under Seal

CORECIVIC_2208940

Case 3:16-cv-02267    Document 234-5    Filed 06/30/20    Page 72 of 128 PageID #: 6812

Document Filed Under Seal

CORECIVIC_2208941

Case 3:16-cv-02267    Document 234-5    Filed 06/30/20    Page 74 of 128 PageID #: 6814

Document Filed Under Seal

CORECIVIC_2208943

Case 3:16-cv-02267    Document 234-5    Filed 06/30/20    Page 76 of 128 PageID #: 6816

| **From:** | Odubeko, Ashley |
|-----------|------------------|
| **Sent:** | Wednesday, August 20, 2014 9:49 AM |
| **To:** | Lynch, Jason |
| **Cc:** | Metcalf, Natasha |
| **Subject:** | RE: Adams County |

Jason,

Please let me know if you have any additional questions. I will copy you when I send the REA later today.

Thanks,

Ashley Odubeko
Director, Partnership Development
Corrections Corporation of America
10 Burton Hills Boulevard
Nashville, Tennessee 37215
Direct: (615) 263-3098
Cell: (615) 521-3032
Fax: (615) 263-6919
Ashley.Odubeko@cca.com


**From:** Lynch, Jason
**Sent:** Tuesday, August 19, 2014 1:50 PM
**To:** Metcalf, Natasha; Odubeko, Ashley
**Subject:** Adams County

Ms. Metcalf and Ms. Odubeko,

Good afternoon. I just spoke to our contracting officer, Gary Clark, about Mod 57 and conforming of food service supervisor positions. Gary said that if he could get a response on the Mod 57 by the end of next week he could get those monies applied to our contract and I will be able to start billing for the adjustment on Aug 2014 invoice. Gary also mentioned that he was also waiting on a response on the conforming of the food service supervisor positions at this facility. When you get a free moment, can you provide me a quick update on these two items?

Thanks for all that you do.

Jason Lynch, MBA
Facility Controller
Adams County Correctional Center
20 Hobo Forks Rd.
Natchez, MS. 39120
e-jason.lynch@cca.com
p-601.304.2515

1

CONFIDENTIAL                                                                    CORECIVIC_2208943

f-601.446.5224

Case 3:16-cv-02267     Document 234-5     Filed 06/30/20     Page 78 of 128 PageID #: 6818

CONFIDENTIAL

CORECIVIC_2208944

CORECIVIC_2208945

Document Filed Under Seal

CORECIVIC_2208946

Document Filed Under Seal

CORECIVIC_2208960

| | |
|---|---|
| **From:** | Odubeko, Ashley |
| **Sent:** | Monday, September 29, 2014 2:02 PM |
| **To:** | White, Donald |
| **Cc:** | Metcalf, Natasha |
| **Attachments:** | NE Ohio Response to 9 12 14 BOP LOI Commissary Prices.docx |

Revised draft. I added BOP in front of facility regarding the average prices.

Ashley Odubeko
Director, Partnership Development
Corrections Corporation of America
10 Burton Hills Boulevard
Nashville, Tennessee 37215
Direct: (615) 263-3098
Cell: (615) 521-3032
Fax: (615) 263-6919
Ashley.Odubeko@cca.com

Case 3:16-cv-02267      Document 234-5      Filed 06/30/20      Page 84 of 128 PageID #: 6824

CONFIDENTIAL

CORECIVIC_2208960

CORECIVIC_2208961

Document Filed Under Seal

CORECIVIC_2208963

Case 3:16-cv-02267    Document 234-5    Filed 06/30/20    Page 87 of 128 PageID #: 6827

Document Filed Under Seal

CORECIVIC_2208964

Document Filed Under Seal

CORECIVIC_2208966

Document Filed Under Seal

CORECIVIC_2208968



CONFIDENTIAL

CORECIVIC_2208968

CORECIVIC_2208969

| **From:** | 4thFloorCanon@cca.com |
| **Sent:** | Monday, November 10, 2014 4:44 PM |
| **To:** | Metcalf, Natasha |
| **Subject:** | Attached Image |
| **Attachments:** | 1096_001.pdf |

Case 3:16-cv-02267     Document 234-5     Filed 06/30/20     Page 96 of 128 PageID #: 6836

CONFIDENTIAL

CORECIVIC_2208969

CORECIVIC_2208970

Document Filed Under Seal

CORECIVIC_2208972

| From: | Odubeko, Ashley |
| Sent: | Wednesday, January 14, 2015 2:49 PM |
| To: | Metcalf, Natasha |
| Subject: | Cibola NOC |
| Attachments: | Cibola's Response to NOC #2015-002.docx |

Attached is the latest version of the draft. Once you approve, I will send to the Warden and QA manager to submit.

Thanks,

Ashley Odubeko
Director, Partnership Development
Corrections Corporation of America
10 Burton Hills Boulevard
Nashville, Tennessee 37215
Direct: (615) 263-3098
Cell: (615) 521-3032
Fax: (615) 263-6919
Ashley.Odubeko@cca.com

1

CONFIDENTIAL

CORECIVIC_2208972

CORECIVIC_2208973

Case 3:16-cv-02267     Document 234-5     Filed 06/30/20     Page 101 of 128 PageID #: 6841

Document Filed Under Seal

CORECIVIC_2208975

Case 3:16-cv-02267   Document 234-5   Filed 06/30/20   Page 103 of 128 PageID #: 6843

| **From:** | Linville, Miriam |
| --- | --- |
| **Sent:** | Wednesday, March 16, 2016 12:34 PM |
| **To:** | Metcalf, Natasha |
| **Subject:** | FW: Modifications |
| **Attachments:** | Mod 63 - November 2015 Invoice.pdf |

Mod #63 they are referring to deals with November 2014 invoice.  I do not see where it is actually a mod.  What are your thoughts?

*Miriam Linville*
*Coordinator, Partnership Development*
 - "America's Leader in Partnership Corrections"
EMail: Miriam.Linville@CCA.com
Office: 615-263-6964

**From:** Metcalf, Natasha
**Sent:** Wednesday, March 16, 2016 10:33 AM
**To:** Linville, Miriam <Miriam.Linville@cca.com>
**Subject:** FW: Modifications

*Natasha K. Metcalf*
*Vice President, Partnership Development*
- "America's Leader in Partnership Corrections"
10 Burton Hills Boulevard
Nashville, Tennessee 37215
EMail: natasha.metcalf@cca.com
Office: (615) 263-3290
Cell:  (615) 804-5968
Fax:  (615) 263-3100

**From:** Jerry Bishop [mailto:j1bishop@bop.gov]
**Sent:** Wednesday, March 16, 2016 10:12 AM
**To:** Metcalf, Natasha <Natasha.Metcalf@cca.com>
**Subject:** Re: Modifications

1

CONFIDENTIAL

CORECIVIC_2208975

CORECIVIC_2208976



CONFIDENTIAL

CORECIVIC_2208976

CORECIVIC_2208977



CONFIDENTIAL

CORECIVIC_2208977

CORECIVIC_2208978

Document Filed Under Seal

CORECIVIC_2208993

Document Filed Under Seal

CORECIVIC_2208999

Case 3:16-cv-02267    Document 234-5    Filed 06/30/20    Page 113 of 128 PageID #: 6853

Document Filed Under Seal

CORECIVIC_2209001

Document Filed Under Seal

CORECIVIC_2209004

Document Filed Under Seal

CORECIVIC_2209008

Case 3:16-cv-02267    Document 234-5    Filed 06/30/20    Page 119 of 128 PageID #: 6859



CONFIDENTIAL

CORECIVIC_2209009



CONFIDENTIAL

CORECIVIC_2209009

CORECIVIC_2209010

Document Filed Under Seal

CORECIVIC_2209014



CONFIDENTIAL

CORECIVIC_2209014

CORECIVIC_2209015



CONFIDENTIAL

CORECIVIC_2209015