EXHIBIT 1
PART 4
[Filed Partially Under Seal]

CORECIVIC_2209016

Case 3:16-cv-02267     Document 234-6     Filed 06/30/20     Page 2 of 90 PageID #: 6870

Document Filed Under Seal

CORECIVIC_2209019

| | |
|---|---|
| **From:** | Linville, Miriam |
| **Sent:** | Friday, July 15, 2016 8:46 AM |
| **To:** | Metcalf, Natasha |
| **Subject:** | RE: Modification 0076 - Security and Control Sec I |
| **Attachments:** | Comparison Cibola to Eden Section I.docx |

I have completed the comparison.  There are no variations.


*Miriam Linville*
*Coordinator, Partnership Development*
- "America's Leader in Partnership Corrections"
EMail: Miriam.Linville@CCA.com
Office: 615-263-6964


**From:** Metcalf, Natasha
**Sent:** Thursday, July 14, 2016 11:20 AM
**To:** Linville, Miriam <Miriam.Linville@cca.com>
**Subject:** FW: Modification 0076 - Security and Control Sec I


Log. Once you have Eden comparison completed, check to make sure Cibola language is same as Eden. Thanks.


*Natasha K. Metcalf*
*Vice President, Partnership Development*
- "America's Leader in Partnership Corrections"
10 Burton Hills Boulevard
Nashville, Tennessee 37215
EMail: natasha.metcalf@cca.com
Office: (615) 263-3290
Cell:  (615) 804-5968
Fax:  (615) 263-3100


**From:** Jerry Bishop [mailto:j1bishop@bop.gov]
**Sent:** Thursday, July 14, 2016 10:34 AM
**To:** Linville, Miriam <Miriam.Linville@cca.com>; Metcalf, Natasha <Natasha.Metcalf@cca.com>

1

CONFIDENTIAL CORECIVIC_2209019

**\*\*\* This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. \*\*\***

Mrs. Metcalf,
Please see the attached Modification 0076.  Please review and return a signed copy to me no later than July 29, 2016.  Thank you.



Jerry Bishop, Contracting Officer
Federal Bureau Of Prisons
Privatized Corrections Contracting
Cibola County Correctional Center
2000 Cibola Loop
Milan, New Mexico 87021
BB. 202-598-3635
P. 505-285-4982
F. 505-285-5667

CONFIDENTIAL

CORECIVIC_2209020

CORECIVIC_2209021

Document Filed Under Seal

CORECIVIC_2209024

Document Filed Under Seal

CORECIVIC_2209027

**From:** Odubeko, Ashley
**Sent:** Tuesday, December 10, 2013 10:49 AM
**To:** Cook, Robert
**Subject:** FW: Cibola's Annual Assessment
**Attachments:** CPAR Cibola (final).pdf

Here is the final report. Thanks.

**From:** Cook, Robert
**Sent:** Tuesday, December 10, 2013 8:55 AM
**To:** Metcalf, Natasha
**Subject:** Cibola's Annual Assessment

Natasha, can you sent me a copy of the final response to the annual assessment. Thanks

1

CONFIDENTIAL

CORECIVIC_2209027

CORECIVIC_2209028

Document Filed Under Seal

CORECIVIC_2209031

Case 3:16-cv-02267    Document 234-6    Filed 06/30/20    Page 15 of 90 PageID #: 6883

Document Filed Under Seal

CORECIVIC_2209037

Case 3:16-cv-02267    Document 234-6    Filed 06/30/20    Page 17 of 90 PageID #: 6885



CONFIDENTIAL

CORECIVIC_2209037

CORECIVIC_2209038

Case 3:16-cv-02267     Document 234-6     Filed 06/30/20     Page 19 of 90 PageID #: 6887



CONFIDENTIAL

CORECIVIC_2209038

CORECIVIC_2209039



CONFIDENTIAL

CORECIVIC_2209039

CORECIVIC_2209040

Document Filed Under Seal

CORECIVIC_2209042

Case 3:16-cv-02267    Document 234-6    Filed 06/30/20    Page 25 of 90 PageID #: 6893



CONFIDENTIAL

CORECIVIC_2209042

CORECIVIC_2209043

Document Filed Under Seal

CORECIVIC_2209045

Case 3:16-cv-02267    Document 234-6    Filed 06/30/20    Page 29 of 90 PageID #: 6897



CONFIDENTIAL

CORECIVIC_2209045

CORECIVIC_2209046

Document Filed Under Seal

CORECIVIC_2209049

Document Filed Under Seal

CORECIVIC_2209050

Document Filed Under Seal

CORECIVIC_2209051

Case 3:16-cv-02267     Document 234-6     Filed 06/30/20     Page 37 of 90 PageID #: 6905

Document Filed Under Seal

CORECIVIC_2209054



CONFIDENTIAL

CORECIVIC_2209054

CORECIVIC_2209055

Case 3:16-cv-02267     Document 234-6     Filed 06/30/20     Page 41 of 90 PageID #: 6909

Document Filed Under Seal

CORECIVIC_2209057

| | |
|---|---|
| **From:** | Odubeko, Ashley |
| **Sent:** | Tuesday, September 10, 2013 11:19 AM |
| **To:** | MURRAY, Don |
| **Cc:** | Metcalf, Natasha |
| **Subject:** | RE: Potential Deduction for Non-Conformance, Adams County Correctional Center |
| **Attachments:** | Adams NOC 12-005 Response.pdf; Adams NOC Response 13-005.pdf; Adams 13-003 Response final.pdf |

Don,

I have attached our responses to the three NOCs I sent yesterday for Adams.

Thanks!

Ashley Odubeko
Director, Partnership Development
Corrections Corporation of America
10 Burton Hills Boulevard
Nashville,Tennessee 37215
Direct: (615) 263-3098
Cell: (615) 521-3032
Fax: (615) 263-6919
Ashley.Odubeko@cca.com

**From:** Odubeko, Ashley
**Sent:** Monday, September 09, 2013 10:59 AM
**To:** MURRAY, Don
**Cc:** Metcalf, Natasha
**Subject:** FW: Potential Deduction for Non-Conformance, Adams County Correctional Center

Please find attached a notice for potential deduction and the three NOCs associated with the deduction for Adams. Let me know if you have any questions. Thanks.

Ashley Odubeko
Director, Partnership Development
Corrections Corporation of America
10 Burton Hills Boulevard
Nashville,Tennessee 37215
Direct: (615) 263-3098
Cell: (615) 521-3032
Fax: (615) 263-6919
Ashley.Odubeko@cca.com

CONFIDENTIAL
CORECIVIC_2209057

**From:** Verhulst, Bart
**Sent:** Friday, September 06, 2013 3:22 PM
**To:** Metcalf, Natasha; Robinson, John; Beasley, Jeb; Odubeko, Ashley
**Cc:** Grande, Tony
**Subject:** FW: Potential Deduction for Non-Conformance, Adams County Correctional Center

FYI – our response is due by September 21.

Bart VerHulst
Vice President
Federal and Local Partnership Relations

**From:** Gary Clark [mailto:g3clark@bop.gov]
**Sent:** Friday, September 06, 2013 3:18 PM
**To:** Verhulst, Bart
**Cc:** BOP-ADM/PrivatizedCorrContracting~@bop.gov; bopccd/privatization@bop.gov; Douglas M Martz; Donna Mott; Michael Bodine; Paul Kelly; Nalley, Michael; Wunderle, William
**Subject:** Potential Deduction for Non-Conformance, Adams County Correctional Center

Good afternoon Mr. Verhulst,

This letter is issued to notify CCA that the BOP is considering a deduction from the payment for services required by Contract DJB1PC010. This is based on CCA's non-conformance noted in three attached (3) Notices of Concerns for failure to provide adequate Inmate Accountability in Correctional Services. See attached.

Gary L. Clark, Contracting Officer
Federal Bureau of Prisons
Privatized Corrections Contracting
20 Hobo Fork Road
Natchez, MS 39120
Office: 601-304-2577
Cell: 202-598-3478
Fax: 601-304-2585
g3clark@bop.gov

CONFIDENTIAL

CORECIVIC_2209058

CORECIVIC_2209059

Case 3:16-cv-02267    Document 234-6    Filed 06/30/20    Page 46 of 90 PageID #: 6914

| From: | MURRAY, Don |
|---|---|
| Sent: | Tuesday, September 10, 2013 12:13 PM |
| To: | Odubeko, Ashley |
| Cc: | Metcalf, Natasha |
| Subject: | Re: Potential Deduction for Non-Conformance, Adams County Correctional Center |

Thanks so much!

Sent from my iPhone


On Sep 10, 2013, at 11:19 AM, "Odubeko, Ashley" <Ashley.Odubeko@cca.com> wrote:

> Don,
>
> I have attached our responses to the three NOCs I sent yesterday for Adams.
>
> Thanks!
>
> Ashley Odubeko
> Director, Partnership Development
> Corrections Corporation of America
> 10 Burton Hills Boulevard
> Nashville,Tennessee 37215
> Direct: (615) 263-3098
> Cell: (615) 521-3032
> Fax: (615) 263-6919
> Ashley.Odubeko@cca.com

**From:** Odubeko, Ashley
**Sent:** Monday, September 09, 2013 10:59 AM
**To:** MURRAY, Don
**Cc:** Metcalf, Natasha
**Subject:** FW: Potential Deduction for Non-Conformance, Adams County Correctional Center


Please find attached a notice for potential deduction and the three NOCs associated with the deduction for Adams. Let me know if you have any questions. Thanks.

Ashley Odubeko
Director, Partnership Development
Corrections Corporation of America
10 Burton Hills Boulevard
Nashville,Tennessee 37215
Direct: (615) 263-3098
Cell: (615) 521-3032
Fax: (615) 263-6919
Ashley.Odubeko@cca.com

1

CONFIDENTIAL                                                    CORECIVIC_2209059

**From:** Verhulst, Bart
**Sent:** Friday, September 06, 2013 3:22 PM
**To:** Metcalf, Natasha; Robinson, John; Beasley, Jeb; Odubeko, Ashley
**Cc:** Grande, Tony
**Subject:** FW: Potential Deduction for Non-Conformance, Adams County Correctional Center

FYI – our response is due by September 21.

Bart VerHulst
Vice President
Federal and Local Partnership Relations

**From:** Gary Clark [mailto:g3clark@bop.gov]
**Sent:** Friday, September 06, 2013 3:18 PM
**To:** Verhulst, Bart
**Cc:** BOP-ADM/PrivatizedCorrContracting~@bop.gov; bopccd/privatization@bop.gov; Douglas M Martz; Donna Mott; Michael Bodine; Paul Kelly; Nalley, Michael; Wunderle, William
**Subject:** Potential Deduction for Non-Conformance, Adams County Correctional Center

Good afternoon Mr. Verhulst,

This letter is issued to notify CCA that the BOP is considering a deduction from the payment for services required by Contract DJB1PC010. This is based on CCA's non-conformance noted in three attached (3) Notices of Concerns for failure to provide adequate Inmate Accountability in Correctional Services. See attached.

Gary L. Clark, Contracting Officer
Federal Bureau of Prisons
Privatized Corrections Contracting
20 Hobo Fork Road
Natchez, MS 39120
Office: 601-304-2577
Cell: 202-598-3478
Fax: 601-304-2585
g3clark@bop.gov

<Adams NOC 12-005 Response.pdf>

<Adams NOC Response 13-005.pdf>

<Adams 13-003 Response final.pdf>

CONFIDENTIAL

CORECIVIC_2209060

CORECIVIC_2209061

| From: | Metcalf, Natasha |
|---|---|
| Sent: | Friday, September 2, 2011 11:01 AM |
| To: | Olson, Carol |
| Subject: | FW: Modification Number 23-Wage Determination Incorporation |
| Attachments: | mod # 23.pdf; 2005236112.txt |

Natasha K. Metcalf
Vice President, Partnership Development
CCA - America's Leader in Partnership Corrections
10 Burton Hills Boulevard
Nashville, Tennessee 37215
Direct Line (615) 263-3290
Fax (615) 263-3100
Cell (615) 804-5968

Please note my new email address:Natasha.Metcalf@cca.com

**From:** Charles Mitchell [mailto:CMitchell@bop.gov]
**Sent:** Thursday, September 01, 2011 9:38 AM
**To:** Metcalf, Natasha; Metcalf, Natasha
**Cc:** Bill Gensel; BOP-ADM/PrivatizedCorrContracting~@bop.gov; CIB-WARDEN.CIBADM1.CIBDOM1@bop.gov; Geraldine Lucero; Kathy Bendily; Leonardo Otero; Rebecca Harman; Tony Strauss; Wayne Holstine; Olson, Carol; Beasley, Jeb; Blair, Lane; Thompson, Ronald
**Subject:** Modification Number 23-Wage Determination Incorporation

Attached is modification number 23, which incorporates wage determination number 2005-2361 revision 12.

Charles Mitchell
Contracting Officer
Cibola County Correctional Center
2000 Cibola Loop
Milan NM. 87021

Phone (505) 285-4982
Fax       (505) 285-5667

Case 3:16-cv-02267    Document 234-6    Filed 06/30/20    Page 50 of 90 PageID #: 6918

CONFIDENTIAL

CORECIVIC_2209061

CORECIVIC_2209062

Document Filed Under Seal

CORECIVIC_2209074

Case 3:16-cv-02267    Document 234-6    Filed 06/30/20    Page 53 of 90 PageID #: 6921

Document Filed Under Seal

CORECIVIC_2209075

Case 3:16-cv-02267     Document 234-6     Filed 06/30/20     Page 55 of 90 PageID #: 6923

**From:** Metcalf, Natasha
**Sent:** Wednesday, September 7, 2011 8:51 AM
**To:** Christmas, Heather
**Subject:** FW: Revised attachment J 19
**Attachments:** mod # 19-A.pdf

Print attachment. thanks

Natasha K. Metcalf
Vice President, Partnership Development
CCA - America's Leader in Partnership Corrections
10 Burton Hills Boulevard
Nashville, Tennessee 37215
Direct Line (615) 263-3290
Fax (615) 263-3100
Cell (615) 804-5968

Please note my new email address:Natasha.Metcalf@cca.com

**From:** Charles Mitchell [mailto:CMitchell@bop.gov]
**Sent:** Wednesday, September 07, 2011 8:46 AM
**To:** Metcalf, Natasha; Metcalf, Natasha
**Cc:** CIB-WARDEN.CIBADM1.CIBDOM1@bop.gov; Leonardo Otero; Olson, Carol; Beasley, Jeb; Blair, Lane; Thompson, Ronald
**Subject:** Revised attachment J 19

The attached modification removes attachment 19 incorporated via modification 19, and incorporates the Revised J-19 attachment.

Thank you.

Charles Mitchell
Contracting Officer
Cibola County Correctional Center
2000 Cibola Loop
Milan NM. 87021

Phone (505) 285-4982
Fax      (505) 285-5667

CONFIDENTIAL

CORECIVIC_2209075

CORECIVIC_2209076

Document Filed Under Seal

CORECIVIC_2209086

| **From:** | Metcalf, Natasha |
| **Sent:** | Tuesday, September 13, 2011 11:07 AM |
| **To:** | Olson, Carol |
| **Subject:** | RE: NEOCC Laptop Mod |

Are you referring to the bill of sale or the invoice we submit to BOP?

Natasha K. Metcalf
Vice President, Partnership Development
CCA - America's Leader in Partnership Corrections
10 Burton Hills Boulevard
Nashville, Tennessee 37215
Direct Line (615) 263-3290
Fax (615) 263-3100
Cell (615) 804-5968

Please note my new email address:Natasha.Metcalf@cca.com

**From:** Olson, Carol
**Sent:** Tuesday, September 13, 2011 11:05 AM
**To:** Metcalf, Natasha
**Subject:** NEOCC Laptop Mod

The modification should be completed today. Jeb is confirming with IT which items we are keeping and are to be included on the invoice.

Carol Pierce Olson
Director, Partnership Development
CCA "America's Leader in Partnership Corrections"
10 Burton Hills Boulevard
Nashville, Tennessee 37215
Direct Line: 615-263-3098
Fax Number: 615-263-3100
Cell Number: 615-973-9693

1

CONFIDENTIAL                                                          CORECIVIC_2209086

CORECIVIC_2209087

| | |
|---|---|
| **From:** | Metcalf, Natasha |
| **Sent:** | Monday, September 19, 2011 3:01 PM |
| **To:** | Olson, Carol |
| **Subject:** | FW: Contract DJB1PC010, Modification 0031 |
| **Attachments:** | DJB1PC010_Mod 31.pdf |

Natasha K. Metcalf
Vice President, Partnership Development
CCA - America's Leader in Partnership Corrections
10 Burton Hills Boulevard
Nashville, Tennessee 37215
Direct Line (615) 263-3290
Fax (615) 263-3100
Cell (615) 804-5968

Please note my new email address:Natasha.Metcalf@cca.com

**From:** Gary Clark [mailto:g3clark@bop.gov]
**Sent:** Monday, September 19, 2011 2:59 PM
**To:** Metcalf, Natasha
**Cc:** Bill Gensel; BOP-ADM/PrivatizedCorrContracting~@bop.gov; bopccd/privatization@bop.gov; Douglas M Martz;
Donna Mott; Laughlin, Vance
**Subject:** Contract DJB1PC010, Modification 0031

Please see attached.

Gary L. Clark, Contracting Officer
Privatized Corrections Contracting
Adams County Correctional Center
20 Hobo Fork Road
Natchez, MS 39120
Office: 601-304-2577
Fax:    601-304-2585
g3clark@bop.gov

CONFIDENTIAL

CORECIVIC_2209087

CORECIVIC_2209088

Document Filed Under Seal

CORECIVIC_2209089

Case 3:16-cv-02267     Document 234-6     Filed 06/30/20     Page 65 of 90 PageID #: 6933

Document Filed Under Seal

CORECIVIC_2209091

Document Filed Under Seal

CORECIVIC_2209092

Document Filed Under Seal

CORECIVIC_2209093

Case 3:16-cv-02267    Document 234-6    Filed 06/30/20    Page 71 of 90 PageID #: 6939

| | |
|---|---|
| **From:** | Olson, Carol |
| **Sent:** | Tuesday, February 7, 2012 10:02 AM |
| **To:** | Metcalf, Natasha |
| **Subject:** | McRae IT REA |
| **Attachments:** | McRae-7-20-10.pdf; BOP IT Modification Revised REA 04 08 11.pdf; McRae_Mod_72.pdf |

Carol Pierce Olson
Director, Partnership Development
CCA "America's Leader in Partnership Corrections"
10 Burton Hills Boulevard
Nashville, Tennessee 37215
Direct Line: 615-263-3098
Fax Number: 615-263-3100
Cell Number: 615-973-9693

CONFIDENTIAL

CORECIVIC_2209093

CORECIVIC_2209094

Document Filed Under Seal

CORECIVIC_2209101

Document Filed Under Seal

CORECIVIC_2209102

Document Filed Under Seal

CORECIVIC_2209113

Document Filed Under Seal

CORECIVIC_2209116

Document Filed Under Seal

CORECIVIC_2209118

Case 3:16-cv-02267    Document 234-6    Filed 06/30/20    Page 83 of 90 PageID #: 6951

Document Filed Under Seal

CORECIVIC_2209120

**From:** Olson, Carol
**Sent:** Tuesday, May 22, 2012 1:59 PM
**To:** Metcalf, Natasha
**Subject:** Adams Contract Notification Requirements
**Attachments:** Adams Contract Notification Requirements.docx

1

CONFIDENTIAL

CORECIVIC_2209121

Document Filed Under Seal

CORECIVIC_2209123

Document Filed Under Seal