# EXHIBIT 1
# PART 5
# [Filed Partially Under Seal]

CORECIVIC_2209127

Case 3:16-cv-02267    Document 234-7    Filed 06/30/20    Page 2 of 103 PageID #: 6960

Document Filed Under Seal

CORECIVIC_2209131

| | |
|---|---|
| **From:** | Olson, Carol |
| **Sent:** | Friday, July 20, 2012 4:22 PM |
| **To:** | Metcalf, Natasha; Dubray, William |
| **Cc:** | Beasley, Jeb |
| **Subject:** | McRae IT Information |
| **Attachments:** | McRae_Mod_72 6 17 10.pdf; Pages from BOP CAR 12 Contract effective12.1.12.pdf |

Natasha and Bill –

I have attached both the IT modification for McRae as well as the requirements provided in the new contract.

Thanks
Carol


Carol Pierce Olson
Director, Partnership Development
CCA "America's Leader in Partnership Corrections"
10 Burton Hills Boulevard
Nashville, Tennessee 37215
Direct Line: 615-263-3098
Fax Number: 615-263-3100
Cell Number: 615-973-9693

CONFIDENTIAL

CORECIVIC_2209131

CORECIVIC_2209132

Case 3:16-cv-02267     Document 234-7     Filed 06/30/20     Page 6 of 103 PageID #: 6964

Document Filed Under Seal

CORECIVIC_2209143

Document Filed Under Seal

CORECIVIC_2209147

Case 3:16-cv-02267     Document 234-7     Filed 06/30/20     Page 10 of 103 PageID #: 6968

| | |
|---|---|
| **From:** | Metcalf, Natasha |
| **Sent:** | Monday, July 23, 2012 8:55 AM |
| **To:** | Cochran, Julie |
| **Subject:** | FW: McRae IT Information |
| **Attachments:** | McRae_Mod_72 6 17 10.pdf; Pages from BOP CAR 12 Contract effective12.1.12.pdf |

Print the attachments for me. Thanks.

Natasha K. Metcalf
Vice President, Partnership Development
CCA
10 Burton Hills Boulevard
Nashville,Tennessee 37215
Direct 615/263-3290
Cell 615/804-5968
Fax 615/263-3100
Natasha.Metcalf@cca.com

**From:** Olson, Carol
**Sent:** Friday, July 20, 2012 4:22 PM
**To:** Metcalf, Natasha; Dubray, William
**Cc:** Beasley, Jeb
**Subject:** McRae IT Information

Natasha and Bill –

I have attached both the IT modification for McRae as well as the requirements provided in the new contract.

Thanks
Carol


Carol Pierce Olson
Director, Partnership Development
CCA "America's Leader in Partnership Corrections"
10 Burton Hills Boulevard
Nashville, Tennessee 37215
Direct Line: 615-263-3098
Fax Number: 615-263-3100
Cell Number: 615-973-9693

1

CONFIDENTIAL

CORECIVIC_2209147

CORECIVIC_2209148

Document Filed Under Seal

CORECIVIC_2209159

Document Filed Under Seal

CORECIVIC_2209163

Case 3:16-cv-02267    Document 234-7    Filed 06/30/20    Page 16 of 103 PageID #: 6974

Document Filed Under Seal

CORECIVIC_2209164

Document Filed Under Seal

CORECIVIC_2209168

Document Filed Under Seal

CORECIVIC_2209169

**From:** Olson, Carol
**Sent:** Thursday, August 9, 2012 12:37 PM
**To:** Metcalf, Natasha
**Subject:** Cibola Potential Deduction Letter 8 9 12
**Attachments:** Cibola Potential Deduction Letter 8 9 12.docx

Please review.

CONFIDENTIAL

Case 3:16-cv-02267    Document 234-7    Filed 06/30/20    Page 23 of 103 PageID #: 6981

CORECIVIC_2209169

CORECIVIC_2209170

Document Filed Under Seal

CORECIVIC_2209174

Document Filed Under Seal

CORECIVIC_2209175

Document Filed Under Seal

CORECIVIC_2209176

| | |
|---|---|
| **From:** | Olson, Carol |
| **Sent:** | Monday, October 8, 2012 3:52 PM |
| **To:** | Metcalf, Natasha |
| **Subject:** | NOC Response 10 8 12 |
| **Attachments:** | NOC Response 10 8 12.docx |

Case 3:16-cv-02267     Document 234-7     Filed 06/30/20     Page 31 of 103 PageID #: 6989

CONFIDENTIAL                                                                    CORECIVIC_2209176

CORECIVIC_2209177

Document Filed Under Seal

CORECIVIC_2209180

Document Filed Under Seal

CORECIVIC_2209181

Case 3:16-cv-02267    Document 234-7    Filed 06/30/20    Page 36 of 103 PageID #: 6994

Document Filed Under Seal

CORECIVIC_2209183



CONFIDENTIAL

CORECIVIC_2209183

CORECIVIC_2209184

| **From:** | Olson, Carol |
| **Sent:** | Tuesday, October 30, 2012 10:02 AM |
| **To:** | Metcalf, Natasha |
| **Subject:** | NOC 12-005 Response Draft |
| **Attachments:** | NOC 12-005 Response Draft.docx |

I have attached the response for the Adams count NOC. It has been approved by Ron, Lane and the Warden. Let me know of any questions.

Thanks
Carol

CONFIDENTIAL

CORECIVIC_2209184

CORECIVIC_2209185

Document Filed Under Seal

CORECIVIC_2209187

Document Filed Under Seal

CORECIVIC_2209190



CONFIDENTIAL

CORECIVIC_2209190

CORECIVIC_2209191

**From:** Olson, Carol
**Sent:** Tuesday, November 27, 2012 12:09 PM
**To:** Metcalf, Natasha
**Subject:** NOC 12-006 Response Draft 11 27 12
**Attachments:** NOC 12-006 Response Draft 11 27 12.docx

Case 3:16-cv-02267    Document 234-7    Filed 06/30/20    Page 49 of 103 PageID #: 7007

CONFIDENTIAL                                                                CORECIVIC_2209191

CORECIVIC_2209192

Document Filed Under Seal

CORECIVIC_2209193

| **From:** | Olson, Carol |
| **Sent:** | Tuesday, November 27, 2012 5:25 PM |
| **To:** | Metcalf, Natasha |
| **Subject:** | NOC 12-006 Response Draft 11 27 12 |
| **Attachments:** | NOC 12-006 Response Draft 11 27 12.docx |

Case 3:16-cv-02267    Document 234-7    Filed 06/30/20    Page 53 of 103 PageID #: 7011

CONFIDENTIAL                                                                    CORECIVIC_2209193

CORECIVIC_2209194

Document Filed Under Seal

CORECIVIC_2209195

Case 3:16-cv-02267    Document 234-7    Filed 06/30/20    Page 56 of 103 PageID #: 7014

| | |
|---|---|
| **From:** | Mayberry, Lucibeth |
| **Sent:** | Thursday, November 29, 2012 12:49 PM |
| **To:** | Metcalf, Natasha |
| **Subject:** | Re: Notice to Proceed for the McRae Correctional Facility |

Thanks!

**From**: Metcalf, Natasha
**Sent**: Thursday, November 29, 2012 12:41 PM
**To**: Mayberry, Lucibeth
**Subject**: FW: Notice to Proceed for the McRae Correctional Facility

I can sign it and return it to her.

Natasha K. Metcalf
Vice President, Partnership Development
CCA
10 Burton Hills Boulevard
Nashville,Tennessee 37215
Direct 615/263-3290
Cell 615/804-5968
Fax 615/263-3100
Natasha.Metcalf@cca.com

**From:** Pattie Williams [mailto:p1williams@bop.gov]
**Sent:** Thursday, November 29, 2012 12:38 PM
**To:** Mayberry, Lucibeth
**Cc:** Aaron Nixon; Bill Gensel; BOP-CCD/Privatization BOP-CCD/Privatization; Celia Santana; Douglas M Martz; Michael Bodine; Matthew D. Nace; Olson, Carol; Metcalf, Natasha
**Subject:** Notice to Proceed for the McRae Correctional Facility

Ms. Mayberry,

Attached, you will find the Notice to Proceed for the McRae Correctional Facility.

Please sign and return one copy of this NTP to my attention.

If you have any questions, please let me know.

Pattie C. Williams

1

CONFIDENTIAL                                                                    CORECIVIC_2209195

Contracting Officer
Federal Bureau of Prisons
Privatized Corrections Contracting
McRae Correctional Facility
112 Jim Hammock Drive
McRae, GA 31055
Phone: (229)868-4292
Fax: 229-868-9879
Email: p1williams@bop.gov

Case 3:16-cv-02267    Document 234-7    Filed 06/30/20    Page 58 of 103 PageID #: 7016

CONFIDENTIAL

CORECIVIC_2209196

CORECIVIC_2209197

| From: | Odubeko, Ashley |
|---|---|
| Sent: | Tuesday, July 9, 2013 3:02 PM |
| To: | Metcalf, Natasha |
| Subject: | RE: Proposed Contract Changes - DJB1PC016: McRae Correctional Facility- Revised Modification 13 |

NEOCC

**From:** Metcalf, Natasha
**Sent:** Tuesday, July 09, 2013 3:01 PM
**To:** Odubeko, Ashley
**Subject:** RE: Proposed Contract Changes - DJB1PC016: McRae Correctional Facility- Revised Modification 13

Are the red changes in the NEOCC version or the version for the other faciliites?

Natasha K. Metcalf
Vice President, Partnership Development
CCA
10 Burton Hills Boulevard
Nashville,Tennessee 37215
Direct 615/263-3290
Cell 615/804-5968
Fax 615/263-3100
Natasha.Metcalf@cca.com

**From:** Odubeko, Ashley
**Sent:** Tuesday, July 09, 2013 2:57 PM
**To:** Metcalf, Natasha
**Subject:** FW: Proposed Contract Changes - DJB1PC016: McRae Correctional Facility- Revised Modification 13

I'm ok with this. Are you ok with me responding to Deffenbaugh?

**From:** Odubeko, Ashley
**Sent:** Tuesday, July 09, 2013 2:41 PM

1

CONFIDENTIAL                                                                                    CORECIVIC_2209197

**To:** Metcalf, Natasha
**Subject:** FW: Proposed Contract Changes - DJB1PC016: McRae Correctional Facility- Revised Modification 13

Fyi—see attached

**From:** Baker, Kathy
**Sent:** Tuesday, July 09, 2013 2:40 PM
**To:** Odubeko, Ashley
**Subject:** RE: Proposed Contract Changes - DJB1PC016: McRae Correctional Facility- Revised Modification 13

Here's the comparison.

Main changes appear to be correcting the top to be Attachment 16 instead of 19, PCIe slots, and some minor formatting.

If you think there will be more of these it might be good for us to chat briefly about anything that you're particularly looking for.

Thanks!

**Kathy Baker**
Ph: (615) 263-6674

**From:** Odubeko, Ashley
**Sent:** Tuesday, July 09, 2013 10:37 AM
**To:** Baker, Kathy
**Subject:** FW: Proposed Contract Changes - DJB1PC016: McRae Correctional Facility- Revised Modification 13

You can compare the last email I sent to this one. Thanks!

**From:** Metcalf, Natasha
**Sent:** Wednesday, June 19, 2013 2:54 PM
**To:** Odubeko, Ashley
**Subject:** FW: Proposed Contract Changes - DJB1PC016: McRae Correctional Facility- Revised Modification 13

CONFIDENTIAL

CORECIVIC_2209198

Natasha K. Metcalf
Vice President, Partnership Development
CCA
10 Burton Hills Boulevard
Nashville,Tennessee 37215
Direct 615/263-3290
Cell 615/804-5968
Fax 615/263-3100
Natasha.Metcalf@cca.com

**From:** Pattie Williams [mailto:p1williams@bop.gov]
**Sent:** Thursday, June 13, 2013 10:04 AM
**To:** Metcalf, Natasha
**Cc:** Aaron Nixon; Bill Gensel; BOP-ADM/PCC-MCA BOP-ADM/PCC-MCA; BOP-ADM/PrivatizedCorrContracting~@bop.gov; bopccd/privatization@bop.gov; Douglas M Martz; Kathy Bendily; Michael Howard; Michael Bodine; Linda White; Pam Aycock; Georgiann Williams; Darla Ussery; Beasley, Jeb; Stone, Stacey
**Subject:** Proposed Contract Changes - DJB1PC016: McRae Correctional Facility- Revised Modification 13

Good Morning Ms. Metcalf,

Attached, you will find **revised** proposed bi-lateral Modification 13, Information Systems Equipment for the McRae Correctional Facility. Modification 13 replaces in its entirety Attachment J-19, Information Systems Equipment.

Also attached is the information from the teleconference with OIS and CCA.

After reviewing the attached document, please submit a proposal containing any additional costs associated with the proposed changes as well as a potential time line for implementation. The proposal is being requested no later than COB Thursday, June 27, 2013.

If you have any questions or concerns, please feel free to contact me.

Thanks,

*Pattie C. Williams*
Contracting Officer
Federal Bureau of Prisons
Privatized Corrections Contracting
McRae Correctional Facility
112 Jim Hammock Drive
McRae, GA 31055
Phone: (229)868-4292
Fax: 229-868-9879
Email: p1williams@bop.gov

3

CONFIDENTIAL

CORECIVIC_2209199

CORECIVIC_2209200

Document Filed Under Seal

CORECIVIC_2209202

Document Filed Under Seal

CORECIVIC_2209206

Document Filed Under Seal

CORECIVIC_2209208

Case 3:16-cv-02267    Document 234-7    Filed 06/30/20    Page 69 of 103 PageID #: 7027

Document Filed Under Seal

CORECIVIC_2209212

| | |
|---|---|
| **From:** | Olson, Carol |
| **Sent:** | Monday, December 3, 2012 5:01 PM |
| **To:** | Metcalf, Natasha |
| **Subject:** | BOP Vacancy Comparisons.xlsx |
| **Attachments:** | BOP Vacancy Comparisons.xlsx |

Case 3:16-cv-02267     Document 234-7     Filed 06/30/20     Page 72 of 103 PageID #: 7030

CONFIDENTIAL

CORECIVIC_2209212

CORECIVIC_2209213

Case 3:16-cv-02267    Document 234-7    Filed 06/30/20    Page 73 of 103 PageID #: 7031

Document Filed Under Seal

CORECIVIC_2209214

Document Filed Under Seal

CORECIVIC_2209216

Document Filed Under Seal

CORECIVIC_2209221

| **From:** | Melendez, Carlos (FSC) |
| **Sent:** | Monday, November 21, 2011 9:55 AM |
| **To:** | Metcalf, Natasha |
| **Subject:** | FW: Proposal Treasury.xlsx |
| **Attachments:** | Proposal Treasury.xlsx |

Here is the terms that were agreed upon.

**From:** Jesus F. Mendez Rodriguez [mailto:jfmendez@hacienda.gobierno.pr]
**Sent:** Friday, November 18, 2011 5:33 PM
**To:** Javier Hernández Scimeca; Arturo García; Melendez, Carlos (FSC)
**Cc:** Jesus F. Mendez Rodriguez
**Subject:** Proposal Treasury.xlsx

Final numbers as discussed.

1

CONFIDENTIAL                                                                                    CORECIVIC_2209221

CORECIVIC_2209222

Document Filed Under Seal

CORECIVIC_2209223

Document Filed Under Seal

CORECIVIC_2209226

Document Filed Under Seal

CORECIVIC_2209229

| | |
|---|---|
| **From:** | Swindle, Patrick |
| **Sent:** | Wednesday, February 8, 2012 9:20 AM |
| **To:** | Lester, Amanda |
| **Subject:** | Re: Contract J1PCc-008 - Modification 0097 |

Go ahead and initiate.

Sent from my iPad

On Feb 7, 2012, at 4:29 PM, "Lester, Amanda" <Amanda.Lester@cca.com> wrote:

> Patrick,
> Do we need to go ahead and make this change for February flex budget or wait for it to be signed by all parties?
>
> From: Olson, Carol
> Sent: Thursday, February 02, 2012 10:32 AM
> To: Lester, Amanda; Swindle, Patrick; Garfinkle, David; Fuqua, Amy
> Subject: FW: Contract J1PCc-008 - Modification 0097
>
> Please review the attached modification for McRae accepting our REA. If you guys can confirm the modification accurately reflects our request I will circulate for executive approval.
> Thanks,
> Carol
>
>
> From: James Spence [mailto:jspence@bop.gov]
> Sent: Thursday, February 02, 2012 10:30 AM
> To: Metcalf, Natasha
> Cc: Bill Gensel; Douglas M Martz; Michael Bodine; Pattie Williams; Olson, Carol; Beasley, Jeb
> Subject: Contract J1PCc-008 - Modification 0097
>
> Good Morning Ms. Metcalf,
>
> Attached is Modification 0097, which definitizes Unilateral Modification 0093 (latest DOL Wage Rates) for the McRae contract.
>
> Please review, sign, date and return to my attention.  Don't hesitate to contact me with any questions or concerns.
>
> Thank you,
>
> Jim
>
>
> James J.C.L. Spence
> Contracting Officer
> Federal Bureau of Prisons
> Privatized Corrections Contracting
> Limestone County Detention Ctr.

1

CONFIDENTIAL

CORECIVIC_2209229

> 910 Tyus Road
> Groesbeck, Texas 76642
> (254)729-4707
>
> <McRae_Mod_97.pdf>

Case 3:16-cv-02267    Document 234-7    Filed 06/30/20    Page 89 of 103 PageID #: 7047

CONFIDENTIAL                                                    CORECIVIC_2209230

CORECIVIC_2209231

Document Filed Under Seal

CORECIVIC_2209234

Document Filed Under Seal

CORECIVIC_2209237

Document Filed Under Seal

CORECIVIC_2209238



CONFIDENTIAL

CORECIVIC_2209238

CORECIVIC_2209239

| | |
|---|---|
| **Full Name:** | Bishop, Jerry |
| **Last Name:** | Bishop |
| **First Name:** | Jerry |
| **Job Title:** | Contract Specialist |
| | |
| **Business:** | 505-285-4983 |
| **Other:** | 505-285-4983 |
| **Primary Phone:** | 505-285-4983 |
| | |
| **E-mail:** | j1bishop@bop.gov |
| **E-mail Display As:** | Bishop, Jerry (j1bishop@bop.gov) |

CONFIDENTIAL                                                                                                      CORECIVIC_2209239

CORECIVIC_2209240

Case 3:16-cv-02267    Document 234-7    Filed 06/30/20    Page 100 of 103 PageID #: 7058

Document Filed Under Seal

CORECIVIC_2209250

Document Filed Under Seal