**Motion GRANTED.**
*[signature]*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>Defendants. | Civil Action No. 3:16-cv-02267<br><br>Judge Aleta A. Trauger<br><br>Magistrate Judge Jeffery Frensley |

### DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL AND RESPONSE TO LEAD PLAINTIFF'S MAY 15, 2020 MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Local Rule 5.03 and the Revised Stipulation and Protective Order entered in this case (Dkt. No. 86), Defendants respectfully request that the Court grant them leave to file under seal their Opposition to Plaintiff's Motion for Review of Non-Dispositive Order of Magistrate Judge Concerning Lead Plaintiff's Motion to Compel (the "Motion for Review"). (Dkt. 213).

Defendants seek to seal the Opposition because it includes references to and quotes from Magistrate Judge Frensley's April 30, 2020, Order Granting in Part and Denying in Part Lead Plaintiff's Motion to Compel (the "Order") (Dkt. 211) which was filed under seal. Defendants further request that Plaintiff's Memorandum of Law in support of its Motion for Review