## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

NIKKI BOLLINGER GRAE, ET AL.,    )
           )
     Plaintiffs,    )
           )
v.           )    Civil No.  3:16-cv-02267
           )    Judge Trauger
CORRECTIONS CORPORATION    )
OF AMERICA, ET AL.,    )
           )
     Defendants.    )

## ORDER

A telephone conference was held with counsel for the parties on July 1, 2020.  It is hereby

ORDERED that the parties shall submit for the court's consideration by July 10, 2020 a proposed

agreed order that names a special master for the review of documents claimed as privileged and

an agreed process and timetable for that review.

It is so **ORDERED**.


_____
ALETA A. TRAUGER
U.S. District Judge