# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>　　　　　　　　　Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>[PROPOSED] REVISED CASE MANAGEMENT ORDER |

Class Representative Amalgamated Bank, as Trustee for the LongView Collective Investment Fund ("Plaintiff"), and Defendants CoreCivic, Inc., formerly known as Corrections Corporation of America ("CoreCivic" or the "Company"), Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger and Harley G. Lappin (collectively, "Defendants") (together, the "Parties") submit the following [Proposed] Revised Case Management Order.

WHEREAS, during the Parties' July 1, 2020 discovery conference with the Court, the Court indicated that the Parties could modify the expert discovery deadlines so long as the dispositive motion and trial dates remained unchanged;

WHEREAS, under the current case management order (ECF No. 208), the deadline to declare experts and produce expert reports is July 10, 2020, but the deadline to complete fact discovery has been extended to July 31, 2020 (*see* ECF No. 220);

WHEREAS, certain fact witness depositions have been scheduled for dates between July 10, 2020 and July 31, 2020;

WHEREAS, the Parties agree that experts should not be disclosed and expert reports should not be produced prior to the completion of fact witness depositions;

WHEREAS, the Parties further agree that the deadline for filing discovery-related motions should, likewise, be extended through the completion of fact discovery; and

WHEREAS, the Parties reserve the right to seek additional modifications of the case schedule if such modifications become necessary;

NOW THEREFORE, subject to approval of the Court, the Parties agree on the following deadlines to govern the remainder of the case:

| Matter | Existing Date | New Date |
|---|---|---|
| Deadline for Filing of Discovery-Related Motions | July 10, 2020 | August 10, 2020 |
| The Parties Declare Experts and Produce Expert Reports Pursuant to Fed. R. Civ. P. 26(a)(2) | July 10, 2020 | July 31, 2020 |
| • Rebuttal | August 21, 2020 | September 11, 2020 |
| • Completion of Expert Depositions | October 2, 2020 | October 16, 2020 |
| Dispositive & *Daubert* Motions | | |
| • Opening Briefs | November 13, 2021 | *No change* |
| • Oppositions | January 15, 2021 | *No change* |
| • Replies | February 19, 2021 | *No change* |
| Information Exchange | April 13, 2021 | *No change* |
| Motions in Limine | April 16, 2021 | *No change* |
| Motion in Limine Responses | April 27, 2021 | *No change* |
| Pretrial Filings | April 27, 2021 | *No change* |
| Pretrial Order | April 27, 2021 | *No change* |
| Pretrial Conference | April 30, 2021 | *No change* |
| Trial | May 18, 2021 | *No change* |

DATED: July 8, 2020        ROBBINS GELLER RUDMAN & DOWD LLP
　　　　　　　　　　　　CHRISTOPHER M. WOOD, #032977
　　　　　　　　　　　　CHRISTOPHER H. LYONS, #034853


　　　　　　　　　　　　s/ Christopher M. Wood w/ permission
　　　　　　　　　　　　　　CHRISTOPHER M. WOOD

　　　　　　　　　　　　414 Union Street, Suite 900
　　　　　　　　　　　　Nashville, TN 37219
　　　　　　　　　　　　Telephone: 800/449-4900
　　　　　　　　　　　　615/252-3798 (fax)
　　　　　　　　　　　　cwood@rgrdlaw.com
　　　　　　　　　　　　clyons@rgrdlaw.com

　　　　　　　　　　　　ROBBINS GELLER RUDMAN & DOWD LLP
　　　　　　　　　　　　DENNIS J. HERMAN
　　　　　　　　　　　　WILLOW E. RADCLIFFE
　　　　　　　　　　　　KENNETH J. BLACK
　　　　　　　　　　　　Post Montgomery Center
　　　　　　　　　　　　One Montgomery Street, Suite 1800
　　　　　　　　　　　　San Francisco, CA 94104
　　　　　　　　　　　　Telephone: 415/288-4545
　　　　　　　　　　　　415/288-4534 (fax)
　　　　　　　　　　　　dennish@rgrdlaw.com
　　　　　　　　　　　　willowr@rgrdlaw.com

kennyb@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
JASON A. FORGE
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
jforge@rgrdlaw.com

Lead Counsel for Plaintiff

BARRETT JOHNSTON MARTIN
& GARRISON, LLC
JERRY E. MARTIN, #20193
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2202
615/252-3798 (fax)

Local Counsel

DATED: July 8, 2020

RILEY WARNOCK & JACOBSON, PLC
STEVEN A. RILEY, #6258
MILTON S. McGEE, III, #024150

s/ Steven A. Riley
      STEVEN A. RILEY

1906 West End Avenue
Nashville, TN 37203
Telephone: 615/320-3700
615/320-3737 (fax)

LATHAM & WATKINS LLP
DAVID J. SCHINDLER
BRIAN T. GLENNON
355 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213/485-1234
213/891-8763 (fax)

LATHAM & WATKINS LLP
ANNA E. BERCES
MORGAN E. WHITWORTH
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415/391-0600
415/395-8095 (fax)

Attorneys for Defendants Corrections Corporation of America, Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger and Harley G. Lappin

Entered this 8th day of July, 2020

_____
THE HONORABLE ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing document was made upon the following Filing Users through the Electronic Filing System:

Paul Kent Bramlett
Robert Preston Bramlett
BRAMLETT LAW OFFICES
40 Burton Hills Blvd., Suite 200
P.O. Box 150734
Nashville, TN 37215
pknashlaw@aol.com
robert@bramlettlawoffices.com

Jeremy A. Lieberman
J. Alexander Hood II
Marc C. Gorrie
POMERANTZ LLP
600 Third Ave., 20th Floor
New York, NY 10016
jalieberman@pomlaw.com
ahood@pomlaw.com
mgorrie@pomlaw.com

David J. Schindler
Brian T. Glennon
Anna E. Berces
Morgan E. Whitworth
LATHAM & WATKINS LLP
355 South Grand Ave.
Los Angeles, CA 90071
david.schindler@lw.com
brian.glennon@lw.com
anna.berces@lw.com
morgan.whitworth@lw.com

Patrick V. Dahlstrom
POMERANTZ LLP
10 South La Salle St., Suite 3505
Chicago, IL 60603
pdahlstrom@pomlaw.com

Michael Goldberg
Brian Schall
GOLDBERG LAW PC
1999 Avenue of the Stars, Suite 100
Los Angeles, CA 90067
michael@goldberglawpc.com
brian@goldberglawpc.com

Christopher T. Cain
SCOTT & CAIN
550 W Main Avenue
Suite 601
Knoxville, TN 37902
cain@scottandcain.com

James A. Holifield , Jr.
HOLIFIELD JANICH RACHAL & ASSOCIATES, PLLC
11907 Kingston Pike
Suite 201
Knoxville, TN 37934
aholifield@holifieldlaw.com

| | |
|---|---|
| Christopher Hamp Lyons<br>Christopher M. Wood<br>ROBBINS GELLER<br>RUDMAN & DOWD LLP<br>414 Union Street<br>Suite 900<br>Nashville, TN 37219<br>clyons@rgrdlaw.com<br>cwood@rgrdlaw.com | Jerry E. Martin<br>BARRETT JOHNSTON MARTIN &<br>GARRISON, LLC<br>Bank of America Plaza<br>414 Union Street<br>Suite 900<br>Nashville, TN 37219<br>jmartin@barrettjohnston.com |

this 8th day of July, 2020.

                                                                  /s/ Steven A. Riley

Case 3:16-cv-02267   Document 237   Filed 07/08/20   Page 7 of 7 PageID #: 7070
- 6 -