# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>REVISED CASE MANAGEMENT ORDER |

Class Representative Amalgamated Bank, as Trustee for the LongView Collective Investment Fund ("Plaintiff"), and Defendants CoreCivic, Inc., formerly known as Corrections Corporation of America ("CoreCivic" or the "Company"), Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger and Harley G. Lappin (collectively, "Defendants") (together, the "Parties") submit the following [Proposed] Revised Case Management Order.

WHEREAS, during the Parties' July 1, 2020 discovery conference with the Court, the Court indicated that the Parties could modify the expert discovery deadlines so long as the dispositive motion and trial dates remained unchanged;

WHEREAS, under the current case management order (ECF No. 208), the deadline to declare experts and produce expert reports is July 10, 2020, but the deadline to complete fact discovery has been extended to July 31, 2020 (*see* ECF No. 220);

WHEREAS, certain fact witness depositions have been scheduled for dates between July 10, 2020 and July 31, 2020;

WHEREAS, the Parties agree that experts should not be disclosed and expert reports should not be produced prior to the completion of fact witness depositions;

WHEREAS, the Parties further agree that the deadline for filing discovery-related motions should, likewise, be extended through the completion of fact discovery; and

WHEREAS, the Parties reserve the right to seek additional modifications of the case schedule if such modifications become necessary;

NOW THEREFORE, subject to approval of the Court, the Parties agree on the following deadlines to govern the remainder of the case:

| Matter | Existing Date | New Date |
|---|---|---|
| Deadline for Filing of Discovery-Related Motions | July 10, 2020 | August 10, 2020 |
| The Parties Declare Experts and Produce Expert Reports Pursuant to Fed. R. Civ. P. 26(a)(2) | July 10, 2020 | July 31, 2020 |
| • Rebuttal | August 21, 2020 | September 11, 2020 |
| • Completion of Expert Depositions | October 2, 2020 | October 16, 2020 |
| Dispositive & *Daubert* Motions | | |
| • Opening Briefs | November 13, 2021 | *No change* |
| • Oppositions | January 15, 2021 | *No change* |
| • Replies | February 19, 2021 | *No change* |
| Information Exchange | April 13, 2021 | *No change* |
| Motions in Limine | April 16, 2021 | *No change* |
| Motion in Limine Responses | April 27, 2021 | *No change* |
| Pretrial Filings | April 27, 2021 | *No change* |
| Pretrial Order | April 27, 2021 | *No change* |
| Pretrial Conference | April 30, 2021 | *No change* |
| Trial | May 18, 2021 | *No change* |

DATED: July 8, 2020

ROBBINS GELLER RUDMAN & DOWD LLP
CHRISTOPHER M. WOOD, #032977
CHRISTOPHER H. LYONS, #034853


s/ Christopher M. Wood w/ permission
CHRISTOPHER M. WOOD

414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 800/449-4900
615/252-3798 (fax)
cwood@rgrdlaw.com
clyons@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
DENNIS J. HERMAN
WILLOW E. RADCLIFFE
KENNETH J. BLACK
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
dennish@rgrdlaw.com
willowr@rgrdlaw.com

kennyb@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
JASON A. FORGE
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
jforge@rgrdlaw.com

Lead Counsel for Plaintiff


BARRETT JOHNSTON MARTIN
& GARRISON, LLC
JERRY E. MARTIN, #20193
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2202
615/252-3798 (fax)

Local Counsel

DATED: July 8, 2020

RILEY WARNOCK & JACOBSON, PLC
STEVEN A. RILEY, #6258
MILTON S. McGEE, III, #024150


s/ Steven A. Riley
      STEVEN A. RILEY

1906 West End Avenue
Nashville, TN 37203
Telephone: 615/320-3700
615/320-3737 (fax)

LATHAM & WATKINS LLP
DAVID J. SCHINDLER
BRIAN T. GLENNON
355 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213/485-1234
213/891-8763 (fax)

LATHAM & WATKINS LLP
ANNA E. BERCES
MORGAN E. WHITWORTH
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415/391-0600
415/395-8095 (fax)

Attorneys for Defendants Corrections Corporation of America, Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger and Harley G. Lappin

Entered this 8th day of July, 2020

_____
THE HONORABLE ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE