# United States District Court

## Central District of California

## CERTIFICATE OF
## GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

_Meryn C. N. Grant_ , Bar No. _291315_

was duly admitted to practice in this Court on _October 26, 2017_
                                                            *DATE*

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on _____July 10, 2020_____
            *Date*

KIRY K. GRAY
Clerk of Court

By _____
Lupe Thrasher , Deputy Clerk