IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NIKKI BOLLINGER GRAE, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:16-cv-02267 |
| ) | Judge Trauger |
| CORRECTIONS CORPORATION ) | |
| OF AMERICA, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

A discovery dispute telephone conference was held with counsel for the parties on July 10, 2020. Both parties have objections to written discovery responses received and have been unable to resolve their differences. It is therefore ORDERED that these discovery disputes are hereby REFERRED to the magistrate judge for disposition. This court did not grant either side permission to file a motion to compel, leaving to the magistrate judge the procedure he wishes to follow to begin the resolution of these discovery disputes.

It is further ORDERED, at the joint request of the parties, that the July 10, 2020 deadline set out in this court's Order of July 1, 2020 (Docket No. 236) is hereby extended to July 15, 2020.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge