UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| NIKKI BOLLINGER GRAE, et al., | ) |  |
|---|---|---|
| Plaintiffs, | ) ) ) | |
| v. | ) ) | NO. 3:16-cv-02267 |
| CORRECTIONS CORPORATION OF AMERICA, et al., | ) ) ) ) | JUDGE TRAUGER |
| Defendants. | ) | |

## ORDER

Having satisfied the requirements of Local Rule 83.01(b), the motion to appear p*ro hac vice* (Doc. No. 239) of Meryn C. N. Grant is GRANTED.

_____
VICKI R. KINKADE
ACTING CLERK OF COURT