IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated, <br>     Plaintiff, <br><br> v. <br><br> CORRECTIONS CORPORATION OF AMERICA, et al., <br>     Defendants. | Case No. 3:16-cv-02267 <br> Judge Trauger/Frensley |

## ORDER

Certain discovery disputes which were the subject of a discovery dispute conference with Judge Trauger on July 10, 2020, have been referred to the undersigned for disposition. Docket No. 240. The procedure to resolve the disputes was left to the undersigned's discretion.

The Parties are to continue their meet and confer efforts to resolve any remaining disputes as required by Local Rule 37.01. Any discovery motion related to the remaining disputes shall be filed no later than July 27, 2020. The undersigned will not require the Parties to file a joint statement as required by Local Rule 37.01(b). However, any discovery motion filed shall certify that lead counsel for each party held a telephonic or in person discussions and made a good faith effort to resolve each discovery dispute presented. The motion shall set forth exactly what discovery is in dispute by including the text of the discovery requests and the responses and detail the Parties' respective positions on the disputed matters. The Parties should not consolidate their responses to an opposing party's motion with their own motion but rather, keep their motions and responses separate. Responses and replies shall be filed in accordance with Local Rule 7.01(a).

**IT IS SO ORDERED.**

_____
**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**