UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>ORDER REGARDING SPECIAL MASTER PROCEDURES |

WHEREAS, following a teleconference on July 1, 2020, the Court ordered that a Special Master be appointed to review a randomly selected sample of documents as to which Defendants have claimed privilege (ECF No. 236); and

WHEREAS, the parties have conferred and agreed upon the Honorable Faith S. Hochberg (ret.) to serve as the Special Master and have agreed to procedures for the Special Master's review;

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

1. The Court hereby appoints the Honorable Faith S. Hochberg (ret.) as Special Master;

2. The Special Master is authorized to retain associates to assist in her work pursuant to this Order. The Special Master's firm will be compensated for the Special Master's and her associates' time at their ordinary hourly rates. The Special Master shall keep all documents provided to her Confidential pursuant to the operative protective order in this case (ECF No. 86);

3. The Special Master shall review a random sample consisting of at least 2.5% of the documents on the Privilege Log entries. The parties shall meet and confer regarding the procedure for selection and provision of those documents;

4. By August 31, 2020, the Special Master shall submit to the parties a report setting forth her findings and basic reasoning (without revealing the nature of privileged information) as to whether each of the documents reviewed pursuant to ¶3 is privileged. Plaintiff shall promptly file under seal with the Court a copy of the report;

5. Within one week of the filing of the report described in ¶4, or as soon thereafter as is convenient for the Court, the Court will schedule a telephonic conference to discuss the Special Master's report; and

6. As previously indicated, the Court reserves decision as to the allocation of the Special Master's fees and expenses. In the event any invoice for the Special Master's fees and expenses

becomes due before the Court decides on the ultimate allocation of the Special Master's fees and expenses, 50% of the Special Master's fees and expenses shall be advanced by Plaintiff and 50% shall be advanced by Defendants. If any party is allocated more than 50% of the liability for the Special Master's fees and expenses, the parties will promptly meet and confer and make arrangements for reimbursement due consistent with the Court's allocation.

IT IS SO ORDERED.

_____
THE HONORABLE ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE

Submitted by:

DATED: July 23, 2020

ROBBINS GELLER RUDMAN & DOWD LLP
CHRISTOPHER M. WOOD, #032977
CHRISTOPHER H. LYONS, #034853


          s/Christopher M. Wood
        CHRISTOPHER M. WOOD

414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 800/449-4900
615/252-3798 (fax)
cwood@rgrdlaw.com
clyons@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
DENNIS J. HERMAN
WILLOW E. RADCLIFFE
KENNETH J. BLACK
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
dennish@rgrdlaw.com
willowr@rgrdlaw.com
kennyb@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
JASON A. FORGE
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
jforge@rgrdlaw.com

Lead Counsel for Plaintiff Amalgamated Bank, as Trustee for the LongView Collective Investment Fund

BARRETT JOHNSTON MARTIN
   & GARRISON, LLC
JERRY E. MARTIN, #20193
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN  37219
Telephone:  615/244-2202
615/252-3798 (fax)

Local Counsel

RILEY WARNOCK & JACOBSON, PLC
STEVEN A. RILEY, #6258
MILTON S. McGEE, III, #024150


      s/Milton S. McGee, III
          MILTON S. McGEE, III

1906 West End Avenue
Nashville, TN  37203
Telephone:  615/320-3700
615/320-3737 (fax)

LATHAM & WATKINS LLP
DAVID J. SCHINDLER
BRIAN T. GLENNON
355 South Grand Avenue
Los Angeles, CA  90071
Telephone:  213/485-1234
213/891-8763 (fax)

- 4 -
Case 3:16-cv-02267   Document 246   Filed 07/24/20   Page 4 of 5 PageID #: 7107

LATHAM & WATKINS LLP
ANNA E. BERCES
MORGAN E. WHITWORTH
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415/391-0600
415/395-8095 (fax)

Attorneys for Defendants Corrections Corporation of America, Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger and Harley G. Lappin