

Motion (DE #200) GRANTED.

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> CORRECTIONS CORPORATION OF AMERICA, et al., <br><br> Defendants. | Civil Action No. 3:16-cv-02267 <br><br> Judge Aleta A. Trauger <br><br> Magistrate Judge Jeffery Frensley |

## DEFENDANTS' MOTION FOR CERTAIN CONFIDENTIAL DOCUMENTS TO REMAIN UNDER SEAL

Pursuant to the Revised Stipulation and Protective Order entered in this case (Dkt. No. 86) (the "Protective Order"), Defendants respectfully request that the Court maintain the sealing of only five privileged and confidential exhibits identified below (of 26, total), which Plaintiff filed in support of its Motion to Compel Production (the "Motion") (Dkt. No. 194). Defendants also request that the Court direct the clerk to file the attached version of Plaintiff's Memorandum of Law in Support of the Motion (the "Memorandum"), which contains limited redactions of quotations from these five privileged and confidential exhibits. A redacted copy of Plaintiff's Memorandum is attached as Exhibit A.