Motion (DE #234) GRANTED.

*[signature]*

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>                    Defendants. | Civil Action No. 3:16-cv-02267<br><br>Judge Aleta A. Trauger<br><br>Magistrate Judge Jeffery Frensley |

## DEFENDANTS' MOTION FOR CERTAIN CONFIDENTIAL DOCUMENTS TO REMAIN UNDER SEAL

On June 23, 2020, Plaintiffs filed under seal the following: (i) a Response to Defendants' Notice of Filing (the "Response") and (ii) the Declaration of Christopher Wood ("Wood Declaration") which in turn attached 232 documents (Dkt. Nos. 226-229). Defendants had previously marked the 232 documents "Confidential" pursuant to the Revised Stipulation and Protective Order entered in this case (Dkt. No. 86) (the "Protective Order") and the Response contained quotations and descriptions of these confidential documents.[1] Thereafter, the Court ordered Defendants to file a motion to continue the sealing of the unredacted Response and any of

---

[1] Plaintiffs also filed a publicly available version of the Response with the confidential information redacted. (Dkt No. 227).