# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>Magistrate Judge Jeffrey S. Frensley<br><br>DEMAND FOR JURY TRIAL |

## CORECIVIC'S MOTION TO DETERMINE SUFFICIENCY OF RESPONSES TO CORECIVIC'S FIRST SET OF REQUESTS FOR ADMISSION AND COMPEL FURTHER RESPONSES TO CORECIVIC'S FIRST SET OF REQUESTS FOR ADMISSION AND SECOND SET OF INTERROGATORIES

Pursuant to the Court's July 16 Order, ECF No. 244, Defendant CoreCivic, Inc. ("CoreCivic") respectfully moves the Court to determine the sufficiency of Plaintiff's responses to CoreCivic's First Set of Requests for Admission ("RFAs") and compel further responses to (or, where appropriate, deem admitted) CoreCivic's First Set of Requests for Admission and Second Set of Interrogatories ("Interrogatories"). Specifically, CoreCivic asks that the Court determine the sufficiency of and compel further answers to RFA Nos. 3, 4, 5, 6, 8, 11, 14–18, 20, 22–24, 28, 33, 34, 39, 40, and 45–54, and that the Court compel further answers to Interrogatory Nos. 17–21 and 27–40. CoreCivic is filing contemporaneously herewith a memorandum of law

citing relevant authorities in support of this Motion, and two Declarations setting forth facts and

exhibits relied on in the Motion.

DATED:  July 27, 2020                    Respectfully submitted:

                                          /s/ Steven A. Riley
                                         Steven A. Riley (TN #6258)
                                         Milton S. McGee, III (TN #024150)
                                         RILEY WARNOCK & JACOBSON, PLC
                                         1906 West End Avenue
                                         Nashville, TN 37203
                                         T: (615) 320-3700
                                         F: (615) 320-3737
                                         sriley@rwjplc.com
                                         tmcgee@rwjplc.com

                                         David J. Schindler (admitted *pro hac vice*)
                                         Brian T. Glennon (admitted *pro hac vice*)
                                         Meryn C.N. Grant (admitted *pro hac vice*)
                                         LATHAM & WATKINS LLP
                                         355 South Grand Ave., Suite 100
                                         Los Angeles, CA 90071
                                         T: (213) 485-1234
                                         F: (213) 891-8763
                                         david.schindler@lw.com
                                         brian.glennon@lw.com
                                         meryn.grant@lw.com

                                         Morgan E. Whitworth (admitted *pro hac vice*)
                                         LATHAM & WATKINS LLP
                                         505 Montgomery Street, Suite 2000
                                         San Francisco, CA 94111
                                         T: (415) 391-0600
                                         F: (415) 395-8095
                                         morgan.whitworth@lw.com

                                         Sarah A. Tomkowiak (admitted *pro hac vice*)
                                         LATHAM & WATKINS LLP
                                         555 Eleventh Street, NW, Suite 1000
                                         Washington, DC 20004-1304
                                         T:  (202) 637-2335
                                         F:  (415) 637-2201
                                         sarah.tomkowiak@lw.com

                                         *Attorneys for Defendants Corrections Corporation
                                         of America, Damon T. Hininger, David M.
                                         Garfinkle, Todd J. Mullenger, and Harley G.
                                         Lappin*

- 2 -

## CERTIFICATE OF SERVICE

   I hereby certify that service of the foregoing document was made upon the following Filing Users through the Electronic Filing System:

Paul Kent Bramlett
Robert Preston Bramlett
BRAMLETT LAW OFFICES
40 Burton Hills Blvd., Suite 200
P.O. Box 150734
Nashville, TN 37215
pknashlaw@aol.com
robert@bramlettlawoffices.com

Jeremy A. Lieberman
J. Alexander Hood II
Marc C. Gorrie
POMERANTZ LLP
600 Third Ave., 20th Floor
New York, NY 10016
jalieberman@pomlaw.com
ahood@pomlaw.com
mgorrie@pomlaw.com


Jerry E. Martin
BARRETT JOHNSTON MARTIN &
GARRISON, LLC
Bank of America Plaza
414 Union Street
Suite 900
Nashville, TN 37219
jmartin@barrettjohnston.com

Patrick V. Dahlstrom
POMERANTZ LLP
10 South La Salle St., Suite 3505
Chicago, IL 60603
pdahlstrom@pomlaw.com

Michael Goldberg
Brian Schall
GOLDBERG LAW PC
1999 Avenue of the Stars
Suite 100
Los Angeles, CA 90067
michael@goldberglawpc.com
brian@goldberglawpc.com

Christopher T. Cain
SCOTT & CAIN
550 W Main Avenue
Suite 601
Knoxville, TN 37902
cain@scottandcain.com

James A. Holifield , Jr.
HOLIFIELD JANICH RACHAL &
ASSOCIATES, PLLC
11907 Kingston Pike
Suite 201
Knoxville, TN 37934
aholifield@holifieldlaw.com

US-DOCS\117189135.1

Christopher Hamp Lyons
Christopher M. Wood
ROBBINS GELLER RUDMAN
& DOWD LLP
414 Union Street
Suite 900
Nashville, TN 37219
clyons@rgrdlaw.com
cwood@rgrdlaw.com

Dennis J. Herman
Willow E. Radcliffe
Kenneth J. Black
ROBBINS GELLER RUDMAN
  & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
dennish@rgrdlaw.com
willowr@rgrdlaw.com
kennyb@rgrdlaw.com

this 27th day of July, 2020.

/s/ Steven A. Riley
Steven A. Riley

- 4 -