# EXHIBIT H

**Eaton, Ellie (SF)**

| | |
|---|---|
| **From:** | Jason Forge <JForge@rgrdlaw.com> |
| **Sent:** | Sunday, July 26, 2020 13:52 |
| **To:** | Schindler, David (LA) |
| **Cc:** | Chris Wood; Grant, Meryn (LA); Glennon, Brian (LA); TMcGee@rwjplc.com; Pettis, Eric (LA); Willow Radcliffe |
| **Subject:** | RE: Meet and Confer |

Everyone received the day and time for the call and two of our lead counsel participated, as did Meryn, who Judge Frensley will know can run circles around you on discovery issues. I think we're good.

**From:** David.Schindler@lw.com <David.Schindler@lw.com>
**Sent:** Sunday, July 26, 2020 1:31 PM
**To:** Jason Forge <JForge@rgrdlaw.com>
**Cc:** Chris Wood <CWood@rgrdlaw.com>; Meryn.Grant@lw.com; Brian Glennon <brian.glennon@lw.com>; TMcGee@rwjplc.com; Eric.Pettis@lw.com; Willow Radcliffe <Willowr@rgrdlaw.com>
**Subject:** Meet and Confer

Jason:

Judge Frensley has ordered that lead counsel meet and confer over the open discovery issues (in advance of filing motions). Please let me know when you are free either later today or tomorrow.

Thanks,

David

**David J. Schindler**

**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Direct Dial: +1.213.891.8415
Fax: +1.213.891.8763
Email: david.schindler@lw.com
http://www.lw.com

---

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

NOTICE: This email message is for the sole use of the intended
recipient(s) and may contain information that is confidential and
protected from disclosure by the attorney-client privilege, as

**attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**