UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>                Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>[PROPOSED] ORDER IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO FURTHER RESPOND TO INTERROGATORIES |

Having considered Lead Plaintiff's Motion to Compel Defendants to Further Respond to Interrogatories (the "Motion"), the accompanying Memorandum of Law, the Declaration of Willow E. Radcliffe and exhibits thereto, the pleadings and filings herein and any additional materials and arguments as may be presented in further support of the Motion to the Court, IT IS HEREBY ORDERED that:

1. Lead Plaintiff's Motion is GRANTED;

2. Defendants are directed to fully respond to Interrogatory Nos. 1-12, 21 and 22 in accordance with Rule 33 of the Federal Rules of Civil Procedure and are precluded from using open-ended language when doing so; and

3. Defendants are to provide Lead Plaintiff with their verified supplemental interrogatory responses within 14 days of this Order.

IT IS SO ORDERED.

DATED: _____  _____
THE HONORABLE JEFFERY S. FRENSLEY
UNITED STATES MAGISTRATE JUDGE