UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>               Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>DECLARATION OF WILLOW E. RADCLIFFE IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO FURTHER RESPOND TO INTERROGATORIES |

I, Willow E. Radcliffe, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and am admitted *pro hac vice* to this Court for this matter. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, Lead Counsel for Lead Plaintiff and Class Representative Amalgamated Bank, as trustee for the Longview Collective Investment Fund and the Class in the above-captioned action. This Declaration is made in support of Lead Plaintiff's Motion to Compel Defendants to Further Respond to Interrogatories. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit 1: Chart of Plaintiff's Interrogatories and Defendants' Responses;

Exhibit 2: Plaintiff's [Corrected] First Set of Interrogatories to All Defendants, dated March 17, 2020;

Exhibit 3: CoreCivic's Objections and Responses to Plaintiff's First Set of Interrogatories, dated May 1, 2020;

Exhibit 4: Damon Hininger's Objections and Responses to Plaintiff's First Set of Interrogatories, dated May 1, 2020;

Exhibit 5: David Garfinkle's Objections and Responses to Plaintiff's First Set of Interrogatories, dated May 1, 2020;

Exhibit 6: Todd Mullenger's Objections and Responses to Plaintiff's First Set of Interrogatories, dated May 1, 2020;

Exhibit 7: Harley Lappin's Objections and Responses to Plaintiff's First Set of Interrogatories, dated May 1, 2020;

Exhibit 8: Plaintiff's Second Set of Interrogatories to All Defendants, dated May 15, 2020; and

- 1 -
Cases\4829-9798-9828.v1-7/27/20
Case 3:16-cv-02267  Document 256  Filed 07/27/20  Page 2 of 6 PageID #: 7481

Exhibit 9: Defendants' Objections and Responses to Plaintiffs' Second Set of Interrogatories.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 27, 2020, at San Francisco, California.

s/ Willow E. Radcliffe<br>WILLOW E. RADCLIFFE

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on July 27, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Willow E. Radcliffe
WILLOW E. RADCLIFFE

ROBBINS GELLER RUDMAN
& DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail: willowr@rgrdlaw.com

# Mailing Information for a Case 3:16-cv-02267 Grae v. Corrections Corporation of America et al

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Kenneth J. Black**
  kennyb@rgrdlaw.com

- **Paul Kent Bramlett**
  pknashlaw@aol.com

- **Robert P. Bramlett**
  robert@bramlettlawoffices.com

- **Christopher T. Cain**
  cain@scottandcain.com,ambrose@scottandcain.com

- **Patrick V. Dahlstrom**
  pdahlstrom@pomlaw.com

- **Jason A. Forge**
  jforge@rgrdlaw.com

- **Brian T. Glennon**
  brian.glennon@lw.com

- **Michael Goldberg**
  michael@goldberglawpc.com

- **Marc Gorrie**
  mgorrie@pomlaw.com

- **Meryn C.N. Grant**
  Meryn.Grant@lw.com

- **Dennis J. Herman**
  dherman@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **James A. Holifield , Jr**
  aholifield@holifieldlaw.com

- **J. Alexander Hood , II**
  ahood@pomlaw.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,lpvega@pomlaw.com

- **Christopher Hamp Lyons**
  clyons@rgrdlaw.com,crosini@rgrdlaw.com,KennyB@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jerry E. Martin**
  jmartin@barrettjohnston.com,adonovan@barrettjohnston.com,eseaborn@barrettjohnston.com,nchanin@barrettjohnston.com,jmartin@rgrdlaw.com,ggilbert@barrettjol

- **Milton S. McGee , III**
  tmcgee@rwjplc.com,dgibby@rwjplc.com

- **Faraz Mohammadi**
  faraz.mohammadi@lw.com

- **Willow E. Radcliffe**
  willowr@rgrdlaw.com,WillowR@ecf.courtdrive.com

- **Steven Allen Riley**
  sriley@rwjplc.com,dgibby@rwjplc.com

- **Brian Schall**
  brian@goldberglawpc.com

- **David J. Schindler**
  david.schindler@lw.com

- **Sarah A. Tomkowiak**
  sarah.tomkowiak@lw.com

- **Morgan E. Whitworth**
  morgan.whitworth@lw.com,morgan-whitworth-8044@ecf.pacerpro.com

- **Christopher M. Wood**
  cwood@rgrdlaw.com,smorris@rgrdlaw.com,CWood@ecf.courtdrive.com,willowr@rgrdlaw.com,e_file_sd@rgrdlaw.com,smorris@ecf.courtdrive.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`