UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>**REVISED CASE MANAGEMENT ORDER** |

Class Representative Amalgamated Bank, as Trustee for the LongView Collective Investment Fund ("Plaintiff"), and Defendants CoreCivic, Inc., formerly known as Corrections Corporation of America ("CoreCivic" or the "Company"), Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger and Harley G. Lappin (collectively, "Defendants") (together, the "Parties"), submit the following [Proposed] Revised Case Management Order.

WHEREAS, under the current case management order (ECF No. 238), the deadline to declare experts and produce expert reports is July 31, 2020;

WHEREAS, additional documents were recently produced by the Federal Bureau of Prisons, and the Parties have been working to complete certain depositions by July 31, 2020;

WHEREAS, the Parties agree that a short extension to the expert disclosure deadlines, and no other deadlines, will allow the Parties to efficiently complete their depositions and disclosures and will cause no prejudice; and

WHEREAS, the Parties reserve the right to seek additional modifications of the case schedule if such modifications become necessary;

NOW, THEREFORE, subject to approval of the Court, the Parties agree on the following deadlines to govern the remainder of the case:

| Matter | Existing Date | New Date |
|---|---|---|
| The Parties Declare Experts and Produce Expert Reports Pursuant to Fed. R. Civ. P. 26(a)(2) | July 31, 2020 | August 7, 2020 |
| • Rebuttal | September 11, 2020 | September 18, 2020 |
| • Completion of Expert Depositions | October 2, 2020 | *No change* |
| Dispositive & *Daubert* Motions | | |
| • Opening Briefs | November 13, 2021 | *No change* |
| • Oppositions | January 15, 2021 | *No change* |
| • Replies | February 19, 2021 | *No change* |
| Information Exchange | April 13, 2021 | *No change* |
| Motions *in Limine* | April 16, 2021 | *No change* |
| Motion *in Limine* Responses | April 27, 2021 | *No change* |
| Pretrial Filings | April 27, 2021 | *No change* |

| Matter | Existing Date | New Date |
|---|---|---|
| Pretrial Order | April 27, 2021 | *No change* |
| Pretrial Conference | April 30, 2021 | *No change* |
| Trial | May 18, 2021 | *No change* |

       IT IS SO ORDERED.

_____
THE HONORABLE ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE

Submitted by:

DATED: July 29, 2020

ROBBINS GELLER RUDMAN & DOWD LLP
CHRISTOPHER M. WOOD, #032977
CHRISTOPHER H. LYONS, #034853

        s/ Christopher M. Wood
      CHRISTOPHER M. WOOD

414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 800/449-4900
615/252-3798 (fax)
cwood@rgrdlaw.com
clyons@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
DENNIS J. HERMAN
WILLOW E. RADCLIFFE
KENNETH J. BLACK
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
dennish@rgrdlaw.com
willowr@rgrdlaw.com
kennyb@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
JASON A. FORGE
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
jforge@rgrdlaw.com

Lead Counsel for Lead Plaintiff and Class Representative

BARRETT JOHNSTON MARTIN
  & GARRISON, LLC
JERRY E. MARTIN, #20193
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2202
615/252-3798 (fax)

Local Counsel

RILEY WARNOCK & JACOBSON, PLC
STEVEN A. RILEY, #6258
MILTON S. McGEE, III, #024150


      s/ Milton S. McGee, III
      MILTON S. McGEE, III

1906 West End Avenue
Nashville, TN 37203
Telephone: 615/320-3700
615/320-3737 (fax)

LATHAM & WATKINS LLP
DAVID J. SCHINDLER
BRIAN T. GLENNON
355 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213/485-1234
213/891-8763 (fax)

LATHAM & WATKINS LLP
ANNA E. BERCES
MORGAN E. WHITWORTH
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
Telephone:  415/391-0600
415/395-8095 (fax)

Attorneys for Defendants Corrections Corporation of America, Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger and Harley G. Lappin