IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NIKKI BOLLINGER GRAE, | ) |
| Plaintiff(s), | ) |
| v. | ) Case No. 3:16-cv-02267 |
| | ) Judge Trauger / Frensley |
| CORRECTIONS CORPORATION OF AMERICA, et al., | ) |
| Defendant(s) | ) |

**O R D E R**

A Case Management Conference is set for **August 10, 2020, at 1:00 p.m**. via telephone. The parties shall call **1-877-336-1831** at the appointed time, and when prompted for the access code, enter **7039387#** to participate in the Conference. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please contact chambers at 615-736-7344.

**IT IS SO ORDERED.**

JEFFERY S. FRENSLEY
United States Magistrate Judge