IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br>    Plaintiff,<br><br>v.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br>    Defendants. | Case No. 3:16-cv-02267<br>Judge Trauger/Frensley |

## ORDER

The Court held a discovery dispute telephone conference with the Parties on August 10, 2020. At issue was the Plaintiff's request to supplement their pending motion to compel (Docket No. 250) to include additional objections to Defendant's written discovery responses based upon depositions conducted after the referral to the undersigned. Defendants object to Plaintiff's requested relief.

The referral in this matter was to consider the Parties' objections to written discovery responses. The procedure for doing so was left to the undersigned's discretion. Consistent with my Order to keep the motions and responses separate (Docket No. 244) the Plaintiff shall be allowed to withdraw their pending motion (Docket No. 250) and refile their motion to include any and all objections to written discovery responses on or before August 14, 2020. The Defendants shall file any response to the revised motion on or before August 21, 2020. The Parties shall continue their meet and confer efforts in an attempt to resolve any outstanding disputes.

**IT IS SO ORDERED.**

                                                  **JEFFERY S. FRENSLEY**
                                                **United States Magistrate Judge**