# EXHIBIT A



**UNITED STATES GOVERNMENT**
# Memorandum
FEDERAL BUREAU OF PRISONS
Adams County Correctional Center
20 Hobo Fork Road
Natchez, MS 39120

September 21, 2012

Vance Laughlin, Warden
Adams County Correctional Center (ACCC)
20 Hobo Fork Road
Natchez, MS 39120

RE: May 20, 2012 After Action Recommendations

Dear Warden Laughlin,

In in response to the disturbance at Adams County Correctional Center (ACCC) on May 20, 2012, the Bureau of Prisons conducted and an After Action Review to assess ACCC's policies, procedures and response to the incident. As a result, the following recommendations are presented for your review and consideration.

A.   Recommend ACC staff use their Shift Activity Report for staff to document and report signs of discord or their observations among the inmate population to the SIS.

B.   Recommend ACC foster team building, for example, the SIS can prepare training lesson plans to educate staff on the proper procedures for recognizing and reporting suspicious inmate behavior, to include STG specific tattoos, mail/phone monitoring, and STG symbolism.

C.   Consider training to strengthen staff and inmate communication as it was reported the inmates stated they only wanted to talk with the administration.

D.   Recommend the contractor use the Automated Inmate Management System (AIMS) as prescribed by the contract. (Contractual Requirement)

CONFIDENTIAL

CORECIVIC_1233557

E.   Recommend the contractor document and confirm confidential
     informants.  Currently no documentation exists to justify
     the credibility of any of the inmates used.

F.   Re-evaluate safe haven locations to ensure safety of staff.

G.   Consider reviewing state and local law enforcement's legal
     authority to enter a private facility when responding to
     significant institution events.  Specifically, review the
     state and local law enforcement's legal ability to enter a
     private facility in order to prevent serious injury or loss
     of life of federal inmates and contractors.

H.   Consider strengthening inmate accountability procedures by
     implementing controlled movement designed to contain
     inmates in controlled areas during non-move periods.  This
     allows for immediate containment of all areas throughout
     the institution.

I.   Consider storage of less than lethal munitions,
     specifically, pyrotechnics CS, in secured areas that are
     inaccessible to inmates.


While you are not contractually obligated to implement all of
the recommendations noted, the Bureau appreciates your
consideration of each recommendation.  Please provide a response
regarding your intentions on each item within 30 days.  If you
have questions or need additional information, please let me
know.


Sincerely,


Paul Kelly
Senior Secure Institution Manager


CC:  Donna Mott, Privatization Field Administrator
     Gary Clark, Contracting Officer

CONFIDENTIAL                                                  CORECIVIC_1233558