# EXHIBIT 1

```
 1  BY MR. FORGE:
 2  Q       With whom did you discuss it?
 3  A       The leadership of CCA and -- but most
 4  importantly, the operations staff as we assessed
 5  the -- and conducted our own after-action.  As we
 6  used that document to frame our own after-action,
 7  extensive discussions with the operations and field
 8  staff overseeing the responsibility at
 9  Adams Correctional Facility.
10  Q       You said the -- with leadership at CCA.
11  Please be more specific.
12          With -- with what individuals did you
13  discuss the BOP Adams after-action report in 2012?
14  A       The executives.  We -- I am sure that at a
15  board meeting, we had a conversation about Adams.
16  But primarily, the executives and vice presidents
17  who would have a role in our not only response but
18  reaction to the incident.
19  Q       So executives, that would include
20  Mr. Hininger?
21  A       Yes.
22  Q       Did it include Mr. Mullenger?
23  A       Yes.
24  Q       What was Mr. Garfinkle's status at that
25  time?  Was he around?
```