UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> CORRECTIONS CORPORATION OF AMERICA, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 3:16-cv-02267 <br> ) <br> ) Honorable Aleta A. Trauger <br> ) <br> ) Magistrate Judge Jeffrey S. Frensley <br> ) <br> ) |

### REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S NOTICE OF FILING

Defendants respectfully request the opportunity to reply briefly to Plaintiffs' counsel's unwarranted allegations and aspersions against Defendants and defense counsel in its filing at Docket 272. Defendants did not "hide" or "destroy" the BOP After-Action Report, or anything else for that matter. The BOP After-Action Report was first produced on March 24, 2020 by the BOP. Now that Plaintiffs' counsel has made the production of that document an issue, Defendants have researched the issue extensively, and have determined that it was never transmitted to CCA by the BOP. That is not surprising considering many of the recommendations made by the BOP in its own After Action Report are focused on its own improvement. The BOP did provide to CCA, in 2012, a separate document containing the recommendations specifically directed at CCA. Defendants produced that document, and Plaintiffs have had the opportunity to question witnesses about it in depositions (but did not do so).

It is no surprise that this report, which was only first raised by Plaintiffs in deposition questions after its production by the BOP, was mistaken for a different after action report that was reviewed by Mr. Lappin and Mr. Hininger eight years ago—a privileged and internally-generated

CCA after action report. Both witnesses will clarify this issue by errata to the deposition transcripts they just received for review. Both witnesses will make clear that they did not see the BOP-generated After-Action Report until it was made public and/or outside of the context of this litigation. The other named Defendants, Mr. Mullenger and Mr. Garfinkle, attested that they did not recall reviewing the BOP-generated After-Action Report.

Tellingly, Plaintiffs did not ask any BOP witnesses if he or she provided the BOP-generated After-Action Report to CCA; they did not ask Mr. Lappin or Mr. Hininger why, if they in fact saw this report (as opposed to any another report), it was not produced; or take any other action designed to learn the facts. Instead, the questions Plaintiffs asked were not aimed at discovering the truth or developing the facts, but rather were an effort to trick the witnesses and thus obtain a "sound-bite" to be used as it is in this filing. In any event, the Special Master may have the opportunity to review the documents listed as after-action reports in Defendants' privilege log, and that review will support the positions Defendants take here.

Defendants' counsel offers to discuss this situation with the Court at its convenience.

DATED: August 13, 2020         Respectfully submitted:

s/ Steven A. Riley
Steven A. Riley (BPR #006258)
Milton S. McGee, III (BPR #024150)
RILEY WARNOCK & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
Telephone: 615/320-3700
615/320-3737 (fax)
sriley@rwjplc.com
tmcgee@rwjplc.com

LATHAM & WATKINS LLP
DAVID J. SCHINDLER
BRIAN T. GLENNON

MERYN C. N. GRANT
355 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213/485-1234
213/891-8763 (fax)


LATHAM & WATKINS LLP
MORGAN E. WHITWORTH
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415/391-0600
415/395-8095 (fax)

LATHAM & WATKINS LLP
SARAH A. TOMKOWIAK
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2335
Facsimile: (415) 637-2201

Attorneys for Defendants Corrections
Corporation of America, Damon T. Hininger,
David M. Garfinkle, Todd J. Mullenger and
Harley G. Lappin

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing document was made upon the following Filing Users through the Electronic Filing System:

Paul Kent Bramlett
Robert Preston Bramlett
BRAMLETT LAW OFFICES
40 Burton Hills Blvd., Suite 200
P.O. Box 150734
Nashville, TN 37215
pknashlaw@aol.com
robert@bramlettlawoffices.com

Jeremy A. Lieberman
J. Alexander Hood II
Marc C. Gorrie
POMERANTZ LLP
600 Third Ave., 20th Floor
New York, NY 10016
jalieberman@pomlaw.com
ahood@pomlaw.com
mgorrie@pomlaw.com


Jerry E. Martin
BARRETT JOHNSTON MARTIN &
GARRISON, LLC
Bank of America Plaza
414 Union Street
Suite 900
Nashville, TN 37219
jmartin@barrettjohnston.com

Patrick V. Dahlstrom
POMERANTZ LLP
10 South La Salle St., Suite 3505
Chicago, IL 60603
pdahlstrom@pomlaw.com

Michael Goldberg
Brian Schall
GOLDBERG LAW PC
1999 Avenue of the Stars
Suite 100
Los Angeles, CA 90067
michael@goldberglawpc.com
brian@goldberglawpc.com

Christopher T. Cain
SCOTT & CAIN
550 W Main Avenue
Suite 601
Knoxville, TN 37902
cain@scottandcain.com

James A. Holifield , Jr.
HOLIFIELD JANICH RACHAL &
ASSOCIATES, PLLC
11907 Kingston Pike
Suite 201
Knoxville, TN 37934
aholifield@holifieldlaw.com

<div style="display: flex;">
<div>
Christopher Hamp Lyons
Christopher M. Wood
ROBBINS GELLER RUDMAN
  & DOWD LLP
414 Union Street
Suite 900
Nashville, TN 37219
clyons@rgrdlaw.com
cwood@rgrdlaw.com
</div>
<div>
Dennis J. Herman
Willow E. Radcliffe
Kenneth J. Black
ROBBINS GELLER RUDMAN
  & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
dennish@rgrdlaw.com
willowr@rgrdlaw.com
kennyb@rgrdlaw.com
</div>
</div>

this 13th day of August, 2020.

        /s/ Steven A. Riley

Steven A. Riley