UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>  vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>                  Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL FURTHER INTERROGATORY RESPONSES AND FOR DISCOVERY SANCTIONS |

Having considered Plaintiff's[1] Motion to Compel Further Interrogatory Responses and for Discovery Sanctions (the "Motion"), IT IS HEREBY ORDERED that:

1. Plaintiff's Motion is GRANTED;

2. Defendants Hininger, Mullenger, Garfinkle and Lappin are precluded from introducing any evidence or testimony regarding what Defendants relied on in making the statements and omissions at issue in this action;

3. Defendant CCA is precluded from asserting that it relied on any documents or communications other than those specifically identified in its responses to Interrogatory Nos. 1-5, as served with the Plaintiff's [Corrected] First Set of Interrogatories to All Defendants, dated March 19, 2020 (the "FSI");

4. Each Defendant shall respond in full and without objection to Interrogatory Nos. 6 and 8, as served with the FSI;

5. Defendants Hininger, Mullenger, Garfinkle and Lappin are precluded from introducing any evidence or testimony responsive to Interrogatory Nos. 19-22, as served with the Plaintiff's Second Set of Interrogatories to All Defendants (the "SSI"), dated May 15, 2020;

6. Defendant CCA shall supplement its responses to Interrogatory Nos. 19-22, as served with the SSI, to specifically identify the testimony to which it refers in its responses to those Interrogatories, as served in Defendants' Objections and Responses to Plaintiffs' Second Set of Interrogatories, dated June 24, 2020; and

---

[1] "Plaintiff" is Lead Plaintiff and Class Representative Amalgamated Bank, as Trustee for the LongView Collective Investment Fund. "Defendants" are Corrections Corporation of America ("CCA") and certain of its executives. Following the filing of this action, Defendants rebranded CCA and now refer to it as CoreCivic.

7. Defendant CCA is precluded from relying on any documents or communications other than those specifically identified in its responses to Interrogatory Nos. 19-22, as served with the SSI, as to the topics set forth in Interrogatory Nos. 19-22.

IT IS SO ORDERED.

DATED: _____   _____