UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>                      Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>DECLARATION OF CHRISTOPHER M. WOOD IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL FURTHER INTERROGATORY RESPONSES AND FOR DISCOVERY SANCTIONS |

I, CHRISTOPHER M. WOOD, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of Tennessee and this Court. I am a member of the law firm Robbins Geller Rudman & Dowd LLP, Lead Counsel for Lead Plaintiff and Class Representative Amalgamated Bank, as Trustee for the LongView Collective Investment Fund and the Class in the above-captioned action. This Declaration is made in support of Plaintiff's Motion to Compel Further Interrogatory Responses and for Discovery Sanctions. I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit 1: Chart of Plaintiff's Interrogatories and Defendants' Responses;

Exhibit 2: Plaintiff's [Corrected] First Set of Interrogatories to All Defendants, dated March 17, 2020;

Exhibit 3: CoreCivic's Objections and Responses to Plaintiff's First Set of Interrogatories, dated May 1, 2020;

Exhibit 4: Damon Hininger's Objections and Responses to Plaintiff's First Set of Interrogatories, dated May 1, 2020;

Exhibit 5: David Garfinkle's Objections and Responses to Plaintiff's First Set of Interrogatories, dated May 1, 2020;

Exhibit 6: Todd Mullenger's Objections and Responses to Plaintiff's First Set of Interrogatories, dated May 1, 2020;

Exhibit 7: Harley Lappin's Objections and Responses to Plaintiff's First Set of Interrogatories, dated May 1, 2020;

Exhibit 8: Plaintiff's Second Set of Interrogatories to All Defendants, dated May 15, 2020;

Exhibit 9: Defendants' Objections and Responses to Plaintiffs' Second Set of Interrogatories, dated June 24, 2020;

Exhibit 10: Letter from Willow E. Radcliffe, counsel for Plaintiff, to counsel for Defendants, dated July 2, 2020;

Exhibit 11: Letter from Meryn C. N. Grant, counsel for Defendants, to Willow E. Radcliffe, counsel for Plaintiff, dated July 8, 2020;

| | |
|---|---|
| Exhibit 12: | Excerpts of email from Jason A. Forge, counsel for Plaintiff, to David Schindler, counsel for Defendants, dated July 20, 2020; |
| Exhibit 13: | Expert Report of Lucy P. Allen, dated August 7, 2020; |
| Exhibit 14: | Excerpts of the Damon Hininger Deposition Transcript Volume I, dated March 3, 2020 **[FILED UNDER SEAL]**; |
| Exhibit 15: | Excerpts of the Damon Hininger Deposition Transcript Volume II, dated July 30, 2020 **[FILED UNDER SEAL]**; |
| Exhibit 16: | Amendment of Solicitation/Modification of Contract issued by the Federal Bureau of Prisons to Corrections Corporation of America, effective December 1, 2016 (Bates No. CORECIVIC_1206412-CORECIVIC_1206413) **[FILED UNDER SEAL]**; |
| Exhibit 17: | Email from Ward Cullum to Don Murray, Natasha Metcalf and Terri Driskill, Subject: RE: Adams County Correctional Center – ACA Health Services Information, dated November 17, 2016 (Bates No. CORECIVIC_0125614-CORECIVIC_0125617) **[FILED UNDER SEAL]**; |
| Exhibit 18: | Excerpts of the Harley G. Lappin Deposition Transcript, dated July 28, 2020 **[FILED UNDER SEAL]**; |
| Exhibit 19: | Letter from the Federal Bureau of Prisons to Brian K. Ferrell, RE: Notice to Unsuccessful Offeror Request for Proposals (RFP)-PCC-0022 Criminal Alien Requirement (CAR) XV, dated December 29, 2014 (Bates No. CORECIVIC_0035976-CORECIVIC_0035977) **[FILED UNDER SEAL]**; |
| Exhibit 20: | Excerpts of the David Garfinkle Deposition Transcript, dated July 31, 2020 **[FILED UNDER SEAL]**; and |
| Exhibit 21: | Excerpts of the Todd J. Mullenger Transcript, dated March 13, 2020 **[FILED UNDER SEAL]**. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 14th day of August, 2020, at Nashville, Tennessee.

    s/ Christopher M. Wood
    CHRISTOPHER M. WOOD

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on August 14, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN
 & DOWD LLP
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 800/449-4900
615/252-3798 (fax)

E-mail: cwood@rgrdlaw.com

# Mailing Information for a Case 3:16-cv-02267 Grae v. Corrections Corporation of America et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Kenneth J. Black**
  kennyb@rgrdlaw.com

- **Paul Kent Bramlett**
  pknashlaw@aol.com

- **Robert P. Bramlett**
  robert@bramlettlawoffices.com

- **Christopher T. Cain**
  cain@scottandcain.com,ambrose@scottandcain.com

- **Patrick V. Dahlstrom**
  pdahlstrom@pomlaw.com

- **Jason A. Forge**
  jforge@rgrdlaw.com

- **Brian T. Glennon**
  brian.glennon@lw.com

- **Michael Goldberg**
  michael@goldberglawpc.com

- **Marc Gorrie**
  mgorrie@pomlaw.com

- **Meryn C.N. Grant**
  Meryn.Grant@lw.com

- **Dennis J. Herman**
  dherman@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **James A. Holifield , Jr**
  aholifield@holifieldlaw.com

- **J. Alexander Hood , II**
  ahood@pomlaw.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,lpvega@pomlaw.com

- **Christopher Hamp Lyons**
  clyons@rgrdlaw.com,crosini@rgrdlaw.com,KennyB@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jerry E. Martin**
  jmartin@barrettjohnston.com,adonovan@barrettjohnston.com,eseaborn@barrettjohnston.com,nchanin@barrettjohnston.com,jmartin@rgrdlaw.com,ggilbert@barrettjo

- **Milton S. McGee , III**
  tmcgee@rwjplc.com,dgibby@rwjplc.com

- **Faraz Mohammadi**
  faraz.mohammadi@lw.com

- **Willow E. Radcliffe**
  willowr@rgrdlaw.com,WillowR@ecf.courtdrive.com

- **Steven Allen Riley**
  sriley@rwjplc.com,dgibby@rwjplc.com

- **Brian Schall**
  brian@goldberglawpc.com

- **David J. Schindler**
  david.schindler@lw.com

- **Sarah A. Tomkowiak**
  sarah.tomkowiak@lw.com

- **Morgan E. Whitworth**
  morgan.whitworth@lw.com,morgan-whitworth-8044@ecf.pacerpro.com

- **Christopher M. Wood**
  cwood@rgrdlaw.com,smorris@rgrdlaw.com,CWood@ecf.courtdrive.com,willowr@rgrdlaw.com,e_file_sd@rgrdlaw.com,smorris@ecf.courtdrive.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`