# EXHIBIT 12

| From: | Jason Forge |
|---|---|
| To: | David.Schindler@lw.com |
| Cc: | Chris Wood; Meryn.Grant@lw.com; SRiley@rwjplc.com; Brian Glennon; Sarah.Tomkowiak@lw.com; tmcgee@rwjplc.com; Eric.Pettis@lw.com; Morgan.Whitworth@lw.com; Willow Radcliffe; Kenny Black; Christopher Lyons |
| Subject: | Re: Grae v. Corrections Corporation of America, No. 3:16-cv-02267 (M.D. Tenn.) |
| Date: | Monday, July 20, 2020 12:47:32 AM |

David, during the call with Judge Trauger when she ruled a Special Master was necessary, I specifically said it made sense to vacate the fact discovery cutoff just for depositions, without changing any other dates. You, not Chris, opposed that because you claimed we were seeking a delay because we couldn't overcome the Touhy regulations before the cutoff. Clearly, that was not the case. Now, addition to the pandemic (which impacts everyone, not just you and/or Mr. Hininger), we have three live disputes that all relate to these depositions (the withheld documents, the completeness of the interrogatories, and the reliance issue).

Does it really make sense to push these depositions when, even if you get your way, we will just wind up with another round of arguments over the scope of re-depositions if we prevail on any aspect of the ongoing disputes? We're just trying to be practical and responsible here. This doesn't prejudice either side in any way.

Jason A. Forge | Robbins Geller Rudman & Dowd
O 619 744 2645 | M 858 692 1117

> On Jul 19, 2020, at 10:28 PM, "David.Schindler@lw.com" wrote:
>
> Tell me what in my email is naccurate? Are you denying that Chris told Judge Trauger that you were not seeking to extend dates for depositions?
>
> ---
>
> **From:** Jason Forge
> **Sent:** Sunday, July 19, 2020 10:10 PM
> **To:** Schindler, David (LA)
> **Cc:** Chris Wood; Grant, Meryn (LA); SRiley@rwjplc.com; Glennon, Brian (LA); Tomkowiak, Sarah (DC); tmcgee@rwjplc.com; Pettis, Eric (LA); Whitworth, Morgan (Bay Area); Willow Radcliffe; Kenny Black; Christopher Lyons
> **Subject:** Re: Grae v. Corrections Corporation of America, No. 3:16-cv-02267 (M.D. Tenn.)
>
> I don't understand your email, David. We were always doing the Ferguson depo via Zoom, and the rest of what you wrote is one inaccuracy after another. I'll coordinate with Trey.
>
> Jason A. Forge | Robbins Geller Rudman & Dowd
> O 619 744 2645 | M 858 692 1117
>
> > On Jul 19, 2020, at 10:03 PM, "David.Schindler@lw.com" wrote:

Jason:

We have the depos scheduled…all that we are doing is moving Mr. Ferguson (and the remaining 3 hours of Mr. Hininger) to Zoom for health reasons, which is something you previously indicated to Judge Trauger you were prepared to do. Chris also previously told Judge Trauger that plaintiffs were not looking to extend dates for depositions. We don't see any reason to change things at this point and nothing has changed since you folks told her you were not looking to extend the cutoff date for depositions. But if you are now seeking to change your position and want to go back to Judge Trauger, please work with Trey to coordinate a time for a hearing.

Take care,

David

**David J. Schindler**
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Direct Dial: +1.213.891.8415
Fax: +1.213.891.8763
Email: david.schindler@lw.com
http://www.lw.com