# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>Magistrate Judge Jeffrey S. Frensley |

## [PROPOSED] ORDER GRANTING CORECIVIC'S UNOPPOSED MOTION FOR TWO EXCESS PAGES FOR ITS REPLY BRIEF

For good cause shown, the Court GRANTS Defendant CoreCivic, Inc.'s ("CoreCivic") Motion For Two Excess Pages For Its Reply Brief. CoreCivic may file a reply brief of no more than 7 pages in further support of its Motion to Determine Sufficiency of Responses to CoreCivic's First Set of Requests for Admission and Compel Further Responses to CoreCivic's First Set of Requests for Admission and Second Set of Interrogatories (ECF No. 250).

It is so **ORDERED**.

_____
JEFFREY S. FRENSLEY
United States Magistrate Judge