# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>              Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>Magistrate Judge Jeffrey S. Frensley<br><br><u>DEMAND FOR JURY TRIAL</u> |

**<u>DECLARATION OF MERYN C. N. GRANT IN SUPPORT OF CORECIVIC'S REPLY BRIEF IN SUPPORT OF CORECIVIC'S MOTION TO DETERMINE SUFFICIENCY OF PLAINTIFF'S RESPONSES TO REQUESTS FOR ADMISSION AND COMPEL FURTHER RESPONSES TO CORECIVIC'S FIRST SET OF REQUESTS FOR ADMISSION AND SECOND SET OF INTERROGATORIES</u>**

I, Meryn C. N. Grant, declare as follows:

1. I am over 18 years of age and am competent to testify as to the matters stated in this Declaration. I am an associate at the law firm of Latham & Watkins LLP, one of the law firms representing Defendants CoreCivic, Inc. ("CoreCivic"), Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger, and Harley G. Lappin.

2. A true and correct excerpted copy of CoreCivic's 10-K for 2011, filed on February 27, 2012, is attached as **Exhibit A**. The relevant language is highlighted.

3. A true and correct excerpted copy of CoreCivic's 10-K for 2012, filed on February 27, 2013, is attached as **Exhibit B**. The relevant language is highlighted.

4. A true and correct excerpted copy of CoreCivic's 10-K for 2013, filed on February 27, 2014, is attached as **Exhibit C**. The relevant language is highlighted.

5. A true and correct excerpted copy of CoreCivic's 10-K for 2014, filed on February 25, 2015, is attached as **Exhibit D**. The relevant language is highlighted.

6. A true and correct excerpted copy of CoreCivic's 10-K for 2015, filed on February 25, 2016, is attached as **Exhibit E**. The relevant language is highlighted.

7. A true and correct excerpted copy of CoreCivic's 10-K for 2016, filed on February 23, 2017, is attached as **Exhibit F**. The relevant language is highlighted.

8. A true and correct copy of the Expert Report of W. Scott Dalrymple, CFA is attached as **Exhibit G**.

9. Pursuant to 26 U.S.C. §1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed on August 17, 2020 in Los Angeles, California.

                                                                           _____
                                                                           Meryn C. N. Grant

# CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing document was made upon the following Filing Users through the Electronic Filing System:

Paul Kent Bramlett
Robert Preston Bramlett
BRAMLETT LAW OFFICES
40 Burton Hills Blvd., Suite 200
P.O. Box 150734
Nashville, TN 37215
pknashlaw@aol.com
robert@bramlettlawoffices.com

Jeremy A. Lieberman
J. Alexander Hood II
Marc C. Gorrie
POMERANTZ LLP
600 Third Ave., 20th Floor
New York, NY 10016
jalieberman@pomlaw.com
ahood@pomlaw.com
mgorrie@pomlaw.com

David J. Schindler
Brian T. Glennon
Morgan E. Whitworth
LATHAM & WATKINS LLP
355 South Grand Ave.
Los Angeles, CA 90071
david.schindler@lw.com
brian.glennon@lw.com
morgan.whitworth@lw.com

Patrick V. Dahlstrom
POMERANTZ LLP
10 South La Salle St., Suite 3505
Chicago, IL 60603
pdahlstrom@pomlaw.com

Michael Goldberg
Brian Schall
GOLDBERG LAW PC
1999 Avenue of the Stars, Suite 100
Los Angeles, CA 90067
michael@goldberglawpc.com
brian@goldberglawpc.com

Christopher T. Cain
SCOTT & CAIN
550 W Main Avenue
Suite 601
Knoxville, TN 37902
cain@scottandcain.com

James A. Holifield , Jr.
HOLIFIELD JANICH RACHAL & ASSOCIATES, PLLC
11907 Kingston Pike
Suite 201
Knoxville, TN 37934
aholifield@holifieldlaw.com

| | |
|---|---|
| Christopher Hamp Lyons<br>Christopher M. Wood<br>ROBBINS GELLER<br>RUDMAN & DOWD LLP<br>414 Union Street<br>Suite 900<br>Nashville, TN 37219<br>clyons@rgrdlaw.com<br>cwood@rgrdlaw.com | Jerry E. Martin<br>BARRETT JOHNSTON MARTIN &<br>GARRISON, LLC<br>Bank of America Plaza<br>414 Union Street<br>Suite 900<br>Nashville, TN 37219<br>jmartin@barrettjohnston.com |

this 17th day of August, 2020.

    /s/ Steven A. Riley
       Steven A. Riley

4