MOTION GRANTED.

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>Magistrate Judge Jeffrey S. Frensley<br><br>DEMAND FOR JURY TRIAL |

**CORECIVIC'S UNOPPOSED MOTION FOR TWO EXCESS PAGES FOR ITS REPLY BRIEF**

Defendant CoreCivic, Inc. ("CoreCivic") respectfully requests that the Court grant relief from the 5-page limit for its reply brief set forth in Local Rule 7.01(a), and allow CoreCivic to file a 7-page reply brief in further support of CoreCivic's Motion to Determine Sufficiency of Responses to CoreCivic's First Set of Requests for Admission and Compel Further Responses to CoreCivic's First Set of Requests for Admission and Second Set of Interrogatories (ECF No. 250). Pursuant to the Court's July 16, 2020 Order, "[r]esponses and replies shall be filed in accordance with Rule 7.01(a)." ECF No. 244. Rule 7.01(a) in turn provides that an "optional reply memorandum may be filed within seven (7) days after service of the response, and shall not exceed (5) pages without leave of Court." M.D. Tenn. L.R. 7.01(a).

Lead Plaintiff Amalgamated Bank's ("Plaintiff") response brief raises new arguments that were not raised in the parties' meet and confers. Specifically, Plaintiff argues for the first time that it is not required to respond to certain discovery requests based on CoreCivic's own statements, that Plaintiff lacks sufficient information to respond to CoreCivic's discovery requests, and that CoreCivic's discovery requests cannot be answered as phrased. *See generally* Opp., ECF No. 262. Plaintiff also advances for the first time new explanations for its deficient responses not raised during meet and confers. *See, e.g., id.* at 17–18. CoreCivic thus respectfully requests a modest two-page extension to the 5-page limit set forth in Local Rule 7.01(a) to address these new arguments and explanations. Given time constraints and the complexity of the issues, CoreCivic is concurrently filing its proposed 7-page reply brief and supporting declaration and exhibits.

CoreCivic's counsel has conferred with Plaintiff's counsel regarding this extension and Plaintiff's counsel does not oppose this request. A proposed order is attached as an exhibit hereto.

DATED: August 17, 2020    Respectfully submitted:

                                               /s/ Steven A. Riley

1

Steven A. Riley (TN #6258)
Milton S. McGee, III (TN #024150)
RILEY WARNOCK & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
T: (615) 320-3700
F: (615) 320-3737
sriley@rwjplc.com
tmcgee@rwjplc.com

David J. Schindler (admitted *pro hac vice*)
Brian T. Glennon (admitted *pro hac vice*)
Meryn C. N. Grant (admitted *pro hac vice*)
LATHAM & WATKINS LLP
355 South Grand Ave., Suite 100
Los Angeles, CA 90071
T: (213) 485-1234
F: (213) 891-8763
david.schindler@lw.com
brian.glennon@lw.com
meryn.grant@lw.com

Morgan E. Whitworth (admitted *pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
T: (415) 391-0600
F: (415) 395-8095
morgan.whitworth@lw.com

Sarah A. Tomkowiak (admitted *pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
T: (202) 637-2335
F: (415) 637-2201
sarah.tomkowiak@lw.com

*Attorneys for Defendants Corrections Corporation of America, Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger, and Harley G. Lappin*

# CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing document was made upon the following Filing Users through the Electronic Filing System:

Paul Kent Bramlett
Robert Preston Bramlett
BRAMLETT LAW OFFICES
40 Burton Hills Blvd., Suite 200
P.O. Box 150734
Nashville, TN 37215
pknashlaw@aol.com
robert@bramlettlawoffices.com

Jeremy A. Lieberman
J. Alexander Hood II
Marc C. Gorrie
POMERANTZ LLP
600 Third Ave., 20th Floor
New York, NY 10016
jalieberman@pomlaw.com
ahood@pomlaw.com
mgorrie@pomlaw.com


Jerry E. Martin
BARRETT JOHNSTON MARTIN & GARRISON, LLC
Bank of America Plaza
414 Union Street
Suite 900
Nashville, TN 37219
jmartin@barrettjohnston.com

Patrick V. Dahlstrom
POMERANTZ LLP
10 South La Salle St., Suite 3505
Chicago, IL 60603
pdahlstrom@pomlaw.com

Michael Goldberg
Brian Schall
GOLDBERG LAW PC
1999 Avenue of the Stars
Suite 100
Los Angeles, CA 90067
michael@goldberglawpc.com
brian@goldberglawpc.com

Christopher T. Cain
SCOTT & CAIN
550 W Main Avenue
Suite 601
Knoxville, TN 37902
cain@scottandcain.com

James A. Holifield, Jr.
HOLIFIELD JANICH RACHAL & ASSOCIATES, PLLC
11907 Kingston Pike
Suite 201
Knoxville, TN 37934
aholifield@holifieldlaw.com

| | |
|---|---|
| Christopher Hamp Lyons<br>Christopher M. Wood<br>ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>414 Union Street<br>Suite 900<br>Nashville, TN 37219<br>clyons@rgrdlaw.com<br>cwood@rgrdlaw.com | Dennis J. Herman<br>Willow E. Radcliffe<br>Kenneth J. Black<br>ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>dennish@rgrdlaw.com<br>willowr@rgrdlaw.com<br>kennyb@rgrdlaw.com |

this 17th day of August, 2020.

    /s/ Steven A. Riley
Steven A. Riley