# EXHIBIT B

## VERIFICATION

I, Deborah Silodor, hereby state that I am Executive Vice President & General Counsel of Amalgamated Bank, as Trustee for the LongView Collective Investment Fund. I am authorized in that capacity to execute this Verification. I have read the foregoing Responses and Objections to Defendant CoreCivic, Inc.'s Second Set of Interrogatories to Plaintiff and know the contents thereof, and I certify that the same is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this day of June 8, 2020, at Wyckoff, New Jersey.

*Deborah Silodor*
Digitally signed by Deborah Silodor
Date: 2020.06.08 11:30:06 -04'00'

Deborah Silodor