# EXHIBIT E

| | |
|---|---|
| **From:** | Willow Radcliffe <Willowr@rgrdlaw.com> |
| **Sent:** | Monday, July 27, 2020 12:07 |
| **To:** | Grant, Meryn (LA); Jason Forge; Chris Wood; Christopher Lyons; Kenny Black |
| **Cc:** | Glennon, Brian (LA); Schindler, David (LA); TMcGee@rwjplc.com; SRiley@rwjplc.com; Tomkowiak, Sarah (DC); Pettis, Eric (LA); Whitworth, Morgan (Bay Area); Campbell, Caitlin (LA); Eastly, John (SF) |
| **Subject:** | RE: Grae v. Corrections Corporation of America: Written Discovery Meet and Confer Follow-Up |

Meryn,

There remain outstanding issues on the use of open-ended language that are not resolved by your proposal regarding the use of "*e.g.*" when referring to documents in response to interrogatories nos. 1-5. As such, we cannot accept your proposal.

Willow E. Radcliffe
Robbins Geller Rudman & Dowd LLP
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Tel 415 288 4545 | Fax 415 288 4534

---

**From:** Meryn.Grant@lw.com <Meryn.Grant@lw.com>
**Sent:** Monday, July 27, 2020 10:42 AM
**To:** Willow Radcliffe <Willowr@rgrdlaw.com>; Jason Forge <JForge@rgrdlaw.com>; Chris Wood <CWood@rgrdlaw.com>; Christopher Lyons <CLyons@rgrdlaw.com>; Kenny Black <KennyB@rgrdlaw.com>
**Cc:** Brian Glennon <brian.glennon@lw.com>; David.Schindler@lw.com; TMcGee@rwjplc.com; SRiley@rwjplc.com; Sarah.Tomkowiak@lw.com; Eric.Pettis@lw.com; Morgan.Whitworth@lw.com; Caitlin.Campbell@lw.com; John Eastly <john.eastly@lw.com>
**Subject:** RE: Grae v. Corrections Corporation of America: Written Discovery Meet and Confer Follow-Up

Willow,

This proposal is in exchange for you dropping your challenge to the inclusive language. As I said, we disagree that Plaintiff has any basis any basis to dictate the wording of a response written under oath. Nonetheless, we are making this proposal in a good faith effort to resolve that particular dispute.

Best,

Meryn

---

**From:** Willow Radcliffe <Willowr@rgrdlaw.com>
**Sent:** Monday, July 27, 2020 10:14 AM
**To:** Grant, Meryn (LA) <Meryn.Grant@lw.com>; Jason Forge <JForge@rgrdlaw.com>; Chris Wood

<CWood@rgrdlaw.com>; Christopher Lyons <CLyons@rgrdlaw.com>; Kenny Black <KennyB@rgrdlaw.com>
**Cc:** Glennon, Brian (LA) <Brian.Glennon@lw.com>; Schindler, David (LA) <David.Schindler@lw.com>;
TMcGee@rwjplc.com; SRiley@rwjplc.com; Tomkowiak, Sarah (DC) <Sarah.Tomkowiak@lw.com>; Pettis, Eric (LA)
<Eric.Pettis@lw.com>; Whitworth, Morgan (Bay Area) <Morgan.Whitworth@lw.com>; Campbell, Caitlin (LA)
<Caitlin.Campbell@lw.com>; Eastly, John (SF) <John.Eastly@LW.com>
**Subject:** RE: Grae v. Corrections Corporation of America: Written Discovery Meet and Confer Follow-Up

Meryn,

Please clarify whether Defendants are agreeing to make these changes or whether this is a proposal in exchange for
Plaintiff dropping our remaining challenges to these interrogatories.

Thank you,

Willow E. Radcliffe
Robbins Geller Rudman & Dowd LLP
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Tel 415 288 4545 | Fax 415 288 4534

---

**From:** Meryn.Grant@lw.com <Meryn.Grant@lw.com>
**Sent:** Sunday, July 26, 2020 9:26 PM
**To:** Jason Forge <JForge@rgrdlaw.com>; Willow Radcliffe <Willowr@rgrdlaw.com>; Chris Wood
<CWood@rgrdlaw.com>; Christopher Lyons <CLyons@rgrdlaw.com>; Kenny Black <KennyB@rgrdlaw.com>
**Cc:** Brian Glennon <brian.glennon@lw.com>; David.Schindler@lw.com; TMcGee@rwjplc.com; SRiley@rwjplc.com;
Sarah.Tomkowiak@lw.com; Eric.Pettis@lw.com; Morgan.Whitworth@lw.com; Caitlin.Campbell@lw.com; John Eastly
<john.eastly@lw.com>
**Subject:** Grae v. Corrections Corporation of America: Written Discovery Meet and Confer Follow-Up

Jason,

I write to follow up on Defendants' proposal to address the concerns raised thus far in written correspondence and on
meet and confers regarding the use of open ended language. As we have discussed, we disagree that Plaintiff has any
basis any basis to dictate the wording of a response written under oath. To the extent that any documents or facts are
not sufficiently identified, Plaintiff may move to exclude them at trial. Nonetheless, in an effort to resolve this dispute,
we propose to remove the words "among other things" from Interrogatory Nos. Responses to Interrogatory Nos. 1-5
and the word "including" from bullets identifying documents in responses to Interrogatory Nos. 21, 22. However, we
will add qualifying language that to address our concern that the Interrogatories are overly broad, seeking for example
identification of "all facts" that Defendants relied upon to make public statements for a period of over four years, more
than eight years ago. This language will reflect that the responses were made after a reasonable inquiry and reflect the
best of Defendants' recollection.

As we also discussed, we would be willing to consider any other arguments Plaintiff wishes to raise regarding the use of
open ended language in any other Interrogatory. But, we do not believe that any use of the word "including" is
improper in Interrogatory responses.

We are available to discuss, if necessary, before the parties file their motions tomorrow.

Best,

Meryn

**Meryn C N Grant**

**LATHAM & WATKINS** LLP
355 South Grand Avenue | Los Angeles, CA 90071-1560
D: +1.213.891.8553 | M: +1.719.229.8422

---

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**