# EXHIBIT J

**Eaton, Ellie (SF)**

| | |
|---|---|
| **From:** | Grant, Meryn (LA) |
| **Sent:** | Tuesday, August 4, 2020 12:48 |
| **To:** | Chris Wood; Glennon, Brian (LA); TMcGee@rwjplc.com; Schindler, David (LA); SRiley@rwjplc.com; Tomkowiak, Sarah (DC); Pettis, Eric (LA); Whitworth, Morgan (Bay Area) |
| **Cc:** | Willow Radcliffe; Kenny Black; Christopher Lyons; Jason Forge |
| **Subject:** | RE: Grae v. Corrections Corporation of America, No. 3:16-cv-02267 (M.D. Tenn.) |

Chris,

In order for the parties to productively meet and confer, and for Defendants to prepare for any conference with Judge Frensley, we ask that you identify in writing: (1) the "other issues" you reference including the purported grounds for a sanctions motion, and (2) the aspects of your motion to compel that you intend to withdraw.

Please also let us know the proposed timing for the conference.

Best,

Meryn

---

**From:** Chris Wood <CWood@rgrdlaw.com>
**Sent:** Monday, August 3, 2020 5:51 PM
**To:** Glennon, Brian (LA) <Brian.Glennon@lw.com>; TMcGee@rwjplc.com; Schindler, David (LA) <David.Schindler@lw.com>; Grant, Meryn (LA) <Meryn.Grant@lw.com>; SRiley@rwjplc.com; Tomkowiak, Sarah (DC) <Sarah.Tomkowiak@lw.com>; Pettis, Eric (LA) <Eric.Pettis@lw.com>; Whitworth, Morgan (Bay Area) <Morgan.Whitworth@lw.com>
**Cc:** Willow Radcliffe <Willowr@rgrdlaw.com>; Kenny Black <KennyB@rgrdlaw.com>; Christopher Lyons <CLyons@rgrdlaw.com>; Jason Forge <JForge@rgrdlaw.com>
**Subject:** Grae v. Corrections Corporation of America, No. 3:16-cv-02267 (M.D. Tenn.)

Counsel:

We intend to contact Magistrate Frensley's chambers in the morning to schedule a conference requesting permission to withdraw our motion to compel further responses to plaintiff's interrogatories, and file a revised version after we've had the opportunity to meet and confer with you.

Specifically, while some aspects of our motion remain relevant, defendants' deposition testimony eliminates the need (or appropriateness) for defendants to supplement their interrogatory responses as to certain requests and raises multiple other issues including Rule 37 sanctions, such as preclusions of evidence and other additional relief.

Best,

Chris Wood
**Robbins Geller Rudman & Dowd LLP**
414 Union St., Suite #900
Nashville, TN 37219
Tel 615 244 2203 | Fax 615 252 3798

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**