# EXHIBIT N

# Eaton, Ellie (SF)

| | |
|---|---|
| **From:** | Eaton, Ellie (SF) |
| **Sent:** | Friday, August 21, 2020 12:49 |
| **To:** | SBloyd@rgrdlaw.com; Willow Radcliffe; Chris Wood; Dennis Herman; Jason Forge; CLyons@rgrdlaw.com; SMorris@rgrdlaw.com; KennyB@rgrdlaw.com |
| **Cc:** | Glennon, Brian (LA); Schindler, David (LA); Tomkowiak, Sarah (DC); Pettis, Eric (LA); Whitworth, Morgan (Bay Area); Grant, Meryn (LA); TMcGee@rwjplc.com; sriley@rwjplc.com |
| **Subject:** | Grae v. Corrections Corporation of America, No. 3:16-cv-02267 (M.D. Tenn) |
| **Attachments:** | 2020.08.21 David Garfinkle Verification.pdf; 2020.08.21 Damon Hininger Verification.pdf; 2020.08.21 Harley Lappin Verification.pdf |

Dear Counsel,

Please see attached Verifications for Defendants' Responses to Plaintiffs' Second Set of Interrogatories from:

1. Damon Hininger
2. Harley Lappin
3. David Garfinkle

Best,
Ellie

**Ellie Eaton**
Paralegal

**LATHAM & WATKINS LLP**
505 Montgomery Street | Suite 2000 | San Francisco, CA 94111-6538
D: +1.415.395.8811

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br>Magistrate Judge Jeffery S. Frensley<br><br>VERIFICATION FOR DEFENDANTS' RESPONSES TO PLAINTIFFS' SECOND SET OF INTERROGATORIES |

I, Harley G. Lappin, based upon my personal knowledge, verify under penalty of perjury that Defendants' Responses to Plaintiffs' Second Set of Interrogatories as served on June 24, 2020 are true and correct.

Executed this 21st day of August 2020.

_Harley G. Lappin_
Harley G. Lappin

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br>Magistrate Judge Jeffery S. Frensley<br><br>VERIFICATION FOR DEFENDANTS' RESPONSES TO PLAINTIFFS' SECOND SET OF INTERROGATORIES |

I, Damon T. Hininger, based upon my personal knowledge, verify under penalty of perjury that Defendants' Responses to Plaintiffs' Second Set of Interrogatories as served on June 24, 2020 are true and correct.

Executed this 21st day of August 2020.

_____
Damon T. Hininger

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>   vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>        Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br>Magistrate Judge Jeffery S. Frensley<br><br>VERIFICATION FOR DEFENDANTS' RESPONSES TO PLAINTIFFS' SECOND SET OF INTERROGATORIES |

      I, David M. Garfinkle, based upon my personal knowledge, verify under penalty of perjury that Defendants' Responses to Plaintiffs' Second Set of Interrogatories as served on June 24, 2020 are true and correct.

      Executed this _____ day of August 2020.

*David M. Garfinkle*
Digitally signed by David M. Garfinkle
DN: cn=David M. Garfinkle, o=CoreCivic, ou=Chief Financial Officer, email=david.garfinkle@corecivic.com, c=US
Date: 2020.08.21 08:34:10 -05'00'

David M. Garfinkle

# Eaton, Ellie (SF)

**From:** Eaton, Ellie (SF)
**Sent:** Friday, August 21, 2020 15:28
**To:** #C-M CORECIVIC SEC LIT - LW TEAM
**Subject:** FW: Grae v. Corrections Corporation of America, No. 3:16-cv-02267 (M.D. Tenn)
**Attachments:** 2020.08.21 Todd Mullenger Verification.pdf

---

**From:** Eaton, Ellie (SF)
**Sent:** Friday, August 21, 2020 15:27
**To:** 'SBloyd@rgrdlaw.com' <SBloyd@rgrdlaw.com>; 'Willow Radcliffe' <Willowr@rgrdlaw.com>; 'Chris Wood' <CWood@rgrdlaw.com>; 'Dennis Herman' <DennisH@rgrdlaw.com>; 'Jason Forge' <JForge@rgrdlaw.com>; 'CLyons@rgrdlaw.com' <CLyons@rgrdlaw.com>; 'SMorris@rgrdlaw.com' <SMorris@rgrdlaw.com>; 'KennyB@rgrdlaw.com' <KennyB@rgrdlaw.com>
**Cc:** Glennon, Brian (LA) <Brian.Glennon@lw.com>; Schindler, David (LA) <David.Schindler@lw.com>; Tomkowiak, Sarah (DC) <Sarah.Tomkowiak@lw.com>; Pettis, Eric (LA) <Eric.Pettis@lw.com>; Whitworth, Morgan (Bay Area) <Morgan.Whitworth@lw.com>; Grant, Meryn (LA) <Meryn.Grant@lw.com>; 'TMcGee@rwjplc.com' <TMcGee@rwjplc.com>; 'sriley@rwjplc.com' <sriley@rwjplc.com>
**Subject:** Grae v. Corrections Corporation of America, No. 3:16-cv-02267 (M.D. Tenn)

Dear Counsel,

Please see attached Verification for Defendants' Responses to Plaintiffs' Second Set of Interrogatories from Todd Mullenger.

Best,
Ellie

**Ellie Eaton**
Paralegal

**LATHAM & WATKINS LLP**
505 Montgomery Street | Suite 2000 | San Francisco, CA 94111-6538
D: +1.415.395.8811

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br>Magistrate Judge Jeffery S. Frensley<br><br>VERIFICATION FOR DEFENDANTS' RESPONSES TO PLAINTIFFS' SECOND SET OF INTERROGATORIES |

I, Todd J. Mullenger, based upon my personal knowledge, verify under penalty of perjury that Defendants' Responses to Plaintiffs' Second Set of Interrogatories as served on June 24, 2020 are true and correct.

Executed this 21 day of August 2020.

Todd J. Mullenger

*/s/ Todd J. Mullenger*