# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>Defendants. | Civil Action No. 3:16-cv-02267<br><br>Judge Aleta A. Trauger<br><br>Magistrate Judge Jeffery Frensley |

### DEFENDANTS' MOTION FOR ONE CONFIDENTIAL DOCUMENT RELATED TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DETERMINE THE SUFFICIENCY TO REMAIN UNDER SEAL

Pursuant to the Revised Stipulation and Protective Order entered in this case (Dkt. No. 86) (the "Protective Order"), Defendants respectfully request that the Court maintain the sealing of one document which Plaintiff filed in support of its Opposition to Defendants' Motion to Determine Sufficiency of Responses to CoreCivic's First Set of Requests for Admission (the "Opposition") (Dkt. No. 262).

The document at issue is a Contract Performance Assessment Report ("CPAR") which Plaintiff attached as Exhibit 2 to the Declaration of Jason A. Forge in Support of Plaintiff's Opposition (the "Forge Declaration") (Dkt. No. 263:2). This CPAR was generated by the Federal Bureau of Prisons ("BOP") and provided to CoreCivic by the BOP in connection with CoreCivic's

operation of a secure correctional facility. Importantly, the BOP labelled the CPAR as "Source Selection Information" pursuant to Federal Acquisition Regulation ("FAR") sections 2.101 and 3.104. The FAR, among other things, prohibits the public disclosure of source selection material.

CoreCivic marked the CPAR "Confidential" pursuant to the Protective Order and produced it to Plaintiff in discovery. Further, pursuant to the Stipulation and Order Amending Protective Order to Protect Source Selection Information (the "SSI Protective Order") (Dkt. No. 177), the parties and the BOP agreed that any source selection information submitted to the Court in connection with a motion shall be filed under seal. *See* SSI Protective Order ¶ 6. Given that, Defendants respectfully request that the Court maintain the sealing of the CPAR unless or until the BOP withdraws the source selection information designation. Defendants have no objection to the unsealing of Plaintiff's Opposition,[1] the Forge Declaration, or the Exhibits 1 and 3 to the Forge Declaration.

Accordingly, Defendants respectfully request that the Court grant this motion and maintain the sealing of Exhibit 2 to the Forge Declaration.

---

[1] Plaintiff's Opposition focuses exclusively on the information that the CPAR *does not* contain and therefore, Defendants believe does not reveal any confidential or sensitive information. *See* Opposition at 14-15.

DATED: August 24, 2020                Respectfully submitted:

  /s/ Steven A. Riley
Steven A. Riley (TN #6258)
Milton S. McGee, III (TN #024150)
RILEY WARNOCK & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
T: (615) 320-3700
F: (615) 320-3737
sriley@rwjplc.com
tmcgee@rwjplc.com

David J. Schindler (admitted *pro hac vice*)
Brian T. Glennon (admitted *pro hac vice*)
LATHAM & WATKINS LLP
355 South Grand Ave.
Los Angeles, CA 90071
T: (213) 485-1234
F: (213) 891-8763
david.schindler@lw.com
brian.glennon@lw.com

Morgan E. Whitworth (admitted *pro hac vice)*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
T: (415) 391-0600
F: (415) 395-8095
morgan.whitworth@lw.com

Sarah A. Tomkowiak (admitted *pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
T:  (202) 637-2335
F:  (415) 637-2201
sarah.tomkowiak@lw.com

*Attorneys for Defendants Corrections Corporation of America, Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger, and Harley G. Lappin*

Case 3:16-cv-02267   Document 287   Filed 08/24/20   Page 3 of 5 PageID #: 9543
- 3 -

# CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing document was made upon the following Filing Users through the Electronic Filing System:

Paul Kent Bramlett
Robert Preston Bramlett
BRAMLETT LAW OFFICES
40 Burton Hills Blvd., Suite 200
P.O. Box 150734
Nashville, TN 37215
pknashlaw@aol.com
robert@bramlettlawoffices.com

Jeremy A. Lieberman
J. Alexander Hood II
Marc C. Gorrie
POMERANTZ LLP
600 Third Ave., 20th Floor
New York, NY 10016
jalieberman@pomlaw.com
ahood@pomlaw.com
mgorrie@pomlaw.com

Jerry E. Martin
BARRETT JOHNSTON MARTIN & GARRISON, LLC
Bank of America Plaza
414 Union Street
Suite 900
Nashville, TN 37219
jmartin@barrettjohnston.com

Patrick V. Dahlstrom
POMERANTZ LLP
10 South La Salle St., Suite 3505
Chicago, IL 60603
pdahlstrom@pomlaw.com

Michael Goldberg
Brian Schall
GOLDBERG LAW PC
1999 Avenue of the Stars
Suite 100
Los Angeles, CA 90067
michael@goldberglawpc.com
brian@goldberglawpc.com

Christopher T. Cain
SCOTT & CAIN
550 W Main Avenue
Suite 601
Knoxville, TN 37902
cain@scottandcain.com

James A. Holifield , Jr.
HOLIFIELD JANICH RACHAL & ASSOCIATES, PLLC
11907 Kingston Pike
Suite 201
Knoxville, TN 37934
aholifield@holifieldlaw.com

| | |
|---|---|
| Christopher Hamp Lyons<br>Christopher M. Wood<br>ROBBINS GELLER RUDMAN<br>& DOWD LLP<br>414 Union Street<br>Suite 900<br>Nashville, TN 37219<br>clyons@rgrdlaw.com<br>cwood@rgrdlaw.com | Dennis J. Herman<br>Willow E. Radcliffe<br>Kenneth J. Black<br>ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>dennish@rgrdlaw.com<br>willowr@rgrdlaw.com<br>kennyb@rgrdlaw.com |

this 24th day of August, 2020.

                 /s/ Steven A. Riley
                 Steven A. Riley