# Exhibit A

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>DECLARATION OF CHRISTOPHER M. WOOD IN SUPPORT OF PLAINTIFF'S MOTION TO PRECLUDE DEFENDANTS FROM RELYING ON AN ADVICE OF COUNSEL DEFENSE |

**[ORIGINALLY FILED UNDER SEAL]**

I, CHRISTOPHER M. WOOD, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of Tennessee and this Court. I am a member of the law firm Robbins Geller Rudman & Dowd LLP, Lead Counsel for Lead Plaintiff and Class Representative Amalgamated Bank, as Trustee for the LongView Collective Investment Fund and the Class in the above-captioned action. This Declaration is made in support of Plaintiff's Motion to Preclude Defendants from Relying on an Advice of Counsel Defense. I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit 1: Transcript of Deposition of Patrick Swindle, Federal Rule of Civil Procedure 30(b)(6) witness, dated January 9, 2019 **[FILED UNDER SEAL]**;

Exhibit 2: Transcript of Deposition of Todd J. Mullenger, dated March 13, 2020 **[FILED UNDER SEAL]**;

Exhibit 3: Transcript of Deposition of Damon Hininger, Vol. II, dated July 30, 2020 **[FILED UNDER SEAL]**;

Exhibit 4: Transcript of Deposition of David Garfinkle, dated July 31, 2020 **[FILED UNDER SEAL]**;

Exhibit 5: Letter from Faraz R. Mohammadi to counsel for Plaintiff, dated May 22, 2018 **[UNSEALED]**;

Exhibit 6: Plaintiff's Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Latham & Watkins, LLP, dated May 22, 2020 **[UNSEALED]**;

Exhibit 7: Plaintiff's Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Bass, Berry & Sims PLC, dated May 22, 2020 **[UNSEALED]**;

Exhibit 8: Latham & Watkins, LLP's Objections and Responses to Plaintiff's Subpoena Duces Tecum, dated June 5, 2020 **[UNSEALED]**;

Exhibit 9: Bass, Berry & Sims, PLC's Objections and Responses to Plaintiff's Subpoena Duces Tecum, dated June 22, 2020 **[UNSEALED]**;

Exhibit 10: Letter from Kenneth J. Black to counsel for Defendants, dated May 26, 2020 **[UNSEALED]**;

- 2 -

| | |
|---|---|
| Exhibit 11: | Letter from Eric C. Pettis to counsel for Plaintiff, dated June 1, 2020 **[UNSEALED]**; |
| Exhibit 12: | Discovery document produced by Defendants, Bates No. CORECIVIC_1199855-CORECIVIC_1199886 **[UNSEALED]**; |
| Exhibit 13: | Defendant Corecivic, Inc.'s First Set of Requests for Admission to Plaintiff, dated March 18, 2020 **[UNSEALED]**; |
| Exhibit 14: | Letter from Willow E. Radcliffe to counsel for Defendants, dated May 16, 2018 **[UNSEALED]**; |
| Exhibit 15: | Transcript of Deposition of Cameron Hopewell, January 17, 2020 [**FILED UNDER SEAL**]; |
| Exhibit 16: | Transcript of Deposition of Damon Hininger, Vol. I, March 3, 2020 [**FILED UNDER SEAL**]; and |
| Exhibit 17: | Discovery document produced by Defendants, Bates No. CORECIVIC_0114064-CORECIVIC_1199886 **[UNSEALED]**. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 10th day of August, 2020, at Nashville, Tennessee.

                                                 s/ Christopher M. Wood
                                                 CHRISTOPHER M. WOOD

CERTIFICATE OF SERVICE

  I hereby certify under penalty of perjury that on August 10, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

        s/ Christopher M. Wood
        CHRISTOPHER M. WOOD

        ROBBINS GELLER RUDMAN
         &amp; DOWD LLP
        414 Union Street, Suite 900
        Nashville, TN 37219
        Telephone: 800/449-4900
        615/252-3798 (fax)

        E-mail: cwood@rgrdlaw.com

Cases\4822-6771-9879.v1-8/10/20
Case 3:16-cv-02267  Document 288-1  Filed 08/24/20  Page 5 of 7 PageID #: 9559

# Mailing Information for a Case 3:16-cv-02267 Grae v. Corrections Corporation of America et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Kenneth J. Black**
  kennyb@rgrdlaw.com

- **Paul Kent Bramlett**
  pknashlaw@aol.com

- **Robert P. Bramlett**
  robert@bramlettlawoffices.com

- **Christopher T. Cain**
  cain@scottandcain.com,ambrose@scottandcain.com

- **Patrick V. Dahlstrom**
  pdahlstrom@pomlaw.com

- **Jason A. Forge**
  jforge@rgrdlaw.com

- **Brian T. Glennon**
  brian.glennon@lw.com

- **Michael Goldberg**
  michael@goldberglawpc.com

- **Marc Gorrie**
  mgorrie@pomlaw.com

- **Meryn C.N. Grant**
  Meryn.Grant@lw.com

- **Dennis J. Herman**
  dherman@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **James A. Holifield , Jr**
  aholifield@holifieldlaw.com

- **J. Alexander Hood , II**
  ahood@pomlaw.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,lpvega@pomlaw.com

- **Christopher Hamp Lyons**
  clyons@rgrdlaw.com,crosini@rgrdlaw.com,KennyB@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jerry E. Martin**
  jmartin@barrettjohnston.com,adonovan@barrettjohnston.com,eseaborn@barrettjohnston.com,nchanin@barrettjohnston.com,jmartin@rgrdlaw.com,ggilbert@barrettjol

- **Milton S. McGee , III**
  tmcgee@rwjplc.com,dgibby@rwjplc.com

- **Faraz Mohammadi**
  faraz.mohammadi@lw.com

- **Willow E. Radcliffe**
  willowr@rgrdlaw.com,WillowR@ecf.courtdrive.com

- **Steven Allen Riley**
  sriley@rwjplc.com,dgibby@rwjplc.com

- **Brian Schall**
  brian@goldberglawpc.com

- **David J. Schindler**
  david.schindler@lw.com

- **Sarah A. Tomkowiak**
  sarah.tomkowiak@lw.com

- **Morgan E. Whitworth**
  morgan.whitworth@lw.com,morgan-whitworth-8044@ecf.pacerpro.com

- **Christopher M. Wood**
  cwood@rgrdlaw.com,smorris@rgrdlaw.com,CWood@ecf.courtdrive.com,willowr@rgrdlaw.com,e_file_sd@rgrdlaw.com,smorris@ecf.courtdrive.com

## Manual Notice List

Case 3:16-cv-02267    Document 288-1    Filed 08/24/20    Page 6 of 7 PageID #: 9560

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`