# EXHIBIT A

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>   vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>                    Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING ADVICE OF COUNSEL |

WHEREAS, this action was first filed on October 18 2016;

WHEREAS, Defendants have taken the position and represented to the Court that they will not and do not intend to assert an advice of counsel defense in this action;

WHEREAS, certain Defendants have asserted in response to interrogatories that they relied on the advice of in-house and outside counsel, as well as certain committees with lawyer representatives, in connection with the misstatements and omissions alleged in this action;

WHEREAS, Defendants have asserted privilege over documents pertaining to Defendants' public statements, as well as, *inter alia*, CCA's Disclosure Committee, Risk Committee, and Defendants' stock sales; and

WHEREAS, the Court conducted a telephonic hearing on June 2, 2020 and directed the parties to attempt to agree on a stipulation regarding the limitations on evidence and testimony regarding reliance on counsel;

NOW, THEREFORE, the Parties, through their undersigned attorneys and subject to the Court's approval, stipulate and agree to the following:

1. Defendants shall not assert, or introduce evidence or testimony, or elicit testimony from any witness, that any Defendant received, considered, or relied on the advice of Counsel[1];

2. Defendants shall not assert, or introduce evidence or testimony, or elicit testimony from any witness, that Counsel reviewed or approved Defendants' public disclosures or any alleged omissions during the Class Period;

---

[1] "Counsel," includes, but is not limited to, (i) any attorney or law firm providing any services to any Defendant; (ii) CCA's in-house Counsel; and (iii) any individual, such as Natasha Metcalf, whom any Defendant contends was assisting with legal advice.

3. Defendants shall not assert, or introduce evidence or testimony, or elicit testimony from any witness, that Counsel reviewed or approved Defendants' sales of CCA stock during the Class Period;

4. Defendants shall not make assertions, or introduce evidence or testimony, or elicit testimony from any witness, regarding their reasons for selling CCA stock during the Class Period;

5. Defendants shall not make assertions, or introduce evidence or testimony, or elicit testimony from any witness, regarding CCA's Disclosure Committee;

6. Defendants shall not make assertions, or introduce evidence or testimony, or elicit testimony from any witness, regarding CCA's Risk Committee;

7. Defendants shall not assert that they acted in good faith, and Defendants' Sixth Affirmative Defense (Good Faith) is stricken;

8. Defendants shall not assert, or introduce evidence or testimony, or elicit testimony from any witness, where the evidence or witness testimony was based on, considered, or relied on the advice of any individual or committee that received, considered, or relied on the advice of Counsel;

9. Defendants shall not assert, or introduce evidence or testimony, or elicit testimony from any witness, that they received, considered, or relied on any processes or procedures that included Counsel; and

10. This Stipulated Order is binding on the parties in connection with summary judgment, trial, and any appeal there from.

IT IS SO STIPULATED.

DATED: [Insert Date]   ROBBINS GELLER RUDMAN & DOWD LLP
CHRISTOPHER M. WOOD, #032977
CHRISTOPHER H. LYONS, #034853

_____
CHRISTOPHER M. WOOD

414 Union Street, Suite 900
Nashville, TN  37219
Telephone:  800/449-4900
615/252-3798 (fax)
cwood@rgrdlaw.com
clyons@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
DENNIS J. HERMAN
WILLOW E. RADCLIFFE
KENNETH J. BLACK
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
dennish@rgrdlaw.com
willowr@rgrdlaw.com
kennyb@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
JASON A. FORGE
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
jforge@rgrdlaw.com

Lead Counsel for Plaintiff

|  |  |
|---|---|
|  | BARRETT JOHNSTON MARTIN  & GARRISON, LLC<br>JERRY E. MARTIN, #20193<br>Bank of America Plaza<br>414 Union Street, Suite 900<br>Nashville, TN  37219<br>Telephone:  615/244-2202<br>615/252-3798 (fax)<br><br>Local Counsel |
| DATED:  [Insert Date] | RILEY WARNOCK & JACOBSON, PLC<br>STEVEN A. RILEY, #6258<br>MILTON S. McGEE, III, #024150<br><br>_____<br>MILTON S. McGEE, III<br><br>1906 West End Avenue<br>Nashville, TN  37203<br>Telephone:  615/320-3700<br>615/320-3737 (fax)<br><br>LATHAM & WATKINS LLP<br>DAVID J. SCHINDLER<br>BRIAN T. GLENNON<br>355 South Grand Avenue<br>Los Angeles, CA  90071<br>Telephone:  213/485-1234<br>213/891-8763 (fax)<br><br>LATHAM & WATKINS LLP<br>ANNA E. BERCES<br>MORGAN E. WHITWORTH<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA  94111<br>Telephone:  415/391-0600<br>415/395-8095 (fax)<br><br>Attorneys for Defendants Corrections Corporation of America, Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger and Harley G. Lappin |

\*   \*   \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____ _____
THE HONORABLE ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE