# EXHIBIT B

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING ADVICE OF COUNSEL |

WHEREAS, the Court conducted a telephonic hearing on June 2, 2020 and directed the parties to attempt to agree on a stipulation regarding the limitations on evidence and testimony regarding reliance on the advice of Counsel;

WHEREAS, Defendants have taken the position and represented to the Court that they will not and do not intend to assert an advice of Counsel defense in this action;

NOW, THEREFORE, the Parties, through their undersigned attorneys and subject to the Court's approval, stipulate and agree to the following:

1. Defendants will not advance advice of Counsel as a defense to any of the allegations in the Consolidated Complaint (ECF No. 57), or request that the Court instruct the jury on the advice of Counsel defense[1];

2. In the course of describing the process by which Defendants formulated their corporate disclosures, Defendants shall be permitted to present evidence or testimony that Counsel reviewed corporate disclosures and attended meetings where corporate disclosures were discussed; and

3. This Stipulated Order is binding on the parties in connection with summary judgment, trial, and any appeal therefrom.

IT IS SO STIPULATED.

DATED: [Insert Date]   ROBBINS GELLER RUDMAN & DOWD LLP
　　　　　　　　　　　CHRISTOPHER M. WOOD, #032977
　　　　　　　　　　　CHRISTOPHER H. LYONS, #034853

　　　　　　　　　　　_____
　　　　　　　　　　　CHRISTOPHER M. WOOD

---

[1] "Counsel," includes, but is not limited to, (i) any attorney or law firm providing any services to any Defendant; (ii) CCA's in-house Counsel; and (iii) any individual, such as Natasha Metcalf, whom any Defendant contends was assisting with legal advice.

414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 800/449-4900
615/252-3798 (fax)
cwood@rgrdlaw.com
clyons@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
DENNIS J. HERMAN
WILLOW E. RADCLIFFE
KENNETH J. BLACK
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
dennish@rgrdlaw.com
willowr@rgrdlaw.com
kennyb@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
JASON A. FORGE
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
jforge@rgrdlaw.com

Lead Counsel for Plaintiff

BARRETT JOHNSTON MARTIN
 & GARRISON, LLC
JERRY E. MARTIN, #20193
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2202
615/252-3798 (fax)

Local Counsel

DATED: [Insert Date]      RILEY WARNOCK & JACOBSON, PLC
STEVEN A. RILEY, #6258
MILTON S. McGEE, III, #024150

_____
       MILTON S. McGEE, III

1906 West End Avenue

Nashville, TN 37203
Telephone: 615/320-3700
615/320-3737 (fax)

LATHAM & WATKINS LLP
DAVID J. SCHINDLER
BRIAN T. GLENNON
355 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213/485-1234
213/891-8763 (fax)

LATHAM & WATKINS LLP
ANNA E. BERCES
MORGAN E. WHITWORTH
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415/391-0600
415/395-8095 (fax)

Attorneys for Defendants Corrections Corporation of America, Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger and Harley G. Lappin

\*     \*     \*

# O R D E R

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____    _____
THE HONORABLE ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE