# EXHIBIT C

# Executive

CORECIVIC_0005368



CCA
America's Leader in Partnership Corrections

**Damon Hininger**
President and Chief Executive Officer

**Andrea Wilcoxen**
Executive Assistant

**Tony Grande**
Chief Development Officer

**Harley Lappin**
Chief Corrections Officer

**Lucibeth Mayberry**
EVP, Real Estate

**Dave Garfinkle**
Chief Financial Officer

**Scott Craddock**
Corp. Ethics & Compliance Officer

**Scott Irwin**
General Counsel

**Steve Groom**
Special Counsel

**Kim White**
Chief Human Resources Officer



EXHIBIT
01

CONFIDENTIAL

# ETHICS & COMPLIANCE

**CCA®**
America's Leader in Partnership Corrections

```
Damon Hininger
President & CEO
    |
Scott Craddock
Corp. Ethics &
Compliance Officer
    |
    +---------------------------------------+
    |                                       |
Open                                   Tameka Smith
Sr. Director, Ethics &                 Sr. Director, Ethics
Compliance                             Compliance Assurance
    |
    +-----------------------+
    |                       |
Dean Weaver            Heather Baltz
Director, Ethics &     Director, Ethics &
Compliance Training    Compliance
```

# Partnership Development



CCA — America's Leader in Partnership Corrections

**Tony Grande**
Chief Development Officer

**Jamie Warren**
Executive Assistant

**Brad Regens**
VP, State Partnership Relations

**Brian Ferrell**
VP, Partnership Development

**Natasha Metcalf**
VP, Partnership Development

**Bart Verhulst**
VP, Federal/Local Partnership Relations

**Steve Owen**
Managing Director, Communications

**John Malloy**
Managing Director, Partnership Development

CORECIVIC_0005370

CONFIDENTIAL

Updated 1/6/2016

# Public Affairs and Communications



CORECIVIC_0005371

CONFIDENTIAL

Case 3:16-cv-02267    Document 290-3    Filed 08/24/20    Page 5 of 36 PageID #: 9614

# Partnership Development

CORECIVIC_0005372



**CCA**
America's Leader in Partnership Corrections

Brian Ferrell
VP, Partnership Development

Carlos Melendez
Managing Director, Partnership Development

Byron Brown
Director, Proposal Development

Michelle Barker
Sr. Director, Proposal Development

Tracy Bothwell
Manager, Proposal Development

Allison Kusch
Manager, Proposal Development

Open
Proposal Development Specialist

Open
Proposal Development Specialist

CONFIDENTIAL

# Partnership Contracts

CORECIVIC_0005373

Updated 3/22/2016

America's Leader in Partnership Corrections



Natasha Metcalf
VP, Partnership Development

Open
Director, Partnership
Development

Miriam Linville
Coordinator, Partnership
Development

CONFIDENTIAL

# State Partnership Relations



**Brad Regens**
Vice President, State Partnership Relations

**Elizabeth Zachry**
Coordinator, Partnership Relations

**Kelly Durham**
Managing Director, Partnership Relations

**William Barnow**
Sr. Director, Partnership Relations

**Jerry Lankford**
Sr. Director, Partnership Relations

**Andrea Evans**
Sr. Director, Partnership Relations

**Dan Kaman**
Sr. Director, Partnership Relations

**Open**
Sr. Director Partnership Relations

CCA

America's Leader in Partnership Corrections

Last Update 6/21/2016

CORECIVIC_0005374

CONFIDENTIAL

# Federal & Local Partnership Relations

Last Update 5/2/2016



CCA®
America's Leader in Partnership Corrections

Bart Verhulst
Vice President, Federal & Local Partnership Relations

Jeb Beasley
Managing Director, Partnership Relations

Kim Porter
Senior Director, Partnership Relations (ICE)

Tony Odom
Senior Director, Partnership Relations (USMS)

Jeremy Wiley
Managing Director, Partnership Relations

Chelsea Ivens
Manager, Government Relations

David Weed
Senior Director, Partnership Relations

Audrey Saleh
Senior Manager, Partnership Relations

Chuck Kupferer
Senior Director, Special Projects

CONFIDENTIAL

# CCA Operations

**CCA** — America's Leader in Partnership Corrections

CORECIVIC_0005376

```
                    Harley Lappin
              Chief Corrections Officer
```

- John Robinson, VP, Correctional Programs
- Michael Nalley, VP, Facility Operations
- Daren Swenson, VP, Facility Operations
- Steve Conry, VP, Facility Operations
  - William Dallus, Managing Director, Purchasing
- John Baxter, VP, Health Services
  - Donald White, Managing Director, Operations Support
- **Curtis Sullivan, President & Chief Manager Transcor**

CONFIDENTIAL

# BU I Operations

America's Leader in Partnership Corrections



Mike Nalley
VP, Facility Operations, BU I

Lisa Singer
Administrative Assistant

Keith Hall
Managing Director, Operations Div I

James Schomig
Managing Director, Operations Div II

Takiyah Cooper
Manager, Operations Support

Wardens
Div I

Wardens
Div II

CORECIVIC_0005377

CONFIDENTIAL

CORECIVIC_0005378



CONFIDENTIAL

# BU III Operations

CORECIVIC_0005379

CCA®
America's Leader in Partnership Corrections



CONFIDENTIAL

# HEALTH SERVICES

CORECIVIC_0005380

**America's Leader in Partnership Corrections** — CCA

Org chart:

- **John Baxter** — VP, Health Services
  - **Toni Smith** — Administrative Assistant

- **Keith Ivens** — Chief Medical Officer
  - **Wendy Ashe** — Director, Clinical Services
  - **Sarah Bock** — Practice Manager
  - **Joyce Hilt** — Administrative Assistant

- **Steve Merrill** — Chief Dental Officer
  - Regional Dental Director — TBA
  - Regional Dental Director — TBA

- **Dudley Terrell** — Sr. Director, Mental Health
- **Jason Hughes** — Project Coordinator
- **Bob Wankel** — Admin. Financial Srvcs Director
- **Tatia Hobbs** — Physician Recruiter
- **Amila Goodman** — Coordinator, Physician Recruitment

- **Steve Baxley** — Managing Director, Health Services
  - **Lynn Gray** — Manager, Workforce Management
  - **Jason Cope** — Regional Director
  - **Valerie Wengler, RN** — Regional Director
  - **Susan Montford** — Regional Director California Compliance
  - **Mary Price, RN** — Regional Director
  - **Karen Deloreto, RN** — Regional Director
  - **Patricia Sells** — Regional Director

CONFIDENTIAL

# Purchasing



**CCA**
America's Leader in Partnership Corrections

**William Dalius**
Managing Director, Purchasing

**Deborah Schumann**
Sr. Manager, Travel & Event Planning

**Jerry Wallace**
Director, Inventory & Supply Management

**Paul Hauser**
Director, Sourcing & Contracting

**Dawn Williams**
Director, Purchasing and Diversity Business Development

**Beth Clark**
Manager, Purchasing

**Diane Adkison**
Manager, Procurement & Supply Management

**Gary Parker**
Supply Management Systems Specialist

**Carlette Jones**
Manager, Procurement & Supply Management

**Roald Humphrey**
Activation Team Member

**Pat Wakefield**
Buyer

**Dawn Pilot**
Buyer

**Julie Pinkerton**
Buyer

**Amy Banks**
Buyer

Last Update 8/2/2016

CORECIVIC_0005381

CONFIDENTIAL

# Operations Support and Programs



CORECIVIC_0005382

CONFIDENTIAL

# Operations Support

America's Leader in Partnership Corrections



**Donald White**
Managing Director,
Operations Support

**Nadia Khalid**
Coordinator,
Operations Support

**John Gimesh**
Sr. Director,
Food Services

**Jeffrey Boudreau**
Manager, Food
Services

**Ligier Mallamas**
Director, Commissary

**Ronald Kokotan**
Director, Operations
Support

**Ladawna Tucci**
Supervisor, Treasury

**Teresa Dejarnett**
Coordinator, Treasury

**Theresa Smith**
Director,
Operations Support

**Trever Kerr**
Director,
Operations Support

**Roseann Montanary**
Director,
Operations Support

**Sheryl Richardson**
Sr. Director, Safety
& Environmental

**Barry Robertson**
Director, Safety

**Crystal Broach**
Safety Support
Specialist

Last Update 8/30/2016

CORECIVIC_0005383

CONFIDENTIAL

# Real Estate

**CCA**
America's Leader in Partnership Corrections

Ludketh Mayberry
Executive Vice President,
Real Estate

- Susie White
  Corporate Facility
  Director

- Marcela Arista
  Managing Director,
  Project Development

- Amanda Lester
  Sr. Director, Real Estate
  Finance

- Lance Couch
  Managing Director,
  Design & Construction

- Scott Whitson
  Managing Director, Facility
  Management & Maintenance

Last Update 4/18/2016

R-4

CONFIDENTIAL







Last Update 4/18/2016

CONFIDENTIAL    CORECIVIC_0005385

# Corporate Facility Management



Suzie White
Corporate Facility Director

Michael Miller
Security Guard

Garret Sullivan
Maintenance Coordinator

Kim Fox
Office Manager

Steve Beckner
Mail Services Coordinator

Open
Office Services Clerk

CCA
America's Leader in Partnership Corrections

Last Update 8/15/2016

CORECIVIC_0005386

CONFIDENTIAL

# Finance



**CCA®**
America's Leader in Partnership Corrections

Dave Garfinkle
Chief Financial Officer

Daria McAllister
Executive Assistant

John Pfeiffer
VP, Technology & Chief Information Officer

Brian Hammonds
VP, Finance & Controller

Patrick Swindle
VP, Treasury & Strategic Development

Cameron Hopewell
Managing Director, Investor Relations

CONFIDENTIAL

# Finance Payroll



CORECIVIC_0005388

CONFIDENTIAL

Last Update 7/19/2016

America's Leader in Partnership Corrections

**Brian Hammonds**
VP, Finance & Controller

**Jackson Lowery**
Managing Director, Finance

**Jay Brown**
Director, Worker's Compensation

**Open**
Director, Payroll

**Melissa Morrison**
Payroll Specialist

**Mark Demonbreun**
Payroll Analyst

**Terry Peaks**
Manager, Payroll

**Leslie Groves**
Coordinator, Payroll Processing

**Open**
Coordinator, Payroll Processing

**Kimberly Heuman**
Sr. Coordinator, Payroll Processing

**Mary Massie**
Coordinator, Payroll Processing

**La Chiara Landrum**
Coordinator, Payroll Processing

**Sarah Hartt**
Coordinator, Payroll Processing

# Finance Accounting



**CCA** — America's Leader in Partnership Corrections

- Brian Hammonds — VP Finance & Controller
  - John Paul Wooden — Managing Director, Accounting & Tax
    - Open Corporate Accountant
      - Peggy Hinton — Sr. Accountant, Fixed Assets
    - Ryan McCutcheon — Sr. Director, Accounting
      - Jami Barnsley — Manager, Facility Accounting
      - Ashley Kennedy — Manager, Facility Accounting
        - Pamela Godbolt — Bookkeeper
      - Barbara Holt — Bookkeeper
      - Marissa Carter — Manager, Facility Accounting
      - Rashawanda Glover — Manager, Facility Accounting
        - Deborah Gilbertson — Bookkeeper
  - Clinton Jaggers — Sr. Director, Financial Reporting
  - Susie Simmons — Managing Director, Accounting
    - Judith Williams — Sr. Manager, Inmate Trust
      - Wendy Binkley — Coordinator, Inmate Trust (Lead)
      - Dawn Jobert — Coordinator, Inmate Trust (Lead)
      - Open — Coordinator, Inmate Trust
      - Yasmin Merida — Coordinator, Inmate Trust
      - Lisa Howell — Coordinator, Inmate Trust
    - Diane Somers — Coordinator, Accounting
      - Vicky Howell — Coordinator, Accounts Payable (Lead)
      - April Parrish — Coordinator, Accounts Payable (Lead)
    - Brenda Ball — Director, Accounts Payable
      - Marie Bumbalough — Supervisor, Accounts Payable
        - Lisa Cantrell — Coordinator, Accounts Payable
        - Sharon Wainscott — Coordinator, Accounts Payable
        - Deborah Mathis — Coordinator, Accounts Payable
        - Carol Uselton — Coordinator, Accounts Payable (Medical)
      - Debbie Robinson — Supervisor, Accounts Payable
        - Christine Mathers — Coordinator, Accounts Payable
        - Kristi Davidson — Coordinator, Accounts Payable
        - Linda Clouse — Coordinator, Accounts Payable
        - Agustina Sanger — Coordinator, Accounts Payable
        - Lisa Davis — Administrative Clerk

CORECIVIC_0005389

CONFIDENTIAL



# Treasury & Strategic Development

CORECIVIC_0005390

Last Update 8/15/2016

**Patrick Swindle**
V/P, Treasury & Strategic Development

**Tony Miller**
Sr. Director, Financial Planning & Analysis

**Erik Rasmussen**
Managing Director, Strategic Development

**Tess Mazzoline**
Director, Mergers & Acquisitions

**Michael Ayers**
Sr. Director, Continuous Improvement

**Michael Grant**
Director, Mergers & Acquisitions

**Alex Sherling**
Sr. Director, Contract Pricing & Valuation

**Nicholas McKinney**
Director, Financial Planning

**Amy Fuqua**
Director, Revenue & Cash Cycle

**Dayna Knox**
Manager, Revenue & Cash Cycle

**Open**
Sr. Coordinator, Treasury

**Sean Hardie**
Sr. Coordinator, Treasury

CCA
America's Leader in Partnership Corrections

CONFIDENTIAL

# Technology
# Data Services

CCA®
America's Leader in Partnership Corrections

**John Pfeiffer**
VP & Chief Information Officer

**Susan Johnson**
Administrative Assistant

**Linda Scritchfield**
Managing Director, Data Services

**Linda Benton**
Senior Director, Business Systems Support

**John Shaw**
Senior Director, Data Services

### Business Systems Support (Linda Benton)

- **Ann Hall** — Manager, Health Informatics
  - **Richard Dickson** — Business Systems, Team Lead
- **Tom Masters** — Sr. Business Systems Administrator
  - **Francis Borbe** — Business System Analyst
- **Jeremy Smith** — Sr. Business Systems Administrator
  - **Julia Jones** — Sr. Business System Analyst
- **Shecoyia Cockrill** — Business Systems Administrator
  - **Michael Rohr** — Sr. Business Systems Administrator
  - **Lisa Crum** — Business System Analyst

### Data Services (John Shaw)

- **Pinjakan Sachithananthan** — Sr. Database Administrator
  - **Paul Mayberry** — Information Architect
- **Krish Ullur** — Sr. Database Administrator
  - **Shaun Sisk** — Sr. Database Administrator
- **Shelley Gazaway** — Sr. Software Testing Engineer
  - **Open** — Associate Cognos Developer
- **Guillermo Mejia** — Developer, JAVA
  - **Chad Gill** — Director, Applications Development
    - **Bradley Brandon** — Assoc. Developer, JAVA
- **Open** — Sr. Developer, JAVA

### System Administration

- **Scott Gray** — Manager, System Administration
- **Kim Robinson** — Sr. ERP System Administrator
- **Open** — Sr. Business Systems Administrator
- **Ward Haines** — Business Systems Administrator
- **Dennis Moore** — Sr. Business Systems Administrator - EAM
- **Cody Moffett** — Sr. Business Systems Administrator - CCA Net
- **Open** — Sr. Business Systems Administrator - Intranet
- **Triston Maye** — Business Systems Administrator, LMS

### ERP Applications

- **James Shamblin** — Senior Director ERP Applications
- **David Koch** — ERP Analyst
- **Trudy Nestor** — ERP Analyst
- **Carolyn Watson** — ERP Analyst
- **Leatha Elrod** — Sr. ERP Developer
- **Christine Keenan** — Sr. ERP Developer

Last Update 8/30/2016

CONFIDENTIAL

# Technology
# Enterprise Operations

CORECIVIC_0005392

**CCA**
America's Leader in Partnership Corrections

**John Pfeiffer**
Vice President, Technology and Chief Information Officer

**Helen Baker**
Technology Admin. Coordinator

**William Dubray**
Managing Director, Enterprise Technology

**Mick Ryan**
Sr. Director, Network, Security & Ent Engineering

**Jeff Cantrell**
Senior Director, Program Management

## Mick Ryan reports:

| | |
|---|---|
| **Aaron Bruch** Sr. Enterprise Engineer | **Eric Hinson** Sr. Network Infrastructure Engineer |
| **Aaron Meinders** Sr. Enterprise Engineer | **Gary Shaw** Network Infrastructure Engineer |
| **Steven Burk** Sr. Enterprise Engineer | **Brian Kennedy** Sr. Network Security Engineer |
| **Regina Rhyne** Enterprise Engineer | **Keith Drake** Network Infrastructure Engineer |
| **Patrick Fitzhugh** Enterprise Engineer | **Jeffrey Smith** Sr. Enterprise Engineer |
| **Michael Rasmusson** Network Security Engineer | |

## Jeff Cantrell reports:

**Joseph Harrell**
Sr. A/V Systems Engineer

**Jason Egnatic**
Sr. A/V Systems Engineer

**James Erwin**
A/V Systems Engineer

**Nathan Crandall**
Sr. A/V Systems Engineer

**Bridget Mason**
Telecom Engineer

**Herbert Hall**
Telecom Analyst

**David Brown**
Sr. Telecom Engineer

CONFIDENTIAL

# Technology
# Customer Services



**John Pfeiffer**
Vice President, Technology
and Chief Information Officer

**Susan Johnson**
Administrative
Assistant

**Rob Jett**
Sr. Director, Technology
Services

**Arthur Acuna**
Senior Field
Engineer

**Daniel Conney**
Senior Field
Engineer

**Gabe Terrell**
Senior Field
Engineer

**Josh Shemwell**
Senior Field
Engineer

**Bryan Tarpley**
Field Tech

**Philip Denny**
Sr. Systems
Specialist

**Open**
Sr. Systems
Specialist

**Glen Cartwright**
Sr. Systems
Specialist

**Robert Rigsby**
Sr. Systems
Specialist

**Grant Clasby**
Sr. Systems
Specialist

**Billy Vandergriff**
Systems Specialist

America's Leader in Partnership Corrections

CORECIVIC_0005393

CONFIDENTIAL

CORECIVIC_0005394

# Technology
# Program Management



**John Pfeiffer**
Vice President, Technology and
Chief Information Officer

**Harold Shannon**
Managing Director,
Program Management

**Roger Woolett**
Senior Director,
Program Management

**Open**
Director, Program
Management

**David Hodge**
Senior Director,
Program Management

**Rob Gabbert**
Director, Program
Management

**Open**
Project
Administrator

America's Leader in Partnership Corrections

Last Update 7/12/2016

CONFIDENTIAL

# General Counsel



**Scott Irwin**
General Counsel

**Ann Parker**
Sr. Director, Litigation & Risk Management

**Mike Quinlan**
Sr. VP, Quality Assurance

**Sanders Lowery**
Assistant General Counsel, Labor & Employment

**Susan Lindsey**
Assistant General Counsel, Labor & Employment

**Dianna Shew**
Assistant General Counsel

**Jean Shuttleworth**
Assistant General Counsel, Contracts

**Stacey Cason**
Assistant General Counsel, Contracts

**Cole Carter**
Associate General Counsel, Operations

**Don Murray**
Managing Director, Quality Assurance

America's Leader in Partnership Corrections

Last Update 7/12/2016

CORECIVIC_0005395

CONFIDENTIAL

# Legal



America's Leader in Partnership Corrections

Scott Irwin
General Counsel

Cole Carter
Associate General
Counsel, Operations

Tom Shaw
Assistant General
Counsel (Litigation)

Amy Garner
Director, Policy &
Procedures

Sherri Darden
Coordinator, Policy
& Procedures

Melaney Langford
Coordinator, Policy
& Procedures

Open
Manager, Policy &
Procedures

Pam Howell
Manager, Policy &
Procedures

Stacey Cason
Assistant General
Counsel, Contracts

Jean Shuttleworth
Assistant General
Counsel, Contracts

Rebecca Holliday
Senior Paralegal

Dianna Shew
Assistant General
Counsel

Stephanie Parker
Manager, Ethics
Investigations

Norman Lau
Sr. Director,
Investigations

Gordon Harpe
Regional Investigator

Frank Perrin
Regional Investigator

John Mills
Regional Investigator

Sondra Pedigo
Regional Investigator

Mike Quinlan
Sr. VP, Quality
Assurance

Sanders Lovery
Assistant General
Counsel, Labor &
Employment

Susan Lindsey
Assistant General
Counsel, Labor &
Employment

Alice Lovell
Sr. Manager, EEOC
Compliance

Ann Parker
Sr. Director, Litigation
& Risk Management

Kelly Atwood
Sr. Litigation
Paralegal

Cheryl-Lyn Dunker
Sr. Litigation
Paralegal

Teresa Marlow
Administrative
Assistant

CORECIVIC_0005396

CONFIDENTIAL

# Quality Assurance



America's Leader in Partnership Corrections

**Don Murray**
Managing Director,
Quality Assurance

**Ward Cullum**
Director, QA Systems &
Compliance

**Keith Knudsen**
Sr. Manager, QA
Systems & Compliance

**Scott Ellis**
Sr. Director, Contract
Compliance

**Theresa Driskell**
Manager, Audit
Compliance

**Linda Vandever**
Senior Manager,
Corrective Action &
Compliance

**Kevin Szathmary**
Director, Contract
Compliance

**Kathleen Love**
Director,
Operational Audits

**Donald Bams**
Manager, Security
Audits

**James Boyette**
Manager, Health
Services Audits

**Vicki Hinkle**
Manager, Human
Resources & Training
Audits

**Rodel Leyba**
Manager, Health
Services Audits

**Richard Anthony**
Manager, Maintenance
Audits

**Steve Morris**
Director,
Operational Audits

**Victor Orsolits**
Manager, Security
Audits

**Samuel Ussery**
Manager, Security
Audits

**Iris Guzman**
Manager, Human
Resources & Training
Audits

**David Mace**
Manager, Maintenance
Audits

**Contract Auditors**

Last Update 6/9/2016

CORECIVIC_0005397

CONFIDENTIAL

# Human Resources
## Learning and Development



**Kim White**
Chief Human Resources Officer

**David Churchill**
VP, Human Resources

**Ben Elrod**
Managing Director, HR

**Jeff Rainey**
Managing Director, Employee Relations

America's Leader in Partnership Corrections

CONFIDENTIAL



# Human Resources
## Learning and Development

**Kim White** — Chief Human Resources Officer

**Darla McAllister** — Executive Assistant

**David Churchill** — VP, Human Resources

**Kathy Mazowieski** — Coordinator, HR & Training

**Allen Rachaphoumy** — Sr. Director, CCA University

**Sharia Newsom** — Coordinator, Talent Management & CCAU

**Stephen Kaiser** — Managing Director, Facility Human Resources

**Jackie Fisher** — Administrative Assistant

**Lisa Cecil** — Director, Instructional Design

**Open** — Sr. Director, Learning & Development

**Stacey Snyder** — Manager, Facility Training

**Michael Hunter** — Manager, Tactical & Emergency Training

**Donelle Harris** — Manager, Facility Training

**Jessica Packwood** — Manager, Facility Training

America's Leader in Partnership Corrections

Last Update 7/12/2016

CORECIVIC_0005399

CONFIDENTIAL



Human Resources
Compensation, Benefits
and Compliance

Last Update 8/2/2016

Kim White
Chief Human Resources Officer

Ben Elrod
Managing Director, HR

**Compensation, Benefits and Compliance**

Rita Sadler
Manager, Human Resources

Trish Barnard
Sr. Director, Compensation

Lisa Alden
Director, Compensation

Brannon Cox
Coordinator, Compensation

Dina Odom
Compensation Analyst

Jamise Seery
Compensation Analyst, PT

Michelle Burleson
Sr. Director, Employee Benefits

Felisha Walker
Benefits Analyst

Brandy Gothard
Benefits Analyst, PT

Deidra Baldwin
Manager, Employee Benefits

Coma McClain
Supervisor, Employee Benefits

Kendra Dotson
Coordinator, COBRA

Dorothy Beasley
Coordinator, Employee Benefits

Carol Beene
Coordinator, Employee Benefits

Shannon Pooler
Coordinator, Employee Benefits

Jennifer Mosley
Manager, Retirement Benefits

Brenda Horton
Coordinator, Retirement Benefits

Amy Noel
Coordinator, Retirement Benefits

Lisa Summers
Coordinator, Retirement Benefits

Margaret Houston
Administrative Assistant

Andrea Cooper
Sr. Director, HR Compliance

Stacey Darron
HR Compliance Analyst

Debbie Williams
Sr. Manager, HR Compliance

Pam Watson
Coordinator, HR Compliance

Crystal Geiger
Coordinator, HR Compliance

Tiffany Wardlow
Sr. Manager, HR Compliance

Sonya Hollingsworth
Supervisor, Data Entry Services

Tracy Brown
Coordinator, HR Compliance

Julie Owen
Coordinator, HR Compliance

Jamia Crutcher
Coordinator, HR Compliance

CCA®
America's Leader in Partnership Corrections

CONFIDENTIAL

CORECIVIC_0005400

# Human Resources
# Talent Management



CORECIVIC_0005401

Last Update 7/19/2016

**CCA** America's Leader in Partnership Corrections

Kim White
Chief Human Resources Officer

David Churchill
VP, Human Resources

Nick Tompkins
Managing Director, Talent Acquisition & Management

Wendy Gardner
Sr. Director Talent Acquisition

Lisa Wiedenhoeft
Supervisor, Recruiting Services

Aretha Tanner
Coordinator, Recruiting

Denise Cramer
Coordinator, Recruiting

Rawnuk Amedi
Coordinator, Recruiting

Open
Coordinator, Recruiting

Steven Scott
Recruiter

Cynthia McClimate
Medical Recruiter

Open
Recruiter

Mallory Ross
Recruiter

Nicole Sutton
Recruiter

Jessica Downing
Recruiter

Amber Brown
Recruiter

Shanta Jackson
Recruiter

Mary Ann Jackson
Director, Organizational Development

Sahar MirRasekhian
Manager, Leadership Selection

Aaron Shelton
Manager, HR Support

Chanok Carraway
HR Generalist

Lisa Hollis
HR Generalist

Sheila Taylor
HRIS Director

Open
Manager, HRIS

Open
Sr. System Admin., HRIS

Open
Sr. Business Analyst

Open
ERP Analyst, Kronos

Open
ERP Analyst, JDE

CONFIDENTIAL

# Human Resources
## Employee Relations



CCA
America's Leader in Partnership Corrections

Last Update 7/19/2016

CORECIVIC_0005402

CONFIDENTIAL