# EXHIBIT G

Grae vs. Corrections
Corporation of America, et al.

Videotaped Deposition of
CAMERON HOPEWELL
January 17, 2020
***CONFIDENTIAL***



```
 1          IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF TENNESSEE
 2

 3

 4   NIKKI BOLLINGER GRAE, Individually
     and Behalf of All Others Similarly
 5   Situated,

 6                         Plaintiff,
     vs.                                        CASE NO.
 7                                              3:16-CV-02267
     CORRECTIONS CORPORATION OF
 8   AMERICA, et al.,

 9                         Defendants.

10

11

12

13                      CONFIDENTIAL

14       VIDEO DEPOSITION OF CAMERON HOPEWELL

15                  Nashville, Tennessee

16                   January 17, 2020

17

18

19

20   Reported by:

21   Elisabeth A. Miller Lorenz

22   RMR, CRR, LCR No. 66

23

24   Job No.: 10064036

25
```

```
 1        IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF TENNESSEE
 2

 3

 4   NIKKI BOLLINGER GRAE, Individually
     and Behalf of All Others Similarly
 5   Situated,

 6                     Plaintiff,
     vs.                                    CASE NO.
 7                                          3:16-CV-02267
     CORRECTIONS CORPORATION OF
 8   AMERICA, et al.,

 9                     Defendants.
```

17         Video deposition of CAMERON HOPEWELL was

18   taken on behalf of Plaintiff, at Riley, Warnock &

19   Jacobson, 1906 West End Avenue, Nashville,

20   Tennessee, beginning at 10:01 a.m., and ending at

21   1:10 p.m., on Friday, January 17, 2020, before

22   Elisabeth A. Miller Lorenz, RMR, CRR, and LCR No.

23   66.

Page 2
www.aptusCR.com
Case 3:16-cv-02267   Document 290-7   Filed 08/24/20   Page 4 of 8 PageID #: 9679

1              P R O C E E D I N G S

2              THE VIDEOGRAPHER: Good morning. We
3  are now on the record. Today is January 17th, 2020.
4  The time is approximately 10:01 a.m.

5              This is the video deposition of
6  Cameron Hopewell; being taken in the matter of Grae
7  versus CCA on behalf of the plaintiff; pending in
8  the United States District Court for the Middle
9  District of Tennessee; Case No. 3:16-CV-02267.

10             We are here at Riley Warnock, 1906 West
11 End Avenue in Nashville, Tennessee.

12             My name is David Drumel. I'm the
13 videographer with Aptus Court Reporting.

14             Will counsel please identify yourselves
15 and state whom you represent.

16             MR. WOOD: Christopher Wood, Robbins
17 Geller, on behalf of plaintiff and the class.

18             MR. LYONS: Chris Lyons, Robbins Geller
19 Rudman & Dowd, on behalf of plaintiff and the class.

20             MR. WHITWORTH: Morgan Whitworth of
21 Latham & Watkins on behalf of defendants and the
22 witness.

23             MR. McGEE: Trey McGee, Riley Warnock &
24 Jacobson, on behalf of the witness and defendants.

25             THE VIDEOGRAPHER: Thank you.

1  The court reporter today is
2  Elisabeth Lorenz, and she may now swear in the
3  witness.
4                       * * *
5                  CAMERON HOPEWELL
6  was called as a witness, and after having been first
7  duly sworn, testified as follows:
8                  E X A M I N A T I O N
9  BY MR. WOOD:
10 **Q      Good morning, Mr. Hopewell.**
11 A      Morning.
12 **Q      Have you had your deposition taken before?**
13 A      No.
14 **Q      I'm sure your lawyers went over some of the**
15 **logistics, but just to perhaps reemphasize those.**
16 **        It's important that we have a clear record**
17 **for the court reporter, so if you let me finish my**
18 **question before you answer, and I will let you**
19 **finish your answer before I ask you a new question.**
20 **        Okay?**
21 A      Uh-huh.
22 **Q      It's also important that you answer verbally**
23 **with yes or no, whatever your answer is, rather than**
24 **head shakes or uh-huhs, because it's hard for the**
25 **court reporter to pick that up.**

Cameron Hopewell                    Confidential         Grae vs. Corrections
                                                        Corporation of America, et al.

1  there's any reason to expand on that.  It's a
2  requirement, so that's what you do.  That's what I'm
3  charged with doing.
4  **Q      Well, it helps investors to value a company,**
5  **right?  If they have accurate information; is that**
6  **fair?**
7  A      That's one component of -- of valuing a
8  company, yes.
9             MR. WOOD:  I don't know why I do this.
10 Sometimes I put the exhibit sticker on my copy of
11 the...
12            (Marked Exhibit No. 173.)
13 BY MR. WOOD:
14 **Q      I'm passing you what's been marked as**
15 **Exhibit 173.**
16         **You mentioned the disclosure committee a**
17 **little bit earlier.**
18 A      Uh-huh.
19 **Q      What is the disclosure committee?**
20 A      It is a collection of -- of leadership at
21 the company from all various groups, so HR,
22 government relations, finance, real estate,
23 operations, health services, all -- all those folks
24 that -- that lead those various areas.
25            And it's charged -- it's -- it's a -- the

Page 22
www.aptusCR.com
Case 3:16-cv-02267   Document 290-7   Filed 08/24/20   Page 7 of 8 PageID #: 9682

```
 1              I, the undersigned, a Licensed Court
 2   Reporter of the State of Tennessee, do hereby
 3   certify:
 4              That the foregoing proceedings were
 5   taken before me at the time and place herein set
 6   forth; that any witnesses in the foregoing
 7   proceedings, prior to testifying, were duly sworn;
 8   that a record of the proceedings was made by me
 9   using machine shorthand, which was thereafter
10   transcribed under my direction; that the foregoing
11   transcript is a true record of the testimony given.
12              Further, that if the foregoing pertains
13   to the original transcript of a deposition in a
14   federal case, before completion of the proceedings,
15   review of the transcript [ X ] was [ ] was not
16   requested.
17              I further certify I am neither
18   financially interested in the action nor a relative
19   or employee of any attorney or party to this action.
20              IN WITNESS WHEREOF, I have this date
21   subscribed my name.
22   Dated: January 31, 2020
23   _____
24              Elisabeth A. Miller Lorenz
25              RMR, CRR, LCR No. 66
```