# EXHIBIT H

| | |
|---|---|
| **From:** | Craddock, Scott |
| **Sent:** | Thursday, August 1, 2013 4:21 PM |
| **To:** | Hammonds, Brian; Hininger, Damon; Demler, Karin; Garfinkle, David; Grande, Tony; Mayberry, Lucibeth; Mullenger, Todd; Conry, Steven; Verhulst, Bart; Regens, Brad; Swindle, Patrick; Groom, Steve; Swenson, Daren; Baxter, John; Lappin, Harley; Day, Brian; Robinson, John; MURRAY, Don |
| **Cc:** | Mcallister, Darla; Wilcoxen, Andrea |
| **Subject:** | Disclosure Committee - Form 10-Q Review - Agenda and Draft May Minutes |
| **Attachments:** | Discl Comm Minutes_05-03-13_Draft.doc; Agenda_8-02-13 10-Q.docx |

I have attached an agenda for tomorrow's meeting and draft minutes from the committee's May meeting.

With regard to the May meeting, in order to confirm attendance at the meeting, please respond to this e-mail to confirm whether you were (YES) or were not (NO) in attendance.

Thank you,

Scott



Case 3:16-cv-02267    Document 290-8    Filed 08/24/20    Page 2 of 6 PageID #: 9685
CONFIDENTIAL                                                                            CORECIVIC_0390281

**Corrections Corporation of America**
**Disclosure Committee**
**Review Meeting Agenda**
**August 2, 2013 – 10-Q**

- Meeting minutes (Steve Groom)
    - May
- 10-Q Review (Dave Garfinkle / Brian Hammonds)
- Evaluation of controls effectiveness (Steve Groom)
    - According to your specific area of responsibility and / or expertise within the Company, are there any material items omitted in the document which you believed should be included or, alternatively, to your knowledge, are the descriptions of material items in the document complete and accurate?
    - Have you identified any area of particular risk and sensitivity that requires special care?
    - Have draftspersons (i) had access to necessary information, meetings and records; (ii) substantiated information not derived from the company's financial reporting package; (iii) elevated to management and/or the Committee areas of significant or potentially significant disclosure risk and potential disclosures for which a materiality determination is required; and (iv) completed review process by designated reviewers (internal and external)?
    - Have you identified any material weaknesses in the Committee's disclosure controls and procedures, i.e., (i) should other participants be included in the review; (ii) has sufficient time been allowed to ensure issues discussed and resolved in a thoughtful manner; and (iii) have you had access to all necessary information and/or documents needed to conduct your review?
- Earnings Press Release Review (Karin Demler)
- Other business

CONFIDENTIAL                                                                                               CORECIVIC_0390282

# Minutes of the Meeting of the Disclosure Committee of Corrections Corporation of America

May 3, 2013

Pursuant to notice duly given, a meeting of the Disclosure Committee (the "Committee") for Corrections Corporation of America (the "Company"), was held at 2:00 p.m., local time, on Friday, May 3, 2013. The Committee members indicated on Exhibit A were in attendance. Steve Groom chaired the meeting and recorded these minutes.

Mr. Groom called the meeting to order and noted that a quorum was present, after which he referred to the agenda and other documents contained in the materials distributed to the Committee for the meeting. He asked the members to consider the minutes of the Committee meeting held on February 19, 2013. Upon motion duly made and seconded, the minutes were approved.

Mr. Groom then directed the Committee's attention to the draft Quarterly Report on Form 10-Q ("Form 10-Q") for the quarter ended March 31, 2013, a copy of which previously was provided to the Committee members for review. He asked Mr. Garfinkle to report on the status of the Form 10-Q. Mr. Garfinkle did so and noted changes made since the version circulated to the Committee members, after which he highlighted certain portions of the document which had been identified as requiring additional input or as being of particular risk or sensitivity. Discussion focused primarily on disclosures in the MD&A section of the 10-Q relating to facility and government partner contract matters, the Company's recent REIT conversion and recent refinancing transactions. Mr. Garfinkle also reported on the receipt by him and Mr. Hammonds of comments from Committee members who were not in attendance, and confirmed that a response had been received from each such member.

Following discussion, Mr. Groom referred to the disclosure controls questions on the agenda and asked each Committee member whether he or she had identified any material omissions or potentially misleading statements in the Form 10-Q. Each member responded and additional discussion ensued concerning various portions of the document as well as disclosure obligations with respect to the Company's evaluation of a REIT structure. Mr. Garfinkle indicated that revisions to the document would be made consistent with the discussion and noted certain items for follow up.

Next, Mr. Groom directed the members to the questions in the meeting agenda relating to the Committee's quarterly review of the effectiveness of the Company's disclosure controls. He again referred the members to the meeting agenda, which included questions about the disclosure controls, *i.e.*, whether any areas of particular risk or sensitivity had been identified that required Committee attention, whether issues not included within the report had been brought to their attention and whether any material weaknesses in the disclosure controls and procedures had been identified. No member raised concerns about the effectiveness of the disclosure controls and procedures.

Draft

CONFIDENTIAL

CORECIVIC_0390283

Mr. Groom then turned the Committee's attention to the draft earnings press release, which also had been distributed to the Committee members in advance of the meeting. Ms. Demler noted certain items in the release and discussed management's decision making process with respect to those items. Discussion ensued regarding the press release.

At this time, Mr. Groom asked if there were other matters to come before the full Committee. There being none, the meeting was adjourned.

_____
Steve Groom
Chair of the Committee

CONFIDENTIAL
Case 3:16-cv-02267   Document 290-8   Filed 08/24/20   Page 5 of 6 PageID #: 9688
CORECIVIC_0390284

## Exhibit A

### Committee Members

| Name | Role | Title |
|---|---|---|
| Damon Hininger | Senior Officer | President & CEO |
| Todd Mullenger | Senior Officer | EVP & CFO |
| Steve Groom | Chair | EVP & GC |
| Dave Garfinkle | Vice-Chair | VP, Finance & Controller |
| Harley Lappin | | EVP and CCO |
| Brian Collins | | EVP & CHRO |
| Tony Grande | | EVP & CDO |
| Steve Conry | | VP, Facility Operations |
| Daren Swenson | | VP, Facility Operations |
| John Robinson | | VP, Facility Operations |
| Lucibeth Mayberry | | VP, Deputy CDO |
| Brian Day | | VP, Real Estate |
| Brad Regens | | VP, Customer Relations |
| Patrick Swindle | | VP & Treasurer |
| Herb Spiwak | | VP, Health Services |
| Bart Verhulst | | VP, Customer Relations |
| Don Murray | | Managing Director, Quality Assurance |
| Brian Hammonds | | Asst. Controller |
| Scott Craddock | | AGC & Ethics Officer |
| Karin Demler | | Senior Director, Investor Relations |

CONFIDENTIAL

CORECIVIC_0390285