# EXHIBIT I

Minutes of the Meeting of the Disclosure Committee of
Corrections Corporation of America

May 2, 2014

    Pursuant to notice duly given, a meeting of the Disclosure Committee (the "Committee") for Corrections Corporation of America (the "Company") was held at 2:00 p.m., local time, on Friday, May 2, 2014. The Committee members indicated on <u>Exhibit A</u> were in attendance for all or a portion of the meeting. Mr. Groom acted as Chair of the meeting; Mr. Craddock served as secretary.

    Mr. Groom called the meeting to order and noted that a quorum was present. He then referred the Committee members to the agenda and other documents contained in the materials distributed to the Committee for the meeting.

## Prior Meeting Minutes

    Mr. Groom asked the members to consider the minutes of the Committee meeting held on February 18, 2014, which were included in the materials. Upon motion duly made and seconded, the minutes were approved.

## Disclosure Controls Update

    Mr. Craddock reviewed proposed updates to the Company's Disclosure Controls and Procedures. The proposed updates reflected changes in Committee roles and composition based on recent job changes, including Mr. Garfinkle's promotion to Executive Vice President and Chief Financial Officer, and Mr. Hammonds' change from Vice President, Treasurer to Vice President, Finance and Controller. Upon motion duly made and seconded, the proposed updates were approved in the form attached as <u>Exhibit B</u>.

## Form 10-Q Review

    Mr. Hammonds referred the Committee to the draft Quarterly Report on Form 10-Q, which had previously been distributed to the Committee members. He reported on the status of the document and reviewed it in detail, with a focus on the MD&A disclosures and noting disclosures of particular importance and sensitivity. He also noted changes to the document since circulation to the Committee. A discussion ensued, including disclosures with respect to developments with the Company's government partners and at certain of the Company's correctional facilities. Specific disclosure topics included developments with respect to the Company's Red Rock facility, contract and facility developments with respect to the State of California, a potential new contract with Trousdale County, Tennessee and risk factor disclosures relevant to reforms in criminal justice systems. Mr. Hammonds also led an extensive discussion of proposed disclosures in the "Legal Proceedings" note to the financial statements with respect to the Company's financial settlement with the State of Idaho and certain government inquiries relating to the Company's operation of the Idaho Correctional Center. Finally, he reported on the receipt of comments from the Committee members not in attendance, reminded the Committee that the document remains subject to update for material items up to the date of filing and requested that Committee members notify him or Ms. Simmons with respect to any events subsequent to the meeting that could impact the disclosures included in the document or require that additional information be added.

Draft

CONFIDENTIAL
CORECIVIC_1188965

At this time, Mr. Groom provided an opportunity for all Committee members to ask questions and raise any additional issues for discussion. He then asked the participants whether, to their knowledge and according to their specific areas of responsibility and expertise, the Form 10-K included any material omissions or misstatements. Each Committee member present responded in the negative.

## Evaluation of Controls Effectiveness

Mr. Groom then turned the Committee's attention to the quarterly review of the effectiveness of the Committee's disclosure controls and procedures. He referred the members to the meeting agenda, which included questions about the disclosure controls, *i.e.*, whether any areas of particular risk or sensitivity had been identified that required Committee attention, whether issues not included within the report had been brought to their attention and whether any material weaknesses in the disclosure controls and procedures had been identified. No member raised concerns about the effectiveness of the disclosure controls and procedures. He also addressed Mr. Hammonds and Ms. Simmons with respect to whether they had received full cooperation, had access to all necessary information, meetings and records and had elevated to management any areas of potentially significant risk or for which a materiality determination was needed. They responded in the affirmative.

## Earnings Press Release Review

Ms. Demler reported on the status of the earnings press release, a draft of which had previously been distributed to the Committee members, and provided an opportunity for discussion and comment on the document.

At this time, Mr. Groom asked if there were other matters to come before the full Committee. There being none, the meeting was adjourned.

Scott Craddock
Assistant Secretary

2

Case 3:16-cv-02267    Document 290-9    Filed 08/24/20    Page 3 of 18 PageID #: 9692

CONFIDENTIAL                                                                                                    CORECIVIC_1188966

## Exhibit A

### Committee Members

| | | | |
|---|---|---|---|
| Damon Hininger | Senior Officer | President & CEO | Not present |
| Dave Garfinkle | Senior Officer | EVP & CFO | Present |
| Steve Groom | Chair | EVP & GC | Present |
| Brian Hammonds | Vice-Chair | VP, Finance & Controller | Present |
| Harley Lappin | | EVP and CCO | Present |
| Tony Grande | | EVP & CDO | Not present |
| Lucibeth Mayberry | | SVP, Real Estate | Not present |
| Kim White | | SVP, Human Resources | Present |
| Steve Conry | | VP, Facility Operations | Present |
| Daren Swenson | | VP, Facility Operations | Not present |
| John Robinson | | VP, Facility Operations | Not present |
| Mike Nalley | | VP, Correctional Programs Division | Present |
| Patrick Swindle | | VP, Treasurer and Strategic Development | Present |
| John Baxter | | VP, Health Services | Present |
| Brad Regens | | VP, Customer Relations | Present |
| Bart Verhulst | | VP, Customer Relations | Present |
| Don Murray | | Managing Director, Quality Assurance | Present |
| Susie Simmons | | Managing Director, Accounting | Present |
| Scott Craddock | | AGC & Asst. Secretary | Present |
| Karin Demler | | Senior Director, Investor Relations | Present |

CONFIDENTIAL                                                                                                                  CORECIVIC_1188967

**Exhibit B**

Disclosure Controls and Procedures (Updated)

Attached.

CONFIDENTIAL

CORECIVIC_1188968

**Corrections Corporation of America
Disclosure Committee
Review Meeting Agenda
August 1, 2014 – 10-Q**

- Meeting minutes (Steve Groom)

    o May

- 10-Q Review (Brian Hammonds / Susie Simmons)

- Evaluation of controls effectiveness (Steve Groom)

    o According to your specific area of responsibility and / or expertise within the Company, are there any material items omitted in the document which you believed should be included or, alternatively, to your knowledge, are the descriptions of material items in the document complete and accurate?

    o Have you identified any area of particular risk and sensitivity that requires special care?

    o Have draftspersons (i) had access to necessary information, meetings and records; (ii) substantiated information not derived from the company's financial reporting package; (iii) elevated to management and/or the Committee areas of significant or potentially significant disclosure risk and potential disclosures for which a materiality determination is required; and (iv) completed review process by designated reviewers (internal and external)?

    o Have you identified any material weaknesses in the Committee's disclosure controls and procedures, i.e., (i) should other participants be included in the review; (ii) has sufficient time been allowed to ensure issues discussed and resolved in a thoughtful manner; and (iii) have you had access to all necessary information and/or documents needed to conduct your review?

- Earnings Press Release Review (Karin Demler)

- Other business

CONFIDENTIAL                                                                                                           CORECIVIC_1188969

## Minutes of the Meeting of the Disclosure Committee of Corrections Corporation of America

May 1, 2015

Pursuant to notice duly given, a meeting of the Disclosure Committee (the "Committee") for Corrections Corporation of America (the "Company") was held at 2:00 p.m., local time, on Friday, May 1, 2015. The Committee members indicated on <u>Exhibit A</u> were in attendance for all or a portion of the meeting. Mr. Craddock acted as chair of the meeting.

Mr. Craddock called the meeting to order and noted that a quorum was present. He then referred the Committee members to the agenda and other documents contained in the materials distributed to the Committee for the meeting.

### Prior Meeting Minutes

Mr. Craddock asked the members to consider the minutes of the Committee meeting held on February 18, 2015, which were included in the materials. Upon motion duly made and seconded, the minutes were approved.

### Committee Member Appointment

Mr. Mr. Craddock asked whether there was a motion to appoint formally to the Committee Brian K. Ferrell, Vice President, Partnership Development. Following discussion, upon motion duly made and seconded, Mr. Ferrell's appointment to the Committee was approved.

### Form 10-Q Review

Mr. Hammonds referred the Committee to the draft Quarterly Report on Form 10-Q, which had previously been distributed to the Committee members. He reported on the status of the document and reviewed it in detail, with a focus on the MD&A disclosures and noting disclosures of particular importance and sensitivity. He also noted changes to the document since circulation to the Committee. A discussion ensued, including disclosures with respect to developments with the Company's government partners and at certain of the Company's correctional facilities. Specific disclosure topics included developments with respect to Winn Correctional Facility, South Texas Family Residential Center, the Company's contract with the State of California, legal and investigative matters related to the Idaho Correctional Center and possible contract non-renewals. Mr. Hammonds reported on the receipt of comments from the Committee members not in attendance, reminded the Committee that the document remains subject to update for material items up to the date of filing and requested that Committee members notify him or Ms. Simmons with respect to any events subsequent to the meeting that could impact the disclosures included in the document or require that additional information be added.

At this time, Mr. Craddock provided an opportunity for all Committee members to ask questions and raise any additional issues for discussion. He then asked the participants whether, to their knowledge and according to their specific areas of responsibility and expertise, the Form 10-Q included any material omissions or misstatements. Each Committee member present responded in the negative.

CONFIDENTIAL

CORECIVIC_2001294

### Evaluation of Controls Effectiveness

Mr. Craddock then turned the Committee's attention to the quarterly review of the effectiveness of the Committee's disclosure controls and procedures. He referred the members to the meeting agenda, which included questions about the disclosure controls, *i.e.*, whether any areas of particular risk or sensitivity had been identified that required Committee attention, whether issues not included within the report had been brought to their attention and whether any material weaknesses in the disclosure controls and procedures had been identified. No member raised concerns about the effectiveness of the disclosure controls and procedures. He also addressed Mr. Hammonds and Ms. Simmons with respect to whether they had received full cooperation, had access to all necessary information, meetings and records and had elevated to management any areas of potentially significant risk or for which a materiality determination was needed. They responded in the affirmative.

### Earnings Press Release Review

Mr. Hopewell reported on the status of the earnings press release, a draft of which had previously been distributed to the Committee members, and provided an opportunity for discussion and comment on the document.

At this time, Mr. Craddock asked if there were other matters to come before the full Committee. There being none, the meeting was adjourned.

_____
Scott Craddock
Meeting Chair

CONFIDENTIAL                                                           CORECIVIC_2001295

## Exhibit A

### Committee Members

| Name | Role | Title | Attendance |
|---|---|---|---|
| Damon Hininger | Senior Officer | President & CEO | Present |
| Dave Garfinkle | Senior Officer | EVP & CFO | Present |
| Steve Groom | Chair | EVP & GC | Not present |
| Brian Hammonds | Vice-Chair | VP, Finance & Controller | Present |
| Harley Lappin | | EVP and CCO | Present |
| Tony Grande | | EVP & CDO | Present |
| Lucibeth Mayberry | | SVP, Real Estate | Present |
| Kim White | | SVP, Human Resources | Present |
| Steve Conry | | VP, Facility Operations | Not present |
| Daren Swenson | | VP, Facility Operations | Present |
| John Robinson | | VP, Correctional Programs Division | Present |
| Mike Nalley | | VP, Facility Operations | Present |
| Patrick Swindle | | VP, Treasurer and Strategic Development | Present |
| John Baxter | | VP, Health Services | Present |
| Brad Regens | | VP, Customer Relations | Present |
| Bart Verhulst | | VP, Customer Relations | Present |
| Brian Ferrell | | VP, Partnership Development | Present |
| Don Murray | | Managing Director, Quality Assurance | Present |
| Susie Simmons | | Managing Director, Accounting | Present |
| Scott Craddock | | Corp. E&C Officer Asst. Secretary | Present |
| Cameron Hopewell | | Managing Director, Investor Relations | Present |

3

CONFIDENTIAL
CORECIVIC_2001296

**Corrections Corporation of America
Disclosure Committee
Review Meeting Agenda
October 29, 2015 – 10-Q**

- Meeting minutes (Brian Hammonds)

    o July 31

- 10-Q Review (Brian Hammonds / Susie Simmons)

- Evaluation of controls effectiveness (Brian Hammonds)

    o According to your specific area of responsibility and / or expertise within the Company, are there any material items omitted in the document which you believed should be included or, alternatively, to your knowledge, are the descriptions of material items in the document complete and accurate?

    o Have you identified any area of particular risk and sensitivity that requires special care?

    o Have draftspersons (i) had access to necessary information, meetings and records; (ii) substantiated information not derived from the company's financial reporting package; (iii) elevated to management and/or the Committee areas of significant or potentially significant disclosure risk and potential disclosures for which a materiality determination is required; and (iv) completed review process by designated reviewers (internal and external)?

    o Have you identified any material weaknesses in the Committee's disclosure controls and procedures, i.e., (i) should other participants be included in the review; (ii) has sufficient time been allowed to ensure issues discussed and resolved in a thoughtful manner; and (iii) have you had access to all necessary information and/or documents needed to conduct your review?

- Earnings Press Release Review (Cameron Hopewell)

- Other business

CONFIDENTIAL CORECIVIC_1105823

**Corrections Corporation of America
Disclosure Committee
Review Meeting Agenda
February 16, 2016 – 2015 Annual Report on Form 10-K**

- Minutes approval (Meeting Chair)

    o October 29, 2015

- 10-K Review (Brian Hammonds, Susie Simmons)

    o According to your specific area of responsibility and / or expertise within the Company, are there any material items omitted in the document which you believed should be included or, alternatively, to your knowledge, are the descriptions of material items in the document complete and accurate?

    o Have you identified any area of particular risk and sensitivity that requires special care?

- Annual evaluation of disclosure controls effectiveness (Meeting Chair)

    o With regard to the Company's reports with respect to fiscal year 2015, including the Annual Report on Form 10-K:

    – Have the Company's periodic reports been recorded, processed, and reported in a complete and timely manner?

    – Are areas of particular disclosure risk or sensitivity being brought to light in a timely manner and addressed?

    – Have draftspersons (i) had access to necessary information, meetings and records; (ii) substantiated information not derived from the company's financial reporting package; (iii) elevated to management and/or the Committee areas of significant or potentially significant disclosure risk and potential disclosures for which a materiality determination is required; and (iv) completed review process by designated reviewers (internal and external)?

    – Have you identified any material weaknesses in the Committee's disclosure controls and procedures, i.e., (i) should other participants be included in the review; (ii) has sufficient time been allowed to ensure issues discussed and resolved in a thoughtful manner; and (iii) have you had access to all necessary information and/or documents needed to conduct your review?

    – Do you have any other concerns regarding the disclosure process or your participation on the Committee?

- Proxy / CD&A Review process (Scott Craddock)

- Other business

CONFIDENTIAL                                                                                           CORECIVIC_1449049

# Minutes of the Meeting of the Disclosure Committee of
## Corrections Corporation of America

October 29, 2015

      Pursuant to notice duly given, a meeting of the Disclosure Committee (the "Committee") for Corrections Corporation of America (the "Company") was held at 10:00 a.m., local time, on Thursday, October 29, 2015. The Committee members indicated on <u>Exhibit A</u> were in attendance for all or a portion of the meeting. Mr. Hammonds acted as chair of the meeting. Mr. Craddock acted as secretary of the meeting and recorded these minutes.

      Mr. Hammonds called the meeting to order and noted that a quorum was present. He then referred the Committee members to the agenda and other documents contained in the materials distributed to the Committee for the meeting.

### Prior Meeting Minutes

      The Committee considered the minutes of its meeting held on July 31, 2015. The minutes were approved.

### Form 10-Q Review

      Mr. Hammonds referred the Committee to the draft Quarterly Report on Form 10-Q, which had previously been distributed to the Committee members. He reported on the status of the document and reviewed it in detail, with a focus on the MD&A disclosures and noting new disclosures and disclosures of particular importance and sensitivity. He also noted changes to the document since circulation to the Committee. Items noted by Mr. Hammonds included new disclosures reflecting recent acquisitions, updated disclosures reflecting recent debt transactions, updated disclosures related to Federal and state budgets and inmate populations and enhanced disclosures regarding the Company's residential reentry and real estate offerings. A discussion ensued, including the items noted above as well as risk factor and other possible disclosures relating to regulatory activity potentially affecting the Company. Mr. Hammonds reported on the receipt of comments from the Committee members not in attendance, reminded the Committee that the document remains subject to update for material items up to the date of filing and requested that Committee members notify him or Ms. Simmons with respect to any events subsequent to the meeting that could impact the disclosures included in the document or require that additional information be added.

      At this time, Mr. Hammonds provided an opportunity for all Committee members to ask questions and raise any additional issues for discussion. He then asked the participants whether, to their knowledge and according to their specific areas of responsibility and expertise, the Form 10-Q included any material omissions or misstatements. Each Committee member present responded in the negative.

### Evaluation of Controls Effectiveness

      Mr. Hammonds then turned the Committee's attention to the quarterly review of the effectiveness of the Committee's disclosure controls and procedures. He referred the members to the meeting agenda, which included questions about the disclosure controls, *i.e.*, whether any areas of particular risk or sensitivity had been identified that required Committee attention, whether issues not included within the report had been brought to their attention and whether any

Case 3:16-cv-02267    Document 290-9    Filed 08/24/20    Page 12 of 18 PageID #: 9701

CONFIDENTIAL    CORECIVIC_2001554

material weaknesses in the disclosure controls and procedures had been identified. No member raised concerns about the effectiveness of the disclosure controls and procedures. He also responded on behalf of himself and addressed Ms. Simmons with respect to whether they had received full cooperation, had access to all necessary information, meetings and records and had elevated to management any areas of potentially significant risk or for which a materiality determination was needed. He and Ms. Simmons responded in the affirmative.

**Earnings Press Release Review**

Mr. Hopewell reported on the status of the earnings press release, a draft of which had previously been distributed to the Committee members, and provided an opportunity for discussion and comment on the document.

At this time, Mr. Hammonds asked if there were other matters to come before the Committee. There being none, the meeting was adjourned.

_____
Brian Hammonds
Committee Vice-Chair

_____
Scott Craddock
Meeting Secretary

2

CONFIDENTIAL                                                                                                              CORECIVIC_2001555

## Exhibit A

### Committee Members

| Name | Role | Title | Attendance |
|---|---|---|---|
| Damon Hininger | Senior Officer | President & CEO | Present |
| Dave Garfinkle | Senior Officer | EVP & CFO | Present |
| Steve Groom | Chair | EVP & GC | Not present |
| Brian Hammonds | Vice-Chair | VP, Finance & Controller | Present |
| Harley Lappin | | EVP and CCO | Present |
| Tony Grande | | EVP & CDO | Not Present |
| Lucibeth Mayberry | | SVP, Real Estate | Present |
| Kim White | | SVP, Human Resources | Present |
| Steve Conry | | VP, Facility Operations | Present |
| Daren Swenson | | VP, Facility Operations | Not Present |
| John Robinson | | VP, Correctional Programs Division | Not Present |
| Mike Nalley | | VP, Facility Operations | Not Present |
| Patrick Swindle | | VP, Treasurer and Strategic Development | Present |
| John Baxter | | VP, Health Services | Not Present |
| Brad Regens | | VP, Customer Relations | Not Present |
| Bart Verhulst | | VP, Customer Relations | Not Present |
| Brian Ferrell | | VP, Partnership Development | Present (by phone) |
| Don Murray | | Managing Director, Quality Assurance | Present |
| Susie Simmons | | Managing Director, Accounting | Present |
| Scott Craddock | | Corp. E&C Officer Asst. Secretary | Present |
| Cameron Hopewell | | Managing Director, Investor Relations | Present |
| Steve Owen | | Managing Director, Communications | Present |

CONFIDENTIAL

CORECIVIC_2001556

# Minutes of the Meeting of the Disclosure Committee of
# Corrections Corporation of America

April 29, 2016

Pursuant to notice duly given, a meeting of the Disclosure Committee (the "Committee") for Corrections Corporation of America (the "Company") was held at 1:00 p.m., local time, on Friday, April 29, 2016. The Committee members indicated on <u>Exhibit A</u> were in attendance for all or a portion of the meeting. Mr. Groom acted as chair of the meeting. Mr. Craddock acted as secretary of the meeting at Mr. Groom's request.

Mr. Groom called the meeting to order and noted that a quorum was present. He then referred the Committee members to the agenda and other documents contained in the materials distributed to the Committee for the meeting.

## Prior Meeting Minutes

Mr. Groom asked the members to consider the minutes of the Committee meeting held on February 16, 2016, which were included in the materials. Upon motion duly made and seconded, the minutes were approved.

## Form 10-Q Review

Mr. Hammonds referred the Committee to the draft Quarterly Report on Form 10-Q, which had previously been distributed to the Committee members. He reported on the status of the document and reviewed it in detail, with a focus on the MD&A disclosures and noting disclosures of particular importance and sensitivity. He also noted changes to the document since circulation to the Committee. A discussion ensued, including disclosures with respect to developments with the Company's government partners and at certain of the Company's correctional facilities. Specific disclosure topics included changes to broaden certain definitions in the document to encompass residential reentry facilities, the acquisition of Correctional Management, Inc., potential contract terminations for Correctional Treatment Facility and the New Mexico Women's Correctional Facility, and developments at the South Texas Family Residential Center. Mr. Hammonds reported on the receipt of comments from the Committee members not in attendance, reminded the Committee that the document remains subject to update for material items up to the date of filing and requested that Committee members notify him or Ms. Simmons with respect to any events subsequent to the meeting that could impact the disclosures included in the document or require that additional information be added.

At this time, Mr. Groom provided an opportunity for all Committee members to ask questions and raise any additional issues for discussion. He then asked the participants whether, to their knowledge and according to their specific areas of responsibility and expertise, the Form 10-Q included any material omissions or misstatements. Each Committee member present responded in the negative.

CONFIDENTIAL

CORECIVIC_1169640

**Evaluation of Controls Effectiveness**

Mr. Groom then turned the Committee's attention to the quarterly review of the effectiveness of the Committee's disclosure controls and procedures. He referred the members to the meeting agenda, which included questions about the disclosure controls, *i.e.*, whether any areas of particular risk or sensitivity had been identified that required Committee attention, whether issues not included within the report had been brought to their attention and whether any material weaknesses in the disclosure controls and procedures had been identified. No member raised concerns about the effectiveness of the disclosure controls and procedures. He also addressed Mr. Hammonds and Ms. Simmons with respect to whether they had received full cooperation, had access to all necessary information, meetings and records and had elevated to management any areas of potentially significant risk or for which a materiality determination was needed. They responded in the affirmative.

**Earnings Press Release Review**

Mr. Hopewell reported on the status of the earnings press release, a draft of which had previously been distributed to the Committee members, and provided an opportunity for discussion and comment on the document.

Mr. Groom asked if there were other matters to come before the full Committee. Mr. Garfinkle noted Mr. Groom's pending transition to a "Special Counsel" role and expressed his appreciation for Mr. Groom's service as Chair of the Committee and General Counsel of the Company. Other Committee members concurred with Mr. Garfinkle's comments.

There being no other matters brought before the Committee, Mr. Groom adjourned the meeting.

Scott Craddock
Meeting Secretary

CONFIDENTIAL                                                                                                          CORECIVIC_1169641

## Exhibit A

### Committee Members

| Name | Role | Title | Attendance |
|---|---|---|---|
| Damon Hininger | Senior Officer | President & CEO | Present |
| Dave Garfinkle | Senior Officer | EVP & CFO | Present |
| Steve Groom | Chair | EVP & GC | Not present |
| Brian Hammonds | Vice-Chair | VP, Finance & Controller | Present |
| Harley Lappin | | EVP and CCO | Not present |
| Tony Grande | | EVP & CDO | Present |
| Lucibeth Mayberry | | SVP, Real Estate | Not present |
| Kim White | | SVP, Human Resources | Present |
| Steve Conry | | VP, Facility Operations | Not present |
| Daren Swenson | | VP, Facility Operations | Present |
| John Robinson | | VP, Correctional Programs Division | Not present |
| Mike Nalley | | VP, Facility Operations | Not present |
| Patrick Swindle | | VP, Treasurer and Strategic Development | Present |
| John Baxter | | VP, Health Services | Present |
| Brad Regens | | VP, Customer Relations | Present |
| Bart Verhulst | | VP, Customer Relations | Not present |
| Brian Ferrell | | VP, Partnership Development | Present |
| Don Murray | | Managing Director, Quality Assurance | Present |
| Susie Simmons | | Managing Director, Accounting | Present |
| Scott Craddock | | Corp. E&C Officer Asst. Secretary | Present |
| Cameron Hopewell | | Managing Director, Investor Relations | Present |
| Steve Owen | | Managing Director, Communications | Present |

3

CONFIDENTIAL                                                                                           CORECIVIC_1169642

**Corrections Corporation of America**
**Disclosure Committee**
**Review Meeting Agenda**
**July 29, 2016 – 10-Q**

I. Recognition of Scott Irwin as new Chair (Damon Hininger; Dave Garfinkle)

II. Approval of February 29, 2016 minutes (Scott Irwin)

III. 10-Q Review (Brian Hammonds)

IV. Evaluation of controls effectiveness (Scott Irwin)

  a. According to your specific area of responsibility and / or expertise within the Company, are there any material items omitted in the document which you believed should be included or, alternatively, to your knowledge, are the descriptions of material items in the document complete and accurate?

  b. Have you identified any area of particular risk and sensitivity that requires special care?

  c. Have draftspersons (i) had access to necessary information, meetings and records; (ii) substantiated information not derived from the company's financial reporting package; (iii) elevated to management and/or the Committee areas of significant or potentially significant disclosure risk and potential disclosures for which a materiality determination is required; and (iv) completed review process by designated reviewers (internal and external)?

  d. Have you identified any material weaknesses in the Committee's disclosure controls and procedures, i.e., (i) should other participants be included in the review; (ii) has sufficient time been allowed to ensure issues discussed and resolved in a thoughtful manner; and (iii) have you had access to all necessary information and/or documents needed to conduct your review?

V. Earnings Press Release Review (Cameron Hopewell)

VI. Other business

CONFIDENTIAL                                                                                    CORECIVIC_1169647