# EXHIBIT J

Videotaped Deposition of

# Damon Hininger

March 03, 2020

Grae

vs.

Corrections Corporation of America, et al.



www.aptusCR.com / 866.999.8310

1           IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF TENNESSEE
2

3

4   NIKKI BOLLINGER GRAE, Individually
    and Behalf of All Others Similarly
5   Situated,

6                       Plaintiff,
    vs.                                    CASE NO.
7                                          3:16-CV-02267
    CORRECTIONS CORPORATION OF
8   AMERICA, et al.,

9                       Defendants.

10

11

12           VIDEO DEPOSITION OF DAMON HININGER

13                   Nashville, Tennessee

14                     March 3, 2020

15

16

17

18

19

20  Reported by:

21  Elisabeth A. Miller Lorenz

22  RMR, CRR, LCR No. 66

23  Job No.:  10066905

24

25

www.aptusCR.com

```
 1          IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF TENNESSEE
 2

 3

 4   NIKKI BOLLINGER GRAE, Individually
     and Behalf of All Others Similarly
 5   Situated,

 6                         Plaintiff,
     vs.                                 CASE NO.
 7                                       3:16-CV-02267
     CORRECTIONS CORPORATION OF
 8   AMERICA, et al.,

 9                         Defendants.

10

11

12

13

14

15

16

17        Video deposition of DAMON HININGER was taken

18   on behalf of Plaintiff, at Riley, Warnock &

19   Jacobson, 1906 West End Avenue, Nashville,

20   Tennessee, beginning at 9:30 a.m., and ending at

21   6:31 p.m., on Tuesday, March 3, 2020, before

22   Elisabeth A. Miller Lorenz, RMR, CRR, and LCR No.

23   66.

24

25
```

Page 2

```
 1              P R O C E E D I N G S

 2              THE VIDEOGRAPHER:  Good morning.  Here

 3  begins the video deposition of Damon Hininger.

 4  Today's date is March 3rd, 2020.  The time on the

 5  video monitor is approximately 9:30 a.m.

 6              This deposition is being taken in the

 7  case of Grae versus CCA filed in the United States

 8  District Court for the Middle District of Tennessee,

 9  Case No. 3:16-CV-02267.

10              This deposition is being held at Riley,

11  Warnock & Jacobson located at 1906 West End Avenue.

12              My name is David Drumel.  I'm the

13  videographer.  The court reporter is

14  Elisabeth Lorenz.

15              Counsel, please identify yourselves for

16  the record at this time.

17              MR. FORGE:  Jason Forge on behalf of

18  the lead plaintiff and the class.

19              MR. WOOD:  Christopher Wood on behalf

20  of the plaintiff and the class.

21              MR. SCHINDLER:  David Schindler, Latham

22  & Watkins, on behalf of defendant and the witness,

23  Mr. Hininger.

24              MR. SAPER:  Nathan Saper, Latham &

25  Watkins, on behalf of defendant and the witness.
```

www.aptusCR.com

```
 1                  THE VIDEOGRAPHER:  Thank you.

 2                  Will the court reporter please swear in

 3      the witness.

 4                          *  *  *

 5                      DAMON HININGER

 6      was called as a witness, and after having been first

 7      duly sworn, testified as follows:

 8                    E X A M I N A T I O N

 9      BY MR. FORGE:

10      Q       Good morning, again, Mr. Hininger.

11      A       Good morning.

12      Q       Did I pronounce your name correctly?

13      A       Hininger.

14      Q       Hininger.

15              Mr. Hininger, you have actually experience

16      as a prison guard, right?

17      A       I do.

18      Q       When -- relative to your graduation --

19      graduation from high school, when did you first

20      start working as a corrections officer or prison

21      guard?

22      A       After high school, I went to undergrad at

23      Kansas State University.  And then it was after

24      graduation from Kansas State University that I

25      became a correctional officer.
```

Case 3:16-cv-02267    Document 290-10    Filed 08/24/20    Page 6 of 9 PageID #: 9713

www.aptusCR.com

1  decision not to disclose those issues in this 10-K,

2  correct?

3             MR. SCHINDLER:  Objection as to form.

4             THE WITNESS:  I didn't make a -- I

5  didn't make a personal conscious decision.

6  BY MR. FORGE:

7  Q      You didn't?

8  A      Huh-uh.

9  Q      You didn't discuss with others -- that was a

10  no, right?  You were shaking your head?

11  A      That's a no.  Yeah, I didn't do it on my

12  own.

13  Q      Not on your own.

14  A      Right.

15  Q      But you did discuss with others the

16  possibility of including the fact that part of the

17  reason for the nonrenewal was performance based --

18             MR. SCHINDLER:  Objection as to --

19  BY MR. FORGE:

20  Q      -- correct?

21             MR. SCHINDLER:  Objection as to form.

22             THE WITNESS:  So the question is, yeah,

23  it was a collective discussion, so it was our

24  disclosure committee, which is probably a couple

25  dozen people.  It was our external auditors, it was

www.aptusCR.com

1   our board of directors, and it was our audit

2   committee.  So, yeah, it was a collective discussion

3   through those various government measures to

4   determine what was appropriate disclosure.

5   BY MR. FORGE:

6   **Q        All right.  And one disclosure item that you**

7   **considered in those discussions with that group was**

8   **disclosing that the nonrenewal was based in part on**

9   **performance-related issues, correct?**

10                  MR. SCHINDLER:  Objection as to form.

11                  THE WITNESS:  Again, that was a -- that

12  was a consideration in the discussion from -- from

13  the bureau, so you're right, that is a discussion.

14                  But the -- the actual document itself

15  that we read today is true and accurate, and it went

16  through various committees and individuals for

17  review to determine its accuracy.

18  BY MR. FORGE:

19  **Q        What I'm saying is, before you put out this**

20  **document, you and these folks you're talking about**

21  **all discussed the possibility of including that more**

22  **complete information about that nonrenewal, correct?**

23                  MR. SCHINDLER:  Objection as to form.

24                  THE WITNESS:  The disclosure committee,

25  the audit committee, the board, the external

**www.aptusCR.com**

Damon Hininger

Grae vs.
Corrections Corporation of America, et al.

1          I, the undersigned, a Licensed Court

2  Reporter of the State of Tennessee, do hereby

3  certify:

4          That the foregoing proceedings were

5  taken before me at the time and place herein set

6  forth; that any witnesses in the foregoing

7  proceedings, prior to testifying, were duly sworn;

8  that a record of the proceedings was made by me

9  using machine shorthand, which was thereafter

10  transcribed under my direction; that the foregoing

11  transcript is a true record of the testimony given.

12          Further, that if the foregoing pertains

13  to the original transcript of a deposition in a

14  federal case, before completion of the proceedings,

15  review of the transcript was not requested.

16          I further certify I am neither

17  financially interested in the action nor a relative

18  or employee of any attorney or party to this action.

19          IN WITNESS WHEREOF, I have this date

20  subscribed my name.

21  Dated: March 4, 2020

22

23  _____

24  Elisabeth A. Miller Lorenz

25  RMR, CRR, LCR No. 66

www.aptusCR.com