# EXHIBIT K

Videotaped Deposition of

# Damon Hininger

July 30, 2020

Volume II

Grae

vs.

Corrections Corporation of America, et al.



```
 1        IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF TENNESSEE
 2

 3

 4  NIKKI BOLLINGER GRAE, Individually
    and Behalf of All Others Similarly
 5  Situated,

 6                      Plaintiff,
    vs.                                    CASE NO.
 7                                         3:16-CV-02267
    CORRECTIONS CORPORATION OF
 8  AMERICA, et al.,

 9                      Defendants.

10

11

12

13         VIDEO DEPOSITION OF DAMON HININGER

14                     Volume II

15    Reported Remotely through Videoconference

16                   July 30, 2020

17

18

19

20  Reported by:

21  Elisabeth A. Miller Lorenz

22  RMR, CRR, LCR No. 66

23

24  Job No.:  10071103

25
```

Volume II  
Damon Hininger

Grae vs.  
Corrections Corporation of America, et al.

```
 1           IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF TENNESSEE
 2

 3

 4  NIKKI BOLLINGER GRAE, Individually
    and Behalf of All Others Similarly
 5  Situated,

 6                          Plaintiff,
    vs.                                        CASE NO.
 7                                             3:16-CV-02267
    CORRECTIONS CORPORATION OF
 8  AMERICA, et al.,

 9                          Defendants.

10

11

12

13

14

15

16

17       Video deposition of DAMON HININGER was taken

18   on behalf of Plaintiff, Reported Remotely through

19   Videoconference, at 10:37 a.m. CST, and ending at

20   2:02 p.m. CST, on Wednesday, July 30, 2020, before

21   Elisabeth A. Miller Lorenz, RMR, CRR, and LCR No.

22   66.

23

24

25
```

Volume II  
Damon Hininger

Grae vs.  
Corrections Corporation of America, et al.

1                P R O C E E D I N G S

2              THE VIDEOGRAPHER:  We are now on the

3  record.  Today's date is July 30, 2020, and the time

4  is 10:37 a.m.  This is the video deposition of

5  Damon T. Hininger, Volume 2; being taken in the

6  matter of Nikki Bollinger Grae versus Corrections

7  Corporation of America, et al.

8              We are taking this depo via Zoom, and

9  my name is Spencer Benveniste of Aptus Court

10 Reporting.

11             Will counsel please identify yourselves

12 and state whom you represent.

13             MR. FORGE:  This is Jason Forge.  I'm

14 here on behalf of the plaintiff and the class.

15             MR. WOOD:  Christopher Wood on behalf

16 of the plaintiffs and the class.

17             MS. RADCLIFFE:  Willow Radcliffe on

18 behalf of plaintiff and the class.

19             MR. LYONS:  Christopher Lyons on behalf

20 of plaintiff and the class.

21             MR. SCHINDLER:  David Schindler, Latham

22 & Watkins, on behalf of the defendants and the

23 witness.

24             MR. SAPER:  Nathan Saper, Latham &

25 Watkins, on behalf of the defendants and the

Volume II
Damon Hininger

Grae vs.
Corrections Corporation of America, et al.

```
 1  witness.
 2           MR. RILEY:  And this is Steve Riley,
 3  and I'm here on behalf of the witness as well as the
 4  defendants.
 5           THE VIDEOGRAPHER:  The court reporter
 6  today is Elisabeth Lorenz, and she may now swear in
 7  the witness.
 8                         * * *
 9                     DAMON HININGER
10  was called as a witness, and after having been first
11  duly sworn, testified as follows:
12                  E X A M I N A T I O N
13  BY MR. FORGE:
14  Q        Good morning, Mr. Hininger.
15  A        Good morning.
16  Q        Mr. Hininger --
17           MR. RILEY:  Jason, before you get
18  started, we can't see you.
19           MR. FORGE:  I know.  I'm only going on
20  audio to preserve bandwidth.
21           MR. RILEY:  Well, the witness can't see
22  you when you're asking questions.
23           MR. FORGE:  I know.  I'm only going on
24  audio so I can preserve bandwidth.  I said that
25  before we went on the record, so I'm not sure why
```

Page 290

Volume II
Damon Hininger

Grae vs.
Corrections Corporation of America, et al.

 1  I think it would be a lot -- much easier for --
 2  A       My apologies.
 3          So general counsel, again, would be
 4  Scott Irwin, Steve Groom previously, currently
 5  general counsel is Cole Carter.  Also, it would be
 6  our CFO, so that would be previously Todd Mullenger,
 7  and then currently David Garfinkle.
 8          And then I would say probably two other
 9  individuals of note, one being Brian Hammonds, who's
10  our VP of finance, and then Susie Simmons, who's
11  also in our finance department.
12  Q       Anyone else?
13  A       Let me make sure I understand your question.
14          Are you asking about the entire committee
15  or -- or just leadership of the committee that helps
16  govern a process?
17  Q       I asked on the -- whichever members of the
18  committee on which you relied on making these
19  statements.
20  A       Understood.  So it would be, again, those
21  individuals I just recalled.
22          Others on the committee would be the other
23  members of the executive team, so Tony Grande,
24  Lucibeth Mayberry, previously Kim White,
25  Patrick Swindle, previously Harley Lappin,

Page 365

Volume II  
Damon Hininger

Grae vs.  
Corrections Corporation of America, et al.

1  David Churchill, and -- virtually all of our
2  officers are on the committee.  I say virtually.
3  Most all of them are.
4         So that would be Natasha Metcalf,
5  Bill Dalius, Steve Conry, Jason Medlin, Brad Regens,
6  Bart VerHulst, Brian Ferrell, John Paul Wooden,
7  Brian Hammonds, Erik Rasmussen, Steve Owen,
8  Don Murray.  I believe that's it, sir.  I think
9  that's -- I may have missed one or two there, but I
10 think that's pretty close to the full membership of
11 the committee.
12 **Q     Just since we're not physically in the same**
13 **room, Mr. Hininger, can I just ask you, is there a**
14 **list of names you're -- you're looking at?**
15 A     There is not.
16 **Q     So when you started answering this question**
17 **about the disclosure committee, you said primarily**
18 **GC's office.**
19        **Was the disclosure committee primarily run**
20 **by the lawyers with the general counsel's office?**
21 A     No, it was more of referring to the fact
22 that the general counsel's office typically would
23 chair the meeting and ensure it's being run in
24 accordance with its governing documents, so that --
25 that was more of what I was referring to.

```
 1  Q       Are you able to distinguish between the
 2  disclosure committee meetings that included input
 3  from the general counsel's lawyers and the portions
 4  of the meetings that did not include any input from
 5  general counsel lawyers?
 6              MR. SCHINDLER:  Objection as to form.
 7              THE WITNESS:  I'm not sure if I can
 8  fully appreciate your question.
 9  BY MR. FORGE:
10  Q       Sure.
11              This interrogatory response said that one of
12  the things you relied upon in making these
13  statements was your participation in the disclosure
14  committee meetings.
15              So what I'm trying to determine is whether
16  or not you're able to distinguish those portions of
17  the disclosure committee meetings that directly
18  involved the lawyers from other portions of the
19  disclosure committee meetings that did not involve
20  the direct participation of the lawyers.
21  A       To make sure I'm going to answer your
22  question correctly or what you're intending to
23  understand as an answer, the committee meeting, you
24  know, typically -- well, obviously, pre-COVID would
25  be in person, so it would be all the members of the
```

Volume II  
Damon Hininger

Grae vs.  
Corrections Corporation of America, et al.

```
 1  committee in a room together.
 2           And so you're asking, of the meeting itself,
 3  how much of the, I guess, content of the discussion
 4  came from attorneys versus nonattorneys?
 5                 MR. SCHINDLER:  Just to --
 6  BY MR. FORGE:
 7  Q       How much of what you relied upon came from
 8  attorneys -- are you able to distinguish what you
 9  relied upon that came from attorneys versus what
10  came from nonattorneys --
11                 MR. SCHINDLER:  And can --
12  BY MR. FORGE:
13  Q       -- or does that all kind of blend together?
14                 MR. SCHINDLER:  I have an objection as
15  to time frame.
16                 Are we talking about the class period,
17  Jason, not --
18                 MR. FORGE:  Yes, sir.  Yes, sir.
19                 THE WITNESS:  Goodness, that would be
20  hard to answer, I would say, because it's quarterly,
21  and so we're talking about, you know, many, many
22  times, that -- that is difficult to answer, sir.
23  I'm sorry.
24  BY MR. FORGE:
25  Q       If you could, please, Mr. Hininger, turn to
```

Volume II  
Damon Hininger

Grae vs.  
Corrections Corporation of America, et al.

```
 1              I, the undersigned, a Licensed Court
 2    Reporter of the State of Tennessee, do hereby
 3    certify:
 4              That the foregoing proceedings were
 5    taken before me at the time and place herein set
 6    forth; that any witnesses in the foregoing
 7    proceedings, prior to testifying, were duly sworn;
 8    that a record of the proceedings was made by me
 9    using machine shorthand, which was thereafter
10    transcribed under my direction; that the foregoing
11    transcript is a true record of the testimony given.
12              Further, that if the foregoing pertains
13    to the original transcript of a deposition in a
14    federal case, before completion of the proceedings,
15    review of the transcript [ X ] was [  ] was not
16    requested.
17              I further certify I am neither
18    financially interested in the action nor a relative
19    or employee of any attorney or party to this action.
20              IN WITNESS WHEREOF, I have this date
21    subscribed my name.
22    Dated: August 3, 2020
23                    _____
24              Elisabeth A. Miller Lorenz
                  RMR, CRR, LCR No. 66
25                Georgia CR No. 5266-8739-6377-3952
```