*Motion GRANTED.*

*[signature]*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> CORRECTIONS CORPORATION OF AMERICA, et al., <br><br> Defendants. | Civil Action No. 3:16-cv-02267 <br><br> Judge Aleta A. Trauger <br><br> Magistrate Judge Jeffery Frensley |

## DEFENDANTS' MOTION FOR CERTAIN CONFIDENTIAL DOCUMENTS RELATED TO PLAINTIFF'S MOTION TO PRECLUDE DEFENDANTS FROM RELYING ON AN ADVICE OF COUNSEL DEFENSE TO REMAIN UNDER SEAL

On August 10, 2020, Plaintiff filed under seal the following: (i) a Memorandum of Law in Support of Plaintiff's Motion to Preclude Defendants from Relying on an Advice of Counsel Defense (the "Memorandum"); and (ii) the Declaration of Christopher Wood ("Wood Declaration") which in turn attached 17 documents (Dkt. Nos. 266-67). Defendants had previously marked 6 of the 17 attachments to the Wood Declaration as "Confidential" pursuant to the Revised Stipulation and Protective Order entered in this case (Dkt. No. 86) (the "Protective Order"). Thereafter, the Court ordered Defendants to file a motion to continue the sealing of the