UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>                      Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATION FOR REPLY IN SUPPORT OF MOTION TO COMPEL (ECF NO. 277) |

This matter comes before the Court on Plaintiff's Unopposed Motion for Leave to Exceed Page Limitation for Reply in Support of Motion to Compel (the "Motion") with respect to its Reply in Support of Plaintiff's Motion to Compel Further Interrogatory Responses and for Discovery Sanctions (ECF No. 277) ("Motion to Compel"). For good cause shown, this Motion is GRANTED and it is hereby ORDERED that Plaintiff may file a reply of up to, but not to exceed, eight pages in further support of its Motion to Compel.

    IT IS SO ORDERED.

DATED: _____     _____
                                                                              THE HONORABLE JEFFERY S. FRENSLEY
                                                                              UNITED STATES MAGISTRATE JUDGE