UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>   vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>                  Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATION FOR REPLY IN SUPPORT OF MOTION TO PRECLUDE (ECF NO. 265) |

This matter comes before the Court on Plaintiff's Unopposed Motion for Leave to Exceed Page Limitation for Reply in Support of Motion to Preclude (the "Motion") with respect to its Reply in Support of Plaintiff's Motion to Preclude Defendants from Relying on an Advice of Counsel Defense (ECF No. 265) ("Motion to Preclude"). For good cause shown, this Motion is GRANTED, and it is hereby ORDERED that Plaintiff may file a reply of up to, but not to exceed, eight pages in further support of its Motion to Preclude.

  IT IS SO ORDERED.

DATED: _____    _____
                     THE HONORABLE ALETA A. TRAUGER
                     UNITED STATES DISTRICT JUDGE