UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>ORDER REGARDING ADDITIONAL TIME FOR SPECIAL MASTER REVIEW |

WHEREAS, on July 24, 2020, the Court issued an Order (ECF No. 246) ("July 24 Order") appointing a Special Master to review a portion of Defendants' Privilege Log[1] and to issue a report "setting forth her findings and basic reasoning . . . as to whether each of the documents reviewed . . . is privileged" (July 24 Order, ¶4);

WHEREAS, on August 14, 2020, the Court issued an Order (ECF No. 275) ("August 14 Order"), which provided that "[t]o the extent the Special Master needs additional time beyond the current August 31, 2020 deadline to complete her work, the parties shall submit such request to the Court for the Court's approval" (August 14 Order, ¶5); and

WHEREAS, the Special Master has requested additional time to complete her work, and the parties do not oppose that request;

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

1. The Court's July 24 Order and August 14 Order are amended to the extent provided below;

2. The Special Master shall submit the report described in ¶4 of the July 24 Order and ¶¶2 and 4 of the August 14 Order to the parties by September 18, 2020. Plaintiff shall promptly file under seal with the Court a copy of the report; and

---

[1] All references to Defendants' Privilege Log are to the operative log produced to Plaintiff on July 15, 2020.

3. Within one week of the filing of the report described in ¶2, above, or as soon thereafter as is convenient for the Court, the Court will schedule a telephonic conference to discuss the Special Master's report.

IT IS SO ORDERED.

DATED: 8/26/2020  _____
THE HONORABLE ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE

Submitted by:

DATED: August 25, 2020

ROBBINS GELLER RUDMAN & DOWD LLP
CHRISTOPHER M. WOOD, #032977
CHRISTOPHER H. LYONS, #034853

      s/ Christopher M. Wood
    CHRISTOPHER M. WOOD

414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 800/449-4900
615/252-3798 (fax)
cwood@rgrdlaw.com
clyons@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
DENNIS J. HERMAN
WILLOW E. RADCLIFFE
KENNETH J. BLACK
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
dennish@rgrdlaw.com
willowr@rgrdlaw.com
kennyb@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
JASON A. FORGE
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
jforge@rgrdlaw.com

Lead Counsel for Plaintiff

BARRETT JOHNSTON MARTIN
 & GARRISON, LLC
JERRY E. MARTIN, #20193
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2202
615/252-3798 (fax)

Local Counsel

DATED: August 25, 2020

RILEY WARNOCK & JACOBSON, PLC
STEVEN A. RILEY, #6258
MILTON S. MCGEE, III, #024150

      s/ Milton S. McGee, III
      MILTON S. MCGEE, III

1906 West End Avenue
Nashville, TN 37203
Telephone: 615/320-3700
615/320-3737 (fax)
LATHAM & WATKINS LLP
DAVID J. SCHINDLER
BRIAN T. GLENNON
355 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213/485-1234
213/891-8763 (fax)

LATHAM & WATKINS LLP
ANNA E. BERCES
MORGAN E. WHITWORTH
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415/391-0600
415/395-8095 (fax)

Attorneys for Defendants Corrections Corporation of America, Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger and Harley G. Lappin

- 4 -