Motion GRANTED.

*[signature: Aleta A. Trauger]*

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> CORRECTIONS CORPORATION OF AMERICA, et al., <br><br> Defendants. | Civil Action No. 3:16-cv-02267 <br><br> Honorable Aleta A. Trauger <br><br> PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATION FOR REPLY IN SUPPORT OF MOTION TO PRECLUDE (ECF NO. 265) |

Lead Plaintiff and Class Representative Amalgamated Bank, as Trustee for the LongView Collective Investment Fund ("Plaintiff"), respectfully requests that the Court grant relief from the five-page limit set forth in Local Rule 7.01(a)(4) of the Local Rules of Court ("Local Rules") and allow Plaintiff to file an eight-page Reply in Support of Plaintiff's Motion to Preclude Defendants from Relying on an Advice of Counsel Defense (ECF No. 265). Pursuant to the Court's July 16, 2020 Order, "[r]esponses and replies shall be filed in accordance with Rule 7.01(a)." ECF No. 244. Local Rule 7.01(a)(4) in turn provides that an "optional reply memorandum may be filed within seven (7) days after service of the response, and shall not exceed five (5) pages without leave of Court." *Id*.

Plaintiff respectfully submits that three additional pages is a modest but necessary extension to fully brief the authority and arguments cited in Defendants'[1] opposition (ECF No. 289) to Plaintiff's Motion to Preclude. Counsel for Plaintiff have conferred with counsel for Defendants regarding this extension, and Defendants' counsel does not oppose this request. A proposed order is attached hereto.

DATED: August 26, 2020

Respectfully submitted,

ROBBINS GELLER RUDMAN & DOWD LLP
CHRISTOPHER M. WOOD, #032977
CHRISTOPHER H. LYONS, #034853

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

---

[1] "Defendants" are Corrections Corporation of America and "Individual Defendants" Damon T. Hininger, David M. Garfinkle, Todd Mullenger and Harley G. Lappin. Following the filing of this action, Defendants rebranded CCA and now refer to it as CoreCivic.