# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| NIKKI BOLLINGER GRAE, ) <br> Individually and on Behalf of All ) <br> Others Similarly Situated, ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CORRECTIONS CORPORATION ) <br> OF AMERICA, et al., ) <br>     Defendants. ) | Case No. 3:16-cv-02267 <br> Judge Trauger/Frensley |

## ORDER

Pending before the Court is Plaintiff's Unopposed Motion for Leave to Exceed Page Limitation for Reply in Support of Motion to Compel (the "Motion") with respect to its Reply in Support of Plaintiff's Motion to Compel Further Interrogatory Responses and for Discovery Sanctions (ECF No. 277) ("Motion to Compel"). Docket No. 293. For good cause shown, this Motion is GRANTED and it is hereby ORDERED that Plaintiff may file a reply of up to, but not to exceed, eight pages in further support of its Motion to Compel.

**IT IS SO ORDERED.**

                                                          **JEFFERY S. FRENSLEY**
                                                          **United States Magistrate Judge**