**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| NIKKI BOLLINGER GRAE, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No.  3:16-cv-02267 |
| | ) | Judge Trauger |
| CORRECTIONS CORPORATION | ) | |
| OF AMERICA, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

A discovery dispute telephone conference was held with counsel for the parties on

September 16, 2020.  The following are hereby ORDERED:

1. The plaintiffs may depose Thurgood Marshall, Jr. for seven hours and may secure from him the requested documents.

2. The plaintiffs may depose as to their possible expert testimony the four witnesses disclosed by the defense pursuant to Rule 26(a)(2)(C), Federal Rules of Civil Procedure.

3. The defense shall preserve all communication concerning preparation of any errata being made to depositions by deposed witnesses.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge