UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>        Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL |

Having considered Plaintiff's[1] Motion for Leave to File Under Seal, IT IS HEREBY ORDERED that:

1. The Report & Recommendation by the Special Master: Attorney-Client Privilege Review ("Special Master Report")[2] may be filed under seal;

2. Unless Defendants (as the Producing Party) file a motion for continued sealing on or before October 2, 2020, the Special Master Report shall be unsealed and become part of the public record without need for further order of the Court; and

3. If Defendants (as the Producing Party) file a motion for continued sealing of the Special Master Report, any other party may file a reply to the motion for continued sealing on or before October 9, 2020.

IT IS SO ORDERED.

DATED: _____  _____
THE HONORABLE ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE

---

[1] "Plaintiff" is Lead Plaintiff and Class Representative Amalgamated Bank, as Trustee for the LongView Collective Investment Fund. "Defendants" are Corrections Corporation of America ("CCA") and certain of its executives. Following the filing of this action, Defendants rebranded CCA and now refer to it as CoreCivic.

[2] The Honorable Faith S. Hochberg (ret.) was appointed Special Master by the Court. ECF No. 246.