IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| NIKKI BOLLINGER GRAE, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 3:16-cv-02267 |
| | ) | Judge Trauger |
| CORRECTIONS CORPORATION OF AMERICA, ET AL., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

Pursuant to the Order Regarding Special Master Procedures (Docket No. 246), it is hereby ORDERED that a telephone conference with counsel for the parties shall be held on Friday, September 25, 2020 at 1:30 p.m. Judge Trauger's Courtroom Deputy will email to counsel the number they should call in order to participate in the telephone conference.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge