IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| NIKKI BOLLINGER GRAE, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 3:16-cv-02267 |
| | ) | Judge Trauger |
| CORRECTIONS CORPORATION OF AMERICA, ET AL., | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

A telephone conference was held with counsel for the parties on September 25, 2020. It is hereby ORDERED that the plaintiffs shall file their motion for sanctions by October 6, 2020, with the response due October 16, 2020, and any reply by October 19, 2020. The court will be ruling on the issues of the Special Master's fees in its ruling on this motion.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge