# EXHIBIT 3

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESEE

NIKKI BOLLINGER GRAE, Individually and )
on Behalf of All others similarly Situated, )
                                                      )      Civil Action No. 3:16-cv-02267
                       Plaintiff, )
                                                      )      Honorable Aleta A. Trauger
   -against - )
                                                      )      Magistrate Judge Jeffrey S. Frenlesy
CORRECTIONS CORPORATION OF )
AMERICA, ET AL., )
                                                      )
                       Defendants. )
                                                      )

**Request for Additional Information from the Special Master**

      The Special Master requests that Defendants answer the following questions by written response in connection with both the documents withheld as privileged and sampled for review pursuant to the Court's July 24, 2020 Order, as well as the Court's August 14, 2020 Order Regarding Further Special Master Review.

    1. For the following tab numbers, the Special Master does not have enough information to determine whether the sampled document and family members relate to a request for, or rendering of, legal advice. Please provide for *in camera* inspection an explanation of the context around the communication that makes it privileged and/or any related documents that substantiate that the communication reflects a request for legal advice or the rendering of legal advice. The tab numbers needing this explanation are: 13, 20, 45, 64, 70, 77, 87, 157, 172, and 161.

    2. Was the sampled attachment at tab 18 (and the other attachments to that email) disseminated to third parties?

3. From the Special Master's review of the sampled documents, it appears that Scott Craddock is an attorney, who at certain times, served as counsel to CCA, but at some point became a compliance officer and may have stopped functioning as counsel for CCA. Please provide the dates when Mr. Craddock acted as an attorney on behalf of CCA, and the date when he ceased to act in that capacity (if that is the case). Please provide any additional information related to Mr. Craddock's role that would be relevant to the Special Master in understanding documents where Mr. Craddock is a participant.

4. For both After Action Reports, and Confidential Investigation Report Forms, please explain the basis for claiming privilege over these documents, including the specific lawyer who directed their creation and the lawyer's role in preparing or utilizing the reports. Please also explain whether each category of report is maintained as confidential, or whether these reports, when completed, are shared with third parties, such as the BOP. If the final reports that comport with the documents in the sample have already been shared with third parties such as the BOP, please so state, including a statement of whether the sampled document is a draft of the eventual document, or whether the sampled document is the final report that was to be sent to the BOP or other third party.

As framed, the Special Master does not believe that the responses to Question Nos. 2, 3, and 4 need to be submitted *in camera*. If Defendants believe the responses to these questions require *in camera* submission, Defendants shall provide an explanation for the Special Master's consideration.

The Special Master requests responses to these questions no later than September 4, 2020.

/s/ *Hon. Faith S. Hochberg*　　　　　　　　　　　　　　　Date: September 2, 2020
Hon. Faith S. Hochberg, Special Mater