# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| NIKKI BOLLINGER GRAE, ET AL., | ) |
| Plaintiffs, | ) |
| v. | ) Civil No. 3:16-cv-02267 |
| | ) Judge Trauger |
| CORRECTIONS CORPORATION OF AMERICA, ET AL., | ) |
| Defendants. | ) |

## ORDER

A discovery dispute telephone conference was held with counsel for the parties on October 8, 2020. It is hereby ORDERED that the dispositive and *Daubert* motion deadlines are modified as follows:

*Daubert* and dispositive motions shall be filed by November 20, 2020, with responses due January 22, 2021, and replies by February 19, 2021.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge