IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 3:16-cv-02267 Judge Trauger/Frensley |
| CORRECTIONS CORPORATION OF AMERICA, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court upon Plaintiff's Motion to Compel Defendants to Further Respond to Interrogatories. Docket No. 254. Following a discovery conference, the Court granted permission for Plaintiff to withdraw the Motion in order to refile it to include additional discovery disputes. Docket No. 260. That Order mistakenly identified the Motion at issue as Docket No. 250, instead of Docket No. 254. *Id.* Plaintiff subsequently refiled its Motion as discussed in the discovery conference. Docket No. 277. Therefore, Plaintiff's Motion to Compel Defendants to Further Respond to Interrogatories (Docket No. 254) is TERMINATED as withdrawn.

IT IS SO ORDERED.

Jeffery S. Frensley
United States Magistrate Judge