# EXHIBIT D

Faraz R. Mohammadi
Direct Dial: +1.213.891.7802
Email: faraz.mohammadi@lw.com

355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Tel: +1.213.485.1234  Fax: +1.213.891.8763
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Seoul |
| Houston | Shanghai |
| London | Silicon Valley |
| Los Angeles | Singapore |
| Madrid | Tokyo |
| Milan | Washington, D.C. |

# LATHAM & WATKINS LLP

September 17, 2018

**VIA EMAIL**

Willow Radcliffe, Esq.
Robbins Geller Rudman & Dowd LLP
One Montgomery Street, Suite 1800
San Francisco, CA 94104
WillowR@rgrdlaw.com

> Re: *Grae v. Corrections Corporation of America, et al.*, No. 3:16-cv-02267

Counsel:

We write in response to the issues raised in your letter dated September 7, 2018.

Regarding the hit report we provided on September 5, 2018, we understand that some text may have been truncated when converting the list into a PDF format. As such, we are providing an updated hit report in its native Excel format. With respect to the "Custodian" column of the report, the "ALL" term reflects the total number of hits for all the agreed-upon custodians during the Relevant Time Period. Also, we can confirm that the search terms were applied as listed in the enclosed report.

Next, your September 7 letter raised several questions regarding our production of electronically stored data; we address them here in turn. First, with respect to source file pathing, while it is true that document metadata is exported via Clearwell, the metadata is generated from the source (e.g., MS Exchange, Enterprise Vault, user device). Clearwell is merely the conduit through which the documents are ingested, loaded and exported. Second, regarding hidden content, in the COREL_007 production volume we provided the overlay files for any already produced documents that lacked natives when they were originally produced. Third, we have confirmed with our discovery vendor that metadata has been produced as it was kept in the ordinary course of business.

LATHAM&WATKINS<sup>LLP</sup>

      Finally, as we stated in our letter dated August 31, 2018, we are working diligently to produce a privilege log to Plaintiff on or before October 15, 2018 (30 days after the substantial completion of production deadline).

      Best regards,

      Faraz R. Mohammadi
      of LATHAM & WATKINS LLP

CC:    David Schindler
         Brian T. Glennon
         Morgan Whitworth
         Eric Pettis
         Steve Riley
         Trey McGee
         Russell Taber
         Dennis Herman
         Christopher Wood