# EXHIBIT E

| | |
|---|---|
| **From:** | Mohammadi, Faraz (LA) |
| **Sent:** | Monday, October 8, 2018 10:15 PM |
| **To:** | Chris Wood; Christopher Lyons; Willow Radcliffe; Dennis Herman |
| **Cc:** | Glennon, Brian (LA); Schindler, David (LA); Whitworth, Morgan (SF); Pettis, Eric (LA); sriley@rwjplc.com; TMcGee@rwjplc.com; RTaber@rwjplc.com |
| **Subject:** | RE: Grae v. Corrections Corporation of America, No. 3:16-cv-02267 (M.D. Tenn.) |
| **Attachments:** | 2018.10.08 Defendants' Privilege Log - Set 1.pdf |

Counsel:

Attached you will find a privilege and redaction log for the documents identified in our September 28 letter. We intend to re-produce the documents listed in the redaction log with the necessary redactions by early next week.

Thank you,
Faraz

---

**From:** Mohammadi, Faraz (LA)
**Sent:** Wednesday, October 03, 2018 9:57 PM
**To:** Chris Wood <CWood@rgrdlaw.com>; Christopher Lyons <CLyons@rgrdlaw.com>; Willow Radcliffe <Willowr@rgrdlaw.com>; Dennis Herman <DennisH@rgrdlaw.com>
**Cc:** Glennon, Brian (LA) <Brian.Glennon@lw.com>; Schindler, David (LA) <David.Schindler@lw.com>; Whitworth, Morgan (SF) <Morgan.Whitworth@lw.com>; Pettis, Eric (LA) <Eric.Pettis@lw.com>; sriley@rwjplc.com; TMcGee@rwjplc.com; RTaber@rwjplc.com
**Subject:** RE: Grae v. Corrections Corporation of America, No. 3:16-cv-02267 (M.D. Tenn.)

Chris:

Thank you for your email.

We will produce a privilege log for the documents identified in our September 28 letter by Monday.

We intend to respond to Willow's September 25 letter by the end of this week.

To the extent you feel a meet and confer is still necessary, we would be happy to participate, but it might be more productive to postpone that discussion until after you have our log and written response to the letter.

Thanks,
Faraz

---

**From:** Chris Wood <CWood@rgrdlaw.com>
**Sent:** Tuesday, October 02, 2018 4:13 PM
**To:** Mohammadi, Faraz (LA) <Faraz.Mohammadi@lw.com>; Christopher Lyons <CLyons@rgrdlaw.com>; Willow Radcliffe <Willowr@rgrdlaw.com>; Dennis Herman <DennisH@rgrdlaw.com>
**Cc:** Glennon, Brian (LA) <Brian.Glennon@lw.com>; Schindler, David (LA) <David.Schindler@lw.com>; Whitworth, Morgan (SF) <Morgan.Whitworth@lw.com>; Pettis, Eric (LA) <Eric.Pettis@lw.com>; sriley@rwjplc.com; TMcGee@rwjplc.com; RTaber@rwjplc.com
**Subject:** RE: Grae v. Corrections Corporation of America, No. 3:16-cv-02267 (M.D. Tenn.)

Faraz:

We have sequestered the documents identified in your September 28, 2018, letter. However, your letter does not comply with Federal Rule of Civil Procedure 26(b)(5)(B) (which is incorporated into the Protective Order), as it does not include the basis for your privilege claims, such as a log. As you know, the Protective Order provides a limited amount of time for us to review your assertions and bring any disputes/disputed documents to the Court's attention.

Please let us know if you are available later this week to discuss this matter. We would also like to discuss the outstanding issues identified in Willow's September 25 letter.

Best Regards,

Chris Wood
**Robbins Geller Rudman & Dowd LLP**
414 Union St., Suite #900
Nashville, TN 37219
Tel. (615) 244-2203

---

**From:** Faraz.Mohammadi@lw.com [mailto:Faraz.Mohammadi@lw.com]
**Sent:** Friday, September 28, 2018 11:18 AM
**To:** Christopher Lyons; Willow Radcliffe; Dennis Herman; Chris Wood
**Cc:** Brian Glennon; David.Schindler@lw.com; Morgan.Whitworth@lw.com; Eric.Pettis@lw.com; sriley@rwjplc.com; TMcGee@rwjplc.com; RTaber@rwjplc.com
**Subject:** Grae v. Corrections Corporation of America, No. 3:16-cv-02267 (M.D. Tenn.)

Counsel:

Please see the attached correspondence.

Thank you,
Faraz

**Faraz R. Mohammadi**

**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Direct Dial: +1.213.891.7802
Fax: +1.213.891.8763
Email: faraz.mohammadi@lw.com
http://www.lw.com

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.