# EXHIBIT G

355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Tel: +1.213.485.1234  Fax: +1.213.891.8763
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Seoul |
| Houston | Shanghai |
| London | Silicon Valley |
| Los Angeles | Singapore |
| Madrid | Tokyo |
| Milan | Washington, D.C. |

# LATHAM & WATKINS LLP

December 10, 2018

**VIA ELECTRONIC MAIL**

Kenneth J. Black, Esq.
Robbins Geller Rudman & Dowd LLP
One Montgomery Street, Suite 1800
San Francisco, CA 94104
kennyb@rgrdlaw.com

Re:  *Grae v. Corrections Corporation of America, et al.*, No. 3:16-cv-02267

Counsel:

We write in response to your letter dated December 7 regarding Defendants' privilege logs. While we will provide a more substantive written response to your letter in the next day or two, in the interest of time, we wanted to initially convey our view that we do not believe that the meet and confer process has run its course on this issue. As we noted, repeatedly, on our December 4 call, we are willing to consider additional fields and/or additional information that Plaintiff proposes be added to Defendants' privilege logs. However, the first response we received from you following that discussion was your December 7 letter indicating that the parties had reached an impasse. Given the current state of discussions, and our stated willingness to consider amending our logs, we believe it would be premature to take this issue to the Court on this record.

We are available to continue our meet and confer discussions on Wednesday, December 12 after 2:00 pm PT or Thursday, December 13 at 10:00 am PT. Please let us know if either of those times work for you. In the meantime, as noted, we will be responding to your December 7 letter in greater detail.

Sincerely,

Faraz R. Mohammadi
of LATHAM & WATKINS LLP

LATHAM&WATKINS LLP

cc: David Schindler
Brian Glennon
Morgan Whitworth
Eric Pettis
Steve Riley
Trey McGee
Russell Taber
Willow Radcliffe
Dennis Herman
Christopher Lyons
Christopher Wood