# EXHIBIT I

| | |
|---|---|
| **From:** | Mohammadi, Faraz (LA) |
| **Sent:** | Friday, December 28, 2018 12:06 PM |
| **To:** | Kenny Black; Willow Radcliffe; Chris Wood; Christopher Lyons; Dennis Herman |
| **Cc:** | Glennon, Brian (LA); Schindler, David (LA); Whitworth, Morgan (SF); Geckeler, Bret (LA); Pettis, Eric (LA); sriley@rwjplc.com; TMcGee@rwjplc.com; RTaber@rwjplc.com |
| **Subject:** | RE: Grae v. Corrections Corporation of America, No. 3:16-cv-02267 (M.D. Tenn.) |
| **Attachments:** | Grae v. CCA - Defs Amended Redaction Log.XLSX |

Counsel:

Attached you will find Defendants' Amended Privilege Redaction Log which includes entries from all prior redaction logs produced by Defendants.

Thank you,
Faraz

---

**From:** Mohammadi, Faraz (LA)
**Sent:** Saturday, December 22, 2018 1:16 AM
**To:** Kenny Black ; Willow Radcliffe ; Chris Wood ; Christopher Lyons ; Dennis Herman
**Cc:** Glennon, Brian (LA) ; Schindler, David (LA) ; Whitworth, Morgan (SF) ; Geckeler, Bret (LA) ; Pettis, Eric (LA) ; sriley@rwjplc.com; TMcGee@rwjplc.com; RTaber@rwjplc.com
**Subject:** Grae v. Corrections Corporation of America, No. 3:16-cv-02267 (M.D. Tenn.)

Counsel:

Please see the attached correspondence.

Thank you,
Faraz


**Faraz R. Mohammadi**

**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Direct Dial: +1.213.891.7802
Fax: +1.213.891.8763
Email: faraz.mohammadi@lw.com
http://www.lw.com