# EXHIBIT J

# LATHAM&WATKINS LLP

355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Tel: +1.213.485.1234  Fax: +1.213.891.8763
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

May 6, 2020

**VIA EMAIL**

Kenneth J. Black
414 Union Street, Suite 900
Nashville, TN 37219
Phone: (615) 244-2203
kennyb@rgrdlaw.com

Re:  *Grae v. Corrections Corp. of America, et al.*, No. 3:16-cv-02267

Counsel:

Pursuant to the Court's April 30, 2020 Order (Dkt. No. 211) (the "April 30 Order"), enclosed as Exhibit A is an updated privilege log that "include[s] the counsel and legal staff involved for each document withheld as privileged." *See* April 30 Order at 10, 23.

Additionally, the Court found that CORECIVIC_0959395 was not privileged. *Id*. at 20, 23. Defendants, therefore, have updated their redaction log to remove that document.[1] Defendants' updated redaction log is enclosed as Exhibit B. Because Plaintiffs have CORECIVIC_0959395 in their possession (*see* Plaintiffs' Motion to Compel, Ex. 4, Dkt. No. 196-4), Defendants are not producing another copy of that document. For purposes of identifying the document, the parties may use the document's original bates number (CORECIVIC_0959395), and can disregard the updated bates number, which was intended to identify the redacted version of the document (CORECIVIC_1795412).

---

[1] CORECIVIC_1795142 – the redacted version of CORECIVIC_0959395 – was removed from Defendants' redaction log.

LATHAM&WATKINS LLP

With production of these updated logs, Defendants have fully complied with the Court's April 30 Order.

Best regards,

Eric C. Pettis
of LATHAM & WATKINS LLP

Encl.

CC: David Schindler
Brian Glennon
Sarah Tomkowiak
Steve Riley
Trey McGee
Morgan Whitworth
Dennis Herman
Willow Radcliffe
Christopher Wood
Jason Forge
Christopher Lyons