# EXHIBIT K

## RILEY WARNOCK & JACOBSON, PLC

ATTORNEYS AT LAW

1906 WEST END AVENUE

NASHVILLE, TENNESSEE 37203

STEVEN A. RILEY

sriley@rwjplc.com

TELEPHONE: (615) 320-3700

TELECOPIER: (615) 320-3737

September 28, 2020

**<u>Via Electronic Mail</u>**
Willow E. Radcliffe
Robbins Geller Rudman & Dowd LLP
One Montgomery Street, Suite 1800
San Francisco, CA 94104
willowr@rgrdlaw.com

> **Re:** **Grae v. Corrections Corporation of America, No. 3:16-cv-02267 (M.D. Tenn.)**

Dear Willow:

As Judge Trauger suggested during our conference on September 25, 2020, I wanted to confirm in writing our willingness to review in good faith individual documents on Defendants' privilege log that Plaintiff in good faith identifies as ones that, based in the descriptions in the log, are not privileged and also are important to resolve the issues in the case.

Very truly yours,

*Steven A. Riley*

Steven A. Riley

SAR:amc