UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br> vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>       Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL |

   Having considered Plaintiff's[1] Motion for Leave to File Under Seal, IT IS HEREBY ORDERED that:

   1.  The Reply in Support of Plaintiff's Motion for Discovery Sanctions (the "Reply"), and the Declaration of Christopher M. Wood in Support of Reply in Support of Plaintiff's Motion for Discovery Sanctions and the exhibits thereto ("Wood Declaration") may be filed under seal;

   2.  Unless Defendants (as the Producing Party) file a motion for continued sealing on or before November 2, 2020, the Reply and Wood Declaration shall be unsealed and become part of the public record without need for further order of the Court; and

   3.  If Defendants (as the Producing Party) file a motion for continued sealing of the Reply and Wood Declaration, any other party may file a reply to the motion for continued

---

[1]   "Plaintiff" is Lead Plaintiff and Class Representative Amalgamated Bank, as Trustee for the LongView Collective Investment Fund. "Defendants" are Corrections Corporation of America ("CCA") and certain of its executives. Following the filing of this action, Defendants rebranded CCA and now refer to it as CoreCivic.

sealing on or before November 9, 2020.

*   *   *

# O R D E R

IT IS SO ORDERED

DATED: _____          _____
                                                            THE HONORABLE ALETA A. TRAUGER
                                                            UNITED STATES DISTRICT JUDGE