# EXHIBIT 5
# [Filed Under Seal]

**EXCERPTS FROM DEFENDANTS' JULY 15, 2020 PRIVILEGE LOG**[1]

| Priv. Log Control # | Sender | Recipient(s) | Email Subject | File Name | Description |
|---|---|---|---|---|---|
| REV00002988 | Thompson, Ronald <thom9774> | Lappin, Harley <lapp0420> | FW: Draft Adams CCC After Action Report – Do Not Forward Beyond Addressees | N/A | Discussion regarding communication with In-house counsel seeking or receiving legal advice regarding facility operations |
| REV00002989 | | | | After Action Report Adams Revision 5 | Attachment to communication with In-house counsel seeking or receiving legal advice regarding facility operations |
| REV00200482 | SHEW3489 | Hall, Keith HALL 5609; Thompson, Ronald THOM9774; Hollingsworth, Lisa JE HOLL9478; Stewart, Don DOStewart; Peterson, Thomas PETE5506; Griego, Ben GRIE8285; Debuse, Timothy TDeBuse | RE: Draft Adams CCC After Action Report – Do Not Forward Beyond Addressees | RE Draft Adams CCC After Action Report – Do Not Forward Beyond Addressees1.msg | Discussion regarding communication with In-house counsel seeking or receiving legal advice regarding facility operations |

---

[1] This chart is not intended to provide an exhaustive list of relevant entries. It lists only relevant log entries specifically cited in the accompanying Reply.

| Priv. Log Control # | Sender | Recipient(s) | Email Subject | File Name | Description |
|---|---|---|---|---|---|
| REV00200483 | DOSTEWART | Shew, Dianna SHEW3489; Hall, Keith HALL5609; Thompson, Ronald THOM9774; Hollingsworth, Lisa JE HOLL9478; Peterson, Thomas PETE5506; Griego,Ben GRIE8285; Debuse, Timothy TDeBuse | Re: Draft Adams CCC After Action Report – Do Not Forward Beyond Addressees | Re Draft Adams CCC After Action Report – Do Not Forward Beyond Addressees.msg | Communication with In-house counsel seeking or receiving legal advice regarding facility operations |
| REV00200498 | HALL5609 | Shew, Dianna SHEW3489; Thompson, Ronald THOM9774; Hollingsworth, Lisa JE HOLL9478; Stewart, Don DOStewart; Peterson, Thomas PETE5506; Griego, Ben GRIE8285; Debuse, Timothy TDeBuse | Draft Adams CCC After Action Report – Do Not Forward Beyond Addressees | Draft Adams CCC After Action Report – Do Not Forward Beyond Addressees2.msg | Communication with In-house counsel seeking or receiving legal advice regarding facility operations |
| REV00200499 | | | | After Action Report Adams Revision 5.docx | Attachment to communication with In-house counsel seeking or receiving legal advice regarding facility operations |

| Priv. Log Control # | Sender | Recipient(s) | Email Subject | File Name | Description |
|---|---|---|---|---|---|
| REV00001552 | Craddock, Scott <scraddock> | Thompson, Ronald <thom9774>; Hininger, Damon <dhininger>; Parker, Stephanie <park2104>; Collins, Brian <coll7166>; Lappin, Harley <lapp0420>; Blair, Lane <lblair> | Re: Unethical behavior at Adams County | | Communication with In-house counsel seeking or receiving legal advice regarding facility operations |
| REV00001553 | Thompson, Ronald <thom9774> | Craddock, Scott <scraddock>; Hininger, Damon <dhininger>; Parker, Stephanie <park2104>; Collins, Brian <coll7166>; Lappin, Harley <lapp0420>; Blair, Lane <lblair> | RE: Unethical behavior at Adams County | | Communication with In-house counsel seeking or receiving legal advice regarding facility operations |
| REV00119097 | Hininger, Damon <dhininger> | Craddock, Scott <scraddock>; Groom, Steve <sgroom> | Fwd: Unethical behavior at Adams County | | Communication with In-house counsel seeking or receiving legal advice regarding other |
| REV00119098 | | | | #1 | Attachment to communication with In-house counsel seeking or receiving legal advice regarding general company operations |

| Priv. Log Control # | Sender | Recipient(s) | Email Subject | File Name | Description |
|---|---|---|---|---|---|
| REV00119099 | | | | ATT00001 | Attachment to communication with In-house counsel seeking or receiving legal advice regarding general company operations |
| REV00119100 | Craddock, Scott <scraddock> | Hininger, Damon <dhininger>; Groom, Steve <sgroom> | RE: Unethical behavior at Adams County | | Communication with In-house counsel seeking or receiving legal advice regarding general company operations |

| Priv. Log Control # | Sender | Recipient(s) | Email Subject | File Name | Description |
|---|---|---|---|---|---|
| REV00201180 | SHER5483 | Wilcoxen, Andrea WILC4257; Lester, Amanda AmLester; Swindle, Patrick SWIN3943; Garfinkle, David DGarfinkle; Grande, Tony TGrande; Groom, Steve SGroom; Hininger, Damon DHininger; Lappin, Harley LAPP0420; Mayberry, Lucibeth LMayberry; White, Kim WHIT7819; Ferrell, Brian BFerrell; Verhulst, Bart VERH9495; Beasley, Jeb JBeasley; Barker, Michelle MBarker; Melendez, Carlos (FSC) CMelendez; Robinson, John JoRobinson; Hall, Keith HALL5609; Baxter, John BAXT6454; Metcalf, Natasha NMetcalf | RE: CAR15 Request for Proposal – Final Revisions | RE CAR15 Request for Proposal – Final Revisions7.msg | Communication with In-house counsel seeking or receiving legal advice regarding government contract |