IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NIKKI BOLLINGER GRAE, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:16-cv-02267 |
| ) | Judge Trauger |
| CORRECTIONS CORPORATION ) | |
| OF AMERICA, ET AL., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Pursuant to the Defendants' Notice Regarding Unsealing (Doc. No. 327), it is hereby ORDERED that the Clerk shall remove from under seal the following documents: Docket Numbers 315, 316-2, and 317.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge