# EXHIBIT B

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>                   Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>                   Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>[PROPOSED] SUMMARY NOTICE OF PENDENCY OF CLASS ACTION |

## SUMMARY NOTICE OF PENDENCY OF CLASS ACTION

**TO: ALL PERSONS WHO PURCHASED OR ACQUIRED CORRECTIONS CORPORATION OF AMERICA/CORECIVIC, INC. SECURITIES BETWEEN FEBRUARY 27, 2012 AND AUGUST 17, 2016, INCLUSIVE**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an order of the United States District Court for the Middle District of Tennessee (referred to as the "District Court"), that you may be a member of a class action pending in the District Court.

The lawsuit captioned *Grae v. Corrections Corporation of America, et al.*, Case No. 3:16-cv-02267, has been certified by the District Court as a class action; and Amalgamated Bank, as Trustee for the LongView Collective Investment Fund, was appointed as representative for the Class. At this time, Class Members are not required to take any action to remain in the Class. If any benefits are eventually obtained for the Class as a result of this lawsuit, eligible Class Members may be entitled to a payment.

Class Members may choose to exclude themselves from the Class. If you exclude yourself, you will not be entitled to a payment if any benefits are eventually obtained for the Class. If you

do not exclude yourself, you will be bound by any judgment in this litigation, whether favorable or unfavorable. To remain a Class Member and eligible for a payment if any benefits are eventually obtained, you are not required to do anything at this time. To request exclusion, you must submit a request in writing that contains the information described in more detail in the full Notice of Pendency of Class Action that is available at www.CoreCivicSecuritiesLitigation.com or can be obtained by calling (866) 779-6819. The deadline to exclude yourself is **[INSERT DATE THAT IS 45 DAYS AFTER MAILING OF NOTICE]**.

For a full description of the litigation, including identification of the Lead Plaintiff, Defendants, Class Counsel and the allegations of securities fraud, as well as related Court documents, please visit:

**www.CoreCivicSecuritiesLitigation.com**