# EXHIBIT C

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>NOTICE PLAN |

Notice will issue in the following manner:

1. The firm of Gilardi & Co. LLC ("Notice Administrator") is appointed and authorized to supervise and administer the Notice procedure.

2. The Notice Administrator shall compile a list of names and addresses of persons who purchased or otherwise acquired Corrections Corporation of America ("CCA") now known as CoreCivic, Inc. ("CoreCivic") securities between February 27, 2012 and August 17, 2016, inclusive, that CoreCivic will have provided.

3. The Notice Administrator shall, not later than 21 calendar days from receipt of the CoreCivic transfer records, send through the United States mail, by First-Class Mail, the form of Notice of Pendency of Class Action ("Notice"), substantially in the form attached as Exhibit A to the Unopposed Motion of Lead Plaintiff and Class Representative to Approve the Form and Manner of Class Notice and Notice Plan ("Unopposed Motion"), to each record holder identified on the list (the date on which this mailing is postmarked, the "Notice Date").

4. Brokerage firms, banks, institutions, investment funds, investment companies, investment advisors, investment portfolios, mutual fund trusts, mutual investment funds,

- 1 -

investment managers, and any other persons who are or who claim to be nominees that acquired CCA/CoreCivic securities for the benefit of another person between February 27, 2012 and August 17, 2016, inclusive, shall be requested to: (a) send the Notice to all such beneficial owners of CCA/CoreCivic securities within ten calendar days after receipt thereof; or (b) send a list of the names and addresses of such beneficial owners to the Notice Administrator within ten calendar days thereof, in which case the Notice Administrator shall promptly mail the Notice to such beneficial owners.

5. The Notice Administrator shall cause to be published on one occasion in the national edition of *Investor's Business Daily* and over the *Business Wire* the Summary Notice of Pendency of Class Action, substantially in the form attached as Exhibit B to the Unopposed Motion, not later than 14 days after the mailing of the Notice.

6. The Notice shall provide an address for the purpose of receiving requests for exclusion from the Class. After the period allowed for Class Members to request exclusion has expired, Class Counsel shall promptly file all such requests for exclusion and serve copies of the same on all parties.

7. The deadline for exclusion from the Class shall be 45 calendar days after the Notice Date.

8. Other than the costs of providing the transfer records to the Notice Administrator, the costs of the Notice process shall be borne by Class Counsel.