UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>                            Plaintiff,<br><br>     vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>                            Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>ORDER GRANTING UNOPPOSED MOTION [#329] OF LEAD PLAINTIFF AND CLASS REPRESENTATIVE TO APPROVE THE FORM AND MANNER OF CLASS NOTICE AND NOTICE PLAN |

This matter comes before the Court on the Unopposed Motion of Lead Plaintiff and Class Representative to Approve the Form and Manner of Class Notice and Notice Plan (the "Unopposed Motion").

Upon consideration of the Unopposed Motion, the papers submitted in support and good cause appearing therefor, IT IS HEREBY ORDERED as follows:

1. The Unopposed Motion is GRANTED.

2. The firm of Gilardi & Co. LLC is appointed as Notice Administrator to provide the Notice and Summary Notice of this litigation to the Class.

3. Within 30 days of the entry of this Order, CoreCivic shall produce to the Notice Administrator, in computer readable format, the transfer records for its publicly traded securities for the period of time between February 27, 2012 and August 17, 2016, inclusive.

4. Lead Plaintiff and Class Representative Amalgamated Bank, as Trustee for the LongView Collective Investment Fund, through the Notice Administrator, shall provide mailed Notice to the Class in substantially the form as submitted as Exhibit A to the Unopposed Motion and publish a Summary Notice in substantially the form as submitted as Exhibit B to the

Unopposed Motion, in accordance with the Notice Plan submitted as Exhibit C to the Unopposed Motion.

  IT IS SO ORDERED.

DATED:  10/30/2020         _____
                  THE HONORABLE ALETA A. TRAUGER
                  UNITED STATES DISTRICT JUDGE