IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NIKKI BOLLINGER GRAE, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:16-cv-02267 |
| ) | Judge Trauger |
| CORRECTIONS CORPORATION ) | |
| OF AMERICA, ET AL., ) | |
| ) | |
| Defendants. ) | |

### ORDER

Pursuant to the Defendant's Notice Regarding Unsealing (Doc. No. 332), it is hereby

ORDERED that the Clerk shall take out from under seal Docket Numbers 324 and 325.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge