UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>Magistrate Judge Jeffrey S. Frensley<br><br>DEMAND FOR JURY TRIAL |

## AGREED ORDER EXTENDING PAGE LIMITATIONS FOR DISPOSITIVE MOTION BRIEFING

Lead Plaintiff Amalgamated Bank, as Trustee for the Longview Collective Investment Fund ("Plaintiff"), and Defendants CoreCivic, Inc., Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger and Harley G. Lappin ("Defendants," and collectively, with Plaintiff, the "Parties"), submit the following [Proposed] Agreed Order Extending Page Limitations For Dispositive Motions.

WHEREAS, the deadline for filing dispositive motions is November 20, 2020 (Dkt. No. 320);

WHEREAS, Local Rule 7.01(a) provides that memoranda and replies filed in connection with those dispositive motions may not exceed twenty-five (25) pages and five (5) pages, respectively, without leave of Court;

WHEREAS, given the complexity of the issues in this case, the Parties agree that a modest extension of the page limits set forth in Local Rule 7.01(a) is necessary for the Parties to fully brief the Parties' anticipated arguments; and

WHEREAS, the Parties have agreed that Defendants, collectively, shall file only one (1) dispositive motion, and Plaintiff shall file only one (1) dispositive motion;

NOW, THEREFORE, and subject to approval of the Court, the Parties agree that any memorandum in support of or in opposition to a dispositive motion shall not exceed thirty (30) pages and that any replies in further support of a dispositive motion shall not exceed fifteen (15) pages.

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
United States District Judge

Agreed to and submitted by:

/s/ *Steven A. Riley*
Steven A. Riley (TN #6258)
Milton S. McGee, III (TN #024150)
RILEY WARNOCK & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
T: (615) 320-3700
F: (615) 320-3737
sriley@rwjplc.com
tmcgee@rwjplc.com

David J. Schindler (admitted *pro hac vice*)
Brian T. Glennon (admitted *pro hac vice*)
Meryn C. N. Grant (admitted *pro hac vice*)
LATHAM & WATKINS LLP
355 South Grand Ave., Suite 100
Los Angeles, CA 90071
T: (213) 485-1234
F: (213) 891-8763
david.schindler@lw.com
brian.glennon@lw.com
meryn.grant@lw.com

Morgan E. Whitworth (admitted pro hac vice)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
T: (415) 391-0600
F: (415) 395-8095
morgan.whitworth@lw.com

Sarah A. Tomkowiak (admitted *pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
T: (202) 637-2335
F: (415) 637-2201
sarah.tomkowiak@lw.com

*Attorneys for Defendants Corrections Corporation of America, Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger, and Harley G. Lappin*


<u>/s/ Christopher M. Wood (w/permission)</u>
Christopher Hamp Lyons
Christopher M. Wood
Robbins Geller Rudman & Dowd LLP
414 Union Street, Suite 900
Nashville, TN 37219
clyons@rgrdlaw.com
cwood@rgrdlaw.com


Dennis J. Herman
Willow E. Radcliffe
ROBBINS GELLER RUDMAN
 & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
dennish@rgrdlaw.com
willowr@rgrdlaw.com

*Attorneys for Plaintiff*