UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>                      Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>Magistrate Judge Jeffrey S. Frensley |

## DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF SCOTT DALRYMPLE

Defendants CoreCivic, Inc., Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger, and Harley G. Lappin (collectively, "Defendants") hereby move the Court for an order excluding the expert reports of Scott Dalrymple and precluding Lead Plaintiff Amalgamated Bank from offering his testimony at trial in this matter on grounds that his testimony is unreliable, irrelevant, and therefore inadmissible pursuant to Federal Rules of Evidence 403, 702, and 703 and *Daubert v. Merrell Dow Pharmaceuticals*, 509 U.S. 579 (1993). In support of this Motion, Defendants rely on reasons set forth in the accompanying Memorandum, and the Declaration of Morgan E. Whitworth and exhibits thereto. Defendants respectfully request that the Court grant this Motion, exclude the expert reports of Scott Dalrymple, and preclude Lead Plaintiff Amalgamated Bank from offering his testimony at trial.

DATED:  November 20, 2020                Respectfully submitted:


                                         /s/ *Steven A. Riley*
                                         Steven A. Riley (TN #6258)
                                         Milton S. McGee, III (TN #024150)
                                         RILEY WARNOCK & JACOBSON, PLC
                                         1906 West End Avenue
                                         Nashville, TN 37203
                                         T: (615) 320-3700
                                         F: (615) 320-3737
                                         sriley@rwjplc.com
                                         tmcgee@rwjplc.com

                                         David J. Schindler (admitted *pro hac vice*)
                                         Brian T. Glennon (admitted *pro hac vice*)
                                         Meryn C. N. Grant (admitted *pro hac vice*)
                                         LATHAM & WATKINS LLP
                                         355 South Grand Avenue, Suite 100
                                         Los Angeles, CA 90071
                                         T: (213) 485-1234
                                         F: (213) 891-8763
                                         david.schindler@lw.com
                                         brian.glennon@lw.com
                                         meryn.grant@lw.com

                                         Morgan E. Whitworth (admitted pro hac vice)
                                         LATHAM & WATKINS LLP
                                         505 Montgomery Street, Suite 2000
                                         San Francisco, CA 94111
                                         T: (415) 391-0600
                                         F: (415) 395-8095
                                         morgan.whitworth@lw.com

                                         Sarah A. Tomkowiak (admitted *pro hac vice*)
                                         LATHAM & WATKINS LLP
                                         555 Eleventh Street, NW, Suite 1000
                                         Washington, DC 20004-1304
                                         T: (202) 637-2335
                                         F: (415) 637-2201
                                         sarah.tomkowiak@lw.com

                                         *Attorneys for Defendants Corrections Corporation of America, Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger, and Harley G. Lappin*

# CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing document was made upon the following Filing Users through the Electronic Filing System and electronic mail:

Christopher Hamp Lyons
Christopher M. Wood
ROBBINS GELLER RUDMAN
& DOWD LLP
414 Union St. Suite 900
Nashville, TN 37219
clyons@rgrdlaw.com
cwood@rgrdlaw.com

Jason A. Forge
ROBBINS GELLER RUDMAN
& DOWD LLP
655 W Broadway, Suite 1900
San Diego, CA 92101
jforge@rgrdlaw.com

Dennis J. Herman
Willow E. Radcliffe
Kenneth J. Black
ROBBINS GELLER RUDMAN
& DOWD LLP
Post Montgomery Center
One Montgomery St, Suite 1800
San Francisco, CA 94104
dennish@rgrdlaw.com
willowr@rgrdlaw.com
kennyb@rgrdlaw.com

Jerry E. Martin
BARRETT JOHNSTON MARTIN &
GARRISON, LLC
Bank of America Plaza
414 Union St., Suite 900
Nashville, TN 37219
jmartin@barrettjohnston.com

James A. Holifield , Jr.
HOLIFIELD JANICH RACHAL &
ASSOCIATES, PLLC
11907 Kingston Pike, Suite 201
Knoxville, TN 37934
aholifield@holifieldlaw.com

Jeremy A. Lieberman
J. Alexander Hood II
Marc C. Gorrie
POMERANTZ LLP
600 Third Ave., 20th Floor
New York, NY 10016
jalieberman@pomlaw.com
ahood@pomlaw.com
mgorrie@pomlaw.com

Patrick V. Dahlstrom
POMERANTZ LLP
10 S. La Salle St., Suite 3505
Chicago, IL 60603
pdahlstrom@pomlaw.com

Paul Kent Bramlett
Robert P. Bramlett
BRAMLETT LAW OFFICES
40 Burton Hills Blvd., Suite 200
P.O. Box 150734
Nashville, TN 37215
pknashlaw@aol.com
robert@bramlettlawoffices.com

Michael Goldberg
Brian Schall
GOLDBERG LAW PC
1999 Ave. of the Stars, Suite 1100
Los Angeles, CA 90067
michael@goldberglawpc.com
brian@goldberglawpc.com

Christopher T. Cain
SCOTT & CAIN
550 W Main Ave., Suite 601
Knoxville, TN 37902
cain@scottandcain.com

this 20th day of November, 2020.

                                            /s/ *Steven A. Riley*
                                            Steven A. Riley