# EXHIBIT 9

Case 3:16-cv-02267 Document 340-9 Filed 11/20/20 Page 1 of 4 PageID #: 11243

| | |
|---|---|
| **From:** | Brown, Gregory |
| **Sent:** | Friday, February 13, 2015 9:07 AM |
| **To:** | Hininger, Damon; Garfinkle, David; Lappin, Harley; Hopewell, Cameron; Swindle, Patrick; Rasmussen, Erik |
| **Subject:** | BOP Weekly Trend |

FYI

**From:** Brown, Gregory
**Sent:** Friday, February 13, 2015 9:06 AM
**To:** Verhulst, Bart; Beasley, Jeb; Quinlan, Mike
**Cc:** Baker, Kathy
**Subject:** BOP Weekly Trend

- The BOP population increased by 23 over the prior week to a total of 210,340.

1

CONFIDENTIAL                                                                                           CORECIVIC_1218571



**Greg Brown** | Analyst, Strategic Development
**Corrections Corporation of America**
10 Burton Hills - Nashville, TN 37215
Main: (615) 263-3000 | Direct: (615) 263-6635
Gregory.Brown@CCA.com

CONFIDENTIAL                                                                                       CORECIVIC_1218572

# BOP Weekly Trend



CONFIDENTIAL

CORECIVIC_1218573