# EXHIBIT 10

| | |
|---|---|
| **From:** | Brown, Gregory |
| **Sent:** | Monday, July 07, 2014 4:02 PM |
| **To:** | Hininger, Damon; Garfinkle, David; Lappin, Harley; Swindle, Patrick; Rasmussen, Erik |
| **Subject:** | BOP Population Summary Through June 2014 |
| **Attachments:** | BOP Population Through 06-30-2014.pdf |

FYI

**From:** Brown, Gregory
**Sent:** Monday, July 07, 2014 4:01 PM
**To:** Verhulst, Bart; Beasley, Jeb; Quinlan, Mike
**Subject:** BOP Population Summary Through June 2014

- BOP's population increased by 38 during the month of June.
    - The population in BOP's public and private prisons has increased by 168 during the past 6 months.
    - BOP is currently at 130.7% of rated capacity in non-private BOP facilities.

1

CONFIDENTIAL                                                                                           CORECIVIC_1220584

# BOP Population Summary by Security Level

Jun-14

| Security Level | Population | | | | | | | Capacity | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pop | | | | Pop Change | | | Rated Cap. | Pop % of Cap | Capacity Change | |
| | Apr-14 | May-14 | Jun-14 | % of Total | 1 Mo. | 6 Mo. | 12 Mo. | Jun-14 | Jun-14 | 1 Mo. | 6 Mo. |
| ADMINISTRATIVE | 16,375 | 16,549 | 16,580 | 8.2% | 31 | (646) | (1,844) | 13,778 | 120.3% | 0 | (587) |
| MINIMUM | 25,959 | 25,865 | 25,893 | 12.8% | 28 | (178) | (885) | 23,820 | 108.7% | 128 | 148 |
| LOW | 78,018 | 78,177 | 78,236 | 38.7% | 59 | (132) | (968) | 63,895 | 122.4% | 60 | 1,266 |
|   Low - Private | 29,061 | 29,009 | 29,229 | 14.4% | 220 | 505 | 2,426 | 25,766 | 113.4% | 0 | 0 |
|   Low - Public | 48,957 | 49,168 | 49,007 | 24.2% | (161) | (637) | (3,394) | 38,129 | 128.4% | 60 | 1,266 |
| MEDIUM | 59,649 | 59,427 | 59,332 | 29.3% | (95) | 681 | 621 | 41,855 | 141.8% | 218 | 800 |
| HIGH | 22,113 | 22,259 | 22,274 | 11.0% | 15 | 248 | (292) | 14,788 | 150.6% | 0 | (121) |
| TOTAL | 202,155 | 202,277 | 202,315 | 100.0% | 38 | (68) | (3,368) | 158,176 | 127.9% | 406 | 1,505 |
| Incremental | (284) | 122 | 38 | | | | | | | | |
| TOTAL w/o Private | 173,094 | 173,268 | 173,086 | | | | | 132,411 | 130.7% | | |
| Incremental | (857) | 174 | (182) | | | | | | | | |
| CCC | 9,355 | 9,584 | 9,559 | | (25) | 318 | 30 | | | | |
| HCON | 3,150 | 3,205 | 3,271 | | 66 | 265 | 277 | | | | |
| JAIL | 674 | 720 | 784 | | 64 | 155 | 226 | | | | |
| JUVS | 71 | 71 | 70 | | (1) | 2 | 3 | | | | |
| LTD | 373 | 347 | 311 | | (36) | 9 | 20 | | | | |
| ADMACTION | 19 | 18 | 19 | | 1 | 2 | 7 | | | | |
| Subtotal | 13,642 | 13,945 | 14,014 | | 69 | 794 | 563 | | | | |
| Total | 215,797 | 216,222 | 216,329 | | 107 | 962 | (2,805) | | | | |

- The projected population, which tends to be a leading indicator for BOP's population, remains flat as of the end of June.

2

Case 3:16-cv-02267   Document 340-10   Filed 11/20/20   Page 3 of 13 PageID #: 11249

CONFIDENTIAL

CORECIVIC_1220585



- Private facilities are at 98.7% of capacity with 381 beds vacant. Populations are up by 693 over the past 6 months.

3

Case 3:16-cv-02267   Document 340-10   Filed 11/20/20   Page 4 of 13 PageID #: 11250

CONFIDENTIAL

CORECIVIC_1220586

# BOP POP SUMMARY: Facility by Competitor

**Jun-14**

| | Population | | | Jun Rated Capacity | % | SNA Design Capacity | % | Delta | | Pipeline In | Pipeline Out | Net | Projected Population |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Apr-14 | May-14 | Jun-14 | | | | | 1 month | 6 months | | | | |
| **CCA** | | | | | | | | | | | | | |
| ADAMS CTY CORR CTR CI | 2,517 | 2,507 | 2,537 | 2,232 | 113.7% | 2,567 | 98.8% | 30 | 76 | 74 | 92 | (18) | 2,519 |
| CIBOLA COUNTY CI | 1,189 | 1,171 | 1,188 | 1,047 | 113.5% | 1,204 | 98.7% | 17 | 12 | 225 | 190 | 35 | 1,223 |
| EDEN DC | 1,530 | 1,532 | 1,547 | 1,355 | 114.2% | 1,558 | 99.3% | 15 | 39 | 72 | 99 | (27) | 1,520 |
| MCRAE CI | 2,199 | 2,227 | 2,233 | 1,978 | 112.9% | 2,275 | 98.2% | 6 | 65 | 78 | 79 | (1) | 2,232 |
| NE OHIO CORR CTR CI | 1,486 | 1,484 | 1,478 | 1,328 | 111.3% | 1,507 | 98.1% | (6) | (3) | 64 | 55 | 9 | 1,487 |
| Subtotal | 8,841 | 8,921 | 8,983 | 7,940 | 113.1% | 9,111 | 98.6% | 62 | 189 | 513 | 515 | (2) | 8,981 |
| **GEO** | | | | | | | | | | | | | |
| REEVES CI | 2,399 | 2,384 | 2,372 | 2,093 | 113.3% | 2,407 | 98.5% | (22) | 15 | 220 | 265 | (45) | 2,327 |
| REEVES DC | 1,354 | 1,353 | 1,339 | 1,179 | 113.6% | 1,356 | 98.7% | (14) | 53 | 120 | 175 | (55) | 1,284 |
| RIVERS CI | 1,262 | 1,329 | 1,382 | 1,201 | 115.1% | 1,390 | 99.4% | 53 | 40 | 60 | 63 | (3) | 1,379 |
| RIVERS CI-RDAP | 61 | 56 | 56 | 60 | 93.3% | 60 | 93.3% | 0 | (5) | 0 | 1 | (1) | 55 |
| D. RAY JAMES CORR FACL CI | 2,428 | 2,400 | 2,433 | 2,180 | 111.6% | 2,507 | 97.0% | 33 | 77 | 92 | 70 | 22 | 2,455 |
| BIG SPRING CI | 3,459 | 3,425 | 3,473 | 3,051 | 113.8% | 3,509 | 99.0% | 48 | (13) | 309 | 353 | (44) | 3,429 |
| MOSHANNON VALLEY CI | 1,811 | 1,801 | 1,799 | 1,583 | 113.6% | 1,820 | 98.8% | (2) | 22 | 82 | 79 | 3 | 1,802 |
| Subtotal | 12,774 | 12,753 | 12,854 | 11,347 | 113.3% | 13,049 | 98.5% | 96 | 189 | 883 | 1,006 | -123 | 12,731 |
| **MTC** | | | | | | | | | | | | | |
| DALBY CI | 1,903 | 1,871 | 1,899 | 1,670 | 113.7% | 1,921 | 98.9% | 28 | 42 | 154 | 188 | (34) | 1,865 |
| TAFT CI | 1,780 | 1,776 | 1,779 | 1,536 | 115.8% | 1,766 | 100.7% | 3 | 54 | 152 | 112 | 40 | 1,819 |
| TAFT CI SCP | 536 | 550 | 560 | 512 | 109.4% | 589 | 95.1% | 10 | (2) | 49 | 37 | 12 | 572 |
| WILLACY CI | 3,127 | 3,133 | 3,154 | 2,760 | 114.3% | 3,174 | 99.4% | 21 | 221 | 275 | 342 | (67) | 3,087 |
| Subtotal | 7,346 | 7,330 | 7,392 | 6,478 | 114.1% | 7,450 | 99.2% | 62 | 315 | 630 | 679 | -49 | 7,343 |
| **Private Total** | 29,061 | 29,003 | 29,229 | 25,765 | 113.4% | 29,610 | 98.7% | 220 | 693 | 2,026 | 2,200 | -174 | 29,055 |
| Vacant | | | | | | 381 | | | | | | | |

Greg Brown | Analyst, Strategic Development
**Corrections Corporation of America**
10 Burton Hills - Nashville, TN 37215
Main: (615) 263-3000 | Direct: (615) 263-6635
Gregory.Brown@CCA.com

CONFIDENTIAL

CORECIVIC_1220587

5

CONFIDENTIAL

CORECIVIC_1220588

# BOP Population Summary by Security Level

**Jun-14**

| Security Level | Pop Apr-14 | Pop May-14 | Pop Jun-14 | % of Total | Pop Change 1 Mo. | Pop Change 6 Mo. | Pop Change 12 Mo. | Rated Cap. Jun-14 | Pop % of Cap Jun-14 | Capacity Change 1 Mo. | Capacity Change 6 Mo. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ADMINISTRATIVE | 16,376 | 16,549 | 16,580 | 8.2% | 31 | (446) | (1,844) | 13,778 | 120.3% | 0 | (587) |
| MINIMUM | 25,999 | 25,865 | 25,893 | 12.8% | 28 | (178) | (885) | 23,820 | 108.7% | 128 | 148 |
| LOW | 78,018 | 78,177 | 78,236 | 38.7% | 59 | (132) | (969) | 63,935 | 122.4% | 60 | 1,266 |
| Low - Private | 29,061 | 29,009 | 29,229 | 14.4% | 220 | 505 | 2,426 | 25,765 | 113.4% | 0 | 0 |
| Low - Public | 48,957 | 49,168 | 49,007 | 24.2% | (161) | (637) | (3,395) | 38,170 | 128.4% | 60 | 1,266 |
| MEDIUM | 59,649 | 59,427 | 59,332 | 29.3% | (95) | 681 | 621 | 41,855 | 141.8% | 218 | 800 |
| HIGH | 22,113 | 22,259 | 22,274 | 11.0% | 15 | 243 | (292) | 14,788 | 150.6% | 0 | (121) |
| **TOTAL** | 202,155 | 202,277 | 202,315 | 100.0% | 38 | 168 | (3,369) | 158,176 | 127.9% | 406 | 1,506 |
| Incremental | | (294) | 122 | 38 | | | | | | | |
| TOTAL w/o Private | 173,094 | 173,268 | 173,086 | | | | | 132,411 | **130.7%** | | |
| Incremental | | (397) | 174 | (182) | | | | | | | |
| CCC | 9,355 | 9,584 | 9,559 | | (25) | 318 | 30 | | | | |
| HCON | 3,150 | 3,205 | 3,271 | | 66 | 268 | 277 | | | | |
| JAIL | 674 | 720 | 784 | | 64 | 195 | 226 | | | | |
| JUVS | 71 | 71 | 70 | | (1) | 2 | 3 | | | | |
| LTB | 373 | 347 | 311 | | (36) | 9 | 20 | | | | |
| ADMACTION | 19 | 18 | 19 | | 1 | 2 | 7 | | | | |
| Subtotal | 13,642 | 13,945 | 14,014 | | 69 | 794 | **563** | | | | |
| Total | 215,797 | 216,222 | 216,329 | | 107 | 962 | (2,806) | | | | |
| Incremental | | (152) | 425 | 107 | | | | | | | |

CCA Strategic Development   7/7/2014   1
Case 3:16-cv-02267   Document 340-10   Filed 11/20/20   Page 7 of 13 PageID #: 11253
CONFIDENTIAL   CORECIVIC_1220589

## BOP POP SUMMARY: Facility by Competitor

**Jun-14**

| | Population | | | Rated Capacity | % | Design Capacity | % | Delta | | Pipline In | Pipeline Out | Net | Projected Population |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Apr-14 | May-14 | Jun-14 | | | | | 1 month | 6 months | | | | |
| **CCA** | | | | | | | | | | | | | |
| ADAMS CTY CORR CTR CI | 2,517 | 2,507 | 2,537 | 2,232 | 113.7% | 2,567 | 98.8% | 30 | 76 | 74 | 92 | (18) | 2,519 |
| CIBOLA COUNTY CI | 1,189 | 1,171 | 1,188 | 1,047 | 113.5% | 1,204 | 98.7% | 17 | 12 | 225 | 190 | 35 | 1,223 |
| EDEN DC | 1,550 | 1,532 | 1,547 | 1,355 | 114.2% | 1,558 | 99.3% | 15 | 39 | 72 | 99 | (27) | 1,520 |
| MCRAE CI | 2,199 | 2,227 | 2,233 | 1,978 | 112.9% | 2,275 | 98.2% | 6 | 65 | 78 | 79 | (1) | 2,232 |
| NE OHIO CORR CTR CI | 1,486 | 1,484 | 1,478 | 1,328 | 111.3% | 1,507 | 98.1% | (6) | (3) | 64 | 55 | 9 | 1,487 |
| Subtotal | 8,941 | 8,921 | 8,983 | 7,940 | 113.1% | 9,111 | 98.6% | 62 | 189 | 513 | 515 | (2) | 8,981 |
| **GEO** | | | | | | | | | | | | | |
| REEVES CI | 2,399 | 2,394 | 2,372 | 2,093 | 113.3% | 2,407 | 98.5% | (22) | 15 | 220 | 265 | (45) | 2,327 |
| REEVES DC | 1,354 | 1,353 | 1,339 | 1,179 | 113.6% | 1,356 | 98.7% | (14) | 53 | 120 | 175 | (55) | 1,284 |
| RIVERS CI | 1,262 | 1,329 | 1,382 | 1,201 | 115.1% | 1,390 | 99.4% | 53 | 40 | 60 | 63 | (3) | 1,379 |
| RIVERS CI-RDAP | 61 | 56 | 56 | 60 | 93.3% | 60 | 93.3% | 0 | (5) | 0 | 1 | (1) | 55 |
| D. RAY JAMES CORR FACL CI | 2,428 | 2,400 | 2,433 | 2,180 | 111.6% | 2,507 | 97.0% | 33 | 77 | 92 | 70 | 22 | 2,455 |
| BIG SPRING CI | 3,459 | 3,425 | 3,473 | 3,051 | 113.8% | 3,509 | 99.0% | 48 | (13) | 309 | 353 | (44) | 3,429 |
| MOSHANNON VALLEY CI | 1,811 | 1,801 | 1,799 | 1,583 | 113.6% | 1,820 | 98.8% | (2) | 22 | 82 | 79 | 3 | 1,802 |
| Subtotal | 12,774 | 12,758 | 12,854 | 11,347 | 113.3% | 13,049 | 98.5% | 96 | 189 | 883 | 1,006 | -123 | 12,731 |
| **MTC** | | | | | | | | | | | | | |
| DALBY CI | 1,903 | 1,871 | 1,899 | 1,670 | 113.7% | 1,921 | 98.9% | 28 | 42 | 154 | 188 | (34) | 1,865 |
| TAFT CI | 1,780 | 1,776 | 1,779 | 1,536 | 115.8% | 1,766 | 100.7% | 3 | 54 | 152 | 112 | 40 | 1,819 |
| TAFT CI SCP | 536 | 550 | 560 | 512 | 109.4% | 589 | 95.1% | 10 | (2) | 49 | 37 | 12 | 572 |
| WILLACY CI | 3,127 | 3,133 | 3,154 | 2,760 | 114.3% | 3,174 | 99.4% | 21 | 221 | 275 | 342 | (67) | 3,087 |
| Subtotal | 7,346 | 7,330 | 7,392 | 6,478 | 114.1% | 7,450 | 99.2% | 62 | 315 | 630 | 679 | -49 | 7,343 |
| **Private Total** | 29,061 | 29,009 | 29,229 | 25,765 | 113.4% | 29,610 | 98.7% | 220 | 693 | 2,026 | 2,200 | -174 | 29,055 |
| Vacant | | | | | | 381 | | | | | | | |

CCA Strategic Development  7/7/2014  2

Case 3:16-cv-02267   Document 340-10   Filed 11/20/20   Page 8 of 13 PageID #: 11254

CONFIDENTIAL

CORECIVIC_1220590

# BOP Population Summary by Security Level

**Jun-14**

| Security Level | Pop | Rated Cap | Pop % of Cap |
|---|---:|---:|---:|
| ADMINISTRATIVE | 16,580 | 13,778 | 120.3% |
| MINIMUM | 25,893 | 23,820 | 108.7% |
| LOW | 78,236 | 63,935 | 122.4% |
|    Low - Private | 29,229 | 25,765 | 113.4% |
|    Low - Public | 49,007 | 38,170 | 128.4% |
| MEDIUM | 59,332 | 41,855 | 141.8% |
| HIGH | 22,274 | 14,788 | 150.6% |
| **TOTAL** | **202,315** | **158,176** | **127.9%** |
| TOTAL w/o Private | 173,086 | 132,411 | **130.7%** |
| Other (RCCs, Jails, Etc) | 14,014 | | |
| **Total** | **216,329** | | |

CONFIDENTIAL  CORECIVIC_1220591

## BOP RRC Population by Month and by Area

**Jun-14**

| | Jun-13 | Dec-13 | Jan-14 | Feb-14 | Mar-14 | Apr-14 | May-14 | Jun-14 | Deltas 1 Mo. | 3 Mo. | 6 Mo. | 12 Mo. | 24 Mo. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **HCON + RRC** | 12,602 | 12,337 | 12,610 | 12,438 | 12,476 | 12,558 | 12,849 | 12,912 | 63 | 436 | 575 | 310 | 1,361 |
| **CCC** | 9,529 | 9,241 | 9,514 | 9,509 | 9,416 | 9,355 | 9,584 | 9,559 | (25) | 143 | 318 | 30 | 478 |
| | Jun-13 | Dec-13 | Jan-14 | Feb-14 | Mar-14 | Apr-14 | May-14 | Jun-14 | | | | | |
| ATLANTA CCM CCC'S | 365 | 394 | 419 | 416 | 412 | 391 | 407 | 394 | (13) | (18) | 0 | 29 | 14 |
| BALTIMORE CCM CCC'S | 278 | 250 | 281 | 276 | 259 | 259 | 269 | 275 | 6 | 16 | 25 | (3) | 54 |
| CHICAGO CCM CCC'S | 492 | 449 | 472 | 502 | 494 | 494 | 486 | 492 | 6 | (2) | 43 | 0 | 5 |
| CINCINNATI CCM CCC'S | 236 | 236 | 261 | 245 | 241 | 255 | 275 | 266 | (9) | 25 | 30 | 30 | 77 |
| DALLAS CCM CCC'S | 357 | 338 | 332 | 342 | 329 | 332 | 324 | 357 | 33 | 28 | 19 | 0 | 39 |
| DENVER CCM CCC'S | 220 | 107 | 107 | 101 | 101 | 102 | 96 | 92 | (4) | (9) | (15) | (128) | (82) |
| DETROIT CCM CCC'S | 200 | 172 | 167 | 191 | 201 | 207 | 229 | 231 | 2 | 30 | 59 | 31 | 66 |
| EL PASO CCM CCC'S | 332 | 335 | 336 | 334 | 337 | 353 | 349 | 354 | 5 | 17 | 19 | 22 | 5 |
| HOUSTON CCM CCC'S | 446 | 450 | 457 | 478 | 448 | 451 | 457 | 450 | (7) | 2 | 0 | 4 | (13) |
| KANSAS CITY CCM CCC'S | 506 | 533 | 531 | 536 | 579 | 581 | 612 | 607 | (5) | 28 | 74 | 101 | 136 |
| LONG BEACH CCM CCC'S | 544 | 562 | 584 | 558 | 573 | 557 | 601 | 611 | 10 | 38 | 49 | 67 | 87 |
| MIAMI CCM CCC'S | 361 | 348 | 370 | 362 | 347 | 343 | 381 | 379 | (2) | 32 | 31 | 18 | 30 |
| MINNEAPOLIS CCM CCC'S | 286 | 239 | 262 | 255 | 262 | 243 | 242 | 245 | 3 | (17) | 6 | (41) | (60) |
| MONTGOMERY CCM CCC'S | 248 | 264 | 273 | 276 | 261 | 248 | 262 | 270 | 8 | 9 | 6 | 22 | 19 |
| NASHVILLE CCM CCC'S | 359 | 339 | 362 | 353 | 359 | 359 | 389 | 367 | (22) | 8 | 28 | 8 | (23) |
| NEW ORLEANS CCM CCC'S | 221 | 223 | 211 | 248 | 237 | 227 | 231 | 250 | 19 | 13 | 27 | 29 | 51 |
| NEW YORK CCM CCC'S | 286 | 330 | 330 | 313 | 324 | 289 | 318 | 284 | (34) | (40) | (46) | (2) | 14 |
| ORLANDO CCM CCC'S | 320 | 273 | 299 | 306 | 286 | 284 | 287 | 293 | 6 | 7 | 20 | (27) | 28 |
| PHILADELPHIA CCM CCC'S | 471 | 494 | 525 | 495 | 505 | 475 | 470 | 501 | 31 | (4) | 7 | 30 | 61 |
| PHOENIX CCM CCC'S | 361 | 350 | 348 | 338 | 327 | 351 | 327 | 342 | 15 | 15 | (8) | (19) | (12) |
| PITTSBURGH CCM CCC'S | 246 | 215 | 231 | 224 | 218 | 211 | 220 | 216 | (4) | (2) | 1 | (30) | (1) |
| RALEIGH CCM CCC'S | 488 | 496 | 492 | 507 | 496 | 503 | 499 | 493 | (6) | (3) | (3) | 5 | 53 |
| SACRAMENTO CCM CCC'S | 344 | 356 | 357 | 360 | 350 | 346 | 343 | 359 | 16 | 9 | 3 | 15 | 28 |
| SALT LAKE CITY CCM CCC'S | 235 | 201 | 221 | 227 | 197 | 206 | 207 | 195 | (12) | (2) | (6) | (40) | (30) |
| SAN ANTONIO CCM CCC'S | 327 | 317 | 293 | 288 | 297 | 295 | 303 | 276 | (27) | (21) | (41) | (51) | (43) |
| SEATTLE CCM CCC'S | 276 | 261 | 304 | 293 | 310 | 319 | 318 | 323 | 5 | 13 | 62 | 47 | 26 |
| ST LOUIS CCM CCC'S | 397 | 412 | 415 | 413 | 413 | 426 | 419 | 396 | (23) | (17) | (16) | (1) | 52 |
| WASHINGTON DC CCM CCC'S | 327 | 297 | 274 | 272 | 253 | 248 | 263 | 241 | (22) | (12) | (56) | (86) | (103) |
| **HCON** | 3,073 | 3,096 | 3,096 | 2,929 | 3,060 | 3,203 | 3,265 | 3,353 | 88 | 293 | 257 | 280 | 883 |
| ATLANTA CCM HCONS | 149 | 140 | 135 | 141 | 152 | 152 | 156 | 149 | (7) | (3) | 9 | 0 | 38 |
| BALTIMORE CCM HCONS | 85 | 84 | 69 | 64 | 86 | 88 | 85 | 92 | 7 | 6 | 8 | 7 | 8 |
| CHICAGO CCM HCONS | 174 | 161 | 162 | 144 | 172 | 190 | 203 | 208 | 5 | 36 | 47 | 34 | 86 |
| CINCINNATI CCM HCONS | 63 | 71 | 72 | 76 | 75 | 85 | 69 | 99 | 30 | 24 | 28 | 36 | 44 |
| DALLAS CCM HCONS | 80 | 68 | 73 | 67 | 75 | 55 | 67 | 59 | (8) | (16) | (9) | (21) | (4) |
| DENVER CCM HCONS | 25 | 27 | 33 | 33 | 36 | 30 | 24 | 18 | (6) | (18) | (9) | (7) | (11) |
| DETROIT CCM HCONS | 49 | 40 | 37 | 39 | 45 | 61 | 56 | 67 | 11 | 22 | 27 | 18 | 5 |
| EL PASO CCM HCONS | 70 | 83 | 86 | 82 | 81 | 80 | 94 | 89 | (5) | 8 | 6 | 19 | 35 |
| HOUSTON CCM HCONS | 214 | 195 | 197 | 161 | 195 | 195 | 189 | 186 | (3) | (9) | (9) | (28) | 48 |
| KANSAS CITY CCM HCONS | 127 | 150 | 145 | 132 | 127 | 150 | 158 | 147 | (11) | 20 | (3) | 20 | 45 |
| LONG BEACH CCM HCONS | 230 | 227 | 211 | 170 | 171 | 175 | 171 | 175 | 4 | 4 | (52) | (55) | 16 |
| MIAMI CCM HCONS | 122 | 175 | 193 | 184 | 188 | 181 | 197 | 215 | 18 | 27 | 40 | 93 | 130 |
| MINNEAPOLIS CCM HCONS | 52 | 56 | 53 | 51 | 62 | 57 | 49 | 51 | 2 | (11) | (5) | (1) | 14 |
| MONTGOMERY CCM HCONS | 62 | 65 | 72 | 75 | 88 | 82 | 83 | 82 | (1) | (6) | 17 | 20 | 20 |
| NASHVILLE CCM HCONS | 152 | 158 | 149 | 142 | 127 | 146 | 145 | 154 | 9 | 27 | (4) | 2 | 15 |
| NEW ORLEANS CCM HCONS | 34 | 44 | 53 | 39 | 31 | 33 | 39 | 40 | 1 | 9 | (4) | 6 | (17) |
| NEW YORK CCM HCONS | 206 | 159 | 158 | 153 | 157 | 172 | 153 | 194 | 41 | 37 | 35 | (12) | 21 |
| ORLANDO CCMS HCONS | 112 | 129 | 107 | 108 | 107 | 109 | 119 | 126 | 7 | 19 | (3) | 14 | 42 |
| PHILADELPHIA CCM HCONS | 128 | 139 | 153 | 148 | 138 | 165 | 170 | 160 | (10) | 22 | 21 | 32 | 67 |
| PHOENIX CCM HCONS | 152 | 140 | 149 | 136 | 135 | 134 | 147 | 140 | (7) | 5 | 0 | (12) | 15 |
| PITTSBURGH CCM HCONS | 49 | 61 | 59 | 70 | 66 | 66 | 68 | 75 | 7 | 9 | 14 | 26 | 41 |
| RALEIGH CCM HCONS | 186 | 174 | 174 | 170 | 182 | 207 | 222 | 231 | 9 | 49 | 57 | 45 | 74 |
| SACRAMENTO CCM HCONS | 105 | 112 | 129 | 127 | 127 | 140 | 141 | 122 | (19) | (5) | 10 | 17 | 32 |
| SALT LAKE CITY CCM HCONS | 50 | 28 | 32 | 27 | 38 | 36 | 37 | 34 | (3) | (4) | 6 | (16) | 0 |
| SAN ANTONIO CCM HCONS | 95 | 117 | 119 | 117 | 119 | 119 | 115 | 122 | 7 | 3 | 5 | 27 | 41 |
| SEATTLE CCM HCONS | 155 | 138 | 116 | 120 | 127 | 128 | 151 | 143 | (8) | 16 | 5 | (12) | 22 |
| ST LOUIS CCM HCONS | 114 | 126 | 122 | 112 | 119 | 129 | 121 | 128 | 7 | 9 | 2 | 14 | 30 |
| WASHINGTON DC CCM HCONS | 33 | 29 | 38 | 41 | 34 | 38 | 36 | 47 | 11 | 13 | 18 | 14 | 26 |

## BOP Population Summary by Security Level

**Jun-14**

| Security Level | Population | | | | | | | Capacity | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pop | | | | Pop Change | | | Rated Cap. | Pop % of Cap | Capacity Change | |
| | Apr-14 | May-14 | Jun-14 | % of Total | 1 Mo. | 6 Mo. | 12 Mo. | Jun-14 | Jun-14 | 1 Mo. | 6 Mo. |
| ADMINISTRATIVE | 16,376 | 16,549 | 16,580 | 8.2% | 31 | (446) | (1,844) | 13,778 | 120.3% | 0 | (587) |
| MINIMUM | 25,999 | 25,865 | 25,893 | 12.8% | 28 | (178) | (885) | 23,820 | 108.7% | 128 | 148 |
| LOW | 78,018 | 78,177 | 78,236 | 38.7% | 59 | (132) | (969) | 63,935 | 122.4% | 60 | 1,266 |
| Low - Private | 29,061 | 29,009 | 29,229 | 14.4% | 220 | 505 | 2,426 | 25,765 | 113.4% | 0 | 0 |
| Low - Public | 48,957 | 49,168 | 49,007 | 24.2% | (161) | (637) | (3,395) | 38,170 | 128.4% | 60 | 1,266 |
| MEDIUM | 59,649 | 59,427 | 59,332 | 29.3% | (95) | 681 | 621 | 41,855 | 141.8% | 218 | 800 |
| HIGH | 22,113 | 22,259 | 22,274 | 11.0% | 15 | 243 | (292) | 14,788 | 150.6% | 0 | (121) |
| TOTAL | 202,155 | 202,277 | 202,315 | 100.0% | 38 | 168 | (3,369) | 158,176 | 127.9% | 406 | 1,506 |
| Incremental | (294) | 122 | 38 | | | | | | | | |
| TOTAL w/o Private | 173,094 | 173,268 | 173,086 | | | | | 132,411 | 130.7% | | |
| Incremental | (397) | 174 | (182) | | | | | | | | |
| CCC | 9,355 | 9,584 | 9,559 | | (25) | 318 | 30 | | | | |
| HCON | 3,150 | 3,205 | 3,271 | | 66 | 268 | 277 | | | | |
| JAIL | 674 | 720 | 784 | | 64 | 195 | 226 | | | | |
| JUVS | 71 | 71 | 70 | | (1) | 2 | 3 | | | | |
| LTB | 373 | 347 | 311 | | (36) | 9 | 20 | | | | |
| ADMACTION | 19 | 18 | 19 | | 1 | 2 | 7 | | | | |
| Subtotal | 13,642 | 13,945 | 14,014 | | 69 | 794 | 563 | | | | |
| Total | 215,797 | 216,222 | 216,329 | | 107 | 962 | (2,806) | | | | |

CONFIDENTIAL CORECIVIC_1220593


Case 3:16-cv-02267 Document 340-10 Filed 11/20/20 Page 12 of 13 PageID #: 11258
CONFIDENTIAL
CORECIVIC_1220594

# BOP POP SUMMARY: Facility by Competitor

**Jun-14**

| | Population | | | Rated Capacity | % | Design Capacity | % | Delta | | Pipline In | Pipeline Out | Net | Projected Population |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Apr-14 | May-14 | Jun-14 | | | | | 1 month | 6 months | | | | |
| **CCA** | | | | | | | | | | | | | |
| ADAMS CTY CORR CTR CI | 2,517 | 2,507 | 2,537 | 2,232 | 113.7% | 2,567 | 98.8% | 30 | 76 | 74 | 92 | (18) | 2,519 |
| CIBOLA COUNTY CI | 1,189 | 1,171 | 1,188 | 1,047 | 113.5% | 1,204 | 98.7% | 17 | 12 | 225 | 190 | 35 | 1,223 |
| EDEN DC | 1,550 | 1,532 | 1,547 | 1,355 | 114.2% | 1,558 | 99.3% | 15 | 39 | 72 | 99 | (27) | 1,520 |
| MCRAE CI | 2,199 | 2,227 | 2,233 | 1,978 | 112.9% | 2,275 | 98.2% | 6 | 65 | 78 | 79 | (1) | 2,232 |
| NE OHIO CORR CTR CI | 1,486 | 1,484 | 1,478 | 1,328 | 111.3% | 1,507 | 98.1% | (6) | (3) | 64 | 55 | 9 | 1,487 |
| Subtotal | 8,941 | 8,921 | 8,983 | 7,940 | 113.1% | 9,111 | 98.6% | 62 | 189 | 513 | 515 | (2) | 8,981 |
| **GEO** | | | | | | | | | | | | | |
| REEVES CI | 2,399 | 2,394 | 2,372 | 2,093 | 113.3% | 2,407 | 98.5% | (22) | 15 | 220 | 265 | (45) | 2,327 |
| REEVES DC | 1,354 | 1,353 | 1,339 | 1,179 | 113.6% | 1,356 | 98.7% | (14) | 53 | 120 | 175 | (55) | 1,284 |
| RIVERS CI | 1,262 | 1,329 | 1,382 | 1,201 | 115.1% | 1,390 | 99.4% | 53 | 40 | 60 | 63 | (3) | 1,379 |
| RIVERS CI-RDAP | 61 | 56 | 56 | 60 | 93.3% | 60 | 93.3% | 0 | (5) | 0 | 1 | (1) | 55 |
| D. RAY JAMES CORR FACL CI | 2,428 | 2,400 | 2,433 | 2,180 | 111.6% | 2,507 | 97.0% | 33 | 77 | 92 | 70 | 22 | 2,455 |
| BIG SPRING CI | 3,459 | 3,425 | 3,473 | 3,051 | 113.8% | 3,509 | 99.0% | 48 | (13) | 309 | 353 | (44) | 3,429 |
| MOSHANNON VALLEY CI | 1,811 | 1,801 | 1,799 | 1,583 | 113.6% | 1,820 | 98.8% | (2) | 22 | 82 | 79 | 3 | 1,802 |
| Subtotal | 12,774 | 12,758 | 12,854 | 11,347 | 113.3% | 13,049 | 98.5% | 96 | 189 | 883 | 1,006 | -123 | 12,731 |
| **MTC** | | | | | | | | | | | | | |
| DALBY CI | 1,903 | 1,871 | 1,899 | 1,670 | 113.7% | 1,921 | 98.9% | 28 | 42 | 154 | 188 | (34) | 1,865 |
| TAFT CI | 1,780 | 1,776 | 1,779 | 1,536 | 115.8% | 1,766 | 100.7% | 3 | 54 | 152 | 112 | 40 | 1,819 |
| TAFT CI SCP | 536 | 550 | 560 | 512 | 109.4% | 589 | 95.1% | 10 | (2) | 49 | 37 | 12 | 572 |
| WILLACY CI | 3,127 | 3,133 | 3,154 | 2,760 | 114.3% | 3,174 | 99.4% | 21 | 221 | 275 | 342 | (67) | 3,087 |
| Subtotal | 7,346 | 7,330 | 7,392 | 6,478 | 114.1% | 7,450 | 99.2% | 62 | 315 | 630 | 679 | -49 | 7,343 |
| **Private Total** | 29,061 | 29,009 | 29,229 | 25,765 | 113.4% | 29,610 | 98.7% | 220 | 693 | 2,026 | 2,200 | -174 | 29,055 |
| Vacant | | | | | | 381 | | | | | | | |

Case 3:16-cv-02267   Document 340-10   Filed 11/20/20   Page 13 of 13 PageID #: 11259

CONFIDENTIAL

CORECIVIC_1220595