# EXHIBIT 11

| | |
|---|---|
| From: | Nalley, Michael |
| Sent: | Monday, June 13, 2016 11:37 AM |
| To: | Whitson, Scott |
| Subject: | Fwd: BOP Weekly Trend |
| Attachments: | BOP 2016JUN09.pdf; ATT00001.htm; image001.png; ATT00002.htm |

Sent from my iPhone

Begin forwarded message:

> **From:** "Grant, Michael" <Michael.Grant@cca.com>
> **To:** "Ayers, Mike" <mike.ayers@cca.com>, "Baxter, John" <John.Baxter@cca.com>, "Churchill, David" <David.Churchill@cca.com>, "Conry, Steven" <Steven.Conry@cca.com>, "Craddock, Scott" <Scott.Craddock@cca.com>, "Dalius, Bill" <Bill.Dalius@cca.com>, "Ferrell, Brian" <Brian.Ferrell@cca.com>, "Garfinkle, David" <David.Garfinkle@cca.com>, "Grande, Tony" <Tony.Grande@cca.com>, "Groom, Steve" <Steve.Groom@cca.com>, "Hammonds, Brian" <Brian.Hammonds@cca.com>, "Hininger, Damon" <Damon.Hininger@cca.com>, "Hopewell, Cameron" <Cameron.Hopewell@cca.com>, "Lappin, Harley" <Harley.Lappin@cca.com>, "Mayberry, Lucibeth" <Lucibeth.Mayberry@cca.com>, "Mazzoline, Tess" <Tess.Mazzoline@cca.com>, "Mcallister, Darla" <Darla.Mcallister@cca.com>, "Metcalf, Natasha" <Natasha.Metcalf@cca.com>, "MURRAY, Don" <Don.Murray@cca.com>, "Nalley, Michael" <Michael.Nalley@cca.com>, "Pfeiffer, John" <John.Pfeiffer@cca.com>, "Rasmussen, Erik" <Erik.Rasmussen@cca.com>, "Regens, Brad" <Brad.Regens@cca.com>, "Robinson, John" <John.Robinson@cca.com>, "Sherling, Alexander" <Alexander.Sherling@cca.com>, "Swenson, Daren" <Daren.Swenson@cca.com>, "Swindle, Patrick" <Patrick.Swindle@cca.com>, "Thompson, Ronald" <Ronald.Thompson@cca.com>, "Verhulst, Bart" <Bart.Verhulst@cca.com>, "Warren, Jamie" <Jamie.Warren@cca.com>, "White, Kim" <Kim.White@cca.com>, "Wilcoxen, Andrea" <Andrea.Wilcoxen@cca.com>, "Beasley, Jeb" <Jeb.Beasley@cca.com>, "Melendez, Carlos (FSC)" <CarlosFSC.Melendez@cca.com>, "Quinlan, Mike" <Mike.Quinlan@cca.com>
> **Subject: BOP Weekly Trend**
>
> · The BOP Population stood at 195,383 for the week ended June 9, a decrease of 140.
>
> · BOP inmates in Privately Managed Facilities increased 56 to 22,670.
>
> · Privately Managed Facilities increased to 11.60% of BOP inmates.
>
> · CCA's share of the BOP's Privately Managed Facility share (Secure only) stood at 26.1%.
> [cid:image001.png@01D1C567.522B7C60]

1

CONFIDENTIAL

CORECIVIC_1248473

CONFIDENTIAL
CORECIVIC_1248474

CONFIDENTIAL

CORECIVIC_1248475

# BOP Weekly Trend — 13-Jun-16

- **The BOP Population stood at 195,383 for the week ended June 9, a decrease of 140.**



CCA Strategic Development — 6/13/2016 — CONFIDENTIAL — CORECIVIC_1248476
Case 3:16-cv-02267 Document 340-11 Filed 11/20/20 Page 5 of 8 PageID #: 11264

- **BOP inmates in Privately Managed Facilities increased 56 to 22,670 on June 9.**



CONFIDENTIAL
CORECIVIC_1248477

- **Privately Managed Facilities increased to 11.60% of BOP inmates.**
- **CCA's share of the BOP's Privately Managed Facility share (Secure only) stood at 26.1%.**




CONFIDENTIAL															CORECIVIC_1248479