# EXHIBIT 15


CHANGING TARGETS
September 1, 2016

Government Services

SUNTRUST
ROBINSON HUMPHREY

# CXW, GEO - Lowering Estimates & PTs Amid Political Shift

| Company | Rating | | Target | |
|---|---|---|---|---|
| | Old | New | Old | New |
| CXW | N | N | $34.00 | $20.00 |
| GEO | B | B | $38.00 | $32.00 |

| Company | AFFO Estimates | | | | | |
|---|---|---|---|---|---|---|
| | Current FY | | | Next FY | | |
| | Old | New | Cons | Old | New | Cons |
| CXW | $2.57 | $2.57 | $2.81 | $2.56 | $1.89 | $2.87 |
| GEO | $3.62 | $3.62 | $3.62 | $3.72 | $3.39 | $3.62 |

EXHIBIT 568
Witness: Dalrymple
Date: 10-22-2020
Stenographer: Victoria L. Valine, CSR No. 3036

### What's Incremental To Our View

We lower our 2017 FFO estimate to $2.70 from $3.03 and PT to $32 for GEO while our we trim our FFO forecast to $1.97 from $2.39 for CXW resulting in a $20 PT. We believe that BOP business is at-risk over five years, ICE and US Marshals business is substantially more secure and we see higher likelihood of declines in CA inmate populations resulting from Prop 57. We also develop a framework for valuing private owned beds in response to investor questions about what the government could pay for such assets.

- Despite the political shift, we reiterate our Buy rating on GEO shares. We believe the dividend is secure at a 77% payout of our 2017 AFFO estimate vs. the 75%-80% target. This equates to a 13% yield.
- We believe that the private corrections industry's raison d'etre revolves around quality, increasing flexibility for government customers and freeing up government capital for schools, roads, and hospitals projects.
- We maintain our Neutral on CXW shares on: (1) risk to the dividend (currently $2.16 annually or 110% of our $1.97 FFO estimate in '17); (2) our expectation for the lucrative South Texas family detention contract with ICE to be renegotiated and cut EBITDA by 10%; and (3) Prop 57 to change sentencing and parole in CA and put 5% or more of EBITDA at risk in 2017. A 22% dividend cut to $1.67 would equate to an 85% dividend payout of our new FFO forecast and implies a 10% yield at $16/share.
- We performed an analysis in an initial asset sale scenario in which customers purchase facilities from CXW and GEO. In this exercise, CXW appears more attractive since it owns 70,000 beds vs. 49,000 beds at GEO. Our bed price assumption is a blend of public replacement, private construction and recent transaction costs, which yield $7.2B in asset value for CXW and $5.1B for GEO. Notably, this does not ascribe a value to GEO's managed-only nor the ample non-residential business (38% of sales and 30% of NOI combined). This also does not consider the small re-entry business at CXW.
- Negative catalysts on the horizon include: (1) a potential review of private prison usage by the U.S. Marshals; (2) states initiating reviews of outsourced prisons; and (3) private prisons surfacing as a topic in upcoming Presidential debates. There is a dearth of near-term positive catalysts as we do not expect the ICE Houston rebid to be awarded prior to ICE's review in November. Positive catalysts include: (1) Republican Presidential Nominee could improve in the polls; and (2) Hamilton County in early October.

**Tobey Sommer**
404-926-5009
tobey.sommer@suntrust.com

Kwan Kim
404-439-9560
Kwan.Kim@suntrust.com

SEE PAGE 15 FOR REQUIRED DISCLOSURE INFORMATION

Page 1

Search by ticker for required disclosures, price target risks: https://suntrust.bluematrix.com/sellside/Disclosures.action

Government Services Equity Research

### Estimate Changes

At CXW, we lower our 2017 revenue forecast to $1.612B from $1.707B, our EBITDA estimate to $385M from $428M, our FFO to $1.97 from $2.39 and our AFFO to $.189 from $2.32.

We assume BOP business revenue to decline approximately $50M, associated EBITDA margins to decline slightly, and occupancy guarantees to be reduced from 90% to 75%. We now also assume in our model the revenue and EBITDA generated from the lucrative South Texas contract with ICE is cut in half. The timing of this contract renewal is difficult to ascertain given ICE's pending review of private detention center usage, but in our model we estimate a January 1 change. Further, we lowered our forecast for out-of-state business with CA to 2,500 inmates in 2017 from 4,900 in 2Q.

At GEO, we reduce our 2017 revenue forecast to $1.972B from $2.028B, EBITDA to $370M from $393M, FFO to $2.70 from $3.03 and AFFO to $3.39 from $3.72. Total revenue ex-construction related to the Ravenhall project in Australia is now up 0.6% to $1.922B in 2017.

We assume revenue associated with BOP business declines by approximately $50M, associated EBITDA margin declines and occupancy guarantees are lowered to 75% from 90% as facilities are renewed.

**Figure 1: Estimated Total Asset Sale Value of Owned Beds**

| | Total | Public Entity Replacement Cost | Private Company Construction | Recent Transaction |
|---|---|---|---|---|
| **CXW owned beds** | 69,501 | $211,891 | $60,444 | $42,915 |
| **Total Cost** | | $14,726,621,991 | $4,200,926,532 | $2,982,665,164 |
| **Probability weighting** | | 33% | 33% | 33% |
| **Total Asset Sale Value** | | | | **$7,230,370,517** |
| **GEO owned beds** | 49,136 | $211,891 | $60,444 | $42,915 |
| **Total Cost** | | $10,411,465,995 | $2,969,982,102 | $2,108,692,472 |
| **Probability weighting** | | 33% | 33% | 33% |
| **Total Asset Sale Value** | | | | **$5,111,746,388** |

Source: Company reports, *Correctional News*, STRH

Case 3:16-cv-02267 Document 340-15 Filed 11/20/20 Page 3 of 20 PageID #: 11276



### Figure 2: Cost of Public Construction Projects

| Public Construction Projects | | Facility cost | New beds | Cost per bed |
|---|---|---|---|---|
| Oren R. Fox Detention Center, CA | CA | $28,000,000 | 228 | $122,807 |
| Roxana - Lechter County | KY | $444,000,000 | 1200 | $370,000 |
| AL Prison Transformation Initiative | AL | $800,000,000 | 3500 | $228,571 |
| Mule Creek State Prison, CA | CA | $488,000,000 | 1584 | $308,081 |
| MN Correctional Facility | MN | $141,500,000 | 500 | $283,000 |
| AZ State Prison (Supermax) | AZ | $50,000,000 | 500 | $100,000 |
| Stanton Correctional Facility | CA | $89,000,000 | 362 | $245,856 |
| Kern County | CA | $100,500,000 | 800 | $125,625 |
| Tulare County | CA | $66,000,000 | 510 | $129,412 |
| SLO County | CA | $40,700,000 | 198 | $205,556 |
| Average Public Construction Price Per Bed | | | | $211,891 |

Source: Company reports, *Correctional News*, STRH

### Figure 3: Cost of Construction Projects for GEO and CXW

| GEO Group | | Facility cost | New beds | Cost per bed |
|---|---|---|---|---|
| Karnes Processing Center | TX | $32,000,000 | 600 | $53,333 |
| Karnes County Expansion | TX | $32,000,000 | 626 | $51,118 |
| Adelanto County Processing Center | CA | $50,000,000 | 650 | $76,923 |
| Adelanto County Expansion | CA | $70,000,000 | 650 | $107,692 |
| Adelanto County Expansion | CA | $42,000,000 | 626 | $67,093 |
| Alexander Transfer Center | LA | $20,000,000 | 400 | $50,000 |
| New Castle Expansion | IN | $23,000,000 | 512 | $44,922 |
| North Lake Expansion | MI | $60,000,000 | 1225 | $48,980 |
| Northwest Detention Center Expansion | | $40,000,000 | 545 | $73,394 |
| Aurora Expansion | CO | $67,500,000 | 1100 | $61,364 |
| Riverbend | GA | $80,000,000 | 1500 | $53,333 |
| **CXW** | | **Facility cost** | **New beds** | **Cost per bed** |
| Trousdale | TN | $143,000,000 | 2552 | $56,034 |
| McRae Expansion | GA | $17,100,000 | 454 | $37,665 |
| Nevade Southern Detention Center | NV | $83,500,000 | 1072 | $77,892 |
| Coffee and Wheeler Expansions | GA | $65,000,000 | 1500 | $43,333 |
| Bent and Kit Carson Expansions | CO | $88,000,000 | 1440 | $61,111 |
| Tallahatchie Expansion | MI | $96,000,000 | 1568 | $61,224 |
| Cimarron and Davis Expansions | OK | $90,000,000 | 1320 | $68,182 |
| La Palma | AZ | $205,000,000 | 3060 | $66,993 |
| Red Rock | AZ | $81,500,000 | 1596 | $51,065 |
| California City | CA | $94,000,000 | 2305 | $40,781 |
| Otay Mesa | CA | $147,100,000 | 1496 | $98,329 |
| Saguaro | AZ | $100,000,000 | 1896 | $52,743 |
| Jenkins | GA | $53,000,000 | 1124 | $47,153 |
| Average GEO/CXW Construction Price Per Bed | | | | $60,444 |

| CXW/GEO Cost Savings Per Bed Relative to Public Entities | $151,447 |
|---|---|

Source: Company reports, *Correctional News*, STRH



**Figure 4: Cost of Acquisitions for GEO and CXW**

| GEO Acquisitions | | Acquisition Cost | New beds | Cost per bed |
|---|---|---|---|---|
| Joe Corley Detention Center | TX | $65,000,000 | 1287 | $50,505 |
| LCS Correction Services, Inc. | | $307,000,000 | 6500 | $47,231 |
| Cornell Companies Inc. | | $685,000,000 | 20555 | $33,325 |
| **CXW Acquisitions** | | **Acquisition Cost** | **New beds** | **Cost per bed** |
| Lake Erie Correctional Institution | OH | $73,000,000 | 1798 | $40,601 |
| Average Acquisition Price Per Bed | | | | $42,915 |

Source: Company reports, *Correctional News*, STRH

**Bureau of Prisons (BOP)**

We believe that the BOP could effectively absorb inmates housed in private sector facilities back into its own prison system over time. Currently, we believe the BOP's total inmate population to be 193,000, with 157,000 in their own facilities. Occupancy in BOP facilities is 117% vs. 140% several years ago. In-sourcing by increasing overcrowding in BOP facilities is an economically viable choice, but not one consistent with a desire to deliver superior quality to those inmates, in our view. We see logistical reasons why this could not be accomplished in under 3 years and likely would require 5 years or more. For example, the BOP currently has a portfolio of 38,000 low security beds housing 46,000 inmates.

We believe the BOP itself is not going to be a fan of overcrowding its system to satisfy a political push to sever ties with private prisons. Overcrowding is the single metric that correlates best with incidents of violence, mortality and other disruptions often tabulated to compare quality of facilities. Private operators house criminal aliens for the BOP who may be deported after completing their sentence. We believe these inmate populations to be more violent and likely to be gang members than comparable security inmates housed in the BOP's general population. A potential increase in violence or riots within BOP facilities could put the jobs at risk of senior BOP leadership presiding when they occur, in our view. Accordingly, we believe that potential friction between the BOP and its broader agency bosses at the Department of Justice could prompt a longer timeline for the intended cessation of utilizing private prisons.

Sentencing reform is likely in coming years, in our view, and could aid the BOP's reabsorption of inmates housed by for-profit operators. We believe that there is a growing sense among voters and politicians that our country imprisons too many people for too long. There are a multitude of bills in various stages in Congress, but the winnowing process down to a leading bill to focus on has not happened. As that occurs, we will pay attention to attempt to size the impact on inmate populations and the degree to which sentencing reform could obviate the need for the BOP to overcrowd its own prison system to achieve political ends.

We believe that the BOP will be busy for the next year or more integrating approximately 8,000 inmates from private facilities resulting in the reduction of private prisons beds announced last week associated with the CAR 16 procurement shrinking from 10,800 to 3,600 beds.



Accordingly, we anticipate remaining facilities coming up for renewal in 2017 to be extended for 2 years with lower occupancy guarantees (75% vs. 90% previously) and at comparable per diems in the low-$60s. We expect these contracts not to be renewed in 2019 and then we also look for the BOP to let contracts with GEO end without renewal for its Great Plains and Moshannon facilities in 2020 and 2021, respectively.

**Immigration & Customers Enforcement (ICE)**

On August 29, 2016, the U.S. Department of Homeland Security directed ICE to initiate an independent review of its current detention and processing centers.

We believe that ready alternatives do not exist to purpose-built facilities owned by GEO and CXW for Immigration and Customs Enforcement (ICE) that include courts and administrative offices for ICE personnel. We see these assets as more inextricably intertwined into the fabric of the customer's operations. We have trouble envisioning scenarios in which ICE dissolves its relationship with the for-profit sector. Accordingly, we do not ascribe the same risk to ICE business as the Bureau of Prisons (BOP), which could overcrowd its own government operated prison system to wean itself off of for-profit prisons. ICE represents 32% of CXW's sales and 19% of GEO revenue. For its part, GEO issued a statement highlighting the high quality scores of its facilities, welcoming the review. Last week, The Department of Justice announced its intention to have the BOP move to end usage of private prisons as their contracts come up for renewal over the next five years.

**South Texas Renegotiation**

We see the most likely scenario in a relatively fluid contract renegotiation as CXW's contract for the South Texas facility being approximately cut in half. We estimate that this contract represents approximately 20% of EBITDA. At the core, ICE is still confronted with basic demand for processing services as the number of illegal immigrant family units crossing the southwest border totaled 7,574, up 68% year over year in July and even 2% higher than July 2014 – the year in which such crossings spiked. We believe ICE is acquiescing to courts which have effectively changed the mission of the facility away from its original purpose of detention for up 6 months towards one of rapid processing. This was sought by courts to minimize time spent in facility by children. Currently, we believe the average duration of stay is approximately 10 days.

**U.S. Marshals (USM)**

We anticipate that the USM will also launch a review of its usage of private prisons in coming months. Similar to ICE, we believe the fragmented organizational structure and multitude of jurisdictions of USMS operation mean that the private facilities are very interwoven into the fabric of the agency's operations and not easily substituted.



**Proposition 57**

We believe that CXW's out-of-state business with CA represents the first band of risk, followed by in-state business at both GEO and CXW if inmate populations fall significantly. Proposition 57 is designed to increase parole chances for felons convicted of non-violent crimes and give them more opportunities to earn credits for good behavior, which shorten sentences. The measure would also allow judges, not prosecutors, to decide whether or not to try certain juveniles as adults in court. Prop 57 will appear on the ballot on November 8, 2016 as a combined initiated constitutional amendment and state statute. The wording on the ballot seems benign to us, but we have not yet seen polling indicating odds of passage. There are wide ranging citations for the potential impact on inmate populations, including 7,000 inmates that might be immediately eligible for parole, per The Associated Press.

There are currently approximately 4,800 inmates out-of-state in CXW facilities and another 5,900 in facilities in-state.

CA has a history of successful ballot initiative to reduce inmate population. For example, 4,400 inmates were released related to proposition 47, which passed in 2014 and reduced the classification of non-serious and non-violent property and drug crimes.

**Figure 5: California's Proposition 57 on the November 8th Ballot**

A **"yes"** vote supports increasing parole and good behavior opportunities for felons convicted of nonviolent crimes and allowing judges, not prosecutors, to decide whether to try certain juveniles as adults in court.

A **"no"** vote opposes increasing parole and good behavior opportunities for felons convicted of nonviolent crimes and favors keeping the current system of having prosecutors decide whether to try certain juveniles as adults in court.

Source: Ballotpedia

**CA Prison Development Under AB900**

In 2007, the Governor signed a $7.7B package for prison construction and rehabilitation initiatives. There were 16,000 infill beds envisioned, 16,000 beds in secure re-entry facilities, health facilities, jail beds and other infrastructure. The Stanton Correctional Facility with 362 maximum security beds is one of the first of a group of projects to be completed financed by AB 900. This and other planned projects come at an average cost of $190,000 per bed compared to average construction costs of $78,000 per bed in a sample of projects undertaken by CXW and GEO in CA. The for-profit operators construction costs are 59% lower than the State of California.



**Potential New Sales**

We believe the likelihood of states, counties or federal sales has declined substantially over the near-term. We had expected a decision from ICE on a Houston facility over the near-term, but this now seems unlikely prior to the agency's independent review of the usage of private facilities. We foresee the Hamilton County procurement continuing apace, with RFPs due on 9/30. This opportunity could represent approximately $8-$11M in annual EBITDA. We understand that the guidelines for the RFP were written to allow a wide range of proposed solutions for a new jail, court and administrative offices. There are three potential bidders. We could see a second RFP process initiated after this round once the county decides which solution is preferred, which would then allow the customer to secure the best price. Over the past several years, about half of new business has been won in direct negotiations with customers. We suspect that prospective and existing customers may be reticent to step up to contract new facilities or expansions amid federal heightened scrutiny. Therefore, we anticipate a dearth of positive catalysts over the next several months.

**Could the Federal Government Use Eminent Domain?**

The United States has utilized eminent domain to major events and national undertakings, from the railroads to maintaining navigable waterways. Land Acquisition Section attorneys under the Department of Justice facilitated projects including new federal courthouses, the Washington D.C. subway system and the expansion of NASA's Cape Canaveral launch facility. The purpose and scope of eminent domain is to acquire privately owned lands for congressionally authorized public uses while insuring that landowners are compensated for these lands.

**Figure 6: Just Compensation Defined by *Kirby Forest Industries vs. U.S.* (1984)**

**Just Compensation:**

Just compensation means the fair market value of the property on the date it is appropriated. *Kirby Forest Industries, Inc. v. United States*, 467 U.S. 1 (1984). In a condemnation case each party usually presents appraisal reports to help determine the market value.

Source: U.S. Department of Justice

**What would government customers pay to acquire private facilities?**

There is a wide range of considerations in this evaluation. On the high end of the spectrum is replacement cost if a state government or federal agency chooses to replace existing for-profit capacity with newly constructed beds. Our analysis of new and recently proposed construction by government entities suggests an average cost of $212,000 per bed. The BOP is championing the most expensive project in Lechter County in Kentucky that could cost $370,000 per bed. Our analysis of recently developed private facilities indicates an average cost per bed of $60,000. Private operators are continually land banking real estate for future development, have shortened construction periods and operate more efficiently across virtually



every dimension of the project with the notable exception of financing costs. They are unable to match the borrowing cost of customers.

**Operating Cost Comparison**

Operating efficiencies are also tilted in favor of for-profit operators. For example, the State of Ohio required a 7% reduction in operating expenses when it sold the Lake Erie facility to CXW several years ago under a long-term lease arrangement. The efficiencies and cost savings associated with private operators is often understated in our experience since customers rarely consider the costs of long-term liabilities such as pension and healthcare of unionized correctional employees.

**Pricing Could Be Pressured**

We believe that an increase in idle facilities could sap pricing from the corrections space. The recent trend has been for per diems to increase in the very low single digits as state budget pressure caused by the last recession reverted to budget surpluses and restoration of services within state correctional facilities. Service levels in for-profit facilities generally mirror those offered by state customers. For example if a state increases the availability of GED course work and support, then a for-profit facility housing inmates from that state would correspondingly increase its services and per diems would rise. There are also escalators embedded within contracts that are used to offset inflation. For example, the Hawaii Department of Public Safety awarded a new three-year contract to CXW to house up to 1,926 inmates in Arizona, including a per diem rate that increased 2% to $71.90, with an automatic escalator clause that guarantees an annual increase of between 2-3%. In 2Q, revenue per man day in owned facilities at CXW increased 2.5% while per diem increased 6% at GEO.

**Insider Buying**

There have been several insider stock purchases at CXW recently. Four directors have purchased 20,000 shares beginning on August 18th while the EVP Irwin Scott and CEO Damon Hininger have purchased 300 and 2,870 shares, respectively. No insider has sold shares of CXW since March 2016.

**Valuation**

GEO currently trades at 7.3x our 2017 FFO estimate of $2.70/share. Given the shift towards a REIT-oriented investor base and a peer group with a 15.0x multiple in the healthcare REIT sector (closest comparison to corrections) and the company's historical average of 12.5x since the REIT conversion in February 2013, we expect GEO's multiple to increase slightly in the next twelve months. Using our projected 2017 FFO estimate and a multiple of 12.0x, we arrive at a price of $32. On an AFFO basis, GEO currently trades at 5.8x our 2017 AFFO estimate of $3.39/share. The healthcare peer group currently trades at 16.3x multiple on average and we

expect GEO's multiple to increase to 9.4x. Based on our projected 2017 AFFO and 9.4x multiple, we arrive at a price of $32. Combining FFO and AFFO valuation, we set our PT at $32 for GEO.

CXW currently trades at 8.1x our 2017 FFO estimate of $1.97/share. Given the shift towards a REIT-oriented investor base and a peer group with a 15.0x multiple in the healthcare REIT sector (closest comparison to corrections) and the company's historical average of 13.0x since the REIT conversion in April 2013, we expect CXW's multiple to increase slightly in the next twelve months. We use a lower multiple of 10.0x, reflecting the political uncertainty surrounding the election cycle. Using our forecasted normalized FFO for CXW of $1.97 per share in 2017, we arrive at $20. The same group of healthcare REIT peers trade at an average 2017 P/AFFO of 16.3x vs. CXW's 7.3x multiple. We use a multiple of 9.1x to our 2017 AFFO estimate of $2.19 and this yields a price of $20. Based on a combination of these methods, we arrive at a target price of $20 for CXW.

**Figure 7: GEO Revenue Breakdown Year-to-date**

Source: Company reports, STRH

**Figure 8: CXW Revenue Breakdown Year-to-date**



Source: Company reports, STRH





## Figure 9: GEO Group Inc. Actual and Forecasted Income Statements

**GEO GROUP INC.**
**Consolidated Income Statement with Operating Metrics**
(millions, except per share data)

Tobey Sommer( 404-926-5009)
tobey.sommer@suntrust.com
Last revised 08/31/16

| | 2013A | 2014A | 1Q15A | 2Q15A | 3Q15A | 4Q15A | 2015A | 1Q16A | 2Q16A | 3Q16E | 4Q16E | 2016E | 2017E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenue** | **$1,522,074** | **$1,691,620** | **$427,369** | **$445,945** | **$469,866** | **$500,127** | **$1,843,307** | **$510,185** | **$548,350** | **$567,709** | **$552,427** | **$2,178,671** | **$1,971,860** |
| % Change y/y | 2.9% | 11.1% | 8.7% | 8.0% | 2.6% | 16.9% | 9.0% | 19.4% | 23.0% | 20.8% | 10.5% | 18.2% | -9.5% |
| % Change sequential | 2.9% | 11.1% | -0.1% | 4.3% | 5.4% | 6.4% | 9.0% | 2.0% | 7.5% | 3.5% | -2.7% | 18.2% | -9.5% |
| Operating expenses (segment level) | 1,124,865 | 1,245,700 | 317,909 | 333,930 | 345,966 | 365,977 | 1,363,782 | 388,506 | 416,837 | 430,891 | 414,320 | 1,650,554 | 1,466,539 |
| % Sales | 73.9% | 73.6% | 74.4% | 74.9% | 73.6% | 73.2% | 74.0% | 76.2% | 76.0% | 75.9% | 75.0% | 75.8% | 74.4% |
| **Gross Profit** | **397,209** | **445,920** | **109,460** | **112,015** | **123,900** | **134,150** | **479,525** | **121,679** | **131,513** | **136,818** | **138,107** | **528,117** | **505,322** |
| Gross Profit Margin | 26.1% | 26.4% | 25.6% | 25.1% | 26.4% | 26.8% | 26.0% | 23.8% | 24.0% | 24.1% | 25.0% | 24.2% | 25.6% |
| General and administrative (excl. D&A) | 111,089 | 115,018 | 31,848 | 32,174 | 33,742 | 39,276 | 137,040 | 34,061 | 36,904 | 36,901 | 35,908 | 143,774 | 135,059 |
| % Sales | 7.3% | 6.8% | 7.5% | 7.2% | 7.2% | 7.9% | 7.4% | 6.7% | 6.7% | 6.5% | 6.5% | 6.6% | 6.8% |
| Depreciation and Amortization | 94,664 | 96,171 | 24,940 | 26,560 | 27,127 | 28,129 | 106,756 | 28,451 | 28,652 | 29,521 | 30,383 | 117,007 | 114,361 |
| % Sales | 6.2% | 5.7% | 5.8% | 6.0% | 5.8% | 5.6% | 5.8% | 5.6% | 5.2% | 5.2% | 5.5% | 5.4% | 5.8% |
| **Operating income** | **191,456** | **234,731** | **52,672** | **53,281** | **63,031** | **66,745** | **235,729** | **59,167** | **65,957** | **70,396** | **71,815** | **267,335** | **255,901** |
| Operating Margin | 12.6% | 13.9% | 12.3% | 11.9% | 13.4% | 13.3% | 12.8% | 11.6% | 12.0% | 12.4% | 13.0% | 12.3% | 13.0% |
| EBITDA | 286,120 | 330,902 | 77,612 | 79,841 | 90,158 | 94,874 | 342,485 | 87,618 | 94,609 | 99,917 | 102,199 | 384,343 | 370,263 |
| % Change y/y | -6.6% | 15.7% | 6.7% | -5.7% | 3.2% | 10.1% | 3.5% | 12.9% | 18.5% | 10.8% | 7.7% | 12.2% | -3.7% |
| EBITDA margin | 18.8% | 19.6% | 18.2% | 17.9% | 19.2% | 19.0% | 18.6% | 17.2% | 17.3% | 17.6% | 18.5% | 17.6% | 18.8% |
| Interest expense, net | (80,755) | (83,445) | (22,573) | (26,651) | (24,322) | (23,880) | (97,426) | (24,809) | (25,187) | (25,087) | (24,987) | (100,070) | (101,448) |
| Other (income) expense | 8,053 | 824 | 0 | 2868 | 0 | 0 | 2,868 | | (15866) | (500) | (500) | (16,866) | 0 |
| **Income before taxes** | **110,701** | **152,110** | **30,099** | **29,498** | **38,709** | **42,865** | **141,171** | **34,358** | **24,904** | **44,809** | **46,328** | **150,399** | **154,453** |
| % Change y/y | -20.4% | 37.4% | 5.1% | -28.2% | -9.9% | 8.8% | -7.2% | 14.1% | -15.6% | 15.8% | 8.1% | 6.5% | 2.7% |
| Provision for income taxes | (23,745) | 14,093 | 2,828 | 2,369 | 1,758 | 434 | 7,389 | 3,151 | 3,879 | 6,273 | 6,301 | 19,604 | 15,824 |
| Tax rate | -21.4% | 9.3% | 9.4% | 8.0% | 4.5% | 1.0% | 5.2% | 9.2% | 15.6% | 14.0% | 13.6% | 13.0% | 10.2% |
| Equity in earnings of affiliate | 6,265 | 5,823 | 1,485 | 1,124 | 1,340 | 1,584 | 5,533 | 1,119 | 2,131 | 1,000 | 1,050 | 5,300 | 4,350 |
| **Net Income** | **$115,135** | **$143,930** | **$28,777** | **$28,291** | **$38,312** | **$44,058** | **$139,438** | **$32,350** | **$23,209** | **$39,536** | **$41,078** | **$136,172** | **$142,980** |
| % Change y/y | 26.2% | 25.0% | 2.8% | -27.3% | -1.7% | 15.8% | -3.1% | 12.4% | -18.0% | 3.2% | -6.8% | -2.3% | 5.0% |
| **EPS** | **$1.61** | **$1.98** | **$0.39** | **$0.43** | **$0.54** | **$0.59** | **$1.95** | **$0.44** | **$0.31** | **$0.53** | **$0.55** | **$1.83** | **$1.91** |
| % Change y/y | 8.0% | 23.3% | 0.0% | -20.2% | 0.3% | 15.4% | -1.4% | 11.9% | -27.6% | -1.4% | -7.6% | -6.4% | 4.5% |
| Diluted Shares Outstanding | 71,605 | 72,578 | 73,884 | 73,903 | 73,919 | 74,059 | 73,941 | 74,200 | 74,319 | 74,519 | 74,719 | 74,439 | 74,794 |
| Real Estate Related D&A | 51,680 | 52,960 | 13,885 | 14,492 | 14,449 | 14,933 | 57,759 | 15,142 | 15,221 | 16,464 | 15,468 | 62,295 | 59,156 |
| % Sales | 3.4% | 3.1% | 3.2% | 3.2% | 3.1% | 3.0% | 3.1% | 3.0% | 3.3% | 2.9% | 2.8% | 2.9% | 3.0% |
| Net Operating Income | 397,209 | 445,920 | 109,460 | 112,015 | 123,900 | 134,150 | 479,525 | 121,679 | 131,513 | 136,818 | 138,107 | 528,117 | 505,322 |
| Normalized Funds From Operations | 167,657 | 197,314 | 44,221 | 46,368 | 54,680 | 58,991 | 204,260 | 48,682 | 54,296 | 56,499 | 57,046 | 216,523 | 202,136 |
| **Normalized FFO Per Diluted Share** | **$2.34** | **$2.72** | **$0.60** | **$0.63** | **$0.74** | **$0.80** | **$2.76** | **$0.66** | **$0.73** | **$0.76** | **$0.76** | **$2.91** | **$2.70** |
| % Change y/y | -26.6% | 16.1% | 4.0% | -12.9% | 3.0% | 13.2% | 1.6% | 9.6% | 16.4% | 2.5% | -4.2% | 5.3% | -7.1% |
| Non-Real Estate D&A | 42,984 | 43,211 | 11,055 | 12,068 | 12,678 | 13,196 | 48,997 | 13,309 | 13,431 | 13,500 | 13,700 | 53,940 | 55,206 |
| Consolidated Maintenance Capex | 19,159 | 23,277 | 6,661 | 5,425 | 5,843 | 5,622 | 23,551 | 5,240 | 5,954 | 6,000 | 6,400 | 23,594 | 25,600 |
| Non-Cash Stock Based Comp & Interest | 7,889 | 8,909 | 2,621 | 2,956 | 3,025 | 3,107 | 11,709 | 3,241 | 3,248 | 3,300 | 3,200 | 12,989 | 13,200 |
| Other Adjustments | 5,916 | 6,453 | 1,695 | 1,521 | 1,770 | 1,977 | 6,963 | 2,366 | 2,661 | 2,000 | 2,500 | 9,527 | 9,000 |
| Adjusted Funds From Operations | 205,287 | 232,867 | 52,931 | 57,488 | 66,310 | 71,649 | 248,378 | 62,358 | 67,682 | 69,299 | 70,046 | 269,385 | 253,636 |
| **AFFO Per Diluted Share** | **$2.87** | **$3.21** | **$0.72** | **$0.78** | **$0.90** | **$0.97** | **$3.36** | **$0.84** | **$0.91** | **$0.93** | **$0.94** | **$3.62** | **$3.39** |
| % Change y/y | -18.6% | 11.9% | 0.2% | -8.1% | 6.7% | 20.1% | 4.7% | 17.3% | 17.1% | 3.7% | -3.1% | 7.7% | -6.3% |

Source: Company reports; SunTrust Robinson Humphrey estimates 8/31/2016 $ 19.60

Case 3:16-cv-02267 Document 340-15 Filed 11/20/20 Page 12 of 20 PageID #: 11285



**GEO GROUP INC.**
**Consolidated Income Statement with Operating Metrics**
(millions, except per share data)

Tobey Sommer( 404-926-5009)
tobey.sommer@suntrust.com
Last revised: 08/31/16

| | 2013A | 2014A | 1Q15A | 2Q15A | 3Q15A | 4Q15A | 2015A | 1Q16A | 2Q16A | 3Q16E | 4Q16E | 2016E | 2017E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | | | | |
| Owned and Leased: Corrections & Detentio | 757,835 | 812,932 | 210,183 | 229,107 | 246,423 | 254,772 | 940,485 | 251,934 | 259,163 | 262,588 | 262,619 | 1,036,304 | 1,016,261 |
| Owned and Leased: Community-based | 66,164 | 69,561 | 17,263 | 18,608 | 19,394 | 18,950 | 74,215 | 18,343 | 18,199 | 19,142 | 18,711 | 74,395 | 81,505 |
| Owned and Leased: Youth Services | 89,525 | 85,979 | 20,984 | 22,029 | 21,435 | 21,618 | 86,066 | 20,777 | 21,403 | 21,703 | 21,161 | 85,044 | 89,022 |
| Managed Only | 462,254 | 498,782 | 117,583 | 115,447 | 113,672 | 114,619 | 461,321 | 123,990 | 120,908 | 123,350 | 122,010 | 490,258 | 492,152 |
| Non-residential Services and Other | 146,296 | 224,366 | 39,606 | 40,339 | 44,150 | 50,078 | 174,173 | 54,341 | 56,926 | 56,926 | 56,926 | 225,119 | 242,920 |
| **Total Revenues (ex. Construction Revenue** | **1,522,074** | **1,691,620** | **405,619** | **425,530** | **445,074** | **460,037** | **1,736,260** | **469,385** | **476,599** | **483,709** | **481,427** | **1,911,120** | **1,921,860** |
| % Change y/y | | | 3.2% | 3.1% | -2.8% | 7.6% | 2.6% | 15.7% | 12.0% | 8.7% | 4.6% | 10.1% | 0.6% |
| **Revenue Producing Beds** | | | | | | | | | | | | | |
| Owned and Leased: Corrections & Detentio | 30,780 | 33,050 | 40,223 | 41,751 | 41,751 | 43,860 | 41,896 | 43,954 | 41,854 | 41,854 | 41,854 | 42,379 | 42,442 |
| Owned and Leased: Community-based | 2,436 | 2,606 | 2,924 | 2,924 | 2,924 | 2,924 | 2,924 | 2,982 | 2,982 | 2,982 | 2,982 | 2,982 | 3,220 |
| Owned and Leased: Youth Services | 1,316 | 1,233 | 1,199 | 1,199 | 1,199 | 1,199 | 1,199 | 1,191 | 1,191 | 1,191 | 1,191 | 1,191 | 1,206 |
| Managed Only | 25,361 | 27,615 | 26,283 | 27,349 | 25,829 | 29,229 | 27,173 | 29,236 | 29,236 | 29,236 | 29,236 | 29,236 | 29,251 |
| **Total Revenue Producing Beds** | **59,892** | **64,503** | **70,629** | **73,223** | **71,703** | **77,212** | **73,192** | **77,363** | **75,263** | **75,263** | **75,263** | **75,788** | **76,117** |
| % Change y/y | | 7.7% | 9.5% | 14.2% | 11.4% | 18.7% | 13.5% | 9.5% | 2.8% | 5.0% | -2.5% | 3.5% | 0.4% |
| **Occupancy** | | | | | | | | | | | | | |
| Owned and Leased: Corrections & Detentio | 94% | 95% | 90% | 91% | 90% | 91% | 91% | 85% | 91% | 90% | 91% | 89% | 86% |
| Owned and Leased: Community-based | 84% | 86% | 81% | 85% | 85% | 83% | 84% | 84% | 83% | 85% | 84% | 84% | 85% |
| Owned and Leased: Youth Services | 69% | 70% | 71% | 72% | 70% | 66% | 70% | 69% | 72% | 70% | 69% | 70% | 72% |
| Managed Only | 98% | 99% | 99% | 98% | 98% | 97% | 98% | 97% | 98% | 97% | 97% | 97% | 98% |
| **Total Occupancy (Global)** | **96%** | **96%** | **93%** | **93%** | **93%** | **93%** | **2%** | **90%** | **93%** | **86%** | **85%** | **88%** | **85%** |
| % Change y/y | | | | | | | | | | | | | |
| **Compensated Mandays** | | | | | | | | | | | | | |
| Owned and Leased: Corrections & Detentio | 10,588,705 | 11,490,072 | 2,998,090 | 3,262,606 | 3,478,151 | 3,480,684 | 13,839,379 | 3,353,860 | 3,466,059 | 3,465,511 | 3,465,930 | 13,805,489 | 13,380,479 |
| Owned and Leased: Community-based | 742,280 | 817,866 | 210,952 | 225,667 | 229,293 | 223,178 | 891,162 | 223,432 | 224,442 | 233,192 | 227,944 | 914,281 | 992,974 |
| Owned and Leased: Youth Services | 330,108 | 313,906 | 76,973 | 78,687 | 77,681 | 72,438 | 305,250 | 73,097 | 75,907 | 76,700 | 74,783 | 304,301 | 314,605 |
| Managed Only | 9,094,682 | 9,928,283 | 2,345,674 | 2,447,614 | 2,426,897 | 2,403,147 | 9,719,603 | 2,595,854 | 2,612,623 | 2,609,021 | 2,580,662 | 10,377,684 | 10,409,522 |
| **Total Compensated Mandays** | **20,755,775** | **22,550,128** | **5,631,689** | **6,014,574** | **6,212,022** | **6,179,447** | **24,755,395** | **6,246,243** | **6,379,031** | **6,384,425** | **6,349,318** | **25,401,754** | **25,097,580** |
| % Change y/y | | | | | | | | | | | | | |
| **Total Revenue/compensated manday** | | | | | | | | | | | | | |
| Owned and Leased: Corrections & Detentio | 71.45 | 71.31 | 70.11 | 70.22 | 70.85 | 73.20 | 71.09 | 75.12 | 74.77 | 75.77 | 75.77 | 75.36 | 75.93 |
| Owned and Leased: Community-based | 78.53 | 81.63 | 81.83 | 82.46 | 84.58 | 84.00 | 83.22 | 82.10 | 81.09 | 82.09 | 82.09 | 81.84 | 82.09 |
| Owned and Leased: Youth Services | 270.02 | 273.13 | 272.62 | 279.96 | 275.94 | 274.00 | 275.63 | 284.24 | 281.96 | 282.96 | 282.96 | 283.03 | 282.96 |
| Managed Only | 50.91 | 50.72 | 50.13 | 47.17 | 46.84 | 46.00 | 47.53 | 47.76 | 46.28 | 47.28 | 47.28 | 47.15 | 47.28 |
| **Total Revenue/compensated manday** | **72.95** | **75.48** | **72.02** | **70.75** | **71.65** | **74.45** | **72.22** | **75.15** | **74.71** | **75.76** | **75.82** | **75.36** | **76.56** |
| **Net Operating Income** | | | | | | | | | | | | | |
| Owned and Leased: Corrections & Detentio | 263,905 | 299,010 | 69,312 | 76,149 | 83,673 | 89,017 | 328,604 | 83,291 | 84,500 | 86,813 | 86,824 | 342,609 | 335,983 |
| Owned and Leased: Community-based | 29,509 | 28,866 | 7,612 | 8,816 | 9,104 | 8,791 | 34,429 | 7,556 | 7,936 | 7,885 | 7,708 | 30,645 | 33,574 |
| Owned and Leased: Youth Services | 11,053 | 10,127 | 1,823 | 3,198 | 2,781 | 3,156 | 12,565 | 1,748 | 3,018 | 1,826 | 1,780 | 7,155 | 7,490 |
| Managed Only | 48,664 | 75,434 | 19,379 | 17,200 | 17,960 | 20,425 | 82,207 | 18,178 | 15,414 | 18,084 | 17,888 | 71,876 | 72,154 |
| Non-residential Services and Other | 68,586 | 67,808 | 17,900 | 15,970 | 18,525 | 21,158 | 73,588 | 25,526 | 27,209 | 26,740 | 26,740 | 105,747 | 114,109 |
| **Total Net Operating Income** | **421,717** | **481,246** | **116,026** | **121,333** | **132,043** | **142,547** | **531,393** | **136,299** | **138,077** | **141,349** | **140,939** | **558,032** | **563,309** |
| % Change y/y | | 14.1% | 7.9% | 1.8% | 8.0% | 16.1% | 10.4% | 17.5% | 13.8% | 7.0% | -1.1% | 5.0% | 0.9% |
| **Net Operating Income** | | | | | | | | | | | | | |
| Owned and Leased: Corrections & Detentio | 34.8% | 36.8% | 33.0% | 33.2% | 34.0% | 34.9% | 34.9% | 33.1% | 33.1% | 33.1% | 33.1% | 33.1% | 33.1% |
| Owned and Leased: Community-based | 44.6% | 41.5% | 44.1% | 47.4% | 46.9% | 46.4% | 46.4% | 41.2% | 41.2% | 41.2% | 41.2% | 41.2% | 41.2% |
| Owned and Leased: Youth Services | 12.3% | 11.8% | 8.7% | 14.5% | 13.0% | 14.6% | 14.6% | 8.4% | 8.4% | 8.4% | 8.4% | 8.4% | 8.4% |
| Managed Only | 10.5% | 15.1% | 16.5% | 14.9% | 15.8% | 17.8% | 17.8% | 14.7% | 14.7% | 14.7% | 14.7% | 14.7% | 14.7% |
| Non-residential Services and Other | 46.9% | 30.2% | 45.2% | 39.6% | 42.0% | 42.3% | 42.3% | 47.0% | 47.0% | 47.0% | 47.0% | 47.0% | 47.0% |
| **Total Net Operating Income** | **27.7%** | **28.4%** | **28.6%** | **28.5%** | **29.7%** | **31.0%** | **30.6%** | **29.0%** | **29.0%** | **29.2%** | **29.3%** | **29.2%** | **29.3%** |
| % Change y/y | | | | | | | | | | | | | |
| **Number of days in Period** | **365** | **365** | **91** | **91** | **92** | **91** | **365** | **91** | **91** | **92** | **91** | **365** | **365** |

Source: Company reports; SunTrust Robinson Humphrey estimates

Case 3:16-cv-02267 Document 340-15 Filed 11/20/20 Page 13 of 20 PageID #: 11286

## Figure 10: Corrections Corporation of America Actual and Forecasted Income Statements

**Corrections Corp Of America**
**Consolidated Income Statement with Operating Metrics**
(thousands, except per share data)

Tobey Sommer( 404-926-5009)
tobey.sommer@suntrust.com
Last revised: 08/31/16

| | 2013A | 1Q14A | 2Q14A | 3Q14A | 4Q14A | 2014A | 1Q15A | 2Q15A | 3Q15A | 4Q15A | 2015A | 1Q16A | 2Q16A | 3Q16E | 4Q16E | 2016E | 2017E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenue** | **$1,712,274** | **$404,222** | **$410,694** | **$408,474** | **$423,477** | **$1,646,867** | **$426,000** | **$459,295** | **$459,957** | **$447,835** | **$1,793,087** | **$447,385** | **$463,331** | **$464,795** | **$479,508** | **$1,855,019** | **$1,611,699** |
| % Change y/y | -2.7% | -3.0% | -3.4% | -3.1% | -1.8% | -3.8% | 5.4% | 11.8% | 12.6% | 5.8% | 8.9% | 5.0% | 0.9% | 1.1% | 7.1% | 3.5% | -13.1% |
| Operating expenses | 1,235,535 | 287,380 | 287,610 | 282,712 | 298,433 | 1,156,135 | 300,662 | 318,035 | 326,500 | 310,931 | 1,256,128 | 313,918 | 316,446 | 320,709 | 329,422 | 1,280,494 | 1,122,126 |
| % Sales | 72.2% | 71.1% | 70.0% | 69.2% | 70.5% | 70.2% | 70.6% | 69.2% | 71.0% | 69.4% | 70.1% | 70.2% | 68.3% | 69.0% | 68.7% | 69.0% | 69.6% |
| **Gross Profit** | **476,739** | **116,842** | **123,084** | **125,762** | **125,044** | **490,732** | **125,338** | **141,260** | **133,457** | **136,904** | **536,959** | **133,467** | **146,885** | **144,086** | **150,086** | **574,524** | **489,573** |
| Gross Profit Margin | 27.8% | 28.9% | 30.0% | 30.8% | 29.5% | 29.8% | 29.4% | 30.8% | 29.0% | 30.6% | 29.9% | 29.8% | 31.7% | 31.0% | 31.3% | 31.0% | 30.4% |
| General and administrative | 109,118 | 25,392 | 26,559 | 27,635 | 26,843 | 106,429 | 26,872 | 23,107 | 26,791 | 27,166 | 103,936 | 26,480 | 27,364 | 25,564 | 27,811 | 107,219 | 104,760 |
| % Sales | 6.4% | 6.3% | 6.5% | 6.8% | 6.3% | 6.5% | 6.3% | 5.0% | 5.8% | 6.1% | 5.8% | 5.9% | 5.9% | 5.5% | 5.8% | 5.8% | 6.5% |
| Depreciation and Amortization | 113,367 | 28,384 | 28,752 | 28,277 | 28,512 | 113,925 | 28,685 | 38,400 | 41,230 | 43,199 | 151,514 | 42,059 | 42,345 | 43,000 | 44,096 | 171,500 | 172,452 |
| % Sales | 6.6% | 7.0% | 7.0% | 6.9% | 6.7% | 6.9% | 6.7% | 8.4% | 9.0% | 9.6% | 8.4% | 9.4% | 9.1% | 9.3% | 9.2% | 9.2% | 10.7% |
| **Operating income** | **250,632** | **63,066** | **67,773** | **69,850** | **69,572** | **270,261** | **68,826** | **79,753** | **65,436** | **66,539** | **280,554** | **64,928** | **77,176** | **75,523** | **78,178** | **295,805** | **212,361** |
| Operating Margin | 14.6% | 15.6% | 16.5% | 17.1% | 16.4% | 16.4% | 16.2% | 17.4% | 14.2% | 14.9% | 15.6% | 14.5% | 16.7% | 16.2% | 16.3% | 15.9% | 13.2% |
| EBITDA | 363,999 | 91,450 | 96,525 | 98,127 | 98,084 | 384,186 | 96,511 | 107,153 | 95,666 | 97,954 | 397,284 | 94,661 | 119,521 | 118,523 | 122,274 | 454,979 | 384,813 |
| EBITDA margin | 21.3% | 22.6% | 23.5% | 24.0% | 23.2% | 23.3% | 22.7% | 23.3% | 20.8% | 21.9% | 22.2% | 21.2% | 25.8% | 25.5% | 25.5% | 24.5% | 23.9% |
| Interest expense, net | 45,126 | 10,348 | 8,364 | 10,376 | 10,447 | 39,535 | 10,190 | 11,761 | 11,764 | 15,981 | 49,696 | 17,544 | 16,796 | 17,250 | 16,910 | 68,500 | 68,680 |
| Expenses associated with financing | 36,528 | | | | | | | | 701 | | 701 | | | | | - | - |
| Other (income) expense | (99) | (387) | (613) | (143) | (61) | (1,204) | (26) | 36 | (363) | 295 | (58) | (83) | 132 | | | 49 | 0 |
| **Income before taxes** | **205,380** | **53,105** | **60,022** | **59,617** | **59,186** | **231,930** | **58,662** | **67,956** | **53,334** | **50,263** | **230,215** | **47,467** | **60,248** | **58,273** | **61,268** | **227,256** | **143,681** |
| Provision for income taxes | (11,902) | 1,367 | (2,055) | 2,071 | 1,453 | 2,836 | 1,385 | 2,653 | 2,658 | 1,665 | 8,361 | 1,160 | 2,665 | 2,750 | 3,175 | 9,750 | 7,184 |
| Tax rate | 5.8% | 2.6% | -3.4% | 3.5% | 2.5% | 1.2% | 2.4% | 3.9% | 5.0% | 3.3% | 3.6% | 2.4% | 4.4% | 4.7% | 5.2% | 4.3% | 5.0% |
| **Adjusted Net Income** | **$211,782** | **$51,738** | **$57,967** | **$57,546** | **$57,733** | **$224,984** | **$57,277** | **$65,303** | **$53,027** | **$50,565** | **$226,172** | **$46,307** | **$57,900** | **$55,773** | **$59,526** | **$219,506** | **$136,497** |
| % Change y/y | 34.2% | 1.3% | 1.6% | 11.0% | 11.5% | 6.2% | 10.7% | 12.7% | -7.9% | -12.4% | 0.5% | -19.2% | -11.3% | 5.2% | 17.7% | -2.9% | -37.8% |
| **Adjusted Diluted EPS** | **$1.92** | **$0.44** | **$0.49** | **$0.49** | **$0.49** | **$1.92** | **$0.49** | **$0.55** | **$0.45** | **$0.43** | **$1.92** | **$0.39** | **$0.49** | **$0.47** | **$0.50** | **$1.86** | **$1.16** |
| % Change y/y | 22.5% | -11.8% | -5.5% | 10.5% | 10.9% | -0.2% | 9.9% | 12.1% | -8.2% | -12.5% | 0.1% | -19.2% | -11.5% | 5.0% | 17.5% | -3.1% | -37.9% |
| Depreciation of real estate assets | 81,313 | 21,077 | 23,666 | 21,412 | 21,640 | 87,795 | 21,272 | 22,175 | 22,577 | 24,195 | 90,219 | 23,337 | 23,388 | 23,500 | 23,275 | 93,500 | 94,684 |
| % Sales | 4.7% | 5.2% | 5.8% | 5.2% | 5.1% | 5.3% | 5.0% | 4.8% | 4.9% | 5.4% | 5.0% | 5.2% | 5.0% | 5.1% | 4.7% | 5.0% | 5.9% |
| **Normalized Funds From Operations** | **294,732** | **72,815** | **79,398** | **78,958** | **79,373** | **310,544** | **79,504** | **87,478** | **75,604** | **74,760** | **317,346** | **70,787** | **81,288** | **79,273** | **82,801** | **314,149** | **232,431** |
| **Normalized FFO Per Share** | **$2.65** | **$0.62** | **$0.68** | **$0.67** | **$0.67** | **$2.65** | **$0.68** | **$0.74** | **$0.64** | **$0.63** | **$2.69** | **$0.60** | **$0.69** | **$0.67** | **$0.70** | **$2.66** | **$1.97** |
| % Change y/y | 12.4% | -10.5% | -4.3% | 6.3% | 8.5% | 0.0% | 8.4% | 9.6% | -4.6% | -5.9% | 1.8% | -11.0% | -7.2% | 4.6% | 10.5% | -1.2% | -26.1% |
| Maintenance capital expenditures, real estate | 21,005 | 8,728 | 4,221 | 5,631 | 6,901 | 25,481 | 4,238 | 6,176 | 5,433 | 10,762 | 26,609 | 3,351 | 8,499 | 6,507 | 9,590 | 27,947 | 28,604 |
| % Sales | 1.2% | 2.2% | 1.0% | 1.4% | 1.6% | 1.5% | 1.0% | 1.3% | 1.2% | 2.4% | 1.5% | 0.7% | 1.8% | 1.4% | 2.0% | 1.5% | 1.8% |
| Stock based compensation | 12,938 | 3,293 | 3,631 | 3,514 | 3,537 | 13,975 | 3,798 | 3,910 | 3,808 | 3,878 | 15,394 | 3,781 | 4,092 | 3,718 | 3,836 | 15,427 | 16,117 |
| % Sales | 0.8% | 0.8% | 0.9% | 0.9% | 0.8% | 0.8% | 0.9% | 0.9% | 0.8% | 0.9% | 0.9% | 0.8% | 0.9% | 0.8% | 0.8% | 0.8% | 1.0% |
| Amortization of debt and other | 3,509 | 755 | 761 | 761 | 761 | 3,038 | 776 | 760 | 618 | 771 | 2,925 | 792 | (443) | 465 | 480 | 1,293 | 3,223 |
| % Sales | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.1% | 0.2% | 0.2% | 0.2% | -0.1% | 0.1% | 0.1% | 0.1% | 0.2% |
| **Adjusted Funds From Operations** | **290,174** | **68,135** | **79,569** | **77,602** | **76,770** | **302,076** | **79,824** | **85,972** | **74,597** | **68,647** | **309,040** | **71,993** | **76,438** | **76,949** | **77,527** | **302,907** | **223,167** |
| **Adjusted Fund From Operations Per Share** | **$2.61** | **$0.58** | **$0.68** | **$0.66** | **$0.65** | **$2.57** | **$0.68** | **$0.73** | **$0.63** | **$0.58** | **$2.62** | **$0.61** | **$0.65** | **$0.65** | **$0.66** | **$2.57** | **$1.89** |
| % Change y/y | 11.7% | -16.4% | -3.8% | 5.2% | 10.8% | -1.3% | 16.4% | 7.5% | -4.2% | -10.6% | 1.9% | -9.8% | -11.2% | 2.9% | 12.7% | -2.1% | -26.4% |
| Diluted Shares Outstanding | 111,250 | 116,960 | 117,196 | 117,389 | 117,695 | 117,312 | 117,768 | 117,812 | 117,774 | 117,784 | 117,785 | 117,769 | 118,009 | 118,014 | 118,019 | 117,953 | 118,032 |

Source: Company reports and SunTrust Robinson Humphrey estimates

8/31/2016 $ 16.02

Case 3:16-cv-02267 Document 340-15 Filed 11/20/20 Page 14 of 20 PageID #: 11287




# Corrections Corp Of America

## Consolidated Income Statement with Operating Metrics

(millions, except per share data)

Tobey Sommer( 404-926-5009)
tobey.sommer@suntrust.com
Lastrevised: 08/31/16

| | 2013A | 1Q14A | 2Q14A | 3Q14A | 4Q14A | 2014A | 1Q15A | 2Q15A | 3Q15A | 4Q15A | 2015A | 1Q16A | 2Q16A | 3Q16E | 4Q16E | 2016E | 2017E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Number of days in Period** | **365** | **90** | **91** | **92** | **92** | **365** | **90** | **91** | **92** | **92** | **365** | **91** | **91** | **92** | **92** | **366** | **366** |
| Managed only available beds | 22,914 | 18,779 | 17,452 | 15,436 | 15,436 | 16,776 | 15,436 | 15,436 | 15,436 | 13,898 | 15,052 | 13,898 | 13,898 | 13,967 | 14,219 | 13,996 | 14,361 |
| Owned and managed available beds | 67,591 | 66,222 | 66,222 | 66,222 | 66,052 | 66,180 | 63,099 | 64,544 | 65,019 | 67,579 | 65,060 | 71,296 | 69,501 | 70,544 | 71,602 | 70,736 | 71,602 |
| **Average available beds** | **90,505** | **85,001** | **83,674** | **81,658** | **81,488** | **82,955** | **78,535** | **79,980** | **80,455** | **81,477** | **80,112** | **85,194** | **83,399** | **84,511** | **85,821** | **84,731** | **85,963** |
| Managed only compensated occupancy | 96.6% | 95.0% | 95.3% | 95.1% | 95.1% | 95.1% | 93.4% | 93.5% | 94.0% | 94.1% | 93.8% | 93.4% | 95.2% | 94.5% | 95.0% | 94.5% | 94.8% |
| Owned and managed compensated occupanc | 81.6% | 81.3% | 82.1% | 81.3% | 79.1% | 81.0% | 81.8% | 82.8% | 79.9% | 75.5% | 80.0% | 71.5% | 76.2% | 76.0% | 77.0% | 75.2% | 71.2% |
| **Average compensated occupancy** | **85.3%** | **84.3%** | **84.9%** | **83.9%** | **82.2%** | **83.8%** | **84.1%** | **84.9%** | **82.6%** | **78.6%** | **82.5%** | **75.1%** | **79.3%** | **79.1%** | **80.0%** | **78.4%** | **75.1%** |
| Managed only compensated population | 22,125 | 17,840 | 16,632 | 14,680 | 14,680 | 15,958 | 14,417 | 14,433 | 14,510 | 13,078 | 14,109 | 12,981 | 13,231 | 13,199 | 13,508 | 13,230 | 13,607 |
| Owned and managed compensated cpopulati | 55,121 | 53,838 | 54,368 | 53,838 | 52,247 | 53,573 | 51,615 | 53,442 | 51,950 | 51,022 | 52,007 | 50,977 | 52,960 | 53,613 | 55,133 | 53,171 | 50,980 |
| **Average compensated population** | **77,256** | **71,679** | **71,000** | **68,518** | **66,983** | **69,545** | **66,032** | **67,903** | **66,460** | **64,041** | **66,109** | **63,957** | **66,135** | **66,812** | **68,641** | **66,387** | **64,588** |
| Managed only compensated man-days | 8,069,816 | 1,604,837 | 1,513,308 | 1,351,193 | 1,350,211 | 5,819,549 | 1,297,648 | 1,312,976 | 1,334,303 | 1,203,023 | 5,147,950 | 1,181,224 | 1,204,001 | 1,214,334 | 1,242,732 | 4,842,291 | 4,980,284 |
| Owned and managed compensated man-days | 20,120,004 | 4,847,951 | 4,948,921 | 4,954,844 | 4,809,522 | 19,561,238 | 4,644,992 | 4,866,134 | 4,780,507 | 4,690,997 | 18,982,630 | 4,641,382 | 4,817,344 | 4,932,403 | 5,072,262 | 19,463,391 | 18,659,037 |
| **Total compensated man-days** | **28,189,820** | **6,452,788** | **6,462,229** | **6,306,037** | **6,159,733** | **25,380,787** | **5,942,640** | **6,179,110** | **6,114,810** | **5,894,020** | **24,130,580** | **5,822,606** | **6,021,345** | **6,146,736** | **6,314,994** | **24,305,682** | **23,639,320** |
| Managed only revenue/man-day | 39.62 | 39.88 | 39.86 | 39.90 | 40.32 | 39.99 | 40.80 | 40.91 | 41.03 | 42.05 | 41.20 | 42.19 | 42.65 | 42.86 | 43.00 | 42.68 | 42.68 |
| Owned and managed revenue/man-day | 68.20 | 69.08 | 68.71 | 69.65 | 74.84 | 70.57 | 78.36 | 81.39 | 82.75 | 82.74 | 81.31 | 83.73 | 83.43 | 83.68 | 84.00 | 83.71 | 74.98 |
| **Revenue per comp man-day** | **60.02** | **61.82** | **61.95** | **63.28** | **67.27** | **63.58** | **70.16** | **72.79** | **73.65** | **74.44** | **72.76** | **75.30** | **75.28** | **75.62** | **75.93** | **75.53** | **68.18** |
| Managed only revenue | 322,242 | 65,053 | 62,137 | 54,690 | 55,390 | 237,270 | 53,878 | 55,050 | 55,757 | 51,464 | 216,149 | 50,507 | 51,880 | 52,050 | 53,437 | 207,875 | 212,536 |
| Owned and managed revenue | 1,390,032 | 339,169 | 348,557 | 353,784 | 368,087 | 1,409,597 | 372,122 | 404,245 | 404,200 | 396,371 | 1,576,938 | 396,878 | 411,451 | 412,745 | 426,070 | 1,647,144 | 1,399,163 |
| **Total Management Revenue** | **1,712,274** | **404,222** | **410,694** | **408,474** | **423,477** | **1,646,867** | **426,000** | **459,295** | **459,957** | **447,835** | **1,793,087** | **447,385** | **463,331** | **464,795** | **479,508** | **1,855,019** | **1,611,699** |
| **Transportation** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| **Rental** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| **Other** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| **Total Revenue** | **1,712,274** | **404,222** | **410,694** | **408,474** | **423,477** | **1,646,867** | **426,000** | **459,295** | **459,957** | **447,835** | **1,793,087** | **447,385** | **463,331** | **464,795** | **479,508** | **1,855,019** | **1,611,699** |

Source: Company reports and SunTrust Robinson Humphrey estimates

8/31/2016 $ 16.02

Case 3:16-cv-02267 Document 340-15 Filed 11/20/20 Page 15 of 20 PageID #: 11288

## GEO: Valuation and Risks

### GEO Valuation

GEO currently trades at 7.3x our 2017 FFO estimate of $2.70/share. Given the shift towards a REIT-oriented investor base and a peer group with a 15.0x multiple in the healthcare REIT sector (closest comparison to corrections) and the company's historical average of 12.5x since the REIT conversion in February 2013, we expect GEO's multiple to increase slightly in the next twelve months. Using our projected 2017 FFO estimate and a multiple of 12.0x, we arrive at a price of $32. On an AFFO basis, GEO currently trades at 5.8x our 2017 AFFO estimate of $3.39/share. The healthcare peer group currently trades at 16.3x multiple on average and we expect GEO's multiple to increase to 9.4x. Based on our projected 2017 AFFO and 9.4x multiple, we arrive at a price of $32. Combining FFO and AFFO valuation, we set our PT at $32 for GEO.

**Risks to our price target**:

- Inability to access adequate capital resources required for future acquisitions and capital expenditures to fund capacity expansion.
- Inability to successfully win new business contracts due to either competitive pressure or reputational damage related to past performance.
- Dramatic changes to federal, state or local government spending policies for corrections. A significant shift in immigration and customs (ICE) holding policies or funding.
- Political pressure related to large social programs could affect operations or cause significant changes in the existing relationships with agencies and customers.
- Headline risk related to specific events or inadequate government or state reviews could result in additional costs or scrutiny related to operations, reducing potential for growth or profitability.
- Change in state or federal policies and funding that reduce inmate populations. State budget shortfalls may cause greater parole or shorter sentences.

## CXW: Valuation and Risks

### CXW Valuation

CXW currently trades at 8.1x our 2017 FFO estimate of $1.97/share. Given the shift towards a REIT-oriented investor base and a peer group with a 15.0x multiple in the healthcare REIT sector (closest comparison to corrections) and the company's historical average of 13.0x since the REIT conversion in April 2013, we expect CXW's multiple to increase slightly in the next twelve months. We use a lower multiple of 10.0x, reflecting the political uncertainty surrounding the election cycle. Using our forecasted normalized FFO for CXW of $1.97 per share in 2017, we arrive at $20. The same group of healthcare REIT peers trade at an average 2017 P/AFFO of 16.3x vs. CXW's 7.3x multiple. We use a multiple of 9.1x to our 2017 AFFO estimate of $2.19 and this yields a price of $20. Based on a combination of these methods, we arrive at a target price of $20 for CXW.

**Risks to our price target:**

- Inability to access adequate capital resources required for future acquisitions and capital expenditures to fund capacity expansion.
- Inability to successfully win new business contracts due to either competitive pressure or reputational damage related to past performance.
- Dramatic changes to federal, state or local government spending policies for corrections. A significant shift in immigration and customs (ICE) holding policies or funding.
- Political pressure related to large social programs could affect operations or cause significant changes in the existing relationships with agencies and customers.

- Headline risk related to specific events or inadequate government or state reviews could result in additional costs or scrutiny related to operations, reducing potential for growth or profitability.
- Change in state or federal policies and funding that reduce inmate populations. State budget shortfalls may cause greater parole or shorter sentences.
- Upside risk: Current election cycle results in a new administration in the White House and state governments that are supportive of increased utilization of private correctional facilities.

## Analyst Certification

I, Tobey Sommer , hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company(ies) and its (their) securities. I also certify that I have not been, am not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

## Required Disclosures

SunTrust Robinson Humphrey, Inc. managed or co-managed a securities offering for the following company within the last 12 months: GEO-US

The following companies are clients of SunTrust Robinson Humphrey, Inc. and the firm has received or is entitled to receive compensation for investment banking services involving their securities within the last 12 months: GEO-US and CXW-US

The following companies are clients of SunTrust Robinson Humphrey, Inc. and the firm has received compensation for non-investment banking securities-related services within the last 12 months: GEO-US and CXW-US

An affiliate of SunTrust Robinson Humphrey, Inc. has received compensation for non-securities services from the following company within the last 12 months: CXW-US

Analyst compensation is based upon stock price performance, quality of analysis, communication skills, and the overall revenue and profitability of the firm, including investment banking revenue.

As a matter of policy and practice, the firm prohibits the offering of favorable research, a specific research rating or a specific target price as consideration or inducement for the receipt of business or compensation. In addition, associated persons preparing research reports are prohibited from owning securities in the subject companies.







Rating and Price Target History for: GEO Group Inc. (GEO-US) as of 08-31-2016

Rating and Price Target History for: Corrections Corporation of America (CXW-US) as of 08-31-2016

## STRH Ratings System for Equity Securities

3 designations based on total returns* within a 12-month period**

- **Buy** – total return ≥ 15% (10% for low-Beta securities)***
- **Reduce** – total return ≤ negative 10% (5% for low Beta securities)
- **Neutral** – total return is within the bounds above
- **NR** – NOT RATED, STRH does not provide equity research coverage
- **CS** – Coverage Suspended

*Total return (price appreciation + dividends)
**Price targets are within a 12-month period, unless otherwise noted
***Low Beta defined as securities with an average Beta of 0.8 or less, using Bloomberg's 5-year average Beta

Legend for Rating and Price Target History Charts:
D = drop coverage
I = initiate coverage
T = transfer coverage

SunTrust Robinson Humphrey ratings distribution (as of 09/01/2016):

| Coverage Universe | | | Investment Banking Clients Past 12 Months | | |
|---|---|---|---|---|---|
| **Rating** | **Count** | **Percent** | **Rating** | **Count** | **Percent** |
| Buy | 372 | 58.68% | Buy | 144 | 38.71% |
| Neutral | 257 | 40.54% | Neutral | 71 | 27.63% |
| Sell/Reduce | 5 | 0.79% | Sell/Reduce | 0 | 0.00% |



## Other Disclosures

Information contained herein has been derived from sources believed to be reliable but is not guaranteed as to accuracy and does not purport to be a complete analysis of the security, company or industry involved. This report is not to be construed as an offer to sell or a solicitation of an offer to buy any security. SunTrust Robinson Humphrey, Inc. and/or its officers or employees may have positions in any securities, options, rights or warrants. The firm and/or associated persons may sell to or buy from customers on a principal basis. Investors may be prohibited in certain states from purchasing some over-the-counter securities mentioned herein. Opinions expressed are subject to change without notice. The information herein is for persons residing in the United States only and is not intended for any person in any other jurisdiction.

SunTrust Robinson Humphrey, Inc.'s research is provided to and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). The term "Institutional Account" shall mean the account of: (1) a bank, savings and loan association, insurance company or registered investment company; (2) an investment adviser registered either with the SEC under Section 203 of the Investment Advisers Act or with a state securities commission (or any agency or office performing like functions); or (3) any other person (whether a natural person, corporation, partnership, trust or otherwise) with total assets of at least $50 million.

SunTrust Robinson Humphrey, Inc. is a registered broker-dealer and a member of FINRA and SIPC. It is a service mark of SunTrust Banks, Inc. SunTrust Robinson Humphrey, Inc. is owned by SunTrust Banks, Inc. ("SunTrust") and affiliated with SunTrust Investment Services, Inc. Despite this affiliation, securities recommended, offered, sold by, or held at SunTrust Robinson Humphrey, Inc. and at SunTrust Investment Services, Inc. (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including SunTrust Bank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. SunTrust Bank may have a lending relationship with companies mentioned herein.

Please see our Disclosure Database to search by ticker or company name for the current required disclosures, including risks to the price targets, Link: https://suntrust.bluematrix.com/sellside/Disclosures.action

Please visit the STRH equity research library for current reports and the analyst roster with contact information, Link (password protected): STRH RESEARCH LIBRARY

SunTrust Robinson Humphrey, Inc., member FINRA and SIPC. SunTrust and SunTrust Robinson Humphrey are service marks of SunTrust Banks, Inc.

If you no longer wish to receive this type of communication, please request removal by sending an email to STRHEquityResearchDepartment@SunTrust.com

© SunTrust Robinson Humphrey, Inc. 2016 . All rights reserved. Reproduction or quotation in whole or part without permission is forbidden.

**ADDITIONAL INFORMATION IS AVAILABLE** at our website, **www.suntrustrh.com,** or by writing to:
SunTrust Robinson Humphrey, Research Department, 3333 Peachtree Road N.E., Atlanta, GA 30326-1070