UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>   vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>                      Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY OF LUCY P. ALLEN |

Having considered Plaintiff's[1] Motion to Exclude Expert Testimony of Lucy P. Allen (the "Motion"), IT IS HEREBY ORDERED that:

1. Plaintiff's Motion is GRANTED; and

2. Lucy P. Allen is precluded from offering any affirmative opinion at trial beyond the opinion contained in ¶¶77-83 of her August 7, 2020 Report.

IT IS SO ORDERED.

DATED: _____        _____
                                                                                THE HONORABLE ALETA A. TRAUGER
                                                                                UNITED STATES DISTRICT JUDGE

---

[1] "Plaintiff" is Lead Plaintiff and Class Representative Amalgamated Bank, as Trustee for the LongView Collective Investment Fund. "Defendants" are Corrections Corporation of America ("CCA") and certain of its executives. Following the filing of this action, Defendants rebranded CCA and now refer to it as CoreCivic.