# EXHIBIT 7

Videotaped Deposition of

# Kim White

October 30, 2020

Grae

vs.

Corrections Corporation of America, et al.

**Confidential Pursuant to Protective Order**

Page 101

1 yesterday?
2     A.    No.
3     Q.    Did you review any documents aside
4 from the transcript of your prior deposition?
5     A.    I reviewed the subpoena.  I reviewed
6 the -- it's a declaration or disclosures.
7     Q.    The ones that we've been looking at?
8     A.    Yes.  That -- that is the other
9 document I reviewed yesterday.
10    Q.    Okay.  And any other documents?
11    A.    No, that's it.
12    Q.    Okay.  So at -- at your last
13 deposition, we talked about the BOP or the OIG
14 doing things potentially for political reasons.
15 That was at the end of your testimony.
16        Do you remember -- do you remember
17 that?
18    A.    I do.
19    Q.    And -- and is it -- it's fair to say
20 that you don't know whether any actions were
21 taken by the BOP -- I mean -- I'm sorry -- by the
22 OIG with respect to CCA for political reasons,
23 right?
24    A.    No, I do not.  I believe I stated a
25 personal opinion and qualified it as such.

Page 102

1     Q.    Right.  That's right.
2         You -- you did testify, though,
3 that -- that sometimes policy decisions can
4 happen for political reasons.  I think an example
5 you gave was the Prison Rape Elimination Act.
6         Do you remember that?
7     A.    I do.
8     Q.    And I think you said that that was
9 clearly political, right?
10    A.    From my opinion and listening to
11 others talk about how it evolved, it definitely
12 came by way of activists, but I think my
13 testimony also indicated that it improved our
14 operations for the better.
15    Q.    Right.  And so -- and by political,
16 I -- you meant it was -- it was -- that was a
17 policy that was proposed by politicians, right?
18    A.    That was a policy absolutely that was
19 proposed by politicians.
20    Q.    And that -- that wasn't the policy
21 that was proposed by one specific political
22 party, right?
23    A.    I don't recall.  I -- I can't
24 remember the officials who were responsible for
25 it.  But there are occasions, at least in my

Page 103

1 experience, where a particular person associated
2 with a particular political party has rendered
3 some issues and which resulted in policy changes.
4     Q.    Well, do you recall that the --
5 the -- the Prison Rape Elimination Act had
6 bipartisan congressional sponsors?
7     A.    I don't recall.  Yeah, I don't
8 remember that one, who the parties were involved
9 specifically on that one.
10    Q.    Do -- do you remember the -- that the
11 Prison Rape Elimination Act passed by unanimous
12 consent in both the House and the Senate in 2003?
13    A.    No, I don't, but I -- I'm assuming
14 you have the record.  So if that's the case, then
15 I would have to agree with that.
16    Q.    Well, I -- I did look it up.  I --
17 yeah.
18        And so the -- and -- and -- and you
19 agree that trying to reduce rape in prisons is --
20 is obviously an important thing, right?
21    A.    I -- I wholeheartedly, unequivocally,
22 without a doubt agree that that's a good thing
23 for prisons.  Absolutely.
24    Q.    And -- and, in fact, you testified
25 previously that the Prison Rape Elimination Act

Page 104

1 improved the -- improved your performance, right?
2     A.    I think it improved the industry's
3 performance without a doubt.
4     Q.    And so -- and so that's -- that's an
5 example of something being political, but, at the
6 same time trying to address an important issue
7 and -- and improving performance in the industry,
8 right?
9     A.    Oh, I -- I agree with that.
10    Q.    Okay.  I just wanted to make sure I
11 was clear on your testimony.
12        If we go back to Exhibit 591, going
13 back to your summary of facts and opinions --
14    A.    Okay.  Hold on.
15        Okay.  I'm there.
16    Q.    -- the -- the second sentence says,
17 Ms. White may also testify -- and I'm -- I'm on
18 the summary of facts and opinions again on
19 page 8.
20    A.    Okay.
21    Q.    The second sentence says, Ms. White
22 may also testify about CoreCivic's compliance
23 with contractual requirements, company standards
24 and third-party standards in the area -- areas of
25 correctional facility management, oversight,