UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>  vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>       Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT |

Having considered Plaintiff's[1] Motion for Partial Summary Judgment (the "Motion"), IT IS HEREBY ORDERED that:

1.  Plaintiff's Motion is GRANTED;

2.  The Court finds that the alleged false and misleading statements (*see* ECF No. 57, ¶¶35, 115-169) were publicly known;

3.  The Court finds CCA's common stock traded in an efficient market at all relevant times;

4.  The Court finds that Plaintiff and Class members purchased CCA stock after the alleged false and misleading statements were made but before the alleged truth was revealed;

5.  The Court finds Defendants have not offered evidence to rebut the presumption of class-wide reliance; and

---

[1]  "Plaintiff" is Lead Plaintiff and Class Representative Amalgamated Bank, as Trustee for the LongView Collective Investment Fund. "Defendants" are Corrections Corporation of America ("CCA") and certain of its executives. Following the filing of this action, Defendants rebranded CCA and now refer to it as CoreCivic.

- 1 -

6.    Defendants therefore may not contest the reliance element of Plaintiff's securities class action claims.

IT IS SO ORDERED.

DATED: _____    _____
                                  THE HONORABLE ALETA A. TRAUGER
                                  UNITED STATES DISTRICT JUDGE

4841-2692-7058.v1