UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>　　　　　　　Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE OPINION TESTIMONY OF DEFENDANTS' NON-RETAINED EXPERTS WILLIAM DALIUS, HARLEY LAPPIN, DON MURRAY AND KIM WHITE |

Having considered Plaintiff's[1] Motion for Exclude Opinion Testimony of Defendants' Non-Retained Experts William Dalius, Harley Lappin, Don Murray, and Kim White (the "Motion"), IT IS HEREBY ORDERED that:

1. Plaintiff's Motion is GRANTED;

2. William Dalius may not testify as an expert in this matter;

3. Harley Lappin may not testify as an expert in this matter;

4. Don Murray may not testify as an expert in this matter; and

5. Kim White may not testify as an expert in this matter.

IT IS SO ORDERED.

DATED: _____   _____
　　　　　　　　　　　　　　　　　　　　THE HONORABLE ALETA A. TRAUGER
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] "Plaintiff" is Lead Plaintiff and Class Representative Amalgamated Bank, as Trustee for the LongView Collective Investment Fund. "Defendants" are Corrections Corporation of America ("CCA") and certain of its executives. Following the filing of this action, Defendants rebranded CCA and now refer to it as CoreCivic.