**Appendix A: Alleged Material Misstatements**

| Stmt No. | Compl. ¶ | Source | Alleged Material Misstatement[1] | Plaintiff's Category | Subject of Statement | Statement Made Before Dec. 2014? | Person Making Statement |
|---|---|---|---|---|---|---|---|
| 1 | 120 | 2011 Form 10-K (2/27/2012) at 17 | Our primary business strategy is to provide quality corrections services, offer a compelling value, and increase occupancy and revenue, while maintaining our position as the leading owner, operator, and manager of privatized correctional and detention facilities. | Quality and cost savings | Value proposition | Yes | Company |
| 2 | 120 | 2012 Form 10-K (2/27/2013) at 19 | Our primary business strategy is to provide quality corrections services, offer a compelling value, and increase occupancy and revenue, while maintaining our position as the leading owner, operator, and manager of privatized correctional and detention facilities. | Quality and cost savings | Value proposition | Yes | Company |
| 3 | 120 | 2013 Form 10-K (2/27/2014) at 18 | Our primary business strategy is to provide quality corrections services, offer a compelling value, and increase occupancy and revenue, while maintaining our position as the leading owner, operator, and manager of privatized correctional and detention facilities. | Quality and cost savings | Value proposition | Yes | Company |
| 4 | 120 | 2014 Form 10-K (2/27/2015) at 18 | Our primary business strategy is to provide quality corrections services, offer a compelling value, and increase occupancy and revenue, while maintaining our position as the leading owner, operator, and manager of privatized correctional and detention facilities. | Quality and cost savings | Value proposition | | Company |
| 5 | 120 | 2015 Form 10-K (2/25/2016) at 21 | Our primary business strategy is to provide quality corrections services, offer a compelling value, and increase occupancy and revenue, while maintaining our position as the leading owner, operator, and manager of privatized correctional and detention facilities. | Quality and cost savings | Value proposition | | Company |

---

[1] Any emphasis included in the Complaint (Dkt. 57) has been omitted. Where relevant, ellipses have been replaced with the actual text of the statement made.

| Stmt No. | Compl. ¶ | Source | Alleged Material Misstatement[1] | Plaintiff's Category | Subject of Statement | Statement Made Before Dec. 2014? | Person Making Statement |
|---|---|---|---|---|---|---|---|
| 6 | 122 | 2011 Form 10-K (2/27/2012) at 17 | We believe that we offer a cost-effective alternative to our government partners by reducing their correctional services costs while allowing them to avoid long-term pension obligations for their employees and large capital investments in new prison beds. | Quality and cost savings | Cost comparison; opinion | Yes | Company |
| 7 | 122 | 2012 Form 10-k (2/27/2013) at 19 | We believe that we offer a cost-effective alternative to our government partners by reducing their correctional services costs while allowing them to avoid long-term pension obligations for their employees and large capital investments in new prison beds. | Quality and cost savings | Cost comparison; opinion | Yes | Company |
| 8 | 122 | 2013 Form 10-K (2/27/2014) at 19 | We believe that we offer a cost-effective alternative to our government partners by reducing their correctional services costs while allowing them to avoid long-term pension obligations for their employees and large capital investments in new prison beds. | Quality and cost savings | Cost comparison; opinion | Yes | Company |
| 9 | 122 | 2014 Form 10-K (2/27/2015) at 18 | We believe that we offer a cost-effective alternative to our government partners by reducing their correctional services costs while allowing them to avoid long-term pension obligations for their employees and large capital investments in new prison beds. | Quality and cost savings | Cost comparison; opinion | | Company |
| 10 | 122 | 2015 Form 10-K (2/25/2016) at 21 | We believe that we offer a cost-effective alternative to our government partners by reducing their correctional services costs while allowing them to avoid long-term pension obligations for their employees and large capital investments in new prison beds. | Quality and cost savings | Cost comparison; opinion | | Company |

Case 3:16-cv-02267    Document 352-2    Filed 11/20/20    Page 2 of 40 PageID #: 11880

| Stmt No. | Compl. ¶ | Source | Alleged Material Misstatement[1] | Plaintiff's Category | Subject of Statement | Statement Made Before Dec. 2014? | Person Making Statement |
|---|---|---|---|---|---|---|---|
| 11 | 123 | 2011 Form 10-K (2/27/2012) at 17 | Our industry benefits from significant economies of scale, resulting in lower operating costs per inmate as occupancy rates increase. We believe we have been successful in increasing the number of residents in our care and continue to pursue a number of initiatives intended to further increase our occupancy and revenue. Our competitive cost structure offers prospective customers a compelling option for incarceration. | Quality and cost savings | Industry costs; opinion | Yes | Company |
| 12 | 123 | 2012 Form 10-K (2/27/2013) at 19 | Our industry benefits from significant economies of scale, resulting in lower operating costs per inmate as occupancy rates increase. We believe we have been successful in increasing the number of residents in our care and continue to pursue a number of initiatives intended to further increase our occupancy and revenue. Our competitive cost structure offers prospective customers a compelling option for incarceration. | Quality and cost savings | Industry costs; opinion | Yes | Company |
| 13 | 123 | 2013 Form 10-K (2/27/2014) at 19 | Our industry benefits from significant economies of scale, resulting in lower operating costs per inmate as occupancy rates increase. We believe we have been successful in increasing the number of residents in our care and continue to pursue a number of initiatives intended to further increase our occupancy and revenue. Our competitive cost structure offers prospective customers a compelling option for incarceration. | Quality and cost savings | Industry costs; opinion | Yes | Company |
| 14 | 123 | 2014 Form 10-K (2/27/2015) at 19 | Our industry benefits from significant economies of scale, resulting in lower operating costs per inmate as occupancy rates increase. We are pursuing a number of initiatives intended to increase our occupancy and revenue. Our competitive cost structure offers prospective government partners a compelling solution to incarceration. | Quality and cost savings | Industry costs | | Company |

| Stmt No. | Compl. ¶ | Source | Alleged Material Misstatement[1] | Plaintiff's Category | Subject of Statement | Statement Made Before Dec. 2014? | Person Making Statement |
|---|---|---|---|---|---|---|---|
| 15 | 123 | 2015 Form 10-K (2/25/2016) at 22 | Our industry benefits from significant economies of scale, resulting in lower operating costs per inmate as occupancy rates increase. We are pursuing a number of initiatives intended to increase our occupancy and revenue. Our competitive cost structure offers prospective government partners a compelling solution to incarceration. | Quality and cost savings | Industry costs | | Company |
| 16 | 126 | 2011 Form 10-K (2/27/2012) at 20, 41 | We believe the outsourcing of prison management services to private operators allows governments to manage increasing inmate populations while simultaneously controlling correctional costs and improving correctional services. We believe our customers discover that partnering with private operators to provide residential services to their inmates introduces competition to their prison system, resulting in improvements to the quality and cost of corrections services throughout their correctional system. | Quality and cost savings | Value proposition; opinion | Yes | Company |
| 17 | 127 | 2012 Form 10-K (2/27/2013) at 23, 52 | We believe the outsourcing of prison management services to private operators allows governments to manage increasing inmate populations while simultaneously controlling correctional costs and improving correctional services We believe our customers discover that partnering with private operators to provide residential services to their inmates introduces competition to their prison system, resulting in improvements to the quality and cost of corrections services throughout their correctional system... We believe these advantages translate into significant cost savings for government agencies. | Quality and cost savings | Value proposition; opinion | Yes | Company |

4

| Stmt No. | Compl. ¶ | Source | Alleged Material Misstatement[1] | Plaintiff's Category | Subject of Statement | Statement Made Before Dec. 2014? | Person Making Statement |
|---|---|---|---|---|---|---|---|
| 18 | 127 | 2013 Form 10-K (2/27/2014) at 23, 51 | We believe the outsourcing of prison management services to private operators allows governments to manage increasing inmate populations while simultaneously controlling correctional costs and improving correctional services We believe our customers discover that partnering with private operators to provide residential services to their inmates introduces competition to their prison system, resulting in improvements to the quality and cost of corrections services throughout their correctional system... We believe these advantages translate into significant cost savings for government agencies | Quality and cost savings | Value proposition; opinion | Yes | Company |
| 19 | 127 | 2014 Form 10-K (2/27/2015) at 22, 49 | We believe the outsourcing of prison management services to private operators allows governments to manage increasing inmate populations while simultaneously controlling correctional costs and improving correctional services We believe our customers discover that partnering with private operators to provide residential services to their inmates introduces competition to their prison system, resulting in improvements to the quality and cost of corrections services throughout their correctional system... We believe these advantages translate into significant cost savings for government agencies. | Quality and cost savings | Value proposition; opinion | | Company |
| 20 | 127 | 2015 Form 10-K (2/25/2016) at 54 | We believe the outsourcing of prison management services to private operators allows governments to manage increasing inmate populations while simultaneously controlling correctional costs and improving correctional services We believe our customers discover that partnering with private operators to provide residential services to their inmates introduces competition to their prison system, resulting in improvements to the quality and cost of corrections services throughout their correctional system. | Quality and cost savings | Value proposition; opinion | | |

5

| Stmt No. | Compl. ¶ | Source | Alleged Material Misstatement[1] | Plaintiff's Category | Subject of Statement | Statement Made Before Dec. 2014? | Person Making Statement |
|---|---|---|---|---|---|---|---|
| 21 | 129 | 2011 Form 10-K (2/27/2012) at 40, 48 | We believe we have been successful in working with our government partners to help them manage their correctional costs while minimizing the financial impact to us, and will continue to provide unique solutions to their correctional needs. We believe the long-term growth opportunities of our business remain very attractive as certain states consider efficiency and savings opportunities we can provide. Further, we expect insufficient bed development by our partners to result in a return to the supply and demand imbalance that has benefited the private corrections industry. | Quality and cost savings | Cost comparison; opinion | Yes | Company |
| 22 | 130 | 1Q 2012 Form 10-Q (5/7/2012) at 27 | We believe we have been successful in working with our government partners to help them manage their correctional costs while minimizing the financial impact to us, and will continue to provide unique solutions to their correctional needs. We believe the long-term growth opportunities of our business remain very attractive as certain states consider efficiency and savings opportunities we can provide. Further, we expect insufficient bed development by our partners to result in a return to the supply and demand imbalance that has benefited the private corrections industry. | Quality and cost savings | Cost comparison; opinion | Yes | Company |
| 23 | 130 | 2Q 2012 Form 10-Q (8/9/2012) at 29 | We believe we have been successful in working with our government partners to help them manage their correctional costs while minimizing the financial impact to us, and will continue to provide unique solutions to their correctional needs. We believe the long-term growth opportunities of our business remain very attractive as certain states consider efficiency and savings opportunities we can provide. Further, we expect insufficient bed development by our partners to result in a return to the supply and demand imbalance that has benefited the private corrections industry. | Quality and cost savings | Cost comparison; opinion | Yes | Company |

| Stmt No. | Compl. ¶ | Source | Alleged Material Misstatement[1] | Plaintiff's Category | Subject of Statement | Statement Made Before Dec. 2014? | Person Making Statement |
|---|---|---|---|---|---|---|---|
| 24 | 130 | 3Q 2012 Form 10-Q (11/8/2012) at 30 | We believe we have been successful in working with our government partners to help them manage their correctional costs while minimizing the financial impact to us, and will continue to provide unique solutions to their correctional needs. We believe the long-term growth opportunities of our business remain very attractive as certain states consider efficiency and savings opportunities we can provide. Further, we expect insufficient bed development by our partners to result in a return to the supply and demand imbalance that has benefited the private corrections industry. | Quality and cost savings | Cost comparison; opinion | Yes | Company |
| 25 | 130 | 2012 Form 10-K (2/27/2013) 52, 59 | We believe we have been successful in working with our government partners to help them manage their correctional costs while minimizing the financial impact to us, and will continue to provide unique solutions to their correctional needs. We believe the long-term growth opportunities of our business remain very attractive as certain states consider efficiency and savings opportunities we can provide. Further, we expect insufficient bed development by our partners to result in future demand for additional bed capacity. | Quality and cost savings | Cost comparison; opinion | Yes | Company |
| 26 | 130 | Q1 2013 Form 10-Q (5/9/2013) at 34 | We believe we have been successful in working with our government partners to help them manage their correctional costs while minimizing the financial impact to us, and will continue to provide unique solutions to their correctional needs. We believe the long-term growth opportunities of our business remain very attractive as certain states consider efficiency and savings opportunities we can provide. Further, we expect insufficient bed development by our partners to result in future demand for additional bed capacity. | Quality and cost savings | Cost comparison; opinion | Yes | Company |

| Stmt No. | Compl. ¶ | Source | Alleged Material Misstatement[1] | Plaintiff's Category | Subject of Statement | Statement Made Before Dec. 2014? | Person Making Statement |
|---|---|---|---|---|---|---|---|
| 27 | 130 | Q2 2013 Form 10-Q (8/8/2013) at 38-39 | We believe we have been successful in working with our government partners to help them manage their correctional costs while minimizing the financial impact to us, and will continue to provide unique solutions to their correctional needs. We believe the long-term growth opportunities of our business remain very attractive as certain states consider efficiency and savings opportunities we can provide. Further, we expect insufficient bed development by our partners to result in future demand for additional bed capacity. | Quality and cost savings | Cost comparison; opinion | Yes | Company |
| 28 | 130 | 3Q 2013 Form 10-Q (11/7/2013) at 41 | We believe we have been successful in working with our government partners to help them manage their correctional costs while minimizing the financial impact to us, and will continue to provide unique solutions to their correctional needs. We believe the long-term growth opportunities of our business remain very attractive as certain states consider efficiency and savings opportunities we can provide. Further, we expect insufficient bed development by our partners to result in future demand for additional bed capacity. | Quality and cost savings | Cost comparison; opinion | Yes | Company |
| 29 | 130 | 2013 Form 10-K (2/27/2014) at 9, 51 | We believe we have been successful in working with our government partners to help them manage their correctional costs while minimizing the financial impact to us, and will continue to provide unique solutions to their correctional needs. We believe the long-term growth opportunities of our business remain very attractive as certain states consider efficiency and savings opportunities we can provide. Further, we expect insufficient bed development by our partners to result in future demand for additional bed capacity. | Quality and cost savings | Cost comparison; opinion | Yes | Company |

| Stmt No. | Compl. ¶ | Source | Alleged Material Misstatement[1] | Plaintiff's Category | Subject of Statement | Statement Made Before Dec. 2014? | Person Making Statement |
|---|---|---|---|---|---|---|---|
| 30 | 130 | Form 10-Q - Q1 2014 (5/8/2014) at 34 | We believe we have been successful in working with our government partners to help them manage their correctional costs while minimizing the financial impact to us, and will continue to provide unique solutions to their correctional needs. We believe the long-term growth opportunities of our business remain very attractive as certain states consider efficiency, savings, and inmate programming opportunities we can provide. Further, we expect our partners to continue to face challenges in developing new facilities and additional capacity which will result in future demand for the solutions that we provide. | Quality and cost savings | Cost comparison; opinion | Yes | Company |
| 31 | 130 | 2Q 2014 Form 10-Q (8/7/2014) at 40 | We believe we have been successful in working with our government partners to help them manage their correctional costs while minimizing the financial impact to us, and will continue to provide unique solutions to their correctional needs. We believe the long-term growth opportunities of our business remain very attractive as certain states consider efficiency, savings, and inmate programming opportunities we can provide. Further, we expect our partners to continue to face challenges in developing new facilities and additional capacity which will result in future demand for the solutions that we provide. | Quality and cost savings | Cost comparison; opinion | Yes | Company |

Case 3:16-cv-02267    Document 352-2    Filed 11/20/20    Page 9 of 40 PageID #: 11887

| Stmt No. | Compl. ¶ | Source | Alleged Material Misstatement[1] | Plaintiff's Category | Subject of Statement | Statement Made Before Dec. 2014? | Person Making Statement |
|---|---|---|---|---|---|---|---|
| 32 | 130 | 3Q 2014 Form 10-Q (11/7/2014) at 39 | We believe we have been successful in working with our government partners to help them manage their correctional costs while minimizing the financial impact to us, and will continue to provide unique solutions to their correctional needs. We believe the long-term growth opportunities of our business remain very attractive as certain states consider efficiency, savings, and inmate programming opportunities we can provide. Further, we expect our partners to continue to face challenges in developing new facilities and additional capacity which will result in future demand for the solutions that we provide. | Quality and cost savings | Cost comparison; opinion | Yes | Company |
| 33 | 130 | 2014 Form 10-K (2/27/2015) at 9, 48 | We believe the long-term growth opportunities of our business remain very attractive as certain states consider efficiency and savings as well as offender programming opportunities we can provide as a tool to reduce recidivism. Further, we expect our partners to continue to face challenges in maintaining old facilities, and developing new facilities and additional capacity which could result in future demand for the solutions that we provide. | Quality and cost savings | Cost comparison; opinion | | Company |
| 34 | 130 | 1Q 2015 Form 10-Q (5/7/2015) at 32-33 | We believe the long-term growth opportunities of our business remain very attractive as certain states consider efficiency and savings opportunities we can provide. Further, we expect our partners to continue to face challenges in maintaining old facilities, and developing new facilities and additional capacity which could result in future demand for the solutions we provide. | Quality and cost savings | Cost comparison; opinion | | Company |

10

| Stmt No. | Compl. ¶ | Source | Alleged Material Misstatement[1] | Plaintiff's Category | Subject of Statement | Statement Made Before Dec. 2014? | Person Making Statement |
|---|---|---|---|---|---|---|---|
| 35 | 130 | 2Q 2015 Form 10-Q (8/6/2015) at 36-37 | We believe the long-term growth opportunities of our business remain very attractive as certain states consider efficiency and savings opportunities we can provide. Further, we expect our partners to continue to face challenges in maintaining old facilities, and developing new facilities and additional capacity which could result in future demand for the solutions we provide. | Quality and cost savings | Cost comparison; opinion | | Company |
| 36 | 130 | 3Q 2015 Form 10-Q (11/5/2015) at 39 | We believe the long-term growth opportunities of our business remain very attractive as governments consider efficiency, savings, and offender programming opportunities we can provide. Further, we expect our partners to continue to face challenges in maintaining old facilities, and developing new facilities and additional capacity which could result in future demand for the solutions we provide. | Quality and cost savings | Cost comparison; opinion | | Company |
| 37 | 130 | 2015 Form 10-K (2/25/2016) at 54 | We believe the long-term growth opportunities of our business remain attractive as governments consider efficiency, savings, and offender programming opportunities we can provide. Further, we expect our partners to continue to face challenges in maintaining old facilities, and developing new facilities and additional capacity which could result in future demand for the solutions that we provide. | Quality and cost savings | Cost comparison; opinion | | Company |
| 38 | 130 | 1Q 2016 Form 10-Q (5/5/2016) at 35 | We believe the long-term growth opportunities of our business remain attractive as governments consider efficiency, savings, and offender programming opportunities we can provide. Further, we expect our partners to continue to face challenges in maintaining old facilities, and developing new facilities and additional capacity which could result in future demand for the solutions we provide. | Quality and cost savings | Cost comparison; opinion | | Company |

| Stmt No. | Compl. ¶ | Source | Alleged Material Misstatement[1] | Plaintiff's Category | Subject of Statement | Statement Made Before Dec. 2014? | Person Making Statement |
|---|---|---|---|---|---|---|---|
| 39 | 130 | 2Q 2016 Form 10-Q (8/4/2015) at 41 | We believe the long-term growth opportunities of our business remain attractive as governments consider efficiency, savings, and offender programming opportunities we can provide. Further, we expect our partners to continue to face challenges in maintaining old facilities, and developing new facilities and additional capacity which could result in future demand for the solutions we provide. | Quality and cost savings | Cost comparison; opinion | | Company |
| 40 | 139 | 3Q 2015 Form 10-Q (11/15/2015) at 38 | Despite our increase in federal revenue, inmate populations in federal facilities, particularly within the BOP system nationwide, have declined over the past two years. Inmate populations in the BOP system are expected to decline further in the fourth quarter of 2015, and potentially future quarters, primarily due to the retroactive application of changes to sentencing guidelines applicable to federal drug trafficking offenses. However, we do not expect a significant impact because BOP inmate populations within our facilities are primarily criminal aliens incarcerated for immigration violations rather than drug trafficking offenses. | Quality and cost savings | BOP populations; value proposition | | Company |
| 41 | 140 | 2015 Form 10-K (2/25/2016) at 10, 53 | Despite our increase in federal revenue, inmate populations in federal facilities, particularly within the BOP system nationwide, have declined over the past two years. Inmate populations in the BOP system declined in 2015 and are expected to decline further in 2016 due, in part, to the retroactive application of changes to sentencing guidelines applicable to federal drug trafficking offenses. However, we do not expect a significant impact on us because BOP inmate populations within our facilities are primarily criminal aliens incarcerated for immigration violations rather than drug trafficking offenses. | Quality and cost savings | BOP populations; value proposition | | Company |

| Stmt No. | Compl. ¶ | Source | Alleged Material Misstatement[1] | Plaintiff's Category | Subject of Statement | Statement Made Before Dec. 2014? | Person Making Statement |
|---|---|---|---|---|---|---|---|
| 42 | 140 | 1Q 2016 Form 10-Q (5/5/2016) at 34 | Despite our increase in federal revenue, inmate populations in federal facilities, particularly within the BOP system nationwide, have declined over the past two years. Inmate populations in the BOP system declined in 2015 and are expected to decline further in 2016 due, in part, to the retroactive application of changes to sentencing guidelines applicable to federal drug trafficking offenses. However, we do not expect a significant impact on us because BOP inmate populations within our facilities are primarily criminal aliens incarcerated for immigration violations rather than drug trafficking offenses. | Quality and cost savings | BOP populations; value proposition | | Company |
| 43 | 140 | 2Q 2016 Form 10-Q (8/4/2016) at 40 | Despite our increase in federal revenue, inmate populations in federal facilities, particularly within the BOP system nationwide, have declined over the past two years. Inmate populations in the BOP system declined in 2015 and are expected to decline further in 2016 due, in part, to the retroactive application of changes to sentencing guidelines applicable to federal drug trafficking offenses. However, we do not expect a significant impact on us because BOP inmate populations within our facilities are primarily criminal aliens incarcerated for immigration violations rather than drug trafficking offenses. | Quality and cost savings | BOP populations; value proposition | | Company |
| 44 | 142 | 3/5/2012 Lewiston Morning Tribune | do better than the competition. . . . As a business we are able to provide taxpayers an essential government service at equally high standards of quality and efficiency. . . . Competitive private-sector entities are motivated to move swiftly, evaluate and refine success each day, and maintain the highest operating standards at least cost. | Quality and cost savings | Value proposition; | Yes | Company |

| Stmt No. | Compl. ¶ | Source | Alleged Material Misstatement[1] | Plaintiff's Category | Subject of Statement | Statement Made Before Dec. 2014? | Person Making Statement |
|---|---|---|---|---|---|---|---|
| 45 | 147 | 2/14/2013 Earnings Call | We're observing a very much enhanced appreciation to the significant operational cost savings we can provide our partners at the state level. Examples of this are recent actions taken by Ohio and Puerto Rico in their individual initiatives to use CCA to deal with their issues within their not only respective states, but also dealing with issues within respective budgets. So I would say that states and other stakeholders are looking at more closely their actual cost of corrections and I want to give you a very specific example. This past year the variance of justice released a report which they titled, The Price of Prisons. In it, it reports that 40 states that the variance institute surveyed, the total taxpayer cost of prisons for those 40 states was on average 14% higher than the cost represented in their combined corrections budgets. Now this is because of what I've been trying to highlight for several years, which is that State DOC budgets typically do not fully embed the cost of pensions, healthcare cost and capital outlays as it relates to the corrections departments. With all these factors, all these costs factored in which clearly has not been the case in the past, when cost comparisons are done between us and the public sector, our value proposition grows even further. | Quality and cost savings | Value proposition; | Yes | Hininger |
| 46 | 149 | 10/2/2013 Analyst Day Presentation at 15 | Annual costs savings of 12% or more substantiated by Temple University Study(1), Savings can fund programs to reduce population growth and recidivism, Pre-K, primary education, drug rehab, education & vocational re-entry . . . (1) Temple University's Center for Competitive Government in April 2013; Contracted Prisons Cut Costs without Sacrificing Quality. This study received funding by members of the private corrections industry. | Quality and cost savings | Cost savings; publicly available studies | Yes | CoreCivic, Hininger, Mullenger, Lappin, |

14

| Stmt No. | Compl. ¶ | Source | Alleged Material Misstatement[1] | Plaintiff's Category | Subject of Statement | Statement Made Before Dec. 2014? | Person Making Statement |
|---|---|---|---|---|---|---|---|
| 47 | 148 | 10/2/2013 Analyst Day Presentation at 15 | Reduce overcrowding: improve safety & inmate quality of life | Quality and cost savings | Value proposition | Yes | CoreCivic, Hininger, Mullenger, Lappin, |
| 48 | 149 | 10/2/2013 Analyst Day Presentation at 16 | Compelling value proposition [that] has driven privatized market penetration higher. | Quality and cost savings | Value proposition | Yes | Company, Hininger, Mullenger, Lappin, |
| 49 | 149 | 10/2/2013 Analyst Day Presentation at 39 | Optimal balance between:<br>— meeting or exceeding customer and ACA quality standards<br>— minimizing construction cost per bed<br>— minimizing operating and maintenance costs;<br>— maximizing desirability of beds (competitive per diem, location suitable for multiple customers, ability to house various security levels and multiple customers, "just-in-time" availability);<br>— exceeding ROI hurdle rates; | Quality and cost savings | Value proposition | Yes | Company, Hininger, Mullenger, Lappin, |
| 50 | 151 | 10/2/2013 Analyst Day Presentation at 44 | Quality, in the form of Operational Excellence, is a core value and essential guiding principle for CCA. | Quality and cost savings | Value proposition | Yes | Company, Hininger, Mullenger, Lappin, |
| 51 | 153 | 10/2/2013 Analyst Day Presentation at 51 | Vacant beds available at lower operational cost, avoids need for large capital investment by government. . .<br>- using CCA stems growth in unfunded pensions | Quality and cost savings | Cost comparison | Yes | Company, Hininger, Mullenger, Lappin, |

15

| Stmt No. | Compl. ¶ | Source | Alleged Material Misstatement[1] | Plaintiff's Category | Subject of Statement | Statement Made Before Dec. 2014? | Person Making Statement |
|---|---|---|---|---|---|---|---|
| 52 | 153 | 10/2/2013 Analyst Day Presentation at 52 | CCA is formally educating interested sellers<br>− Sale of prisons benefits our government partners<br>• Significant cash infusion<br>• Ongoing operational cost savings without the loss of operational quality<br>• Stem growth of long-term pension obligations<br>• Free budget dollars for roads, bridges, airports, schools | Quality and cost savings | Value proposition | Yes | Company, Hininger, Mullenger, Lappin, |
| 53 | 155 | 5/5/2014 article "Critics Point Finger at CCA: For Profit Operator Taken to Task for Campaign Giving Operations" at 3 | Citing Temple University economists, company spokesman Jonathan Burns said in a prepared statement that for-profit prisons save taxpayers 17 percent in corrections costs. "Those are funds that can be used for additional rehabilitation programming and other public safety priorities . . . . With this misguided effort, the ACLU is advocating for higher taxpayer costs and reduced flexibility for state leaders to manage their inmate populations in a safe, secure and humane way." | Quality and cost savings | Cost savings; publicly available studies | Yes | Company |
| 54 | 157 | 6/5/2014 NAREIT's Investor Forum (REITWeek) | We've . . . been able [to] provide great solutions for the government by providing cost savings and we have the unique dynamic in our industry where we can build facilities in locations that have a reasonable rational cost structure relative to construction, but also salary and wages. | Quality and cost savings | Cost comparison | Yes | Hininger |
| 55 | 157 | 6/5/2014 NAREIT's Investor Forum (REITWeek) | We are clearly well positioned to help correctional systems around the country to deal with this growth in overcrowding, but also have great reentry facilities to help them deal on the back end and provide appropriate programs to help with recidivism. | Quality and cost savings | Value proposition | Yes | Hininger |

| Stmt No. | Compl. ¶ | Source | Alleged Material Misstatement[1] | Plaintiff's Category | Subject of Statement | Statement Made Before Dec. 2014? | Person Making Statement |
|---|---|---|---|---|---|---|---|
| 56 | 159 | 11/7/2014 Investor Presentation at 10 | Prison Break –A New Approach to Public Cost and Safety, a recent Policy Report, indicates short- and long-term savings by governments can be achieved by contracting with the private sector without sacrificing quality(1)<br>(1) A Policy Report issued by the Independent Institute in June 2014. This study received funding by members of the private corrections industry. | Quality and cost savings | Cost savings; publicly available studies | Yes | Company |
| 57 | 159 | 2/24/2015 Investor Presentation at 10 | Prison Break –A New Approach to Public Cost and Safety, a recent Policy Report, indicates short- and long-term savings by governments can be achieved by governments contracting with the private sector without sacrificing quality(1)<br>(1) A Policy Report issued by the Independent Institute in June 2014. This study received funding by members of the private corrections industry. | Quality and cost savings | Cost savings; publicly available studies | | Company |
| 58 | 159 | 5/19/2015 Investor Presentation at 10 | Short- and long-term savings by governments can be achieved by governments contracting with the private sector without sacrificing quality(2)<br>(2) A Policy Report issued by the Independent Institute in June 2014. This study received funding by members of the private corrections industry. | Quality and cost savings | Cost savings; publicly available studies | | Company |
| 59 | 159 | 8/21/2015 Investor Presentation at 10 | Short-term and long-term savings can be achieved by governments contracting with the private sector without sacrificing quality(2)<br>(2) A Policy Report issued by the Independent Institute in June 2014. This study received funding by members of the private corrections industry. | Quality and cost savings | Cost savings; publicly available studies | | Company |

| Stmt No. | Compl. ¶ | Source | Alleged Material Misstatement[1] | Plaintiff's Category | Subject of Statement | Statement Made Before Dec. 2014? | Person Making Statement |
|---|---|---|---|---|---|---|---|
| 60 | 159 | 11/12/2015 Investor Presentation at 11 | Short-term and long-term savings can be achieved by governments contracting with the private sector without sacrificing quality(2) (2) A Policy Report issued by the Independent Institute in June 2014. This study received funding by members of the private corrections industry. | Quality and cost savings | Cost savings; publicly available studies | | Company |
| 61 | 159 | 2/24/2016 Investor Presentation at 11 | Short-term and long-term savings can be achieved by governments contracting with the private sector without sacrificing quality(2) (2) A Policy Report issued by the Independent Institute in June 2014. This study received funding by members of the private corrections industry. | Quality and cost savings | Cost savings; publicly available studies | | Company |
| 62 | 159 | 5/17/2016 Investor Presentation at 12 | Short-term and long-term savings can be achieved by governments contracting with the private sector without sacrificing quality(2) (2) A Policy Report issued by the Independent Institute in June 2014. This study received funding by members of the private corrections industry. | Quality and cost savings | Cost savings; publicly available studies | | Company |
| 63 | 160 | 11/7/2014 Investor Presentation at 11 | *See* Chart (Operational Cost Savings of 18.1% relative to BOP per diems with real estate cost adjustment) | Quality and cost savings | Cost savings; publicly available information | Yes | Company |
| 64 | 160 | 2/24/2015 Investor Presentation at 11 | *See Chart* (Operational Cost Savings of 17% relative to BOP per diems with real estate cost adjustment) | Quality and cost savings | Cost savings; publicly available information | | Company |
| 65 | 160 | 5/19/2015 Investor Presentation at 11 | *See Chart* (Operational Cost Savings of 15% relative to BOP per diems with real estate cost adjustment) | Quality and cost savings | Cost savings; publicly available information | | Company |

18

| Stmt No. | Compl. ¶ | Source | Alleged Material Misstatement[1] | Plaintiff's Category | Subject of Statement | Statement Made Before Dec. 2014? | Person Making Statement |
|---|---|---|---|---|---|---|---|
| 66 | 160 | 8/21/2015 Investor Presentation at 11 | *See Chart* (Operational Cost Savings of 9.2% relative to BOP per diems with real estate cost adjustment) | Quality and cost savings | Cost savings; publicly available information | | Company |
| 67 | 160 | 11/12/2015 Investor Presentation at 12 | *See Chart* (Operational Cost Savings of 17.9% relative to BOP per diems with real estate cost adjustment) | Quality and cost savings | Cost savings; publicly available information | | Company |
| 68 | 160 | 2/24/2016 Investor Presentation at 12 | *See Chart* (Operational Cost Savings of 17.3% relative to BOP per diems with real estate cost adjustment) | Quality and cost savings | Cost savings; publicly available information | | Company |
| 69 | 160 | 5/17/2016 Investor Presentation at 13 | *See Chart* (Operational Cost Savings of 14.4% relative to BOP per diems with real estate cost adjustment) | Quality and cost savings | Cost savings; publicly available information | | Company |
| 70 | 161 | 11/7/2014 Investor Presentation at 11 | Adding competition has been found to lowers [sic] costs and improve performance. | Quality and cost savings | Industry cost comparison | Yes | Company |
| 71 | 161 | 2/24/2015 Investor Presentation at 11 | Adding competition has been found to lower costs and improve performance. | Quality and cost savings | Industry cost comparison | | Company |
| 72 | 161 | 5/19/2015 Investor Presentation at 11 | Adding competition has been found to lower costs and improve performance. | Quality and cost savings | Industry cost comparison | | Company |

| Stmt No. | Compl. ¶ | Source | Alleged Material Misstatement[1] | Plaintiff's Category | Subject of Statement | Statement Made Before Dec. 2014? | Person Making Statement |
|---|---|---|---|---|---|---|---|
| 73 | 161 | 8/21/2015 Investor Presentation at 11 | Adding competition has been found to lower costs and improve performance. | Quality and cost savings | Industry cost comparison | | Company |
| 74 | 161 | 11/12/2015 Investor Presentation at 12 | Adding competition has been found to lower costs and improve performance. | Quality and cost savings | Industry cost comparison | | Company |
| 75 | 161 | 2/24/2016 Investor Presentation at 12 | Adding competition has been found to lower costs and improve performance. | Quality and cost savings | Industry cost comparison | | Company |
| 76 | 161 | 5/17/2016 Investor Presentation at 13 | Adding competition has been found to lower costs and improve performance. | Quality and cost savings | Industry cost comparison | | Company |
| 77 | 162 | 11/17/2014 Investor Presentation at 29 | Vacant beds available at lower operational cost, avoids need for large capital investment by government. | Quality and cost savings | Cost comparison | | Company |
| 78 | 162 | 11/7/2014 Investor Presentation at 29 | CCA provides short- and long-term savings to government partners.(1)  (1) Source: Policy Report issued by the Independent Institute in June 2014. This study received funding by member of the private corrections industry. | Quality and cost savings | Cost savings; publicly available studies | Yes | Company |
| 79 | 160 | 2/24/2015 Investor Presentation at 29 | CCA provides short- and long-term savings.(1)  (1) Source: Policy Report issued by the Independent Institute in June 2014. This study received funding by member of the private corrections industry. | Quality and cost savings | Cost savings; publicly available studies | | Company |

Case 3:16-cv-02267    Document 352-2    Filed 11/20/20    Page 20 of 40 PageID #: 11898

| Stmt No. | Compl. ¶ | Source | Alleged Material Misstatement[1] | Plaintiff's Category | Subject of Statement | Statement Made Before Dec. 2014? | Person Making Statement |
|---|---|---|---|---|---|---|---|
| 80 | 162 | 5/19/2015 Investor Presentation at 28 | CCA provides short- and long-term savings.(1) (1) Source: Policy Report issued by the Independent Institute in June 2014. This study received funding by member of the private corrections industry. | Quality and cost savings | Cost savings; publicly available studies | | Company |
| 81 | 162 | 8/21/2015 Investor Presentation at 26 | CCA provides short- and long-term savings.(1) (1) Source: Policy Report issued by the Independent Institute in June 2014. This study received funding by member of the private corrections industry. | Quality and cost savings | Cost savings; publicly available studies | | Company |
| 82 | 162 | 11/12/2015 Investor Presentation at 27 | CCA provides short- and long-term savings.(1) (1) Source: Policy Report issued by the Independent Institute in June 2014. This study received funding by member of the private corrections industry. | Quality and cost savings | Cost savings; publicly available studies | | Company |
| 83 | 162 | 2/24/2016 Investor Presentation at 28 | CCA provides short- and long-term savings.(1) (1) Source: Policy Report issued by the Independent Institute in June 2014. This study received funding by member of the private corrections industry. | Quality and cost savings | Cost savings; publicly available studies | | Company |
| 84 | 162 | 5/17/2016 Investor Presentation at 29 | CCA provides short- and long-term savings.(1) (1) Source: Policy Report issued by the Independent Institute in June 2014. This study received funding by member of the private corrections industry. | Quality and cost savings | Cost savings; publicly available studies | | Company |
| 85 | 162 | 2/24/2015 Investor Presentation at 29 | Selling government prisons provides cash and cost savings for use in other public works. | Quality and cost savings | Industry cost comparisons | | Company |
| 86 | 162 | 5/19/2015 Investor Presentation at 28 | Selling government prisons provides cash and cost savings for use in other public works. | Quality and cost savings | Industry cost comparisons | | Company |

| Stmt No. | Compl. ¶ | Source | Alleged Material Misstatement[1] | Plaintiff's Category | Subject of Statement | Statement Made Before Dec. 2014? | Person Making Statement |
|---|---|---|---|---|---|---|---|
| 87 | 162 | 8/21/2015 Investor Presentation at 26 | Selling government prisons provides cash and cost savings for use in other public works. | Quality and cost savings | Industry cost comparisons | | Company |
| 88 | 162 | 11/12/2015 Investor Presentation at 27 | Selling government prisons provides cash and cost savings for use in other public works. | Quality and cost savings | Industry cost comparisons | | Company |
| 89 | 162 | 2/24/2016 Investor Presentation at 28 | Selling government prisons provides cash and cost savings for use in other public works. | Quality and cost savings | Industry cost comparisons | | Company |
| 90 | 162 | 5/17/2016 Investor Presentation at 29 | Selling government prisons provides cash and cost savings for use in other public works. | Quality and cost savings | Industry cost comparisons | | Company |
| 91 | 162 | 5/19/2015 Investor Presentation at 28 | Modern, state-of-the-art facilities that improve safety, security and cost efficiencies | Quality and cost savings | Industry cost comparisons | | Company |
| 92 | 162 | 8/21/2015 Investor Presentation at 26 | Modern, state-of-the-art facilities that improve safety, security and cost efficiencies | Quality and cost savings | Industry cost comparisons | | Company |
| 93 | 162 | 11/12/2015 Investor Presentation at 27 | Modern, state-of-the-art facilities that improve safety, security and cost efficiencies | Quality and cost savings | Industry cost comparisons | | Company |

| Stmt No. | Compl. ¶ | Source | Alleged Material Misstatement[1] | Plaintiff's Category | Subject of Statement | Statement Made Before Dec. 2014? | Person Making Statement |
|---|---|---|---|---|---|---|---|
| 94 | 162 | 2/24/2016 Investor Presentation at 28 | CCA's modern, state-of-the-art facilities that improve safety, security and cost efficiencies | Quality and cost savings | Industry cost comparisons | | Company |
| 95 | 162 | 5/17/2016 Investor Presentation at 29 | CCA's Modern, state-of-the-art facilities that improve safety, security and cost efficiencies | Quality and cost savings | Industry cost comparisons | | Company |
| 96 | 164 | 11/7/2014 Investor Presentation at 36 | Safety & Security is our First priority Perform quality services for our government partners and the offenders entrusted in our care. | Quality and cost savings | Value proposition | Yes | Company |
| 97 | 164 | 2/24/2015 Investor Presentation at 36 | Safety & Security is our First priority Perform quality services for our government partners and the offenders entrusted in our care. | Quality and cost savings | Value proposition | | Company |
| 98 | 164 | 5/19/2015 Investor Presentation at 33 | Safety & Security is our First priority Perform quality services for our government partners and the offenders entrusted in our care. | Quality and cost savings | Value proposition | | Company |
| 99 | 164 | 8/21/2015 Investor Presentation at 31 | Safety & Security is our First priority Perform quality services for our government partners and the offenders entrusted in our care. | Quality and cost savings | Value proposition | | Company |
| 100 | 164 | 11/12/2015 Investor Presentation at 32 | Safety & Security is our First priority Perform quality services for our government partners and the offenders entrusted in our care. | Quality and cost savings | Value proposition | | Company |

| Stmt No. | Compl. ¶ | Source | Alleged Material Misstatement[1] | Plaintiff's Category | Subject of Statement | Statement Made Before Dec. 2014? | Person Making Statement |
|---|---|---|---|---|---|---|---|
| 101 | 164 | 2/24/2016 Investor Presentation at 33 | Safety & Security is our First priority Perform quality services for our government partners and the offenders entrusted in our care. | Quality and cost savings | Value proposition | | Company |
| 102 | 164 | 5/17/2016 Investor Presentation at 34 | Safety & Security is our First priority Perform quality services for our government partners and the offenders entrusted in our care. | Quality and cost savings | Value proposition | | Company |
| 103 | 166 | 5/5/2016 Earnings Call | We have had tremendous success at the state and federal level with either at state-level governor's being a democrat or being a republican, or a president being a democrat or republican. We've been able to have really good operations, perform very, very well, and provide great value to our partners regardless of who's in the White House or who's in the Governor's residence in a respective state. And that's our focus, just to make sure that we continue to do a great job every day, have high quality operations, and then provide great value back to the taxpayers of that respective jurisdiction. | Quality and cost savings | Value proposition | Yes | Hininger |

24

| Stmt No. | Compl. ¶ | Source | Alleged Material Misstatement[1] | Plaintiff's Category | Subject of Statement | Statement Made Before Dec. 2014? | Person Making Statement |
|---|---|---|---|---|---|---|---|
| 104 | 168 | 6/8/2016 (NAREIT's Investor Forum (REITWeek) ` | One thing I'd point to when people ask us what's a Clinton White House look like for you all, what's a Trump White House look like for you all and their respective administrations, and I can't speak in absolutes and make definitive statements. But I would say that being around 30 years and being in operation in many, many states, and also doing work with the federal government going back to the 1980s, where you had Clinton White House, you had a Bush White House, you had Obama White House, we've done very, very well. We have operationally made sure that we are providing high quality and standard and consistent services to our partners and being very flexible and innovative in the solutions. And with that, we've had some nice growth in our business under those three respective Presidents. We had a lot of growth under Clinton, we had a lot of growth under Bush, and we've had a lot of growth under President Obama. And so, with that, if we continue to do a good job on the quality, and with that, we can demonstrate savings both on capital voids, but also cost savings in our services, then I think we'll be just fine. | Quality and cost savings | Value proposition | | Hininger |

| Stmt No. | Compl. ¶ | Source | Alleged Material Misstatement[1] | Plaintiff's Category | Subject of Statement | Statement Made Before Dec. 2014? | Person Making Statement |
|---|---|---|---|---|---|---|---|
| 105 | 135 | 2011 Form 10-K (2/27/2012) at 6-7 | We operate our facilities in accordance with both company and facility specific policies and procedures. The policies and procedures reflect the high standards generated by a number of sources, including the ACA, The Joint Commission, the National Commission on Correctional Healthcare, the Occupational Safety and Health Administration, federal, state, and local government guidelines, established correctional procedures, and company-wide policies and procedures that may exceed these guidelines. Outside agency standards, such as those established by the ACA, provide us with the industry's most widely accepted operational guidelines. We have sought and received accreditation for 58 of the facilities we operated as of December 31, 2011, and we intend to apply for ACA accreditation for all of our eligible facilities that are not currently accredited where it is economically feasible to complete the 18-24 month accreditation process. Our facilities not only operate under these established standards, but they are consistently challenged by management to exceed them. This challenge is presented, in large part, through our extensive and comprehensive Quality Assurance Program. | Compliance with standards | Quality assurance policies and procedures; accreditations | Yes | Company |

Case 3:16-cv-02267    Document 352-2    Filed 11/20/20    Page 26 of 40 PageID #: 11904

| Stmt No. | Compl. ¶ | Source | Alleged Material Misstatement[1] | Plaintiff's Category | Subject of Statement | Statement Made Before Dec. 2014? | Person Making Statement |
|---|---|---|---|---|---|---|---|
| (cont.) | (cont.) | (cont.) | Our Quality Assurance Division independently operates under the auspices of, and reports directly to, the company's Office of General Counsel. . . . The Quality Assurance Division oversees all efforts by our facilities to deliver high quality services and operations, with an absolute commitment to continuous quality improvement through the efforts of two major sections: the Research and Analysis Section and the Audit and Compliance Systems Section. The Audit and Compliance Systems Section consists of two full time audit teams comprised of subject matter experts from all major disciplines within institutional operations, as well as management staff that oversee the process. . . . In addition, our Quality Assurance Division contracts with teams of seasoned, ACA certified correctional auditors to help ensure continuous compliance with ACA standards at accredited facilities. Our teams of auditors are deployed several times a year as well (in advance of contractually mandated ACA accreditation audits) to help ensure that our facilities are operating at the highest possible levels. | | | | |

27

| Stmt No. | Compl. ¶ | Source | Alleged Material Misstatement[1] | Plaintiff's Category | Subject of Statement | Statement Made Before Dec. 2014? | Person Making Statement |
|---|---|---|---|---|---|---|---|
| 106 | 136 | 2012 Form 10-K (2/27/2013) at 8-9 | Outside agency standards, such as those established by the ACA, provide us with the industry's most widely accepted operational guidelines. We have sought and received accreditation for 57 of the facilities we operated as of December 31, 2012, and our Lake Erie Correctional Institution, which we purchased from the state of Ohio in December 2011, received accreditation in January 2013. We intend to apply for ACA accreditation for all of our eligible facilities that are not currently accredited where it is economically feasible to complete the 18-24 month accreditation process. Beyond the standards provided by the ACA, our facilities are operated in accordance with a variety of company and facility-specific policies and procedures. These policies and procedures reflect the high standards generated by a number of sources, including the ACA, The Joint Commission, the National Commission on Correctional Healthcare, the Occupational Safety and Health Administration, federal, state, and local government codes and regulations, established correctional procedures, and company-wide policies and procedures that may exceed these guidelines. Our facilities not only operate under these established standards, but they are consistently challenged by management to exceed them. This challenge is presented, in large part, through our extensive and comprehensive Quality Assurance Program. Our Quality Assurance Division independently operates under the auspices of, and reports directly to, the Company's Office of General Counsel. | Compliance with standards | Quality assurance policies and procedures; accreditations | Yes | Company |

28

| Stmt No. | Compl. ¶ | Source | Alleged Material Misstatement[1] | Plaintiff's Category | Subject of Statement | Statement Made Before Dec. 2014? | Person Making Statement |
|---|---|---|---|---|---|---|---|
| | (cont.) | (cont.) | The Company has devoted significant resources to the Quality Assurance Division, enabling us to monitor our facilities' compliance with contractual requirements, as well as outside agency and accrediting organization standards and guidelines. The Quality Assurance Division provides governance for all efforts by our facilities to deliver high quality services and operations, with an absolute commitment to continuous quality improvement through the efforts of two major sections: the Research and Analysis Section and the Audit and Compliance Systems Section. . . . The Audit and Compliance Systems Section includes a team of full-time auditors, who provide subject matter expertise from all major disciplines within institutional operations. Annually, and with no advance notice, these auditors conduct rigorous, on site evaluations of each facility we operate. The audit teams use highly specialized, discipline-specific audit tools, containing over 1,400 audited items across twelve major operational areas, in this detailed, comprehensive process. . . | | | | |

Case 3:16-cv-02267     Document 352-2     Filed 11/20/20     Page 29 of 40 PageID #: 11907

| Stmt No. | Compl. ¶ | Source | Alleged Material Misstatement[1] | Plaintiff's Category | Subject of Statement | Statement Made Before Dec. 2014? | Person Making Statement |
|---|---|---|---|---|---|---|---|
| 107 | 137(a) | 2013 Form 10-K (2/27/2014) at 7-8 | Outside agency standards, such as those established by the ACA, provide us with the industry's most widely accepted operational guidelines. We have sought and received accreditation for 53 of the facilities we operated as of December 31, 2013, excluding owned facilities that were idle. We intend to apply for ACA accreditation for all of our eligible facilities that are not currently accredited where it is economically feasible to complete the 18-24 month accreditation process.<br>Beyond the standards provided by the ACA, our facilities are operated in accordance with a variety of company and facility-specific policies and procedures, as well as various contractual requirements. These policies and procedures reflect the high standards generated by a number of sources, including the ACA, The Joint Commission, the National Commission on Correctional Healthcare, the Occupational Safety and Health Administration, federal, state, and local government codes and regulations, established correctional procedures, and company-wide policies and procedures that may exceed these guidelines.<br>Prison Rape Elimination Act ("PREA") regulations were published in June 2012 and became effective in August 2013.<br>All confinement facilities covered under the PREA standards must be audited at least every three years to be considered compliant with the PREA standards, with one-third of each facility type operated by an agency, or private organization on behalf of an agency, audited each year. | Compliance with standards | Quality assurance policies and procedures; accreditations | Yes | Company |

Case 3:16-cv-02267    Document 352-2    Filed 11/20/20    Page 30 of 40 PageID #: 11908

| Stmt No. | Compl. ¶ | Source | Alleged Material Misstatement[1] | Plaintiff's Category | Subject of Statement | Statement Made Before Dec. 2014? | Person Making Statement |
|---|---|---|---|---|---|---|---|
| | (cont.) | (cont.) | These include adult prisons and jails, juvenile facilities, lockups (housing detainees overnight), and community confinement facilities, whether operated by the Department of Justice or unit of a state, local, corporate, or nonprofit authority. Our facilities not only operate under these established standards, policies, and procedures, but they are consistently challenged by our management to exceed them. This challenge is presented, in large part, through our extensive Quality Assurance Program. Our Quality Assurance Division independently operates under the auspices of, and reports directly to, our Office of General Counsel. We have devoted significant resources to our Quality Assurance Division, as well as outside agency and accrediting organization standards and guidelines. Our Quality Assurance Division provides governance for all efforts by our facilities to deliver high quality services and operations, with a commitment to continuous quality improvement through the efforts of two major sections: the Research and Analysis Section and the Audit and Compliance Systems Section. . . | | | | |

31

| Stmt No. | Compl. ¶ | Source | Alleged Material Misstatement[1] | Plaintiff's Category | Subject of Statement | Statement Made Before Dec. 2014? | Person Making Statement |
|---|---|---|---|---|---|---|---|
| 108 | 137(b) | 2014 Form 10-K (2/25/2015) at 7-8 | Outside agency standards, such as those established by the ACA, provide us with the industry's most widely accepted operational guidelines. We have sought and received accreditation for 47 of the eligible facilities we operated as of December 31, 2014. Beyond the standards provided by the ACA, our facilities are operated in accordance with a variety of company and facility-specific policies and procedures, as well as various contractual requirements. These policies and procedures reflect the high standards generated by a number of sources, including the ACA, The Joint Commission, the National Commission on Correctional Healthcare, the Occupational Safety and Health Administration, federal, state, and local government codes and regulations, established correctional procedures, and company-wide policies and procedures that may exceed these guidelines. Prison Rape Elimination Act, or PREA, regulations were published in June 2012 and became effective in August 2013. All confinement facilities covered under the PREA standards must be audited at least every three years to be considered compliant with the PREA standards, with one-third of each facility type operated by an agency, or private organization on behalf of an agency, audited each year. . . . Our facilities not only operate under these established standards, policies, and procedures, but they are consistently challenged by our management to exceed them. | Compliance with standards | Quality assurance policies and procedures; accreditations | | Company |

| Stmt No. | Compl. ¶ | Source | Alleged Material Misstatement[1] | Plaintiff's Category | Subject of Statement | Statement Made Before Dec. 2014? | Person Making Statement |
|---|---|---|---|---|---|---|---|
| | (cont.) | (cont.) | This challenge is presented, in large part, through our extensive Quality Assurance Program. Our Quality Assurance Division, or QAD, independently operates under the auspices of, and reports directly to, our Office of General Counsel. We have devoted significant resources to meeting outside agency and accrediting organization standards and guidelines. Our QAD provides governance for all efforts by our facilities to deliver high quality services and operations, with a commitment to continuous quality improvement. The QAD collects and analyzes performance metrics across multiple databases. Through rigorous reporting and analyses of comprehensive, comparative statistics across disciplines, divisions, business units and our company as a whole, the QAD provides timely, independently generated performance and trend data to senior management. . . . | | | | |

33

| Stmt No. | Compl. ¶ | Source | Alleged Material Misstatement[1] | Plaintiff's Category | Subject of Statement | Statement Made Before Dec. 2014? | Person Making Statement |
|---|---|---|---|---|---|---|---|
| 109 | 137(c) | 2015 Form 10-K (2/25/2016) at 7-8 | Outside agency standards, such as those established by the ACA, provide us with the industry's most widely accepted operational guidelines. We have sought and received accreditation for 44 of the eligible facilities we operated as of December 31, 2015, excluding our community corrections facilities. Beyond the standards provided by the ACA, our facilities are operated in accordance with a variety of company and facility-specific policies and procedures, as well as various contractual requirements. These policies and procedures reflect the high standards generated by a number of sources, including the ACA, The Joint Commission, the National Commission on Correctional Healthcare, the Occupational Safety and Health Administration, federal, state, and local government codes and regulations, established correctional procedures, and company-wide policies and procedures that may exceed these guidelines. Prison Rape Elimination Act, or PREA, regulations were published in June 2012 and became effective in August 2013. All confinement facilities covered under the PREA standards must be audited at least every three years to be considered compliant with the PREA standards, with one-third of each facility type operated by an agency, or private organization on behalf of an agency, audited each year. | Compliance with standards | Quality assurance policies and procedures; accreditations | | Company |

| Stmt No. | Compl. ¶ | Source | Alleged Material Misstatement[1] | Plaintiff's Category | Subject of Statement | Statement Made Before Dec. 2014? | Person Making Statement |
|---|---|---|---|---|---|---|---|
| | (cont.) | (cont.) | These include adult prisons and jails, juvenile facilities, lockups (housing detainees overnight), and community confinement facilities, whether operated by the Department of Justice or unit of a state, local, corporate, or nonprofit authority. Our facilities operate under these established standards, policies, and procedures, and also are subject to audits by our Quality Assurance Division, or QAD, which works independent from Operations management under the auspices of, and reports directly to, our Office of General Counsel. We have devoted significant resources to meeting outside agency and accrediting organization standards and guidelines. . . . | | | | |

Case 3:16-cv-02267   Document 352-2   Filed 11/20/20   Page 35 of 40 PageID #: 11913

| Stmt No. | Compl. ¶ | Source | Alleged Material Misstatement[1] | Plaintiff's Category | Subject of Statement | Statement Made Before Dec. 2014? | Person Making Statement |
|---|---|---|---|---|---|---|---|
| 110 | 145 | CXW 2012 Proxy Statement (March 30, 2012) at 26 | CCA takes a "zero tolerance" approach to prisoner sexual abuse. Since the creation of proposed national standards to eliminate prison sexual assaults, CCA has taken a leadership position on this important public policy issue. Even though the proposed standards have not yet been mandated and remain under consideration by the Department of Justice ("DOJ"), CCA has proactively adopted – and in some cases exceeded – many of the national PREA (Prison Rape Elimination Act) standards and best practices. Key features of CCA's sexual abuse prevention program include:<br>- Regular oversight by our Board of Directors, including quarterly review of key program information;<br>- Management oversight of the program through a PREA committee consisting of high level company officers and health care, legal, and corrections professionals;<br>- Comprehensive sexual assault prevention and incident reporting policies and procedures;<br>- 24 hour access by inmates to toll free telephone numbers for reporting allegations of sexual harassment or abuse;<br>- Training for inmates and employees, as well as other awareness efforts that emphasize our zero tolerance approach and encourage employees and inmates to report allegations of sexual assault or harassment, such as posters conspicuously placed throughout our facilities;<br>-  Review by the PREA committee of every allegation of sexual abuse at a CCA facility – from receipt of the incident report through investigation and enforcement of applicable policies, as well as referral to law enforcement where appropriate; and<br>- Auditing of compliance with our standards and procedures by CCA's Quality Assurance team. | Compliance with standards | Compliance with reporting requirements | Yes | Company |

36

| Stmt No. | Compl. ¶ | Source | Alleged Material Misstatement[1] | Plaintiff's Category | Subject of Statement | Statement Made Before Dec. 2014? | Person Making Statement |
|---|---|---|---|---|---|---|---|
| 111 | 151 | 10/2/2013 Analyst Day Presentation at 45 | Audits are typically conducted for each facility annually; more frequently if necessary. | Compliance with standards | Quality assurance policies and procedures | Yes | Company |
| 112 | 151 | 10/2/2013 Analyst Day Presentation at 45 | In addition to a comprehensive Quality Assurance Process conducted through our Legal department, it is worth noting that our governmental partners maintain on-site monitors at the facilities – in essence providing daily inspection of the facilities. | Compliance with standards | Quality assurance policies and procedures | Yes | Company |
| 113 | 151 | 10/2/2013 Analyst Day Presentation at 45 | When eligible, facilities are also audited by the American Correctional Association, an independent third party and considered the gold standard in the corrections industry. | Compliance with standards | Quality assurance policies and procedures | Yes | Company |
| 114 | 155 | 5/5/2014 article "Critics Point Finger at CCA" at 3 | All of our facilities comply with our federal, state and local government partners' reporting requirements. | Compliance with standards | Compliance with reporting requirements | | Company |
| 115 | 132 | 3Q 2011 Form 10-Q (11/4/2011) at 44 | We believe our renewal rate on existing contracts remains high as a result of a variety of reasons including, but not limited to, the constrained supply of available beds within the U.S. correctional system, our ownership of the majority of the beds we operate, and the quality of our operations. | Client relationships and contract renewals | Renewal Rates | Yes | Company |
| 116 | 132 | 2011 Form 10-K (2/27/2012) at 25 | We believe our renewal rate on existing contracts remains high as a result of a variety of reasons including, but not limited to, the constrained supply of available beds within the U.S. correctional system, our ownership of the majority of the beds we operate, and the quality of our operations. | Client relationships and contract renewals | Renewal Rates | Yes | Company |

| Stmt No. | Compl. ¶ | Source | Alleged Material Misstatement[1] | Plaintiff's Category | Subject of Statement | Statement Made Before Dec. 2014? | Person Making Statement |
|---|---|---|---|---|---|---|---|
| 117 | 132 | 1Q 2012 Form 10-Q (5/7/2012) at 29 | We believe our renewal rate on existing contracts remains high as a result of a variety of reasons including, but not limited to, the constrained supply of available beds within the U.S. correctional system, our ownership of the majority of the beds we operate, and the quality of our operations. | Client relationships and contract renewals | Renewal Rates | Yes | Company |
| 118 | 132 | 2Q 2012 Form 10-Q (8/9/2012) at 31 | We believe our renewal rate on existing contracts remains high as a result of a variety of reasons including, but not limited to, the constrained supply of available beds within the U.S. correctional system, our ownership of the majority of the beds we operate, and the quality of our operations. | Client relationships and contract renewals | Renewal Rates | Yes | Company |
| 119 | 132 | 3Q 2012 Form 10-Q (5/8/2012) at 32 | We believe our renewal rate on existing contracts remains high as a result of a variety of reasons including, but not limited to, the constrained supply of available beds within the U.S. correctional system, our ownership of the majority of the beds we operate, and the quality of our operations. | Client relationships and contract renewals | Renewal Rates | Yes | Company |
| 120 | 132 | 2012 Form 10-K (2/27/2013) at 28, 61 | We believe our renewal rate on existing contracts remains high as a result of a variety of reasons including, but not limited to, the constrained supply of available beds within the U.S. correctional system, our ownership of the majority of the beds we operate, and the quality of our operations. | Client relationships and contract renewals | Renewal Rates | Yes | Company |
| 121 | 132 | 1Q 2013 Form 10-Q (5/9/2013) at 35 | We believe our renewal rate on existing contracts remains high as a result of a variety of reasons including, but not limited to, the constrained supply of available beds within the U.S. correctional system, our ownership of the majority of the beds we operate, and the quality of our operations. | Client relationships and contract renewals | Renewal Rates | Yes | Company |
| 122 | 132 | 2Q 2013 Form 10-Q (8/8/2013) at 42 | We believe our renewal rate on existing contracts remains high as a result of a variety of reasons including, but not limited to, the constrained supply of available beds within the U.S. correctional system, our ownership of the majority of the beds we operate, and the quality of our operations. | Client relationships and contract renewals | Renewal Rates | Yes | Company |

| Stmt No. | Compl. ¶ | Source | Alleged Material Misstatement[1] | Plaintiff's Category | Subject of Statement | Statement Made Before Dec. 2014? | Person Making Statement |
|---|---|---|---|---|---|---|---|
| 123 | 132 | 3Q 2013 Form 10-Q (11/7/2013) at 42 | We believe our renewal rate on existing contracts remains high as a result of a variety of reasons including, but not limited to, the constrained supply of available beds within the U.S. correctional system, our ownership of the majority of the beds we operate, and the quality of our operations. | Client relationships and contract renewals | Renewal Rates | Yes | Company |
| 124 | 132 | 2013 Form 10-K at 28, 61 | We believe our renewal rate on existing contracts remains high as a result of a variety of reasons including, but not limited to, the constrained supply of available beds within the U.S. correctional system, our ownership of the majority of the beds we operate, and the quality of our operations. | Client relationships and contract renewals | Renewal Rates | Yes | Company |
| 125 | 132 | 1Q 2014 Form 10-Q (5/8/2014) at 35 | We believe our renewal rate on existing contracts remains high as a result of a variety of reasons including, but not limited to, the constrained supply of available beds within the U.S. correctional system, our ownership of the majority of the beds we operate, and the quality of our operations. | Client relationships and contract renewals | Renewal Rates | Yes | Company |
| 126 | 132 | 2Q 2014 Form 10-Q (8/7/2014) at 41 | We believe our renewal rate on existing contracts remains high as a result of a variety of reasons including, but not limited to, the constrained supply of available beds within the U.S. correctional system, our ownership of the majority of the beds we operate, and the quality of our operations. | Client relationships and contract renewals | Renewal Rates | Yes | Company |
| 127 | 132 | 3Q 2014 Form 10-Q (11/5/2014) at 40 | We believe our renewal rate on existing contracts remains high as a result of a variety of reasons including, but not limited to, the constrained supply of available beds within the U.S. correctional system, our ownership of the majority of the beds we operate, and the quality of our operations. | Client relationships and contract renewals | Renewal Rates | Yes | Company |
| 128 | 132 | 2014 Form 10-K (2/25/2015) at 27, 59 | We believe our renewal rate on existing contracts remains high as a result of a variety of reasons including, but not limited to, the constrained supply of available beds within the U.S. correctional system, our ownership of the majority of the beds we operate, and the quality of our operations. | Client relationships and contract renewals | Renewal Rates | | Company |

| Stmt No. | Compl. ¶ | Source | Alleged Material Misstatement[1] | Plaintiff's Category | Subject of Statement | Statement Made Before Dec. 2014? | Person Making Statement |
|---|---|---|---|---|---|---|---|
| 129 | 132 | 1Q 2015 Form 10-Q (5/7/2015) at 34 | We believe our renewal rate on existing contracts remains high as a result of a variety of reasons including, but not limited to, the constrained supply of available beds within the U.S. correctional system, our ownership of the majority of the beds we operate, and the quality of our operations. | Client relationships and contract renewals | Renewal Rates | | Company |
| 130 | 132 | 2Q 2015 Form 10-Q (8/6/2015) at 39 | We believe our renewal rate on existing contracts remains high as a result of a variety of reasons including, but not limited to, the constrained supply of available beds within the U.S. correctional system, our ownership of the majority of the beds we operate, and the quality of our operations. | Client relationships and contract renewals | Renewal Rates | | Company |
| 131 | 132 | 3Q 2015 Form 10-Q, (11/5/2015) at 41-42 | We believe our renewal rate on existing contracts remains high as a result of a variety of reasons including, but not limited to, the constrained supply of available beds within the U.S. correctional system, our ownership of the majority of the beds we operate, and the quality of our operations. | Client relationships and contract renewals | Renewal Rates | | Company |
| 132 | 132 | 2015 Form 10-K (2/25/2016) at 30, 64 | We believe our renewal rate on existing contracts remains high as a result of a variety of reasons including, but not limited to, the constrained supply of available beds within the U.S. correctional system, our ownership of the majority of the beds we operate, and the quality of our operations. | Client relationships and contract renewals | Renewal Rates | | Company |
| 133 | 132 | 1Q 2016 Form 10-Q (5/5/2016) at 37 | We believe our renewal rate on existing contracts remains high as a result of a variety of reasons including, but not limited to, the constrained supply of available beds within the U.S. correctional system, our ownership of the majority of the beds we operate, and the quality of our operations. | Client relationships and contract renewals | Renewal Rates | | Company |
| 134 | 132 | 2Q 2016 Form 10-Q (8/4/2016) at 44 | We believe our renewal rate on existing contracts remains high as a result of a variety of reasons including, but not limited to, the constrained supply of available beds within the U.S. correctional system, our ownership of the majority of the beds we operate, and the quality of our operations. | Client relationships and contract renewals | Renewal Rates | | Company |