UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>Magistrate Judge Jeffrey S. Frensley |

## [PROPOSED] JUDGMENT

The Motion for Summary Judgment filed by Defendants CoreCivic, Inc., Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger, and Harley G. Lappin (collectively, "Defendants") on November 20, 2020 (Dkt. ___) has been fully briefed. The evidence and arguments presented have been fully considered, and a decision has been duly rendered:

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED,** that Lead Plaintiff Amalgamated Bank ("Plaintiff"), and the Class take nothing by way of Plaintiff's Consolidated Complaint; that its claims of relief for purported violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 thereunder be dismissed on the merits; and that Defendants recover their costs.

DATED: _____, 2021

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE