# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>Magistrate Judge Jeffrey S. Frensley |

## DECLARATION OF PATRICK SWINDLE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

# DECLARATION OF PATRICK SWINDLE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Patrick D. Swindle, hereby declare and state as follows:

1. I am over the age of 18 years. I have personal knowledge of the matters set forth herein, and if called upon to testify concerning them under oath, I could and would testify competently thereto.

2. I have served as the Chief Corrections Officer of CoreCivic, Inc. ("CoreCivic"), formerly known as Corrections Corporation of America ("CCA"), since January 1, 2018. I joined CoreCivic in 2007 as Managing Director, Treasury, then was promoted to Vice President and Treasurer in July 2009, became Vice President of Strategic Development in August 2013, was named Vice President of Treasury and Strategic Development in April 2014, and was named Senior Vice President of Operations in October 2016.

3. The facilities CoreCivic operated for the Bureau of Prisons ("BOP") were audited by the BOP, the American Correctional Association ("ACA"), and the Joint Commission on Accreditation of Healthcare Organizations ("Joint Commission").

4. The ACA audited and accredited CoreCivic's facilities every three years. CoreCivic's BOP facilities maintained accreditation throughout the Class Period, and were accredited on the following dates during the Class Period:

    - Adams – February 3, 2014; August 8, 2016;
    - Cibola – January 29, 2011; February 2, 2014;
    - Eden – January 23, 2012; February 9, 2015;
    - McRae – April 9, 2012; August 2, 2014;
    - NEOCC – August 10, 2013; August 7, 2016.

5. CoreCivic also conducted internal audits of its facilities. CoreCivic's Quality Assurance Division employs a team of full-time auditors. Annually, without advance notice, these auditors conduct rigorous, on site evaluations of each facility CoreCivic operates.

6. Attached hereto as Exhibit A is a true and correct copy of excerpts from CoreCivic's Annual Report on Form 10-K, filed with the SEC on February 27, 2014.

7. Attached hereto as Exhibit B is a true and correct copy of excerpts from CoreCivic's Annual Report on Form 10-K, filed with the SEC on February 27, 2013.

8. Attached hereto as Exhibit C is a true and correct copy of excerpts from CoreCivic's Annual Report on Form 10-K, filed with the SEC on February 25, 2015.

9. Attached hereto as Exhibit D is a true and correct copy of excerpts from CoreCivic's Annual Report on Form 10-K, filed with the SEC on February 25, 2016.

10. Attached hereto as Exhibit E is a true and correct copy of excerpts from CoreCivic's Annual Report on Form 10-K, filed with the SEC on February 23, 2017.

11. Attached hereto as Exhibit F is a true and correct copy of excerpts from CoreCivic's Quarterly Report on Form 10-Q, filed with the SEC on November 3, 2016.

12. Attached hereto as Exhibit G is a true and correct copy of an equity research report from SunTrust Robinson-Humphrey dated May 30, 2012, entitled "Corrections Corporation of America: Upgrading to Buy; REIT Conversation Presents Upside."

13. Attached hereto as Exhibit H is a true and correct copy of excerpts from CoreCivic's Quarterly Report on Form 10-Q, filed with the SEC on August 9, 2012.

14. Attached hereto as Exhibit I is a true and correct copy of an equity research report from Canaccord Genuity dated October 5, 2015, entitled "Behind the Bars: Bi-Weekly Prison Update 10-5-15."

15. Attached hereto as Exhibit J is a true and correct copy of an equity research report from SunTrust Robinson-Humphrey dated January 31, 2017, entitled "Human Capital & Government Services – Best Ideas for 2017."

16. Attached hereto as Exhibit K is a true and correct copy of excerpts from CoreCivic's Quarterly Report on Form 10-Q, filed with the SEC on August 4, 2016.

17. Attached hereto as Exhibit L is a true and correct copy of excerpts from CoreCivic's Quarterly Report on Form 10-Q, filed with the SEC on November 5, 2015.

18. Attached hereto as Exhibit M is a true and correct copy of excerpts from CoreCivic's Quarterly Report on Form 10-Q, filed with the SEC on May 5, 2016.

19. Attached hereto as Exhibit N is a true and correct copy of excerpts from CoreCivic's Quarterly Report on Form 10-Q, filed with the SEC on November 5, 2014.

20. Attached hereto as Exhibit O is a true and correct copy of excerpts from CoreCivic's Quarterly Report on Form 10-Q, filed with the SEC on May 7, 2015.

21. Attached hereto as Exhibit P is a true and correct copy of excerpts from CoreCivic's Quarterly Report on Form 10-Q, filed with the SEC on August 6, 2015.

22. Attached hereto as Exhibit Q is a true and correct copy of an equity research report from Canaccord Genuity dated August 4, 2016, entitled "2Q review: STFRC renegotiation ambiguity limits near-term upside; reiterate HOLD."

23. Attached hereto as Exhibit R is a true and correct copy of an equity research report from SunTrust Robinson-Humphrey dated August 4, 2016, entitled "Renegotiation With ICE Ongoing; Maintain Neutral."

24. Attached hereto as Exhibit S is a true and correct copy of a summary due diligence report from Sadif dated August 12, 2016, entitled "Is Corrections Corp of America a Good Long-Term Investment?"

25. Attached hereto as Exhibit T is a true and correct copy of a report from Compass Point Research & Trading dated August 18, 2016, entitled "Washington Policy Flash Note: Quick Thoughts on DOJ's For-Profit Prison Memo."

26. Attached hereto as Exhibit U is a true and correct copy of an equity research report from Canaccord Genuity dated August 23, 2016, entitled "Private prisons aren't going anywhere, but risks could continue to weigh on stocks."

27. Attached hereto as Exhibit V is a true and correct copy of an equity research report from SunTrust Robinson-Humphrey dated September 1, 2016, entitled "CXW, GEO – Lowering Estimates & PTs Amid Political Shift."

28. Attached hereto as Exhibit W is a true and correct copy of a "Daily Spotlight" report from SunTrust Robinson-Humphrey dated November 14, 2016.

29. Attached hereto as Exhibit X is a true and correct copy of an equity research report from Canaccord Genuity dated November 11, 2016, entitled "Raising GEO and CXW price targets on lower risk post-election."

30. Attached hereto as Exhibit Y is a true and correct copy of an equity research report from Canaccord Genuity dated January 13, 2017, entitled "2017 private prison outlook and primer: an attractive investment opportunity."

Pursuant to 28 U.S.C. §1746, I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge.

Executed on November 19TH, 2020 in NASHVILLE, TN.

Patrick D. Swindle

3

# CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing document was made upon the following Filing Users through the Electronic Filing System:

Christopher Hamp Lyons
Christopher M. Wood
ROBBINS GELLER RUDMAN
& DOWD LLP
414 Union St. Suite 900
Nashville, TN 37219
clyons@rgrdlaw.com
cwood@rgrdlaw.com

Jason A. Forge
ROBBINS GELLER RUDMAN
& DOWD LLP
655 W Broadway, Suite 1900
San Diego, CA 92101
jforge@rgrdlaw.com

Dennis J. Herman
Willow E. Radcliffe
Kenneth J. Black
ROBBINS GELLER RUDMAN
& DOWD LLP
Post Montgomery Center
One Montgomery St, Suite 1800
San Francisco, CA 94104
dennish@rgrdlaw.com
willowr@rgrdlaw.com
kennyb@rgrdlaw.com

Jerry E. Martin
BARRETT JOHNSTON MARTIN &
GARRISON, LLC
Bank of America Plaza
414 Union St., Suite 900
Nashville, TN 37219
jmartin@barrettjohnston.com

James A. Holifield, Jr.
HOLIFIELD JANICH RACHAL &
ASSOCIATES, PLLC
11907 Kingston Pike, Suite 201
Knoxville, TN 37934
aholifield@holifieldlaw.com

Jeremy A. Lieberman
J. Alexander Hood II
Marc C. Gorrie
POMERANTZ LLP
600 Third Ave., 20th Floor
New York, NY 10016
jalieberman@pomlaw.com
ahood@pomlaw.com
mgorrie@pomlaw.com

Patrick V. Dahlstrom
POMERANTZ LLP
10 S. La Salle St., Suite 3505
Chicago, IL 60603
pdahlstrom@pomlaw.com

Paul Kent Bramlett
Robert P. Bramlett
BRAMLETT LAW OFFICES
40 Burton Hills Blvd., Suite 200
P.O. Box 150734
Nashville, TN 37215
pknashlaw@aol.com
robert@bramlettlawoffices.com

Michael Goldberg
Brian Schall
GOLDBERG LAW PC
1999 Ave. of the Stars, Suite 1100
Los Angeles, CA 90067
michael@goldberglawpc.com
brian@goldberglawpc.com

Christopher T. Cain
SCOTT & CAIN
550 W Main Ave., Suite 601
Knoxville, TN 37902
cain@scottandcain.com

this 20th day of November, 2020.

     /s/ *Meryn C N Grant*
Meryn C N Grant