# EXHIBIT E

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

---

# FORM 10-K

---

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2016**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission file number: 001-16109**

---

# CORECIVIC, INC.
### (Exact name of registrant as specified in its charter)

---

| | |
|---|---|
| **MARYLAND** | **62-1763875** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**10 BURTON HILLS BLVD., NASHVILLE, TENNESSEE 37215**
**(Address and zip code of principal executive office)**

**REGISTRANT'S TELEPHONE NUMBER, INCLUDING AREA CODE: (615) 263-3000**

**SECURITIES REGISTERED PURSUANT TO SECTION 12(b) OF THE ACT:**

| Title of each class | Name of each exchange on which registered |
|---|---|
| **Common Stock, $.01 par value per share** | **New York Stock Exchange** |

**SECURITIES REGISTERED PURSUANT TO SECTION 12(g) OF THE ACT: NONE**

---

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.   Yes ☒   No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15 (d) of the Act.   Yes ☐   No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).   Yes ☒   No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, or a non-accelerated filer. See definition of "accelerated filer and large accelerated filer" in Rule 12b-2 of the Exchange Act. (Check one):

| Large accelerated filer | ☒ | | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ (Do not check if a smaller reporting company) | | Smaller reporting company | ☐ |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act.).   Yes ☐   No ☒

The aggregate market value of the shares of the registrant's Common Stock held by non-affiliates was approximately $4,092,088,786 as of June 30, 2016 based on the closing price of such shares on the New York Stock Exchange on that day. The number of shares of the registrant's Common Stock outstanding on February 16, 2017 was 117,666,948.

**DOCUMENTS INCORPORATED BY REFERENCE:**

Portions of the registrant's definitive Proxy Statement for the 2017 Annual Meeting of Stockholders, currently scheduled to be held on May 11, 2017, are incorporated by reference into Part III of this Annual Report on Form 10-K.

**CORECIVIC, INC.**
**FORM 10-K**
**For the fiscal year ended December 31, 2016**

**TABLE OF CONTENTS**

Item No.                                                                                                    Page

**PART I**

1.      Business
          Overview                                                                                              5
          Operating Procedures and Offender Services                                                          7
          Business Development                                                                                 9
          2016 Accomplishments                                                                                13
          Facility Portfolio                                                                                  14
          Competitive Strengths                                                                               22
          Capital Strategy                                                                                    25
          Government Regulation                                                                               26
          Insurance                                                                                           28
          Employees                                                                                           29
          Competition                                                                                         29
1A.     Risk Factors                                                                                          30
1B.     Unresolved Staff Comments                                                                             51
2.      Properties                                                                                            51
3.      Legal Proceedings                                                                                     51
4.      Mine Safety Disclosures                                                                               52

**PART II**

5.      Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities    52
          Market Price of and Distributions on Capital Stock                                                  52
          Dividend Policy                                                                                     52
          Issuer Purchases of Equity Securities                                                               53
6.      Selected Financial Data                                                                               53
7.      Management's Discussion and Analysis of Financial Condition and Results of Operations                 55
          Overview                                                                                            55
          Critical Accounting Policies                                                                        59
          Results of Operations                                                                               63
          Liquidity and Capital Resources                                                                     84
          Inflation                                                                                           90
          Seasonality and Quarterly Results                                                                   90
7A.     Quantitative and Qualitative Disclosures about Market Risk                                            90
8.      Financial Statements and Supplementary Data                                                           91
9.      Changes in and Disagreements with Accountants on Accounting and Financial Disclosure                  91
9A.     Controls and Procedures                                                                               91
9B.     Other Information                                                                                     95

**PART III**

10.     Directors, Executive Officers and Corporate Governance                                               95
11.     Executive Compensation                                                                                95
12.     Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters        95
13.     Certain Relationships and Related Transactions and Director Independence                              96
14.     Principal Accounting Fees and Services                                                                96

**PART IV**

15.     Exhibits and Financial Statement Schedules                                                            97

**SIGNATURES**

2

**CAUTIONARY STATEMENT REGARDING**
**FORWARD-LOOKING INFORMATION**

This Annual Report on Form 10-K contains statements that are forward-looking statements as defined within the meaning of the Private Securities Litigation Reform Act of 1995. Forward-looking statements give our current expectations of forecasts of future events. All statements other than statements of current or historical fact contained in this Annual Report, including statements regarding our future financial position, business strategy, budgets, projected costs, and plans, and objectives of management for future operations, are forward-looking statements. The words "anticipate," "believe," "continue," "estimate," "expect," "intend," "could," "may," "plan," "projects," "will," and similar expressions, as they relate to us, are intended to identify forward-looking statements. These forward-looking statements are based on our current plans and actual future activities, and our results of operations may be materially different from those set forth in the forward-looking statements. In particular these include, among other things, statements relating to:

- general economic and market conditions, including the impact governmental budgets can have on our contract renewals and renegotiations, per diem rates, and occupancy;

- fluctuations in our operating results because of, among other things, changes in occupancy levels, competition, increases in costs of operations, fluctuations in interest rates, and risks of operations;

- changes in the privatization of the corrections and detention industry and the public acceptance of our services;

- our ability to obtain and maintain correctional, detention, and reentry facility management contracts, including, but not limited to, sufficient governmental appropriations, contract compliance, effects of inmate disturbances, and the timing of the opening of new facilities and the commencement of new management contracts as well as our ability to utilize current available beds and new capacity as development and expansion projects are completed;

- increases in costs to develop or expand correctional, detention, and reentry facilities that exceed original estimates, or the inability to complete such projects on schedule as a result of various factors, many of which are beyond our control, such as weather, labor conditions, and material shortages, resulting in increased construction costs;

- changes in government policy regarding the utilization of the private sector for corrections and detention capacity and our services by the U.S. Department of Justice, or DOJ, and the Department of Homeland Security, or DHS;

- changes in government policy and in legislation and regulation of corrections and detention contractors that affect our business, including, but not limited to, California's utilization of out-of-state contracted correctional capacity and the continued utilization of the South Texas Family Residential Center by U.S. Immigration and Customs Enforcement, or ICE, under terms of the current contract, and the impact of any changes to immigration reform and sentencing laws (Our company does not, under longstanding policy, lobby for or against policies or legislation that would determine the basis for, or duration of, an individual's incarceration or detention.);

3

- our ability to successfully integrate operations of our acquisitions and realize projected returns resulting therefrom;

- our ability to meet and maintain qualification for taxation as a real estate investment trust, or REIT; and

- the availability of debt and equity financing on terms that are favorable to us.

Any or all of our forward-looking statements in this Annual Report may turn out to be inaccurate. We have based these forward-looking statements largely on our current expectations and projections about future events and financial trends that we believe may affect our financial condition, results of operations, business strategy, and financial needs. They can be affected by inaccurate assumptions we might make or by known or unknown risks, uncertainties and assumptions, including the risks, uncertainties and assumptions described in "Risk Factors."

In light of these risks, uncertainties and assumptions, the forward-looking events and circumstances discussed in this Annual Report may not occur and actual results could differ materially from those anticipated or implied in the forward-looking statements. When you consider these forward-looking statements, you should keep in mind the risk factors and other cautionary statements in this Annual Report, including in "Management's Discussion and Analysis of Financial Condition and Results of Operations" and "Business."

Our forward-looking statements speak only as of the date made. We undertake no obligation to publicly update or revise forward-looking statements, whether as a result of new information, future events or otherwise. All subsequent written and oral forward-looking statements attributable to us or persons acting on our behalf are expressly qualified in their entirety by the cautionary statements contained in this Annual Report.

4

PART I.

**ITEM 1.    BUSINESS.**

**Overview**

We are a diversified government solutions company with the scale and experience needed to solve tough government challenges in cost-effective ways. We provide a broad range of solutions to government partners that serve the public good through high-quality corrections and detention management, innovative and cost-saving government real estate solutions, and a growing network of residential reentry centers to help address America's recidivism crisis. We have been a flexible and dependable partner for government for more than 30 years. Our employees are driven by a deep sense of service, high standards of professionalism and a responsibility to help government better the public good.

Structured as a real estate investment trust, or REIT, we are the nation's largest owner of partnership correctional, detention, and residential reentry facilities and one of the largest prison operators in the United States. As of December 31, 2016, we owned or controlled 49 correctional and detention facilities, owned or controlled 25 residential reentry facilities, and managed an additional 11 correctional and detention facilities owned by our government partners, with a total design capacity of approximately 89,700 beds in 20 states and the District of Columbia. In addition to providing fundamental residential services, our facilities offer a variety of rehabilitation and educational programs, including basic education, faith-based services, life skills and employment training, and substance abuse treatment. These services are intended to help reduce recidivism and to prepare offenders for their successful reentry into society upon their release. We also provide or make available to offenders certain health care (including medical, dental, and mental health services), food services, and work and recreational programs.

Over the past several years, we have successfully executed strategies to diversify our business and offer a broader range of solutions to government partners. To reflect this transformation, we announced in October 2016 our decision to rename and rebrand Corrections Corporation of America to CoreCivic, Inc., or CoreCivic, or the Company. Our decision to rename the Company was the result of an intense research, brand strategy, and creative process that began in mid-2015. While the Company was legally renamed in December 2016, related rebranding efforts are ongoing. Through three business offerings, CoreCivic Safety, CoreCivic Properties, and CoreCivic Community, we provide a broad range of solutions to government partners that serve the public good through high-quality corrections and detention management, innovative and cost-saving government real estate solutions, and a growing network of residential reentry centers to help address America's recidivism crisis.

We are a Maryland corporation formed in 1983. Our principal executive offices are located at 10 Burton Hills Boulevard, Nashville, Tennessee, 37215, and our telephone number at that location is (615) 263-3000. Our website address is www.corecivic.com. We make our Annual Reports on Form 10-K, Quarterly Reports on Form 10-Q, Current Reports on Form 8-K, definitive proxy statements, and amendments to those reports under the Securities Exchange Act of 1934, as amended (the "Exchange Act"), available on our website, free of charge, as soon as reasonably practicable after these reports are filed with or furnished to the Securities and Exchange Commission, or the SEC. Information contained on our website is not part of this Annual Report.

We began operating as a REIT for federal income tax purposes effective January 1, 2013. We provide correctional services and conduct other business activities through taxable REIT

5

subsidiaries, or TRSs. A TRS is a subsidiary of a REIT that is subject to applicable corporate income tax and certain qualification requirements. Our use of TRSs enables us to comply with REIT qualification requirements while providing correctional services at facilities we own and at facilities owned by our government partners and to engage in certain other business operations. A TRS is not subject to the distribution requirements applicable to REITs so it may retain income generated by its operations for reinvestment.

As a REIT, we generally are not subject to federal income taxes on our REIT taxable income and gains that we distribute to our stockholders, including the income derived from providing prison bed capacity and dividends we earn from our TRSs. However, our TRSs will be required to pay income taxes on their earnings at regular corporate income tax rates.

As a REIT, we generally are required to distribute annually to our stockholders at least 90% of our REIT taxable income (determined without regard to the dividends paid deduction and excluding net capital gains). Our REIT taxable income will not typically include income earned by our TRSs except to the extent our TRSs pay dividends to the REIT.

Our customers primarily consist of federal, state, and local correctional and detention authorities. Federal correctional and detention authorities primarily consist of the Federal Bureau of Prisons, or the BOP, the United States Marshals Service, or the USMS, and ICE. Payments by federal correctional and detention authorities represented 52%, 51%, and 44% of our total revenue for the years ended December 31, 2016, 2015, and 2014, respectively.

Our customer contracts typically have terms of three to five years and contain multiple renewal options. Most of our facility contracts also contain clauses that allow the government agency to terminate the contract at any time without cause, and our contracts are generally subject to annual or bi-annual legislative appropriations of funds.

We are compensated for providing bed capacity and correctional, detention, and residential reentry services at a per diem rate based upon actual or minimum guaranteed occupancy levels. Occupancy rates for a particular facility are typically low when first opened or immediately following an expansion. However, beyond the start-up period, which typically ranges from 90 to 180 days, the occupancy rate tends to stabilize. We also lease facilities to governmental agencies and third-party operators. The average compensated occupancy of our facilities, based on rated capacity was as follows for the years 2016, 2015, and 2014:

|  | 2016 | 2015 | 2014 |
|---|---|---|---|
| Owned and managed facilities | **76%** | 80% | 81% |
| Managed-only facilities | **95%** | 94% | 95% |
| Total operating facilities | **79%** | 83% | 84% |
| Leased facilities | **100%** | 100% | 100% |
| Total | **80%** | 83% | 84% |

The average compensated occupancy of our owned and managed facilities, excluding idled facilities, was 87% for 2016 and 89% for both 2015 and 2014.

We also provide transportation services to governmental agencies through TransCor America, LLC, or TransCor, a subsidiary of our wholly-owned TRS. During the years ended December 31, 2016, 2015, and 2014, TransCor generated total revenue of $2.6 million, $4.1 million, and $4.4 million, respectively, or approximately 0.1%, 0.2%, and 0.3% of our total consolidated revenue in 2016, 2015, and 2014, respectively. We believe TransCor provides a complementary service to our core business that enables us to respond quickly to our customers' transportation needs.

6

**Operating Procedures and Offender Services**

Pursuant to the terms of our customer contracts, we are responsible for the overall operations of our facilities, including staff recruitment, general administration of the facilities, facility maintenance, security, and supervision of the offenders. We are required by our customer contracts to maintain certain levels of insurance coverage for general liability, workers' compensation, vehicle liability, and property loss or damage. We also are required to indemnify our customers for claims and costs arising out of our operations and, in certain cases, to maintain performance bonds and other collateral requirements.

We are committed to equipping offenders in our care with the services, support, and resources necessary to return to the community as productive, contributing members of society. To that end, we provide a wide range of evidence-based reentry programs and activities at our facilities. At most of the facilities we manage, offenders have the opportunity to enhance their basic education from literacy through the acquisition of the high school equivalency diploma endorsed by the respective state and, in some cases, postsecondary educational achievements and opportunities to participate in college correspondence classes. In a number of our facilities we offer an adult education curriculum recognized by a number of nations to which these offenders may return, including curriculum offered in conjunction with the Mexican government. We also provide the Adult Education in Spanish program for our offenders with such a distinct need in education.

We recently invested in the equipment necessary for the offenders who are close to taking their high school equivalency exam (either the GED or the HiSET) to use the GED/HiSET Academy software program. GED/HiSET Academy is an offline software program that provides over 200 hours of individualized lessons up to the 12th grade. The GED/HiSET Academy incorporates best teaching practices and provides an atmosphere to engage and motivate students to learn everything they need to know to pass the GED/HiSET exam. During 2016, the number of offenders in facilities we manage who passed high school equivalency exams increased by 56% from 2015.

In addition, we offer a broad spectrum of vocational/technical education opportunities to equip individuals with marketable job skills. Our trade programs are certified by the National Center for Construction Education and Research, or NCCER. NCCER establishes the curriculum and certification for over 4,000 construction and trade organizations. Graduates of these programs enter the job market with certified skills that significantly enhance employability. During 2016, the number of offenders in facilities we manage who earned vocational certificates increased by 26% compared to 2015. Near the end of 2016, in coordination with the Georgia Department of Corrections, we developed programs at two facilities in Georgia to offer courses in welding and diesel truck maintenance, enabling students to earn trade certificates from nearby colleges.

For those with assessed substance use disorder needs, we offer evidence-based treatment programs such as the Residential Drug Abuse Program, or RDAP, with proven clinical outcomes. We offer both Residential Therapeutic Community models and intensive outpatient programs. We also offer drug and alcohol use education/DWI programs in some of our locations. Our goal in providing RDAP is to stimulate internal motivation for change and progress through the stages of change so that lasting personality alterations can occur. Our drug and alcohol education programs help participants understand their relationships with drugs and the links between drug use and crime, as well as assisting them to make better choices and decisions that can lead to healthier relationships in their lives. Our Victim

7

Impact Programs, available at a number of our facilities, seek to educate offenders on the negative effects upon others resulting from their criminal conduct. At all our facilities, we provide faith-based programs to those seeking spiritual growth and character development. Our facilities offer opportunities for religious worship and study for a variety of faith groups and belief systems. Our Reentry and Life Skills programs prepare individuals for life after incarceration by teaching offenders how to successfully conduct a job search, how to manage their budget and financial matters, parenting skills, and relationship and family skills.   Equally significant, we offer cognitive behavioral programs aimed at changing anti-social attitudes and behaviors of offenders, with a focus on altering the level of criminal thinking of offenders. Across the country, these programs incorporate the use of thousands of volunteers, along with our staff, who assist in providing guidance, direction, and post-incarceration services to offenders. We believe that together these efforts help us achieve reductions in recidivism.

Through our community corrections facilities, we provide an array of services to defendants and offenders who are serving their full sentence, the last portion of their sentence, waiting to be sentenced, or awaiting trial while supervised in a community environment. We offer housing and programs, with a key focus on employment, job readiness, life skills, and various substance abuse treatment programs, in order to help offenders successfully reenter the community and reduce the risk of recidivism. We also offer an alternative sentencing option to the courts which allows offenders who are gainfully employed to pay a significant portion of their cost of incarceration while serving their sentence in a community facility.

In addition, in some of our community corrections facilities, we offer housing and program services to parolees who have completed their sentence, but lack a viable home plan. Through a focus on employment and skill development, we provide a means for these parolees to successfully reintegrate into their communities.

Lastly, we provide day-reporting and outpatient substance abuse treatment programs at some of our community corrections facilities. These programs, depending on the needs of the offender, can provide cognitive behavioral based programs to assist in the offender's successful reentry while holding the offender accountable while living in the community.

We are proud of the employees who provided these extensive services to the offenders entrusted in our care. We believe these services will help offenders become more productive citizens and transition successfully back into society. Through the dedication of our teachers, counselors, case managers, chaplains, and other inmate support service professionals, our program highlights during 2016 include:

- Our La Palma Correctional Center awarding 964 vocational certificates.

- Our Crowley County Correctional Facility leading the Colorado state system in GED completions.

- Our Wheeler Correctional Facility leading the Georgia state system in GED completions.

- Our Northwest New Mexico Correctional Facility re-missioning as a program-intensive reentry facility.

The American Correctional Association, or ACA, is an independent organization comprised of corrections professionals that establishes accreditation standards for correctional and detention institutions. Outside agency standards, such as those established by the ACA, provide us with the industry's most widely accepted operational guidelines. ACA accredited facilities must be audited and re-accredited at least every three years. We have sought and received ACA accreditation for 41, or approximately 95%, of the eligible facilities we

8

operated as of December 31, 2016, excluding our community corrections facilities. During 2016, 14 of the facilities we manage were re-accredited by the ACA with an average score of 99.6%, making our portfolio average 99.5%.

Beyond the standards provided by the ACA, our facilities are operated in accordance with a variety of company and facility-specific policies and procedures, as well as various contractual requirements. Many of these policies and procedures reflect the high standards generated by a number of sources, including the ACA, The Joint Commission, the National Commission on Correctional Healthcare, the Occupational Safety and Health Administration, as well as federal, state, and local government codes and regulations and longstanding correctional procedures.

In addition, our facilities are operated in compliance with the Prison Rape Elimination Act, or PREA, standards, which became effective in August 2013. All confinement facilities covered under the PREA standards must be audited at least every three years to be considered compliant with the Act. Covered facilities include adult prisons and jails, juvenile facilities, lockups (housing detainees overnight), and community confinement facilities, whether operated by the Department of Justice or by a state, local, corporate, or nonprofit authority.

Our facilities operate under these established standards, policies, and procedures, and also are subject to annual audits by our Quality Assurance Division, or QAD, which operates under the auspices of, and reports directly to, our Office of General Counsel and independently from our Operations Division. Through the QAD, we have devoted significant resources to ensuring that our facilities meet outside agency and accrediting organization standards and guidelines.

The QAD employs a team of full-time auditors, who are subject matter experts from all major disciplines within institutional operations. Annually, without advance notice, QAD auditors conduct on-site evaluations of each facility we operate using specialized audit tools, typically containing more than 1,000 audit indicators across all major operational areas. In most instances, these audit tools are tailored to facility and partner specific requirements. In addition, audit teams often work with facilities to address specific areas of need, such as meeting requirements of new partner contracts or providing detailed training of new departmental managers.

The QAD management team coordinates overall operational auditing and compliance efforts across all CoreCivic facilities. In conjunction with subject matter experts and other stakeholders having risk management responsibilities, the QAD management team develops performance measurement tools used in facility audits. The QAD management team provides governance of the corporate corrective action plan process for any items of nonconformance identified through internal and external facility reviews. Our QAD also contracts with teams of ACA certified correctional auditors to evaluate compliance with ACA standards at accredited facilities. Similarly, the QAD coordinates the work of certified PREA auditors to help ensure that all facilities operate in compliance with applicable PREA standards.

## Business Development

We believe we own approximately 58% of all privately owned prison beds in the United States, manage nearly 41% of all privately managed prison beds in the United States, and are currently the second largest private owner and provider of community corrections services in the nation. Under the direction of our partnership development department, we market our facilities and services to government agencies responsible for federal, state, and local correctional, detention, and residential reentry facilities in the United States. Under the direction of our real estate department, we pursue asset acquisitions and business

9

combination transactions that we believe will provide favorable investment returns and increase value to our stockholders. Our real estate department also pursues mission-critical real estate solutions for government agencies including, but not limited to, corrections and detention real estate assets.

We execute cross-departmental efforts to market CoreCivic Safety solutions to government partners that seek corrections and detention management services, CoreCivic Properties solutions to customers that need real estate and maintenance services, and CoreCivic Community solutions to government partners seeking residential reentry services. We also offer government partners a combination of these business offerings, and currently have two government partners utilizing all three.

As indicated by the following chart, business from our federal customers, including primarily the BOP, USMS, and ICE, continues to be a significant component of our business. The BOP, USMS, and ICE were the only federal partners that accounted for 10% or more of our total revenue during the last three years.



Certain of our contracts with federal partners contain clauses that guarantee the federal partner access to a minimum bed capacity in exchange for a fixed monthly payment. However, these contracts also generally provide the government the ability to cancel the contract for non-appropriation of funds or for convenience.

Despite our increase in federal revenues, inmate populations in federal facilities, particularly within the BOP system nationwide, have declined over the past two years. Inmate populations in the BOP system declined in 2015 and 2016 due, in part, to the retroactive application of changes to sentencing guidelines applicable to certain federal drug trafficking offenses. Increases in capacity within the federal system could result in a decline in BOP populations within our facilities, and could negatively impact the future demand for prison capacity. Further, in a memorandum to the BOP dated August 18, 2016, the DOJ directed that, as each contract with privately operated prisons reaches the end of its term, the BOP should either decline to renew that contract or substantially reduce its scope in a manner consistent with law and the overall decline of the BOP's inmate population. However, in November 2016, we announced that the BOP exercised a two-year renewal option at our 1,978-bed, McRae Correctional Facility. The amended agreement commenced on December 1, 2016, and provides for housing up to 1,724 federal inmates with a fixed monthly payment for 1,633 beds, compared to our previous contract which contained a fixed payment for 1,780 beds.

On August 29, 2016, the Secretary of the DHS announced that he directed the Homeland Security Advisory Council, or HSAC, to establish a Subcommittee of the Council to review ICE's current policy and practices concerning the use of private immigration detention and evaluate whether this practice should be eliminated. A written report of the subcommittee's

10

evaluation was provided by the HSAC to the Secretary of the DHS and the Director of ICE on November 30, 2016. According to the report, fiscal considerations, combined with the need for realistic capacity to handle sudden increases in detention, suggest that DHS's use of private for-profit detention will continue. The report indicated that, as of September 12, 2016, 10% of the ICE detainee population was housed in federally owned and directed facilities, while 65% was housed in facilities operated by private, for-profit contractors, and 25% was housed in facilities operated by county jails or other local or state government entities. Further, the report indicated that ICE should seek ongoing ways to reduce reliance on detention in county jails, which generally do not meet Performance-Based National Detention Standards, or PBNDS, promulgated by ICE.

We believe the utilization of private sector bed capacity and management services provides ICE with flexible and cost-effective solutions essential to their mission. We also believe the new contract we signed in October 2016 to provide detention space and services at our Cibola County Corrections Center to ICE for up to 1,116 detainees, and the new contract award we announced in December 2016 to provide detention capacity to ICE at our 2,016 bed Northeast Ohio Correctional Center, demonstrate examples of our ability to provide flexible solutions and fulfill emergent needs of ICE that would be very difficult to replicate in the public sector. We previously housed inmates from the BOP at the Cibola facility under a contract that expired in October 2016 and at the Northeast Ohio facility under a contract that expired in May 2015. Therefore, we believe these new contracts provide further examples of the marketability of our real estate assets across multiple government customers.

We generated approximately 9% and 28% of our total revenue from the BOP and ICE during the year ended December 31, 2016, respectively.

State revenues from contracts at correctional, detention, and residential reentry facilities that we operate constituted 38%, 40%, and 46% of our total revenue during 2016, 2015, and 2014, respectively, and decreased 2.0% from $725.1 million during 2015 to $710.4 million during 2016. Approximately 6%, 10%, and 12% of our total revenue for 2016, 2015, and 2014, respectively, was generated from the California Department of Corrections and Rehabilitation, or CDCR, in facilities housing inmates outside the state of California. The CDCR was our only state partner that accounted for 10% or more of our total revenue during these years.

Several of our state partners are projecting improvements in their budgets which has helped us secure recent per diem increases at certain facilities. Further, several of our existing state partners, as well as state partners with which we do not currently do business, are experiencing growth in inmate populations and overcrowded conditions. Although we can provide no assurance that we will enter into any new contracts, we believe we are well positioned to provide them with needed bed capacity, as well as the programming and reentry services they are seeking.

We believe the long-term growth opportunities of our business remain attractive as governments consider their emergent needs, as well as the efficiency, savings, and offender programming opportunities we can provide along with flexible solutions to match our partners' needs. Further, we expect our partners to continue to face challenges in maintaining old facilities, and developing new facilities and additional capacity which could result in future demand for the solutions we provide.

11

We believe that we can further develop our business by, among other things:

- Maintaining and expanding our existing customer relationships and filling existing beds within our facilities, while maintaining an adequate inventory of available beds that we believe provides us with flexibility and a competitive advantage when bidding for new management contracts;

- Enhancing the terms of our existing contracts and expanding the services we provide under those contracts;

- Pursuing additional opportunities to purchase and manage existing government-owned facilities;

- Pursuing additional opportunities to lease our facilities to government and other third-party operators in need of correctional, detention, and residential reentry capacity;

- Pursuing mission-critical real estate solutions for government agencies including, but not limited to, corrections and detention real estate assets;

- Pursuing other asset acquisitions and business combinations through transactions with non-government third parties;

- Maintaining and expanding our focus on community corrections and reentry programming that align with the needs of our government partners; and

- Establishing relationships with new customers who have either previously not outsourced their correctional facility management needs or have utilized other private enterprises.

We generally receive inquiries from or on behalf of government agencies that are considering outsourcing the ownership and/or management of certain facilities or that have already decided to contract with a private enterprise. When we receive such an inquiry, we determine whether there is an existing need for our correctional, detention, and residential reentry facilities and/or services and whether the legal and political climate in which the inquiring party operates is conducive to serious consideration of outsourcing. Based on these findings, an initial cost analysis is conducted to further determine project feasibility.

Frequently, government agencies responsible for correctional, detention, and residential reentry facilities and services procure space and services through solicitations or competitive procurements. As part of our process of responding to such requests, members of our management team meet with the appropriate personnel from the agency making the request to best determine the agency's needs. If the project fits within our strategy, we submit a written response. A typical solicitation or competitive procurement requires bidders to provide detailed information, including, but not limited to, the space and services to be provided by the bidder, its experience and qualifications, and the price at which the bidder is willing to provide the facility and services (which services may include the purchase, renovation, improvement or expansion of an existing facility or the planning, design and construction of a new facility). The requesting agency selects a firm believed to be able to provide the requested bed capacity, if needed, and most qualified to provide the requested services and then negotiates the price and terms of the contract with that firm.

12

**2016 Accomplishments**

In 2016, we entered into a number of new contracts, renewed several other significant contracts, and completed numerous other transactions and milestones, including the following:

- Completed the acquisition of Correctional Management, Inc., or CMI, a privately held community corrections company that operates seven community corrections facilities with approximately 600 beds in Colorado.

- Entered into a five-year lease with unlimited two-year renewal options with the Oklahoma Department of Corrections, or ODOC, for our previously idled 2,400-bed North Fork Correctional Facility.

- Completed the acquisition of a 112-bed community corrections facility in California that is leased to a third-party operator under a triple net lease agreement.

- Awarded a contract extension to continue providing residential reentry services for the BOP at our 120-bed CAI-Boston Avenue and 483-bed CAI-Ocean View facilities, and agreed to consolidate populations at both facilities into our CAI-Ocean View facility.

- Awarded a new two-year contract, with three one-year renewal options, by the CDCR to provide residential reentry space and services for up to 120 residents at our CAI-Boston Avenue facility.

- Announced a restructuring of our corporate operations and implementation of a cost reduction plan that is expected to result in annual expense savings of approximately $9.0 million. The restructuring realigns the corporate structure to more effectively serve facility operations, while better supporting our ongoing business diversification strategy.

- ICE amended its agreement to utilize our 2,400-bed South Texas Family Residential Center. The agreement extends the life of the contract through September 2021, and can be further extended by bi-lateral modification.

- Announced a new contract award to house up to 1,116 ICE detainees at our Cibola County Corrections Center. The contract contains an initial term of five years, with renewal options upon mutual agreement. We previously housed inmates from the BOP at our Cibola facility under a separate contract that expired on October 30, 2016.

- Completed the expansion of our Red Rock Correctional Center in Arizona, bringing the facility to a design capacity of 2,024 beds. We began receiving inmates at the expanded Red Rock facility under a December 2015 award to house up to an additional 1,000 medium-security inmates from the Arizona Department of Corrections. The award brought the contracted bed capacity at the facility to 2,000 inmates.

13

- Announced a new contract award from ICE at our 2,016-bed Northeast Ohio Correctional Center in order to assist ICE with their current detention needs. The new contract contains an initial term expiring March 31, 2017, with three six-month renewal periods at the option of ICE. As of January 31, 2017, we housed approximately 215 ICE detainees and approximately 520 detainees from the USMS under a separate contract at the Northeast Ohio facility.

- Renamed and began the process of rebranding the Company as CoreCivic in order to reflect the successful execution of strategies to diversify our business and offer a broader range of solutions to government partners.

**Facility Portfolio**

*General*

Our facilities can generally be classified according to the level(s) of security at such facility. Minimum security facilities have open housing within an appropriately designed and patrolled institutional perimeter. Medium security facilities have either cells, rooms or dormitories, a secure perimeter, and some form of external patrol. Maximum security facilities have cells, a secure perimeter, and external patrol. Multi-security facilities have various areas encompassing minimum, medium or maximum security.

Our facilities can also be classified according to their primary function. The primary functional categories are:

- *Correctional Facilities.* Correctional facilities house and provide contractually agreed upon programs and services to sentenced adult prisoners, typically prisoners on whom a sentence in excess of one year has been imposed.

- *Detention Facilities.* Detention facilities house and provide contractually agreed upon programs and services to (i) prisoners being detained by ICE, (ii) prisoners who are awaiting trial who have been charged with violations of federal criminal law (and are therefore in the custody of the USMS) or state criminal law, and (iii) prisoners who have been convicted of crimes and on whom a sentence of one year or less has been imposed.

  - *Residential Facilities.* Residential facilities provide space and residential services in an open and safe environment to adults with children who have been detained by ICE and are awaiting the outcome of immigration hearings or the return to their home countries. As contractually agreed upon, residential facilities offer services including, but not limited to, educational programs, medical care, recreational activities, counseling, and access to religious and legal services.

- *Community Corrections.* Community corrections/residential reentry facilities offer housing and programs to offenders who are serving the last portion of their sentence or who have been assigned to the facility in lieu of a jail or prison sentence, with a key focus on employment, job readiness, and life skills.

- *Leased Facilities.* Leased facilities are facilities that we own but do not manage and that are leased to third-party operators. As of December 31, 2016, we leased three correctional facilities and five community corrections facilities to third-party operators.

14

*Facilities and Facility Management Contracts*

As of December 31, 2016, we owned or controlled 49 correctional and detention facilities, three of which we leased to third-party operators, and owned or controlled 25 residential reentry facilities, five of which we leased to third-party operators, in 18 states and the District of Columbia. Additionally, we managed 11 correctional and detention facilities owned by government agencies. We also owned two corporate office buildings. Owned and managed facilities include facilities placed into service that we own or control via a long-term lease and manage. Managed-only facilities include facilities we manage that are owned by a third party. The following table sets forth all of the facilities that, as of December 31, 2016, we (i) owned and managed, (ii) owned, but were leased to another operator, and (iii) managed but are owned by a government authority. The table includes certain information regarding each facility, including the term of the primary customer contract related to such facility, or, in the case of facilities we owned but leased to a third-party operator, the term of such lease.

15

| Facility Name | Primary Customer | Design Capacity (A) | Security Level | Facility Type (B) | Term | Remaining Renewal Options (C) |
|---|---|---|---|---|---|---|
| **Owned and Managed Facilities:** | | | | | | |
| Central Arizona Detention Center<br>Florence, Arizona | USMS | 2,304 | Multi | Detention | September 2018 | (2) 5 year |
| Eloy Detention Center<br>Eloy, Arizona | ICE | 1,500 | Medium | Detention | Indefinite | — |
| Florence Correctional Center<br>Florence, Arizona | USMS | 1,824 | Multi | Detention | September 2018 | (2) 5 year |
| La Palma Correctional Center<br>Eloy, Arizona | State of California | 3,060 | Medium | Correctional | June 2019 | Indefinite |
| Red Rock Correctional Center (D)<br>Eloy, Arizona | State of Arizona | 2,024 | Medium | Correctional | January 2024 | (2) 5 year |
| Saguaro Correctional Facility<br>Eloy, Arizona | State of Hawaii | 1,896 | Medium | Correctional | June 2019 | (2) 1 year |
| CAI Boston Avenue<br>San Diego, California | State of California | 120 | — | Community Corrections | June 2018 | (3) 1 year |
| CAI Ocean View<br>San Diego, California | BOP | 483 | — | Community Corrections | May 2017 | (4) 1 year |
| Leo Chesney Correctional Center<br>Live Oak, California | — | 240 | — | — | — | — |
| Otay Mesa Detention Center<br>San Diego, California | ICE | 1,482 | Minimum/Medium | Detention | June 2017 | (2) 3 year |
| Bent County Correctional Facility<br>Las Animas, Colorado | State of Colorado | 1,420 | Medium | Correctional | June 2017 | — |
| Boulder Community Treatment Center<br>Boulder, Colorado | Boulder County | 69 | — | Community Corrections | January 2017 | (2) 1 year |
| Centennial Community Transition Center<br>Englewood, Colorado | Arapahoe County | 107 | — | Community Corrections | June 2017 | — |
| Columbine Facility<br>Denver, Colorado | Denver County | 60 | — | Community Corrections | June 2017 | — |
| Crowley County Correctional Facility<br>Olney Springs, Colorado | State of Colorado | 1,794 | Medium | Correctional | June 2017 | — |
| Dahlia Facility<br>Denver, Colorado | Denver County | 120 | — | Community Corrections | June 2017 | — |
| Fox Facility and Training Center<br>Denver, Colorado | Denver County | 90 | — | Community Corrections | June 2017 | — |
| Huerfano County Correctional Center<br>Walsenburg, Colorado | — | 752 | Medium | Correctional | — | — |
| Kit Carson Correctional Center<br>Burlington, Colorado | — | 1,488 | Medium | Correctional | — | — |

16

| Facility Name | Primary Customer | Design Capacity (A) | Security Level | Facility Type (B) | Term | Remaining Renewal Options (C) |
|---|---|---|---|---|---|---|
| Longmont Community Treatment Center<br>Longmont, Colorado | Boulder County | 69 | — | Community Corrections | January 2017 | (2) 1 year |
| Ulster Facility<br>Denver, Colorado | Denver County | 90 | — | Community Corrections | June 2017 | — |
| Coffee Correctional Facility (E)<br>Nicholls, Georgia | State of Georgia | 2,312 | Medium | Correctional | June 2017 | (17) 1 year |
| Jenkins Correctional Center (E)<br>Millen, Georgia | State of Georgia | 1,124 | Medium | Correctional | June 2017 | (18) 1 year |
| McRae Correctional Facility<br>McRae, Georgia | BOP | 1,978 | Medium | Correctional | November 2018 | (2) 2 year |
| Stewart Detention Center<br>Lumpkin, Georgia | ICE | 1,752 | Medium | Detention | Indefinite | — |
| Wheeler Correctional Facility (E)<br>Alamo, Georgia | State of Georgia | 2,312 | Medium | Correctional | June 2017 | (17) 1 year |
| Leavenworth Detention Center<br>Leavenworth, Kansas | USMS | 1,033 | Maximum | Detention | December 2021 | (1) 5 year |
| Lee Adjustment Center<br>Beattyville, Kentucky | — | 816 | Minimum/Medium | Correctional | — | — |
| Marion Adjustment Center<br>St. Mary, Kentucky | — | 826 | Minimum/Medium | Correctional | — | — |
| Southeast Kentucky Correctional Facility (F)<br>Wheelwright, Kentucky | — | 656 | Minimum/Medium | Correctional | — | — |
| Prairie Correctional Facility<br>Appleton, Minnesota | — | 1,600 | Medium | Correctional | — | — |
| Adams County Correctional Center<br>Adams County, Mississippi | BOP | 2,232 | Medium | Correctional | July 2017 | (1) 2 year |
| Tallahatchie County Correctional Facility (G)<br>Tutwiler, Mississippi | State of California | 2,672 | Medium | Correctional | June 2019 | Indefinite |
| Crossroads Correctional Center (H)<br>Shelby, Montana | State of Montana | 664 | Multi | Correctional | June 2017 | (1) 2 year |
| Nevada Southern Detention Center<br>Pahrump, Nevada | Office of the Federal Detention Trustee | 1,072 | Medium | Detention | September 2020 | (2) 5 year |
| Elizabeth Detention Center<br>Elizabeth, New Jersey | ICE | 300 | Minimum | Detention | August 2017 | (4) 1 year |
| Cibola County Corrections Center<br>Milan, New Mexico | ICE | 1,129 | Medium | Detention | October 2021 | Indefinite |
| Northwest New Mexico Correctional Center<br>Grants, New Mexico | State of New Mexico | 596 | Multi | Correctional | June 2020 | — |

17

| Facility Name | Primary Customer | Design Capacity (A) | Security Level | Facility Type (B) | Term | Remaining Renewal Options (C) |
|---|---|---|---|---|---|---|
| Torrance County Detention Facility<br>Estancia, New Mexico | USMS | 910 | Multi | Detention | Indefinite | — |
| Lake Erie Correctional Institution (I)<br>Conneaut, Ohio | State of Ohio | 1,798 | Medium | Correctional | June 2032 | Indefinite |
| Northeast Ohio Correctional Center<br>Youngstown, Ohio | USMS | 2,016 | Medium | Correctional | December 2018 | — |
| Carver Transitional Center<br>Oklahoma City, Oklahoma | State of Oklahoma | 494 | — | Community Corrections | June 2017 | (1) 1 year |
| Cimarron Correctional Facility (J)<br>Cushing, Oklahoma | State of Oklahoma | 1,692 | Medium | Correctional | June 2017 | (2) 1 year |
| Davis Correctional Facility (J)<br>Holdenville, Oklahoma | State of Oklahoma | 1,670 | Medium | Correctional | June 2017 | (2) 1 year |
| Diamondback Correctional Facility<br>Watonga, Oklahoma | — | 2,160 | Medium | Correctional | — | — |
| Tulsa Transitional Center<br>Tulsa, Oklahoma | State of Oklahoma | 390 | — | Community Corrections | June 2017 | (1) 1 year |
| Turley Residential Center<br>Tulsa, Oklahoma | State of Oklahoma | 289 | — | Community Corrections | June 2017 | (2) 1 year |
| Shelby Training Center<br>Memphis, Tennessee | — | 200 | — | — | — | — |
| Trousdale Turner Correctional Center<br>Hartsville, Tennessee | State of Tennessee | 2,552 | Multi | Correctional | December 2020 | — |
| West Tennessee Detention Facility<br>Mason, Tennessee | USMS | 600 | Multi | Detention | September 2017 | (6) 2 year |
| Whiteville Correctional Facility (K)<br>Whiteville, Tennessee | State of Tennessee | 1,536 | Medium | Correctional | June 2016 | — |
| Austin Residential Reentry Center<br>Del Valle, Texas | BOP | 116 | — | Community Corrections | August 2017 | — |
| Austin Transitional Center<br>Del Valle, Texas | State of Texas | 460 | — | Community Corrections | August 2017 | (3) 1 year |
| Corpus Christi Transitional Center<br>Corpus Christi, Texas | State of Texas | 160 | — | Community Corrections | August 2017 | (1) 2 year |
| Dallas Transitional Center<br>Hutchins, Texas | State of Texas | 300 | — | Community Corrections | August 2017 | (3) 1 year |
| Eden Detention Center<br>Eden, Texas | BOP | 1,422 | Medium | Correctional | April 2017 | — |
| El Paso Multi-Use Facility<br>El Paso, Texas | State of Texas | 360 | — | Community Corrections | August 2017 | (3) 1 year |
| El Paso Transitional Center<br>El Paso, Texas | State of Texas | 224 | — | Community Corrections | August 2017 | (3) 1 year |

18

Table of Contents

| Facility Name | Primary Customer | Design Capacity (A) | Security Level | Facility Type (B) | Term | Remaining Renewal Options (C) |
|---|---|---|---|---|---|---|
| Fort Worth Transitional Center<br>Fort Worth, Texas | State of Texas | 248 | — | Community Corrections | August 2017 | (3) 1 year |
| Houston Processing Center<br>Houston, Texas | ICE | 1,000 | Medium | Detention | April 2017 | — |
| Laredo Processing Center<br>Laredo, Texas | ICE | 258 | Minimum/ Medium | Detention | June 2018 | — |
| South Texas Family Residential Center<br>Dilley, Texas | ICE | 2,400 | — | Residential | September 2021 | — |
| T. Don Hutto Residential Center<br>Taylor, Texas | ICE | 512 | Medium | Detention | January 2020 | Indefinite |
| Webb County Detention Center<br>Laredo, Texas | USMS | 480 | Medium | Detention | November 2017 | — |
| Cheyenne Transitional Center<br>Cheyenne, Wyoming | State of Wyoming | 116 | — | Community Corrections | June 2017 | Indefinite |
| D.C. Correctional Treatment Facility (L)<br>Washington, D.C. | District of Columbia | 1,500 | Medium | Detention | March 2017 | — |
| **Managed Only Facilities:**<br>Citrus County Detention Facility<br>Lecanto, Florida | Citrus County, Florida | 760 | Multi | Detention | September 2020 | Indefinite |
| Lake City Correctional Facility<br>Lake City, Florida | State of Florida | 893 | Medium | Correctional | June 2018 | Indefinite |
| Marion County Jail<br>Indianapolis, Indiana | Marion County, Indiana | 1,030 | Multi | Detention | December 2017 | (1) 10 year |
| Hardeman County Correctional Facility<br>Whiteville, Tennessee | State of Tennessee | 2,016 | Medium | Correctional | May 2017 | — |
| Metro-Davidson County Detention Facility<br>Nashville, Tennessee | Davidson County, Tennessee | 1,348 | Multi | Detention | January 2020 | — |
| Silverdale Facilities<br>Chattanooga, Tennessee | Hamilton County, Tennessee | 1,046 | Multi | Detention | April 2017 | — |
| South Central Correctional Center<br>Clifton, Tennessee | State of Tennessee | 1,676 | Medium | Correctional | June 2018 | — |
| Bartlett State Jail<br>Bartlett, Texas | State of Texas | 1,049 | Minimum/ Medium | Correctional | August 2017 | — |
| Bradshaw State Jail<br>Henderson, Texas | State of Texas | 1,980 | Minimum/ Medium | Correctional | August 2017 | — |
| Lindsey State Jail<br>Jacksboro, Texas | State of Texas | 1,031 | Minimum/ Medium | Correctional | August 2017 | — |
| Willacy State Jail<br>Raymondville, Texas | State of Texas | 1,069 | Minimum/ Medium | Correctional | August 2017 | — |

| Facility Name | Primary Customer | Design Capacity (A) | Security Level | Facility Type (B) | Term | Remaining Renewal Options (C) |
|---|---|---|---|---|---|---|
| **Leased Facilities:** | | | | | | |
| California City Correctional Center California, City, California | CDCR | 2,560 | Medium | Correctional | November 2020 | Indefinite |
| Long Beach Community Corrections Center Long Beach, California | Community Education Centers | 112 | — | Community Corrections | June 2020 | (1) 5 year |
| North Fork Correctional Facility Sayre, Oklahoma | State of Oklahoma | 2,400 | Medium | Correctional | July 2021 | Indefinite |
| Broad Street Residential Reentry Center Philadelphia, Pennsylvania | Community Education Centers | 150 | — | Community Corrections | July 2019 | (4) 5 year |
| Chester Residential Reentry Center Chester, Pennsylvania | Community Education Centers | 135 | — | Community Corrections | July 2019 | (4) 5 year |
| Roth Hall Residential Reentry Center Philadelphia, Pennsylvania | Community Education Centers | 160 | — | Community Corrections | July 2019 | (4) 5 year |
| Walker Hall Residential Reentry Center Philadelphia, Pennsylvania | Community Education Centers | 160 | — | Community Corrections | July 2019 | (4) 5 year |
| Bridgeport Pre-Parole Transfer Facility Bridgeport, Texas | MTC | 200 | Medium | Correctional | September 2017 | — |

20

## ITEM 1A.        RISK FACTORS.

As the owner and operator of correctional, detention, and residential reentry facilities, we are subject to certain risks and uncertainties associated with, among other things, the corrections and detention industry and pending or threatened litigation in which we are involved. In addition, we are also currently subject to risks associated with our indebtedness as well as our qualification as a REIT for federal income tax purposes effective for our taxable years beginning January 1, 2013. The risks and uncertainties set forth below could cause our actual results to differ materially from those indicated in the forward-looking statements contained herein and elsewhere. The risks described below are not the only risks we face. Additional risks and uncertainties not currently known to us or those we currently deem to be immaterial may also materially and adversely affect our business operations. Any of the following risks could materially adversely affect our business, financial condition, or results of operations.

### Risks Related to Our Business and Industry

***Our results of operations are dependent on revenues generated by our correctional, detention, and residential reentry facilities, which are subject to the following risks associated with the corrections and detention industry.***

*We are subject to fluctuations in occupancy levels, and a decrease in occupancy levels could cause a decrease in revenues and profitability.* While a substantial portion of our cost structure is fixed, a substantial portion of our revenue is generated under facility ownership and management contracts that specify per diem payments based upon daily occupancy. We are dependent upon the governmental agencies with which we have contracts to provide offenders for facilities we operate. We cannot control occupancy levels at the facilities we operate. Under a per diem rate structure, a decrease in our occupancy rates could cause a decrease in revenue and profitability. For the years 2016, 2015, and 2014, the average compensated occupancy of our facilities, based on rated capacity, was 79%, 83%, and 84%, respectively, for all of the facilities we operated, exclusive of facilities that are leased to third-party operators where our revenue is generally not based on daily occupancy. Occupancy rates may, however, decrease below these levels in the future. When combined with relatively fixed costs for operating each facility, a decrease in occupancy levels could have a material adverse effect on our profitability.

*We are dependent on government appropriations and our results of operations may be negatively affected by governmental budgetary challenges.* Our cash flow is subject to the receipt of sufficient funding of, and timely payment by, contracting governmental entities. If the appropriate governmental agency does not receive sufficient appropriations to cover its contractual obligations, it may terminate our contract or delay or reduce payment to us. Any delays in payment, or the termination of a contract, could have an adverse effect on our cash flow and financial condition. In addition, federal, state and local governments are constantly under pressure to control additional spending or reduce current levels of spending. In prior years, these pressures have been compounded by economic downturns. Accordingly, we have been requested and may be requested in the future to reduce our existing per diem contract rates or forego prospective increases to those rates. Further, our government partners could reduce offender population levels in facilities we own or manage to contain their correctional costs. In addition, it may become more difficult to renew our existing contracts on favorable terms or otherwise.

*Competition may adversely affect the profitability of our business.* We compete with government entities and other private operators on the basis of bed availability, cost, quality and range of services offered, experience in designing, constructing, and managing facilities, and reputation of management and personnel. While there are barriers to entering the market for the ownership and management of correctional, detention, and residential reentry facilities, these barriers may not be sufficient to limit additional competition. In addition, our government customers may assume the management of a facility that they own and we currently manage for them upon the termination of the corresponding management contract or, if such customers have capacity at their facilities, may take offenders and residents currently housed in our facilities and transfer them to government-run facilities. Since we are paid on a per diem basis with no minimum guaranteed occupancy under most of our contracts, the loss of such offenders and residents, and the resulting decrease in occupancy, would cause a decrease in our revenues and profitability.

*Resistance to privatization of correctional and detention facilities and escapes or inmate disturbances could result in our inability to obtain new contracts, the loss of existing contracts, or other unforeseen consequences.* The operation of correctional and detention facilities by private entities has not achieved complete acceptance by either governments or the public. The movement toward privatization of correctional and detention facilities has also encountered resistance from certain groups, such as labor unions and others that believe that correctional and detention facilities should only be operated by governmental agencies. In the past, legislation has been proposed in the United States Congress to prohibit the federal government from entering into contracts with private prison operators, and to eliminate state and local contracts for privately run prisons. Such legislation runs contrary to our primary business purpose and, if passed, would have a material adverse impact on our business. Moreover, the belief or market perception that such legislation could be passed could have a negative impact on our stock price.

Further, negative publicity about an escape, riot or other disturbance or perceived poor operational performance, contract compliance, or other conditions at a privately managed facility may result in adverse publicity to us and the private corrections industry in general. Any of these occurrences or continued trends may make it more difficult for us to renew or maintain existing contracts or to obtain new contracts, which could have a material adverse effect on our business.

*We are subject to terminations, non-renewals, or competitive re-bids of our government contracts.* We typically enter into facility contracts with governmental entities for terms of up to five years, with additional renewal periods at the option of the contracting governmental agency. Notwithstanding any contractual renewal option of a contracting governmental agency, as of December 31, 2016, 44 of our facility contracts with the customers listed under "Business – Facility Portfolio – Facilities and Facility Management Contracts" are currently scheduled to expire on or before December 31, 2017 but have renewal options (24), or are currently scheduled to expire on or before December 31, 2017 and have no renewal options (20). Although we generally expect these customers to exercise renewal options or negotiate new contracts with us, one or more of these contracts may not be renewed by the corresponding governmental agency. In addition, these and any other contracting agencies may determine not to exercise renewal options with respect to any of our contracts in the future. Our government partners can also re-bid contracts in a competitive procurement process upon termination or non-renewal of our contract. Competitive re-bids may result from the expiration of the term of a contract, including the initial term and any renewal periods, or the early termination of a contract. Competitive re-bids are often required by applicable federal or state procurement laws periodically in order to further competitive pricing and other terms for the government agency. The aggregate revenue earned during the year ended December 31, 2016 for the 44 contracts with scheduled maturity dates, notwithstanding contractual renewal options, on or before December 31, 2017 was $647.6 million, or 35% of total revenue.

Our contract with the District of Columbia, or District, at the D.C. Correctional Treatment Facility is scheduled to expire in the first quarter of 2017. The District assumed operation of the facility in January 2017. We incurred facility net operating losses at the facility of $0.1 million and $0.7 million in 2016 and 2015, respectively, and generated facility net operating income of $1.0 million in 2014. Our investment in the direct financing lease with the District also expires in the first quarter of 2017. Upon expiration of the lease in 2017, ownership of the facility automatically reverts to the District.

During 2015, ICE solicited proposals for the rebid of our 1,000-bed Houston Processing Center. The contract is currently scheduled to expire in April 2017. We have submitted our response to ICE, but can provide no assurance that we will be awarded a new contract for this facility.

As previously discussed herein, on August 18, 2016, the DOJ directed that, as each contract with privately operated prisons reaches the end of its term, the BOP should either decline to renew that contract or substantially reduce its scope in a manner consistent with law and the overall decline of the BOP's inmate population. Currently, we have two owned and managed facilities that house BOP inmates with contracts that expire in the next twelve months. We can provide no assurance that we will be awarded new contracts for these two facilities or that the contracts will not be substantially reduced in scope. These two facilities have a total capacity of 3,654 beds and contributed $91.4 million in revenue during 2016. The total net carrying value of the two facilities was $144.5 million as of December 31, 2016. We have a third owned and managed facility housing BOP inmates under a contract that was renewed in November 2016 for two additional years through November 2018. This facility generated $40.5 million of revenue during 2016.

During the third quarter of 2016, the Texas Department of Criminal Justice, or TDCJ, solicited proposals for the rebid of four facilities we currently manage for the state of Texas. The current managed-only contracts for these four facilities are scheduled to expire in August 2017. The four facilities have a total capacity of 5,129 beds and generated $2.3 million in facility net operating income during 2016. We have submitted our response to the solicitation, but can provide no assurance that we will be awarded new managed-only contracts for these four facilities.

Based on information available at this filing, notwithstanding the contracts at facilities described above, we expect to renew all other material contracts that have expired or are scheduled to expire within the next twelve months. We believe our renewal rate on existing contracts remains high for a variety of reasons including, but not limited to, the constrained supply of available beds within the U.S. correctional system, our ownership of the majority of the beds we operate, and the quality of our operations.

Governmental agencies typically may terminate a facility contract at any time without cause or use the possibility of termination to negotiate a lower per diem rate. In the event any of our contracts are terminated or are not renewed on favorable terms or otherwise, we may not be able to obtain additional replacement contracts. The non-renewal, termination, or competitive re-bid of any of our contracts with governmental agencies could materially adversely affect our financial condition, results of operations and liquidity, including our ability to secure new facility contracts from others.

*Our ability to secure new contracts to develop and manage correctional, detention, and residential reentry facilities depends on many factors outside our control.* Our growth is generally dependent upon our ability to obtain new contracts to develop and manage correctional, detention, and residential reentry facilities. This possible growth depends on a number of factors we cannot control, including crime rates and sentencing patterns in various jurisdictions, governmental budgetary constraints, and governmental and public acceptance of privatization. The demand for our facilities and services could be adversely affected by the relaxation of enforcement efforts, leniency in conviction or parole standards and sentencing practices or through the decriminalization of certain activities that are currently proscribed by criminal laws. For instance, any changes with respect to drugs and controlled substances or illegal immigration could affect the number of persons arrested, convicted, and sentenced, thereby potentially reducing demand for correctional facilities to house them. Immigration reform laws are currently a focus for legislators and politicians at the federal, state, and local level. Legislation has also been proposed in numerous jurisdictions that could lower minimum sentences for some non-violent crimes and make more inmates eligible for early release based on good behavior. Also, sentencing alternatives under consideration could put some offenders on probation with electronic monitoring who would otherwise be incarcerated. Similarly, reductions in crime rates or resources dedicated to prevent and enforce crime could lead to reductions in arrests, convictions and sentences requiring incarceration at correctional facilities. Our company does not, under longstanding policy, lobby for or against policies or legislation that would determine the basis for, or duration of, an individual's incarceration or detention.

Moreover, certain jurisdictions recently have required successful bidders to make a significant capital investment in connection with the financing of a particular project, a trend that will require us to have sufficient capital resources to compete effectively. We may compete for such projects with companies that have more financial resources than we have. Further, we may not be able to obtain the capital resources when needed. A prolonged downturn in the financial capital markets could make it more difficult to obtain capital resources at favorable rates of return or obtain capital resources at all.

*We may face community opposition to facility location, which may adversely affect our ability to obtain new contracts.* Our success in obtaining new awards and contracts sometimes depends, in part, upon our ability to locate land that can be leased or acquired, on economically favorable terms, by us or other entities working with us in conjunction with our proposal to construct and/or manage a facility. Some locations may be in or near populous areas and, therefore, may generate legal action or other forms of opposition from residents in areas surrounding a proposed site. When we select the intended project site, we attempt to conduct business in communities where local leaders and residents generally support the establishment of a privatized correctional, detention, or residential reentry facility. Future efforts to find suitable host communities may not be successful. We may incur substantial costs in evaluating the feasibility of the development of a correctional or detention facility. As a result, we may report significant charges if we decide to abandon efforts to develop a correctional or detention facility on a particular site. In many cases, the site selection is made by the contracting governmental entity. In such cases, site selection may be made for reasons related to political and/or economic development interests and may lead to the selection of sites that have less favorable environments.

*Providing family residential services increases certain unique risks and difficulties compared to operating our other facilities.* In September 2014, we signed an amended agreement to provide safe and humane residential housing, as well as educational opportunities, to women and children under the custody of ICE, who are awaiting their due process before immigration courts. In October 2016, we entered into an amended agreement that extended

33

the life of the 2014 agreement through September 2021. This is an important service to our federal government partner. At the same time, providing this type of residential service subjects us to unique risks such as unanticipated increased costs and litigation that could materially adversely affect our business, financial condition, or results of operations. For instance, the contract mandates resident to staff ratios that are higher than our typical contract, requires services unique to this contract (e.g. child care and primary education services), and limits the use of security protocols and techniques typically utilized in correctional and detention settings. These operational risks and others associated with privately managing this type of residential facility could result in higher costs associated with staffing and lead to increased litigation.

In June 2015, ICE announced a policy change regarding family unit detention that has shortened the duration of ICE detention for those who are awaiting further process before immigration courts. Public policies and views regarding family detention, as well as proposals pertaining to the most effective means to address families crossing the border illegally, continue to evolve. In addition, numerous lawsuits, to which we are not a party, have challenged the government's policy of detaining migrant families.

One such lawsuit in the United States District Court for the Central District of California concerns a settlement agreement between ICE and a plaintiffs' class consisting of detained minors, whereby the court issued an order on August 21, 2015, enforcing the settlement agreement and requiring compliance by October 23, 2015. The court's order clarified that the government has the flexibility to hold class members for longer periods of time in unlicensed and secure facilities during influxes of large numbers of undocumented migrant families via the southern U.S. border. After announcing its intention to comply fully with the court's order, the federal government appealed. In July 2016, the U.S. Court of Appeals for the Ninth Circuit affirmed most aspects of the District Court's order, but ruled that ICE is not required to release a parent simply because the settlement agreement might require release of that parent's minor child. The impact of these rulings on family residential programs is not yet known.

In December 2016, a Texas state court judge blocked efforts by Texas state officials to license the South Texas Family Residential Center as a child care center, ruling that the state officials lacked authority to license such facilities. The state of Texas has appealed this ruling, and the impact of the judge's decision on family residential detention programs is not yet known. Any court decision or government action that impacts our existing contract for the South Texas Family Residential Center could materially affect our cash flows, financial condition, and results of operations.

*We may incur significant start-up and operating costs on new contracts before receiving related revenues, which may impact our cash flows and not be recouped.* When we are awarded a contract to provide or manage a facility, we may incur significant start-up and operating expenses, including the cost of constructing the facility, purchasing equipment and staffing the facility, before we receive any payments under the contract. These expenditures could result in a significant reduction in our cash reserves and may make it more difficult for us to meet other cash obligations. In addition, a contract may be terminated prior to its scheduled expiration and as a result we may not recover these expenditures or realize any return on our investment.

*Government agencies may investigate and audit our contracts and, if any improprieties are found, we may be required to cure those improprieties, refund revenues we have received, to forego anticipated revenues, and we may be subject to penalties and sanctions, including prohibitions on our bidding in response to RFPs.* Certain of the governmental agencies with which we contract have the authority to audit and investigate our contracts with them. As

34

part of that process, government agencies may review our performance of the contract, our pricing practices, our cost structure and our compliance with applicable performance requirements, laws, regulations and standards. The regulatory and contractual environment in which we operate is complex and many aspects of our operations remain subject to manual processes and oversight that make compliance monitoring difficult and resource intensive. A governmental agency review could result in a request to cure a performance or compliance issue, and if we are unable to do so, the failure could lead to termination of the contract in question or other contracts that we have with that governmental agency. Similarly, for contracts that actually or effectively provide for certain reimbursement of expenses, if an agency determines that we have improperly allocated costs to a specific contract, we may not be reimbursed for those costs, and we could be required to refund the amount of any such costs that have been reimbursed. If a government audit asserts improper or illegal activities by us, we may be subject to civil and criminal penalties and administrative sanctions, including termination of contracts, forfeitures of profits, suspension of payments, fines and suspension or disqualification from doing business with certain government entities. In addition to the potential civil and criminal penalties and administrative sanctions, any adverse determination with respect to contractual or regulatory violations could negatively impact our ability to bid in response to RFPs in one or more jurisdictions.

*Failure to comply with facility contracts or with unique and increased governmental regulation could result in material penalties or non-renewal or termination of noncompliant contracts or our other contracts to provide or manage correctional, detention, and residential reentry facilities.* The industry in which we operate is subject to extensive federal, state, and local regulations, including educational, health care, and safety regulations, which are administered by many regulatory authorities. Some of the regulations are unique to the corrections industry, some are unique to government contractors, and the combination of regulations we face is unique and complex. Facility contracts typically include reporting requirements, supervision, and on-site monitoring by representatives of the contracting governmental agencies. Corrections officers are customarily required to meet certain training standards and, in some instances, facility personnel are required to be licensed and subject to background investigation. Certain jurisdictions also require us to award subcontracts on a competitive basis or to subcontract with certain types of businesses, such as small businesses and businesses owned by members of minority groups. Our facilities are also subject to operational and financial audits by the governmental agencies with which we have contracts. Federal regulations also require federal government contractors like us to self-report evidence of certain forms of misconduct. We may not always successfully comply with these regulations and contract requirements, and failure to comply can result in material penalties, including financial penalties, non-renewal or termination of noncompliant contracts or our other facility contracts, and suspension or debarment from contracting with certain government entities.

In addition, private prison managers are subject to government legislation and regulation attempting to restrict the ability of private prison managers to house certain types of inmates, such as inmates from other jurisdictions or inmates at medium or higher security levels. Legislation has been enacted in several states, and has previously been proposed in the United States Congress, containing such restrictions. Such legislation may have an adverse effect on us.

Our inmate transportation subsidiary, TransCor, is subject to regulations promulgated by the Departments of Transportation and Justice. TransCor must also comply with the Interstate Transportation of Dangerous Criminals Act of 2000, which covers operational aspects of transporting prisoners, including, but not limited to, background checks and drug testing of employees; employee training; employee hours; staff-to-inmate ratios; prisoner restraints; communication with local law enforcement; and standards to help ensure the safety of prisoners during transport. We are subject to changes in such regulations, which could result in an increase in the cost of our transportation operations.

35

On August 4, 2016, the Federal Communications Commission, or FCC, which regulates telecommunications, published an Order in the Federal Register, which set numerous rate caps on interstate and intrastate calling services, or ICS. Those rate caps were stayed by a federal appeals court pending judicial review, however, leaving existing rate caps established in an earlier FCC ruling in place. The stayed Order applies directly to ICS providers who offer their services pursuant to contracts with correctional facilities, including those that we manage. The vast majority of our facilities will be subject to the rate caps applicable to state and federal prisons. A separate tiered rate cap structure will apply at small jails we operate, however an effective date is not known at this time due to pending judicial review.

This Order, when effective, could reduce ICS-related revenue, as it expands coverage to intrastate ICS, but due to the unpredictability of call volume increases that may occur as a result of lower rates, the financial impact cannot be anticipated at this time. The impact to our revenue is limited as a significant amount of commissions paid by our ICS providers are passed along to our customers or are reserved and used for the benefit of inmates in our care. Our failure to comply with, or changes to, existing regulations or adoption of new regulations in the areas discussed above could result in further increases to our costs or reductions in our revenue. On January 31, 2017, the FCC, through its counsel, informed the federal appeals court that it would no longer defend the portions of the 2016 Order imposing intrastate rate caps. The impact of this position change is not yet known as litigation over this issue is still ongoing.

In previous notices, the FCC sought comment on various topics including the development of international ICS rate caps; the potential regulation of rates associated with technology-based ICS alternatives, such as videoconferencing; and whether additional reforms are necessary for effective regulation of revenue sharing agreements. All of these reforms, if pursued, could impact revenue to correctional facility operators, both public and private.

*We depend on a limited number of governmental customers for a significant portion of our revenues.* We currently derive, and expect to continue to derive, a significant portion of our revenues from a limited number of governmental agencies. The loss of, or a significant decrease in, business from the BOP, ICE, USMS, or various state agencies could seriously harm our financial condition and results of operations. The three primary federal governmental agencies with correctional and detention responsibilities, the BOP, ICE, and USMS, accounted for 52% of our total revenues for the year ended December 31, 2016 ($953.9 million). ICE accounted for 28% of our total revenues for the year ended December 31, 2016 ($511.8 million), USMS accounted for 15% of our total revenues for the year ended December 31, 2016 ($277.2 million), and BOP accounted for 9% of our total revenues for the year ended December 31, 2016 ($164.9 million). Although the revenue generated from each of these agencies is derived from numerous management contracts, the loss or substantial reduction in value of one or more of such contracts could have a material adverse impact on our financial condition, results of operations, and cash flows. We expect to continue to depend upon these federal agencies and a relatively small group of other governmental customers for a significant percentage of our revenues.

As previously discussed herein, in a memorandum to the BOP dated August 18, 2016, the DOJ directed that, as each contract with privately operated prisons reaches the end of its term, the BOP should either decline to renew that contract or substantially reduce its scope in a manner consistent with law and the overall decline of the BOP's inmate population. In addition to the decline in the BOP's inmate population, the DOJ memorandum cites purported operational, programming, and cost efficiency factors as reasons for the new DOJ directive.

36

In addition, on August 29, 2016, the Secretary of the DHS announced that he directed the HSAC to establish a Subcommittee of the Council to review ICE's current policy and practices concerning the use of private immigration detention and evaluate whether this practice should be eliminated. A written report of the subcommittee's evaluation was provided by the HSAC to the Secretary of the DHS and the Director of ICE on November 30, 2016. According to the report, fiscal considerations, combined with the need for realistic capacity to handle sudden increases in detention, suggest that DHS's use of private for-profit detention will continue. The report indicated that, as of September 12, 2016, 10% of the ICE detainee population was housed in federally owned and directed facilities, while 65% was housed in facilities operated by private, for-profit contractors, and 25% was housed in facilities operated by county jails or other local or state government entity. Further, the report indicated that ICE should seek ongoing ways to reduce reliance on detention in county jails, which generally do not meet PBNDS promulgated by ICE.

Revenue from our South Texas Family Residential Center was $267.3 million in 2016. The loss or further reduction in value of this contract would have a material adverse impact on our financial condition, results of operations, and cash flows. See "Management's Discussion and Analysis of Financial Condition and Results of Operations, or MD&A, - Results of Operations" for a further discussion regarding our contract at the South Texas Family Residential Center, and anticipated reduction in revenue in 2017 resulting from an amendment to this contract.

Approximately 6% of our total revenues for the year ended December 31, 2016 ($113.4 million) was generated from the CDCR in facilities housing inmates outside the state of California, a decrease from $170.5 million, or 10%, of our total revenues in 2015, and $204.4 million, or 12% of our total revenues in 2014. Our management agreement with the CDCR, as well as the status of legal and legislative action contributing to the reduction in the state of California inmate populations, are more fully described hereafter in "MD&A - Results of Operations".

On January 10, 2017, the Governor of California issued a proposed budget for fiscal 2017-2018. The proposed budget contemplates that implementation of initiatives to reduce prison populations will allow the CDCR to remove all inmates from one of our two remaining out-of-state facilities in fiscal 2017-2018. Additionally, as a result of such prison population reduction initiatives, the CDCR anticipates returning any remaining inmates from our out-of-state facilities by 2020. Although the proposed budget acknowledges that estimates of population reductions are preliminary and subject to considerable uncertainty, we can provide no assurance that we would be able to replace the cash flows associated with our contract with the CDCR, if CDCR inmates are removed from our Tallahatchie and La Palma facilities.

***We are dependent upon our senior management and our ability to attract and retain sufficient qualified personnel.***

The success of our business depends in large part on the ability and experience of our senior management. The unexpected loss of any of these persons could materially adversely affect our business and operations.

In addition, the services we provide are labor-intensive. When we are awarded a facility management contract or open a new facility, we must hire operating management, correctional officers, and other personnel. The success of our business requires that we attract, develop, and retain these personnel. Our inability to hire sufficient qualified personnel on a timely basis or the loss of significant numbers of personnel at existing facilities could adversely affect our business and operations. Under many of our contracts, we are subject to financial penalties for insufficient staffing.

37

**INDEX TO FINANCIAL STATEMENTS**

**Consolidated Financial Statements of CoreCivic, Inc. and Subsidiaries**

Report of Independent Registered Public Accounting Firm                                                                                      F-2
Consolidated Balance Sheets as of December 31, 2016 and 2015                                                                                  F-3
Consolidated Statements of Operations for the years ended December 31, 2016, 2015 and 2014                                                    F-4
Consolidated Statements of Cash Flows for the years ended December 31, 2016, 2015 and 2014                                                    F-5
Consolidated Statements of Stockholders' Equity for the years ended December 31, 2016, 2015 and 2014                                          F-6
Notes to Consolidated Financial Statements                                                                                                   F-9

F - 1

**REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

Board of Directors and Stockholders of
CoreCivic, Inc. and Subsidiaries

We have audited the accompanying consolidated balance sheets of CoreCivic, Inc. (formerly Corrections Corporation of America) and Subsidiaries as of December 31, 2016 and 2015, and the related consolidated statements of operations, stockholders' equity, and cash flows for each of the three years in the period ended December 31, 2016. Our audits also included the financial statement schedule listed in the Index at Item 15(2). These financial statements and schedule are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements and schedule based on our audits.

We conducted our audits in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the consolidated financial position of CoreCivic, Inc. and Subsidiaries at December 31, 2016 and 2015, and the consolidated results of their operations and their cash flows for each of the three years in the period ended December 31, 2016, in conformity with U.S. generally accepted accounting principles. Also in our opinion, the related financial statement schedule, when considered in relation to the basic financial statements taken as a whole, presents fairly in all material respects the information set forth therein.

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States), CoreCivic, Inc. and Subsidiaries' internal control over financial reporting as of December 31, 2016, based on criteria established in Internal Control-Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (2013 framework) and our report dated February 23, 2017, expressed an unqualified opinion thereon.

/s/ Ernst & Young LLP

Nashville, Tennessee
February 23, 2017

F - 2

**CORECIVIC, INC. AND SUBSIDIARIES**
**CONSOLIDATED BALANCE SHEETS**
(in thousands, except per share data)

| | December 31, | |
| --- | --- | --- |
| | **2016** | 2015 |
| **ASSETS** | | |
| Cash and cash equivalents | $ **37,711** | $ 65,291 |
| Restricted cash | **—** | 877 |
| Accounts receivable, net of allowance of $1,580 and $459, respectively | **229,885** | 234,456 |
| Prepaid expenses and other current assets | **31,228** | 41,434 |
| Total current assets | **298,824** | 342,058 |
| Property and equipment, net of accumulated depreciation of $1,352,323 and $1,193,723, respectively | **2,837,657** | 2,883,060 |
| Restricted cash | **218** | 131 |
| Investment in direct financing lease | **—** | 684 |
| Goodwill | **38,386** | 35,557 |
| Non-current deferred tax assets | **13,735** | 9,824 |
| Other assets | **82,784** | 84,704 |
| Total assets | **$3,271,604** | $3,356,018 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Accounts payable and accrued expenses | $ **260,107** | $ 317,675 |
| Income taxes payable | **2,086** | 1,920 |
| Current portion of long-term debt | **10,000** | 5,000 |
| Total current liabilities | **272,193** | 324,595 |
| Long-term debt, net | **1,435,169** | 1,447,077 |
| Deferred revenue | **53,437** | 63,289 |
| Other liabilities | **51,842** | 58,309 |
| Total liabilities | **1,812,641** | 1,893,270 |
| Commitments and contingencies | | |
| Preferred stock - $0.01 par value; 50,000 shares authorized; none issued and outstanding at December 31, 2016 and 2015, respectively | **—** | — |
| Common stock - $0.01 par value; 300,000 shares authorized; 117,554 and 117,232 shares issued and outstanding at December 31, 2016 and 2015, respectively | **1,176** | 1,172 |
| Additional paid-in capital | **1,780,350** | 1,762,394 |
| Accumulated deficit | **(322,563)** | (300,818) |
| Total stockholders' equity | **1,458,963** | 1,462,748 |
| Total liabilities and stockholders' equity | **$3,271,604** | $3,356,018 |

The accompanying notes are an integral part of these consolidated financial statements.

F - 3

**CORECIVIC, INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF OPERATIONS**
(in thousands, except per share amounts)

| | For the Years Ended December 31, | | |
|---|---|---|---|
| | **2016** | 2015 | 2014 |
| **REVENUES** | **$1,849,785** | $1,793,087 | $1,646,867 |
| **EXPENSES:** | | | |
| Operating | **1,275,586** | 1,256,128 | 1,156,135 |
| General and administrative | **107,027** | 103,936 | 106,429 |
| Depreciation and amortization | **166,746** | 151,514 | 113,925 |
| Restructuring charges | **4,010** | — | |
| Asset impairments | **—** | 955 | 30,082 |
| | **1,553,369** | 1,512,533 | 1,406,571 |
| **OPERATING INCOME** | **296,416** | 280,554 | 240,296 |
| **OTHER (INCOME) EXPENSE:** | | | |
| Interest expense, net | **67,755** | 49,696 | 39,535 |
| Expenses associated with debt refinancing transactions | **—** | 701 | — |
| Other (income) expense | **489** | (58) | (1,204) |
| | **68,244** | 50,339 | 38,331 |
| **INCOME BEFORE INCOME TAXES** | **228,172** | 230,215 | 201,965 |
| Income tax expense | **(8,253)** | (8,361) | (6,943) |
| **NET INCOME** | **$ 219,919** | $ 221,854 | $ 195,022 |
| **BASIC EARNINGS PER SHARE** | **$ 1.87** | $ 1.90 | $ 1.68 |
| **DILUTED EARNINGS PER SHARE** | **$ 1.87** | $ 1.88 | $ 1.66 |
| **DIVIDENDS DECLARED PER SHARE** | **$ 2.04** | $ 2.16 | $ 2.04 |

The accompanying notes are an integral part of these consolidated financial statements.

F - 4