# EXHIBIT I

**US Equity Research**
5 October 2015

| Company | Rating | Price | Target |
|---|---|---|---|
| REITs - Prison | | | |
| CXW-NYSE | Hold | US$29.25 | US$37.00 |
| GEO-NYSE | Buy | US$29.78 | US$43.00 |

Share price data as of Oct 2 2015

Ryan Meliker | Canaccord Genuity Inc. (US) | rmeliker@canaccordgenuity.com | 212.389.8094
Michael Kodesch | Canaccord Genuity Inc. (US) | mkodesch@canaccordgenuity.com | 212-389-8095

## Industry Overview

# Behind the Bars: Bi-Weekly Prison Update 10-5-15

*The Behind the Bars Prison Update is a bi-weekly report providing an update on current trends and relevant recent news on the private prison sector.*

We believe the private prison sector offers a unique blend of very defensive fundamentals with significant and accretive external growth potential. Investors have been growing increasingly worried about the impact of immigration and sentencing reform on operating performance. However, it is our view that while headline risk is a concern from a stock performance perspective, these are unwarranted concerns from an operating perspective. Additionally, GEO and CXW trade at wide discounts to the broader REIT sector. As such, we believe both stocks are poised to perform well. However, we prefer GEO's higher dividend yield (8.3% vs. CXW's 7.4%) and diversified business model.

**Proposition 47 Update (Page 2):** In 3Q, GEO saw an increase of 32 prisoners to 2,207 prisoners (+1.5%) in California. Over the same time frame, CXW saw total CA populations fall by 15%, which includes out-of-state population decreases of 1,326 prisoners to 6,123 (-18%). This compares with the expectation that California out-of-state populations will stabilize around 5,000 prisoners. Given several weeks of volatility, including weeks when the number of prisoners actually moves higher, we believe the effects of Prop 47 are less disruptive than initially expected. Furthermore, CXW management reiterated on the 2Q earnings call initial out-of-state decreases observed to-date were in-line to slightly better than originally expected.

**Top news this week (further details on page 3):**

• **Sentencing overhaul proposed in Senate with bipartisan backing** (10/1). Bipartisan agreement has been reached on reducing mandatory sentencing for non-violent crimes, but a formal bill is still a ways off. Potential impacts to GEO and CXW would be neutral to slightly negative given prisoner demographics but lower overall US prisoner count.

• **The GEO Group signs contract for the continued management of Northwest Detention Center** (9/10). 1,575 beds at a company-owned and managed facility were renewed at similar economics but termed out from 5 years to 9.5 years.

• **Minnesota's prison overcrowding raises a dreaded name: CCA** (9/30). Minnesota's prison capacity will force their hand into either spending $141M to build a new facility or reopen an idle CXW facility. We believe the reactivation of CXW's facility is the logical solution.

**Recent stock performance (Page 6):** Over the past two weeks, GEO's stock was down 4.7%, while CXW was down 7.9%. Over the same period, the RMZ was up 0.9%. In September, GEO was down 1.0%, while CXW was up 0.5%. This compares to the RMZ which was up 2.4% over the same time frame.

**Valuation (Page 6):** Both GEO and CXW have traded at a discount to the REIT sector since inception, averaging a 3.9x discount for CXW and a 3.7x discount for GEO. Currently, both companies are trading even wider than the historical averages, with CXW trading at a 5.6x discount while GEO trades at a 6.6x discount.

Canaccord Genuity is the global capital markets group of Canaccord Genuity Group Inc. (CF : TSX | CF. : LSE)
The recommendations and opinions expressed in this research report accurately reflect the research analyst's personal, independent and objective views about any and all the companies and securities that are the subject of this report discussed herein.
For important information, please see the Important Disclosures beginning on page 9 of this document.

# Proposition 47 update

**Background:**

- Passed on 11/4/2014
- Reduces certain drug possession felonies to misdemeanors.
- No immediate prisoner release. Allows people who are already serving a felony conviction for these crimes to petition for resentencing.
- Not all offenders can petition the court, including:
  - Sex offenses incl. rape, child molestation, and those registering as sex offenders
  - Murder, attempted murder, and solicitation to commit murder
  - Any serious violent crime punishable by a life sentence or death
- GEO has approx. 2,400 beds (5.1% of owned bed exposure, 3.0% of total beds) in-state for the CDCR.
- CXW has approximately 9,000 beds (15.8% of owned bed exposure, 11.9% of total beds) out-of-state contracted to the CDCR. CXW also leases about 2,500 beds (3.4% of total bed exposure) to Cal City Correctional Facility.

**Prisoner Population Statistics as of 9/16:**

For the week of 9/30, total in-state CDCR prisoner populations were 122,040, up 0.1% from the previous week and down 4.2% from the Prop 47 passing date, but up 0.5% in 3Q15. On an overall occupancy basis, in-state CDCR prisoners are now at 132.6% occupancy, which is down 5.8% from the 138.4% level seen at the passing of Prop 47. We note that current levels are comfortably within the federal population cap mandate of 137.5%. However, in 3Q, GEO saw an increase of 32 prisoners to 2,207 prisoners (+1.5%) Over the same time frame, CXW saw total California populations fall by 15%, which includes out-of-state population decreases of 1,326 prisoners to 6,123 (-18%). This compares with the expectation that California out-of-state populations will stabilize around 5,000 prisoners. Given several weeks of volatility, including weeks when the number of prisoners actually moves higher, we believe the effects of Prop 47 are less disruptive than initially expected. Furthermore, CXW management reiterated on the 2Q earnings call initial out-of-state decreases observed to-date were in-line to slightly better than originally expected.

**Figure 1: Proposition 47 by the numbers**

|  | Current | Prior Week |  | 3Q |  | Prop 47 Passing |  | 1 Yr ago |  |
|---|---|---|---|---|---|---|---|---|---|
|  | 9/30 | 9/23 | Chg. | Jul-15 | Chg. | Nov-14 | Chg. | Sep-14 | Chg. |
| **In-State** | **122,040** | **121,971** | **0.1%** | **121,472** | **0.5%** | **127,365** | **-4.2%** | **126,843** | **-3.8%** |
| Institutions/Camps | 115,699 | 115,595 | 0.1% | 114,986 | 0.6% | 120,699 | -4.1% | 120,237 | -3.8% |
| Percent Occupied | 132.6% | 132.4% | 0.2% | 131.7% | 0.9% | 138.4% | -5.8% | 137.9% | -5.3% |
| Total In-State Contract Beds | 6,341 | 6,376 | -0.5% | 6,486 | -2.2% | 6,666 | -4.9% | 6,606 | -4.0% |
| CCF Private (GEO) | 1,926 | 1,925 | 0.1% | 1,943 | -0.9% | 2,071 | -7.0% | 2,072 | -7.0% |
| CCF Public | 1,707 | 1,727 | -1.2% | 1,738 | -1.8% | 1,796 | -5.0% | 1,779 | -4.0% |
| California City CF (CXW) | 2,203 | 2,220 | -0.8% | 2,345 | -6.1% | 2,223 | -0.9% | 2,263 | -2.7% |
| McFarland (GEO) | 281 | 281 | 0.0% | 232 | 21.1% | 275 | 2.2% | 187 | 50.3% |
| **Out of State** | **6,123** | **6,270** | **-2.3%** | **7,449** | **-17.8%** | **8,680** | **-29.5%** | **8,812** | **-30.5%** |
| Arizona (CXW) | 3,063 | 3,097 | -1.1% | 3,311 | -7.5% | 3,562 | -14.0% | 3,641 | -15.9% |
| Mississippi (CXW) | 2,293 | 2,347 | -2.3% | 2,591 | -11.5% | 2,608 | -12.1% | 2,663 | -13.9% |
| Oklahoma (CXW) | 767 | 826 | -7.1% | 1,547 | -50.4% | 2,510 | -69.4% | 2,508 | -69.4% |
| **Total in-custody** | **128,163** | **128,241** | **-0.1%** | **128,921** | **-0.6%** | **136,045** | **-5.8%** | **135,655** | **-5.5%** |
| **Total CDCR Population** | **180,654** | **180,772** | **-0.1%** | **182,556** | **-1.0%** | **185,742** | **-2.7%** | **186,507** | **-3.1%** |

Source: California Department of Corrections & Rehabilitation

Case 3:16-cv-02267    Document 355-9    Filed 11/20/20    Page 3 of 13 PageID #: 12253

**Figure 2: California population statistics by entity**

|           | Total California | | GEO | | | CXW | | |
|           | Population | Post-Prop 47 Decline | Population | Post-Prop 47 Decline | QTD | Population | Post-Prop 47 Decline | QTD |
|-----------|------------|----------------------|------------|----------------------|-----|------------|----------------------|-----|
| October   | 136,045 | -       | 2,346 | -     | 1.4%  | 10,903 | -      | -0.8% |
| November  | 135,606 | -0.3%   | 2,349 | 0.1%  | 1.5%  | 10,984 | 0.7%   | -0.1% |
| December  | 134,431 | -1.2%   | 2,324 | -0.9% | 0.4%  | 11,010 | 1.0%   | 0.2%  |
| January   | 132,240 | -2.8%   | 2,224 | -5.2% | -4.3% | 10,831 | -0.7%  | -1.6% |
| February  | 130,920 | -3.8%   | 2,175 | -7.3% | -6.4% | 10,743 | -1.5%  | -2.4% |
| March     | 130,309 | -4.2%   | 2,224 | -5.2% | -4.3% | 10,586 | -2.9%  | -3.9% |
| April     | 129,813 | -4.6%   | 2,307 | -1.7% | 3.7%  | 9,307  | -14.6% | -12.1% |
| May       | 129,246 | -5.0%   | 2,262 | -3.6% | 1.7%  | 10,062 | -7.7%  | -4.9% |
| June      | 128,921 | -5.2%   | 2,175 | -7.3% | -2.2% | 9,794  | -10.2% | -7.5% |
| July      | 128,606 | -5.5%   | 2,145 | -8.6% | -1.4% | 9,256  | -15.1% | -5.5% |
| August    | 128,396 | -5.6%   | 2,171 | -7.5% | -0.2% | 8,907  | -18.3% | -9.1% |
| September | 128,163 | -5.8%   | 2,207 | -5.9% | 1.5%  | 8,326  | -23.6% | -15.0% |

Source: California Department of Corrections & Rehabilitation

# Recent prison news

Below are relevant Prison news articles over the past two weeks:

**Title: Sentencing Overhaul Proposed in Senate With Bipartisan Backing (10/1)**

**Summary:** Negotiations over the effectiveness and fairness of imprisoning nonviolent offenders saw bipartisan agreement in an effort to reform mandatory prison terms for such crimes. The final agreement happened on 10/1, which would allow young offenders to seal criminal records so that they are not haunted throughout life by mistakes made in their youth. This is a diversion from the legislation drive in the 1980s and 1990s to get tough on drug crime and halt the spread of crack cocaine. The new legislation looks to correct mandatory sentencing programs and federal sentencing requirements, which would reduce mandatory minimum sentencing to 5 years from 10, 20 years to 15, and the "three-strike penalty" from a life sentence to 25 years. The new legislation would also add mandatory sentencing for those convicted of interstate domestic violence or those providing weapons or materials to terrorists or to certain countries. If the authors wish to push legislation through this year, it will require an aggressive effort and decision by Sen. Mitch McConnell (R-Kentucky) and the majority leader to make the measure a priority. Full congressional consideration could also be kicked in 2016. Despite broad support for the legislation, the effort to work out the details slowed in the Senate, and some advocates and lawmakers worry that the negotiations would fall apart. Some tough-on-crime statements from Republican presidential candidates and a highly publicized increase in murders across the country also raised fears that the bill could stall, despite being aimed at non-violent crimes.

**Implications:** There's a lot to breakdown here, but here's our take:

- Sentencing reform here is aimed at non-violent, drug-related crimes. Based on our previous research, drug offenders do not make up a material amount of the prisoners at both GEO and CXW.

- With that being said, less prisoners in the system could potentially impact GEO and CXW down the road, as prisoners could be shuffled into less occupied government-run properties or lower level security facilities.

- While there is bipartisan agreement, the bill is still a ways off from being put into action. As noted by the article, there's a strong chance this gets kicked into 2016, especially given the looming budget decision and potential for government shutdown.

Case 3:16-cv-02267    Document 355-9    Filed 11/20/20    Page 4 of 13 PageID #: 12254

- Moreover, crime rates, specifically murders, have increased throughout the US as noted by the article, which could weigh on the bill despite the bill's focus on non-violent crimes.

**Source:** NY Times, (http://www.nytimes.com/2015/10/02/us/politics/senate-plan-to-ease-sentencing-laws.html?_r=0)

**Title: The GEO Group Signs Contract for the Continued Management of Northwest Detention Center (10/1)**

**Summary:** GEO announced the signing of a renewal contract with ICE for the continued management of the owned, 1,575-bed Northwest Detention Center in Tacoma, Washington for a 9-year term and six months inclusive of renewal options. At full occupancy, the detention center is expected to generate roughly $57M in annualized revenues.

**Implications:** ICE continues to add beds to its arsenal to meet the needs of immigrant detention in the US, and GEO retains one of the strongest relationships with the agency amongst prison operators. We note that this is simply a renewal of a pre-existing contract and that the economics were similar to the previous contract, with the biggest change being an extended term from 5 to 9.5 years. As such, the FFO-impact is minimal if any at all. However, every renewal or new contract that hits the tape, we reiterate the stability of the business and the public's growing dependence on private operators to provide a backlog of capacity.

**Source:** Business Wire, (http://www.businesswire.com/news/home/20151001005937/en/GEO-Group-Signs-Contract-Continued-Management-Northwest#.Vg59xys0NSM)

**Title: Minnesota's Prison Overcrowding Raises a Dreaded Name: CCA (9/30)**

**Summary:** Minnesota prison capacity is currently being stretched to its limits, as 516 inmates have recently been shipped to county jails. The city is now looking at a decision between building a new facility in Rush City for $141M, or potentially reopening the idle private prison in Appleton owned by Corrections Corporation of America (NYSE: CXW | HOLD). Initial reads from Sen. Scott Newman (R-Hutchinson) have leaned against recommissioning the CXW property, but he's on record for favorably viewing the taxpayer savings that come with leasing space in Appleton. The article moves on to state that in the 1990s, the DOC was against for-profit prisons, but nowadays contracts with these companies for a variety of service including laundry, food, and healthcare.

**Implications:** Overcrowding continues to be an issue throughout the US, and Minnesota is the next state to experience the necessity for more capacity. While the article makes several references to past incidents involving CCA's operations, we make a couple of important notes. First, the CCA that the article references was an entirely different company with an entirely different management team than the publicly traded CXW that exists today. Next, we note that ==prison incidents are no stranger to both public and private operators, it's simply an issue of the environment prison life unfortunately propagates==. Finally, with ever-dwindling budgets, we believe the commitment of building an entirely new project (which could take many months, if not years), as well as the capital devoted to such an endeavor, is very burdensome to a jurisdiction. With CXW's quality in operations and simply writing a monthly lease payment, it's far easier to flip a switch to turn the lights back on in order to alieve the capacity issues.

**Source:** Citypages.com, (http://www.citypages.com/news/minnesotas-prison-overcrowding-raises-a-dreaded-name-cca-7707688)

Case 3:16-cv-02267    Document 355-9    Filed 11/20/20    Page 5 of 13 PageID #: 12255



# Criminal Alien Requirement (CAR)

**What is a CAR contract:**
CAR contracts are fixed price, performance-based service contracts, for the management and operation of correctional facilities. First issued in 1999. Primarily housing low-security, non-U.S. citizen male inmates in BOP custody.

**Why do we care:**
- During 2Q15, proposals across the prison space were submitted for CAR-16, a procurement for 10,800 beds focused on the renewal of existing contracts of CAR facilities operating in Texas as well as expansion into Nevada, Arizona, New Mexico, Texas, Oklahoma, Louisiana, and Mississippi.
- The procurements are expected to be awarded in late 2016, with those facilities turning operational in early to mid-2017.
- Given that a company can only submit an RFP for up to 1,700 beds, GEO is submitting two separate RFPs for its Big Spring facility. GEO believes that this gives the company an advantage over other operators as their two facilities can fulfill two full procurements.
- CXW has added flexibility in the procurement, as the company currently houses out-of-state prisoners in its Mississippi and Oklahoma facilities. Both states are eligible to receive out-of-state prisoners as mandated by CAR-16.

**Figure 3: GEO and CXW CAR Facilities**

| Facility | Location | Type | Beds | Contract Renewal Date | Est. Annualized FFO/sh. Contribution | % Exposure to Owned Beds | % Exposure to 2015E FFO |
|---|---|---|---|---|---|---|---|
| **GEO Facilities with Renewal Risk** | | | | | | | |
| Big Spring Correctional Facility | Big Spring, TX | Owned | 3,500 | April 2017 | $0.34 | 7.5% | 12.4% |
| Reeves County Detention Complex | Reeves County, TX | Managed | 3,600 | February 2017 | $0.06 | NA | 2.1% |
| **GEO - Other CAR Facilities** | | | | | | | |
| D. Ray James Correctional Facility | Folkston, GA | Owned | 2,850 | October 2016 | $0.29 | 6.1% | 10.8% |
| Moshannon Valley Correctional Facility | Phillipsburg, PA | Owned | 1,820 | April 2016 | $0.19 | 3.9% | 6.9% |
| Rivers Correctional Institution | Winston, NC | Owned | 1,450 | April 2017 | $0.15 | 3.1% | 5.5% |
| **CXW Facilities with Renewal Risk** | | | | | | | |
| Eden Detention Center | Eden, TX | Owned | 1,422 | April 2017 | $0.10 | 2.5% | 3.8% |
| **CXW - Other CAR Facilities** | | | | | | | |
| Adams County Correctional | Natchez, MS | Owned | 2,232 | July 2017 | $0.16 | 3.9% | 5.9% |
| Cibola Correctional Facility | Milan, MS | Owned | 1,129 | September 2016 | $0.08 | 2.0% | 3.0% |
| McRae Correctional Facility | McRae, GA | Owned | 1,978 | November 2016 | $0.14 | 3.5% | 5.2% |
| Northeast Ohio Correctional Facility | Youngstown, OH | Owned | 2,016 | December 2016 | $0.14 | 3.5% | 5.3% |

Source: Company Reports, Canaccord Genuity estimates


# Valuation and stock performance

**Figure 4: Recent stock performance**

| Ticker | Rating | Price Target | Current Price | PT Upside | Div. Yield | Week | 2 Weeks | September | 3Q | YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| CXW | HOLD | $37 | $29.25 | 26% | 7.4% | -4.7% | -7.9% | 0.5% | -10.7% | -19.5% |
| GEO | BUY | $43 | $29.78 | 44% | 8.3% | -2.4% | -4.7% | -1.0% | -12.9% | -26.2% |
| RMZ | | | $1,053.83 | | | 1.2% | 0.9% | 2.4% | 1.0% | -5.7% |
| S&P500 | | | $1,951.36 | | | 1.0% | -0.3% | -2.6% | -6.9% | -5.2% |

Source: Company Reports, Canaccord Genuity estimates
Past performance does not predict future results

**Figure 5: FFO multiples, historically**



Source: SNL, FactSet, Canaccord Genuity estimates
Past performance does not predict future results

**Figure 6: FFO multiples, discounts to REIT sector**



Source: SNL, FactSet, Canaccord Genuity estimates
Past performance does not predict future results

Case 3:16-cv-02267   Document 355-9   Filed 11/20/20   Page 7 of 13 PageID #: 12257

Figure 7: Prison comparable companies

| Ticker | Rating | Price Target | Price 10/2/15 | TTM Total Rtn | Div Yield | 15E FFO Payout | Diluted Market Cap (mm) | EV (mm) | Recurring 2014 FFO* Actual | Recurring 2015 FFO* CG | Recurring 2015 FFO* Cons. | Recurring 2016 FFO* CG | Recurring 2016 FFO* Cons. | FFO* Growth (%) 2015E | FFO* Growth (%) 2016E | P/FFO* Multiple 2015E | P/FFO* Multiple 2016E | P/FFO* Multiple LR Avg | Debt + Pref/ Tot. MCap | Net Debt + Pref/ EBITDA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CXW | HOLD | $37.00 | $29.25 | -9% | 7.4% | 80% | $3,431 | $4,557 | $2.65 | $2.69 | $2.70 | $2.72 | $2.61 | 2% | 1% | 10.9x | 10.7x | 12.9x | 26% | 2.9x |
| GEO | BUY | $43.00 | $29.78 | -14% | 8.3% | 91% | $2,197 | $3,756 | $2.71 | $2.72 | $2.69 | $3.01 | $3.01 | -1% | 10% | 10.9x | 9.9x | 13.3x | 42% | 4.5x |
| EDR | | | $33.27 | 13% | 4.4% | 82% | $1,597 | $2,273 | $1.86 | | $1.80 | | $2.02 | -3% | 12% | 18.5x | 16.4x | 18.6x | 31% | 7.0x |
| GOV | | | $16.17 | -20% | 10.6% | 73% | $1,136 | $2,200 | $2.21 | | $2.36 | | $2.34 | 7% | -1% | 6.9x | 6.9x | 15.8x | 49% | 2.0x |
| OFC | | | $21.05 | -14% | 5.2% | 55% | $1,982 | $4,274 | $1.69 | | $2.02 | | $2.10 | 19% | 4% | 10.4x | 10.0x | 12.6x | 54% | 7.6x |
| WM | | | $50.53 | 11% | 3.0% | | $23,143 | $30,669 | $2.48 | | $2.49 | | $2.69 | 0% | 8% | 20.3x | 18.8x | 16.7x | 28% | 2.2x |
| Weighted Avg. | | | | -8% | 4.5% | 76% | | | | | | | | | | 17.1x | 15.9x | 15.8x | 32% | 3.1x |

Source: SNL, FactSet, Canaccord Genuity estimates

### GEO valuation

Our $43 year-end 2015 price target is based on our discounted cash flow analysis, which assumes a 10% cost of equity and a 2% terminal growth rate. Our valuation implies a 12.0x 2015E Recurring FFO multiple, which we believe is reasonable given the company's historical valuation and the current valuations of GEO's comp set.

### GEO investment risks

- Deterioration in per-diems and occupancy levels driven by increased levels of competitive supply or deteriorating demand would likely negatively impact valuation and investor sentiment.
- Secondary offerings are possible and often result in earnings dilution as REITs must distribute 90% of taxable income to shareholders by law.
- Expense pressure could cause NOI results to lag investor expectations.
- Development delays or cost overruns could materially impact near-term investor expectations.

### GEO company description

The GEO Group, Inc. is a fully-integrated real estate investment trust ("REIT") specializing in the ownership, leasing and management of correctional, detention and re-entry facilities and the provision of community-based services and youth services in the United States, Australia, South Africa, the United Kingdom and Canada. GEO owns, leases and operates a broad range of correctional and detention facilities including maximum, medium and minimum security prisons, immigration detention centers, minimum security detention centers, as well as community based re-entry facilities. As of December 31, 2014, GEO's worldwide operations including the management and/or ownership of approximately 79,000 beds at 98 correctional, detention and community based facilities, including idle facilities and projects under development, and also included the provision of monitoring of more than 70,000 offenders in community-based environments on behalf of approximately 900 federal, state and local correctional agencies located in all 50 states.

### CXW valuation

Our $37 year-end 2015 price target is based on our discounted cash flow analysis, which assumes a 10% cost of equity and a 2% terminal growth rate. Our valuation implies a 14.1x 2015E Recurring AFFO multiple, which we believe is reasonable given the company's historical valuation and the current valuations of CXW's comp set.

### CXW investment risks

- Deterioration in per-diems and occupancy levels driven by increased levels of competitive supply or deteriorating demand would likely negatively impact valuation and investor sentiment.
- Secondary offerings are possible and often result in earnings dilution as REITs must distribute 90% of taxable income to shareholders by law.
- Expense pressure could cause NOI results to lag investor expectations.
- Development delays or cost overruns could materially impact near-term investor expectations.


### CXW company description

Corrections Corporation of America (together with its subsidiaries, the "Company" or "CCA") is the nation's largest owner of privatized correctional and detention facilities and one of the largest prison operators in the United States. CCA is a Real Estate Investment Trust ("REIT") specializing in owning, operating and managing prisons and other correctional facilities and providing residential, community re-entry, and prisoner transportation services for governmental agencies. In addition to providing fundamental residential services, CCA's facilities offer a variety of rehabilitation and educational programs, including basic education, faith-based services, life skills and employment training, and substance abuse treatment. As of March 31, 2015, CCA owned or controlled 50 correctional and detention facilities, and managed an additional 12 facilities owned by its government partners, with a total design capacity of approximately 81,500 beds in 19 states and the District of Columbia.



# Appendix: Important Disclosures

**Analyst Certification**

Each authoring analyst of Canaccord Genuity whose name appears on the front page of this research hereby certifies that (i) the recommendations and opinions expressed in this research accurately reflect the authoring analyst's personal, independent and objective views about any and all of the designated investments or relevant issuers discussed herein that are within such authoring analyst's coverage universe and (ii) no part of the authoring analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the authoring analyst in the research.

Analysts employed outside the US are not registered as research analysts with FINRA. These analysts may not be associated persons of Canaccord Genuity Inc. and therefore may not be subject to the NASD Rule 2711 and NYSE Rule 472 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

**Target Price / Valuation Methodology:**

Corrections Corporation of America - CXW

Our $37 year-end 2015 price target is based on a discounted cash flow analysis, which assumes a 10% cost of equity and a 2% terminal growth rate. Our 10% cost of equity is derived using CAPM methodology with the company's Beta calculated over the past two years of trading.

The GEO Group - GEO

Our $43 year-end 2015 price target is based on a discounted cash flow analysis, which assumes a 10% cost of equity and a 2% terminal growth rate. Our 10% cost of equity is derived using CAPM methodology with the company's Beta calculated over the past two years of trading.

**Risks to achieving Target Price / Valuation:**

Corrections Corporation of America - CXW

1. Deterioration in per-diems and occupancy levels driven by increased levels of competitive supply or deteriorating demand would likely negatively impact valuation and investor sentiment.
2. Secondary offerings are possible and often result in earnings dilution as REITs must distribute 90% of taxable income to shareholders by law.
3. Expense pressure could cause NOI results to lag investor expectations.
4. Development delays or cost overruns could materially impact near-term investor expectations.

The GEO Group - GEO

1. Deterioration in per-diems and occupancy levels driven by increased levels of competitive supply or deteriorating demand would likely negatively impact valuation and investor sentiment.
2. Secondary offerings are possible and often result in earnings dilution as REITs must distribute 90% of taxable income to shareholders by law.
3. Expense pressure could cause NOI results to lag investor expectations.
4. Development delays or cost overruns could materially impact near-term investor expectations.

**Distribution of Ratings:**

**Global Stock Ratings (as of 10/05/15)**

| Rating | Coverage Universe | | IB Clients |
|---|---|---|---|
| | # | % | % |
| Buy | 623 | 63.06% | 31.78% |
| Hold | 277 | 28.04% | 12.27% |
| Sell | 28 | 2.83% | 3.57% |
| Speculative Buy | 60 | 6.07% | 56.67% |
| | 988* | 100.0% | |

*Total includes stocks that are Under Review

**Canaccord Genuity Ratings System**

**BUY**: The stock is expected to generate risk-adjusted returns of over 10% during the next 12 months.

**HOLD**: The stock is expected to generate risk-adjusted returns of 0-10% during the next 12 months.

**SELL**: The stock is expected to generate negative risk-adjusted returns during the next 12 months.



**NOT RATED:** Canaccord Genuity does not provide research coverage of the relevant issuer.

"Risk-adjusted return" refers to the expected return in relation to the amount of risk associated with the designated investment or the relevant issuer.

### Risk Qualifier

**SPECULATIVE**: Stocks bear significantly higher risk that typically cannot be valued by normal fundamental criteria. Investments in the stock may result in material loss.

### Canaccord Genuity Company-Specific Disclosures (as of date of this publication)

Canaccord Genuity or one or more of its affiliated companies is a market maker or liquidity provider in the securities of The GEO Group or in any related derivatives.

Canaccord Genuity or one or more of its affiliated companies intend to seek or expect to receive compensation for Corporate Finance/Investment Banking services from Corrections Corporation of America and The GEO Group in the next six months.

An analyst has visited the material operations of The GEO Group. No payment was received for the related travel costs.





### Online Disclosures

Up-to-date disclosures may be obtained at the following website (provided as a hyperlink if this report is being read electronically) http://disclosures.canaccordgenuity.com/EN/Pages/default.aspx; or by sending a request to Canaccord Genuity Corp. Research, Attn: Disclosures, P.O. Box 10337 Pacific Centre, 2200-609 Granville Street, Vancouver, BC, Canada V7Y 1H2; or by sending a request by email to disclosures@canaccordgenuity.com. The reader may also obtain a copy of Canaccord Genuity's policies and procedures regarding the dissemination of research by following the steps outlined above.

Case 3:16-cv-02267    Document 355-9    Filed 11/20/20    Page 11 of 13 PageID #: 12261


## General Disclosures

"Canaccord Genuity" is the business name used by certain wholly owned subsidiaries of Canaccord Genuity Group Inc., including Canaccord Genuity Inc., Canaccord Genuity Limited, Canaccord Genuity Corp., and Canaccord Genuity (Australia) Limited, an affiliated company that is 50%-owned by Canaccord Genuity Group Inc.

The authoring analysts who are responsible for the preparation of this research are employed by Canaccord Genuity Corp. a Canadian broker-dealer with principal offices located in Vancouver, Calgary, Toronto, Montreal, or Canaccord Genuity Inc., a US broker-dealer with principal offices located in New York, Boston, San Francisco and Houston, or Canaccord Genuity Limited., a UK broker-dealer with principal offices located in London (UK) and Dublin (Ireland), or Canaccord Genuity (Australia) Limited, an Australian broker-dealer with principal offices located in Sydney and Melbourne.

The authoring analysts who are responsible for the preparation of this research have received (or will receive) compensation based upon (among other factors) the Corporate Finance/Investment Banking revenues and general profits of Canaccord Genuity. However, such authoring analysts have not received, and will not receive, compensation that is directly based upon or linked to one or more specific Corporate Finance/Investment Banking activities, or to recommendations contained in the research.

Canaccord Genuity and its affiliated companies may have a Corporate Finance/Investment Banking or other relationship with the issuer that is the subject of this research and may trade in any of the designated investments mentioned herein either for their own account or the accounts of their customers, in good faith or in the normal course of market making. Accordingly, Canaccord Genuity or their affiliated companies, principals or employees (other than the authoring analyst(s) who prepared this research) may at any time have a long or short position in any such designated investments, related designated investments or in options, futures or other derivative instruments based thereon.

Some regulators require that a firm must establish, implement and make available a policy for managing conflicts of interest arising as a result of publication or distribution of research. This research has been prepared in accordance with Canaccord Genuity's policy on managing conflicts of interest, and information barriers or firewalls have been used where appropriate. Canaccord Genuity's policy is available upon request.

The information contained in this research has been compiled by Canaccord Genuity from sources believed to be reliable, but (with the exception of the information about Canaccord Genuity) no representation or warranty, express or implied, is made by Canaccord Genuity, its affiliated companies or any other person as to its fairness, accuracy, completeness or correctness. Canaccord Genuity has not independently verified the facts, assumptions, and estimates contained herein. All estimates, opinions and other information contained in this research constitute Canaccord Genuity's judgement as of the date of this research, are subject to change without notice and are provided in good faith but without legal responsibility or liability.

Canaccord Genuity's salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies to our clients and our proprietary trading desk that reflect opinions that are contrary to the opinions expressed in this research. Canaccord Genuity's affiliates, principal trading desk, and investing businesses may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

This research is provided for information purposes only and does not constitute an offer or solicitation to buy or sell any designated investments discussed herein in any jurisdiction where such offer or solicitation would be prohibited. As a result, the designated investments discussed in this research may not be eligible for sale in some jurisdictions. This research is not, and under no circumstances should be construed as, a solicitation to act as a securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. This material is prepared for general circulation to clients and does not have regard to the investment objectives, financial situation or particular needs of any particular person. Investors should obtain advice based on their own individual circumstances before making an investment decision. To the fullest extent permitted by law, none of Canaccord Genuity, its affiliated companies or any other person accepts any liability whatsoever for any direct or consequential loss arising from or relating to any use of the information contained in this research.

**For Canadian Residents:**

This research has been approved by Canaccord Genuity Corp., which accepts sole responsibility for this research and its dissemination in Canada. Canaccord Genuity Corp. is registered and regulated by the Investment Industry Regulatory Organization of Canada (IIROC) and is a Member of the Canadian Investor Protection Fund. Canadian clients wishing to effect transactions in any designated investment discussed should do so through a qualified salesperson of Canaccord Genuity Corp. in their particular province or territory.

**For United States Residents:**

Canaccord Genuity Inc., a US registered broker-dealer, accepts responsibility for this research and its dissemination in the United States. This research is intended for distribution in the United States only to certain US institutional investors. US clients wishing to effect transactions in any designated investment discussed should do so through a qualified salesperson of Canaccord Genuity Inc. Analysts employed outside the US, as specifically indicated elsewhere in this report, are not registered as research analysts with FINRA. These analysts may not be associated persons of Canaccord Genuity Inc. and therefore may not be subject to the NASD Rule 2711 and NYSE Rule 472 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

**For United Kingdom and European Residents:**

Case 3:16-cv-02267   Document 355-9   Filed 11/20/20   Page 12 of 13 PageID #: 12262



This research is distributed in the United Kingdom and elsewhere Europe, as third party research by Canaccord Genuity Limited, which is authorized and regulated by the Financial Conduct Authority. This research is for distribution only to persons who are Eligible Counterparties or Professional Clients only and is exempt from the general restrictions in section 21 of the Financial Services and Markets Act 2000 on the communication of invitations or inducements to engage in investment activity on the grounds that it is being distributed in the United Kingdom only to persons of a kind described in Article 19(5) (Investment Professionals) and 49(2) (High Net Worth companies, unincorporated associations etc) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (as amended). It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons. This material is not for distribution in the United Kingdom or elsewhere in Europe to retail clients, as defined under the rules of the Financial Conduct Authority.

**For Jersey, Guernsey and Isle of Man Residents:**

This research is sent to you by Canaccord Genuity Wealth (International) Limited (CGWI) for information purposes and is not to be construed as a solicitation or an offer to purchase or sell investments or related financial instruments. This research has been produced by an affiliate of CGWI for circulation to its institutional clients and also CGWI. Its contents have been approved by CGWI and we are providing it to you on the basis that we believe it to be of interest to you. This statement should be read in conjunction with your client agreement, CGWI's current terms of business and the other disclosures and disclaimers contained within this research. If you are in any doubt, you should consult your financial adviser.

CGWI is licensed and regulated by the Guernsey Financial Services Commission, the Jersey Financial Services Commission and the Isle of Man Financial Supervision Commission. CGWI is registered in Guernsey and is a wholly owned subsidiary of Canaccord Genuity Group Inc.

**For Australian Residents:**

This research is distributed in Australia by Canaccord Genuity (Australia) Limited ABN 19 075 071 466 holder of AFS Licence No 234666. To the extent that this research contains any advice, this is limited to general advice only. Recipients should take into account their own personal circumstances before making an investment decision. Clients wishing to effect any transactions in any financial products discussed in the research should do so through a qualified representative of Canaccord Genuity (Australia) Limited. Canaccord Genuity Wealth Management is a division of Canaccord Genuity (Australia) Limited.

**For Singapore Residents:**

This research is distributed pursuant to 32C of the Financial Advisers under an arrangement between each of the Canaccord Genuity entities that publish research and Canaccord Genuity Singapore Pte. Ltd who is an exempt financial adviser under section 23(1)(d) of the Financial Advisers Act. This research is only intended for persons who fall within the definition of accredited investor, expert investor or institutional investor as defined under section 4A of the Securities and Futures Act. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons. Recipients of this report can contact Canaccord Genuity Singapore Pte. Ltd. (Contact Tel: +65 6854 6150) in respect of any matters arising from, or in connection with, the research.

**For Hong Kong Residents:**

This research is distributed in Hong Kong by Canaccord Genuity (Hong Kong) Limited which is licensed by the Securities and Futures Commission. This research is only intended for persons who fall within the definition of professional investor as defined in the Securities and Futures Ordinance. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons. Recipients of this report can contact Canaccord Genuity (Hong Kong) Limited. (Contact Tel: +852 3919 2561) in respect of any matters arising from, or in connection with, this research.

**Additional information is available on request.**

Copyright © Canaccord Genuity Corp. 2015 . – Member IIROC/Canadian Investor Protection Fund

Copyright © Canaccord Genuity Limited 2015 . – Member LSE, authorized and regulated by the Financial Conduct Authority.

Copyright © Canaccord Genuity Inc. 2015 . – Member FINRA/SIPC

Copyright © Canaccord Genuity (Australia) Limited 2015 . – Participant of ASX Group, Chi-x Australia and of the NSX. Authorized and regulated by ASIC.

All rights reserved. All material presented in this document, unless specifically indicated otherwise, is under copyright to Canaccord Genuity Corp., Canaccord Genuity Limited, Canaccord Genuity Inc or Canaccord Genuity Group Inc. None of the material, nor its content, nor any copy of it, may be altered in any way, or transmitted to or distributed to any other party, without the prior express written permission of the entities listed above.