# EXHIBIT K

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

———————————

# FORM 10-Q

———————————

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

FOR THE QUARTERLY PERIOD ENDED: JUNE 30, 2016

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

FOR THE TRANSITION PERIOD FROM _____ TO _____

COMMISSION FILE NUMBER: 001-16109

———————————

# CORRECTIONS CORPORATION OF AMERICA
(Exact name of registrant as specified in its charter)

———————————

| **MARYLAND** | **62-1763875** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |

**10 BURTON HILLS BLVD., NASHVILLE, TENNESSEE 37215**
(Address and zip code of principal executive offices)

**(615) 263-3000**
(Registrant's telephone number, including area code)

———————————

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.    Yes ☒    No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).    Yes ☒    No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See definitions of "large accelerated filer", "accelerated filer", and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer | ☒ | Accelerated filer | ☐ |
|---|---|---|---|
| Non-accelerated filer | ☐ (Do not check if a smaller reporting company) | Smaller reporting company | ☐ |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).    Yes ☐    No ☒

Indicate the number of shares outstanding of each class of Common Stock as of July 29, 2016:

Shares of Common Stock, $0.01 par value per share: 117,522,538 shares outstanding.

CORRECTIONS CORPORATION OF AMERICA

FORM 10-Q

FOR THE QUARTERLY PERIOD ENDED JUNE 30, 2016

INDEX

|  |  | PAGE |
|---|---|---|
| **PART 1 – FINANCIAL INFORMATION** | | |
| Item 1. | Financial Statements | |
| a) | Consolidated Balance Sheets (Unaudited) as of June 30, 2016 and December 31, 2015 | 1 |
| b) | Consolidated Statements of Operations (Unaudited) for the three and six months ended June 30, 2016 and 2015 | 2 |
| c) | Consolidated Statements of Cash Flows (Unaudited) for the six months ended June 30, 2016 and 2015 | 3 |
| d) | Consolidated Statement of Stockholders' Equity (Unaudited) for the six months ended June 30, 2016 | 4 |
| e) | Consolidated Statement of Stockholders' Equity (Unaudited) for the six months ended June 30, 2015 | 5 |
| f) | Notes to Consolidated Financial Statements (Unaudited) | 6 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 31 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | 58 |
| Item 4. | Controls and Procedures | 58 |
| **PART II – OTHER INFORMATION** | | |
| Item 1. | Legal Proceedings | 60 |
| Item 1A. | Risk Factors | 60 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 60 |
| Item 3. | Defaults Upon Senior Securities | 60 |
| Item 4. | Mine Safety Disclosures | 60 |
| Item 5. | Other Information | 60 |
| Item 6. | Exhibits | 61 |
| **SIGNATURES** | | 62 |

## PART I – FINANCIAL INFORMATION

### ITEM 1. – FINANCIAL STATEMENTS.

**CORRECTIONS CORPORATION OF AMERICA AND SUBSIDIARIES**
**CONSOLIDATED BALANCE SHEETS**
(UNAUDITED AND AMOUNTS IN THOUSANDS, EXCEPT PER SHARE AMOUNTS)

|  | June 30, 2016 | December 31, 2015 |
|---|---:|---:|
| **ASSETS** |  |  |
| Cash and cash equivalents | $ 70,843 | $ 65,291 |
| Restricted cash | — | 877 |
| Accounts receivable, net of allowance of $1,645 and $459, respectively | 221,427 | 234,456 |
| Prepaid expenses and other current assets | 32,995 | 41,434 |
| Total current assets | 325,265 | 342,058 |
| Property and equipment, net | 2,870,150 | 2,883,060 |
| Restricted cash | 218 | 131 |
| Investment in direct financing lease | — | 684 |
| Goodwill | 38,415 | 35,557 |
| Non-current deferred tax assets | 7,774 | 9,824 |
| Other assets | 85,928 | 84,704 |
| Total assets | $3,327,750 | $ 3,356,018 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** |  |  |
| Accounts payable and accrued expenses | $ 332,859 | $ 317,675 |
| Income taxes payable | 1,139 | 1,920 |
| Current portion of long-term debt | 7,500 | 5,000 |
| Total current liabilities | 341,498 | 324,595 |
| Long-term debt, net | 1,448,142 | 1,447,077 |
| Deferred revenue | 45,608 | 63,289 |
| Other liabilities | 47,875 | 58,309 |
| Total liabilities | 1,883,123 | 1,893,270 |
| Commitments and contingencies |  |  |
| Preferred stock – $0.01 par value; 50,000 shares authorized; none issued and outstanding at June 30, 2016 and December 31, 2015, respectively | — | — |
| Common stock – $0.01 par value; 300,000 shares authorized; 117,520 and 117,232 shares issued and outstanding at June 30, 2016 and December 31, 2015, respectively | 1,175 | 1,172 |
| Additional paid-in capital | 1,768,321 | 1,762,394 |
| Accumulated deficit | (324,869) | (300,818) |
| Total stockholders' equity | 1,444,627 | 1,462,748 |
| Total liabilities and stockholders' equity | $3,327,750 | $ 3,356,018 |

The accompanying notes are an integral part of these consolidated financial statements.

**CORRECTIONS CORPORATION OF AMERICA AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF OPERATIONS**
(UNAUDITED AND AMOUNTS IN THOUSANDS, EXCEPT PER SHARE AMOUNTS)

|  | For the Three Months Ended June 30, | | For the Six Months Ended June 30, | |
|---|---:|---:|---:|---:|
|  | 2016 | 2015 | 2016 | 2015 |
| **REVENUES** | $ 463,331 | $ 459,295 | $ 910,716 | $ 885,295 |
| **EXPENSES:** | | | | |
|   Operating | 316,446 | 318,035 | 630,364 | 618,697 |
|   General and administrative | 27,364 | 23,107 | 53,844 | 49,979 |
|   Depreciation and amortization | 42,345 | 38,400 | 84,404 | 67,085 |
|   Asset impairments | — | — | — | 955 |
|  | 386,155 | 379,542 | 768,612 | 736,716 |
| **OPERATING INCOME** | 77,176 | 79,753 | 142,104 | 148,579 |
| **OTHER EXPENSE:** | | | | |
|   Interest expense, net | 16,796 | 11,761 | 34,340 | 21,951 |
|   Other expense | 132 | 36 | 49 | 10 |
|  | 16,928 | 11,797 | 34,389 | 21,961 |
| **INCOME BEFORE INCOME TAXES** | 60,248 | 67,956 | 107,715 | 126,618 |
|   Income tax expense | (2,665) | (2,653) | (3,825) | (4,038) |
| **NET INCOME** | $ 57,583 | $ 65,303 | $ 103,890 | $ 122,580 |
| **BASIC EARNINGS PER SHARE** | $ 0.49 | $ 0.56 | $ 0.89 | $ 1.05 |
| **DILUTED EARNINGS PER SHARE** | $ 0.49 | $ 0.55 | $ 0.88 | $ 1.04 |
| **DIVIDENDS DECLARED PER SHARE** | $ 0.54 | $ 0.54 | $ 1.08 | $ 1.08 |

The accompanying notes are an integral part of these consolidated financial statements.

2

**CORRECTIONS CORPORATION OF AMERICA AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
(UNAUDITED AND AMOUNTS IN THOUSANDS)

|  | For the Six Months Ended June 30, | |
|---|---:|---:|
|  | **2016** | 2015 |
| **CASH FLOWS FROM OPERATING ACTIVITIES:** | | |
| Net income | $ 103,890 | $ 122,580 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | |
| Depreciation and amortization | 84,404 | 67,085 |
| Asset impairments | — | 955 |
| Amortization of debt issuance costs and other non-cash interest | 1,577 | 1,552 |
| Deferred income taxes | 2,050 | 2,611 |
| Non-cash revenue and other income | (2,204) | (991) |
| Income tax benefit of equity compensation | (25) | (475) |
| Non-cash equity compensation | 7,873 | 7,708 |
| Other expenses and non-cash items | 2,192 | 2,213 |
| Changes in assets and liabilities, net: | | |
| Accounts receivable, prepaid expenses and other assets | 22,079 | 6,124 |
| Accounts payable, accrued expenses and other liabilities | (7,754) | 5,692 |
| Income taxes payable | (756) | 193 |
| Net cash provided by operating activities | 213,326 | 215,247 |
| **CASH FLOWS FROM INVESTING ACTIVITIES:** | | |
| Expenditures for facility development and expansions | (18,725) | (112,548) |
| Expenditures for other capital improvements | (20,695) | (25,889) |
| Capitalized lease payments | — | (24,592) |
| Acquisition of businesses, net of cash acquired | (43,618) | — |
| Decrease in restricted cash | 240 | 603 |
| Proceeds from sale of assets | 8,192 | 57 |
| Decrease in other assets | 833 | 1,922 |
| Payments received on direct financing lease and notes receivable | 1,231 | 1,091 |
| Net cash used in investing activities | (72,542) | (159,356) |
| **CASH FLOWS FROM FINANCING ACTIVITIES:** | | |
| Proceeds from issuance of debt | 201,000 | 160,000 |
| Principal repayments of debt | (198,500) | (122,000) |
| Payment of debt issuance and other refinancing and related costs | (68) | (134) |
| Payment of lease obligations | (6,702) | — |
| Contingent consideration for acquisition of businesses | (1,073) | — |
| Dividends paid | (128,550) | (124,261) |
| Income tax benefit of equity compensation | 25 | 475 |
| Purchase and retirement of common stock | (3,947) | (9,432) |
| Decrease in restricted cash for dividends | 550 | 500 |
| Proceeds from exercise of stock options | 2,033 | 5,637 |
| Net cash used in financing activities | (135,232) | (89,215) |
| **NET INCREASE (DECREASE) IN CASH AND CASH EQUIVALENTS** | 5,552 | (33,324) |
| **CASH AND CASH EQUIVALENTS, beginning of period** | 65,291 | 74,393 |
| **CASH AND CASH EQUIVALENTS, end of period** | $ 70,843 | $ 41,069 |
| **SUPPLEMENTAL DISCLOSURES OF CASH FLOW INFORMATION:** | | |
| Cash paid during the period for: | | |
| Interest (net of amounts capitalized of $164 and $2,792 in 2016 and 2015, respectively) | $ 28,655 | $ 18,609 |
| Income taxes paid (refunded) | $ (10,520) | $ 6,706 |

The accompanying notes are an integral part of these consolidated financial statements.

## CORRECTIONS CORPORATION OF AMERICA AND SUBSIDIARIES
## CONSOLIDATED STATEMENT OF STOCKHOLDERS' EQUITY
## FOR THE SIX MONTHS ENDED JUNE 30, 2016
### (UNAUDITED AND AMOUNTS IN THOUSANDS)

|  | Common Stock Shares | Par Value | Additional Paid-in Capital | Accumulated Deficit | Total Stockholders' Equity |
|---|---|---|---|---|---|
| Balance as of December 31, 2015 | 117,232 | $ 1,172 | $ 1,762,394 | $ (300,818) | $ 1,462,748 |
| Net income | — | — | — | 103,890 | 103,890 |
| Retirement of common stock | (134) | (1) | (3,946) | — | (3,947) |
| Dividends declared on common stock ($1.08 per share) | — | — | — | (127,998) | (127,998) |
| Restricted stock compensation, net of forfeitures | (1) | — | 7,720 | 57 | 7,777 |
| Income tax benefit of equity compensation | — | — | 25 | — | 25 |
| Stock option compensation expense, net of forfeitures | — | — | 96 | — | 96 |
| Restricted stock grants | 310 | 3 | — | — | 3 |
| Stock options exercised | 113 | 1 | 2,032 | — | 2,033 |
| **Balance as of June 30, 2016** | **117,520** | **$ 1,175** | **$1,768,321** | **$ (324,869)** | **$ 1,444,627** |

The accompanying notes are an integral part of these consolidated financial statements.

CORRECTIONS CORPORATION OF AMERICA AND SUBSIDIARIES
CONSOLIDATED STATEMENT OF STOCKHOLDERS' EQUITY
FOR THE SIX MONTHS ENDED JUNE 30, 2015
(UNAUDITED AND AMOUNTS IN THOUSANDS)

|  | Common Stock | | Additional Paid-in Capital | Accumulated Deficit | Total Stockholders' Equity |
|---|---|---|---|---|---|
|  | Shares | Par Value |  |  |  |
| Balance as of December 31, 2014 | 116,764 | $ 1,168 | $1,748,303 | $ (267,971) | $ 1,481,500 |
| Net income | — | — | — | 122,580 | 122,580 |
| Retirement of common stock | (235) | (3) | (9,429) | — | (9,432) |
| Dividends declared on common stock ($1.08 per share) | — | — | — | (127,310) | (127,310) |
| Restricted stock compensation, net of forfeitures | (6) | — | 7,188 | 45 | 7,233 |
| Income tax benefit of equity compensation | — | — | 475 | — | 475 |
| Stock option compensation expense, net of forfeitures | — | — | 475 | — | 475 |
| Restricted stock grants | 296 | 3 | — | — | 3 |
| Stock options exercised | 300 | 3 | 5,634 | — | 5,637 |
| Balance as of June 30, 2015 | 117,119 | $ 1,171 | $1,752,646 | $ (272,656) | $ 1,481,161 |

The accompanying notes are an integral part of these consolidated financial statements.

5

Table of Contents

*Revenue*

Total revenue consists of revenue we generate in the operation and management of correctional, detention, and residential reentry facilities, as well as rental revenue generated from facilities we lease to third-party operators, and from our inmate transportation subsidiary. The following table reflects the components of revenue for the three and six months ended June 30, 2016 and 2015 (in millions):

|  | For the Three Months Ended June 30, | | $ Change | % Change |
|---|---|---|---|---|
|  | **2016** | 2015 | | |
| Management revenue: | | | | |
|   Federal | $ **242.6** | $ 236.3 | $ 6.3 | 2.7% |
|   State | **174.6** | 183.8 | (9.2) | (5.0%) |
|   Local | **20.4** | 16.3 | 4.1 | 25.2% |
|   Other | **15.6** | 13.4 | 2.2 | 16.4% |
|     Total management revenue | **453.2** | 449.8 | 3.4 | 0.8% |
| Rental and other revenue | **10.1** | 9.5 | 0.6 | 6.3% |
| Total revenue | $ **463.3** | $ 459.3 | $ 4.0 | 0.9% |

|  | For the Six Months Ended June 30, | | $ Change | % Change |
|---|---|---|---|---|
|  | **2016** | 2015 | | |
| Management revenue: | | | | |
|   Federal | $ **478.3** | $ 439.5 | $ 38.8 | 8.8% |
|   State | **345.8** | 368.4 | (22.6) | (6.1%) |
|   Local | **36.7** | 32.5 | 4.2 | 12.9% |
|   Other | **30.9** | 26.3 | 4.6 | 17.5% |
|     Total management revenue | **891.7** | 866.7 | 25.0 | 2.9% |
| Rental and other revenue | **19.0** | 18.6 | 0.4 | 2.2% |
| Total revenue | $ **910.7** | $ 885.3 | $ 25.4 | 2.9% |

The $3.4 million, or 0.8%, increase in revenue associated with the operation and management of correctional, detention, and residential reentry facilities during the second quarter of 2016 compared with the second quarter of 2015 consisted of an increase in revenue of approximately $14.9 million resulting from an increase of 3.4% in average revenue per compensated man-day, partially offset by a decrease in revenue of approximately $11.5 million caused by a decrease in the average daily compensated population from 2015 to 2016. The $25.0 million, or 2.9%, increase in revenue associated with the operation and management of correctional, detention, and residential reentry facilities during the six months ended June 30, 2016 compared with the same period in the prior year consisted of an increase in revenue of approximately $44.9 million resulting from an increase of 5.3% in average revenue per compensated man-day, partially offset by a decrease in revenue of approximately $19.9 million caused by a decrease in the average daily compensated population from 2015 to 2016, net of the revenue generated by one additional day of operations due to leap year in 2016. Most notably, the increase in average revenue per compensated man-day in both periods was a result of the full activation of the South Texas Family Residential Center in the second quarter of 2015, as further described hereafter. Per diem increases at several of our other facilities also contributed to the increase in average revenue per compensated man-day from 2015 to 2016.

Case 3:16-cv-02267    Document 355-11    Filed 11/20/20    Page 10 of 17 PageID #: 12297

Average daily compensated population decreased 1,733, or 2.6%, from 67,902 during the three months ended June 30, 2015 to 66,169 during the three months ended June 30, 2016, while average daily compensated population for the six months ended June 30, 2016 decreased 1,894 from the comparable period in 2015. The decline in average compensated population in both periods primarily resulted from the expiration of our contract with the Federal Bureau of Prisons, or BOP, at our Northeast Ohio Correctional Center effective May 31, 2015, and due to a decline in California inmates held in our out-of-state facilities, both as further described hereafter. The decline in average compensated population was also a result of the expiration of our contract with the state of Vermont at our Lee Adjustment Center effective June 30, 2015, and the expiration of our managed-only contract with the state of Louisiana at the state-owned Winn Correctional Facility effective September 30, 2015, both as further described hereafter. The decline in average compensated population was partially offset by the effect of the full activation of the South Texas Family Residential Center in the second quarter of 2015, the acquisition of Avalon Correctional Services, Inc., or Avalon, in the fourth quarter of 2015, and the activation of the newly constructed Trousdale Turner Correctional Center in the fourth quarter of 2015. We began housing state of Tennessee inmates at the facility in January 2016.

Business from our federal customers, including primarily the BOP, the United States Marshals Service, or USMS, and ICE, continues to be a significant component of our business. Our federal customers generated approximately 52% and 51% of our total revenue for the three months ended June 30, 2016 and 2015, respectively, increasing $6.3 million, or 2.7%. Our federal customers generated approximately 53% and 50% of our total revenue for the six months ended June 30, 2016 and 2015, respectively, increasing $38.8 million, or 8.8%. The increase in federal revenues in both periods primarily resulted from the full activation of the South Texas Family Residential Center in the second quarter of 2015, partially offset by a decline in federal populations at our Northeast Ohio Correctional Center. The combined effect of per diem increases for several of our federal contracts and a net increase in federal populations at certain other facilities also contributed to the increase in federal revenues.

Despite our increase in federal revenue, inmate populations in federal facilities, particularly within the BOP system nationwide, have declined over the past two years. Inmate populations in the BOP system declined in 2015 and are expected to decline further in 2016 due, in part, to the retroactive application of changes to sentencing guidelines applicable to federal drug trafficking offenses. However, we do not expect a significant impact on us because BOP inmate populations within our facilities are primarily criminal aliens incarcerated for immigration violations rather than drug trafficking offenses. Further, the public sector BOP correctional system remains overcrowded at approximately 117.2% at June 30, 2016. Nonetheless, increases in capacity within the federal system could result in a decline in BOP populations within our facilities, and could negatively impact the future demand for prison capacity.

State revenues from facilities that we manage decreased 5.0% from the second quarter of 2015 to the second quarter of 2016, and decreased 6.1% from the six months ended June 30, 2015 to the same period in 2016. The decrease in state revenues in both periods was primarily a result of a decline in California inmates held in our out-of-state facilities. In

Case 3:16-cv-02267   Document 355-11   Filed 11/20/20   Page 11 of 17 PageID #: 12298

addition, the decrease in state revenues was a result of the expiration of our contract with the state of Vermont at our Lee Adjustment Center effective June 30, 2015, and the expiration of our managed-only contract with the state of Louisiana at the state-owned Winn Correctional Facility effective September 30, 2015. The decrease in state revenues was partially offset by the revenue generated at our newly activated Trousdale Turner Correctional Center, and as a result of the acquisitions of Avalon's eleven community corrections facilities in the fourth quarter of 2015 and Correctional Management, Inc., or CMI's, seven community corrections facilities in the second quarter of 2016, each as further described hereafter.

Several of our state partners are projecting improvements in their budgets which has resulted in our ability to secure recent per diem increases at certain facilities. Further, several of our existing state partners, as well as state partners with which we do not currently do business, are experiencing growth in inmate populations and overcrowded conditions. Although we can provide no assurance that we will enter into any new contracts, we believe we are in a good position to not only provide them with needed bed capacity, but with the programming and reentry services they are seeking.

We believe the long-term growth opportunities of our business remain attractive as governments consider efficiency, savings, and offender programming opportunities we can provide. Further, we expect our partners to continue to face challenges in maintaining old facilities, and developing new facilities and additional capacity which could result in future demand for the solutions we provide.

*Operating Expenses*

Operating expenses totaled $316.4 million and $318.0 million for the three months ended June 30, 2016 and 2015, respectively, while operating expenses for the six months ended June 30, 2016 and 2015 totaled $630.4 million and $618.7 million, respectively. Operating expenses consist of those expenses incurred in the operation and management of correctional, detention, and residential reentry facilities, as well as at facilities we lease to third-party operators, and for our inmate transportation subsidiary.

Expenses incurred in connection with the operation and management of correctional, detention, and residential reentry facilities decreased $1.7 million, or 0.5%, during the second quarter of 2016 compared with the same period in 2015. Operating expenses increased $14.6 million, or 2.4%, during the first six months of 2016 compared with the same period in 2015. Similar to our increase in revenues, operating expenses increased in the six-month period most notably as a result of the full activation of our South Texas Family Residential Center in the second quarter of 2015. The one additional day of operations due to leap year in 2016 also contributed to the increase in operating expenses during the six-month period. The increase in operating expenses in the six-month period was also a result of the activation of the Trousdale Turner Correctional Center in the fourth quarter of 2015, and the acquisitions of Avalon and CMI. The increase in operating expenses in the six-month period was partially offset by a reduction in expenses resulting from the expiration of our BOP contract at our Northeast Ohio Correctional Center effective May 31, 2015, the expiration of our contract with the state of Vermont at our Lee Adjustment Center effective June 30, 2015, and the expiration of our managed-only contract with the state of Louisiana at the state-owned Winn Correctional Facility effective September 30, 2015. In addition, the increase in operating expenses during the six-month period was partially offset by a reduction in expenses that resulted from idling our North Fork Correctional Facility in the fourth quarter

41

of 2015. We idled the facility as a result of a decline in California inmates held in our out-of-state program. In May 2016, we announced that we leased the North Fork Correctional Facility to the Oklahoma Department of Corrections, or ODOC. The lease agreement commenced on July 1, 2016, as further described hereafter.

Fixed expenses per compensated man-day increased to $38.37 during the three months ended June 30, 2016 from $36.98 during the three months ended June 30, 2015. Fixed expenses per compensated man-day increased to $39.11 during the six months ended June 30, 2016 from $36.34 during the same period in 2015. Fixed expenses per compensated man-day for the three and six months ended June 30, 2016 include depreciation expense of $10.6 million and $21.2 million, respectively, and interest expense of $2.7 million and $5.6 million, respectively, in order to more properly reflect the cash flows associated with the lease at the South Texas Family Residential Center. Fixed expenses per compensated man-day for the three and six months ended June 30, 2015 include depreciation expense of $8.5 million and interest expense of $2.2 million associated with the lease at the South Texas Family Residential Center.

Fixed expenses per compensated man-day increased from 2015 to 2016 due primarily to an increase in salaries and benefits per compensated man-day. The increase in salaries and benefits per compensated man-day was partially a result of these expenses being leveraged over smaller offender populations at certain facilities and due to wage adjustments implemented during 2015. The increase in salaries and benefits per compensated man-day was also due to more favorable claims experience in our employee self-insured medical plan in the prior year. As the economy has improved, we have experienced wage pressures in certain markets across the country. We continually monitor compensation levels very closely along with overall economic conditions and will set wage levels necessary to help ensure the long-term success of our business. Salaries and benefits represent the most significant component of our operating expenses, representing approximately 59% of our total operating expenses during 2015 and for the first six months of 2016.

As more fully described in "Risk Factors" in Part II hereafter, in May 2016, the U.S. Department of Labor released updated overtime and exemption rules under the Fair Labor Standards Act. Among other provisions, the updated rules increase the minimum salary needed to qualify for the standard white collar employee exemption from $455 to $913 per week, or $47,476 annually for a full-year worker. The effective date for this provision is December 1, 2016. We are currently in the process of determining the impact the new regulation will have on our payroll costs and results of operations, but we expect to incur additional costs to comply with the revised rules. However, we are also evaluating strategies to mitigate the impact of this new regulation.

Variable expenses per compensated man-day increased $0.14 and $1.00, respectively, during the three and six months ended June 30, 2016 from the same periods in the prior year primarily due to expenses incurred during the ramp-up of operations at our Trousdale Turner Correctional Center.

*Facility Management Contracts*

We typically enter into facility contracts to provide prison bed capacity and management services to governmental entities for terms typically from three to five years, with additional renewal periods at the option of the contracting governmental agency. Accordingly, a substantial portion of our facility contracts are scheduled to expire each year, notwithstanding contractual renewal options that a government agency may exercise. Although we generally expect these customers to exercise renewal options or negotiate new contracts with us, one or more of these contracts may not be renewed by the corresponding governmental agency.

Our contract with the District of Columbia, or District, at the D.C. Correctional Treatment Facility is currently scheduled to expire in the first quarter of 2017. We have been provided notice that the District does not plan to renew the contract. We incurred a facility net operating loss at the D.C. Correctional Treatment Facility of $0.1 million and facility net operating income of $0.2 million for the three months ended June 30, 2016 and 2015, respectively. We incurred a facility net operating loss at the facility of $0.5 million for the six months ended June 30, 2016 and the facility was break even for the six months ended June 30, 2015. Our investment in the direct financing lease with the District also expires in the first quarter of 2017. Upon expiration of the lease in 2017, ownership of the facility automatically reverts to the District.

On July 29, 2016, the BOP elected not to renew its contract at our owned and managed 1,129-bed Cibola County Corrections Center located in New Mexico. The contract was scheduled to expire on September 30, 2016. At this time the BOP has not determined when it will begin transferring inmates out of the facility, but we intend to idle the facility upon the completion of transferring out BOP offenders. We have begun to actively market the facility to provide correctional or detention solutions for other customers. During the three and six months ended June 30, 2016, we recognized $0.9 million and $2.3 million, respectively, in facility net operating income associated with the facility.

During 2015, ICE solicited proposals for the rebid of our 1,000-bed Houston Processing Center. The contract is currently scheduled to expire in April 2017. We have submitted our response to ICE, but can provide no assurance that we will be awarded a new contract for this facility.

During the second quarter of 2016, ICE solicited proposals for one or more family residential centers for the housing and care of family units detained under the authority of the Immigration and Nationality Act. Simultaneously, ICE engaged us to consider modifying the scale and cost of services currently performed at the South Texas Family Residential Center for the purpose of achieving a more cost-effective solution in light of various policy changes that have occurred since the commencement of the contract. During the three months ended June 30, 2016 and 2015, we recognized $70.9 million and $65.9 million, respectively, in total revenue associated with the facility, while we recognized $141.7 million and $101.9 million in revenue during the six months ended June 30, 2016 and 2015, respectively. Operating margin percentages at this facility were comparable to those of our average owned and managed facilities during 2015, but have increased during 2016 as expenses have normalized for stabilized operations. We have submitted a proposal to ICE for our South Texas Family Residential Center in response to its request with respect to family unit detention reflecting a lower cost to ICE. Further, we continue to engage ICE in discussions regarding

Table of Contents

our scale and cost of services, but can provide no assurance that we will be awarded a new contract for family unit detention, will successfully renegotiate our existing contract with ICE, or will be able to maintain the margins we currently generate under the contract.

Based on information available at this filing, notwithstanding the contracts at facilities described above, we believe we will renew all other material contracts that have expired or are scheduled to expire within the next twelve months. We believe our renewal rate on existing contracts remains high as a result of a variety of reasons including, but not limited to, the constrained supply of available beds within the U.S. correctional system, our ownership of the majority of the beds we operate, and the quality of our operations.

The operation of the facilities we own carries a higher degree of risk associated with a facility contract than the operation of the facilities we manage but do not own because we incur significant capital expenditures to construct or acquire facilities we own. Additionally, correctional and detention facilities have limited or no alternative use. Therefore, if a contract is terminated on a facility we own, we continue to incur certain operating expenses, such as real estate taxes, utilities, and insurance, which we would not incur if a management contract were terminated for a managed-only facility. As a result, revenue per compensated man-day is typically higher for facilities we own and manage than for managed-only facilities. Because we incur higher expenses, such as repairs and maintenance, real estate taxes, and insurance, on the facilities we own and manage, our cost structure for facilities we own and manage is also higher than the cost structure for the managed-only facilities. Accordingly, the following tables display the revenue and expenses per compensated man-day for the facilities placed into service that we own and manage and for the facilities we manage but do not own, which we believe is useful to our financial statement users:

|  | For the Three Months Ended June 30, | | For the Six Months Ended June 30, | |
|---|---|---|---|---|
|  | **2016** | 2015 | **2016** | 2015 |
| **Owned and Managed Facilities:** | | | | |
| Revenue per compensated man-day | **$ 83.43** | $ 81.39 | **$ 83.58** | $ 79.91 |
| Operating expenses per compensated man-day: | | | | |
|    Fixed expense | **41.52** | 39.84 | **42.32** | 39.05 |
|    Variable expense | **16.50** | 16.49 | **16.51** | 15.45 |
|     Total | **58.02** | 56.33 | **58.83** | 54.50 |
| Operating income per compensated man-day | **$ 25.41** | $ 25.06 | **$ 24.75** | $ 25.41 |
| Operating margin | **30.5%** | 30.8% | **29.6%** | 31.8% |
| Average compensated occupancy | **76.2%** | 82.8% | **73.8%** | 82.3% |
| Average available beds | **69,501** | 64,544 | **70,399** | 63,826 |
| Average compensated population | **52,938** | 53,474 | **51,971** | 52,548 |

44

Case 3:16-cv-02267  Document 355-11  Filed 11/20/20  Page 15 of 17 PageID #: 12302

|  | For the Three Months Ended June 30, | | For the Six Months Ended June 30, | |
|---|---|---|---|---|
|  | **2016** | 2015 | **2016** | 2015 |
| **Managed Only Facilities:** | | | | |
| Revenue per compensated man-day | **$ 42.65** | $ 40.91 | **$ 42.42** | $ 40.86 |
| Operating expenses per compensated man-day: | | | | |
|    Fixed expense | **25.75** | 26.38 | **26.41** | 26.44 |
|    Variable expense | **10.97** | 10.72 | **11.03** | 10.60 |
|       Total | **36.72** | 37.10 | **37.44** | 37.04 |
| Operating income per compensated man-day | **$ 5.93** | $ 3.81 | **$ 4.98** | $ 3.82 |
| Operating margin | **13.9%** | 9.3% | **11.7%** | 9.3% |
| Average compensated occupancy | **95.2%** | 93.5% | **94.3%** | 93.4% |
| Average available beds | **13,898** | 15,436 | **13,898** | 15,436 |
| Average compensated population | **13,231** | 14,428 | **13,106** | 14,423 |

*Owned and Managed Facilities*

Facility net operating income, or the operating income or loss from operations before interest, taxes, asset impairments, depreciation and amortization, at our owned and managed facilities increased by $3.1 million, from $132.6 million during the second quarter of 2015 to $135.7 million during the second quarter of 2016, an increase of 2.3%. Facility net operating income at our owned and managed facilities increased by $8.6 million, from $252.3 million during the six months ended June 30, 2015 to $260.9 million during the six months ended June 30, 2016, an increase of 3.4%. Facility net operating income at our owned and managed facilities in the second quarter and first six months of 2016 was favorably impacted by the full activation of the South Texas Family Residential Center. The aforementioned $13.3 million and $26.8 million aggregate depreciation and interest expense associated with the lease at the South Texas Family Residential Center in the three and six months ended June 30, 2016, respectively, and the $10.7 million in both the three and six months ended June 30, 2015, are not included in the facility net operating income amounts reported above, but are included in the per compensated man-day statistics.

In September 2014, we announced that we agreed to an expansion of an existing inter-governmental service agreement, or IGSA, between the city of Eloy, Arizona and ICE to house up to 2,400 individuals at the South Texas Family Residential Center, a facility we lease in Dilley, Texas. The expanded agreement gives ICE additional capacity to accommodate the influx of Central American female adults with children arriving illegally on the Southwest border while they await the outcome of immigration hearings. As part of the agreement, we are responsible for providing space and residential services in an open and safe environment which offers residents indoor and outdoor recreational activities, counseling, group interaction, and access to religious and legal services. In addition, we provide educational programs through a third party and food services through the lessor. ICE Health Service Corps, a division of ICE, is responsible for medical services provided to residents. The services provided under the amended IGSA commenced in the fourth quarter of 2014, have a term of up to four years, and can be extended by bi-lateral modifications. However, ICE can also terminate the agreement for convenience, without penalty, by

Case 3:16-cv-02267   Document 355-11   Filed 11/20/20   Page 16 of 17 PageID #: 12303

Table of Contents

**Table of Contents**

providing us with at least a 90-day notice. In addition, terms allow for ICE to terminate the agreement with us at any time, without penalty, due to a non-appropriation of funds. In the event ICE elects to terminate the amended IGSA due to a non-appropriation of funds, we must provide a 60-day notice period to the lessor. Although we expect that ICE would provide advance notice, if ICE terminates the IGSA due to non-appropriation of funds without notice to us, we may not be able to provide a timely termination notice to the lessor and could, therefore, be subject to, among other termination payments, a penalty the equivalent of up to two months of payments due to the lessor, which would currently amount to approximately $13.7 million.

We lease the South Texas Family Residential Center and the site upon which it was constructed from a third-party lessor. Our lease agreement with the lessor is over a period co-terminus with the aforementioned amended IGSA with ICE. ICE began housing the first residents at the facility in the fourth quarter of 2014, and the site was completed during the second quarter of 2015. The agreement provides for a fixed monthly payment in accordance with a graduated schedule. In accordance with the multiple-element arrangement guidance, a portion of the fixed monthly payments to us pursuant to the IGSA is recognized as lease and service revenue. During the three months ended June 30, 2016 and 2015, we recognized $70.9 million and $65.9 million, respectively, in total revenue associated with the facility, while $141.7 million and $101.9 million in revenue was recognized during the six months ended June 30, 2016 and 2015, respectively. The expanded agreement with ICE had a favorable impact on the revenue and net operating income of our owned and managed facilities during the three and six months ended June 30, 2016 and 2015. Operating margin percentages at this facility were comparable to those of our average owned and managed facilities during 2015, but have increased during 2016 as expenses have normalized for stabilized operations.

In June 2015, ICE announced a policy change regarding family unit detention that has shortened the duration of ICE detention for those who are awaiting further process before immigration courts. Public policies and views regarding family detention, as well as proposals pertaining to the most effective means to address families crossing the border illegally, continue to evolve. In addition, numerous lawsuits, to which we are not a party, have challenged the government's policy of detaining migrant families.

One such lawsuit in the United States District Court for the Central District of California concerns a settlement agreement between ICE and a plaintiffs' class consisting of detained minors, whereby the court issued an order on August 21, 2015, enforcing the settlement agreement and requiring compliance by October 23, 2015. The court's order clarified that the government has the flexibility to hold class members for longer periods of time in unlicensed and secure facilities during influxes of large numbers of undocumented migrant families via the southern U.S. border. After announcing its intention to comply fully with the court's order, the federal government appealed. In July 2016, the U.S. Court of Appeals for the Ninth Circuit affirmed most aspects of the District Court's order, but ruled that ICE is not required to release a parent simply because the settlement agreement might require release of that parent's minor child. The impact of these rulings on family residential programs is not yet known.

In June 2016, pending a September 2016 trial on the state's authority to do so, a Texas state court judge blocked efforts by Texas state officials to license our facility in Dilley, Texas as a child care center. The impact of an unfavorable decision in the aforementioned trial on