# EXHIBIT L

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

## FORM 10-Q

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

FOR THE QUARTERLY PERIOD ENDED: SEPTEMBER 30, 2015

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

FOR THE TRANSITION PERIOD FROM _____ TO _____

COMMISSION FILE NUMBER: 001-16109

# CORRECTIONS CORPORATION OF AMERICA
(Exact name of registrant as specified in its charter)

| MARYLAND | 62-1763875 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |

**10 BURTON HILLS BLVD., NASHVILLE, TENNESSEE 37215**
(Address and zip code of principal executive offices)

**(615) 263-3000**
(Registrant's telephone number, including area code)

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.  Yes ☒  No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).  Yes ☒  No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See definitions of "large accelerated filer", "accelerated filer", and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer | ☒ | Accelerated filer | ☐ |
|---|---|---|---|
| Non-accelerated filer | ☐ (Do not check if a smaller reporting company) | Smaller reporting company | ☐ |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).   Yes ☐  No ☒

Indicate the number of shares outstanding of each class of Common Stock as of October 30, 2015:

Shares of Common Stock, $0.01 par value per share: 117,222,665 shares outstanding.

# CORRECTIONS CORPORATION OF AMERICA

## FORM 10-Q

### FOR THE QUARTERLY PERIOD ENDED SEPTEMBER 30, 2015

### INDEX

|  |  |  | PAGE |
|---|---|---|---|
| **PART 1 – FINANCIAL INFORMATION** |  |  |  |
| Item 1. | Financial Statements |  |  |
|  | a) | Consolidated Balance Sheets (Unaudited) as of September 30, 2015 and December 31, 2014 | 1 |
|  | b) | Consolidated Statements of Operations (Unaudited) for the three and nine months ended September 30, 2015 and 2014 | 2 |
|  | c) | Consolidated Statements of Cash Flows (Unaudited) for the nine months ended September 30, 2015 and 2014 | 3 |
|  | d) | Consolidated Statement of Stockholders' Equity (Unaudited) for the nine months ended September 30, 2015 | 4 |
|  | e) | Consolidated Statement of Stockholders' Equity (Unaudited) for the nine months ended September 30, 2014 | 5 |
|  | f) | Notes to Consolidated Financial Statements (Unaudited) | 6 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations |  | 30 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk |  | 56 |
| Item 4. | Controls and Procedures |  | 56 |
| **PART II – OTHER INFORMATION** |  |  |  |
| Item 1. | Legal Proceedings |  | 57 |
| Item 1A. | Risk Factors |  | 57 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds |  | 57 |
| Item 3. | Defaults Upon Senior Securities |  | 57 |
| Item 4. | Mine Safety Disclosures |  | 57 |
| Item 5. | Other Information |  | 58 |
| Item 6. | Exhibits |  | 58 |
| **SIGNATURES** |  |  | 59 |

PART I – FINANCIAL INFORMATION

ITEM 1. – FINANCIAL STATEMENTS.

**CORRECTIONS CORPORATION OF AMERICA AND SUBSIDIARIES**
**CONSOLIDATED BALANCE SHEETS**
(UNAUDITED AND AMOUNTS IN THOUSANDS, EXCEPT PER SHARE AMOUNTS)

| ASSETS | September 30, 2015 | December 31, 2014 |
|---|---|---|
| Cash and cash equivalents | $ 78,402 | $ 74,393 |
| Restricted cash | 985 | — |
| Accounts receivable, net of allowance of $1,370 and $748, respectively | 250,537 | 248,588 |
| Current deferred tax assets | 8,411 | 13,229 |
| Prepaid expenses and other current assets | 36,233 | 29,775 |
| Total current assets | 374,568 | 365,985 |
| Property and equipment, net | 2,772,743 | 2,658,628 |
| Restricted cash | 122 | 2,858 |
| Investment in direct financing lease | 1,348 | 3,223 |
| Goodwill | 15,155 | 16,110 |
| Non-current deferred tax assets | 5,876 | 2,301 |
| Other assets | 80,820 | 78,086 |
| Total assets | $ 3,250,632 | $ 3,127,191 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Accounts payable and accrued expenses | $ 322,271 | $ 317,566 |
| Income taxes payable | 1,483 | 1,368 |
| Current liabilities of discontinued operations | — | 54 |
| Total current liabilities | 323,754 | 318,988 |
| Long-term debt | 1,320,000 | 1,200,000 |
| Deferred revenue | 72,722 | 87,227 |
| Other liabilities | 60,275 | 39,476 |
| Total liabilities | 1,776,751 | 1,645,691 |
| Commitments and contingencies | | |
| Preferred stock – $0.01 par value; 50,000 shares authorized; none issued and outstanding at September 30, 2015 and December 31, 2014, respectively | — | — |
| Common stock – $0.01 par value; 300,000 shares authorized; 117,223 and 116,764 shares issued and outstanding at September 30, 2015 and December 31, 2014, respectively | 1,172 | 1,168 |
| Additional paid-in capital | 1,758,386 | 1,748,303 |
| Accumulated deficit | (285,677) | (267,971) |
| Total stockholders' equity | 1,473,881 | 1,481,500 |
| Total liabilities and stockholders' equity | $ 3,250,632 | $ 3,127,191 |

The accompanying notes are an integral part of these consolidated financial statements.

1

## CORRECTIONS CORPORATION OF AMERICA AND SUBSIDIARIES
## CONSOLIDATED STATEMENTS OF OPERATIONS
(UNAUDITED AND AMOUNTS IN THOUSANDS, EXCEPT PER SHARE AMOUNTS)

|  | For the Three Months Ended September 30, | | For the Nine Months Ended September 30, | |
| --- | ---: | ---: | ---: | ---: |
|  | 2015 | 2014 | 2015 | 2014 |
| **REVENUES** | **$459,957** | $408,474 | **$1,345,252** | $1,223,390 |
| **EXPENSES:** | | | | |
| Operating | **326,500** | 282,712 | **945,197** | 857,702 |
| General and administrative | **26,791** | 27,635 | **76,770** | 79,586 |
| Depreciation and amortization | **41,230** | 28,277 | **108,315** | 85,413 |
| Asset impairments | — | — | **955** | 2,238 |
|  | **394,521** | 338,624 | **1,131,237** | 1,024,939 |
| **OPERATING INCOME** | **65,436** | 69,850 | **214,015** | 198,451 |
| **OTHER (INCOME) EXPENSE:** | | | | |
| Interest expense, net | **11,764** | 10,376 | **33,715** | 29,088 |
| Expenses associated with debt refinancing transactions | **701** | — | **701** | — |
| Other (income) expense | **(363)** | (143) | **(353)** | (1,143) |
|  | **12,102** | 10,233 | **34,063** | 27,945 |
| **INCOME BEFORE INCOME TAXES** | **53,334** | 59,617 | **179,952** | 170,506 |
| Income tax expense | **(2,658)** | (2,071) | **(6,696)** | (5,490) |
| **NET INCOME** | **$ 50,676** | $ 57,546 | **$ 173,256** | $ 165,016 |
| **BASIC EARNINGS PER SHARE** | **$ 0.43** | $ 0.50 | **$ 1.48** | $ 1.42 |
| **DILUTED EARNINGS PER SHARE** | **$ 0.43** | $ 0.49 | **$ 1.47** | $ 1.41 |
| **DIVIDENDS DECLARED PER SHARE** | **$ 0.54** | $ 0.51 | **$ 1.62** | $ 1.53 |

The accompanying notes are an integral part of these consolidated financial statements.

occupancy of an offender. We believe the measurement is useful because we are compensated for operating and managing facilities at an offender per-diem rate based upon actual or minimum guaranteed occupancy levels. We also measure our ability to contain costs on a per-compensated man-day basis, which is largely dependent upon the number of offenders we accommodate. Further, per compensated man-day measurements are also used to estimate our potential profitability based on certain occupancy levels relative to design capacity. Revenue and expenses per compensated man-day for all of the facilities placed into service that we owned or managed, exclusive of those held for lease, were as follows for the three and nine months ended September 30, 2015 and 2014:

|  | For the Three Months Ended September 30, | | For the Nine Months Ended September 30, | |
|---|---|---|---|---|
|  | **2015** | 2014 | **2015** | 2014 |
| Revenue per compensated man-day | **$ 73.65** | $ 63.28 | **$ 72.22** | $ 62.34 |
| Operating expenses per compensated man-day: | | | | |
|    Fixed expense | **38.80** | 32.37 | **37.16** | 32.51 |
|    Variable expense | **15.90** | 11.26 | **14.91** | 11.19 |
|      Total | **54.70** | 43.63 | **52.07** | 43.70 |
| Operating income per compensated man-day | **$ 18.95** | $ 19.65 | **$ 20.15** | $ 18.64 |
| Operating margin | **25.7%** | 31.1% | **27.9%** | 29.9% |
| Average compensated occupancy | **82.6%** | 83.9% | **83.9%** | 84.4% |
| Average available beds | **80,455** | 81,658 | **79,664** | 83,432 |
| Average compensated population | **66,465** | 68,544 | **66,801** | 70,407 |

Fixed expenses per compensated man-day for the three and nine months ended September 30, 2015 include depreciation expense of $10.7 million and $19.2 million, respectively, and interest expense of $3.2 million and $5.4 million, respectively, in order to more properly reflect the cash flows associated with the lease at the South Texas Family Residential Center. The calculations of expenses per compensated man-day for the nine-month period ended September 30, 2014 exclude expenses incurred during the first six months of 2014 for start-up efforts associated with the Diamondback facility because of the distorted impact they have on the statistics. The Diamondback expenses were incurred in connection with the activation of the facility in anticipation of a new contract. As further described hereafter, in April 2014, we made the decision to once again idle the facility in the absence of a definitive contract. The de-activation was completed near the end of the second quarter of 2014.

*Revenue*

Total revenue consists of revenue we generate in the operation and management of correctional and detention facilities, as well as rental revenue generated from facilities we lease to third-party operators, and from our inmate transportation subsidiary. The following tables reflect the components of revenue for the three and nine months ended September 30, 2015 and 2014 (in millions):

|  | For the Three Months Ended September 30, | | $ Change | % Change |
|---|---|---|---|---|
|  | 2015 | 2014 | | |
| Management revenue: | | | | |
|    Federal | **$238.7** | $179.6 | $ 59.1 | 32.9% |
|    State | **181.6** | 187.2 | (5.6) | (3.0%) |
|    Local | **16.6** | 18.0 | (1.4) | (7.8%) |
|    Other | **13.4** | 14.2 | (0.8) | (5.6%) |
|      Total management revenue | 450.3 | 399.0 | 51.3 | 12.9% |
| Rental and other revenue | **9.7** | 9.5 | 0.2 | 2.1% |
| Total revenue | **$460.0** | $408.5 | $ 51.5 | 12.6% |

|  | For the Nine Months Ended September 30, | | $ Change | % Change |
|---|---|---|---|---|
|  | 2015 | 2014 | | |
| Management revenue: | | | | |
|    Federal | **$ 678.2** | $ 532.3 | $ 145.9 | 27.4% |
|    State | **550.0** | 571.8 | (21.8) | (3.8%) |
|    Local | **49.1** | 51.4 | (2.3) | (4.5%) |
|    Other | **39.7** | 42.8 | (3.1) | (7.2%) |
|      Total management revenue | 1,317.0 | 1,198.3 | 118.7 | 9.9% |
| Rental and other revenue | **28.3** | 25.1 | 3.2 | 12.7% |
| Total revenue | **$1,345.3** | $1,223.4 | $ 121.9 | 10.0% |

The $51.3 million, or 12.9%, increase in revenue associated with the operation and management of correctional and detention facilities during the third quarter of 2015 compared with the third quarter of 2014 consisted of an increase in revenue of approximately $63.4 million resulting from an increase of 16.4% in average revenue per compensated man-day, partially offset by a decrease in revenue of approximately $12.1 million caused by a decrease in the average daily compensated population from 2014 to 2015. The $118.7 million, or 9.9%, increase in revenue associated with the operation and management of correctional and detention facilities during the nine months ended September 30, 2015 compared with the same period in the prior year consisted of an increase in revenue of approximately $180.1 million resulting from an increase of 15.8% in average revenue per compensated man-day, partially offset by a decrease in revenue of approximately $61.4 million caused by a decrease in the average daily compensated population from 2014 to 2015. Most notably, the increase in average revenue per compensated man-day in both periods was a result of the activation of the South Texas Family Residential Center in the fourth quarter of 2014, as further described hereafter. Per diem increases at several of our other facilities also contributed to the increase in average revenue per compensated man-day

from 2014 to 2015. Excluding the impact of revenue at the South Texas Family Residential Center, revenue per compensated man-day increased 1.7% and 3.1% for the three and nine months ended September 30, 2015, respectively, compared with 2014.

Average daily compensated population decreased 2,079, or 3.0%, from 68,544 during the three months ended September 30, 2014 to 66,465 during the three months ended September 30, 2015, while average daily compensated population for the nine months ended September 30, 2015 decreased 3,606 from the comparable period in 2014. The decline in average compensated population in both periods primarily resulted from the expiration of our contract with the Federal Bureau of Prisons, or BOP, at our Northeast Ohio Correctional Center effective May 31, 2015, and due to a decline in California inmates held in our out-of-state facilities, both as further described hereafter. A decline in federal populations at certain of our other facilities also contributed to the decrease in average compensated population from 2014 to 2015.

The decline in average compensated population during the nine-month period also resulted from the expiration of our contract at the Idaho Correctional Center after the state of Idaho assumed management of the facility effective July 1, 2014. In addition, the decline in average compensated population during the nine-month period resulted from the expiration of our contracts at the Bay Correctional Facility, Graceville Correctional Facility, and Moore Haven Correctional Facility, collectively referred to herein as the "Three Florida Facilities," after the Florida Department of Management Services, or DMS, awarded the management of these contracts to another operator effective January 31, 2014. Combined, these four facilities generated facility net operating losses of $1.9 million during the time they were active in 2014. The decline in average compensated population in both periods was partially offset by an increase in populations at our newly activated South Texas Family Residential Center and at our Red Rock Correctional Center, both as further described hereafter.

Business from our federal customers, including primarily the BOP, the United States Marshals Service, or USMS, and ICE, continues to be a significant component of our business. Our federal customers generated approximately 53% and 45% of our total management revenue for the three months ended September 30, 2015 and 2014, respectively, increasing $59.1 million, or 32.9%. Our federal customers generated approximately 51% and 44% of our total management revenue for the nine months ended September 30, 2015 and 2014, respectively, increasing $145.9 million, or 27.4%. The increase in federal revenues in both periods primarily resulted from the activation of the South Texas Family Residential Center in the fourth quarter of 2014, as further described hereafter, and per diem increases at several of our other facilities, partially offset by a decline in federal populations at several facilities, including the BOP population at our Northeast Ohio Correctional Center, as further described hereafter.

Despite our increase in federal revenue, inmate populations in federal facilities, particularly within the BOP system nationwide, have declined over the past two years. Inmate populations in the BOP system are expected to decline further in the fourth quarter of 2015, and potentially future quarters, primarily due to the retroactive application of changes to sentencing guidelines applicable to federal drug trafficking offenses. However, we do not expect a significant impact because BOP inmate populations within our facilities are primarily criminal aliens incarcerated for immigration violations rather than drug trafficking offenses. Further, the BOP correctional system remains overcrowded at approximately 122.4% at September 30, 2015. Nonetheless, increases in capacity within the federal system could result in a decline in BOP populations within our facilities.

State revenues from facilities that we manage decreased 3.0% from the third quarter of 2014 to the third quarter of 2015, and decreased 3.8% from the nine months ended September 30, 2014 to the same period in 2015. The decrease in state revenues in both the three- and nine-month periods was primarily a result of a decline in California inmates held in our out-of-state facilities, as further described hereafter. In addition, the decrease in state revenues in both periods was a result of the expiration of our contract with the state of Vermont at our Lee Adjustment Center effective June 30, 2015, as further described hereafter. The decrease in state revenues during the nine-month period was also a result of the expiration of our contracts at the Idaho Correctional Center effective July 1, 2014 and at the Three Florida Facilities effective January 31, 2014. The decrease in state revenues in both the three- and nine-month periods was partially offset by an increase in revenue at our Red Rock Correctional Center in Arizona, as further described hereafter.

Several of our state partners are projecting improvements in their budgets which has resulted in our ability to secure recent per diem increases at certain facilities. Further, several of our existing state partners, as well as state partners with which we do not currently do business, are experiencing growth in inmate populations and overcrowded conditions. Although we can provide no assurance that we will enter into any new contracts, we believe we are in a good position to not only provide them with needed bed capacity, but with the programming and re-entry services they are seeking.

We believe the long-term growth opportunities of our business remain very attractive as governments consider efficiency, savings, and offender programming opportunities we can provide. Further, we expect our partners to continue to face challenges in maintaining old facilities, and developing new facilities and additional capacity which could result in future demand for the solutions we provide.

Rental and other revenue during the nine months ended September 30, 2015 increased when compared to the same period in the prior year as a result of a contract adjustment by one of our government partners previously disclosed in the fourth quarter of 2013. The contract adjustment resulted in an accrual of $13.0 million of revenue and an equal accrual of operating expenses during the fourth quarter of 2013, which were revised to $9.0 million during the first quarter of 2014, resulting in the reduction of both revenue and operating expenses by $4.0 million in the first quarter of 2014.

*Operating Expenses*

Operating expenses totaled $326.5 million and $282.7 million for the three months ended September 30, 2015 and 2014, respectively, while operating expenses for the nine months ended September 30, 2015 and 2014 totaled $945.2 million and $857.7 million, respectively. Operating expenses consist of those expenses incurred in the operation and management of correctional and detention facilities, as well as at facilities we lease to third-party operators, and for our inmate transportation subsidiary.

Expenses incurred in connection with the operation and management of correctional and detention facilities increased $45.5 million, or 16.5% during the third quarter of 2015 compared with the same period in 2014. Operating expenses increased $82.3 million, or

9.8% during the first nine months of 2015 compared with the same period in 2014. Similar to our increase in revenues, operating expenses in both periods increased most notably as a result of the activation of our South Texas Family Residential Center in the fourth quarter of 2014, as further described hereafter. The additional inmate population at our Red Rock Correctional Center, as further described hereafter, also contributed to the increase in operating expenses in both the three- and nine-month periods. The increase in operating expenses in both periods was partially offset by a reduction in expenses resulting from the expiration of our BOP contract at our Northeast Ohio Correctional Center effective May 31, 2015 and the expiration of our contract with the state of Vermont at our Lee Adjustment Center effective June 30, 2015, both as further described hereafter. The increase in operating expenses in the nine-month period was also partially offset by a reduction in expenses resulting from the expiration of our contracts at the Idaho Correctional Center effective July 1, 2014 and at the Three Florida Facilities effective January 31, 2014.

Fixed expenses per compensated man-day increased to $38.80 during the three months ended September 30, 2015 from $32.37 during the three months ended September 30, 2014. Fixed expenses per compensated man-day increased to $37.16 during the nine months ended September 30, 2015 from $32.51 during the same period in 2014. Fixed expenses per compensated man-day for the three and nine months ended September 30, 2015 include depreciation expense of $10.7 million and $19.2 million, respectively, and interest expense of $3.2 million and $5.4 million, respectively, in order to more properly reflect the cash flows associated with the lease at the South Texas Family Residential Center. In total, fixed expenses at the now fully constructed 2,400-bed South Texas Family Residential Center contributed to increases of $3.59 and $2.71 per compensated man-day for the three and nine months ended September 30, 2015, respectively.

Fixed expenses per compensated man-day also increased due to an increase in salaries and benefits per compensated man-day of $3.26 and $2.73 for the three- and nine-month periods, respectively. The increase in salaries and benefits per compensated man-day in both periods resulted primarily from a higher average wage rate at our South Texas Family Residential Center, which accounted for increases of $1.22 and $1.19 per compensated man-day for the three- and nine-month periods, respectively. The increase in salaries and benefits per compensated man-day was also due to necessary staffing required during the decline in California inmate populations, expenses associated with the termination of the contract at the Winn Correctional Center, inflationary increases, and higher employee benefits. Salaries and benefits represent the most significant component of our operating expenses, representing approximately 62% of our total operating expenses during 2014 and 59% for the first nine months of 2015.

Variable expenses per compensated man-day increased $4.64 and $3.72, respectively, during the three and nine months ended September 30, 2015 from the same periods in the prior year. The increase in both periods was primarily due to expenses associated with activating our South Texas Family Residential Center, and due to an increase in other variable expenses. Variable expenses at the South Texas Family Residential Center accounted for increases of $3.29 and $2.79 per compensated man-day for the three- and nine-month periods, respectively.

Operating expenses also increased from the nine months ended September 30, 2014 to the nine months ended September 30, 2015 as a result of the contract adjustment by one of our government partners which reduced both revenue and operating expenses by $4.0 million in

the first quarter of 2014, as previously described. In addition, operating expenses in the first quarter of 2015 included a $3.0 million bad debt charge associated with a facility we no longer manage.

*Facility Management Contracts*

We typically enter into facility contracts to provide prison bed capacity and management services to governmental entities for terms typically from three to five years, with additional renewal periods at the option of the contracting governmental agency. Accordingly, a substantial portion of our facility contracts are scheduled to expire each year, notwithstanding contractual renewal options that a government agency may exercise. Although we generally expect these customers to exercise renewal options or negotiate new contracts with us, one or more of these contracts may not be renewed by the corresponding governmental agency.

During December 2014, the BOP announced that it elected not to renew its contract with us at our owned and operated 2,016-bed Northeast Ohio Correctional Center with a net carrying value of $32.1 million as of September 30, 2015. The contract with the BOP at this facility expired on May 31, 2015. Facility net operating income decreased by $5.1 million from the third quarter of 2014 to the third quarter of 2015 and decreased by $6.0 million from the first nine months of 2014 to the same period in 2015 as a result of this reduction in inmate population. We expect to continue to house USMS detainees at this facility pursuant to a separate contract that expires December 31, 2016 with one two-year renewal option remaining, while we continue to market the space that became available.

In April 2015, we provided notice to the state of Louisiana that we would cease management of the managed-only contract at the state-owned 1,538-bed Winn Correctional Center within 180 days, in accordance with the notice provisions of the contract. Management of the facility transitioned to another operator effective September 30, 2015. We generated facility net operating income at this facility of $0.4 million and $1.0 million for the three and nine months ended September 30, 2014, respectively, and incurred a facility net operating loss of $1.0 million and $3.9 million for the three and nine months ended September 30, 2015, respectively. In anticipation of terminating the contract at this facility, we also recorded an asset impairment of $1.0 million during the first quarter of 2015 for the write-off of goodwill associated with the Winn facility.

During May 2015, the state of Vermont announced that it elected to not renew the contract that would have allowed for Vermont's continued use of our owned and operated 816-bed Lee Adjustment Center. The contract expired on June 30, 2015. During the first six months of 2015, the offender population at the Lee Adjustment Center averaged 308 offenders, compared with 458 offenders during the same period in 2014. We generated facility net operating income at this facility of $0.3 million and $0.6 million for the three and nine months ended September 30, 2014, respectively. We incurred a facility net operating loss at the Lee Adjustment Center of $1.2 million during the time the facility was active in 2015. We idled the facility upon transfer of the offender population in June 2015, but will continue to market the facility to other customers. The net carrying value of the Lee Adjustment Center was $11.0 million as of September 30, 2015.

Based on information available at this filing, notwithstanding the contracts at facilities described above, we believe we will renew all other material contracts that have expired or are scheduled to expire within the next twelve months. We believe our renewal rate on

41

existing contracts remains high as a result of a variety of reasons including, but not limited to, the constrained supply of available beds within the U.S. correctional system, our ownership of the majority of the beds we operate, and the quality of our operations.

The operation of the facilities we own carries a higher degree of risk associated with a facility contract than the operation of the facilities we manage but do not own because we incur significant capital expenditures to construct or acquire facilities we own. Additionally, correctional and detention facilities have limited or no alternative use. Therefore, if a contract is terminated on a facility we own, we continue to incur certain operating expenses, such as real estate taxes, utilities, and insurance, which we would not incur if a management contract were terminated for a managed-only facility. As a result, revenue per compensated man-day is typically higher for facilities we own and manage than for managed-only facilities. Because we incur higher expenses, such as repairs and maintenance, real estate taxes, and insurance, on the facilities we own and manage, our cost structure for facilities we own and manage is also higher than the cost structure for the managed-only facilities. Accordingly, the following tables display the revenue and expenses per compensated man-day for the facilities placed into service that we own and manage and for the facilities we manage but do not own, which we believe is useful to our financial statement users:

|  | For the Three Months Ended September 30, | | For the Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
|  | **2015** | 2014 | **2015** | 2014 |
| **Owned and Managed Facilities:** | | | | |
| Revenue per compensated man-day | **$ 82.75** | $ 69.65 | **$ 80.86** | $ 69.15 |
| Operating expenses per compensated man-day: | | | | |
|    Fixed expense | **42.15** | 34.32 | **40.09** | 34.60 |
|    Variable expense | **17.29** | 11.66 | **16.07** | 11.52 |
|      Total | **59.44** | 45.98 | **56.16** | 46.12 |
| Operating income per compensated man-day | **$ 23.31** | $ 23.67 | **$ 24.70** | $ 23.03 |
| Operating margin | **28.2%** | 34.0% | **30.5%** | 33.3% |
| Average compensated occupancy | **79.9%** | 81.3% | **81.5%** | 81.6% |
| Average available beds | **65,019** | 66,222 | **64,228** | 66,222 |
| Average compensated population | **51,962** | 53,857 | **52,351** | 54,036 |