# EXHIBIT M

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

————————————

# FORM 10-Q

————————————

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**FOR THE QUARTERLY PERIOD ENDED: MARCH 31, 2016**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**FOR THE TRANSITION PERIOD FROM _____ TO _____**

**COMMISSION FILE NUMBER: 001-16109**

————————————

# CORRECTIONS CORPORATION OF AMERICA
### (Exact name of registrant as specified in its charter)

————————————

| | |
|---|---|
| **MARYLAND** | **62-1763875** |
| **(State or other jurisdiction of** | **(I.R.S. Employer** |
| **incorporation or organization)** | **Identification Number)** |

**10 BURTON HILLS BLVD., NASHVILLE, TENNESSEE 37215**
**(Address and zip code of principal executive offices)**

**(615) 263-3000**
**(Registrant's telephone number, including area code)**

————————————

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).   Yes ☒   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See definitions of "large accelerated filer", "accelerated filer", and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☒                                                                                                    Accelerated filer ☐

Non-accelerated filer ☐ (Do not check if a smaller reporting company)          Smaller reporting company ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).  Yes ☐   No ☒

Indicate the number of shares outstanding of each class of Common Stock as of April 29, 2016:

Shares of Common Stock, $0.01 par value per share: 117,476,991 shares outstanding.

CORRECTIONS CORPORATION OF AMERICA

FORM 10-Q

FOR THE QUARTERLY PERIOD ENDED MARCH 31, 2016

INDEX

|  |  |  | PAGE |
|---|---|---|---|
| **PART 1 – FINANCIAL INFORMATION** | | | |
| Item 1. | Financial Statements | | |
|  | a) | Consolidated Balance Sheets (Unaudited) as of March 31, 2016 and December 31, 2015 | 1 |
|  | b) | Consolidated Statements of Operations (Unaudited) for the three months ended March 31, 2016 and 2015 | 2 |
|  | c) | Consolidated Statements of Cash Flows (Unaudited) for the three months ended March 31, 2016 and 2015 | 3 |
|  | d) | Consolidated Statement of Stockholders' Equity (Unaudited) for the three months ended March 31, 2016 | 4 |
|  | e) | Consolidated Statement of Stockholders' Equity (Unaudited) for the three months ended March 31, 2015 | 5 |
|  | f) | Notes to Consolidated Financial Statements (Unaudited) | 6 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | | 27 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | | 50 |
| Item 4. | Controls and Procedures | | 50 |
| **PART II – OTHER INFORMATION** | | | |
| Item 1. | Legal Proceedings | | 51 |
| Item 1A. | Risk Factors | | 51 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | | 51 |
| Item 3. | Defaults Upon Senior Securities | | 51 |
| Item 4. | Mine Safety Disclosures | | 51 |
| Item 5. | Other Information | | 51 |
| Item 6. | Exhibits | | 52 |
| **SIGNATURES** | | | 53 |

# PART I – FINANCIAL INFORMATION

## ITEM 1. – FINANCIAL STATEMENTS.

### CORRECTIONS CORPORATION OF AMERICA AND SUBSIDIARIES
### CONSOLIDATED BALANCE SHEETS
(UNAUDITED AND AMOUNTS IN THOUSANDS, EXCEPT PER SHARE AMOUNTS)

|  | March 31, 2016 | December 31, 2015 |
|---|---|---|
| **ASSETS** | | |
| Cash and cash equivalents | $ 54,816 | $ 65,291 |
| Restricted cash | — | 877 |
| Accounts receivable, net of allowance of $1,169 and $459, respectively | 208,304 | 234,456 |
| Prepaid expenses and other current assets | 28,641 | 41,434 |
| Total current assets | 291,761 | 342,058 |
| Property and equipment, net | 2,854,109 | 2,883,060 |
| Restricted cash | 218 | 131 |
| Investment in direct financing lease | — | 684 |
| Goodwill | 35,001 | 35,557 |
| Non-current deferred tax assets | 8,949 | 9,824 |
| Other assets | 83,766 | 84,704 |
| Total assets | $3,273,804 | $ 3,356,018 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Accounts payable and accrued expenses | $ 308,576 | $ 317,675 |
| Income taxes payable | 2,421 | 1,920 |
| Current portion of long-term debt | 6,250 | 5,000 |
| Total current liabilities | 317,247 | 324,595 |
| Long-term debt, net of current portion | 1,400,128 | 1,447,077 |
| Deferred revenue | 54,641 | 63,289 |
| Other liabilities | 55,332 | 58,309 |
| Total liabilities | 1,827,348 | 1,893,270 |
| Commitments and contingencies | | |
| Preferred stock – $0.01 par value; 50,000 shares authorized; none issued and outstanding at March 31, 2016 and December 31, 2015, respectively | — | — |
| Common stock – $0.01 par value; 300,000 shares authorized; 117,477 and 117,232 shares issued and outstanding at March 31, 2016 and December 31, 2015, respectively | 1,175 | 1,172 |
| Additional paid-in capital | 1,763,685 | 1,762,394 |
| Accumulated deficit | (318,404) | (300,818) |
| Total stockholders' equity | 1,446,456 | 1,462,748 |
| Total liabilities and stockholders' equity | $3,273,804 | $ 3,356,018 |

The accompanying notes are an integral part of these consolidated financial statements.

1

Table of Contents

CORRECTIONS CORPORATION OF AMERICA AND SUBSIDIARIES
CONSOLIDATED STATEMENTS OF OPERATIONS
(UNAUDITED AND AMOUNTS IN THOUSANDS, EXCEPT PER SHARE AMOUNTS)

| | For the Three Months Ended March 31, | |
| --- | --- | --- |
| | 2016 | 2015 |
| REVENUES | $ 447,385 | $ 426,000 |
| EXPENSES: | | |
| Operating | 313,918 | 300,662 |
| General and administrative | 26,480 | 26,872 |
| Depreciation and amortization | 42,059 | 28,685 |
| Asset impairments | — | 955 |
| | 382,457 | 357,174 |
| OPERATING INCOME | 64,928 | 68,826 |
| OTHER (INCOME) EXPENSE: | | |
| Interest expense, net | 17,544 | 10,190 |
| Other income | (83) | (26) |
| | 17,461 | 10,164 |
| INCOME BEFORE INCOME TAXES | 47,467 | 58,662 |
| Income tax expense | (1,160) | (1,385) |
| NET INCOME | $ 46,307 | $ 57,277 |
| BASIC EARNINGS PER SHARE | $ 0.39 | $ 0.49 |
| DILUTED EARNINGS PER SHARE | $ 0.39 | $ 0.49 |
| REGULAR DIVIDENDS DECLARED PER SHARE | $ 0.54 | $ 0.54 |

The accompanying notes are an integral part of these consolidated financial statements.

2

office and, as appropriate, outside counsel handling these matters, and are based upon an analysis of potential results, assuming a combination of litigation and settlement strategies. It is possible that future cash flows and results of operations could be materially affected by changes in our assumptions, new developments, or by the effectiveness of our strategies.

## RESULTS OF OPERATIONS

Our results of operations are impacted by the number of facilities we owned and managed, the number of facilities we managed but did not own, the number of facilities we leased to other operators, and the facilities we owned that were not in operation. The following table sets forth the changes in the number of facilities operated for the periods presented:

| | Effective Date | Owned and Managed | Managed Only | Leased | Total |
|---|---|---|---|---|---|
| Facilities as of December 31, 2014 | | 49 | 12 | 3 | 64 |
| | | | | | |
| Impairment of non-core assets | January 2015 | (2) | — | — | (2) |
| Acquisition of four community corrections facilities in Pennsylvania | August 2015 | — | — | 4 | 4 |
| Termination of the management contract for the Winn Correctional Center | September 2015 | — | (1) | — | (1) |
| Termination of the lease contract at the Leo Chesney Correctional Center | October 2015 | 1 | — | (1) | — |
| Acquisition of eleven community corrections facilities in Oklahoma (3), Texas (7), and Wyoming (1) | October 2015 | 11 | — | — | 11 |
| Activation of the Trousdale Turner Correctional Center | December 2015 | 1 | — | — | 1 |
| **Facilities as of December 31, 2015 and March 31, 2016** | | **60** | **11** | **6** | **77** |

### Three Months Ended March 31, 2016 Compared to the Three Months Ended March 31, 2015

Net income was $46.3 million, or $0.39 per diluted share, for the three months ended March 31, 2016, compared with net income of $57.3 million, or $0.49 per diluted share, for the three months ended March 31, 2015.

### *Facility Operations*

A key performance indicator we use to measure the revenue and expenses associated with the operation of the facilities we own or manage is expressed in terms of a compensated man-day, which represents the revenue we generate and expenses we incur for one offender for one calendar day. Revenue and expenses per compensated man-day are computed by dividing facility revenue and expenses by the total number of compensated man-days during the period. A compensated man-day represents a calendar day for which we are paid for the occupancy of an offender. We believe the measurement is useful because we are compensated for operating and managing facilities at an offender per-diem rate based upon actual or minimum guaranteed occupancy levels. We also measure our ability to contain

costs on a per-compensated man-day basis, which is largely dependent upon the number of offenders we accommodate. Further, per compensated man-day measurements are also used to estimate our potential profitability based on certain occupancy levels relative to design capacity. Revenue and expenses per compensated man-day for all of the facilities placed into service that we owned or managed, exclusive of those held for lease, were as follows for the three months ended March 31, 2016 and 2015:

| | For the Three Months Ended March 31, | |
| --- | --- | --- |
| | **2016** | 2015 |
| Revenue per compensated man-day | **$ 75.30** | $ 70.16 |
| Operating expenses per compensated man-day: | | |
| Fixed expense | **39.88** | 35.67 |
| Variable expense | **15.42** | 13.52 |
| Total | **55.30** | 49.19 |
| Operating income per compensated man-day | **$ 20.00** | $ 20.97 |
| Operating margin | **26.6%** | 29.9% |
| Average compensated occupancy | **75.1%** | 84.1% |
| Average available beds | **85,194** | 78,535 |
| Average compensated population | **63,985** | 66,029 |

Fixed expenses per compensated man-day for 2016 include depreciation expense of $10.6 million and interest expense of $2.9 million in order to more properly reflect the cash flows associated with the lease at the South Texas Family Residential Center.

*Revenue*

Total revenue consists of revenue we generate in the operation and management of correctional, detention, and residential reentry facilities, as well as rental revenue generated from facilities we lease to third-party operators, and from our inmate transportation subsidiary. The following table reflects the components of revenue for the three months ended March 31, 2016 and 2015 (in millions):

| | For the Three Months Ended March 31, | | | |
| --- | --- | --- | --- | --- |
| | **2016** | 2015 | $ Change | % Change |
| Management revenue: | | | | |
| Federal | **$235.7** | $203.2 | $ 32.5 | 16.0% |
| State | **171.2** | 184.6 | (13.4) | (7.3%) |
| Local | **16.3** | 16.2 | 0.1 | 0.6% |
| Other | **15.3** | 12.9 | 2.4 | 18.6% |
| Total management revenue | **438.5** | 416.9 | 21.6 | 5.2% |
| Rental and other revenue | **8.9** | 9.1 | (0.2) | (2.2%) |
| Total revenue | **$447.4** | $426.0 | $ 21.4 | 5.0% |

The $21.6 million, or 5.2%, increase in revenue associated with the operation and management of correctional, detention, and residential reentry facilities consisted of an increase in revenue of approximately $29.9 million resulting from an increase of 7.3% in

33

average revenue per compensated man-day, partially offset by a decrease in revenue of approximately $8.3 million caused by a decrease in the average daily compensated population from 2015 to 2016, net of the revenue generated by one additional day of operations due to leap year in 2016. Most notably, the increase in average revenue per compensated man-day was a result of the full activation of the South Texas Family Residential Center in the second quarter of 2015, as further described hereafter. Per diem increases at several of our other facilities also contributed to the increase in average revenue per compensated man-day from 2015 to 2016.

Average daily compensated population decreased 2,044, or 3.1%, from 66,029 during the three months ended March 31, 2015 to 63,985 during the three months ended March 31, 2016. The decline in average compensated population primarily resulted from the expiration of our contract with the Federal Bureau of Prisons, or BOP, at our Northeast Ohio Correctional Center effective May 31, 2015, and due to a decline in California inmates held in our out-of-state facilities, both as further described hereafter. The decline in average compensated population was also a result of the expiration of our contract with the state of Vermont at our Lee Adjustment Center effective June 30, 2015, and the expiration of our managed-only contract with the state of Louisiana at the state-owned Winn Correctional Facility effective September 30, 2015, both as further described hereafter. The decline in average compensated population was partially offset by the effect of the full activation of the South Texas Family Residential Center in the second quarter of 2015, the acquisition of Avalon Correctional Services, Inc., or Avalon, in the fourth quarter of 2015, both as further described hereafter, and the activation of the newly constructed Trousdale Turner Correctional Center in the fourth quarter of 2015. We began housing state of Tennessee inmates at the facility in January 2016.

Business from our federal customers, including primarily the BOP, the United States Marshals Service, or USMS, and ICE, continues to be a significant component of our business. Our federal customers generated approximately 53% and 48% of our total revenue for the three months ended March 31, 2016 and 2015, respectively, increasing $32.5 million, or 16.0%. The increase in federal revenues primarily resulted from the full activation of the South Texas Family Residential Center in the second quarter of 2015, partially offset by a decline in federal populations at our Northeast Ohio Correctional Center. The combined effect of per diem increases at several of our other facilities and a net increase in federal populations at certain other facilities also contributed to the increase in federal revenues.

Despite our increase in federal revenue, inmate populations in federal facilities, particularly within the BOP system nationwide, have declined over the past two years. Inmate populations in the BOP system declined in 2015 and are expected to decline further in 2016 due, in part, to the retroactive application of changes to sentencing guidelines applicable to federal drug trafficking offenses. However, we do not expect a significant impact on us because BOP inmate populations within our facilities are primarily criminal aliens incarcerated for immigration violations rather than drug trafficking offenses. Further, the public sector BOP correctional system remains overcrowded at approximately 118.4% at March 31, 2016. Nonetheless, increases in capacity within the federal system could result in a decline in BOP populations within our facilities, and could negatively impact the future demand for prison capacity.

State revenues from facilities that we manage decreased 7.3% from the first quarter of 2015 to the first quarter of 2016. The decrease in state revenues was primarily a result of a decline

34

in California inmates held in our out-of-state facilities. In addition, the decrease in state revenues was a result of the expiration of our contract with the state of Vermont at our Lee Adjustment Center effective June 30, 2015, and the expiration of our managed-only contract with the state of Louisiana at the state-owned Winn Correctional Facility effective September 30, 2015. The decrease in state revenues was partially offset by the revenue generated at our newly activated Trousdale Turner Correctional Center, and as a result of the acquisition of Avalon in the fourth quarter of 2015, as further described hereafter.

Several of our state partners are projecting improvements in their budgets which has resulted in our ability to secure recent per diem increases at certain facilities. Further, several of our existing state partners, as well as state partners with which we do not currently do business, are experiencing growth in inmate populations and overcrowded conditions. Although we can provide no assurance that we will enter into any new contracts, we believe we are in a good position to not only provide them with needed bed capacity, but with the programming and reentry services they are seeking.

We believe the long-term growth opportunities of our business remain attractive as governments consider efficiency, savings, and offender programming opportunities we can provide. Further, we expect our partners to continue to face challenges in maintaining old facilities, and developing new facilities and additional capacity which could result in future demand for the solutions we provide.

*Operating Expenses*

Operating expenses totaled $313.9 million and $300.7 million for the three months ended March 31, 2016 and 2015, respectively. Operating expenses consist of those expenses incurred in the operation and management of correctional, detention, and residential reentry facilities, as well as at facilities we lease to third-party operators, and for our inmate transportation subsidiary.

Expenses incurred in connection with the operation and management of correctional, detention, and residential reentry facilities increased $16.2 million, or 5.5%, during the first quarter of 2016 compared with the same period in 2015. Similar to our increase in revenues, operating expenses increased most notably as a result of the full activation of our South Texas Family Residential Center in the second quarter of 2015, and one additional day of operations due to leap year in 2016. The increase in operating expenses was also a result of the activation of the Trousdale Turner Correctional Center in the fourth quarter of 2015, and the acquisition of Avalon. The increase in operating expenses was partially offset by a reduction in expenses resulting from the expiration of our BOP contract at our Northeast Ohio Correctional Center effective May 31, 2015, the expiration of our contract with the state of Vermont at our Lee Adjustment Center effective June 30, 2015, and the expiration of our managed-only contract with the state of Louisiana at the state-owned Winn Correctional Facility effective September 30, 2015. In addition, the increase in operating expenses was partially offset by a reduction in expenses that resulted from idling our North Fork Correctional Facility in the fourth quarter of 2015. We idled the facility as a result of a decline in California inmates held in our out-of-state program.

Fixed expenses per compensated man-day increased to $39.88 during the three months ended March 31, 2016 from $35.67 during the three months ended March 31, 2015. Fixed expenses per compensated man-day for the three months ended March 31, 2016 include depreciation

35

expense of $10.6 million and interest expense of $2.9 million in order to more properly reflect the cash flows associated with the lease at the South Texas Family Residential Center. In total, fixed expenses at the now fully constructed 2,400-bed South Texas Family Residential Center contributed to an increase of $1.77 per compensated man-day for the three months ended March 31, 2016.

Fixed expenses per compensated man-day increased from 2015 to 2016 due primarily to an increase in salaries and benefits per compensated man-day. The increase in salaries and benefits per compensated man-day was partially a result of these expenses being leveraged over smaller offender populations at certain facilities and due to wage adjustments implemented during 2015. The increase in salaries and benefits per compensated man-day was also due to more favorable claims experience in our employee self-insured medical plan in the prior year. As the economy has improved, we have experienced wage pressures in certain markets across the country. We continually monitor compensation levels very closely along with overall economic conditions and will set wage levels necessary to help ensure the long-term success of our business. Salaries and benefits represent the most significant component of our operating expenses, representing approximately 59% of our total operating expenses during 2015 and 60% for the first three months of 2016.

Variable expenses increased $1.90 per compensated man-day during the three months ended March 31, 2016 from the three months ended March 31, 2015 primarily due to expenses associated with the now fully activated South Texas Family Residential Center, and due to expenses incurred during the ramp-up of operations at our Trousdale Turner Correctional Center.

Operating expenses in the first quarter of 2015 included a $3.0 million bad debt charge associated with a facility we no longer manage.

*Facility Management Contracts*

We typically enter into facility contracts to provide prison bed capacity and management services to governmental entities for terms typically from three to five years, with additional renewal periods at the option of the contracting governmental agency. Accordingly, a substantial portion of our facility contracts are scheduled to expire each year, notwithstanding contractual renewal options that a government agency may exercise. Although we generally expect these customers to exercise renewal options or negotiate new contracts with us, one or more of these contracts may not be renewed by the corresponding governmental agency.

Our contract with the New Mexico Department of Corrections, or NMDOC, at the New Mexico Women's Correctional Facility is currently scheduled to expire in June 2016. In March 2016, the NMDOC issued a Request For Proposal, or RFP, for up to, but not limited to, an 800-bed facility to house minimum, medium, and maximum security-level inmates. We submitted a proposal for our New Mexico Women's Correctional Facility in response to the RFP. We can provide no assurance that we will either renew the existing contract to house female inmate populations or enter into a new contract pursuant to the RFP. The net carrying value of the New Mexico Women's Correctional Facility was $18.4 million as of March 31, 2016.

Our contract with the District of Columbia, or District, at the D.C. Correctional Treatment Facility is currently scheduled to expire in the first quarter of 2017. We have been provided

36

notice that the District does not plan to renew the contract. As a result of low occupancy, we incurred a facility net operating loss at the D.C. Correctional Treatment Facility of $0.4 million and $0.2 million for the three months ended March 31, 2016 and 2015, respectively. Our investment in the direct financing lease with the District also expires in the first quarter of 2017. Upon expiration of the lease in 2017, ownership of the facility automatically reverts to the District.

Based on information available at this filing, notwithstanding the contracts at facilities described above, we believe we will renew all other material contracts that have expired or are scheduled to expire within the next twelve months. We believe our renewal rate on existing contracts remains high as a result of a variety of reasons including, but not limited to, the constrained supply of available beds within the U.S. correctional system, our ownership of the majority of the beds we operate, and the quality of our operations.

The operation of the facilities we own carries a higher degree of risk associated with a facility contract than the operation of the facilities we manage but do not own because we incur significant capital expenditures to construct or acquire facilities we own. Additionally, correctional and detention facilities have limited or no alternative use. Therefore, if a contract is terminated on a facility we own, we continue to incur certain operating expenses, such as real estate taxes, utilities, and insurance, which we would not incur if a management contract were terminated for a managed-only facility. As a result, revenue per compensated man-day is typically higher for facilities we own and manage than for managed-only facilities. Because we incur higher expenses, such as repairs and maintenance, real estate taxes, and insurance, on the facilities we own and manage, our cost structure for facilities we own and manage is also higher than the cost structure for the managed-only facilities. Accordingly, the following tables display the revenue and expenses per compensated man-day for the facilities placed into service that we own and manage and for the facilities we manage but do not own, which we believe is useful to our financial statement users:

37

| | For the Three Months Ended March 31, | |
|---|---|---|
| | **2016** | 2015 |
| **Owned and Managed Facilities:** | | |
| Revenue per compensated man-day | **$ 83.73** | $ 78.36 |
| Operating expenses per compensated man-day: | | |
|     Fixed expense | **43.14** | 38.23 |
|     Variable expense | **16.52** | 14.37 |
|       Total | **59.66** | 52.60 |
| Operating income per compensated man-day | **$ 24.07** | $ 25.76 |
| Operating margin | **28.7%** | 32.9% |
| Average compensated occupancy | **71.5%** | 81.8% |
| Average available beds | **71,296** | 63,099 |
| Average compensated population | **51,004** | 51,611 |

| | For the Three Months Ended March 31, | |
|---|---|---|
| | **2016** | 2015 |
| **Managed-Only Facilities:** | | |
| Revenue per compensated man-day | **$ 42.19** | $ 40.80 |
| Operating expenses per compensated man-day: | | |
|     Fixed expense | **27.09** | 26.51 |
|     Variable expense | **11.09** | 10.49 |
|       Total | **38.18** | 37.00 |
| Operating income per compensated man-day | **$ 4.01** | $ 3.80 |
| Operating margin | **9.5%** | 9.3% |
| Average compensated occupancy | **93.4%** | 93.4% |
| Average available beds | **13,898** | 15,436 |
| Average compensated population | **12,981** | 14,418 |

*Owned and Managed Facilities*

Facility net operating income, or the operating income or loss from operations before interest, taxes, asset impairments, depreciation and amortization, at our owned and managed facilities increased by $5.5 million, from $119.7 million during the three months ended March 31, 2015 to $125.2 million during the three months ended March 31, 2016, an increase of 4.6%. Facility net operating income at our owned and managed facilities in the first quarter of 2016 was favorably impacted by the full activation of the South Texas Family Residential Center. The aforementioned $13.5 million aggregate depreciation and interest expense associated with the lease at the South Texas Family Residential Center in the three months ended March 31, 2016 is not included in the facility net operating income amounts reported above, but is included in the per compensated man-day statistics.

38