# EXHIBIT O

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

_____

# FORM 10-Q

_____

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**FOR THE QUARTERLY PERIOD ENDED: MARCH 31, 2015**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**FOR THE TRANSITION PERIOD FROM _____ TO _____**

**COMMISSION FILE NUMBER: 001-16109**

_____

# CORRECTIONS CORPORATION OF AMERICA
**(Exact name of registrant as specified in its charter)**

_____

| | |
|---|---|
| **MARYLAND** | **62-1763875** |
| **(State or other jurisdiction of incorporation or organization)** | **(I.R.S. Employer Identification Number)** |

**10 BURTON HILLS BLVD., NASHVILLE, TENNESSEE 37215**
**(Address and zip code of principal executive offices)**

**(615) 263-3000**
**(Registrant's telephone number, including area code)**

_____

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.    Yes  ☒    No  ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).    Yes  ☒    No  ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See definitions of "large accelerated filer", "accelerated filer", and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ (Do not check if a smaller reporting company) | Smaller reporting company | ☐ |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).    Yes  ☐    No  ☒

Indicate the number of shares outstanding of each class of Common Stock as of May 1, 2015:

Shares of Common Stock, $0.01 par value per share: 117,023,243 shares outstanding.

# CORRECTIONS CORPORATION OF AMERICA

## FORM 10-Q

### FOR THE QUARTERLY PERIOD ENDED MARCH 31, 2015

### INDEX

|  |  |  | PAGE |
|---|---|---|---|
| **PART 1 – FINANCIAL INFORMATION** |  |  |  |
| Item 1. | Financial Statements |  |  |
|  | a) | Consolidated Balance Sheets (Unaudited) as of March 31, 2015 and December 31, 2014 | 1 |
|  | b) | Consolidated Statements of Operations (Unaudited) for the three months ended March 31, 2015 and 2014 | 2 |
|  | c) | Consolidated Statements of Cash Flows (Unaudited) for the three months ended March 31, 2015 and 2014 | 3 |
|  | d) | Consolidated Statement of Stockholders' Equity (Unaudited) for the three months ended March 31, 2015 | 4 |
|  | e) | Consolidated Statement of Stockholders' Equity (Unaudited) for the three months ended March 31, 2014 | 5 |
|  | f) | Notes to Consolidated Financial Statements (Unaudited) | 6 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations |  | 25 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk |  | 46 |
| Item 4. | Controls and Procedures |  | 46 |
| **PART II – OTHER INFORMATION** |  |  |  |
| Item 1. | Legal Proceedings |  | 47 |
| Item 1A. | Risk Factors |  | 47 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds |  | 47 |
| Item 3. | Defaults Upon Senior Securities |  | 47 |
| Item 4. | Mine Safety Disclosures |  | 47 |
| Item 5. | Other Information |  | 47 |
| Item 6. | Exhibits |  | 48 |
| **SIGNATURES** |  |  | 49 |

**PART I – FINANCIAL INFORMATION**

**ITEM 1. – FINANCIAL STATEMENTS.**

**CORRECTIONS CORPORATION OF AMERICA AND SUBSIDIARIES**
**CONSOLIDATED BALANCE SHEETS**
(UNAUDITED AND AMOUNTS IN THOUSANDS, EXCEPT PER SHARE AMOUNTS)

| | March 31, 2015 | December 31, 2014 |
|---|---|---|
| **ASSETS** | | |
| Cash and cash equivalents | $ 74,022 | $ 74,393 |
| Restricted cash | 2,254 | — |
| Accounts receivable, net of allowance of $2,269 and $748, respectively | 226,275 | 248,588 |
| Current deferred tax assets | 11,414 | 13,229 |
| Prepaid expenses and other current assets | 29,213 | 29,775 |
| Total current assets | 343,178 | 365,985 |
| Property and equipment, net | 2,720,082 | 2,658,628 |
| Restricted cash | 105 | 2,858 |
| Investment in direct financing lease | 2,617 | 3,223 |
| Goodwill | 15,155 | 16,110 |
| Non-current deferred tax assets | 3,479 | 2,301 |
| Other assets | 75,155 | 78,086 |
| Total assets | $3,159,771 | $ 3,127,191 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Accounts payable and accrued expenses | $ 316,149 | $ 317,566 |
| Income taxes payable | 659 | 1,368 |
| Current liabilities of discontinued operations | — | 54 |
| Total current liabilities | 316,808 | 318,988 |
| Long-term debt | 1,240,000 | 1,200,000 |
| Deferred revenue | 91,607 | 87,227 |
| Other liabilities | 37,740 | 39,476 |
| Total liabilities | 1,686,155 | 1,645,691 |
| Commitments and contingencies | | |
| Preferred stock – $0.01 par value; 50,000 shares authorized; none issued and outstanding at March 31, 2015 and December 31, 2014, respectively | — | — |
| Common stock – $0.01 par value; 300,000 shares authorized; 117,000 and 116,764 shares issued and outstanding at March 31, 2015 and December 31, 2014, respectively | 1,170 | 1,168 |
| Additional paid-in capital | 1,746,727 | 1,748,303 |
| Accumulated deficit | (274,281) | (267,971) |
| Total stockholders' equity | 1,473,616 | 1,481,500 |
| Total liabilities and stockholders' equity | $3,159,771 | $ 3,127,191 |

The accompanying notes are an integral part of these consolidated financial statements.

1

**CORRECTIONS CORPORATION OF AMERICA AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF OPERATIONS**
(UNAUDITED AND AMOUNTS IN THOUSANDS, EXCEPT PER SHARE AMOUNTS)

| | For the Three Months Ended March 31, | |
| --- | --- | --- |
| | **2015** | 2014 |
| **REVENUES** | **$426,000** | $404,222 |
| **EXPENSES:** | | |
| Operating | **300,662** | 287,380 |
| General and administrative | **26,872** | 25,392 |
| Depreciation and amortization | **28,685** | 28,384 |
| Asset impairments | **955** | — |
| | **357,174** | 341,156 |
| **OPERATING INCOME** | **68,826** | 63,066 |
| **OTHER (INCOME) EXPENSE:** | | |
| Interest expense, net | **10,190** | 10,348 |
| Other income | **(26)** | (387) |
| | **10,164** | 9,961 |
| **INCOME BEFORE INCOME TAXES** | **58,662** | 53,105 |
| Income tax expense | **(1,385)** | (1,367) |
| **NET INCOME** | **$ 57,277** | $ 51,738 |
| **BASIC EARNINGS PER SHARE** | **$ 0.49** | $ 0.45 |
| **DILUTED EARNINGS PER SHARE** | **$ 0.49** | $ 0.44 |
| **REGULAR DIVIDENDS DECLARED PER SHARE** | **$ 0.54** | $ 0.51 |

The accompanying notes are an integral part of these consolidated financial statements.

2

**CORRECTIONS CORPORATION OF AMERICA AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
(UNAUDITED AND AMOUNTS IN THOUSANDS)

| | For the Three Months Ended March 31, | |
| --- | --- | --- |
| | **2015** | 2014 |
| **CASH FLOWS FROM OPERATING ACTIVITIES:** | | |
| Net income | **$ 57,277** | $ 51,738 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | |
|     Depreciation and amortization | **28,685** | 28,384 |
|     Asset impairments | **955** | — |
|     Amortization of debt issuance costs and other non-cash interest | **776** | 771 |
|     Deferred income taxes | **637** | (995) |
|     Non-cash revenue and other income | **(496)** | (496) |
|     Income tax benefit of equity compensation | **(379)** | (103) |
|     Non-cash equity compensation | **3,798** | 3,293 |
|     Other expenses and non-cash items | **1,545** | 2,316 |
|     Changes in assets and liabilities, net: | | |
|       Accounts receivable, prepaid expenses and other assets | **22,930** | 7,610 |
|       Accounts payable, accrued expenses and other liabilities | **1,788** | (26,655) |
|       Income taxes payable | **(330)** | 719 |
|     Net cash provided by operating activities | **117,186** | 66,582 |
| **CASH FLOWS FROM INVESTING ACTIVITIES:** | | |
| Expenditures for facility development and expansions | **(63,366)** | (18,507) |
| Expenditures for other capital improvements | **(14,562)** | (8,573) |
| Capitalized lease payments | **(16,283)** | — |
| Proceeds from sale of assets | **45** | 192 |
| Decrease (increase) in other assets | **2,048** | (314) |
| Payments received on direct financing lease and notes receivable | **537** | 476 |
|     Net cash used in investing activities | **(91,581)** | (26,726) |
| **CASH FLOWS FROM FINANCING ACTIVITIES:** | | |
| Proceeds from issuance of debt | **70,000** | 35,000 |
| Principal repayments of debt | **(30,000)** | (45,000) |
| Dividends paid | **(61,136)** | (56,267) |
| Income tax benefit of equity compensation | **379** | 103 |
| Purchase and retirement of common stock | **(9,261)** | (2,768) |
| Decrease in restricted cash for dividends | **500** | — |
| Proceeds from exercise of stock options | **3,542** | 3,838 |
|     Net cash used in financing activities | **(25,976)** | (65,094) |
| **NET DECREASE IN CASH AND CASH EQUIVALENTS** | **(371)** | (25,238) |
| **CASH AND CASH EQUIVALENTS, beginning of period** | **74,393** | 77,919 |
| **CASH AND CASH EQUIVALENTS, end of period** | **$ 74,022** | $ 52,681 |
| **SUPPLEMENTAL DISCLOSURES OF CASH FLOW INFORMATION:** | | |
| Cash paid during the period for: | | |
|     Interest (net of amounts capitalized of $1,196 and $435 in 2015 and 2014, respectively) | **$ 2,099** | $ 2,476 |
|     Income taxes paid | **$ 1,167** | $ 224 |

The accompanying notes are an integral part of these consolidated financial statements.

3

**RESULTS OF OPERATIONS**

Our results of operations are impacted by the number of facilities we owned and managed, the number of facilities we managed but did not own, the number of facilities we leased to other operators, and the facilities we owned that were not in operation. The following table sets forth the changes in the number of facilities operated for the periods presented:

| | Effective Date | Owned and Managed | Managed Only | Leased | Total |
|---|---|---|---|---|---|
| Facilities as of December 31, 2013 | | 49 | 16 | 4 | 69 |
| Termination of the management contracts for the Bay, Graceville and Moore Haven Correctional Facilities | January 2014 | — | (3) | — | (3) |
| Termination of the contract at the North Georgia Detention Center | February 2014 | (1) | — | — | (1) |
| Termination of the management contract for the Idaho Correctional Center | July 2014 | — | (1) | — | (1) |
| Sale of the Houston Educational Facility | November 2014 | — | — | (1) | (1) |
| Activation of the South Texas Family Residential Center | October 2014 | 1 | — | — | 1 |
| **Facilities as of December 31, 2014** | | 49 | 12 | 3 | 64 |
| Impairment of non-core assets | January 2015 | (2) | — | — | (2) |
| **Facilities as of March 31, 2015** | | 47 | 12 | 3 | 62 |

**Three Months Ended March 31, 2015 Compared to the Three Months Ended March 31, 2014**

Net income was $57.3 million, or $0.49 per diluted share, for the three months ended March 31, 2015, compared with net income of $51.7 million, or $0.44 per diluted share, for the three months ended March 31, 2014. Net income was favorably impacted during the first quarter of 2015 most notably by the activation of the South Texas Family Residential Center in the fourth quarter of 2014, as further described hereafter.

*Facility Operations*

A key performance indicator we use to measure the revenue and expenses associated with the operation of the facilities we own or manage is expressed in terms of a compensated man-day, which represents the revenue we generate and expenses we incur for one offender for one calendar day. Revenue and expenses per compensated man-day are computed by dividing facility revenue and expenses by the total number of compensated man-days during the period. A compensated man-day represents a calendar day for which we are paid for the occupancy of an offender. We believe the measurement is useful because we are compensated for operating and managing facilities at an offender per-diem rate based upon actual or minimum guaranteed occupancy levels. We also measure our ability to contain costs on a per-compensated man-day basis, which is largely dependent upon the number of offenders we accommodate. Further, per compensated man-day measurements are also used

30

to estimate our potential profitability based on certain occupancy levels relative to design capacity. Revenue and expenses per compensated man-day for all of the facilities placed into service that we owned or managed, exclusive of those held for lease, were as follows for the three months ended March 31, 2015 and 2014:

| | For the Three Months Ended March 31, | |
| --- | --- | --- |
| | **2015** | 2014 |
| Revenue per compensated man-day | **$ 70.16** | $ 61.82 |
| Operating expenses per compensated man-day: | | |
|     Fixed expense | **35.67** | 33.07 |
|     Variable expense | **13.52** | 11.03 |
|        Total | **49.19** | 44.10 |
| Operating income per compensated man-day | **$ 20.97** | $ 17.72 |
| Operating margin | **29.9%** | 28.7% |
| Average compensated occupancy | **84.1%** | 84.3% |
| Average available beds | **78,535** | 85,001 |
| Average compensated population | **66,029** | 71,698 |

The calculations of expenses per compensated man-day exclude expenses incurred during the first quarter of 2014 for start-up efforts associated with the Diamondback facility because of the distorted impact they have on the statistics. The Diamondback expenses were incurred in connection with the activation of the facility in anticipation of a new contract. As further described hereafter, in April 2014, we made the decision to once again idle the facility in the absence of a definitive contract. The deactivation was completed near the end of the second quarter of 2014.

*Revenue*

Total revenue consists of revenue we generate in the operation and management of correctional and detention facilities, as well as rental revenue generated from facilities we lease to third-party operators, and from our inmate transportation subsidiary. The following table reflects the components of revenue for the three months ended March 31, 2015 and 2014 (in millions):

| | For the Three Months Ended March 31, | | $ Change | % Change |
| --- | --- | --- | --- | --- |
| | **2015** | 2014 | | |
| Management revenue: | | | | |
|     Federal | $ **203.2** | $ 174.5 | $ 28.7 | 16.4% |
|     State | **184.6** | 193.9 | (9.3) | (4.8%) |
|     Local | **16.2** | 16.6 | (0.4) | (2.4%) |
|     Other | **12.9** | 13.9 | (1.0) | (7.2%) |
|        Total management revenue | **416.9** | 398.9 | 18.0 | 4.5% |
| Rental and other revenue | **9.1** | 5.3 | 3.8 | 71.7% |
| Total revenue | $ **426.0** | $ 404.2 | $ 21.8 | 5.4% |

31

The $18.0 million, or 4.5%, increase in revenue associated with the operation and management of correctional and detention facilities consisted of an increase in revenue of approximately $49.5 million resulting from an increase of 13.5% in average revenue per compensated man-day, partially offset by a decrease in revenue of approximately $31.5 million caused by a decrease in the average daily compensated population from 2014 to 2015. Most notably, the increase in average revenue per compensated man-day was a result of the activation of the South Texas Family Residential Center in the fourth quarter of 2014, as further described hereafter. Per diem increases at several of our other facilities also contributed to the increase in average revenue per compensated man-day from 2014 to 2015.

Average daily compensated population decreased 5,669, or 7.9%, from 71,698 during the three months ended March 31, 2014 to 66,029 during the three months ended March 31, 2015. The decline in average compensated population primarily resulted from the expiration of our contract at the Idaho Correctional Center after the state of Idaho assumed management of the facility effective July 1, 2014. In addition, the decline in average compensated population resulted from the expiration of our contracts at the Bay Correctional Facility, Graceville Correctional Facility, and Moore Haven Correctional Facility, collectively referred to herein as the "Three Florida Facilities," after the Florida Department of Management Services ("DMS") awarded the management of these contracts to another operator effective January 31, 2014. Combined, these four facilities generated operating losses, net of depreciation and amortization, of $1.4 million for the three months ended March 31, 2014. A decline in federal populations at certain of our facilities, partially offset by an increase in population at our Red Rock Correctional Center, as further described hereafter, also contributed to the decrease in average compensated population from 2014 to 2015.

Business from our federal customers, including primarily the Federal Bureau of Prisons, or BOP, the United States Marshals Service, or USMS, and ICE, continues to be a significant component of our business. Our federal customers generated approximately 49% and 44% of our total management revenue for the three months ended March 31, 2015 and 2014, respectively, increasing $28.7 million, or 16.4%. The increase in federal revenues primarily resulted from the activation of the South Texas Family Residential Center in the fourth quarter of 2014, as further described hereafter, and per diem increases at several of our other facilities, partially offset by a decline in federal populations at several facilities.

State revenues from facilities that we manage decreased 4.8% from the first quarter of 2014 to the first quarter of 2015 primarily as a result of the expiration of our contracts at the Idaho Correctional Center effective July 1, 2014 and at the Three Florida Facilities effective January 31, 2014, partially offset by an increase in revenue at our Red Rock Correctional Center in Arizona, as further described hereafter.

Several of our state partners are projecting modest increases in tax revenues and improvements in their budgets which has resulted in our ability to secure recent per diem increases at certain facilities. However, all of our state partners have balanced budget requirements, which may force them to further reduce their expenses if their tax revenues, which typically lag the overall economy, do not meet their expectations. Actions to manage their expenses could include reductions in inmate populations.

We believe the long-term growth opportunities of our business remain very attractive as governments consider efficiency, savings, and offender programming opportunities we can

32

provide. Further, we expect our partners to continue to face challenges in maintaining old facilities, and developing new facilities and additional capacity which could result in future demand for the solutions we provide.

Rental and other revenue increased as a result of a contract adjustment by one of our government partners previously disclosed in the fourth quarter of 2013. The contract adjustment resulted in an accrual of $13.0 million of revenue and an equal accrual of operating expenses during the fourth quarter of 2013, which were revised to $9.0 million during the first quarter of 2014, resulting in the reduction of both revenue and operating expenses by $4.0 million in 2014.

*Operating Expenses*

Operating expenses totaled $300.7 million and $287.4 million for the three months ended March 31, 2015 and 2014, respectively. Operating expenses consist of those expenses incurred in the operation and management of correctional and detention facilities, as well as at facilities we lease to third-party operators, and for our inmate transportation subsidiary.

Expenses incurred in connection with the operation and management of correctional and detention facilities increased $6.2 million, or 2.2% during the first quarter of 2015 compared with the same period in 2014. Similar to our increase in revenues, operating expenses increased most notably as a result of the activation of our South Texas Family Residential Center in the fourth quarter of 2014, as further described hereafter, partially offset by the expiration of our contracts at the Idaho Correctional Center effective July 1, 2014 and at the Three Florida Facilities effective January 31, 2014.

Fixed expenses per compensated man-day increased to $35.67 during the three months ended March 31, 2015 from $33.07 during the three months ended March 31, 2014 primarily as a result of an increase in salaries and benefits per compensated man-day of $2.03. The increase in salaries and benefits per compensated man-day resulted primarily from a higher average rate at our newly activated South Texas Family Residential Center. The increase in salaries and benefits per compensated man-day was also a result of these expenses being leveraged over smaller offender populations across our portfolio and due to wage adjustments implemented during 2014. As the economy has improved, we have experienced wage pressures in certain markets across the country. We continually monitor compensation levels very closely along with overall economic conditions and will set wage levels necessary to help ensure the long-term success of our business. Salaries and benefits represent the most significant component of our operating expenses, representing approximately 62% of our total operating expenses during 2014 and 60% for the first three months of 2015.

Variable expenses increased $2.49 per compensated man-day during the three months ended March 31, 2015 from the three months ended March 31, 3014 primarily due to expenses associated with our newly activated South Texas Family Residential Center, and due to an increase in inmate medical and litigation costs.

Operating expenses also increased from 2014 to 2015 as a result of the contract adjustment by one of our government partners which reduced both revenue and operating expenses by $4.0 million in the first quarter of 2014, as previously described. In addition, operating expenses in the first quarter of 2015 included a $3.0 million bad debt charge associated with a facility we no longer manage.

*Facility Management Contracts*

We typically enter into facility contracts to provide prison bed capacity and management services to governmental entities for terms typically from three to five years, with additional renewal periods at the option of the contracting governmental agency. Accordingly, a substantial portion of our facility contracts are scheduled to expire each year, notwithstanding contractual renewal options that a government agency may exercise. Although we generally expect these customers to exercise renewal options or negotiate new contracts with us, one or more of these contracts may not be renewed by the corresponding governmental agency.

During December 2014, the BOP announced that it elected not to renew its contract with us at our owned and operated 2,016-bed Northeast Ohio Correctional Center. The current contract with the BOP at this facility is scheduled to expire on May 31, 2015. We currently expect to continue to house USMS detainees at this facility pursuant to a separate contract that expires December 31, 2016, while we continue to market the space that will become available.

In early April 2015, we provided notice to the state of Louisiana that we will cease management of the 1,538-bed Winn Correctional Center within 180 days, in accordance with the notice provisions of the contract. We generated operating income, net of depreciation and amortization, at this facility of $0.2 million for the three months ended March 31, 2014, and incurred an operating loss of $1.5 million for the three months ended March 31, 2015. In anticipation of terminating the contract at this facility, we also recorded an asset impairment of $1.0 million during the first quarter of 2015 for the write-off of goodwill associated with the Winn facility.

Based on information available at this filing, notwithstanding the contracts at facilities described above, we believe we will renew all other material contracts that have expired or are scheduled to expire within the next twelve months. We believe our renewal rate on existing contracts remains high as a result of a variety of reasons including, but not limited to, the constrained supply of available beds within the U.S. correctional system, our ownership of the majority of the beds we operate, and the quality of our operations.

The operation of the facilities we own carries a higher degree of risk associated with a facility contract than the operation of the facilities we manage but do not own because we incur significant capital expenditures to construct or acquire facilities we own. Additionally, correctional and detention facilities have limited or no alternative use. Therefore, if a contract is terminated on a facility we own, we continue to incur certain operating expenses, such as real estate taxes, utilities, and insurance, which we would not incur if a management contract were terminated for a managed-only facility. As a result, revenue per compensated man-day is typically higher for facilities we own and manage than for managed-only facilities. Because we incur higher expenses, such as repairs and maintenance, real estate taxes, and insurance, on the facilities we own and manage, our cost structure for facilities we own and manage is also higher than the cost structure for the managed-only facilities. Accordingly, the following tables display the revenue and expenses per compensated man-day for the facilities placed into service that we own and manage and for the facilities we manage but do not own, which we believe is useful to our financial statement users:

34

| | For the Three Months Ended March 31, | |
|---|---|---|
| | **2015** | 2014 |
| **Owned and Managed Facilities:** | | |
| Revenue per compensated man-day | **$ 78.36** | $ 69.08 |
| Operating expenses per compensated man-day: | | |
|     Fixed expense | **38.23** | 35.31 |
|     Variable expense | **14.37** | 11.33 |
|       Total | **52.60** | 46.64 |
| Operating income per compensated man-day | **$ 25.76** | $ 22.44 |
| Operating margin | **32.9%** | 32.5% |
| Average compensated occupancy | **81.8%** | 81.3% |
| Average available beds | **63,099** | 66,222 |
| Average compensated population | **51,611** | 53,866 |

| | For the Three Months Ended March 31, | |
|---|---|---|
| | **2015** | 2014 |
| **Managed-Only Facilities:** | | |
| Revenue per compensated man-day | **$ 40.80** | $ 39.88 |
| Operating expenses per compensated man-day: | | |
|     Fixed expense | **26.51** | 26.30 |
|     Variable expense | **10.49** | 10.11 |
|       Total | **37.00** | 36.41 |
| Operating income per compensated man-day | **$ 3.80** | $ 3.47 |
| Operating margin | **9.3%** | 8.7% |
| Average compensated occupancy | **93.4%** | 95.0% |
| Average available beds | **15,436** | 18,779 |
| Average compensated population | **14,418** | 17,832 |

*Owned and Managed Facilities*

Facility net operating income, or the operating income or loss from operations before interest, taxes, asset impairments, depreciation and amortization, at our owned and managed facilities increased by $12.4 million, from $107.3 million during the three months ended March 31, 2014 to $119.7 million during the three months ended March 31, 2015, an increase of 11.6%. Facility net operating income at our owned and managed facilities in the first quarter of 2015 was favorably impacted by the activation of the South Texas Family Residential Center, as further described hereafter.

In September 2014, we announced that we agreed under an expansion of an existing inter-governmental service agreement, or IGSA, between the City of Eloy, Arizona, and ICE to

35