# EXHIBIT Q

# Corrections Corporation of America

REITs - Prison

**US Equity Research**
4 August 2016

**Ryan Meliker** | Analyst | Canaccord Genuity Inc. (US) | rmeliker@canaccordgenuity.com | 212.389.8094
**Michael Kodesch** | Associate | Canaccord Genuity Inc. (US) | mkodesch@canaccordgenuity.com | 212-389-8095

**HOLD**
*unchanged*

| | |
|---|---|
| **PRICE TARGET** | US$30.00↓ |
| *from US$34.00* | |
| Price (4-Aug) | US$29.11 |
| Ticker | CXW-NYSE |

| | |
|---|---|
| 52-Week Range (US$): | 24.21 - 35.48 |
| Avg Daily Vol (000s) : | 652.6 |
| Market Cap (US$M): | 3,421 |
| Shares Out. (M) : | 117.8 |
| Dividend /Shr (US$): | 2.16 |
| Dividend Yield (%) : | 7.4 |
| Net Debt & Prefs (US$M): | 1,492.9 |
| Enterprise Value (US$M): | 4,914 |
| Cash (US$M): | 76.3 |
| NAV /Shr (US$): | 40.49 |
| Implied Cap Rate (%) : | 11.3 |

| FYE Dec | 2016E | 2017E |
|---|---|---|
| EBITDA (US$M) | 418.9↑ | 382.0↓ |
| *Previous* | *416.0* | *444.9* |
| Recurring FFO / Shr (US$) | 2.67↑ | 2.26↓ |
| *Previous* | *2.63* | *2.79* |

| Quarterly EBITDA | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2016E | 94.7A | 106.4A | 105.7 | 112.0 |
| 2017E | 88.8 | 97.3 | 96.3 | 99.6 |

| Quarterly Recurring FFO / Shr | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2016E | 0.60A | 0.69A | 0.67 | 0.71 |
| 2017E | 0.51 | 0.58 | 0.57 | 0.59 |


Source: FactSet

## Lowering Target Price

## 2Q review: STFRC renegotiation ambiguity limits near-term upside; reiterate HOLD

CXW's 2Q print was solid from an earnings perspective, but investors focused on the high probability of material EBITDA loss from renegotiation of the contract between ICE and the STFRC. As CXW has a 23% EBITDA exposure to this facility, we believe it will be difficult for investors to step in front of the outcome of this renegotiation, limiting near-term upside. Ultimately, we believe CXW will retain an ICE contract at this facility, but pricing and margins could erode. We are cutting CXW's 2017E EBITDA by $62M, primarily driven by reduced earnings from the STFRC. With this reduction, dividend coverage is extremely tight, and while we believe CXW would be willing to support the dividend with the balance sheet in the near-term, additional contract cancellations could result in a dividend cut. Given these issues, coupled with an attractive and discounted valuation, we reiterate our HOLD rating, but push our price target to year-end 2017 and lower it $4 to $30 on our lowered STFRC EBITDA assumptions.

**Key takeaways**

- **STFRC likely to be renegotiated and weigh on EBITDA.** The contract between ICE and the STFRC is in the process of being renegotiated as updated policies implemented by ICE over a year ago portend lower requirements. As a result, CXW's roughly 23% EBITDA exposure to this facility is at material risk. CXW receives outsized returns from this facility due the immediate need for the facility filled back in 2014. As such, we expect revenues to move to levels of comparable family detention property per diems, which could result in half of the property's EBITDA being eliminated. Our updated estimates assume a 50% cut to STFRC EBITDA beginning 1/1/17. Its possible that cut is not as drastic as we assume or that the lessor of the facility may be willing to assume some of the burden of a newly priced contract, providing upside to our new 2017 estimates.

- **BOP decides to not renew New Mexico's Cibola facility.** The decision comes after the BOP has reduced populations by 25k over the past three years, and the outsized 140% of BOP design capacity of three years ago has dipped to a more reasonable 117% of design capacity. We note that New Mexico's in-state capacity remains an issue, and as such, opportunities may exist in the near-term to contract the facility, potentially in a lease structure similar to the recent North Fork facility in Oklahoma.

- **Estimates moving lower, dividend coverage looks thin.** We now forecast 2016E normalized FFO/sh. of $2.67, while 2016E AFFO/sh. remains at $2.56. Adjusted EBITDA in 2016E moves up approximately $3M to $419M. Our 2017E normalized FFO moves to $2.26, while AFFO is down to $2.13. 2017E Adjusted EBITDA moves down $63M to $382M. At $2.13 in 2017E AFFO, based on our baseline scenario, CXW's AFFO would not cover the current $2.16 annual dividend.

Canaccord Genuity is the global capital markets group of Canaccord Genuity Group Inc. (CF : TSX)
The recommendations and opinions expressed in this research report accurately reflect the research analyst's personal, independent and objective views about any and all the companies and securities that are the subject of this report discussed herein.

For important information, please see the Important Disclosures beginning on page 9 of this document.


# Corrections Corp of America (CXW : HOLD, $30 PT)

## Investment summary

**What we like about CXW**

- Prison Sector margins are best at owned properties, which make up the majority of CXW's portfolio. Given the stickiness of government contracts in the prison industry, we believe owned exposure drives the most value;
- CXW pays out an attractive 7.4% common dividend yield; and
- We believe the privatization of the prison industry will continue to expand, which should lead to attractive external growth for CXW over the medium and long terms.

**Potential concerns**

- Renegotiation of the South Texas Family Residential Facility (we estimate 23% of current EBITDA) could result in a material impact on run-rate EBITDA, which we believe investors are hesitant to step in front of at present;
- Negative headline risk surrounding sentencing reform could negatively impact the stock's valuation;
- Incarceration rates have plateaued as of late, which could limit the external growth opportunity; and
- CXW's business is mostly centered upon the owned business. While we prefer this type of arrangement in the prison space, the company's lack of diversification adds risk to the business model.

**Figure 1: CG vs. consensus estimates**

|  |  | CG | Cons. | Var. |
|---|---|---|---|---|
| AFFO per share | 3Q16 | $0.63 | $0.62 | 2% |
|  | 2016 | $2.56 | $2.54 | 1% |
|  | 2017 | $2.13 | $2.67 | -20% |
| Adjusted EBITDA (M) | 3Q16 | $106 | $104 | 2% |
|  | 2016 | $419 | $428 | -2% |
|  | 2017 | $382 | $464 | -18% |

Source: SNL, FactSet, Canaccord Genuity estimates

**Figure 2: Key assumptions and model sensitivity**

|  | Bear | Base | Bull |
|---|---|---|---|
| 2016 Revenue Growth | 1.3% | **3.4%** | 7.4% |
| 2017 Revenue Growth | 0.1% | **-5.7%** | 6.8% |
| Incremental Beds Announced | (5,000) | **0** | 1,500 |
| 2016 Normalized FFO | $2.56 | **$2.67** | $2.71 |
| 2017 Normalized FFO | $2.66 | **$2.26** | $3.24 |
| 2016 Recurring AFFO | $2.49 | **$2.56** | $2.65 |
| 2017 Recurring AFFO | $2.39 | **$2.13** | $3.17 |
| Discount Rate | 10.00% | **10.00%** | 8.00% |
| Valuation by Scenario | $26 | **$30** | $43 |
| *Price Return* | *-11%* | *3%* | *48%* |
| *Implied P/AFFO Multiple at Valuation* | *10.9x* | *14.1x* | *13.6x* |

Source: Company reports, Canaccord Genuity estimates

**Valuation**

Our $30 year-end 2017 price target is based on our discounted cash flow analysis, which assumes a 10.0% cost of equity and a 1.0% terminal growth rate. Our valuation implies a 14.1x 2017E Recurring AFFO multiple, which we believe is reasonable given the company's historical valuation and the current valuations of CXW's comp set.

Case 3:16-cv-02267   Document 355-17   Filed 11/20/20   Page 3 of 13 PageID #: 12373
Hold *unchanged*   Target Price US$30.00 *from* US$34.00 | 4 August 2016
REITs - Prison   2


Corrections Corporation of America
Lowering Target Price

## 2Q review: STFRC renegotiation ambiguity limits near-term upside; reiterate HOLD

**CXW reports an FFO and EBITDA beat in 2Q.**
CXW reported 2Q Adj. EBITDA of $106.4mm vs. our estimate of $103mm, and guidance of $100.5 – 104.0M. AFFO came in at $0.65 vs. our prior estimate of $0.62. Normalized FFO of $0.69 also came in ahead of our estimate of $0.65, as well as consensus of $0.65, and the midpoint of guidance of $0.64 – 0.66. The beat vs. our estimates was largely due to better margins partially offset by higher G&A. In the quarter, revenues were $463.3.mm vs. CG's previous estimate of $471.2mm and consensus of $462M.

Figure 3: Variance Analysis

|  | CXW Actuals | | Variance | | CG Estimates | Variance | |
|---|---|---|---|---|---|---|---|
|  | 2Q16 | 2Q15 | $ | % | 2Q16E | $ | % |
| **Revenues** | | | | | | | |
| Owned & Controlled Property Revenues | $411.5 | $404.2 | $7.2 | 1.8% | $420.1 | ($8.7) | -2.1% |
| Managed Only & Other Revenues | $51.9 | $55.1 | ($3.2) | -5.8% | $51.1 | $0.8 | 1.5% |
| **Total Revenue** | **$463.3** | **$459.3** | **$4.0** | **0.9%** | **$471.2** | **($8.7)** | **-1.7%** |
| **Expenses** | | | | | | | |
| Owned & Controlled Property Expense | $268.6 | $265.3 | $3.3 | 1.2% | $280.7 | ($12.2) | -4.3% |
| Managed Only & Other Expense | 47.9 | $52.7 | (4.9) | -9.2% | 48.6 | ($0.7) | -1.4% |
| General and Administrative Expenses | 27.4 | 23.1 | 4.3 | 18.4% | 26.4 | $1.0 | 3.7% |
| Other Expense | 0.0 | 0.0 | 0.0 | NA | 0.0 | $0.0 | NA |
| **Total Expenses** | **$343.8** | **$341.1** | **$2.7** | **0.8%** | **$355.7** | **($11.9)** | **-3.3%** |
| **EBITDA** | **$119.5** | **$118.2** | **$1.4** | **1.2%** | **$115.5** | **$3.2** | **3.4%** |
| Depreciation and Amortization | 42.3 | 38.4 | 3.9 | 10.3% | 42.8 | ($0.4) | -1.0% |
| **Operating Income** | **$77.2** | **$79.8** | **($2.6)** | **-3.2%** | **$72.8** | **$3.7** | **6.1%** |
| Interest Income & Other | (0.1) | (0.0) | (0.1) | 266.7% | 0.1 | ($0.2) | -287.5% |
| Interest Expense | (16.8) | (11.8) | (5.0) | 42.8% | (17.5) | 0.7 | -3.8% |
| Loss on Extinguishment of Debt | 0.0 | 0.0 | 0.0 | NA | 0.0 | 0.0 | NA |
| **PreTax Income** | **$60.2** | **$68.0** | **($7.7)** | **-11.3%** | **$55.4** | **$4.1** | **8.8%** |
| Equity in losses of unconsolidated real estate partner | 0.0 | 0.0 | 0.0 | NA | 0.0 | 0.0 | NA |
| Gain on sale of real estate | 0.0 | 0.0 | 0.0 | NA | 0.0 | $0.0 | NA |
| Provision for income taxes | (2.7) | (2.7) | (0.0) | NA | (2.8) | $0.1 | -3.1% |
| Other | 0.0 | 0.0 | 0.0 | NA | 0.0 | 0.0 | NA |
| Income from discontinued operations, net | 0.0 | 0.0 | 0.0 | NA | 0.0 | $0.0 | NA |
| Minority interests | 0.0 | 0.0 | 0.0 | NA | 0.0 | 0.0 | NA |
| **Net Income** | **$57.6** | **$65.3** | **($7.7)** | **-11.8%** | **$52.6** | **$4.2** | **9.4%** |
| Dividends to preferred stockholders | 0.0 | 0.0 | 0.0 | NA | 0.0 | 0.0 | NA |
| Allocation to participating securities | 0.0 | 0.0 | 0.0 | NA | 0.0 | 0.0 | NA |
| Other | 0.0 | 0.0 | 0.0 | NA | 0.0 | 0.0 | NA |
| **Net Income to Common** | **$57.6** | **$65.3** | **($7.7)** | **-11.8%** | **$52.6** | **$5.0** | **9.4%** |
| **Net Income per Share** | **$0.49** | **$0.55** | **($0.06)** | **-11.5%** | **$0.45** | **$0.04** | **10.0%** |
| **EBITDA** | | | | | | | |
| EBITDA | 119.5 | 118.2 | 1.4 | 1.2% | 116 | 4 | 3.4% |
| Net income attributable to non-controlling interests | 0.0 | - | 0.0 | NA | 0 | 0 NA | |
| Stock based compensation expenses, pre-tax | 0.0 | - | 0.0 | NA | 0 | 0 NA | |
| D&A and Interest associated with STFRC | (13.4) | (10.7) | (2.7) | 25.1% | (13) | (1) | 4.0% |
| Other | 0.3 | 0.0 | 0.3 | NA | 0 | 0.3 | NA |
| **Adjusted EBITDA** | **$106.4** | **$107.4** | **($1.0)** | **-0.9%** | **$102.6** | **($0.5)** | **3.7%** |
| **Funds From Operations (FFO)** | | | | | | | |
| Basic Recurring Net Income | $57.6 | $65.3 | ($7.7) | -11.8% | $52.6 | $5.0 | 9.4% |
| Depreciation and amortization | 23.4 | 22.2 | 1.2 | 5.5% | 23.1 | 0.2 | 1.1% |
| Other | 0.0 | 0.0 | 0.0 | NA | 0 | 0.0 | NA |
| **FFO** | **$81.0** | **$87.5** | **($6.5)** | **-7.4%** | **$75.8** | **$5.2** | **6.9%** |
| Basic Shares Outstanding | 117 | 118 | (0) | -0.3% | 118 | (1) | -0.6% |
| Diluted Comparative FFO Shares | 118 | 118 | 0 | 0.2% | 118 | 0 | -0.1% |
| **Funds From Operations Per Share** | **$0.69** | **$0.74** | **($0.06)** | **-7.6%** | **$0.64** | **$0.04** | **6.9%** |
| One Time Adjustments | 0 | 0.0 | 0 | NA | 1 | (0) | NA |
| **Normalized Funds From Operations Per Share** | **$0.69** | **$0.74** | **($0.05)** | **-7.2%** | **$0.65** | **$0.04** | **6.6%** |
| Maintenance CapEx | (8) | (6.2) | (2) | 37.6% | (8) | (1) | NA |
| Stock-based compensation | 4 | 3.9 | 0 | 4.7% | 4 | 0 | NA |
| Amortization of debt costs and other | 1 | 0.8 | 0 | 1.2% | 1 | (0) | NA |
| Other non-cash revenue and expenses | (1) | (0.0) | (1) | 7575.0% | (0) | (1) | NA |
| **Recurring AFFO Per Share** | **$0.65** | **$0.73** | **($0.08)** | **-11.2%** | **$0.62** | **$0.02** | **4.0%** |

Source: Company Reports, Canaccord Genuity estimates

Case 3:16-cv-02267   Document 355-17   Filed 11/20/20   Page 4 of 13 PageID #: 12374
Hold *unchanged*   Target Price US$30.00 *from* US$34.00 | 4 August 2016                                          REITs - Prison   3



### Prop 57 may add pressure, but CXW seems insulated.

The latest California sentencing reform measure will hit the November ballot, and if passed, will look to reduce non-violent prisoner populations via good behavior credits in state prisons. 85% of CXW's California prisoner populations are rated medium and high level security prisoners, which we believe are likely less affected by potential new provisions. As such, we see headline risk more than cash flow risk to prop 57 for CXW.

### 2016 guidance raised

2016 nFFO guidance was raised and came in ahead of consensus at the midpoint, with the range moving up $0.03 at the midpoint to $2.64 – 2.68 range compared to consensus of $2.63. The $0.03 raise reflects management's $0.04 beat in the quarter, but partially offset by $0.01 in expected nFFO loss from the non-renewal of the Cibola BOP contract in New Mexico. 2016 Adjusted EBITDA guidance moves to $414.0 – 420.5M, up $1.5M at the midpoint. We note that management's 2016 guidance does not include any new contract announcements, contract losses, acquisitions, dispositions, or capital raises. As such, given the potential external growth opportunities that management highlighted during the call, we believe guidance could be baking in a level of conservatism that could lead to guidance raises subsequent earnings pit stops down the road.

Figure 4: 2016 guidance progression

| 2016 Guidance @: | 4Q15 | 1Q16 | 2Q16 |
|---|---|---|---|
| Diluted EPS | $1.76 - 1.84 | $1.81 - 1.87 | $1.83 - 1.87 |
| Normalized FFO per Share | $2.54 - 2.62 | $2.60 - 2.66 | $2.64 - 2.68 |
| AFFO per Share | $2.47 - 2.55 | $2.53 - 2.59 | $2.53 - 2.57 |
| Adjusted EBITDA | $410 - 422M | $410.5 - 421M | $414.0 - 420.5M |
| Capital Expenditures | $96 - $111M | $96 - $111M | $99 - $109M |
|   Prison construction & land acquisitions | $40 - 50M | $40 - 50M | $43 - 48M |
|   Acquisitions | | | |
|   Maintenance on real estate assets | $27M | $27M | $27M |
|   Information technology and other assets | $29 - 34M | $29 - 34M | $29 - 34M |

Source: Company Reports, Canaccord Genuity estimates

### 3Q16 FFO in-line with consensus

Management announced 3Q16 Adjusted EBITDA of $104.0 – 107.0mm vs. consensus of $113M and CG's previous forecast of $105.5mm. NFFO/sh. guidance is at $0.67 – 0.68, which compared to consensus of $0.67 and CG's prior forecast of $0.66 in 3Q.

Figure 5: 3Q16 guidance

| 3Q16 Guidance | |
|---|---|
| Adj. Diluted EPS | $0.47 - 0.48 |
| Normalized FFO per Share | $0.67 - 0.68 |
| AFFO per Share | $0.63 - 0.64 |
| Adjusted EBITDA | $104.0 - 107.0M |

Source: Company Reports

### Tweaking estimates

We have adjusted our 2016 and 2017 FFO estimates in light of 2Q results, the Cibola contract loss, updated 2016 guidance, and further color from the call. Our 2016E FFO estimates move higher to account for the strong quarter but are partially offset by the BOP's decision to not renew Cibola. We now forecast 2016E normalized FFO/sh. of $2.67, while 2016E AFFO/sh. remains at $2.56. Adjusted EBITDA in 2016E moves up approximately $3M to $419M. <u>2017E results are largely affected by our updated STFRC assumptions</u>, the renegotiation of which we assume occurs on


1/1/17 and now accounts for a 50% cut to STFRC EBITDA, resulting in a $62M EBITDA reduction in 2017E on the STFRC line alone. As a result these changes and the annualized effect of the Cibola contract loss, normalized FFO moves to $2.26, while AFFO is down to $2.13. 2017E Adjusted EBITDA moves down $63M to $382M.

**Figure 6: Estimate changes**

|  | 2016 New | 2016 Old | 2017 New | 2017 Old |
|---|---|---|---|---|
| Year-End Owned Bed Count* | 69,517 | 71,876 | 68,952 | 71,876 |
| Cash G&A | $110 | $107 | $103 | $110 |
| Capex | $82 | $93 | $51 | $60 |
| Adjusted EBITDA | $419 | $416 | $382 | $445 |
| Normalized FFO ($M) | $315 | $310 | $267 | $329 |
| Shares (mm) | 117.9 | 118.0 | 118.0 | 118.1 |
| Normalized FFO/ Share | $2.67 | $2.63 | $2.26 | $2.79 |
| AFFO/ Share | $2.56 | $2.56 | $2.13 | $2.72 |

Source: Company Reports, Canaccord Genuity estimates, *excludes South Texas Family Residential Center beds

### Dividend coverage

We note that in 2017, on our estimates, CXW may fail to cover their present common dividend payout via recurring AFFO. However, if this were to occur, we believe CXW would elect to support the dividend using the balance sheet rather than cutting the dividend. While we believe management would support the dividend for a period of time, another contract loss would likely add pressure.

**Figure 7: Dividend coverage**

|  | FY13 | FY14 | FY15 | 1Q16 | 2Q16 | 3Q16E | 4Q16E | 2016E | 1Q17E | 2Q17E | 3Q17E | 4Q17E | 2017E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Recurring FFO | $382 | $310 | $312 | $70 | $81 | $79 | $83 | $313 | $61 | $69 | $67 | $70 | $267 |
| Capex and Other | ($92) | ($8) | ($3) | $2 | ($5) | ($5) | ($5) | ($12) | ($1) | ($5) | ($4) | ($5) | ($15) |
| Recurring AFFO | $290 | $302 | $309 | $72 | $76 | $75 | $79 | $302 | $60 | $63 | $63 | $66 | $252 |
| Shares | 111 | 117 | 118 | 118 | 118 | 118 | 118 | 118 | 118 | 118 | 118 | 118 | 118 |
| AFFO/Share | $2.61 | $2.57 | $2.62 | $0.61 | $0.65 | $0.63 | $0.67 | $2.56 | $0.51 | $0.54 | $0.53 | $0.56 | $2.13 |
| Current Dividend | $8.60* | $2.04 | $2.16 | $0.54 | $0.54 | $0.54 | $0.54 | $2.16 | $0.54 | $0.54 | $0.54 | $0.54 | $2.16 |
| Coverage Ratio | 0.4x* | 1.26x | 1.21x | 1.13x | 1.20x | 1.17x | 1.24x | 1.18x | 0.94x | 1.00x | 0.98x | 1.03x | 0.99x |

Source: Company reports, Canaccord Genuity estimates
'*In 2013, CXW paid out a special dividend related to REIT conversion of $6.13 and a normal dividend of $0.53 in 1Q13;
CXW then paid out a normal dividend of $0.48 per quarter for the remainder of the year

### Valuation methodology

Our $30 year-end 2017 price target is based on our discounted cash flow analysis, which assumes a 10.0% cost of equity and a 1.0% terminal growth rate. Our valuation implies a 14.1x 2017E Recurring AFFO multiple, which we believe is reasonable given the company's historical valuation and the current valuations of CXW's comp set.

**Figure 8: CXW NAV/share sensitivity to forward NOI**

| | | | | | Discount Rate | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Terminal Growth | | 9.00% | 9.25% | 9.50% | 9.75% | 10.00% | 10.25% | 10.50% | 10.75% | 11.00% |
| | -1.0% | $30.90 | $30.00 | $29.10 | $28.30 | $27.50 | $26.70 | $26.00 | $25.30 | $24.70 |
| | -0.5% | $31.60 | $30.60 | $29.70 | $28.80 | $28.00 | $27.20 | $26.40 | $25.70 | $25.10 |
| | 0.0% | $32.30 | $31.30 | $30.30 | $29.40 | $28.50 | $27.70 | $26.90 | $26.20 | $25.50 |
| | 0.5% | $33.20 | $32.00 | $31.00 | $30.00 | $29.10 | $28.20 | $27.40 | $26.60 | $25.90 |
| | 1.0% | $34.10 | $32.90 | $31.80 | $30.80 | $29.80 | $28.90 | $28.00 | $27.20 | $26.40 |
| | 1.5% | $35.20 | $33.90 | $32.70 | $31.60 | $30.50 | $29.50 | $28.60 | $27.70 | $26.90 |
| | 2.0% | $36.40 | $35.00 | $33.70 | $32.50 | $31.40 | $30.30 | $29.30 | $28.40 | $27.50 |
| | 2.5% | $37.80 | $36.30 | $34.80 | $33.50 | $32.30 | $31.20 | $30.10 | $29.10 | $28.20 |
| | 3.0% | $39.40 | $37.70 | $36.20 | $34.70 | $33.40 | $32.20 | $31.00 | $29.90 | $28.90 |

Source: Canaccord Genuity estimates


**Prison investment risks**
- Deterioration in per-diems and occupancy levels driven by increased levels of competitive supply or deteriorating demand would likely negatively impact valuation and investor sentiment.
- Secondary offerings are possible and often result in earnings dilution as REITs must distribute 90% of taxable income to shareholders by law.
- Expense pressure could cause NOI results to lag investor expectations.
- Development delays or cost overruns could materially impact near-term investor expectations.

**Company description**

Corrections Corporation of America is a REIT specializing in owning, operating and managing prisons and other correctional facilities and providing residential, community re-entry, and prisoner transportation services for governmental agencies. As of December 31, 2015, CCA owned or controlled 66 correctional and detention facilities and managed an additional 11 facilities owned by our government partners, with a total design capacity of approximately 88,500 beds in 20 states and the District of Columbia.

**CXW balance sheet**

| Balance Sheet | 2015 | 1Q16 | 2Q16 | 3Q16E | 4Q16E | 2016E | 1Q17E | 2Q17E | 3Q17E | 4Q17E | 2017E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | | |
| Cash and cash equivalents-unrestricted | 65.3 | 56.3 | 70.8 | 87.9 | 115.7 | 115.7 | 111.1 | 119.9 | 136.0 | 152.2 | 152.2 |
| Cash and cash equivalents-restricted | 0.9 | - | - | - | - | - | - | - | - | - | - |
| Notes and other current assets | - | - | - | - | - | - | - | - | - | - | - |
| **Total Current Assets** | $66.2 | $56.3 | $70.8 | $87.9 | $115.7 | $115.7 | $111.1 | $119.9 | $136.0 | $152.2 | $152.2 |
| Net PP&E | 2,883.1 | 2,854.1 | 2,870.2 | 2,897.3 | 2,910.7 | 2,910.7 | 2,919.6 | 2,934.1 | 2,947.7 | 2,961.3 | 2,961.3 |
| Accounts receivable, net of allowance | 234.5 | 208.3 | 221.4 | 221.4 | 221.4 | 221.4 | 221.4 | 221.4 | 221.4 | 221.4 | 221.4 |
| Current deferred tax assets | - | - | - | - | - | - | - | - | - | - | - |
| Prepaid expenses and other current assets | 41.4 | 28.6 | 33.0 | 33.0 | 33.0 | 33.0 | 33.0 | 33.0 | 33.0 | 33.0 | 33.0 |
| Assets held for sale | - | - | - | - | - | - | - | - | - | - | - |
| Investment in direct financing lease | 0.7 | - | - | - | - | - | - | - | - | - | - |
| Goodwill | 35.6 | 35.0 | 38.4 | 38.4 | 38.4 | 38.4 | 38.4 | 38.4 | 38.4 | 38.4 | 38.4 |
| Non-current deferred tax assets | 9.8 | 8.9 | 7.8 | 7.8 | 7.8 | 7.8 | 7.8 | 7.8 | 7.8 | 7.8 | 7.8 |
| Other non-current assets | 84.8 | 84.0 | 86.1 | 86.1 | 86.1 | 86.1 | 86.1 | 86.1 | 86.1 | 86.1 | 86.1 |
| **Total Assets** | $3,356.0 | $3,275.3 | $3,327.8 | $3,371.9 | $3,413.1 | $3,413.1 | $3,417.4 | $3,440.8 | $3,470.5 | $3,500.3 | $3,500.3 |
| **Liabilities** | | | | | | | | | | | |
| Accounts payable and accrued liabilities | 317.7 | 308.6 | 332.9 | 337.2 | 333.3 | 333.3 | 315.9 | 309.6 | 311.1 | 309.8 | 309.8 |
| Income taxes payable | 1.9 | 2.4 | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 |
| **Total Current Liabilities** | $319.6 | $311.0 | $334.0 | $338.4 | $334.4 | $334.4 | $317.1 | $310.7 | $312.2 | $311.0 | $311.0 |
| **Debt** | | | | | | | | | | | |
| Senior Credit Term Loan | 539.0 | 494.3 | 541.5 | 541.5 | 541.5 | 541.5 | 541.5 | 541.5 | 541.5 | 541.5 | 541.5 |
| 4.625% Senior Notes | 350.0 | 350.0 | 350.0 | 350.0 | 350.0 | 350.0 | 350.0 | 350.0 | 350.0 | 350.0 | 350.0 |
| 4.125% Senior Notes | 325.0 | 325.0 | 325.0 | 325.0 | 325.0 | 325.0 | 325.0 | 325.0 | 325.0 | 325.0 | 325.0 |
| 5.0% Senior Notes | 250.0 | 250.0 | 250.0 | 250.0 | 250.0 | 250.0 | 250.0 | 250.0 | 250.0 | 250.0 | 250.0 |
| 6.25% Senior Notes | - | - | - | - | - | - | - | - | - | - | - |
| 6.75% Senior Notes | - | - | - | - | - | - | - | - | - | - | - |
| 7.75% Senior Notes | - | - | - | - | - | - | - | - | - | - | - |
| 7.5% Senior Notes | - | - | - | - | - | - | - | - | - | - | - |
| Other Debt | - | - | - | - | - | - | - | - | - | - | - |
| New/Maturing Debt | - | - | - | - | - | - | - | - | - | - | - |
| **Total Debt** | 1,464.0 | 1,419.3 | 1,466.5 | 1,466.5 | 1,466.5 | 1,466.5 | 1,466.5 | 1,466.5 | 1,466.5 | 1,466.5 | 1,466.5 |
| Other non-current liabilities | 109.7 | 98.6 | 82.6 | 82.6 | 82.6 | 82.6 | 82.6 | 82.6 | 82.6 | 82.6 | 82.6 |
| **Shareholders' Equity** | | | | | | | | | | | |
| Common stock | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 |
| Additional paid-in capital | 1,762.4 | 1,763.7 | 1,768.3 | 1,768.3 | 1,768.3 | 1,768.3 | 1,768.3 | 1,768.3 | 1,768.3 | 1,768.3 | 1,768.3 |
| Distributions in excess of accumulated earnings | - | - | - | - | - | - | - | - | - | - | - |
| Accumulated other comprehensive loss, net | (300.8) | (318.4) | (324.9) | (285.1) | (240.0) | (240.0) | (218.3) | (188.5) | (160.4) | (129.3) | (129.3) |
| Retained Earnings | - | - | - | - | - | - | - | - | - | - | - |
| **Total Shareholders' Equity** | $1,462.7 | $1,446.5 | $1,444.6 | $1,484.4 | $1,529.5 | $1,529.5 | $1,551.2 | $1,580.9 | $1,609.1 | $1,640.2 | $1,640.2 |
| **Total Liabilities and Equity** | $3,356.0 | $3,275.3 | $3,327.8 | $3,371.9 | $3,413.1 | $3,413.1 | $3,417.4 | $3,440.8 | $3,470.5 | $3,500.3 | $3,500.3 |

Source: Company reports, Canaccord Genuity estimates



## CXW income statement – quarterly, with projections

| Income Statement ($ in millions) | 2015 | 1Q16 | 2Q16 | 3Q16E | 4Q16E | 2016E | 1Q17E | 2Q17E | 3Q17E | 4Q17E | 2017E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | | |
| Owned & Controlled Property Revenues | 1,576.9 | 396.9 | 411.5 | 419.9 | 420.0 | 1,648.2 | 378.5 | 383.1 | 387.6 | 388.5 | 1,537.7 |
| Managed Only & Other Revenues | 216.1 | 50.5 | 51.9 | 51.5 | 52.6 | 206.4 | 51.9 | 52.9 | 52.5 | 53.6 | 210.9 |
| **Total Revenue** | **1,793.1** | **447.4** | **463.3** | **471.3** | **472.6** | **1,854.6** | **430.4** | **436.0** | **440.1** | **442.1** | **1,748.6** |
| Y/Y Change | 8.9% | 5.0% | 0.9% | 2.5% | 5.5% | 3.4% | -3.8% | -5.9% | -6.6% | -6.5% | -5.7% |
| **Expenses** | | | | | | | | | | | |
| Owned & Controlled Property Expense | 1,050.6 | 265.0 | 268.6 | 275.6 | 273.9 | 1,083.0 | 255.0 | 253.1 | 257.2 | 258.2 | 1,023.6 |
| Managed Only & Other Expense | 205.5 | 48.9 | 47.9 | 48.8 | 46.2 | 191.8 | 48.3 | 46.9 | 47.8 | 45.3 | 188.4 |
| **Operating Expenses** | **1,256.1** | **313.9** | **316.4** | **324.3** | **320.1** | **1,274.8** | **303.3** | **300.1** | **305.0** | **303.5** | **1,211.9** |
| *Property NOI Margin* | *29.9%* | *29.8%* | *31.7%* | *31.2%* | *32.3%* | *31.3%* | *29.5%* | *31.2%* | *30.7%* | *31.3%* | *30.7%* |
| General and Administrative Expenses | 103.9 | 26.5 | 27.4 | 27.8 | 27.9 | 109.6 | 25.5 | 25.7 | 26.0 | 26.1 | 103.3 |
| % of Sales | 5.8% | 5.9% | 5.9% | 5.9% | 5.9% | 5.9% | 5.9% | 5.9% | 5.9% | 5.9% | 5.9% |
| Other Expense | - | - | - | - | - | - | - | - | - | - | - |
| % of Sales | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **Total Expenses** | **1,360.1** | **340.4** | **343.8** | **352.2** | **348.0** | **1,384.4** | **328.8** | **325.8** | **331.0** | **329.6** | **1,315.2** |
| **Consolidated EBITDA** | **433.0** | **$107** | **$120** | **$119** | **$125** | **470.2** | **$102** | **$110** | **$109** | **$112** | **433.3** |
| Operating Cash Flow Margin | 24% | 23.9% | 25.8% | 25.3% | 26.4% | 25% | 23.6% | 25.3% | 24.8% | 25.4% | 25% |
| Year-over-Year Growth | 0.1 | 8.7% | 1.2% | 11.7% | 13.5% | 0.1 | -5.0% | -7.8% | -8.4% | -9.7% | (0.1) |
| Depreciation and Amortization | 151.5 | 42.1 | 42.3 | 43.0 | 44.1 | 171.5 | 44.2 | 44.3 | 44.3 | 44.4 | 177.2 |
| % of Sales | 8% | 9.4% | 9.1% | 9.1% | 9.3% | 9% | 10.3% | 10.2% | 10.1% | 10.1% | 10% |
| **Operating Income** | **281.5** | **64.9** | **77.2** | **76.1** | **80.4** | **298.7** | **57.4** | **65.9** | **64.8** | **68.0** | **256.1** |
| Operating Margin | 16% | 14.5% | 16.7% | 16.2% | 17.0% | 16% | 13.3% | 15.1% | 14.7% | 15.4% | 15% |
| Year-over-Year Growth | 5.0% | -7.0% | -3.2% | 16.3% | 20.9% | 6.1% | -11.6% | -14.6% | -14.9% | -15.4% | -14.2% |
| Interest Income & Other | (0.6) | 0.1 | (0.1) | (0.2) | (0.2) | (0.4) | (0.2) | (0.2) | (0.3) | (0.3) | (1.0) |
| Interest Expense | (49.7) | (17.5) | (16.8) | (17.3) | (16.9) | (68.5) | (18.1) | (18.6) | (19.1) | (19.5) | (75.2) |
| Loss on Extinguishment of Debt | - | - | - | - | - | - | - | - | - | - | - |
| **PreTax Income** | **231.2** | **47.5** | **60.2** | **58.7** | **63.3** | **229.7** | **39.1** | **47.1** | **45.4** | **48.3** | **179.8** |
| Equity in losses of unconsolidated real estate partnerships | - | - | - | - | - | - | - | - | - | - | - |
| Gain on sale of real estate | - | - | - | - | - | - | - | - | - | - | - |
| Provision for income taxes | (8.4) | (1.2) | (2.7) | (2.8) | (3.2) | (9.8) | (2.4) | (2.4) | (2.4) | (2.4) | (9.8) |
| Other | (1.0) | - | - | - | - | - | - | - | - | - | - |
| **Income From Continuing Operations** | **221.9** | **46.3** | **57.6** | **55.9** | **60.1** | **219.9** | **36.7** | **44.6** | **42.9** | **45.9** | **170.1** |
| Income from discontinued operations, net | - | - | - | - | - | - | - | - | - | - | - |
| **Net Income** | **221.9** | **46.3** | **57.6** | **55.9** | **60.1** | **219.9** | **36.7** | **44.6** | **42.9** | **45.9** | **170.1** |
| Minority interests | - | - | - | - | - | - | - | - | - | - | - |
| **Net Income to GEO** | **221.9** | **46.3** | **57.6** | **55.9** | **60.1** | **219.9** | **36.7** | **44.6** | **42.9** | **45.9** | **170.1** |
| Dividends to preferred stockholders | - | - | - | - | - | - | - | - | - | - | - |
| Allocation to participating securities | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - |
| **Net Income to Common** | **221.9** | **46.3** | **57.6** | **55.9** | **60.1** | **219.9** | **36.7** | **44.6** | **42.9** | **45.9** | **170.1** |
| Diluted Shares Outstanding | 117.8 | 117.8 | 118.0 | 118.0 | 118.0 | 117.9 | 118.0 | 118.0 | 118.0 | 118.0 | 118.0 |
| **Net Income per Share** | **$1.88** | **$0.39** | **$0.49** | **$0.47** | **$0.51** | **$1.86** | **$0.31** | **$0.38** | **$0.36** | **$0.39** | **$1.44** |
| Net Margin | 12.4% | 10.4% | 12.4% | 11.9% | 12.7% | 11.9% | 8.5% | 10.2% | 9.8% | 10.4% | 9.7% |
| Year-over-Year Growth | 13.3% | -19.2% | -12.0% | 10.1% | 23.5% | -1.0% | -21.0% | -22.5% | -23.2% | -23.7% | -22.7% |
| **Recurring Funds from Operations per Share** | **$2.69** | **$0.60** | **$0.69** | **$0.67** | **$0.71** | **$2.67** | **$0.51** | **$0.58** | **$0.57** | **$0.59** | **$2.26** |
| Year-over-Year Growth | 1.8% | -11.0% | -7.2% | 4.8% | 11.5% | -0.9% | -14.3% | -15.4% | -15.4% | -16.1% | -15.3% |

Source: Company reports, Canaccord Genuity estimates


## CXW FFO reconciliation (in millions)

| Funds From Operations (FFO) | 2015 | 1Q16 | 2Q16 | 3Q16E | 4Q16E | 2016E | 1Q17E | 2Q17E | 3Q17E | 4Q17E | 2017E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Basic Recurring Net Income | 221.9 | 46.3 | 57.6 | 55.9 | 60.1 | 219.9 | 36.7 | 44.6 | 42.9 | 45.9 | 170.1 |
| Depreciation and amortization | 90.2 | 23.3 | 23.4 | 23.5 | 23.4 | 93.5 | 24.1 | 24.1 | 24.2 | 24.2 | 96.6 |
| Gains not included in FFO, net of internal disposition costs | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - |
| FFO | 312.1 | 69.6 | 81.0 | 79.4 | 83.5 | 313.5 | 60.8 | 68.8 | 67.1 | 70.1 | 266.7 |
| Diluted Shares Outstanding- EPS | 117.8 | 117.8 | 118.0 | 118.0 | 118.0 | 117.9 | 118.0 | 118.0 | 118.0 | 118.0 | 118.0 |
| Other | - | - | - | - | - | - | - | - | - | - | - |
| Diluted Comparative FFO Shares | 117.8 | 117.8 | 118.0 | 118.0 | 118.0 | 117.9 | 118.0 | 118.0 | 118.0 | 118.0 | 118.0 |
| Funds From Operations Per Share | $2.65 | $0.59 | $0.69 | $0.67 | $0.71 | $2.66 | $0.51 | $0.58 | $0.57 | $0.59 | $2.26 |
| Year-over-Year Growth | 0.1% | -11.3% | -7.6% | 8.2% | 14.5% | 0.3% | -12.9% | -15.1% | -15.4% | -16.1% | -15.0% |
| One Time Adjustments | 5.3 | 1.1 | 0.3 | - | - | 1.5 | - | - | - | - | - |
| Diluted Shares | 117.8 | 117.8 | 118.0 | 118.0 | 118.0 | 117.9 | 118.0 | 118.0 | 118.0 | 118.0 | 118.0 |
| Normalized Funds From Operations Per Share | $2.69 | $0.60 | $0.69 | $0.67 | $0.71 | $2.67 | $0.51 | $0.58 | $0.57 | $0.59 | $2.26 |
| Year-over-Year Growth | 1.8% | -11.0% | -7.2% | 4.8% | 11.5% | -0.9% | -14.3% | -15.4% | -15.4% | -16.1% | -15.3% |
| Maintenance CapEx | (26.6) | (3.4) | (8.5) | (7.5) | (7.7) | (27.0) | (3.7) | (9.3) | (8.3) | (8.4) | (29.7) |
| Stock-based compensation | 15.4 | 3.8 | 4.1 | 3.9 | 4.0 | 15.7 | 3.9 | 4.2 | 4.0 | 4.0 | 16.0 |
| Amortization of debt costs and other | 3.0 | 0.8 | 0.8 | 0.8 | 0.8 | 3.1 | 0.8 | 0.8 | 0.8 | 0.8 | 3.1 |
| Other non-cash revenue and expenses | (0.1) | (0.0) | (1.2) | (1.8) | (1.8) | (4.9) | (1.8) | (0.9) | (0.9) | (0.9) | (4.6) |
| Recurring AFFO | 309.0 | 72.0 | 76.4 | 74.7 | 78.7 | 301.9 | 59.9 | 63.5 | 62.7 | 65.6 | 251.6 |
| Recurring AFFO per Share | $2.62 | $0.61 | $0.65 | $0.63 | $0.67 | $2.56 | $0.51 | $0.54 | $0.53 | $0.56 | $2.13 |
| Year-over-Year Growth | 1.9% | -9.8% | -11.2% | -0.1% | 14.5% | -2.5% | -17.0% | -17.0% | -16.1% | -16.7% | -16.7% |
| | | | | | | 1.18 | | | | | 0.99 |

| Cash Available for Distribution (CAD) | 2015 | 1Q16 | 2Q16 | 3Q16E | 4Q16E | 2016E | 1Q17E | 2Q17E | 3Q17E | 4Q17E | 2017E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Funds From Operations | $317 | $71 | $81 | $79 | $83 | $315 | $61 | $69 | $67 | $70 | $267 |
| Maintenance Capex | (26.6) | (3.4) | (8.5) | (7.5) | (7.7) | (27.0) | (3.7) | (9.3) | (8.3) | (8.4) | (29.7) |
| Other | 18.3 | 4.6 | 3.6 | 2.8 | 2.9 | 14.0 | 2.8 | 4.0 | 3.8 | 3.9 | 14.6 |
| Cash Available for Distribution | $309 | $72 | $76 | $75 | $79 | $302 | $60 | $63 | $63 | $66 | $252 |
| Average Diluted Shares Outstanding | 117.8 | 117.8 | 118.0 | 118.0 | 118.0 | 117.9 | 118.0 | 118.0 | 118.0 | 118.0 | 118.0 |
| CAD per Share to Common | $2.62 | $0.61 | $0.65 | $0.63 | $0.67 | $2.56 | $0.51 | $0.54 | $0.53 | $0.56 | $2.13 |
| Year-over-Year Growth | 1.9% | -9.8% | -11.2% | -0.1% | 14.5% | -2.5% | -17.0% | -17.0% | -16.1% | -16.7% | -16.7% |
| Dividend | $2.16 | $0.54 | $0.54 | $0.54 | $0.54 | $2.16 | $0.54 | $0.54 | $0.54 | $0.54 | $2.16 |
| CAD Dividend Coverage | 82.3% | 88.3% | 83.4% | 85.3% | 80.9% | 84.4% | 106.4% | 100.4% | 101.7% | 97.2% | 101.3% |

Source: Company reports, Canaccord Genuity estimates

## CXW EBITDA reconciliation (in millions)

| EBITDA Reconciliation | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Income | 221.9 | $46.3 | $57.6 | $55.9 | $60.1 | $219.9 | $36.7 | $44.6 | $42.9 | $45.9 | $170.1 |
| Depreciation and amortization | 151.5 | 42.1 | 42.3 | 43.0 | 44.1 | 171.5 | 44.2 | 44.3 | 44.3 | 44.4 | 177.2 |
| General and administrative | 103.9 | 26.5 | 27.4 | 27.8 | 27.9 | 109.6 | 25.5 | 25.7 | 26.0 | 26.1 | 103.3 |
| Interest expense | 50.3 | 17.5 | 16.9 | 17.4 | 17.1 | 69.0 | 18.3 | 18.8 | 19.4 | 19.8 | 76.3 |
| Equity in earnings of affiliates, net of income tax provision | - | - | - | - | - | - | - | - | - | - | - |
| Income tax (benefit)/provision | 8.4 | 1.2 | 2.7 | 2.8 | 3.2 | 9.8 | 2.4 | 2.4 | 2.4 | 2.4 | 9.8 |
| Loss on extinguishment of debt | - | - | - | - | - | - | - | - | - | - | - |
| Net (income)/loss attributable to noncontrolling interests | - | - | - | - | - | - | - | - | - | - | - |
| (Income) loss from discontinued ops | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - |
| Net Operating Income (NOI) | 536.0 | 133.5 | 146.9 | 147.0 | 152.5 | 579.8 | 127.1 | 135.9 | 135.1 | 138.6 | 536.7 |
| Less: | | | | | | | | | | | |
| General and administrative expenses | (103.9) | (26.5) | (27.4) | (27.8) | (27.9) | (109.6) | (25.5) | (25.7) | (26.0) | (26.1) | (103.3) |
| Loss on extinguishment of debt, pre-tax | - | - | - | - | - | - | - | - | - | - | - |
| Equity in earnings of affiliates, pre-tax | - | - | - | - | - | - | - | - | - | - | - |
| Other | (0.6) | 0.1 | (0.1) | (0.2) | (0.2) | (0.4) | (0.2) | (0.2) | (0.3) | (0.3) | (1.0) |
| EBITDA | 431.4 | 107.1 | 119.4 | 119.0 | 124.3 | 469.8 | 101.4 | 109.9 | 108.8 | 112.2 | 432.3 |
| Adjustments: | | | | | | | | | | | |
| Net income attributable to non-controlling interests | - | - | - | - | - | - | - | - | - | - | - |
| Stock based compensation expenses, pre-tax | - | - | - | - | - | - | - | - | - | - | - |
| Depreciation associated with STFRC | (29.9) | (10.6) | (10.6) | (10.6) | (10.6) | (42.4) | (10.6) | (10.6) | (10.6) | (10.6) | (42.4) |
| Interest expense associated with STFRC | (8.5) | (2.9) | (2.7) | (2.9) | (2.0) | (10.5) | (2.0) | (2.0) | (2.0) | (2.0) | (8.0) |
| Other | 5.3 | 1.1 | 0.3 | 0.3 | 0.3 | 2.0 | - | - | - | - | - |
| Adjusted EBITDA | 398.4 | 94.7 | 106.4 | 105.7 | 112.0 | 418.9 | 88.8 | 97.3 | 96.3 | 99.6 | 382.0 |
| Year-over-Year Growth | 3.3% | -3.8% | -0.9% | 11.6% | 14.7% | 5.2% | -6.3% | -8.5% | -9.0% | -11.1% | -8.8% |

Source: Company reports, Canaccord Genuity estimates

Case 3:16-cv-02267   Document 355-17   Filed 11/20/20   Page 9 of 13 PageID #: 12379
Hold *unchanged* Target Price US$30.00 *from* US$34.00 | 4 August 2016
REITs - Prison   8


Corrections Corporation of America
Lowering Target Price

# Appendix: Important Disclosures

**Analyst Certification**

Each authoring analyst of Canaccord Genuity whose name appears on the front page of this research hereby certifies that (i) the recommendations and opinions expressed in this research accurately reflect the authoring analyst's personal, independent and objective views about any and all of the designated investments or relevant issuers discussed herein that are within such authoring analyst's coverage universe and (ii) no part of the authoring analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the authoring analyst in the research.

Analysts employed outside the US are not registered as research analysts with FINRA. These analysts may not be associated persons of Canaccord Genuity Inc. and therefore may not be subject to the FINRA Rule 2241 and NYSE Rule 472 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

**Sector Coverage**

Individuals identified as "Sector Coverage" cover a subject company's industry in the identified jurisdiction, but are not authoring analysts of the report.

**Investment Recommendation**

Date and time of first dissemination: August 04, 2016, 23:02 ET

Date and time of production: August 04, 2016, 23:05 ET

**Target Price / Valuation Methodology:**

Corrections Corporation of America - CXW

Our $30 year-end 2017 price target is based on our discounted cash flow analysis, which assumes a 10.0% cost of equity and a 1.0% terminal growth rate. Our valuation implies a 14.1x 2017E Recurring AFFO multiple, which we believe is reasonable given the company's historical valuation and the current valuations of CXW's comp set.

**Risks to achieving Target Price / Valuation:**

Corrections Corporation of America - CXW

1. Deterioration in per-diems and occupancy levels driven by increased levels of competitive supply or deteriorating demand would likely negatively impact valuation and investor sentiment.

2. Secondary offerings are possible and often result in earnings dilution as REITs must distribute 90% of taxable income to shareholders by law.

3. Expense pressure could cause NOI results to lag investor expectations.

4. Development delays or cost overruns could materially impact near-term investor expectations.

**Distribution of Ratings:**

**Global Stock Ratings (as of 08/04/16)**

| Rating | Coverage Universe | | IB Clients |
|---|---|---|---|
| | # | % | % |
| Buy | 539 | 58.97% | 34.51% |
| Hold | 291 | 31.84% | 19.59% |
| Sell | 29 | 3.17% | 13.79% |
| Speculative Buy | 55 | 6.02% | 72.73% |
| | 914* | 100.0% | |

*Total includes stocks that are Under Review

**Canaccord Genuity Ratings System**

**BUY**: The stock is expected to generate risk-adjusted returns of over 10% during the next 12 months.

**HOLD**: The stock is expected to generate risk-adjusted returns of 0-10% during the next 12 months.

**SELL**: The stock is expected to generate negative risk-adjusted returns during the next 12 months.

**NOT RATED**: Canaccord Genuity does not provide research coverage of the relevant issuer.

"Risk-adjusted return" refers to the expected return in relation to the amount of risk associated with the designated investment or the relevant issuer.

**Risk Qualifier**

Hold *unchanged* Target Price US$30.00 *from* US$34.00 | 4 August 2016     REITs - Prison 9



**SPECULATIVE**: Stocks bear significantly higher risk that typically cannot be valued by normal fundamental criteria. Investments in the stock may result in material loss.

**12-Month Recommendation History** (as of date same as the **Global Stock Ratings** table)

A list of all the recommendations on any issuer under coverage that was disseminated during the preceding 12-month period may be obtained at the following website (provided as a hyperlink if this report is being read electronically) http://disclosures-mar.canaccordgenuity.com/EN/Pages/default.aspx

**Required Company-Specific Disclosures (as of date of this publication)**

Canaccord Genuity or one or more of its affiliated companies intend to seek or expect to receive compensation for Investment Banking services from Corrections Corporation of America in the next three months.



**Online Disclosures**

Up-to-date disclosures may be obtained at the following website (provided as a hyperlink if this report is being read electronically) http://disclosures.canaccordgenuity.com/EN/Pages/default.aspx; or by sending a request to Canaccord Genuity Corp. Research, Attn: Disclosures, P.O. Box 10337 Pacific Centre, 2200-609 Granville Street, Vancouver, BC, Canada V7Y 1H2; or by sending a request by email to disclosures@canaccordgenuity.com. The reader may also obtain a copy of Canaccord Genuity's policies and procedures regarding the dissemination of research by following the steps outlined above.

**General Disclaimers**

See "Required Company-Specific Disclosures" above for any of the following disclosures required as to companies referred to in this report: manager or co-manager roles; 1% or other ownership; compensation for certain services; types of client relationships; research analyst conflicts; managed/co-managed public offerings in prior periods; directorships; market making in equity securities and related derivatives. For reports identified above as compendium reports, the foregoing required company-specific disclosures can be found in a hyperlink located in the section labeled, "Compendium Reports." "Canaccord Genuity" is the business name used by certain wholly owned subsidiaries of Canaccord Genuity Group Inc., including Canaccord Genuity Inc., Canaccord Genuity Limited, Canaccord Genuity Corp., and Canaccord Genuity (Australia) Limited, an affiliated company that is 50%-owned by Canaccord Genuity Group Inc.

The authoring analysts who are responsible for the preparation of this research are employed by Canaccord Genuity Corp. a Canadian broker-dealer with principal offices located in Vancouver, Calgary, Toronto, Montreal, or Canaccord Genuity Inc., a US broker-dealer with principal offices located in New York, Boston, San Francisco and Houston, or Canaccord Genuity Limited., a UK broker-dealer with principal offices located in London (UK) and Dublin (Ireland), or Canaccord Genuity (Australia) Limited, an Australian broker-dealer with principal offices located in Sydney and Melbourne.

The authoring analysts who are responsible for the preparation of this research have received (or will receive) compensation based upon (among other factors) the Investment Banking revenues and general profits of Canaccord Genuity. However, such authoring analysts have not received, and will not receive, compensation that is directly based upon or linked to one or more specific Investment Banking activities, or to recommendations contained in the research.

Some regulators require that a firm must establish, implement and make available a policy for managing conflicts of interest arising as a result of publication or distribution of research. This research has been prepared in accordance with Canaccord Genuity's policy on managing conflicts of interest, and information barriers or firewalls have been used where appropriate. Canaccord Genuity's policy is available upon request.

The information contained in this research has been compiled by Canaccord Genuity from sources believed to be reliable, but (with the exception of the information about Canaccord Genuity) no representation or warranty, express or implied, is made by Canaccord Genuity,


its affiliated companies or any other person as to its fairness, accuracy, completeness or correctness. Canaccord Genuity has not independently verified the facts, assumptions, and estimates contained herein. All estimates, opinions and other information contained in this research constitute Canaccord Genuity's judgement as of the date of this research, are subject to change without notice and are provided in good faith but without legal responsibility or liability.

From time to time, Canaccord Genuity salespeople, traders, and other professionals provide oral or written market commentary or trading strategies to our clients and our principal trading desk that reflect opinions that are contrary to the opinions expressed in this research. Canaccord Genuity's affiliates, principal trading desk, and investing businesses also from time to time make investment decisions that are inconsistent with the recommendations or views expressed in this research.

This research is provided for information purposes only and does not constitute an offer or solicitation to buy or sell any designated investments discussed herein in any jurisdiction where such offer or solicitation would be prohibited. As a result, the designated investments discussed in this research may not be eligible for sale in some jurisdictions. This research is not, and under no circumstances should be construed as, a solicitation to act as a securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. This material is prepared for general circulation to clients and does not have regard to the investment objectives, financial situation or particular needs of any particular person. Investors should obtain advice based on their own individual circumstances before making an investment decision. To the fullest extent permitted by law, none of Canaccord Genuity, its affiliated companies or any other person accepts any liability whatsoever for any direct or consequential loss arising from or relating to any use of the information contained in this research.

**Research Distribution Policy**

Canaccord Genuity research is posted on the Canaccord Genuity Research Portal and will be available simultaneously for access by all of Canaccord Genuity's customers who are entitled to receive the firm's research. In addition research may be distributed by the firm's sales and trading personnel via email, instant message or other electronic means. Customers entitled to receive research may also receive it via third party vendors. Until such time as research is made available to Canaccord Genuity's customers as described above, Authoring Analysts will not discuss the contents of their research with Sales and Trading or Investment Banking employees without prior compliance consent.

For further information about the proprietary model(s) associated with the covered issuer(s) in this research report, clients should contact their local sales representative.

**Short-Term Trade Ideas**

Research Analysts may, from time to time, discuss "short-term trade ideas" in research reports. A short-term trade idea offers a near-term view on how a security may trade, based on market and trading events or catalysts, and the resulting trading opportunity that may be available. Any such trading strategies are distinct from and do not affect the analysts' fundamental equity rating for such stocks. A short-term trade idea may differ from the price targets and recommendations in our published research reports that reflect the research analyst's views of the longer-term (i.e. one-year or greater) prospects of the subject company, as a result of the differing time horizons, methodologies and/or other factors. It is possible, for example, that a subject company's common equity that is considered a long-term 'Hold' or 'Sell' might present a short-term buying opportunity as a result of temporary selling pressure in the market or for other reasons described in the research report; conversely, a subject company's stock rated a long-term 'Buy' or "Speculative Buy' could be considered susceptible to a downward price correction, or other factors may exist that lead the research analyst to suggest a sale over the short-term. Short-term trade ideas are not ratings, nor are they part of any ratings system, and the firm does not intend, and does not undertake any obligation, to maintain or update short-term trade ideas. Short-term trade ideas are not suitable for all investors and are not tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any securities or strategies discussed herein. Please contact your salesperson for more information regarding Canaccord Genuity's research.

**For Canadian Residents:**

This research has been approved by Canaccord Genuity Corp., which accepts sole responsibility for this research and its dissemination in Canada. Canaccord Genuity Corp. is registered and regulated by the Investment Industry Regulatory Organization of Canada (IIROC) and is a Member of the Canadian Investor Protection Fund. Canadian clients wishing to effect transactions in any designated investment discussed should do so through a qualified salesperson of Canaccord Genuity Corp. in their particular province or territory.

**For United States Persons:**

Canaccord Genuity Inc., a US registered broker-dealer, accepts responsibility for this research and its dissemination in the United States. This research is intended for distribution in the United States only to certain US institutional investors. US clients wishing to effect transactions in any designated investment discussed should do so through a qualified salesperson of Canaccord Genuity Inc. Analysts employed outside the US, as specifically indicated elsewhere in this report, are not registered as research analysts with FINRA. These analysts may not be associated persons of Canaccord Genuity Inc. and therefore may not be subject to the FINRA Rule 2241 and NYSE Rule 472 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

**For United Kingdom and European Residents:**

This research is distributed in the United Kingdom and elsewhere Europe, as third party research by Canaccord Genuity Limited, which is authorized and regulated by the Financial Conduct Authority. This research is for distribution only to persons who are Eligible Counterparties or Professional Clients only and is exempt from the general restrictions in section 21 of the Financial Services and


Markets Act 2000 on the communication of invitations or inducements to engage in investment activity on the grounds that it is being distributed in the United Kingdom only to persons of a kind described in Article 19(5) (Investment Professionals) and 49(2) (High Net Worth companies, unincorporated associations etc) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (as amended). It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons. This material is not for distribution in the United Kingdom or elsewhere in Europe to retail clients, as defined under the rules of the Financial Conduct Authority.

**For Jersey, Guernsey and Isle of Man Residents:**

This research is sent to you by Canaccord Genuity Wealth (International) Limited (CGWI) for information purposes and is not to be construed as a solicitation or an offer to purchase or sell investments or related financial instruments. This research has been produced by an affiliate of CGWI for circulation to its institutional clients and also CGWI. Its contents have been approved by CGWI and we are providing it to you on the basis that we believe it to be of interest to you. This statement should be read in conjunction with your client agreement, CGWI's current terms of business and the other disclosures and disclaimers contained within this research. If you are in any doubt, you should consult your financial adviser.

CGWI is licensed and regulated by the Guernsey Financial Services Commission, the Jersey Financial Services Commission and the Isle of Man Financial Supervision Commission. CGWI is registered in Guernsey and is a wholly owned subsidiary of Canaccord Genuity Group Inc.

**For Australian Residents:**

This research is distributed in Australia by Canaccord Genuity (Australia) Limited ABN 19 075 071 466 holder of AFS Licence No 234666. To the extent that this research contains any advice, this is limited to general advice only. Recipients should take into account their own personal circumstances before making an investment decision. Clients wishing to effect any transactions in any financial products discussed in the research should do so through a qualified representative of Canaccord Genuity (Australia) Limited. Canaccord Genuity Wealth Management is a division of Canaccord Genuity (Australia) Limited.

**For Hong Kong Residents:**

This research is distributed in Hong Kong by Canaccord Genuity (Hong Kong) Limited which is licensed by the Securities and Futures Commission. This research is only intended for persons who fall within the definition of professional investor as defined in the Securities and Futures Ordinance. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons. Recipients of this report can contact Canaccord Genuity (Hong Kong) Limited. (Contact Tel: +852 3919 2561) in respect of any matters arising from, or in connection with, this research.

**Additional information is available on request.**

Copyright © Canaccord Genuity Corp. 2016 – Member IIROC/Canadian Investor Protection Fund

Copyright © Canaccord Genuity Limited. 2016 – Member LSE, authorized and regulated by the Financial Conduct Authority.

Copyright © Canaccord Genuity Inc. 2016 – Member FINRA/SIPC

Copyright © Canaccord Genuity (Australia) Limited. 2016 – Participant of ASX Group, Chi-x Australia and of the NSX. Authorized and regulated by ASIC.

All rights reserved. All material presented in this document, unless specifically indicated otherwise, is under copyright to Canaccord Genuity Corp., Canaccord Genuity Limited, Canaccord Genuity Inc or Canaccord Genuity Group Inc. None of the material, nor its content, nor any copy of it, may be altered in any way, or transmitted to or distributed to any other party, without the prior express written permission of the entities listed above.