# EXHIBIT R

# Corrections Corporation of America (CXW)



## Renegotiation With ICE Ongoing; Maintain Neutral

**Neutral**

Price Target: $34.00
*Prior: $34.00*

**What's Incremental To Our View**

CXW is in the midst of renegotiating its contract with ICE regarding the South Texas Family Residential Center. ICE is seeking to lower the scale and cost of services currently provided at the facility. We maintain our Neutral rating and adjust our 2016E normalized FFO estimate to $2.66 from $2.63.

- In 2Q, ICE solicited proposals to build additional residential facilities to house undocumented families. At the same time, ICE contacted CXW to modify the current contract with the South Texas Residential facility to reduce the cost of services in light of policy changes occurred since Sept '14. CXW has submitted a proposal to ICE reflecting lower cost of services for the South Texas facility. The requirement for ICE has changed from an immediate emergency need (from an unexpected surge in undocumented immigrants crossing the Southwest border in the Summer of '14) to a longer-term need. The discussion with ICE is in the preliminary stage and we will continue to monitor for further updates.

- The South Texas facility generates $280M in annual sales (13% of total revenue) and approximately 15-20% of total company EBITDA. This equates to $274/day. As a reference, we believe GEO Group's (GEO, $31.77, Rated Buy) to be priced in the range of $140-160/day and a more normal ICE facility to carry a $70-90 per diem.

- The federal Bureau of Prisons (BOP) decided not to renew the contract with CXW on the 1,129-bed Cibola County Corrections Center in New Mexico in late July. The current contract is set to expire on Sept 30, 2016. Federal inmate population has declined by 25K in the last three years which has resulted in reduced overcrowding at BOP prisons currently operating at 117% of capacity vs. 140% three years ago. The Cibola facility will remain idle after contract expiration while CXW actively markets the facility to other potential customers. Closing of the Cibola facility will result in $0.01 cut from quarterly EPS, which is reflected in the company's guidance.

- The BOP is gearing up for the CAR 16 procurement in 4Q16. We had believed that less than the 10.8K beds up for rebid would be contracted. We now view the risk of the BOP contracting for less than 10.8K beds is slightly reduced.

- Annual guidance for 2016 normalized FFO/share of $2.64-$2.68 was above the prior $2.63 consensus, and 3Q16 guidance for normalized FFO/share of $0.67-$0.68 met the $0.67 consensus.

- Our $34 PT is based on a group of healthcare REIT peers (closest comparison) which trade at an average '17 P/FFO multiple of 14.9x. We use a slightly lower multiple of 13x to our '17 FFO estimate of $2.64, reflecting some uncertainty surrounding the election cycle, to arrive at a price of $34.

### Δ Key Drivers

|  | To | From |
|---|---|---|
| **2016E Revenue** | $1,855M | $1,853M |

| | |
|---|---|
| Price (Aug. 3, 2016) | $31.03 |
| 52-Wk Range | $35.39-$24.62 |
| Market Cap ($M) | $3,662 |
| ADTV | 620,992 |
| Shares Out (M) | 118.0 |
| Short Interest Ratio/% Of Float | 5.4% |
| TR to Target | 9.6% |

| | |
|---|---|
| Total Debt | $1,455.6 |
| Cash And Equivalents ($M) | $70.8 |
| Enterprise Value ($M) | $4,811.8 |
| EV/EBITDA TTM | 11.8x |
| EV/EBITDA NTM | 10.3x |

|  | 2015A | 2016E | | 2017E | |
|---|---|---|---|---|---|
|  |  | Curr. | Prior | Curr. | Prior |
| **AFFO** | | | | | |
| 1Q | $0.68 | $0.61A | $0.61 | -- | |
| 2Q | $0.73 | $0.65A | $0.62 | -- | |
| 3Q | $0.63 | $0.65 | $0.66 | -- | |
| 4Q | $0.58 | $0.66 | $0.66 | -- | |
| FY | $2.62 | $2.57 | $2.56 | $2.56 | $2.57 |
| P/AFFO | 11.8x | 12.1x | | 12.1x | |
| **Revenue ($M)** | | | | | |
| FY | $1,793 | $1,855 | $1,853 | $1,851 | $1,853 |
| EV/Sales | 2.7x | 2.6x | | 2.6x | |
| **EBITDA ($M)** | | | | | |
| FY | $397 | $455 | $455 | $465 | $465 |
| EV/EBITDA | 12.1x | 10.6x | | 10.3x | |
| **FFO** | | | | | |
| FY | $2.69 | $2.66 | -- | $2.64 | -- |
| P/FFO | 11.5x | 11.7x | | 11.8x | |
| **Consensus** | | | | | |
| FY | $2.69 | $2.63 | | $2.74 | |
| FYE Dec | | | | | |

**Tobey Sommer**
404-926-5009
tobey.sommer@suntrust.com

**Kwan Kim**
404-439-9560
Kwan.Kim@suntrust.com

SEE PAGE 7 FOR REQUIRED DISCLOSURE INFORMATION

Case 3:16-cv-02267    Document 355-18    Filed 11/20/20    Page 2 of 10 PageID #: 12385

Corrections Corporation of America 

### Figure 1: Quick Snapshot of 2Q16 Corrections Corporation of America Results

| | Prior Period 2Q15A | Y/Y % Change | Actual 2Q16A | Street Consensus | Difference from Street | STRH Estimate 2Q16E | Difference from STRH |
|---|---|---|---|---|---|---|---|
| **Corrections Corporation of America (CXW)** Quick Snapshot Quarter Ending June 30, 2016 (2Q16) | | | | | | | |
| **Total Revenue** | **$459,295** | **0.9%** | **$463,331** | **$462,000** | **0.3%** | **$454,158** | **2.0%** |
| Operating Expenses | 318,035 | -0.5% | 316,446 | | | 317,910 | -0.5% |
| **Gross Profit** | **141,260** | **4.0%** | **146,885** | **139,000** | **5.7%** | **136,247** | **7.8%** |
| General and Adminstrative | 23,107 | 18.4% | 27,364 | | | 22,708 | 20.5% |
| Depreciation and Amortization | 38,400 | 10.3% | 42,345 | | | 40,874 | 3.6% |
| **Operating Income (excl. impairment)** | **79,753** | **-3.2%** | **77,176** | **73,000** | **5.7%** | **72,665** | **6.2%** |
| **EBITDA** | **106,328** | **12.3%** | **119,389** | | | **113,539** | **5.2%** |
| Interest expense, net | 11,761 | 42.8% | 16,796 | | | 17,481 | -3.9% |
| Expense associated with financing | | 0.0% | | | | | |
| Other income (expense) | (36) | 266.7% | (132) | | | | |
| **Pre-tax Income** | **67,956** | **-11.3%** | **60,248** | | | **54,971** | **9.6%** |
| Taxes | 2,653 | 0.5% | 2,665 | | | 2,749 | -3.1% |
| **Net Income** | **65,303** | **-11.8%** | **57,583** | **52,000** | **10.7%** | **52,223** | |
| **Adjusted EPS** | **$0.55** | **-10.9%** | **$0.49** | | | **$0.44** | **11.4%** |
| Share Count | 117,812 | 0.2% | 118,009 | | | 117,774 | 0.2% |
| **Normalized Funds From Operations / Share** | **$0.74** | | **$0.69** | **$0.65** | **6.2%** | **$0.65** | **6.2%** |
| **Adj. Funds From Operations / Share** | **$0.73** | **-11.0%** | **$0.65** | **$0.62** | **4.8%** | **$0.62** | **4.8%** |
| **Operating Metrics** | **2Q15A** | | **2Q16A** | | | **2Q16E** | |
| Average available beds | 79,980 | 4.3% | 83,399 | | | 85,194 | -2.1% |
| Average compensated occupancy | 84.9% | -6.6% | 79.3% | | | 77.7% | 2.1% |
| Average compensated population | 67,875 | -2.6% | 66,135 | | | 66,180 | -0.1% |
| Total compensated man-days | 6,179,110 | -2.6% | 6,021,345 | | | 6,022,347 | 0.0% |
| Revenue per compensated man-day | $72.79 | 3.4% | $75.28 | | | $75.41 | -0.2% |
| Total management revenue | 459,295 | 0.9% | 463,331 | | | 454,158 | 2.0% |
| **Margin Analysis** | **2Q15A** | | **2Q16A** | | | **2Q16E** | |
| Gross Profit | 30.8% | 0.9% | 31.7% | | | 30.0% | 1.7% |
| SG&A | 5.0% | 4.1% | 9.1% | | | 5.0% | 4.1% |
| Operating Margin | 17.4% | -0.7% | 16.7% | | | 16.0% | 0.7% |
| Pre-tax Income | 14.8% | -1.8% | 13.0% | | | 12.1% | 0.9% |
| Tax Rate | -3.9% | 8.3% | 4.4% | | | -5.0% | 9.4% |

Source: Company reports, SunTrust Robinson Humphrey



**CXW Valuation**

Given the REIT conversion, we value the firm as it would trade based on a multiple of Funds From Operations (FFO) and Adjusted Funds From Operations (AFFO).  Reviewing a group of healthcare REIT peers (closest comparison to corrections) we estimate the forward 2017 P/FFO multiples to average 14.9x.  We use a lower multiple of 13x, reflecting some uncertainty surrounding the election cycle. Using our forecasted normalized FFO for CXW of $2.64 per share in 2017, we arrive at $34.  The same group of REIT peers trade at an average forward 2017 P/AFFO multiple of 16.3x.  We use a multiple of 13x our 2017 AFFO estimate of $2.56 and this yields a price of $33. Based on a combination of these methods, we arrive at a target price of $34.

**Risks to our price target:**
- Inability to access adequate capital resources required for future acquisitions and capital expenditures to fund capacity expansion.
- Inability to successfully win new business contracts due to either competitive pressure or reputational damage related to past performance.
- Dramatic changes to federal, state or local government spending policies for corrections.  A significant shift in immigration and customs (ICE) holding policies or funding.
- Political pressure related to large social programs could affect operations or cause significant changes in the existing relationships with agencies and customers.
- Headline risk related to specific events or inadequate government or state reviews could result in additional costs or scrutiny related to operations, reducing potential for growth or profitability.
- Change in state or federal policies and funding that reduce inmate populations.  State budget shortfalls may cause greater parole or shorter sentences.

## Figure 2: Corrections Corporation of America Actual and Forecasted Income Statements



**Corrections Corp Of America**
Consolidated Income Statement with Operating Metrics
(thousands, except per share data)

Tobey Sommer/404-926-5009)
tobey.sommer@suntrust.com
Last revised:08/04/16

| | 2013A | 1Q14A | 2Q14A | 3Q14A | 4Q14A | 2014A | 1Q15A | 2Q15A | 3Q15A | 4Q15A | 2015A | 1Q16A | 2Q16A | 3Q16E | 4Q16E | 2016E | 2017E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenue** | $1,712,274 | $404,222 | $410,694 | $408,474 | $423,477 | $1,646,867 | $426,000 | $459,295 | $459,957 | $447,835 | $1,793,087 | $447,385 | $463,331 | $464,795 | $479,508 | $1,855,019 | $1,851,244 |
| % Change y/y | -2.7% | -3.0% | -3.4% | -3.1% | -1.8% | -3.8% | 5.4% | 11.8% | 12.6% | 5.8% | 8.9% | 5.0% | 0.9% | 1.1% | 7.1% | 3.5% | -0.2% |
| Operating expenses | 1,235,535 | 287,380 | 287,610 | 282,712 | 298,433 | 1,156,135 | 300,662 | 318,035 | 326,500 | 310,931 | 1,256,128 | 313,918 | 316,446 | 320,709 | 329,422 | 1,280,494 | 1,275,454 |
| % Sales | 72.2% | 71.1% | 70.0% | 69.2% | 70.5% | 70.2% | 70.6% | 69.2% | 71.0% | 69.4% | 70.1% | 70.2% | 68.3% | 69.0% | 68.7% | 69.0% | 68.9% |
| **Gross Profit** | 476,739 | 116,842 | 123,084 | 125,762 | 125,044 | 490,732 | 125,338 | 141,260 | 133,457 | 136,904 | 536,959 | 133,467 | 146,885 | 144,086 | 150,086 | 574,524 | 575,790 |
| Gross Profit Margin | 27.8% | 28.9% | 30.0% | 30.8% | 29.5% | 29.8% | 29.4% | 30.8% | 29.0% | 30.6% | 29.9% | 29.8% | 31.7% | 31.0% | 31.3% | 31.0% | 31.1% |
| General and administrative | 109,118 | 25,392 | 25,559 | 27,635 | 26,843 | 106,429 | 26,872 | 23,107 | 26,791 | 27,166 | 103,936 | 26,480 | 27,364 | 25,564 | 27,811 | 107,219 | 111,075 |
| % Sales | 6.4% | 6.3% | 6.5% | 6.8% | 6.3% | 6.5% | 6.3% | 5.0% | 5.8% | 6.1% | 5.8% | 5.9% | 5.9% | 5.5% | 5.8% | 5.8% | 6.0% |
| Depreciation and Amortization | 113,367 | 28,384 | 28,752 | 28,277 | 28,512 | 113,925 | 28,685 | 38,400 | 41,230 | 43,199 | 151,514 | 42,059 | 42,345 | 43,000 | 44,096 | 171,500 | 172,171 |
| % Sales | 6.6% | 7.0% | 7.0% | 6.9% | 6.7% | 6.9% | 6.7% | 8.4% | 9.0% | 9.6% | 8.4% | 9.4% | 9.1% | 9.3% | 9.2% | 9.2% | 9.3% |
| Asset Impairment | | | | | 27,844 | | 955 | | | | | | | | | | |
| **Operating Income** | 250,632 | 63,066 | 67,773 | 69,850 | 69,572 | 270,261 | 68,826 | 79,753 | 65,436 | 66,539 | 280,554 | 64,928 | 77,176 | 75,523 | 78,178 | 295,805 | 292,545 |
| Operating Margin | 14.6% | 15.6% | 16.5% | 17.1% | 16.4% | 16.4% | 16.2% | 17.4% | 14.2% | 14.9% | 15.6% | 14.5% | 16.7% | 16.2% | 16.3% | 15.9% | 15.8% |
| EBITDA | 363,999 | 91,450 | 96,525 | 98,127 | 98,084 | 384,186 | 96,511 | 107,153 | 95,666 | 97,954 | 397,284 | 94,661 | 119,521 | 118,523 | 122,274 | 454,979 | 464,716 |
| EBITDA margin | 21.3% | 22.6% | 23.5% | 24.0% | 23.2% | 23.3% | 22.7% | 23.3% | 20.8% | 21.9% | 22.2% | 21.2% | 25.8% | 25.5% | 25.5% | 24.5% | 25.1% |
| Interest expense, net | 45,126 | 10,348 | 8,364 | 10,376 | 10,447 | 39,535 | 10,190 | 11,761 | 11,764 | 15,981 | 49,696 | 17,544 | 16,796 | 17,250 | 16,910 | 68,500 | 68,680 |
| Expenses associated with financing | 36,528 | | | | | | | | 701 | | 701 | | | | | | |
| Other (income) expense | (99) | (387) | (613) | (143) | (61) | (1,204) | (26) | 36 | (363) | 295 | (58) | (83) | 132 | | | 49 | 0 |
| **Income before taxes** | 205,380 | 53,105 | 60,022 | 59,617 | 59,186 | 231,930 | 58,662 | 67,956 | 53,334 | 50,263 | 230,215 | 47,467 | 60,248 | 58,273 | 61,268 | 227,256 | 223,865 |
| Provision for income taxes | (11,902) | 1,367 | (2,055) | 2,071 | 1,453 | 2,836 | 1,385 | 2,653 | 2,658 | 1,665 | 8,361 | 1,160 | 2,665 | 2,750 | 3,175 | 9,750 | 11,193 |
| Tax rate | 5.8% | 2.6% | -3.4% | 3.5% | 2.5% | 1.2% | 2.4% | 3.9% | 5.0% | 3.3% | 3.6% | 2.4% | 4.4% | 4.7% | 5.2% | 4.3% | 5.0% |
| **Adjusted Net Income** | $211,782 | $51,738 | $57,967 | $57,546 | $57,733 | $224,984 | $57,277 | $65,303 | $53,027 | $50,565 | $226,172 | $46,307 | $57,900 | $55,773 | $59,526 | $219,506 | $212,672 |
| % Change y/y | 34.2% | 1.3% | 1.6% | 11.0% | 11.5% | 6.2% | 10.7% | 12.7% | -7.9% | -12.4% | 0.5% | -19.2% | -11.3% | 5.2% | 17.7% | -2.9% | -3.1% |
| **Adjusted Diluted EPS** | $1.92 | $0.44 | $0.49 | $0.49 | $0.49 | $1.92 | $0.49 | $0.55 | $0.45 | $0.43 | $1.92 | $0.39 | $0.49 | $0.47 | $0.50 | $1.86 | $1.80 |
| % Change y/y | 22.5% | -11.8% | -5.5% | 10.5% | 10.9% | -0.2% | 9.9% | 12.1% | -8.2% | -12.5% | 0.1% | -19.2% | -11.5% | 5.0% | 17.5% | -3.1% | -3.2% |
| Depreciation of real estate assets | 81,313 | 21,077 | 23,666 | 21,412 | 21,640 | 87,795 | 21,272 | 22,175 | 22,577 | 24,195 | 90,219 | 23,337 | 23,388 | 23,500 | 23,275 | 93,500 | 98,116 |
| % Sales | 4.7% | 5.2% | 5.8% | 5.2% | 5.1% | 5.3% | 5.0% | 4.8% | 4.9% | 5.4% | 5.0% | 5.2% | 5.0% | 5.1% | 4.7% | 5.0% | 5.3% |
| **Normalized Funds From Operations** | 294,732 | 72,815 | 79,398 | 78,958 | 79,373 | 310,544 | 79,504 | 87,478 | 75,604 | 74,760 | 317,346 | 70,787 | 81,288 | 79,273 | 82,801 | 314,149 | 312,038 |
| **Normalized FFO Per Share** | $2.65 | $0.62 | $0.68 | $0.67 | $0.67 | $2.65 | $0.68 | $0.74 | $0.64 | $0.63 | $2.69 | $0.60 | $0.69 | $0.67 | $0.70 | $2.66 | $2.64 |
| % Change y/y | 12.4% | -10.5% | -4.3% | 6.3% | 8.5% | 0.0% | 8.4% | 9.6% | -4.6% | -5.9% | 1.8% | -11.0% | -7.2% | 4.6% | 10.5% | -1.2% | -0.7% |
| Maintenance capital expenditures, real estate | 21,005 | 8,728 | 4,221 | 5,631 | 6,901 | 25,481 | 4,238 | 6,176 | 5,433 | 10,762 | 26,609 | 3,351 | 8,499 | 6,507 | 9,590 | 27,947 | 28,418 |
| % Sales | 1.2% | 2.2% | 1.0% | 1.4% | 1.6% | 1.5% | 1.0% | 1.3% | 1.2% | 2.4% | 1.5% | 0.7% | 1.8% | 1.4% | 2.0% | 1.5% | 1.5% |
| Stock based compensation | 12,938 | 3,293 | 3,631 | 3,514 | 3,537 | 13,975 | 3,798 | 3,910 | 3,808 | 3,878 | 15,394 | 3,781 | 4,092 | 3,718 | 3,836 | 15,427 | 14,810 |
| % Sales | 0.8% | 0.8% | 0.9% | 0.9% | 0.8% | 0.8% | 0.9% | 0.9% | 0.8% | 0.9% | 0.9% | 0.8% | 0.9% | 0.8% | 0.8% | 0.8% | 0.8% |
| Amortization of debt and other | 3,509 | 755 | 761 | 761 | 761 | 3,038 | 776 | 760 | 618 | 771 | 2,925 | 792 | (443) | 465 | 480 | 1,293 | 3,702 |
| % Sales | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.1% | 0.2% | 0.2% | 0.2% | -0.1% | 0.1% | 0.1% | 0.1% | 0.2% |
| **Adjusted Funds From Operations** | 290,174 | 68,135 | 79,569 | 77,602 | 76,770 | 302,076 | 79,824 | 85,972 | 74,597 | 68,647 | 309,040 | 71,993 | 76,438 | 76,949 | 77,527 | 302,907 | 302,132 |
| **Adjusted Fund From Operations Per Share** | $2.61 | $0.58 | $0.68 | $0.66 | $0.65 | $2.57 | $0.68 | $0.73 | $0.63 | $0.58 | $2.62 | $0.61 | $0.65 | $0.65 | $0.66 | $2.57 | $2.56 |
| % Change y/y | 11.7% | -16.4% | -3.8% | 5.2% | 10.8% | -1.3% | 16.4% | 7.5% | -4.2% | -10.6% | 1.9% | -9.8% | -11.2% | 2.9% | 12.7% | -2.1% | -0.3% |
| Diluted Shares Outstanding | 111,250 | 116,960 | 117,196 | 117,389 | 117,695 | 117,312 | 117,768 | 117,812 | 117,774 | 117,784 | 117,785 | 117,769 | 118,009 | 118,014 | 118,019 | 117,953 | 118,032 |

Source: Company reports and SunTrust Robinson Humphrey estimates

8/4/2016  $ 29.04

# Corrections Corporation of America





**Corrections Corp Of America**
**Consolidated Income Statement with Operating Metrics**
(millions, except per share data)

Tobey Sommer (404-926-5009)
tobey.sommer@suntrust.com
Last revised: 08/04/16

| | 2013A | 1Q14A | 2Q14A | 3Q14A | 4Q14A | 2014A | 1Q15A | 2Q15A | 3Q15A | 4Q15A | 2015A | 1Q16A | 2Q16A | 3Q16E | 4Q16E | 2016E | 2017E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Number of days in Period** | 365 | 90 | 91 | 92 | 92 | 365 | 90 | 91 | 92 | 92 | 365 | 91 | 91 | 92 | 92 | 366 | 366 |
| Managed only available beds | 22,914 | 18,779 | 17,452 | 15,436 | 15,436 | 16,776 | 15,436 | 15,436 | 15,436 | 13,898 | 15,052 | 13,898 | 13,898 | 13,967 | 14,219 | 13,996 | 14,361 |
| Owned and managed available beds | 67,591 | 66,222 | 66,222 | 66,222 | 66,052 | 66,180 | 63,099 | 64,544 | 65,019 | 67,579 | 65,060 | 71,296 | 69,501 | 70,544 | 71,602 | 70,736 | 71,602 |
| **Average available beds** | **90,505** | **85,001** | **83,674** | **81,658** | **81,488** | **82,955** | **78,535** | **79,980** | **80,455** | **81,477** | **80,112** | **85,194** | **83,399** | **84,511** | **85,821** | **84,731** | **85,963** |
| Managed only compensated occupancy | 96.6% | 95.0% | 95.3% | 95.1% | 95.1% | 95.1% | 93.4% | 93.5% | 94.0% | 94.1% | 93.8% | 93.4% | 95.2% | 94.5% | 95.0% | 94.5% | 94.0% |
| Owned and managed compensated occupancy | 81.6% | 81.3% | 82.1% | 81.3% | 79.1% | 81.0% | 81.8% | 82.8% | 79.9% | 75.5% | 80.0% | 71.5% | 76.2% | 76.0% | 77.0% | 75.2% | 74.6% |
| **Average compensated occupancy** | **85.3%** | **84.3%** | **84.9%** | **83.9%** | **82.2%** | **83.8%** | **84.1%** | **84.9%** | **82.6%** | **78.6%** | **82.5%** | **75.1%** | **79.3%** | **79.1%** | **80.0%** | **78.4%** | **77.8%** |
| Managed only compensated population | 22,125 | 17,840 | 16,632 | 14,680 | 14,680 | 15,958 | 14,417 | 14,433 | 14,510 | 13,078 | 14,109 | 12,981 | 13,231 | 13,199 | 13,508 | 13,230 | 13,499 |
| Owned and managed compensated cpopulation | 55,121 | 53,838 | 54,368 | 53,838 | 52,247 | 53,573 | 51,615 | 53,442 | 51,950 | 51,022 | 52,007 | 50,977 | 52,960 | 53,613 | 55,133 | 53,171 | 53,397 |
| **Average compensated population** | **77,256** | **71,679** | **71,000** | **68,518** | **66,983** | **69,545** | **66,032** | **67,903** | **66,460** | **64,041** | **66,109** | **63,957** | **66,135** | **66,812** | **68,641** | **66,387** | **66,896** |
| Managed only compensated man-days | 8,069,816 | 1,604,837 | 1,513,308 | 1,351,193 | 1,350,211 | 5,819,549 | 1,297,648 | 1,312,976 | 1,334,303 | 1,203,023 | 5,147,950 | 1,181,224 | 1,204,001 | 1,214,334 | 1,242,732 | 4,842,291 | 4,940,791 |
| Owned and managed compensated man-days | 20,120,004 | 4,847,951 | 4,948,921 | 4,954,844 | 4,809,522 | 19,561,238 | 4,644,992 | 4,866,134 | 4,780,507 | 4,690,997 | 18,982,630 | 4,641,382 | 4,817,344 | 4,932,403 | 5,072,262 | 19,463,391 | 19,543,747 |
| **Total compensated man-days** | **28,189,820** | **6,452,788** | **6,462,229** | **6,306,037** | **6,159,733** | **25,380,787** | **5,942,640** | **6,179,110** | **6,114,810** | **5,894,020** | **24,130,580** | **5,822,606** | **6,021,345** | **6,146,736** | **6,314,994** | **24,305,682** | **24,484,538** |
| Managed only revenue/man-day | 39.62 | 39.88 | 39.86 | 39.90 | 40.32 | 39.99 | 40.80 | 40.91 | 41.03 | 42.05 | 41.20 | 42.19 | 42.65 | 42.86 | 43.00 | 42.68 | 42.68 |
| Owned and managed revenue/man-day | 68.20 | 69.08 | 68.71 | 69.65 | 74.84 | 70.57 | 78.36 | 81.39 | 82.75 | 82.74 | 81.20 | 83.73 | 83.43 | 83.68 | 84.00 | 83.71 | 83.94 |
| **Revenue per comp man-day** | **60.02** | **61.82** | **61.95** | **63.28** | **67.27** | **63.58** | **70.16** | **72.79** | **73.65** | **74.44** | **72.76** | **75.30** | **75.28** | **75.62** | **75.93** | **75.53** | **75.61** |
| Managed only revenue | 322,242 | 65,053 | 62,137 | 54,690 | 55,390 | 237,270 | 53,878 | 55,050 | 55,757 | 51,464 | 216,149 | 50,507 | 51,880 | 52,050 | 53,437 | 207,875 | 210,857 |
| Owned and managed revenue | 1,390,032 | 339,169 | 348,557 | 353,784 | 368,087 | 1,409,597 | 372,122 | 404,245 | 404,200 | 396,371 | 1,576,938 | 396,878 | 411,451 | 412,745 | 426,070 | 1,647,144 | 1,640,387 |
| **Total Management Revenue** | **1,712,274** | **404,222** | **410,694** | **408,474** | **423,477** | **1,646,867** | **426,000** | **459,295** | **459,957** | **447,835** | **1,793,087** | **447,385** | **463,331** | **464,795** | **479,508** | **1,855,019** | **1,851,244** |
| **Transportation** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Rental** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Other** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Revenue** | **1,712,274** | **404,222** | **410,694** | **408,474** | **423,477** | **1,646,867** | **426,000** | **459,295** | **459,957** | **447,835** | **1,793,087** | **447,385** | **463,331** | **464,795** | **479,508** | **1,855,019** | **1,851,244** |

Source: Company reports and SunTrust Robinson Humphrey estimates

8/4/2016  $ 29.04

Case 3:16-cv-02267   Document 355-18   Filed 11/20/20   Page 6 of 10 PageID #: 12389

Corrections Corporation of America 

## Company Description
Corrections Corporation of America was founded in 1983 as a pioneer in the private corrections management industry. The largest publicly traded firm in the space, CCA owns and operates privatized correctional and detention facilities in the United States. The company owns and manages prisons and other correctional facilities, and provides inmate residential and prisoner transportation services for governmental agencies. Corrections Corporation also offers healthcare services (medical, dental, and psychiatric), food services, and work and recreational programs. CCA houses inmates and detainees in more than 60 facilities, 40 of which are company-owned, with a total bed capacity of more than 90,000. Facilities are located in 19 states and the District of Columbia, as well as two additional correctional facilities that are leased to third-party operators. All revenue is generated in the United States. Corrections Corporation currently partners with all three federal corrections agencies (The Federal Bureau of Prisons, the U.S. Marshals Service and Immigration and Customs Enforcement), states, and more than a dozen local municipalities. The company joined the New York Stock Exchange in 1994 and trades under the ticker CXW. Headquartered in Nashville, Tennessee, CCA employs roughly 17,000 professionals nationwide in security, academic and vocational education, health services, inmate programs, facility maintenance, management, and administration.

## Investment Thesis
Corrections Corporation of America is a leader in private corrections that leverages scale, lower cost of capital, a favorable REIT structure and management experience to provide visible, repeatable returns to shareholders. The company's REIT conversion is still gaining traction with institutional REIT holders, while its superior cash flow and funds from operations drive value. The firm is well positioned to improve margins as State budget conditions improve. As the largest operator its balance sheet and level of experience give it a competitive advantage relative to peers. We believe that risk related to California is overstated, and that management has a consistent track record of setting achievable goals.

## Valuation and Risks
### CXW Valuation
Given the REIT conversion, we value the firm as it would trade based on a multiple of Funds From Operations (FFO) and Adjusted Funds From Operations (AFFO). Reviewing a group of healthcare REIT peers (closest comparison to corrections) we estimate the forward 2017 P/FFO multiples to average 14.9x. We use a lower multiple of 13x, reflecting some uncertainty surrounding the election cycle. Using our forecasted normalized FFO for CXW of $2.64 per share in 2017, we arrive at $34. The same group of REIT peers trade at an average forward 2017 P/AFFO multiple of 16.3x. We use a multiple of 13x our 2017 AFFO estimate of $2.56 and this yields a price of $33. Based on a combination of these methods, we arrive at a target price of $34.

**Risks to our price target:**
- Inability to access adequate capital resources required for future acquisitions and capital expenditures to fund capacity expansion.
- Inability to successfully win new business contracts due to either competitive pressure or reputational damage related to past performance.
- Dramatic changes to federal, state or local government spending policies for corrections. A significant shift in immigration and customs (ICE) holding policies or funding.
- Political pressure related to large social programs could affect operations or cause significant changes in the existing relationships with agencies and customers.
- Headline risk related to specific events or inadequate government or state reviews could result in additional costs or scrutiny related to operations, reducing potential for growth or profitability.
- Change in state or federal policies and funding that reduce inmate populations. State budget shortfalls may cause greater parole or shorter sentences.
- Upside risk: Current election cycle results in a new administration in the White House and state governments that are supportive of increased utilization of private correctional facilities.

Case 3:16-cv-02267   Document 355-18   Filed 11/20/20   Page 7 of 10 PageID #: 12390

Page 6 of 9



## Companies Mentioned in This Note
**GEO Group Inc.** (GEO, $32.86, Buy, Tobey Sommer)

## Analyst Certification

I, Tobey Sommer , hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company(ies) and its (their) securities. I also certify that I have not been, am not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

## Required Disclosures

The following companies are clients of SunTrust Robinson Humphrey, Inc. and the firm has received or is entitled to receive compensation for investment banking services involving their securities within the last 12 months: CXW-US and GEO-US

The following companies are clients of SunTrust Robinson Humphrey, Inc. and the firm has received compensation for non-investment banking securities-related services within the last 12 months: CXW-US and GEO-US

An affiliate of SunTrust Robinson Humphrey, Inc. has received compensation for non-securities services from the following company within the last 12 months: CXW-US

SunTrust Robinson Humphrey, Inc. managed or co-managed a securities offering for the following company within the last 12 months: GEO-US

Analyst compensation is based upon stock price performance, quality of analysis, communication skills, and the overall revenue and profitability of the firm, including investment banking revenue.

As a matter of policy and practice, the firm prohibits the offering of favorable research, a specific research rating or a specific target price as consideration or inducement for the receipt of business or compensation. In addition, associated persons preparing research reports are prohibited from owning securities in the subject companies.







## STRH Ratings System for Equity Securities

3 designations based on total returns* within a 12-month period**

- **Buy** – total return ≥ 15% (10% for low-Beta securities)***
- **Reduce** – total return ≤ negative 10% (5% for low Beta securities)
- **Neutral** – total return is within the bounds above
- **NR** – NOT RATED, STRH does not provide equity research coverage
- **CS** – Coverage Suspended

*Total return (price appreciation + dividends)
**Price targets are within a 12-month period, unless otherwise noted
***Low Beta defined as securities with an average Beta of 0.8 or less, using Bloomberg's 5-year average Beta

Legend for Rating and Price Target History Charts:
D = drop coverage
I = initiate coverage
T = transfer coverage

SunTrust Robinson Humphrey ratings distribution (as of 08/04/2016):

| Coverage Universe | | | Investment Banking Clients Past 12 Months | | |
|---|---|---|---|---|---|
| Rating | Count | Percent | Rating | Count | Percent |
| Buy | 368 | 58.04% | Buy | 142 | 38.59% |
| Neutral | 258 | 40.69% | Neutral | 72 | 27.91% |
| Sell/Reduce | 8 | 1.26% | Sell/Reduce | 1 | 12.50% |



## Other Disclosures

Information contained herein has been derived from sources believed to be reliable but is not guaranteed as to accuracy and does not purport to be a complete analysis of the security, company or industry involved. This report is not to be construed as an offer to sell or a solicitation of an offer to buy any security. SunTrust Robinson Humphrey, Inc. and/or its officers or employees may have positions in any securities, options, rights or warrants. The firm and/or associated persons may sell to or buy from customers on a principal basis. Investors may be prohibited in certain states from purchasing some over-the-counter securities mentioned herein. Opinions expressed are subject to change without notice. The information herein is for persons residing in the United States only and is not intended for any person in any other jurisdiction.

SunTrust Robinson Humphrey, Inc.'s research is provided to and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). The term "Institutional Account" shall mean the account of: (1) a bank, savings and loan association, insurance company or registered investment company; (2) an investment adviser registered either with the SEC under Section 203 of the Investment Advisers Act or with a state securities commission (or any agency or office performing like functions); or (3) any other person (whether a natural person, corporation, partnership, trust or otherwise) with total assets of at least $50 million.

SunTrust Robinson Humphrey, Inc. is a registered broker-dealer and a member of FINRA and SIPC. It is a service mark of SunTrust Banks, Inc. SunTrust Robinson Humphrey, Inc. is owned by SunTrust Banks, Inc. ("SunTrust") and affiliated with SunTrust Investment Services, Inc. Despite this affiliation, securities recommended, offered, sold by, or held at SunTrust Robinson Humphrey, Inc. and at SunTrust Investment Services, Inc. (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including SunTrust Bank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. SunTrust Bank may have a lending relationship with companies mentioned herein.

Please see our Disclosure Database to search by ticker or company name for the current required disclosures, including risks to the price targets, Link: https://suntrust.bluematrix.com/sellside/Disclosures.action

Please visit the STRH equity research library for current reports and the analyst roster with contact information, Link (password protected): STRH RESEARCH LIBRARY

SunTrust Robinson Humphrey, Inc., member FINRA and SIPC. SunTrust and SunTrust Robinson Humphrey are service marks of SunTrust Banks, Inc.

If you no longer wish to receive this type of communication, please request removal by sending an email to STRHEquityResearchDepartment@SunTrust.com

© SunTrust Robinson Humphrey, Inc. 2016 . All rights reserved. Reproduction or quotation in whole or part without permission is forbidden.

**ADDITIONAL INFORMATION IS AVAILABLE** at our website, **www.suntrustrh.com**, or by writing to: SunTrust Robinson Humphrey, Research Department, 3333 Peachtree Road N.E., Atlanta, GA 30326-1070