# EXHIBIT T



# Washington Policy
## Quick Thoughts on DOJ's For-Profit Prison Memo

# Flash Note

**August 18, 2016**
**Isaac Boltansky**
202.534.1396
iboltansky@compasspointllc.com

On August 18 the *Washington Post* reported on a Department of Justice (DOJ) memo directing the Bureau of Prisons (BOP) to begin the "process of reducing – and ultimately ending" the use of privately operated prisons. This announcement has caused dramatic declines in the share prices of Geo Group (GEO-NC) and Correction Corp (CXW-NC), the two publicly-traded for-profit prisons. **This policy shift is undeniably negative for the publicly-traded for-profit prison companies but it is far from a death sentence.** We include below our answers to client questions in the wake of this announcement.

**What Does the Memo Say?** The memo states that Bureau of Prisons (BOP) "should" review its contracts with private prisons at the end of each term and "either decline to renew that contract or substantially reduce its scope in a manner consistent with law and the overall decline of the Bureau's inmate population." While this is clearly negative directionally, the memo appears to provide BOP with sufficient latitude to renew contracts with for-profit prisons, albeit with a reduced scope.

**Who Does This Cover?** The memo only explicitly covers the Bureau of Prisons (BOP) which is housed under the Department of Justice (DOJ). The memo notes that halfway houses and other rehabilitation centers are not covered by this policy shift. At the moment, it is uncertain whether other federal contracts including the U.S. Marshals (USM) and the U.S. Immigration and Customs Enforcement (ICE) are at risk. Notably, the USM is housed under the DOJ while ICE is part of the Department of Homeland Security (DHS). Our sense is that the ICE contracts are comparatively safer given the political climate but DHS has yet to officially comment.

**Why Now?** For-profit prisons have been facing headline pressure throughout 2016 due to legislative efforts to enact criminal justice reform and comments from the campaign trail. Our sense is that the August 9 report from the DOJ's Inspector General finding that contract prisons underperformed in a number of different categories provided the political cover necessary for this memo.

**How Would the Presidential Candidates Handle This?** While we admittedly have little insight into how a Trump DOJ would handle for-profit prisons, our sense is that a reversal of this policy would be likely. We are far more confident that a Clinton DOJ would support this memo. As a reminder, on October 20 the Clinton campaign tweeted: "We need to end private prisons. Protecting public safety...should never be outsourced or left to unaccountable corporations."

**What Are the Top Questions Right Now?** The top questions at this point are: (1) will other federal contracts with USM and ICE ultimately be impacted by this policy shift; (2) how will the for-profit industry flex its muscle in D.C. and will that impact the conversation; (3) does this impact the next round of criminal justice reform talks on Capitol Hill; and (4) is it fair to expect states to move in this direction as well?

**What is Our Take?** This policy shift is clearly a negative for the publicly-traded for-profit prison companies but it is far from a death sentence. Our sense is that infrastructure limitation, political dynamics, and budgetary constraints will shield state-level contracts. Furthermore, the cash flow being generated by existing contracts appears safe as the memo directs review at the end of term. Finally, the language in this memo signals that termination is not the only option as the BOP appears to have sufficient latitude to renew expiring contracts so long as the scope is "substantially reduce[d]."

# Important Disclosures

### Analyst Certification

I, Isaac Boltansky, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject securities or issues. I further certify that I have not received direct or indirect compensation in exchange for expressing specific recommendations or views in this report.

Isaac Boltansky is Compass Point's Washington Policy Strategist. His contributions to this document relate solely to Washington Policy and should not be attributed to any company specific research, ratings, or conclusions.

| Coverage Universe | | | Investment Banking Relationships | | |
|---|---|---|---|---|---|
| Rating | Number | Percent | Rating | Number | Percent |
| Buy | 64 | 43 | Buy | 13 | 20 |
| Neutral | 77 | 52 | Neutral | 8 | 10 |
| Sell | 8 | 5 | Sell | 1 | 12 |
| Total | 149 | 100% | Total | 22 | 100% |

*Percentage of Investment Banking Clients in Coverage Universe by Rating

### Ownership and Material Conflicts of Interest

### Ratings, Coverage Groups, and Views and Related Definitions

The information and rating included in this report represent the long-term view as described more fully below. The analyst may have different views regarding short-term trading strategies with respect to the stocks covered by the rating, options on such stocks, and/or other securities or financial instruments issued by the subject company(ies). Our brokers and analysts may make recommendations to their clients that are contrary to the recommendations contained in this research report. Such recommendations or investment decisions are based on the particular investment strategies, risk tolerances, and other investment factors of that particular client or affiliate. From time to time, Compass Point and its respective directors, officers, employees, or members of their immediate families may have a long or short position in the securities or other financial instruments mentioned in this report.

Current Stock Ratings System (**NOTE**: As of **January 11, 2016**, Compass Point has changed the definitions of Buy (B), Neutral (N) and Sell (S) in its Stock Ratings System to the definitions contained herein):

Buy (B): We expect the stock to outperform its peers on a risk adjusted basis over the next 12 months.

Neutral (N): We expect the stock to perform in line with its peers on a risk adjusted basis over the next 12 months.

Sell (S): We expect the stock to underperform its peers on a risk adjusted basis over the next 12 months.

Not Rated (NR): The investment rating and target price have been removed pursuant to Compass Point policy when Compass Point is acting in an advisory capacity in a merger or strategic transaction involving this company and in certain other circumstances. Rating Suspended (RS): Compass Point Research has suspended the investment rating and price target for this stock, because there is not a sufficient fundamental basis for determining an investment rating or target. The previous investment rating and price Compass Point has suspended coverage of this company. Not Covered (NC): Compass Point does not cover this company. Not Available or Not Applicable (NA): The information is not available for display or is not applicable. Not Meaningful (NM): The information is not meaningful and is therefore excluded.

[Prior Stock Ratings System for all Research Reports Published BEFORE January 11, 2016:

A Buy (B) represents a total rate of return potential of 15% or more on a 12-month horizon.

A Neutral (N) represents a total rate of return of -15% to +15% on a 12-month horizon. As of July 31, 2015, an analyst may assign a Neutral (N) rating even if the total rate of return is not between -15% and +15% if the analyst does not feel conviction that the stock is a Buy (B) or a Sell (S) and particular circumstances exist, such as, for example, if the stock has an extraordinarily high dividend yield or is low-priced. If an analyst assigns a Neutral (N) rating utilizing the foregoing exception, they will provide an explanation as to their reasoning.

A Sell (S) represents a total rate of return -15% or below on a 12-month horizon.

Return potential represents potential and projected dividends and the price differential between the current share price and the price target expected on a 12-month time horizon associated with the price target. Price targets are required for all covered stocks.]

### Global Disclaimer

Compass Point Research & Trading, LLC expects to receive or intends to seek compensation for investment banking services from the subject company(ies) in the next 3 months.

The research analyst(s) named in the certification above receives compensation based upon various factors, including, but not limited to, the quality and accuracy of research, client feedback, competitive factors, and overall firm revenues, which include revenues generated by Compass Point Research & Trading, LLC's investment banking activities.

This report is based upon public information that Compass Point Research & Trading, LLC and the research analyst named in the attestation above assume to be correct.

Assumptions, opinions, forecasts, and estimates constitute the research analyst's judgment as of the date of this material and are subject to change without notice. The research analyst's judgments may be wrong.

Neither Compass Point Research & Trading, LLC nor its affiliates, nor the research analyst, are responsible for any errors, omissions, or results obtained from the use of this information.

Past performance is not necessarily indicative of future results.

The securities and/or financial instruments mentioned in this research report, and the trading strategies related thereto, may not be suitable for all investors. You must consider your specific investment goals and objectives prior to transacting in any security or financial instrument. Consult with your financial advisor before making any transactions or investments.

© Compass Point Research & Trading, LLC 2016. All rights reserved. Reproduction or quotation in whole or part without permission is forbidden.

Isaac Boltansky | 202.534.1396 | iboltansky@compasspointllc.com