# EXHIBIT W

# Daily Spotlight




## At a Glance

| Symbol | Rating Prior | Rating Current | Est. | Price Target Prior | Price Target Current |
|---|---|---|---|---|---|
| **INITIATIONS** | | | | | |
| FRTA | -- | B | | -- | $23.00 |
| **PRICE TARGET CHANGES** | | | | | |
| AEP | B | B | | $71.00 | $69.00 |
| CMS | H | H | | $42.00 | $41.00 |
| CXW | B | B | | $20.00 | $26.00 |
| DUK | H | H | | $80.00 | $78.00 |
| DYN | B | B | | $16.00 | $15.00 |
| EIX | B | B | | $81.00 | $79.00 |
| EFX | B | B | ▲ | $155.00 | $140.00 |
| GXP | H | H | | $29.00 | $28.00 |
| KNSL | B | B | ▲▼ | $24.00 | $32.00 |
| NVDA | H | H | ▲ | $59.00 | $80.00 |
| PNW | H | H | | $73.00 | $71.00 |
| PNM | H | H | | $33.00 | $32.00 |
| SCSS | H | H | | $18.00 | $24.00 |
| SO | H | H | | $51.00 | $50.00 |
| TRTN | B | B | ▲▼ | $21.00 | $22.00 |
| XEL | H | H | | $40.00 | $39.00 |
| ZBH | B | B | ▼ | $155.00 | $131.00 |
| **COMPANY UPDATES** | | | | | |
| AMN | B | B | | $50.00 | $50.00 |
| MRK | B | B | | $73.00 | $73.00 |
| SUPN | B | B | ▲▼ | $37.00 | $37.00 |
| ADAP | B | B | | $16.00 | $16.00 |
| BABA | B | B | | $125.00 | $125.00 |
| ARA | B | B | ▲ | $24.00 | $24.00 |
| AFSI | B | B | | $43.00 | $43.00 |
| CPN | H | H | | $12.00 | $12.00 |
| CCL | B | B | | $54.00 | $54.00 |
| CNP | H | H | | $24.00 | $24.00 |
| CHCT | B | B | ▲▼ | $26.00 | $26.00 |
| ELF | B | B | ▲▼ | $32.00 | $32.00 |
| EXC | B | B | | $38.00 | $38.00 |
| NCLH | H | H | | $43.00 | $43.00 |
| NRG | H | H | | $12.00 | $12.00 |
| DNAI | H | H | ▲▼ | | |
| DGX | H | H | | $90.00 | $90.00 |
| RCL | B | B | | $92.00 | $92.00 |
| TLN | H | H | | $14.00 | $14.00 |
| AES | B | B | | $15.00 | $15.00 |
| **INDUSTRY UPDATES** | | | | | |
| Cardio - TVT Registry Data Suggest Mortality Penalty w/New Pacer Post TAVR | | | | | |
| **COVERAGE DROPPED/SUSPENDED** | | | | | |
| ATTU | B | NA | | -- | |

## Morning Meeting Highlights

**Forterra, Inc. (FRTA, $18.41, Buy)** - Initiate w/ Buy & $23 PT; Discounted Play on Emerging Infrastructure Pickup - **Rohit Seth**

**Corrections Corporation of America (CXW, $19.44, Buy)** - Increasing PT To $26 On Outlook For Rising Estimates - Following STRH investor meetings, we elevate our PT to $26 from $20 on improved prospects for new contracts and renewal announcements, increased occupancy, higher margins and rising estimates. We look for the BOP to renew the McRae facility soon and for incremental ICE contracts to be forthcoming before year-end. While sentiment has improved as risks have dissipated, we do not see opportunity for rising estimates as reflected in the shares. - **Tobey Sommer**

**Supernus Pharmaceuticals, Inc. (SUPN, $21.60, Buy)** - Raising '16 EPS on Higher Sales from Royalty Revenue Recognition & Lower R&D - We raised our 2016E total revenue to $216M (from $213M) vs. Street's $208M on +$5M of assumed royalty revenue recognition. We lowered R&D from $54M to $44M (vs. SUPN's $40M-$44M range) on early completion of SPN-812 trial. Our higher operating income is partially offset by a higher assumed tax rate (10.1% from 8.9%) yielding EPS of $0.96 (up from $0.73) vs. the Street's $0.68 (likely to rise after SUPN's 11/14 call as analysts adjust their models to reflect SUPN's new ranges). Key catalysts: Trokendi XR settlement & chronic migraine launch in Apr '17. Reiterate Buy/$37PT, supported by DCF. - **John Boris**

**AMN Healthcare Services, Inc. (AMN, $30.05, Buy)** - Relative Valuation Attractive; Buy - We reiterate our Buy rating and $50 PT following hosting two days of investor meetings, based on growth in MSP contracts/Other Workforce Solutions and an outlook for hospitals to continue to struggle managing their full-time workforce (quits rose 12% YoY in Sept and have average 31% higher YTD in 2016 than over the past 15 years). Our estimates are unchanged. - **Tobey Sommer**

**Zimmer Biomet Holdings, Inc. (ZBH, $98.03, Buy)** - Lowering Estimates and PT; Discounted Valuation Keeps us at Buy - Following the very disappointing 3Q ZBH results which were marred by executional missteps (major joint supply and dental), we've revised our ZBH model downwards, lowering our '16-'21 top-line CAGR to 3.2% (from 3.7%) and our EPS CAGR to 8.6% (from 9.5%). Our outlook for the hip and knee market remains unchanged absent the sustained institution of significant surgeon gainsharing incentives. Our discounted relative valuation now suggests a target price of $131 (from $155). - **Bruce Nudell**

**Merck & Co. Inc. (MRK, $63.95, Buy)** - SITC PostView-2L Bladder Data Shows Robust OS Benefit &Tolerable Safety Profile - MRK's KN-045 results at SITC showed significant & clinically meaningful OS benefit [44% vs. 31% for chemo (p=0.0022)] in 2L bladder cancer. Keytruda's safety profile was consistent with previous trials & more tolerable than chemo. Data was anticipated since KN-045 stopped early in Oct. '16, with sBLA filing expected

SEE PAGE 9 FOR REQUIRED DISCLOSURE INFORMATION

Case 3:16-cv-02267 Document 355-23 Filed 11/20/20 Page 2 of 12 PageID #: 12457



| | | | |
|---|---|---|---|
| BLKB | B | NA | -- |
| CTXS | B | NA | -- |
| HDP | B | NA | -- |
| MSTR | B | NA | -- |
| NEWR | B | NA | -- |
| ORCL | B | NA | -- |
| CRM | B | NA | -- |
| SCWX | B | NA | -- |
| NOW | H | NA | -- |
| SPLK | H | NA | -- |
| DATA | B | NA | -- |
| TDC | H | NA | -- |
| TYL | B | NA | -- |
| ULTI | B | NA | -- |
| VMW | B | NA | -- |
| WDAY | H | NA | -- |

## Today's Events

| | |
|---|---|
| 11/14 | Galmed Pharmaceuticals (GLMD) - Boston - Nash |
| 11/14 | Group Dinner with Tenet Healthcare Corp. (THC) - Dallas - MacDonald |
| 11/14 | Employers Holdings (EIG) - Canada - M. Hughes |
| 11/14 | Healthcare Services - MacDonald - Analyst Trip - Houston and Dallas |
| 11/14 | Diversified Industrials - Brady - Analyst Trip - Detroit |
| 11/14 | Pharmaceuticals - Boris - Analyst Trip - Denver and Los Angeles |
| 11/14 | Medical Devices - Nudell - Analyst Trip - Minneapolis and Chicago |

in 4Q16 (approval by 2Q17). When approved, Keytruda would be 2nd to mkt behind Roche's Tecentriq (approved May '16; ~$78M reported in 3Q16) with potentially stronger label. We see upside to Keytruda '20E sales of $7.3B vs. Street's $6.7B. Reiterate Buy/ $73PT on 17.9x our '18E EPS. - **John Boris**

**Equifax Inc. (EFX, $114.03, Buy)** - Overreaction To Uncertainty. Buy. - We reiterate our Buy and lower our PT to $140 from $155, which is simply an acknowledgement of the shares' sell-off, post-election ACA uncertainty and the sharp back-up in 10-year yield. Our worst-case pro forma model - which assumes an unrealistic Jan 17 repeal of ACA - does not dramatically hamper earnings power, nor does it undermine our bullish thesis. We estimate that elimination of ACA revenue and a 20% mortgage unit decline would represent just ~$0.20 of EPS risk to our current C17 $6.08 estimate, suggesting the 12% post-3Q16 sell-off is overdone. - **Andrew Jeffrey**

## Other Focus Items Today

### Consumer

**Cruise Lines** - RCL Investor Event + CCL and NCLH management meetings key takeaways - Last week we attended an investor event aboard RCL's new Harmony of the Seas. Additionally, we held meetings with CCL (David Bernstein (CFO), and Beth Roberts (Investor Relations)) and with NCLH (Frank Del Rio (CEO), Wendy Beck (CFO), and Andrea DeMarco (Investor Relations)). The important points: - **C. Patrick Scholes**

**e.l.f. Beauty, Inc. (ELF, $25.92, Buy)** - Maintaining Estimates Following 3Q Results - Following ELF's 3Q results, we are maintaining our 2016, 2017, and 2018 adjusted EBITDA estimates of $50M, $59M, and $72M, respectively. We are maintaining our $32 price target which equates to 25x our 2018 EBITDA estimate, a premium to its high-growth peer group range of 15x-23x. However, we believe this premium multiple is justified based on the company's faster growth and above peer-group margin profile. Maintain Buy. - **William Chappell, Jr.**

### Electric Power and Utilities

**Electric Power and Utilities** - Power/Utilities Macro Trends Tracker - Decline In Forward Spreads - This report includes our analysis of the key macro factors impacting the power/ utility sector, including: forward power prices, spark spread, dark spread, and gas/coal spread trends; domestic electric consumption growth; and national weather patterns. Also, based on the latest peer group valuations, we are decreasing our price targets on AEP, CMS, DUK, DYN, EIX, GXP, PNM, PNW, SO, XEL. - **Ali Agha**

### Financials

**Triton International Limited (TRTN, $13.41, Buy)** - Conference Call Follow-Up: Reiterate Buy on Fundamental Momentum - We maintain our Buy rating on TRTN shares following 3Q earnings.



While the impact of Hanjin's bankruptcy and purchase accounting obscure the quarter's results, we continue to expect merger synergies to drive earnings higher in 2017. Industry conditions are steadily improving, and price increases have started to flow through into higher used container and lease prices. Our $22 PT (from $21) approximates run-off value (less $1.00 for Hanjin losses). There could be upside to this relatively conservative valuation if momentum continues in 2017 and 2018. - Douglas Mewhirter

**Kinsale Capital Group, Inc. (KNSL, $25.32, Buy)** - 3Q Follow-Up – Raising Price Target - Following the third quarter earnings release and conference call, we are raising our full-year 2016 EPS estimate to $1.20 from $1.06 to reflect exceptional performance this quarter. However, we are maintaining our 2017 and 2018 estimates at $1.36 and $1.60, respectively, a result of our conservatism. We believe that Kinsale is still in its early expansion phase and the long-term growth opportunities look attractive; we reiterate our Buy rating and are raising our price target to $32 (from $24), or 2.8x nest year's estimated book, a premium to peers. - Mark Hughes

**AmTrust Financial Services, Inc. (AFSI, $26.50, Buy)** - Comment on Filing Delay – No Reserve or Income Statement Issues - Mark Hughes

## Healthcare

**Merck & Co. Inc. (MRK, $63.95, Buy)** - SITC PostView-2L Bladder Data Shows Robust OS Benefit &Tolerable Safety Profile - MRK's KN-045 results at SITC showed significant & clinically meaningful OS benefit [44% vs. 31% for chemo (p=0.0022)] in 2L bladder cancer. Keytruda's safety profile was consistent with previous trials & more tolerable than chemo. Data was anticipated since KN-045 stopped early in Oct. '16, with sBLA filing expected in 4Q16 (approval by 2Q17). When approved, Keytruda would be 2nd to mkt behind Roche's Tecentriq (approved May '16; ~$78M reported in 3Q16) with potentially stronger label. We see upside to Keytruda '20E sales of $7.3B vs. Street's $6.7B. Reiterate Buy/ $73PT on 17.9x our '18E EPS. - John Boris

**Supernus Pharmaceuticals, Inc. (SUPN, $21.60, Buy)** - Raising '16 EPS on Higher Sales from Royalty Revenue Recognition & Lower R&D - We raised our 2016E total revenue to $216M (from $213M) vs. Street's $208M on +$5M of assumed royalty revenue recognition. We lowered R&D from $54M to $44M (vs. SUPN's $40M-$44M range) on early completion of SPN-812 trial. Our higher operating income is partially offset by a higher assumed tax rate (10.1% from 8.9%) yielding EPS of $0.96 (up from $0.73) vs. the Street's $0.68 (likely to rise after SUPN's 11/14 call as analysts adjust their models to reflect SUPN's new ranges). Key catalysts: Trokendi XR settlement & chronic migraine launch in Apr '17. Reiterate Buy/$37PT, supported by DCF. - John Boris

**Zimmer Biomet Holdings, Inc. (ZBH, $98.03, Buy)** - Lowering Estimates and PT; Discounted Valuation Keeps us at Buy - Following the very disappointing 3Q ZBH results which were




marred by executional missteps (major joint supply and dental), we've revised our ZBH model downwards, lowering our '16-'21 top-line CAGR to 3.2% (from 3.7%) and our EPS CAGR to 8.6% (from 9.5%). Our outlook for the hip and knee market remains unchanged absent the sustained institution of significant surgeon gainsharing incentives. Our discounted relative valuation now suggests a target price of $131 (from $155). - **Bruce Nudell**

**American Renal Associates Holdings, Inc. (ARA, $19.57, Buy)** - Strong Trends, And We Think Premium Assistance Risk Is Over Discounted - Our bullish view on ARA continues following solid 3Q results driven by ongoing robust organic volume growth, strong cash flow and improving payor mix. We expect an ongoing organic tailwind given the sizable development activity and ample financial flexibility. Finally, at ~7x our '18E EBITDA-NCI we think concerns around the ACA premium assistance issue are over discounted and we view the recent pullback as an opportunity. We reiterate our Buy rating and $24 price target based on ~8x '18E EBITDA-NCI. - **David MacDonald**

**Quest Diagnostics (DGX, $81.46, Hold)** - DGX Investor Day Takeaways - DGX hosted an upbeat analyst day that focused on core underlying trends, company-wide simplification and streamlining initiatives, and market opportunities for health system and health plan partnerships. Additionally, management announced a dividend increase (12.5%) and plans to achieve 3%-5% growth in 2017 and beyond. The company continues to return the majority of free cash flow to investors, and we expect ongoing M&A to augment organic growth. - **David MacDonald**

**Cardio** - TVT Registry Data Suggest Mortality Penalty w/New Pacer Post TAVR - A large TVT registry study in JACC examining incidence and clinical consequences of new pacemaker implantation post TAVR showed significantly increased mortality (HR 1.31) and higher combined risk for mortality or heart failure hospitalization (HR 1.33). Heart failure hospitalization trended higher. This large non-randomized look at the TVT database (n=9,785) suggests that pacemaker implantation may in fact exert a clinical penalty over time, adding emphasis for this basis of competition. - **Bruce Nudell**

**ProNAi Therapeutics Inc. (DNAI, $1.50, Hold)** - 3Q Reported — Reiterate Hold As We Await Early Data In 1H17 - ProNAi press released 3Q16 results and provided a corporate update. With the in-licensing of PNT737 (Chk1 inhibitor) in September, the company now has two assets targeting the DNA damage response network. PNT737 is currently in two Phase I trials in the UK, with early data in solid tumors expected in 1H17 followed by a U.S. IND in 2H17. Meanwhile, preclinical work on PNT141 (Cdc7 kinase inhibitor) is ongoing, and the compound is expected to enter clinical development by YE17. We have updated our model and reiterate our Hold rating as we await further developments. - **Yatin Suneja**

**Adaptimmune (ADAP, $5.02, Buy)** - Improved Survival Data, Positive for TCR Space - CTOS presentation with Adaptimmune's NY-ESO SPEAR T cells showed markedly improved median




survival in synovial sarcoma patients — approx. 18 months, increased from approx. 13 months. This compares relatively well with the SOC showing approx. 12-14 months of median survival. We have seen one partial responses in low NY-ESO expressing, encouraging but awaiting larger cohort data. Adaptimmune has shown best-in-class efficacy and side effect profile in solid tumor treatment with T cell therapy. Reiterate our BUY rating and $16 PT. - **Peter Lawson**

## Industrials

**Forterra, Inc. (FRTA, $18.41, Buy)** - Initiate w/ Buy & $23 PT; Discounted Play on Emerging Infrastructure Pickup - **Rohit Seth**

**Select Comfort Corporation (SCSS, $21.56, Hold)** - Update Following Investor Day - SCSS reiterated its 2019 $2.75 EPS goal on high-single-digit sales growth and substantial share repurchase. On a yearly basis this plan looks achievable, but the real test in this industry is putting together multiple years of consistent results. SCSS showed new bed features for 2017 to be integrated into the existing products, but without a price increase. We believe there will be disappointment on no new individual SKUs in 2017. Note the recent talk of lower personal taxes could be a big lift for the name given the price point of products, thus we have raised our PT to $24 from $18. - **Keith Hughes**

## IT Services

**Equifax Inc. (EFX, $114.03, Buy)** - Overreaction To Uncertainty. Buy. - We reiterate our Buy and lower our PT to $140 from $155, which is simply an acknowledgement of the shares' sell-off, post-election ACA uncertainty and the sharp back-up in 10-year yield. Our worst-case pro forma model - which assumes an unrealistic Jan 17 repeal of ACA - does not dramatically hamper earnings power, nor does it undermine our bullish thesis. We estimate that elimination of ACA revenue and a 20% mortgage unit decline would represent just ~$0.20 of EPS risk to our current C17 $6.08 estimate, suggesting the 12% post-3Q16 sell-off is overdone. - **Andrew Jeffrey**

**AMN Healthcare Services, Inc. (AMN, $30.05, Buy)** - Relative Valuation Attractive; Buy - We reiterate our Buy rating and $50 PT following hosting two days of investor meetings, based on growth in MSP contracts/Other Workforce Solutions and an outlook for hospitals to continue to struggle managing their full-time workforce (quits rose 12% YoY in Sept and have average 31% higher YTD in 2016 than over the past 15 years). Our estimates are unchanged. - **Tobey Sommer**

**Corrections Corporation of America (CXW, $19.44, Buy)** - Increasing PT To $26 On Outlook For Rising Estimates - Following STRH investor meetings, we elevate our PT to $26 from $20 on improved prospects for new contracts and renewal announcements, increased occupancy, higher margins and rising estimates. We look for the BOP to renew the McRae facility soon and for incremental ICE contracts to be forthcoming before year-end. While sentiment has improved as risks have dissipated,



we do not see opportunity for rising estimates as reflected in the shares. - Tobey Sommer

## Real Estate Investment Trusts

**Community Healthcare Trust, Inc. (CHCT, $21.45, Buy)** - Model Update and Commentary - CHCT continues its solid execution, leveraging an expanding pipeline and ample financial flexibility. While 3Q16 investment activity was modest, expectations for 4Q16 should more than offset the shortfall, and the 2017 pipeline outlook provides comfort towards the $25M-$35M/Q average investment target. Our 2016E-2018E normalized FFO move higher and we reiterate our Buy rating and $26 PT, ~15x our 2017E normalized FFO, a modest discount to its medical office peers (~16x). - Eric Fleming

## TMT

**salesforce.com Inc. (CRM, $73.63, NA)** - Dropping Coverage of salesforce.com Inc. - Research Department

**Hortonworks Inc. (HDP, $8.94, NA)** - Dropping Coverage of Hortonworks Inc. - Research Department

**Attunity Ltd. (ATTU, $5.13, NA)** - Dropping Coverage of Attunity Ltd. - Research Department

**MicroStrategy Inc. (MSTR, $193.16, NA)** - Dropping Coverage of MicroStrategy Inc. - Research Department

**New Relic, Inc. (NEWR, $34.44, NA)** - Dropping Coverage of New Relic, Inc. - Research Department

**Blackbaud Inc. (BLKB, $63.73, NA)** - Dropping Coverage of Blackbaud Inc. - Research Department

**Citrix Systems (CTXS, $86.72, NA)** - Dropping Coverage of Citrix Systems - Research Department

**Oracle Corp. (ORCL, $39.58, NA)** - Dropping Coverage of Oracle Corp. - Research Department

**ServiceNow, Inc. (NOW, $82.14, NA)** - Dropping Coverage of ServiceNow, Inc. - Research Department

**SecureWorks Corp. (SCWX, $12.12, NA)** - Dropping Coverage of SecureWorks Corp. - Research Department

**Splunk, Inc. (SPLK, $57.75, NA)** - Dropping Coverage of Splunk, Inc. - Research Department

**Tableau Software Inc. (DATA, $47.32, NA)** - Dropping Coverage of Tableau Software Inc. - Research Department

**Teradata Corp. (TDC, $28.42, NA)** - Dropping Coverage of Teradata Corp. - Research Department

**Tyler Technologies Inc. (TYL, $150.16, NA)** - Dropping Coverage of Tyler Technologies Inc. - Research Department




**Ultimate Software Group Inc. (ULTI, $196.96, NA)** - Dropping Coverage of Ultimate Software Group Inc. - **Research Department**

**VMware, Inc. (VMW, $76.82, NA)** - Dropping Coverage of VMware, Inc. - **Research Department**

**Workday Inc. (WDAY, $82.08, NA)** - Dropping Coverage of Workday Inc. - **Research Department**

**Alibaba Group Holding Ltd. (BABA, $94.34, Buy)** - Alibaba's Singles' Day Celebration Reaches Our ~$18B GMV Estimate - Record Singles' Day. Alibaba reported 120.7B RMB (~$18B) in GMV compared to 91B RMB ($14.3B) last year, growing ~32%. We estimate Alibaba generated revenue growth of ~47% keeping the quarter on pace for our estimate of ~35%. Of note, international brands saw an ~47% y/y growth in GMV to account for ~28% of total GMV. Maintain Buy and $125 2017 PT implying ~25x CY2018 EPS (~1x PEG). - **Robert Peck**

**NVIDIA Corporation (NVDA, $67.77, Hold)** - Clobbering Consensus - NVDA clobbered consensus, with big upside in Gaming & Datacenter; We question sustainability so remain on the sidelines. NVDA delivered a blowout quarter and guide, driven by gaming and datacenter. Although fundamentals are clearly coming in much better than we expected, we remain uncertain on the sustainability of the strength, and highlight the stock's big move as reasons to stay on the sidelines. CY17 EPS goes to $3.19 (from $2.32) and CY18 EPS goes to $3.52 (from $2.60). PT goes to $80 (from $59) based on ~25x (~8x premium vs. peers) our CY17 EPS. - **William Stein**




## Management Access / NDRs

| Date | Event | Analyst(s) | Region |
|---|---|---|---|
| 11/14/16 | Galmed Pharmaceuticals (GLMD) - Boston | Nash | BOSTON |
| 11/14/16 | Group Dinner with Tenet Healthcare Corp. (THC) - Dallas | MacDonald | TEXAS |
| 11/14/16-11/15/16 | Employers Holdings (EIG) - Canada | M. Hughes | CANADA |
| 11/15/16 | Civitas Solutions (CIVI) - San Francisco | MacDonald | WEST COAST |
| 11/15/16 | Engility Holdings, Inc. (EGL) - New York | Sommer | NEW YORK |
| 11/15/16 | Amplify Snack Brands (BETR) - New York | Chappell | NEW YORK |
| 11/15/16-11/16/16 | NAREIT - Industry Events - Phoenix, AZ | Kim/Lewis/Fleming/Scholes/Miller | WEST COAST |
| 11/15/16-11/16/16 | Civitas Solutions (CIVI) - Texas | MacDonald | TEXAS |
| 11/16/16 | Snyder's -Lance Inc (LNCE) - Boston | Chappell | BOSTON |
| 11/16/16 | Employers Holdings (EIG) - Detroit | M. Hughes | MIDWEST |
| 11/16/16 | ProAssurance (PRA) - Boston | M. Hughes | BOSTON |
| 11/16/16 | PolyOne Corporation (POL) - Toronto | Freuchtel | CANADA |
| 11/17/16 | PolyOne Corporation (POL) - Mid-Atlantic | Freuchtel | MID-ATLANTIC |
| 11/17/16 | Otonomy, Inc. (OTIC) - KC | Nash | MIDWEST |
| 11/17/16-11/18/16 | Owens Corning (OC) - Baltimore & Philadelphia | K. Hughes | MID-ATLANTIC |
| 11/18/16 | Otonomy, Inc. (OTIC) - Dallas | Nash | TEXAS |
| 11/21/16 | Adaptimmune (ADAP) - New York | Lawson | NEW YORK |
| 11/22/16 | Adaptimmune (ADAP) - Canada | Lawson | CANADA |

## Analyst Marketing

| Date | Event | Analyst(s) | Region |
|---|---|---|---|
| 11/14/16 | Healthcare Services - Dave MacDonald - Analyst Trip - Houston & Dallas | MacDonald | TEXAS |
| 11/14/16 | Diversified Industrials - Charley Brady - Analyst Trip - Detroit | Brady | MIDWEST |
| 11/14/16-11/15/16 | Pharmaceuticals - John Boris - Analyst Trip - Denver & LA | Boris | WEST COAST |
| 11/14/16-11/15/16 | Medical Devices - Bruce Nudell- Analyst Trip - Minneapolis & Chicago | Nudell | MIDWEST |
| 11/15/16 | Diversified Industrials - Charley Brady - Analyst Trip - KC | Brady | SOUTHEAST |
| 11/15/16 | Utilities - Ali Agha - Analyst Trip - Boston | Agha | BOSTON |
| 11/16/16 | Healthcare IT - Sandy Draper - Analyst Trip - New York | Draper | NEW YORK |
| 11/16/16-11/17/16 | Business & Government Services - Tobey Sommer - Analyst Trip - New York | Sommer | NEW YORK |
| 11/16/16-11/18/16 | Semiconductors - Will Stein - Analyst Trip - New York & CT | Stein | NEW YORK |
| 11/17/16 | Utilities - Ali Agha - Analyst Trip - Detroit/KC | Agha | MIDWEST |
| 11/17/16-11/18/16 | IT Services - Frank Atkins - Analyst Trip - TX | Atkins | TEXAS |
| 11/18/16 | Pharmaceuticals - John Boris - Analyst Trip - Baltimore | Boris | MID-ATLANTIC |
| 11/21/16 | REITs - REITs/HC REITs Team - Ki Bin Kim, Michael Lewis, and Eric Fleming - Analyst Trip - Minn | Kim/Lewis/Fleming | MIDWEST |
| 11/21/16-11/22/16 | Specialty Finance - Doug Mewhirter - Analyst Trip - San Francisco | Mewhirter | WEST COAST |
| 11/22/16 | Pharmaceuticals - John Boris - Analyst Trip - Rochester | Boris | NEW YORK |
| 11/22/16 | Insurance - Mark Hughes - Analyst Trip - New York | M. Hughes | NEW YORK |
| 11/28/16-11/29/16 | Chemicals - Jim Sheehan - Analyst Trip - Minneapolis & Milwaukee | Sheehan | MIDWEST |

## Conferences

| Date | Event | Analyst(s) | Region |
|---|---|---|---|
| 12/01/16 | Boston Lodging & Leisure Conference - Boston, MA | Scholes | BOSTON |
| 2/14/17 | 2017 Orphan Drug Day - New York | Nash, Lawson, Suneja | NEW YORK |
| 3/22/17-3/24/17 | 3rd Annual Healthcare IT Summit - Park City, UT | Draper | WEST COAST |
| 5/09/17-5/10/17 | Internet & Digital Media Conference - San Francisco | Peck, Hull, Thornton | WEST COAST |
| 5/09/17-5/10/17 | Internet & Digital Media Conference - San Francisco | Peck, Hull, Thornton | WEST COAST |




## Analyst Certification

By issuing this research report, each SunTrust Robinson Humphrey, Inc. analyst named in this report hereby certifies that the recommendations and opinions expressed accurately reflect the research analyst's personal views about any and all of the subject securities or companies discussed herein and no part of the research analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

## Required Disclosures

Analyst compensation is based upon stock price performance, quality of analysis, communication skills, and the overall revenue and profitability of the firm, including investment banking revenue.

As a matter of policy and practice, the firm prohibits the offering of favorable research, a specific research rating or a specific target price as consideration or inducement for the receipt of business or compensation. In addition, associated persons preparing research reports are prohibited from owning securities in the subject companies.

Charts indicating changes in ratings can be found in recent notes and/or reports at our website or by contacting SunTrust Robinson Humphrey. Please see our disclosures page for more complete information at https://suntrust.bluematrix.com/sellside/Disclosures.action.

## STRH Ratings System for Equity Securities

**Dissemination of Research**

SunTrust Robinson Humphrey (STRH) seeks to make all reasonable efforts to provide research reports simultaneously to all eligible clients. Reports are available as published in the restricted access area of our website to all eligible clients who have requested a password. Institutional investors, corporates, and members of the Press may also receive our research via third party vendors including: Thomson Reuters, Bloomberg, FactSet, and S&P Capital IQ. Additional distribution may be done by sales personnel via email, fax, or other electronic means, or regular mail.

For access to third party vendors or our Research website:
https://suntrustlibrary.bluematrix.com/client/library.jsp
please email the Research Department at STRHEquityResearchDepartment@SunTrust.com
or contact your STRH sales representative.

**The rating system effective as of Oct. 7, 2016:**

**STRH Rating System for Equity Securities**

SunTrust Robinson Humphrey (STRH) rates individual equities using a three-tiered system. Each stock is rated relative to the broader market (generally the S&P 500) over the next 12-18 months (unless otherwise indicated).

**Buy (B)** – the stock's total return is expected to outperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Hold (H)** – the stock's total return is expected to perform in line with the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Sell (S)** – the stock's total return is expected to underperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Not Rated (NR)** – STRH does not have an investment rating or opinion on the stock

**Coverage Suspended (CS)** – indicates that STRH's rating and/or target price have been temporarily suspended due to applicable regulations and/or STRH Management discretion. The previously published rating and target price should not be relied upon

STRH analysts have a price target on the stocks that they cover, unless otherwise indicated. The price target represents that analyst's expectation of where the stock will trade in the next 12-18 months (unless otherwise indicated). If an analyst believes that there are insufficient valuation drivers and/or investment catalysts to derive a positive or negative investment view, they may elect with the approval of STRH Research Management not to assign a target price; likewise certain stocks that trade under $5 may exhibit volatility whereby assigning a price target would be unhelpful to making an investment decision. As such, with Research Management's approval, an analyst may refrain from assigning a target to a sub-$5 stock.




**Legend for Rating and Price Target History Charts:**

B = Buy
H = Hold
S = Sell
D = drop coverage
CS = Coverage Suspended
I = initiate coverage
T = transfer coverage

**The prior rating system until Oct. 7, 2016:**
3 designations based on total returns* within a 12-month period**
· **Buy** – total return ≥ 15% (10% for low-Beta securities)***
· **Reduce** – total return ≤ negative 10% (5% for low Beta securities)
· **Neutral** – total return is within the bounds above
· **NR** – NOT RATED, STRH does not provide equity research coverage
· **CS** – Coverage Suspended
*Total return (price appreciation + dividends); **Price targets are within a 12-month period, unless otherwise noted; ***Low Beta defined as securities with an average Beta of 0.8 or less, using Bloomberg's 5-year average

SunTrust Robinson Humphrey ratings distribution (as of 11/14/2016):

| Coverage Universe | | | Investment Banking Clients Past 12 Months | | |
|---|---|---|---|---|---|
| **Rating** | **Count** | **Percent** | **Rating** | **Count** | **Percent** |
| Buy | 362 | 57.83% | Buy | 83 | 22.93% |
| Hold/Neutral | 263 | 42.01% | Hold/Neutral | 46 | 17.49% |
| Sell/Reduce | 1 | 0.16% | Sell/Reduce | 0 | 0.00% |

## Other Disclosures

Information contained herein has been derived from sources believed to be reliable but is not guaranteed as to accuracy and does not purport to be a complete analysis of the security, company or industry involved. This report is not to be construed as an offer to sell or a solicitation of an offer to buy any security. SunTrust Robinson Humphrey, Inc. and/or its officers or employees may have positions in any securities, options, rights or warrants. The firm and/or associated persons may sell to or buy from customers on a principal basis. Investors may be prohibited in certain states from purchasing some over-the-counter securities mentioned herein. Opinions expressed are subject to change without notice. The information herein is for persons residing in the United States only and is not intended for any person in any other jurisdiction.

SunTrust Robinson Humphrey, Inc.'s research is provided to and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). The term "Institutional Account" shall mean the account of: (1) a bank, savings and loan association, insurance company or registered investment company; (2) an investment adviser registered either with the SEC under Section 203 of the Investment Advisers Act or with a state securities commission (or any agency or office performing like functions); or (3) any other person (whether a natural person, corporation, partnership, trust or otherwise) with total assets of at least $50 million.

SunTrust Robinson Humphrey, Inc. is a registered broker-dealer and a member of FINRA and SIPC. It is a service mark of SunTrust Banks, Inc. SunTrust Robinson Humphrey, Inc. is owned by SunTrust Banks, Inc. ("SunTrust") and affiliated with SunTrust Investment Services, Inc. Despite this affiliation, securities recommended, offered, sold by, or held at SunTrust Robinson Humphrey, Inc. and at SunTrust Investment Services, Inc. (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including SunTrust Bank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. SunTrust Bank may have a lending relationship with companies mentioned herein.

Please see our Disclosure Database to search by ticker or company name for the current required disclosures, including risks to the price targets, Link: https://suntrust.bluematrix.com/sellside/Disclosures.action

Please visit the STRH equity research library for current reports and the analyst roster with contact information, Link (password protected): STRH RESEARCH LIBRARY



SunTrust Robinson Humphrey, Inc., member FINRA and SIPC. SunTrust and SunTrust Robinson Humphrey are service marks of SunTrust Banks, Inc.

If you no longer wish to receive this type of communication, please request removal by sending an email to STRHEquityResearchDepartment@SunTrust.com

© SunTrust Robinson Humphrey, Inc. 2016 . All rights reserved. Reproduction or quotation in whole or part without permission is forbidden.

**ADDITIONAL INFORMATION IS AVAILABLE** at our website, **www.suntrustrh.com,** or by writing to:
SunTrust Robinson Humphrey, Research Department, 3333 Peachtree Road N.E., Atlanta, GA 30326-1070

Case 3:16-cv-02267 Document 355-23 Filed 11/20/20 Page 12 of 12 PageID #: 12467