UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>   vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>          Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXCLUDE EXPERT TESTIMONY OF JUSTIN MARLOWE |

Having reviewed Plaintiff's Motion to Exclude Expert Testimony of Justin Marlowe and supporting documents and Defendants' opposition thereto, the Court hereby finds that Justin Marlowe's proffered expert opinions do not meet the requirements of Federal Rules of Evidence 402, 403, 702 and 704, *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993), *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999) or Federal Rule of Civil Procedure 26. Accordingly, the Court hereby grants plaintiff's motion and orders his opinions excluded.

      IT IS SO ORDERED.

DATED: _____        _____
                                                                                                          THE HONORABLE ALETA A. TRAUGER
                                                                                                          UNITED STATES DISTRICT JUDGE