UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>            Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>DECLARATION OF WILLOW E. RADCLIFFE IN SUPPORT OF PLAINTIFF'S MOTION TO EXCLUDE EXPERT TESTIMONY OF JUSTIN MARLOWE<br><br>**[FILED UNDER SEAL]** |

I, WILLOW E. RADCLIFFE, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and am admitted *pro hac vice* before this Court. I am a member of the law firm Robbins Geller Rudman & Dowd LLP, Lead Counsel for Lead Plaintiff and Class Representative Amalgamated Bank, as Trustee for the LongView Collective Investment Fund in the above-captioned action. This Declaration is made in support of Plaintiff's Motion to Exclude Expert Testimony of Justin Marlowe. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit 1: Expert Report of Dr. Justin Marlowe, Ph.D., CGFM, dated August 7, 2020 **[FILED UNDER SEAL]**;

Exhibit 2: Deposition transcript of Justin Marlowe, Ph.D., dated October 16, 2020 **[FILED UNDER SEAL]**;

Exhibit 3: Plaintiff's Objections and Responses to Defendant CoreCivic, Inc.'s Second Set of Interrogatories to Plaintiff, dated May 1, 2020 **[FILED UNDER SEAL]**;

Exhibit 4: Email from Katie Lilley to Simon Hakim, Subject: Proposal on Private vs. Public Prisons, dated October 25, 2011 without attachments (Bates No. BLACKSTONE0000080-83) **[FILED UNDER SEAL]**;

- 1 -

4818-5695-6114.v1
Case 3:16-cv-02267   Document 359   Filed 11/20/20   Page 1 of 5 PageID #: 12932

| Exhibit 5: | Report to the Subcommittees on Commerce, Justice, and Science, Senate and House Appropriations Committees, *Cost of Prisons: Bureau of Prisons Needs Better Data to Assess Alternatives for Acquiring Low and Minimum Security Facilities*, GAO (Oct. 2007) (Bates No. MARLOWE_ 0005923-61) **[FILED UNDER SEAL]**; |
|---|---|
| Exhibit 6: | *Evaluation of the Taft Demonstration Project: Performance of a Private-Sector Prison and the BOP*, Federal Bureau of Prisons (Oct. 7, 2005) **[FILED UNDER SEAL]**; |
| Exhibit 7: | Email from Erik Rasmussen to Patrick Swindle, Attachments: BOP Public Private Cost Comparison, dated September 5, 2011 (Bates No. CORECIVIC_1327565) **[FILED UNDER SEAL]**; |
| Exhibit 8: | Email from Katie Lilley to Tony Grande, Subject: Background Documents for Temple Meeting, dated September 27, 2011 (Bates No. CORECIVIC_0102355) **[FILED UNDER SEAL]**; |
| Exhibit 9: | Email from Simon Hakim to Erwin Blackstone, Subject: Proposal for CCA, dated May 29, 2012 (Bates No. BLACKSTONE0003557-59) **[FILED UNDER SEAL]**; |
| Exhibit 10: | Email from Erwin Blackstone to Simon Hakim, Subject: Proposal for CCA, dated June 19, 2012 (Bates No. BLACKSTONE0003581-83) **[FILED UNDER SEAL]**; |
| Exhibit 11: | Email from Katie Lilley to Simon Hakim and Erwin Blackstone, Subject: Reviewed study document, dated October 29, 2013 (Bates No. CORECIVIC_0955178-260) **[FILED UNDER SEAL]**; and |
| Exhibit 12: | Private Corrections Institute, Press Release, *Research Study Finding Benefits from Prison Privatization Conveniently Funded by "Members of the Private Prison Industry*," dated May 22, 2013 (Bates No. BLACKSTONE0017862-63) **[FILED UNDER SEAL]**. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 20, 2020, at San Francisco, California.



                                          s/ Willow E. Radcliffe
                                          WILLOW E. RADCLIFFE

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on November 20, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ Willow E. Radcliffe
WILLOW E. RADCLIFFE

ROBBINS GELLER RUDMAN
    & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail: willowr@rgrdlaw.com

# Mailing Information for a Case 3:16-cv-02267 Grae v. Corrections Corporation of America et al

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Kenneth J. Black**
  kennyb@rgrdlaw.com

- **Paul Kent Bramlett**
  pknashlaw@aol.com

- **Robert P. Bramlett**
  robert@bramlettlawoffices.com

- **Christopher T. Cain**
  cain@scottandcain.com,ambrose@scottandcain.com

- **Patrick V. Dahlstrom**
  pdahlstrom@pomlaw.com

- **Jason A. Forge**
  jforge@rgrdlaw.com

- **Brian T. Glennon**
  brian.glennon@lw.com

- **Michael Goldberg**
  michael@goldberglawpc.com

- **Marc Gorrie**
  mgorrie@pomlaw.com

- **Meryn C.N. Grant**
  Meryn.Grant@lw.com

- **Dennis J. Herman**
  dherman@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **James A. Holifield , Jr**
  aholifield@holifieldlaw.com

- **J. Alexander Hood , II**
  ahood@pomlaw.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,lpvega@pomlaw.com

- **Christopher Hamp Lyons**
  clyons@rgrdlaw.com,KennyB@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jerry E. Martin**
  jmartin@barrettjohnston.com,adonovan@barrettjohnston.com,eseaborn@barrettjohnston.com,jmartin@rgrdlaw.com

- **Milton S. McGee , III**
  tmcgee@rwjplc.com,dgibby@rwjplc.com

- **Faraz Mohammadi**
  faraz.mohammadi@lw.com

- **Willow E. Radcliffe**
  willowr@rgrdlaw.com,WillowR@ecf.courtdrive.com

- **Steven Allen Riley**
  sriley@rwjplc.com,dgibby@rwjplc.com

- **Brian Schall**
  brian@goldberglawpc.com

- **David J. Schindler**
  david.schindler@lw.com

- **Sarah A. Tomkowiak**
  sarah.tomkowiak@lw.com

Case 3:16-cv-02267    Document 359    Filed 11/20/20    Page 4 of 5 PageID #: 12935

- **Morgan E. Whitworth**
  morgan.whitworth@lw.com,morgan-whitworth-8044@ecf.pacerpro.com

- **Christopher M. Wood**
  cwood@rgrdlaw.com,smorris@rgrdlaw.com,CWood@ecf.courtdrive.com,willowr@rgrdlaw.com,e_file_sd@rgrdlaw.com,smorris@ecf.courtdrive.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`