# EXHIBIT 4
# [Filed Under Seal]

Exhibit 552
Marlowe, J.
10/16/20
@ptus

Message

**From**: Katie Lilley [katielilley@hillenby.com]
**Sent**: 10/25/2011 9:12:18 PM
**To**: SIMON HAKIM [shakim@temple.edu]
**CC**: ERWIN A. BLACKSTONE [erwin.blackstone@temple.edu]; ANDREW J. BUCK [andrew.buck@temple.edu]; Owen, Steve [Steve.Owen@cca.com]; Rob Hoppin [robhoppin@hillenby.com]
**Subject**: Re: Prposal on Private vs. Public Prisons
**Attachments**: NYT Private Prisons Found to Offer Little in Savings 05.18.11.doc; Utah Criminal Justice Center April 2007.pdf; Policy Matters Ohio April 2011.pdf; AZ Auditor General Report Sept. 2010.pdf; Florida Center for Fiscal and Economic Policy April 2010.pdf; ACLU_Prisons for Profit_April 2011 (1).pdf; JPI_Gaiming the System_June 2011.pdf; CCA Arizona Impact Report_2009_FINAL_011810.pdf; MTC Privatization in Corrections-Final.pdf

Drs. Hakim, Blackstone and Buck,
Thank you all for your time last week. We have provided responses to the questions you had below and are happy to answer any additional ones that you have.

1. Please send us the references or the actual reports on the "agenda driven anti PPP studies".

I have attached several studies that might be helpful to you. First is not a study, but a New York Times article that captures much of the general sentiment around the cost savings issue. Beyond that, I've included reports on the savings issue from the Utah Criminal Justice Center, Policy Matters Ohio, the Arizona Auditor General and the Florida Center for Fiscal and Economic Policy. Additionally, you will find reports from the ACLU and Justice Policy Institute that are broader condemnations of private prisons but still touch on the savings issue.

I also wanted to share with you a few more positive pieces. I sent over the Vanderbilt study CCA commissioned after we had our meeting last month. I've included here a study CCA commissioned in Arizona, as well as a recent study from CCA competitor MTC, just for background.

2. In a second thought, the relevant comparison between public and private run prison relates to the level of security of a prison. We might consider two prisons that are similar in that respect. It is not difficult to correct for wage differences between states for the same security level prison.

The challenge with such a targeted comparison, as we discussed on the call, is that CCA potentially crosses that sensitivity threshold where the company ends up pointing the finger at a specific government partner that they work with, with potential repercussions with them as well as with other customers not selected. It's also nearly impossible to ever get an apples-to-apples comparison, no matter how hard you try to capture all the public costs/factors.

I think we prefer instead the idea of a regional approach, where we compare CCA data on cost/quality to regions of the country. In that approach, the priority regions to research/compare with would be the Northeast and Midwest, followed by the West, Rocky Mountains, and/or Pacific Northwest. The South and Southeast are not targets as the costs are generally so low for everyone. Keeping in mind that this profession (public or private) is a labor-intensive cost, and that factors such as pension costs are more significant and readily available in the above mentioned regions, this approach seems to make more sense. It also enables us to put CCA in the best possible light by averaging our performance/costs, as opposed to depending on a specific facility(ies) which may or may not put our best foot forward.

3. Are we dealing also with the capital/construction aspects of prisons, contructing-out specific prison services? We discussed only the complete management/operation issue.

We should be comprehensive and look at both construction and operational aspects, as well as ancillary benefits (government being able to divert funds/resources to other needs, improvements to existing public systems, etc). We would, however, like to be able to separate the savings out for the different phases. Also, an important piece of this is the "how." How does the company save money and offer higher quality -- technology, efficient design, procurement, etc.

We look forward to your proposal. As discussed, we will look for a range of options in the proposal (modest, medium and most extensive). For each, we'd like to have a general sense of the methodology, a proposed timeline for completion and a budget. As part of that budget, please include some of your time following the completion of the study for media interviews, etc.

We provided regional guidance above, but we will also provide some specific target states as soon as we can. I've included the contact information for Steve and Rob below. (They also are both cc'ed on this email.)

Steve Owen
Senior Director, Public Affairs
Corrections Corporation of America
615-263-3107
steve.owen@cca.com

Rob Hoppin
President
Hillenby
703-889-8504 x1
robhoppin@hillenby.com

Thanks,
Katie

On Fri, Oct 21, 2011 at 1:12 PM, SIMON HAKIM <shakim@temple.edu> wrote:

Hi Katie,

Thank you very much for arranging and directing the telephone conference of today. We are very interested in studying the topic of PPP in correctional institutions. As you may know, our Center for Competitive Government has conducted several studies, published academic and professional articles and published books in this field (see, www.fox.temple.edu/ccg). We have few requests for the preparation of our proposal:

1. Please send us the references or the actual reports on the "agenda driven anti PPP studies".

2. In a second thought, the relevant comparison between public and private run prison relates to the level of security of a prison. We might consider two prisons that are similar in that respect. It is not difficult to correct for wage differences between states for the same security level prison.

3. Are we dealing also with the capital/construction aspects of prisons, contructing-out specific prison services? We discussed only the complete management/operation issue.

We are looking forward to hearing from you. Best regards, Simon Hakim.

---

**From:** Katie Lilley [katielilley@hillenby.com]
**Sent:** Monday, October 17, 2011 6:34 PM
**To:** SIMON HAKIM
**Cc:** ANDREW J. BUCK; ERWIN A. BLACKSTONE
**Subject:** Re: Discussion on Potential Study

Hello all,
I sent a calendar invite today for the meeting, but just to confirm:

Friday 10/21
11:00 a.m. - 12:00 p.m. Eastern
Call-In Number: 703-889-8504; Press "1" to dial by extension; Enter "111" as extension; Password: 1216

Look forward to speaking with you then,
Katie

On Mon, Oct 17, 2011 at 9:31 AM, SIMON HAKIM <shakim@temple.edu> wrote:

Hi Katie.

We are o.k. for this coming Friday at 11. Best regards, Simon Hakim.

---

**From:** Katie Lilley [katielilley@hillenby.com]
**Sent:** Thursday, October 13, 2011 4:53 PM
**To:** SIMON HAKIM; ERWIN A. BLACKSTONE
**Subject:** Discussion on Potential Study

Dr. Hakim and Dr. Blackstone,
Thank you again for meeting with Tony Grande and me in Philadelphia a couple of weeks ago. We are interested in seeing what opportunity there may be to work with you on a study of partnership corrections. Could you provide us some times you might be available next week to have a conference call with our team? We want to take a few minutes to lay out our thoughts on such a study and answer any questions you might have. Following that, we would like to see if we can get a proposal from you. Appreciate your help on this.
Thanks,
Katie

--
Katie Lilley
o: 703-889-8504 x2
c: 202-253-5026
katielilley@hillenby.com
www.hillenby.com
--------------------------------------
The information contained in this communication is confidential and is intended only for use of the addressee. It is the property of Hillenby, LLC. Unauthorized use, disclosure, or copying of this communication is prohibited. If you have received this communication in error, notify Hillenby, LLC immediately and destroy this e-mail including all attachments.

--
Katie Lilley
o: 703-889-8504 x2

c: 202-253-5026
katielilley@hillenby.com
www.hillenby.com
---------------------------------------
The information contained in this communication is confidential and is intended only for use of the addressee. It is the property of Hillenby, LLC. Unauthorized use, disclosure, or copying of this communication is prohibited. If you have received this communication in error, notify Hillenby, LLC immediately and destroy this e-mail including all attachments.

--
Katie Lilley
o: 703-889-8504 x2
c: 202-253-5026
katielilley@hillenby.com
www.hillenby.com
---------------------------------------
The information contained in this communication is confidential and is intended only for use of the addressee. It is the property of Hillenby, LLC. Unauthorized use, disclosure, or copying of this communication is prohibited. If you have received this communication in error, notify Hillenby, LLC immediately and destroy this e-mail including all attachments.