# EXHIBIT 8
# [Filed Under Seal]

Exhibit 551
Marlowe, J.
10/16/20
@ptus

| | |
|---|---|
| From: | Katie Lilley <katielilley@hillenby.com> |
| Sent: | Tuesday, September 27, 2011 5:57 PM |
| To: | Grande, Tony |
| Cc: | Owen, Steve; Rob Hoppin; Christmas, Heather |
| Subject: | Background Documents for Temple Meeting |
| Attachments: | CCA INFLUENCER MEETING BRIEFING DOCUMENT - TEMPLE 9.28.11.pdf; APPENDIX - Hakim & Blackstone Privatization Works.pdf; Hakim Privatization Syllabus.doc; CCA_Influencer Meetings Introduction.pdf |

Tony,
I'll meet you tomorrow morning at the Hotel Palomar at 10:00 a.m. My cell phone number is 202-253-5026 should you need to call for anything. I have attached a number of briefing documents for your review and will bring hard copies with me to Philadelphia tomorrow:

- CCA Influencer Meeting Briefing Document: background information on Drs. Hakim and Blackstone
- Appendix: longer texts by Drs. Hakim and Blackstone that are referenced in the briefing document
- Hakim Privatization Syllabus: syllabus Dr. Hakim uses for his privatization course; thought it might give you good context to see what he teaches
- Influencer Meetings Introduction: original document that was circulated for the meetings this summer with goals and talking points; just a refresher

Please let me know if you need anything else. I'll be reachable on the train all morning.
Thanks,
Katie

--
Katie Lilley
o: 703-889-8504 x2
c: 202-253-5026
katielilley@hillenby.com
www.hillenby.com
-----------------------------------------

The information contained in this communication is confidential and is intended only for use of the addressee. It is the property of Hillenby, LLC. Unauthorized use, disclosure, or copying of this communication is prohibited. If you have received this communication in error, notify Hillenby, LLC immediately and destroy this e-mail including all attachments.