EXHIBIT 9
[Filed Under Seal]

**From**: Simon Hakim [shakim@temple.edu]
**Sent**: 5/29/2012 12:43:32 PM
**To**: erwin.blackstone@temple.edu
**Subject**: RE: Proposal for CCA

this is an ideal project for you. Just literature review. It has been a week: Just respond with regard to the amount and the two small changes.

Simon Hakim, Director
Center for Competitive Government
Fox School of Business & Management
Professor of Economics
Temple University
hakim@temple.edu
Phone 215-204-5037
Cell 215-806-5019

---

**From:** Erwin Blackstone [eblackst@temple.edu]
**Sent:** Tuesday, May 29, 2012 1:04 PM
**To:** Simon Hakim
**Subject:** Re: Proposal for CCA

On 5/27/2012 3:41 AM, Simon Hakim wrote:
Erwin,

How are you doing? What are the treatments? I suggest that we provide Steve Owen with the details of our price. f you agree then please send me your calculated costs. Chag Shavu'ot SaMe'ach. It is now holiday in Israel for
Shavuot. Simon.

Simon Hakim, Director
Center for Competitive Government
Fox School of Business & Management
Professor of Economics
Temple University
hakim@temple.edu
Phone 215-204-5037
Cell 215-806-5019

---

**From:** Simon Hakim
**Sent:** Wednesday, May 23, 2012 9:34 PM
**To:** Erwin A. Blackstone
**Subject:** FW: Proposal for CCA

Erwin,

The comments seem reasonable. Don't worry, I will be the one talking to the press. I suggest to agree for $40,000. Let me know and I will respond. Best regards, Simon.

Simon Hakim, Director
Center for Competitive Government
Fox School of Business & Management
Professor of Economics
Temple University
hakim@temple.edu
Phone 215-204-5037
Cell 215-806-5019

From: Owen, Steve [Steve.Owen@cca.com]
Sent: Wednesday, May 23, 2012 6:35 PM
To: Simon Hakim
Cc: Erwin A. Blackstone; Katie Lilley
Subject: Proposal for CCA

Simon,
 Call me to discuss this proposal. There may be significant data issues. Also my health situation may present problems for me. Again please call me.
Erwin

Hello Dr. Hakim,

I hope that your travels in China were positive and productive. I am writing as a follow-up to our previous discussion and the initial proposal that you and your team submitted to CCA based on those discussions. Having had the opportunity to review the proposal, I would offer the following feedback and points of clarification for your team's consideration as we work to arrive at a final agreement:

### Method of Analysis
We view the analysis entailing two components.
- The first is a comprehensive compilation of published government studies/data in states that mandate cost savings from public-private partnerships in corrections. In other words, "In states where cost savings are mandated, a review of published government data indicates the average reported savings are approximately [#] percent."
- The second component would entail the closer analysis described in your proposal, which would scrutinize the published government data and identify additional areas of cost and cost savings that may not have been factored into states' analyses (i.e. healthcare, pensions and liability, etc); this would result in a more accurate cost comparison. In other words, "When factoring in all costs and cost savings, the average savings to states is approximately [#] percent."

### Expected Outcomes
With respect to the report and summary table(s), please factor in our feedback above on 'method of analysis' as appropriate.

We anticipate that there will be opportunities for media referrals to discuss reported findings. As has been previously discussed, one of the broader goals of current analysis is to provide credible thought leaders who can be resources to reporters and other stakeholders interested in the merits of partnership corrections. In addition to any final report, we would expect Dr. Hakim and Dr. Blackstone to make themselves reasonably available to discuss the final report with media representatives referred to them.

### Duration & Costs
The proposed cost is significantly higher than the budget target of $30,000 we had previously shared. We would ask you to consider any means and opportunities to reduce costs (e.g. expanded use of graduate assistants, etc) and provide us with an updated cost proposal that narrows the budget gap in the low-to-mid 30's.

We are excited at the opportunity to engage the strong research talents and academic credentials of you and your colleagues at Temple University. Please be in touch if you would like to discuss any of these points further. We look forward to receiving an updated proposal at your earliest convenience and working with your team on this project once a final agreement is secured.

Kindest regards,

- Steve

BLACKSTONE0003558

Steven Owen
Senior Director, Public Affairs
CCA America's Leader in Partnership Corrections
10 Burton Hills Blvd
Nashville, TN  37215
615.263.3107 *office*
615.308.0044 *cell*
615.263.3090 *fax*
www.cca.com | www.insidecca.com | www.ccacommunities.com

(i) This e-mail and any files transmitted with it are confidential and intended solely for the use of the intended recipient(s). If you have received this e-mail in error, please notify the sender immediately and delete this e-mail and any associated files from your system. (ii) Views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of Corrections Corporation of America. (iii) The recipient should check this e-mail and any attachments for the presence of viruses. The company accepts no liability for errors or omissions caused by e-mail transmission or any damage caused by any virus transmitted by or with this e-mail. This email has been scanned for content and viruses by the McAfee Email Security System