**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated, )<br>)<br>) | Civil Action No. 3:16-cv-02267 |
| Plaintiff, ) | Honorable Aleta A. Trauger |
| ) | Magistrate Judge Jeffrey S. Frensley |
| vs. ) | |
| ) | |
| CORRECTIONS CORPORATION OF AMERICA, et al., )<br>) | |
| Defendants. )<br>) | |

<u>**DECLARATION OF MERYN C. N. GRANT IN SUPPORT OF DEFENDANTS'**</u>
<u>**MOTION FOR SUMMARY JUDGMENT**</u>

I, Meryn C. N. Grant, declare as follows:

1.       I am over 18 years of age and am competent to testify as to the matters stated in this Declaration.  I am an associate with Latham & Watkins LLP, one of the law firms representing Defendants CoreCivic, Inc. ("CoreCivic"), Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger, and Harley G. Lappin (collectively, "Defendants").

2.       In this matter, Lead Plaintiff and Class Representative Amalgamated Bank, as Trustee for the LongView Collective Investment Fund ("Plaintiff") has taken 24 fact witness depositions and received over 420,000 documents in discovery from CoreCivic and the Federal Bureau of Prisons ("BOP").

3.       Attached hereto as Exhibit 1 is a true and accurate copy of a document entitled "Supplemental Financial Information For the Quarter Ended December 31, 2016," produced by CoreCivic in discovery, Bates-numbered CORECIVIC_0122295-315, which was also published by CoreCivic on February 8, 2017, and available at http://ir.corecivic.com/financial-information/quarterly-supplemental-financial-data.

4.       Attached hereto as Exhibit 2 is a true and accurate copy of excerpts from the transcript of the deposition of David Garfinkle, taken July 31, 2020.

5.       Attached hereto as Exhibit 3 is a true and accurate copy of excerpts from the transcript of the deposition of Tony Grande, taken January 15, 2020.

6.       Attached hereto as Exhibit 4 is a true and accurate copy of Plaintiff's Objections and Responses to Defendant CoreCivic, Inc.'s First Set of Requests for Admission to Plaintiff, dated May 1, 2020.

7.       Attached hereto as Exhibit 5 is a true and accurate copy of an Excel spreadsheet entitled "Supplemental Financial Information For the Quarter Ended March 31, 2012," produced

by CoreCivic in discovery, Bates-numbered CORECIVIC_1356105, which was also published by CoreCivic on May 3, 2012, and available at http://ir.corecivic.com/financial-information/quarterly-supplemental-financial-data.

8.      Attached hereto as Exhibit 6 is a true and accurate copy of a spreadsheet entitled "Supplemental Financial Information for the Quarter Ended December 31, 2013," produced by CoreCivic in discovery, Bates-numbered CORECIVIC_1377899, which was also published by CoreCivic on February 12, 2014, and available at http://ir.corecivic.com/financial-information/quarterly-supplemental-financial-data.

9.      Attached hereto as Exhibit 7 is a true and accurate copy of a document entitled "Supplemental Financial Information For the Quarter Ended March 31, 2014," produced by CoreCivic in discovery, Bates-numbered CORECIVIC_1325572-92, which was also published by CoreCivic on May 7, 2014 and available at http://ir.corecivic.com/financial-information/quarterly-supplemental-financial-data.

10.     Attached hereto as Exhibit 8 is a true and accurate copy of a document entitled "CXW Metrics – Q3 2014," produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_1209387.

11.     Attached hereto as Exhibit 9 is a true and accurate copy of a document entitled "Supplemental Financial Information For the Quarter Ended December 31, 2014," produced by CoreCivic in discovery, Bates-numbered CORECIVIC_0394417-37, which was also published by CoreCivic on February 11, 2015, and available at http://ir.corecivic.com/financial-information/quarterly-supplemental-financial-data.

12.     Attached hereto as Exhibit 10 is a true and accurate copy of a document entitled "Supplemental Financial Information For the Quarter Ended September 30, 2015," produced by

CoreCivic in discovery, Bates-numbered CORECIVIC_1211835-55, which was also published by CoreCivic on November 4, 2015, and available at http://ir.corecivic.com/financial-information/quarterly-supplemental-financial-data.

13. Attached hereto as Exhibit 11 is a true and accurate copy of a document entitled "Supplemental Financial Information For the Quarter Ended December 31, 2015," produced by CoreCivic in discovery, Bates-numbered CORECIVIC_0395027-47, which was also published by CoreCivic on February 10, 2016, and available at http://ir.corecivic.com/financial-information/quarterly-supplemental-financial-data.

14. Attached hereto as Exhibit 12 is a true and accurate copy of a document entitled "Supplemental Financial Information For the Quarter Ended September 30, 2016," produced by CoreCivic in discovery, Bates-numbered CORECIVIC_0121824-44, which was also published by CoreCivic on November 2, 2016, and available at http://ir.corecivic.com/financial-information/quarterly-supplemental-financial-data.

15. Attached hereto as Exhibit 13 is a true and accurate copy of excerpts of a letter from Amanda J. Pennel to Lucibeth Mayberry attaching a contract award from the BOP to CoreCivic's Adams County Correctional Center, dated April 1, 2009, produced by CoreCivic in discovery, Bates-numbered CORECIVIC_0000001-192, and marked as Deposition Exhibit 277.

16. Attached hereto as Exhibit 14 is a true and accurate copy of excerpts of a letter from Douglas Martz to Lucibeth Mayberry attaching a contract award from the BOP to CoreCivic's Cibola County Correctional Center, dated January 12, 2010, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_0000692-881.

17. Attached hereto as Exhibit 15 is a true and accurate copy of excerpts of a letter from Matthew Nace to Damon Hininger, attaching a contract award from the BOP to CoreCivic's Eden

3

Detention Center, dated January 17, 2007, produced by CoreCivic in discovery, Bates-numbered CORECIVIC_0001329-544, and marked as Deposition Exhibit 39.

18.      Attached hereto as Exhibit 16 is a true and accurate copy of excerpts of a document entitled "Award/Contract," which is a contract award from the BOP to CoreCivic's McRae Correctional Facility, dated October 27, 2011, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_0003082-335.

19.      Attached hereto as Exhibit 17 is a true and accurate copy of excerpts of a document entitled "Contract Award," which is a contract award from the BOP to CoreCivic's Northeast Ohio Correctional Center, dated December 23, 2004, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_0003791-962.

20.      Attached hereto as Exhibit 18 is a true and accurate copy of excerpts from the transcript of the deposition of Douglas M. Martz, taken July 20, 2020.

21.      Attached hereto as Exhibit 19 is a true and accurate copy of the Expert Report of D. Scott Dodrill, dated August 7, 2020, and marked as Deposition Exhibit 545.

22.      Attached hereto as Exhibit 20 is a true and accurate copy of a document entitled "Amendment of Solicitation/Modification of Contract," dated June 4, 2012, produced by CoreCivic in discovery, Bates-numbered CORECIVIC_0065110-112, and marked as Deposition Exhibit 430.

23.      Attached hereto as Exhibit 21 is a true and accurate copy of a document entitled "Amendment of Solicitation/Modification of Contract," dated June 24, 2014, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_0096381-83.

4

24. Attached hereto as Exhibit 22 is a true and accurate copy of a document entitled "Amendment of Solicitation/Modification of Contract," dated June 10, 2016, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_1337569-71.

25. Attached hereto as Exhibit 23 is a true and accurate copy of a letter from Fee Determination Official Matthew Nace to Jeb Beasley, Director of Federal and Local Customer Relations for CoreCivic, dated September 13, 2012, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_1084667-68.

26. Attached hereto as Exhibit 24 is a true and accurate copy of a letter from Matthew Nace to Jeb Beasley, re: Award Fee Determination, dated November 26, 2012, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_0990221-22.

27. Attached hereto as Exhibit 25 is a true and accurate copy of a letter from Matthew Nace to Jeb Beasley, re: Award Fee Determination, dated November 26, 2013, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_0025298-99.

28. Attached hereto as Exhibit 26 is a true and accurate copy of a letter from Matthew Nace to Jeb Beasley, re: Award Fee Determination, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_1086611-12.

29. Attached hereto as Exhibit 27 is a true and accurate copy of a letter from Matthew Nace to Jeb Beasley, re: Award Fee Determination, dated March 20, 2013, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_0990234-35.

30. Attached hereto as Exhibit 28 is a true and accurate copy of a document entitled "Amendment of Solicitation/Modification of Contract," dated September 23, 2014, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_0047207-09.

31. Attached hereto as Exhibit 29 is a true and accurate copy of a document entitled "Amendment of Solicitation/Modification of Contract," dated September 3, 2015, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_0184605-07.

32. Attached hereto as Exhibit 30 is a true and accurate copy of a document produced by CoreCivic in discovery and Bates-numbered CORECIVIC_1341482.

33. Attached hereto as Exhibit 31 is a true and accurate copy of the Expert Report of Plaintiff's expert Donna Mellendick, dated August 7, 2020, and marked as Deposition Exhibit 585.

34. Attached hereto as Exhibit 32 is a true and accurate copy of a document entitled "Amendment of Solicitation/Modification of Contract," dated July 31, 2013, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_0000403-05.

35. Attached hereto as Exhibit 33 is a true and accurate copy of a document entitled "Amendment of Solicitation/Modification of Contract," dated July 17, 2015, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_0000473-74.

36. Attached hereto Exhibit 34 is a true and accurate copy of a document entitled "Amendment of Solicitation/Modification of Contract," dated October 1, 2014, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_0001082-83.

37. Attached hereto as Exhibit 35 is a true and accurate copy of a letter from Contracting Officer Jerry Bishop to Natasha Metcalf, dated July 29, 2016, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_0031085.

38. Attached hereto as Exhibit 36 is a true and accurate copy of a document entitled "Amendment of Solicitation/Modification of Contract," dated April 26, 2011, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_0001925-32

39.     Attached hereto as Exhibit 37 is a true and accurate copy of a document entitled "Amendment of Solicitation/Modification of Contract," dated April 30, 2013, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_0002185-94.

40.     Attached hereto as Exhibit 38 is a true and accurate copy of a document entitled "Amendment of Solicitation/Modification of Contract," produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_0002228-29.

41.     Attached hereto as Exhibit 39 is a true and accurate copy of a document entitled "Amendment of Solicitation/Modification of Contract," produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_0092519-20.

42.     Attached hereto as Exhibit 40 is a true and accurate copy of a document entitled "Amendment of Solicitation/Modification of Contract," dated November 26, 2018, produced by the BOP in discovery, and Bates-numbered BOP_0049552-53.

43.     Attached hereto as Exhibit 41 is a true and accurate copy of a document regarding Northeast Ohio Correctional Center, entitled "Amendment of Solicitation/Modification of Contract," dated June 1, 2009, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_0004197-98.

44.     Attached hereto as Exhibit 42 is a true and accurate copy of a document regarding Northeast Ohio Correctional Center entitled "Amendment of Solicitation/Modification of Contract," dated May 31, 2011, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_0004317-25.

45.     Attached hereto as Exhibit 43 is a true and accurate copy of a document regarding Northeast Ohio Correctional Center entitled "Amendment of Solicitation/Modification of

Contract," dated May 29, 2013, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_0004481-82.

46.     Attached hereto as Exhibit 44 is a true and accurate copy of excerpts from the transcript of the deposition of Keith Hall, taken October 24, 2019.

47.     Attached hereto as Exhibit 45 is a true and accurate copy of excerpts from the transcript of the deposition of Patrick Swindle in his capacity as a corporate representative pursuant to Federal Rule of Civil Procedure 30(b)(6), taken January 9, 2019.

48.     Attached hereto as Exhibit 46 is a true and accurate copy of a spreadsheet entitled "FSC QA Weekly Audit Summary Report," dated May 23-27, 2016, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_1009202.

49.     Attached hereto as Exhibit 47 is a true and accurate copy of a report published by the Office of the Inspector General, entitled "Audit of the United States Marshals Service Contract No. DJJODT7C0002 with CoreCivic, Inc., to Operate the Leavenworth Detention Center," dated April 2017, marked as Deposition Exhibit 583, and available at https://oig.justice.gov/reports/2017/a1722.pdf.

50.     Attached hereto as Exhibit 48 is  a true and accurate copy of excerpts from the transcript of the deposition of Michael Nalley, taken January 15, 2019.

51.     Attached hereto as Exhibit 49 is a true and accurate copy of a document entitled "Contractor Performance Assessment Report (CPAR)" for Adams County Correctional Center, dated November 8, 2012, produced by CoreCivic in discovery, Bates-numbered CORECIVIC_0684697-99, and marked as Deposition Exhibit 431.

52.     Attached hereto as Exhibit 50 is a true and accurate copy of an email from Donna Mellendick, dated October 16, 2014, produced by the BOP in discovery, Bates-numbered BOP_0077775-83, and marked as Deposition Exhibit 442.

53.     Attached hereto as Exhibit 51 is a true and accurate copy of a document entitled "Quality Assurance and the QCP in CCA's Partnership with the BOP," dated October 9, 2014, produced by CoreCivic in discovery, Bates-numbered CORECIVIC_0990432-37, and marked as Deposition Exhibit 529.

54.     Attached hereto as Exhibit 52 is a true and accurate copy of a document regarding "Cibola County Correctional Center," "Audit Results 2015," "Audit Results 2014," and "Year over Year," produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_0054224-29.

55.     Attached hereto as Exhibit 53 is a true and accurate copy of a document entitled "Eden Detention Center, CCA Quality Assurance Operational Audit," dated March 23, 2015, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_0054354-58.

56.     Attached hereto as Exhibit 54 is a true and accurate copy of a document entitled "Northeast Ohio Correctional Center, CCA Quality Assurance Operational Audit," dated March 9, 2015, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_0056715-16.

57.     Attached hereto as Exhibit 56 is a true and accurate copy of excerpts from the transcript of the deposition of Emilee Beach, taken February 11, 2020.

58.     Attached hereto as Exhibit 57 is a true and accurate copy of excerpts from the transcript of the deposition of Paul William Kelly, a former senior security institution manager for the BOP, taken July 21, 2020.

59.     Attached hereto as Exhibit 58 is a true and accurate copy of excerpts from the transcript of the deposition of Plaintiff's Expert Donna Mellendick, taken October 27, 2020.

9

60.     Attached hereto as Exhibit 59 is a true and accurate copy of a document entitled "Accreditation Report" for Adams County Correctional Center, dated February 3, 2014, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_0338317-77.

61.     Attached hereto as Exhibit 60 is a true and accurate copy of a document entitled "Accreditation Report" for Adams County Correctional Center, dated October 3, 2016, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_0343063-128.

62.     Attached hereto as Exhibit 61 is a true and accurate copy of a document entitled "Review of the Federal Bureau of Prisons' Monitoring of Contract Prisons," published by the U.S. Department of Justice Office of the Inspector General, dated August 2016, marked as Deposition Exhibit 118, and available at https://oig.justice.gov/reports/2016/e1606.pdf.

63.     Attached hereto as Exhibit 62 is a true and accurate copy of excerpts from the transcript of the deposition of Kim White, taken October 30, 2020.

64.     Attached hereto as Exhibit 63 is a true and accurate copy of a document entitled "Program Statement," published by the U.S. Department of Justice: Federal Bureau of Prisons, dated August 21, 2002, available at https://www.bop.gov/policy/progstat/1210_023.pdf.

65.     Attached hereto as Exhibit 64 is a true and accurate copy of excerpts from the transcript of the deposition of Donald William Murray, Jr., taken October 23, 2020.

66.     Attached hereto as Exhibit 65 is a true and accurate copy of excerpts from the transcript of the deposition of D. Scott Dodrill, taken October 15, 2020.

67.     Attached hereto as Exhibit 66 is a true and accurate copy of excerpts from Defendants' Objections and Responses to Plaintiffs' Second Set of Interrogatories, dated June 24, 2020.

68.     Attached hereto as Exhibit 67 is a true and accurate copy of a document entitled "Contractor Performance Report – Quarter Ending June 30, 2013," produced by the BOP in discovery, and Bates-numbered BOP_0116379-82.

69.     Attached hereto as Exhibit 68 is a true and accurate copy of Federal Acquisition Regulations (FAR) § 42.1501.

70.     Attached hereto as Exhibit 69 is a true and accurate copy of Federal Acquisition Regulations (FAR) § 42.1503.

71.     Attached hereto as Exhibit 70 is a true and accurate copy of a document entitled "Contractor Performance Assessment Report (CPAR)" for Adams County Correctional Center, dated August 27, 2013, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_0606109-11.

72.     Attached hereto as Exhibit 71 is a true and accurate copy of  a document entitled "Contractor Performance Assessment Report (CPAR)" for Adams County Correctional Center, dated January 29, 2015, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_1974933-36.

73.     Attached hereto as Exhibit 72 is a true and accurate copy of a document entitled "Contractor Performance Assessment Report (CPAR)" for Eden Detention Center, dated September 27, 2016, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_1337633-40.

74.     Attached hereto as Exhibit 73 is a true and accurate copy of a document entitled "Contractor Performance Assessment Report (CPAR)" for Adams County Correctional Center, dated October 31, 2016, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_0728682-89.

75.     Attached hereto as Exhibit 74 is a true and accurate copy of a document entitled "After-Action Report, Disturbance, Adams County Correctional Center," dated July 27, 2012, produced by the BOP in discovery, and Bates-numbered BOP_0293137.

76.     Attached hereto as Exhibit 75 is a true and accurate copy of an article entitled "Privately Operated Federal Prisons for Immigrants: Expensive. Unsafe. Unnecessary," dated September 13, 2012, published by *Justice Strategies*, and available at https://www.justicestrategies.org/sites/default/files/publications/Privately%20Operated%20Feder al%20Prisons%20for%20Immigrants%209-13-12%20FNL.pdf.

77.     Attached hereto as Exhibit 76 is a true and accurate copy of an email from Harley Lappin, dated June 15, 2016, produced by CoreCivic in discovery, Bates-numbered CORECIVIC_0029731-47, and marked as Deposition Exhibit 328.

78.     Attached hereto as Exhibit 77 is a true and accurate copy of an article entitled "Gang Fights in Prison Injure 22 and Kill One," published by the *New York Times*, dated March 29, 2008, and available at https://www.nytimes.com/2008/03/29/us/29prison.html.

79.     Attached hereto as Exhibit 78 is a true and accurate copy of the Expert Report of Defendants' Expert Lucy P. Allen, dated August 7, 2020, marked as Deposition Exhibit 534.

80.     Attached hereto as Exhibit 79 is a true and accurate copy of the Expert Report of Plaintiff's Expert W. Scott Dalrymple, CFA, dated August 7, 2020, and marked as Deposition Exhibit 562.

81.     Attached hereto as Exhibit 80 is a true and accurate copy of a document entitled "Contractor Performance Assessment Report (CPAR)" for Northeast Ohio Correctional Center, dated November 21, 2012, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_0046207-08.

82.     Attached hereto as Exhibit 81 is a true and accurate copy of a document entitled "Contractor Performance Assessment Report (CPAR)" for Northeast Ohio Correctional Center, dated July 29, 2013, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_0095065-66.

83.     Attached hereto as Exhibit 82 is a true and accurate copy of a document entitled "Contractor Performance Assessment Report (CPAR)" for Northeast Ohio Correctional Center, dated February 17, 2015, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_1337756-58.

84.     Attached hereto as Exhibit 83 is a true and accurate copy of a document entitled "Contractor Performance Assessment Report (CPAR)" for Northeast Ohio Correctional Center, dated April 21, 2016, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_0578404-07.

85.     Attached hereto as Exhibit 84 is a true and accurate copy of a document entitled "CAR XV – Solicitation Number: RFP-PCC-0022," dated March 25, 2013, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_1340862-65.

86.     Attached hereto as Exhibit 85 is a true and accurate copy of a document entitled "Source Selection Decision, RFP-PCC-0022, Criminal Alien Requirement XV," dated December 29, 2014, produced by the BOP in discovery, and Bates-numbered BOP_0334043-99.

87.     Attached hereto as Exhibit 86 is a true and accurate copy of an email from Tim Barnes, dated December 29, 2014, produced by CoreCivic in discovery, Bates-numbered CORECIVIC_0759554-56, and marked as Deposition Exhibit 449.

88.     Attached hereto as Exhibit 87 is a true and accurate copy of a document entitled "CAR XV – Solicitation Number: RFP-PCC-0022," dated December 29, 2014, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_1198504-10.

89.     Attached hereto as Exhibit 88 is a true and accurate copy of excerpts from the transcript of the deposition of Robert Alan Bland, a current BOP employee, taken July 23, 2020.

90.     Attached hereto as Exhibit 89 is a true and accurate copy of Federal Acquisition Regulations (FAR) § 3.104.

91.     Attached hereto as Exhibit 90 is a true and accurate copy of excerpts from the transcript of the deposition of Damon Hininger, taken July 30, 2020.

92.     Attached hereto as Exhibit 91 is a true and accurate copy of an email from Damon Hininger, dated January 22, 2015, produced by CoreCivic in discovery, Bates-numbered CORECIVIC_0036536-38, and marked as Deposition Exhibit 358.

93.     Attached hereto as Exhibit 92 is  a true and accurate copy of a letter from Jerry Bishop to Natasha Metcalf, dated January 9, 2015, produced by CoreCivic in discovery and Bates-numbered CORECIVIC_0038055-64.

94.     Attached hereto as Exhibit 93 is a true and accurate copy of a memorandum from Joe Pryor, Cibola County Correctional Center Warden, to Leonardo Otero of the BOP, entitled "Notice of Concern #2015-003 dated April 6, 2015," dated April 20, 2015, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_0098789-91.

95.     Attached hereto as Exhibit 94 is a true and accurate copy of excerpts from the transcript of the deposition of John Baxter, taken December 19, 2019.

96.     Attached hereto as Exhibit 95 is a true and accurate copy of excerpts from the transcript of the deposition of Kim White, taken November 15, 2019.

97.     Attached hereto as Exhibit 96 is a true and accurate copy of excerpts from the transcript of the deposition of Harley G. Lappin, taken July 28, 2020.

98.     Attached hereto as Exhibit 97 is a true and accurate copy of excerpts from the transcript of the deposition of William Dalius, taken October 28, 2020.

99.     Attached hereto as Exhibit 98 is a true and accurate copy of excerpts from the transcript of the deposition of Patrick Swindle, taken February 21, 2020.

100.    Attached hereto as Exhibit 99 is a true and accurate copy of a document entitled "The Federal Bureau of Prison's Efforts to Manage Inmate Health Care," published by the Office of the Inspector General, Audit Division, dated February 2008, and available at https://www.prisonlegalnews.org/media/publications/usdoj_oig_audit_report_ re_fbop_efforts_to_manage_inmate_health_care__feb_2008.pdf.

101.    Attached hereto as Exhibit 100 is a true and accurate copy of excerpts from the transcript of the deposition of Bart Verhulst, taken November 5, 2019.

102.    Attached hereto as Exhibit 101 is a true and accurate copy of an email from Donna Mellendick, dated April 5, 2012, produced by the BOP in discovery, and Bates-numbered BOP_0080016-18.

103.    Attached hereto as Exhibit 102 is  a true and accurate copy of a letter from Bart Verhulst to Wayne Holstine, a BOP contracting officer, dated August 9, 2012, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_2209170-73.

104.    Attached hereto as Exhibit 103 is a true and accurate copy of an email from Damon Hininger, dated October 20, 2015, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_1317716.

105.    Attached hereto as Exhibit 104 is a true and accurate copy of an email from Damon Hininger, dated April 27, 2015, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_0058268-69.

106.    Attached hereto as Exhibit 105 is a true and accurate copy of a letter from Jerry Bishop to Natasha Metcalf, dated May 18, 2015, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_0038054.

107.    Attached hereto as Exhibit 106 is a true and accurate copy of a document entitled "Contractor Performance Assessment Report (CPAR)" for Cibola County Correctional Center, dated October 30, 2012, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_0674188-90.

108.    Attached hereto as Exhibit 107 is a true and accurate copy of a document entitled "Contractor Performance Assessment Report (CPAR)" for Cibola County Correctional Center, dated November 8, 2013, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_1337444-446.

109.    Attached hereto as Exhibit 108 is a true and accurate copy of a document entitled "Contractor Performance Assessment Report (CPAR)" for Cibola County Correctional Center, dated June 17, 2015, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_0473652-61.

110.    Attached hereto as Exhibit 109 is a true and accurate copy of a document entitled "Contractor Performance Assessment Report (CPAR)" for Cibola County Correctional Center, dated January 29, 2016, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_0722785-94.

111.     Attached hereto as Exhibit 110 is a true and accurate copy of a document entitled "Contractor Performance Assessment Report (CPAR)" for Cibola County Correctional Center, dated January 26, 2017, produced by CoreCivic in discovery and Bates-numbered CORECIVIC_1337493-501.

112.     Attached hereto as Exhibit 111 is a true and accurate copy of an article entitled "Cibola County Correctional Center closing," published by Koat Action News, dated August 1, 2016, available at https://www.koat.com/article/cibola-county-correctional-center-closing/5072422.

113.     Attached hereto as Exhibit 112 is a true and accurate copy of an article entitled "Milan prison to close; 254 facing layoffs," published by the *Gallup Independent (New Mexico)*, dated August 2, 2016, available at https://www.westlaw.com/Document/I8689228059ac11e69907b0d87108fb4a/View/FullText.html?transitionType=Default&contextData=(sc.Default)&VR=3.0&RS=cblt1.0.

114.     Attached hereto as Exhibit 113 is a true and accurate copy of a document entitled "Contractor Performance Assessment Report (CPAR)" for Eden Detention Center, dated July 2, 2013, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_0606193-94.

115.     Attached hereto as Exhibit 114 is a true and accurate copy of a document entitled "Contractor Performance Assessment Report (CPAR)" for Eden Detention Center, dated May 1, 2014, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_0669245-46.

116.     Attached hereto as Exhibit 115 is a true and accurate copy of a document entitled "Contractor Performance Assessment Report (CPAR)" for Eden Detention Center, dated September 26, 2016, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_1337591-603.

117.    Attached hereto as Exhibit 116 is a true and accurate copy of a document entitled "Contractor Performance Assessment Report (CPAR)" for Eden Detention Center, dated November 8, 2017, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_1337660-6.

118.    Attached hereto as Exhibit 117 is a true and accurate copy of a document entitled "Contractor Performance Assessment Report (CPAR)" for McRae Correctional Facility, dated December 21, 2012, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_0660735-36.

119.    Attached hereto as Exhibit 118 is a true and accurate copy of a document entitled "Contractor Performance Assessment Report (CPAR)" for McRae Correctional Facility, dated December 19, 2013, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_0606206-07.

120.    Attached hereto as Exhibit 119 is a true and accurate copy of a document entitled "Contractor Performance Assessment Report (CPAR)" for McRae Correctional Facility, dated December 10, 2014, produced by CoreCivic in discovery and Bates-numbered CORECIVIC_0720859-62.

121.    Attached hereto as Exhibit 120 is  a true and accurate copy of a document entitled "Contractor Performance Assessment Report (CPAR)" for McRae Correctional Facility, dated January 11, 2016, produced by CoreCivic in discovery and Bates-numbered CORECIVIC_0722041-43.

122.    Attached hereto as Exhibit 121 is a true and accurate copy of a document entitled "Contractor Performance Assessment Report (CPAR)" for McRae Correctional Facility, dated

January 19, 2017, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_1337713-17.

123.    Attached hereto as Exhibit 122 is a true and accurate copy of a document entitled "DOJ OIG Releases Report on the Federal Bureau of Prisons' Monitoring of Contract Prisons," published by the Office of Inspector General, dated August 11, 2016, and available at https://oig.justice.gov/news/doj-oig-releases-report-federal-bureau-prisons-monitoring-contract-prisons.

124.    Attached hereto as Exhibit 123 is a true and accurate copy of an email from Katie Lilley, dated August 18, 2016, attaching a Memorandum released by the Department of Justice and signed by Sally Yates, produced by CoreCivic in discovery, Bates-numbered CORECIVIC_2207912-14, and marked as Deposition Exhibit 336.

125.    Attached hereto as Exhibit 124 is a true and accurate copy of an email from Pamela Jones, dated August 23, 2016, produced by the BOP in discovery, and Bates-numbered BOP_0148858-60.

126.    Attached hereto as Exhibit 125 is a true and accurate copy of a profile of President Donald Trump, available at https://www.whitehouse.gov/people/donald-j-trump/.

127.    Attached hereto as Exhibit 126 is a true and accurate copy of a document entitled "CoreCivic, Inc. (CXW) Historical Data," reflecting a chart of historical stock prices for CoreCivic common stock from February 27, 2012 through March 1, 2017, available at https://finance.yahoo.com/quote/CXW/history?period1=1330214400&period2=1488412800&interval=1d&filter=history&frequency=1d&includeAdjustedClose=true.

128. Attached hereto as Exhibit 127 is a true and accurate copy of a profile of Attorney General Jefferson Sessions, dated November 8, 2018, available at https://www.justice.gov/ag/bio/attoney-general-jeff-sessions.

129. Attached hereto as Exhibit 128 is a true and accurate copy of a Memorandum from Attorney General Jefferson Sessions to the Acting Director of the Federal BOP, dated February 21, 2017, marked as Deposition Exhibit 13, and available at https://www.justice.gov/oip/foia-library/attorney_general_memorandum_advising_the_federal_bureau_of_prisons_that_the_depar tment_will_continue_to_use_private_prisons.pdf/download.

130. Attached hereto as Exhibit 129 is a true and accurate copy of excerpts from the transcript of the deposition of Lucy Allen, taken October 10, 2018.

131. Attached hereto as Exhibit 130 is a true and accurate copy of a document entitled "U.S. Department of Justice, FY 2016 Performance Budget, Congressional Submission, Federal Prison System, Buildings and Facilities," available at https://www.justice.gov/sites/default/files/jmd/pages/attachments/2015/02/02/federal_bureau_of _prisons_bop_bf.pdf.

132. Attached hereto as Exhibit 131 is a true and accurate copy of a document entitled "U.S. Department of Justice, FY 2020 Performance Budget, Congressional Submission, Federal Prison System, Buildings and Facilities," available at https://www.justice.gov/jmd/page/file/1144631/download.

133. Attached hereto as Exhibit 132 is a true and accurate copy of excerpts from the transcript of the deposition of William Dalius, taken February 26, 2020.

134. Attached hereto as Exhibit 133 is a true and accurate copy of excerpts from the transcript of the deposition of Todd J. Mullenger, taken March 13, 2020.

135.     Attached hereto as Exhibit 134 is a true and accurate copy of the Expert Report of Defendants' Expert Justin Marlowe, Ph.D., CGFM, dated August 7, 2020 and marked as Deposition Exhibit 548.

136.     Attached hereto as Exhibit 135 is a true and accurate copy of a report from the United States Government Accountability Office to the Subcommittee on Commerce, Justice, Science, and Related Agencies, Committee on Appropriations, U.S. Senate, entitled "Prison Construction: Clear Communication on the Accuracy of Cost Estimates and Project Changes is Needed," dated May 2008, produced by Defendants' expert Justin Marlowe in discovery, Bates-numbered MARLOWE_0005967-99, and available at https://www.gao.gov/assets/280/275883.pdf.

137.     Attached hereto as Exhibit 136 is a true and accurate copy of a document entitled "Federal Prison System, Per Capita Costs," produced by Defendants' expert Justin Marlowe in discovery, and Bates-numbered MARLOWE_0004824-32.

138.     Attached hereto as Exhibit 137 is a true and accurate copy of a CoreCivic presentation entitled "2013 Analyst Day: Durable Earnings and Significant Growth Potential," dated October 2, 2013 and marked as Deposition Exhibit 350.

139.     Attached hereto as Exhibit 138 a true and accurate copy of a working paper by Simon Hakim and Erwin Blackstone entitled "Cost Analysis of Public and Contractor Operated Prisons," dated April 29, 2013, produced by expert Justin Marlowe in discovery, Bates-numbered MARLOWE_0008000-42, and marked as Deposition Exhibit 550.

140.     Attached hereto as Exhibit 139 is a true and accurate copy of excerpts from the transcript of the deposition of Justin Marlowe, taken October 16, 2020.

141.    Attached hereto as Exhibit 140 is a true and accurate copy of an article by Simon Hakim and Erwin Blackstone entitled "Prison Break: A New Approach to Public Cost and Safety," published by the Independent Policy Report, dated June 2014, produced by expert Justin Marlowe in discovery, Bates-numbered MARLOWE_0007885-960, marked as Deposition Exhibit 549, and available at https://www.independent.org/pdf/policy_reports/2014-06-30-prision_break.pdf.

142.    Attached hereto as Exhibit 141 is a true and accurate copy of an article entitled "Research Study Finding Benefits from Prison Privatization Funded by Private Prison Companies," published by *Prison Legal News*, dated June 15, 2013, and available at https://www.prisonlegalnews.org/news/2013/jun/15/research-study-finding-bneefits-from-prison-privatization-funded-by-private-prison-companies/.

143.    Attached hereto as Exhibit 142 is a true and accurate copy of an article entitled "Critics point finger at CCA: For-profit prison operator taken to task for campaign giving, operations," published by *Times Free Press*, dated May 5, 2014, produced by expert Justin Marlowe in discovery, Bates-numbered MARLOWE_0006999-7002, and available at https://www.timesfreepress.com/news/local/story/2014/may/05/critics-point-finger-at-ccafor-profit-prison/139229/.

144.    Attached hereto as Exhibit 143 is a true and accurate copy of a document entitled "Third Quarter 2014 Investor Presentation," dated November 2014, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_0116477-531.

145.    Attached hereto as Exhibit 144 is a true and accurate copy of a document entitled "Fourth Quarter 2014 Investor Presentation," dated February 2015, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_0118664-718.

146.    Attached hereto as Exhibit 145 is a true and accurate copy of a document entitled "First Quarter 2015 Investor Presentation," dated May 2015, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_0437869-920.

147.    Attached hereto as Exhibit 146 is a true and accurate copy of a document entitled "Second Quarter 2015 Investor Presentation," dated August 2015, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_0119192-241.

148.    Attached hereto as Exhibit 147 is a true and accurate copy of a document entitled "Third Quarter 2015 Investor Presentation," dated November 2015, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_1202106-156.

149.    Attached hereto as Exhibit 148 is a true and accurate copy of a document entitled "Fourth Quarter 2015 Investor Presentation," dated February 2016, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_0119881-932.

150.    Attached hereto as Exhibit 149 is a true and accurate copy of a document entitled "First Quarter 2016 Investor Presentation," dated May 2016, produced by CoreCivic in discovery, and Bates-numbered CORECIVIC_0401036-088.

151.    Attached hereto as Exhibit 150 is a true and accurate copy of an email from Erik Rasmussen, dated September 5, 2011, produced by CoreCivic in discovery, Bates-numbered CORECIVIC_1327565-93, and marked as Deposition Exhibit 300.

152.    Attached hereto as Exhibit 151 is a true and accurate copy of an article entitled "Contracting for Imprisonment in the Federal Prison System: Cost and Performance of the Privately Operated Taft Correctional Institution," by Douglas McDonald and Kenneth Carlson, dated October 1, 2005, produced by Defendants' expert Justin Marlowe in discovery, Bates-

numbered MARLOWE_0007431-604, and available at https://www.ncjrs.gov/pdffiles1/
nij/grants/211990.pdf.

153.    Attached hereto as Exhibit 152 is a true and accurate copy of a spreadsheet entitled
"BOP Contract #DJB1PC010 ManDay Average Report," produced by CoreCivic in discovery, and
Bates-numbered CORECIVIC_0094237.

154.    Attached hereto as Exhibit 153 is a true and accurate copy of a spreadsheet entitled
"Cibola County Correctional Center Contract Staffing Pattern Vacancy Fine," produced by
CoreCivic in discovery, and Bates-numbered CORECIVIC_0094238.

155.    Attached hereto as Exhibit 154 is a true and accurate copy of a spreadsheet entitled
"Northeast Ohio Correctional Center Contract Staffing Pattern Vacancy Fine," produced by
CoreCivic in discovery, and Bates-numbered CORECIVIC_0094239.

156.    Attached hereto as Exhibit 155 is a true and accurate copy of an equity research
report from Wells Fargo Securities regarding CoreCivic, dated August 4, 2016, produced by
CoreCivic in discovery, and Bates-numbered CORECIVIC_0688135-38.

157.    Attached hereto as Exhibit 156 is a true and accurate copy of Plaintiff's Objections
and Responses to Defendant CoreCivic, Inc.'s Second Set of Interrogatories to Plaintiff, dated May
1, 2020.

158.    Attached hereto as Exhibit 157 is a true and accurate copy of the Rebuttal Expert
Report of Plaintiff's Expert Scott Dalrymple, dated September 18, 2020, and marked as Deposition
Exhibit 563.

159.    Attached hereto as Exhibit 158 is a true and accurate copy of the Rebuttal Expert
Report of Defendants' Expert Lucy Allen, dated September 18, 2020, and marked as Deposition
Exhibit 543.

160.    Attached hereto as Exhibit 159 is a true and accurate copy of excerpts from the transcript of the deposition of Cameron Hopewell, taken on January 17, 2020.

161.    Attached hereto as Exhibit 160 is a true and accurate copy of excerpts from Plaintiff's Supplemental Objections and Responses to Defendant CoreCivic, Inc.'s Second Set of Interrogatories to Plaintiff, dated October 20, 2020.

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed on November 20, 2020 in Los Angeles, California.

    /s/ *Meryn C. N. Grant*    
    Meryn C. N. Grant

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing document was made upon the following Filing Users through the Electronic Filing System and via electronic mail:

Paul Kent Bramlett
Robert Preston Bramlett
BRAMLETT LAW OFFICES
40 Burton Hills Blvd., Suite 200
P.O. Box 150734
Nashville, TN 37215
pknashlaw@aol.com
robert@bramlettlawoffices.com

Jeremy A. Lieberman
J. Alexander Hood II
Marc C. Gorrie
POMERANTZ LLP
600 Third Ave., 20th Floor
New York, NY 10016
jalieberman@pomlaw.com
ahood@pomlaw.com
mgorrie@pomlaw.com

David J. Schindler
Brian T. Glennon
Morgan E. Whitworth
LATHAM & WATKINS LLP
355 South Grand Ave.
Los Angeles, CA 90071
david.schindler@lw.com
brian.glennon@lw.com
morgan.whitworth@lw.com

Patrick V. Dahlstrom
POMERANTZ LLP
10 South La Salle St., Suite 3505
Chicago, IL 60603
pdahlstrom@pomlaw.com

Michael Goldberg
Brian Schall
GOLDBERG LAW PC
1999 Avenue of the Stars, Suite 100
Los Angeles, CA 90067
michael@goldberglawpc.com
brian@goldberglawpc.com

Christopher T. Cain
SCOTT & CAIN
550 W Main Avenue
Suite 601
Knoxville, TN 37902
cain@scottandcain.com

James A. Holifield , Jr.
HOLIFIELD JANICH RACHAL &
ASSOCIATES, PLLC
11907 Kingston Pike
Suite 201
Knoxville, TN 37934
aholifield@holifieldlaw.com

Christopher Hamp Lyons
Christopher M. Wood
ROBBINS GELLER
RUDMAN & DOWD LLP
414 Union Street
Suite 900
Nashville, TN 37219
clyons@rgrdlaw.com
cwood@rgrdlaw.com

Jerry E. Martin
BARRETT JOHNSTON MARTIN &
GARRISON, LLC
Bank of America Plaza
414 Union Street
Suite 900
Nashville, TN 37219
jmartin@barrettjohnston.com

this 20th day of November, 2020.

/s/ *Meryn C. N. Grant*
Meryn C. N. Grant

2