# EXHIBIT 3

```
 1        IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF TENNESSEE
 2
 3
 4    NIKKI BOLLINGER GRAE, Individually
    and Behalf of All Others Similarly
 5    Situated,
 6              Plaintiff,
   vs.                CASE NO.
 7                 3:16-CV-02267
    CORRECTIONS CORPORATION OF
 8    AMERICA, et al.,
 9              Defendants.
10
11
12              CONFIDENTIAL
13        VIDEO DEPOSITION OF TONY GRANDE
14             Nashville, Tennessee
15              January 15, 2020
16
17
18
19
20    Reported by:
21    Elisabeth A. Miller Lorenz
22    RMR, CRR, LCR No. 66
23
24    Job No.:  10064038
25
```

1　　　　IN THE UNITED STATES DISTRICT COURT
　　　FOR THE MIDDLE DISTRICT OF TENNESSEE
2
3
4　　NIKKI BOLLINGER GRAE, Individually
　and Behalf of All Others Similarly
5　　Situated,
6　　　　　　　Plaintiff,
　vs.　　　　　　　　CASE NO.
7　　　　　　　　　　3:16-CV-02267
　CORRECTIONS CORPORATION OF
8　　AMERICA, et al.,
9　　　　　　　Defendants.
10
11
12
13
14
15
16
17　　　　Video deposition of TONY GRANDE was taken on
18　　behalf of Plaintiff, at Riley, Warnock & Jacobson,
19　　1906 West End Avenue, Nashville, Tennessee,
20　　beginning at 10:02 a.m., and ending at 3:55 p.m., on
21　　Wednesday, January 15, 2020, before Elisabeth A.
22　　Miller Lorenz, RMR, CRR, and LCR No. 66.
23
24
25

```
 1   APPEARANCES:
 2    For the Plaintiff:
 3       ROBBINS GELLER RUDMAN & DOWD
     BY:  CHRISTOPHER H. LYONS
 4       BY:  CHRISTOPHER WOOD
     14 Union Street
 5       Suite 900
     Nashville, Tennessee 37219
 6       615.252.3798
     clyons@rgrdlaw.com
 7       cwood@rgrlaw.com
 8
 9    For the Defendants:
10       RILEY, WARNOCK & JACOBSON
     BY:  TREY McGEE
11       1906 West End Avenue
     Nashville, Tennessee 37203
12       615.320.3700
     sriley@rwjplc.com
13       tmcgee@rwjplc.com
14       LATHAM & WATKINS
     BY:  ERIC C. PETTIS
15       355 South Grand Avenue
     Los Angeles, California 90071-1560
16       213.485.1234
     eric.pettis@lw.com
17
18
     Also Present:
19
     David Drumel, Videographer
20
21
22
23
24
25
```

1     MR. PETTIS: Eric Pettis, Latham &
2  Watkins, for the witness and the defendants.
3     THE VIDEOGRAPHER: Thank you.
4     The court reporter is Elisabeth Lorenz,
5  and she may now swear in the witness.
6     * * *
7     TONY GRANDE
8  was called as a witness, and after having been first
9  duly sworn, testified as follows:
10    E X A M I N A T I O N
11 BY MR. LYONS:
12 Q   Good morning, Mr. Grande.
13 A   Good morning.
14 Q   How are you?
15 A   Well, thanks.
16 Q   So you currently work for CoreCivic, right?
17 A   Yes.
18 Q   And at times in this deposition today, I may
19 refer to CoreCivic as CCA.
20 A   Okay.
21 Q   I assume you'll understand what I'm talking
22 about?
23 A   I do. I worked very hard on the rebranding,
24 so...
25 Q   Got it.

1   writes, Not good.  When is the next time BOP needs

2   to exercise an option there?

3           And then Jeb Beasley answers, 9/30/2016.

4           Do you remember discussing implications of

5   this for renewal of Cibola?

6                MR. McGEE:  Object to form of the

7   question.

8                THE WITNESS:  Is he asking about Cibola

9   or -- okay.  Yeah.

10  BY MR. LYONS:

11  Q     Good question.

12  A     I do -- I do re- -- I do remember that we

13  were concerned about the implication that would

14  affect the renewal.

15  Q     Because, again, they -- they -- so the cure

16  notice and then potentially termination could be one

17  path to go, but the other -- another thing that

18  could happen could be that they just opt not to --

19  to renew the contract?

20  A     Yeah.

21  Q     So when -- when he writes, Exercise an

22  option, that means exercise the option to renew the

23  contract for probably another year, right?

24  A     I believe that's correct.

25          So at the same time we're hearing that the

1　BOP is -- that their populations are starting to go

2　down, so, you know, we're -- we're wondering, you

3　know, if there's not a demand, you know, will they

4　renew it anyway for -- for the contract bids.

5　　　And then you've got this issue, so, yeah,

6　there's discussion around that.

7　Q　And so before -- was it -- was it -- first

8　of all, your experience, was it when CCA had a

9　partner under contract and that contract had option

10　periods, that the partner could either renew or not

11　renew -- I think you said before that there was a

12　high rate of renewal in those periods; is that

13　right?

14　A　There is across the company.

15　Q　Across the company?

16　A　Very high rate, yes, sometimes nearly

17　100 percent, but always in the mid to high 90s.

18　Q　So -- so it would be unusual if they were to

19　not renew the contract?

20　　　MR. McGEE: Object to the form of the

21　question.

22　　　THE WITNESS: Yes, our experience would

23　be that we have a very high renewal rate and

24　continue to.

25

1    BY MR. LYONS:

2    Q    And when -- when you calculate that renewal

3    rate, are you including -- I think you said above

4    95 percent.

5        Are you including only situations where the

6    company had -- where the partner is deciding to

7    either exercise an option or not exercise it?  Or

8    are you also including rebid scenarios?

9    A    I believe -- I don't know specifically the

10   answer to that question because I don't do -- I

11   don't calculate it.  But it's at least the renewals.

12       You know, rebids are -- tend to be different

13   because that's the end of a contract.  So, I mean,

14   sometimes we choose not to -- you know, we might

15   have another use for a facility.  So both east --

16   both Eden and Cibola today, they're both being

17   occupied by other federal partners.

18       But -- that's at least true on the renewal

19   rate.

20   Q    So -- so the renewal rate would include --

21   would include anytime that they exercise an option,

22   it may or may not, to your knowledge, include --

23   A    Yeah, you know --

24   Q    -- deciding not to rebid?

25   A    The BOP is probably not the best example

```
 1              I, the undersigned, a Licensed Court
 2   Reporter of the State of Tennessee, do hereby
 3   certify:
 4              That the foregoing proceedings were
 5   taken before me at the time and place herein set
 6   forth; that any witnesses in the foregoing
 7   proceedings, prior to testifying, were duly sworn;
 8   that a record of the proceedings was made by me
 9   using machine shorthand, which was thereafter
10   transcribed under my direction; that the foregoing
11   transcript is a true record of the testimony given.
12              Further, that if the foregoing pertains
13   to the original transcript of a deposition in a
14   federal case, before completion of the proceedings,
15   review of the transcript [ X ] was [ ] was not
16   requested.
17              I further certify I am neither
18   financially interested in the action nor a relative
19   or employee of any attorney or party to this action.
20              IN WITNESS WHEREOF, I have this date
21   subscribed my name.
22   Dated: January 28, 2020
23                    _____
24                    Elisabeth A. Miller Lorenz
25                    RMR, CRR, LCR No. 66
```