# EXHIBIT 9



CORRECTIONS CORPORATION OF AMERICA

Supplemental Financial Information
For the Quarter Ended December 31, 2014

The Company's supplemental financial information and other data presented herein speaks only as of the date or period indicated (or as of the date posted, as the case may be), and the Company does not undertake any obligation, and disclaims any duty, to update any of this information. The Company's future financial performance is subject to various risks and uncertainties that could cause actual results to differ materially from expectations. The factors that could affect the Company's future financial results are discussed more fully in our reports filed with the SEC. Readers are advised to refer to these reports for additional information concerning the Company. Readers are also advised that the Company's historical performance may not be indicative of future results. In addition, the information contained herein does not constitute an offer to sell or a solicitation to buy any of the Company's securities.

Case 3:16-cv-02267    Document 360-9    Filed 11/20/20    Page 2 of 22 PageID #: 13783

CONFIDENTIAL

CORECIVIC_0394417

# CORRECTIONS CORPORATION OF AMERICA

**Supplemental Financial Information**
**For the Quarter Ended December 31, 2014**

## TABLE OF CONTENTS

Financial Highlights & 2015 Guidance Summary ---------------------------- 1

Consolidated Balance Sheets ---------------------------- 2

Consolidated Statements of Operations ---------------------------- 3

Reconciliation of Basic to Diluted Earnings Per Share ---------------------------- 4

Calculation of Adjusted Diluted Earnings Per Share ---------------------------- 5

Funds From Operations ---------------------------- 6

Selected Financial Information ---------------------------- 7

Segmented Data ---------------------------- 9

Analysis of Outstanding Debt ---------------------------- 10

Selected Operating Ratios ---------------------------- 11

Partner Information ---------------------------- 12

Facility Portfolio ---------------------------- 13

Research Coverage / Credit Ratings ---------------------------- 19

Damon T. Hininger, President and Chief Executive Officer
David M. Garfinkle, Chief Financial Officer
10 Burton Hills Boulevard
Nashville, TN 37215
Tel.: (615) 263-3000  Fax: (615) 263-3010

CONFIDENTIAL

CORECIVIC_0394418

# FINANCIAL HIGHLIGHTS

(Unaudited and amounts in thousands, except per share amounts)

| | For the Three Months Ended December 31, | | For the Twelve Months Ended December 31, | |
|---|---|---|---|---|
| | 2014 | 2013 | 2014 | 2013 |
| **REVENUE:** | | | | |
| Owned & controlled properties | $ 368,087 | $ 354,938 | $ 1,409,597 | $ 1,390,032 |
| Managed only properties and other | 55,390 | 76,165 | 237,270 | 304,265 |
| Total revenue | 423,477 | 431,103 | 1,646,867 | 1,694,297 |
| **NET OPERATING INCOME:** | | | | |
| Owned & controlled properties | 121,144 | 109,784 | 476,380 | 447,535 |
| Managed only properties and other | 3,900 | 4,680 | 14,352 | 26,411 |
| Total net operating income | $ 125,044 | $ 114,464 | $ 490,732 | $ 473,946 |
| **Adjusted Diluted EPS** | $ 0.49 | $ 0.44 | $ 1.92 | $ 1.92 |
| **Pro Forma Adjusted Diluted EPS** [1] | $ 0.49 | $ 0.44 | $ 1.92 | $ 1.83 |
| **Normalized FFO Per Share** | $ 0.67 | $ 0.62 | $ 2.65 | $ 2.65 |
| **Pro Forma Normalized FFO Per Share** [1] | $ 0.67 | $ 0.62 | $ 2.65 | $ 2.53 |
| **AFFO Per Share** | $ 0.65 | $ 0.59 | $ 2.57 | $ 2.61 |
| **Pro Forma AFFO Per Share** [1] | $ 0.65 | $ 0.59 | $ 2.57 | $ 2.49 |
| **Debt Leverage** | 3.1x | 3.3x | 3.1x | 3.2x |
| **Fixed Charge Coverage Ratio** | 9.0x | 8.9x | 9.1x | 8.6x |

(1) See Note 1 on page 5.

## 2015 GUIDANCE SUMMARY

(Unaudited and amounts in millions except per share amounts)

| | Q1 2015 | | Full Year 2015 | |
|---|---|---|---|---|
| | Low-End | High-End | Low-End | High-End |
| **Diluted EPS** | $ 0.44 | $ 0.45 | $ 1.94 | $ 2.02 |
| **Normalized FFO Per Share** | $ 0.62 | $ 0.63 | $ 2.67 | $ 2.75 |
| **AFFO Per Share** | $ 0.61 | $ 0.62 | $ 2.62 | $ 2.69 |
| **Adjusted EBITDA** | $ 96.0 | $ 99.0 | $ 411.0 | $ 430.0 |
| **Capital Expenditures** | | | | |
| Prison construction & land acquisitions | | | $ 135.0 | $ 145.0 |
| Maintenance on real estate assets | | | 25.0 | 26.0 |
| Information technology and other assets | | | 33.0 | 37.0 |
| Total capital expenditures | | | $ 193.0 | $ 208.0 |

CONFIDENTIAL

# CONSOLIDATED BALANCE SHEETS
(Unaudited and amounts in thousands, except per share amounts)

| | December 31, 2014 | September 30, 2014 | June 30, 2014 | March 31, 2014 | December 31, 2013 |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| Cash and cash equivalents | $ 74,393 | $ 48,847 | $ 46,615 | $ 52,681 | $ 77,919 |
| Accounts receivable, net of allowance | 248,588 | 292,466 | 246,894 | 239,300 | 244,957 |
| Current deferred tax assets | 13,229 | 11,430 | 6,351 | 7,809 | 9,241 |
| Prepaid expenses and other current assets | 29,775 | 26,925 | 29,007 | 18,726 | 20,617 |
| Assets held for sale | - | 4,145 | - | - | - |
| Total current assets | 365,985 | 383,813 | 328,867 | 318,516 | 352,734 |
| Property and equipment, net | 2,658,628 | 2,614,264 | 2,538,996 | 2,543,470 | 2,546,613 |
| Restricted cash | 2,858 | 2,707 | 2,607 | 5,590 | 5,589 |
| Investment in direct financing lease | 3,223 | 3,811 | 4,382 | 4,936 | 5,473 |
| Goodwill | 16,110 | 16,110 | 16,110 | 16,110 | 16,110 |
| Non-current deferred tax assets | 2,301 | 4,537 | 5,875 | 5,505 | 3,078 |
| Other assets | 78,086 | 75,908 | 76,657 | 75,131 | 77,828 |
| Total assets | $ 3,127,191 | $ 3,101,150 | $ 2,973,494 | $ 2,969,258 | $ 3,007,425 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | | |
| Accounts payable and accrued expenses | $ 317,620 | $ 247,815 | $ 237,808 | $ 227,429 | $ 253,163 |
| Income taxes payable | 1,368 | 889 | 676 | 1,859 | 1,243 |
| Total current liabilities | 318,988 | 248,704 | 238,484 | 229,288 | 254,406 |
| Long-term debt, net of current portion | 1,200,000 | 1,240,000 | 1,195,000 | 1,195,000 | 1,205,000 |
| Other liabilities | 126,703 | 110,153 | 40,380 | 45,954 | 45,512 |
| Total liabilities | 1,645,691 | 1,598,857 | 1,473,864 | 1,470,242 | 1,504,918 |
| Commitments and contingencies | | | | | |
| Common stock - $0.01 par value | 1,168 | 1,165 | 1,164 | 1,163 | 1,159 |
| Additional paid-in capital | 1,748,303 | 1,739,240 | 1,734,404 | 1,729,807 | 1,725,363 |
| Accumulated deficit | (267,971) | (238,112) | (235,938) | (231,954) | (224,015) |
| Total stockholders' equity | 1,481,500 | 1,502,293 | 1,499,630 | 1,499,016 | 1,502,507 |
| Total liabilities and stockholders' equity | $ 3,127,191 | $ 3,101,150 | $ 2,973,494 | $ 2,969,258 | $ 3,007,425 |

CONFIDENTIAL

CORECIVIC_0394420

**CONSOLIDATED STATEMENTS OF OPERATIONS**

(Unaudited and amounts in thousands, except per share amounts)

| | For the Three Months Ended December 31, | | For the Twelve Months Ended December 31, | |
|---|---|---|---|---|
| | **2014** | **2013** | **2014** | **2013** |
| **REVENUE:** | | | | |
| Owned & controlled properties | $ 368,087 | $ 354,938 | $ 1,409,597 | $ 1,390,032 |
| Managed only and other | 55,390 | 76,165 | 237,270 | 304,265 |
| Total revenue | 423,477 | 431,103 | 1,646,867 | 1,694,297 |
| **EXPENSES:** | | | | |
| Operating: | | | | |
| Owned & controlled properties | 246,943 | 245,154 | 933,217 | 942,497 |
| Managed only and other | 51,490 | 71,485 | 222,918 | 277,854 |
| Total operating expenses | 298,433 | 316,639 | 1,156,135 | 1,220,351 |
| General and administrative | 26,843 | 23,428 | 106,429 | 103,590 |
| Depreciation and amortization | 28,512 | 29,489 | 113,925 | 112,692 |
| Asset impairments | 27,844 | 5,528 | 30,082 | 6,513 |
| | 381,632 | 375,084 | 1,406,571 | 1,443,146 |
| **OPERATING INCOME** | 41,845 | 56,019 | 240,296 | 251,151 |
| **OTHER (INCOME) EXPENSE:** | | | | |
| Interest expense, net | 10,447 | 10,270 | 39,535 | 45,126 |
| Expenses associated with debt refinancing transactions | - | - | - | 36,528 |
| Other (income) expense | (61) | 20 | (1,204) | (100) |
| | 10,386 | 10,290 | 38,331 | 81,554 |
| **INCOME FROM CONTINUING OPERATIONS BEFORE INCOME TAXES** | 31,459 | 45,729 | 201,965 | 169,597 |
| Income tax (expense) benefit | (1,453) | 1,742 | (6,943) | 134,995 |
| **INCOME FROM CONTINUING OPERATIONS** | 30,006 | 47,471 | 195,022 | 304,592 |
| Loss from discontinued operations, net of taxes | - | - | - | (3,757) |
| **NET INCOME** | $ 30,006 | $ 47,471 | $ 195,022 | $ 300,835 |
| **BASIC EARNINGS PER SHARE** | $ 0.26 | $ 0.41 | $ 1.68 | $ 2.74 |
| **DILUTED EARNINGS PER SHARE** | $ 0.25 | $ 0.41 | $ 1.66 | $ 2.70 |

CONFIDENTIAL

CORECIVIC_0394421

**RECONCILIATION OF BASIC TO DILUTED EARNINGS PER SHARE**

(Unaudited and amounts in thousands, except per share amounts)

| | For the Three Months Ended December 31, | | | | For the Twelve Months Ended December 31, | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2014 | | 2013 | | 2014 | | 2013 |
| **Basic:** | | | | | | | | |
| Income from continuing operations | $ | 30,006 | $ | 47,471 | $ | 195,022 | $ | 304,592 |
| Loss from discontinued operations, net of taxes | | - | | - | | - | | (3,757) |
| Net income | $ | 30,006 | $ | 47,471 | $ | 195,022 | $ | 300,835 |
| **Diluted:** | | | | | | | | |
| Income from continuing operations | $ | 30,006 | $ | 47,471 | $ | 195,022 | $ | 304,592 |
| Loss from discontinued operations, net of taxes | | - | | - | | - | | (3,757) |
| Diluted net income | $ | 30,006 | $ | 47,471 | $ | 195,022 | $ | 300,835 |
| | | | | | | | | |
| **Basic:** | | | | | | | | |
| Weighted average common shares outstanding | | 116,607 | | 115,879 | | 116,375 | | 110,024 |
| Unvested restricted common stock | | (250) | | (395) | | (266) | | (407) |
| Weighted average common shares outstanding-basic | | 116,357 | | 115,484 | | 116,109 | | 109,617 |
| **Diluted:** | | | | | | | | |
| Weighted average common shares outstanding-basic | | 116,357 | | 115,484 | | 116,109 | | 109,617 |
| Effect of dilutive securities: | | | | | | | | |
| Stock options | | 895 | | 1,111 | | 895 | | 1,279 |
| Restricted stock-based compensation | | 443 | | 441 | | 308 | | 354 |
| Weighted average shares and assumed conversions-diluted | | 117,695 | | 117,036 | | 117,312 | | 111,250 |
| | | | | | | | | |
| **Basic earnings per share:** | | | | | | | | |
| Income from continuing operations | $ | 0.26 | $ | 0.41 | $ | 1.68 | $ | 2.77 |
| Loss from discontinued operations, net of taxes | | - | | - | | - | | (0.03) |
| Net income | $ | 0.26 | $ | 0.41 | $ | 1.68 | $ | 2.74 |
| **Diluted earnings per share:** | | | | | | | | |
| Income from continuing operations | $ | 0.25 | $ | 0.41 | $ | 1.66 | $ | 2.73 |
| Loss from discontinued operations, net of taxes | | - | | - | | - | | (0.03) |
| Net income | $ | 0.25 | $ | 0.41 | $ | 1.66 | $ | 2.70 |

CONFIDENTIAL

CORECIVIC_0394422

# CALCULATION OF ADJUSTED DILUTED EARNINGS PER SHARE

(Unaudited and amounts in thousands, except per share amounts)

| | For the Three Months Ended December 31, | | For the Twelve Months Ended December 31, | |
|---|---|---|---|---|
| | 2014 | 2013 | 2014 | 2013 |
| Net Income | $ 30,006 | $ 47,471 | $ 195,022 | $ 300,835 |
| Special items: | | | | |
| Expenses associated with debt refinancing transactions, net | - | - | - | 33,299 |
| Expenses associated with REIT conversion, net | - | 370 | - | 9,522 |
| Expenses associated with mergers and acquisitions, net | - | 95 | - | 713 |
| Asset impairments, net | 27,727 | 3,840 | 29,962 | 6,736 |
| Income tax benefit for reversal of deferred taxes due to REIT conversion | - | - | - | (137,686) |
| Diluted adjusted net income | $ 57,733 | $ 51,776 | $ 224,984 | $ 213,419 |
| | | | | |
| Weighted average common shares outstanding - basic | 116,357 | 115,484 | 116,109 | 109,617 |
| Effect of dilutive securities: | | | | |
| Stock options | 895 | 1,111 | 895 | 1,279 |
| Restricted stock-based compensation | 443 | 441 | 308 | 354 |
| Weighted average shares and assumed conversions - diluted | 117,695 | 117,036 | 117,312 | 111,250 |
| | | | | |
| Non-GAAP Adjustment [1]: | | | | |
| Shares issued in Special Dividend | - | - | - | 13,876 |
| Weighted average impact | - | - | - | (8,592) |
| Pro forma weighted average shares and assumed conversions - diluted | 117,695 | 117,036 | 117,312 | 116,534 |
| | | | | |
| Adjusted Diluted Earnings Per Share | $ 0.49 | $ 0.44 | $ 1.92 | $ 1.92 |
| Pro forma Adjusted Diluted Earnings Per Share | $ 0.49 | $ 0.44 | $ 1.92 | $ 1.83 |

Note 1: On May 20, 2013, CCA paid a special dividend in connection with its conversion to a REIT. The shareholders were allowed to elect to receive their payment of the special dividend either in all cash, all shares of CCA common stock, or a combination of cash and CCA common stock, except that CCA placed a limit on the aggregate amount of cash payable to the shareholders. Under ASC 505, "Equity" and ASU 2010-01, "Accounting for Distributions to Shareholders with Components of Stock and Cash, a consensus of the FASB Emerging Issues Task Force", a distribution that allows shareholders to elect to receive cash or stock with a potential limitation on the total amount of cash that all shareholders can elect to receive in the aggregate is considered a share issuance that is reflected in per share results prospectively. As such, the stock portion of the special dividend is presented prospectively in basic and diluted per share results and was not presented retroactively for all periods presented as it would, for example, with a stock split or a stock dividend. As a result, CCA believes investors would benefit from seeing the operating performance for the comparable periods accounting for the effect of the special dividend in both periods. Therefore, for comparison purposes, CCA has presented per share results on a pro forma basis as if the shares issued in the special dividend were issued as of the beginning of the periods presented.

CONFIDENTIAL

CORECIVIC_0394423

# FUNDS FROM OPERATIONS

(Unaudited and amounts in thousands, except per share amounts)

| | For the Three Months Ended December 31, | | For the Twelve Months Ended December 31, | |
| --- | --- | --- | --- | --- |
| | 2014 | 2013 | 2014 | 2013 |
| **FUNDS FROM OPERATIONS:** | | | | |
| Net income | $ 30,006 | $ 47,471 | $ 195,022 | $ 300,835 |
| Depreciation of real estate assets | 21,640 | 20,974 | 85,560 | 80,990 |
| Depreciation of real estate assets for discontinued operations | - | - | - | 323 |
| Impairment of real estate assets, net | 27,608 | - | 29,843 | - |
| Funds From Operations | $ 79,254 | $ 68,445 | $ 310,425 | $ 382,148 |
| Expenses associated with debt refinancing transactions, net | - | - | - | 33,299 |
| Expenses associated with REIT conversion, net | - | 370 | - | 9,522 |
| Expenses associated with mergers and acquisitions, net | - | 95 | - | 713 |
| Goodwill and other impairments, net | 119 | 3,840 | 119 | 6,736 |
| Income tax benefit for reversal of deferred taxes due to REIT conversion | - | - | - | (137,686) |
| Normalized Funds From Operations | $ 79,373 | $ 72,750 | $ 310,544 | $ 294,732 |
| Maintenance capital expenditures on real estate assets | (6,901) | (7,890) | (25,481) | (21,005) |
| Stock-based compensation | 3,537 | 3,263 | 13,975 | 12,938 |
| Amortization of debt costs and other non-cash interest | 777 | 769 | 3,102 | 3,509 |
| Other non-cash revenue and expenses | (16) | - | (64) | - |
| Adjusted Funds From Operations | $ 76,770 | $ 68,892 | $ 302,076 | $ 290,174 |
| **NORMALIZED FUNDS FROM OPERATIONS PER SHARE:** | | | | |
| Basic | $ 0.68 | $ 0.63 | $ 2.67 | $ 2.69 |
| Diluted | $ 0.67 | $ 0.62 | $ 2.65 | $ 2.65 |
| Pro forma Diluted [1] | $ 0.67 | $ 0.62 | $ 2.65 | $ 2.53 |
| **ADJUSTED FUNDS FROM OPERATIONS PER SHARE:** | | | | |
| Basic | $ 0.66 | $ 0.60 | $ 2.60 | $ 2.65 |
| Diluted | $ 0.65 | $ 0.59 | $ 2.57 | $ 2.61 |
| Pro forma Diluted [1] | $ 0.65 | $ 0.59 | $ 2.57 | $ 2.49 |

FFO and AFFO are widely accepted non-GAAP supplemental measures of REIT performance following the standards established by the National Association of Real Estate Investment Trusts (NAREIT). CCA believes that FFO and AFFO are important operating measures that supplement discussion and analysis of the Company's results of operations and are used to review and assess operating performance of the Company and its correctional facilities and their management teams. NAREIT defines FFO as net income computed in accordance with generally accepted accounting principles, excluding gains (or losses) from sales of property and extraordinary items, plus depreciation and amortization of real estate and impairment of depreciable real estate. Because the historical cost accounting convention used for real estate assets requires depreciation (except on land), this accounting presentation assumes that the value of real estate assets diminishes at a level rate over time. Because of the unique structure, design and use of the Company's correctional facilities, management believes that assessing performance of the Company's correctional facilities without the impact of depreciation or amortization is useful. CCA may make adjustments to FFO from time to time for certain other income and expenses that it considers non-recurring, infrequent or unusual, even though such items may require cash settlement, because such items do not reflect a necessary component of the ongoing operations of the Company. Normalized FFO excludes the effects of such items. CCA calculates AFFO by adding to Normalized FFO non-cash expenses such as the amortization of deferred financing costs and stock-based compensation, and by subtracting from Normalized FFO recurring real estate expenditures that are capitalized and then amortized, but which are necessary to maintain a REIT's properties and its revenue stream. Some of these capital expenditures contain a discretionary element with respect to when they are incurred, while others may be more urgent. Therefore, these capital expenditures may fluctuate from quarter to quarter, depending on the nature of the expenditures required, seasonal factors such as weather, and budgetary conditions. Other companies may calculate FFO, Normalized FFO, and AFFO differently than the Company does, or adjust for other items, and therefore comparability may be limited. FFO, Normalized FFO, and AFFO and their corresponding per share measures are not measures of performance under GAAP, and should not be considered as an alternative to cash flows from operating activities, a measure of liquidity or an alternative to net income as indicators of the Company's operating performance or any other measure of performance derived in accordance with GAAP. This data should be read in conjunction with the Company's consolidated financial statements and related notes included in its filings with the Securities and Exchange Commission.

(1) See Note 1 on page 5.

Case 3:16-cv-02267   Document 360-9   Filed 11/20/20   Page 9 of 22 PageID #: 13790

**SELECTED FINANCIAL INFORMATION**
(Unaudited and amounts in thousands, except per share amounts)

| | December 31, 2014 | September 30, 2014 | June 30, 2014 | March 31, 2014 | December 31, 2013 |
|---|---|---|---|---|---|
| **BALANCE SHEET:** | | | | | |
| Property and equipment | $ 3,810,052 | $ 3,763,027 | $ 3,662,895 | $ 3,644,073 | $ 3,626,846 |
| Accumulated depreciation and amortization | (1,151,424) | (1,148,763) | (1,123,899) | (1,100,603) | (1,080,233) |
| Property and equipment, net | $ 2,658,628 | $ 2,614,264 | $ 2,538,996 | $ 2,543,470 | $ 2,546,613 |
| Assets held for sale | $ - | $ 4,145 | $ - | $ - | $ - |
| Total assets | $ 3,127,191 | $ 3,101,150 | $ 2,973,494 | $ 2,969,258 | $ 3,007,425 |
| Maintenance & technology capital expenditures for the quarter ended | $ 17,792 | $ 10,571 | $ 9,671 | $ 11,144 | $ 21,336 |
| Total debt | $ 1,200,000 | $ 1,240,000 | $ 1,195,000 | $ 1,195,000 | $ 1,205,000 |
| Equity book value | $ 1,481,500 | $ 1,502,293 | $ 1,499,630 | $ 1,499,016 | $ 1,502,507 |
| **LIQUIDITY:** | | | | | |
| Cash and cash equivalents | $ 74,393 | $ 48,847 | $ 46,615 | $ 52,681 | $ 77,919 |
| Availability under revolving credit facility | $ 358,729 | $ 318,729 | $ 363,729 | $ 355,082 | $ 344,957 |
| **CAPITALIZATION:** | | | | | |
| Common shares outstanding | 116,764 | 116,476 | 116,413 | 116,339 | 115,923 |
| Common share price at end of period | 36.34 | 34.36 | 32.85 | 31.32 | 32.07 |
| Market value of common equity at end of period | $ 4,243,204 | $ 4,002,115 | $ 3,824,167 | $ 3,643,737 | $ 3,717,651 |
| Total equity market capitalization | $ 4,243,204 | $ 4,002,115 | $ 3,824,167 | $ 3,643,737 | $ 3,717,651 |
| Total market capitalization (market value of equity plus debt) | $ 5,443,204 | $ 5,242,115 | $ 5,019,167 | $ 4,838,737 | $ 4,922,651 |
| Regular Dividends | $ 59,896 | $ 59,750 | $ 59,743 | $ 59,697 | $ 55,887 |
| Dividends per common share | $ 0.51 | $ 0.51 | $ 0.51 | $ 0.51 | $ 0.48 |
| Annualized dividend yield | 5.6% | 5.9% | 6.2% | 6.5% | 6.0% |
| **EBITDA** | $ 70,418 | $ 98,270 | $ 94,900 | $ 91,837 | $ 85,488 |
| **ADJUSTED EBITDA** | $ 98,262 | $ 98,270 | $ 97,138 | $ 91,837 | $ 91,526 |
| **NORMALIZED FUNDS FROM OPERATIONS** | $ 79,373 | $ 78,958 | $ 79,398 | $ 72,815 | $ 72,750 |
| Basic normalized funds from operations per share | $ 0.68 | $ 0.68 | $ 0.68 | $ 0.63 | $ 0.63 |
| Diluted normalized funds from operations per share | $ 0.67 | $ 0.67 | $ 0.68 | $ 0.62 | $ 0.62 |
| **FFO PAYOUT RATIO** | 76.1% | 76.1% | 75.0% | 82.3% | 77.4% |
| **ADJUSTED FUNDS FROM OPERATIONS** | $ 76,770 | $ 77,602 | $ 79,569 | $ 68,135 | $ 68,892 |
| Basic adjusted funds from operations per share | $ 0.66 | $ 0.67 | $ 0.69 | $ 0.59 | $ 0.60 |
| Diluted adjusted funds from operations per share | $ 0.65 | $ 0.66 | $ 0.68 | $ 0.58 | $ 0.59 |
| **AFFO PAYOUT RATIO** | 78.5% | 77.3% | 75.0% | 87.9% | 81.4% |

Case 3:16-cv-02267    Document 360-9    Filed 11/20/20    Page 10 of 22 PageID #: 13791

CONFIDENTIAL

CORECIVIC_0394425

**SELECTED FINANCIAL INFORMATION**

(Unaudited and amounts in thousands, except per share amounts)

| | For the Three Months Ended December 31, 2014 | 2013 | For the Twelve Months Ended December 31, 2014 | 2013 |
|---|---|---|---|---|
| Number of days per period | 92 | 92 | 365 | 365 |
| **ALL FACILITIES:** | | | | |
| Average available beds | 81,488 | 87,380 | 82,942 | 88,894 |
| Average compensated occupancy | 82.2% | 84.9% | 83.8% | 85.2% |
| Total compensated man-days | 6,159,733 | 6,823,061 | 25,380,787 | 27,629,699 |
| Revenue per compensated man-day | $ 67.27 | $ 60.60 | $ 63.54 | $ 60.57 |
| Operating expenses per compensated man-day: (1) | | | | |
| Fixed expense | 34.77 | 31.65 | 33.06 | 32.48 |
| Variable expense | 12.87 | 10.78 | 11.60 | 10.26 |
| Total | 47.64 | 42.43 | 44.66 | 42.74 |
| Operating income per compensated man-day | $ 19.63 | $ 18.17 | $ 18.88 | $ 17.83 |
| Operating margin | 29.2% | 30.0% | 29.7% | 29.4% |
| **DEPRECIATION AND AMORTIZATION:** | | | | |
| Depreciation expense on real estate | 21,640 | 20,974 | 85,560 | 80,990 |
| Other depreciation expense | 6,883 | 8,526 | 28,409 | 31,799 |
| Amortization of intangibles | (11) | (11) | (44) | (97) |
| Depreciation and amortization | $ 28,512 | $ 29,489 | $ 113,925 | $ 112,692 |
| **NET OPERATING INCOME:** | | | | |
| Revenue | | | | |
| Owned & controlled properties | $ 368,087 | $ 354,938 | $ 1,409,597 | $ 1,390,032 |
| Managed only and other | 55,390 | 76,165 | 237,270 | 304,265 |
| Total revenues | 423,477 | 431,103 | 1,646,867 | 1,694,297 |
| Operating Expenses | | | | |
| Owned & controlled properties | 246,943 | 245,154 | 933,217 | 942,497 |
| Managed only and other | 51,490 | 71,485 | 222,918 | 277,854 |
| Total operating expenses | 298,433 | 316,639 | 1,156,135 | 1,220,351 |
| Facility Net Operating Income | | | | |
| Owned & controlled properties | 121,144 | 109,784 | 476,380 | 447,535 |
| Managed only and other | 3,900 | 4,680 | 14,352 | 26,411 |
| Total net operating income | $ 125,044 | $ 114,464 | $ 490,732 | $ 473,946 |

(1) The calculations of expenses per man-day for the three and twelve months ended December 31, 2013 and the twelve months ended December 31, 2014 exclude expenses incurred during the fourth quarter of 2013 and the first six months of 2014, respectively, for the Diamondback facility because of the distorted impact they have on the statistics. The expenses were incurred in connection with the activation of the facility in anticipation of a new contract. In April 2014, the decision was made to once again idle the facility in the absence of a definitive customer contract. The de-activation was completed near the end of the second quarter of 2014. In addition, the calculations of revenue and expenses per compensated man-day for 2013 exclude revenues (and compensated man-days) earned and expenses incurred during the fourth quarter of 2013 for the Red Rock facility because of the distorted impact they have on the statistics due to the transition to a new contract.

CONFIDENTIAL

CORECIVIC_0394426

## SEGMENTED DATA

(Unaudited and amounts in thousands, except per share amounts)

| | For the Three Months Ended December 31, | | For the Twelve Months Ended December 31, | |
|---|---|---|---|---|
| | 2014 | 2013 | 2014 | 2013 |
| **OWNED AND MANAGED FACILITIES:** | | | | |
| Corrections revenue | $ 359,945 | $ 337,808 | $ 1,379,986 | $ 1,372,059 |
| Operating expenses: | | | | |
| Fixed expense | 179,253 | 172,147 | 692,317 | 709,454 |
| Variable expense | 66,461 | 55,944 | 236,540 | 215,318 |
| Total | 245,714 | 228,091 | 928,857 | 924,772 |
| Facility net operating income | $ 114,231 | $ 109,717 | $ 451,129 | $ 447,287 |
| Average available beds | 66,052 | 66,074 | 66,179 | 67,588 |
| Average compensated occupancy | 79.1% | 81.2% | 81.0% | 81.6% |
| Total compensated man-days | 4,809,522 | 4,938,053 | 19,561,238 | 20,120,004 |
| Revenue per compensated man-day | $ 74.84 | $ 68.41 | $ 70.55 | $ 68.19 |
| Operating expenses per compensated man-day (1) | | | | |
| Fixed | 37.27 | 33.87 | 35.25 | 35.02 |
| Variable | 13.82 | 11.16 | 12.09 | 10.66 |
| Total | 51.09 | 45.03 | 47.34 | 45.68 |
| Operating income per compensated man-day | $ 23.75 | $ 23.38 | $ 23.21 | $ 22.51 |
| Operating margin | 31.7% | 34.2% | 32.9% | 33.0% |
| **MANAGED ONLY FACILITIES:** | | | | |
| Corrections revenue | $ 54,439 | $ 75,700 | $ 232,685 | $ 301,454 |
| Operating expenses: | | | | |
| Fixed expense | 34,935 | 48,752 | 149,422 | 192,817 |
| Variable expense | 12,839 | 18,421 | 57,933 | 69,086 |
| Total | 47,774 | 67,173 | 207,355 | 261,903 |
| Facility net operating income | $ 6,665 | $ 8,527 | $ 25,330 | $ 39,551 |
| Average available beds | 15,436 | 21,306 | 16,763 | 21,306 |
| Average compensated occupancy | 95.1% | 96.2% | 95.1% | 96.6% |
| Total compensated man-days | 1,350,211 | 1,885,008 | 5,819,549 | 7,509,695 |
| Revenue per compensated man-day | $ 40.32 | $ 40.16 | $ 39.98 | $ 40.14 |
| Operating expenses per compensated man-day: | | | | |
| Fixed expense | 25.87 | 25.86 | 25.68 | 25.68 |
| Variable expense | 9.51 | 9.77 | 9.95 | 9.20 |
| Total | 35.38 | 35.63 | 35.63 | 34.88 |
| Operating income per compensated man-day | $ 4.94 | $ 4.53 | $ 4.35 | $ 5.26 |
| Operating margin | 12.3% | 11.3% | 10.9% | 13.1% |

(1) The calculations of expenses per man-day for the three and twelve months ended December 31, 2013 and the twelve months ended December 31, 2014 exclude expenses incurred during the fourth quarter of 2013 and the first six months of 2014, respectively, for the Diamondback facility because of the distorted impact they have on the statistics. The expenses were incurred in connection with the activation of the facility in anticipation of a new contract. In April 2014, the decision was made to once again idle the facility in the absence of a definitive customer contract. The de-activation was completed near the end of the second quarter of 2014. In addition, the calculations of revenue and expenses per compensated man-day for 2013 exclude revenues (and compensated man-days) earned and expenses incurred during the fourth quarter of 2013 for the Red Rock facility because of the distorted impact they have on the statistics due to the transition to a new contract.

CONFIDENTIAL

CORECIVIC_0394427

# ANALYSIS OF OUTSTANDING DEBT
(Unaudited and amounts in thousands)

| | Outstanding Balance 12/31/2013 | Outstanding Balance 12/31/2014 | Stated Interest Rate | Effective Interest Rate [1] | Maturity Date | Callable/ Redeemable |
|---|---|---|---|---|---|---|
| **Fixed Rate:** | | | | | | |
| $350 Million Senior Notes | $ 350,000 | $ 350,000 | 4.625% | 4.80% | May 2023 | Prior to February 1, 2023, redeemable at a "make-whole" redemption price, plus accrued and unpaid interest; thereafter the notes are redeemable at 100% of the aggregate principal amount plus accrued and unpaid interest. |
| $325 Million Senior Notes | 325,000 | 325,000 | 4.125% | 4.38% | April 2020 | Prior to January 1, 2020, redeemable at a "make-whole" redemption price, plus accrued and unpaid interest; thereafter the notes are redeemable at 100% of the aggregate principal amount plus accrued and unpaid interest. |
| Total Fixed Rate Debt | 675,000 | 675,000 | | | | |
| **Floating Rate:** | | | | | | |
| Revolving Credit Facility | 530,000 | 525,000 | 2.15% | 2.42% [2] | December 2017 | |
| Grand Total Debt | $ 1,205,000 | $ 1,200,000 | 3.35% | 3.60% | 5.16 [3] | |

[1] Includes amortization of debt issuance costs.

[2] During March 2013, the Company amended and extended the revolving credit facility to an aggregate capacity of $900.0 million with a maturity of December 2017. The Company also has $16.3 million of letters of credit outstanding under a sub-facility reducing the available capacity under the revolving credit facility to $358.7 million as of December 31, 2014. The Revolving Credit facility currently bears interest at LIBOR plus a margin of 1.75%.

[3] Represents the weighted average debt maturity in years.

**Debt Maturity Schedule at December 31, 2014:**

| Year | Total Debt Maturing | % of Debt Maturing | % of Debt Maturing |
|---|---|---|---|
| 2015 | $ - | 0.00% | 0.00% |
| 2016 | - | 0.00% | 0.00% |
| 2017 | 525,000 | 43.75% | 43.75% |
| 2018 | - | 0.00% | 43.75% |
| 2019 | - | 0.00% | 43.75% |
| Thereafter | 675,000 | 56.25% | 100.00% |
| | $ 1,200,000 | 100.00% | |

Debt Maturity (in millions): $525 (2017), $325 (2020), $350 (2023)

CONFIDENTIAL

CORECIVIC_0394428

Case 3:16-cv-02267 Document 360-9 Filed 11/20/20 Page 13 of 22 PageID #: 13794

# SELECTED OPERATING RATIOS

(Unaudited and amounts in thousands, except per share amounts)

| | For the Three Months Ended December 31, | | For the Twelve Months Ended December 31, | |
|---|---|---|---|---|
| | 2014 | 2013 | 2014 | 2013 |
| **COVERAGE RATIOS:** | | | | |
| Interest coverage ratio (Adjusted EBITDA/Interest incurred) (x) | 9.0x | 8.9x | 9.1x | 8.6x |
| Fixed charge coverage ratio (Adjusted EBITDA/(Interest incurred + Scheduled prin pmts)) (x) | 9.0x | 8.9x | 9.1x | 8.6x |
| Senior debt coverage ratio (Senior debt/Annualized Adjusted EBITDA) (x) | 3.1x | 3.3x | 3.1x | 3.2x |
| Total debt coverage ratio (Total debt/Annualized Adjusted EBITDA) (x) | 3.1x | 3.3x | 3.1x | 3.2x |
| Accounts receivable turnover (Annualized revenues/Accounts receivable) (x) | 6.8x | 7.0x | 6.6x | 6.9x |
| **DEBT/EQUITY RATIOS:** | | | | |
| Total debt/Total market capitalization | 22.0% | 24.5% | 22.0% | 24.5% |
| Total debt/Equity market capitalization | 28.3% | 32.4% | 28.3% | 32.4% |
| Total debt/Book equity capitalization | 81.0% | 80.2% | 81.0% | 80.2% |
| Total debt/Gross book value of real estate assets | 31.5% | 33.2% | 31.5% | 33.2% |
| **RETURN ON INVESTMENT RATIOS:** | | | | |
| Annualized return on operating real estate investments | | | | |
| (Annualized Adjusted EBITDA/Average operating real estate investments (undepreciated book value)*) | 10.4% | 10.1% | 10.4% | 10.6% |
| Annualized return on total assets | | | | |
| (Annualized Adjusted EBITDA/Average total assets (undepreciated book value)*) | 9.2% | 9.0% | 9.2% | 9.5% |
| **OVERHEAD RATIOS:** | | | | |
| Annualized general & administrative expenses (excl. non-recurring costs)/Average total assets (undepreciated book value)* | 2.5% | 2.3% | 2.5% | 2.3% |
| General & administrative expenses (excluding non-recurring costs)/Total revenues | 6.3% | 5.3% | 6.5% | 5.5% |
| **INTEREST EXPENSE, NET:** | | | | |
| Interest income from continuing operations | $ (427) | $ (482) | $ (3,614) | $ (1,979) |
| Interest incurred | 10,958 | 10,315 | 42,572 | 44,432 |
| Amortization of debt costs and other non-cash interest | 777 | 769 | 3,102 | 3,509 |
| Capitalized interest | (861) | (332) | (2,525) | (836) |
| Interest expense, net | $ 10,447 | $ 10,270 | $ 39,535 | $ 45,126 |
| **EBITDA CALCULATION:** | | | | |
| Net income | $ 30,006 | $ 47,471 | $ 195,022 | $ 300,835 |
| Interest expense, net | 10,447 | 10,270 | 39,535 | 45,126 |
| Depreciation and amortization | 28,512 | 29,489 | 113,925 | 112,692 |
| Income tax expense (benefit) | 1,453 | (1,742) | 6,943 | (134,995) |
| (Income) loss from discontinued operations, net of taxes | - | - | - | 3,757 |
| EBITDA | 70,418 | 85,488 | 355,425 | 327,415 |
| Expenses associated with debt refinancing transactions | - | - | - | 36,528 |
| Expenses associated with REIT conversion | - | 406 | - | 10,267 |
| Expenses associated with mergers and acquisitions | - | 104 | - | 771 |
| Asset impairments | 27,844 | 5,528 | 30,082 | 6,513 |
| ADJUSTED EBITDA | $ 98,262 | $ 91,526 | $ 385,507 | $ 381,494 |

*Calculated as a simple average (beginning of period plus end of period divided by 2)

CONFIDENTIAL

CORECIVIC_0394429

**PARTNER INFORMATION**
(Unaudited)

| | CONTRACT RETENTION | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | TOTAL |
| **OWNED AND MANAGED:** | | | | | | | |
| # of Contracts up for Renewal | 35 | 26 | 27 | 22 | 28 | 22 | 160 |
| # of Contracts Retained | 30 | 23 | 27 | 21 | 25 | 22 | 148 |
| Retention Rate | 85.7% | 88.5% | 100.0% | 95.5% | 89.3% | 100.0% | 92.5% |
| **MANAGED ONLY:** | | | | | | | |
| # of Contracts up for Renewal | 13 | 13 | 10 | 7 | 13 | 7 | 63 |
| # of Contracts Retained | 13 | 11 | 10 | 6 | 11 | 4 | 55 |
| Retention Rate | 100.0% | 84.6% | 100.0% | 85.7% | 84.6% | 57.1% | 87.3% |
| **TOTAL RETENTION RATE** | 89.6% | 87.2% | 100.0% | 93.1% | 87.8% | 89.7% | 91.0% |

**TOP TEN PARTNERS**
Percentage of Revenue for the Twelve Months Ended December 31, 2014



- United States Marshals
- California (1)
- United States Immigration and Customs Enforcement
- Bureau of Prisons
- Georgia
- Tennessee
- Colorado
- Oklahoma
- Texas
- Hawaii
- Other

(1) California revenues include rental revenue generated at the California City facility under a lease agreement with the California Department of Corrections and Rehabilitation.

CONFIDENTIAL

CORECIVIC_0394430

FACILITY PORTFOLIO

| Facility Name | Year Constructed/ Acquired (A) | Primary Customer | Design Capacity (B) | Security Level | Facility Type (C) | Term | Remaining Renewal Options (D) | Compensated Occupancy % for the Quarter ended 12/31/14 |
|---|---|---|---|---|---|---|---|---|
| **Owned and Managed Facilities:** | | | | | | | | |
| Central Arizona Detention Center Florence, Arizona | 1994, 1998 | USMS | 2,304 | Multi | Detention | Sep-18 | (2) 5 year | 135.28% |
| Eloy Detention Center Eloy, Arizona | 1995, 1996 | ICE | 1,500 | Medium | Detention | Indefinite | - | 89.83% |
| Florence Correctional Center Florence, Arizona | 1999, 2004 | USMS | 1,824 | Multi | Detention | Sep-18 | (2) 5 year | 99.71% |
| La Palma Correctional Center Eloy, Arizona | 2008 | State of California | 3,060 | Medium | Correctional | Jun-16 | Indefinite | 98.85% |
| Red Rock Correctional Center (E) Eloy, Arizona | 2006 | State of Arizona | 1,596 | Medium | Correctional | Jan-24 | (2) 5 year | 31.10% |
| Saguaro Correctional Facility Eloy, Arizona | 2007 | State of Hawaii | 1,896 | Medium | Correctional | Jun-15 | (1) 1 year | 73.58% |
| CAI Boston Avenue San Diego, California | 2013 | BOP | 120 | Non-secure | Community Corrections | May-15 | (1) 1 year | 100.93% |
| CAI Ocean View San Diego, California | 2013 | County of San Diego | 483 | Non-secure | Community Corrections | Jun-15 | (2) 1 year | 81.36% |
| San Diego Correctional Facility (F) San Diego, California | 1999, 2000 | ICE | 1,154 | Minimum/ Medium | Detention | Jun-17 | (2) 3 year | 84.46% |
| Bent County Correctional Facility Las Animas, Colorado | 1992, 1997, 2008 | State of Colorado | 1,420 | Medium | Correctional | Jun-16 | - | 98.38% |
| Crowley County Correctional Facility Olney Springs, Colorado | 2003, 2004 | State of Colorado | 1,794 | Medium | Correctional | Jun-16 | - | 79.03% |
| Huerfano County Correctional Center Walsenburg, Colorado | 1997 | - | 752 | Medium | Correctional | - | - | 0.00% |
| Kit Carson Correctional Center Burlington, Colorado | 1998, 2008 | State of Colorado | 1,488 | Medium | Correctional | Jun-16 | - | 46.93% |
| Coffee Correctional Facility (G) Nicholls, Georgia | 1998, 1999, 2010 | State of Georgia | 2,312 | Medium | Correctional | Jun-15 | (19) 1 year | 112.56% |
| Jenkins Correctional Center (G) Millen, Georgia | 2012 | State of Georgia | 1,124 | Medium | Correctional | Jun-15 | (20) 1 year | 101.49% |
| McRae Correctional Facility McRae, Georgia | 2000, 2002, 2012 | BOP | 1,978 | Medium | Correctional | Nov-16 | (3) 2 year | 99.57% |

CONFIDENTIAL

CORECIVIC_0394431

# FACILITY PORTFOLIO

| Facility Name | Year Constructed/ Acquired (A) | Primary Customer | Design Capacity (B) | Security Level | Facility Type (C) | Term | Remaining Renewal Options (D) | Compensated Occupancy % for the Quarter ended 12/31/14 |
|---|---|---|---|---|---|---|---|---|
| Stewart Detention Center<br>Lumpkin, Georgia | 2004 | ICE | 1,752 | Medium | Detention | Indefinite | - | 87.24% |
| Wheeler Correctional Facility (G)<br>Alamo, Georgia | 1998, 1999, 2010 | State of Georgia | 2,312 | Medium | Correctional | Jun-15 | (19) 1 year | 115.07% |
| Leavenworth Detention Center<br>Leavenworth, Kansas | 1992, 2000, 2004, 2008 | USMS | 1,033 | Maximum | Detention | Dec-16 | (2) 5 year | 88.81% |
| Lee Adjustment Center<br>Beattyville, Kentucky | 1998 | State of Vermont | 816 | Minimum/ Medium | Correctional | Jun-15 | - | 52.81% |
| Marion Adjustment Center<br>St. Mary, Kentucky | 1998 | - | 826 | Minimum/ Medium | Correctional | - | - | 0.00% |
| Otter Creek Correctional Center (H)<br>Wheelwright, Kentucky | 1998 | - | 656 | Minimum/ Medium | Correctional | - | - | 0.00% |
| Prairie Correctional Facility<br>Appleton, Minnesota | 1991 | - | 1,600 | Medium | Correctional | - | - | 0.00% |
| Adams County Correctional Center<br>Adams County, Mississippi | 2008 | BOP | 2,232 | Medium | Correctional | Jul-15 | (2) 2 year | 96.87% |
| Tallahatchie County Correctional Facility (I)<br>Tutwiler, Mississippi | 2000, 2007, 2008 | State of California | 2,672 | Medium | Correctional | Jun-16 | Indefinite | 99.92% |
| Crossroads Correctional Center (J)<br>Shelby, Montana | 1999 | State of Montana | 664 | Multi | Correctional | Jun-15 | (2) 2 year | 101.85% |
| Nevada Southern Detention Center<br>Pahrump, Nevada | 2010 | Office of the Federal Detention Trustee | 1,072 | Medium | Detention | Sep-15 | (3) 5 year | 72.04% |
| Elizabeth Detention Center<br>Elizabeth, New Jersey | 1963 | ICE | 300 | Minimum | Detention | Sep-15 | (6) 1 year | 95.00% |
| Cibola County Corrections Center<br>Milan, New Mexico | 1994, 1999 | BOP | 1,129 | Medium | Correctional | Sep-16 | (2) 2 year | 94.92% |
| New Mexico Women's Correctional Facility<br>Grants, New Mexico | 1989, 2000 | State of New Mexico | 596 | Multi | Correctional | Jun-15 | (1) 1 year | 120.67% |
| Torrance County Detention Facility<br>Estancia, New Mexico | 1990, 1997 | USMS | 910 | Multi | Detention | Indefinite | - | 63.08% |
| Lake Erie Correctional Institution (K)<br>Conneaut, Ohio | 2011 | State of Ohio | 1,798 | Medium | Correctional | Jun-32 | Indefinite | 97.94% |
| Northeast Ohio Correctional Center<br>Youngstown, Ohio | 1997 | BOP (L) | 2,016 | Medium | Correctional | May-15 | - | 101.81% |
| Queensgate Correctional Facility<br>Cincinnati, Ohio | 1998 | - | 850 | Medium | - | - | - | 0.00% |

CONFIDENTIAL

CORECIVIC_0394432

Case 3:16-cv-02267   Document 360-9   Filed 11/20/20   Page 17 of 22 PageID #: 13798

# FACILITY PORTFOLIO

| Facility Name | Year Constructed/ Acquired (A) | Primary Customer | Design Capacity (B) | Security Level | Facility Type (C) | Term | Remaining Renewal Options (D) | Compensated Occupancy % for the Quarter ended 12/31/14 |
|---|---|---|---|---|---|---|---|---|
| Cimarron Correctional Facility (M) Cushing, Oklahoma | 1997, 2008 | State of Oklahoma | 1,692 | Medium | Correctional | Jun-15 | (4) 1 year | 97.52% |
| Davis Correctional Facility (M) Holdenville, Oklahoma | 1996, 2008 | State of Oklahoma | 1,670 | Medium | Correctional | Jun-15 | (4) 1 year | 99.66% |
| Diamondback Correctional Facility Watonga, Oklahoma | 1998, 2000 | - | 2,160 | Medium | Correctional | - | - | 0.00% |
| North Fork Correctional Facility Sayre, Oklahoma | 1998, 2007 | State of California | 2,400 | Medium | Correctional | Jun-16 | Indefinite | 105.10% |
| West Tennessee Detention Facility Mason, Tennessee | 1990, 1996 | USMS | 600 | Multi | Detention | Sep-15 | (7) 2 year | 41.34% |
| Shelby Training Center Memphis, Tennessee | 1986, 1995 | - | 200 | Secure | - | - | - | 0.00% |
| Whiteville Correctional Facility (N) Whiteville, Tennessee | 1998 | State of Tennessee | 1,536 | Medium | Correctional | Jun-16 | - | 97.62% |
| Eden Detention Center Eden, Texas | 1995 | BOP | 1,422 | Medium | Correctional | Apr-15 | (1) 2 year | 96.93% |
| Houston Processing Center Houston, Texas | 1984, 2005 | ICE | 1,000 | Medium | Detention | Mar-15 | - | 89.06% |
| Laredo Processing Center Laredo, Texas | 1985, 1990 | ICE | 258 | Minimum/ Medium | Detention | Jun-18 | - | 104.88% |
| Webb County Detention Center Laredo, Texas | 1998 | USMS | 480 | Medium | Detention | Nov-17 | - | 71.60% |
| Mineral Wells Pre-Parole Transfer Facility Mineral Wells, Texas | 1995 | - | 2,103 | Minimum | Correctional | - | - | 0.00% |
| T. Don Hutto Residential Center Taylor, Texas | 1997 | ICE | 512 | Medium | Detention | Jan-20 | Indefinite | 97.49% |
| South Texas Family Residential Center (O) Dilley, Texas | 2014 | ICE | 480 | Non-secure | Residential | Sep-18 | - | 100.00% |
| D.C. Correctional Treatment Facility (P) Washington D.C. | 1997 | District of Columbia | 1,500 | Medium | Detention | Jan-17 | - | 41.86% |
| Total design capacity for (49 Owned and Managed Facilities) | | | 66,052 | | | | | 79.1% |

CONFIDENTIAL

CORECIVIC_0394433

Case 3:16-cv-02267   Document 360-9   Filed 11/20/20   Page 18 of 22 PageID #: 13799

# FACILITY PORTFOLIO

| Facility Name | Year Constructed/ Acquired (A) | Primary Customer | Design Capacity (B) | Security Level | Facility Type (C) | Term | Remaining Renewal Options (D) | Compensated Occupancy % for the Quarter ended 12/31/14 |
|---|---|---|---|---|---|---|---|---|
| **Managed Only Facilities:** | | | | | | | | |
| Citrus County Detention Facility Lecanto, Florida | 1992, 2007 | Citrus County, FL | 760 | Multi | Detention | Sep-15 | Indefinite | 79.48% |
| Lake City Correctional Facility Lake City, Florida | 1997, 2005 | State of Florida | 893 | Secure | Correctional | Jun-16 | Indefinite | 99.76% |
| Marion County Jail Indianapolis, Indiana | 1997, 2005 | Marion County, IN | 1,030 | Multi | Detention | Dec-17 | (1) 10 year | 99.51% |
| Winn Correctional Center Winnfield, Louisiana | 1990, 1992, 1996 | State of Louisiana | 1,538 | Medium/ Maximum | Correctional | Jun-20 | - | 102.24% |
| Silverdale Facilities Chattanooga, Tennessee | 1985, 1997, 1998, 2005, 2008 | Hamilton County, TN | 1,046 | Multi | Detention | Apr-16 | - | 89.60% |
| South Central Correctional Center Clifton, Tennessee | 1992, 1994, 1995, 2005 | State of Tennessee | 1,676 | Medium | Correctional | Jun-16 | (1) 2 year | 97.81% |
| Metro-Davidson County Detention Facility Nashville, Tennessee | 1992, 1995, 2011 | Davidson County, TN | 1,348 | Multi | Detention | Jun-20 | - | 74.37% |
| Hardeman County Correctional Facility Whiteville, Tennessee | 1997 | State of Tennessee | 2,016 | Medium | Correctional | May-17 | - | 97.20% |
| Bartlett State Jail Bartlett, Texas | 1995 | State of Texas | 1,019 | Minimum/ Medium | Correctional | Aug-15 | (1) 2 year | 99.03% |
| Bradshaw State Jail Henderson, Texas | 1995 | State of Texas | 1,980 | Minimum/ Medium | Correctional | Aug-15 | (1) 2 year | 99.02% |
| Lindsey State Jail Jacksboro, Texas | 1995 | State of Texas | 1,031 | Minimum/ Medium | Correctional | Aug-15 | (1) 2 year | 94.79% |
| Willacy State Jail Raymondville, Texas | 1995 | State of Texas | 1,069 | Minimum/ Medium | Correctional | Aug-15 | (1) 2 year | 99.94% |
| Total design capacity for Managed Only Facilities (12 Managed Only Facilities) | | | 15,436 | | | | | 95.1% |
| Total design capacity for All Owned and Managed and Managed Only Facilities as of December 31, 2014 | | | 81,488 | | | | | 82.2% |

CONFIDENTIAL
CORECIVIC_0394434

Case 3:16-cv-02267   Document 360-9   Filed 11/20/20   Page 19 of 22 PageID #: 13800

# FACILITY PORTFOLIO

## Leased Facilities:

| Facility Name | Year Constructed/ Acquired (A) | Primary Customer | Design Capacity (B) | Security Level | Facility Type (C) | Term | Remaining Renewal Options (D) | Compensated Occupancy % for the Quarter ended 12/31/14 |
|---|---|---|---|---|---|---|---|---|
| California City Correctional Center California City, California | 1999 | CDCR | 2,560 | Medium | Owned/Leased | Dec-16 | Indefinite | 100.00% |
| Leo Chesney Correctional Center Live Oak, California | 1989 | GEO Group | 240 | Minimum | Owned/Leased | Sep-15 | - | 100.00% |
| Bridgeport Pre-Parole Transfer Facility Bridgeport, Texas | 1995 | MTC | 200 | Medium | Owned/Leased | Aug-15 | (1) 2 year | 100.00% |
| Total design capacity for Leased Facilities (3 Facilities) | | | 3,000 | | | | | 100.00% |
| **Total Portfolio** | | | 84,488 | | | | | 82.8% |
| **Less Idle Facilities:** | | | (9,147) | | | | | 0.0% |
| **Total Portfolio, Excluding Idle Facilities** | | | 75,341 | | | | | 92.8% |

## Expansion and Development Projects:

| Facility Name | Estimated Completion | Potential Customer(s) | Design Capacity (B) | Project Description | Estimated Total Investment (in millions) | Spent through 12/31/14 (in millions) |
|---|---|---|---|---|---|---|
| Otay Mesa Detention Center San Diego, California | Third quarter 2015 | ICE | 1,492 | New owned facility | $155.0 - $157.0 | $121.5 |
| Trousdale Turner Correctional Center Hartsville, Tennessee | Fourth quarter 2015 | State of Tennessee | 2,552 | New owned facility | $140.0 - $145.0 | $60.7 |
| South Texas Family Residential Center (O) Dilley, Texas | Second quarter 2015 | ICE | 2,400 | New leased/ controlled facility | $24.0 | $9.1 |
| **Projected Design Capacity for Expansion and Development Projects** | | | 6,444 | | | |

(A) The year constructed/acquired represents the initial date of acquisition or completion of construction of the facility, as well as significant additions to the facility that occurred at a later date.

(B) Design capacity measures the number of beds, and accordingly, the number of offenders each facility is designed to accommodate. Facilities housing detainees on a short term basis may exceed the original intended design capacity due to the lower level of services required by detainees in custody for a brief period. From time to time, we may evaluate the design capacity of our facilities based on the customers using the facilities, and the ability to reconfigure space with minimal capital outlays. We believe design capacity is an appropriate measure for evaluating prison operations, because the revenue generated by each facility is based on a per diem or monthly rate per inmate housed at the facility paid by the corresponding contracting governmental entity.

(C) We manage numerous facilities that have more than a single function (i.e., housing both long-term sentenced adult prisoners and pre-trial detainees). The primary functional categories into which facility types are identified was determined by the relative size of prisoner populations in a particular facility on December 31, 2014. If, for example, a 1,000-bed facility housed 900 adult prisoners with sentences in excess of one year and 100 pre-trial detainees, the primary functional category to which it would be assigned would be that of correction facilities and not detention facilities. It should be understood that the primary functional category to which multi-user facilities are assigned may change from time to time.

CONFIDENTIAL

CORECIVIC_0394435

Case 3:16-cv-02267     Document 360-9     Filed 11/20/20     Page 20 of 22 PageID #: 13801

# FACILITY PORTFOLIO

| Facility Name | Year Constructed/ Acquired (A) | Primary Customer | Design Capacity (B) | Security Level | Facility Type (C) | Term | Remaining Renewal Options (D) | Compensated Occupancy % for the Quarter ended 12/31/14 |
|---|---|---|---|---|---|---|---|---|

(D) Remaining renewal options represents the number of renewal options, if applicable, and the remaining term of each option renewal.

(E) Pursuant to the terms of a contract awarded by the state of Arizona in September 2012, the state of Arizona has an option to purchase the Red Rock facility at any time during the term of the contract, including extension options, based on an amortization schedule starting with the fair market value and decreasing evenly to zero over the twenty year term.

(F) The facility is subject to a ground lease with the County of San Diego. Upon expiration of the lease in December 2015, ownership of the facility automatically reverts to the County of San Diego. During the second half of 2015, we expect to transfer the offenders at this facility to a new facility we are constructing in Otay Mesa, California.

(G) The facility is subject to a purchase option held by the Georgia Department of Corrections, or GDOC, which grants the GDOC the right to purchase the facility for the lesser of the facility's depreciated book value, as defined, or fair market value at any time during the term of the contract between us and the GDOC.

(H) In late January 2012, the governor of Kentucky submitted his proposed budget which included the transfer of the inmates held at our Otter Creek Correctional Center to a facility owned by the Commonwealth of Kentucky by the end of July 2012. The facility is subject to a deed of conveyance with the city of Wheelwright, KY which includes provisions that would allow assumption of ownership by the city of Wheelwright under the following occurrences: (1) we cease to operate the facility for more than two years, (2) our failure to maintain at least one employee for a period of sixty consecutive days, or (3) a conversion to a maximum security facility based upon classification by the Kentucky Corrections Cabinet. In December 2013, we entered into an agreement with the city of Wheelwright that extends the reversion by up to two years in exchange for $20,000 per month or until we resume operations, as defined in the agreement.

(I) The facility is subject to a purchase option held by the Tallahatchie County Correctional Authority which grants Tallahatchie County Correctional Authority the right to purchase the facility at any time during the contract at a price generally equal to the cost of the premises less an allowance for amortization originally over a 20 year period. The amortization period was extended through 2050 in connection with an expansion completed during the fourth quarter of 2007.

(J) The State of Montana has an option to purchase the facility generally at any time during the term of the contract with us at fair market value less the sum of a pre-determined portion of per-diem payments made to us by the state of Montana.

(K) The state of Ohio has the irrevocable right to repurchase the facility before we may resell the facility to a third party, or if we become insolvent or are unable to meet our obligations under the management contract with the state of Ohio, at a price generally equal to the fair market value, as defined in the Real Estate Purchase Agreement.

(L) During December 2014, we were notified by the BOP that it elected not to renew its contract at this facility upon the scheduled expiration in May 2015. We currently expect to continue to house USMS detainees at this facility pursuant to a separate contract that expires December 31, 2016, while we continue to market the space that will become available.

(M) The facility is subject to a purchase option held by the Oklahoma Department of Corrections, or ODC, which grants the ODC the right to purchase the facility at its fair market value at any time.

(N) The state of Tennessee has the option to purchase the facility in the event of our bankruptcy, or upon an operational or financial breach, as defined, at a price equal to the book value, as defined.

(O) In September 2014, we began leasing this facility and the 50-acre site upon which it is being constructed from a third-party lessor. ICE began housing the first residents at the facility in the fourth quarter of 2014, and the site is expected to be ready for full occupancy at 2,400 beds during the second quarter of 2015. At December 31, 2014, there were 480 beds in service at this facility. We expect to incur approximately $24.0 million in certain leasehold improvements and furniture, fixtures and equipment, including $9.1 million invested through December 31, 2014, which amount is in addition to the lease payments under the lease agreement. We expect to complete these additions by the end of the second quarter of 2015 when the South Texas facility is expected to be ready for full occupancy.

(P) The District of Columbia has the right to purchase the facility at any time during the term of the contract at a price generally equal to the present value of the remaining lease payments for the premises. Upon expiration of the lease in 2017, ownership of the facility automatically reverts to the District of Columbia.

CONFIDENTIAL

CORECIVIC_0394436

**RESEARCH / ANALYST COVERAGE**

Equity Research Coverage:

| | | |
|---|---|---|
| Avondale Partners | Brian Hoffman | (615) 312-7172 |
| CRT Capital Group | Brian Ruttenbur | (203) 569-4363 |
| Macquarie Research | Kevin McVeigh | (212) 231-6191 |
| SunTrust Robinson Humphrey | Tobey Sommer | (404) 926-5009 |
| Wells Fargo Securities | Robert LaQuaglia | (617) 603-4263 |

Debt Research Coverage:

| | | |
|---|---|---|
| SG Cowen Securities Corporation | Brad E. Eilert | (212) 278-5290 |

Rating Agency Coverage:

| | | |
|---|---|---|
| Moody's Investors Service | Christopher Wimmer | (212) 553-2947 |
| Standard & Poor's | Rod Olivero | (212) 438-2111 |
| Fitch Ratings | Steven Marks | (212) 908-9161 |

Credit Ratings:

| | Fitch | Standard & Poor's | Moody's |
|---|---|---|---|
| Corporate Credit Rating | BB + | BB+ | Not rated |
| Senior Unsecured Debt | BB + | BB+ | Ba1 |
| Senior Bank Credit Facility | BBB - | BBB | Not Rated |

Any opinions, estimates and/or forecasts regarding the Company's performance made by the analysts and/or rating agencies listed above are theirs alone and do not necessarily represent the opinions, forecasts or predictions of the Company or its management. The Company does not by its reference above imply its endorsement of or concurrence with such information, conclusions or recommendations and the Company has not undertaken to verify any of the information provided by such analysts or agencies.

CONFIDENTIAL

CORECIVIC_0394437