# EXHIBIT 13



**U.S. Department of Justice**

Federal Bureau of Prisons

*Washington, DC 20534*

April 1, 2009

Lucibeth Mayberry
Vice President and Deputy Chief Development Officer
Corrections Corporation of America
10 Burton Hills Boulevard
Nashville, TN 37215

**RE:** Contract DJB1PC010, Management and Operation of a Private
Correctional Facility/ Criminal Alien Requirement (CAR)8

Dear Ms. Mayberry:

On behalf of the Federal Bureau of Prisons, it is my pleasure to
congratulate you and Corrections Corporation of America (CCA) on its
contract award resulting from Request for Proposals (RFP)-PCC-0012
(Criminal Alien Requirement 8). Attached is a fully executed copy
of contract DJB1PC010.

This contract includes a four-year base period and three two-year
option periods, with an effective date of April 1, 2009. A Notice
to Proceed will be issued by the Administrating Contracting Officer
when services are to begin under this contract. The base period of
the contract shall be 48 months from the date the Notice to Proceed
is issued.

As a reminder, if CCA wishes to issue any press releases concerning
this award, Section C of our contract requires CCA to receive
pre-approval from the Contracting Officer.

We look forward to working with CCA under this contract.

Sincerely,

Amanda J. Pennel
Contracting Officer

Enclosure

EXHIBIT
277 *Beach*
*EHC* 2/11/20

| AWARD/CONTRACT | | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | | RATING | | PAGE 1 | OF | PAGES 191 |
|---|---|---|---|---|---|---|---|---|

| 2. CONTRACT (Proc. Inst. Indent.) NO. DJB1PC010 | 3. EFFECTIVE DATE 04/01/2009 | 4. REQUISITION/PURCHASE REQUEST/PROJECT NO. |
|---|---|---|

| 5. ISSUED BY CODE | 6. ADMINISTERED BY (If other than Item 5) CODE |
|---|---|
| DEPARTMENT OF JUSTICE<br>FEDERAL BUREAU OF PRISONS<br>PRIVATIZED CORRECTIONS CONTRACTING<br>320 FIRST STREET, NW - ROOM 5006<br>WASHINGTON, DC 20534 | FEDERAL BUREAU OF PRISONS<br>PRIVATIZED CORRECTIONS CONTRACTING<br>320 FIRST STREET, NW - ROOM 5006<br>WASHINGTON, DC 20534 |

7. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

CORRECTIONS CORPORATION OF AMERICA
10 BURTON HILLS BOULEVARD
NASHVILLE, TN 37215

DUNS: 159734151
TIN NO: 621763875

| 8. DELIVERY |
|---|
| ☐ FOB ORIGIN    ☐ OTHER (See below) |
| 9. DISCOUNT FOR PROMPT PAYMENT |

| 10. SUBMIT INVOICES<br>(4 copies unless otherwise<br>specified) TO THE<br>ADDRESS SHOWN IN | ITEM<br>SEE SECTION G.5 |
|---|---|

| CODE | FACILITY CODE |
|---|---|

| 11. SHIP TO/MARK FOR CODE | 12. PAYMENT WILL BE MADE BY CODE |
|---|---|
| | PRIVATIZATION MANAGEMENT BRANCH<br>400 FIRST STREET, 2ND FLOOR<br>WASHINGTON, DC 20534 |

13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:

☐ 10 U.S.C. 2304(c) (    )    ☐ 41 U.S.C. 253(c) (    )

| 14. ACCOUNTING AND APPROPRIATION DATA |
|---|
| FP090009S6 (INP10162) |

| 15A. ITEM NO. | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| | THE CONTRACTOR SHALL PROVIDE SERVICES FOR THE MANAGEMENT AND OPERATION OF A PRIVATE, CONTRACTOR-OWNED, CONTRACTOR-OPERATED, CORRECTIONAL FACILITY IN ACCORDANCE WITH RFP-PCC-0012. | | | | (ESTIMATED 4-YEAR BASE) |

| 15G. TOTAL AMOUNT OF CONTRACT | $ 226,398,155.00 |
|---|---|

### 16. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1-3 | X | I | CONTRACT CLAUSES | 72-92 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 4-9 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | 10-60 | X | J | LIST OF ATTACHMENTS | 93-191 |
| X | D | PACKAGING AND MARKING | 61 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 62-64 | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| X | F | DELIVERIES OR PERFORMANCE | 65-66 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 67-69 | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 70-71 | | M | EVALUATION FACTORS FOR AWARD | |

CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE

| 17. ☒ CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return  2  copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.) | 18. ☐ AWARD (Contractor is not required to sign this document.) Your offer on Solicitation Number _____ including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the terms listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary. |
|---|---|

| 19A. NAME AND TITLE OF SIGNER (Type or Print) | 20A. NAME OF CONTRACTING OFFICER |
|---|---|
| BART VAN HULST<br>VICE PRESIDENT, FEDERAL & LOCAL CUSTOMER RELATIONS | DOUGLAS M. MARTZ |

| 19B. NAME OF CONTRACTOR | 19C. DATE SIGNED | 20B. UNITED STATES OF AMERICA | 20C. DATE SIGNED |
|---|---|---|---|
| BY _____<br>(Signature of person authorized to sign) | 4/1/09 | BY _____<br>(Signature of Contracting Officer) | 4/1/09 |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

STANDARD FORM 26 (REV. 4/2008)
Prescribed by GSA - FAR (48 CFR) 53.214(a)

CONFIDENTIAL
Case 3:16-cv-02267   Document 360-13   Filed 11/20/20   Page 3 of 29 PageID #: 13872
CORECIVIC_0000002

# PART I - THE SCHEDULE

## SECTION B - SUPPLIES OR SERVICES AND PRICES/COSTS

### SERVICES AND PRICES/COSTS

Each contract resulting from this solicitation will be a fixed-price type contract for services incorporating an award-fee incentive. At the sole discretion of the Government, an award-fee may be issued to the contractor in recognition of quality performance as outlined in Section J.

The period of performance for any contract which the Government may award under the terms and conditions of this RFP will be for a four-year base period, with three two-year option periods.

### PRICING INSTRUCTIONS

Offerors must submit offer(s) for the total four-year base period and three two-year option periods.

In the event funds are not available after the first, second, third or fourth year of the base period or after the first year of any of the two-year option periods, the Government reserves the right to cancel the contract in accordance with FAR 52.217-2, Cancellation Under Multiyear Contracts.

In the event the contract is cancelled after the first year of the base period because funds are not available, the contractor will be compensated in accordance with FAR 52.217-2, Cancellation Under Multiyear Contracts, up to the cancellation ceilings set forth below. Ceilings exclude amounts for requirements included in prior years:

Base Year 2 - 30% of the non-recurring allowable costs for the remaining Base Period

Base Year 3 - 15% of the non-recurring allowable costs for the remaining Base Period

Base Year 4 - 7.5% of the non-recurring allowable costs for the remaining Base Period

In the event the contract is cancelled during an option period

DJB1PC010 Page 4

## FORM A

**OFFEROR:** Corrections Corporation of America          **LOCATION:** Adams County Correctional Center

### PRICING SCHEDULE - BASE PERIOD

| | |
|---|---|
| **90% CONTRACT BEDS: Number of Contract Beds** | 2,009 |
| **100% CONTRACT BEDS: Number of Contract Beds** | 2,232 |
| **115% CONTRACT BEDS: Number of Contract Beds** | 2,567 |

FIUP will apply when the average number of inmates, in a monthly payment period, exceeds 90% of the contract beds.

**BASE YEAR #1 (12 MONTHS) (includes Ramp Up Price)**

| Inmates up to (50%) | (50% + 1) Inmates to (90%) | (90% + 1) Inmates (115%) |
|---|---|---|
| Monthly Ramp Up Price (Estimated 3 months): | Monthly Operating Price (MOP) (Estimated 9 months): | Fixed Incremental Unit Price (FIUP) Per Inmate Day: |
| $2,405,024  Per month | $4,329,043  Per month | $18.50  Per day |

Total Price/AOP (Ramp Up x 3 Months) + (MOP x 9 Months) + (FIUP to 115%):          $49,015,284

FIUP can only apply to the nine month period and should be calculated as such.

**BASE YEAR #2 (12 MONTHS)**

| Inmates up to (90%) | (90% + 1) Inmates up to (115%) |
|---|---|
| Monthly Operating Price (MOP): | Fixed Incremental Unit Price (FIUP) Per Inmate Day: |
| $4,458,914 | $19.06 |

Total Price/AOP (MOP x 12 Months) + (FIUP to 115%):          $57,388,918

**BASE YEAR #3 (12 MONTHS)**

| Inmates up to (90%) | (90% + 1) Inmates up to (115%) |
|---|---|
| Monthly Operating Price (MOP): | Fixed Incremental Unit Price (FIUP) Per Inmate Day: |
| $4,592,681 | $19.63 |

Total Price/AOP (MOP x 12 Months) + (FIUP to 115%):          $59,110,214

**BASE YEAR #4 (12 MONTHS)**

| Inmates up to (90%) | (90% + 1) Inmates up to (115%) |
|---|---|
| Monthly Operating Price (MOP): | Fixed Incremental Unit Price (FIUP) Per Inmate Day: |
| $4,730,461 | $20.22 |

Total Price/AOP (MOP x 12 Months) + (FIUP to 115%):          $60,883,739

CONFIDENTIAL    Case 3:16-cv-02267    Document 360-13    Filed 11/20/20    Page 5 of 29 PageID #:13874    CoreCivic_0000008

**DJB1PC010**

**SECTION C**

**STATEMENT OF WORK**

**Table of Contents**

| 1 | INTRODUCTION. . . . . . . . . . . . . . . . . . . . . . . . . | 10 |
| 2 | EXPLANATION OF STATEMENT OF WORK TERMS. . . . . . . . . . . | 13 |
| 3 | | |
| 4 | PERFORMANCE OBJECTIVES | |
| 5 | A. Contract Performance.. . . . . . . . . . . . . . . . . | 17 |
| 6 | B. General Administration.. . . . . . . . . . . . . . . . | 17 |
| 7 | C. Fiscal Management. . . . . . . . . . . . . . . . . . . | 20 |
| 8 | D. Personnel. . . . . . . . . . . . . . . . . . . . . . . | 22 |
| 9 | E. Training and Staff Development.. . . . . . . . . . . . | 31 |
| 10 | F. Case Records.. . . . . . . . . . . . . . . . . . . . . | 33 |
| 11 | G. Information Systems and Research.. . . . . . . . . . . | 35 |
| 12 | H. Physical Plant.. . . . . . . . . . . . . . . . . . . . | 38 |
| 13 | I. Security and Control.. . . . . . . . . . . . . . . . . | 41 |
| 14 | J. Discipline.. . . . . . . . . . . . . . . . . . . . . . | 45 |
| 15 | K. Inmate Rights. . . . . . . . . . . . . . . . . . . . . | 45 |
| 16 | L. Reception and Orientation. . . . . . . . . . . . . . . | 46 |
| 17 | M. Classification.. . . . . . . . . . . . . . . . . . . . | 47 |
| 18 | N. Health Care. . . . . . . . . . . . . . . . . . . . . . | 49 |
| 19 | O. Work and Correctional Industries.. . . . . . . . . . . | 56 |
| 20 | P. Academic and Vocational Education. . . . . . . . . . . | 57 |
| 21 | Q. Recreation and Activities. . . . . . . . . . . . . . . | 58 |
| 22 | R. Telephone . . . . . . . . . . . . . . . . . . . . . . . | 58 |

CONFIDENTIAL
CORECIVIC_0000011

1   **INTRODUCTION**

2   This Statement of Work (SOW) sets forth the contract performance
3   requirements for the management and operation of a contract
4   correctional institution(s) to accommodate up to 4,000 beds for a
5   low security adult male population consisting primarily of
6   criminal aliens. The criminal alien population will ordinarily
7   be low security non-U.S. citizen, primarily Mexican, adult males
8   with 90 months or less remaining to serve on their sentences.

9   The proposed facility(ies) shall be an existing institution to
10  accommodate approximately 900-2,500 beds on a daily basis. An
11  existing institution is defined as a secure facility which was
12  complete and ready for occupancy prior to the date the Pre-
13  solicitation Notice was released for this solicitation
14  (April 29, 2008). A facility in which construction or expansion
15  began prior to April 29, 2008, and in which such construction or
16  expansion will be completed by May 1, 2009 is considered to be an
17  existing facility. Any facility in which construction or
18  expansion began after April 29, 2008 is not considered to be an
19  existing institution and will not be considered for this
20  solicitation.

21  The proposed facility(ies) must be located anywhere in the
22  continental United States. The institution shall include a
23  Special Housing Unit (SHU) with a capacity of at least 10% of the
24  accepted number of contract beds. The contractor will be
25  required to house a daily population up to 15% over the accepted
26  number of contract beds.
27

28  The contractor shall ensure the facility operates in a manner
29  consistent with the mission of the Bureau of Prisons (BOP). The
30  BOP's mission is the protection of society by confining offenders
31  in the controlled environments of prisons and community-based
32  facilities which are safe, humane, cost efficient, appropriately
33  secure and provide work and other self-improvement opportunities
34  to assist inmates in becoming law abiding citizens.

35  The contractor shall be ready to begin accepting inmates and
36  assume full responsibility for the operation, maintenance, and
37  security of the institution 120 days after contract award. This
38  may occur earlier at the request of the contractor but only if
39  the BOP determines the contractor is capable of accepting
40  inmates.

41  Prior to issuance of the NTP, the BOP will perform numerous
42  assessments to ensure the contractor is prepared to accept
43  responsibility for performing all requirements of the contract.

CONFIDENTIAL CORECIVIC_0000012

1  The contractor shall notify the CO in writing when it is ready to
2  accept inmates and assume full responsibility for the operation,
3  maintenance and security of the institution 30 days prior to the
4  contractor's expected NTP date.

5  Unless otherwise specified, all plans, policies and procedures,
6  including those identified in the most current edition of
7  American Correctional Association Standards for Adult
8  Correctional Institutions (ACA/ACI Standards), shall be developed
9  by the contractor and submitted in writing to the Contracting
10 Officer's Representative (COR) for review and concurrence prior
11 to issuance of the NTP.  Once concurrence has been granted, these
12 plans, policies and procedures shall not be modified without the
13 prior written concurrence of the COR.

14 The NTP will be issued subsequent to receiving the contractor's
15 notification it is prepared to receive inmates and the BOP's sole
16 determination the contractor is capable of accepting inmates.
17 The contractor shall be prepared to accept inmates immediately
18 upon issuance of the NTP.

19 It is anticipated the BOP will predominantly designate non-U.S.
20 citizens with deportation orders to the institution.  However,
21 the BOP may designate any inmate within its custody utilizing the
22 same designation criteria as used at other BOP low security
23 facilities.  P.S. 5100.08, Inmate Security Designation and
24 Custody Classification, dated 9/12/06, outlines the procedures
25 for designating inmates.

26 Inmate movement to the institution is anticipated to occur at an
27 estimated rate of 80 inmates per week.  The estimated weekly
28 movement to the institution would result in a population of
29 approximately 950-2,500 inmates in 12-50 weeks.  The institution
30 activation schedule of 80 inmates per week is an estimate only.
31 Actual movement will depend upon many factors, including, but not
32 limited to, the contractor's ability to provide services in
33 accordance with the contract, sentencing by the federal courts
34 and the BOP designation process.

35 The contractor does not have a right of refusal and shall accept
36 all designations from the BOP.

37 The contractor is prohibited from constructing any additional bed
38 space or facilities at the contract location after award without
39 the prior written approval of the CO.

40 The contractor shall furnish all personnel, management,
41 equipment, supplies and services necessary for performance of all

CONFIDENTIAL
CORECIVIC_0000013

```
1    aspects of the contract.  Unless explicitly stated otherwise, the
2    contractor is responsible for all costs associated with and
3    incurred as part of providing the services outlined in this
4    contract.
```

CONFIDENTIAL

CORECIVIC_0000014

**EXPLANATION OF STATEMENT OF WORK TERMS**

ACA/ACI - American Correctional Association - Adult Correctional Institution. The private, nonprofit organization that administers the only national accreditation program for all components of adult and juvenile corrections. Its purpose is to promote improvement in the management of correctional agencies through the administration of a voluntary accreditation program and the ongoing development and revision of relevant, useful standards.

BOP - Federal Bureau of Prisons.

CO - Contracting Officer. A Government employee, who by virtue of a Contracting Officer's Warrant, is the only Government employee authorized to obligate, negotiate, award, administer, cancel or terminate contracts on behalf of the United States Government. Contracting officers are responsible for ensuring performance of all necessary actions for effective contracting, for ensuring compliance with the terms of the contract, and for safeguarding the interest of the Government in its contractual relationships.

Contract Award Date - The date the CO signs the contract.

Contract Day - A "day" is considered a calendar day.

Contractor - The entity to whom the Government has awarded the contract.

COR - Contracting Officer's Representative. The Government employee, designated in writing by the CO, authorized to perform certain limited functions on behalf of the CO. The extent of COR responsibilities are outlined in Section G of the contract and the COR Designation Letter which will be provided to the contractor. Typically, the COR is the Privatization Field Administrator.

COTR - Contracting Officer's Technical Representative. Government staff, designated in writing by the CO, who assist the CO and COR in the performance of duties. The extent of COTR responsibilities are outlined in Section G of the contract. COTR responsibilities are delineated in writing by the CO and will be provided to the contractor. Typically, the COTR is the Senior Secure Institution Manager.

Credentials - Documents permitting primary source verification regarding qualifications, including education, training,

DJB1PC010 Page 14

CORECIVIC_0000015

licensor, experience and board certification of an employee.

DHO - Discipline Hearing Officer.  The Government trained and certified contractor employee responsible for conducting disciplinary hearings.

DOJ - Department of Justice.

Emergency - Any significant disruption of normal institution procedure, policy or activity caused by inmate disturbances, work or food strikes, food borne illnesses, escapes, fires, natural disasters, employee strikes or work stoppages or other serious incidents.

EOIR - Executive Office for Immigration Review.  A component of the Department of Justice with responsibility for interpreting and administering federal immigration law by conducting immigration court proceedings, appellate reviews and administrative hearings.  The organization adjudicates immigration cases involving detained aliens, criminal aliens and aliens seeking asylum as a form of relief from removal.

FBI - Federal Bureau of Investigation.

FOIA Exempt - Information which is exempt from release under the Freedom of Information Act, 5 United States Code (USC) 552.

Former Inmate - A person who has been found guilty of committing a felony or misdemeanor for whom less than one year has elapsed since release from custody or any type of supervision.

HSU - Health Services Unit.  The organizational unit providing routine and emergency health care.  The HSU is the designated part of a facility delivering health care to inmates.

ICE - United States Immigration and Customs Enforcement.

Inmate - An individual confined under the auspices and authority of the BOP or under supervision of a federal court.

Inmate Records - Information concerning an inmate's personal, criminal and medical history, behavior and activities while in custody.  This may include detainers, personal property receipts, visitor lists, photographs, fingerprints, disciplinary infractions and actions taken, grievance reports, work assignments, program participation, miscellaneous correspondence and forms prescribed by Government policy, etc.

CONFIDENTIAL     CORECIVIC_0000016

1   Lethal Force - The force a person uses with the purpose of
2   causing or which they know or should know would create a
3   substantial risk of causing death or serious bodily harm.

4   MOAR - Minimum Operational Availability Rate.  The monthly rate
5   for computer services/resource components which is a percentage
6   calculated by dividing the accumulated monthly down time hours by
7   the total number of hours of operation for a given month.

8   Negative Pressure Room - A room where the direction of air flow
9   is controlled by creating a lower (negative) pressure in the area
10  into which flow of air is desired.

11  NTP - Notice To Proceed.  The official written notice signed and
12  issued by the CO which authorizes the contractor to proceed with
13  the contract and begin providing services under the contract.
14  The contractor shall be prepared to accept inmates immediately
15  upon issuance of the NTP.

16  OIG - Office of the Inspector General, Department of Justice.

17  P.S. - Program Statement.  A BOP written directive that
18  establishes policy in a given area.

19  Records Office - The office responsible for maintaining records,
20  coordination of movement and other related functions.

21  Safety Equipment - Including, but not limited to, fire fighting
22  equipment (e.g., chemical extinguishers, hoses, nozzles, water
23  supplies, alarm systems, portable breathing devices, gas masks,
24  fans, first aid kits, stretchers).

25  Sensitive But Unclassified - Information which is unclassified
26  information of a sensitive, proprietary or personally private
27  nature which must be protected against release to unauthorized
28  individuals.

29  SENTRY - The BOP's online real-time database system used
30  primarily for maintaining information about federal inmates.  It
31  contains information about sentencing, work assignments,
32  admission/release status and other special assignments for
33  monitoring inmate status.  The SENTRY system also includes
34  property management and other modules which address most aspects
35  of incarceration.

36  Subcontract - Any agreement entered into by the contractor who
37  was awarded the contract ("prime contractor") with another entity

CONFIDENTIAL CORECIVIC_0000017

```
1   to provide services and supplies to accomplish performance of the
2   contract.

3   Subcontractor, Full Time - An individual performing work in the
4   contract facility which requires performance in excess of 29 or
5   more total days or 232 hours which can be accrued incrementally
6   (i.e., 2 hours per week, 3 days per week) or in a one month
7   period.

8   Subcontractor, Part Time - An individual performing work in the
9   contract facility which requires performance of 29 total days or
10  232 hours or less which can be accrued incrementally (i.e., 2
11  hours per week, 3 days per week) in a 29 day period.  Part-time
12  subcontractors shall be escorted at all times while in the
13  institution or when outside the institution if the possibility
14  exists of coming into contact with inmates.

15  USMS - United States Marshals Service.

16  Warden - The contractor's official, regardless of title (e.g.,
17  Chief Executive Officer), who has ultimate onsite responsibility
18  for the overall management and operation of a facility.

19  Additional definitions are contained in the ACA/ACI Standards and
20  Standards Supplement.
```

CONFIDENTIAL CORECIVIC_0000018

1 **PERFORMANCE OBJECTIVES**

2 **A. Contract Performance**

3 All services and programs shall comply with the SOW; United
4 States Constitution; all applicable federal, state and local laws
5 and regulations; applicable Presidential Executive Orders (E.O.);
6 all applicable case law; and court orders. Should a conflict
7 exist between any of the aforementioned standards, the most
8 stringent shall apply. When a conflict exists and a conclusion
9 cannot be made as to which standard is more stringent, the CO
10 shall determine the appropriate standard. The contractor shall
11 comply with and implement any applicable changes to BOP policy,
12 Department of Justice (DOJ) regulation, Congressional mandate,
13 federal law, DC law or E.O. Should the Government invoke such
14 changes, the contractor retains rights and remedies (i.e.,
15 equitable adjustment) under the terms and conditions of the
16 contract.

17 BOP reserves the right to have various staff on site to monitor
18 contract performance. The Government reserves its right to
19 conduct announced and unannounced inspections of any part of the
20 institution at any time and by any method to assess contract
21 compliance.

22 **B. General Administration**

23 The contractor is required to perform in accordance with the most
24 current edition of the ACA/ACI Standards. The contractor shall
25 obtain ACA accreditation within 24 months of the NTP and shall
26 maintain continual compliance with all ACA/ACI Standards during
27 the performance of the contract unless otherwise specified by the
28 CO. Once full accreditation has been obtained, the contractor
29 shall maintain this accreditation throughout the life of the
30 contract, inclusive of any option periods exercised. Failure to
31 perform in accordance with contract requirements and to obtain
32 ACA accreditation within 24 months of the NTP may result in a
33 reduction of the monthly operating price in accordance with the
34 contract terms.

35 Accomplishment of some ACA/ACI Standards is augmented by BOP
36 policy and/or procedure. In these instances, the SOW identifies
37 and provides direction for the enhanced requirements.

CONFIDENTIAL Case 3:16-cv-02267   Document 360-13   Filed 11/20/20   Page 14 of 29 PageID #: 13883   CORECIVIC_0000019

The contractor is responsible for development and administration of a comprehensive Quality Control Program (QCP) which ensures all requirements of this contract are achieved. The specific requirements for the QCP are detailed in Section J.

Several sections of this SOW require the contractor to maintain a system of records identical to the BOP. The contractor shall not establish a separate system of records without prior written approval of the CO. All records related to contract performance shall be retained in a retrievable format for the duration of the contract. Except as otherwise expressly provided in this SOW, the contractor shall, upon completion or termination of the resulting contract or upon request, transmit to the Government any records related to performance of the contract.

The contractor shall comply with all statutes, regulations and guidelines from the National Archives and Records Administration. Records and information management functions are required and mandated by the following regulations: 44 USC 21, 29, 31 and 33; 36 Code of Federal Regulations (CFR) Chapter 12, Sub-chapters A and B; Office of Management and Budget (OMB) Circular A-130; and DOJ Order 2710.8C, Removal and Maintenance of, and Access to, Documents. Criminal penalties for unlawfully destroying, damaging or removing federal records is addressed in 18 USC 2071, 793, 794 and 798.

The contractor shall protect, defend, indemnify, save and hold harmless the Government, BOP and its employees or agents from and against any and all claims, demands, expenses, causes of action, judgments and liability arising out of, or in connection with, any negligent acts or omissions of the contractor, its agents, subcontractors, employees, assignees or any one for whom the contractor may be responsible. The contractor shall also be liable for any and all costs, expenses and attorneys fees incurred as a result of any such claim, demand, cause of action, judgment or liability, including those costs, expenses and attorneys fees incurred by the Government, BOP and its employees or agents. The contractor's liability shall not be limited by any provision or limits of insurance set forth in the resulting contract.

In awarding the contract, the Government does not assume any liability to third parties, nor will the Government reimburse the contractor for its liabilities to third parties, with respect to loss due to death, bodily injury or damage to property resulting

DJB1PC010 Page 19

```
1   in any way from the performance of the contract or any
2   subcontract under this contract.

3   The contractor shall be responsible for all litigation, including
4   the cost of litigation, brought against it, its employees or
5   agents for alleged acts or omissions.  The CO/COR shall be
6   notified in writing of all litigation pertaining to this contract
7   and provided copies of any pleadings filed or said litigation
8   within five working days of the filing.  The contractor shall
9   cooperate with Government legal staff and/or the United States
10  Attorney regarding any requests pertaining to federal or
11  contractor litigation.

12  Policies and procedures shall be developed to ensure a positive
13  relationship is maintained with all levels of the federal
14  judiciary.  The contractor's procedures shall ensure a tracking
15  system is established which mandates all judicial inquiries and
16  program recommendations are responded to in a timely and accurate
17  manner.  All judicial inquiries and contractor responses
18  specifically related to an inmate shall be made part of the
19  inmate's central file.

20  The contractor shall notify the COR immediately when a request is
21  made by a member of the United States Congress for information or
22  to visit the institution.  All responses to Congress shall be
23  cleared, in advance, by the COR.

24  The COR shall be notified when a request is made for inmate or
25  employee interviews or visits to the institution by any
26  representative of the media as defined by P.S. 1480.05, News
27  Media Contacts, dated 9/21/00.  The contractor shall permit
28  inmate interviews by legitimate media consistent with P.S.
29  1480.05.

30  The contractor shall coordinate, in advance, all public
31  information related issues with the CO prior to NTP and the COR
32  after NTP.  All press statements and releases shall be cleared,
33  in advance, with the CO prior to NTP and the COR after NTP.

34  The contractor shall promptly make public announcements stating
35  the facts of unusual newsworthy incidents to local media.
36  Examples of such events include, but are not limited to, deaths
37  by other than natural causes, escapes from custody and
38  institution emergencies.
```

DJB1PC010 Page 20

```
 1   The contractor shall ensure employees agree to use appropriate
 2   disclaimers clearly stating the employees' opinions do not
 3   necessarily reflect the position of the BOP or DOJ in any public
 4   presentations they make or articles they write which relate to
 5   any aspect of contract performance or the facility operations.
```

6   **C.   Fiscal Management**

7   Commissary Operation

```
 8   A commissary shall be operated by the contractor as a privilege
 9   for inmates.  The commissary shall have items available for
10   purchase which are not required to be furnished by the contractor
11   in accordance with the objectives of the contract.  Inmates shall
12   have the opportunity to purchase from the commissary at least
13   once a week.  A copy of the commissary inventory shall be
14   provided to the BOP upon request.
```

```
15   The contractor shall ensure inmates spend no more on purchases
16   than the BOP's current national spending limitation for
17   commissary sales.  The contractor shall not sell or stock items
18   which are prohibited by the BOP as defined in P.S. 4500.05, Trust
19   Fund/Deposit Fund Manual, dated 1/22/07, Chapter 3.4.
```

```
20   The selling price of each item ordered and sold in the commissary
21   shall be calculated based on the cost of each sellable unit.  The
22   markup of merchandise shall be no more than the following:  0%
23   for postage stamps, religious items, education course/resource
24   requirements; 5% for Special Purchase Orders (SPO) purchased at
25   retail cost; 30% on standard/SPOs purchased at non-retail cost;
26   preprinted sales prices printed on packaging will be sold at the
27   preprinted price.  Once an item is marked up, any applicable
28   sales tax will need to be added and the total price rounded to
29   the next highest nickel.
```

```
30   The contractor shall establish procedures to maintain
31   accountability of all trust fund monies and property to prevent
32   waste, fraud and abuse.
```

```
33   The contractor shall review commissary inventories for excessive
34   inventory differences and to ensure the commissary remains within
35   acceptable tolerance levels.  The tolerance level for inventory
36   differences is calculated by multiplying .0025 times the last six
37   months sales at cost.
```

CONFIDENTIAL          Case 3:16-cv-02267     Document 360-13     Filed 11/20/20     Page 17 of 29 PageID #: CORECIVIC_0000022
13886

```
 1    The contractor shall establish procedures in accordance with P.S.
 2    4500.05, Trust Fund/Deposit Fund Manual, dated 1/22/07, Chapter
 3    3, when disposing of commissary merchandise when it is damaged,
 4    unfit for resale or destroyed.  The total of unsaleable
 5    merchandise at cost cannot exceed .0015 times the actual regular
 6    commissary semi-annual sales at cost in any one inventory period.

 7    Inmate Benefit Fund

 8    Any revenues earned in excess of those needed for commissary
 9    operations shall be used to provide benefit to all inmates via an
10    inmate benefit fund.  The contractor may use P.S. 4500.05,
11    Chapter 2, as a guide for appropriate expenditures from this
12    fund.  However, prohibited items, as defined by the BOP, shall
13    not be purchased with commissary revenues.  Individual
14    expenditures from the inmate benefit fund that exceed $10,000
15    shall be approved by the contractor's corporate office.  Records
16    of inmate benefit fund expenditures shall be maintained on site
17    at the contract facility and available for review by the BOP.  At
18    the conclusion of the contract, the inmate benefit fund shall
19    revert back to the Government.  Any interest earned on this fund
20    shall be credited to the inmate benefit fund.

21    Inmate Funds

22    If inmate funds are placed in an interest bearing account, the
23    interest earned must be credited to the inmate.

24    Procedures shall be established for transferring inmate personal
25    funds upon release from the institution, transfer to another
26    institution or when an inmate requests a funds transfer to an
27    outside source.  The contractor shall ensure all inmates who are
28    scheduled for removal to foreign destinations are given all funds
29    immediately prior to release from the institution.  Transfer of
30    inmate funds shall occur within five working days upon release
31    from the institution, transfer to another institution or when an
32    inmate requests a funds transfer to an outside source.

33    Inmates who transfer to a BOP institution shall have their funds
34    sent to the BOP National Lockbox address below in accordance with
35    the procedures defined in P.S. 4500.05, Chapter 9.6:
```

CONFIDENTIAL

CORECIVIC_0000023

```
 1                    Federal Bureau of Prisons
 2                    Insert Inmate Eight Digit Register Number
 3                    Insert Inmate's Committed Name
 4                    PO Box 474701
 5                    Des Moines, IA  50947-0001

 6    Unclaimed Inmate Funds

 7    The contractor shall exhaust all avenues to locate inmates and
 8    forward their inmate account balances.  If after three months the
 9    inmate cannot be located, the contractor shall forward the inmate
10    account balance to the BOP as instructed below:

11        1)   Check made payable to the individual inmate must
12             contain the inmate's committed name and register
13             number.  The sender's name must be included on the
14             check and/or mailing envelope.
15        2)   Check made payable to the BOP for the purposes of
16             consolidating several inmate account balances must be
17             accompanied by a Field Submission Form provided by the
18             BOP.
19        3)   Field Submission Forms shall list the inmate's
20             committed name, register number and amount to be
21             credited to the inmate.  One Field Submission Form
22             shall be completed for each check.
23        4)   Signed memorandum must accompany each Field Submission
24             Form certifying all avenues to locate the inmate(s)
25             listed on the form have been exhausted.
26        5)   Unclaimed funds shall be sent to the following address:
27
28             Federal Bureau of Prisons
29             Insert Inmate Eight Digit Register Number
30             Insert Inmate's Committed Name
31             Trust Fund Branch/Deposit Fund
32             320 First Street, NW
33             Room 5005
34             Washington, DC  20534
```

35  **D.   Personnel**

```
36    For purposes of the Personnel portion of the contract, the terms
37    "employee," "subject" and "applicant" refer to any person
38    applying to work for the contractor as an employee or
```

DJB1PC010 Page 23

```
1   subcontractor, or who may already be employed by the contractor,
2   who has not previously completed the personnel security
3   requirements detailed in this section of the contract and who has
4   not received a favorable suitability adjudication from the BOP.

5   The contractor shall develop written procedures for the security
6   and supervision of employees and subcontractors who work on this
7   contract in accordance with the Notice of Contractor Personnel
8   Security Requirements Clause and with the requirements of
9   Homeland Security Presidential Directive-12 (HSPD-12) located in
10  Section I of the contract.  The procedures shall include record
11  keeping, identification badges and escort protocols.  The
12  contractor shall include these procedures in the contractor's
13  Personnel Policy Manual.

14  Staffing Plan

15  The contractor may restructure the staffing plan in any manner
16  that does not reduce the minimum performance requirements of the
17  contract and does not eliminate essential personnel or personnel
18  as required by the most current version of ACA/ACI Standards.
19
20  The contractor shall provide the CO with a staffing plan and
21  subsequent changes to the staffing plan.
22
23  Employment Procedures

24  The Warden or designee shall be the contractor's contact person
25  for all matters regarding the processing of contractor personnel.

26  Prior to employees entry on duty (EOD) at the facility, the
27  contractor shall ensure the following steps are completed for
28  each applicant, full or part time, as listed below:

29       1)   Conduct a credit check for employment purposes as
30            described in the Fair Credit Reporting Act;
31       2)   Conduct a pre-employment interview;
32       3)   Complete an Employment Eligibility Verification (Form
33            I-9);
34       4)   Voucher the applicant's employment record for the past
35            five years;
36       5)   Perform a Law Enforcement Agency Check for the past
37            five years;
38       6)   Certify the applicant is a U.S. citizen (see below -
```

DJB1PC010 Page 24

```
 1              Other Requirements);
 2      7)     Certify the applicant has met the residency
 3             requirements (see below - Other Requirements);
 4      8)     Applicant shall complete Questionnaire for Public Trust
 5             Positions (SF-85P) or approved equivalent;
 6      9)     Complete and submit FBI fingerprint form (FD-258);
 7      10)    Coordinate the process for BOP staff to conduct
 8             criminal history checks from the National Crime
 9             Information Center (NCIC) and National Law Enforcement
10             Telecommunication System (NLETS).
```

11    The contractor shall also ensure the following HSPD-12
12    requirements are completed for each applicant who requires access
13    to federal information systems, i.e., SENTRY:

```
14      •      Employment Eligibility Verification (Form I-9) must be
15             verified by a BOP official;
16      •      Coordinate the process with the BOP for a National
17             Agency Check with Inquiries (NACI);
18      •      Questionnaire for Public Trust Positions (SF-85P) and
19             FBI fingerprint form (FD-258) shall be submitted to the
20             Office of Personnel Management (OPM).
21
```

22    The determination for employment suitability must be made using
23    the BOP's current Guidelines of Acceptability (Guidelines).
24    Based on steps #1-8 and the Guidelines, the contractor will
25    determine if the applicant is suitable for employment.  The
26    Warden shall certify steps #1-8 have been completed with
27    satisfactory results and submit this certification with the
28    applicant's information to the BOP for conditional approval.  The
29    applicant's information shall include the following:  full name,
30    date of birth, driver's license number and issuing state, social
31    security number and position applied for.

32    The contractor shall also certify the HSPD-12 requirements listed
33    above have been completed for applicants requiring access to
34    federal information systems.  The contractor's request for
35    conditional approval for these applicants must include the
36    schedule date for the OPM-NACI investigation and indicate the
37    request is for a moderate risk level position.

38    After receiving the BOP's conditional approval, the contractor
39    shall complete the following steps:
40
41      11)    Conduct a urinalysis in accordance with P.S. 3735.04,

                     DJB1PC010 Page 25
```

CONFIDENTIAL    CORECIVIC_0000026

```
 1              Drug Free Workplace, dated 6/30/97;
 2      12)   Applicant shall complete Supplemental Questionnaire for
 3            Selected Positions (OPM SF-85P-S) or approved
 4            equivalent;
 5      13)   Notify COR of Limited Background Investigation (LBI)
 6            initiation.

 7   Positions requiring the OPM SF-85P-S or equivalent are those
 8   employees required to carry firearms during the course of their
 9   employment.

10   Contractor responsibilities subsequent to EOD date:
11
12      14) Notify COR within 24 hours of actual EOD;
13      15) Receipt and review of LBI report (Section J).
14
15   The BOP retains authority to approve all contractor staff,
16   subcontractor employees and volunteers who work or have contact
17   with federal inmates under the terms of this contract.  No
18   individual who is under supervision or jurisdiction of any
19   parole, probation or correctional authority shall be employed.

20   The contractor shall develop procedures to coordinate with the
21   COR to process and initiate NCIC/NLETS functions in accordance
22   with P.S. 1280.11, JUST, NCIC, and NLETS Telecommunication
23   Systems (Management and Use), dated 1/7/00, for criminal history
24   checks to maintain institution security.  NCIC/NLETS may not be
25   utilized for Justice Employment checks.  The contractor shall
26   adhere to the Federal Bureau of Investigation (FBI) Criminal
27   Justice Information Services (CJIS) Security Addendum as included
28   in Section J of the contract.  The contractor shall ensure use of
29   NCIC/NLETS is performed only to the direct benefit and
30   furtherance of the contract.

31   The contractor shall develop procedures to coordinate with the
32   COR to process and submit the forms required to obtain a NACI in
33   accordance with the provisions of HSPD-12 as located in Section I
34   of the contract and as required by OPM.

35   Within one year of each onsite employee's EOD, the contractor
36   shall obtain, review, identify and resolve derogatory information
37   contained on the LBI results using the Adjudication Standards for
38   Resolving Limited Background Investigations and Periodic
39   Reinvestigations outlined in Section J.  The contractor shall
40   determine the employee's suitability for employment under this
```

CONFIDENTIAL CORECIVIC_0000027

```
 1    contract.  Investigations with little or no derogatory
 2    information will be reviewed and forwarded to the COR within 90
 3    days of the investigation completion date.  Investigations
 4    requiring resolution of derogatory information will be forwarded
 5    within 180 days of the investigation completion date.  Extended
 6    adjudication time frames on a case-by-case basis may be requested
 7    from the COR.

 8    The contractor shall ensure all employees and full-time
 9    subcontractor employees are reinvestigated as prescribed in the
10    Scope and Coverage of a Periodic Reinvestigation in Section J of
11    the contract.
12    Upon receipt, review and resolution of any derogatory information
13    contained in the reinvestigation report, the Warden shall forward
14    to the COR a written final determination regarding the employee's
15    continued employment under this contract.  A copy of the
16    reinvestigation report results shall be attached.

17    The contractor shall maintain all personnel records on site for
18    the duration of the contract and make these records available to
19    the BOP upon request.

20    Waivers

21    If the applicant does not meet the BOP's current Guidelines and
22    is still a desirable employee, the contractor may request a
23    written waiver to the Guidelines, submitted to the COR, which
24    includes:

25          1)    details and circumstances of the applicant's behavior
26                which is outside the Guidelines;
27          2)    reason(s) why the applicant should receive further
28                consideration; and
29          3)    availability of other suitable applicants.

30    Other Requirements
31
32    The contractor shall not employ any individual who has a felony
33    or misdemeanor conviction of domestic violence.

34    The contractor shall not employ any individual who is not a U.S.
35    citizen unless otherwise approved by the CO.  Citizens of the
36    United States include those who were:  born in the United States
37    (the fifty states, District of Columbia, Puerto Rico, Guam (since
38    1950) or the United States Virgin Islands); born outside the
```

DJB1PC010 Page 27

CORECIVIC_0000028

United States to parents who are citizens of the United States,
one of which was physically present in the United States or one
of its outlying possessions for a continuous period of one year
at any time prior to the birth of the person (in some situations
only one person has to be a citizen); naturalized as a U.S.
citizen; or otherwise granted citizenship under authorities
described in law, beginning at 8 USC 1401.  For non-citizen
applicants of subcontractors, the contractor must seek approval
from the CO.  Non-citizen applicants of subcontractors must be
citizens of an allied nation as defined by OPM (see
http://www.opm.gov/employ/html/Citizen.htm).

All applicants or subcontractors (U.S. citizen or otherwise) must
have, immediately prior to applying for a position:

    1)   resided in the United States three of the past five
        years;

    2)   worked for the United States overseas in a federal or
        military capacity; or

    3)   been a dependent of a federal or military employee
        serving overseas.

The CO has final approval authority for non-citizen and non-
residency employment for all potential employees and
subcontractors.

The contractor shall maintain verification of training and
experience which shall include credentials for all professional
staff.  All credentials shall be kept current and maintained for
the duration of the individual's performance under the contract.

Employment Agreement

In the absence of a collective bargaining agreement, the
contractor must enter into a written employment agreement with
each employee assigned to work at the contractor's facility.
This agreement must provide, in recognition of the public safety
requirements for uninterrupted services at the contractor's
facility and in return for adequate consideration, including
grievance procedures, the contractor employee agrees not to
strike or otherwise interrupt normal operations at the
contractor's facility without giving 30 days advance written
notice.

The contractor must ensure a contingency plan covering work

CONFIDENTIAL
CORECIVIC_0000029

```
 1   actions or strikes is developed and maintained in a secure
 2   location.

 3   In the event the contractor negotiates collective bargaining
 4   agreements applicable to the work force under the contract, the
 5   contractor must use its best efforts to ensure such agreements
 6   contain provisions designed to ensure continuity of services.
 7   All such agreements entered into during the contract period of
 8   performance should provide grievances and disputes involving the
 9   interpretation or application of the agreement will be settled
10   without resorting to strike, lockout or other interruption of
11   normal operations.
12   For this purpose, each collective bargaining agreement should
13   provide an effective grievance procedure with arbitration as its
14   final step unless the parties mutually agree upon some other
15   method of assuring continuity of operations.  As part of such
16   agreements, management and labor should agree to cooperate fully
17   with the Federal Mediation and Conciliation Service.  The
18   contractor shall include the substance of this clause (paragraph,
19   provision, etc.) in any subcontracts for protective services.
20
21   Staffing

22   The following are essential personnel with respective minimum
23   qualification requirements and are critical for performance of
24   the contract.  The contractor may use other titles.  Within 15
25   days of contract award, the contractor shall submit a written
26   request (to include a resume) to the COR for conditional
27   contractor employment approval of the Project Coordinator,
28   Warden(s) and Associate Warden(s).  The 15-day period may be
29   extended for the Warden(s) and Associate Warden(s) positions if
30   requested in writing by the contractor and approved by the CO.

31        Project Coordinator - Knowledge and experience within the
32        last five years in planning and executing similar contract
33        requirements as contained within this SOW.

34        Warden(s) - Knowledge of program objectives, policies,
35        procedures and requirements for managing a secure
36        correctional facility.  A minimum of ten years experience in
37        corrections or related field with experience in the
38        management of a correctional facility at the Associate
39        Warden level or above.

40        Associate Warden(s) - Knowledge of program objectives,
41        policies, procedures and requirements for managing a
```

DJB1PC010 Page 29

1    correctional facility.  A minimum of ten years experience in
2    corrections or related field with five years experience in
3    the field of corrections at the level of mid-management.

4    The essential personnel listed below are critical for the
5    performance of this contract: knowledge of program objectives,
6    policies, procedures and requirements specific to their
7    department.  A minimum of five years experience specific to their
8    department is required.

9         Administrator, Religious Services
10        Case Management Coordinator
11        Chief, Correctional Services
12        Computer Services Manager
13        Correctional Shift Supervisors
14        Facilities Manager/Administrator
15        Food Service Administrator
16        Human Resource Manager
17        Inmate Systems/Records Office Manager
18        Intelligence Officer
19        Medical Services Administrator
20        Quality Control Specialist
21        Safety/Environmental Specialist

22   The Administrator, Religious Services shall meet the
23   certification standards of the American Correctional Chaplains
24   Association.

25   The CO may reduce the monthly invoice for salaries and benefits
26   on any unfilled essential position.

27   Subcontractors

28   Full-time Subcontractors:  The contractor shall complete steps
29   #1-15, as outlined in Employment Procedures above, for each full-
30   time subcontractor employee.  Any full-time subcontractor
31   requiring SENTRY access must also have the HSPD-12 requirements
32   completed.

33   Part-time Subcontractors:  The contractor, at a minimum, shall
34   complete the following for all part-time subcontractors:

35        1)   Employment Eligibility Verification (Form I-9);

DJB1PC010 Page 30

1         2)     Coordinate the process for BOP staff to conduct
2                 criminal history checks - NCIC/NLETS.

3 Any part-time subcontractor requiring SENTRY access must also
4 have the HSPD-12 requirements completed.

5 The contractor shall use the BOP's current Guidelines when
6 determining subcontractor employment.  In addition, the
7 contractor shall not hire any subcontractor, full time or part
8 time, who under the following circumstances:  knows any person or
9 has any relatives who are currently incarcerated in the facility;
10 has any criminal charges currently pending; or is currently under
11 any incarceration order, probation or court supervision.

12 Subcontractor employees are required to adhere to the
13 contractor's Standards of Conduct mentioned below.  The BOP has
14 the authority to approve all subcontractors who have contact with
15 federal inmates under the terms of this contract.

16 Volunteers

17 The contractor shall develop written procedures for the use,
18 security and supervision of volunteers.  The procedures shall
19 outline record keeping, identification badges and escort
20 protocols.  The contractor shall include these procedures in the
21 Personnel Policy Manual.
22
23 Volunteers must be 18 years old or older.  Ex-offenders with at
24 least three years of crime-free conduct after release, or with a
25 favorable report upon completion of probation or parole, may be
26 utilized as volunteers.  Volunteers shall not be granted waivers
27 for unescorted status or passes.

28 The contractor shall complete the following for each volunteer
29 working in the facility:

30         1)     Full name and personal information, (e.g., address,
31                 date of birth, driver's license number and issuing
32                 state, social security number);
33         2)     Complete and submit FBI fingerprint form (FD-258);
34         3)     Coordinate the process for BOP staff to conduct
35                 criminal history checks - NCIC/NLETS.

36 The contractor, at a minimum, shall review the volunteer's
37 personal information.  The COR will review any criminal

CONFIDENTIAL

CORECIVIC_0000032

```
 1   background information to determine if the applicant is suitable
 2   in accordance with BOP's current Guidelines for entrance into the
 3   facility.

 4   Volunteers are required to adhere to the contractor's Standards
 5   of Conduct mentioned below.  The BOP has the authority to approve
 6   all volunteers who have contact with federal inmates under the
 7   terms of this contract.

 8   Standards of Conduct

 9   The contractor shall develop written Standards of Conduct on
10   employee conduct, ethics and responsibility.  The contractor's
11   Standards of Conduct shall include those standards defined in
12   Section J.  These standards shall be a part of the Personnel
13   Policy Manual.  The contractor shall document and ensure all
14   employees review the Standards of Conduct annually.  In addition
15   to employees, subcontractors and volunteers are also required to
16   adhere to the Standards of Conduct at all times.  Employees,
17   subcontractors and volunteers shall receive Standards of Conduct
18   Training as part of their individual institutional
19   familiarization and annual training.  Notices explaining
20   employees rights to report misconduct and contact information for
21   all investigative authorities of competent jurisdiction shall be
22   prominently displayed.

23   The contractor shall refer allegations of employee, subcontractor
24   or volunteer misconduct in accordance with procedures defined by
25   the BOP.  The contractor shall cooperate fully with the cognizant
26   authority in any investigation of alleged misconduct.

27   The Government reserves its right, consistent with its
28   obligations under applicable law, to conduct investigations of
29   any alleged misconduct which has the potential to adversely
30   impact the programs or operations of the DOJ and BOP, including
31   the care, custody, health and safety of inmates and BOP staff or,
32   where applicable, the correctional institution and to withdraw
33   final employment approval authority for any employee as warranted
34   by Standards of Conduct violations.
```

35   **E.  Training and Staff Development**

```
36   The Government will provide specialized training to assist the
37   contractor in performing some specialized requirements.  The
38   training will be provided to the contractor at no cost and on a
39   one-time basis only.  Contract employees' travel/lodging expenses
```

CONFIDENTIAL Case 3:16-cv-02267   Document 360-13   Filed 11/20/20   Page 28 of 29 PageID #: 13897   CORECIVIC_0000033

```
1    will not be paid by the BOP.  To receive the training, the
2    contractor must submit a written request to the COR outlining the
3    training participants and time frame for training.

4    1.   Records Office (Records Office Staff)
5         Training
6         a.   Movement Coordination Training - 6 hours
7         b.   Principles of Sentence Computation (includes
8              maintenance, retirement and disposal of inmate files) -
9              32 hours
10        c.   Advanced Sentence Computations - 32 hours

11        Self Study Courses and Modules
12        a.   Mail Room Self Study and Survival Skills Guide
13        b.   Receiving and Discharge Self Study and Survival Skills
14             Guide
15        c.   Processing Inmates In-Out Module
16        d.   Detainers, Writs and IAD Module
17        e.   Mailroom Management Module
18        f.   Sentence Computation and Judgement and Commitment File
19             Module

20   2.   Correctional Programs (Affected Staff)
21        a.   Case Management/Central Inmate Monitoring (includes
22             Victim Notification System) -  24 hours
23        b.   Inmate Discipline Training - 24 hours
24        c.   Disciplinary Hearing Officer (DHO) Training - 24 hours
25        d.   Joint Automated Booking System (JABS) - 16 hours
26        e.   NCIC/NLETS (Practitioner/Administrator) - training disk
27        f.   Adam Walsh Training - 4 hours
28
29   3.   Other
30        a.   Human Resource Management (includes background
31             investigation issues) - 24 hours
32        b.   Basic SENTRY - 2 hours
33        c.   Central Inmate Monitoring Certification Correspondence
34             Course

35   The contractor may request, at its expense and subject to the
36   approval of the COR, additional Government training to supplement
37   the initial training outlined above or other training as it
38   applies to BOP-mandated contract performance.

39   The contractor shall develop and implement a comprehensive staff
```

CONFIDENTIAL Case 3:16-cv-02267     Document 360-13     Filed 11/20/20     Page 29 of 29 PageID #: CORECIVIC_0000034
13898