```
1   training program addressing the institution's sexual
2   abuse/assault prevention and intervention program.  Written
3   policy, procedure and practice shall provide all staff, to
4   include volunteers, receive such training prior to assumption of
5   duties and on an annual basis as part of the institution's in-
6   service training plan.

7   Pre-service and in-service training shall be augmented with
8   specialized training and continuing education for appropriate
9   staff (e.g., case managers, counselors, psychology services
10  staff, chaplaincy staff, correctional officers, investigatory
11  officials, health/mental health care providers, etc.).

12  The contractor shall provide disturbance control training to
13  appropriate staff.
14
15  F.  Case Records

16  Inmate Files

17  All inmate files (e.g., central files, medical files, judgment
18  and commitment (J&C) files, etc.) are to be prepared, maintained
19  and disposed of in accordance with BOP format and procedures.

20  Policy and procedures shall be developed to ensure the
21  confidentiality and security of all inmate central files (e.g.,
22  J&C files, central files, United States Parole Commission mini-
23  files) in accordance with P.S. 5800.13, Inmate Systems Management
24  Manual, dated 6/28/02,  P.S. 5800.11, Inmate Central File,
25  Privacy Folder, and Parole Mini-Files, dated 12/31/97, and in
26  accordance with all applicable federal provisions (e.g., 5 USC
27  552 and 552a).

28  Records Office Procedures

29  The contractor shall interact with other agencies to satisfy
30  outstanding inmate obligations, including, but not limited to:

31      1)  processing of federal and state writs;
32      2)  administration of the Interstate Agreement on
33          Detainers;
34      3)  detainer inquiries;
35      4)  lodging and removal of detainers;
36      5)  notification requests from other agencies; and
37      6)  coordination of transfer/inmate movement in and out of
```

DJB1PC010 Page 34

CONFIDENTIAL                                                                          CORECIVIC_0000035

```
 1              the facility in accordance with P.S. 5800.13, Inmate
 2              Systems Management Manual, dated 6/28/02, Chapter 8;
 3              P.S. 5875.12, Transfer of Inmates to State Agents for
 4              Production on State Writs, dated 7/31/03; and P.S.
 5              5800.12, Receiving and Discharge Manual, dated 8/17/98.
```

 6    No BOP inmate shall be admitted to the institution unless
 7    designated by the BOP.  No BOP inmate shall be permanently
 8    released from custody without BOP written approval.

 9    Sentence computations shall be completed in accordance with P.S.
10    5800.13, Inmate Systems Management Manual, dated 6/28/02; P.S.
11    5880.28, Sentence Computation Manual (CCA of 1984), dated
12    7/20/99; 28 CFR 523; and federal criminal code and rules prior to
13    being submitted to the BOP for review.

14    The contractor shall use SENTRY for the following procedures:
15    admissions and releases; inmate counts; medical data; inmate
16    work, housing assignments, classification and programming;
17    education data; discipline data; victim/witness program; sentence
18    computations, including good time; and United States Parole
19    Commission actions.  The contractor has the option to use SENTRY
20    for any other procedures as approved by the COR.

21    The contractor shall:  maintain inmate J&C files; maintain file
22    accountability and security; respond to inmate inquiries; respond
23    to outside requests for information; compute sentences and
24    determine release dates; enter sentence computations in SENTRY;
25    update sentence computations according to amended court orders;
26    post good conduct time for sentence computations; verify release
27    methods and dates prior to an inmate's release; scan all J&C file
28    documents and electronically submit to BOP; and make any changes
29    as directed by the BOP.

30    The contractor shall sign the Release Authorization after
31    certification and final audit has been performed by BOP staff.
32    In instances of immediate release, the BOP will certify the
33    contractor's sentence computation.

34    The contractor shall comply with the Privacy Act of 1974 (5 USC
35    552a) and 28 CFR Parts 16 and 513.

36    Pre-Sentence Investigation Reports

37    An inmate's Pre-Sentence Investigation Reports (PSR) and
38    Statements of Reasons (SOR) from criminal judgments are provided,

                        DJB1PC010 Page 35

1  where authorized by the court, to the contractor to facilitate
2  sentence administration functions only (e.g., classification,
3  designation, programming, sentence calculation, pre-release
4  planning, escape apprehension, prison disturbance response,
5  sentence commutation, pardon and deportation proceedings of the
6  inmate).  The contractor is prohibited from disclosing copies of,
7  or information from, these documents to persons unrelated to the
8  inmate's sentence administration.  Requests for access to these
9  documents from any persons unrelated to the offender's sentence
10 administration should be referred to the BOP in accordance with
11 28 CFR 513.

12 The contractor must provide inmates local access to review their
13 own PSRs and SORs but is prohibited from allowing inmates to
14 obtain and/or possess photocopies.  Local access means contractor
15 staff must provide inmates reasonable opportunities to locally
16 review their PSRs and SORs as staff time and official duties
17 permit.  During local reviews, inmates are allowed to make
18 handwritten notes, including hand copying the document word-for-
19 word.  Only the photocopy replication of these documents is
20 prohibited.

21 PSRs and SORs are part of the inmate's central file, and the
22 contractor shall manage these documents in accordance with P.S.
23 5800.11, Inmate Central File, Privacy Folder, and Parole
24 Mini-Files, dated 12/31/97.  For example, when inmates are
25 transferred from the contractor facility to another facility, the
26 entire inmate central file shall be transferred to the new
27 facility.  Similarly, when an inmate is released from the
28 sentence, the entire inmate central file shall be archived as a
29 BOP record.

30 **G.  Information Systems and Research**

31 Information Systems

32 The BOP information system environment includes mainframe,
33 Local Area Network (LAN) and Wide Area Network (WAN) components.

34 The BOP mainframe software environment exists in an internally
35 developed application named SENTRY which is used to support
36 facility operations.  The contractor shall provide and maintain
37 hardware and software to access SENTRY in the manner referenced
38 in Section J to operate the facility.

39 The contractor shall appoint a SENTRY security manager who shall

DJB1PC010 Page 36

1    be the contractor's point of contact for SENTRY use at the
2    institution.  It is suggested the SENTRY security manager be a
3    collateral duty appointment.  All contractor and subcontractor
4    staff being granted access to SENTRY shall sign a SENTRY Rules of
5    Behavior form located in Section J.  The SENTRY security manager
6    shall keep these on file.

7    The technical hardware environment in which computer services are
8    to be performed consists of IBM-compatible Personal Computers
9    (PC) operating on a LAN.  In addition to providing for the inter-
10   connection of PC workstations, the LAN also provides connections
11   to a BOP centralized gateway which connects to an IBM-compatible
12   mainframe computer located in a DOJ data center.

13   All network operating system hardware furnished by the
14   contractor shall be compatible with BOP equipment throughout
15   the life of the contract at the contractor's expense.

16   The contractor is required to provide the hardware and software
17   contained in Section J in order to participate in the BOP's
18   information system environment.

19   All network operating system software, applications software and
20   configurations not furnished by the Government shall be the same
21   release, version and configuration currently specified by the
22   contract.  The contractor shall adhere to P.S. 1237.14, Personal
23   Computers and Network Standards, dated 5/7/07, and its associated
24   Technical Bulletins.

25   The contractor shall ensure the inmate "automated system of
26   records" is compatible with standard BOP facility and operational
27   requirements.

28   If it is technically feasible and if approved by the BOP Chief
29   Information Officer (CIO), the contractor shall be permitted
30   access to the following programs:  Victim Notification System
31   (VNS), Centra, Web 106, Joint Automated Booking System (JABS) and
32   the Magic Help Desk (one license per facility).  Access shall be
33   coordinated through the COTR and COR.

34   The contractor shall adhere to P.S. 1237.13, Information
35   Security, dated 3/31/06, which governs such areas as:  security
36   for and access to sensitive information and systems; minimum
37   personnel security pre-requisites for computer system users and
38   administrators; and security and access to computer rooms, etc.

CONFIDENTIAL Case 3:16-cv-02267   Document 360-14   Filed 11/20/20   Page 4 of 31 PageID #: 13902 CORECIVIC_0000038

The contractor shall ensure fundamental information technology
resources (computer hardware, network and operating system
software and telecommunications facilities) used in performance
of this contract function properly and are maintained in good
operating condition. A minimum Operational Availability Rate
(OAR) of 97% is required for all such resource components. The
contractor shall ensure such resources are compatible with
existing BOP equipment, systems and data exchange functions.

GroupWise shall be configured as an external domain to the BOP
primary domain and shall have no physical or logical connections
to any internal or external mail system other than the BOP.

Unless specifically approved by the BOP CIO and the COR, the
contractor's network shall have no physical or logical
connectivity to any external systems except to the BOP WAN.

The contractor shall have video conferencing capabilities which
can be utilized for Government supplied training, inmate legal
hearings as required by the Government, conferences, etc. In
order to support video conferencing, the video teleconference
device must be approved by the Computer Services and User Support
Branch prior to purchase. The device must be statically
addressed with an address provided by the BOP National Network
Communications (NNC) Branch. The LAN port used for the video
unit must be capable of fixed speed and duplex configuration and
verified by NNC.

Research

Advance approval from the COR shall be obtained for all proposed
research projects. These include projects conducted by the
contractor, subcontractors or any other party. The COR shall be
advised of the progress of all research projects, have total
access to all documents and be provided a copy of the final
report prior to any publication.

The contractor is required to participate in any research task
pursued by the Government and shall gather and provide any
information requested. Contractor participation is anticipated
to be primarily in the area of gathering and submitting
statistical information.

At the discretion of the Government, an independent evaluator,
compensated by the Government, may interview and/or administer

CONFIDENTIAL CORECIVIC_0000039

1    surveys to staff and inmates.

2    **H.   Physical Plant**

3    The facility shall be operated and maintained to ensure inmates
4    are housed in a safe, secure and humane manner.  All equipment,
5    supplies and services shall be contractor furnished except as
6    otherwise noted in this contract.

7    The facility shall be designed, constructed, operated and
8    maintained in accordance with all applicable federal, state and
9    local laws, regulations, codes, guidelines and policies.  In the
10   event of a conflict between federal, state or local laws, codes,
11   regulations or requirements, the most stringent shall apply.  In
12   the event there is more than one reference to a safety, health or
13   environmental requirement in an applicable law, standard, code,
14   regulation or Government policy, the most stringent requirement
15   shall apply.

16   The contractor shall provide and maintain an electronic security
17   alarm system which will identify any unauthorized access to the
18   institution's secure perimeter.

19   The facility shall comply with the International Code Council
20   (ICC) family of codes, including, but not limited to, the
21   following:

22        1)   International Building Code (IBC);
23        2)   International Plumbing Code (IPC);
24        3)   International Mechanical Code (IMC); and
25        4)   International Energy Conservation Code (IECC).

26   The contractor shall comply with the National Electric Code
27   (NEC).  Fire protection and life safety issues shall be governed
28   by the latest edition of the National Fire Protection Association
29   (NFPA) 101, Code for Safety to Life from Fire in Buildings and
30   Structures, and applicable National Fire Codes (NFC).  Should
31   conflicts occur between other codes and NFC, NFC shall apply.
32   The contractor shall comply with state and local building codes
33   to the maximum extent possible.

34   The facility shall comply with the Seismic Safety of Federal and
35   Federally Assisted or Regulated New Building Construction (E.O.
36   12699).  The seismic safety requirements, as set forth in the ICC
37   family of codes, are the minimum standards.  Should the code

DJB1PC010 Page 39

CONFIDENTIAL                                                                                        CORECIVIC_0000040

1  applicable for the state in which the facility is located be more
2  stringent than the other codes set forth herein, the state code
3  shall prevail.  If the code cannot be applied, then the locally
4  adopted codes would prevail for building standards and seismic
5  acceptability.

6  The facility shall comply with the requirements of the American
7  with Disabilities Act (ADA).  All areas of the buildings and site
8  shall meet these requirements.

9  Activities implemented, in whole or in part, with federal funds,
10 must comply with applicable legislation and regulations
11 established to protect the human or physical environment and to
12 ensure public opportunities for review.  The contractor shall
13 remain in compliance with federal statutes during performance of
14 the contract to include, but not be limited to, the Clean Air
15 Act, Clean Water Act, Endangered Species Act, Resource
16 Conservation and Recovery Act and other applicable laws,
17 regulations and requirements.  The contractor shall also comply
18 with all applicable limitations and mitigation identified in any
19 Environmental Assessment or Environmental Impact Statement
20 prepared in conjunction with the contract pursuant to the
21 National Environmental Policy Act, 42 USC 4321.

22 The contractor shall be responsible for and shall indemnify and
23 hold the Government harmless for any and all spills, releases,
24 emissions, disposal and discharges of any toxic or hazardous
25 substance, pollutant or waste, whether sudden or gradual, caused
26 by or arising under the performance of the contract or any
27 substance, material, equipment or facility utilized therefore.
28 For the purposes of any environmental statute or regulation, the
29 contractor shall be considered the "owner and operator" for any
30 facility utilized in the performance of the contract and shall
31 indemnify and hold the Government harmless for the failure to
32 adhere to any applicable law or regulation established to protect
33 the human or physical environment.  The contractor shall be
34 responsible in the same manner as above regardless of whether
35 activities leading to or causing a spill, release, emission or
36 discharge are performed by the contractor, its agent or designee,
37 an inmate, visitor or any third party.

38 Should any spills or releases of any substance into the
39 environment occur, the contractor shall immediately report the
40 incident to the CO.  The liability for the spill or release of
41 such substances rests solely with the contractor and its agents.

DJB1PC010 Page 40

CONFIDENTIAL   CORECIVIC_0000041

```
 1    A safety program shall be maintained in compliance with all
 2    applicable federal, state and local laws, statutes, regulations
 3    and codes.  The contractor shall comply with the requirements of
 4    the Occupational Safety and Health Act of 1970, 29 USC 651, et
 5    seq., and all codes and regulations associated with 29 CFR 1910
 6    and 1926.

 7    All fire detection, communication, alarm, annunciation,
 8    suppression and related equipment shall be operated, inspected,
 9    maintained and tested in accordance with the most current edition
10    of NFPA 72, National Fire Alarm Code.  Contractor shall provide
11    proof of testing and inspections as listed in NFPA 72 and NFPA
12    13, Installation of Sprinkler Systems, when required.

13    Promptly after the occurrence of any physical damage to the
14    institution (including disturbances), the contractor shall report
15    such damage to the COR.  It shall be the responsibility of the
16    contractor to repair such damage, rebuild or restore the
17    institution consistent with the master design and construction
18    specifications for the facility at no cost to the Government.
19    Any deviation from the original design and construction
20    specifications shall require the prior written concurrence of the
21    CO.

22    The BOP anticipates a nominal number of BOP staff will be on site
23    to monitor contract performance and manage other BOP interests
24    associated with operation of the facility.  With BOP concurrence,
25    the contractor shall designate approximately 2,500 square feet of
26    secure administrative office space for BOP staff operations as
27    indicated in Section J.  BOP office space shall be located within
28    close proximity to the administrative office space for the
29    contractor's staff.

30    The contractor shall provide operational space for the Executive
31    Office for Immigration Review (EOIR) and United States
32    Immigration and Customs Enforcement (ICE) operations.  EOIR and
33    ICE will require appropriate space to accommodate video
34    conferencing equipment for use in immigration removal processing.
35    Space requirements should, at a minimum, allow for the use of
36    video conferencing equipment for small groups of inmates and
37    escorting staff and one office for ICE.  With BOP concurrence,
38    the contractor shall designate an area or multiple use space to
39    accommodate a video courtroom equal to approximately 300 square
40    feet and a separate office space for ICE at 150 square feet to be
41    located near each other and inside the secure perimeter of the
42    facility as indicated in Section J.
```

DJB1PC010 Page 41

CONFIDENTIAL                                                    COREC_0000042

1    All office and multiple use space shall be climate controlled and
2    complete with appropriate electrical, communication and phone
3    connections.  The contractor shall be responsible for all
4    maintenance, security and costs associated with space designated
5    for Government staff.

6    The contractor shall provide no less than 10 parking spaces for
7    Government use.

8    **I.  Security and Control**

9    Use of Force

10   Any use of force by the contractor shall at all times be
11   consistent with all applicable policies of the Government.  All
12   use of lethal force by the contractor or any other authority
13   shall be in compliance with P.S. 5500.12, Correctional Services
14   Procedures Manual, dated 10/10/03, Chapter 7, Section 702, Use of
15   Firearms.  All use of less lethal force by the contractor or any
16   other authority shall be in compliance with P.S. 5566.06, Use of
17   Force and Application of Restraints, dated 11/30/05.

18   All use of force incidents shall be reported in accordance with
19   P.S. 5500.12, Correctional Services Procedures Manual, dated
20   10/10/03, Chapter 6, Sections 602, 604 and 605, After-Action
21   Review and Reporting.

22   Arrest Authority

23   The contractor shall have appropriate arrest authority in order
24   to maintain the security of the correctional institution.

25   The contractor shall ensure the arrest authority meets the
26   following standards so an officer or employee of the contractor
27   may:

28        1)   make arrests on or off facility property without
29              warrant for the following violations regardless of
30              where the violation may occur:  assaulting staff,
31              escape, attempted escape and assisting escape;
32        2)   make arrests on facility property without warrant for
33              the following violations:  theft, depredation of

DJB1PC010 Page 42

```
1    property, contraband, mutiny and/or riot and trespass;
2    and

3    3)   arrest without warrant for any other offense committed
4         on facility property if necessary to safeguard
5         security, good order or Government property

6    if such officer or employee of the contractor has reasonable
7    grounds to believe the arrested person is guilty of such offense
8    and if there is likelihood of such person's escaping before an
9    arrest warrant can be obtained.  If the arrested person is a
10   fugitive from custody, such inmate shall be returned to custody.


11   Inmate Accountability

12   SENTRY shall be used for reporting all official counts.
13   Documentation shall be maintained to support all counts.


14   Key Control

15   The contractor shall develop policy and procedures for the
16   maintenance and security of keys and locking mechanisms to
17   include:  method of inspection to expose compromised locks or
18   locking mechanisms; method of replacement for damaged keys and/or
19   locks; preventative maintenance schedule for servicing locks and
20   locking mechanisms; restrictions on removal of keys from the
21   facility and issuance of emergency keys.  The contractor shall
22   notify the BOP in the event any key or locking mechanism is lost
23   or compromised.


24   Tool Control

25   All controlled tools, equipment and hazardous materials shall be
26   classified by security risk.


27   Inmate Transportation

28   The contractor is responsible for the movement/transportation of
29   all inmates within a 400 mile radius of the contract facility.
30   The contractor shall utilize restraint equipment identical to the
31   BOP's (Peerless standard 10 oz. hand restraints and 15 oz. leg
32   restraints; American Padlock with a PTKB-1 key-way code 23638)
33   when one-for-one equipment exchange is required (e.g., airlifts).
```

DJB1PC010 Page 43

1    Intelligence Operations

2    Policy and procedures for collecting, analyzing, disseminating
3    and safeguarding intelligence information regarding issues
4    affecting safety, security and the orderly operation of the
5    facility shall be developed.

6    The contractor shall have a position at the institution dedicated
7    to intelligence operations.  The position shall be known as an
8    Intelligence Officer (IO).

9    The contractor shall develop a urine and alcohol surveillance
10   program at the facility which complies with P.S. 6060.08, Urine
11   Surveillance and Narcotic Identification, dated 3/8/01, and CFR
12   28.550.10.  Only laboratories certified by the Substance Abuse
13   and Mental Health Services Administration, Department of Health
14   and Human Services, shall be used for urine surveillance.

15   If authorized to do so under applicable law, the IO shall be
16   responsible for administration of the inmate telephone monitoring
17   program.  These responsibilities include, but are not limited to:
18   gathering intelligence from monitored inmate telephone calls and
19   producing concise intelligence summaries of the calls; subject
20   matter expertise on inmate telephone monitoring procedures; and
21   use of telephone monitoring equipment.

22   All requests by law enforcement authorities, other than BOP
23   staff, regarding inmate telephone monitoring shall be immediately
24   referred to the COR.

25   The IO office shall have SENTRY access.  The IO will be required
26   to utilize various BOP information data bases in the performance
27   of required duties.  All IO computer hardware/software and
28   related telephone recording equipment/monitoring media shall be
29   designated as "Sensitive But Unclassified."  Areas containing
30   such equipment shall be designated as "Restricted" and "Limited
31   Access" areas.  Inmates are prohibited from entering or working
32   in the IO office and the inmate telephone monitoring and
33   telephone media library rooms.
34

35   The IO shall submit information and reports as requested by the
36   BOP.  The IO shall provide the BOP with quarterly intelligence
37   updates relating to intelligence gathered by using the Automated
38   Intelligence Management System (AIMS).  The IO shall participate
39   in meetings and training as requested by the BOP.

CONFIDENTIAL
CORECIVIC_0000045

1     Intervention Equipment

2     The contractor shall submit to the COR a proposed inventory of
3     intervention equipment for approval (e.g., weapons, munitions,
4     chemical agents, electronics/stun technology, etc.) intended for
5     use during performance of this contract 30 days prior to NTP.
6     The contractor shall submit any changes to the intervention
7     equipment inventory to the COR for approval prior to use.

8     The use and carrying of weapons for training shall meet all
9     federal, state and local laws and regulations.

10    Reporting

11    The contractor shall report all criminal activity related to the
12    performance of this contract to the BOP and the appropriate law
13    enforcement investigative agency (e.g., state/local authorities,
14    Federal Bureau of Investigation, United States Marshals Service).

15    The contractor shall telephonically report immediately any
16    serious incident to the COR and submit a report of the incident
17    using Report of Incident (Form BP-A583) by the next business day.
18    Serious incidents include, but are not limited to: activation of
19    disturbance control team(s); disturbances (including gang
20    activities, group demonstrations, food boycotts, work strikes,
21    work-place violence, civil disturbances/protests); staff use of
22    force, including use of immediate, calculated lethal and less
23    lethal force; inmates in restraints more than eight hours;
24    assaults on staff/inmates resulting in injuries requiring medical
25    attention (does not include routine medical evaluation after the
26    incident); fights resulting in injuries requiring medical
27    attention; fires; full or partial lock down of the facility;
28    escapes; weapons discharge; suicide attempts; deaths; hunger
29    strikes; adverse incidents that attract unusual interest or
30    significant publicity; adverse weather (e.g., hurricanes, floods,
31    ice/snow storms, heat waves, tornadoes); fence damage; power
32    outages; bomb threats; central inmate monitoring cases (non-
33    separation) transported to a community hospital; significant
34    environmental problems that impact the facility operations;
35    transportation accidents (airlift, bus, etc.) resulting in
36    injuries, death or property damage; and inmate sexual assaults.

37    An After-Action Review Report (Form BP-A586) shall be generated
38    for all major incidents in accordance with P.S. 5500.12,
39    Correctional Services Procedures Manual, dated 10/10/03.

CONFIDENTIAL Case 3:16-cv-02267   Document 360-14   Filed 11/20/20   Page 12 of 31 PageID # CORECIVIC_0000046
13910

```
1   Attempts to apprehend escapee(s) shall be in accordance with the
2   contractor's established emergency plans and procedures set forth
3   in P.S. 5553.07, Escapes/Deaths Notifications, dated 2/10/06, and
4   Report of Incident (Form BP-A583).

5   Investigations

6   The Government may investigate any incident pertaining to
7   performance of this contract.  The contractor shall cooperate
8   with the Government on all such investigations.

9   Sexual Assault

10  The contractor shall comply with the policies and procedures for
11  establishment of a sexual abuse/assault program as contained in
12  P.S. 5324.06, Sexually Abusive Behavior Prevention and
13  Intervention Program, dated 4/27/05.
```

14  **J.   Discipline**

```
15  The contractor shall comply with the policy and procedures for
16  inmate discipline as contained in 28 CFR 541 and P.S. 5270.07,
17  Inmate Discipline and Special Housing Units, dated 3/20/06.  All
18  data regarding the discipline incident report process for inmates
19  shall be entered into SENTRY.
```

20  **K.   Inmate Rights**

```
21  In addition to the contractor's grievance policy, the contractor
22  shall develop procedures for inmates to file administrative
23  remedy appeals in accordance with 28 CFR Part 542 for issues
24  outside the contractor's scope of responsibility as determined by
25  the BOP.  The contractor shall accept and respond to the appeal
26  to the extent possible with further appeal to the BOP.  Appeals
27  to the BOP must be submitted in the English language.

28  The contractor shall stock and provide inmates with BOP
29  administrative remedy forms.  The contractor shall utilize SENTRY
30  to facilitate the administrative remedy process.  When relief is
31  granted upon appeal, the contractor shall take corrective action
32  as indicated in the response.

33  The contractor shall comply with the Religious Freedom
34  Restoration Act of 1993, 42 USC 2000bb, et seq., and ensure the
```

DJB1PC010 Page 46

1    religious services programs are consistent with this Act.

2    **L.   Reception and Orientation**

3    Admission and Release Procedures

4    The contractor shall comply with P.S. 5800.12, Receiving and
5    Discharge Manual, dated 8/17/98, when entering inmate admission
6    and release data.

7    The search of inmates admitted to the facility or released to any
8    authority shall include a strip search performed by contractor
9    staff.  The search shall be conducted by persons of the same
10   gender except in urgent circumstances.

11   Inmates shall be fingerprinted using Government supplied forms
12   and submitted to the FBI in accordance with P.S. 5800.12,
13   Receiving and Discharge Manual, dated 8/17/98.

14   The intake process shall include, at a minimum, medical, social
15   and psychological screening within 24 hours of inmate arrival at
16   the facility and prior to inmate release to the general
17   population.  For all newly committed inmates, a psychological
18   assessment shall be completed within 14 days of arrival at the
19   facility.  For inmates transferring from a BOP institution, a
20   psychological update of the inmate is sufficient in lieu of the
21   psychological assessment.

22   The contractor shall ensure all requirements related to P.S.
23   5180.04, Central Inmate Monitoring System, dated 8/16/96, are
24   maintained.

25   In cases where inmates are being transferred to or from foreign
26   countries, 28 CFR 527 and 18 USC 4100, et seq., shall be
27   followed.

28   P.S. 5580.07, Personal Property, Inmate, dated 12/28/05, provides
29   procedures related to inmate property.  Property of inmates
30   transferred to other facilities shall meet the requirements of
31   the above Program Statement.  In the event property outside the
32   scope of P.S. 5580.07 accompanies an inmate departing the
33   contract facility, the property shall be returned to the facility
34   for disposition at the contractor's expense.  All inmate personal
35   property shall be inventoried and an Inmate Personal Property
36   Record (Form BP-A383) completed upon inmate admission or

DJB1PC010 Page 47

1   discharge.

2   DNA Analysis Procedures

3   The contractor shall develop and implement procedures to comply
4   with the DNA Analysis Backlog Elimination Act of 2000 (P.L. 106-
5   546) and USA Patriot Act (P.L. 107-560).  These laws require DNA
6   samples to be obtained from inmates convicted of qualifying
7   federal offenses as determined by the Attorney General.  A list
8   of qualifying offenses, subject to change by determination of the
9   Attorney General, is included as an attachment in Section J.
10  Subsequent changes to the list of qualifying offenses shall be
11  disseminated to the contractor by the COTR.  The law applies to
12  inmates with current or past qualifying offenses.  The contractor
13  shall develop procedures to identify inmates currently in custody
14  who meet the statutory requirement for DNA testing.  Inmates
15  coming into custody will have DNA requirements identified by the
16  BOP.

17  The FBI will supply standardized DNA collection kits to the
18  contractor.  The FBI analyzes the collected samples and maintains
19  the Combined DNA Index System (CODIS).

20  The contractor shall adhere to the SENTRY instructions for DNA
21  collection as provided by the BOP.  Inmates found to have
22  qualifying offenses will be identified thru SENTRY.  DNA sampling
23  must occur prior to an inmate release.  If an inmate has already
24  provided a DNA sample as identified in SENTRY, another sample is
25  not required.

26  The contractor shall provide notification using a BOP approved
27  format of the Notice of Release and Arrival (Form BP-A714) to the
28  appropriate authorities (United States Probation or Court
29  Services or Offender Supervision Agency) of each inmate releasing
30  to a term of community supervision and subject to this law,
31  indicating if a DNA sample has been collected.

32  **M.   Classification**

33  Inmates shall be housed in a unit where the contractor shall
34  ensure appropriate supervision, informal interaction and early
35  problem identification and resolution is provided.

36  Unit team members shall be accessible from the housing unit and
37  available to the population.  Individual and group counseling

CONFIDENTIAL Case 3:16-cv-02267   Document 360-14   Filed 11/20/20   Page 15 of 31 PageID # 13913   CORECIVIC_0000049

1    shall be available.

2    Programming shall be reviewed with individual inmates on a
3    regular basis.

4    The contractor shall enter and keep current all required SENTRY
5    transactions and written documentation related to the
6    classification and program review of inmates, progress reports
7    and Central Inmate Monitoring System.  A system of records and
8    review to ensure compliance with P.S. 5100.08, Inmate Security
9    Designation and Custody Classification, dated 9/12/06, and 28 CFR
10   shall be maintained.

11   The contractor shall follow all applicable provisions related to
12   the Violent Crime Control and Law Enforcement Act of 1994 (P.L.
13   103-332) ensuring all notification requirements are accomplished
14   for appropriate inmates.

15   The facility shall develop and maintain a financial
16   responsibility system to assist the inmate in developing a
17   financial plan to meet legitimate financial obligations in
18   accordance with 28 CFR 545.10.

19   The contractor shall develop policy and procedures for the
20   facility concerning victim and/or witness notification for
21   appropriate inmates which meet the requirements outlined in
22   28 CFR 551 Subpart M, §551.150-551.153; Victim and Witness
23   Protection Act of 1982 (P.L. 97-291); Crime Control Act of 1990
24   (P.L. 101-647); and Violent Crime Control and Law Enforcement Act
25   of 1994 (P.L. 103-332).

26   The contractor shall develop policy and procedures to comply with
27   the provisions of the Adam Walsh Child Protection and Safety Act
28   of 2006 (H.R. 4472) as outlined in the Procedures for
29   Implementation of Walsh Act Civil Commitment of Sexually
30   Dangerous Persons located in Section J of the contract.

31   The procedures shall ensure the contractor reviews all inmate
32   files to determine qualifying conduct for establishing an
33   appropriate Adam Walsh Case Management Assignment (CMA)
34   assignment.  No inmate shall be released without a Walsh CMA
35   assignment.

DJB1PC010 Page 49

1 **N.  Health Care**

2 The contractor shall provide all essential health care services
3 while meeting the applicable standards and levels of quality
4 established by the ACA and the designated BOP National Health
5 Care Accreditation Provider, The Joint Commission.  In addition,
6 the contractor shall adhere to all applicable federal, state and
7 local laws and regulations governing delivery of health services.

8 The contractor's facility shall obtain full accreditation by the
9 BOP's accepted medical accreditation organization within 24
10 months of the NTP and shall maintain continual compliance with
11 the accreditation standards during performance of the contract.
12 The BOP's current medical accreditation is by The Joint
13 Commission.

14 Failure to perform in accordance with contract requirements and
15 to obtain full accreditation by the BOP's accepted medical
16 accreditation organization within 24 months of the NTP may result
17 in a reduction of the monthly operating price in accordance with
18 the contract terms.

19 The BOP has established standards of medical care to be provided
20 to all individuals for whom they are responsible, regardless of
21 the setting in which they receive such care.  These standards are
22 articulated through BOP Program Statements (P.S.), Operations
23 Memoranda (OM), Technical Reference Manuals (TRM) and clinical
24 practice guidelines.  The contractor shall establish policies,
25 procedures and protocols which assure the services it provides
26 meet these standards.

27 The list below is provided for reference.  There are portions of
28 particular BOP Program Statements included in this list for which
29 compliance is mandatory (e.g., mortality review, testing for
30 tuberculosis and other infectious diseases).  The sections and
31 the specific requirements are outlined later in the SOW.

32      P.S. 5310.12   Psychology Services Manual, dated 3/7/95
33      P.S. 6010.01   Psychiatric Treatment and Medication,
34      Administration Safeguards for, dated 9/21/95
35      P.S. 6010.02   Health Services Administration, dated 1/15/05
36      P.S. 6013.01   Health Services Quality Improvement, dated
37           1/15/05
38      P.S. 6027.01   Health Care Provider Credential Verification,
39      Privileges, and Practice Agreement Program, dated 1/15/05

CONFIDENTIAL CORECIVIC_0000051

```
 1          P.S. 6031.01   Patient Care, dated 1/15/05
 2          P.S. 6080.01   Autopsies, dated 5/27/94
 3          P.S. 6090.01   Health Information Management, dated 1/15/05
 4          P.S. 6190.03   Infectious Disease Management, dated 6/28/05
 5          P.S. 6270.01   Medical Designations and Referral Services
 6                         for Federal Prisoners, dated 1/15/05
 7          P.S. 6340.04   Psychiatric Services, dated 1/15/05
 8          P.S. 6360.01   Pharmacy Services, dated 1/15/05
 9          P.S. 6370.01   Laboratory Services, dated 1/15/05
10          P.S. 6400.02   Dental Services, dated 1/15/05
11          PRG  G6000I.04 Program Review Guidelines - Health Services
12                         Institution, dated 4/26/06
13          TRM  6001.03   SENTRY Sensitive Medical Data/Medical Duty
14                         Status/Acuity Status, dated 6/8/99
15          TRM  6501.06   Pharmacy, dated 2/28/01
```

16   Administration

17   Whenever possible, health care services shall be provided within
18   the facility Health Services Unit (HSU).  The contractor shall
19   establish arrangements with local health care providers for
20   emergency and medical services necessary for outpatient and
21   inpatient health care not provided within the facility.

22   The contractor shall provide a minimum of one negative pressure
23   room within the institution with the ventilation rate a minimum
24   of 12 air exchanges per hour.  The room shall also have an
25   exhaust system to direct flow of air from the room to the
26   outdoors or through High-Efficiency Particulate Air (HEPA)
27   filters.  The contractor shall have a negative pressure sensor
28   device that will continuously monitor the pressure within the
29   room.

30   The contractor shall provide adequate space for examination and
31   treatment of the patient population, along with medical equipment
32   to provide care required by the population.  Space allocations
33   shall include:

34   •    space for privacy in consultation and physical examination,
35   •    facilities for providing urgent care,
36   •    storage and disposal of biohazardous waste,
37   •    dental treatment area,
38   •    secure pharmacy area,
39   •    specimen collection area, and

DJB1PC010 Page 51

1  •  secure medical record storage.

2  Medical equipment should allow providers to conduct routine
3  physical examinations, diagnose and treat minor injuries,
4  evaluate emergency conditions and life support equipment as
5  appropriate to the setting (e.g., automatic external
6  defibrillators or other similar device).  The contractor shall
7  maintain a medical equipment preventive maintenance plan.

8  Services

9   The contractor shall have written plans, procedures and
10  associated protocols for:

11      •    routine (ambulatory) health care, mental health and
12  dental services;
13      •    24/7 access to urgent/emergency medical treatment,
14  including medical, mental health and dental emergencies;
15      •    utilization of infirmary or "observation units" if they
16  exist;
17      •    initial health screening;
18      •    health appraisal examination;
19      •    daily triage of complaints;
20      •    access to care procedures (scheduling appointments,
21  consultations, diagnostic or treatment procedures, how care is
22  provided in segregation or detention areas);
23      •    special medical programs and services for, but not
24  limited to:
25          •    management of chronic and acute medical
26  conditions;
27          •    convalescent care;
28          •    mental health and substance abuse services;
29          •    health care specialists;
30          •    physical therapy services;
31      •    ancillary services - radiology, laboratory, etc.;
32      •    dental services (routine and emergency);
33      •    pharmaceutical services and supplies;
34      •    optometry services to include the provision of
35  medically necessary eyeglasses;
36      •    health education;
37      •    medical diets;
38      •    medical management related to the use of force and
39  restraints;

DJB1PC010 Page 52

CORECIVIC_0000053

1      •      medical management of hunger strikes;

2      •      surveillance, control, diagnosis and treatment of
3    infectious diseases; and
4      •      quality assurance/improving organizational performance
5    provider licensure, credentialing, peer review.

6    Staffing

7    The contractor shall submit written plans and procedures for
8    health care staffing of the facility.  The plan will:
9
10   •    specify the duties and responsibilities of all staff
11        providing clinical services;
12   •    specify the numbers and mix of staff providing services;
13   •    define the supervision of staff providing services;
14   •    ensure all duties and responsibilities of the clinical staff
15        are consistent with applicable state licensing laws or
16        regulations covering the practice of medicine, nursing,
17        dentistry or other regulated clinical professions;
18   •    ensure duties and responsibilities do not exceed the scope
19        of practice as defined for any provider;
20   •    define the mechanism by which the contractor will ensure
21        staff performing medical services are licensed or certified
22        as required by law or regulation;
23   •    define the procedures for primary source verification of
24        credentials;
25   •    define the process for granting privileges to licensed
26        independent practitioners and how other providers are
27        authorized to carry out their duties (agreements, protocols,
28        standing orders, etc.).

29   Pharmacy Services

30   The contractor shall adhere to Part 1 of the Pharmacy TRM, the
31   BOP National Formulary.  The contractor shall obtain signed
32   informed consents for medications used for psychiatric treatment
33   which is located in the Pharmacy TRM.

34   Infectious Disease Management Program

35   The contractor shall comply with all Occupational Safety and
36   Health Administration (OSHA) regulations in the delivery of
37   health care services.  The contractor shall ensure all inmates

DJB1PC010 Page 53

CONFIDENTIAL                                                            CIVIC_0000054

```
 1    are tested in accordance with P.S. 6190.03, Infectious Disease
 2    Management, dated 6/28/05.

 3    The contractor shall comply with the most recent Centers for
 4    Disease Control and Prevention/Morbidity and Mortality Weekly
 5    Report (CDC/MMWR) "Prevention and Control of Tuberculosis in
 6    Correctional Facilities:  Recommendations of the Advisory Council
 7    for the Elimination of Tuberculosis" and "Guidelines for
 8    Preventing Transmission of Mycobacterium Tuberculosis in
 9    Health-care Facilities."

10    The contractor shall comply with the most recent Department of
11    Health and Human Services (DHHS) and United States Public Health
12    Service (USPHS) guidelines related to the treatment of HIV and
13    AIDS.  These guidelines are available at www.aidsinfo.nih.gov.
14    Specific guidelines include:

15         •    "Guidelines for the Use of Antiretroviral Agents in
16         HIV-Infected Adults and Adolescents"
17         •    "Guidelines for the Prevention of Opportunistic
18         Infections in Persons Infected with HIV"
19         •    "Guidelines for the Management of Occupational
20         Exposures to HBV, HCV, and HIV and Recommendations for
21         Postexposure Prophylaxis"
22         •    "Management of Possible Sexual, Injecting-Drug-Use, or
23         Other Nonoccupational Exposure to HIV, Including
24         Considerations Related to Antiretroviral Therapy"
25         •    Prevention and Treatment of Tuberculosis Among Patients
26         Infected with Human Immunodeficiency Virus:  Principles of
27         Therapy and Revised Recommendations"

28    The contractor shall comply with the most recent National
29    Institutes of Health (NIH) "Consensus Development Conference
30    Statement on the Management of Hepatitis C."

31    Preventive Health Services

32    The contractor shall provide preventive health care to include
33    immunizations and medical screening procedures consistent with
34    those recommended by the United States Preventive Health Task
35    Force.

36    Management of Chronic Medical Conditions

37    For the treatment of chronic diseases, the contractor shall use
```

DJB1PC010 Page 54

CORECIVIC_0000055

```
1   current evidence-based clinical treatment guidelines promulgated
2   by nationally recognized sources, such as the National Asthma
3   Education Program; Joint National Committee on Prevention,
4   Detection, Evaluation and Treatment of High Blood Pressure;
5   National Cholesterol Education Program; American Diabetes
6   Association; and American Psychiatric Association.  The BOP
7   Health Services Division has issued clinical treatment guidelines
8   from the Office of the Medical Director based upon these and
9   other nationally recognized guidelines and tailored to the
10  correctional environment.  These are available from the Health
11  Services Division or at www.nicic.org.  The contractor shall
12  specify which guidelines it has chosen to use and will be
13  benchmarked against those guidelines.

14  Quality Improvement

15  The contractor shall establish a clinical care quality assessment
16  and improvement program along with a quality measurement system
17  for health care services.  The quality of services shall be
18  assessed through this program, and the findings shall be
19  available to the BOP upon request.
20
21  Organ Donations/Transplants

22  All issues related to organ donations/transplants will be
23  immediately reported to the COR for consultation with the BOP
24  Medical Director who will evaluate on a case-by-case basis.

25  Inmate Death

26  In the event of inmate death, the contractor shall immediately
27  notify the COTR and submit a written report to the COR and BOP
28  Medical Director via GroupWise at BOP-HSD\Assistant Director
29  within 24 hours.  Also, a copy of this report must be sent to the
30  BOP Office of Quality Management (OQM) via GroupWise at
31  BOP-HSD\Quality Management.  The written report shall include, at
32  a  minimum:  name of the deceased, age, register number, date of
33  death, preliminary cause of death, place of death, narrative
34  containing brief clinical synopsis of events leading to death
35  (including staff response and hospitalization) and past medical
36  history.  If an autopsy is to be performed, this information
37  should be included.  If the death occurred in the community
38  hospital, length of hospitalization or emergency care must be
39  included.
```

DJB1PC010 Page 55

CONFIDENTIAL Case 3:16-cv-02267    Document 360-14    Filed 11/20/20    Page 22 of 31 PageID #CIVIC_0000056 13920

If death is due to violence, an accident surrounded by unusual or questionable circumstances or is sudden and the deceased has not been under immediate medical supervision, the contractor shall notify the coroner of the local jurisdiction to request review of the case and, if necessary, examination of the body (e.g., autopsy). The contractor shall obtain the autopsy report if one is performed and submit it along with the Mortality Review Report mentioned below. If the autopsy, toxicology or tissue analysis is not completed by the coroner in the 30-day time frame mentioned below, the contractor will notify OQM via GroupWise and forward the results as soon as they are available. The contractor shall establish coroner notification procedures outlining such issues as performance of an autopsy, who will perform the autopsy, obtaining state-approved death certificates and local transportation of the body.

Within 30 days of an inmate death, the Mortality Review Committee will complete the Mortality Review Report in its entirety and send it, accompanied by the original health record, to the Health Services Division, Office of Quality Management. Final autopsy reports, toxicology studies, death certificates, etc. are to be forwarded to OQM via trackable mail immediately upon receipt. The contractor is required to conduct the mortality review using the Multi-Level Mortality Review (Form BP-A563) and to submit to the BOP Medical Director via GroupWise with a copy to the COR. P.S. 6013.01, Health Services Quality Improvement, dated 1/15/05, should be consulted for guidance. The BOP will have an external consultant review the report and provide written recommendations to the contractor via the Medical Director.

If the Mortality Review Committee finds opportunities to improve the quality of care, the plan of action for improvement should be considered and, if appropriate, incorporated into the contractor's Quality Control Program. If the external consultant recommends improvement action, the contractor must address each recommendation and report any actions taken to the BOP Medical Director within 90 days of receipt of the recommendations.

The contractor is responsible for preparation and transportation of the body to the designated family member, nearest of kin or Consular Officer of the inmate's country of legal residence.

Personal property of the deceased inmate shall be inventoried and forwarded to the designated family member, nearest of kin or Consular Officer of the inmate's country of legal residence.

CONFIDENTIAL Case 3:16-cv-02267   Document 360-14   Filed 11/20/20   Page 23 of 31 Page ID #: GEO-MVIC_0000057 13921

1    Medical Records

2    Consistency in content and format of medical records of inmates
3    transferring between contract and BOP facilities is a critical
4    component of care for inmates.

5    The contractor shall adhere to P.S. 6090.01, Health Information
6    Management, dated 1/15/05, in preparing, formatting, documenting,
7    maintaining, releasing of information and all medico-legal
8    aspects of an inmate's medical record.  The contractor is
9    responsible for supplying medical record folders, consistent with
10   the specification provided by the BOP, only for those inmates who
11   are new designations into the facility or in cases where
12   transferred medical records cannot be located.  The Government
13   shall provide the contractor a copy of all applicable Government
14   forms necessary to document an inmate's medical record.

15   Data Collection and Management

16   The contractor shall comply with P.S. 6031.01, Patient Care,
17   dated 1/15/05, on Sensitive Medical Data/Medical Duty Status
18   (SMD/MDS) for the reporting and accountability of medical data on
19   all inmates assigned to the facility, including utilizing the
20   SMD/MDS TRM.

21   Data collected for the assessment of the quality of care or for
22   accreditation purposes will be made available to the BOP upon
23   request.

24   Medical Redesignation Requests

25   The contractor shall comply with P. S. 6270.01, Medical
26   Designations and Referral Services for Federal Prisoners, dated
27   1/15/05, regarding transfers and medical designations of inmates
28   assigned to the facility.  Medical designations to BOP medical
29   centers or other Government facilities will be at the sole
30   discretion of the BOP.  In order to transport, the inmate must be
31   medically cleared and stable for their mode of travel.

32   **O.  Work and Correctional Industries**

33   Inmate labor shall be used in accordance with the inmate work
34   plan developed by the contractor.  The inmate work plan may
35   include work or program assignments for industrial, maintenance,
36   custodial, service or other jobs.

DJB1PC010 Page 57

1    Inmates shall not be used to perform the responsibilities or
2    duties of an employee of the contractor.  Appropriate safety/
3    protective clothing and equipment shall be provided to the inmate
4    population as appropriate.  Inmates shall not be assigned work
5    considered hazardous or dangerous.  This includes, but is not
6    limited to, areas or assignments requiring great heights, extreme
7    temperatures, use of toxic substances or unusual physical
8    demands.

9    As applicable, inmates shall be paid identical rates of pay as
10   those established by the BOP.  Current established rates are in
11   P.S. 5251.06, Inmate Work and Performance Pay, dated 10/1/08, and
12   28 CFR 545.20.  The contractor shall develop procedures whereby
13   inmates receiving performance pay who are found through the
14   disciplinary process to have committed a level 100 or 200 series
15   drug- or alcohol-related prohibited act will have performance pay
16   reduced to maintenance pay level.

17   **P.  Academic and Vocational Education**

18   The contractor may provide voluntary educational programs (e.g.,
19   English-as-a-Second-Language).

20   The contractor shall comply with the Protection of Children from
21   Sexual Predators Act of 1998 (P.L. 105-314).  Inmates shall be
22   restricted from access to interactive computer services.

23   Newspapers and other reading materials in languages applicable to
24   the inmate population shall be provided in sufficient quantity
25   and in a timely manner.

26   The contractor shall develop and make available to all inmates an
27   education program which addresses the subject of sexual
28   assault/sexual abuse.  The content of the educational program
29   must include topics such as:  recognizing behaviors that are
30   inappropriate, harassing or assaultive; how to seek protection;
31   privacy rights; medical/psychological programs for victims of
32   abuse; and how to make confidential reporting of sensitive issues
33   to institution staff, BOP or DOJ Office of Inspector General
34   (OIG).  The contractor shall augment the educational program by
35   distributing informational posters and pamphlets to the inmate
36   population.

DJB1PC010 Page 58

1  **Q.  Recreation and Activities**

2  The contractor shall comply with Section 611 of P.L. 104-208,
3  Title I, Section 101(a)(the Zimmer Amendment), which addresses
4  use of recreational equipment and materials by federal inmates.
5  The contractor shall develop adequate and meaningful recreation
6  programs for inmates at the facility.

7  The contractor shall not permit any of the restricted items or
8  practices identified in Sections 612 and 615 of The Commerce,
9  Justice, State Appropriations Act of 2000 (P.L. 106-113), as
10 amended or re-authorized, in the facility.

11
12 **R.  Telephone**

13 The contractor shall provide a telephone system for inmates
14 capable of accommodating both debit and collect telephone calls.
15 The contractor shall establish procedures that permit inmates to
16 make telephone calls, including in cases of emergency or
17 indigence.

18 The contractor shall implement telephone limitations as directed
19 by the BOP.

20 Inmates in the Special Housing or Control Unit are entitled to a
21 minimum of one social call per month.

22 The system shall prevent inmates from calling any telephone
23 number not included on the inmate's official telephone list.
24 Once an inmate submits the initial list, it must be processed
25 (ordinarily within five work days) and may contain up to 30
26 telephone numbers the inmate is authorized to call.  Calls may be
27 made via debit or collect procedures except as otherwise
28 authorized by the Warden of the facility for good cause.  The
29 contractor shall ensure any individual (United States residents
30 only) placed on an inmate's telephone list receives notice they
31 have been placed on such a list and document same.  The
32 contractor shall ensure the individual is provided with the means
33 to remove themselves from the list.

34 A telephone number for a victim or a witness (as identified on
35 the Pre-Sentence Investigation Report or as otherwise verified by
36 staff) or telephone numbers assigned to any BOP institution,
37 office or component or any telephone number of a recently
38 separated or current contract/BOP employee may not be placed on

CONFIDENTIAL    Case 3:16-cv-02267    Document 360-14    Filed 11/20/20    Page 26 of 31 PageID #: CIVIC_0000060
13924

```
 1   an inmate's telephone list without the Warden's express written
 2   permission.

 3   The contractor shall allow each inmate the opportunity to update
 4   their telephone list no more than three times per month except as
 5   otherwise authorized by the Warden of the facility for good
 6   cause.

 7   If authorized to do so under applicable law, the contractor shall
 8   monitor and record inmate telephone conversations.  The
 9   contractor shall provide notice to inmates of the potential for
10   monitoring.  However, the contractor shall also provide
11   procedures at the facility for inmates to be able to place
12   unmonitored telephone calls to their attorneys of record.

13   Telephone rates shall not exceed the dominant carrier residential
14   tariff rate and shall conform to all applicable federal, state
15   and local telephone regulations.

16   Any income received by the contractor as a result of inmate
17   telephone calls which is in excess of expenses incurred (to
18   include refunds/rebates from carriers) shall offset the cost of
19   this contract.  The contractor shall provide the CO with copies
20   of any contracts between the contractor and the inmate telephone
21   system provider(s).  The contractor shall provide the CO with all
22   documentation in support of any agreement the contractor has
23   regarding income, refunds, rebates and other monetary or non-
24   monetary reimbursements involving the inmate telephone system.
25   The contractor shall also provide the CO and COR with copies of
26   all invoices and other documentation of expenses incurred and
27   income received in regards to the inmate telephone system with
28   its monthly request for contract payment and apply the credit
29   against the monthly payment.  The CO and COR shall have total
30   access to all telephone operation records.

31                          [End of Section]
```

CONFIDENTIAL Case 3:16-cv-02267   Document 360-14   Filed 11/20/20   Page 27 of 31 Page ID # 13925   CORECIVIC_0000061

**E.3  CONTRACTOR'S FAILURE TO PERFORM REQUIRED SERVICES**

The rights of the Government and remedies described in this section are in addition to all other rights and remedies set forth in this solicitation.  Specifically, the Government reserves its rights under the Inspection of Services and Termination Clauses.  Any reductions in the contractor's invoice shall reflect the contract's reduced value resulting from the contractor's failure to perform required services. The contractor shall not be relieved of full performance of the services hereunder and may be terminated for default based upon inadequate performance of services, even if a reduction was previously taken for any inadequate performance.

**E.4  INSPECTION BY REGULATORY AGENCIES**

Work described within the contract is subject to inspection by other regulatory agencies.  The contractor shall respond to all requests for information and inspection or review findings by regulatory agencies.  The results of all such inspections shall be provided to the CO/Contracting Officer's Technical Represetative (COTR).

**E.5  PERFORMANCE EVALUATION MEETINGS**

The contractor's representatives shall meet with the COR, COTRs and the CO on a regular basis as determined necessary by the CO.  These meetings will provide a management level review and assessment of contractor performance, a discussion and resolution of problems, and, if applicable, a draft of the contractor's proposed invoice.  A mutual effort will be made to resolve all problems identified.  The contractor is responsible for the preparation of the meeting minutes.  The written meeting minutes shall be signed by the contractor's representative and the Government's representative within a reasonable time frame as determined by the CO/COR.  Within five calendar days of receipt of the signed minutes, the contractor shall respond in writing to the CO concerning any areas of disagreement.

[End of Section]

CONFIDENTIAL   Case 3:16-cv-02267   Document 360-14   Filed 11/20/20   Page 28 of 31 PageID #: 13926   CORECIVIC_0000065

# DJB1PC010

## SECTION H - SPECIAL CONTRACT REQUIREMENTS

### H.1 CHANGE IN ESSENTIAL PERSONNEL

Following contract award, any change in essential personnel during contract performance, is subject to the review and approval of the Contracting Officer's Technical Representative. The Contractor shall submit evidence that the qualifications of the prospective replacement personnel are equal to or greater than personnel vacating the positions. Such requests for review and approval shall be in writing. Failure of the contractor to timely fill any key position may result in an invoice reduction from the day of the vacancy.

The following positions are considered essential personnel:

Project Coordinator
Warden
Associate Warden(s)
Administrator, Religious Services
Case Management Coordinator
Chief, Correctional Services
Computer Services Manager
Correctional Shift Supervisors
Facilities Manager/Administrator
Food Service Administrator
Human Resource Manager
Intelligence Officer
Inmate Systems/Records Office Manager
Medical Services Administrator
Quality Control Specialist
Safety/Environmental Specialist

### H.2 POST-AWARD PERFORMANCE CONFERENCE

A post-award performance conference between the BOP and the contractor will be held prior to issuance of the Notice to Proceed.

The purpose of the post-award performance conference is to: discuss and develop a mutual understanding concerning scheduling and administering the work; introduce BOP and contractor staff; and resolve as many potential problems as possible before performance.
Contractor participation in the post-award performance conference is required. The Project Coordinator, and other contractor personnel as identified by the Contracting

CONFIDENTIAL  Case 3:16-cv-02267   Document 360-14   Filed 11/20/20   Page 29 of 31   Page ID # CIVIC_0000071
13927

## Attachment J-2

## EVALUATION TECHNIQUES FOR QUALITY ASSURANCE OF CONTRACTOR PERFORMANCE

**General**: In accordance with the Inspection of Services-Fixed Price clause, the Federal Bureau of Prisons (BOP) may choose to apply a program review inspection process to either assess the contractor's performance or determine the amount of payment, or both. The following is a description of the program review process.

Program Review is a system for inspecting performance, testing the adequacy of the internal quality controls and assessing risks for all program and administrative areas of contract performance.

The review guidelines will be based on the Contractor's Quality Control Program (QCP), the Statement of Work (SOW), professional guidelines referenced by the SOW, applicable BOP policy and any other appropriate measure within the contract's scope of work.

Contract requirements will be divided into various disciplines, each of which has a number of vital functions. Successful performance in a vital function is essential to successful performance of the related discipline. Each discipline comprises a specific percentage of the overall contract requirement. Deductions will be based on these percentages applied to the overall monthly invoice.

The BOP may, consistent with the scope of contract performance requirement, unilaterally change the vital functions identified with the performance requirements summary. A minimum of 30 calendar days before the beginning of each evaluation period, the Contracting Officer will notify the contractor of any exchanges. If the contractor is not provided with the notification, the existing vital functions will continue in effect for the next evaluation period, unless the contractor agrees to accept the proposed changes.

The BOP reserves the right to develop and implement new inspection techniques and instructions at any time during contract performance without notice to the contractor.

**Management Assessment**: Subsequent to award, the Contracting Officer (CO) will convene a meeting in which the BOP and the Contractor will cooperatively assess the contractor's QCP and the BOP's Quality Assurance Program (QAP). The assessment process is intended to facilitate the identification of strategic issues important to the quality assurance and quality control programs and a mutual understanding of these programs by BOP and contractor staff.

CONFIDENTIAL Case 3:16-cv-02267   Document 360-14   Filed 11/20/20   Page 30 of 31 PageID #CIVIC_0000106 13928

Place of Performance:  NATCHEZ, MISSISSIPPI 39120

Total Contract Value:   $632,026,611   (Four-year base period and three two-year
                                              option periods)

## 1.  TYPE OF PLAN:   (Check only one)

  x   **INDIVIDUAL CONTRACT PLAN:**  This type of plan covers the
entire contract period (including option periods), applies to a
specific contract, and has goals that are based on the offeror's
planned subcontracting in support of the specific contract,
except that indirect costs incurred for common or joint purposes
may be allocated on a prorated basis to the contract.

       **MASTER PLAN:**  This plan contains all the required elements
of an individual plan, except goals, and may be incorporated into
individual contract plans, provided the master plan has been
approved.

       **COMMERCIAL  PLAN:**  This type of plan (including goals)
covers the offeror's fiscal year and applies to the entire
production of commercial items sold by either the entire company
or a portion of the company (e.g. division, plant or product
line).

## 2.  GOALS:

FAR 19.704 (a)(1) and (2) requires percentage goals and total
dollars planned to be subcontracted to small business, small
disadvantaged business, women-owned small business, HUBZone small
business, veteran-owned small business, and service-disabled
veteran-owned small business concerns, as subcontractors for the
base period and (if applicable) each option period.

> A. Total estimated value of all planned subcontracting for
> each performance period, both in dollars and percentages
> for small and other than small business concerns, based on
> the overall aggregated value of the acquisition is:

$ 76,178,704

| | Total Small Business | + | Other Than Small Business | | = 100% |
|---|---|---|---|---|---|
| Base Period | $12,638,580 | 43 % | $16,753,468 | 57 % | $29,392,048 |
| 1st Option Period | $6,508,869 | 43 % | $8,628,036 | 57 % | $15,136,904 |
| 2nd Option Period | $6,704,134 | 43 % | $8,886,876 | 57 % | $15,591,010 |
| 3rd Option Period | $6,905,259 | 43% | $9,153,482 | 57 % | $16,058,742 |

NOTE:  Each option period escalated 3% for inflation CPI.

CONFIDENTIAL Case 3:16-cv-02267   Document 360-14   Filed 11/20/20   Page 31 of 31 PageID #: CIVIC_0000134
13929