# EXHIBIT 14



**U.S. Department of Justice**

Federal Bureau of Prisons

Washington, DC 20534

January 12, 2010

Lucibeth Mayberry
Vice President and Deputy Chief Development Officer
Corrections Corporation of America
10 Burton Hills Boulevard
Nashville, TN 37215

**RE:** Contract DJB1PC011, Management and Operation of a Private
Correctional Facility/ Criminal Alien Requirement (CAR)10

Dear Ms. Mayberry:

On behalf of the Federal Bureau of Prisons, it is my pleasure to
congratulate you and Corrections Corporation of America (CCA) on its
contract award for Cibola resulting from Request for Proposals
(RFP)-PCC-0014 (Criminal Alien Requirement 10). Attached is a fully
executed copy of contract DJB1PC011.

This contract includes a four-year base period and three two-year
option periods. A Notice to Proceed will be issued by the
Administrating Contracting Officer when services are to begin under
this contract. The base period of the contract shall be 48 months
from the date the Notice to Proceed is issued.

As a reminder, if CCA wishes to issue any press releases concerning
this award, Section C of our contract requires CCA to receive
pre-approval from the Contracting Officer.

We look forward to working with CCA under this contract.

Sincerely,

Douglas M. Martz
Chief, Privatized Corrections Contracting

Enclosure

CONFIDENTIAL                                                                    CORECIVIC_0000692

DJB1PC011

# PART I - THE SCHEDULE

## SECTION B - SUPPLIES OR SERVICES AND PRICES/COSTS

### SERVICES AND PRICES/COSTS

Each contract resulting from this solicitation will be a fixed-price type contract for services incorporating an award-fee incentive. At the sole discretion of the Government, an award-fee may be issued to the contractor in recognition of quality performance as outlined in Section J.

The period of performance for any contract which the Government may award under the terms and conditions of this RFP will be for a four-year base period, with three two-year option periods.

### PRICING INSTRUCTIONS

Offerors must submit offer(s) for the total four-year base period and three two-year option periods.

In the event funds are not available after the first, second, third or fourth year of the base period or after the first year of any of the two-year option periods, the Government reserves the right to cancel the contract in accordance with FAR 52.217-2, Cancellation Under Multiyear Contracts.

In the event the contract is cancelled after the first year of the base period because funds are not available, the contractor will be compensated in accordance with FAR 52.217-2, Cancellation Under Multiyear Contracts, up to the cancellation ceilings set forth below. Ceilings exclude amounts for requirements included in prior years:

    Base Year 2 - 30% of the non-recurring allowable costs for the remaining Base Period

    Base Year 3 - 15% of the non-recurring allowable costs for the remaining Base Period

    Base Year 4 - 7.5% of the non-recurring allowable costs for the remaining Base Period

DJB1PC011 Page 4

CONFIDENTIAL
CORECIVIC_0000696

**OFFEROR:** Corrections Corporation of America    **LOCATION:** Cibola County Corrections Center

## PRICING SCHEDULE - BASE PERIOD

| | |
|---|---|
| **90% CONTRACT BEDS: Number of Contract Beds** | 942 |
| **100% CONTRACT BEDS: Number of Contract Beds** | 1,047 |
| **115% CONTRACT BEDS: Number of Contract Beds** | 1,204 |

FIUP will apply when the average number of inmates, in a monthly payment period, exceeds 90% of the contract beds.

| BASE YEAR #1 (12 MONTHS) - Includes No Ramp-Up Price as Facility is Operational Currently | |
|---|---|
| Inmates up to (90%) | (90% + 1) Inmates up to (115%) |
| Monthly Operating Price (MOP): | Fixed Incremental Unit Price (FIUP) Per Inmate Day: |
| $2,127,996 | $19.22 |
| Total Price/AOP (MOP x 12 Months) + (FIUP to 115%): | $27,373,963 |

| BASE YEAR #2 (12 MONTHS) | |
|---|---|
| Inmates up to (90%) | (90% + 1) Inmates up to (115%) |
| Monthly Operating Price (MOP): | Fixed Incremental Unit Price (FIUP) Per Inmate Day: |
| $2,181,196 | $19.70 |
| Total Price/AOP (MOP x 12 Months) + (FIUP to 115%): | $28,058,263 |

| BASE YEAR #3 (12 MONTHS) | |
|---|---|
| Inmates up to (90%) | (90% + 1) Inmates up to (115%) |
| Monthly Operating Price (MOP): | Fixed Incremental Unit Price (FIUP) Per Inmate Day: |
| $2,235,726 | $20.19 |
| Total Price/AOP (MOP x 12 Months) + (FIUP to 115%): | $28,759,482 |

| BASE YEAR #4 (12 MONTHS) | |
|---|---|
| Inmates up to (90%) | (90% + 1) Inmates up to (115%) |
| Monthly Operating Price (MOP): | Fixed Incremental Unit Price (FIUP) Per Inmate Day: |
| $2,291,619 | $20.69 |
| Total Price/AOP (MOP x 12 Months) + (FIUP to 115%): | $29,478,013 |

Case 3:16-cv-02267    Document 360-15    Filed 11/20/20    Page 4 of 29 PageID #: 13933

CONFIDENTIAL                                                                CORECIVIC_0000699

**DJB1PC011**

**SECTION C – STATEMENT OF WORK**

**Table of Contents**

1    INTRODUCTION. . . . . . . . . . . . . . . . . . . . . . 11

2    EXPLANATION OF STATEMENT OF WORK TERMS. . . . . . . . . . . 14

3
4        PERFORMANCE OBJECTIVES
5        A.   Contract Performance.. . . . . . . . . . . . . . 18
6        B.   General Administration.. . . . . . . . . . . . . 18
7        C.   Fiscal Management. . . . . . . . . . . . . . . . 21
8        D.   Personnel. . . . . . . . . . . . . . . . . . . . 24
9        E.   Training and Staff Development.. . . . . . . . . 33
10       F.   Case Records.. . . . . . . . . . . . . . . . . . 35
11       G.   Information Systems and Research.. . . . . . . . 37
12       H.   Physical Plant.. . . . . . . . . . . . . . . . . 40
13       I.   Security and Control.. . . . . . . . . . . . . . 43
14       J.   Discipline.. . . . . . . . . . . . . . . . . . . 48
15       K.   Inmate Rights. . . . . . . . . . . . . . . . . . 48
16       L.   Reception and Orientation. . . . . . . . . . . . 48
17       M.   Classification.. . . . . . . . . . . . . . . . . 50
18       N.   Health Care. . . . . . . . . . . . . . . . . . . 52
19       O.   Work and Correctional Industries.. . . . . . . . 60
20       P.   Academic and Vocational Education. . . . . . . . 61
21       Q.   Recreation and Activities. . . . . . . . . . . . 61
22       R.   Telephone .. . . . . . . . . . . . . . . . . . . 61

23

CONFIDENTIAL                                                              CORECIVIC_0000702

1   **INTRODUCTION**

2   This Statement of Work (SOW) sets forth the contract performance
3   requirements for the management and operation of a contract
4   correctional institution(s) to accommodate up to 3,814 beds for a
5   low security adult male population consisting primarily of
6   criminal aliens.  The criminal alien population will ordinarily
7   be low security non-U.S. citizen, primarily Mexican, adult males
8   with 90 months or less remaining to serve on their sentences.

9   The proposed facility(ies) shall be an existing institution to
10  accommodate approximately 900-2,650 beds on a daily basis.  An
11  existing institution is defined as a secure facility which was
12  complete and ready for occupancy prior to the date the Pre-
13  solicitation Notice was released (May 28, 2008).  A facility in
14  which construction or expansion began prior to May 28, 2008, and
15  in which such construction or expansion will be completed by
16  October 1, 2010, is considered to be an existing facility.  Any
17  facility in which construction or expansion begins after
18  May 28, 2008, is not considered to be an existing facility and
19  will not be considered.

20  The facility must be able to meet all of the requirements of the
21  solicitation.  The proposed facility(ies) must be located
22  anywhere in the continental United States.  Offerors are
23  prohibited from housing any other inmate population within the
24  same fence perimeter; however, multiple populations at a prison
25  complex with separate fence lines would be acceptable.  Shared
26  services within each fence line is not acceptable.

27  The institution shall include a Special Housing Unit (SHU) with a
28  capacity of at least 10% of the accepted number of contract beds.
29  The contractor will be required to house a daily population up to
30  15% over the accepted number of contract beds.

31  The contractor shall ensure the facility operates in a manner
32  consistent with the mission of the Bureau of Prisons (BOP).  The
33  BOP's mission is the protection of society by confining offenders
34  in the controlled environments of prisons and community-based
35  facilities which are safe, humane, cost efficient, appropriately
36  secure and provide work and other self-improvement opportunities
37  to assist inmates in becoming law abiding citizens.
38
39  The contractor shall be ready to begin accepting inmates and
40  assume full responsibility for the operation, maintenance and

CONFIDENTIAL                                                                     CORECIVIC_0000703

```
1    security of the institution no later than October 1, 2010.

2    Prior to issuance of the NTP, the BOP will perform numerous
3    assessments to ensure the contractor is prepared to accept
4    responsibility for performing all requirements of the contract.

5    The contractor shall notify the CO in writing when it is ready to
6    accept inmates and assume full responsibility for the operation,
7    maintenance and security of the institution 30 days prior to the
8    contractor's expected NTP date.

9    Unless otherwise specified, all plans, policies and procedures,
10   including those identified in the most current edition of
11   American Correctional Association Standards for Adult
12   Correctional Institutions (ACA/ACI Standards), shall be developed
13   by the contractor and submitted in writing to the Contracting
14   Officer's Representative (COR) for review and concurrence prior
15   to issuance of the NTP.  Once concurrence has been granted, these
16   plans, policies and procedures shall not be modified without the
17   prior written concurrence of the COR.

18   The NTP will be issued subsequent to receiving the contractor's
19   notification it is prepared to receive inmates and the BOP's sole
20   determination the contractor is capable of accepting inmates.
21   The contractor shall be prepared to accept inmates immediately
22   upon issuance of the NTP.

23   It is anticipated the BOP will predominantly designate non-U.S.
24   citizens with deportation orders to the institution.  However,
25   the BOP may designate any inmate within its custody utilizing the
26   same designation criteria as used at other BOP low security
27   facilities.  P.S. 5100.08, Inmate Security Designation and
28   Custody Classification, dated 9/12/06, outlines the procedures
29   for designating inmates.

30   Inmate movement to the institution is anticipated to occur at an
31   estimated rate of 180 inmates per week.  The estimated weekly
32   movement to the institution would result in a population of
33   approximately 900-2,650 inmates in 5-15 weeks.  The institution
34   activation schedule of 180 inmates per week is an estimate only.
35   Actual movement will depend upon many factors, including, but not
36   limited to, the contractor's ability to provide services in
37   accordance with the contract, sentencing by the federal courts
38   and the BOP designation process.
```

DJB1PC011 Page 12

CONFIDENTIAL

CORECIVIC_0000704

```
1    The contractor does not have a right of refusal and shall accept
2    all designations from the BOP.

3    The contractor is prohibited from constructing any additional bed
4    space or facilities at the contract location after award without
5    the prior written approval of the CO.

6    The contractor shall furnish all personnel, management,
7    equipment, supplies and services necessary for performance of all
8    aspects of the contract.  Unless explicitly stated otherwise, the
9    contractor is responsible for all costs associated with and
10   incurred as part of providing the services outlined in this
11   contract.
```

CONFIDENTIAL

CORECIVIC_0000705

**EXPLANATION OF STATEMENT OF WORK TERMS**

ACA/ACI - American Correctional Association - Adult Correctional Institution.  The private, nonprofit organization that administers the only national accreditation program for all components of adult and juvenile corrections.  Its purpose is to promote improvement in the management of correctional agencies through the administration of a voluntary accreditation program and the ongoing development and revision of relevant, useful standards.

BOP - Federal Bureau of Prisons.

CO - Contracting Officer.  A Government employee, who by virtue of a Contracting Officer's Warrant, is the only Government employee authorized to obligate, negotiate, award, administer, cancel or terminate contracts on behalf of the United States Government.  Contracting Officers are responsible for:  ensuring performance of all necessary actions for effective contracting, ensuring compliance with the terms of the contract and safeguarding the interest of the Government in its contractual relationships.

Contract Award Date - The date the CO signs the contract.

Contract Day – A "day" is considered a calendar day.

Contractor - The entity to whom the Government has awarded the contract.

COR – Contracting Officer's Representative.  The Government employee, designated in writing by the CO, authorized to perform certain limited functions on behalf of the CO.  The extent of COR responsibilities are outlined in Section G of the contract and the COR Designation Letter which will be provided to the contractor.  Typically, the COR is the Privatization Field Administrator.

COTR - Contracting Officer's Technical Representative.  Government staff, designated in writing by the CO, who assist the CO and COR in the performance of duties.  The extent of COTR responsibilities are outlined in Section G of the contract.  COTR responsibilities are delineated in writing by the CO and will be provided to the contractor.  Typically, the COTR is the Senior Secure Institution Manager.

Case 3:16-cv-02267   Document 360-15   Filed 11/20/20   Page 9 of 29 PageID #: 13938

CONFIDENTIAL

CORECIVIC_0000706

Credentials – Documents permitting primary source verification
regarding qualifications, including education, training,
licensor, experience and board certification of an employee.

DHO - Discipline Hearing Officer.  The Government trained and
certified contractor employee responsible for conducting
disciplinary hearings.

DOJ - Department of Justice.

Emergency - Any significant disruption of normal institution
procedure, policy or activity caused by inmate disturbances, work
or food strikes, food borne illnesses, escapes, fires, natural
disasters, employee strikes or work stoppages or other serious
incidents.

EOIR - Executive Office for Immigration Review.  A component of
the Department of Justice with responsibility for interpreting
and administering federal immigration law by conducting
immigration court proceedings, appellate reviews and
administrative hearings.  The organization adjudicates
immigration cases involving detained aliens, criminal aliens and
aliens seeking asylum as a form of relief from removal.

FBI - Federal Bureau of Investigation.

FOIA Exempt - Information which is exempt from release under the
Freedom of Information Act, 5 United States Code (USC) 552.

Former Inmate - A person who has been found guilty of committing
a felony or misdemeanor for whom less than one year has elapsed
since release from custody or any type of supervision.

HSU - Health Services Unit.  The organizational unit providing
routine and emergency health care.  The HSU is the designated
part of a facility delivering health care to inmates.

ICE - United States Immigration and Customs Enforcement.

Inmate - An individual confined under the auspices and authority
of the BOP or under supervision of a federal court.

Inmate Records - Information concerning an inmate's personal,
criminal and medical history, behavior and activities while in
custody.  This may include detainers, personal property receipts,

DJB1PC011 Page 15

CONFIDENTIAL                                                          CORECIVIC_0000707

1    visitor lists, photographs, fingerprints, disciplinary
      2    infractions and actions taken, grievance reports, work
      3    assignments, program participation, miscellaneous correspondence
      4    and forms prescribed by Government policy, etc.

      5    Lethal Force - The force a person uses with the purpose of
      6    causing or which they know or should know would create a
      7    substantial risk of causing death or serious bodily harm.

      8    MOAR - Minimum Operational Availability Rate.  The monthly rate
      9    for computer services/resource components which is a percentage
     10    calculated by dividing the accumulated monthly down time hours by
     11    the total number of hours of operation for a given month.

     12    Negative Pressure Room - A room where the direction of air flow
     13    is controlled by creating a lower (negative) pressure in the area
     14    into which flow of air is desired.

     15    NTP - Notice To Proceed.  The official written notice signed and
     16    issued by the CO which authorizes the contractor to proceed with
     17    the contract and begin providing services under the contract.
     18    The contractor shall be prepared to accept inmates immediately
     19    upon issuance of the NTP.

     20    OIG - Office of the Inspector General, Department of Justice.

     21    P.S. - Program Statement.  A BOP written directive that
     22    establishes policy in a given area.

     23    Records Office - The office responsible for maintaining records,
     24    coordination of movement and other related functions.

     25    Safety Equipment - Including, but not limited to, fire fighting
     26    equipment (e.g., chemical extinguishers, hoses, nozzles, water
     27    supplies, alarm systems, portable breathing devices, gas masks,
     28    fans, first aid kits, stretchers).

     29    Sensitive But Unclassified - Information which is unclassified
     30    information of a sensitive, proprietary or personally private
     31    nature which must be protected against release to unauthorized
     32    individuals.

     33    SENTRY - The BOP's online real-time database system used
     34    primarily for maintaining information about federal inmates.  It
     35    contains information about sentencing, work assignments,

CONFIDENTIAL                                                          CORECIVIC_0000708

admission/release status and other special assignments for
monitoring inmate status.  The SENTRY system also includes
property management and other modules which address most aspects
of incarceration.

Subcontract - Any agreement entered into by the contractor who
was awarded the contract ("prime contractor") with another entity
to provide services and supplies to accomplish performance of the
contract.

Subcontractor, Full Time - An individual performing work in the
contract facility which requires performance in excess of 29 or
more total days or 232 hours which can be accrued incrementally
(i.e., 2 hours per week, 3 days per week) or in a one month
period.

Subcontractor, Part Time - An individual performing work in the
contract facility which requires performance of 29 total days or
232 hours or less which can be accrued incrementally (i.e., 2
hours per week, 3 days per week) in a 29 day period.  Part-time
subcontractors shall be escorted at all times while in the
institution or when outside the institution if the possibility
exists of coming into contact with inmates.

USMS - United States Marshals Service.

Warden - The contractor's official, regardless of title (e.g.,
Chief Executive Officer), who has ultimate onsite responsibility
for the overall management and operation of a facility.

Additional definitions are contained in the ACA/ACI Standards and
Standards Supplement.

CONFIDENTIAL

CORECIVIC_0000709

**PERFORMANCE OBJECTIVES**

**A. Contract Performance**

All services and programs shall comply with the SOW; United States Constitution; all applicable federal, state and local laws and regulations; applicable Presidential Executive Orders (E.O.); all applicable case law; and court orders. Should a conflict exist between any of the aforementioned standards, the most stringent shall apply. When a conflict exists and a conclusion cannot be made as to which standard is more stringent, the CO shall determine the appropriate standard. The contractor shall comply with and implement any applicable changes to BOP policy, Department of Justice (DOJ) regulation, Congressional mandate, federal law, DC law or E.O. Should the Government invoke such changes, the contractor retains rights and remedies (i.e., equitable adjustment) under the terms and conditions of the contract.

BOP reserves the right to have various staff on site to monitor contract performance. The Government reserves its right to conduct announced and unannounced inspections of any part of the institution at any time and by any method to assess contract compliance.

**B. General Administration**

The contractor is required to perform in accordance with the most current edition of the ACA/ACI Standards. The contractor shall obtain ACA accreditation within 24 months of the NTP and shall maintain continual compliance with all ACA/ACI Standards during the performance of the contract unless otherwise specified by the CO. Once full accreditation has been obtained, the contractor shall maintain this accreditation throughout the life of the contract, inclusive of any option periods exercised. Failure to perform in accordance with contract requirements and to obtain ACA accreditation within 24 months of the NTP may result in a reduction of the monthly operating price in accordance with the contract terms.

Accomplishment of some ACA/ACI Standards is augmented by BOP policy and/or procedure. In these instances, the SOW identifies and provides direction for the enhanced requirements.

DJB1PC011 Page 18

CONFIDENTIAL

CORECIVIC_0000710

1    The contractor is responsible for development and administration
    2    of a comprehensive Quality Control Program (QCP) which ensures
    3    all requirements of this contract are achieved.  The specific
    4    requirements for the QCP are detailed in Section J.

    5    Several sections of this SOW require the contractor to maintain a
    6    system of records identical to the BOP.  The contractor shall not
    7    establish a separate system of records without prior written
    8    approval of the CO.  All records related to contract performance
    9    shall be retained in a retrievable format for the duration of the
   10    contract.  Except as otherwise expressly provided in this SOW,
   11    the contractor shall, upon completion or termination of the
   12    resulting contract or upon request, transmit to the Government
   13    any records related to performance of the contract.

   14    The contractor shall comply with all statutes, regulations and
   15    guidelines from the National Archives and Records Administration.
   16    Records and information management functions are required and
   17    mandated by the following regulations:  44 USC 21, 29, 31 and 33;
   18    36 Code of Federal Regulations (CFR) Chapter 12, Sub-chapters A
   19    and B; Office of Management and Budget (OMB) Circular A-130; and
   20    DOJ Order 2710.8C, Removal and Maintenance of, and Access to,
   21    Documents.  Criminal penalties for unlawfully destroying,
   22    damaging or removing federal records is addressed in 18 USC 2071,
   23    793, 794 and 798.

   24    The contractor shall protect, defend, indemnify, save and hold
   25    harmless the Government, BOP and its employees or agents from and
   26    against any and all claims, demands, expenses, causes of action,
   27    judgments and liability arising out of, or in connection with,
   28    any negligent acts or omissions of the contractor, its agents,
   29    subcontractors, employees, assignees or any one for whom the
   30    contractor may be responsible.  The contractor shall also be
   31    liable for any and all costs, expenses and attorneys fees
   32    incurred as a result of any such claim, demand, cause of action,
   33    judgment or liability, including those costs, expenses and
   34    attorneys fees incurred by the Government, BOP and its employees
   35    or agents.  The contractor's liability shall not be limited by
   36    any provision or limits of insurance set forth in the resulting
   37    contract.

   38    In awarding the contract, the Government does not assume any
   39    liability to third parties, nor will the Government reimburse the
   40    contractor for its liabilities to third parties, with respect to

Case 3:16-cv-02267    Document 360-15    Filed 11/20/20    Page 14 of 29 PageID #:
13943
CONFIDENTIAL                                                          CORECIVIC_0000711

1    loss due to death, bodily injury or damage to property resulting
2    in any way from the performance of the contract or any
3    subcontract under this contract.

4    The contractor shall be responsible for all litigation, including
5    the cost of litigation, brought against it, its employees or
6    agents for alleged acts or omissions.  The CO/COR shall be
7    notified in writing of all litigation pertaining to this contract
8    and provided copies of any pleadings filed or said litigation
9    within five working days of the filing.  The contractor shall
10   cooperate with Government legal staff and/or the United States
11   Attorney regarding any requests pertaining to federal or
12   contractor litigation.

13   Policies and procedures shall be developed to ensure a positive
14   relationship is maintained with all levels of the federal
15   judiciary.  The contractor's procedures shall ensure a tracking
16   system is established which mandates all judicial inquiries and
17   program recommendations are responded to in a timely and accurate
18   manner.  All judicial inquiries and contractor responses
19   specifically related to an inmate shall be made part of the
20   inmate's central file.

21   The contractor shall notify the COR immediately when a request is
22   made by a member of the United States Congress for information or
23   to visit the institution.  All responses to Congress shall be
24   cleared, in advance, by the COR.

25   The COR shall be notified when a request is made for inmate or
26   employee interviews or visits to the institution by any
27   representative of the media as defined by P.S. 1480.05, <u>News</u>
28   <u>Media Contacts</u>, dated 9/21/00.  The contractor shall permit
29   inmate interviews by legitimate media consistent with P.S.
30   1480.05.

31   The contractor shall coordinate, in advance, all public
32   information related issues with the CO prior to NTP and the COR
33   after NTP.  All press statements and releases shall be cleared,
34   in advance, with the CO prior to NTP and the COR after NTP.

35   The contractor shall promptly make public announcements stating
36   the facts of unusual newsworthy incidents to local media.
37   Examples of such events include, but are not limited to, deaths

Case 3:16-cv-02267    Document 360-15    Filed 11/20/20    Page 15 of 29 PageID #: 13944
CONFIDENTIAL
CORECIVIC_0000712

```
 1    by other than natural causes, escapes from custody and
 2    institution emergencies.

 3    The contractor shall ensure employees agree to use appropriate
 4    disclaimers clearly stating the employees' opinions do not
 5    necessarily reflect the position of the BOP or DOJ in any public
 6    presentations they make or articles they write which relate to
 7    any aspect of contract performance or the facility operations.
```

8   **C.  Fiscal Management**

9   <u>Commissary Operation</u>

```
10    A commissary shall be operated by the contractor as a privilege
11    for inmates.  The commissary shall have items available for
12    purchase which are not required to be furnished by the contractor
13    in accordance with the objectives of the contract.  Inmates shall
14    have the opportunity to purchase from the commissary at least
15    once a week.  A copy of the commissary inventory shall be
16    provided to the BOP upon request.

17    The contractor shall ensure inmates spend no more on purchases
18    than the BOP's current national spending limitation for
19    commissary sales.  The contractor shall not sell or stock items
20    which are prohibited by the BOP as defined in P.S. 4500.05, Trust
21    Fund/Deposit Fund Manual, dated 1/22/07, Chapter 3.4.

22    The selling price of each item ordered and sold in the commissary
23    shall be calculated based on the cost of each sellable unit.  The
24    markup of merchandise shall be no more than the following:  0%
25    for postage stamps, religious items, education course/resource
26    requirements; 5% for Special Purchase Orders (SPO) purchased at
27    retail cost; 30% on standard/SPOs purchased at non-retail cost;
28    preprinted sales prices printed on packaging will be sold at the
29    preprinted price.  Once an item is marked up, any applicable
30    sales tax will need to be added and the total price rounded to
31    the next highest nickel.

32    The contractor shall establish procedures to maintain
33    accountability of all trust fund monies and property to prevent
34    waste, fraud and abuse.

35    The contractor shall review commissary inventories for excessive
```

CONFIDENTIAL

CORECIVIC_0000713

inventory differences and to ensure the commissary remains within acceptable tolerance levels. The tolerance level for inventory differences is calculated by multiplying .0025 times the last six months sales at cost.

The contractor shall establish procedures in accordance with P.S. 4500.05, Trust Fund/Deposit Fund Manual, dated 1/22/07, Chapter 3, when disposing of commissary merchandise when it is damaged, unfit for resale or destroyed. The total of unsaleable merchandise at cost cannot exceed .0015 times the actual regular commissary semi-annual sales at cost in any one inventory period.

Inmate Benefit Fund

Any revenues earned in excess of those needed for commissary operations shall be used to provide benefit to all inmates via an inmate benefit fund. The contractor may use P.S. 4500.05, Chapter 2, as a guide for appropriate expenditures from this fund. However, prohibited items, as defined by the BOP, shall not be purchased with commissary revenues. Individual expenditures from the inmate benefit fund that exceed $10,000 shall be approved by the contractor's corporate office. Records of inmate benefit fund expenditures shall be maintained on site at the contract facility and available for review by the BOP. At the conclusion of the contract, the inmate benefit fund shall revert back to the Government. Any interest earned on this fund shall be credited to the inmate benefit fund.

Inmate Funds

If inmate funds are placed in an interest bearing account, the interest earned must be credited to the inmate.

Procedures shall be established for transferring inmate personal funds upon release from the institution, transfer to another institution or when an inmate requests a funds transfer to an outside source. The contractor shall ensure all inmates who are scheduled for removal to foreign destinations are given all funds immediately prior to release from the institution. Transfer of inmate funds shall occur within five working days upon release from the institution, transfer to another institution or when an inmate requests a funds transfer to an outside source.

CONFIDENTIAL                                                                                          CORECIVIC_0000714

```
1    Inmates who transfer to a BOP institution shall have their funds
2    sent to the BOP National Lockbox address below in accordance with
3    the procedures defined in P.S. 4500.05, Chapter 9.6:



4                        Federal Bureau of Prisons
5                        Insert Inmate Eight Digit Register Number
6                        Insert Inmate's Committed Name
7                        PO Box 474701
8                        Des Moines, IA  50947-0001


9    Unclaimed Inmate Funds


10   The contractor shall exhaust all avenues to locate inmates and
11   forward their inmate account balances.  If after three months the
12   inmate cannot be located, the contractor shall forward the inmate
13   account balance to the BOP as instructed below:

14        1)   Check made payable to the individual inmate must
15             contain the inmate's committed name and register
16             number.  The sender's name must be included on the
17             check and/or mailing envelope.
18        2)   Check made payable to the BOP for the purposes of
19             consolidating several inmate account balances must be
20             accompanied by a Field Submission Form provided by the
21             BOP.
22        3)   Field Submission Forms shall list the inmate's
23             committed name, register number and amount to be
24             credited to the inmate.  One Field Submission Form
25             shall be completed for each check.
26        4)   Signed memorandum must accompany each Field Submission
27             Form certifying all avenues to locate the inmate(s)
28             listed on the form have been exhausted.
29        5)   Unclaimed funds shall be sent to the following address:
30
31             Federal Bureau of Prisons
32             Insert Inmate Eight Digit Register Number
33             Insert Inmate's Committed Name
34             Trust Fund Branch/Deposit Fund
```

DJB1PC011 Page 23

CONFIDENTIAL
CORECIVIC_0000715

| | |
|---|---|
| 1 | 320 First Street, NW |
| 2 | Room 5005 |
| 3 | Washington, DC  20534 |

4    **D.  Personnel**

5    For purposes of the Personnel portion of the contract, the terms
6    "employee," "subject" and "applicant" refer to any person
7    applying to work for the contractor as an employee or
8    subcontractor, or who may already be employed by the contractor,
9    who has not previously completed the personnel security
10   requirements detailed in this section of the contract and who has
11   not received a favorable suitability adjudication from the BOP.

12   The contractor shall develop written procedures for the security
13   and supervision of employees and subcontractors who work on this
14   contract in accordance with the Notice of Contractor Personnel
15   Security Requirements Clause and with the requirements of
16   Homeland Security Presidential Directive-12 (HSPD-12) located in
17   Section I of the contract.  The procedures shall include record
18   keeping, identification badges and escort protocols.  The
19   contractor shall include these procedures in the contractor's
20   Personnel Policy Manual.

21   <u>Staffing Plan</u>

22   The contractor may restructure the staffing plan in any manner
23   that does not reduce the minimum performance requirements of the
24   contract and does not eliminate essential personnel or personnel
25   as required by the most current version of ACA/ACI Standards.
26
27   The contractor shall provide the CO with a staffing plan and
28   subsequent changes to the staffing plan.
29
30   <u>Employment Procedures</u>

31   The Warden or designee shall be the contractor's contact person
32   for all matters regarding the processing of contractor personnel.

33   Prior to employees entry on duty (EOD) at the facility, the
34   contractor shall ensure the following steps are completed for
35   each applicant, full or part time, as listed below:

DJB1PC011 Page 24

CONFIDENTIAL

CORECIVIC_0000716

| | | |
|---|---|---|
| 1 | 1) | Conduct a credit check for employment purposes as |
| 2 | | described in the Fair Credit Reporting Act; |
| 3 | 2) | Conduct a pre-employment interview; |
| 4 | 3) | Complete an Employment Eligibility Verification (Form |
| 5 | | I-9); |
| 6 | 4) | Voucher the applicant's employment record for the past |
| 7 | | five years; |
| 8 | 5) | Perform a Law Enforcement Agency Check for the past |
| 9 | | five years; |
| 10 | 6) | Certify the applicant is a U.S. citizen (see below - |
| 11 | | Other Requirements); |
| 12 | 7) | Certify the applicant has met the residency |
| 13 | | requirements (see below - Other Requirements); |
| 14 | 8) | Applicant shall complete Questionnaire for Public Trust |
| 15 | | Positions (SF-85P) or approved equivalent; |
| 16 | 9) | Complete and submit FBI fingerprint form (FD-258); |
| 17 | 10) | Coordinate the process for BOP staff to conduct |
| 18 | | criminal history checks from the National Crime |
| 19 | | Information Center (NCIC) and National Law Enforcement |
| 20 | | Telecommunication System (NLETS). |

The contractor shall also ensure the following HSPD-12
requirements are completed for each applicant who requires access
to federal information systems, i.e., SENTRY:

- Employment Eligibility Verification (Form I-9) must be verified by a BOP official;
- Coordinate the process with the BOP for a National Agency Check with Inquiries (NACI);
- Questionnaire for Public Trust Positions (SF-85P) and FBI fingerprint form (FD-258) shall be submitted to the Office of Personnel Management (OPM).

The determination for employment suitability must be made using
the BOP's current Guidelines of Acceptability (Guidelines).
Based on steps #1-8 and the Guidelines, the contractor will
determine if the applicant is suitable for employment.  The
Warden shall certify steps #1-8 have been completed with
satisfactory results and submit this certification with the
applicant's information to the BOP for conditional approval.  The
applicant's information shall include the following:  full name,
date of birth, driver's license number and issuing state, social

DJB1PC011 Page 25

CONFIDENTIAL

CORECIVIC_0000717

```
1    security number and position applied for.

2    The contractor shall also certify the HSPD-12 requirements listed
3    above have been completed for applicants requiring access to
4    federal information systems.  The contractor's request for
5    conditional approval for these applicants must include the
6    schedule date for the OPM-NACI investigation and indicate the
7    request is for a moderate risk level position.

8    After receiving the BOP's conditional approval, the contractor
9    shall complete the following steps:
10
11         11)  Conduct a urinalysis in accordance with P.S. 3735.04,
12              Drug Free Workplace, dated 6/30/97;
13         12)  Applicant shall complete Supplemental Questionnaire for
14              Selected Positions (OPM SF-85P-S) or approved
15              equivalent;
16         13)  Notify COR of Limited Background Investigation (LBI)
17              initiation.

18   Positions requiring the OPM SF-85P-S or equivalent are those
19   employees required to carry firearms during the course of their
20   employment.

21   Contractor responsibilities subsequent to EOD date:
22
23         14) Notify COR within 24 hours of actual EOD;
24         15) Receipt and review of LBI report (Section J).
25
26   The BOP retains authority to approve all contractor staff,
27   subcontractor employees and volunteers who work or have contact
28   with federal inmates under the terms of this contract.  No
29   individual who is under supervision or jurisdiction of any
30   parole, probation or correctional authority shall be employed.

31   The contractor shall develop procedures to coordinate with the
32   COR to process and initiate NCIC/NLETS functions in accordance
33   with P.S. 1280.11, JUST, NCIC, and NLETS Telecommunication
34   Systems (Management and Use), dated 1/7/00, for criminal history
35   checks to maintain institution security.  NCIC/NLETS may not be
36   utilized for Justice Employment checks.  The contractor shall
37   adhere to the Federal Bureau of Investigation (FBI) Criminal
```

DJB1PC011 Page 26

CONFIDENTIAL

CORECIVIC_0000718

Justice Information Services (CJIS) Security Addendum as included
in Section J of the contract. The contractor shall ensure use of
NCIC/NLETS is performed only to the direct benefit and
furtherance of the contract.

The contractor shall develop procedures to coordinate with the
COR to process and submit the forms required to obtain a NACI in
accordance with the provisions of HSPD-12 as located in Section I
of the contract and as required by OPM.

Within one year of each onsite employee's EOD, the contractor
shall obtain, review, identify and resolve derogatory information
contained on the LBI results using the Adjudication Standards for
Resolving Limited Background Investigations and Periodic
Reinvestigations outlined in Section J. The contractor shall
determine the employee's suitability for employment under this
contract. Investigations with little or no derogatory
information will be reviewed and forwarded to the COR within 90
days of the investigation completion date. Investigations
requiring resolution of derogatory information will be forwarded
within 180 days of the investigation completion date. Extended
adjudication time frames on a case-by-case basis may be requested
from the COR.

The contractor shall ensure all employees and full-time
subcontractor employees are reinvestigated as prescribed in the
Scope and Coverage of a Periodic Reinvestigation in Section J of
the contract.

Upon receipt, review and resolution of any derogatory information
contained in the reinvestigation report, the Warden shall forward
to the COR a written final determination regarding the employee's
continued employment under this contract. A copy of the
reinvestigation report results shall be attached.

The contractor shall maintain all personnel records on site for
the duration of the contract and make these records available to
the BOP upon request.

<u>Waivers</u>

If the applicant does not meet the BOP's current Guidelines and
is still a desirable employee, the contractor may request a

DJB1PC011 Page 27

CONFIDENTIAL

CORECIVIC_0000719

```
 1   written waiver to the Guidelines, submitted to the COR, which
 2   includes:

 3        1)   details and circumstances of the applicant's behavior
 4             which is outside the Guidelines;
 5        2)   reason(s) why the applicant should receive further
 6             consideration; and
 7        3)   availability of other suitable applicants.

 8   Other Requirements

 9
10   The contractor shall not employ any individual who has a felony
11   or misdemeanor conviction of domestic violence.

12   The contractor shall not employ any individual who is not a U.S.
13   citizen unless otherwise approved by the CO.  Citizens of the
14   United States include those who were:  born in the United States
15   (the fifty states, District of Columbia, Puerto Rico, Guam (since
16   1950) or the United States Virgin Islands); born outside the
17   United States to parents who are citizens of the United States,
18   one of which was physically present in the United States or one
19   of its outlying possessions for a continuous period of one year
20   at any time prior to the birth of the person (in some situations
21   only one person has to be a citizen); naturalized as a U.S.
22   citizen; or otherwise granted citizenship under authorities
23   described in law, beginning at 8 USC 1401.  For non-citizen
24   applicants of subcontractors, the contractor must seek approval
25   from the CO.  Non-citizen applicants of subcontractors must be
26   citizens of an allied nation as defined by OPM (see
27   http://www.opm.gov/employ/html/Citizen.htm).

28   All applicants or subcontractors (U.S. citizen or otherwise) must
29   have, immediately prior to applying for a position:

30        1)   resided in the United States three of the past five
31             years;
32        2)   worked for the United States overseas in a federal or
33             military capacity; or
34        3)   been a dependent of a federal or military employee
35             serving overseas.

36   The CO has final approval authority for non-citizen and non-
```

DJB1PC011 Page 28

CONFIDENTIAL

CORECIVIC_0000720

```
 1    residency employment for all potential employees and
 2    subcontractors.

 3    The contractor shall maintain verification of training and
 4    experience which shall include credentials for all professional
 5    staff.  All credentials shall be kept current and maintained for
 6    the duration of the individual's performance under the contract.
```

 7    <u>Employment Agreement</u>

```
 8    In the absence of a collective bargaining agreement, the
 9    contractor must enter into a written employment agreement with
10    each employee assigned to work at the contractor's facility.
11    This agreement must provide, in recognition of the public safety
12    requirements for uninterrupted services at the contractor's
13    facility and in return for adequate consideration, including
14    grievance procedures, the contractor employee agrees not to
15    strike or otherwise interrupt normal operations at the
16    contractor's facility without giving 30 days advance written
17    notice.

18    The contractor must ensure a contingency plan covering work
19    actions or strikes is developed and maintained in a secure
20    location.

21    In the event the contractor negotiates collective bargaining
22    agreements applicable to the work force under the contract, the
23    contractor must use its best efforts to ensure such agreements
24    contain provisions designed to ensure continuity of services.
25    All such agreements entered into during the contract period of
26    performance should provide grievances and disputes involving the
27    interpretation or application of the agreement will be settled
28    without resorting to strike, lockout or other interruption of
29    normal operations.

30    For this purpose, each collective bargaining agreement should
31    provide an effective grievance procedure with arbitration as its
32    final step unless the parties mutually agree upon some other
33    method of assuring continuity of operations.  As part of such
34    agreements, management and labor should agree to cooperate fully
35    with the Federal Mediation and Conciliation Service.  The
36    contractor shall include the substance of this clause (paragraph,
37    provision, etc.) in any subcontracts for protective services.
```

Case 3:16-cv-02267    Document 360-15    Filed 11/20/20    Page 24 of 29 PageID #: 13953

CONFIDENTIAL                                                        CORECIVIC_0000721

1
2  <u>Staffing</u>

3  The following are essential personnel with respective minimum
4  qualification requirements and are critical for performance of
5  the contract.  The contractor may use other titles.  Within 15
6  days of contract award, the contractor shall submit a written
7  request (to include a resume) to the COR for conditional
8  contractor employment approval of the Project Coordinator,
9  Warden(s) and Associate Warden(s).  The 15-day period may be
10 extended for the Warden(s) and Associate Warden(s) positions if
11 requested in writing by the contractor and approved by the CO.

12          Project Coordinator - Knowledge and experience within the
13          last five years in planning and executing similar contract
14          requirements as contained within this SOW.

15          Warden(s) - Knowledge of program objectives, policies,
16          procedures and requirements for managing a secure
17          correctional facility.  A minimum of ten years experience in
18          corrections or related field with experience in the
19          management of a correctional facility at the Associate
20          Warden level or above.

21          Associate Warden(s) - Knowledge of program objectives,
22          policies, procedures and requirements for managing a
23          correctional facility.  A minimum of ten years experience in
24          corrections or related field with five years experience in
25          the field of corrections at the level of mid-management.

26 The essential personnel listed below are critical for the
27 performance of this contract: knowledge of program objectives,
28 policies, procedures and requirements specific to their
29 department.  A minimum of five years experience specific to their
30 department is required.

31          Administrator, Religious Services
32          Case Management Coordinator
33          Chief, Correctional Services
34          Computer Services Manager
35          Correctional Shift Supervisors
36          Facilities Manager/Administrator

DJB1PC011 Page 30

CONFIDENTIAL

CORECIVIC_0000722

```
1          Food Service Administrator
2          Human Resource Manager
3          Inmate Systems/Records Office Manager
4          Intelligence Officer
5          Medical Services Administrator
6          Quality Control Specialist
7          Safety/Environmental Specialist
```

8  The Administrator, Religious Services shall meet the
9  certification standards of the American Correctional Chaplains
10 Association.

11 The CO may reduce the monthly invoice for salaries and benefits
12 on any unfilled essential position.

13 <u>Subcontractors</u>

14 Full-time Subcontractors:  The contractor shall complete steps
15 #1-15, as outlined in Employment Procedures above, for each full-
16 time subcontractor employee.  Any full-time subcontractor
17 requiring SENTRY access must also have the HSPD-12 requirements
18 completed.

19 Part-time Subcontractors:  The contractor, at a minimum, shall
20 complete the following for all part-time subcontractors:

```
21      1)   Employment Eligibility Verification (Form I-9);
22      2)   Coordinate the process for BOP staff to conduct
23           criminal history checks - NCIC/NLETS.
```

24 Any part-time subcontractor requiring SENTRY access must also
25 have the HSPD-12 requirements completed.

26 The contractor shall use the BOP's current Guidelines when
27 determining subcontractor employment.  In addition, the
28 contractor shall not hire any subcontractor, full time or part
29 time, who under the following circumstances:  knows any person or
30 has any relatives who are currently incarcerated in the facility;
31 has any criminal charges currently pending; or is currently under
32 any incarceration order, probation or court supervision.

DJB1PC011 Page 31

CONFIDENTIAL

CORECIVIC_0000723

Subcontractor employees are required to adhere to the contractor's Standards of Conduct mentioned below. The BOP has the authority to approve all subcontractors who have contact with federal inmates under the terms of this contract.

Volunteers

The contractor shall develop written procedures for the use, security and supervision of volunteers. The procedures shall outline record keeping, identification badges and escort protocols. The contractor shall include these procedures in the Personnel Policy Manual.

Volunteers must be 18 years old or older. Ex-offenders with at least three years of crime-free conduct after release, or with a favorable report upon completion of probation or parole, may be utilized as volunteers. Volunteers shall not be granted waivers for unescorted status or passes.

The contractor shall complete the following for each volunteer working in the facility:

1)   Full name and personal information, (e.g., address, date of birth, driver's license number and issuing state, social security number);
2)   Complete and submit FBI fingerprint form (FD-258);
3)   Coordinate the process for BOP staff to conduct criminal history checks - NCIC/NLETS.

The contractor, at a minimum, shall review the volunteer's personal information. The COR will review any criminal background information to determine if the applicant is suitable in accordance with BOP's current Guidelines for entrance into the facility.

Volunteers are required to adhere to the contractor's Standards of Conduct mentioned below. The BOP has the authority to approve all volunteers who have contact with federal inmates under the terms of this contract.

Standards of Conduct

Case 3:16-cv-02267    Document 360-15    Filed 11/20/20    Page 27 of 29 PageID #: 13956

CONFIDENTIAL                                                      CORECIVIC_0000724

```
 1    The contractor shall develop written Standards of Conduct on
 2    employee conduct, ethics and responsibility.  The contractor's
 3    Standards of Conduct shall include those standards defined in
 4    Section J.  These standards shall be a part of the Personnel
 5    Policy Manual.  The contractor shall document and ensure all
 6    employees review the Standards of Conduct annually.  In addition
 7    to employees, subcontractors and volunteers are also required to
 8    adhere to the Standards of Conduct at all times.  Employees,
 9    subcontractors and volunteers shall receive Standards of Conduct
10    Training as part of their individual institutional
11    familiarization and annual training.  Notices explaining
12    employees rights to report misconduct and contact information for
13    all investigative authorities of competent jurisdiction shall be
14    prominently displayed.

15    The contractor shall refer allegations of employee, subcontractor
16    or volunteer misconduct in accordance with procedures defined by
17    the BOP.  The contractor shall cooperate fully with the cognizant
18    authority in any investigation of alleged misconduct.

19    The Government reserves its right, consistent with its
20    obligations under applicable law, to conduct investigations of
21    any alleged misconduct which has the potential to adversely
22    impact the programs or operations of the DOJ and BOP, including
23    the care, custody, health and safety of inmates and BOP staff or,
24    where applicable, the correctional institution and to withdraw
25    final employment approval authority for any employee as warranted
26    by Standards of Conduct violations.
```

27    **E.   Training and Staff Development**

```
28    The Government will provide specialized training to assist the
29    contractor in performing some specialized requirements.  The
30    training will be provided to the contractor at no cost and on a
31    one-time basis only.  Contract employees' travel/lodging expenses
32    will not be paid by the BOP.  To receive the training, the
33    contractor must submit a written request to the COR outlining the
34    training participants and time frame for training.

35    1.  Records Office (Records Office Staff)
36        Training
37        a.   Movement Coordination Training - 6 hours
38        b.   Principles of Sentence Computation (includes
```

DJB1PC011 Page 33

CONFIDENTIAL

CORECIVIC_0000725

```
 1                    maintenance, retirement and disposal of inmate files) -
 2                    32 hours
 3           c.       Advanced Sentence Computations - 32 hours

 4           Self Study Courses and Modules
 5           a.       Mail Room Self Study and Survival Skills Guide
 6           b.       Receiving and Discharge Self Study and Survival Skills
 7                    Guide
 8           c.       Processing Inmates In-Out Module
 9           d.       Detainers, Writs and IAD Module
10           e.       Mailroom Management Module
11           f.       Sentence Computation and Judgement and Commitment File
12                    Module

13    2.     Correctional Programs (Affected Staff)
14           a.       Case Management/Central Inmate Monitoring (includes
15                    Victim Notification System) -  24 hours
16           b.       Inmate Discipline Training - 24 hours
17           c.       Disciplinary Hearing Officer (DHO) Training - 24 hours
18           d.       Joint Automated Booking System (JABS) - 16 hours
19           e.       NCIC/NLETS (Practitioner/Administrator) - training disk
20           f.       Adam Walsh Training - 4 hours
21
22    3.     Other
23           a.       Human Resource Management (includes background
24                    investigation issues) - 24 hours
25           b.       Basic SENTRY - 2 hours
26           c.       Central Inmate Monitoring Certification Correspondence
27                    Course

28    The contractor may request, at its expense and subject to the
29    approval of the COR, additional Government training to supplement
30    the initial training outlined above or other training as it
31    applies to BOP-mandated contract performance.

32    The contractor shall develop and implement a comprehensive staff
33    training program addressing the institution's sexual
34    abuse/assault prevention and intervention program.  Written
35    policy, procedure and practice shall provide all staff, to
36    include volunteers, receive such training prior to assumption of
37    duties and on an annual basis as part of the institution's in-
```

Case 3:16-cv-02267     Document 360-15     Filed 11/20/20     Page 29 of 29 PageID #: 13958

CONFIDENTIAL

CORECIVIC_0000726