1    service training plan.

2    Pre-service and in-service training shall be augmented with
3    specialized training and continuing education for appropriate
4    staff (e.g., case managers, counselors, psychology services
5    staff, chaplaincy staff, correctional officers, investigatory
6    officials, health/mental health care providers, etc.).

7    The contractor shall provide disturbance control training to
8    appropriate staff.

9

10   **F.  Case Records**

11   <u>Inmate Files</u>

12   All inmate files (e.g., central files, medical files, judgment
13   and commitment (J&C) files, etc.) are to be prepared, maintained
14   and disposed of in accordance with BOP format and procedures.

15   Policy and procedures shall be developed to ensure the
16   confidentiality and security of all inmate central files (e.g.,
17   J&C files, central files, United States Parole Commission mini-
18   files) in accordance with P.S. 5800.13, <u>Inmate Systems Management</u>
19   <u>Manual</u>, dated 6/28/02,  P.S. 5800.11, <u>Inmate Central File,</u>
20   <u>Privacy Folder, and Parole Mini-Files</u>, dated 12/31/97, and in
21   accordance with all applicable federal provisions (e.g., 5 USC
22   552 and 552a).

23   <u>Records Office Procedures</u>

24   The contractor shall interact with other agencies to satisfy
25   outstanding inmate obligations, including, but not limited to:

26        1)   processing of federal and state writs;
27        2)   administration of the Interstate Agreement on
28            Detainers;
29        3)   detainer inquiries;
30        4)   lodging and removal of detainers;
31        5)   notification requests from other agencies; and
32        6)   coordination of transfer/inmate movement in and out of
33            the facility in accordance with P.S. 5800.13, <u>Inmate</u>
34            <u>Systems Management Manual</u>, dated 6/28/02, Chapter 8;

DJB1PC011 Page 35

CONFIDENTIAL
CORECIVIC_0000727

```
1              P.S. 5875.12, Transfer of Inmates to State Agents for
2              Production on State Writs, dated 7/31/03; and P.S.
3              5800.12, Receiving and Discharge Manual, dated 8/17/98.
```

4    No BOP inmate shall be admitted to the institution unless
5    designated by the BOP.  No BOP inmate shall be permanently
6    released from custody without BOP written approval.

7    Sentence computations shall be completed in accordance with P.S.
8    5800.13, Inmate Systems Management Manual, dated 6/28/02; P.S.
9    5880.28, Sentence Computation Manual (CCA of 1984), dated
10   7/20/99; 28 CFR 523; and federal criminal code and rules prior to
11   being submitted to the BOP for review.

12   The contractor shall use SENTRY for the following procedures:
13   admissions and releases; inmate counts; medical data; inmate
14   work, housing assignments, classification and programming;
15   education data; discipline data; victim/witness program; sentence
16   computations, including good time; and United States Parole
17   Commission actions.  The contractor has the option to use SENTRY
18   for any other procedures as approved by the COR.

19   The contractor shall:  maintain inmate J&C files; maintain file
20   accountability and security; respond to inmate inquiries; respond
21   to outside requests for information; compute sentences and
22   determine release dates; enter sentence computations in SENTRY;
23   update sentence computations according to amended court orders;
24   post good conduct time for sentence computations; verify release
25   methods and dates prior to an inmate's release; scan all J&C file
26   documents and electronically submit to BOP; and make any changes
27   as directed by the BOP.

28   The contractor shall sign the Release Authorization after
29   certification and final audit has been performed by BOP staff.
30   In instances of immediate release, the BOP will certify the
31   contractor's sentence computation.

32   The contractor shall comply with the Privacy Act of 1974 (5 USC
33   552a) and 28 CFR Parts 16 and 513.

34   Pre-Sentence Investigation Reports

35   An inmate's Pre-Sentence Investigation Reports (PSR) and

                         DJB1PC011 Page 36

CONFIDENTIAL                                                          CORECIVIC_0000728

Statements of Reasons (SOR) from criminal judgments are provided, where authorized by the court, to the contractor to facilitate sentence administration functions only (e.g., classification, designation, programming, sentence calculation, pre-release planning, escape apprehension, prison disturbance response, sentence commutation, pardon and deportation proceedings of the inmate).  The contractor is prohibited from disclosing copies of, or information from, these documents to persons unrelated to the inmate's sentence administration.  Requests for access to these documents from any persons unrelated to the offender's sentence administration should be referred to the BOP in accordance with 28 CFR 513.

The contractor must provide inmates local access to review their own PSRs and SORs but is prohibited from allowing inmates to obtain and/or possess photocopies.  Local access means contractor staff must provide inmates reasonable opportunities to locally review their PSRs and SORs as staff time and official duties permit.  During local reviews, inmates are allowed to make handwritten notes, including hand copying the document word-for-word.  Only the photocopy replication of these documents is prohibited.

PSRs and SORs are part of the inmate's central file, and the contractor shall manage these documents in accordance with P.S. 5800.11, <u>Inmate Central File, Privacy Folder, and Parole Mini-Files</u>, dated 12/31/97.  For example, when inmates are transferred from the contractor facility to another facility, the entire inmate central file shall be transferred to the new facility.  Similarly, when an inmate is released from the sentence, the entire inmate central file shall be archived as a BOP record.

**G.  Information Systems and Research**

<u>Information Systems</u>

The BOP information system environment includes mainframe, Local Area Network (LAN) and Wide Area Network (WAN) components.

The BOP mainframe software environment exists in an internally developed application named SENTRY which is used to support facility operations.  The contractor shall provide and maintain

CONFIDENTIAL

CORECIVIC_0000729

1    hardware and software to access SENTRY in the manner referenced
2    in Section J to operate the facility.

3    The contractor shall appoint a SENTRY security manager who shall
4    be the contractor's point of contact for SENTRY use at the
5    institution.  It is suggested the SENTRY security manager be a
6    collateral duty appointment.  All contractor and subcontractor
7    staff being granted access to SENTRY shall sign a SENTRY Rules of
8    Behavior form located in Section J.  The SENTRY security manager
9    shall keep these on file.

10   The technical hardware environment in which computer services are
11   to be performed consists of IBM-compatible Personal Computers
12   (PC) operating on a LAN.  In addition to providing for the inter-
13   connection of PC workstations, the LAN also provides connections
14   to a BOP centralized gateway which connects to an IBM-compatible
15   mainframe computer located in a DOJ data center.

16   All network operating system hardware furnished by the
17   contractor shall be compatible with BOP equipment throughout
18   the life of the contract at the contractor's expense.  The
19   network switching infrastructure must be Cisco hardware and
20   software.  BOP National Network Communications staff must be
21   provided enable password access to all the Cisco infrastructure
22   equipment.

23   The contractor is required to provide the hardware and software
24   contained in Section J in order to participate in the BOP's
25   information system environment.

26   All network operating system software, applications software and
27   configurations not furnished by the Government shall be the same
28   release, version and configuration currently specified by the
29   contract.  The contractor shall adhere to P.S. 1237.14, _Personal_
30   _Computers and Network Standards_, dated 5/7/07, and its associated
31   Technical Bulletins.

32   The contractor shall ensure the inmate "automated system of
33   records" is compatible with standard BOP facility and operational
34   requirements.

35   If it is technically feasible and if approved by the BOP Chief

CONFIDENTIAL    CORECIVIC_0000730

```
 1    Information Officer (CIO), the contractor shall be permitted
 2    access to the following programs:  Victim Notification System
 3    (VNS), Centra, Web 106, Joint Automated Booking System (JABS) and
 4    the Magic Help Desk (one license per facility).  Access shall be
 5    coordinated through the COTR and COR.

 6    The contractor shall adhere to P.S. 1237.13, Information
 7    Security, dated 3/31/06, which governs such areas as:  security
 8    for and access to sensitive information and systems; minimum
 9    personnel security pre-requisites for computer system users and
10    administrators; and security and access to computer rooms, etc.

11    The contractor shall ensure fundamental information technology
12    resources (computer hardware, network and operating system
13    software and telecommunications facilities) used in performance
14    of this contract function properly and are maintained in good
15    operating condition.  A minimum Operational Availability Rate
16    (OAR) of 97% is required for all such resource components.  The
17    contractor shall ensure such resources are compatible with
18    existing BOP equipment, systems and data exchange functions.

19    GroupWise shall be configured as an external domain to the BOP
20    primary domain and shall have no physical or logical connections
21    to any internal or external mail system other than the BOP.

22    Unless specifically approved by the BOP CIO and the COR, the
23    contractor's network shall have no physical or logical
24    connectivity to any external systems except to the BOP WAN.

25    The contractor shall have video conferencing capabilities which
26    can be utilized for Government supplied training, inmate legal
27    hearings as required by the Government, conferences, etc.  In
28    order to support video conferencing, the video teleconference
29    device must be approved by the Computer Services and User Support
30    Branch prior to purchase.  The device must be statically
31    addressed with an address provided by the BOP National Network
32    Communications (NNC) Branch.  The LAN port used for the video
33    unit must be capable of fixed speed and duplex configuration and
34    verified by NNC.
35
36    Research

37    Advance approval from the COR shall be obtained for all proposed
```

CONFIDENTIAL                                                                    CORECIVIC_0000731

```
 1    research projects.  These include projects conducted by the
 2    contractor, subcontractors or any other party.  The COR shall be
 3    advised of the progress of all research projects, have total
 4    access to all documents and be provided a copy of the final
 5    report prior to any publication.

 6    The contractor is required to participate in any research task
 7    pursued by the Government and shall gather and provide any
 8    information requested.  Contractor participation is anticipated
 9    to be primarily in the area of gathering and submitting
10    statistical information.

11    At the discretion of the Government, an independent evaluator,
12    compensated by the Government, may interview and/or administer
13    surveys to staff and inmates.
```

14 **H.  Physical Plant**

```
15    The facility shall be operated and maintained to ensure inmates
16    are housed in a safe, secure and humane manner.  All equipment,
17    supplies and services shall be contractor furnished except as
18    otherwise noted in this contract.

19    The facility shall be designed, constructed, operated and
20    maintained in accordance with all applicable federal, state and
21    local laws, regulations, codes, guidelines and policies.  In the
22    event of a conflict between federal, state or local laws, codes,
23    regulations or requirements, the most stringent shall apply.  In
24    the event there is more than one reference to a safety, health or
25    environmental requirement in an applicable law, standard, code,
26    regulation or Government policy, the most stringent requirement
27    shall apply.

28    The contractor shall provide and maintain an electronic security
29    alarm system which will identify any unauthorized access to the
30    institution's secure perimeter.

31    The facility shall comply with the International Code Council
32    (ICC) family of codes, including, but not limited to, the
33    following:

34         1)   International Building Code (IBC);
```

DJB1PC011 Page 40

CONFIDENTIAL                                                           CORECIVIC_0000732

```
1        2)    International Plumbing Code (IPC);
2        3)    International Mechanical Code (IMC); and
3        4)    International Energy Conservation Code (IECC).

4    The contractor shall comply with the National Electric Code
5    (NEC).  Fire protection and life safety issues shall be governed
6    by the latest edition of the National Fire Protection Association
7    (NFPA) 101, Code for Safety to Life from Fire in Buildings and
8    Structures, and applicable National Fire Codes (NFC).  Should
9    conflicts occur between other codes and NFC, NFC shall apply.
10   The contractor shall comply with state and local building codes
11   to the maximum extent possible.

12   The facility shall comply with the Seismic Safety of Federal and
13   Federally Assisted or Regulated New Building Construction (E.O.
14   12699).  The seismic safety requirements, as set forth in the ICC
15   family of codes, are the minimum standards.  Should the code
16   applicable for the state in which the facility is located be more
17   stringent than the other codes set forth herein, the state code
18   shall prevail.  If the code cannot be applied, then the locally
19   adopted codes would prevail for building standards and seismic
20   acceptability.

21   The facility shall comply with the requirements of the American
22   with Disabilities Act (ADA).  All areas of the buildings and site
23   shall meet these requirements.

24   Activities implemented, in whole or in part, with federal funds,
25   must comply with applicable legislation and regulations
26   established to protect the human or physical environment and to
27   ensure public opportunities for review.  The contractor shall
28   remain in compliance with federal statutes during performance of
29   the contract to include, but not be limited to, the Clean Air
30   Act, Clean Water Act, Endangered Species Act, Resource
31   Conservation and Recovery Act and other applicable laws,
32   regulations and requirements.  The contractor shall also comply
33   with all applicable limitations and mitigation identified in any
34   Environmental Assessment or Environmental Impact Statement
35   prepared in conjunction with the contract pursuant to the
36   National Environmental Policy Act, 42 USC 4321.

37   The contractor shall be responsible for and shall indemnify and
38   hold the Government harmless for any and all spills, releases,
```

DJB1PC011 Page 41

CONFIDENTIAL                                                    CORECIVIC_0000733

1 emissions, disposal and discharges of any toxic or hazardous
2 substance, pollutant or waste, whether sudden or gradual, caused
3 by or arising under the performance of the contract or any
4 substance, material, equipment or facility utilized therefore.
5 For the purposes of any environmental statute or regulation, the
6 contractor shall be considered the "owner and operator" for any
7 facility utilized in the performance of the contract and shall
8 indemnify and hold the Government harmless for the failure to
9 adhere to any applicable law or regulation established to protect
10 the human or physical environment. The contractor shall be
11 responsible in the same manner as above regardless of whether
12 activities leading to or causing a spill, release, emission or
13 discharge are performed by the contractor, its agent or designee,
14 an inmate, visitor or any third party.

15 Should any spills or releases of any substance into the
16 environment occur, the contractor shall immediately report the
17 incident to the CO. The liability for the spill or release of
18 such substances rests solely with the contractor and its agents.

19 A safety program shall be maintained in compliance with all
20 applicable federal, state and local laws, statutes, regulations
21 and codes. The contractor shall comply with the requirements of
22 the Occupational Safety and Health Act of 1970, 29 USC 651, et
23 seq., and all codes and regulations associated with 29 CFR 1910
24 and 1926.

25 All fire detection, communication, alarm, annunciation,
26 suppression and related equipment shall be operated, inspected,
27 maintained and tested in accordance with the most current edition
28 of NFPA 72, National Fire Alarm Code. Contractor shall provide
29 proof of testing and inspections as listed in NFPA 72 and NFPA
30 13, Installation of Sprinkler Systems, when required.

31 Promptly after the occurrence of any physical damage to the
32 institution (including disturbances), the contractor shall report
33 such damage to the COR. It shall be the responsibility of the
34 contractor to repair such damage, rebuild or restore the
35 institution consistent with the master design and construction
36 specifications for the facility at no cost to the Government.
37 Any deviation from the original design and construction
38 specifications shall require the prior written concurrence of the
39 CO.

DJB1PC011 Page 42

CONFIDENTIAL                                                                                       CORECIVIC_0000734

1  The BOP anticipates a nominal number of BOP staff will be on site
2  to monitor contract performance and manage other BOP interests
3  associated with operation of the facility.  With BOP concurrence,
4  the contractor shall designate approximately 2,500 square feet of
5  secure administrative office space for BOP staff operations as
6  indicated in Section J.  BOP office space shall be located within
7  close proximity to the administrative office space for the
8  contractor's staff.

9  The contractor shall provide operational space for the Executive
10 Office for Immigration Review (EOIR) and United States
11 Immigration and Customs Enforcement (ICE) operations.  EOIR and
12 ICE will require appropriate space to accommodate video
13 conferencing equipment for use in immigration removal processing.
14 Space requirements should, at a minimum, allow for the use of
15 video conferencing equipment for small groups of inmates and
16 escorting staff and one office for ICE.  With BOP concurrence,
17 the contractor shall designate an area or multiple use space to
18 accommodate a video courtroom equal to approximately 300 square
19 feet and a separate office space for ICE at 150 square feet to be
20 located near each other and inside the secure perimeter of the
21 facility as indicated in Section J.

22 All office and multiple use space shall be climate controlled and
23 complete with appropriate electrical, communication and phone
24 connections.  The contractor shall be responsible for all
25 maintenance, security and costs associated with space designated
26 for Government staff.

27 The contractor shall provide no less than 10 parking spaces for
28 Government use.

29 **I.  Security and Control**

30 <u>Use of Force</u>

31 Any use of force by the contractor shall at all times be
32 consistent with all applicable policies of the Government.  All
33 use of lethal force by the contractor or any other authority
34 shall be in compliance with P.S. 5500.12, <u>Correctional Services</u>
35 <u>Procedures Manual</u>, dated 10/10/03, Chapter 7, Section 702, Use of
36 Firearms.  All use of less lethal force by the contractor or any
37 other authority shall be in compliance with P.S. 5566.06, <u>Use of</u>

DJB1PC011 Page 43

CONFIDENTIAL
CORECIVIC_0000735

1    <u>Force and Application of Restraints</u>, dated 11/30/05.

2    All use of force incidents shall be reported in accordance with
3    P.S. 5500.12, <u>Correctional Services Procedures Manual</u>, dated
4    10/10/03, Chapter 6, Sections 602, 604 and 605, After-Action
5    Review and Reporting.

6    <u>Arrest Authority</u>

7    The contractor shall have appropriate arrest authority in order
8    to maintain the security of the correctional institution.

9    The contractor shall ensure the arrest authority meets the
10   following standards so an officer or employee of the contractor
11   may:

12       1)    make arrests on or off facility property without
13             warrant for the following violations regardless of
14             where the violation may occur:  assaulting staff,
15             escape, attempted escape and assisting escape;
16       2)    make arrests on facility property without warrant for
17             the following violations:  theft, depredation of
18             property, contraband, mutiny and/or riot and trespass;
19             and

20       3)    arrest without warrant for any other offense committed
21             on facility property if necessary to safeguard
22             security, good order or Government property

23   if such officer or employee of the contractor has reasonable
24   grounds to believe the arrested person is guilty of such offense
25   and if there is likelihood of such person's escaping before an
26   arrest warrant can be obtained.  If the arrested person is a
27   fugitive from custody, such inmate shall be returned to custody.

28   <u>Inmate Accountability</u>

29   SENTRY shall be used for reporting all official counts.
30   Documentation shall be maintained to support all counts.

31   <u>Key Control</u>

Case 3:16-cv-02267     Document 360-16     Filed 11/20/20     Page 10 of 32 PageID #:
13968
CONFIDENTIAL                                                        CORECIVIC_0000736

```
 1   The contractor shall develop policy and procedures for the
 2   maintenance and security of keys and locking mechanisms to
 3   include:  method of inspection to expose compromised locks or
 4   locking mechanisms; method of replacement for damaged keys and/or
 5   locks; preventative maintenance schedule for servicing locks and
 6   locking mechanisms; restrictions on removal of keys from the
 7   facility and issuance of emergency keys.  The contractor shall
 8   notify the BOP in the event any key or locking mechanism is lost
 9   or compromised.
```

10   Tool Control

```
11   All controlled tools, equipment and hazardous materials shall be
12   classified by security risk.
```

13   Inmate Transportation

```
14   The contractor is responsible for the movement/transportation of
15   all inmates within a 400 mile radius of the contract facility.
16   The contractor shall utilize restraint equipment identical to the
17   BOP's [**Handcuffs:**  stainless, nickel-plated steel, 10oz/12oz; **Leg**
18   **Irons:**  standard, nickel-plated steel, with approximately a 14 x
19   ½ inch chain; **Martin Chain (Waist Chain):**  chains shall be of
20   case- hardened variety with a minimum breaking strength of
21   approximately 800 pounds; **American Padlock** with a PTKB-1 key-way
22   code to be provided by on-site staff] when one-for-one equipment
23   exchange is required (e.g., airlifts).
```

24   Intelligence Operations

```
25   Policy and procedures for collecting, analyzing, disseminating
26   and safeguarding intelligence information regarding issues
27   affecting safety, security and the orderly operation of the
28   facility shall be developed.
```

```
29   The contractor shall have a position at the institution dedicated
30   to intelligence operations.  The position shall be known as an
31   Intelligence Officer (IO).
```

```
32   The contractor shall develop a urine and alcohol surveillance
33   program at the facility which complies with P.S. 6060.08, Urine
```

Case 3:16-cv-02267    Document 360-16    Filed 11/20/20    Page 11 of 32 PageID #:
13969

CONFIDENTIAL                                                    CORECIVIC_0000737

1  <u>Surveillance and Narcotic Identification</u>, dated 3/8/01, and CFR
2  28.550.10.  Only laboratories certified by the Substance Abuse
3  and Mental Health Services Administration, Department of Health
4  and Human Services, shall be used for urine surveillance.

5  If authorized to do so under applicable law, the IO shall be
6  responsible for administration of the inmate telephone monitoring
7  program.  These responsibilities include, but are not limited to:
8  gathering intelligence from monitored inmate telephone calls and
9  producing concise intelligence summaries of the calls; subject
10  matter expertise on inmate telephone monitoring procedures; and
11  use of telephone monitoring equipment.

12  All requests by law enforcement authorities, other than BOP
13  staff, regarding inmate telephone monitoring shall be immediately
14  referred to the COR.

15  The IO office shall have SENTRY access.  The IO will be required
16  to utilize various BOP information data bases in the performance
17  of required duties.  All IO computer hardware/software and
18  related telephone recording equipment/monitoring media shall be
19  designated as "Sensitive But Unclassified."  Areas containing
20  such equipment shall be designated as "Restricted" and "Limited
21  Access" areas.  Inmates are prohibited from entering or working
22  in the IO office and the inmate telephone monitoring and
23  telephone media library rooms.
24
25  The IO shall submit information and reports as requested by the
26  BOP.  The IO shall provide the BOP with quarterly intelligence
27  updates relating to intelligence gathered by using the Automated
28  Intelligence Management System (AIMS).  The IO shall participate
29  in meetings and training as requested by the BOP.

30  <u>Intervention Equipment</u>

31  The contractor shall submit to the COR a proposed inventory of
32  intervention equipment for approval (e.g., weapons, munitions,
33  chemical agents, electronics/stun technology, etc.) intended for
34  use during performance of this contract 30 days prior to NTP.
35  The contractor shall submit any changes to the intervention
36  equipment inventory to the COR for approval prior to use.

37  The use and carrying of weapons for training shall meet all

DJB1PC011 Page 46

CONFIDENTIAL                                                                    CORECIVIC_0000738

```
 1    federal, state and local laws and regulations.

 2    Reporting

 3    The contractor shall report all criminal activity related to the
 4    performance of this contract to the BOP and the appropriate law
 5    enforcement investigative agency (e.g., state/local authorities,
 6    Federal Bureau of Investigation, United States Marshals Service).

 7    The contractor shall telephonically report immediately any
 8    serious incident to the COR and submit a report of the incident
 9    using Report of Incident (Form BP-A583) by the next business day.
10    Serious incidents include, but are not limited to: activation of
11    disturbance control team(s); disturbances (including gang
12    activities, group demonstrations, food boycotts, work strikes,
13    work-place violence, civil disturbances/protests); staff use of
14    force, including use of immediate, calculated lethal and less
15    lethal force; inmates in restraints more than eight hours;
16    assaults on staff/inmates resulting in injuries requiring medical
17    attention (does not include routine medical evaluation after the
18    incident); fights resulting in injuries requiring medical
19    attention; fires; full or partial lock down of the facility;
20    escapes; weapons discharge; suicide attempts; deaths; hunger
21    strikes; adverse incidents that attract unusual interest or
22    significant publicity; adverse weather (e.g., hurricanes, floods,
23    ice/snow storms, heat waves, tornadoes); fence damage; power
24    outages; bomb threats; central inmate monitoring cases (non-
25    separation) transported to a community hospital; significant
26    environmental problems that impact the facility operations;
27    transportation accidents (airlift, bus, etc.) resulting in
28    injuries, death or property damage; and inmate sexual assaults.

29    An After-Action Review Report (Form BP-A586) shall be generated
30    for all major incidents in accordance with P.S. 5500.12,
31    Correctional Services Procedures Manual, dated 10/10/03.

32    Attempts to apprehend escapee(s) shall be in accordance with the
33    contractor's established emergency plans and procedures set forth
34    in P.S. 5553.07, Escapes/Deaths Notifications, dated 2/10/06, and
35    Report of Incident (Form BP-A583).

36    Investigations
```

Case 3:16-cv-02267    Document 360-16    Filed 11/20/20    Page 13 of 32 PageID #: 13971

CONFIDENTIAL                                                                    CORECIVIC_0000739

```
 1    The Government may investigate any incident pertaining to
 2    performance of this contract.  The contractor shall cooperate
 3    with the Government on all such investigations.

 4    Sexual Assault

 5    The contractor shall comply with the policies and procedures for
 6    establishment of a sexual abuse/assault program as contained in
 7    P.S. 5324.06, Sexually Abusive Behavior Prevention and
 8    Intervention Program, dated 4/27/05.

 9    J.  Discipline

10    The contractor shall comply with the policy and procedures for
11    inmate discipline as contained in 28 CFR 541 and P.S. 5270.07,
12    Inmate Discipline and Special Housing Units, dated 3/20/06.  All
13    data regarding the discipline incident report process for inmates
14    shall be entered into SENTRY.

15    K.  Inmate Rights

16    In addition to the contractor's grievance policy, the contractor
17    shall develop procedures for inmates to file administrative
18    remedy appeals in accordance with 28 CFR Part 542 for issues
19    outside the contractor's scope of responsibility as determined by
20    the BOP.  The contractor shall accept and respond to the appeal
21    to the extent possible with further appeal to the BOP.  Appeals
22    to the BOP must be submitted in the English language.

23    The contractor shall stock and provide inmates with BOP
24    administrative remedy forms.  The contractor shall utilize SENTRY
25    to facilitate the administrative remedy process.  When relief is
26    granted upon appeal, the contractor shall take corrective action
27    as indicated in the response.

28    The contractor shall comply with the Religious Freedom
29    Restoration Act of 1993, 42 USC 2000bb, et seq., and ensure the
30    religious services programs are consistent with this Act.

31    L.  Reception and Orientation

32    Admission and Release Procedures
```

CONFIDENTIAL

CORECIVIC_0000740

1     The contractor shall comply with P.S. 5800.12, <u>Receiving and</u>
2     <u>Discharge Manual</u>, dated 8/17/98, when entering inmate admission
3     and release data.

4     The search of inmates admitted to the facility or released to any
5     authority shall include a strip search performed by contractor
6     staff.  The search shall be conducted by persons of the same
7     gender except in urgent circumstances.

8     Inmates shall be fingerprinted using Government supplied forms
9     and submitted to the FBI in accordance with P.S. 5800.12,
10    <u>Receiving and Discharge Manual</u>, dated 8/17/98.

11    The intake process shall include, at a minimum, medical, social
12    and psychological screening within 24 hours of inmate arrival at
13    the facility and prior to inmate release to the general
14    population.  For all newly committed inmates, a psychological
15    assessment shall be completed within 14 days of arrival at the
16    facility.  For inmates transferring from a BOP institution, a
17    psychological update of the inmate is sufficient in lieu of the
18    psychological assessment.

19    The contractor shall ensure all requirements related to P.S.
20    5180.04, <u>Central Inmate Monitoring System</u>, dated 8/16/96, are
21    maintained.

22    In cases where inmates are being transferred to or from foreign
23    countries, 28 CFR 527 and 18 USC 4100, et seq., shall be
24    followed.

25    P.S. 5580.07, <u>Personal Property, Inmate</u>, dated 12/28/05, provides
26    procedures related to inmate property.  Property of inmates
27    transferred to other facilities shall meet the requirements of
28    the above Program Statement.  In the event property outside the
29    scope of P.S. 5580.07 accompanies an inmate departing the
30    contract facility, the property shall be returned to the facility
31    for disposition at the contractor's expense.  All inmate personal
32    property shall be inventoried and an Inmate Personal Property
33    Record (Form BP-A383) completed upon inmate admission or
34    discharge.

35    <u>DNA Analysis Procedures</u>

CONFIDENTIAL

CORECIVIC_0000741

1    The contractor shall develop and implement procedures to comply
2    with the DNA Analysis Backlog Elimination Act of 2000 (P.L. 106-
3    546) and USA Patriot Act (P.L. 107-560). These laws require DNA
4    samples to be obtained from inmates convicted of qualifying
5    federal offenses as determined by the Attorney General. A list
6    of qualifying offenses, subject to change by determination of the
7    Attorney General, is included as an attachment in Section J.
8    Subsequent changes to the list of qualifying offenses shall be
9    disseminated to the contractor by the COTR. The law applies to
10    inmates with current or past qualifying offenses. The contractor
11    shall develop procedures to identify inmates currently in custody
12    who meet the statutory requirement for DNA testing. Inmates
13    coming into custody will have DNA requirements identified by the
14    BOP.

15    The FBI will supply standardized DNA collection kits to the
16    contractor. The FBI analyzes the collected samples and maintains
17    the Combined DNA Index System (CODIS).

18    The contractor shall adhere to the SENTRY instructions for DNA
19    collection as provided by the BOP. Inmates found to have
20    qualifying offenses will be identified thru SENTRY. DNA sampling
21    must occur prior to an inmate release. If an inmate has already
22    provided a DNA sample as identified in SENTRY, another sample is
23    not required.

24    The contractor shall provide notification using a BOP approved
25    format of the Notice of Release and Arrival (Form BP-A714) to the
26    appropriate authorities (United States Probation or Court
27    Services or Offender Supervision Agency) of each inmate releasing
28    to a term of community supervision and subject to this law,
29    indicating if a DNA sample has been collected.

30    **M. Classification**

31    Inmates shall be housed in a unit where the contractor shall
32    ensure appropriate supervision, informal interaction and early
33    problem identification and resolution is provided.

34    Unit team members shall be accessible from the housing unit and
35    available to the population. Individual and group counseling
36    shall be available.

CONFIDENTIAL

CORECIVIC_0000742

1   Programming shall be reviewed with individual inmates on a
2   regular basis.

3   The contractor shall enter and keep current all required SENTRY
4   transactions and written documentation related to the
5   classification and program review of inmates, progress reports
6   and Central Inmate Monitoring System.  A system of records and
7   review to ensure compliance with P.S. 5100.08, Inmate Security
8   Designation and Custody Classification, dated 9/12/06, and 28 CFR
9   shall be maintained.

10  The contractor shall follow all applicable provisions related to
11  the Violent Crime Control and Law Enforcement Act of 1994 (P.L.
12  103-332) ensuring all notification requirements are accomplished
13  for appropriate inmates.

14  The facility shall develop and maintain a financial
15  responsibility system to assist the inmate in developing a
16  financial plan to meet legitimate financial obligations in
17  accordance with 28 CFR 545.10.

18  The contractor shall develop policy and procedures for the
19  facility concerning victim and/or witness notification for
20  appropriate inmates which meet the requirements outlined in
21  28 CFR 551 Subpart M, §551.150-551.153; Victim and Witness
22  Protection Act of 1982 (P.L. 97-291); Crime Control Act of 1990
23  (P.L. 101-647); and Violent Crime Control and Law Enforcement Act
24  of 1994 (P.L. 103-332).

25  The contractor shall develop policy and procedures to comply with
26  the provisions of the Adam Walsh Child Protection and Safety Act
27  of 2006 (H.R. 4472) as outlined in the Procedures for
28  Implementation of Walsh Act Civil Commitment of Sexually
29  Dangerous Persons located in Section J of the contract.

30  The procedures shall ensure the contractor reviews all inmate
31  files to determine qualifying conduct for establishing an
32  appropriate Adam Walsh Case Management Assignment (CMA)
33  assignment.  No inmate shall be released without a Walsh CMA
34  assignment.

DJB1PC011 Page 51

CONFIDENTIAL

CORECIVIC_0000743

1  **N.  Health Care**

2  The contractor shall provide all essential health care services
3  while meeting the applicable standards and levels of quality
4  established by the ACA and the designated BOP National Health
5  Care Accreditation Provider, The Joint Commission.  In addition,
6  the contractor shall adhere to all applicable federal, state and
7  local laws and regulations governing delivery of health services.

8  The contractor's facility shall obtain full accreditation by the
9  BOP's accepted medical accreditation organization within 24
10 months of the NTP and shall maintain continual compliance with
11 the accreditation standards during performance of the contract.
12 The BOP's current medical accreditation is by The Joint
13 Commission.

14 Failure to perform in accordance with contract requirements and
15 to obtain full accreditation by the BOP's accepted medical
16 accreditation organization within 24 months of the NTP may result
17 in a reduction of the monthly operating price in accordance with
18 the contract terms.

19 The BOP has established standards of medical care to be provided
20 to all individuals for whom they are responsible, regardless of
21 the setting in which they receive such care.  These standards are
22 articulated through BOP Program Statements (P.S.), Operations
23 Memoranda (OM), Technical Reference Manuals (TRM) and clinical
24 practice guidelines.  The contractor shall establish policies,
25 procedures and protocols which assure the services it provides
26 meet these standards.

27 The list below is provided for reference.  There are portions of
28 particular BOP Program Statements included in this list for which
29 compliance is mandatory (e.g., mortality review, testing for
30 tuberculosis and other infectious diseases).  The sections and
31 the specific requirements are outlined later in the SOW.

32        P.S. 5310.12    Psychology Services Manual, dated 3/7/95
33        P.S. 6010.01    Psychiatric Treatment and Medication,
34                        Administration Safeguards for, dated 9/21/95
35        P.S. 6010.02    Health Services Administration, dated 1/15/05
36        P.S. 6013.01    Health Services Quality Improvement, dated
37                        1/15/05

Case 3:16-cv-02267    Document 360-16    Filed 11/20/20    Page 18 of 32 PageID #: 13976
CONFIDENTIAL                                                                    CORECIVIC_0000744

```
 1          P.S. 6027.01   Health Care Provider Credential Verification,
 2                         Privileges, and Practice Agreement Program,
 3                         dated 1/15/05
 4          P.S. 6031.01   Patient Care, dated 1/15/05
 5          P.S. 6080.01   Autopsies, dated 5/27/94
 6          P.S. 6090.01   Health Information Management, dated 1/15/05
 7          P.S. 6190.03   Infectious Disease Management, dated 6/28/05
 8          P.S. 6270.01   Medical Designations and Referral Services
 9                         for Federal Prisoners, dated 1/15/05
10          P.S. 6340.04   Psychiatric Services, dated 1/15/05
11          P.S. 6360.01   Pharmacy Services, dated 1/15/05
12          P.S. 6370.01   Laboratory Services, dated 1/15/05
13          P.S. 6400.02   Dental Services, dated 1/15/05
14          PRG  G6000I.04 Program Review Guidelines - Health Services
15                         Institution, dated 4/26/06
16          TRM  6001.03   SENTRY Sensitive Medical Data/Medical Duty
17                         Status/Acuity Status, dated 6/8/99
18          TRM  6501.06   Pharmacy, dated 2/28/01
```

19   Administration

20   Whenever possible, health care services shall be provided within
21   the facility Health Services Unit (HSU).  The contractor shall
22   establish arrangements with local health care providers for
23   emergency and medical services necessary for outpatient and
24   inpatient health care not provided within the facility.

25   The contractor shall provide a minimum of one negative pressure
26   room within the institution with the ventilation rate a minimum
27   of 12 air exchanges per hour.  The room shall also have an
28   exhaust system to direct flow of air from the room to the
29   outdoors or through High-Efficiency Particulate Air (HEPA)
30   filters.  The contractor shall have a negative pressure sensor
31   device that will continuously monitor the pressure within the
32   room.

33   The contractor shall provide adequate space for examination and
34   treatment of the patient population, along with medical equipment
35   to provide care required by the population.  Space allocations
36   shall include:

37            •    space for privacy in consultation and physical

                         DJB1PC011 Page 53

CONFIDENTIAL                                                        CORECIVIC_0000745

```
1                    examination,
2          •         facilities for providing urgent care,
3          •         storage and disposal of biohazardous waste,
4          •         dental treatment area,
5          •         secure pharmacy area,
6          •         specimen collection area, and
7          •         secure medical record storage.

8     Medical equipment should allow providers to conduct routine
9     physical examinations, diagnose and treat minor injuries,
10    evaluate emergency conditions and life support equipment as
11    appropriate to the setting (e.g., automatic external
12    defibrillators or other similar device).  The contractor shall
13    maintain a medical equipment preventive maintenance plan.
```

14    <u>Services</u>

```
15    The contractor shall have written plans, procedures and
16    associated protocols for:

17         •         routine (ambulatory) health care, mental health and
18                   dental services;
19         •         24/7 access to urgent/emergency medical treatment,
20                   including medical, mental health and dental
21                   emergencies;
22         •         utilization of infirmary or "observation units" if they
23                   exist;
24         •         initial health screening;
25         •         health appraisal examination;
26         •         daily triage of complaints;
27         •         access to care procedures (scheduling appointments,
28                   consultations, diagnostic or treatment procedures, how
29                   care is provided in segregation or detention areas);
30         •         special medical programs and services for, but not
31                   limited to:
32                   •     management of chronic and acute medical
33                         conditions;
34                   •     convalescent care;
35                   •     mental health and substance abuse services;
36                   •     health care specialists;
37                   •     physical therapy services;
```

CONFIDENTIAL                                                          CORECIVIC_0000746

| 1 | • | ancillary services - radiology, laboratory, etc.; |
| 2 | • | dental services (routine and emergency); |
| 3 | • | pharmaceutical services and supplies; |
| 4 | • | optometry services to include the provision of |
| 5 | | medically necessary eyeglasses; |
| 6 | • | health education; |
| 7 | • | medical diets; |
| 8 | • | medical management related to the use of force and |
| 9 | | restraints; |
| 10 | • | medical management of hunger strikes; |
| 11 | • | surveillance, control, diagnosis and treatment of |
| 12 | | infectious diseases; and |
| 13 | • | quality assurance/improving organizational performance |
| 14 | | provider licensure, credentialing, peer review. |

15 <u>Staffing</u>

16 The contractor shall submit written plans and procedures for
17 health care staffing of the facility.  The plan will:
18

| 19 | • | specify the duties and responsibilities of all staff |
| 20 | | providing clinical services; |
| 21 | • | specify the numbers and mix of staff providing |
| 22 | | services; |
| 23 | • | define the supervision of staff providing services; |
| 24 | • | ensure all duties and responsibilities of the clinical |
| 25 | | staff are consistent with applicable state licensing |
| 26 | | laws or regulations covering the practice of medicine, |
| 27 | | nursing, dentistry or other regulated clinical |
| 28 | | professions; |
| 29 | • | ensure duties and responsibilities do not exceed the |
| 30 | | scope of practice as defined for any provider; |
| 31 | • | define the mechanism by which the contractor will |
| 32 | | ensure staff performing medical services are licensed |
| 33 | | or certified as required by law or regulation; |
| 34 | • | define the procedures for primary source verification |
| 35 | | of credentials; |
| 36 | • | define the process for granting privileges to licensed |
| 37 | | independent practitioners and how other providers are |
| 38 | | authorized to carry out their duties (agreements, |
| 39 | | protocols, standing orders, etc.). |

DJB1PC011 Page 55

CONFIDENTIAL

CORECIVIC_0000747

1    Pharmacy Services

2    The contractor shall adhere to Part 1 of the Pharmacy TRM, the
3    BOP National Formulary.  The contractor shall obtain signed
4    informed consents for medications used for psychiatric treatment
5    which is located in the Pharmacy TRM.

6    Infectious Disease Management Program

7    The contractor shall comply with all Occupational Safety and
8    Health Administration (OSHA) regulations in the delivery of
9    health care services.  The contractor shall ensure all inmates
10   are tested in accordance with P.S. 6190.03, Infectious Disease
11   Management, dated 6/28/05.

12   The contractor shall comply with the most recent Centers for
13   Disease Control and Prevention/Morbidity and Mortality Weekly
14   Report (CDC/MMWR) "Prevention and Control of Tuberculosis in
15   Correctional Facilities:  Recommendations of the Advisory Council
16   for the Elimination of Tuberculosis" and "Guidelines for
17   Preventing Transmission of Mycobacterium Tuberculosis in Health-
18   care Facilities."

19   The contractor shall comply with the most recent Department of
20   Health and Human Services (DHHS) and United States Public Health
21   Service (USPHS) guidelines related to the treatment of HIV and
22   AIDS.  These guidelines are available at www.aidsinfo.nih.gov.
23   Specific guidelines include:

24           •    "Guidelines for the Use of Antiretroviral Agents in
25                HIV-Infected Adults and Adolescents"
26           •    "Guidelines for the Prevention of Opportunistic
27                Infections in Persons Infected with HIV"
28           •    "Guidelines for the Management of Occupational
29                Exposures to HBV, HCV, and HIV and Recommendations for
30                Postexposure Prophylaxis"
31           •    "Management of Possible Sexual, Injecting-Drug-Use, or
32                Other Nonoccupational Exposure to HIV, Including
33                Considerations Related to Antiretroviral Therapy"
34           •    Prevention and Treatment of Tuberculosis Among Patients
35                Infected with Human Immunodeficiency Virus:  Principles
36                of Therapy and Revised Recommendations"

                    DJB1PC011 Page 56

CONFIDENTIAL                                                    CORECIVIC_0000748

```
 1    The contractor shall comply with the most recent National
 2    Institutes of Health (NIH) "Consensus Development Conference
 3    Statement on the Management of Hepatitis C."
```

 4    <u>Preventive Health Services</u>

```
 5    The contractor shall provide preventive health care to include
 6    immunizations and medical screening procedures consistent with
 7    those recommended by the United States Preventive Health Task
 8    Force.
```

 9    <u>Management of Chronic Medical Conditions</u>

```
10    For the treatment of chronic diseases, the contractor shall use
11    current evidence-based clinical treatment guidelines promulgated
12    by nationally recognized sources, such as the National Asthma
13    Education Program; Joint National Committee on Prevention,
14    Detection, Evaluation and Treatment of High Blood Pressure;
15    National Cholesterol Education Program; American Diabetes
16    Association; and American Psychiatric Association.  The BOP
17    Health Services Division has issued clinical treatment guidelines
18    from the Office of the Medical Director based upon these and
19    other nationally recognized guidelines and tailored to the
20    correctional environment.  These are available from the Health
21    Services Division or at www.nicic.org.  The contractor shall
22    specify which guidelines it has chosen to use and will be
23    benchmarked against those guidelines.
```

24    <u>Quality Improvement</u>

```
25    The contractor shall establish a clinical care quality assessment
26    and improvement program along with a quality measurement system
27    for health care services.  The quality of services shall be
28    assessed through this program, and the findings shall be
29    available to the BOP upon request.
30
31    Organ Donations/Transplants
```

```
32    All issues related to organ donations/transplants will be
33    immediately reported to the COR for consultation with the BOP
34    Medical Director who will evaluate on a case-by-case basis.
```

DJB1PC011 Page 57

CONFIDENTIAL

CORECIVIC_0000749

1    Inmate Death

2    In the event of inmate death, the contractor shall immediately
3    notify the COTR and submit a written report to the COR and BOP
4    Medical Director via GroupWise at BOP-HSD\Assistant Director
5    within 24 hours.  Also, a copy of this report must be sent to the
6    BOP Office of Quality Management (OQM) via GroupWise at BOP-
7    HSD\Quality Management.  The written report shall include, at a
8    minimum:  name of the deceased, age, register number, date of
9    death, preliminary cause of death, place of death, narrative
10   containing brief clinical synopsis of events leading to death
11   (including staff response and hospitalization) and past medical
12   history.  If an autopsy is to be performed, this information
13   should be included.  If the death occurred in the community
14   hospital, length of hospitalization or emergency care must be
15   included.

16   If death is due to violence, an accident surrounded by unusual or
17   questionable circumstances or is sudden and the deceased has not
18   been under immediate medical supervision, the contractor shall
19   notify the coroner of the local jurisdiction to request review of
20   the case and, if necessary, examination of the body (e.g.,
21   autopsy).  The contractor shall obtain the autopsy report if one
22   is performed and submit it along with the Mortality Review Report
23   mentioned below.  If the autopsy, toxicology or tissue analysis
24   is not completed by the coroner in the 30-day time frame
25   mentioned below, the contractor will notify OQM via GroupWise and
26   forward the results as soon as they are available.  The
27   contractor shall establish coroner notification procedures
28   outlining such issues as performance of an autopsy, who will
29   perform the autopsy, obtaining state-approved death certificates
30   and local transportation of the body.

31   Within 30 days of an inmate death, the Mortality Review Committee
32   will complete the Mortality Review Report in its entirety and
33   send it, accompanied by the original health record, to the Health
34   Services Division, Office of Quality Management.  Final autopsy
35   reports, toxicology studies, death certificates, etc. are to be
36   forwarded to OQM via trackable mail immediately upon receipt.
37   The contractor is required to conduct the mortality review using
38   the Multi-Level Mortality Review (Form BP-A563) and to submit to
39   the BOP Medical Director via GroupWise with a copy to the COR.

CONFIDENTIAL

CORECIVIC_0000750

P.S. 6013.01, <u>Health Services Quality Improvement</u>, dated 1/15/05, should be consulted for guidance.  The BOP will have an external consultant review the report and provide written recommendations to the contractor via the Medical Director.

If the Mortality Review Committee finds opportunities to improve the quality of care, the plan of action for improvement should be considered and, if appropriate, incorporated into the contractor's Quality Control Program.  If the external consultant recommends improvement action, the contractor must address each recommendation and report any actions taken to the BOP Medical Director within 90 days of receipt of the recommendations.

The contractor is responsible for preparation and transportation of the body to the designated family member, nearest of kin or Consular Officer of the inmate's country of legal residence.

Personal property of the deceased inmate shall be inventoried and forwarded to the designated family member, nearest of kin or Consular Officer of the inmate's country of legal residence.

<u>Medical Records</u>

Consistency in content and format of medical records of inmates transferring between contract and BOP facilities is a critical component of care for inmates.

The contractor shall adhere to P.S. 6090.01, <u>Health Information Management</u>, dated 1/15/05, in preparing, formatting, documenting, maintaining, releasing of information and all medico-legal aspects of an inmate's medical record.  The contractor is responsible for supplying medical record folders, consistent with the specification provided by the BOP, only for those inmates who are new designations into the facility or in cases where transferred medical records cannot be located.  The Government shall provide the contractor a copy of all applicable Government forms necessary to document an inmate's medical record.

<u>Data Collection and Management</u>

The contractor shall comply with P.S. 6031.01, <u>Patient Care</u>, dated 1/15/05, on Sensitive Medical Data/Medical Duty Status (SMD/MDS) for the reporting and accountability of medical data on

CONFIDENTIAL

CORECIVIC_0000751

```
1   all inmates assigned to the facility, including utilizing the
2   SMD/MDS TRM.

3   Data collected for the assessment of the quality of care or for
4   accreditation purposes will be made available to the BOP upon
5   request.
```

6   Medical Redesignation Requests

```
7   The contractor shall comply with P. S. 6270.01, Medical
8   Designations and Referral Services for Federal Prisoners, dated
9   1/15/05, regarding transfers and medical designations of inmates
10  assigned to the facility.  Medical designations to BOP medical
11  centers or other Government facilities will be at the sole
12  discretion of the BOP.  In order to transport, the inmate must be
13  medically cleared and stable for their mode of travel.
```

14  **O.  Work and Correctional Industries**

```
15  Inmate labor shall be used in accordance with the inmate work
16  plan developed by the contractor.  The inmate work plan may
17  include work or program assignments for industrial, maintenance,
18  custodial, service or other jobs.

19  Inmates shall not be used to perform the responsibilities or
20  duties of an employee of the contractor.  Appropriate safety/
21  protective clothing and equipment shall be provided to the inmate
22  population as appropriate.  Inmates shall not be assigned work
23  considered hazardous or dangerous.  This includes, but is not
24  limited to, areas or assignments requiring great heights, extreme
25  temperatures, use of toxic substances or unusual physical
26  demands.

27  As applicable, inmates shall be paid identical rates of pay as
28  those established by the BOP.  Current established rates are in
29  P.S. 5251.06, Inmate Work and Performance Pay, dated 10/1/08, and
30  28 CFR 545.20.  The contractor shall develop procedures whereby
31  inmates receiving performance pay who are found through the
32  disciplinary process to have committed a level 100 or 200 series
33  drug- or alcohol-related prohibited act will have performance pay
34  reduced to maintenance pay level.
```

DJB1PC011 Page 60

CONFIDENTIAL
CORECIVIC_0000752

1 **P.  Academic and Vocational Education**

2 The contractor may provide voluntary educational programs (e.g.,
3 English-as-a-Second-Language).

4 The contractor shall comply with the Protection of Children from
5 Sexual Predators Act of 1998 (P.L. 105-314).  Inmates shall be
6 restricted from access to interactive computer services.

7 Newspapers and other reading materials in languages applicable to
8 the inmate population shall be provided in sufficient quantity
9 and in a timely manner.

10 The contractor shall develop and make available to all inmates an
11 education program which addresses the subject of sexual
12 assault/sexual abuse.  The content of the educational program
13 must include topics such as:  recognizing behaviors that are
14 inappropriate, harassing or assaultive; how to seek protection;
15 privacy rights; medical/psychological programs for victims of
16 abuse; and how to make confidential reporting of sensitive issues
17 to institution staff, BOP or DOJ Office of Inspector General
18 (OIG).  The contractor shall augment the educational program by
19 distributing informational posters and pamphlets to the inmate
20 population.

21 **Q.  Recreation and Activities**

22 The contractor shall comply with Section 611 of P.L. 104-208,
23 Title I, Section 101(a)(the Zimmer Amendment), which addresses
24 use of recreational equipment and materials by federal inmates.
25 The contractor shall develop adequate and meaningful recreation
26 programs for inmates at the facility.

27 The contractor shall not permit any of the restricted items or
28 practices identified in Sections 612 and 615 of The Commerce,
29 Justice, State Appropriations Act of 2000 (P.L. 106-113), as
30 amended or re-authorized, in the facility.
31
32 **R.  Telephone**

33 The contractor shall provide a telephone system for inmates
34 capable of accommodating both debit and collect telephone calls.
35 The contractor shall establish procedures that permit inmates to

CONFIDENTIAL

CORECIVIC_0000753

1    make telephone calls, including in cases of emergency or
2    indigence.

3    The contractor shall implement telephone limitations as directed
4    by the BOP.

5    Inmates in the Special Housing or Control Unit are entitled to a
6    minimum of one social call per month.

7    The system shall prevent inmates from calling any telephone
8    number not included on the inmate's official telephone list.
9    Once an inmate submits the initial list, it must be processed
10   (ordinarily within five work days) and may contain up to 30
11   telephone numbers the inmate is authorized to call.  Calls may be
12   made via debit or collect procedures except as otherwise
13   authorized by the Warden of the facility for good cause.  The
14   contractor shall ensure any individual (United States residents
15   only) placed on an inmate's telephone list receives notice they
16   have been placed on such a list and document same.  The
17   contractor shall ensure the individual is provided with the means
18   to remove themselves from the list.

19   A telephone number for a victim or a witness (as identified on
20   the Pre-Sentence Investigation Report or as otherwise verified by
21   staff) or telephone numbers assigned to any BOP institution,
22   office or component or any telephone number of a recently
23   separated or current contract/BOP employee may not be placed on
24   an inmate's telephone list without the Warden's express written
25   permission.

26   The contractor shall allow each inmate the opportunity to update
27   their telephone list no more than three times per month except as
28   otherwise authorized by the Warden of the facility for good
29   cause.

30   If authorized to do so under applicable law, the contractor shall
31   monitor and record inmate telephone conversations.  The
32   contractor shall provide notice to inmates of the potential for
33   monitoring.  However, the contractor shall also provide
34   procedures at the facility for inmates to be able to place
35   unmonitored telephone calls to their attorneys of record.

36   Telephone rates shall not exceed the dominant carrier residential

DJB1PC011 Page 62

CONFIDENTIAL

CORECIVIC_0000754

```
1     tariff rate and shall conform to all applicable federal, state
2     and local telephone regulations.

3     Any income received by the contractor as a result of inmate
4     telephone calls which is in excess of expenses incurred (to
5     include refunds/rebates from carriers) shall offset the cost of
6     this contract.  The contractor shall provide the CO with copies
7     of any contracts between the contractor and the inmate telephone
8     system provider(s).  The contractor shall provide the CO with all
9     documentation in support of any agreement the contractor has
10    regarding income, refunds, rebates and other monetary or non-
11    monetary reimbursements involving the inmate telephone system.
12    The contractor shall also provide the CO and COR with copies of
13    all invoices and other documentation of expenses incurred and
14    income received in regards to the inmate telephone system with
15    its monthly request for contract payment and apply the credit
16    against the monthly payment.  The CO and COR shall have total
17    access to all telephone operation records.

18                              [End of Section]
```

Case 3:16-cv-02267     Document 360-16     Filed 11/20/20     Page 29 of 32 PageID #: 13987

CONFIDENTIAL                                                    CORECIVIC_0000755

In accordance with the Inspection of Services--Fixed-Price clause, the Government may reduce the contractor's invoice or otherwise withhold payment for any individual item of nonconformance observed. The Government may apply various inspection and extrapolation techniques (i.e., 100% surveillance, random sampling, planned sampling, unscheduled inspections, etc.) to determine the quality of services and the total payment due.

**E.3   CONTRACTOR'S FAILURE TO PERFORM REQUIRED SERVICES**

The rights of the Government and remedies described in this section are in addition to all other rights and remedies set forth in this solicitation. Specifically, the Government reserves its rights under the Inspection of Services and Termination Clauses. Any reduction in the contractor's invoice shall reflect the contract's reduced value resulting from the contractor's failure to perform required services. The contractor shall not be relieved of full performance of the services hereunder and may be terminated for default based upon inadequate performance of services, even if a reduction was previously taken for any inadequate performance.

**E.4   INSPECTION BY REGULATORY AGENCIES**

Work described within the contract is subject to inspection by other regulatory agencies. The contractor shall respond to all requests for information and inspection or review findings by regulatory agencies. The results of all such inspections shall be provided to the CO/Contracting Officer's Technical Representative (COTR).

**E.5   PERFORMANCE EVALUATION MEETINGS**

The contractor's representatives shall meet with the CO, Contracting Officer's Representative (COR) and COTR on a regular basis as determined necessary by the CO. These meetings will provide a management level review and assessment of contractor performance, a discussion and resolution of problems and, if applicable, a draft of the contractor's proposed invoice. A mutual effort will be made to resolve all problems identified. The contractor is responsible for the preparation of the meeting minutes. The written meeting minutes shall be signed by the contractor's

CONFIDENTIAL

CORECIVIC_0000759

## SECTION H – SPECIAL CONTRACT REQUIREMENTS

**H.1 CHANGE IN ESSENTIAL PERSONNEL**

Following contract award, any change in essential personnel during contract performance is subject to the review and approval of the Contracting Officer's Representative. The contractor shall submit evidence that the qualifications of the prospective replacement personnel are equal to or greater than personnel vacating the positions. Such requests for review and approval shall be in writing. Failure of the contractor to timely fill any essential position may result in an invoice reduction from the day of the vacancy.

The following positions are considered essential personnel:

> Project Coordinator
> Warden(s)
> Associate Warden(s)
> Administrator, Religious Services
> Case Management Coordinator
> Chief, Correctional Services
> Computer Services Manager
> Correctional Shift Supervisors
> Facilities Manager/Administrator
> Food Service Administrator
> Human Resource Manager
> Inmate Systems/Records Office Manager
> Intelligence Officer
> Medical Services Administrator
> Quality Control Specialist
> Safety/Environmental Specialist

**H.2 POST-AWARD PERFORMANCE CONFERENCE**

A post-award performance conference between the Bureau of Prisons (BOP) and the contractor will be held prior to issuance of the Notice to Proceed.

The purpose of the post-award performance conference is to: discuss and develop a mutual understanding concerning scheduling and administering the work; introduce BOP and contractor staff; and resolve as many potential problems as possible before performance.

Case 3:16-cv-02267   Document 360-16   Filed 11/20/20   Page 31 of 32 PageID #: 13989

CONFIDENTIAL

CORECIVIC_0000767

## Attachment J-2

## EVALUATION TECHNIQUES FOR QUALITY ASSURANCE
## OF CONTRACTOR PERFORMANCE

**General**:  In accordance with the Inspection of Services--Fixed-Price clause, the Federal Bureau of Prisons (BOP) may choose to apply a program review inspection process to either assess the contractor's performance or determine the amount of payment or both.  The following is a description of the program review process.

Program Review is a system for inspecting performance, testing the adequacy of the internal quality controls and assessing risks for all program and administrative areas of contract performance.

The review guidelines will be based on the contractor's Quality Control Program (QCP), Statement of Work (SOW), professional guidelines referenced by the SOW, applicable BOP policy and any other appropriate measure within the contract's scope of work.

Contract requirements will be divided into various disciplines, each of which has a number of vital functions.  Successful performance in a vital function is essential to successful performance of the related discipline.  Each discipline comprises a specific percentage of the overall contract requirement.  Deductions will be based on these percentages applied to the overall monthly invoice.

The BOP may, consistent with the scope of contract performance requirements, unilaterally change the vital functions identified in the Performance Requirements Summary Table (PRST).  A minimum of 30 calendar days before the beginning of each evaluation period, the Contracting Officer (CO) will notify the contractor of any changes.  If the contractor is not provided with the notification, the existing vital functions will continue in effect for the next evaluation period unless the contractor agrees to accept the proposed changes.

The BOP reserves the right to develop and implement new inspection techniques and instructions at any time during contract performance without notice to the contractor.

**Management Assessment**:  Subsequent to award, the CO will convene a meeting in which the BOP and the contractor will cooperatively assess the contractor's QCP and the BOP's Quality Assurance Plan (QAP).  The assessment process is intended to facilitate the

RFP-PCC-0014, Section J, ~~Page 3 of  101~~

109

CONFIDENTIAL

CORECIVIC_0000801