1    other agencies; and 6) coordination of transfer/inmate movement
2    in and out of the facility in accordance with P.S. 5800., _Inmate_
3    _Systems Management Manual_, Chapter 8; P.S. 5875., _Transfers of_
4    _Inmates to State Agents for Production on State Writs_; and, P.S.
5    5800., _Receiving and Discharge Manual_.

6    No BOP inmate shall be admitted to the institution unless
7    designated by the BOP.  No BOP inmate shall be permanently
8    released from custody without BOP written approval.

9    Sentence computations, for other than D. C. Code offenders, shall
10   be completed in accordance with P.S. 5800., _Inmate Systems_
11   _Management Manual_; P.S. 5880., _Sentence Computation Manual_; 28
12   CFR 523; and Federal Criminal Code and Rules prior to being
13   submitted to the BOP for review.  Sentence computations for D. C.
14   Code offenders will be completed by the BOP.

15   The contractor shall use SENTRY for the following procedures:
16   admissions and releases; inmate counts; medical data; inmate
17   classification and programming; education data; discipline data;
18   the victim/witness program; sentence computations including good
19   time and United States Parole Commission actions.  The contractor
20   has the option to use SENTRY for any other procedures as approved
21   by the COR.

22   The contractor shall: 1) maintain inmate judgment and commitment
23   (J & C)files; 2) maintain file accountability and security; 3)
24   respond to inmate inquiries; 4) respond to outside requests for
25   information; 5) compute sentences and determine release dates; 6)
26   enter sentence computations in SENTRY; 7) update sentence
27   computations according to amended Court Orders; 8) post good
28   conduct time for sentence computations; 9) verify release methods
29   and dates prior to an inmate's release; 10) scan all J&C file
30   documents and electronically submit to BOP; and, 11) make any
31   changes as directed by the BOP.

32   The contractor shall sign the Release Authorization after
33   certification and final audit has been performed by BOP staff.
34   In instances of immediate release, the BOP will certify the
35   contractor's sentence computation.

36   The contractor shall comply with the Privacy Act of 1974,(5
37   U.S.C. 552a) and 28 CFR Parts 16 and 513.

CONFIDENTIAL                                                                    CORECIVIC_0003824

1   PRE-SENTENCE INVESTIGATION REPORTS

2   Inmates' pre-sentence investigation reports (PSR), and statements
3   of reasons (SOR) from criminal judgments are provided, where
4   authorized by the court, to the contractor to facilitate sentence
5   administration functions only, e.g., classification, designation,
6   programming, sentence calculation, pre-release planning, escape
7   apprehension, prison disturbance response, sentence commutation,
8   pardon, and deportation proceedings of the inmate.  Contractors
9   are prohibited from disclosing copies of, or information from,
10  these documents to persons unrelated to the inmate's sentence
11  administration.  Requests for access to these documents from any
12  persons unrelated to the offender's sentence administration
13  should be referred to the BOP in accordance with 28 CFR §513.

14  Contractors must provide inmates local access to review their own
15  PSRs and SORs, but is prohibited from allowing inmates to obtain
16  and/or possess photocopies.  Local access means contractor staff
17  must provide inmates reasonable opportunities to locally review
18  their PSRs and SORs as staff time and official duties permit.
19  During local reviews, inmates are allowed to make handwritten
20  notes, including hand-copying the document word-for-word.  Only
21  the photocopy replication of these documents is prohibited.

22  PSRs and SORs are part of the Inmate's Central File and the
23  contractor shall manage these documents in accordance with the
24  Bureau's Inmate Central File, Privacy Folder, and Parole
25  Mini-Files policy statement.  For example, when inmates are
26  transferred from the contractor facility to another facility, the
27  entire inmate central file shall be transferred to the new
28  facility.  Similarly, when an inmate is released from the
29  sentence, the entire inmate central file shall be archived as a
30  Bureau of Prisons record.

31  **G.  Information Systems and Research**

32  The BOP Information System environment includes mainframe,
33  Local Area Network (LAN) and Wide Area Network (WAN) components.

34  The BOP mainframe software environment exists in an internally
35  developed application named SENTRY which is used to support
36  facility operations.  The contractor shall provide and maintain
37  hardware and software to access SENTRY, in the manner referenced
38  in Section J, to operate the facility.  The contractor shall
39  appoint a SENTRY security manager, who shall be the contractor's
40  point of contact for SENTRY use at the institution.  It is

CONFIDENTIAL                                              CORECIVIC_0003825

1    suggested that the SENTRY security manager be a collateral duty
2    appointment.  All contractor and sub-contractor staff being
3    granted access to SENTRY shall sign a SENTRY Rules of Behavior
4    form, provided by the BOP.  The SENTRY Security Manager shall
5    keep these on file.

6    The technical hardware environment in which computer services are
7    to be performed consists of IBM-compatible Personal Computers
8    (PCs) operating on a LAN.  In addition to providing for the
9    inter-connection of PC workstations, the LAN also provides
10   connections to a BOP centralized gateway which connects to an
11   IBM-compatible mainframe computer located in a DOJ data center.

12   All network operating system hardware furnished by the
13   contractor shall be compatible with BOP equipment throughout
14   the life of the contract at the contractor's expense.

15   The contractor is required to provide the hardware and software
16   contained in Section J, in order to participate in the BOP's
17   information system environment.

18   All network operating system software, applications software and
19   configurations not furnished by the Government shall be the same
20   release, version and configuration currently specified by the CO
21   throughout the life of the contract.  The contractor shall adhere
22   to P.S. 1237., Network Standards, and its associated Technical
23   Reference Manual (TRM).

24   The contractor shall ensure the inmate "automated system of
25   records" is compatible with standard BOP facility and operational
26   requirements.

27   The contractor shall be permitted access to the following
28   programs:  Victim Notification System (VNS), and Centra, Web 106,
29   Joint Automated Booking System (JABS), and the Magic Help Desk
30   (one license per facility).  Access shall be coordinated through
31   the COTR and the COR.

32   The contractor shall use SENTRY for the following procedures:
33   admissions and releases; inmate counts; medical data; inmate
34   classification and programming; education data; discipline data
35   and the victim/witness program.  The contractor has the option to
36   use SENTRY for any other procedures as approved by the COR.

CONFIDENTIAL                                                    CORECIVIC_0003826

1   The contractor shall adhere to P.S. 1237., <u>Information Security</u>
2   <u>Programs</u>, which governs such areas as: security for, and access
3   to, sensitive information and systems; minimum personnel security
4   pre-requisites for computer system users and administrators; and
5   security and access to computer rooms, etc.

6   The contractor shall ensure fundamental information technology
7   resources (computer hardware, network and operating system
8   software and telecommunications facilities) used in performance
9   of this contract function properly and are maintained in good
10  operating condition.  A minimum Operational Availability Rate
11  (OAR) of 97% is required for all such resource components.  The
12  contractor shall ensure that such resources are compatible with
13  existing BOP equipment, systems and data exchange functions.

14  GroupWise shall be configured as an external domain to the BOP
15  primary domain and shall have no physical or logical connections
16  to any internal or external mail system other than the BOP.
17  Unless specifically approved by the BOP Chief Information
18  Officer, and the COR, the contractor's network shall have no
19  physical or logical connectivity to any external systems except
20  to the BOP WAN.
21
22  RESEARCH

23  Advance approval from the BOP's COR, shall be obtained for all
24  proposed research projects.  These include projects conducted by
25  the contractor, subcontractors or any other party.  The COR shall
26  be advised of the progress of all research projects, have total
27  access to all documents and be provided a copy of the final
28  report prior to any publication.

29  The contractor is required to participate in any research task
30  pursued by the Government and shall gather and provide any
31  information requested.  Contractor participation is anticipated
32  to be primarily in the area of gathering and submitting
33  statistical information.

34  At the discretion of the Government, an independent evaluator,
35  compensated by the Government may interview and/or administer
36  surveys to staff and inmates.

CONFIDENTIAL                                                                CORECIVIC_0003827

1    **H.   Physical Plant**

2    The facility shall be operated and maintained to ensure that
3    inmates are housed in a safe, secure and humane manner.  All
4    equipment, supplies and services shall be contractor furnished
5    except as otherwise noted in this contract.

6    The facility shall be designed, constructed, operated and
7    maintained in accordance with all applicable federal, state and
8    local laws, regulations, codes, guidelines and policies.  In the
9    event of a conflict between federal, state, or local laws, codes,
10   regulations or requirements, the most stringent shall apply.  In
11   the event there is more than one reference to a safety, health or
12   environmental requirement in an applicable law, standard, code,
13   regulation or Government policy, the most stringent requirement
14   shall apply.

15   The contractor shall provide and maintain an electronic security
16   alarm system which will identify any unauthorized access to the
17   institution's secure perimeter.

18   The facility shall comply with 40 U.S.C. 619, which requires
19   compliance with nationally recognized codes, and comply with the
20   latest edition in effect on the date of proposal submission of
21   one of the following codes:

22          (1)   The Uniform Building Code (UBC), with the State of
23                facility location's Amendments;
24          (2)   The Building Officials and Code Administrators (BOCA)
25                National Building Code (NBC); or,
26          (3)   The Standard Building Code (SBC).

27   In the event the jurisdiction in which the facility is located
28   does not mandate use of UBC, BOCA-NBC, or SBC, the facility shall
29   comply with the BOCA-NBC.

30   Fire protection and life safety issues shall be governed by the
31   latest edition of the National Fire Protection Association (NFPA)
32   101, Code for Safety to Life from Fire in Buildings and
33   Structures and applicable National Fire Codes (NFC).  Should
34   conflicts occur between NBC and NFC, NFC shall apply.

35   E.O. 12699 - The facility shall comply with the Seismic Safety of
36   Federal and Federally Assisted or Regulated New Building
37   Construction.  The seismic safety requirements as set forth in

CONFIDENTIAL

CORECIVIC_0003828

1    either the 1991 International Conference of Building Officials,
2    the UBC, the 1992 BOCA, NBC (or the 1992 Amendments to the
3    Southern Building Code Congress) or SBC are the minimum
4    standards. Should the code applicable for the state in which the
5    facility is located be more stringent than the other codes set
6    forth herein, the state code shall prevail.

7    The facility shall comply with the requirements of the
8    Architectural Barriers Act of 1968, as amended, and the
9    Rehabilitation Act of 1973, as amended. The standards for
10   facility accessibility by physically handicapped persons as set
11   forth in Attachment 7 of "Uniform Federal Accessibility
12   Standards/Fed Std. - 795, 4/01/88 Edition" (UFAS) shall apply.
13   All areas of the buildings and site shall meet these
14   requirements.
15

16   Activities implemented, in whole or in part, with federal funds,
17   must comply with applicable legislation and regulations
18   established to protect the human or physical environment and to
19   ensure public opportunities for review. The contractor shall
20   remain in compliance with federal statutes during performance of
21   the contract to include, but not be limited to the Clean Air Act,
22   Clean Water Act, Endangered Species Act, Resource Conservation
23   and Recovery Act, and other applicable laws, regulations and
24   requirements. The contractor shall also comply with all
25   applicable limitations and mitigation identified in any
26   Environmental Assessment or Environmental Impact Statement
27   prepared in conjunction with the contract pursuant to the
28   National Environmental Policy Act, 42 U.S.C. 4321.

29   The contractor shall be responsible for and shall indemnify and
30   hold the Government harmless for any and all spills, releases,
31   emissions, disposal and discharges of any toxic or hazardous
32   substance, any pollutant, or any waste, whether sudden or
33   gradual, caused by or arising under the performance of the
34   contract or any substance, material, equipment, or facility
35   utilized therefore. For the purposes of any environmental
36   statute or regulation, the contractor shall be considered the
37   "owner and operator" for any facility utilized in the performance
38   of the contract, and shall indemnify and hold the Government
39   harmless for the failure to adhere to any applicable law or
40   regulation established to protect the human or physical
41   environment. The contractor shall be responsible in the same
42   manner as above regardless of whether activities leading to or
43   causing a spill, release, emission or discharge are performed by
44   the contractor, its agent or designee, an inmate, visitors, or
45   any third party.

CONFIDENTIAL    CORECIVIC_0003829

1   Should any spills or releases of any substance into the
2   environment occur, the contractor shall immediately report the
3   incident to the COR.  The liability for the spill or release of
4   such substances rests solely with the contractor and its agents.

5   A safety program shall be maintained in compliance with all
6   applicable federal, state and local laws, statutes, regulations
7   and codes.  The contractor shall comply with the requirements of
8   the Occupational Safety and Health Act of 1970, 29 U.S.C. 651, et
9   seq., and all codes and regulations associated with 29 CFR 1910
10  and 1926.

11  Fire Alarm Systems and Equipment - All fire detection,
12  communication, alarm, annunciation, suppression and related
13  equipment shall be operated, inspected, maintained and tested in
14  accordance with the most current edition of the NFPA 72.

15  Promptly after the occurrence of any physical damage to the
16  institution (including disturbances), the contractor shall report
17  such damage to the COR.  It shall be the responsibility of the
18  contractor to repair such damage, to rebuild or restore the
19  institution consistent with the master design and construction
20  specifications for the facility at no cost to the Federal
21  Government.  Any deviation from the original design and
22  construction specifications shall require the prior written
23  concurrence of the CO.

24  The BOP anticipates a nominal number of BOP staff will be on-site
25  to monitor contract performance and manage other BOP interests
26  associated with operation of the facility.  With BOP concurrence,
27  the contractor shall designate approximately 2,500 square footage
28  of secure administrative office space for BOP staff operations as
29  indicated in Section J.  BOP office space shall be climate
30  controlled and located consistent with the administrative office
31  space for the contractor's staff.  The contractor shall be
32  responsible for all maintenance, security and costs associated
33  with space designated for Government staff.

34  The contractor shall provide no less than 10 parking spaces for
35  Government use.

36  **I.    Security and Control**

37  USE OF FORCE

38  Any use of force by the contractor shall at all times be
39  consistent with all applicable policies of the federal

CONFIDENTIAL                                                                    CORECIVIC_0003830

1    government.

2    All use of lethal force by the contractor or any other authority
3    shall be in compliance with P.S. 5500., <u>Correctional Services</u>
4    <u>Procedures Manual</u>, Chapter 7, Section 702, Firearms and Badges.
5    All use of less-lethal force by the contractor or any other
6    authority shall be in compliance with P.S. 5566., <u>Use of Force</u>
7    <u>and Application of Restraints on Inmates</u>.

8    All use of force incidents shall be reported in accordance with
9    P.S. 5500., <u>Correctional Services Procedures Manual</u>, Chapter 6,
10   Sections 602, 604 and 605, After-Action Review and Reporting.
11
12   ARREST AUTHORITY

13   The contractor shall obtain appropriate arrest authority from
14   state or local law enforcement agencies in order to maintain the
15   security of the correctional institution.

16   The contractor shall ensure the arrest authority meets the
17   following standards so that an officer or employee of the
18   contractor may:

19        (1)   make arrests on or off facility property without
20              warrant for the following violations regardless of
21              where the violation may occur: assaulting staff,
22              escape, attempted escape and assisting escape;
23        (2)   make arrests on facility property without warrant for
24              the following violations: theft, depredation of
25              property, contraband, mutiny and/or riot, and trespass;
26              and
27        (3)   arrest without warrant for any other offense committed
28              on facility property if necessary to safeguard
29              security, good order or Government property;

30   if such officer or employee of the contractor has reasonable
31   grounds to believe the arrested person is guilty of such offense
32   and if there is likelihood of such person' s escaping before an
33   arrest warrant can be obtained.  If the arrested person is a
34   fugitive from custody, such inmate shall be returned to custody.

35   In regard to arresting, searching, or detaining non-inmates, the
36   standards and procedures utilized shall be in compliance with PS
37   5510., <u>Searching and Detaining or Arresting Persons Other than</u>
38   <u>Inmates</u>.
39
40   INMATE ACCOUNTABILITY

CONFIDENTIAL                                                                    CORECIVIC_0003831

1   SENTRY shall be used for reporting all official counts.
2   Documentation shall be maintained to support all counts.

3   KEY CONTROL

4   In the event a prison/mogul lock is compromised, the contractor
5   shall notify the key manufacturer to prevent locks and keys from
6   being reproduced or sold to other institutions.

7   TOOL CONTROL

8   All controlled tools, equipment, and hazardous materials shall be
9   classified by security risk.

10  INMATE TRANSPORTATION

11  The contractor is responsible for the movement/transportation of
12  all inmates within a 300 mile radius of the contract facility.
13  The contractor shall utilize restraint equipment identical to the
14  BOP's when one-for-one equipment exchange is required (e.g.,
15  airlifts).

16  INTELLIGENCE OPERATIONS

17  Policy and procedures for collecting, analyzing, disseminating
18  and safeguarding intelligence information regarding issues
19  affecting safety, security and the orderly operation of the
20  facility shall be developed.

21  The contractor shall have a position at the institution dedicated
22  to intelligence operations.  The position shall be known as an
23  Intelligence Officer (IO).

24  The contractor shall develop a urine and alcohol surveillance
25  program at the facility which complies with P.S. 6060. Urine
26  Surveillance and Narcotic Identification and CFR 28.550.10.  Only
27  laboratories certified by the Substance Abuse and Mental Health
28  Services Administration, Department of Health and Human Services,
29  shall be used for urine surveillance.

30  If authorized to do so under applicable law, the IO shall be
31  responsible for administration of the inmate telephone monitoring
32  program.  These responsibilities include, but are not limited to:
33  gathering intelligence from monitored inmate telephone calls and
34  producing concise intelligence summaries of the calls; subject
35  matter expertise on inmate telephone monitoring procedures; and,
36  use of telephone monitoring equipment.

CONFIDENTIAL                                        CORECIVIC_0003832

All requests by law enforcement authorities other than BOP staff
regarding inmate telephone monitoring shall be immediately
referred to the COR.

The IO office shall have SENTRY access. The IO will be required
to utilize various BOP information data bases in the performance
of required duties. All IO computer hardware/software and
related telephone recording equipment/monitoring media shall be
designated as "Limited Official Use Only." Areas containing such
equipment shall be designated as "Restricted" and "Limited
Access" areas. Inmates are prohibited from entering or working
in the IO office, the inmate telephone monitoring and telephone
media library rooms.

The IO shall submit information and reports as requested by the
BOP. The IO shall provide the BOP with quarterly intelligence
updates relating to intelligence gathered by using the Automated
Intelligence Management System ("AIMS"). The IO shall
participate in meetings and training as requested by the BOP.

INTERVENTION EQUIPMENT

The contractor shall submit to the COR a proposed inventory of
intervention equipment for approval (e.g., weapons, munitions,
chemical agents, electronics/stun technology, etc.) intended for
use during performance of this contract. The contractor shall
submit any changes to the intervention equipment inventory to the
COR prior to use.

REPORTING

The contractor shall report all criminal activity related to the
performance of this contract to the BOP and the appropriate law
enforcement investigative agency (e.g., state/local authorities,
Federal Bureau of Investigation, United States Marshals Service).

The contractor shall immediately report any serious incident to
the COR and submit a report of the incident using Form 583,
Report of Incident, in accordance with P.S. 5500., Correctional
Services Procedures Manual, Chapter 6, After-Action Review and
Reporting. Serious incidents include, but are not limited to:
activation of disturbance control team(s); disturbances
(including gang activities, group demonstrations, food boycotts,
work strikes, work-place violence, civil disturbances/protests);
staff use of force including use of lethal and less-lethal force;
inmates in restraints more than eight hours; assaults on
staff/inmates resulting in injuries requiring medical attention
(does not include routine medical evaluation after the incident);
fights resulting in injuries requiring medical attention; fires;
full or partial lockdown of the facility; escape; weapons

CONFIDENTIAL

CORECIVIC_0003833

1  discharge; suicide attempts; deaths; hunger strikes; adverse
2  incidents that attract unusual interest or significant publicity;
3  adverse weather (e.g., hurricanes, floods, ice/snow storms, heat
4  waves, tornadoes); fence damage; power outages; bomb threats;
5  central inmate monitoring cases admitted to a community hospital;
6  witness security cases taken outside the facility; significant
7  environmental problems that impact the facility operations;
8  transportation accidents (airlift, bus, etc.) resulting in
9  injuries, death or property damage; and inmate sexual assaults.

10  Attempts to apprehend escapee(s) shall be in accordance with the
11  contractor's established emergency plans and procedures set forth
12  in P.S. 5553., Escapes/Deaths Notification and Form 583, Report
13  of Incident.

14  INVESTIGATIONS

15  The Government may investigate any incident pertaining to
16  performance of this contract. The contractor shall cooperate
17  with the Government on all such investigations.

18  SEXUAL ASSAULT

19  The contractor shall comply with the policies and procedures for
20  establishment of a sexual abuse/assault program as contained in
21  P.S. 5324., Sexual Assault Prevention/Intervention Program,
22  Inmate.

23  **J.  Discipline**

24  The contractor shall comply with the policy and procedures for
25  inmate discipline as contained in 28 CFR 541 and P.S. 5270.,
26  Discipline and Special Housing Units. The contractor's DHO and
27  alternate must be trained and certified by the BOP prior to
28  issuance of the NTP. All data regarding the discipline incident
29  report process for inmates shall be entered into SENTRY.

30  **K.  Inmate Rights**

31  In addition to the contractor's grievance policy, the contractor
32  shall develop procedures for inmates to file administrative
33  remedy appeals in accordance with 28 CFR Part 542, for issues
34  outside the contractors scope of responsibility, as determined by
35  the BOP. The contractor shall accept and respond to the appeal
36  to the extent possible with further appeal to the BOP.

37  The contractor shall stock and provide inmates with BOP
38  administrative remedy forms. The contractor shall utilize SENTRY
39  to facilitate the administrative remedy process. When relief is

CONFIDENTIAL

CORECIVIC_0003834

1  granted upon appeal, the contractor shall take corrective action
2  as indicated in the response.

3  The contractor shall comply with the Religious Freedom
4  Restoration Act of 1993, 42 U.S.C. 2000bb et seq., and ensure the
5  religious services programs are consistent with this Act.

6  **L.  Reception and Orientation**

7  The contractor shall comply with P.S. 5800, <u>Receiving and</u>
8  <u>Discharge Manual</u> when entering inmate admission and release data.

9  The search of inmates admitted to the facility or released to any
10  authority shall include a strip search performed by contractor
11  staff.  The search shall be conducted by persons of the same
12  gender, except in urgent circumstances.

13  Inmates shall be fingerprinted using Government supplied forms
14  and submitted to the FBI in accordance with P.S. 5040, <u>FBI Forms,</u>
15  <u>Submission to the FBI</u>, and P.S. 5800, <u>Receiving and Discharge</u>
16  <u>Manual</u>.

17  The intake process shall include, at a minimum, medical, social,
18  and psychological screening within 24 hours of inmate arrival at
19  the facility and prior to inmate release to the general
20  population.  For all newly committed inmates, a psychological
21  assessment shall be completed within 14 days of arrival at the
22  facility.  For inmates transferring from a BOP institution, a
23  psychological update of the inmate is sufficient in lieu of the
24  psychological assessment.

25  The contractor shall ensure all requirements related to P.S.
26  5180, <u>Central Inmate Monitoring System</u>, are maintained.

27  In cases where inmates are being transferred to or from foreign
28  countries, 28 CFR 527 and 18 U.S.C. 4100, et seq. shall be
29  followed.

30  The contractor is advised that P.S. 5580, <u>Inmate Personal</u>
31  <u>Property</u>, provides procedures related to inmate property.
32  Property of inmates transferred to other facilities shall meet
33  the requirements of the above program statement.  In the event
34  property outside the scope of P.S. 5580 accompanies an inmate
35  departing the contract facility, the property shall be returned
36  to the facility for disposition at the contractor's expense.  All
37  inmate personal property shall be inventoried and a BOP Form 383,
38  <u>Inmate Personal Property Record</u> completed upon inmate admission
39  and discharge.

CONFIDENTIAL                                                       CORECIVIC_0003835

1    DNA Analysis - The contractor shall develop and implement
2    procedures to comply with Public Law 106-546, DNA Analysis
3    Backlog Elimination Act of 2000 and Public Law 107-56. USA
4    Patriot Act.  These laws require DNA samples to be obtained from
5    inmates convicted of qualifying federal offenses, as determined
6    by the Attorney General.  A list of qualifying offenses, subject
7    to change by determination of the Attorney General, is included
8    as an attachment in Section J.  Subsequent changes to the list of
9    qualifying offenses shall be disseminated to the contractor by
10   the COTR.  The law applies to inmates with current or past
11   qualifying offenses.  The contractor shall develop procedures to
12   identify inmates currently in custody who meet the statutory
13   requirement for DNA testing.  Inmates coming into custody will
14   have DNA requirements identified by the BOP.

15   The Federal Bureau of Investigation (FBI) will supply
16   standardized DNA collection kits to the contractor.  The FBI
17   analyzes the collected samples and maintains the Combined DNA
18   Index System (CODIS).

19   The contractor shall adhere to the Sentry instructions for DNA
20   collection as provided by the BOP.  Inmates found to have
21   qualifying offenses will be identified thru Sentry.  DNA sampling
22   must occur prior to an inmate release.  If an inmate has already
23   provided a DNA sample, as identified in Sentry, another sample is
24   not required.

25   The contractor shall provide notification, using a BOP approved
26   format of the Notice of Release and Arrival (BP-S714-056), to the
27   appropriate authorities (US Probation or Court Services or
28   Offender Supervision Agency) of each inmate releasing to a term
29   of community supervision and subject to this law, indicating if a
30   DNA sample has been collected.

31   **M.  Classification**

32   Inmates shall be housed using the functional unit concept.  The
33   contractor shall ensure that appropriate supervision, informal
34   interaction and early problem identification and resolution are
35   provided.

36   Unit team members shall be accessible from the housing unit and
37   available to the population.  Individual and group counseling
38   shall be available.

39   Programming shall be reviewed with individual inmates on a
40   regular basis.

41   The contractor shall enter and keep current all required BOP

CONFIDENTIAL                                    CORECIVIC_0003836

SENTRY transactions and written documentation related to the classification and program review of inmates, progress reports and central inmate monitoring system. A system of records and review to ensure compliance with P.S. 5100, <u>Security Designation and Custody Classification Manual</u>, and 28 CFR Part 524 shall be maintained.

The contractor shall follow all applicable provisions related to the Violent Crime Control and Law Enforcement Act of 1994 (P.L. 103-322), ensuring all notification requirements for inmates are accomplished for appropriate inmates.

The facility shall develop and maintain a financial responsibility system to assist the inmate in developing a financial plan to meet legitimate financial obligations in accordance with 28 CFR 545.10.

The contractor shall develop policy and procedures for the facility concerning victim and/or witness notification for appropriate inmates which meet the requirements outlined in 28 CFR 551 Subpart M, §551.150-551.153, and the Victim and Witness Protection Act of 1982 (P.L. 97-291), the Crime Control Act of 1990 (P.L. 101-647), the Violent Crime Control and Law Enforcement Act of 1994 (P.L. 103-332) and the (Victim Control and Law Enforcement Act of 1994).

## N. Health Care

The contractor shall provide all essential health services while meeting the applicable standards and levels of quality established by the ACA and the designated BOP National Health Care Accreditation Provider, the Joint Commission on Accreditation of Health Care Organizations (JCAHCO). In addition, the contractor shall adhere to all applicable federal, state and local laws and regulations governing delivery of health services.

The contractor's facility shall obtain full accreditation by the BOP's accepted medical accreditation organization within 24 months of NTP and shall maintain continual compliance with the accreditation standards during performance of the contract. The BOP's current medical accreditation is by JCAHCO.

The contractor shall provide medical services commensurate to the level of care available in the community. The contractor is to refer to the following list of the most current version of BOP Program Statements, Operations Memoranda (OM) and Technical Reference Manuals (TRM) as guides to the BOP's standard of health care delivery:

CONFIDENTIAL

CORECIVIC_0003837

1  P.S. 5310 Psychology Services Manual
2  P.S. 6000 Health Services Manual (HSM)
3  P.S. 6010 Psychiatric Treatment and Medication,
4        Administration Safeguards for
5  P.S. 6080 Autopsies, Authority to Order
6  P.S. 6190 Infectious Disease Management
7  PRG  6000 Program Review Guidelines - Health Services
8        Institutions
9  TRM  6001 Sentry Sensitive Medical Data
10  TRM  6501 Pharmacy

11  ADMINISTRATION

12  Prior to issuance of NTP, the contractor shall designate a Health
13  Services Point of Contact (POC) for the facility who shall be
14  responsible for the delivery of health services under the
15  contract.  The POC shall have full authority to act on behalf of
16  the contractor on all matters relating to the operation of the
17  health services portion of the contract.

18  Whenever possible, health care services shall be provided within
19  the facility Health Services Unit (HSU).  The contractor shall
20  establish arrangements with local health care providers for
21  emergency and medical services necessary for outpatient and
22  inpatient health care not provided within the facility.

23  The contractor shall provide a minimum of one negative pressure
24  room within the institution, with the ventilation rate a minimum
25  of twelve (12) air exchanges per hour.  The room shall also have
26  an exhaust system to direct flow of air from the room to the
27  outdoors or through High-Efficiency Particulate Air filters
28  (HEPA).  The contractor shall have a negative pressure sensor
29  device that will continuously monitor the pressure within the
30  room.

31  SERVICES

32  The contractor shall have written plans and procedures for
33  providing urgent medical care, routine health care, mental health
34  and dental services for the facility.  The plans shall include,
35  but are not limited to the following: 24 hour coverage, seven
36  days a week, emergency medical treatment, health, mental health
37  and dental care; initial health screening; health appraisal
38  examination; daily triage of complaints; sick call procedures;
39  special medical programs and services for, but not limited to,
40  inmates with chronic health care needs or requiring convalescent
41  care; mental health and substance abuse services; staffing/health
42  care specialists; ancillary services - radiology, laboratory,
43  etc.; dental services - routine and emergency; pharmaceutical

CONFIDENTIAL                                                      CORECIVIC_0003838

1    services and supplies; optometry services; health education;
2    medical diets; infectious diseases; and quality control/peer
3    reviews.

4    The contractor shall adhere to Part 1 of the most current version
5    of the Pharmacy Technical Reference Manual (TRM), the BOP
6    National Formulary.  The contractor shall obtain signed informed
7    consents for medications used for psychiatric treatment, which is
8    located in the Pharmacy TRM.

9    INFECTIOUS DISEASE

10   The contractor shall comply with all OSHA regulations in the
11   delivery of health care services.  All inmates shall be screened
12   for tuberculosis (TB) at intake.  TB screening is mandatory for
13   all inmates.  All newly committed inmates shall receive TB
14   screening by Purified Protein Derivative (PPD) [Mantoux
15   (administration of PPD) method], and/or by chest x-ray.  The PPD
16   shall be the primary screening method unless this diagnostic test
17   is contraindicated; then a chest x-ray shall be obtained.  The
18   contractor shall ensure that all inmates are tested in accordance
19   with P.S. 6190, Infectious Disease Management.  All inmates must
20   receive an annual test for tuberculosis.

21   The contractor shall comply with the most recent CDC/MMWR·
22   Statement, "Prevention and Control of Tuberculosis in
23   Correctional Facilities: Recommendations of the Advisory Council
24   for the Elimination of Tuberculosis," and "Guidelines for
25   Preventing Transmission of Mycobacterium tuberculosis in Health-
26   Care Facilities."

27   The contractor shall comply with the most recent Department of
28   Health and Human Services (DHHS) and United States Public Health
29   Service (USPHS) guidelines related to the treatment of HIV and
30   AIDS.  These guidelines are available at www.aidsinfo.nih.gov.
31   Specific guidelines include:

32        •    "Guidelines for the Use of Antiretroviral Agents in
33             HIV-Infected Adults and Adolescents"
34        •    "Guidelines for the Prevention of Opportunistic
35             Infections in Persons Infected with HIV"
36        •    "Guidelines for the Management of Occupational
37             Exposures to HBV, HCV, and HIV and Recommendations for
38             Postexposure Prophylaxis"
39        •    "Management of Possible Sexual, Injecting-Drug-Use, or
40             Other Nonoccupational Exposure to HIV, Including
41             Considerations Related to Antiretroviral Therapy"
42        •    "Prevention and Treatment of Tuberculosis Among
43             Patients Infected with Human Immunodeficiency Virus:

CONFIDENTIAL                                                                CORECIVIC_0003839

1       Principles of Therapy and Revised Recommendations"


2       The contractor shall comply with the most recent BOP P.S. 6190,
3       <u>Infectious Disease Management</u>, regarding the testing of inmates
4       for HIV, Hepatitis B, and Hepatitis C.

5       The contractor shall comply with the most recent National
6       Institutes of Health (NIH) "Consensus Development Conference
7       Statement on the Management of Hepatitis C".

8       The contractor shall provide Preventive Health Care to include
9       immunizations consistent with those recommended by the U.S.
10      Preventive Health Task Force.

11      For the treatment of chronic diseases, the contractor shall use
12      current evidence-based clinical treatment guidelines promulgated
13      by nationally recognized sources, such as the National Asthma
14      Education Program; the Joint National Committee on Prevention,
15      Detection, Evaluation, and Treatment of High Blood Pressure; the
16      National Cholesterol Education Program; the American Diabetes
17      Association; and the American Psychiatric Association.  The BOP
18      Health Services Division has issued clinical treatment guidelines
19      from the Office of the Medical Director, based upon these and
20      other nationally recognized guidelines, and tailored to the
21      correctional environment.  These are available from the Health
22      Services Division or at www.nicic.org.

23      The contractor shall establish a clinical care quality and
24      performance improvement program along with quality measurement
25      system for health care services.

26

27      INMATE DEATH

28      In the event of inmate death, the contractor shall immediately
29      notify the COR and submit a written report within 24 hours.  The
30      written report shall include, a minimum of, the name of the
31      deceased, age, register number, date of death, preliminary cause
32      of death, place of death, and narrative containing brief clinical
33      synopsis of events leading to death (including staff response and
34      hospitalization) and past medical history.  The contractor shall
35      fingerprint (right thumb or right index) the deceased.  Staff
36      performing the fingerprinting shall date and sign the fingerprint
37      card to ensure that positive identification has been made and
38      file the card in the inmate's file.  The contractor is required
39      to perform Mortality Reviews, using BOP form BP-S563.044,
40      available at http://bop.gov and submit the report to the BOP
41      Medical Director, with a copy to the COR, utilizing Chapter XII
42      of the Health Services Manual for guidance.

43      If death is due to violence, an accident surrounded by unusual or
44      questionable circumstances, or is sudden and the deceased has not
45      been under immediate medical supervision, the contractor shall
46      notify the coroner of the local jurisdiction to request review of

CONFIDENTIAL                                                                          CORECIVIC_0003840

1  the case, and if necessary, examination of the body (e.g.,
2  autopsy).  The contractor shall obtain the autopsy report if one
3  is performed, and submit it along with the Mortality Review
4  Report.  The contractor shall establish coroner notification
5  procedures outlining such issues as performance of an autopsy,
6  who will perform the autopsy, obtaining state-approved death
7  certificates and local transportation of the body.  The medical
8  file for the inmate should be turned over to the BOP's Medical
9  Director within 30 days after the inmate's death.

10 The contractor shall ensure the body is turned over to the
11 designated family member, the nearest of kin or the Consular
12 Officer of the inmate's country of legal residence.

13 Personal property of the deceased inmate shall be inventoried and
14 forwarded to the designated family member, the nearest of kin or
15 the Consular Officer of the inmate's country of legal residence.

16 MEDICAL RECORDS

17 Consistency in content and format of medical records of inmates
18 transferring between the facilities and other Government
19 facilities is a critical component of care for inmates.

20 The contractor shall adhere to the current HSM policy on Health
21 Records, in preparing, formatting, documenting, maintaining,
22 releasing and all medico-legal aspects of an inmate's medical
23 record.  The contractor is responsible for supplying medical
24 record folders, consistent with the specification provided by the
25 BOP, only for those inmates who are new designations into the
26 facility or in cases where transferred medical records cannot be
27 located.  The Government shall provide the contractor a copy of
28 all applicable Government forms necessary to document an inmate's
29 medical record.

30 The contractor shall comply with current HSM policy on Sensitive
31 Medical Data/Medical Duty Status for the reporting and
32 accountability of medical data on all inmates assigned to the
33 facility including utilizing the SMD/MDS TRM.

34 The contractor shall comply with current HSM policy regarding
35 transfers and medical designations of inmates assigned to the
36 facility.  Medical designations to BOP Medical Centers or other
37 Government facilities will be at the sole discretion of the BOP.
38 In order to transport, the patient must be medically cleared and
39 stable for their mode of travel.

40 The contractor shall furnish prescription eyeglasses to any
41 inmate whose vision is 20/50 or worse in any eye.

42 TeleHealth - The BOP utilizes Telehealth whenever possible and
43 encourages the contractor to utilize Telehealth also.

CONFIDENTIAL                                                    CORECIVIC_0003841

1  **O.  Work and Correctional Industries**

2  Inmate labor shall be used in accordance with the inmate work
3  plan developed by the contractor.  The inmate work plan may
4  include work or program assignments for industrial, maintenance,
5  custodial, service or other jobs.  The inmate work program shall
6  not conflict with any other requirement of the contract and must
7  comply with all applicable laws and regulations.

8  Inmates shall not be used to perform the responsibilities or
9  duties of an employee of the contractor.  Appropriate safety/
10  protective clothing and equipment shall be provided to the inmate
11  population as appropriate.  Inmates shall not be assigned work
12  considered hazardous or dangerous.  This includes, but is not
13  limited to, areas or assignments requiring great heights, extreme
14  temperatures, use of toxic substances and unusual physical
15  demands.

16  As applicable, inmates shall be paid identical rates of pay as
17  those established by the BOP.  Current established rates are in
18  P.S. 5251, <u>Inmate Work and Performance Pay Program</u>, and 28 CFR
19  545.20.

20  **P.  Academic and Vocational Education**

21  The contractor may provide voluntary educational programs (e.g.,
22  English-as-a-Second-Language).

23  The contractor shall comply with the Protection of Children from
24  Sexual Predators Act of 1998 (P.L. 105-314).  Inmates shall be
25  restricted from access to interactive computer services.

26  Newspapers and other reading materials in languages applicable to
27  the inmate population shall be provided in sufficient quantity
28  and in a timely manner.

29  The contractor shall develop and make available to all inmates an
30  education program which addresses the subject of sexual
31  assault/sexual abuse.  The content of the educational program
32  must include topics such as: recognizing behaviors that are
33  inappropriate, harassing, or assaultive; how to seek protection;
34  privacy rights; medical/psychological programs for victims of
35  abuse; how to make confidential reporting of sensitive issues to
36  institution staff, the BOP or the Department of Justice Office of
37  Inspector General (OIG).  The contractor shall augment the
38  educational program by distributing informational posters and
39  pamphlets to the inmate population.

CONFIDENTIAL

CORECIVIC_0003842

1  **Q.   Recreation and Activities**

2  The contractor shall comply with Section 611 of P.L. 104-208,
3  Title I, Section 101(a)(the Zimmer Amendment), which addresses
4  use of recreational equipment and materials by Federal inmates.

5  The contractor shall develop adequate and meaningful recreation
6  programs for inmates at the facility.  The contractor shall
7  ensure sufficient correctional staff are assigned to supervise
8  all inmate recreation activities.

9  The contractor shall not permit any of the restricted items or
10  practices identified in Sections 612 and 615 of The Commerce,
11  Justice, State Appropriations Act of 2000 (P.L. 106-113), as
12  amended or re-authorized, in the facility.

13  **R.   Telephone**

14  The contractor shall provide a telephone system for inmates
15  capable of accommodating both debit and collect telephone calls.
16  The contractor shall establish procedures that permit inmates to
17  make telephone calls, including in cases of emergency or
18  indigence.

19  The contractor shall implement telephone limitations as directed
20  by the BOP.

21  Inmates in the Special Housing or Control Unit, are entitled to a
22  minimum of one social call per month.

23  The system shall prevent inmates from calling any telephone
24  number not included on the inmate's official telephone list.
25  Once an inmate submits the initial list, it must be processed,
26  ordinarily, within five work days and may contain up to 30
27  telephone numbers that the inmate is authorized to call.  Calls
28  may be made via debit or collect procedures, except as otherwise
29  authorized by the Warden of the facility for good cause.

30  The contractor shall ensure and document that any individual
31  (United States residents only) placed on an inmate's telephone
32  list receive notice that they have been placed on such a list.

33  The contractor shall ensure that the individual is provided with
34  the means to remove themselves from the list.

35  A telephone number for a victim or a witness, as identified on
36  the Pre-Sentence Investigation Report or as otherwise verified by
37  staff, or telephone numbers assigned to any BOP institution,
38  office, component or any telephone number of a recently separated
39  or current contract/BOP employee may not be placed on an inmate's
40  telephone list without the Warden's express written permission.

41  The contractor shall allow each inmate the opportunity to update
42  their telephone list no more than three times per month, except
43  as otherwise authorized by the Warden of the facility for good
44  cause.

CONFIDENTIAL                                                        CORECIVIC_0003843

1    If authorized to do so under applicable law, the contractor shall
2    monitor and record inmate telephone conversations. The
3    contractor shall provide notice to inmates of the potential for
4    monitoring. However, the contractor shall also provide
5    procedures at the facility for inmates to be able to place
6    unmonitored telephone calls to their attorneys of record.

7    Telephone rates shall not exceed the dominant carrier residential
8    tariff rate and shall conform to all applicable federal, state,
9    and local telephone regulations.

10   Any income received by the contractor as a result of inmate
11   telephone calls which is in excess of expenses incurred, to
12   include refunds/rebates from carriers, shall offset the cost of
13   this contract. The contractor shall provide the CO with copies
14   of any contracts between the contractor and the inmate telephone
15   system provider(s). The contractor shall provide the CO with all
16   documentation in support of any agreement that the contractor has
17   regarding income, refunds, rebates and other monetary or non-
18   monetary reimbursements involving the inmate telephone system.
19   The contractor shall also provide the CO with copies of all
20   invoices and other documentation of expenses incurred and income
21   received in regards to the inmate telephone system with its
22   monthly request for contract payment and apply the credit against
23   the monthly payment. The CO and COR shall have total access to
24   all telephone operation records.

CONFIDENTIAL

CORECIVIC_0003844

## SECTION G

## CONTRACT ADMINISTRATION DATA

CONTRACTING OFFICER'S REPRESENTATIVE

(a)   An individual shall be named after contract award and designated as the Contracting Officer's Representative(COR) to act as contract monitor. Numerous individuals will also be named after contract award and designated as Contracting Officer's Technical Representatives (COTR). The COTRs will assist the COR in the performance of monitoring

(b)   The COR is responsible for the technical direction of the performance of all work under this contract. The term "technical direction" is defined to include, without limitation, the following:

   1.   Directions to the contractor which re-direct the contract effort, shift work emphasis between areas or tasks, require pursuit of certain lines of inquiry, fill in details or otherwise serve to accomplish the contractual scope of work.

   2.   Supply information to the Contractor which assists in the interpretation of technical portions of the Statement of Work.

   3.   Review, inspect, and accept reports and information to be provided by the Contractor to the Government under the contract.

   4.   Evaluate the performance and certify all invoices for payment.

(c)   Technical direction must be within the general scope of work stated in the contract. The contract monitor does not have authority to, and may not issue, any direction which:

   1.   Constitutes an assignment of additional work outside the general scope of the contract.

   2.   Constitutes a change as defined in the contract clause entitled "Changes".

   3.   Change any of the expressed terms, conditions, fixed price, or time for contract performance. Any such revisions shall be authorized in writing only by the Contracting Officer (CO).

(d)   In the event the COR desires a change to the contract within one or more of the categories as defined in (1) through (3) of paragraph (b), he must direct such request to the CO. The CO will handle such request within applicable laws and regulations.

(e)   During the term of the contract, the CO, or his or her successor, shall administer the contract on behalf of the Government. Technical matters which cannot be resolved by the Contractor and the COR, as well as other contractual difficulties, are to be brought to the CO's immediate attention. The CO may be reached at the e-mail address and telephone number shown on the SF 33.

PAYMENT SCHEDULE

CONFIDENTIAL

CORECIVIC_0003851

In consideration for the contractor's satisfactory performance of services called for under this contract, the BOP shall make payment to the contractor at the rates identified in the schedule. For billing purposes, inmate days will be calculated based upon a daily official (SENTRY) inmate count to be specified by the BOP subsequent to award.

If award is based on Section B Pricing Schedules A, B, C or D, monthly payment shall be based upon the contractor's fixed price divided by the number of months within each performance period. For the based period and each option period, the fixed incremental unit price (FIUP) will only apply when the number of inmate days within the monthly payment period exceeds an average daily population above the Monthly Operating Price (MOP). Except for inmates receiving outside medical care, inmates not physically located within the facility shall not be included in the Average Daily Population. If award is based on the Single Inmate Per Diem Price (SIPDP), payment will be based on the actual number of inmate days during the payment period.

The contractor assumes full responsibility and risk to perform required services identified in the contract regardless of unforeseen events, including Acts of God. Should an Act of God occur which results in the contractor being unable to meet contract requirements, the government reserves its rights under the contract to reduce the contract value.

Should it become necessary during performance to reduce the inmate population within any monthly payment due to deficient contract performance, the BOP shall reduce the base price and payment by a percentage corresponding to the reduced population.

## BILLING PROCEDURE

(a) The Government will make payments to the Contractor on a monthly basis, promptly after receipt of an appropriate invoice.
(b) The Contractor shall provide a remittance address below:
_____

## KEY PERSONNEL

In accordance with the clause entitled "Changes in Key Personnel" included in Section H.1, the following positions are considered key personnel:

Project Coordinator
Warden
Associate Warden(s)
Case Management Coordinator
Chief Correctional Supervisor and Shift Supervisors
Computer Services Manager
Facility Manager/Administrator
Food Service Administrator
Inmate Systems/Records Office Manager
Medical Services Administrator
Quality Control Specialist
Safety/Environmental Specialist
Administrator Religious Activities

CONFIDENTIAL

CORECIVIC_0003852

## SECTION H

### SPECIAL CONTRACT REQUIREMENTS

CHANGE IN KEY PERSONNEL

Following contract award, any change in key personnel during contract performance, is subject to the review and approval of the CO. The Contractor shall submit evidence that the qualifications of the prospective replacement personnel are equal to or greater than personnel vacating the positions. Such requests for review and approval shall be in writing.

AWARD-FEE DETERMINATION PLAN

The Award-Fee Determination Plan (AFDP) upon which the determination of award fee is based is contained in Section J.

The objective of the AFDP is to provide the guidelines for the award fee process. The contractor has an opportunity to earn an award fee commensurate with the achievement of performance above the acceptable level.

The AFDP may be revised unilaterally by the Government at any time during the period of performance of the contract; however, any such revision will be subject to contractor notification and will not become effective until the subsequent evaluation period.

AWARD-FEE

The award-fee provided for in this clause shall be in addition to the base price. Award fee evaluation periods will begin annually on April 1 and October 1.

During the base period and each succeeding option period, the contractor may earn a minimum award-fee of zero dollars to a maximum award-fee of five percent of the total payment received for the period rated (excluding reimbursable services). The balance of any unearned award-fee for the evaluation period will not be carried over to any subsequent evaluation period.

The determination as to the amount of award-fee earned will be made by the BOP Fee Determination Official (FDO), in accordance with Section J. The contractor shall be advised in writing of the determination and of the reasons why the award-fee was earned or why it was not earned in order that the contractor may improve its performance, if the latter is applicable.

POST-AWARD PERFORMANCE CONFERENCE

A post-award performance conference between the BOP and the contractor will be held prior to issuance of the Notice to Proceed. The purpose of the post-award performance conference is to: discuss and develop a mutual understanding concerning scheduling and administering the work; introduce BOP and contractor staff; and resolve as many potential problems as possible before performance.

Contractor participation in the post-award performance conference is required. The Project Coordinator, and other contractor personnel as identified by the Contracting Officer, will be required to attend the post-award performance conference.

CONFIDENTIAL

CORECIVIC_0003854

### EVALUATION TECHNIQUES FOR QUALITY ASSURANCE
### OF CONTRACTOR PERFORMANCE

**General**: In accordance with the "Consequences of Contractors Failure to Perform Required Services" clause, the Federal Bureau of Prisons (BOP) may choose to apply a program review inspection process to either assess the contractor's performance or determine the amount of payment, or both. The following is a description of the program review process.

Program Review is a system for inspecting performance, testing the adequacy of the internal quality controls and assessing risks for all program and administrative areas of contract performance.

The review guidelines will be based on the Contractor's Quality Control Program (QCP), the Statement of Work (SOW), professional guidelines referenced by the SOW, applicable BOP policy and any other appropriate measure within the contract's scope of work.

Contract requirements will be divided into various disciplines, each of which has a number of vital functions. Successful performance in a vital function is essential to successful performance of the related discipline. Each discipline comprises a specific percentage of the overall contract requirement. Deductions will be based on these percentages applied to the overall monthly invoice.

The BOP may, consistent with the scope of contract performance requirements, unilaterally change the vital functions identified with the performance requirements summary. A minimum of 30 calendar days before the beginning of each evaluation period, the Contract Officer will notify the contractor of any exchanges. If the contractor is not provided with the notification, the existing vital functions will continue in effect for the next evaluation period, unless the contract agrees to accept the proposed changes.

The BOP reserves the right to develop and implement new inspection techniques and instructions at any time during contract performance without notice to the contractor.

**Management Assessment**: Subsequent to award, the Contracting Officer (CO) will convene a meeting in which the BOP and the Contractor will cooperatively assess the contractor's QCP and the BOP's Quality Assurance Program (QAP). The assessment process is intended to facilitate the identification of strategic issues important to the quality assurance and quality control programs and a mutual understanding of these programs by BOP and contractor staff.

CONFIDENTIAL

CORECIVIC_0003866

**Program Review Steps**: Review steps will utilize the findings of the contractor's QCP, reports submitted by the contractor to the BOP, and direct observations, interviews, and analytical determinations.

Generally, program reviews will be of two types:

A) **Systematic**: These reviews will be scheduled inspections focusing on a specific discipline. Inspections may be performed by on-site BOP monitors or by other parties designated by the CO as representatives of the BOP.

B) **Ad-Hoc**: These reviews will be conducted as a result of special interests arising from routine monitoring of the contractor's QCP, an unusual occurrence pertaining to the contract or other BOP concerns. These reviews could utilize established program review steps or an entire different inspection approach.

**Program Review Findings**: At the conclusion of each review, a report will be written and an adjectival rating of contractor performance within each discipline will be assigned. The following grades will be used:

| | |
|---|---|
| Superior | The program is performing all of its functions in an exceptional manner and has excellent internal quality controls. Deficiencies are limited in number and not serious in nature. Program performance exceeds expectations and demonstrates initiative and exceptional effort. |
| Good | The program is performing all of its vital functions and there are few deficient procedures within any function. Internal quality controls are such that there are limited procedural deficiencies. Overall performance is above an acceptable level. |
| Acceptable | This is the "baseline" for the rating system. The vital functions of the discipline are being adequately performed. Although numerous deficiencies may exist, they do not detract from the acceptable accomplishment of the vital functions. Internal quality controls are such that there are no performance breakdowns that would keep the program from continuing to accomplish its mission. |
| Deficient | One or more vital functions of the program is not being performed at an acceptable level. Internal quality controls are weak, thus allowing for serious deficiencies in one or more program areas. |
| At Risk | The program is impaired to the point that it is not presently accomplishing its overall mission. Internal quality controls are not sufficient to reasonably assure that acceptable performance can be expected in the future. |

Grades below Acceptable may subject the contractor to deductions from the monthly invoice and appropriate administrative action as defined within the contract. The amount of any deduction taken, up to the maximum weight assigned within the Performance Requirements Summary, will be at the discretion of the CO.

CONFIDENTIAL

CORECIVIC_0003867

Section J – Attachment 5

# AWARD FEE DETERMINATION PLAN

## A. INTRODUCTION

Award fee evaluation periods will begin annually on April 1 and October 1.

The objective of this plan is to provide the guidelines for the award fee process. The contractor has an opportunity to earn an award fee commensurate with the achievement of performance above the acceptable level.

## B. RESPONSIBILITIES

The Fee Determination Official (FDO) determines the award fee earned and payable for each evaluation period. The contractor will receive written notification of the FDO's decision, ordinarily 60 days after the end of the evaluation period.

The Performance Evaluation Board (PEB) assesses performance information and makes recommendations to the FDO.

For payment of the award fee, the contractor shall submit a separate invoice with a copy of the FDO's determination.

## C. EVALUATION

The PEB and the FDO may consider performance information, including that which is measured against the Performance Requirements Summary Table; Contract Facility Monitoring reports; the contractor self-assessment and any other relevant information.

Listed below are the factors essential for consideration of an award fee:

- Quality of Work – Results of Quality Assurance inspections and observations by Federal Bureau of Prisons (BOP) personnel.

- Contractor Responsiveness – Timeliness, cooperation, effectiveness and appropriateness of response to both routine and unusual institution events; timely response to BOP concerns; reaction to changing service requirements.

- Management of Quality Control Program – Effectiveness of Quality Control Program; self-initiated service improvements.

CONFIDENTIAL

CORECIVIC_0003875

• The following Performance Rating Table does not convey the use of a mathematical formula to determine the amount of an award fee.

| Rating | Performance Description | Award Fee Range |
|--------|------------------------|-----------------|
| Superior | The program is performing all of its functions in an exceptional manner and has excellent internal quality controls.  Deficiencies are infrequent in number and not serious in nature.  Program performance exceeds expectations and demonstrates initiative and exceptional effort. | 50% – 100% |
| Good | The program is performing all of its vital functions and there are few deficient procedures within any function.  Internal quality controls are such that there are limited procedural deficiencies. Overall performance is above an acceptable level. | 1% – 49% |
| Acceptable | This is the "baseline" for the rating system.  The vital functions of the discipline are being adequately performed.  Although numerous deficiencies may exist, they do not detract from the acceptable accomplishment of the vital functions.  Internal quality controls are such that there are no performance breakdowns that would keep the program from continuing to accomplish its mission. | 0% |

## D. CONTRACTOR SELF-ASSESSMENT

Within five working days after the end of each evaluation period, the contractor shall provide a written self-assessment of performance, not to exceed 10 pages.  The contractor may include any pertinent information they wish to have considered during the evaluation period.  The contractor is encouraged to discuss the implementation of any innovative approach or performance above-and-beyond contract requirements.  The self-assessment shall be provided to the BOP electronically in WordPerfect format.  In addition, one hard copy, signed and dated by the contractor, shall be forwarded to the Contracting Officer.

CONFIDENTIAL
CORECIVIC_0003876

The self-assessment shall provide both program strengths and weaknesses of the contractor's performance during the evaluation period. The contractor shall identify areas of weakness which need to be addressed. Where weaknesses in performance are noted, the contractor shall describe the corrective actions taken or planned, and any plan of action to avoid their recurrence. The PEB will consider the thoroughness and candor of the self-assessment as an indicator of: (1) the degree to which the contractor seeks out problems and solutions; and (2) the contractor's understanding of issues and concerns identified by the BOP.

A PEB representative may contact the contractor for discussion or clarification.

## E. REVISIONS

Consistent with Section H of the contract, the BOP may unilaterally modify the contract to revise the Award Fee Determination Plan (AFDP). The BOP will provide written notice of the revision to the contractor at least 30 calendar days prior to the beginning of the next evaluation period. The revised AFDP will take effect at the beginning of the next evaluation period.

CONFIDENTIAL

CORECIVIC_0003877