# EXHIBIT 20

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | | PAGE OF PAGES 1 / 3 |
|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. 0040 | 3. EFFECTIVE DATE See Block 16c | 4. REQUISITION / PURCHASE REQ. NO. RCA 6-50Z-12 | 5. PROJECT NO. (If Applicable) |
| 6. ISSUED BY Federal Bureau of Prisons Contract Administration Office Adams County Correctional Center 20 Hobo Fork Road Natchez, Mississippi 39120 | CODE | 7. ADMINISTERED BY (If other than) Gary L. Clark Contracting Officer (601) 304-2577 | |

**Exhibit**
**Martz 430**
7-20-20     MK

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) Corrections Corporation of America 10 Burton Hills Boulevard Nashville, TN 37215 | | 9A. AMEN... |
|---|---|---|
| | | 9B. DATED (See Item 11) |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO. DJB1PC010 / |
| CODE: DUNS #159734151 | FACILITY CODE | 10B. DATED (See Item 13) 4/01/2009 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ] The above number solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods.

(a) By completing Items 8 and 15, and returning _____ copy of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or © By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

S 5OZ LNP10187

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OR CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, Appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF. |
| X | D. OTHER (Specify type of modification and authority) Unilateral Modification - Contract DJB1PC010 Award Fee Determination Plan |

E. IMPORTANT: Contractor [X] is not [ ] is required to sign this document and return ____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible).

Modification # 0040 to Contract DJB1PC010 obligates an Award Fee of $292,449.88, earned for the period of performance commencing April 01, 2011 through March 31, 2012 determined in accordance with the Award Fee Determination Plan.

See attached letter from Matthew Nace, Fee Determination Official.

Except as provided herein, all items and conditions of the document referenced in item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) Gary L. Clark, Contracting Officer |
|---|---|
| 15B. CONTRACTOR/OFFEROR _____ (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY _Gary L. Clark_ (Signature of Contracting Officer) | 16C. DATE SIGNED 6/04/2012 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

CONFIDENTIAL                                                                                                      CORECIVIC_0065110



U.S. Department of Justice

Federal Bureau of Prisons

Washington, DC 20534

May 31, 2012

Jeb Beasley, Sr. Director
Federal and Local Customer Relations
Corrections Corporation of America
10 Burton Hills Boulevard
Nashville, Tennessee 37215

Re: **Award Fee Determination**
**Contract DJB1PC010, Adams County Correctional Center**
**Performance Period April 1, 2011 – March 31, 2012**

Dear Mr. Beasley:

As stipulated in the Award Fee Determination Plan within contract DJB1PC010, the contractor has an opportunity to earn an award fee commensurate with the achievement of performance above the acceptable level. Furthermore, the contract states that the maximum award fee may not exceed five percent of the total payment received for the evaluated period.

I have reviewed the recommendation of the Performance Evaluation Board based upon the performance monitoring information and the self-assessment submitted by Corrections Corporation of America (CCA). After a thorough review of this information, an award fee in the amount of $292,449.88 (or 10% of the maximum award fee) is hereby authorized for the aforementioned performance period.

Adams County Correctional Center received one repeat deficiency and sixteen deficiencies during the March 2012 CFM Review. Additionally, two Notice of Concern's (NOC's) were issued for contract noncompliance. Specifically, the NOC's were issued for the lack of health management associated with an inmate death and one for the mismanagement of a controlled Bureau CIM manual. The facility has experienced a significant turnover rate within the Health Services department, which may have contributed to the eight deficiencies and one repeat deficiency. Although the turnover rate has decreased, the turnover rate for the facility still remains high.

Positive remarks pertain to the contractor's ability to communicate with the Bureau of Prisons staff appropriately. They have been responsive to oversight staff's concerns and the Bureau's request for information. CCA's reorganization of their Intelligence Department has contributed to successful contraband identification and an increase in the confidential informant pool. Adam's county staff also received positive remarks on their immediate response to the Sureno/Paisa conflict in January 2012. The quick response assisted in isolating the incident without violence or use of force.

CONFIDENTIAL

CORECIVIC_0065111

You may attach a copy of this correspondence to a separate billing requesting payment of the award fee. We appreciate the efforts of CCA staff during the performance period. Please let me know if you have questions regarding this award fee determination.

Sincerely,

for *[signature]*

Matthew D. Nace
Fee Determination Official

CONFIDENTIAL

CORECIVIC_0065112