# EXHIBIT 21

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | | PAGE OF PAGES 1 / 3 |
|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. 0054 | 3. EFFECTIVE DATE See Block 16c | 4. REQUISITION / PURCHASE REQ. NO. RCA 3-50Z-14 | PROJECT NO. (If Applicable) |

| 6. ISSUED BY | CODE | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|
| Federal Bureau of Prisons<br>Contract Administration Office<br>Adams County Correctional Center<br>20 Hobo Fork Road<br>Natchez, Mississippi 39120 | | Gary L. Clark<br>Contracting Officer<br>(601) 304-2577 | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| Corrections Corporation of America<br>10 Burton Hills Boulevard<br>Nashville, TN 37215 | | 9B. DATED (See Item 11) |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>DJB1PC010 / |
| CODE: DUNS #159734151   FACILITY CODE | | 10B. DATED (See Item 13)<br>4/01/2009 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ] The above number solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods.

(a) By completing Items 8 and 15, and returning _____ copy of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or © By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA** (If required)

S 5OZ MNP10187 & S 5OZ NNP10187

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OR CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, Appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF |
| X | D. OTHER (Specify type of modification and authority)<br>Unilateral Modification - Contract DJB1PC010 Award Fee Determination Plan, Attachment J-5 |

E. IMPORTANT: Contractor [X] is not [ ] is required to sign this document and return _____ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible).

Modification # 0054 to Contract DJB1PC010 obligates an Award Fee of $156,063.60, earned for the period of performance commencing April 01, 2013 through March 31, 2014 determined in accordance with the Award Fee Determination Plan.

See attached letter from Cathy Scott, Fee Determination Official (2 pages).

Except as provided herein, all items and conditions of the document referenced in item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>Gary L. Clark, Contracting Officer | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br>_____<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY _Gary L. Clark_<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>6/24/2014 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

CONFIDENTIAL                                                                                                          CORECIVIC_0096381



**U.S. Department of Justice**

Federal Bureau of Prisons

*Washington, D.C. 20534*

June 2, 2014

Jeb Beasley, Sr. Director
Managing Director
Corrections Corporation of America
10 Burton Hills Boulevard
Nashville, Tennessee 37215

Re: <u>Award Fee Determination</u>
    **Contract DJB1PC010, Adams County Correctional Center**
    **Performance Period April 1, 2013 – March 31, 2014**

Dear Mr. Beasley:

As stipulated in the Award Fee Determination Plan within contract DJB1PC010, the contractor has an opportunity to earn an award fee commensurate with the achievement of performance above the acceptable level. Furthermore, the contract states that the maximum award fee may not exceed five percent of the total payment received for the evaluated period.

I have reviewed the recommendation of the Performance Evaluation Board based upon the performance monitoring information and the self-assessment submitted by Corrections Corporation of America (CCA). After a thorough review of this information, an award fee of $156,063.60 (or 8% of the maximum award fee) has been authorized for the aforementioned performance period.

Adams County Correctional Center received three repeat deficiencies and sixteen deficiencies during the February 2014 CFM Review. Additionally, six Notice of Concerns (NOC) were issued. The NOCs pertained to failure to follow DNA collection procedures; failure to properly maintain inmate accountability; and failure to maintain required staffing levels in Health Services and Correctional Services. Specifically, the contractor did not meet the required staffing levels in Correctional Services for 6 of the past 12 months and 5 of the past 12 months in Health Services.

Correctional Services continues to struggle with high staff turnover rates. Security concerns, most notably in SHU, resulted from supervisors and correctional officers failing to properly read and understand policies and post orders. Low staffing levels in Health Services has contributed to the numerous and repetitive findings identified during the most recent CFM review.

Positive remarks pertain to the contractor's noteworthy improvement in the intelligence department with increased intelligence analysis leading to the recovery of numerous cell phones and other contraband.

CONFIDENTIAL

CORECIVIC_0096382

Contractor responsiveness has been positive with implementing two contract modifications and operational changes in response to five technical direction letters. Communication and responsiveness between on-site staff and the contractor continues to be consistent during this period. The contractor continues to be responsive to the needs of the inmate population, and have continued with regular staff/inmate committee meetings, which have significantly decreased inmate concerns.

You may attach a copy of this correspondence to a separate billing requesting payment of the award fee. We appreciate the efforts of CCA staff during the performance period. Please let me know if you have questions regarding this award fee determination.

Sincerely,

Cathy S. Scott
Fee Determination Official

CONFIDENTIAL

CORECIVIC_0096383