# EXHIBIT 22

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | |
|---|---|
| 1. CONTRACT ID CODE | DJB1PC010 |
| 2. AMENDMENT/MODIFICATION NO. | 0081 |
| 3. EFFECTIVE DATE | See Block 16c |
| 4. REQUISITION/PURCHASE REQ. NO. | 06-50Z-16 |
| 5. PROJECT NO. (If applicable) | |
| 6. ISSUED BY CODE | BCO |

Federal Bureau of Prisons
Privatized Corrections Contracting
320 First Street, NW (5005)
WASHINGTON, DC 20534

7. ADMINISTERED BY (If other than Item 6) CODE

8. NAME AND ADDRESS OF CONTRACTOR (No., street, country, state and ZIP Code)

Doing Business As: CORRECTIONS CORPORATION OF AMERICA
10 BURTON HILLS BLVD
NASHVILLE, TN 37215-6105
DUNS: 159734151

CODE 621763875     FACILITY CODE 159734151

(X) 9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO.
DJB1PC010
10B. DATED (SEE ITEM 13)
04/01/2009

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

SA-2016-02-FP090009S6-25CN

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority) Unilateral Modification - Contract DJB1PC010 Award Fee Determination Plan, Attachment J-5 |

E. IMPORTANT: Contractor [X] is not, [ ] is required to sign this document and return copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Modification # 0081 to Contract DJB1PC010 obligates an Award Fee of $277,723.25, earned for the period of performance commencing April 01, 2015 through March 31, 2016 determined in accordance with the Award Fee Determination Plan. See attached letter from Cathy Scott, Fee Determination Official (2 pages).

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) Gary Clark |
|---|---|
| 15B. CONTRACTOR/OFFEROR _____ (Signature of person authorized to sign) | 15C. DATE SIGNED |
| | 16B. UNITED STATES OF AMERICA By /s/ Gary Clark (Signature of Contracting Officer) | 16C. DATE SIGNED 06/10/2016 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

CONFIDENTIAL                                                           CORECIVIC_1337569



**U.S. Department of Justice**

Federal Bureau of Prisons

Washington, D.C. 20534

June 2, 2016

Jeb Beasley, Sr. Director
Managing Director
Corrections Corporation of America
10 Burton Hills Boulevard
Nashville, Tennessee 37215

Re: **Award Fee Determination**
    **Contract DJB1PC010, Adams County Correctional Center**
    **Performance Period April 1, 2015 - March 31, 2016**

Dear Mr. Beasley:

As stipulated in the Award Fee Determination Plan within contract DJB1PC010, the contractor has an opportunity to earn an award fee commensurate with the achievement of performance above the acceptable level. Furthermore, the contract states that the maximum award fee may not exceed five percent of the total payment received for the evaluated period.

I have reviewed the recommendation of the Performance Evaluation Board based upon the performance monitoring information and the self-assessment submitted by Corrections Corporation of America (CCA). After a thorough review of this information, an award fee of $277,723.25 (or 10% of the maximum award fee) has been authorized for the aforementioned performance period.

Adams County Correctional Center received seventeen (17) deficiencies during the January 2016 CFM Review. Additionally, six (6) Notice of Concerns (NOCs) were issued. The NOCs pertained to failure to hold an inmate accountable with an incident report; failure to exercise UDC and DHO sanctions; failure to count living, breathing flesh; failure to perform UA and BA testing in accordance with policy; failing to provide the COR with an accurate emergency response inventory, and breach of security/lack of key control.

Correctional Services continues to struggle with high staff turnover rates. Security concerns, resulted from supervisors

CONFIDENTIAL

CORECIVIC_1337570

and correctional officers failing to properly read and understand policies and post orders.

Positive remarks pertain to the contractor's ability to facilitate and managed the mass release of more than 200 inmates within a two day period due to DGA sentence reductions timely.

Contractor responsiveness has been positive with implementing fourteen (14) contract modifications and operational changes in response to fourteen (14) technical direction letters. Communication and responsiveness between on-site staff and the contractor has improved greatly since the arrival of the new Warden during this performance period. The contractor continues to be responsive to the needs of the inmate population, and has continued with regular staff/inmate committee meetings, which have significantly decreased inmate concerns.

You may attach a copy of this correspondence to a separate billing requesting payment of the award fee. We appreciate the efforts of CCA staff during the performance period. Please let me know if you have questions regarding this award fee determination.

Sincerely,

**CATHERINE SCOTT**

Digitally signed by CATHERINE SCOTT
DN: c=US, o=U.S. Government, ou=Dept of Justice, ou=BOP, cn=CATHERINE SCOTT, 0.9.2342.19200300.100.1.1=15001000488806
Date: 2016.06.02 14:52:58 -04'00'

Catherine S. Scott
Fee Determination Official

CONFIDENTIAL                                                         CORECIVIC_1337571