# EXHIBIT 23



U.S. Department of Justice

Federal Bureau of Prisons

---

Washington, D.C. 20534

September 13, 2012

Jeb Beasley, Sr. Director
Federal and Local Customer Relations
Corrections Corporation of America
10 Burton Hills Boulevard
Nashville, Tennessee 37215

Re: **Award Fee Determination**
**Contract DJB1PC-011, Cibola County Correctional Center**
**Performance Period October 1, 2011 - June 30, 2012**

Dear Mr. Beasley,

As stipulated in the Award Fee Determination Plan within contract DJB1PC-011, the contractor has an opportunity to earn an award fee commensurate with the achievement of performance above the acceptable level. Furthermore, the contract states that the maximum award fee may not exceed five percent of the total payment received for the evaluated period.

I have reviewed the recommendation of the Performance Evaluation Board based upon the performance monitoring information and the self-assessment submitted by Corrections Corporation of America (CCA). After a thorough review of this information, CCA received an overall rating of good. Therefore an award fee in the amount of $157,525.10 (or 15% of the maximum award fee) is hereby authorized for the aforementioned performance period.

Throughout the rating period, the Cibola County Correctional Center was able to perform all the vital functions outlined in the Performance Requirements Summary Table. During the Contract Facility Monitoring (CFM) that was conducted in April a total of fourteen (14) deficiencies and two (2) repeat deficiencies were identified. Although Cibola has an extensive Quality Control audit tool, it didn't appear to be effective during the Health Services CFM which received ten (10) deficiencies and two (2) repeat deficiencies. During the rating period Cibola only received one (1) Notice of Concern for lack of key control.

Positive remarks on the performance in Cibola include the random monitoring of inmate telephone calls (16.2%), 1,700 urinalysis and 800 alcohol tests. A major strength of the contract is the educational/vocational programs, specifically the Hispanic education program that recently received national attention. Communication and responsiveness between the on-site staff and the contractor have remained consistently high during this performance period.

CONFIDENTIAL

CORECIVIC_1084667

You may attach a copy of this correspondence to a separate billing requesting payment of the award fee. We appreciate the efforts of CCA staff during the performance period. Please let me know if you have questions regarding this award fee determination.

Sincerely,

Matthew D. Nace
Fee Determination Official

CONFIDENTIAL                                                                                                                  CORECIVIC_1084668