# EXHIBIT 24



U.S. Department of Justice

Federal Bureau of Prisons

Washington, D.C. 20534

November 26, 2012

Jeb Beasley, Sr. Director
Federal and Local Customer Relations
Corrections Corporation of America
10 Burton Hills Boulevard
Nashville, Tennessee 37215

Re: **Award Fee Determination**
**Contract DJB1PC-005, Eden Detention Center**
**Performance Period October 1, 2011 - September 30, 2012**

Dear Mr. Beasley,

As stipulated in the Award Fee Determination Plan within contract DJB1PC-005, the contractor has an opportunity to earn an award fee commensurate with the achievement of performance above the acceptable level. Furthermore, the contract states that the maximum award fee may not exceed five percent of the total payment received for the evaluated period.

I have reviewed the recommendation of the Performance Evaluation Board based upon the performance monitoring information and the self-assessment submitted by Corrections Corporation of America (CCA). After a thorough review of this information, CCA received an overall rating of good. Therefore an award fee in the amount of $324,801.88 (or 20% of the maximum award fee) is hereby authorized for the aforementioned performance period.

Throughout the rating period, Eden Detention Center was able to perform all vital functions outlined in the Performance Requirements Summary Table. During the Contract Facility Monitoring (CFM) that was conducted in September, the BOP identified one (1) repeat deficiency and a total of twelve (12) deficiencies.

Four (4) Notices of Concern were issued during the rating period for the contractor's failure to initiate incident reports following incidents of violence, failure to complete OIA investigations in the prescribed amount of time, failure to identify and correct weaknesses in use of force and failure to maintain contractually obligated staffing levels in the Health Services Department. SIS operations was also noted as a weakness.

Positive remarks on the performance at Eden include their ability to partnership. CCA maintains open communication and is responsive to on-site staff, which contributes to enhancing the relationship. Other noteworthy performances remarks include: the contractor's assistance in

CONFIDENTIAL

CORECIVIC_0990221

transferring inmates to other facilities in order to accept more short term inmates, exceeding small business sub-contracting goals, work performed on the Inmate Financial Responsibility Program, an effective quality control program, and good performance within the food service department. Education/vocational programs continue to be a strength.

You may attach a copy of this correspondence to a separate billing requesting payment of the award fee. We appreciate the efforts of CCA staff during the performance period. Please let me know if you have questions regarding this award fee determination.

Sincerely,

Matthew D. Nace
Fee Determination Official

CONFIDENTIAL

CORECIVIC_0990222