# EXHIBIT 25



U.S. Department of Justice

Federal Bureau of Prisons

Washington, DC 20534
November 26, 2013

Jeb Beasley, Managing Director
Federal and Local Customer Relations
Corrections Corporation of America
10 Burton Hills Boulevard
Nashville, Tennessee 37215

Re: **Award Fee Determination**
  Contract DJB1PC-005, Eden Correctional Facility
  Performance Period October 1, 2012 - September 30, 2013

Dear Mr. Beasley,

As stipulated in the Award Fee Determination Plan within contract DJB1PC-005, the contractor has an opportunity to earn an award fee commensurate with the achievement of performance above the acceptable level. Furthermore, the contract states that the maximum award fee may not exceed five percent of the total payment received for the evaluated period.

I have reviewed the recommendation of the Performance Evaluation Board based upon the performance monitoring information and the self-assessment submitted by Corrections Corporation of America (CCA). After a thorough review of this information, CCA received an overall rating of superior. Therefore an award fee in the amount of $1,401,516.79 (or 85% of the maximum award fee) is hereby authorized for the aforementioned performance period.

Throughout the rating period, Eden Detention Center was able to perform all vital functions outlined in the Performance Requirements Summary Table. During the Contract Facility Monitoring (CFM) that was conducted in August, the BOP identified four (4) deficiencies in Health Services with no repeat deficiencies.

Most notably, only two (2) Notices of Concern were issued during the rating period for the contractor's failure to follow established SHU procedures and maintain contractually obligated staffing levels in Correctional Services.

CCA maintains open communication, provided a sound self-assessment that included the strengths as well as the weaknesses, the Quality Control Program and contractor self-reporting has proven to be effective, and the CCA on-site staff are responsive to the BOP on-site staff, which contributes to enhancing the relationship. Other noteworthy performances remarks include: the contractor exceeding their small business goals, improvement within their

CONFIDENTIAL                                                                 CORECIVIC_0025298

intelligence operations and an increase in inmate job assignments from the previous year.

You may attach a copy of this correspondence to a separate billing requesting payment of the award fee. We appreciate the efforts of CCA staff during the performance period. Please let me know if you have questions regarding this award fee determination.

Sincerely,

Matthew D. Nace
Fee Determination Official

CONFIDENTIAL

CORECIVIC_0025299