# EXHIBIT 26



U.S. Department of Justice

Federal Bureau of Prisons

Washington, DC 20534

Jeb Beasley, Sr. Director
Federal and Local Customer Relations
Corrections Corporation of America
10 Burton Hills Boulevard
Nashville, Tennessee 37215

Re: **Award Fee Determination**
**Contract J1PCc-008, McRae Correctional Facility**
**Performance Period January 1, 2011 - December 31, 2011**

Dear Mr. Beasley,

As stipulated in the Award Fee Determination Plan within contract J1PCc-008, the contractor has an opportunity to earn an award fee commensurate with the achievement of performance above the acceptable level. Furthermore, the contract states that the maximum award fee may not exceed five percent of the total payment received for the evaluated period.

I have reviewed the recommendation of the Performance Evaluation Board based upon the performance monitoring information and the self-assessment submitted by Corrections Corporation of America (CCA). After a thorough review of this information, CCA received an overall rating of very good. Therefore an award fee in the amount of $1,296,311.44 (or 59% of the maximum award fee) is hereby authorized for the aforementioned performance period.

Throughout the rating period, the McRae Correctional Facility was able to perform all the vital functions outlined in the Performance Requirements Summary Table. During the Contract Facility Monitoring (CFM) that was conducted in November a total of four (4) deficiencies were identified. Additionally, seven (7) Notice of Concern was issued during the rating period.

Positive remarks on the performance at McRae include the consistency between the self-assessments, oversight staff observations, and CFM results. The contractor was also noted for their handling of DNA collection requirements and an effective drug and alcohol monitoring program. It was also noted that CCA's responsiveness to on-site staff, the BOP central office staff, and to inmate concerns has been excellent. There were no concerns noted in Computer Services, Food Service, Human Resources, Safety and Environmental Health and Facilities, Education, and Inmate Services during this evaluation period.

You may attach a copy of this correspondence to a separate billing requesting payment of

CONFIDENTIAL                                                      CORECIVIC_1086611

the award fee. We appreciate the efforts of CCA staff during the performance period. Please let me know if you have questions regarding this award fee determination.

Sincerely,

Matthew D. Nace
Fee Determination Official

CONFIDENTIAL                                                                                                          CORECIVIC_1086612