# EXHIBIT 27



U.S. Department of Justice

Federal Bureau of Prisons

Washington, DC 20534
March 20, 2013

Jeb Beasley, Sr. Director
Federal and Local Customer Relations
Corrections Corporation of America
10 Burton Hills Boulevard
Nashville, Tennessee 37215

Re: **Award Fee Determination**
    **Contract J1PC-008, McRae Correctional Facility**
    **Performance Period January 1, 2012 - November 30, 2012**

Dear Mr. Beasley,

As stipulated in the Award Fee Determination Plan within contract J1PC-008, the contractor has an opportunity to earn an award fee commensurate with the achievement of performance above the acceptable level. Furthermore, the contract states that the maximum award fee may not exceed five percent of the total payment received for the evaluated period.

I have reviewed the recommendation of the Performance Evaluation Board based upon the performance monitoring information and the self-assessment submitted by Corrections Corporation of America (CCA). After a thorough review of this information, CCA received an overall rating of Very Good. Therefore an award fee in the amount of $728,228.67 (or 35% of the maximum award fee) is hereby authorized for the aforementioned performance period.

Throughout the rating period, McRae Correctional Facility was able to perform all vital functions outlined in the Performance Requirements Summary Table. During the Contract Facility Monitoring (CFM) that was conducted in November, the BOP identified one (1) repeat deficiency and a total of nine (9) deficiencies.

Two (2) Notices of Concern were issued during the rating period for the contractor's Information Security systems protocols; however no deductions were accessed.

Positive remarks on the performance at McRae include their self-identifying and reporting of non-compliant issues. CCA's unit management submitted 77 requests for transfers without error and processed 184 incident reports through the Disciplinary Hearing Officer. CCA's other noteworthy performance remarks include: no complaints from the inmate population regarding the quality of food; the institution expansion and construction; and no necessary lock downs in over three years, to include minimal disruptions to the inmate

CONFIDENTIAL                                CORECIVIC_0990234

population and no security breaches or breakdowns.

You may attach a copy of this correspondence to a separate billing requesting payment of the award fee. We appreciate the efforts of CCA staff during the performance period. Please let me know if you have questions regarding this award fee determination.

Sincerely,

Matthew D. Nace
Fee Determination Official

CONFIDENTIAL

CORECIVIC_0990235