# EXHIBIT 29

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|
| | 1 / 1 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION / PURCHASE REQ. NO. | PROJECT NO. (If Applicable) |
|---|---|---|---|
| 103 | See Block 16C. | 2-59W-15 | 59W |

**6. ISSUED BY**  CODE
Federal Bureau of Prisons
Contract Administration Office
Northeast Ohio Correctional Center
2240 Hubbard Rd.
Youngstown, OH 44505

**7. ADMINISTERED BY (If other than Item 6)**  CODE
Stephen A. Deffenbaugh
Contracting Officer
(330) 884-7396

**8. NAME AND ADDRESS OF CONTRACTOR** (No., street, county, State and ZIP Code)
Corrections Corporation of America
10 Burton Hills Boulevard
Nashville, TN 37215

CODE: DUNS #066415720    FACILITY CODE

**9A. AMENDMENT OF SOLICITATION NO.**
**9B. DATED** (See Item 11)

**10A. MODIFICATION OF CONTRACT/ORDER NO.**
[X] DJB1PC002 /
**10B. DATED** (See Item 13)
12/23/2004

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above number solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods.

(a) By completing Items 8 and 15, and returning _____ copy of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or 8 By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA** (If required)

S-59W-NNP10118 $ 481,433.32 FY14
S-59W-PNP10118 $1,283,822.24 FY15

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OR CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

[X] D. OTHER (Specify type of modification and authority)
Contract DJB1PC-002 Award Fee Determination Plan

E. IMPORTANT: Contractor [X] is not [ ] is required to sign this document and return _____ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible).

Modification #103 to Contract DJB1PC-002 obligates an Award Fee of **$1,765,255.56** for the period of performance of July 1, 2014 through May 31, 2015, determined in accordance with the Award Fee Determination Plan.

See attached letter from Catherine Scott, Fee Determination Official.

Except as provided herein, all items and conditions of the document referenced in item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

**15A. NAME AND TITLE OF SIGNER** (Type or print)

**15B. CONTRACTOR/OFFEROR**
(Signature of person authorized to sign)

**15C. DATE SIGNED**

**16A. NAME AND TITLE OF CONTRACTING OFFICER** (Type or print)
Ryan Wynne
Senior Contracting Officer

**16B. UNITED STATES OF AMERICA**
For
BY ROBERT BLAND
(Signature of Contracting Officer)

**16C. DATE SIGNED**
Digitally signed by ROBERT BLAND
DN: c=US, o=U.S. Government, ou=Dept. of Justice, ou=BOP, cn=ROBERT BLAND, 0.9.2342.19200300.100.1.1=15001000488202
Date: 2015.09.03 12:18:07 -04'00'

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE
53.243

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR)

Case 3:16-cv-02267   Document 360-34   Filed 11/20/20   Page 2 of 4 PageID #: 14216

CONFIDENTIAL                                                            CORECIVIC_0184605

U.S. Department of Justice

Federal Bureau of Prisons

Washington, DC 20534

August 4, 2015

Jeb Beasley, Managing Director
Corrections Corporation of America
10 Burton Hills Boulevard
Nashville, Tennessee 37215

    Re: **Award Fee Determination**
         **Contract DJB1PC-002, Northeast Ohio Correctional Center**
         **Performance Period July 01, 2014 – June 30, 2015**

Dear Mr. Beasley:

    As stipulated in the Award Fee Determination Plan within contract DJB1PC-002, the contractor has an opportunity to earn an award fee commensurate with the achievement of performance above the acceptable level. The maximum award fee may not exceed five (5) percent of the total payment received for the evaluated period.

    I have reviewed the recommendation of the Performance Evaluation Board based upon the performance monitoring information and the self-assessment submitted by Corrections Corporation of America (CCA). After a thorough review of this information, CCA received an overall rating of excellent. Therefore, an award fee in the amount of **$1,765,255.56 (or 90% of the maximum award fee)** is hereby authorized for the aforementioned performance period.

    Since this contract expired in May 2015, the CFM scheduled for May 2015, was cancelled. The contractor demonstrated exemplary performance this performance period as evidenced by no Notices of Concerns being issued.

    The contractor had an exceptional Quality Control Program consisting of a corporate review team and standardized QCP instrument. Based on the improvements noted by Bureau staff, the contractor was performing its functions in an outstanding manner, resulting in no NOC's being issued.

    The administration continues to improve their responsiveness to the Bureau's concerns by continuing to attend the daily meetings with oversight staff. Communication is effective at the morning meetings. The contractor implemented 11 Technical Directions from the BOP without incident.

CONFIDENTIAL

CORECIVIC_0184606

The Contractor was very responsive in preparing and completing a smooth deactivation plan of NEO.

You may attach a copy of this correspondence to a separate billing requesting payment of the award fee. We appreciate the efforts of CCA staff during the performance period. Please let me know if you have questions regarding this award fee determination.

Sincerely,

Catherine S. Scott

Catherine S. Scott
Fee Determination Official

CONFIDENTIAL

CORECIVIC_0184607