# EXHIBIT 33

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | |
|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO.<br>0061 | 3. EFFECTIVE DATE<br>08/01/2015 | 4. REQUISITION/PURCHASE REQ. NO.<br>02-50Z-15 | 5. PROJECT NO. (If applicable)<br>50Z |
| 6. ISSUED BY   CODE   BCO<br><br>Federal Bureau of Prisons<br>Central Office<br>320 FIRST STREET NW<br>WASHINGTON, DC 20534 | | 7. ADMINISTERED BY (If other than Item 6)   CODE | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, country, state and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| CORRECTIONS CORPORATION OF AMERICA<br>10 BURTON HILLS BLVD<br>NASHVILLE, TN 37215-6105<br>DUNS: 159734151 | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>DJB1PC010 |
| | | 10B. DATED (SEE ITEM 13)<br>04/01/2009 |
| CODE: 621763875    FACILITY CODE: 159734151 | | |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
SA-2015-02-FP090009S6-25CN

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.**
**IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority)<br>FAR 52.217-9, Option to Extend the Term of the Contract |
| E. IMPORTANT: Contractor [X] is not, [ ] is required to sign this document and return copies to the issuing office. | |

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
Contract #DJB1PC010 is hereby modified as indicated on page 2.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>Gary Clark | |
|---|---|---|
| 15B. CONTRACTOR/OFFEROR   15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>By  GARY CLARK (Digitally signed by GARY CLARK) | 16C. DATE SIGNED<br>07/17/2015 |
| (Signature of person authorized to sign) | (Signature of Contracting Officer) | |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

Case 3:16-cv-02267    Document 360-38    Filed 11/20/20    Page 2 of 3 PageID #: 14226

CONFIDENTIAL                                                         CORECIVIC_0000473

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT – Continuation of Block 14 | | 1. CONTRACT ID CODE | PAGE 2 OF 2 |
|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. DJB1PC010/0061 | 3. EFFECTIVE DATE See Block 16c | 4. REQUISITION/PURCHASE REQ.NO. 02-50Z-15 | 5. PROJECT NO. (*If applicable*) 50Z |

14. DESCRIPTION OF AMENDMENT/MODIFICATION (*Organized by UCF section headings, including solicitation/contract subject matter where feasible*).

==1. In accordance with Federal Acquisition Regulation (FAR) 52.217-9, Option to Extend the Term of the Contract (Mar 2000), this modification exercises Option Period Two (2), for the performance period of August 01, 2015 through July 31, 2017.==

Option Period 2 - Year 1 Operating Price:     $52,812,594.31
Mod #55 $52,806,637.44 + Mod#46 $5,956.87 = $52,812,594.31
Fixed Incremental Unit Price:     $ 11.98
The Fixed Incremental Unit Price (FIUP) of 11.98 will apply when the average daily population exceeds 2,009 inmates, to a maximum population of 2,567 inmates, during a monthly payment period.

Maximum Possible FIUP for Option Period 2-Year 1:     $ 2,446,651.44
(558 x 366 days = 204,228.00 x $11.98 = $2,446,651.44)

Maximum Possible Award Fee for Option Period 2-Year 1:     $ 2,762,962.29
(Award Fee: Up to a maximum five (5) percent of the total payment
Received for the Period Rated.)
(AOP ($52,812,594.31) + FIUP ($2,446,651.44) x 5% = $2,762,962.29)

Maximum Possible Amount Option Period 2-Year 1:     $58,022,208.04
(AOP ($52,812,594.31) + FIUP ($2,446,651.44) + $2,762,962.29 = $58,022,208.04)

Option Period 2-Year 2 Operating Price:     $53,850,103.51
Mod#55 $53,844,146.64 + Mod#46 $5,956.87 = $53,850,103.51
Fixed Incremental Unit Price:     $ 12.25
The Fixed Incremental Unit Price (FIUP) of 12.25 will apply when the average daily population exceeds 2,009 Inmates to a maximum population of 2,567 inmates, during a monthly payment period.

Maximum Possible FIUP for Option Period 2-Year 2:     $ 2,494,957.50
(558 x 365 days = 203,670.00 x $12.25 = $2,494,957.50)

Maximum Possible Award Fee for Option Period 2-Year 2:     $2,817,253.05
(Award Fee: Up to a maximum five (5) percent of the total payment
Received for the Period Rated.)
(AOP ($53,850,103.51) + FIUP ($2,494,957.50) x 5% = $2,817,253.05)

Maximum Possible Amount Option Period 2-Year 2:     $59,162,314.06
(AOP ($53,850,103.51) + FIUP ($2,494,957.50) + $2,817,253.05 = $59,162,314.06)

**Budget purposes only**
NOTE: All future funding is subject to the approval of fiscal year appropriation for FY16 and FY17.

CONFIDENTIAL     CORECIVIC_0000474