# EXHIBIT 34

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE | OF PAGES |
|---|---|---|
| | 1 | 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| 0050 | 10/01/2014 | RCA 02-32R-14 | 32R |

| 6. ISSUED BY | CODE | | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|---|
| Federal Bureau of Prisons<br>Contract Administration Office<br>Cibola County Correctional Center<br>2000 Cibola Loop<br>Milan, NM 87021 | | | Jerry V. Bishop Jr.<br>Contracting Officer<br>(505) 285-4982 | |

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

Corrections Corporation of America
10 Burton Hills Boulevard
Nashville, TN 37215

(X) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

[X] 10A. MODIFICATION OF CONTRACT/ORDER NO.
DJB1PC011
10B. DATED (SEE ITEM 13)
01/12/2010

CODE 621750964      FACILITY CODE 159734151

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
2015-02-FP090009S6-25CN-S-32R-PNP10078/RNP10078

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| [ ] | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| [ ] | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| [ ] | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| [X] | D. OTHER (Specify type of modification and authority)<br>FAR 52.217-9 Option to Extend the Term of the Contract |

E. IMPORTANT: Contractor [X] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Contract DJB1PC011 is hereby unilaterally modified as reflected on continuation page number two (2).

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| | | Michael Bodine, Acting Chief PCC | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>MICHAEL BODINE | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | 10/01/2014 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

CONFIDENTIAL                                                                                           CORECIVIC_0001082

Contract #DJB1PC011
Modification #050
Page 2 of 2
Continuation

1. In accordance with Federal Acquisition Regulations (FAR) 52.217-9, Option to Extend the Term of the Contract (Mar 2000), this modification exercises Option Period One (1) for the performance period dated October 1, 2014 through September 30, 2016.

<u>FY 2015</u>

Option Period 1 (Year 1) AOP ............................................................. $28,533,234.13
Option Period 1 (Year 1) MOP ............................................................. $2,377,769.51
Option Period 1 (Year 1) FIUP ............................................................. $21.21
Maximum FUIP Possible (262 inmates x 21.21 (FIUP) x 365 Days): $2,028,312.30
Maximum Award Fee Possible (AOP + FIUP x 5%): $1,528,077.32
Total Maximum Value for Option Period 1 (Year 1) (AOP + FIUP +Award Fee):
$32,089,623.75

<u>FY 2016</u>

Option Period 1 (Year 2) AOP ............................................................. $29,237,910.13
Option Period 1 (Year 2) MOP ............................................................. $2,436,492.51
Option Period 1 (Year 2) FIUP ............................................................. $21.74
Maximum FUIP Possible (262 inmates x 21.74 (FIUP) x 366 Days): $2,084,692.08
Maximum Award Fee Possible (AOP + FIUP x 5%): $1,566,130.11
Total Maximum Value for Option Period 1 (Year 1) (AOP + FIUP +Award Fee):
$32,888,732.32

Total Maximum Value for Option Period 1 is $64,884,148.64
Total amount for this modification is $61,884,148.64
FY15: $30,561,546.43
FY16: $31,322,602.21
***Budget Purposes Only***

The funding is subject to the approval of a fiscal year appropriation for FY15 and FY16.

CONFIDENTIAL                                                                                           CORECIVIC_0001083