# EXHIBIT 35



U.S. Department of Justice

Federal Bureau of Prisons

Washington, D.C. 20534

July 29, 2016

Corrections Corporation of America
ATTN: Natasha K. Metcalf, Vice President
Partnership Development
10 Burton Hills Boulevard
Nashville, TN 37215

RE: Option Period Two (October 1, 2016 thru September 30, 2018)
    Cibola County Correctional Center (CCCC),
    Contract DJB1PC-011

Dear Ms. Metcalf:

The purpose of this letter is to notify Corrections Corporation of America (CCA) that the Bureau of Prisons (BOP) will not be exercising option period two of contract DJB1PC-011.

It has been determined the above stated option period would not be the most advantageous offer for these services. This action is a result of market research, which included cost and other factors. The BOP anticipates all inmates to be transferred from the Cibola County Correctional Center by October 1, 2016.

If you have any questions or concerns please contact me at (505)285-4982.

Sincerely,

**JERRY BISHOP**
Digitally signed by JERRY BISHOP
DN: c=US, o=U.S. Government, ou=Dept of Justice, ou=BOP, cn=JERRY BISHOP,
0.9.2342.19200300.100.1.1=15001003024574
Date: 2016.07.27 11:47:57 -06'00'

Jerry Bishop, Contracting Officer
Privatized Corrections Contracting

cc: Linda Townsel, Chief PCC
    Pam Jones, PMB, Administrator
    Linda Thomas, PMB, PFA Sector 1
    Ryan Wynne, Senior Contracting Officer PCC
    Russell Hendrix, PMB, CCCC, SOM

CONFIDENTIAL

CORECIVIC_0031085