# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> CORRECTIONS CORPORATION OF AMERICA, et al., <br><br> Defendants. | Civil Action No. 3:16-cv-02267 <br><br> Honorable Aleta A. Trauger <br><br> Magistrate Judge Jeffrey S. Frensley <br><br> DEMAND FOR JURY TRIAL |

## INDEX: I OF IV

## ADDITIONAL ATTACHMENTS TO DECLARATION OF MERYN C. N. GRANT IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Exhibit 36   Amendment of Solicitation/Modification of Contract, dated April 26, 2011

Exhibit 37   Amendment of Solicitation/Modification of Contract, dated April 30, 2013

Exhibit 38   Amendment of Solicitation/Modification of Contract, dated May 1, 2015

Exhibit 39   Amendment of Solicitation/Modification of Contract McRae

Exhibit 40   McRae Contract Amendment/ MOD No. 61

Exhibit 41   Amendment of Solicitation/Modification of Contract, Northeast Ohio Correctional Center, dated June 1, 2009

Exhibit 42   Amendment of Solicitation/Modification of Contract, Northeast Ohio Correctional Center, dated May 31, 2011

Exhibit 43   Amendment of Solicitation/Modification of Contract, Northeast Ohio Correctional Center, dated May 29, 2013

Exhibit 44   Excerpts from the Oct. 24, 2019 Deposition Transcript of K. Hall

| | |
|---|---|
| Exhibit 45 | Excerpts from the Jan. 1, 2019 Deposition Transcript of P. Swindle |
| Exhibit 46 | Spreadsheet entitled "FSC QA Weekly Audit Summary Report," dated May 23-27 2016 |
| Exhibit 47 | Office of the Inspector General Audit of the United States Marshals Service Contract No. DJJODT7C0002 with CoreCivic, Inc., to Operate the Leavenworth Detention Center, Leavenworth, Kansas, April 2017, pp. 1-31 |
| Exhibit 47 | Office of the Inspector General Audit of the United States Marshals Service Contract No. DJJODT7C0002 with CoreCivic, Inc., to Operate the Leavenworth Detention Center, Leavenworth, Kansas, April 2017, pp. 32-66 |
| Exhibit 47 | Office of the Inspector General Audit of the United States Marshals Service Contract No. DJJODT7C0002 with CoreCivic, Inc., to Operate the Leavenworth Detention Center, Leavenworth, Kansas, April 2017, pp. 67-121 |
| Exhibit 48 | Excerpts from the Jan. 15, 2019 Deposition Transcript of M. Nalley |
| Exhibit 49 | Contractor Performance Assessment Report (CPAR), Adams County Correctional Center, dated Nov. 8, 2012 |
| Exhibit 50 | Email from D. Mellendick to C. Scott, C. Santana, J. Gustin, L. Thomas, M. Baldwin, M. Bodine, M. Nace and R. Bland re BOP/CCA Partnering Responses QCP |
| Exhibit 51 | Quality Assurance and the QCP in CCA's Partnership with the BOP |
| Exhibit 52 | Cibola County Correctional Center, spreadsheet of Audit Results for 2014 and 2015 |
| Exhibit 53 | Eden Detention Center, CCA Quality Assurance Operational Audit, March 23, 2015 |
| Exhibit 54 | Northeast Ohio Correctional Center, CCA Quality Assurance Operational Audit, March 9, 2015 |
| Exhibit 56 | Excerpts from the Feb. 11, 2020 Deposition Transcript of E. Beach |
| Exhibit 57 | Excerpts from the July 21, 2020 Deposition Transcript of P. Kelly |
| Exhibit 58 | Excerpts from the Oct. 27, 2020 Deposition Transcript of D. Mellendick |
| Exhibit 59 | 2014 Accreditation Report_ Adams County Correctional Center (CCA).pdf |

| | |
|---|---|
| Exhibit 60 | 2016 Accreditation Report_ Adams County Correctional Center (CCA), pp. 063-093 |
| Exhibit 60 | 2016 Accreditation Report_ Adams County Correctional Center (CCA), pp. 094-128 |
| Exhibit 61 | Aug. 2016: OIG Review of the Federal Bureau of Prisons' Monitoring of Contract Prisons, pp. 1-33 |
| Exhibit 61 | Aug. 2016: OIG Review of the Federal Bureau of Prisons' Monitoring of Contract Prisons, pp. 34-80 |
| Exhibit 62 | Kim White Deposition Transcript Excerpt, Oct. 30, 2020 |
| Exhibit 63 | U.S. Department of Justice, Federal Bureau of Prisons, Program Statement (Aug. 21, 2002), pp. 1-33 |
| Exhibit 63 | U.S. Department of Justice, Federal Bureau of Prisons, Program Statement (Aug. 21, 2002), pp. 34-72 |
| Exhibit 64 | Excerpts from the October 23, 2020 Deposition Transcript of D. Murray |
| Exhibit 65 | Excerpts from the October 15, 202 Deposition Transcript of D. Scott Dodrill |
| Exhibit 66 | Defendants' Objections and Responses to Plaintiffs' Second Set of Interrogatories to Defendants |
| Exhibit 67 | Contractor Performance Report Quarter Ending 6/30/2013 |
| Exhibit 68 | Federal Acquisition Regulations (FAR) § 42.1501 |
| Exhibit 69 | Federal Acquisition Regulations (FAR) § 42.1503 |
| Exhibit 70 | Contractor Performance Assessment Report (CPAR), Adams County Correctional Center, dated Aug. 27, 2013 |
| Exhibit 71 | Contractor Performance Assessment Report (CPAR), Adams County Correctional Center, dated Jan. 29, 2015 |

DATED: November 20, 2020	Respectfully submitted:

   /s/ *Meryn C. N. Grant*
Meryn C. N. Grant (admitted *pro hac vice*)
David J. Schindler (admitted *pro hac vice*)
Brian T. Glennon (admitted *pro hac vice*)
LATHAM & WATKINS LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
T: (213) 485-1234
F: (213) 891-8763
david.schindler@lw.com
brian.glennon@lw.com
meryn.grant@lw.com

Morgan E. Whitworth (admitted pro hac vice)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
T: (415) 391-0600
F: (415) 395-8095
morgan.whitworth@lw.com

Sarah A. Tomkowiak (admitted *pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
T: (202) 637-2335
F: (415) 637-2201
sarah.tomkowiak@lw.com

Steven A. Riley (TN #6258)
Milton S. McGee, III (TN #024150)
RILEY WARNOCK & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
T: (615) 320-3700
F: (615) 320-3737
sriley@rwjplc.com
tmcgee@rwjplc.com

*Attorneys for Defendants Corrections Corporation of America, Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger, and Harley G. Lappin*

# CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing document was made upon the following Filing Users through the Electronic Filing System:

Christopher Hamp Lyons
Christopher M. Wood
ROBBINS GELLER RUDMAN
& DOWD LLP
414 Union St. Suite 900
Nashville, TN 37219
clyons@rgrdlaw.com
cwood@rgrdlaw.com

Jason A. Forge
ROBBINS GELLER RUDMAN
& DOWD LLP
655 W Broadway, Suite 1900
San Diego, CA 92101
jforge@rgrdlaw.com

Dennis J. Herman
Willow E. Radcliffe
Kenneth J. Black
ROBBINS GELLER RUDMAN
& DOWD LLP
Post Montgomery Center
One Montgomery St, Suite 1800
San Francisco, CA 94104
dennish@rgrdlaw.com
willowr@rgrdlaw.com
kennyb@rgrdlaw.com

Jerry E. Martin
BARRETT JOHNSTON MARTIN &
GARRISON, LLC
Bank of America Plaza
414 Union St., Suite 900
Nashville, TN 37219
jmartin@barrettjohnston.com

Jeremy A. Lieberman
J. Alexander Hood II
Marc C. Gorrie
POMERANTZ LLP
600 Third Ave., 20th Floor
New York, NY 10016
jalieberman@pomlaw.com
ahood@pomlaw.com
mgorrie@pomlaw.com

Patrick V. Dahlstrom
POMERANTZ LLP
10 S. La Salle St., Suite 3505
Chicago, IL 60603
pdahlstrom@pomlaw.com

Paul Kent Bramlett
Robert P. Bramlett
BRAMLETT LAW OFFICES
40 Burton Hills Blvd., Suite 200
P.O. Box 150734
Nashville, TN 37215
pknashlaw@aol.com
robert@bramlettlawoffices.com

Michael Goldberg
Brian Schall
GOLDBERG LAW PC
1999 Ave. of the Stars, Suite 1100
Los Angeles, CA 90067
michael@goldberglawpc.com
brian@goldberglawpc.com

James A. Holifield , Jr.
HOLIFIELD JANICH RACHAL &
ASSOCIATES, PLLC
11907 Kingston Pike, Suite 201
Knoxville, TN 37934
aholifield@holifieldlaw.com

Christopher T. Cain
SCOTT & CAIN
550 W Main Ave., Suite 601
Knoxville, TN 37902
cain@scottandcain.com

this 20th day of November, 2020.

      /s/ *Meryn C. N. Grant*
      Meryn C. N. Grant