# EXHIBIT 36

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | OMB Clearance Control Number : 1103-0016 |
|---|---|---|
| 2. AMENDMENT/MODIFICATION NO.<br>0045 | 3. EFFECTIVE DATE<br>05/01/2011 | 4. REQUISITION/PURCHASE REQ. NO.<br>RCAF5-042-11 | 5. PROJECT NO. (If applicable) |
| 6. ISSUED BY    CODE   CO<br>Federal Bureau of Prisons<br>Central Office<br>320 FIRST STREET NW<br>WASHINGTON, DC 20534 | | 7. ADMINISTERED BY (If other than item 6)   CODE   EDN<br>Federal Bureau of Prisons<br>Privatized Corrections Field Office<br>702 East Broadway<br>Eden, TX 76837 |

8. NAME AND ADDRESS OF CONTRACTOR (No., street, country, state and ZIP Code)

CORRECTIONS CORPORATION OF AMERICA
10 BURTON HILLS BLVD
NASHVILLE, TN 37215-6105

(X) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X  10A. MODIFICATION OF CONTRACT/ORDER NO.
DJB1PC005
10B. DATED (SEE ITEM 13)
01/17/2007

CODE 621763875    FACILITY CODE 159734151

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended. [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
2010-02-FP02002021-25MD

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.**
**IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority)<br>FAR 52.217-9, Option to Extend The Term of The Contract (MAR 2000) |

E. IMPORTANT: Contractor [X] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
See Block 14 Continuation Sheet(s)

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>Carey Cleland |
|---|---|
| 15B. CONTRACTOR/OFFEROR<br>_____<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>By _____<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>9/26/2011 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

Case 3:16-cv-02267    Document 361-1    Filed 11/20/20    Page 2 of 9 PageID #: 14240

CONFIDENTIAL          CORECIVIC_0001925

## Table of Contents

| Section | Description | Page Number |
|---|---|---|
| A | Solicitation/Contract Form | 1 |
| B | Supplies or Services and Prices/Costs | 3 |
| C | Description/Specifications/Statement of Work | 6 |
| D | Packaging and Marking | 6 |
| E | Inspection and Acceptance | 7 |
| F | Deliveries and Performance | 7 |
| G | Contract Administration Data | 7 |
| H | Special Contract Requirements | 7 |
| I | Contract Clauses | 7 |
| J | List of Attachments | 7 |

CONFIDENTIAL

CORECIVIC_0001926

Section B - Supplies or Services and Prices/Costs

Block 14 Continuation: See Continuation of Block 14.

A

## SCHEDULE OF SUPPLIES/SERVICES
### CONTINUATION SHEET

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | BASE YEAR ONE, OPTION B, AOP First 9 months per Modification No. 08, MOP of $1,872,395.02 x 9 months = $16,851,555.18. | Previous: 9.000000  Change: 0.000000  Current: 9.000000 | MO | Previous: $1,872,395.0200  Change: $0.0000  Current: $1,872,395.0200 | Previous:$16,851,555.18  Change: $0.00  Current: $16,851,555.18 |
| 0002 | BASE YEAR ONE, OPTION B, FIUP For First 9 Months Per Modification No. 08. (276 days x 306 inmates = 84,456 man days x $49.95 FIUP = $4,218,577.20) | Previous: 84,456.000000  Change: 0.000000  Current: 84,456.000000 | DY | Previous: $49.9500  Change: $0.0000  Current: $49.9500 | Previous:$4,218,577.20  Change: $0.00  Current: $4,218,577.20 |
| 0003 | BASE YEAR ONE, OPTION A, AOP, LAST 3 MONTHS, Per Modification No. 08. ( MOP $1,971,044.02 x 3 months = $5,913,132.06) | Previous: 3.000000  Change: 0.000000  Current: 3.000000 | MO | Previous: $1,971,044.0200  Change: $0.0000  Current: $1,971,044.0200 | Previous:$5,913,132.06  Change: $0.00  Current: $5,913,132.06 |
| 0004 | BASE YEAR ONE, OPTION A, ESTIMATED FIUP Per Modification No. 08. (89 days x 338 inmates = 30,082.00 man days x $45.95 FIUP = $1,382,267.90) | Previous: 30,082.000000  Change: 0.000000  Current: 30,082.000000 | DY | Previous: $45.9500  Change: $0.0000  Current: $45.9500 | Previous:$1,382,267.90  Change: $0.00  Current: $1,382,267.90 |
| 0005 | BASE YEAR TWO, AOP Per Modification No. 15. (AOP per Mod. 08 $24,124,104.22 + Wage Rate Adjustment $113,484.26 = New AOP of $24,237,588.48) | Previous: 1.000000  Change: 0.000000  Current: 1.000000 | YR | Previous: $24,237,588.4800  Change: $0.0000  Current: $24,237,588.4800 | Previous:$24,237,588.48  Change: $0.00  Current: $24,237,588.48 |
| 0006 | BASE YEAR TWO, ESTIMATED FIUP, Per Modification No. 15. (338 inmates x 365 days x $46.87 = $5,782,351.90) | Previous: 1.000000 | YR | Previous: $5,782,351.9000 | Previous:$5,782,351.90  Change: $0.00 |

CONFIDENTIAL   CORECIVIC_0001927

| Item | Description | Previous/Change/Current | Unit | Previous/Change/Current $ | Previous/Change/Current Total |
|---|---|---|---|---|---|
| | | Change: 0.000000 | | Change: $0.0000 | Current: $5,782,351.90 |
| | | Current : 1.000000 | | Current: $5,782,351.9000 | |
| 0007 | BASE YEAR THREE, AOP, Per Modification No. 21 (Mod. 008 AOP $24,718,598.48 + Wage Rate Adjustment $609,286.60 = New AOP for Base Year Three of $25,327,885.08) | Previous : 1.000000 | YR | Previous: $25,327,885.0800 | Previous:$25,327,885.08 Change: $0.00 |
| | | Change: 0.000000 | | Change: $0.0000 | Current: $25,327,885.08 |
| | | Current : 1.000000 | | Current: $25,327,885.0800 | |
| 0008 | BASE YEAR THREE, ESTIMATED FIUP Per Modification No. 21 (338 INMATES X 365 DAYS X 47.81 = $5,898,319.70) | Previous : 1.000000 | YR | Previous: $5,898,319.7000 | Previous:$5,898,319.70 Change: $0.00 |
| | | Change: 0.000000 | | Change: $0.0000 | Current: $5,898,319.70 |
| | | Current : 1.000000 | | Current: $5,898,319.7000 | |
| 0009 | BASE YEAR FOUR, AOP Per Modification No. 37, ( AOP Mod. 008 $25,818,505.08 + Wage rate adjustment $136,547.16 = New AOP of $25,955,052.24) | Previous : 1.000000 | YR | Previous: $25,955,052.2400 | Previous:$25,955,052.24 Change: $0.00 |
| | | Change: 0.000000 | | Change: $0.0000 | Current: $25,955,052.24 |
| | | Current : 1.000000 | | Current: $25,955,052.2400 | |
| 0010 | BASE YEAR FOUR, ESTIMATED FIUP Per Modification No. 21 (338 INMATES X 365 DAYS X $48.77 = $6,016,754.90) | Previous : 1.000000 | YR | Previous: $6,016,754.9000 | Previous:$6,016,754.90 Change: $0.00 |
| | | Change: 0.000000 | | Change: $0.0000 | Current: $6,016,754.90 |
| | | Current : 1.000000 | | Current: $6,016,754.9000 | |
| 0011 | BASE YEAR THREE - AWARD FEE, PERFORMANCE PERIOD - OCTOBER 01, 2009 - APRIL 30, 2010. | Previous : 1.000000 | EA | Previous: $450,956.1900 | Previous:$450,956.19 Change: $0.00 |
| | | Change: 0.000000 | | Change: $0.0000 | Current: $450,956.19 |
| | | Current : 1.000000 | | Current: $450,956.1900 | |
| 0012 | Base Year Four - Award Fee, Performance Period of April 1, 2010 - September 30, 2010. | Previous : 1.000000 | EA | Previous: $426,687.3400 | Previous:$426,687.34 Change: $0.00 |
| | | Change: 0.000000 | | Change: $0.0000 | Current: $426,687.34 |
| | | Current : 1.000000 | | Current: $426,687.3400 | |
| 0013 | Option Period 1, Year 1 - Annual Operating Price (AOP) | Previous : | YR | Previous: | Previous:$0.00 |

CONFIDENTIAL    CORECIVIC_0001928

PREVIOUS: $136,547.16

CHANGE: $0.00

CURRENT: $136,547.16

Clauses By Full Text

1.000   Continuation of Block 14.

Option Period One (1) is hereby exercised in accordance with FAR 52.217-9, Option to Extend The Term of The Contract (MAR 2000). Prices are in accordance with Modification No. 037 and are as follows:

Year 1:
New AOP..................................................................................$26,455,488.24
New MOP.................................................................................$2,204,624.02
FIUP........................................................................................$49.75
Maximum possible FIUP (338 inmates x 366 days x $49.75) is $6,154,473.00
Maximum possible Award Fee (AOP + FIUP x 5%) is $1,630,498.06
Total Maximum Value for Option Period 1 year 1 is $34,240,459.30

Year 2:
New AOP..................................................................................$26,965,932.24
New MOP.................................................................................$2,247,161.02
FIUP........................................................................................$50.75
Maximum possible FIUP (338 inmates x 365 days x $50.75) is $6,261,027.50
Maximum possible Award Fee (AOP + FIUP x 5%) is $1,661,347.99
Total Maximum Value for Option Period 1 year 1 is $34,888,307.73

**Total amount for this modification is $69,128,767.03**

The funding is subject to approval of fiscal years appropriations for FY12 & FY13.

Section C - Description/Specifications/Statement of Work

No Clauses

Section D - Packaging and Marking

No Clauses

CONFIDENTIAL                                                                                                    CORECIVIC_0001929

Section E - Inspection and Acceptance

No Clauses

Section F - Deliveries and Performance

No Clauses

Section G - Contract Administration Data

No Clauses

Section H - Special Contract Requirements

No Clauses

Section I - Contract Clauses

No Clauses

Section J - List of Attachments

*Exhibits and Attachments*

Clauses By Full Text

2.000   Forward Pricing Schedule
___

See attached Pricing Schedule, Attachment No. 1

CONFIDENTIAL                                                                                                       CORECIVIC_0001930

| Item | Description | | | | |
|---|---|---|---|---|---|
| | | Change: 1.000000 | | $0.0000 | Change: $26,455,488.24 |
| | | Current : 1.000000 | | Change: $26,455,488.2400 | Current: $26,455,488.24 |
| | | | | Current: $26,455,488.2400 | |
| 0014 | Option Period 1, Year 1 - Maximum Possible FIUP (338 inmates x 365 days x $49.75) is $6,154,473.00. | Previous : | YR | Previous: $0.0000 | Previous:$0.00 |
| | | Change: 1.000000 | | Change: $6,154,473.0000 | Change: $6,154,473.00 |
| | | Current : 1.000000 | | Current: $6,154,473.0000 | Current: $6,154,473.00 |
| 0015 | Option Period 1, Year 2 - Annual Operating Price (AOP). | Previous : | YR | Previous: $0.0000 | Previous:$0.00 |
| | | Change: 1.000000 | | Change: $26,965,932.2400 | Change: $26,965,932.24 |
| | | Current : 1.000000 | | Current: $26,965,932.2400 | Current: $26,965,932.24 |
| 0016 | Option Period 1, Year 1 - Maximum Possible FIUP (338 inmates x 365 days x $50.75) is $6,261,027.50. | Previous : | YR | Previous: $0.0000 | Previous:$0.00 |
| | | Change: 1.000000 | | Change: $6,261,027.5000 | Change: $6,261,027.50 |
| | | Current : 1.000000 | | Current: $6,261,027.5000 | Current: $6,261,027.50 |

|  |  |
|---|---|
| PREVIOUS TOTAL | $122,461,128.17 |
| CHANGE | $65,836,920.98 |
| CURRENT TOTAL | $188,298,049.15 |

**FUNDING DETAILS:**

| ITEM NO. | FUNDING LINE | OBLIGATED AMOUNT | ACCOUNTING CODES |
|---|---|---|---|
| N/A | 1 | Previous : $136,547.16<br>Change: $0.00<br>Current : $136,547.16 | 2018 - 02 - - - FP02002021 - - - 25MD - - - - - - |

CONFIDENTIAL    CORECIVIC_0001931

Contract DJB1PC005
Modification NO. 0045
Attachment No. 001

The following is for informational purposes only:
(with respect to Modification No. 0037)

PRICING SCHEDULE

| Performance Period | Annual Operating Price (AOP) | Fixed Incremental Unit Price Per Inmate Day (FIUP) |
| --- | --- | --- |
| Option Period 2 – Year 1 | $27,486,588.24 | $51.77 |
| Option Period 2 – Year 2 | $28,017,660.24 | $52.81 |
| Option Period 3 – Year 1 | $28,559,352.24 | $53.87 |
| Option Period 3 – Year 2 | $29,111,880.24 | $54.95 |

This information is provided for the sole purpose of maintaining current and up to date pricing information and is not an obligation of funds for future contract years.

CONFIDENTIAL

CORECIVIC_0001932