# EXHIBIT 37

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE | OF PAGES |
|---|---|---|---|
| | | 01 | 10 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| Modification Number 73 | 05/01/2013 | 5-04Z-13 | 04Z |

| 6. ISSUED BY | CODE | | 7. ADMINISTERED BY (If other than Item 6) | CODE | |
|---|---|---|---|---|---|
| Federal Bureau of Prisons<br>Privatized Corrections Contracting<br>320 First Street, NW<br>Washington, DC<br>20534 | | | Federal Bureau of Prisons<br>Eden Contract Administration Office<br>702 East Broadway Street<br>Eden, Texas<br>76837 | | |

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

Corrections Corporation of America (CCA)
10 Burton Hills Boulevard
Nashville, Tennessee
37215-6105

(X) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.
DJB-1PC-005

[X] 10B. DATED (SEE ITEM 13)
01/17/2007

CODE TIN: 621763875    FACILITY CODE DUNS: 159734151

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
S-04Z-MNP10101 - 01May13-30Sep13    ////    S-04Z-NNP10101 - 01Oct13-30Sep14

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | |
|---|---|
| [ ] | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| [ ] | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| [ ] | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| [X] | D. OTHER (Specify type of modification and authority)<br>FAR 52.217-9, Option to Extend the Term of the Contract (Mar 2000) |

E. IMPORTANT: Contractor [X] is not, [ ] is required to sign this document and return ___1___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Contract **DJB-1PC-005** is hereby **MODIFIED** as follows: **EXERCISE OPTION 2;**

1) Year 1, (May 1, 2013 - April 30, 2014), AOP: $27,650,009.30; Max FIUP: $6,386,864.90; Max Award Fee: $1,701,843.71;
   Total Value: $35,738,717.91    AND
   Year 2, (May 1, 2014 - April 30, 2015), AOP: $28,181,081.30; Max FIUP: $6,515,169.70; Max Award Fee: $1,734,812.55;
   Total Value: $36,431,063.55.    TOTAL VALUE OPTION TWO: $72,169,781.46.

2) INCORPORATE revised DOL Wage Rate 2005-2517, Revision 16, dated June 13, 2012.

\*\*\* ALL other TERMS and CONDITIONS remain UNCHANGED. \*\*\*

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|---|
| | | | Bill Gensel<br>Contracting Officer | |
| 15B. CONTRACTOR/OFFEROR<br><br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br><br>(Signature of Contracting Officer) | | 16C. DATE SIGNED<br>4/30/13 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

CONFIDENTIAL    CORECIVIC_0002185

WD 05-2517 (Rev.-16) was first posted on www.wdol.gov on 06/19/2012
*************************************************************************

| REGISTER OF WAGE DETERMINATIONS UNDER THE SERVICE CONTRACT ACT By direction of the Secretary of Labor | U.S. DEPARTMENT OF LABOR EMPLOYMENT STANDARDS ADMINISTRATION WAGE AND HOUR DIVISION WASHINGTON D.C. 20210 |
|---|---|
| Diane C. Koplewski   Division of Director        Wage Determinations | Wage Determination No.: 2005-2517 Revision No.: 16 Date Of Revision: 06/13/2012 |

States: New Mexico, Oklahoma, Texas

Area: New Mexico Counties of Curry, Lea, Quay, Roosevelt, Union
Oklahoma Counties of Beaver, Cimarron, Texas
Texas Counties of Andrews, Armstrong, Bailey, Borden, Brewster, Briscoe, Brown, Callahan, Carson, Castro, Childress, Cochran, Coke, Coleman, Collingsworth, Comanche, Concho, Cottle, Crane, Crockett, Crosby, Dallam, Dawson, Deaf Smith, Dickens, Donley, Eastland, Ector, Fisher, Floyd, Foard, Gaines, Garza, Glasscock, Gray, Hale, Hall, Hansford, Hardeman, Hartley, Haskell, Hemphill, Hockley, Howard, Hutchinson, Irion, Jeff Davis, Jones, Kent, Kimble, King, Knox, Lamb, Lipscomb, Loving, Lubbock, Lynn, Martin, McCulloch, Menard, Midland, Mitchell, Moore, Motley, Nolan, Ochiltree, Oldham, Parmer, Pecos, Potter, Presidio, Randall, Reagan, Reeves, Roberts, Runnels, Schleicher, Scurry, Shackelford, Sherman, Stephens, Sterling, Stonewall, Sutton, Swisher, Taylor, Terrell, Terry, Throckmorton, Tom Green, Upton, Ward, Wheeler, Winkler, Yoakum, Young

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 12.71 |
| 01012 - Accounting Clerk II | | 14.26 |
| 01013 - Accounting Clerk III | | 15.96 |
| 01020 - Administrative Assistant | | 21.36 |
| 01040 - Court Reporter | | 16.93 |
| 01051 - Data Entry Operator I | | 10.92 |
| 01052 - Data Entry Operator II | | 11.91 |
| 01060 - Dispatcher, Motor Vehicle | | 16.39 |
| 01070 - Document Preparation Clerk | | 11.95 |
| 01090 - Duplicating Machine Operator | | 11.95 |
| 01111 - General Clerk I | | 11.75 |
| 01112 - General Clerk II | | 16.25 |
| 01113 - General Clerk III | | 16.70 |
| 01120 - Housing Referral Assistant | | 19.21 |
| 01141 - Messenger Courier | | 9.96 |
| 01191 - Order Clerk I | | 10.92 |
| 01192 - Order Clerk II | | 12.88 |
| 01261 - Personnel Assistant (Employment) I | | 14.21 |
| 01262 - Personnel Assistant (Employment) II | | 17.32 |
| 01263 - Personnel Assistant (Employment) III | | 18.25 |
| 01270 - Production Control Clerk | | 17.75 |
| 01280 - Receptionist | | 11.31 |
| 01290 - Rental Clerk | | 13.42 |
| 01300 - Scheduler, Maintenance | | 15.37 |
| 01311 - Secretary I | | 15.37 |
| 01312 - Secretary II | | 17.77 |
| 01313 - Secretary III | | 19.21 |
| 01320 - Service Order Dispatcher | | 14.63 |
| 01410 - Supply Technician | | 21.36 |
| 01420 - Survey Worker | | 15.22 |
| 01531 - Travel Clerk I | | 11.15 |
| 01532 - Travel Clerk II | | 12.06 |
| 01533 - Travel Clerk III | | 12.98 |

CONFIDENTIAL                                                                               CORECIVIC_0002186

```
01611 - Word Processor I                                    12.98
01612 - Word Processor II                                   14.56
01613 - Word Processor III                                  16.29
05000 - Automotive Service Occupations
  05005 - Automobile Body Repairer, Fiberglass              19.73
  05010 - Automotive Electrician                            19.89
  05040 - Automotive Glass Installer                        18.62
  05070 - Automotive Worker                                 18.62
  05110 - Mobile Equipment Servicer                         16.12
  05130 - Motor Equipment Metal Mechanic                    21.12
  05160 - Motor Equipment Metal Worker                      18.62
  05190 - Motor Vehicle Mechanic                            21.40
  05220 - Motor Vehicle Mechanic Helper                     14.89
  05250 - Motor Vehicle Upholstery Worker                   17.39
  05280 - Motor Vehicle Wrecker                             18.62
  05310 - Painter, Automotive                               19.89
  05340 - Radiator Repair Specialist                        18.62
  05370 - Tire Repairer                                     12.90
  05400 - Transmission Repair Specialist                    21.12
07000 - Food Preparation And Service Occupations
  07010 - Baker                                             10.56
  07041 - Cook I                                             9.71
  07042 - Cook II                                           11.25
  07070 - Dishwasher                                         7.37
  07130 - Food Service Worker                                8.18
  07210 - Meat Cutter                                       12.96
  07260 - Waiter/Waitress                                    7.61
09000 - Furniture Maintenance And Repair Occupations
  09010 - Electrostatic Spray Painter                       19.02
  09040 - Furniture Handler                                 11.85
  09080 - Furniture Refinisher                              19.02
  09090 - Furniture Refinisher Helper                       14.25
  09110 - Furniture Repairer, Minor                         16.63
  09130 - Upholsterer                                       19.02
11000 - General Services And Support Occupations
  11030 - Cleaner, Vehicles                                  8.38
  11060 - Elevator Operator                                  8.38
  11090 - Gardener                                          11.20
  11122 - Housekeeping Aide                                  9.06
  11150 - Janitor                                           11.51
  11210 - Laborer, Grounds Maintenance                       9.62
  11240 - Maid or Houseman                                   7.80
  11260 - Pruner                                             8.70
  11270 - Tractor Operator                                  11.66
  11330 - Trail Maintenance Worker                           9.62
  11360 - Window Cleaner                                    11.52
12000 - Health Occupations
  12010 - Ambulance Driver                                  13.76
  12011 - Breath Alcohol Technician                         16.47
  12012 - Certified Occupational Therapist Assistant        24.04
  12015 - Certified Physical Therapist Assistant            24.27
  12020 - Dental Assistant                                  13.32
  12025 - Dental Hygienist                                  31.24
  12030 - EKG Technician                                    23.07
  12035 - Electroneurodiagnostic Technologist               23.07
  12040 - Emergency Medical Technician                      13.76
  12071 - Licensed Practical Nurse I                        14.18
  12072 - Licensed Practical Nurse II                       15.86
  12073 - Licensed Practical Nurse III                      17.68
  12100 - Medical Assistant                                 11.62
  12130 - Medical Laboratory Technician                     15.03
  12160 - Medical Record Clerk                              12.51
  12190 - Medical Record Technician                         14.89
  12195 - Medical Transcriptionist                          13.78
  12210 - Nuclear Medicine Technologist                     29.70
  12221 - Nursing Assistant I                                9.59
  12222 - Nursing Assistant II                              10.77
```

CONFIDENTIAL                                                              CORECIVIC_0002187

| Code | Occupation | Rate |
|---|---|---|
| 12223 | Nursing Assistant III | 11.76 |
| 12224 | Nursing Assistant IV | 13.20 |
| 12235 | Optical Dispenser | 12.88 |
| 12236 | Optical Technician | 11.61 |
| 12250 | Pharmacy Technician | 14.75 |
| 12280 | Phlebotomist | 13.20 |
| 12305 | Radiologic Technologist | 23.30 |
| 12311 | Registered Nurse I | 24.19 |
| 12312 | Registered Nurse II | 29.61 |
| 12313 | Registered Nurse II, Specialist | 29.61 |
| 12314 | Registered Nurse III | 35.83 |
| 12315 | Registered Nurse III, Anesthetist | 35.83 |
| 12316 | Registered Nurse IV | 42.91 |
| 12317 | Scheduler (Drug and Alcohol Testing) | 18.87 |

13000 - Information And Arts Occupations

| Code | Occupation | Rate |
|---|---|---|
| 13011 | Exhibits Specialist I | 16.34 |
| 13012 | Exhibits Specialist II | 20.25 |
| 13013 | Exhibits Specialist III | 24.77 |
| 13041 | Illustrator I | 16.34 |
| 13042 | Illustrator II | 20.25 |
| 13043 | Illustrator III | 24.77 |
| 13047 | Librarian | 22.42 |
| 13050 | Library Aide/Clerk | 10.33 |
| 13054 | Library Information Technology Systems Administrator | 20.25 |
| 13058 | Library Technician | 14.76 |
| 13061 | Media Specialist I | 14.62 |
| 13062 | Media Specialist II | 16.34 |
| 13063 | Media Specialist III | 18.23 |
| 13071 | Photographer I | 13.30 |
| 13072 | Photographer II | 15.63 |
| 13073 | Photographer III | 18.41 |
| 13074 | Photographer IV | 22.53 |
| 13075 | Photographer V | 27.26 |
| 13110 | Video Teleconference Technician | 14.97 |

14000 - Information Technology Occupations

| Code | Occupation | Rate |
|---|---|---|
| 14041 | Computer Operator I | 13.98 |
| 14042 | Computer Operator II | 15.64 |
| 14043 | Computer Operator III | 19.48 |
| 14044 | Computer Operator IV | 21.63 |
| 14045 | Computer Operator V | 23.96 |
| 14071 | Computer Programmer I | 22.18 |
| 14072 | Computer Programmer II | 27.50 |
| 14073 | Computer Programmer III | (see 1) |
| 14074 | Computer Programmer IV | (see 1) |
| 14101 | Computer Systems Analyst I | (see 1) |
| 14102 | Computer Systems Analyst II | (see 1) |
| 14103 | Computer Systems Analyst III | (see 1) |
| 14150 | Peripheral Equipment Operator | 13.98 |
| 14160 | Personal Computer Support Technician | 21.63 |

15000 - Instructional Occupations

| Code | Occupation | Rate |
|---|---|---|
| 15010 | Aircrew Training Devices Instructor (Non-Rated) | 25.44 |
| 15020 | Aircrew Training Devices Instructor (Rated) | 34.92 |
| 15030 | Air Crew Training Devices Instructor (Pilot) | 40.60 |
| 15050 | Computer Based Training Specialist / Instructor | 27.72 |
| 15060 | Educational Technologist | 26.44 |
| 15070 | Flight Instructor (Pilot) | 40.60 |
| 15080 | Graphic Artist | 19.64 |
| 15090 | Technical Instructor | 18.16 |
| 15095 | Technical Instructor/Course Developer | 22.23 |
| 15110 | Test Proctor | 17.77 |
| 15120 | Tutor | 17.77 |

16000 - Laundry, Dry-Cleaning, Pressing And Related Occupations

| Code | Occupation | Rate |
|---|---|---|
| 16010 | Assembler | 8.21 |
| 16030 | Counter Attendant | 8.21 |
| 16040 | Dry Cleaner | 9.53 |
| 16070 | Finisher, Flatwork, Machine | 8.21 |

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　CORECIVIC_0002188

```
      16090 - Presser, Hand                                            8.21
      16110 - Presser, Machine, Drycleaning                            8.21
      16130 - Presser, Machine, Shirts                                 8.21
      16160 - Presser, Machine, Wearing Apparel, Laundry               8.21
      16190 - Sewing Machine Operator                                 10.09
      16220 - Tailor                                                  10.61
      16250 - Washer, Machine                                          9.45
   19000 - Machine Tool Operation And Repair Occupations
      19010 - Machine-Tool Operator (Tool Room)                       16.96
      19040 - Tool And Die Maker                                      24.37
   21000 - Materials Handling And Packing Occupations
      21020 - Forklift Operator                                       14.57
      21030 - Material Coordinator                                    17.75
      21040 - Material Expediter                                      17.75
      21050 - Material Handling Laborer                                9.78
      21071 - Order Filler                                            11.03
      21080 - Production Line Worker (Food Processing)                14.57
      21110 - Shipping Packer                                         12.38
      21130 - Shipping/Receiving Clerk                                12.38
      21140 - Store Worker I                                           9.53
      21150 - Stock Clerk                                             13.09
      21210 - Tools And Parts Attendant                               14.57
      21410 - Warehouse Specialist                                    14.57
   23000 - Mechanics And Maintenance And Repair Occupations
      23010 - Aerospace Structural Welder                             25.13
      23021 - Aircraft Mechanic I                                     23.71
      23022 - Aircraft Mechanic II                                    25.13
      23023 - Aircraft Mechanic III                                   26.53
      23040 - Aircraft Mechanic Helper                                16.71
      23050 - Aircraft, Painter                                       21.58
      23060 - Aircraft Servicer                                       18.72
      23080 - Aircraft Worker                                         20.06
      23110 - Appliance Mechanic                                      16.96
      23120 - Bicycle Repairer                                        12.90
      23125 - Cable Splicer                                           24.94
      23130 - Carpenter, Maintenance                                  16.96
      23140 - Carpet Layer                                            15.84
      23160 - Electrician, Maintenance                                21.00
      23181 - Electronics Technician Maintenance I                    20.54
      23182 - Electronics Technician Maintenance II                   21.99
      23183 - Electronics Technician Maintenance III                  23.51
      23260 - Fabric Worker                                           14.71
      23290 - Fire Alarm System Mechanic                              19.23
      23310 - Fire Extinguisher Repairer                              13.66
      23311 - Fuel Distribution System Mechanic                       18.22
      23312 - Fuel Distribution System Operator                       15.05
      23370 - General Maintenance Worker                              15.84
      23380 - Ground Support Equipment Mechanic                       23.71
      23381 - Ground Support Equipment Servicer                       18.72
      23382 - Ground Support Equipment Worker                         20.06
      23391 - Gunsmith I                                              13.66
      23392 - Gunsmith II                                             15.84
      23393 - Gunsmith III                                            19.35
      23410 - Heating, Ventilation And Air-Conditioning               18.31
      Mechanic
      23411 - Heating, Ventilation And Air Contditioning              19.41
      Mechanic (Research Facility)
      23430 - Heavy Equipment Mechanic                                19.24
      23440 - Heavy Equipment Operator                                19.24
      23460 - Instrument Mechanic                                     19.35
      23465 - Laboratory/Shelter Mechanic                             16.96
      23470 - Laborer                                                 11.40
      23510 - Locksmith                                               16.96
      23530 - Machinery Maintenance Mechanic                          17.96
      23550 - Machinist, Maintenance                                  19.62
      23580 - Maintenance Trades Helper                               13.56
      23591 - Metrology Technician I                                  19.35
```

CONFIDENTIAL                                                                CORECIVIC_0002189

| Code | Occupation | Rate |
|---|---|---|
| 23592 | Metrology Technician II | 20.52 |
| 23593 | Metrology Technician III | 21.65 |
| 23640 | Millwright | 19.35 |
| 23710 | Office Appliance Repairer | 16.96 |
| 23760 | Painter, Maintenance | 16.96 |
| 23790 | Pipefitter, Maintenance | 17.80 |
| 23810 | Plumber, Maintenance | 17.15 |
| 23820 | Pneudraulic Systems Mechanic | 19.35 |
| 23850 | Rigger | 19.35 |
| 23870 | Scale Mechanic | 15.84 |
| 23890 | Sheet-Metal Worker, Maintenance | 19.24 |
| 23910 | Small Engine Mechanic | 15.84 |
| 23931 | Telecommunications Mechanic I | 21.03 |
| 23932 | Telecommunications Mechanic II | 22.36 |
| 23950 | Telephone Lineman | 21.32 |
| 23960 | Welder, Combination, Maintenance | 19.24 |
| 23965 | Well Driller | 20.50 |
| 23970 | Woodcraft Worker | 19.35 |
| 23980 | Woodworker | 13.82 |
| 24000 | Personal Needs Occupations | |
| 24570 | Child Care Attendant | 8.36 |
| 24580 | Child Care Center Clerk | 12.97 |
| 24610 | Chore Aide | 7.33 |
| 24620 | Family Readiness And Support Services Coordinator | 9.81 |
| 24630 | Homemaker | 15.93 |
| 25000 | Plant And System Operations Occupations | |
| 25010 | Boiler Tender | 18.90 |
| 25040 | Sewage Plant Operator | 17.29 |
| 25070 | Stationary Engineer | 18.90 |
| 25190 | Ventilation Equipment Tender | 13.23 |
| 25210 | Water Treatment Plant Operator | 17.29 |
| 27000 | Protective Service Occupations | |
| 27004 | Alarm Monitor | 14.48 |
| 27007 | Baggage Inspector | 12.58 |
| 27008 | Corrections Officer | 16.49 |
| 27010 | Court Security Officer | 19.36 |
| 27030 | Detection Dog Handler | 15.74 |
| 27040 | Detention Officer | 16.49 |
| 27070 | Firefighter | 20.08 |
| 27101 | Guard I | 12.58 |
| 27102 | Guard II | 15.74 |
| 27131 | Police Officer I | 23.04 |
| 27132 | Police Officer II | 25.57 |
| 28000 | Recreation Occupations | |
| 28041 | Carnival Equipment Operator | 11.01 |
| 28042 | Carnival Equipment Repairer | 10.43 |
| 28043 | Carnival Equpment Worker | 8.32 |
| 28210 | Gate Attendant/Gate Tender | 13.35 |
| 28310 | Lifeguard | 11.34 |
| 28350 | Park Attendant (Aide) | 14.94 |
| 28510 | Recreation Aide/Health Facility Attendant | 10.90 |
| 28515 | Recreation Specialist | 15.20 |
| 28630 | Sports Official | 11.90 |
| 28690 | Swimming Pool Operator | 14.21 |
| 29000 | Stevedoring/Longshoremen Occupational Services | |
| 29010 | Blocker And Bracer | 18.39 |
| 29020 | Hatch Tender | 18.39 |
| 29030 | Line Handler | 18.39 |
| 29041 | Stevedore I | 17.07 |
| 29042 | Stevedore II | 19.69 |
| 30000 | Technical Occupations | |
| 30010 | Air Traffic Control Specialist, Center (HFO) (see 2) | 35.77 |
| 30011 | Air Traffic Control Specialist, Station (HFO) (see 2) | 24.67 |
| 30012 | Air Traffic Control Specialist, Terminal (HFO) (see 2) | 27.16 |
| 30021 | Archeological Technician I | 16.30 |
| 30022 | Archeological Technician II | 18.22 |

CONFIDENTIAL　　　　CORECIVIC_0002190

| Code | Occupation | Rate |
|---|---|---|
| 30023 | Archeological Technician III | 22.58 |
| 30030 | Cartographic Technician | 22.58 |
| 30040 | Civil Engineering Technician | 21.39 |
| 30061 | Drafter/CAD Operator I | 16.30 |
| 30062 | Drafter/CAD Operator II | 18.22 |
| 30063 | Drafter/CAD Operator III | 20.71 |
| 30064 | Drafter/CAD Operator IV | 25.13 |
| 30081 | Engineering Technician I | 15.07 |
| 30082 | Engineering Technician II | 16.90 |
| 30083 | Engineering Technician III | 18.91 |
| 30084 | Engineering Technician IV | 23.43 |
| 30085 | Engineering Technician V | 28.66 |
| 30086 | Engineering Technician VI | 34.67 |
| 30090 | Environmental Technician | 21.53 |
| 30210 | Laboratory Technician | 20.09 |
| 30240 | Mathematical Technician | 22.58 |
| 30361 | Paralegal/Legal Assistant I | 16.90 |
| 30362 | Paralegal/Legal Assistant II | 19.95 |
| 30363 | Paralegal/Legal Assistant III | 24.84 |
| 30364 | Paralegal/Legal Assistant IV | 29.73 |
| 30390 | Photo-Optics Technician | 22.58 |
| 30461 | Technical Writer I | 21.64 |
| 30462 | Technical Writer II | 26.45 |
| 30463 | Technical Writer III | 32.01 |
| 30491 | Unexploded Ordnance (UXO) Technician I | 22.74 |
| 30492 | Unexploded Ordnance (UXO) Technician II | 27.51 |
| 30493 | Unexploded Ordnance (UXO) Technician III | 32.97 |
| 30494 | Unexploded (UXO) Safety Escort | 22.74 |
| 30495 | Unexploded (UXO) Sweep Personnel | 22.74 |
| 30620 | Weather Observer, Combined Upper Air Or Surface Programs (see 2) | 20.71 |
| 30621 | Weather Observer, Senior (see 2) | 22.58 |
| 31000 | Transportation/Mobile Equipment Operation Occupations | |
| 31020 | Bus Aide | 12.01 |
| 31030 | Bus Driver | 17.05 |
| 31043 | Driver Courier | 11.91 |
| 31260 | Parking and Lot Attendant | 8.95 |
| 31290 | Shuttle Bus Driver | 12.89 |
| 31310 | Taxi Driver | 9.57 |
| 31361 | Truckdriver, Light | 12.89 |
| 31362 | Truckdriver, Medium | 15.45 |
| 31363 | Truckdriver, Heavy | 17.91 |
| 31364 | Truckdriver, Tractor-Trailer | 17.91 |
| 99000 | Miscellaneous Occupations | |
| 99030 | Cashier | 8.73 |
| 99050 | Desk Clerk | 11.45 |
| 99095 | Embalmer | 24.07 |
| 99251 | Laboratory Animal Caretaker I | 10.35 |
| 99252 | Laboratory Animal Caretaker II | 11.21 |
| 99310 | Mortician | 24.07 |
| 99410 | Pest Controller | 14.59 |
| 99510 | Photofinishing Worker | 11.42 |
| 99710 | Recycling Laborer | 14.23 |
| 99711 | Recycling Specialist | 17.31 |
| 99730 | Refuse Collector | 12.73 |
| 99810 | Sales Clerk | 11.55 |
| 99820 | School Crossing Guard | 8.77 |
| 99830 | Survey Party Chief | 14.51 |
| 99831 | Surveying Aide | 10.10 |
| 99832 | Surveying Technician | 13.85 |
| 99840 | Vending Machine Attendant | 11.45 |
| 99841 | Vending Machine Repairer | 14.36 |
| 99842 | Vending Machine Repairer Helper | 11.45 |

CONFIDENTIAL     CORECIVIC_0002191

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $3.71 per hour or $148.40 per week or $643.07 per month

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; 3 weeks after 8 years, and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor, wherever employed, and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of ten paid holidays per year, New Year's Day, Martin Luther King Jr's Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b), this wage determination does not apply to any employee who individually qualifies as a bona fide executive, administrative, or professional employee as defined in 29 C.F.R. Part 541. Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals, (29 C.F.R. 541.400) wage rates may not be listed on this wage determination for all occupations within those job families. In addition, because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees. For example, if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate, then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally, because job titles vary widely and change quickly in the computer industry, job titles are not determinative of the application of the computer professional exemption. Therefore, the exemption applies only to computer employees who satisfy the compensation requirements and whose primary duty consists of:
    (1) The application of systems analysis techniques and procedures, including consulting with users, to determine hardware, software or system functional specifications;
    (2) The design, development, documentation, analysis, creation, testing or modification of computer systems or programs, including prototypes, based on and related to user or system design specifications;
    (3) The design, documentation, testing, creation or modification of computer programs related to machine operating systems; or
    (4) A combination of the aforementioned duties, the performance of which requires the same level of skills. (29 C.F.R. 541.400).

2) AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY: If you work at night as part of a regular tour of duty, you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek, you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


HAZARDOUS PAY DIFFERENTIAL: An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or

CONFIDENTIAL      CORECIVIC_0002192

in close proximity to ordinance, explosives, and incendiary materials. This includes work such as screening, blending, dying, mixing, and pressing of sensitive ordance, explosives, and pyrotechnic compositions such as lead azide, black powder and photoflash powder. All dry-house activities involving propellants or explosives.
Demilitarization, modification, renovation, demolition, and maintenance operations on sensitive ordnance, explosives and incendiary materials. All operations involving regrading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with, or in close proximity to ordance, (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands, face, or arms of the employee engaged in the operation, irritation of the skin, minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used. All operations involving, unloading, storage, and hauling of ordance, explosive, and incendiary ordnance material other than small arms ammunition. These differentials are only applicable to work that has been specifically designated by the agency for ordance, explosives, and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.

The duties of employees under job titles listed are those described in the "Service Contract Act Directory of Occupations", Fifth Edition, April 2006, unless otherwise indicated. Copies of the Directory are available on the Internet. A links to the Directory may be found on the WHD home page at http://www.dol.gov/esa/whd/ or through the Wage Determinations On-Line (WDOL) Web site at http://wdol.gov/.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE {Standard Form 1444 (SF 1444)}

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination. Such conformed classes of employees shall be paid the monetary wages and furnished the fringe benefits as are determined. Such conforming process shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees. The conformed classification, wage rate, and/or fringe benefits shall be retroactive to the commencement date of the contract. {See Section 4.6 (C)(vi)}

CONFIDENTIAL CORECIVIC_0002193

When multiple wage determinations are included in a contract, a separate SF 1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award, the contractor prepares a written report listing in order proposed classification title(s), a Federal grade equivalency (FGE) for each proposed classification(s), job description(s), and rationale for proposed wage rate(s), including information regarding the agreement or disagreement of the authorized representative of the employees involved, or where there is no authorized representative, the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review. (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour decision to the contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of Occupations" (the Directory) should be used to compare job definitions to insure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination.

http://www.wdol.gov/wdol/scafiles/std/05-2517.txt?v=16    4/24/2013 2:33 PM
Case 3:16-cv-02267    Document 361-2    Filed 11/20/20    Page 11 of 11 PageID #: 14258

CONFIDENTIAL    CORECIVIC_0002194