# EXHIBIT 38

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE DJB-1PC-005 | PAGE 01 | OF PAGES 02 |
|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. Modification 81 | 3. EFFECTIVE DATE 05/01/2015 | 4. REQUISITION/PURCHASE REQ. NO. 01-04Z-15 | 5. PROJECT NO. (If applicable) 04Z |
|---|---|---|---|

| 6. ISSUED BY CODE | 7. ADMINISTERED BY (If other than Item 6) CODE |
|---|---|
| Federal Bureau of Prisons<br>Privatized Corrections Contracting<br>320 First Street, NW<br>Washington, DC<br>20534 | Federal Bureau of Prisons<br>Eden Contract Administration Office<br>702 East Broadway Street<br>Eden, Texas<br>76837 |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| Eden Detention Center<br>Correctional Corporation of America<br>CCA Facility Support Center<br>10 Burton Hills Boulevard<br>Nashville, Tennessee<br>37215 | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO. DJB-1PC-005 |
| | | 10B. DATED (SEE ITEM 13) 01/17/2007 |

| CODE TIN: 621763875 | FACILITY CODE DUNS: 159734151 |
|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA** (If required) 01-04Z-15

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | |
|---|---|
| ☐ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| ☐ | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| ☐ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| ☒ | D. OTHER (Specify type of modification and authority) FAR 52.217-9, Option to Extend the Term of the Contract (Mar 2000). |

**E. IMPORTANT:** Contractor ☒ is not, ☐ is required to sign this document and return _____ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Contract DJB-1PC-005 is hereby Modified as follows; "Exercise Option Period Three".

Year 1: AOP: $28,879,931.64; MOP: $2,406,660.97; FIUP: $53.87;    Total Option Period 3, Year 1: $35,525,873.54.
Year 2: AOP: $29,432,459.64; MOP: $2,452,704.97; FIUP: $54.95;    Total Option Period 3, Year 2: $36,211,641.14.

Total for Modification 81: $71,737,514.68.

*** ALL other TERMS and CONDITIONS remain UNCHANGED. ***

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) Contracting Officer |
|---|---|
| 15B. CONTRACTOR/OFFEROR<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>MICHAEL BODINE<br>Digitally signed by MICHAEL BODINE<br>(Signature of Contracting Officer) | 16C. DATE SIGNED |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

CONFIDENTIAL                                                                                                                        CORECIVIC_0002228

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT - Continuation | 1. CONTRACT ID CODE DJB-1PC-005 | PAGE OF PAGES 2 / 2 |
|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. **Modification 81** | 3. EFFECTIVE DATE 05/01/2015 | 4. REQUISITION / PURCHASE REQ. NO. 01-04Z-15 | PROJECT NO. (if Applicable) 04Z |

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible).

Modification 81:

Exercises Option Period 3, Year 1 and Year 2 for the Performance Period: 01 May 2015 through 30 April 2017.

**Option Period 3, Year 1:**
New AOP: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $28,879,931.64
New MOP: . . . . . . . . . . . . . . . . . . . . . . . . . . . . $2,406,660.97
FIUP: $53.87

**Option Period 3, Year 2:**
New AOP: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $29,432,459.64
New MOP: . . . . . . . . . . . . . . . . . . . . . . . . . . . . $2,452,704.97
FIUP: $54.95

The TOTAL for Modification 81 is: **$71,737,514.68**.

\* \* \* All other Terms and Conditions remain Unchanged. \* \* \*

All Funding is subject to the approval of Fiscal Year Appropriation(s) for: FY16, and FY17.

CONFIDENTIAL                                                                          CORECIVIC_0002229