# EXHIBIT 41

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|
|  | 1 / 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION / PURCHASE REQ. NO. | 5. PROJECT NO. (If Applicable) |
|---|---|---|---|
| 39 | See Block 16c. | 4-69W-09 | 69W |

| 6. ISSUED BY | CODE | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|
| Federal Bureau of Prisons<br>Privatized Corrections Contracting<br>Contracting Field Office<br>2240 Hubbard Road<br>Youngstown, Ohio 44505 |  | Jennifer Unger<br>Contracting Officer<br>330-884-7396 |  |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | 9A. AMENDMENT OF SOLICITATION NO |
|---|---|---|
| Corrections Corporation of America<br>10 Burton Hills Blvd<br>Nashville TN 37215<br>TIN: 62-1808755<br>DUN: 159734151 | | |
| | | 9B. DATED (See Item 11) |
| | | |
| | | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>DJB1PC002 |
| CODE | FACILITY CODE  X | 10B. DATED (See Item 13) |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above number solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended. [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods.

(a) By completing Items 8 and 15, and returning _____ copy of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
~~INP10118~~  INP10119

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OR CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| XX | D. OTHER (Specify type of modification and authority)<br>FAR 52.217-9 Option to Extend the Term of the Contract |

E. IMPORTANT: Contractor [ ] is not [X] is required to sign this document and return ___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible).

This contract is hereby modified to exercise Option Period (1) for the period of June 1, 2009 through May 31, 2011 as indicated on page 2 of 2.

Note: Funding is subject to the approval of a fiscal year appropriation for FY09, FY10 and FY11.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| Natasha K. Metcalf<br>Vice President, Customer Contracts | Jennifer R. Unger<br>Senior Contracting Officer |
| 15B. CONTRACTOR/OFFEROR<br>(Signature of person authorized to sign) | 15C. DATE SIGNED<br>5/29/09 | 16B. UNITED STATES OF AMERICA<br>BY (Signature of Contracting Officer) | 16C. DATE SIGNED<br>6.1.2009 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

CONFIDENTIAL    CORECIVIC_0004197

1. In accordance with Federal Acquisition Regulation (FAR) 52.217-9, Option to Extend the Term of the Contract (MAR 2000), this modification exercises Option Period One (1), for the twenty four month period of June 1, 2009 through May 31, 2011.

| | |
|---|---|
| Previous Annual Operating Price (AOP): | $ 32,820,604.92 |
| New Annual Operating Price (AOP): | $ 34,268,224.92 |
| Previous Monthly Operating Price (MOP): | $ 2,735,050.41 |
| New Monthly Operating Price (MOP): | $ 2,855,685.41 |
| Fixed Incremental Unit Price: | $ 38.89 |

The Fixed Incremental Unit Price (FIUP) of $38.89 will apply when the average daily population exceeds 1,209 inmates, to a maximum population of 1,507 inmates, during a monthly payment period.

2. The following adjustments are made to all option periods to reflect the changes in item number one (1) above. This information is provided only for the purpose of maintaining current and up to date pricing information associated with this revision and is not an obligation of funds for future contract years. Funds will be requested as appropriate in the below amounts, unless changed by future wage determinations or other modifications affecting the price of the contract.

UPDATED PRICING SCHEDULE

| Performance Period | Annual Operating Price | Fixed Incremental Unit Price Per Inmate Day |
|---|---|---|
| Option Period 2:<br>June 1, 2011 to May 31, 2012<br>June 1, 2012 to May 31, 2013 | $35,781,317.27<br>$35,781,317.27 | $40.66 |
| Option Period 3:<br>June 1, 2013 to May 31, 2014<br>June 1, 2014 to May 31, 2015 | $37,363,193.27<br>$37,363,193.27 | $42.51 |

| | |
|---|---|
| Maximum Possible FIUP impact of Mod 37 for option period 1:<br>$38.89 x 365 days x 298 inmates x 2 years = | $ 8,460,130.60 |
| Maximum Possible Award Fee impact for option period 1:<br>Award Fee: Up to a maximum five (5)percent of the<br>total payment received for the period rated.<br>$68,536,449.84 ÷ 8,460,130.60 x .05 = | $ 3,849,829.02 |
| Maximum Possible Contract Amount<br>**Budget purposes only** | $80,846,409.46 |

CONTRACTOR'S STATEMENT OF RELEASE
In consideration of the modification agreed to herein as complete equitable adjustment for the contractor's proposal, the contractor hereby releases the Government from any and all liability under this contract for further equitable adjustments attributable to such facts or circumstances giving rise to this proposal.

SIGNED _[signature]_  DATE 5/29/09
Natasha K. Metcalf
Vice President
Customer Contracts

CONFIDENTIAL                                                        CORECIVIC_0004198