# EXHIBIT 42

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1 CONTRACT ID CODE | OMB Clearance Control Number : 1103-0018 |
|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO | 3 EFFECTIVE DATE | 4 REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| 0067 | 6/1/2011 | 6-59W-11 | |

| 6. ISSUED BY          CODE | CO | 7. ADMINISTERED BY (If other than Item 6)          CODE | |
|---|---|---|---|

FEDERAL BUREAU OF PRISONS
PRIVATIZED CORRECTIONS CONTRACTING
320 FIRST STREET NW
WASHINGTON, DC 20534

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, country, state and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO |
|---|---|---|
| CORRECTIONS CORPORATION OF AMERICA 10 BURTON HILLS BLVD NASHVILLE, TN 37215-6105 | | 9B. DATED (SEE ITEM 11) |
| | | 10A. MODIFICATION OF CONTRACT/ORDER NO |
| | X | DJB1PC-002 |
| | | 10B DATED (SEE ITEM 13) |
| CODE 621763875 | FACILITY CODE 159734151 | 12/23/2004 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) |
|---|
| 2011-02-59W-25CN |

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority) FAR 52.217-9 Option to Extend the Term of the Contract |

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
See Block 14 Continuation Sheet(s)

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|---|
| | | | William Gensel | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | | By (Signature of Contracting Officer) | | 05/31/2011 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53 243

CONFIDENTIAL                                      CORECIVIC_0004317

Table of Contents

| Section | Description | Page Number |
|---|---|---|
| A | Solicitation/Contract Form | 1 |
| B | Supplies or Services and Prices/Costs | 4 |
| C | Description/Specifications/Statement of Work | 6 |
| D | Packaging and Marking | 6 |
| E | Inspection and Acceptance | 6 |
| F | Deliveries and Performance | 6 |
| G | Contract Administration Data | 6 |
| H | Special Contract Requirements | 7 |
| I | Contract Clauses | 7 |

52.202-1 Definitions (July 2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
52.203-3 Gratuities (Apr 1984) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
52.203-5 Covenant Against Contingent Fees (Apr 1984) . . . . . . . . . . . . . . . . . . . 9
52.203-6 Restrictions On Subcontractor Sales To The Government (Sept 2006) . . . . . . . . . . . . . . . 9
52.203-6 Alt I Restrictions On Subcontractor Sales To The Government - (Jul 1995) - Alternate I (Oct 1995) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
52.203-7 Anti-Kickback Procedures (Jul 1995) . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
52.203-8 Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity (Jan 1997) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
52.203-10 Price Or Fee Adjustment For Illegal Or Improper Activity (Jan 1997) . . . . . . . . . 9
52.203-12 Limitation On Payments To Influence Certain Federal Transactions (Sept 2007) . . . . . . . 9
52.204-2 Security Requirements (Aug 1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
52.204-4 Printed or Copied Double-Sided on Recycled Paper (Aug 2000) . . . . . . . . . . . . . 8
52.204-7 Central Contractor Registration (Apr 2008) . . . . . . . . . . . . . . . . . . . . . . . 8
52.208-9 Contractor Use of Mandatory Sources of Supply or Services (Oct 2008) . . . . . . . . . . 8
52.209-6 Protecting the Government's Interest When Subcontracting With Contractors Debarred, Suspended, or Proposed for Debarment (Sept 2006) . . . . . . . . . . . . . . . . . . . . . . 8
52.214-26 Audit and Records--Sealed Bidding (Mar 2009) . . . . . . . . . . . . . . . . . . . . 8
52.214-27 Price Reduction for Defective Cost or Pricing Data - Modifications - Sealed Bidding (Oct 1997) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
52.214-28 Subcontracting Cost or Pricing Data--Modifications--Sealed Bidding (Oct 1997) . . . . . . 8
52.214-29 Order of Precedence--Sealed Bidding (Jan 1986) . . . . . . . . . . . . . . . . . . . . 8
52.215-2 Audit and Records--Negotiation (Mar 2009) . . . . . . . . . . . . . . . . . . . . . . 8
52.215-2 Alt III Audit and Records--Negotiation (Jun 1999)- Alternate III (June 1999) . . . . . . . . 8
52.215-8 Order of Precedence--Uniform Contract Format (Oct 1997) . . . . . . . . . . . . . . . 8
52.215-14 Integrity of Unit Prices (Oct 1997) . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
52.215-14 Alt I Integrity of Unit Prices (Oct 1997)- Alternate I (Oct 1997) . . . . . . . . . . . . . 8
52.215-23 Limitations on Pass-Through Charges (Oct 2009) . . . . . . . . . . . . . . . . . . . . 8
52.215-23 Alt I Limitations on Pass-Through Charges (Oct 2009) -- Alternate I (Oct 2009) . . . . . . 8
52.216-16 Incentive Price Revision--Firm Target (Oct 1997) . . . . . . . . . . . . . . . . . . . 8
52.216-16 Alt I Incentive Price Revision--Firm Target (Oct 1997)- Alternate I (Apr 1984) . . . . . . . 8
52.216-17 Incentive Price Revision--Successive Targets (Oct 1997) . . . . . . . . . . . . . . . . 8
52.216-17 Alt I Incentive Price Revision--Successive Targets (Oct 1997)- Alternate I (Apr 1984) . . . 8
52.219-9 Alt I Small Business Subcontracting Plan (July 2010)- Alternate I (Oct 2001) . . . . . . . 8
52.219-9 Alt II Small Business Subcontracting Plan (July 2010)- Alternate II (Oct 2001) . . . . . . . 8
52.219-16 Liquidated Damages-Subcontracting Plan (Jan 1999) . . . . . . . . . . . . . . . . . . 8
52.222-1 Notice to the Government of Labor Disputes (Feb 1997) . . . . . . . . . . . . . . . . . 8
52.222-50 Combating Trafficking in Persons (Feb 2009) . . . . . . . . . . . . . . . . . . . . . 8
52.225-13 Restrictions on Certain Foreign Purchases (June 2008) . . . . . . . . . . . . . . . . . 8
52.228-4 Workers' Compensation and War-Hazard Insurance Overseas (Apr 1984) . . . . . . . . . 8
52.229-6 Taxes--Foreign Fixed-Price Contracts (June 2003) . . . . . . . . . . . . . . . . . . . 8
52.230-4 Disclosure and Consistency of Cost Accounting Practices -- Foreign Concerns (June 2010) . 8
52.230-6 Administration of Cost Accounting Standards (June 2010) . . . . . . . . . . . . . . . . 8
52.232-17 Interest (Oct 2008) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
52.232-23 Assignment Of Claims (Jan 1986) . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
52.232-23 Alt I Assignment of Claims (Jan 1986)- Alternate I (Apr 1984) . . . . . . . . . . . . . . 7
52.232-24 Prohibition of Assignment of Claims (Jan 1986) . . . . . . . . . . . . . . . . . . . . 7
52.232-25 Prompt Payment (Oct 2008) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
52.232-30 Installment Payments for Commercial Items (Oct 1995) . . . . . . . . . . . . . . . . . 7
52.233-1 Disputes (July 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
52.233-1 Alt I Disputes (July 2002)- Alternate I (Dec 1991) . . . . . . . . . . . . . . . . . . . . 7
52.233-3 Protest after Award (Aug 1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

CONFIDENTIAL                                                                CORECIVIC_0004318

52.233-4 Applicable Law for Breach of Contract Claim (Oct 2004)..................................... 7
52.242-1 Notice of Intent to Disallow Costs (Apr 1984)................................................ 7
52.242-3 Penalties for Unallowable Costs (May 2001).................................................. 7
52.242-13 Bankruptcy (July 1995)..................................................................... 7
52.244-2 Subcontracts (June 2007).................................................................... 7
52.244-6 Subcontracts for Commercial Items (Jun 2010)................................................ 7
52.244-6 Alt I Subcontracts for Commercial Items (Jun 2010) Alternate I (Jun 2010)................... 7
52.246-23 Limitation of Liability (Feb 1997)......................................................... 7
52.247-68 Report of Shipment (RESHIP) (Feb 2006)..................................................... 7
52.249-2 Termination for Convenience of the Government (Fixed-Price) (May 2004)...................... 7
52.253-1 Computer Generated Forms (Jan 1991)......................................................... 7
J     List of Attachments............................................................................. 9

CONFIDENTIAL

CORECIVIC_0004319

## Section B - Supplies or Services and Prices/Costs

**Block 14 Continuation:** Contract DJB1PC002, modification #67 is hereby issued to exercise Option Period 2 of the contract.

RCA Number: 6-59W-11
Performance Period: 6/1/2011 - 5/31/2013
Estimated Amount: $80,592,388.26

PROVIDE SERVICES FOR THE MANAGEMENT AND OPERATION OF A CORRECTIONAL FACILITY IN ACCORDANCE WITH
RFP-PCC-0008

## SCHEDULE OF SUPPLIES/SERVICES
CONTINUATION SHEET

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | Base Year 1 through Option Period 1, Year 1 - total amount paid 06/01/2005 - 05/31/2010 | Previous | SV | Previous | Previous:$175,318,778.39 |
| | | 1.000000 | | $175,318,778.3900 | Change: $0.00 |
| | | Change: 0.000000 | | Change: $0.0000 | Current: $175,318,778.39 |
| | | Current: 1.000000 | | Current: | |
| | | | | $175,318,778.3900 | |
| 0002 | Option Period 1 (Year 2) - Total Annual Operating Price(AOP)  12 Months Monthly Operating Price <MOP>, inmates upto 90%, June 1, 2010 to May 31, 2011 | Previous : | MO | Previous: | Previous:$34,360,513.58 |
| | | 12.000000 | | $2,863,376.1320 | Change: $0.00 |
| | | Change: 0.000000 | | Change: $0.0000 | Current: $34,360,513.58 |
| | | Current : | | Current: | |
| | | 12.000000 | | $2,863,376.1320 | |
| 0003 | Option Period 1 (Year 2) - 12 Months Fixed Incremental Unit Price (FIUP) - $38.89 per day, June 1, 2010 to May 31, 2011 | Previous : | BZ | Previous: | Previous:$4,230,065.30 |
| | | 108,770.000000 | | $38.8900 | Change: $0.00 |
| | | Change: 0.000000 | | Change: $0.0000 | Current: $4,230,065.30 |
| | | Current : | | Current: | |
| | | 108,770.000000 | | $38.8900 | |
| 0004 | Option Period 2 (Year 1) - Total Annual Operating Price(AOP)  12 Months Monthly Operating Price <MOP>, inmates upto 90%, June 1, 2011 to May 31, 2012 | Previous : | MO | Previous: | Previous:$35,873,605.93 |
| | | 12.000000 | | $2,989,467.1610 | Change: $0.00 |
| | | Change: 0.000000 | | Change: $0.0000 | Current: $35,873,605.93 |
| | | Current : | | Current: | |
| | | 12.000000 | | $2,989,467.1610 | |
| 0005 | Option Period 2 (Year 1) - 12 Months Fixed Incremental Unit Price (FIUP) - $40.66 per day, June 1, 2011 to May 31, 2012 | Previous : | BZ | Previous: | Previous:$4,422,588.20 |
| | | 108,770.000000 | | $40.6600 | Change: $0.00 |
| | | Change: 0.000000 | | Change: $0.0000 | Current: $4,422,588.20 |
| | | Current : | | Current: | |
| | | 108,770.000000 | | $40.6600 | |

CONFIDENTIAL
CORECIVIC_0004320

| | | | | | |
|---|---|---|---|---|---|
| 0006 | Option Period 2 (Year 2) - Total Annual Operating Price(AOP) 12 Months Monthly Operating Price <MOP>, inmates upto 90%, June 1, 2012 to May 31, 2013 | Previous : | MO | Previous: | Previous:$35,873,605.93 |
| | | 12.000000 | | $2,989,467.1610 | Change: $0.00 |
| | | Change: 0.000000 | | Change: $0.0000 | Current: $35,873,605.93 |
| | | Current : | | Current: | |
| | | 12.000000 | | $2,989,467.1610 | |
| 0007 | Option Period 2 (Year 2) - 12 Months Fixed Incremental Unit Price (FIUP) - $40.66 per day, June 1, 2012 to May 31, 2013 | Previous : | BZ | Previous: | Previous:$4,422,588.20 |
| | | 108,770.000000 | | $40.6600 | Change: $0.00 |
| | | Change: 0.000000 | | Change: $0.0000 | Current: $4,422,588.20 |
| | | Current : | | Current: | |
| | | 108,770.000000 | | $40.6600 | |
| 0008 | Option Period 3 (Year 1) - Total Annual Operating Price(AOP) 12 Months Monthly Operating Price <MOP>, inmates upto 90%, June 1, 2013 to May 31, 2014 | Previous : | MO | Previous: | Previous:$37,455,481.93 |
| | | 12.000000 | | $3,121,290.1610 | Change: $0.00 |
| | | Change: 0.000000 | | Change: $0.0000 | Current: $37,455,481.93 |
| | | Current : | | Current: | |
| | | 12.000000 | | $3,121,290.1610 | |
| 0009 | Option Period 3 (Year 1) - 12 Months Fixed Incremental Unit Price (FIUP) - $42.51 per day, June 1, 2013 to May 31, 2014 | Previous : | BZ | Previous: | Previous:$4,623,812.70 |
| | | 108,770.000000 | | $42.5100 | Change: $0.00 |
| | | Change: 0.000000 | | Change: $0.0000 | Current: $4,623,812.70 |
| | | Current : | | Current: | |
| | | 108,770.000000 | | $42.5100 | |
| 0010 | Option Period 3 (Year 2) - Total Annual Operating Price(AOP) 12 Months Monthly Operating Price <MOP>, inmates upto 90%, June 1, 2014 to May 31, 2015 | Previous : | MO | Previous: | Previous:$37,455,481.93 |
| | | 12.000000 | | $3,121,290.1610 | Change: $0.00 |
| | | Change: 0.000000 | | Change: $0.0000 | Current: $37,455,481.93 |
| | | Current : | | Current: | |
| | | 12.000000 | | $3,121,290.1610 | |
| 0011 | Option Period 3 (Year 2) - 12 Months Fixed Incremental Unit Price (FIUP) - $42.51 per day, June 1, 2014 to May 31, 2015 | Previous : | BZ | Previous: | Previous:$4,623,812.70 |
| | | 108,770.000000 | | $42.5100 | Change: $0.00 |
| | | Change: 0.000000 | | Change: $0.0000 | Current: $4,623,812.70 |
| | | Current : | | Current: | |
| | | 108,770.000000 | | $42.5100 | |

| | |
|---|---|
| PREVIOUS TOTAL | $378,660,334.79 |
| CHANGE | $0.00 |
| CURRENT TOTAL | $378,660,334.79 |

CONFIDENTIAL

CORECIVIC_0004321

FUNDING DETAILS:

| ITEM NO. | FUNDING LINE | OBLIGATED AMOUNT | ACCOUNTING CODES |
|---|---|---|---|
| N/A | 1 | Previous : $0.00<br>Change: $12,115.98<br>Current : $12,115.98 | 2011 - 02 - - - - 59W - - 25CN - - - - - - |
| | | PREVIOUS: $0.00<br>CHANGE: $12,115.98<br>CURRENT: $12,115.98 | |

Section C - Description/Specifications/Statement of Work

No Clauses

Section D - Packaging and Marking

No Clauses

Section E - Inspection and Acceptance

No Clauses

Section F - Deliveries and Performance

No Clauses

Section G - Contract Administration Data

No Clauses

CONFIDENTIAL                                                                                      CORECIVIC_0004322

Section H - Special Contract Requirements

No Clauses


Section I - Contract Clauses


Clauses By Reference

| 52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998) |
|---|
| This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es): www.arnet.gov/far |

| Clause | Title |
|---|---|
| 52.253-1 | Computer Generated Forms (Jan 1991) |
| 52.249-2 | Termination for Convenience of the Government (Fixed-Price) (May 2004) |
| 52.247-68 | Report of Shipment (RESHIP) (Feb 2006) |
| 52.246-23 | Limitation of Liability (Feb 1997) |
| 52.244-6 Alt I | Subcontracts for Commercial Items (Jun 2010) Alternate I (Jun 2010) |
| 52.244-6 | Subcontracts for Commercial Items (Jun 2010) |
| 52.244-2 | Subcontracts (June 2007) |
| 52.242-3 | Penalties for Unallowable Costs (May 2001) |
| 52.242-13 | Bankruptcy (July 1995) |
| 52.242-1 | Notice of Intent to Disallow Costs (Apr 1984) |
| 52.233-4 | Applicable Law for Breach of Contract Claim (Oct 2004) |
| 52.233-3 | Protest after Award (Aug 1996) |
| 52.233-1 Alt I | Disputes (July 2002)- Alternate I (Dec 1991) |
| 52.233-1 | Disputes (July 2002) |
| 52.232-30 | Installment Payments for Commercial Items (Oct 1995) |
| 52.232-25 | Prompt Payment (Oct 2008) |
| 52.232-24 | Prohibition of Assignment of Claims (Jan 1986) |
| 52.232-23 Alt I | Assignment of Claims (Jan 1986)- Alternate I (Apr 1984) |
| 52.232-23 | Assignment Of Claims (Jan 1986) |

CONFIDENTIAL

CORECIVIC_0004323

| Clause | Title |
|---|---|
| 52.232-17 | Interest (Oct 2008) |
| 52.230-6 | Administration of Cost Accounting Standards (June 2010) |
| 52.230-4 | Disclosure and Consistency of Cost Accounting Practices -- Foreign Concerns (June 2010) |
| 52.229-6 | Taxes--Foreign Fixed-Price Contracts (June 2003) |
| 52.228-4 | Workers' Compensation and War-Hazard Insurance Overseas (Apr 1984) |
| 52.225-13 | Restrictions on Certain Foreign Purchases (June 2008) |
| 52.222-50 | Combating Trafficking in Persons (Feb 2009) |
| 52.222-1 | Notice to the Government of Labor Disputes (Feb 1997) |
| 52.219-9 Alt II | Small Business Subcontracting Plan (July 2010)- Alternate II (Oct 2001) |
| 52.219-9 Alt I | Small Business Subcontracting Plan (July 2010)- Alternate I (Oct 2001) |
| 52.219-16 | Liquidated Damages-Subcontracting Plan (Jan 1999) |
| 52.216-17 Alt I | Incentive Price Revision--Successive Targets (Oct 1997)- Alternate I (Apr 1984) |
| 52.216-17 | Incentive Price Revision--Successive Targets (Oct 1997) |
| 52.216-16 Alt I | Incentive Price Revision--Firm Target (Oct 1997)- Alternate I (Apr 1984) |
| 52.216-16 | Incentive Price Revision--Firm Target (Oct 1997) |
| 52.215-8 | Order of Precedence--Uniform Contract Format (Oct 1997) |
| 52.215-2 Alt III | Audit and Records--Negotiation (Jun 1999)- Alternate III (June 1999) |
| 52.215-23 Alt I | Limitations on Pass-Through Charges (Oct 2009) -- Alternate I (Oct 2009) |
| 52.215-23 | Limitations on Pass-Through Charges (Oct 2009) |
| 52.215-2 | Audit and Records--Negotiation (Mar 2009) |
| 52.215-14 Alt I | Integrity of Unit Prices (Oct 1997)- Alternate I (Oct 1997) |
| 52.215-14 | Integrity of Unit Prices (Oct 1997) |
| 52.214-29 | Order of Precedence--Sealed Bidding (Jan 1986) |
| 52.214-28 | Subcontracting Cost or Pricing Data--Modifications--Sealed Bidding (Oct 1997) |
| 52.214-27 | Price Reduction for Defective Cost or Pricing Data - Modifications - Sealed Bidding (Oct 1997) |
| 52.214-26 | Audit and Records--Sealed Bidding (Mar 2009) |
| 52.209-6 | Protecting the Government's Interest When Subcontracting With Contractors Debarred, Suspended, or Proposed for Debarment (Sept 2006) |
| 52.208-9 | Contractor Use of Mandatory Sources of Supply or Services (Oct 2008) |
| 52.204-7 | Central Contractor Registration (Apr 2008) |
| 52.204-4 | Printed or Copied Double-Sided on Recycled Paper (Aug 2000) |
| 52.204-2 | Security Requirements (Aug 1996) |

CONFIDENTIAL

CORECIVIC_0004324

| Clause | Title |
|---|---|
| 52.203-8 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity (Jan 1997) |
| 52.203-7 | Anti-Kickback Procedures (Jul 1995) |
| 52.203-6 Alt I | Restrictions On Subcontractor Sales To The Government - (Jul 1995) - Alternate I (Oct 1995) |
| 52.203-6 | Restrictions On Subcontractor Sales To The Government (Sept 2006) |
| 52.203-5 | Covenant Against Contingent Fees (Apr 1984) |
| 52.203-3 | Gratuities (Apr 1984) |
| 52.203-12 | Limitation On Payments To Influence Certain Federal Transactions (Sept 2007) |
| 52.203-10 | Price Or Fee Adjustment For Illegal Or Improper Activity (Jan 1997) |
| 52.202-1 | Definitions (July 2004) |

## Section J - List of Attachments

**No Clauses**

*Exhibits and Attachments*

| Identifier | Title | Number of Pages |
|---|---|---|
| 1 | SF-30 Continuation | 1 |

CONFIDENTIAL

CORECIVIC_0004325