# EXHIBIT 43

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE | OF PAGES |
|---|---|---|
| | 1 | 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| 0097 | 06/01/2013 | RCA 4-59W-13 | |

| 6. ISSUED BY | CODE | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|
| Federal Bureau of Prisons<br>Privatized Corrections Contracting<br>320 First Street NW<br>Washington, DC 20534 | | Federal Bureau of Prisons<br>Privatization Field Office<br>2240 Hubbard Rd.<br>Youngstown, OH 44507 | |

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

Corrections Corporation of America
10 Burton Hills Blvd.
Nashville, TN 37215-6105

(X) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

[X] 10A. MODIFICATION OF CONTRACT/ORDER NO.
DJB1PC-002
10B. DATED (SEE ITEM 13)
12/23/2004

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
SA-2013-02-59W-25CN

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

CHECK ONE:
- [ ] A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.
- [ ] B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).
- [ ] C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
- [X] D. OTHER (Specify type of modification and authority)
  FAR 52.217-9 Option to Extend the Term of the Contract

E. IMPORTANT: Contractor [X] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Contract DJB1PC002, Modification #97 is hereby issued to exercise Option Period 3 of the contract

RCA Number: 4-59W-13
Performance Period: 6/1/2013 - 5/31/2015
Estimated Amount: $76,697,918.32

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | William H. Gensel, Senior Contracting Officer |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | 5-29-13 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

CONFIDENTIAL

CORECIVIC_0004481

Contract #DJB1PC-002
Modification #0097
Block 14 - Description of Modification

1. In accordance with Federal Acquisition Regulation (FAR) 52.217-9, Option to Extend the Term of the Contract (Mar 2000), this modification exercises Option Period Three (3), for the twenty-four month performance period of June 1, 2013 through May 31, 2015.

| | |
|---|---|
| Option Period Three, Year One Annual Operating Price | $33,725,146.46 |
| Fixed Incremental Unit Price | $42.51 |

| | |
|---|---|
| Option Period Three, Year Two Annual Operating Price | $33,725,146.46 |
| Fixed Incremental Unit Price | $42.51 |

The Fixed Incremental Unit Price (FIUP) will apply when the average daily population exceeds 1,209 inmates, to a maximum population of 1,507 inmates, during a monthly payment period.

| Maximum Possible FIUP for Option Period Three | |
|---|---|
| Year 1: 298 inmates x $42.51 FIUP x 365 days = | $4,623,812.70 |
| Year 2: 298 inmates x $42.51 FIUP x 365 days = | $4,623,812.70 |

| Maximum Possible Award Fee for Option Period Three | |
|---|---|
| Year 1: $33,725,146.46+ $4,623,812.70 x .05 | $1,917,447.96 |
| Year 2: $33,725,146.46+ $4,623,812.70 x .05 | $1,917,447.96 |

| | |
|---|---|
| Maximum Possible Contract Amount for Option Period Three **Budget Purposes Only** | $80,532,814.24 |

All funding is subject to the approval of a fiscal year appropriation for FY-13, FY-14, and FY-15.

CONFIDENTIAL    CORECIVIC_0004482