# EXHIBIT 45

Page 1

1            UNITED STATES DISTRICT COURT

           MIDDLE DISTRICT OF TENNESSEE

2    _____

3    NIKKI BOLLINGER GRAE,

 Individually and on Behalf of

4    All Others Similarly Situated,

5            Plaintiff,

6

 vs.              Civil Action No. 3:16-CV-02267

7

8    CORRECTIONS CORPORATION OF AMERICA,

 et al.,

9

        Defendants.

10   _____

11

12

13

              CONFIDENTIAL

14

   Videotaped Deposition of PATRICK SWINDLE - 30(b)(6)

15

16          Taken on behalf of the Plaintiff

17              January 9, 2019

18

19

20

21

22

23   Reported by:

24   JEANNIE CHAFFIN, LCR

25   Job No. 10050083

```
 1              A P P E A R A N C E S
 2
 3
   For the Plaintiff:
 4
          MR. CHRISTOPHER M. WOOD
 5           MR. CHRISTOPHER H. LYONS
          Attorneys at Law
 6           Robbins, Geller, Rudman & Dowd
          414 Union Street, Suite 900
 7           Nashville, TN  37219
          (615)244-2203
 8           cwood@rgrdlaw.com
          clyons@rgrdlaw.com
 9
10
11   For the Defendants:
12           MR. BRIAN GLENNON
          MR. ERIC PETTIS
13           Attorneys at Law
          Latham & Watkins
14           355 South Grand Avenue, Suite 100
          Los Angeles, CA  90071
15           (213)891-7593
          brian.glennon@lw.com
16           eric.pettis@lw.com
17
18
          MR. TREY McGEE
19           Attorney at Law
          Riley, Warnock & Jacobson
20           1906 West End Avenue
          Nashville, TN  37203
21           (615)320-3700
          tmcgee@rwjplc.com
22
23
24   Also Present:
25           MR. DANIEL GIBBONS, Videographer
```

Page 7

1    witness.

2            MR. PETTIS:  Eric Pettis, Latham and

3    Watkins, on behalf of the Defendants and the witness.

4            THE VIDEOGRAPHER:  The court reporter

5    today is Jeannie Chaffin, and she may now swear in

6    the deponent.

7

8            *   *   *

9            PATRICK SWINDLE,

10   was called as a witness and having first been duly

11   sworn, testified as follows:

12

13                EXAMINATION

14   QUESTIONS BY MR. WOOD:

15   Q.      Good morning, Mr. Swindle.

16   A.      Good morning.

17   Q.      Could you just state your full name for the

18   record, please?

19   A.      Sure.  It's Patrick David Swindle.

20   Q.      Thanks.

21           And you've had your deposition taken before;

22   is that right?

23   A.      I've been deposed before.

24   Q.      How many times, approximately?

25   A.      Just once.

1    grounds that it calls for an expert opinion.

2    BY MR. WOOD:

3    Q.      Okay.  You can answer.

4    A.      So I would say it would be subject to -- to

5    expert review, in terms of the correlations of

6    alleged losses being directly or proximally caused.

7    Q.      Let me -- let me try asking it a different

8    way.

9          Does the -- what's the -- does the company

10    have a position as to whether or not Plaintiffs'

11    losses were caused by someone other than the

12    Defendants?

13          MR. GLENNON:  Same objection.

14          THE WITNESS:  We believe the decline in

15    the stock price that occurred was the direct result

16    of the Deputy Attorney General issuing a memo that

17    indicated -- or gave direction to the BOP to reduce

18    its use of the private sector over time.

19          So that singular event created the market

20    disruption, we believe, that we saw.  The correlation

21    between that event and the prior events at any of the

22    facilities, we don't agree are correlated.  In other

23    words, the DAG's -- the Deputy Attorney General's

24    memo itself, we believe, was motivated for -- by

25    factors other than absolute performance of either

Page 36

1    ourselves or the private sector.

2    BY MR. WOOD:

3    Q.     And what were those motivations?

4    A.     We believed that there was a direct political

5    motivation that resulted in that memo being released.

6    If you look in -- if you sort of put the year into

7    context.

8           So we're in a presidential election year.

9    The Bernie Sanders' campaign had come out openly

10   against privatization of the private prisons.  The

11   basis for that wasn't necessarily expressed, other

12   than from a perspective of philosophy, they disagreed

13   with the existence of our industry.

14          Hillary Clinton later, in that campaign

15   cycle, also adopted the same strong position around

16   private prisons.  We became very politically relevant

17   in a way that the industry had not been historically.

18          And when you look at the dynamics between

19   the platform position the Democratic candidates had

20   taken relative to our industry, it certainly created

21   political motivations to be much more aggressive and

22   I -- frankly, move the Bureau of Prisons away from

23   use of private sector because that was possible.

24          So -- and by that, what I mean is, the

25   Department of Justice has responsibility for two

Page 37

1    large law enforcement organizations:  US Marshal

2    Service and the Bureau of Prisons.  The direction

3    that was given specifically was with the Bureau of

4    Prisons.

5            That Bureau of Prisons guidance, we

6    believe, was possible because of the significant

7    reduction that occurred in the Bureau of Prisons

8    populations as a result of the change in sentencing

9    guidelines between crack and powder cocaine

10    sentencing.

11            And so the BOP populations had declined.

12    Private sector populations were beginning to decline.

13    The combination of those two things created lesser

14    demand, which allowed for the Department to pull back

15    from use of the beds, irrespective of any other

16    competing factor.

17    Q.      And who do you think was responsible for that

18    decision, for the decision to issue the Yates memo?

19            MR. GLENNON:  Objection.

20            THE WITNESS:  Well, I can't speak to

21    that.  Deputy Attorney General Yates issued the memo,

22    and I haven't been a party to, you know, how that

23    decision was made, who participated in the decision

24    to -- to make that announcement in that way.

25    ///

Page 42

1    reasonably have.

2           Beyond that, I -- I, for example, would

3    look at the OIG report and the BOP's response to the

4    OIG report.  There -- had the BOP read that report

5    and interpreted it as experts that -- that anything

6    identified in that report should have resulted in a

7    reduction or elimination of use of the private

8    sector, they could easily have provided that as their

9    response in that report.

10          There were four specific areas of

11   guidance given.  One of them was around reviewing the

12   data.  So we -- we, as the OIG, as non-correctional

13   investigators, have evaluated this data.  It says

14   something to us.  We're not sure quite what to make

15   of it.  You need to put together a working group to

16   understand it because you're the experts and decide

17   whether you should take some action.

18          So I -- I look at the conclusions of that

19   report not as being final guidance.  It's more, we

20   see this.  You should go look at it.  You should look

21   at that and evaluate it.  So I didn't interpret that

22   as a definitive solution -- conclusion, even by the

23   OIG around use of the private sector.

24          Then in terms of the day-to-day

25   management, it's very common for the OIG to go in and

Page 43

1    review the Bureau of Prisons.  So it isn't unique for

2    the OIG to investigate or do a review of a specific

3    area to provide guidance, provide feedback.  And so

4    I -- I look at that -- especially the guidance around

5    contract management and contract oversight and the

6    guidance around the steps they should take as

7    somewhat normal course guidance to the BOP, similar

8    to what they received in other similar inquiries

9    unrelated to the private sector.

10          So I -- I wouldn't interpret -- or at

11    least I -- I haven't -- the company doesn't interpret

12    the -- that report or the circumstances around the

13    report as being indicative of a quality failing that

14    would cause the Deputy Attorney General to -- or the

15    Bureau of Prisons, rather, to need to step away from

16    our sector.

17    Q.    CCA had received information from the BOP

18    that the BOP was unhappy with the quality at some of

19    its facilities, right?

20          MR. GLENNON:  Objection, vague.

21          THE WITNESS:  So in terms of -- so has

22    the BOP received -- I mean has, of course, CCA,

23    rather, received feedback regarding quality of our

24    BOP operations.  I would say absolutely.  We receive

25    it through many mechanism.

1          So if you think about the way that our

2    contracts are constructed and the way oversight's

3    constructed with BOP, which that somewhat links to

4    the -- the -- the OIG report, I think it's important

5    to understand how we construct the -- the -- the

6    operations facility.

7          So we -- at the beginning of a contract,

8    there will be an RFP issued.  That RFP includes

9    statement of work.  So these are the requirements of

10   the operation that you must provide.  We bid based on

11   the statement of work.  So we will price the contract

12   and bid based on the statement of work.  And it will

13   be the operating model for us at the facility.

14        We translate that statement of work into

15   policies.  The policies are then utilized to direct

16   management of the facility.  The policies are

17   approved by the Bureau of Prisons.  So in policy

18   implementation, there is -- there is an approval from

19   the agency around the implementation of those

20   policies.

21        We have -- our facility leader, so our

22   warden, is primarily responsible for the contract

23   compliance of those individual locations.  So they

24   individually have that responsibility to ensure

25   compliance, and they are supportive of the quality

Page 45

1    assurance manager.

2           So if you were to look at how do we

3    manage contract compliance and how do we manage and

4    ensure operations are compliant, we -- we have the

5    warden, the quality assurance manager, and the

6    policies based off the statement of work.

7           Then locally, we have the representatives

8    from the Bureau of Prisons.  So at every Bureau of

9    Prisons locations, they have a team anywhere from two

10   to four people that are actively engaged on a daily

11   basis, providing oversight.  They walk around with

12   the warden.  They analyze areas.  They can -- they

13   have full access to the facility, so it's

14   nonrestricted.  And they evaluate how effective we're

15   managing as an organization and how effectively we're

16   managing our facilities.

17          Those folks do tend to be -- have

18   correctional orientation, so their background is

19   largely corrections because the primary mission is

20   safety and security and public safety of the

21   facility.  But those individuals do have primary

22   oversight responsibility.

23          So the first sort of line of defense or

24   mode of communication is direct communication between

25   us and the local monitors.  It's at the field level.

Page 46

1　　　　　Then outside of that day-to-day

2　communication, there's an opportunity for them to

3　provide more formal feedback.  They can provide --

4　they can provide letters.  They can provide NOCs.

5　The contract determines what would differentiate

6　between a letter and a NOC, in terms of what would

7　specifically trigger a note -- I'm sorry, a notice of

8　concern.  Yeah, a NOC.

9　Q.　　Yep.

10　A.　　What would specifically trigger a notice of

11　concern versus a letter of inquiry -- or a letter of

12　information or direction that would cause us to

13　correct a very specific area.  So there -- there's an

14　active engagement by the teams and by the local

15　monitors and then by the contract manager oversight

16　team to ensure compliance.

17　　　　　Annually, the BOP will conduct a CFM.  So

18　it's -- that -- that CFM is an annual audit of the

19　operation of the facility.  There are a large number

20　of items that they reviewed during that audit.  And

21　so that's another touch point.

22　　　　　So primary is day-to-day active, open

23　dialogue communication with the facility team,

24　direction to the facility team.  Then BOP, as a

25　parent, annually comes in and does a review and says,

1    these are the areas that we find that you may be not

2    compliant, or these are the areas where you're

3    very -- you're doing a very good job.  So that CFM

4    process provides us with feedback.

5         In addition to the CFM, then you have

6    the -- the CPAR, which I mentioned earlier, which is

7    an annual contract review, and that's the contracting

8    officer.  So there are multiple sort of vehicles for

9    us to receive feedback regarding our operation.

10        What -- what I'd say about operations for

11    the BOP, and it's just really operations in

12    corrections, it's -- it's extraordinarily rare,

13    public or private, to have an operation that has no

14    deficiencies in any audit area.  So it's -- it --

15    it's not uncommon to have deficiencies in those

16    areas.

17        And so what we do use those deficiencies

18    for, it's not to say that a deficiency is an

19    indictment of our operation.  It certainly would be

20    an indication of a need for an area of improvement,

21    an area of focus, and an area that -- that -- that we

22    can obviously improve our compliance in.  But it --

23    one can't construe an audit finding necessarily as an

24    indication of displeasure.  It's an indication of

25    noncompliance.

Page 48

1        Persistent noncompliance is obviously a

2   different issue. That can translate into a cure

3   notice. During my time with the company, I'm only

4   aware of one cure notice with the Bureau of Prisons,

5   which is in our Cibola facility, which had a

6   persistent nagging issue in the delivery of a

7   particular area of health services.

8        And so a cure notice is a mechanism that

9   the BOP has if they escalate to indicate a higher

10   level of displeasure and really to direct the -- the

11   correction occur or some contract action may be

12   taken. And so we have an opportunity when we receive

13   a cure notice to respond, fix the issues, or the

14   contract may be cancelled. And so they -- they have

15   the option, once triggering the cure notice, to

16   cancel the contract.

17        There's also a termination for

18   convenience provision in the contract that's

19   available to them. So they can't without cause

20   terminate. So they always -- my understanding is the

21   Bureau of Prisons has the ability to terminate if

22   they have significant displeasure with an event.

23   We've seen that occur within the industry, so we know

24   what that looks like.

25        We understand -- not -- not with

Page 49

1     CoreCivic, with -- with a competitive provider.  But

2     we know that if the BOP is significantly displeased,

3     they have the capability at any time.  And so they

4     can at any point cancel a contract if they chose and

5     have done that.

6             So in terms of the -- were we aware that

7     there were deficiencies, I would say, yes, we're

8     aware that there are deficiencies.  We're also aware

9     that we were deploying significant resources to

10     resolve those deficiencies via normal course.  And

11     the deficiencies and the types were not of such a

12     level that would cause us to think that BOP would

13     perceive that there's a systematic variation in their

14     operation that would meaningfully deviate from what

15     they experience in their own system.

16     Q.     Another way to get feedback from the BOP

17     would be debriefing on a contract bid, right?

18     A.     Yes.

19     Q.     And can you explain how that would work?

20     A.     So if we were to bid for a contract and we

21     would be unsuccessful on that bid, the -- it's a very

22     close process, so they run a very regimented -- the

23     BOP runs a very regimented process.  They have direct

24     communication through our contract management group

25     as we go through the processes.  So all feedback that

Page 50

1    we're provided is very formal.

2           Then the -- an award selection occurs.  A

3    formal award debrief, I don't recall having one of

4    those, but I wouldn't have been a participant in that

5    conversation.  It could occur on a formal or informal

6    basis, I suppose, and that would be with -- it would

7    be with our partnership development team if that were

8    to occur.

9    Q.     So, like, for Northeast Ohio, for example,

10   were you involved in the debriefing after that bid?

11   A.     I was not.

12   Q.     Okay.  Do you know anything about it?

13   A.     About Northeast Ohio?

14   Q.     Yeah.

15   A.     Northeast Ohio was a -- it was a very

16   well-run facility, had a very strong track record of

17   performance.

18          One of the dynamics around the Northeast

19   Ohio bid that was challenging for us is Location 1.

20   It's in a very high wage determination location.  So

21   the Department of Labor sets wages for the

22   procurements that the BOP issues.

23          And so the BOP will designate a -- well,

24   they will ask for submissions.  We submit our

25   locations.  They then seek an environmental

Page 51

1    assessment or a review of the local environment and

2    wage determination from the Department of Labor.

3          Department of Labor provides those wages

4    to the Bureau of Prisons -- Bureau of Prisons, who

5    they then provide to us, and that's the basis for the

6    salary assumptions that we have in our pricing

7    models.  And so it's set very specifically by the

8    Department of Labor.

9          I raise that as Northeast Ohio was a

10   high-cost labor market relative to many other markets

11   in the US.  And so if you compare the northeast

12   region to Texas or northeast region to Louisiana or

13   to Mississippi, you see significantly higher wage

14   structures.

15          The second issue that we have at

16   Northeast Ohio is separation of the compound.  So at

17   Northeast Ohio, we have Marshal service and the BOP.

18   The BOP was -- has been very specific about the

19   preference of having a single dedicated compound.

20          We believe, because of the history and

21   the strength of the operation at that facility, we

22   would be able to overcome that aversion because we

23   have evidenced history of operating the facility in

24   its current state.  But those were two roadblocks

25   that we had in particular.  And it sets pricing only

Page 52

1    because we knew going in that it was one of the

2    higher cost environments that the BOP operates in.

3    Q.     Well, another issue was CCA's historical

4    quality issues, right?

5           MR. GLENNON:  Objection, foundation.

6           THE WITNESS:  Well, so -- could you be

7    more specific?

8    BY MR. WOOD:

9    Q.     Sure.

10          When the -- when the BOP debriefed CCA about

11   why CCA didn't get the Northeast Ohio bid, one of the

12   reasons they gave was the quality problems that CCA

13   was having at other BOP facilities, right?

14          MR. GLENNON:  Objection, foundation.

15          THE WITNESS:  I wasn't a participant in

16   the conversation, so I -- I didn't receive that

17   feedback.

18   BY MR. WOOD:

19   Q.     Okay.  Fair enough.  All right.

20          THE REPORTER:  I'll ask that you slow

21   down, please.

22          THE WITNESS:  Okay.

23          THE REPORTER:  Thank you.

24   BY MR. WOOD:

25   Q.     Why don't we go to Number -- the seventh

Page 53

1    affirmative defense, which says knowledge.  And then

2    on -- on Page 31, top of Page 32, it says, "The

3    individual Defendants had no knowledge of or

4    reasonable ground to believe in the existence of the

5    facts alleged on which the liability of the company

6    is based."

7         Do you see that?

8    A.    Yes.

9    Q.    And what's the -- what's the company's

10   factual basis for that affirmative defense?

11   A.    I want to make sure that -- so -- that I

12   fully understand the statement.

13         So "The individual Defendants had no

14   knowledge of or reasonable ground to believe in the

15   existence of the facts alleged on which the liability

16   is based."

17         The liability of the company is based on

18   the belief that the company has withheld information

19   regarding the quality of its operations.  So in

20   viewing it through that lens, I -- I would look at

21   this and say, we believe that the decision that was

22   made by the Deputy Attorney General was made

23   independent of the quality of operations of the

24   Bureau of Prisons -- of our operation of the BOP.

25         When you looked at the OIG report, there

Page 95

1    activation, if there was a disturbance, the cost

2    associated with those events would be backed out to

3    provide sort of a base per diem cost.  That --

4    that -- that's very difficult for us to see into.

5            So, you know, we -- we can look at it on

6    its face and say their report says we're cheaper.

7    You add cost of construction, you add retirement

8    benefits, you add legal expense, then it's very clear

9    that they're substantially more expensive than us.

10            And then intuitively, what we know from a

11    cost and construction standpoint, if we're building

12    beds, you know, 50 to 70, they're building beds 175,

13    they made appropriation requests north of 300 for

14    Letcher County, Kentucky, we know that the capital

15    component, apples-to-apples, is going to be cheaper

16    with us.  So putting all those pieces together, it

17    makes us confident that we're substantially cheaper

18    than the Bureau of Prisons.

19    Q.    Was there a specific point at which an

20    analysis was done where CCA said, okay, let's --

21    let's look at this and -- and -- and figure out what

22    these numbers are?

23    A.    Yes.

24    Q.    And when was that?

25    A.    Let's see.  That would have been done -- I

1    can't tell you the precise year.  I can tell you the

2    precise marker, which would be when Harley was coming

3    into the role of chief corrections officer.

4    Q.      And when -- so when Mr. Lappin was coming in,

5    there was a specific undertaking of putting that

6    analysis together?

7    A.      Yes.

8    Q.      And who was involved in that?

9    A.      Eric Rasmussen.

10   Q.      And who is he?

11   A.      Eric is the managing director of strategic

12   development.  Eric also -- he reported to me during

13   that time.  And so as part of my team, I mentioned

14   the analytical team, we developed that document.

15   Q.      So you were involved in it as well?

16   A.      Well, it was under my purview.  Eric did the

17   work.

18   Q.      Anyone else other than Eric that was involved

19   in that?

20   A.      I -- I can't speak to whom -- so Eric reports

21   to me.  Eric would -- he -- he's very independent, so

22   he would work across the organization.  There's

23   documents that were needed, so it's possible he would

24   solicit feedback from others, but I can't speak to

25   who they would be.  Because he -- he did the

1    analytical work.  He did the work around

2    appropriations.  Harley provided feedback as we were

3    reviewing with him because it was really to help us

4    baseline based on his knowledge and understanding.

5    This is what we think.  Is what we think right?

6            And the -- the only external participant

7    that would have been engaged was Bill Dalius during

8    his transition from the BOP.  Prior to arriving at

9    CoreCivic, had a consulting firm, Perimeter --

10    Perimeter Consulting, I believe was the -- the group.

11    And so he did provide feedback to Eric as well.

12    Q.    And was there a -- like a -- was there a

13    document that was produced at the end of that process

14    kind of laying out the analysis?

15    A.    Yes.

16    Q.    Do you know what it was called?

17    A.    I do not.

18    Q.    Do you -- did you receive it?

19    A.    Yes.

20    Q.    Do you know who else got it?

21    A.    I am certain that I would have had that

22    document.  Todd Mullenger would have had that

23    document.  Harley would have had the document.  We

24    had the conversation independent of Damon, so this

25    was more of a conversation for us to make sure that

Page 98

1    we understood the cost of the BOP.

2              So it's possible that Damon received it,

3    as well, or that others may have.  But in terms of

4    the specific conversation, I -- I recall

5    participating in a conversation with Harley; Harley,

6    myself, Eric, and Todd.  I don't recall others having

7    participated in that.

8    Q.      What was the purpose of doing that analysis?

9    A.      Validation of what we believed the Bureau's

10   cost to be.  So in other words, they -- they stated

11   in a public document what their costs are.  We

12   believed those costs are higher.  So how much higher

13   are they.  It's just helpful to know that.

14   Q.      Well, so what was done with that information?

15   After -- after this document was prepared, was

16   this -- was it communicated to other folks outside of

17   CCA?

18   A.      Not to my knowledge.  I don't know that it

19   wasn't, but it certainly wouldn't have been as a

20   result of the -- the approach that we used within

21   the -- the -- within the team that we had.

22              So what -- one -- one of the questions we

23   always have with any of our partners is, is there an

24   opportunity in an area to grow.  So with BOP, the

25   questions that we would have as a company are, is

1    that plan into a specific policy that's implemented

2    at the local level.

3            The execution of that plan or the

4    requirement from a statement of work are managed

5    locally by the warden, the QA manager, and department

6    heads within their specific areas of expertise.

7            So you have basically the contract broken

8    down into its components, translated into policies

9    and procedures, and then ultimately implemented by

10    department heads at the facility level.

11    Q.        And is there a process within CCA for kind of

12    -- for auditing compliance with the contract

13    requirements?

14    A.        Yes.  That would be the contract compliance

15    function that exists with Don Murray.  So

16    Don Murray's team would evaluate -- they would send

17    out a team similar to the -- similar to the BOP with

18    the CFM process is our own internal process to help

19    us understand, are we complaint.  So their audit

20    instrument is more expansive than just the BOP

21    requirement, so they have a higher standard.  I

22    wouldn't say higher standard.  They have a number of

23    additional areas beyond just the CFM or beyond the

24    contract requirements and the issues that would be

25    covered in the CFM, but their review does include the

Page 176

1    CFM items.

2    Q.      So when they are doing their review, part of

3    what they are doing -- part of their audit tool

4    includes anything that's in the -- any contractural

5    requirements in the statement of work are going to be

6    translated into that audit tool to make sure that

7    there's compliance?

8    A.      Generally, yes.  And so I'll give you the

9    exception.  We have over time translated from a

10    companywide audit tool to a contract-specific

11    auditing tool.  So the spirit initially in the CFM

12    was really the basis for our initial audit

13    development.  So if you go back to the history of the

14    development of our audit function within CoreCivic,

15    it was based off and replicates -- based off of the

16    structure of the BOP's process and approach and

17    largely amplification of the tool that the BOP uses.

18    So it was a foundational item that we used in

19    development of our own audit tool.

20              So I would say I would expect that the

21    majority of the CFM items, if not all, would be

22    reflected in that tool.  What I can say is today, it

23    absolutely aligns 100 percent.  There may have been

24    times in the past where you would have seen

25    deviations between our tool and the BOP tool, in

Page 177

1    terms of specificity in a particular area.  The

2    spirit would have been the same.  The goal would have

3    been to evaluate performance of both.  If anything,

4    we probably would have had a higher standard set than

5    would have been reflected in the customer tool -- the

6    customer audit tool.

7    Q.      Okay.

8    A.      And I probably should say, by referencing

9    audit tool, what I'm specifically referring to is the

10    instrument that translates the specific requirements

11    of the contract into each subject matter area of

12    responsibility.

13    Q.      And who would be responsible for going

14    through the contract with the BOP and, I guess,

15    assigning different portions of compliance to

16    different people?

17    A.      So the statement of work for the BOP is --

18    because we only house criminal aliens for the BOP --

19    Q.      Yep.

20    A.      -- the statement of work is very similar from

21    BOP from facility to facility.  So when you look at

22    the development of policy for the BOP, you're

23    generally going to be implementing the same policy

24    that's been implemented at a prior location at a new

25    location.  And so if you were to think about policy

Page 178

1      development for a completely new customer, there's

2      very active engagement of policy team actually

3      creating the processes and approaches and tools used

4      so we meet that customer's expectations.  Because we

5      already have the statement of work built for the BOP,

6      we're able to leverage off that experience.  And so

7      we translate that statement of work to a facility,

8      which is a significant amount of work still, but we

9      have a basis from which to look at the historical

10      operationalizing of the plan.

11             And so the compliance -- the policy team

12      will take the contract, they will translate those

13      into the specific action items or policy items.

14      Policy will be implemented at the facility.  So the

15      warden owns that policy deployment is coordinating

16      with the quality assurance manager, the QAM at the

17      facility, and then they are educating department

18      heads on their responsibilities.

19             At the time of an activation, there is an

20      active education effort that extends beyond the core

21      facility team.  So if you have a stable facility

22      that's operating normally and there's a policy

23      change, they are going to implement that as part of

24      normal course.  During an activation, there's a team

25      that comes onboard to support the local team so that

Page 182

1    A.     Well, I'm not an attorney, but the way I

2    would interpret the statement is, unless it's

3    specified, we are required to follow the most current

4    edition of the American Correctional Association

5    standards for adult correctional institutions.  So

6    ACI/ACI standards -- ACA and ACI standards.  That

7    doesn't explicitly say in this place that we must be

8    ACA accredited, but it does say we must follow all

9    standards.

10          Now, it may say elsewhere that we must be

11   accredited.  And they are arguably one in the same,

12   with the exception of if we're compliant then -- and

13   we receive accreditation, then accreditation

14   validates that compliance.

15   Q.     Right.

16          Right.  So page -- I'm sorry.  Page 17 under

17   general administration, on line 21, it says the

18   contract is required to perform in accordance with

19   the most current editions of the ACA, ACI standards,

20   right?

21   A.     That's right.

22   Q.     Okay.  And so how does -- how does CCA

23   determine whether or not they are complying with the

24   ACA, ACI standards?

25   A.     So as we develop the audit plan or the audit

1    tool and implement the audit tool, we reflect any

2    standard that's not captured within the statement of

3    work specifically but is required either directly or

4    indirectly by that statement of work into that audit

5    tool.

6            So in a facility where we either have to

7    be ACA accredited or we choose to be ACA accredited,

8    we would audit compliance with the ACA

9    accreditations.  And we have teams in place within --

10    that the QA team, rather, helps our teams evaluate

11    accreditation independent of but also a part of the

12    normal annual audit process.

13    Q.     And then the ACA also comes in on a periodic

14    basis to actually do the accreditation, right?

15    A.     Oh, absolutely, yes.

16    Q.     And how the often does that -- how often do

17    the ACA accreditations occur in the BOP facilities?

18    A.     My understanding is that ACA accreditation is

19    on a three-year cycle.  So there's a rolling

20    accreditation.  I would want to confirm that, but I

21    believe that it's a three-year rolling review.

22    Q.     Okay.  The bottom of page 17 says the

23    contractor's responsible for development and the

24    administration of a comprehensive quality control

25    program.

1          Do you see that?

2     A.     Yes.

3     Q.     And what is that program at CCA?

4     A.     So the quality control program, the way we

5     approach quality -- it's somewhat an extension and

6     also a restatement of what we talked about earlier,

7     in terms of the way that we approach quality.

8              So quality starts with the manager.  So

9     it starts with, has the warden operationalized the

10    contract and his team, educated department heads on

11    their responsibilities.  So that's management

12    execution.  That isn't quality control.  But that's

13    the first step, is to make sure there's a full,

14    complete understanding of the contractual

15    requirements they have.

16             The QA manager is the individual that's

17    onsite locally to help facilitate that.  So the QA

18    manager typically reports to the warden.  They are

19    jointly responsible for ensuring the department heads

20    are acting in a way that's compliant with the

21    contract.  They are educating those that aren't.

22    They are working through plans of action to the

23    extent that those plans of action need to be created,

24    and then tracking and monitoring those -- self

25    monitoring locally.  So that role is really the

Page 186

1    "those," that would be the QA manager, that's the

2    warden with support from our quality assurance team.

3    Q.      Does CCA have -- during the class period, did

4    it have any policies and procedures for self

5    reporting contractural violations to the BOP?

6    A.      Do we have policies for self reporting to

7    track -- so if we perform an audit, would we provide

8    that audit to the Bureau of Prisons?

9    Q.      Sure.

10   A.      Self audit?

11          My understanding is that is the case

12   because we've received feedback from time to time

13   that our audit was more expansive than the CFM.  So

14   my presumption is if that, in fact, does occur, if

15   we're contracturally bound to provide it, we would

16   provide it.  The SSIM is onsite, so they are aware

17   when we audit.  We don't withhold information from

18   the Bureau of Prisons.  So to the extent that a team

19   is onsite doing an audit, there's going to be full

20   awareness of the outbriefing from that.

21          So I don't -- I can't answer the question

22   of was there a formal policy or approach.  There may

23   have been.  What I can say is that it would be

24   impossible for us to do an audit onsite without the

25   BOP's awareness and familiarity.  And I would expect

Page 187

1    that the SSIMs would be fully apprised of those

2    findings.

3    Q.      Okay.  If you turn to page 43 of the -- of

4    Exhibit 39, page 43 begins a section regarding

5    healthcare.  Do you see that?

6    A.      Yes.

7    Q.      And it says that CCA has to meet the

8    standards of the ACA and the joint commission; is

9    that right?

10   A.      Yes.

11   Q.      And how does CCA determine whether or not

12   they are in -- with respect to healthcare, in

13   compliance with the ACA and the joint commission

14   standards?

15   A.      Very similar to general compliance with a

16   dedicated team on the -- within quality assurance to

17   evaluate healthcare delivery.

18            Now, from an administration perspective,

19   the responsibility looks a bit different because the

20   specialization of healthcare.  And so by that, I mean

21   you've got clinical care oversight that is provided

22   by the physician.  So our CMO would give physician

23   guidance, make hiring determinations of the

24   individual physician, would give care guidance, would

25   manage the physician and nurse practitioner delivery

Page 188

1    of care.

2           You have regional health services

3    administrators, so I reference the managing

4    directors.  They are responsible for correctional

5    service delivery.  We have regional health services

6    administrators that support the local health services

7    administrators because of the complexity of

8    healthcare delivery.

9           So as we talk about a warden having full

10   responsibility for the operation and compliance of

11   the facility, there's certain areas where our wardens

12   are very, very strong and you would expect they would

13   be strong.  Medical is a unique care delivery area,

14   so therefore we support it with additional regional

15   support via the health services team to help maintain

16   compliance, to ensure provider coverage is adequate,

17   to provide guidance to the team and support as needed

18   in those areas where there may be opportunities for

19   improvement.

20          So the balance of the review is similar,

21   as I described.  Quality assurance manager is

22   reviewing healthcare similar to other areas.  Warden

23   has primary responsibility but can't ultimately

24   direct care or care delivery processes.  The CMO and

25   the health services team -- particularly the regional

Page 189

1 health services administrator -- are there to

2 educate, help develop processes, manage care

3 delivery, and give guidance.

4 Q. All right. And the joint commission comes in

5 and does audits, too; is that right?

6 A. I believe that to be the case. But I -- yes.

7 Q. Okay. Do you know how often they -- they

8 perform their audits or accreditation?

9 A. I do not.

10 Q. Okay.

11 A. I would add that similar to the conversation

12 around the ACA, the audit tool as developed by our

13 quality assurance department, would embed all

14 underlying requirements of -- in this case joint

15 commission standard. So to the extent that the

16 medical provisions in the contract didn't fully

17 capture joint commission, joint commission would be

18 captured in the company area of the audit tool.

19 Q. Okay. And so CCA has a chief medical

20 officer; is that right?

21 A. That's correct.

22 Q. And what is his or her responsibility?

23 A. The chief medical officer has primary

24 responsibility for care oversight guidance and hiring

25 and education of physicians, as a primary role.

Page 190

1    Q.      Is there a -- is there a budget that the CMO

2    oversees?

3    A.      The -- the budget that the CMO has

4    responsibility for would be embedded within the

5    facility budget that's developed annually.  The

6    individual -- the CMO would then make decisions when

7    there are vacancies based on his or her determination

8    of market, availability of physicians, the need to

9    pay something different than that.  And so I would

10   say the CMO is acting with discretion in terms of

11   making that decision, irrespective of the budget.  It

12   may be impacted by the budget, but I'm not aware of a

13   time when leadership has gone to the CMO and said you

14   can't hire a physician.  Not saying that hasn't

15   happened, but I'm not aware of it in my exposure with

16   the organization.

17   Q.      And do you know who reports directly to the

18   -- well, who -- does the CMO report to the CEO?

19   A.      The CEO, no.  The vice president of health

20   services is a -- so we have a physician -- a PC.  So

21   the leader of the physician corporation is the CMO.

22   Our manager of health services delivery would be our

23   vice president of health services.  The vice

24   president of health services coordinates with the

25   CMO.  The health services -- VP of health services

Page 209

1    and of ourselves throughout that period.

2    Q.    Okay.

3           MR. GLENNON:  Chris, we've been going for

4    an hour.  Can we take just like a two-minute break,

5    please?

6           MR. WOOD:  Sure.

7           MR. GLENNON:  Thank you.

8           THE VIDEOGRAPHER:  We are off the record

9    at 1:57 p.m.

10          (Short break.)

11          THE VIDEOGRAPHER:  We are on the record

12   at 2:07 p.m.

13   BY MR. WOOD:

14   Q.    I'm going to ask some questions related to

15   Topic Number 4 in the notice, which in general is

16   about communications with government agencies

17   concerning the allegations in the complaint and

18   communications and interactions regarding BOP

19   prisons.

20          So the first part of that I'd like to talk

21   about is the Yates memo.  Did CCA have -- so if you

22   put aside the BOP, did CCA have communications with

23   other government agencies about the Yates memo after

24   it was issued?

25   A.    Communications after the memo was issued?

Page 210

1    Q.    Yeah.

2    A.    I'm not aware of communications with other

3    government agencies after the issuance.  But that

4    doesn't mean that it wouldn't have occurred.

5    Q.    Okay.

6    A.    So in other words, I -- on a post-memo basis,

7    I'm not aware of a communication.

8    Q.    Well, did CCA -- did CCA know about the Yates

9    memo before it was issued?

10    A.    So from a timeline standpoint, the first time

11    to my knowledge that we became aware of the memo was

12    the morning the BOP scheduled a call that the memo

13    was issued, with all the private sector providers.

14    Ourselves, GEO, MTC scheduled the call, disclosed,

15    indicated that -- very shortly that that memo was

16    going to be released publicly.

17    Q.    And that there would be a Washington Post

18    article about it, right?

19    A.    Yes, correct.

20    Q.    And that was the first time that CCA knew

21    that the memo was going to be issues?

22    A.    Yes.

23    Q.    Okay.  So did -- well, so you -- CCA couldn't

24    have talked to anyone about the Yates memo before it

25    was issued, apart from during that call; is that

1     right?  Is that the first time?

2     A.     That's my understanding, yes.

3     Q.     Okay.  So just -- and just to be clear, I

4     think I understand what you're saying.  But CCA

5     didn't talk with -- hasn't talked with anyone at ICE,

6     for example, about the Yates memo at all, right?

7     A.     Well, from a -- so -- in the aftermath of the

8     Yates memo, one of the -- so one of the areas of

9     confusion that I think was created -- certainly

10     created this location with the stock prices were sort

11     of twofold.

12             One of them is stroke of the pen.  So can

13     the federal government decide sort of on a -- on a

14     whim to elect to discontinue use of the private

15     sector.  So can that happen.

16             The other was not a clear understanding

17     of federal contracting relationships that we have

18     with the Bureau of Prisons, with ICE, and with the US

19     Marshal Service.

20             So in terms of questions of conversations

21     about Yates memo, it would certainly behoove us to

22     have conversations with the Marshal Service and ICE

23     to try to understand if there are going to be

24     follow-on impacts of that memo.

25             So did we discuss -- I guess I

Page 284

1        If I look at the absolute reduction in

2   populations that we've seen from peak with the

3   Bureau, I think what you've seen is approximately

4   40,000 aggregate inmate population.  Private sector

5   is approximately 4,000, if I look over the same

6   period.  So the private sector, actually, bed-count

7   number has diminished.  It wouldn't seem to have

8   diminished in a way that would indicate that the last

9   bed is a criminal alien bed, which, again, then makes

10   it important to understand the specific population

11   subgroup dynamics.

12        And so I can't correlate exactly

13   population declines in the BOP with population

14   declines for the CAR population.

15   Q.     Okay.  If your -- you mentioned the requests

16   the BOP makes for funding to Congress, right?  Which

17   will have per diem amounts in there; is that right?

18   A.     Well, they -- they request a budget.  So the

19   Bureau of Prisons would request a budget for a fiscal

20   year.  And there would be an operating budget, and

21   that would be a capital budget.  So the support

22   that's provided would be the support that would

23   result -- that would drive the funding request from

24   Congress.  And so the BOP would be making that

25   request with the documentation that they used to do

Page 285

1    the cost comparisons.

2    Q.      And that's an annual process, right?

3    A.      Well, if Congress were to work as you would

4    expect, with annual budgets, yes, that's an annual

5    process.  The communication is annually.  Sometimes

6    continuing resolutions occur, as opposed to a new

7    budget.  So you sometimes will see a continuing

8    resolution that would carry funding over at

9    prior-year levels.  And so that doesn't mean that

10   there wouldn't be active dialogue between the CFO of

11   the BOP and Congressional Budget Appropriation

12   Committees to talk about a request.  But it doesn't

13   guarantee or assure that there would be funding

14   provided, is my understanding.

15          I've never participated in that process,

16   but my understanding of the process is that they are

17   going to prepare the request every year.  They are

18   going to go to the appropriators with the request.

19   If a new budget isn't approved, then there's a CR.

20   And if that CR doesn't include any additional

21   funding, then they have to figure out how to make

22   their operation work within the funded amounts.

23   Q.      But if you're looking to compare the BOP per

24   diem with a CCA per diem, you're looking at that

25   annual request process documentation?

1    A.      We would be looking at that documentation to

2    make an evaluation of, are we cheaper or not.  On --

3    underneath -- assuming the cost comparison that we

4    described earlier, which is if our per diem is fully

5    loaded, we know theirs is not, it's sort of a gut

6    check for us to say we know we're cheaper if we're on

7    that document cheaper because of all the additional

8    cost components that are not included.  So by

9    definition, we would have to be meaningfully cheaper

10    at that.

11    Q.      Well, are there cost components that are

12    involved with the BOP's, like, monitoring of private

13    prisons that are not included within your per diem,

14    too?

15    A.      Cost of monitoring.  Yes, there would be cost

16    of monitoring.  There's -- and, I mean, there's G&A

17    cost that we implicitly support.  So I think you'd

18    have to look from a total cost structure perspective.

19    I'm pretty -- when you begin to -- and I think it

20    will be apparent in the report that we put together.

21    But when you look -- so I'll just use a quick

22    example.

23    Q.      Yeah.

24    A.      I don't -- I don't have a calculator.

25            So if you take -- if you take $175,000

1    per bed for a 2,000 bed facility and you look at the

2    implied capital cost just of the recovery of capital

3    for that facility -- so I look at cost savings a few

4    ways.  One way I look at cost savings is on an

5    operating budget basis, am I cheaper in this year

6    than the Bureau of Prisons.  So let's just remove

7    capital.

8          Then the secondary -- the secondary

9    evaluation is around -- cost evaluation or cost

10    savings is, there's a certain permanence of whomever

11    constructs the facility.  So if we construct the

12    facility, we construct the facility for potentially

13    an ten-year life.  So the commitment that the Bureau

14    would be making to us is up to ten years.  Really

15    base four, with three two-year renewals that's

16    cancelable.  So we have a cancelable contract.

17          What we're giving them the flexibility to

18    do is, in effect, rent the facility.  So their --

19    when I look at the cost savings that are accrued to

20    them, it is operating cost savings.  But then one of

21    the most significant of the additional components is

22    that capital cost savings.  Because if they can avoid

23    -- if we can embed in our per diem a 70- -- I'll just

2    capital.  And they are building at 175,000 to 250,000

3    to -- Letcher County is over 300,000 a bed -- the

4    capital win is a meaningful cost savings.

5            And to the extent that the BOP policy --

6    to the extent policies drive continue to decline in

7    populations, then they've got the ability to rent the

8    beds from us and avoid the long-term capital expense

9    of that investment.

10            And so I would say that it -- so you've

11    got a day-one cost savings.  So on just pure -- say

12    the day one -- current year operating cost savings,

13    or our -- or are our operating costs cheaper.  We've

14    got plenty of data to support that.

15            And then multi-year, then it becomes a

16    function of are populations going to grow forever.

17    So in other words, is it a permanent capacity for the

18    BOP, or is it short-term capacity for the BOP.  And I

19    would argue we're in a place, from a policy

20    perspective, where they are renting beds, in addition

21    to owning them.  I'm sure they will make that

22    evaluation long term, should they build structural

23    capacity, should they build replacement capacity.

24    They've got to evaluate, do they take beds offline

25    that are really old and inefficient and very costly.

1          But I -- I would say just -- you know,

2     just from a cost comparison analysis, the combination

3     of sort of year-one operating savings and long-term

4     capital savings before I get to the other components

5     are meaningful.

6          And I think probably the best internal

7     expert who I spoke with in preparation for the

8     deposition around that would be Bill Dalius.  Because

9     he would have the most familiarity with the way the

10     BOP would evaluate sort of that tradeoff of

11     short-term capital and long-term capital and

12     operating costs.

13     Q.     Okay.  And then in terms of comparing quality

14     of facilities between the BOP and CCA, what basis did

15     CCA have for making quality comparisons between its

16     facilities and the BOP?

17     A.     So we have the ability internally to look at

18     quality on an absolute basis.  So just from a

19     day-to-day operating basis, we can look on an

20     absolute basis as one of the largest correctional

21     systems and say, how does -- how does this quality

22     and how does it compare.  That doesn't answer --

23     that's not responsive to the BOP question.

24          So what we can look at on an absolute

25     basis and say, you know, of the 500 items that the

Page 290

1    BOP is reviewing in the CFM, how many deficiencies --

2    how many deficiencies do we have.  If there's a

3    repeat, how common is that.  If there's a persistent

4    repeat, how common is that.  So we can look at those

5    things and use them as a basis for deploying

6    resources to resolve issues, and work with the

7    partner.

8            Part of our awareness of the familiarity

9    is also based on the employees that we have in our

10    organization.  So Mr. Lappin, who was previously

11    director of the Bureau of Prisons, is very familiar,

12    based on his role and his work previously with the

13    program review, as to what the span or the -- sort of

14    the band of performance might be.  So what would be

15    reasonable performance or not within the BOP, Bill

16    would have that ability.  Ken White would have that

17    ability.

18            When you look at the historical team that

19    we had supporting our facilities, so Mike Nalley was

20    the regional director in the BOP, had that

21    visibility.  So he had responsibility for a large

22    region within the BOP.  Participated in CFMs.  So he,

23    Harley, Kim -- so Mike, Harley, Bill, Kim,

24    Ron Thompson all at various points managed a

25    significant portion of the BOP operation.

```
 1                  C E R T I F I C A T E

 2     STATE OF TENNESSEE

 3     COUNTY OF SUMNER

 4          I, JEANNIE CHAFFIN, Licensed Court Reporter,

 5     with offices in Portland, Tennessee, hereby certify

 6     that I reported the foregoing videotape deposition of

 7     PATRICK SWINDLE by machine shorthand to the best of

 8     my skills and abilities, and thereafter the same was

 9     reduced to typewritten form by me.

10          I further certify that I am not related to

11     any of the parties named herein, nor their counsel,

12     and have no interest, financial or otherwise, in the

13     outcome of the proceedings.

14          I further certify that in order for this
       document to be considered a true and correct copy, it
15     must bear my original signature and that any
       unauthorized reproduction in whole or in part and/or
16     transfer of this document is not authorized, will not
       be considered authentic, and will be in violation of
17     Tennessee Code Annotated 39-14-104, Theft of
       Services.
18          Further, that if the foregoing pertains to

19     the original transcript of a deposition in a federal

20     case, before completion of the proceedings, review of

21     the transcript [ ] was [ X ] was not requested.

22

23     JEANNIE CHAFFIN, LCR

24     Associate Court Reporter and
       Notary Public State of Tennessee
25
       My Notary Commission Expires: 6/22/2021
25     LCR #169 - Expires: 6/30/2020
```

**Page 295**
**www.aptusCR.com**
Case 3:16-cv-02267   Document 361-10   Filed 11/20/20   Page 46 of 46 PageID #: 14336