# EXHIBIT 46

# FSC QA Weekly Audit Summary Report
# May 23 – 27, 2016

## FSC QA and Internal Audit Team

The FSC QA Audit Team conducted an operational audit this week at **Lake Erie Correctional Institution**. The results of the audit are summarized below.

Lake Erie Correctional Institution

Ohio Component:

| Category | Total Deficiencies | Total Repeat | Total NP | Total NI | Total NSD | Overlap with CCA |
|---|---|---|---|---|---|---|
| Operations Administration | 0 | | | | | |
| Human Resources | 0 | | | | | |
| Staff Training | 0 | | | | | |
| Unit Management | 0 | | | | | |
| Records | 0 | | | | | |
| Health and Safety | 0 | | | | | |
| Employee Safety | 0 | | | | | |
| Chief Inspector's Office | 0 | | | | | |
| Mental Health | 1 | | | 1 | | |
| Medical | 2 | | | 2 | | |
| Education | 0 | | | | | |
| Earned Credit | 0 | | | | | |
| Fiscal | 0 | | | | | |
| Victim Services | 0 | | | | | |
| ORAS/Reentry | 0 | | | | | |
| PREA | 0 | | | | | |
| Media | 9 | | | | 9 | |
| ACI Checklists | 3 | | | 3 | | 1 |
| **Total ODRC Indicators** | **15** | 0 | 0 | **6** | **9** | **1** |

CCA Component:

| Category | Total Deficiencies | Priority Deficiencies | General Deficiencies | Total Repeat | Priority NP | Priority NI | Priority NSD | General NP | General NI | General NSD | Overlap w/Partner | Priority Repeat | General Repeat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| General Administration | 3 | 3 | 0 | 0 | | 3 | | | | | | | |
| Finance | 0 | 0 | 0 | 0 | | | | | | | | | |
| Human Resources | 2 | 0 | 2 | 0 | | | | | 2 | | | | |
| Learning and Development | 4 | 2 | 2 | 0 | | 2 | | | 2 | | | | |
| Health Services | 0 | 0 | 0 | 0 | | | | | | | | | |
| Security and Control | 0 | 0 | 0 | 0 | | | | | | | | | |
| Safety and Sanitation | 0 | 0 | 0 | 0 | | | | | | | | | |
| Company Vehicles | 0 | 0 | 0 | 0 | | | | | | | | | |
| Physical Plant | 2 | 0 | 2 | 0 | | | | | 2 | | 1 | | |
| Food Service | 0 | 0 | 0 | 0 | | | | | | | | | |
| Laundry | 0 | 0 | 0 | 0 | | | | | | | | | |
| Classification and Unit Management | 0 | 0 | 0 | 0 | | | | | | | | | |
| Inmate Programs and Services | 0 | 0 | 0 | 0 | | | | | | | | | |
| **Total CCA Indicators** | **11** | **5** | **6** | 0 | 0 | **5** | 0 | 0 | **6** | 0 | **1** | 0 | 0 |
| PREA Audit Tool | 0 | 0 | 0 | 0 | | | | | | | | | |
| **Total CCA Indicators** | **11** | **5** | **6** | 0 | 0 | **5** | 0 | 0 | **6** | 0 | **1** | 0 | 0 |

- A total of **25** unique deficiencies were identified, with 11 from the CCA audit tool and 15 from the ODRC Audit Tool. One deficiency was noted on both the CCA Audit Tool and the Ohio tool. The 9 non-scored deficiencies on the Ohio tool resulted from delays in receiving access to a state web site.
- No repeat deficiencies were noted.

| Climate Surveys | Year over Year | | | vs. CCA Average | | | Facility 2016 vs. 2015 | | | Facility vs. CCA | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2016 | 2015 | Chg. | Facility | CCA | Diff. | Above | Below | Neut. | Above | Below | Neut. |
| Staff | 3.94 | 3.95 | -0.01 | 3.94 | 4.05 | -0.11 | 9 | 7 | - | 5 | 10 | 1 |
| Inmate | 3.72 | 3.62 | +0.10 | 3.72 | 3.91 | -0.19 | 19 | 8 | - | 4 | 23 | - |

**CONFIDENTIAL AND SENSITIVE INFORMATION – Please do not redistribute**

- No staff survey questions had average responses below 3.0, changed by >0.5 from 2015, or were >0.5 below CCA averages.
- One inmate survey question (commissary prices, 2.82, +0.45) had an average response below 3.0.
- Average responses for one question (recreational opportunities, 4.29, +0.52) increased by >0.5.
- No questions had a decrease in average response of >0.5.
- One question (fire drill, 4.47, 0.53 above) had an average response >0.5 above CCA averages.
- Three questions had an average response >0.5 below CCA averages: illegal drug availability (3.33, 0.69 below), cleanliness/sanitation (3.36, -0.67), and contraband (3.69, -0.50).

## Staff Assistance Visits

Facilities with an interest in comprehensive or targeted Technical Assistance Visits are invited to contact Don Murray to schedule a visit. Dates for TAVs are available throughout the year.

## ACA Audits

The next ACA Audit is scheduled at **Northeast Ohio Correctional Center** the week of June 6.

## ACA Mock Audits

An ACA Mock Audit was conducted this week at **Cimarron Correctional Facility**. The report from the mock audit will be released next week and summarized in next week's report.

The next ACA Mock Audit is scheduled at **Cibola County Correctional Center** the week of June 13.

The report from the ACA Mock Audit conducted last week at **Webb County Detention Center** was released this week and is summarized below. The ACA Audit is scheduled the week of July 11.

| Applicable Standards: **ALDF** | MANDATORY | NON-MANDATORY |
|---|---|---|
| Number of Standards in Manual | 60 | 323 |
| Number Not Applicable | 0 | 37 |
| Number Applicable | 60 | 286 |
| Number in Non-Compliance | 0 | 41 |
| Number in Compliance | 60 | 245 |
| Percentage of Compliance | **100.0%** | **85.7%** |

Three physical plant standards found Non-Compliant in the 2013 audit will continue to be Non-Compliant: 1A-15 (natural light); 1A-16 and 1A-17 (both glazing). Two additional standards related to formal education programs (2A-66 and 5A-09) are at risk due to the nature of the population and existing programs. The audit team noted a delay in obtaining required Safety Data Sheets (due in June) resulting from a vendor issue.

## Upcoming ACA Audits and ACA Mock Audits

The 2016 ACA audit calendar is provided below.

| Facility | Stds. | Type of Visit | Mock Audit (week of) | ACA Audit (week of) | Last Score Non-Mand. | 2016 Score |
|---|---|---|---|---|---|---|
| McRae | ACI | Reaccreditation | 12/7/2015 | 2/1/2016 | 99.8% (5/13) | 100.0%/99.8% |
| Jenkins | ACI | Reaccreditation | 11/30/2015 | 2/29/2016 | 100.0% (6/13) | 100.0%/**100.0%** |
| Florence | ALDF | Reaccreditation | 2/1/2016 | 4/4/2016 | 98.6% (10/13) | 100.0%/99.0% |
| Houston | ALDF | Reaccreditation | 3/7/2016 | 4/18/2016 | 100.0% (10/13) | 100.0%/99.5% |
| Torrance | ACI | Reaccreditation | 2/22/2016 | 5/2/2016 | 98.0% (10/13) | 100.0%/**100.0%** |
| Lake City | ACI | Reaccreditation | 3/28/2016 | 5/9/2016 | 100.0% (5/13) | 100.0%/99.7% |
| Adams | ACI | Reaccreditation | 4/4/2016 | 5/16/2016 | 100.0% (11/13) | 100.0%/**100.0%** |
| NEOCC | ACI | Reaccreditation | 4/18/2016 | **6/6/2016** | 99.0% (4/13) | |



**CONFIDENTIAL AND SENSITIVE INFORMATION – Please do not redistribute**



CONFIDENTIAL CORECIVIC_1009203

**FSC QA Weekly Audit Summary Report**

| Facility | Stds. | Type of Visit | Mock Audit (week of) | ACA Audit (week of) | Last Score Non-Mand. | 2016 Score |
|---|---|---|---|---|---|---|
| Elizabeth | ALDF | Reaccreditation | 5/2/2016 | 6/27/2016 | 99.6% (10/13) | |
| Webb | ALDF | Reaccreditation | 5/16/2016 | 7/11/2016 | 99.0% (9/13) | |
| Cibola | ACI | Reaccreditation | **6/13/2016** | 7/18/2016 | 99.1% (10/13) | |
| Cimarron | ACI | Reaccreditation | 5/23/2016 | 7/25/2016 | 99.8% (10/13) | |
| CADC | ALDF | Reaccreditation | **6/20/2016** | 8/1/2016 | 98.9% (10/13) | |
| Hardeman | ACI | Reaccreditation | 7/25/2016 | 9/12/2016 | 99.5% (9/13) | |
| Davis | ACI | Reaccreditation | 8/15/2016 | 10/17/2016 | 100.0% (9/13) | |
| Otay Mesa | ALDF | Initial | 10/17/2016 | 11/14/2016 | N/A | |

**next week** **occurs in next 30 days** completed

## PREA Audits

PREA Audits were conducted this week at **Fort Worth Transition Center** and the **Dallas Transition Center**.

- Fort Worth Transition Center was found in compliance on all standards but one (115.241). Corrective action was identified related to the screening process, and updated documentation will be required to demonstrate compliance.
- The audit at Dallas Transition Center noted several issues requiring attention, but resolution is not expected to take an extended amount of time. Use of screening information (115.242), investigator training (115.234), and resident education (115.233) were specific standards noted in the preliminary report. Additional documentation also needs to be provided in a couple of other areas (14-2 CC H form and PREA incident review).

The next PREA Audit is scheduled at **Northeast Ohio Correctional Center** the week of June 13.

## PREA Mock Audits

The next PREA Mock Audit is scheduled at **South Central Correctional center** the week of June 6. *This will be the last PREA mock audit for the first three-year PREA Audit schedule for DOJ facilities.*

The report from the PREA Mock Audit conducted last week at **Webb County Detention Center** was released this week. Webb was found Compliant on 26 of 40 applicable standards (65%). The PREA Audit is scheduled for the week of July 18. Items noted in the report as requiring attention are listed below; please refer to the full report for additional details.

- *Standards found Non-Compliant: 115.13, 115.15, 115.16, 115.17, 115.22, 115.33, 115.34, 115.41, 115.61, 115.63, 115.65, 115.73, 115.81, and 115.86.*
- Increase visibility of PREA posters in housing units, restrictive housing.
- Provide better explanation of telephone numbers, services offered to inmates and staff.
- Document efforts to make rape crisis center calls anonymous.
- Toilets in some areas require additional privacy: large holding area.
- The food service detainee bathroom should have a window installed or a staff-controlled lock installed.
- Health services access to outside, independent services is limited.
- Confidentiality, cost of services, and scope of services are not fully understood by detainees and staff.
- Ensure a complete strip search log including gender of officers.
- Conduct a town hall to show the PREA video and document attendance.
- Provide refresher training of staff on transgender/intersex definitions and search/shower procedures.
- Define accommodations for LGBTI detainees in post orders/policy.
- Ensure all staff are comfortable responding to interview questions.

The calendar for cycle year 3 PREA Audits and Mock Audits follows. The schedule for the remainder of 2016 is in development.

| Facility | Mock Date | Audit Date | Final Report received | Comments |
|---|---|---|---|---|
| Crowley | 7/13/2015 | 9/14/2015 | 10/15/2015 | Report posted |
| Lake Erie | 7/27/2015 | 9/21/2015 | 1/19/2016 | Report posted |
| Lindsey | 6/29/2015 | 10/5/2015 | 11/8/2015 | Report posted |
| Wheeler | 8/24/2015 | 10/12/2015 | 12/14/2015 | Report posted |
| Adams | 8/31/2015 | 11/2/2015 | 12/5/2015 | Report posted |
| Eden | 9/14/2015 | 11/16/2015 | 4/17/2016 | Report posted |
| Silverdale | 9/21/2015 | 12/7/2015 | 12/29/2015 | Report posted |
| Corpus Christi Ctr | 1/4/2016 | 4/4/2016 | 4/20/2016 | RRC; report posted |
| El Paso MUF/TC | 1/11/2016 | 4/18/2016 | | RRC; awaiting report |
| Austin Trans Ctr | 2/8/2016 | 4/25/2016 | | RRC; corr. action on 5 standards |
| Bradshaw | 3/21/2016 | 5/9/2016 | | Awaiting report |
| Torrance | 2/22/2016 | 5/16/2016 | | Awaiting report |
| Dallas TC/Ft Worth TC | 2/15/2016 | 5/23/2016 | | Awaiting report |
| NEOCC | 4/18/2016 | **6/13/2016** | | Joint ACA/PREA mock |
| Bartlett | 4/25/2016 | **6/20/2016** | | |
| CTF | 4/11/2016 | 6/27/2016 | | |
| Webb | 5/16/2016 | 7/18/2016 | | Joint ACA/PREA mock |
| South Central | **6/6/2016** | 8/1/2016 | | |
| Jenkins | **6/20/2016** | Aug/Sept | | Tentative audit date – Cycle 2 |
| McRae | 6/27/2016 | Aug/Sept | | Tentative audit date – Cycle 2 |

**next week** **next 30 days** audit completed final report issued *Coordinated by CCA unless otherwise noted.*

## Partner Activity

BOP

The 2016 BOP audit calendar is provided below.

| Facility | Audit Date | Comments |
|---|---|---|
| Adams County Correctional Center | 1/4/2016 | 17 deficiencies; Hlth Svcs (8), Corr Svcs (6), Corr Prog (3) |
| Cibola County Correctional Center | 4/18/2016 | Preliminary; 18 deficiencies; Hlth Svcs (11, 2 Rpt, 1 Rptx2); HR (2); Corr. Svcs. (2); Ed/Rec Svcs. (2) |
| Eden Detention Center | 8/1/2016 | |
| CAI – both locations | 8/15/2016 | |
| McRae Correctional Facility | Q4 2016 | |

**next week** **occurs in next 30 days** completed

USMS

A USMS QAR was conducted this week at **Leavenworth Detention Center**. Preliminary reports indicate that a rating of Acceptable is expected, with 9 deficiencies noted in these areas: Administration and Management; Health Care; Security and Control (3); Food Service; Safety and Sanitation; and Services and Programs (2). Additional information will be communicated as it becomes available.



**CONFIDENTIAL AND SENSITIVE INFORMATION – Please do not redistribute**



CONFIDENTIAL CORECIVIC_1009205

Only limited advance notice is generally provided for Quality Assurance Review (QAR) audits by the USMS. Information from the most recent QARs conducted at the USMS facilities follows.

| Facility | Last QAR | Rating / Deficiency Count / Areas with Multiple |
|---|---|---|
| Nevada Southern Detention Center | 1/18/2016 | **Acceptable / 9** / Health Care (4); Admin/Mgmt (2) |
| Webb County Detention Center | 1/25/2016 | **Acceptable / 13** / Health Care (6); Admin/Mgmt (4) |
| Central Arizona Detention Center | 3/14/2016 | **Deficient / 23 (2 rpt)** / Safety (10, 2 rpt); Security (8) |
| Florence Correctional Center | 3/21/2016 | **Acceptable / 5** / Safety (3); Food Service (2) |
| West Tennessee Detention Center | 4/4/2016 | **Acceptable / 29** / Safety (13); Admin (5, 1 rpt); Health Care (4); Security (3); Food Service (2); Svcs./Progs. (2) |
| Leavenworth Detention Center | 5/23/2016 | Preliminary report indicates **Acceptable**, 9 deficiencies |
| San Diego Correctional Facility | 6/15/2015 | **Acceptable / 11** / Security & Control (4); Safety & Sanit. (4); Svcs. & Progs. (2) |
| Northeast Ohio Correctional Center | 8/25/2015 | **Good / 1** |
| Torrance County Detention Facility | N/A | Inspections only (last on 8/27/15, 0 defic.); no QARs |

not in current calendar year

ICE

**Elizabeth Detention Center** received the report from an ODO Inspection conducted in March. A total of 20 deficiencies related to 9 PBNDS standards were noted, including 5 classified as priority components. Deficiencies were noted in the following areas: Environmental Health and Safety (2); Funds and Personal Property (2); Sexual Assault and Abuse Prevention/Intervention (3, 1 priority); Special Management Units (2, 1 priority); Staff-Detainee Communication (6, 2 priority); Food Service; Telephone Access (2); Detainee Handbook (priority); and Grievance System. Plans of action are due June 10.

A full 2016 ICE audit calendar has not been received. The audit dates that have been provided occur during the same week in which the 2015 audits were conducted, so for the audits pending announced dates, the 2015 audit dates are provided in the table below.

| Facility | 2016 Date | Comments |
|---|---|---|
| Houston Processing Center | 1/11/2016 | No CCA issues; some PHS health services concerns |
| Otay Mesa Detention Facility | 1/25/2016 | Meets Standards; 5 deficiencies |
| Eloy Detention Center | 2/1/2016 | Results pending |
| Stewart Detention Center | 4/25/2016 | Results pending |
| Laredo Processing Center | **5/30/2016** | Unofficial date 6/1/16 |
| Florence Correctional Center | 6/27/2016 | ODO audit expected |
| West Tennessee Detention Center | TBD | 2015 audit date: 9/7/2015 |
| Central Arizona Detention Center | TBD | 2015 audit date: 9/28/2015 |
| Elizabeth Detention Center | TBD | 2015 audit date: 10/12/2015 |

**next week** **occurs in next 30 days** completed

Arizona

**Red Rock Correctional Center** received a Letter of Concern dated May 2 from the Arizona DOC. The letter related to practice for clearing inmates through scanners. A plan of action was due May 9.

Ohio

The report from an ODRC dental audit conducted this month at **Lake Erie Correctional Institution** noted 5 deficiencies. Deficiencies related to digital records, SDS sheets, equipment testing, patient levels, and TB testing documentation. Plans of action are due June 10.

Tennessee

**Trousdale Turner Correctional Center** received the report from a quarterly TDOC health services inspection conducted in April. A total of 17 deficiencies were noted, related to expired CPR cards, incomplete TB tests, undated/unsigned/incomplete records, inaccurate pharmacy reports, incomplete appraisals, delayed specialist visits, missing logs, and incomplete team meetings. A plan of action is due May 30.

Oklahoma

A quarterly ODOC medical audit conducted this week at **Davis Correctional Facility** identified deficiencies related to sharps counts and documentation of medication administration. Plans of action are due June 27.

## External Audits

### Weekly Report External Audits with Deficiencies

| Facility | Audit Description | Start Date | Entered on Steton | Deficiencies |
|---|---|---|---|---|
| Bent County Correctional Facility | Fire Alarm Inspection Report | 04/25/16 | 05/25/16 | 6 |
| Davis Correctional Facility | 2016 2nd Quarter ODOC Medical Audit | 05/24/16 | 05/27/16 | 2 |
| Elizabeth Detention Center | ICE Office of Detention Oversight Compliance Inspection | 03/01/16 | 05/25/16 | 20 |
| Florence Correctional Center | Metro Fire Sprinkler Inspection | 03/17/16 | 05/22/16 | 6 |
| Lake Erie Correctional Institution | DRC Dental Audit | 05/10/16 | 05/22/16 | 5 |
| Metro-Davidson County Detention Facility | Fire Marshal Inspection | 05/05/16 | 05/25/16 | 2 |
| Red Rock Correctional Facility | AZDOC Letter of Concern | 05/02/16 | 05/20/16 | 1 |
| Saguaro Correctional Center | 2nd Quarter Fire Alarm Inspection (Metro Fire) | 04/07/16 | 05/26/16 | 5 |
| South Central Correctional Center | Staffing Non-Compliance Report | 05/19/16 | 05/20/16 | 1 |
| Trousdale Turner Correctional Center | TDOC 2016 - 1st Quarter Health Services Inspection | 04/06/16 | 05/22/16 | 17 |
| Trousdale Turner Correctional Center | TTCC - TN General Environmental Health Inspection (5-20-16) | 05/20/16 | 05/20/16 | 1 |
| Trousdale Turner Correctional Center | TTCC TN Food Establishment Report Main Kitchen Inspection (5-20-16) | 05/20/16 | 05/20/16 | 1 |
| West Tennessee Detention Facility | Correctional Facility Health Inspection | 05/25/16 | 05/25/16 | 4 |
| West Tennessee Detention Facility | Food Service Inspection | 05/25/16 | 05/25/16 | 3 |

- Bent: The fire alarm inspection noted missing escutcheons, clearance issues, panel indicators, a ground fault, and a missing extinguisher.
- Florence: The sprinkler inspection noted 6 painted sprinkler components.
- Metro: The fire marshal inspection noted blocked exits and the need for spare tools/components.
- Saguaro: The fire alarm inspection noted trouble indicators and a failed component.
- Trousdale: A health inspection noted low water pressure in a fountain. A food service inspection noted a cross-contamination hazard.
- West Tennessee: A health inspection noted issues with ceilings, a water fountain, and dirty showers. A food service inspection noted issues with a spray nozzle, utensil storage, and condition of pans.
- The remaining audits are summarized in the Partner Audits section above.

### Weekly Report External Audits without Deficiencies

| Facility | Audit Description | Start Date | Entered on Steton |
|---|---|---|---|
| Citrus County Detention Facility | Annual Pharmacy Audit | 05/17/16 | 05/26/16 |
| Lake Erie Correctional Institution | Health Department Inspection Food Service | 05/26/16 | 05/26/16 |
| Marion County Jail II | Annual Fire Marshal Inspection | 03/10/16 | 05/25/16 |
| Marion County Jail II | Annual Fire Pump Inspection | 05/10/16 | 05/23/16 |
| Marion County Jail II | Annual Water Sampling | 03/31/16 | 05/25/16 |
| Trousdale Turner Correctional Center | TTCC-TN Food Establishment Report Kosher Kitchen Inspection (5-20-16) | 05/20/16 | 05/20/16 |

### Plan of Action Status

A Plan of Action status summary follows for external audits conducted since January 1, 2015. The listed audits have been included in the FSC QA Weekly Report, either this week or previously.

In the week that all POAs are identified as complete, the audit is highlighted in green. These audits are excluded from future reports. *Note: "Planned" and "Completed" counts are driven respectively by provision of dates in the "Due Date" and "Complete" fields of the POA in Steton. Counts relate to the number of POAs developed.*

Updates on some overdue corrective action plans have been included; QA will periodically update these statuses, in an effort to ensure closure or communication of outstanding issues.

# FSC QA Weekly Audit Summary Report

## *Audits with Fully or Partially Developed POAs Entered in Steton (aged completion dates)*

| Facility | Audit Description | Date | POA Due | Type | # Defic. | Planned | Completed | Comp. Due | Status |
|---|---|---|---|---|---|---|---|---|---|
| Bartlett State Jail | TDCJ Compliance Review 1-15-0058 March 16-25 2015 | 3/16/2015 | 5/29/2015 | Partner | 24 | 24 | 22 | 7/8/2015 | Work orders pending TDCJ approval (back gates) |
| Bartlett State Jail | Bartlett SJ TDCJ Security Review Initial Report 2015 July 5 - July 8 | 7/5/2015 | 8/23/2015 | Partner | 58 | 58 | 54 | 10/6/2015 | Work orders pending TDCJ approval (perimeter) |
| Bradshaw State Jail | Compliance Review 2-16-0133 | 9/14/2015 | 11/9/2015 | Partner | 40 | 40 | 39 | 11/9/2015 | Work orders pending TDCJ approval (A/C unit) |
| Lake Erie Correctional Institution | Fire Alarm Inspection | 9/28/2015 | 12/1/2015 | Contractor | 5 | 5 | 3 | 12/1/2015 | Cap Ex repair approved for Q1 216 |
| Lake Erie Correctional Institution | Q4 Sprinkler Inspection | 11/9/2015 | 1/9/2016 | Contractor | 2 | 2 | 1 | 1/9/2016 | Cap Ex approved - project to start in March |
| Bartlett State Jail | Bartlett Compliance Review - CR 1-16-0124 TDCJ Initial Report | 9/21/2015 | 1/1/2016 | Partner | 5 | 5 | 1 | 1/17/2016 | Cap Ex pending TDCJ approval |
| Bartlett State Jail | Bartlett SJ - TDCJ QA Review - 2015 December 7 - December 8.pdf | 12/7/2015 | 1/15/2016 | Partner | 4 | 4 | 2 | 2/5/2016 | Cap Ex pending TDCJ approval |
| South Central Correctional Center | Annual Fire Marshall Inspection | 8/18/2015 | 10/1/2015 | State/Local | 13 | 13 | 4 | 1/2/2017 | 1 TDOC FY16/17 Cap Ex item; mtg Fire Mar. 3/3 on others |

## *Audits Newly Entered in Steton This Week*

| Facility | Audit Description | Date | POA Due | Type | # Defic. | Planned | Completed | Comp. Due |
|---|---|---|---|---|---|---|---|---|
| Florence Correctional Center | Metro Fire Sprinkler Inspection | 3/17/2016 | 7/20/2016 | Contractor | 6 | 6 | 6 | 5/23/2016 |
| Metro-Davidson County Detention Facility | Fire Marshal Inspection | 5/5/2016 | 5/30/2016 | State/Local | 3 | 1 | 1 | 5/31/2016 |
| Saguaro Correctional Center | 2nd Quarter Fire Alarm Inspection (Metro Fire) | 4/7/2016 | 6/11/2016 | Contractor | 5 | 4 | 0 | 6/11/2016 |
| Red Rock Correctional Facility | AZDOC Letter of Concern | 5/2/2016 | 5/9/2016 | Partner | 1 | 0 | 0 | TBD |
| Trousdale Turner Correctional Center | TDOC 2016 - 1st Quarter Health Services Inspection | 4/6/2016 | 5/30/2016 | Partner | 17 | 0 | 0 | TBD |
| Trousdale Turner Correctional Center | TTCC TN Food Establishment Report Main Kitchen Inspection (5-20-16) | 5/20/2016 | 5/30/2016 | State/Local | 1 | 0 | 0 | TBD |
| South Central Correctional Center | Staffing Non-Compliance Report | 5/19/2016 | 5/31/2016 | Partner | 1 | 0 | 0 | TBD |
| Trousdale Turner Correctional Center | TTCC - TN General Environmental Health Inspection (5-20-16) | 5/20/2016 | 5/31/2016 | State/Local | 1 | 0 | 0 | TBD |
| Bent County Correctional Facility | Fire Alarm Inspection Report | 4/25/2016 | 6/3/2016 | Contractor | 6 | 0 | 0 | TBD |
| Elizabeth Detention Center | ICE Office of Detention Oversight Compliance Inspection | 3/1/2016 | 6/10/2016 | Partner | 20 | 0 | 0 | TBD |
| Lake Erie Correctional Institution | DRC Dental Audit | 5/10/2016 | 6/10/2016 | Partner | 5 | 0 | 0 | TBD |
| Davis Correctional Facility | 2016 2nd Quarter ODOC Medical Audit | 5/24/2016 | 6/27/2016 | Partner | 2 | 0 | 0 | TBD |
| West Tennessee Detention Facility | Correctional Facility Health Inspection | 5/25/2016 | 7/25/2016 | State/Local | 4 | 0 | 0 | TBD |
| West Tennessee Detention Facility | Food Service Inspection | 5/25/2016 | 7/25/2016 | State/Local | 3 | 0 | 0 | TBD |

## *Audits with Fully or Partially Developed POAs Entered in Steton*

| Facility | Audit Description | Date | POA Due | Type | # Defic. | Planned | Completed | Comp. Due |
|---|---|---|---|---|---|---|---|---|
| Florence Correctional Center | Metro Sprinkler Inspection - Nov 2015 | 11/11/2015 | 1/19/2016 | Contractor | 1 | 1 | 0 | 12/18/2015 |
| South Texas Family Residential Center | Danya International Compliance Inspection - Jan 2016 | 1/4/2016 | 1/22/2016 | Partner | 5 | 1 | 1 | 1/13/2016 |
| Bartlett State Jail | Facilities Division Annual Unit Evaluation - Bartlett - 2015 September 04 | 9/4/2015 | 12/30/2015 | Partner | 41 | 41 | 26 | 2/28/2016 |
| Lake Erie Correctional Institution | Q1 2016 Fire Sprinkler Inspection | 1/8/2016 | 3/8/2016 | Contractor | 1 | 1 | 0 | 3/8/2016 |
| Cimarron Correctional Facility | 2016 Fire Marshall Inspection | 3/8/2016 | 4/5/2016 | State/Local | 2 | 1 | 1 | 3/25/2016 |
| Lake Erie Correctional Institution | Semi-Annual Fire Alarm Inspection | 1/29/2016 | 3/29/2016 | Contractor | 2 | 2 | 0 | 3/29/2016 |
| Cimarron Correctional Facility | Case Note Deficency | 2/16/2016 | 2/26/2016 | Partner | 2 | 1 | 1 | 4/1/2016 |
| Bartlett State Jail | Division Level Operational Audit 2016 | 2/2/2016 | 4/5/2016 | Partner | 130 | 130 | 130 | 4/5/2016 |
| Willacy County State Jail | Contract Review #2016-02-007 | 2/8/2016 | 3/17/2016 | Partner | 1 | 1 | 0 | 4/29/2016 |
| Willacy County State Jail | Willacy Security Review | 3/8/2016 | 4/30/2016 | Partner | 7 | 7 | 6 | 4/29/2016 |
| Elizabeth Detention Center | SimplexGrinnell Quarterly Sprinkler Inspection | 3/8/2016 | 5/20/2016 | Contractor | 1 | 1 | 1 | 4/30/2016 |
| South Texas Family Residential Center | Danya International Compliance Inspection - Mar 2016 | 3/21/2016 | 4/25/2016 | Partner | 8 | 8 | 8 | 5/2/2016 |
| Adams County Correctional Center | Notice of Concern | 4/26/2016 | 5/10/2016 | Partner | 1 | 1 | 1 | 5/10/2016 |
| Wheeler Correctional Facility | Health Department Food Service Inspection - Mar 2016 | 3/22/2016 | 5/20/2016 | State/Local | 3 | 3 | 0 | 5/20/2016 |
| Cibola County Correctional Center | NOC 2016-005 | 5/5/2016 | 5/24/2016 | Partner | 1 | 1 | 1 | 5/24/2016 |
| Trousdale Turner Correctional Center | Diamond Pharmacy Audit | 3/30/2016 | 5/15/2016 | Contractor | 10 | 9 | 0 | 5/25/2016 |
| West Tennessee Detention Facility | WTDF Backflow Inspection | 3/8/2016 | 5/8/2016 | Contractor | 3 | 3 | 0 | 5/30/2016 |
| Nevada Southern Detention Center | Fire/Life Safety Inspection Report | 5/6/2016 | 7/6/2016 | Contractor | 2 | 2 | 0 | 5/30/2016 |
| Lindsey State Jail | TDCJ Division Level Operational Review | 11/1/2015 | 1/15/2016 | Partner | 101 | 101 | 100 | 5/31/2016 |
| Cimarron Correctional Facility | 1st Quarter Mental Helath Audit by ODOC | 2/11/2016 | 4/22/2016 | Partner | 1 | 1 | 0 | 5/31/2016 |
| South Central Correctional Center | 2nd Quarter Sprinkler Inspection | 4/26/2016 | 5/26/2016 | Contractor | 9 | 9 | 0 | 5/31/2016 |
| Cibola County Correctional Center | 2016 NM Fire Marshal Review | 4/7/2016 | 5/8/2016 | State/Local | 12 | 11 | 5 | 6/10/2016 |
| Marion County Jail II | Annual Hood Inspection | 3/31/2016 | 5/31/2016 | Contractor | 1 | 1 | 0 | 6/11/2016 |
| Kit Carson Correctional Center | Colorado Division of Fire Prevention & Control | 5/6/2016 | 6/6/2016 | State/Local | 7 | 7 | 1 | 6/13/2016 |
| Davis Correctional Facility | Oklahoma Department of Health Inspection - Apr 2016 | 4/25/2016 | 5/4/2016 | State/Local | 4 | 1 | 0 | 6/20/2016 |
| Laredo Processing Center | Laredo Processing Center - Fire Sprinklers Inspection Report 4-21-16 | 4/21/2016 | 6/22/2016 | Contractor | 7 | 7 | 0 | 6/21/2016 |
| Laredo Processing Center | Fire Marshal Inspection | 4/27/2016 | 6/28/2016 | State/Local | 19 | 19 | 0 | 6/27/2016 |
| Wheeler Correctional Facility | GDC Basic Audit | 3/9/2016 | 5/27/2016 | Partner | 43 | 20 | 0 | 6/28/2016 |
| Laredo Processing Center | Fire Sprinkler Inspection | 4/29/2016 | 6/29/2016 | Contractor | 3 | 3 | 0 | 6/29/2016 |
| Hardeman County Correctional Facility | TDOC 4th Quarter Mental Health Services Audit | 3/8/2016 | 3/31/2016 | Partner | 7 | 7 | 1 | 6/30/2016 |
| Trousdale Turner Correctional Center | TDOC Notice of Non-Compliance Report (Quarterly Monitoring Report) | 1/1/2016 | 5/4/2016 | Partner | 7 | 7 | 0 | 8/31/2016 |
| South Central Correctional Center | TDOC Annual Audit 2016 | 2/23/2016 | 3/24/2016 | State/Local | 34 | 34 | 31 | 12/30/2016 |
| Bartlett State Jail | Bartlett CR 1-16-0154 2015 Nov. 16 - Nov. 19 | 11/16/2015 | 2/23/2016 | Partner | 7 | 7 | 5 | 12/31/2016 |

*Audits Pending POA Entry into Steton by QA Manager*

| Facility | Audit Description | Date | POA Due | Type | # Defic. | Planned | Completed | Comp. Due |
|---|---|---|---|---|---|---|---|---|
| Cimarron Correctional Facility | Informal Law Library Audit - Contract Monitors | 1/19/2016 | 2/10/2016 | Partner | 32 | 0 | 0 | TBD |
| Bradshaw State Jail | Compliance Review 2-16-0193 | 1/11/2016 | 2/24/2016 | Partner | 4 | 0 | 0 | TBD |
| Whiteville Correctional Facility | TDOC Annual Inspection 2016 | 1/26/2016 | 2/29/2016 | Partner | 21 | 0 | 0 | TBD |
| Cimarron Correctional Facility | 2015 3rd Qtr MEDICAL Follow Up Audit | 1/28/2016 | 2/29/2016 | Partner | 4 | 0 | 0 | TBD |
| CAI - Ocean View | Monthly Work Furlough Report - Jan 2016 | 1/1/2016 | 3/1/2016 | Partner | 3 | 0 | 0 | TBD |
| Bradshaw State Jail | 2016 Fire Marshal Inspection | 2/23/2016 | 3/10/2016 | State/Local | 11 | 0 | 0 | TBD |
| Bradshaw State Jail | Commissary Audit | 1/29/2016 | 3/13/2016 | Partner | 2 | 0 | 0 | TBD |
| Bradshaw State Jail | Contract Review 2-2016 | 2/16/2016 | 3/24/2016 | Partner | 1 | 0 | 0 | TBD |
| Cimarron Correctional Facility | Notice of Concern - Disciplinary Time Frames | 3/15/2016 | 3/25/2016 | Partner | 1 | 0 | 0 | TBD |
| Bradshaw State Jail | Corrective Action Plan - Sanitation | 2/1/2016 | 3/31/2016 | Partner | 1 | 0 | 0 | TBD |
| Eloy Detention Center | Eloy Detention Center 2016 PBNDS Audit | 2/2/2016 | 4/1/2016 | Partner | 3 | 0 | 0 | TBD |
| Elizabeth Detention Center | Tool Control | 3/17/2016 | 4/1/2016 | Partner | 1 | 0 | 0 | TBD |
| Nevada Southern Detention Center | Nevada Southern USMS QAR Jan 2016 | 1/21/2016 | 4/2/2016 | Partner | 9 | 0 | 0 | TBD |
| Tallahatchie County Correctional Facility | PPCMU Health Care Audit | 12/1/2015 | 4/4/2016 | Partner | 36 | 0 | 0 | TBD |
| Webb County Detention Center | 2016 OFDT Quality Assurance Review | 1/27/2016 | 4/11/2016 | Partner | 13 | 0 | 0 | TBD |
| Bartlett State Jail | Erroneous Release on 3/11/16 | 3/22/2016 | 4/11/2016 | Partner | 1 | 0 | 0 | TBD |
| Elizabeth Detention Center | Contract Discrepancy Report | 4/4/2016 | 4/13/2016 | Partner | 1 | 0 | 0 | TBD |
| Bradshaw State Jail | Contract Review 2016-03-011 | 3/21/2016 | 4/21/2016 | Partner | 4 | 0 | 0 | TBD |
| CAI - Ocean View | County Work Furlough Monthy report | 2/1/2016 | 4/22/2016 | Partner | 2 | 0 | 0 | TBD |
| Lake City Correctional Facility | Health Services CPI Review | 3/15/2016 | 4/25/2016 | Partner | 5 | 0 | 0 | TBD |
| Citrus County Detention Facility | Stericycle Mock OSHA Assessment | 2/28/2016 | 4/28/2016 | Contractor | 1 | 0 | 0 | TBD |
| Citrus County Detention Facility | Annual Storage Tank Inspection | 3/24/2016 | 4/30/2016 | Contractor | 1 | 0 | 0 | TBD |
| Central Arizona Detention Center | USMS QAR Annual Audit | 3/15/2016 | 5/13/2016 | Partner | 32 | 0 | 0 | TBD |
| Nevada Southern Detention Center | NSDC NCCHC Audit Sep 2015 | 9/30/2015 | 5/16/2016 | Accred | 1 | 0 | 0 | TBD |
| CAI - Ocean View | County WF Monthly Report | 3/1/2016 | 5/20/2016 | Partner | 3 | 0 | 0 | TBD |
| Florence Correctional Center | USMS Annual QAR | 3/21/2016 | 5/27/2016 | Partner | 5 | 0 | 0 | TBD |
| Bent County Correctional Facility | CDOC Security Audit | 4/6/2016 | 5/27/2016 | Partner | 6 | 0 | 0 | TBD |
| Marion County Jail II | Safety and Sanitation | 3/14/2016 | 5/28/2016 | Contractor | 16 | 0 | 0 | TBD |
| West Tennessee Detention Facility | USMS Quality Assurance Review | 4/5/2016 | 6/10/2016 | Partner | 31 | 0 | 0 | TBD |
| Crowley County Correctional Facility | Fire Alarm/Sprinkler Report | 4/18/2016 | 7/5/2016 | Contractor | 12 | 0 | 0 | TBD |
| Lake Erie Correctional Institution | UST Inspection - State Fire Marshal | 5/11/2016 | 7/11/2016 | State/Local | 1 | 0 | 0 | TBD |
| Torrance County Detention Facility | ICE Pre-Housing Inspection | 4/26/2016 | 7/21/2016 | Partner | 8 | 0 | 0 | TBD |

The types listed include Partner (conducted by a direct partner or their management agency); Federal, State, and Local (i.e., other non-partner government agencies); Contractor (e.g., SimplexGrinnell); and Accreditation. The dates listed are (respectively) the audit start date, the due date for POA submission, and the completion due date of the last POA.

"Deficiencies" is the number of deficiencies identified in the final report. "Planned" is the number of plans of action entered in Steton. "Completed" is the number of plans of action certified as complete in Steton.



**CONFIDENTIAL AND SENSITIVE INFORMATION – Please do not redistribute**



CONFIDENTIAL CORECIVIC_1009209