# EXHIBIT 48

Page 1

1　　　　　UNITED STATES DISTRICT COURT
　　　　　　MIDDLE DISTRICT OF TENNESSEE
2　　_____
3　　NIKKI BOLLINGER GRAE, Individually and
　　on Behalf of All Others Similarly Situated,
4
　　　　　Plaintiff,
5
vs.　　　　　　　Case No. 3:16-cv-02267
6
　　CORRECTIONS CORPORATION OF AMERICA, et al.,
7
　　　　　Defendants.
8　　_____
9
10
11
12
13
14　　　　　　　　　　CONFIDENTIAL
15　　　　　　Video Recorded Deposition of:
16　　　　　　　　　　MICHAEL NALLEY
17　　　　　Taken on behalf of the Plaintiff
　　　　　　　　　January 15, 2019
18
19
20
21
22
23　　Reported By:
24　　Jenny Checuga, LCR, RPR
25　　Job No. 10050084

```
 1            A P P E A R A N C E S
 2
 3    For the Plaintiff:
 4         MR. KENNETH BLACK
      MR. CHRISTOPHER M. WOOD
 5         Attorneys at Law
      Robbins Geller Rudman & Dowd LLP
 6         414 Union Street, Suite 900
      Nashville, TN 37219
 7         (615)252-3798
      kblack@rgrdlaw.com
 8         cwood@rgrdlaw.com
 9
      For the Defendants:
10
      MR. TREY MCGEE
11         Attorney at Law
      Riley Warnock & Jacobson, PLC
12         1906 West End Avenue
      Nahsville, TN 37203
13         (615)320-3700
      tmcgee@rwjplc.com
14
      MR. BRET M. GECKELER
15         Attorney at Law
      Latham & Watkins LLP
16         355 South Grand Avenue, Suite 100
      Los Angeles, CA 90071
17         (213)891-7741
      bret.geckeler@lw.com
18
19
20
21
22
23
24
25
```

1  deponent.

2

3              * * *

4              MICHAEL NALLEY,

5  was called as a witness, and having first been duly

6  sworn, testified as follows:

7

8              EXAMINATION

9  QUESTIONS BY MR. BLACK:

10  Q.    Good morning.

11  A.    Good morning.

12  Q.    Thanks for being here this morning.  My name

13  is Kenny Black.  I'm from the law firm of Robbins

14  Geller Rudman & Dowd.  I represent the Plaintiff in

15  this matter.

16        Can you please state your full name, phone

17  number, and home address?

18  A.    Full name is Michael Kevin Nalley.  Phone

19  number is (███████████), I think.  I need to check it

20  to make sure.

21        And the address you said also, sir?

22  Q.    Please.

23  A.    ████████████████████████.

24  Q.    Thank you.

25        Have you ever been -- excuse me.

1  yesterday."
2  A.   Yeah.
3  Q.   And it continues, and you saw that part of
4  the e-mail previously?
5  A.   Right.
6  Q.   The e-mail after that, if I'm reading this
7  correctly, is Michael Nalley to Don Murray.  It's
8  right after reading higher up on the first page.
9  A.   Oh, okay.  Okay.  All right.
10 Q.   Do you see that, where it looks like you're
11 responding to Don Murray?
12 A.   Oh.  Oh, right here, where it says thank you?
13 Q.   Yes.
14 A.   Yeah, I see that.
15 Q.   Okay.  And then just above that, so higher up
16 the page, Don Murray responds to you; is that
17 accurate?
18 A.   From Don Murray to me, yes.
19 Q.   Yes.  And so now, I just want to ask you
20 about what Don Murray is saying to you.  So he says,
21 "Just a quick note on something about the Cibola
22 safety section CFM."  Do you see that?
23 A.   Yes.
24 Q.   And it says, "While we originally thought the
25 outlier in the number of CFM safety findings at

1   Cibola might have been more of a new BOP auditor
2   issue, and it may in part be, our internal audit
3   facility this year suggests that safety is indeed an
4   area that needs attention.  It also scored very
5   poorly during our internal audit."  84.21 percent in
6   parentheses.  Do you see that?
7   A.    I do.
8   Q.    What does the 84.21 percent in parentheses
9   refer to here?
10  A.    That's that very, very robust internal audit
11  system that CoreCivic has.  It is very comprehensive.
12  It's very stringent.  There's, I think, 1400
13  guidelines.  Their audit is -- it's just very
14  comprehensive and robust.
15  Q.    Is -- is Don Murray here, when he's talking
16  about the Cibola safety evaluation that CoreCivic has
17  done internally, is he saying that CoreCivic's
18  internal audit matches the BOP's findings?
19        MR. MCGEE:  Object to form of the
20  question.  Go ahead.
21        THE WITNESS:  I don't know.  You'd have
22  to ask Don.  I don't know exactly what he's saying.
23  All I can glean from this is the 84.21 percent.
24  BY MR. BLACK:
25  Q.    Is the 84.21 percent a concerning number?

1  A.    Probably for Don Murray.

2        MR. MCGEE:  Object to the form of the
3  question.

4        THE WITNESS:  Sorry.  For Don Murray, it
5  could be.  You could ask Don.  But as I've said
6  before, the audit guidelines that CoreCivic has are
7  very strict, very, very robust.  They leave no stone
8  unturned.  They check -- dot the Is and the Ts and
9  it's very strict guidelines.

10 BY MR. BLACK:

11 Q.    So knowing that there are very strict
12 guidelines --

13 A.    Yes.

14 Q.    -- and that Don Murray has sent you this
15 e-mail that says, "suggests that safety is indeed an
16 area that needs attention" --

17 A.    Okay.

18 Q.    -- does that -- does that help you remember
19 what this e-mail was in regards to?

20 A.    No, sir.  I'm sorry.

21 Q.    Do you see the part that says, "...safety is
22 an area that needs attention -- is indeed an area
23 that needs attention"?

24 A.    Oh, yes, sir.

25 Q.    And Don Murray is sending this e-mail to you?

```
 1                    REPORTER'S CERTIFICATE

 2   STATE OF TENNESSEE

 3   COUNTY OF SUMNER

 4         I, JENNY CHECUGA, Licensed Court Reporter,

 5   with offices in Nashville, Tennessee, and Registered

 6   Professional Reporter, hereby certify that I reported

 7   the foregoing video recorded deposition of MICHAEL

 8   NALLEY by machine shorthand to the best of my skills

 9   and abilities, and thereafter the same was reduced to

10   typewritten form by me.

11         I further certify that I am not related to

12   any of the parties named herein, nor their counsel,

13   and have no interest, financial or otherwise, in the

14   outcome of the proceedings.

15         I further certify that in order for this
     document to be considered a true and correct copy, it
16   must bear my original signature and that any
     unauthorized reproduction in whole or in part and/or
17   transfer of this document is not authorized, will not
     be considered authentic, and will be in violation of
18   Tennessee Code Annotated 39-14-104, Theft of
     Services.
19         Further, that if the foregoing pertains to
     the original transcript of a deposition in a federal
20   case, before completion of the proceedings, review of

21   the transcript [ X ] was [   ] was not requested.

22         _____
           JENNY CHECUGA, LCR, RPR
23         Licensed Court Reporter (TN)
           Notary Public State of Tennessee
24
           My Notary Commission Expires: 5/22/2019
25         LCR #690 - Expires: 6/30/2020
```

Page 195