# EXHIBIT 52

# Cibola County Correctional Center

## Audit Results 2015

| Category | Total Scored | ALL INDICATORS NP | NI | NSD | Overall % Score | Total Repeat | Priority Scored | PRIORITY INDICATORS NP | NI | NSD | Priority % Score | Priority Repeat | General Scored | GENERAL INDICATORS NP | NI | NSD | General % Score | General Repeat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| General Administration | 100 | 1 | 7 | | 92.0% | 1 | 14 | 4 | | | 71.4% | | 86 | 1 | 3 | | 95.3% | 1 |
| PREA | 35 | | | | 100.0% | | 2 | | | | 100.0% | | 33 | | | | 100.0% | |
| Finance | 83 | | 4 | | 95.2% | | 8 | | | | 100.0% | | 75 | | 4 | | 94.7% | |
| Human Resources | 115 | | | | 100.0% | | 22 | | | | 100.0% | | 93 | | | | 100.0% | |
| Learning and Development | 35 | | | | 100.0% | | 10 | | | | 100.0% | | 25 | | | | 100.0% | |
| Health Services | 198 | | 21 | | 89.4% | 9 | 67 | 6 | | | 91.0% | 2 | 131 | | 15 | | 88.5% | 7 |
| Count Procedures | 8 | | | | 100.0% | | 4 | | | | 100.0% | | 4 | | | | 100.0% | |
| Perimeter Security, Security Inspections, Transportation | 35 | | 1 | | 97.1% | | 24 | 1 | | | 95.8% | | 11 | | | | 100.0% | |
| Entry and Exit Procedures | 26 | 1 | | | 96.2% | | 3 | | | | 100.0% | | 23 | 1 | | | 95.7% | |
| Searches | 18 | | | | 100.0% | | 4 | | | | 100.0% | | 14 | | | | 100.0% | |
| Key Control | 18 | | | | 100.0% | | 17 | | | | 100.0% | | 1 | | | | 100.0% | |
| Tool Control | 26 | | | | 100.0% | | 13 | | | | 100.0% | | 13 | | | | 100.0% | |
| Armory | 15 | | | | 100.0% | | 8 | | | | 100.0% | | 7 | | | | 100.0% | |
| Use of Force | 13 | | 3 | | 76.9% | | 8 | 2 | | | 75.0% | | 5 | | 1 | | 80.0% | |
| Emergency Response | 15 | | 1 | | 93.3% | | 9 | 1 | | | 88.9% | | 6 | | | | 100.0% | |
| SORT Operations | 11 | | 2 | | 81.8% | | 3 | 1 | | | 66.7% | | 8 | | 1 | | 87.5% | |
| Special Management Inmates | 18 | | 1 | | 94.4% | | 7 | 1 | | | 85.7% | | 11 | | | | 100.0% | |
| Rules and Discipline | 11 | | | | 100.0% | | 4 | | | | 100.0% | | 7 | | | | 100.0% | |
| Inmate Property | 8 | | | | 100.0% | | 2 | | | | 100.0% | | 6 | | | | 100.0% | |
| STG | 10 | | | | 100.0% | | 7 | | | | 100.0% | | 3 | | | | 100.0% | |
| Canine Program | 0 | | | | | | 0 | | | | | | 0 | | | | | |
| ACA Continuous Compliance | 8 | | | | 100.0% | | 0 | | | | | | 8 | | | | 100.0% | |
| **Security and Control Total** | 240 | 1 | 8 | 0 | 96.3% | 0 | 113 | 6 | 0 | 0 | 94.7% | 0 | 127 | 1 | 2 | 0 | 97.6% | 0 |
| Safety and Sanitation | 132 | 4 | 20 | | 81.8% | 1 | 26 | 2 | 9 | | 57.7% | 1 | 106 | 2 | 11 | | 87.7% | |
| Transportation | 19 | | | | 100.0% | | 0 | | | | | | 19 | | | | 100.0% | |
| Physical Plant | 101 | | 11 | | 89.1% | 2 | 2 | 1 | | | 50.0% | | 99 | | 10 | | 89.9% | 2 |
| Food Service | 143 | | 7 | | 95.1% | 1 | 11 | 1 | | | 90.9% | | 132 | | 6 | | 95.5% | 1 |
| Laundry | 32 | 2 | 2 | | 87.5% | | 0 | | | | | | 32 | 2 | 2 | | 87.5% | |
| Classification and Unit Management | 90 | | | | 100.0% | | 7 | | | | 100.0% | | 83 | | | | 100.0% | |
| Inmate Programs and Services | 66 | 2 | 1 | | 95.5% | | 4 | | | | 100.0% | | 62 | 2 | 1 | | 95.2% | |
| **OFFICIAL SCORE** | **1,389** | **10** | **81** | **0** | **93.86%** | **14** | **286** | **2** | **27** | **0** | **91.23%** | **3** | **1,103** | **8** | **54** | **0** | **94.72%** | **11** |

### Explanation of Official Scores:

Percentage scores for each category reflect the total number of compliant items divided by the total number of scored items.

Items scored as NA or NSD are excluded from percentage score calculations.

Security indicators carry double weight.

The overall score is the total number of compliant indicators divided by the total number of scored indicators, with security indicators carrying double weight

Color Key for Percentage Scores: < 90% | 90% - 96.99% | 97% or better

### Audit Results 2014

| Category | ALL INDICATORS Total Defic. | Overall % Score | PR. IND. Priority Repeats |
|---|---|---|---|
| General Administration | 3 | 97.6% | |
| PREA | | 100.0% | |
| Finance | | 100.0% | |
| Human Resources | | 100.0% | |
| Learning and Development | | 100.0% | |
| Health Services | 20 | 93.1% | 3 |
| Count Procedures | | 100.0% | |
| Perimeter Security, Security Inspections, Transportation | | 100.0% | |
| Entry and Exit Procedures | | 100.0% | |
| Searches | | 100.0% | |
| Key Control | 1 | 94.4% | |
| Tool Control | | 100.0% | |
| Armory | | 100.0% | |
| Use of Force | | 100.0% | |
| Emergency Response | | 100.0% | |
| SORT Operations | | 100.0% | |
| Special Management Inmates | 1 | 94.4% | |
| Rules and Discipline | | 100.0% | |
| Inmate Property | | 100.0% | |
| STG | | 100.0% | |
| Canine Program | | | |
| ACA Continuous Compliance | | 100.0% | |
| Security and Control Total | 2 | 99.2% | 0 |
| Safety and Sanitation | 14 | 91.0% | 1 |
| Transportation | | 100.0% | |
| Physical Plant | 8 | 92.2% | |
| Food Service | 9 | 93.7% | |
| Laundry | 2 | 93.5% | |
| Classification and Unit Management | 2 | 98.7% | |
| Inmate Programs and Services | | 100.0% | |
| **OFFICIAL SCORE** | **60** | **96.73%** | **4** |

### Year over Year

| Category | ALL INDICATORS Total Defic. | Overall % Score | PR. IND. Priority Repeats |
|---|---|---|---|
| General Administration | 5 | (5.6%) | 0 |
| PREA | 0 | 0.0% | 0 |
| Finance | 4 | (4.8%) | 0 |
| Human Resources | 0 | 0.0% | 0 |
| Learning and Development | 0 | 0.0% | 0 |
| Health Services | 1 | (3.7%) | (1) |
| Count Procedures | 0 | 0.0% | |
| Perimeter Security, Security Inspections, Transportation | 1 | (2.9%) | 0 |
| Entry and Exit Procedures | 1 | (3.8%) | 0 |
| Searches | 0 | 0.0% | |
| Key Control | (1) | 5.6% | 0 |
| Tool Control | 0 | 0.0% | |
| Armory | 0 | 0.0% | |
| Use of Force | 3 | (23.1%) | 0 |
| Emergency Response | 1 | (6.7%) | 0 |
| SORT Operations | 2 | (18.2%) | 0 |
| Special Management Inmates | 0 | 0.0% | |
| Rules and Discipline | 0 | 0.0% | |
| Inmate Property | 0 | 0.0% | |
| STG | 0 | 0.0% | |
| Canine Program | | | |
| ACA Continuous Compliance | 0 | 0.0% | |
| Security and Control Total | 7 | (3.0%) | 0 |
| Safety and Sanitation | 10 | (9.1%) | 0 |
| Transportation | 0 | 0.0% | |
| Physical Plant | 3 | (3.1%) | 0 |
| Food Service | (2) | 1.4% | 0 |
| Laundry | 2 | (6.0%) | 0 |
| Classification and Unit Management | (2) | 1.3% | 0 |
| Inmate Programs and Services | 3 | (4.5%) | 0 |
| **OFFICIAL SCORE** | **31** | **(2.87%)** | **(1)** |

### DATES OF REVIEW

| Start Date | 3/2/2015 | End Date | 3/5/2015 |

### FACILITY STAFF

| Warden/Administrator | Joe Pryor |
| Quality Assurance Manager | Robert Cook |

### FACILITY DATA

| Business Unit | 1 | Mike Nalley |
| Division | 1 | Keith Hall |
| Partner(s) | | BOP |
| CCA Owned/Managed | | Owned |

### AUDIT TEAM MEMBERS

| Team Lead/Gen Admin/Class/ Programs/PREA/Finance | Love/Morris |
| HR/Training | Kathy Miller |
| Health Services | Leyba/Boyette |
| Security & Control | Orsolits/Ussery |
| Safety/Plant/Food Service | Mace/Anthony |
| Laundry/Transportation | |

### OTHER COMMENTS

### AUDIT SUMMARY

| Category | 2015 | 2014 | Change |
|---|---|---|---|
| **Overall Score** | 93.86% | 96.73% | (2.87%) |
| Score - Priority Indicators | 91.23% | 96.34% | (5.11%) |
| Score - General Indicators | 94.72% | 96.83% | (2.12%) |
| **Total Deficiencies** | 91 | 60 | 31 |
| Priority Deficiencies | 29 | 13 | 16 |
| General Deficiencies | 62 | 47 | 15 |
| **Repeats** | 14 | 14 | 0 |
| Priority Repeats | 3 | 4 | (1) |
| General Repeats | 11 | 10 | 1 |

CORECIVIC_0054224
CONFIDENTIAL
Case 3:16-cv-02267 Document 361-19 Filed 11/20/20 Page 2 of 7 PageID #: 14488

**Cibola County Correctional Center**
**CCA Quality Assurance Operational Audit**
**3/2/2015**

**BOP Contract Facility Monitoring Tool**

| Category | Total Indicators | Total Satisfactory | Total Deficiencies | Deficiencies NP | Deficiencies NI | Deficiencies NSD | Total N/A | Total % Score |
|---|---|---|---|---|---|---|---|---|
| 1.0 Information Security | 9 | 8 | 1 | 0 | 0 | 1 | 0 | 100.0% |
| 2.0 Correctional Programs (Unit Management) | 24 | 24 | 0 | 0 | 0 | 0 | 0 | 100.0% |
| 3.0 Correctional Services | 35 | 33 | 2 | 0 | 2 | 0 | 0 | 94.3% |
| 4.0 Education and Recreation Services | 5 | 5 | 0 | 0 | 0 | 0 | 0 | 100.0% |
| 5.0 Food Service | 11 | 11 | 0 | 0 | 0 | 0 | 0 | 100.0% |
| 6.0 Health Services | 48 | 34 | 8 | 0 | 8 | 0 | 6 | 81.0% |
| 7.0 Human Resources | 9 | 9 | 0 | 0 | 0 | 0 | 0 | 100.0% |
| 8.0 Inmate Services (Commissary/Trust Fund) | 4 | 4 | 0 | 0 | 0 | 0 | 0 | 100.0% |
| 9.0 Inmate Systems (Mail/Receiving & Discharge/Records) | 13 | 13 | 0 | 0 | 0 | 0 | 0 | 100.0% |
| 10.0 Safety and Environmental Health/Facilities | 23 | 21 | 2 | 0 | 2 | 0 | 0 | 91.3% |
| 11.0 Chaplaincy Services | 3 | 3 | 0 | 0 | 0 | 0 | 0 | 100.0% |
| 12.0 Facilities Management (N/A - BOP owned only) | | | | | | | | |
| **TOTAL - ALL BOP INDICATORS** | **184** | **165** | **13** | **0** | **12** | **1** | **6** | **93.22%** |
| CCA INDICATORS | 1,608 | 1,298 | 91 | 10 | 81 | 0 | 128 | 93.86% |
| **TOTAL - ALL CCA AND BOP INDICATORS** | **1,792** | **1,463** | **104** | **10** | **93** | **1** | **134** | **93.80%** |

**Deficient Indicators:** 1.1.9 (NSD); 3.1.2; 3.2.17; 6.2.1; 6.3.1; 6.4.5; 6.9.3; 6.9.5; 6.9.6; 6.9.7; 6.9.12; 10.2.4; 10.7.1
**N/A Indicators:** 6.3.7; 6.7.2; 6.8.2; 6.9.11; 6.9.18; 6.9.19

SCORING:

All BOP indicators except those expressly not applicable are reviewed.

Non-scored deficiencies are considered deficient but are excluded from the facility percentage score. CCA Security indicators carry double weight.

Repeats will be calculated beginning with the 2016 audit year.

CONFIDENTIAL      CORECIVIC_0054225

**Cibola County Correctional Center**
Mar 2-5, 2015

**Staff Climate Survey Results**

| Question Text | Facility 2011 | Facility 2012 | Facility 2013 | Facility 2014 | Facility 2015 | Facility 15 vs. 14 | All CCA 2011 | All CCA 2012 | All CCA 2013 | All CCA 2014 | All CCA 2015 | Facility vs CCA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01. I feel safe working at this facility. | 4.41 | 3.67 | 3.71 | 4.23 | 4.46 | 0.23 | 4.33 | 4.33 | 4.36 | 4.36 | 4.36 | 0.10 |
| 02. If there were a life threatening incident at this facility, I feel staff will respond quickly. | 4.20 | 3.78 | 3.93 | 4.08 | 4.22 | 0.14 | 4.38 | 4.42 | 4.46 | 4.51 | 4.51 | (0.29) |
| 03. Staff at this facility communicate effectively with inmates. | 3.93 | 3.36 | 3.49 | 3.43 | 3.98 | 0.55 | 3.76 | 3.79 | 3.80 | 3.85 | 3.86 | 0.12 |
| 04. Staff at this facility communicate effectively with other staff. | 3.39 | 2.91 | 3.00 | 3.18 | 3.63 | 0.45 | 3.52 | 3.53 | 3.54 | 3.58 | 3.59 | 0.04 |
| 05. Staff at this facility work toward common goals that support CCA's mission. | | | 3.73 | 3.85 | 3.98 | 0.13 | | | 4.11 | 4.09 | 4.10 | (0.12) |
| 06. Staff are in control of the inmate population here. | 4.17 | 3.60 | 3.44 | 3.85 | 4.00 | 0.15 | 4.08 | 4.06 | 4.13 | 4.12 | 4.12 | (0.12) |
| 07. Gang activity is kept under control by staff at this facility. | 4.46 | 4.22 | 4.12 | 4.25 | 4.27 | 0.02 | 4.17 | 4.12 | 4.16 | 4.21 | 4.21 | 0.06 |
| 08. Searches are done in such a manner and often enough to effectively control contraband. | 3.56 | 3.44 | 3.22 | 3.48 | 3.46 | (0.02) | 3.91 | 3.93 | 3.95 | 4.00 | 4.00 | (0.54) |
| 09. The Warden is regularly visible around the facility. | 3.95 | 2.98 | 3.29 | 4.80 | 4.32 | (0.48) | 4.30 | 4.27 | 4.36 | 4.38 | 4.37 | (0.05) |
| 10. The Executive Staff (Warden, Assistant Warden and Chief of Security) have a positive effect on staff morale here. | 4.02 | 2.73 | 3.20 | 3.53 | 4.07 | 0.54 | 3.97 | 4.00 | 4.04 | 4.02 | 4.03 | 0.04 |
| 11. The supervisors at this facility are very professional. | 3.98 | 3.58 | 3.71 | 3.80 | 3.85 | 0.05 | 4.01 | 4.03 | 3.97 | 3.98 | 3.98 | (0.13) |
| 12. Leaders at this facility consistently follow through on commitments. | | | 3.54 | 3.55 | 3.95 | 0.40 | | | 3.92 | 3.94 | 3.95 | 0.00 |
| 13. Supervisors at this facility listen to concerns and suggestions from staff. | | | 3.56 | 3.63 | 3.78 | 0.15 | | | 3.93 | 3.92 | 3.92 | (0.14) |
| 14. Staff at this facility are valued by CCA and the Executive Staff. | | | 3.59 | 3.80 | 4.05 | 0.25 | | | 3.91 | 3.93 | 3.93 | 0.12 |
| 15. Learning and development opportunities at this facility are a priority and support my professional growth. | | | 3.88 | 3.90 | 4.24 | 0.34 | | | 4.05 | 4.10 | 4.11 | 0.13 |
| 16. Staff are treated fairly at this facility. | | | 3.54 | 3.60 | 3.85 | 0.25 | | | 3.81 | 3.78 | 3.79 | 0.06 |
| **OVERALL AVERAGE (All Items, Unweighted)** | **4.01** | **3.43** | **3.56** | **3.81** | **4.01** | **0.20** | **4.04** | **4.05** | **4.03** | **4.05** | **4.05** | **(0.04)** |

Current year "All CCA" average is the rolling average of the most recent survey at each active facility.

Sample Size n = 40

| Facility YOY Comparison | |
|---|---|
| above | 14 |
| neutral | 0 |
| below | 2 |

| Facility vs. All CCA average | |
|---|---|
| above | 8 |
| neutral | 1 |
| below | 7 |

**Inmate Climate Survey Results**

| Question Text | Facility 2011 | Facility 2012 | Facility 2013 | Facility 2014 | Facility 2015 | Facility 15 vs. 14 | All CCA 2011 | All CCA 2012 | All CCA 2013 | All CCA 2014 | All CCA 2015 | Facility vs CCA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01. Overall, I feel safe at this facility. | 4.15 | 3.98 | 4.05 | 4.24 | 4.38 | 0.14 | 4.23 | 4.21 | 4.28 | 4.31 | 4.32 | 0.06 |
| 02. If I were to have a life-threatening medical problem, I believe that medical staff would respond to the situation quickly. | 3.50 | 3.44 | 3.15 | 2.92 | 3.60 | 0.68 | 3.84 | 3.85 | 3.60 | 3.62 | 3.63 | (0.03) |
| 03. When I have a medical concern or problem, I am able to see medical staff in a reasonable period of time. | 2.88 | 2.93 | 2.88 | 2.61 | 3.55 | 0.94 | 3.58 | 3.60 | 3.67 | 3.64 | 3.66 | (0.11) |
| 04. When I am seen for a medical concern or problem, the treatment provided adequately addresses my issue. | | | 3.33 | 2.66 | 3.78 | 1.12 | | | 3.70 | 3.72 | 3.74 | 0.04 |
| 05. I feel safe from any form of sexual assault at this facility. | 4.40 | 4.60 | 4.55 | 4.58 | 4.45 | (0.13) | 4.48 | 4.59 | 4.56 | 4.57 | 4.57 | (0.12) |
| 06. Staff at this facility are approachable and responsive to inmates (or detainees). | 3.50 | 3.56 | 3.85 | 3.68 | 4.18 | 0.50 | 3.77 | 3.78 | 3.88 | 3.98 | 3.99 | 0.19 |
| 07. I know who my unit manager, case manager or counselor is on my living unit. | 4.23 | 4.35 | 4.33 | 4.24 | 4.40 | 0.16 | 4.17 | 4.16 | 4.23 | 4.27 | 4.28 | 0.12 |
| 08. Grievances receive a timely response and a hearing if grievance procedures call for one. | 3.25 | 3.23 | 3.03 | 3.11 | 3.18 | 0.07 | 3.52 | 3.50 | 3.37 | 3.26 | 3.26 | (0.08) |
| 09. Results of the formal and informal grievance processes are fair. | 3.25 | 3.23 | 3.05 | 3.00 | 3.08 | 0.08 | 3.52 | 3.50 | 3.33 | 3.19 | 3.19 | (0.11) |
| 10. The Warden, Assistant Warden(s) and Chief of Security here are visible throughout the facility, approachable, and responsive to inmates (or detainees). | 3.53 | 3.74 | 4.03 | 3.63 | 4.08 | 0.45 | 3.84 | 3.83 | 3.99 | 3.97 | 3.98 | 0.10 |
| 11. Staff here are in control of what goes on at this facility. | 4.03 | 4.16 | 3.95 | 3.82 | 4.13 | 0.31 | 4.01 | 3.96 | 3.97 | 4.06 | 4.07 | 0.06 |
| 12. Gang activity here is kept under control by staff at this facility. | 4.28 | 4.30 | 4.35 | 4.05 | 4.38 | 0.33 | 3.98 | 3.92 | 3.94 | 4.05 | 4.06 | 0.32 |
| 13. Most inmates (or detainees) at this facility do not have weapons. | 4.28 | 4.51 | 4.53 | 4.13 | 4.35 | 0.22 | 4.14 | 4.19 | 4.21 | 4.25 | 4.26 | 0.09 |
| 14. It is difficult to acquire illegal drugs at this facility. | 4.35 | 4.42 | 4.53 | 4.13 | 4.33 | 0.20 | 4.00 | 4.08 | 4.09 | 4.14 | 4.14 | 0.19 |
| 15. It is hard to get tobacco at this facility. | | | 4.53 | 4.16 | 4.35 | 0.19 | | | 4.08 | 4.14 | 4.14 | 0.21 |
| 16. It is hard to get cell phones at this facility. | | | 4.33 | 4.08 | 4.30 | 0.22 | | | 4.25 | 4.29 | 4.29 | 0.01 |
| 17. Contraband of any type is very limited in this facility. | 4.28 | 4.35 | 4.58 | 4.11 | 4.38 | 0.27 | 4.06 | 4.11 | 4.17 | 4.24 | 4.24 | 0.14 |
| 18. Staff do not use *unnecessary* physical force on inmates (or detainees) at this facility. | 4.35 | 4.47 | 4.48 | 4.00 | 4.38 | 0.38 | 4.28 | 4.35 | 4.31 | 4.36 | 4.37 | 0.01 |
| 19. I have access to sufficient recreational opportunities. | | | 4.13 | 3.53 | 4.18 | 0.65 | | | 3.77 | 3.74 | 3.76 | 0.42 |
| 20. The cleanliness and sanitation of this facility is good. | 3.60 | 3.49 | 3.53 | 3.68 | 4.08 | 0.40 | 3.86 | 3.83 | 3.92 | 3.99 | 4.00 | 0.08 |
| 21. When there is a fire drill called by staff at the facility, inmates (or detainees) participate in the drill and know what to do and how to evacuate the area in case of a fire. | 3.75 | 3.58 | 3.95 | 3.50 | 4.05 | 0.55 | 3.85 | 3.87 | 3.93 | 3.96 | 3.97 | 0.08 |
| 22. Inmates (or detainees) at this facility are kept busy with work, education, recreational, religious or other program assignments. | 3.78 | 4.14 | 4.18 | 3.87 | 4.35 | 0.48 | 3.77 | 3.77 | 3.86 | 3.89 | 3.90 | 0.45 |
| 23. The amount of food served here is satisfactory. | 2.95 | 2.86 | 2.90 | 3.00 | 3.63 | 0.63 | 2.92 | 3.14 | 3.31 | 3.36 | 3.38 | 0.25 |
| 24. The taste of the food served here is satisfactory. | 2.95 | 3.02 | 3.00 | 3.18 | 3.73 | 0.55 | 2.92 | 3.09 | 3.14 | 3.17 | 3.18 | 0.55 |
| 25. The selection and availability of items at the facility's commissary meets the needs of inmates (or detainees). | 3.25 | 2.37 | 3.53 | 3.11 | 3.85 | 0.74 | 3.65 | 3.56 | 3.70 | 3.79 | 3.81 | 0.04 |
| 26. Prices of items at the commissary are reasonable. | 3.25 | 2.37 | 2.45 | 2.45 | 3.00 | 0.55 | 3.65 | 3.56 | 3.21 | 3.21 | 3.22 | (0.22) |
| 27. The mail service at this facility works efficiently. | 3.45 | 4.00 | 4.23 | 3.82 | 4.03 | 0.21 | 3.94 | 4.00 | 4.00 | 3.99 | 4.00 | 0.03 |
| **OVERALL AVERAGE (All Items, Unweighted)** | **3.84** | **3.85** | **3.83** | **3.60** | **4.01** | **0.41** | **3.94** | **3.95** | **3.87** | **3.90** | **3.90** | **0.11** |

Current year "All CCA" average is the rolling average of the most recent survey at each active facility.

Sample Size n = 38

| Facility YOY Comparison | |
|---|---|
| above | 26 |
| neutral | 0 |
| below | 1 |

| Facility vs. All CCA average | |
|---|---|
| above | 21 |
| neutral | 0 |
| below | 6 |

CONFIDENTIAL  CORECIVIC_0054226

Case 3:16-cv-02267  Document 361-19  Filed 11/20/20  Page 4 of 7 PageID #: 14490

Cibola County Correctional Center
Mar 2-5, 2015



Case 3:16-cv-02267   Document 361-19   Filed 11/20/20   Page 5 of 7 PageID #: 14491

CORECIVIC_0054227

CONFIDENTIAL

Case 3:16-cv-02267 Document 361-19 Filed 11/20/20 Page 6 of 7 PageID #: 14492

Cibola County Correctional Center
Staff Climate Survey Results
Mar 2-5, 2015

Scale for all questions: 5 = Strongly Agree; 4 = Agree; 3 = Neutral; 2 = Disagree; 1 = Strongly Disagree

Trend (line) graph: Black line represents facility score. Red line represents rolling average (most recent survey) at active CCA facilities.

Distribution (bar) graph: Black bars represent percentage of responses at the facility. Red bars represent percentage of responses from all 2012 CCA surveys. The shorter the black bars at the left are and the taller the black bars at the right are, the more positive the facility's overall response is. A good score is possible even when a minority disagrees or strongly disagrees, but the minority view may warrant further study. SD = Strongly Disagree; DA = Disagree; Neut = Neutral; SA = Strongly Agree

01. I feel safe working at this facility.

02. If there were a life threatening incident at this facility, I feel staff will respond quickly.

03.Staff at this facility communicate effectively with inmates.

04. Staff at this facility communicate effectively with other staff.

05. Staff at this facility work toward common goals that support CCA's mission.

06. Staff are in control of the inmate population here.

07. Gang activity is kept under control by staff at this facility.

08. Searches are done in such a manner and often enough to effectively control contraband.

09. The Warden is regularly visible around the facility.

10. The Executive Staff (Warden, Assistant Warden and Chief of Security) have a positive effect on staff morale here.

11. The supervisors at this facility are very professional.

12. Leaders at this facility consistently follow through on commitments.

13. Supervisors at this facility listen to concerns and suggestions from staff.

14. Staff at this facility are valued by CCA and the Executive Staff.

15. Learning and development opportunities at this facility are a priority and support my professional growth.

16. Staff are treated fairly at this facility.

Cibola County Correctional Center
Inmate Climate Survey Results
Mar 2-5, 2015

**Scale for all questions:**
5 = Strongly Agree
4 = Agree
3 = Neutral
2 = Disagree
1 = Strongly Disagree

01. Overall, I feel safe at this facility.

02. If I were to have a life-threatening medical problem, I believe that medical staff would respond to the situation quickly.

03. When I have a medical concern or problem, I am able to see medical staff in a reasonable period of time.

04. When I am seen for a medical concern or problem, the treatment provided adequately addresses my issue.

05. I feel safe from any form of sexual assault at this facility.

06. Staff at this facility are approachable and responsive to inmates (or detainees).

07. I know who my unit manager, case manager or counselor is on my living unit.

08. Grievances receive a timely response and a hearing if grievance procedures call for one.

09. Results of the formal and informal grievance processes are fair.

10. The Warden, Assistant Warden(s) and Chief of Security here are visible throughout the facility, approachable, and responsive to inmates (or detainees).

11. Staff here are in control of what goes on at this facility.

12. Gang activity here is kept under control by staff at this facility.

13. Most Inmates (or detainees) at this facility do not have weapons.

14. It is difficult to acquire illegal drugs at this facility.

15. It is hard to get tobacco at this facility.

16. It is hard to get cell phones at this facility.

17. Contraband of any type is very limited in this facility.

18. Staff do not use unnecessary physical force on inmates (or detainees) at this facility.

19. I have access to sufficient recreational opportunities.

20. The cleanliness and sanitation of this facility is good.

21. When there is a fire drill called by staff at the facility, inmates (or detainees) participate in the drill and know what to do and how to evacuate the area in case of a fire.

22. Inmates (or detainees) at this facility are kept busy with work, education, recreational, religious or other program assignments.

23. The amount of food served here is satisfactory.

24. The taste of food served here is satisfactory.

25. The selection and availability of items at the facility's commissary meets the needs of inmates (or detainees).

26. Prices of items at the commissary are reasonable.

27. The mail service at this facility works efficiently.

Trend (line) graph:
Black line represents facility score.
Red line represents rolling average (most recent survey) at active facilities.

Distribution (bar) graph:
Black bars represent percentage of responses at the facility.
Red bars represent percentage of responses from all 2013 CCA surveys.

The shorter the black bars at the left and the taller the black bars at the right are, the more positive the facility's overall response is. A good score is possible even when a minority disagrees or strongly disagrees, but the minority view may warrant further study.

SD = Strongly Disagree; DA = Disagree; Neut = Neutral; SA = Strongly Agree



