# EXHIBIT 53

**Eden Detention Center**
**CCA Quality Assurance Operational Audit**
**3/23/2015**

**BOP Contract Facility Monitoring Tool**

| Category | Total Indicators | Total Satisfactory | Total Deficiencies | Deficiencies NP | Deficiencies NI | Deficiencies NSD | Total N/A | Total % Score |
|---|---|---|---|---|---|---|---|---|
| 1.0 Information Security | 9 | 9 | 0 | 0 | 0 | 0 | 0 | 100.0% |
| 2.0 Correctional Programs (Unit Management) | 24 | 23 | 0 | 0 | 0 | 0 | 1 | 100.0% |
| 3.0 Correctional Services | 35 | 31 | 4 | 0 | 4 | 0 | 0 | 88.6% |
| 4.0 Education and Recreation Services | 5 | 5 | 0 | 0 | 0 | 0 | 0 | 100.0% |
| 5.0 Food Service | 11 | 11 | 0 | 0 | 0 | 0 | 0 | 100.0% |
| 6.0 Health Services | 48 | 30 | 16 | 0 | 16 | 0 | 2 | 65.2% |
| 7.0 Human Resources | 9 | 9 | 0 | 0 | 0 | 0 | 0 | 100.0% |
| 8.0 Inmate Services (Commissary/Trust Fund) | 4 | 4 | 0 | 0 | 0 | 0 | 0 | 100.0% |
| 9.0 Inmate Systems (Mail/Receiving & Discharge/Records) | 13 | 13 | 0 | 0 | 0 | 0 | 0 | 100.0% |
| 10.0 Safety and Environmental Health/Facilities | 23 | 15 | 8 | 0 | 8 | 0 | 0 | 65.2% |
| 11.0 Chaplaincy Services | 3 | 3 | 0 | 0 | 0 | 0 | 0 | 100.0% |
| 12.0 Facilities Management (N/A - BOP owned only) | | | | | | | | |
| **TOTAL - ALL BOP INDICATORS** | **184** | **153** | **28** | **0** | **28** | **0** | **3** | **84.53%** |
| CCA INDICATORS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| **TOTAL - ALL CCA AND BOP INDICATORS** | **184** | **153** | **28** | **0** | **28** | **0** | **3** | **84.53%** |

**Deficient Indicators:** 3.1.13, 3.1.14, 3.2.1, 3.2.3, 6.1.1, 6.2.1, 6.3.5, 6.9.1 through 6.9.7, 6.9.12 through 6.9.14, 6.9.18 through 6.9.20, 10.1.1, 10.1.3, 10.2.4, 10.3.3, 10.4.1, 10.7.3, 10.7.5, 10.7.8

**N/A Indicators:** 2.9.1, 6.3.7, 6.7.2

SCORING:

All BOP indicators except those expressly not applicable are reviewed.

Non-scored deficiencies are considered deficient but are excluded from the facility percentage score.

Repeats will be calculated beginning with the 2016 audit year.

CONFIDENTIAL   CORECIVIC_0054354

Eden Detention Center
Mar 23-26, 2015

**Staff Climate Survey Results**

| Question Text | 2011 | 2012 | Facility 2013 | 2014 | 2015 | Facility 15 vs. 14 | 2011 | 2012 | All CCA 2013 | 2014 | 2015 | Facility vs CCA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01. I feel safe working at this facility. | 4.22 | 4.46 | 4.24 | 4.37 | 4.33 | (0.04) | 4.33 | 4.33 | 4.36 | 4.36 | 4.37 | (0.04) |
| 02. If there were a life threatening incident at this facility, I feel staff will respond quickly. | 4.22 | 4.48 | 4.39 | 4.33 | 4.50 | 0.17 | 4.38 | 4.42 | 4.46 | 4.51 | 4.51 | (0.01) |
| 03. Staff at this facility communicate effectively with inmates. | 3.78 | 3.93 | 3.71 | 3.63 | 3.87 | 0.24 | 3.76 | 3.79 | 3.80 | 3.85 | 3.87 | 0.00 |
| 04. Staff at this facility communicate effectively with other staff. | 3.24 | 3.48 | 3.41 | 3.37 | 3.63 | 0.26 | 3.52 | 3.53 | 3.54 | 3.58 | 3.60 | 0.03 |
| 05. Staff at this facility work toward common goals that support CCA's mission. | | | 3.73 | 3.87 | 4.00 | 0.13 | | | 4.11 | 4.09 | 4.10 | (0.10) |
| 06. Staff are in control of the inmate population here. | 3.78 | 3.93 | 3.78 | 4.02 | 4.04 | 0.02 | 4.06 | 4.12 | 4.13 | 4.12 | 4.13 | (0.09) |
| 07. Gang activity is kept under control by staff at this facility. | 4.10 | 4.20 | 4.00 | 4.20 | 3.91 | (0.29) | 4.17 | 4.12 | 4.16 | 4.21 | 4.21 | (0.30) |
| 08. Searches are done in such a manner and often enough to effectively control contraband. | 3.76 | 3.87 | 3.61 | 3.87 | 4.17 | 0.30 | 3.91 | 3.93 | 3.95 | 4.00 | 4.01 | 0.16 |
| 09. The Warden is regularly visible around the facility. | 4.17 | 4.43 | 4.39 | 4.39 | 4.50 | 0.11 | 4.30 | 4.27 | 4.36 | 4.38 | 4.40 | 0.10 |
| 10. The Executive Staff (Warden, Assistant Warden and Chief of Security) have a positive effect on staff morale here. | 3.68 | 4.09 | 3.93 | 3.72 | 3.89 | 0.17 | 3.97 | 4.00 | 4.04 | 4.02 | 4.06 | (0.17) |
| 11. The supervisors at this facility are very professional. | 3.78 | 4.07 | 3.88 | 3.76 | 4.13 | 0.37 | 4.01 | 4.03 | 3.97 | 3.98 | 3.99 | 0.14 |
| 12. Leaders at this facility consistently follow through on commitments. | | | 3.68 | 3.72 | 4.02 | 0.30 | | | 3.92 | 3.94 | 3.96 | 0.06 |
| 13. Supervisors at this facility listen to concerns and suggestions from staff. | | | 3.93 | 3.57 | 4.02 | 0.45 | | | 3.93 | 3.92 | 3.94 | 0.08 |
| 14. Staff at this facility are valued by CCA and the Executive Staff. | | | 3.66 | 3.52 | 3.98 | 0.46 | | | 3.91 | 3.93 | 3.95 | 0.03 |
| 15. Learning and development opportunities at this facility are a priority and support my professional growth. | | | 3.63 | 3.89 | 4.04 | 0.15 | | | 4.05 | 4.10 | 4.12 | (0.08) |
| 16. Staff are treated fairly at this facility. | | | 3.71 | 3.59 | 3.67 | 0.08 | | | 3.81 | 3.78 | 3.79 | (0.12) |
| **OVERALL AVERAGE (All Items, Unweighted)** | **3.87** | **4.09** | **3.86** | **3.86** | **4.04** | **0.18** | **4.04** | **4.05** | **4.03** | **4.05** | **4.06** | **(0.02)** |

Current year "All CCA" average is the rolling average of the most recent survey at each active facility.

Sample Size n = 46

| Facility YOY Comparison | |
|---|---|
| above | 14 |
| neutral | 0 |
| below | 2 |

| Facility vs. All CCA average | |
|---|---|
| above | 7 |
| neutral | 1 |
| below | 8 |

**Inmate Climate Survey Results**

| Question Text | 2011 | 2012 | Facility 2013 | 2014 | 2015 | Facility 15 vs. 14 | 2011 | 2012 | All CCA 2013 | 2014 | 2015 | Facility vs CCA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01. Overall, I feel safe at this facility. | 4.00 | 4.40 | 4.12 | 4.34 | 4.36 | 0.02 | 4.23 | 4.21 | 4.28 | 4.31 | 4.31 | 0.05 |
| 02. If I were to have a life-threatening medical problem, I believe that medical staff would respond to the situation quickly. | 3.62 | 4.04 | 2.83 | 3.39 | 3.47 | 0.08 | 3.84 | 3.85 | 3.60 | 3.62 | 3.65 | (0.18) |
| 03. When I have a medical concern or problem, I am able to see medical staff in a reasonable period of time. | 3.07 | 3.53 | 3.12 | 2.73 | 3.40 | 0.67 | 3.58 | 3.60 | 3.67 | 3.64 | 3.68 | (0.28) |
| 04. When I am seen for a medical concern or problem, the treatment provided adequately addresses my issue. | | | 3.12 | 3.30 | 3.47 | 0.17 | | | 3.70 | 3.72 | 3.74 | (0.27) |
| 05. I feel safe from any form of sexual assault at this facility. | 4.31 | 4.82 | 4.56 | 4.70 | 4.53 | (0.17) | 4.48 | 4.59 | 4.56 | 4.57 | 4.57 | (0.04) |
| 06. Staff at this facility are approachable and responsive to inmates (or detainees). | 3.24 | 3.62 | 3.68 | 3.98 | 4.11 | 0.13 | 3.77 | 3.78 | 3.88 | 3.98 | 4.01 | 0.10 |
| 07. I know who my unit manager, case manager or counselor is on my living unit. | 4.17 | 4.60 | 4.46 | 4.43 | 4.36 | (0.07) | 4.17 | 4.16 | 4.23 | 4.27 | 4.28 | 0.08 |
| 08. Grievances receive a timely response and a hearing if grievance procedures call for one. | 3.48 | 3.47 | 3.20 | 3.23 | 3.02 | (0.21) | 3.52 | 3.50 | 3.37 | 3.26 | 3.24 | (0.22) |
| 09. Results of the formal and informal grievance processes are fair. | 3.48 | 3.47 | 3.07 | 3.25 | 2.98 | (0.27) | 3.52 | 3.50 | 3.33 | 3.19 | 3.18 | (0.20) |
| 10. The Warden, Assistant Warden(s) and Chief of Security here are visible throughout the facility, approachable, and responsive to inmates (or detainees). | 3.90 | 4.02 | 4.32 | 4.34 | 4.20 | (0.14) | 3.84 | 3.83 | 3.99 | 3.97 | 4.00 | 0.20 |
| 11. Staff here are in control of what goes on at this facility. | 4.00 | 4.47 | 4.20 | 4.18 | 4.22 | 0.04 | 4.01 | 3.96 | 3.97 | 4.06 | 4.08 | 0.14 |
| 12. Gang activity here is kept under control by staff at this facility. | 4.19 | 4.56 | 4.22 | 4.16 | 4.20 | 0.04 | 3.98 | 3.92 | 3.94 | 4.05 | 4.06 | 0.14 |
| 13. Most inmates (or detainees) at this facility do not have weapons. | 4.24 | 4.69 | 4.49 | 4.45 | 4.40 | (0.05) | 4.14 | 4.19 | 4.21 | 4.25 | 4.26 | 0.14 |
| 14. It is difficult to acquire illegal drugs at this facility. | 4.21 | 4.62 | 4.56 | 4.48 | 4.38 | (0.10) | 4.00 | 4.08 | 4.09 | 4.14 | 4.15 | 0.23 |
| 15. It is hard to get tobacco at this facility. | | | 4.56 | 4.48 | 4.40 | (0.08) | | | 4.08 | 4.14 | 4.15 | 0.25 |
| 16. It is hard to get cell phones at this facility. | | | 4.56 | 4.57 | 4.38 | (0.19) | | | 4.25 | 4.29 | 4.29 | 0.09 |
| 17. Contraband of any type is very limited in this facility. | 4.10 | 4.60 | 4.56 | 4.48 | 4.40 | (0.08) | 4.08 | 4.11 | 4.17 | 4.24 | 4.25 | 0.15 |
| 18. Staff do not use unnecessary physical force on inmates (or detainees) at this facility. | 4.07 | 4.69 | 4.44 | 4.48 | 4.36 | (0.12) | 4.28 | 4.35 | 4.31 | 4.36 | 4.37 | (0.01) |
| 19. I have access to sufficient recreational opportunities. | | | 4.02 | 4.14 | 4.27 | 0.13 | | | 3.77 | 3.74 | 3.77 | 0.50 |
| 20. The cleanliness and sanitation of this facility is good. | 3.64 | 3.67 | 3.80 | 4.09 | 4.18 | 0.09 | 3.86 | 3.83 | 3.92 | 3.99 | 4.01 | 0.17 |
| 21. When there is a fire drill called by staff at the facility, inmates (or detainees) participate in the drill and know what to do and how to evacuate the area in case of a fire. | 4.21 | 4.58 | 4.29 | 4.27 | 4.09 | (0.18) | 3.85 | 3.87 | 3.93 | 3.96 | 3.97 | 0.12 |
| 22. Inmates (or detainees) at this facility are kept busy with work, education, recreational, religious or other program assignments. | 3.57 | 3.91 | 3.59 | 4.16 | 4.00 | (0.16) | 3.77 | 3.77 | 3.86 | 3.89 | 3.88 | 0.12 |
| 23. The amount of food served here is satisfactory. | 3.43 | 3.87 | 3.56 | 3.68 | 4.20 | 0.52 | 2.92 | 3.14 | 3.31 | 3.36 | 3.39 | 0.81 |
| 24. The taste of the food served here is satisfactory. | 3.43 | 3.62 | 3.10 | 3.34 | 3.76 | 0.42 | 2.92 | 3.09 | 3.14 | 3.17 | 3.19 | 0.57 |
| 25. The selection and availability of items at the facility's commissary meets the needs of inmates (or detainees). | 3.14 | 3.18 | 3.07 | 3.25 | 3.80 | 0.55 | 3.65 | 3.56 | 3.70 | 3.79 | 3.84 | (0.04) |
| 26. Prices of items at the commissary are reasonable. | 3.14 | 3.18 | 2.46 | 2.80 | 3.53 | 0.73 | 3.65 | 3.56 | 3.21 | 3.21 | 3.24 | 0.29 |
| 27. The mail service at this facility works efficiently. | 3.90 | 4.47 | 4.12 | 4.02 | 4.04 | 0.02 | 3.94 | 4.00 | 4.00 | 3.99 | 3.99 | 0.05 |
| **OVERALL AVERAGE (All Items, Unweighted)** | **3.85** | **4.21** | **3.86** | **3.95** | **4.02** | **0.07** | **3.94** | **3.95** | **3.87** | **3.90** | **3.91** | **0.11** |

Current year "All CCA" average is the rolling average of the most recent survey at each active facility.

Sample Size n = 44

| Facility YOY Comparison | |
|---|---|
| above | 14 |
| neutral | 0 |
| below | 13 |

| Facility vs. All CCA average | |
|---|---|
| above | 19 |
| neutral | 0 |
| below | 8 |

CONFIDENTIAL    CORECIVIC_00054355

Case 3:16-cv-02267    Document 361-20    Filed 11/20/20    Page 3 of 6 PageID #: 14496

Eden Detention Center
Mar 23-26, 2015



Case 3:16-cv-02267 Document 361-20 Filed 11/20/20 Page 4 of 6 PageID #: 14497

CORECIVIC_0054356
CONFIDENTIAL

Case 3:16-cv-02267 Document 361-20 Filed 11/20/20 Page 5 of 6 PageID #: 14498

Eden Detention Center
Staff Climate Survey Results
Mar 23-26, 2015

Scale for all questions: 5 = Strongly Agree; 4 = Agree; 3 = Neutral; 2 = Disagree; 1 = Strongly Disagree

Trend (line) graph: Black line represents facility score. Red line represents rolling average (most recent survey) at active CCA facilities.

Distribution (bar) graph: Black bars represent percentage of responses at the facility. Red bars represent percentage of responses from all 2012 CCA surveys. The shorter the black bars at the left are and the taller the black bars at the right are, the more positive the facility's overall response is. A good score is possible even when a minority disagrees or strongly disagrees, but the minority view may warrant further study. SD = Strongly Disagree; DA = Disagree; Neut = Neutral; SA = Strongly Agree

01. I feel safe working at this facility.

02. If there were a life threatening incident at this facility, I feel staff will respond quickly.

03.Staff at this facility communicate effectively with inmates.

04. Staff at this facility communicate effectively with other staff.

05. Staff at this facility work toward common goals that support CCA's mission.

06. Staff are in control of the inmate population here.

07. Gang activity is kept under control by staff at this facility.

08. Searches are done in such a manner and often enough to effectively control contraband.

09. The Warden is regularly visible around the facility.

10. The Executive Staff (Warden, Assistant Warden and Chief of Security) have a positive effect on staff morale here.

11. The supervisors at this facility are very professional.

12. Leaders at this facility consistently follow through on commitments.

13. Supervisors at this facility listen to concerns and suggestions from staff.

14. Staff at this facility are valued by CCA and the Executive Staff.

15. Learning and development opportunities at this facility are a priority and support my professional growth.

16. Staff are treated fairly at this facility.

CONFIDENTIAL CORECIVIC_0054357

Eden Detention Center
Inmate Climate Survey Results
Mar 23-26, 2015

**Scale for all questions:**
5 = Strongly Agree
4 = Agree
3 = Neutral
2 = Disagree
1 = Strongly Disagree

01. Overall, I feel safe at this facility.

02. If I were to have a life-threatening medical problem, I believe that medical staff would respond to the situation quickly.

03. When I have a medical concern or problem, I am able to see medical staff in a reasonable period of time.

04. When I am seen for a medical concern or problem, the treatment provided adequately addresses my issue.

05. I feel safe from any form of sexual assault at this facility.

06. Staff at this facility are approachable and responsive to inmates (or detainees).

07. I know who my unit manager, case manager or counselor is on my living unit.

08. Grievances receive a timely response and a hearing if grievance procedures call for one.

09. Results of the formal and informal grievance processes are fair.

10. The Warden, Assistant Warden(s) and Chief of Security here are visible throughout the facility, approachable, and responsive to inmates (or detainees).

11. Staff here are in control of what goes on at this facility.

12. Gang activity here is kept under control by staff at this facility.

13. Most Inmates (or detainees) at this facility do not have weapons.

14. It is difficult to acquire illegal drugs at this facility.

15. It is hard to get tobacco at this facility.

16. It is hard to get cell phones at this facility.

17. Contraband of any type is very limited in this facility.

18. Staff do not use unnecessary physical force on inmates (or detainees) at this facility.

19. I have access to sufficient recreational opportunities.

20. The cleanliness and sanitation of this facility is good.

21. When there is a fire drill called by staff at the facility, inmates (or detainees) participate in the drill and know what to do and how to evacuate the area in case of a fire.

22. Inmates (or detainees) at this facility are kept busy with work, education, recreational, religious or other program assignments.

23. The amount of food served here is satisfactory.

24. The taste of food served here is satisfactory.

25. The selection and availability of items at the facility's commissary meets the needs of inmates (or detainees).

26. Prices of items at the commissary are reasonable.

27. The mail service at this facility works efficiently.

Trend (line) graph:
Black line represents facility score.
Red line represents rolling average (most recent survey) at active facilities.

Distribution (bar) graph:
Black bars represent percentage of responses at the facility.
Red bars represent percentage of responses from all 2013 CCA surveys.

The shorter the black bars at the left and the taller the black bars at the right are, the more positive the facility's overall response is. A good score is possible even when a minority disagrees or strongly disagrees, but the minority view may warrant further study.

SD = Strongly Disagree; DA = Disagree; Neut = Neutral; SA = Strongly Agree



