# EXHIBIT 54

**Northeast Ohio Correctional Center**
**CCA Quality Assurance Operational Audit**
**3/9/2015**

**BOP Contract Facility Monitoring Tool**

| Category | Total Indicators | Total Satisfactory | Total Deficiencies | Deficiencies | | | | Total N/A | Total % Score |
|---|---|---|---|---|---|---|---|---|---|
| | | | | NP | NI | NSD | | | |
| 1.0 Information Security | 9 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 100.0% |
| 2.0 Correctional Programs (Unit Management) | 24 | 24 | 0 | 0 | 0 | 0 | 0 | 0 | 100.0% |
| 3.0 Correctional Services | 35 | 35 | 0 | 0 | 0 | 0 | 0 | 0 | 100.0% |
| 4.0 Education and Recreation Services | 5 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 100.0% |
| 5.0 Food Service | 11 | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 100.0% |
| 6.0 Health Services | 48 | 40 | 4 | 0 | 4 | 0 | 0 | 4 | 90.9% |
| 7.0 Human Resources | 9 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 100.0% |
| 8.0 Inmate Services (Commissary/Trust Fund) | 4 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 100.0% |
| 9.0 Inmate Systems (Mail/Receiving & Discharge/Records) | 13 | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 100.0% |
| 10.0 Safety and Environmental Health/Facilities | 23 | 23 | 0 | 0 | 0 | 0 | 0 | 0 | 100.0% |
| 11.0 Chaplaincy Services | 3 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 100.0% |
| 12.0 Facilities Management (N/A - BOP owned only) | | | | | | | | | |
| **TOTAL - ALL BOP INDICATORS** | **184** | **176** | **4** | **0** | **4** | **0** | **4** | **97.78%** |
| | | | | | | | | | |
| CCA INDICATORS | 1,100 | 1,084 | 16 | 1 | 14 | 1 | 0 | 98.65% |
| **TOTAL - ALL CCA AND BOP INDICATORS** | **1,284** | **1,260** | **20** | **1** | **18** | **1** | **4** | **98.51%** |

**Deficient Indicators:** 6.2.1, 6.3.4, 6.9.1, 6.9.20
**N/A Indicators:** 6.3.7, 6.7.2, 6.9.12, 6.9.19

SCORING:
All BOP indicators except those expressly not applicable are reviewed.
Non-scored deficiencies are considered deficient but are excluded from the facility percentage score.
Repeats will be calculated beginning with the 2016 audit year.

CONFIDENTIAL

CORECIVIC_0056715

CORECIVIC_0056716

# Northeast Ohio Correctional Center

## Audit Results 2015

| Category | ALL INDICATORS Total Scored | NP | NI | NSD | Total Repeat | Overall % Score | PRIORITY Scored | NP | NI | NSD | Priority Repeat | Priority % Score | GENERAL Scored | NP | NI | NSD | General Repeat | General % Score |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| General Administration | 68 | | 3 | | | 95.6% | 13 | | | 3 | | 76.9% | 55 | | | | | 100.0% |
| PREA | 35 | | | | | 100.0% | 2 | | | | | 100.0% | 33 | | | | | 100.0% |
| Finance | 3 | | | | | 100.0% | 2 | | | | | 100.0% | 1 | | | | | 100.0% |
| Human Resources | 119 | 1 | | | | 99.2% | 22 | | | | | 100.0% | 97 | | 1 | | | 99.0% |
| Learning and Development | 37 | | 2 | | | 94.6% | 12 | 1 | | | | 91.7% | 25 | | 1 | | | 96.0% |
| Health Services | 52 | 1 | | | | 98.1% | 12 | | | | | 100.0% | 40 | | 1 | | | 97.5% |
| Count Procedures | 8 | | | | | 100.0% | 4 | | | | | 100.0% | 4 | | | | | 100.0% |
| Perimeter Security, Security Inspections, Transportation | 34 | | | 1 | | 100.0% | 23 | | | 1 | | 100.0% | 11 | | | | | 100.0% |
| Entry and Exit Procedures | 26 | | | | | 100.0% | 3 | | | | | 100.0% | 23 | | | | | 100.0% |
| Searches | 18 | | 1 | | | 94.4% | 4 | | | | | 100.0% | 14 | | 1 | | | 92.9% |
| Key Control | 18 | | | | | 100.0% | 17 | | | | | 100.0% | 1 | | | | | 100.0% |
| Tool Control | 27 | | | | | 100.0% | 13 | | | | | 100.0% | 14 | | | | | 100.0% |
| Armory | 15 | | | | | 100.0% | 8 | | | | | 100.0% | 7 | | | | | 100.0% |
| Use of Force | 14 | | | | | 100.0% | 8 | | | | | 100.0% | 6 | | | | | 100.0% |
| Emergency Response | 15 | | | | | 100.0% | 9 | | | | | 100.0% | 6 | | | | | 100.0% |
| SORT Operations | 11 | | 1 | | | 90.9% | 3 | | | | | 100.0% | 8 | | 1 | | | 87.5% |
| Special Management Inmates | 18 | | | | | 100.0% | 7 | | | | | 100.0% | 11 | | | | | 100.0% |
| Rules and Discipline | 11 | | | | | 100.0% | 4 | | | | | 100.0% | 7 | | | | | 100.0% |
| Inmate Property | 8 | | 1 | | | 87.5% | 2 | | | | | 100.0% | 6 | | 1 | | | 83.3% |
| STG | 10 | | | | | 100.0% | 7 | | | | | 100.0% | 3 | | | | | 100.0% |
| Canine Program | 0 | | | | | | 0 | | | | | | 0 | | | | | |
| MH Suicide Precautions | 0 | | | | | | 0 | | | | | | 0 | | | | | |
| Security ACA Continuous Compliance | 0 | | | | | | 0 | | | | | | 0 | | | | | |
| Missed Punches | 0 | | | | | | 0 | | | | | | 0 | | | | | |
| Security and Control Total | 233 | 0 | 3 | 1 | 0 | 98.7% | 112 | 0 | 0 | 1 | 0 | 100.0% | 121 | 0 | 3 | 0 | 0 | 97.5% |
| Safety and Sanitation | 153 | 1 | 1 | | | 98.7% | 31 | 1 | | | | 95.8% | 122 | | 1 | | | 99.2% |
| Company Vehicles | 0 | | | | | | 0 | | | | | | 0 | | | | | |
| Physical Plant | 114 | 1 | | | | 99.1% | 3 | | | | | 100.0% | 111 | 1 | | | | 99.1% |
| Food Service | 153 | 2 | | | | 98.7% | 11 | | | | | 100.0% | 142 | 2 | | | | 98.6% |
| Laundry | 33 | | | | | 100.0% | 0 | | | | | | 33 | | | | | 100.0% |
| Classification and Unit Management | 73 | | | | | 100.0% | 9 | | | | | 100.0% | 64 | | | | | 100.0% |
| Inmate Programs and Services | 27 | | | | | 100.0% | 3 | | | | | 100.0% | 24 | | | | | 100.0% |
| **OFFICIAL SCORE - CCA INDICATORS** | **1,100** | **1** | **14** | **1** | | **98.65%** | **232** | **0** | **5** | **1** | **0** | **96.55%** | **868** | **1** | **9** | **0** | **0** | **98.69%** |

## Audit Results 2014

| Category | ALL INDICATORS Total Defic. | Overall % Score | PR. IND. Priority Repeats |
|---|---|---|---|
| General Administration | 1 | 98.2% | |
| PREA | | 100.0% | |
| Finance | | 100.0% | |
| Human Resources | | 100.0% | |
| Learning and Development | 1 | 96.4% | 1 |
| Health Services | 4 | 97.5% | |
| Count Procedures | | 100.0% | |
| Perimeter Security, Security Inspections, Transportation | | 100.0% | |
| Entry and Exit Procedures | | 100.0% | |
| Searches | | 100.0% | |
| Key Control | | 100.0% | |
| Tool Control | | 100.0% | |
| Armory | | 100.0% | |
| Use of Force | | 100.0% | |
| Emergency Response | | 100.0% | |
| SORT Operations | | 100.0% | |
| Special Management Inmates | | 100.0% | |
| Rules and Discipline | | 100.0% | |
| Inmate Property | | 100.0% | |
| STG | | 100.0% | |
| MH Suicide Precautions | | 100.0% | |
| Security and Control Total | 0 | 100.0% | |
| Safety and Sanitation | | 100.0% | |
| Physical Plant | 2 | 99.1% | |
| Food Service | 3 | 98.6% | |
| Laundry | | 100.0% | |
| Classification and Unit Management | | 100.0% | |
| Inmate Programs and Services | | 100.0% | |
| **OFFICIAL SCORE** | **11** | **99.41%** | **1** |

## Year over Year

| Category | ALL INDICATORS Total Defic. | Overall % Score | PR. IND. Priority Repeats |
|---|---|---|---|
| General Administration | 2 | (3.6%) | 0 |
| PREA | | 0.0% | 0 |
| Finance | | 0.0% | 0 |
| Human Resources | 1 | (0.8%) | 0 |
| Learning and Development | 1 | (1.8%) | (1) |
| Health Services | (3) | (0.5%) | 0 |
| Count Procedures | | 0.0% | 0 |
| Perimeter Security, Security Inspections, Transportation | 1 | 0.0% | 0 |
| Entry and Exit Procedures | | 0.0% | 0 |
| Searches | 1 | (5.6%) | 0 |
| Key Control | | 0.0% | 0 |
| Tool Control | | 0.0% | 0 |
| Armory | | 0.0% | 0 |
| Use of Force | | 0.0% | 0 |
| Emergency Response | | 0.0% | 0 |
| SORT Operations | 1 | (9.1%) | 0 |
| Special Management Inmates | | 0.0% | 0 |
| Rules and Discipline | | 0.0% | 0 |
| Inmate Property | 1 | (12.5%) | 0 |
| STG | | 0.0% | 0 |
| MH Suicide Precautions | | 0.0% | 0 |
| Security and Control Total | 4 | (1.3%) | 0 |
| Safety and Sanitation | | (1.3%) | 0 |
| Physical Plant | (2) | 2.2% | 0 |
| Food Service | (2) | (1.3%) | 0 |
| Laundry | | 0.0% | 0 |
| Classification and Unit Management | | 0.0% | 0 |
| Inmate Programs and Services | | 0.0% | 0 |
| **OFFICIAL SCORE** | **5** | **(0.76%)** | **(1)** |

### Explanation of Official Scores:

Percentage scores for each category reflect the total number of compliant items divided by the total number of scored items.

Items scored as NA or NSD are excluded from percentage score calculations.

Security indicators carry double weight.

The overall score is the total number of compliant indicators divided by the total number of scored indicators, with security indicators carrying double weight.

Color Key for Percentage Scores:

| <90% | 90% - 98.96% | >98.96% | N/A |
|---|---|---|---|

### DATES OF REVIEW:

| Start Date | 3/9/2015 | End Date | 3/12/2015 |
|---|---|---|---|

### FACILITY STAFF

| Warden/Administrator | Michael Pugh |
|---|---|
| Quality Assurance Manager | Candace Rivera |

### FACILITY DATA

| Business Unit | 1 | Mike Nalley |
|---|---|---|
| Division | 1 | Keith Hall |
| Partner(s) | | BOP, USMS |
| CCA Owned/Managed | | Owned |

### AUDIT TEAM MEMBERS

| Team Lead/Corr Admin/Class/Programs/PREA/Finance | Steve Morris |
|---|---|
| HR/Training | Kathy Miller |
| Health Services | Rodel Loyba |
| Security & Control | Ussery/Oreolfes |
| Safety/Plant/Food Service Laundry/Transportation | Dave Mace |

### OTHER COMMENTS

CCA core audit tool only. BOP indicators are scored separately.

### AUDIT SUMMARY

| Category | 2015 | 2014 | Change |
|---|---|---|---|
| Overall Score | 98.65% | 99.41% | (0.76%) |
| Score - Priority Indicators | 98.55% | 99.76% | (1.21%) |
| Score - General Indicators | 98.69% | 99.31% | (0.62%) |
| Total Deficiencies | 16 | 11 | 5 |
| Priority Deficiencies | 6 | 1 | 5 |
| General Deficiencies | 10 | 10 | 0 |
| Repeats | 0 | 0 | 0 |
| Priority Repeats | 0 | 1 | (1) |
| General Repeats | 0 | 0 | 0 |

| <90% | 90% - 98.96% | >98.96% better | N/A |
|---|---|---|---|

Case 3:16-cv-02267   Document 361-21   Filed 11/20/20   Page 3 of 3 PageID #: 14502

CONFIDENTIAL