# EXHIBIT 56

1        IN THE UNITED STATES DISTRICT COURT
      FOR THE MIDDLE DISTRICT OF TENNESSEE
2
3
4    NIKKI BOLLINGER GRAE, Individually
  and Behalf of All Others Similarly
5    Situated,
6            Plaintiff,
 vs.              CASE NO.
7                  3:16-CV-02267
  CORRECTIONS CORPORATION OF
8    AMERICA, et al.,
9            Defendants.
10
11
12            CONFIDENTIAL
13      VIDEO DEPOSITION OF EMILEE BEACH
14          Nashville, Tennessee
15          February 11, 2020
16
17
18
19
20   Reported by:
21   Elisabeth A. Miller Lorenz
22   RMR, CRR, LCR No. 66
23
24   Job No.: 10066481
25

1      IN THE UNITED STATES DISTRICT COURT
       FOR THE MIDDLE DISTRICT OF TENNESSEE
2
3
4    NIKKI BOLLINGER GRAE, Individually
 and Behalf of All Others Similarly
5    Situated,
6              Plaintiff,
 vs.                CASE NO.
7                      3:16-CV-02267
 CORRECTIONS CORPORATION OF
8    AMERICA, et al.,
9              Defendants.
10
11
12
13
14
15
16
17       Video deposition of EMILEE BEACH was taken
18   on behalf of Plaintiff, at Riley, Warnock &
19   Jacobson, 1906 West End Avenue, Nashville,
20   Tennessee, beginning at 9:33 a.m., and ending at
21   5:37 p.m., on Tuesday, February 11, 2020, before
22   Elisabeth A. Miller Lorenz, RMR, CRR, and LCR No.
23   66.
24
25

```
1    APPEARANCES:
2     For the Plaintiff:
3         ROBBINS GELLER RUDMAN & DOWD
     BY:  KENNETH J. BLACK
4         BY:  WILLOW RADCLIFFE
     One Montgomery Street
5         Suite 1800
     San Francisco, California 94104
6         415.288.4545
     kennyb@rgrdlaw.com
7         wradcliffe@rgrdlaw.com
8
     For the Defendants:
9
     RILEY, WARNOCK & JACOBSON
10        BY:  TREY McGEE
     1906 West End Avenue
11        Nashville, Tennessee 37203
     615.320.3700
12        tmcgee@rwjplc.com
13        LATHAM & WATKINS
     BY:  ERIC C. PETTIS
14        355 South Grand Avenue
     Los Angeles, California 90071-1560
15        213.485.1234
     eric.pettis@lw.com
16
17
     Also Present:
18
     David Drumel, Videographer
19
20
21
22
23
24
25
```

1 Will the court reporter please swear in
2 the witness.
3             \* \* \*
4           EMILEE BEACH
5 was called as a witness, and after having been first
6 duly sworn, testified as follows:
7          E X A M I N A T I O N
8 BY MS. RADCLIFFE:
9 Q    Good morning.
10     Could you please spell your name for the
11 record?
12 A    Emilee Beach; E-M-I-L-E-E, B-E-A-C-H.
13 Q    And where do you reside presently?
14 A    [REDACTED]
15 [REDACTED].
16 Q    And have you been deposed before?
17 A    I have not.
18 Q    So we're going to go over a couple ground
19 rules. You probably heard these from your counsel.
20 We're going to go over a couple of them.
21     We're going to try not to talk over each
22 other because it's a written transcript and so it
23 will be a little muddled if we start talking over
24 each other. So I'm going to try to wait for you to
25 answer, and if you could just try to wait til I'm

1   the page, Deficiencies have increased with the
2   contractor's quality control component?
3   A   Correct.
4   Q   And additionally, the contractor has
5   provided limited information on program weakness
6   despite the government's observations during this
7   performance period?
8   A   Correct.
9   Q   Do you recall being requested -- requested
10  by the BOP for information on program weaknesses?
11  A   No.
12  Q   Do you know what the BOP is referencing with
13  respect to deficiencies having to be increased with
14  the contractor's quality control component?
15  A   I do.
16  Q   And what does that reference?
17  A   That is the additional -- the addition of
18  multiple standards in our audit tool.  It identifies
19  more areas in which we need -- that we want to focus
20  attention on, so it's -- although it -- it says it
21  is misleading because it says, Although it increases
22  the number of deficiency, it increases the number of
23  indicators.  So you're -- you're reviewing more --
24  maybe one standard three different ways.
25  Q   So let me clarify this.

1    So the audit tool was expanded to include
2    other areas which the contractor's performance would
3    be assessed; is that accurate?
4    A    What they're -- they're speaking of --
5    they're -- they're speaking of the -- the internal
6    audit tool.
7    Q    So -- yes.
8         So Adams or CCA's internal audit tool was
9    expanded in order -- which would capture additional
10   maybe incidences that may or may not be perceived as
11   a deficiency?
12   A    It was a more thorough audit tool.
13   Q    More thorough audit tool.
14        And how did -- or I should say, do you know
15   why that more audit tool -- more thorough audit tool
16   came to be?
17   A    Every year they do a review of the -- of the
18   audit tool. Indicators are added or modified to
19   better serve the facility to increase compliance.
20   Q    So prior to this period, April 1, 2016, had
21   there been other enhancements of the internal audit
22   tool?
23   A    Every year the audit tool is reviewed and
24   modified as necessary.
25   Q    But with respect to this particular period,

1　as I understand your testimony, the audit tool had a
2　major overhaul?
3　A　I wouldn't say specifically in this period.
4　I think it's referenced in -- in one period before
5　also.
6　Q　So beginning maybe in 2015?
7　A　That would be speculation. I would have to
8　look at it.
9　Q　So do you know the reasons why the audit
10　tool became enhanced?
11　A　It's -- it's really enhanced every year as
12　we learn more and as we -- we grow more. We
13　always -- we want it to improve every year, year
14　over year. So we're always going to be adding
15　things to it.
16　Q　So this document reflects the BOP's
17　observation that -- that the quality control
18　component, the audit tool, had indicated an increase
19　in deficiencies?
20　A　Correct, the internal audit tool.
21　Q　Exactly.
22　　So why do you think that there was not
23　previously an observation regarding increase in
24　deficiencies with respect to the use of the audit
25　tool?

1    I, the undersigned, a Licensed Court
2 Reporter of the State of Tennessee, do hereby
3 certify:
4    That the foregoing proceedings were
5 taken before me at the time and place herein set
6 forth; that any witnesses in the foregoing
7 proceedings, prior to testifying, were duly sworn;
8 that a record of the proceedings was made by me
9 using machine shorthand, which was thereafter
10 transcribed under my direction; that the foregoing
11 transcript is a true record of the testimony given.
12    Further, that if the foregoing pertains
13 to the original transcript of a deposition in a
14 federal case, before completion of the proceedings,
15 review of the transcript [ X ] was [ ] was not
16 requested.
17    I further certify I am neither
18 financially interested in the action nor a relative
19 or employee of any attorney or party to this action.
20    IN WITNESS WHEREOF, I have this date
21 subscribed my name.
22 Dated: February 25, 2020
23
24 _____
25 Elisabeth A. Miller Lorenz
  RMR, CRR, LCR No. 66