# EXHIBIT 59

*American Correctional Association*

# ACCREDITATION
# REPORT



*Commission on Accreditation for Corrections*

**Corrections Corporation of America**
**Adams County Correctional Center**
**Natchez, Mississippi**

*The mission of the Commission on Accreditation for Corrections is to upgrade and improve practices and conditions in adult and juvenile correctional facilities and programs through an accreditation process which is founded on a commitment to accountability, professionalism and respect for basic human rights and which recognizes sound and effective correctional practices, while striving towards excellence in the field of corrections.*

CONFIDENTIAL                                                                 CORECIVIC_0338317

# AMERICAN CORRECTIONAL ASSOCIATION

206 North Washington Street, Suite 200 • Alexandria, Virginia 22314
703 • 224 • 0000  Fax: 703 • 224 • 0010
WWW.ACA.ORG

February 3, 2014

Corrections Corporation of America
Adams County Correctional Center
Natchez, Mississippi

Congratulations!

It is a pleasure to officially inform you that the Adams County Correctional Center was accredited by the Commission on Accreditation for Corrections at the American Correctional Association 2014 January Conference on February 3, 2014 in Tampa, Florida.

Your accreditation represents the satisfactory completion of a rigorous self-evaluation, followed by an outside review by a team of experienced, independent auditors.

Every profession strives to provide a high quality of service to society. To know that you, your staff, and other officials are complying with the requirements of the accreditation process is indeed a statement of a high level of commitment to the staff and persons under your care.

On behalf of the American Correctional Association and the Commission on Accreditation for Corrections, thank you for your commitment to the corrections profession and to the accreditation process.

Sincerely,

*Luis Spencer*

Luis Spencer, Chairperson
Commission on Accreditation for Corrections

CONFIDENTIAL                                                                  CORECIVIC_0338318

For Immediate Release

# Adams County Correctional Center Awarded National Accreditation

Luis Spencer, Chairperson of the Commission on Accreditation for Corrections (CAC), and Kathy Black-Dennis, Director of Standards and Accreditation, American Correctional Association recently announced the accreditation of the Adams County Correctional Center. The award was presented in conjunction with the American Correctional Association 2014 Congress of Correction on February 3, 2014 in Tampa, Florida.

In presenting the award, Luis Spencer, Chairperson of the CAC, and Christopher Epps, President of the American Correctional Association (ACA), complimented the facility on their professional level of operation and their success in completing the accreditation process. The agency is one of over 1,500 correctional organizations currently involved in accreditation across the nation.

The accreditation program is a professional peer review process based on national standards that have evolved since the founding of the Association in 1870. The standards were developed by national leaders from the field of corrections, law, architecture, health care, and other groups who are interested in sound correctional management.

ACA standards address services, programs, health care and security operations essential to effective correctional management. Through accreditation, an agency is able to maintain a balance between protecting the public and providing an environment that safeguards the life, health, and safety of staff and offenders. Standards set by ACA reflect practical up-to-date policies and procedures and function as a management tool for agencies and facilities throughout the world.

The three-year accreditation award granted to the Adams County Correctional Center does not signal the end of their involvement in the accreditation process. During the award period, staff will work to improve any deficiencies identified during the audit and maintain continuous compliance with the standards.

CONFIDENTIAL                                                                              CORECIVIC_0338319

Congratulations on your accreditation award!  You are now a member of the elite in achieving correctional excellence.  The certificate you have received is but a small symbol of the enormous dedication and commitment demonstrated by each and every member of your staff to the accreditation process, and I urge you to display it prominently as a continual reminder of the level of professionalism achieved.  This is just the beginning of your journey, however, for the true test of excellence is the test of time.  It is critical that your operation be able to sustain this achievement over time and be constant through both prosperity and adversity.

Achieving American Correctional Association Accreditation means you have demonstrated your dedication to getting the job done right, and that you are holding your agency to a higher standard.

Thank you for your commitment to the American Correctional Association and the standards and accreditation process.

Kathy Black-Dennis, Director
Standards and Accreditation
American Correctional Association

CONFIDENTIAL                                                                 CORECIVIC_0338320

# Overview of the American Correctional Association

The American Correctional Association is the oldest and most prestigious correctional membership organization in the United States. Founded in 1870, ACA currently represents more than 20,000 correctional practitioners in the United States and Canada. Members include all levels of staff from a wide variety of correctional disciplines and programs as well as professionals in allied fields and representatives from the general public. In addition, the Association represents the interests of 74 affiliated organizations whose goals, while similar to those of ACA, focus on specialized fields and concerns within the realm of corrections.

At its first organizational meeting held in Cincinnati, Ohio, in 1870, the Association elected then-Ohio governor and future U.S. President, Rutherford B. Hayes, as its first president. The Declaration of Principles developed at that first meeting became the guidelines for correctional goals in both the United States and Europe.

Since that time, ACA has continued to take a leadership role in corrections and work toward a unified voice in correctional policy. In recent years, one of the Association's major goals has been the development of national correctional policies and resolutions of significant issues in corrections. These policies are considered for ratification at the Association's two annual conferences and ratified policies are then disseminated to the field and other interested groups. ACA has also had a major role in designing and implementing professional standards for correctional practices, as well as methods for measuring compliance with those standards.

The Association conducts research and evaluation activities, provides training and technical assistance, and carries out the regular responsibilities of any professional membership organization, including a full publications program. The Association's two annual conferences, held in varying cities across the nation, attract more than 5,000 delegates and participants each year from the 50 states, U.S. territories, and several foreign countries.

Membership in ACA is open to any individual, agency, or organization interested in the improvement of corrections and the purposes and objectives of the Association. Members include the majority of state, local, provincial, and territorial correctional agencies; individual correctional institutions and local jails, pretrial programs and agencies, schools of criminal justice in colleges and universities, libraries; and various probation, parole, and correctional agencies. Most of ACA's members are employed at the federal, state, and local levels. Members also include more than 200 volunteers affiliated with these agencies as administrators or as members of advisory boards and committees.

CONFIDENTIAL

CORECIVIC_0338321

# Organizational Purposes of the American Correctional Association

Among the most significant purposes of the Association as outlined in its Constitution, are:

To promote the coordination of correctional organizations, agencies, programs, and services to reduce fragmentation and duplication of effort and increase the efficiency of correctional services on a national basis.

To develop and maintain liaisons and a close working relationship in America with national, regional, state, and local associations and agencies in the correctional, criminal justice, civic, and related fields for mutual assistance and the interchange of ideas and information, and to extend and strengthen cooperative working relationships with similar associations and agencies on the international level.

To develop and promote effective standards for the care, custody, training, and treatment of offenders in all age groups and all areas of the correctional field: detention facilities and services, institutions and other facilities for juvenile and adult offenders, probation, parole, community residential centers, and other community-based programs and services.

To conduct studies, surveys, and program evaluations in the correctional field, and provide technical assistance to correctional organizations, departments, institutions, and services.

To publish and distribute journals and other professional materials dealing with all types of correctional activities.

To promote the professional development of correctional staff at all levels.

In carrying out these purposes, ACA sponsors programs for policy analysis, demonstration, and research. ACA also provides testimony, consultation, publications, conferences, workshops, and other activities designed to stimulate constructive action regarding correctional problems.

## Standard and Accreditation

Perhaps ACA'S greatest influence has been the development of national standards and the accreditation process. ACA standards address services, programs, and operations essential to effective correctional management. Through accreditation, an agency is able to maintain a balance between protecting the public and providing an environment that safeguards the life, health, and safety of staff and offenders. Standards set by ACA reflect practical up-to-date policies and procedures and function as a management tool for over 1,500 correctional agencies in the United States.

CONFIDENTIAL

CORECIVIC_0338322

# Organizational Structure of the American Correctional Association

**Executive Committee**

The Executive Committee is composed of the elected officers of the Association - president, vice president, treasurer, two Board of Governors' members, the immediate past president, the president-elect, and the ACA executive director. The Executive Committee meets at least quarterly and exercises most of the powers of the Board of Governors during the intervals between meetings of the board.

**Board of Governors**

ACA's bylaws vest control of the Association with an 18-member elected Board of Governors composed of the officers of the Association and five at-large members. To ensure the interdisciplinary nature of the Association, board members must represent the following areas:

At-Large Citizen (not employed in corrections)
Correctional Administration (Adult)
Correctional Administration (Juvenile)
Institutions (Adult)
Institutions (Juvenile)
Probation (Adult)
Probation (Juvenile)
Parole or Post-Release Supervision (Adult)
Community Programs (Adult)

Community Programs (Juvenile)
Aftercare or Post-Release Supervision (Juvenile)
Detention (Adult)
Detention (Juvenile)
At-Large (Ethnic Minority) (3)
Education
Member At-Large

**Delegate Assembly**

The Delegate Assembly is composed of delegates from the professional affiliates, geographical chapters, membership at-large, Board of Governors, past presidents of ACA, and representatives of each military service. The Delegate Assembly can establish policy, define Association positions on broad social and professional issues, and determine major programs and legislative priorities. They meet at least twice annually, at the Winter Conference and Congress of Correction.

**Committees**

The majority of the Association's activities take place through committees. Each committee chair reports to the Association's Board of Governors at least twice a year. In this way, the Association collectively benefits from the involvement and contribution of the hundreds of individuals who function on the various committees. Ad-hoc committees are appointed by the president of the Association.

The current committees and councils are:

Committee on Affirmative Action

Committee on Constitution and Bylaws

CONFIDENTIAL

CORECIVIC_0338323

Committee on International Relations
Committee on Congress Program Planning
Committee on Legal Issues
Committee on Correctional Awards
Committee on Membership
Committee on Military Affairs
Council of Professional Affiliates
Council of Dual-Membership Chapters and
State and Geographical Affiliates
Nominating Committee

Council on Professional Education
Credentials Committee
Research Council
Eligibility Committee
Resolutions & Policy Development
Comm
Committee on Ethics
Standards Committee
Legislative Affairs Committee

**Affiliates and Chapters**

Affiliates and state chapters are major features of the Association's structure. They represent professional, regional, and state groups across the United States and Canada. Affiliates and chapters contribute to the professional development of all members by providing consultation in their respective areas of interest and by participating in seminars and workshops at ACA's annual conferences.

The following affiliates and chapters are currently associated with ACA:

Alabama Council on Crime and Delinquency
Alston Wilkes Society
American Assn for Correctional Psychology
American Correctional Chaplains Association
American Correctional Food Service
Association
American Correctional Health Services Assn
American Institute of Architects
American Jail Association
American Probation and Parole Association
Arizona Probation, Parole, and Corrs Assn
Association for Corrl Research and Info Mgmt
Assn of Paroling Authorities, International
Assn of State Correctional Administrators
Assn of Women Executives in Corrections
International Assn of Correctional Officers
Iowa Corrections Association
Juvenile Justice Trainers Association
Kansas Correctional Association
Kentucky Council on Crime and Delinquency
Louisiana Correctional Association
Maryland Criminal Justice Association
Michigan Corrections Association
Middle Atlantic States Correctional
Association
Minnesota Corrections Association
Missouri Corrections Association

National Association of Adult and Juvenile
State
Corrections Mental Health Directors
National Assn of Blacks in Criminal Justice
National Association of Juvenile Corrl
Agencies
Oregon Criminal Justice Association
Parole and Probation Compact
Administrators Association
Pennsylvania Assn of Probation, Parole, and
Corrections
Prison Fellowship
South Carolina Correctional Association
Tennessee Corrections Association
Association on Programs for Female
Offenders
Central States Correctional Association
Colorado Correctional Association
Connecticut Criminal Justice Association
Correctional Association of Massachusetts
Correctional Accreditation Managers Assn
Correctional Education Association
Correctional Industries Association
Family and Corrections Network
Florida Council on Crime and Delinquency
Illinois Correctional Association
Indiana Correctional Association

CONFIDENTIAL    CORECIVIC_0338324

International Assn of Corrl Training Personnel
International Community Corrections Assn
National Association of Probation Executives
National Coalition for Mental and Substance
Abuse Health Care in the Justice System
National Correctional Recreation Association
National Council on Crime and Delinquency
Nation Juvenile Detention Association
Nebraska Correctional Association
Nevada Correctional Association
New Jersey Chapter Association
New Mexico Correctional Association
New York Corrections and Youth Svcs Assn

North American Association of Wardens &
Superintendents
North Carolina Correctional Association
Ohio Correctional and Court Svcs
Association
Texas Corrections Association
The Salvation Army
Utah Correctional Association
Virginia Correctional Association
Volunteers of America
Washington Correctional Association
Wisconsin Correctional Association

CONFIDENTIAL
CORECIVIC_0338325

## Major Activities of the American Correctional Association

### Legislation

The American Correctional Association is involved with all major issues affecting corrections today. Members and ACA staff maintain close working relationships with committees of the U.S. Congress and all federal agencies and groups whose decisions affect correctional policy. Expert testimony on a wide range of correctional issues is prepared for congressional committee and subcommittee hearings, and recommendations are provided to federal administrative agencies.

To ensure that the concerns and issues of the corrections profession are represented in proposed legislation and public policy, ACA's legislative liaison is addressing legislative and government concerns that will impact the corrections profession. ACA has established partnerships between chapters and affiliates and other national policy making organizations to present a strong collective voice for correctional reform throughout the world.

### Professional Development

The purpose of the Association's Professional Development Department is to plan, promote, and coordinate professional development through training seminars, workshops, and published materials including curriculums, resource guides, and monographs.

ACA's training plan calls for a variety of professional development activities. Nationally advertised workshops cover topics such as training for trainers, management training, community-based employment programs, and stress management. On-site workshops for state and local departments of corrections are offered in curriculum development, supervision, communications, and report-writing skills.

The Training for Correctional Staff Trainers workshops further the skills of correctional professionals qualified to initiate and deliver training. These workshops also enable agencies to comply with national standards for accreditation and ensure that training is job-related and professionally developed and presented.

The department also offers correspondence courses to further professional development. More than 6,000 correctional personnel have completed or are in the process of completing ACA's self-instruction training program for correctional officers. This program, developed under the auspices of the National Institute of Corrections, provides 40 hours of basic training in accordance with ACA standards. A score of at least 80 percent on the comprehensive examination must be attained to achieve certification.

The Association has similar courses available for correctional supervisors, juvenile caseworkers, and food service employees. Additional courses which cover report writing skills, correctional management skills, legal issues for probation and parole officers, and legal issues for correctional officers are also available.

CONFIDENTIAL

CORECIVIC_0338326

**Publications**

As one of the leading publishers of practical correctional publications, ACA produces books, videos, and lesson plans. Among the wide ranging subjects available are management, community, security, counseling, law, history, and health. These excellent resources for career advancement appeal to practitioners and scholars alike. Directories for every major sector of corrections are also published by ACA.

The following is just a few of the many publications that ACA offers:

> Corrections Today is the major corrections magazine in the United States. Published seven times a year, it focuses on the interests of the professional correctional employee and administrator. Articles include reports of original research, experiences from the field, discussion of public policy, and the perspectives of prominent practitioners and academicians.

> On the Line is published five times a year and contains national and local news of interest to the criminal justice professional.

> Corrections Compendium Newsletter publishes cutting-edge information about the corrections environment. Survey information is compiled from 52 U.S. and 14 Canadian correctional systems.

> The Juvenile and Adult Directory has been published since 1939. A revised edition of the directory is released each January. This publication is the only up-to-date, comprehensive directory of all U.S. and Canadian juvenile and adult correctional departments, institutions, agencies, and paroling authorities.

> The National Jail and Adult Detention Directory was first published in 1978. It is a source of information concerning jails. The directory, published every two years, attempts to list all jails in the United States that house offenders or detainees for more than 48 hours.

> The Probation and Parole Directory, updated every two years, provides over 500 pages of information regarding federal, state, and county adult and juvenile probation, parole and aftercare systems in the United States. It includes statistics on caseloads, expenditures, and personnel.

> The State of Corrections, formerly The Proceedings, includes the events of both the Congress of Correction and the Winter Conference. Published since 1870, it includes selected speeches and panel presentations concerning the latest thoughts and practices in the criminal justice field.

> Correctional standards are the most significant improvement in correctional programming. As the basis for accreditation, they give administrators a nationally recognized system for upgrading and improving their correctional services. The Association currently publishes over 20 manuals for every correctional discipline.

CONFIDENTIAL                                    CORECIVIC_0338327

To aid in the development of policy with relation to accreditation, Guidelines for the Development of Policies and Procedures are available for adult correctional institutions, adult parole authorities/adult probation and parole field services, adult local detention facilities, adult community residential services, juvenile detention facilities, and juvenile training schools.

## Conventions

ACA hosts two national conventions each year that attract more than 5,000 professionals from all aspects of corrections; the Winter Conference held in January, and the Congress of Correction, held in August. These events include a variety of workshops, exhibits, and seminars devoted to addressing topics specific to the corrections profession.

## Contracts and Grants

The American Correctional Association has a history of successful grant and contract management and administration. ACA has completed contracts and grants of more than $30 million. These diverse initiatives, which are funded through federal and private sources, add to the technical expertise and knowledge of the organization as well as to the total field of corrections.

## Standards and Accreditation

Perhaps ACA's greatest influence has been the development of national standards and the accreditation process. ACA standards address services, programs, and operations essential to effective correctional management. Through accreditation, an agency is able to maintain a balance between protecting the public and providing an environment that safeguards the life, health, and safety of staff and offenders. Standards set by ACA reflect practical up-to-date policies and procedures and function as a management tool for over 1,200 correctional agencies in the United States.

CONFIDENTIAL

CORECIVIC_0338328

# Overview of the Commission on Accreditation for Corrections

The Commission on Accreditation for Corrections (CAC) is a private, nonprofit organization established in 1974 with the dual purpose of developing comprehensive, national standards for corrections and implementing a voluntary program of accreditation to measure compliance with those standards.

The Commission was originally developed as part of the American Correctional Association. In 1979, by joint agreement, the Commission separated from the Association in order to independently administer the accreditation program. Between 1978 and 1986, the organizations shared the responsibility for developing and approving standards and electing members of the Commission. On November 7, 1986, the Commission on Accreditation for Corrections officially realigned itself with the American Correctional Association.

The Commission meets at least twice each year. The responsibility of rendering accreditation decisions rests solely with this board. The members of the Commission represent the full range of adult and juvenile corrections and the criminal justice system. They are elected from the following categories:

> National Association of Juvenile Correctional Agencies (1 representative)
> Council of Juvenile Correctional Administrators (1 representative)
> Association of State Correctional Administrators (2 representatives)
> National Sheriffs' Association (2 representatives)
> American Jail Association (1 representative)
> North American Association of Wardens and Superintendents (1 representative)
> International Community Corrections Association (1 representative)
> American Probation and Parole Association (1 representative)
> Association of Paroling Authorities International (1 representative)
> National Juvenile Detention Association (1 representative)
> American Bar Association (1 representative)
> American Institute of Architects (1 representative)
> National Association of Counties (1 representative)
> Correctional Health (Physician) (1 representative)
> Juvenile Probation/Aftercare (1 representative)
> Adult Probation/Parole (1 representative)
> At-Large (17 representatives)
> Citizen At-Large (Not in Corrections) (1 representative)

## Association Staff

Accreditation activities are supported by the staff of the American Correctional Association, Standards and Accreditation Department, under the leadership of the director of the department. Standards and Accreditation Department staff is responsible for the daily operation of the accreditation program. Agencies in the process have contact primarily with the accreditation specialist responsible for their state or agency.

CONFIDENTIAL

CORECIVIC_0338329

**Auditors**

Over 600 corrections professionals in the United States have been selected, trained, and employed on a contract basis by the Association. These individuals perform the field work for the Association which includes providing assistance to agencies working toward accreditation, conducting on-site audits of agencies to assess compliance with standards and confirming that requirements are met, and monitoring to ensure maintenance of the conditions required for accreditation. Teams of auditors, referred to visiting committees or audit teams, are formed to conduct standards compliance audits of agencies seeking accreditation and reaccreditation.

Auditors are recruited nationally through announcements in prominent criminal justice publications and at major correctional meetings. Affirmative action and equal employment opportunity requirements and guidelines are followed in the recruitment of auditors. All auditors employed by the Association have a minimum of three years of responsible management experience, have received a recommendation from an agency administrator, and have demonstrated knowledge in the substantive area(s) in which they are employed to assist the Association. In addition, all auditors must successfully complete the Association's auditor training and be members of the ACA in good standing.

**Standards Development**

Development of the ACA standards began in 1974 with an extensive program of drafting, field testing, revising, and approving standards for application to all areas of corrections. Since then, over 1,200 correctional facilities and programs have adopted the standards for implementation through accreditation, and many others have applied the standards informally themselves.

In the development of standards, the goal was to prescribe the best possible practices that could be achieved in the United States today, while being both realistic and practical. Steps were taken to ensure that the standards would be representative of past standards development efforts, reflect the best judgment of corrections professionals regarding good corrections practice, recognize current case law, and be clear, relevant, and comprehensive. The standards development and approval process has involved participation by a wide range of concerned individuals and organizations. Twenty-three manuals of standards are now used in the accreditation process:

> Standards for the Administration of Correctional Agencies
> Standards for Adult Parole Authorities
> Standards for Adult Probation and Parole Field Services
> Standards for Adult Correctional Institutions
> Standards for Adult Local Detention Facilities
> Standards for Small Jail Facilities
> Standards for Electronic Monitoring Programs
> Standards for Adult Community Residential Services
> Standards for Adult Correctional Boot Camps
> Standards for Correctional Industries
> Standards for Core Jails

CONFIDENTIAL

CORECIVIC_0338330

Standards for Correctional Training Academies
Standards for Juvenile Community Residential Facilities
Standards for Correctional Facilities
Standards for Juvenile Detention Facilities
Standards for Juvenile Day Treatment Programs
Standards for Juvenile Correctional Boot Camps
Standards for Therapeutic Communities
Standards for Small Juvenile Detention Facilities
Standards for Performance-Based Health Care in Adult Correctional Institutions
Certification Standards for Health Care Programs
Standards for Adult Correctional Institutions (in Spanish)

The standards establish clear goals and objectives critical to the provision of constitutional and humane correctional programs and services. The standards include the requirement for practices to promote sound administration and fiscal controls, an adequate physical plant, adherence to legal criteria and provision of basic services. Basic services called for by the standards include the establishment of a functional physical plant, training of staff, adoption of sanitation and safety minimums, and provision of a safe and secure living environment. In offering specific guidelines for facility and program operations, the manuals of standards address due process and discipline, including access to the courts, mail and visitation, searches, and conditions of confinement of special management offenders.

The standards are systematically revised to keep pace with the evolution of different correctional practices, case law, and after careful examination of experiences, applying them over a period of time and circumstances. The ACA Standards Committee, which includes membership from the Commission on Accreditation for Corrections, is responsible for standards development and revision.

The ACA publishes biannual supplement to the standards with updated information and clarifications until new editions of standards manuals are published. Each supplement addresses standards interpretations, deletions, revisions, and additions for all manuals of standards issued by the Standards and Accreditation Department.

Suggestions and proposals for revisions to the standards from the field and interested others are encouraged. The Standards and Accreditation Department has developed a standards proposal form specifically for this purpose. The standards proposal form can be obtained from the Standards Supplement, the ACA website, or Standards and Accreditation Department staff (Appendix A). Proposals should be submitted via the ACA website.

CONFIDENTIAL
CORECIVIC_0338331

# Accreditation Process Descriptions

For over 120 years, the American Correctional Association has been the only national body involved in the development of standards for the correctional field. ACA standards are supported by ACA's Standards and Accreditation Department and the Commission on Accreditation for Corrections, which is the evaluating and certifying body for accreditation. The department is responsible for the administration of accreditation and ongoing development of correctional standards.

The accreditation process is a voluntary program for all types of correctional agencies. For these agencies, accreditation offers the opportunity to evaluate their operations against national standards, to remedy deficiencies, and to upgrade the quality of programs and services. The recognized benefits of such a process include: improved management; a defense against lawsuits through documentation; demonstration of a "good faith" effort to improve conditions of confinement; increased accountability and enhanced public credibility for administrative and line staff; a safer and more humane environment for personnel and offenders; and the establishment of measurable criteria for upgrading programs, staffing, and physical plant on a continuous basis.

A major component of the accreditation process is the standards compliance audit conducted by a visiting committee. The purpose of the audit is to measure operations against the standards, based on documentation provided by the agency.

## The Visiting Committee Report

The results of the standards compliance audit are contained in the visiting committee report, a document prepared by the visiting committee chairperson. The report is distributed to the agency administrator and members of the visiting committee. This report is also submitted to the Commission on Accreditation for Corrections for consideration at the accreditation hearing.

The following information is usually contained in the visiting committee report:

Agency and Audit Narrative

The agency narrative includes a description of program services, a description of physical plant, number of offenders served on the days of the audit, a summary significant incidents and consent decrees, class action lawsuits and/or judgments against the agency/facility, if applicable. The audit narrative, prepared by the visiting committee chairperson, describes audit activities and findings. The narrative examines issues or concerns that may affect the quality of life and services in an agency or facility. Quality of life issues include areas such as staff training, adequacy of medical service, sanitation, use of segregation and detention, reported and/or documented incidences of violence and crowding in institutions, offender activity levels, programming and provision of basic services. The audit narrative also contains comments as a result of staff and offender interviews, and a detailed explanation of all noncompliant and not applicable standards.

CONFIDENTIAL

CORECIVIC_0338332

## Agency Response

The agency has three options for standards found in noncompliance: a plan of action; an appeal; or a waiver request.

A **plan of action** is a detailed statement of tasks to be performed in order to achieve compliance with a standard found in noncompliance at the time of the audit. The plan of action designates staff responsibilities and timetables for completion.

An **appeal** is the agency's attempt to change the visiting committee's decision on a standard. The result of a successful appeal is a change in the status of the standard and a recalculation of the compliance tally.

A **waiver** may be requested when noncompliance with a standard does not adversely affect the life, health, or safety of staff and offenders and when quality of life conditions compensate for the lack of implementation of a plan of action. The granting of a waiver by the Commission waives the requirement for submitting a plan of action; however, it does not change the noncompliant finding.

A **discretionary compliance request** is when there are circumstances in which agencies choose not to comply with a particular standard for a variety of reasons. These reasons include:

- An unwillingness to request funds from a parent agency or funding source.

- A preference to satisfy the standard/expected practice's intent in an alternative fashion.

- An objection from a parent agency, higher level government official or funding source to the nature of the standard/expected practice.

- A clear policy in place at a higher level that is contrary to the requirements of the standard/expected practice.

- An existing provision in a collective bargaining agreement that makes compliance impossible (without bargaining with the employees' union to effect such a change).

## Auditor's Response

This section contains the visiting committee's final reply to all responses received from the agency and includes comments regarding the acceptability of plans of action, appeals, and waivers.

CONFIDENTIAL

CORECIVIC_0338333

# Accreditation Hearings

The Commission on Accreditation for Corrections is solely responsible for rendering accreditation decisions and considers an agency's application at its next regular meeting following completion of the visiting committee report. The Commission is divided into panels that are empowered to reach and render accreditation decisions. These panels hear the individual application for accreditation and include a quorum of at least three Commissioners which includes the panel hearing chairperson. Agencies are notified in writing of the date, time, and location of the hearings by Standards and Accreditation Department Staff.

The panel hearing is the last step in the process. With the panel chairperson presiding, panel members discuss issues and raise questions relative to all aspects of agency operations and participation in the process. The information presented during the hearing and in the visiting committee report is considered by the panel members in rendering accreditation decisions.

The agency is invited to have a representative at the hearing and, in most cases, one or more individuals attend. When special conditions warrant, the visiting committee chairperson or a member of the visiting committee also may be asked to attend the hearings. When this occurs, the auditor provides information to help clarify controversial issues and responds to questions and concerns posed by panel members.

Attendance by any other parties (i.e. media representatives, public officials, or personnel from agencies other than the applicant) occurs only with the permission of the applicant agency. In these cases, the applicant agency representatives and panel members discuss procedures to be followed before commencement of the hearing.

## Conduct of Hearings

The panel schedule provides ample time for review of each individual agency pursuing accreditation. Hearings are conducted by the panel chairperson in accordance with established procedures. Panel proceedings require that a formal vote be taken on all final actions, i.e., agency appeals, waiver requests, and the final accreditation decision of the Commission. All panel proceedings are tape-recorded to assist in preparing minutes of the hearings. Panel activities generally occur as follows:

- Applicant agency representatives are requested by Standards and Accreditation Department staff to be on-call to allow for scheduling flexibility.

- A designated waiting area is usually provided for this purpose.

- When the panel is ready to review the agency, the Standards and Accreditation Department staff representative notifies agency representative(s).

- The hearing opens with an introduction by the panel chairperson.
- The agency representative is asked to give a brief description of the

CONFIDENTIAL

CORECIVIC_0338334

program.

- If a visiting committee member is present at the hearing, the panel chairperson may request that the auditor present an account of the visit, focusing on matters particularly pertinent to the decision or specific panel actions. In some cases, however, the panel may wish to call on the visiting committee member only to request additional information at different points during the hearing.

- The panel chairperson leads a standard by standard review of non-compliance issues. The agency representative presents information relative to their request for waivers, plans of action, appeals, and discretionary compliance requests. The agency may also present additional materials, including photographs or documentation, for review by the panel.

- Following the agency presentation, the chairperson has the option of calling the panel into executive session to consider the information provided, determine findings, and make an accreditation decision. Whether or not panel deliberations occur in the presence of agency personnel or in executive session varies from panel to panel, considering the preference of panel members and the sensitivity of issues to be discussed regarding the application.

In final deliberations, the Commission panel:

- Ensures compliance with all mandatory standards and at least 90 percent of all other standards.

- Responds with a formal vote to all appeals submitted by the applicant agency.

- Responds with a formal vote to all request for waivers, discretionary compliance, and plans of action submitted by the applicant agency.

At this time, the panel also:

- Assures that an acceptable plan of action will be submitted for every non-compliant standard, including those standards for which appeals of non-compliance and waiver requests have been denied by the panel. In judging the acceptability of plans of action, the panel ensures that all of the information requested on the form is provided. Furthermore, the feasibility of plans to achieve compliance is considered, including specific tasks, time frames, and resource availability (staff and funding) for implementing proposed remedies.

- Addresses to its satisfaction any concerns it has with visiting committee comments about the quality of life in the facility or program, patterns of non-compliance, or any other conditions reviewed by the panel relating to

CONFIDENTIAL

CORECIVIC_0338335

the life, health, and safety of residents and staff.

For each application, a roll call vote to award accreditation, extend an agency in Candidate or Correspondent Status, or deny accreditation is conducted. The options for final action available to the panel are outlined in the next chapter.

If the panel has deliberated in executive session, agency representatives are invited back into the meeting and informed of the panel's final decision and actions or recommendations on all other issues raised by the applicant. If accreditation has not been granted, the chairperson discusses with agency personnel specific reasons for the decision and the conditions of extension in Candidate or Correspondent Status and procedures for appeal.

**Accreditation Decisions**

Three decisions relative to the accreditation of an agency are available to panels:

- Three-year accreditation award based on sufficient compliance with standards, acceptance of adequate plans of action for all non-compliant standards and satisfaction of any other life, health, and safety conditions established by the panel. The balance of the contract must be paid in full in order to receive a certificate of accreditation.

- Extension of the applicant agency in Candidate Status (initial accreditation only) for reasons of insufficient standards compliance, inadequate plans of action, or failure to meet other requirements as determined by the panel. The Commission may stipulate additional requirements for accreditation if, in its opinion, conditions exist in the facility or program that adversely affect the life, health, or safety of the offenders or staff. Extension of an applicant in Candidate Status is for period of time specified by the panel and for identified deficiencies if in the panel's judgment, the agency is actively pursuing compliance.

- Probationary Status is determined when the panel specifies that compliance levels are marginal, there is a significant decrease in compliance from the previous audit (in the case of reaccreditation), or there are quality of life issues that would indicate continued monitoring. While an award of accreditation is granted, a monitoring visit must be completed and the report presented at the next meeting of the Commission. The cost for a monitoring visit is borne by the agency at a rate of cost plus 25%. The agency does not have to appear before the Commission for the review of the monitoring visit report. If they choose to do so, all related travel expenses are borne by the agency. Specific expectations for removal from probation are outlined.

- Denial of accreditation removes the agency from Accredited Status (in the case of reaccreditation) and withdraws the agency from the accreditation program. Situations such as insufficient standards compliance, inadequate plans of action, failure to meet other requirements as determined by the panel or quality of life issues may lead to the denial of accreditation, it is

CONFIDENTIAL

CORECIVIC_0338336

withdrawn from the process and is not eligible to re-apply (as an applicant) for accreditation status for a minimum of six months from the date of that panel hearing. The Commission will explain the process for appeal.

The agency receives written notification of all decisions relative to accreditation after the hearing.

**Appeal Process**

The accreditation process includes an appeal procedure to ensure the equity, fairness, and reliability of its decisions, particularly those that constitute either denial or withdrawal of Accredited Status. Therefore, an agency may submit an appeal of any denial or withdrawal of accreditation.

The basis for reconsideration is based on grounds that the decision(s) were:

- Arbitrary, capricious, or otherwise in substantial disregard of the criteria and/or procedures promulgated by the Commission.

- Based on incorrect facts or an incorrect interpretation of facts.

- Unsupported by substantial evidence.

- Based on information that is no longer accurate.

The reasonableness of the standards, criteria, and/or procedures for the process may not serve as the basis for reconsideration. The procedures for reconsideration are as follows:

- The agency submits written request for reconsideration to the Director of Standards within 30 days of the adverse decision stating the basis for the request.

- The Executive Committee of the Commission, composed of the officers of the Commission, reviews the request and decides whether or not the agency's request presents sufficient evidence to warrant a reconsideration hearing before the Commission. The agency is notified in writing of the Executive Committee's decision.

- If the decision is made to conduct a hearing, the hearing is scheduled for the next full Commission meeting and the agency is notified of the date.

- The agency, at its option and expense, has the right of representation, including counsel.

- Following the hearing held before the Commission, the decision, reflecting a majority opinion, is made known to the agency immediately.

- Pending completion of the reconsideration process, the agency maintains its

CONFIDENTIAL

CORECIVIC_0338337

prior status. Until a final decision has been reached, all public statements concerning the agency's accredited status are withheld.

- Following completion of the reconsideration process, any change in the status of an agency is reflected in the next regularly published list of accredited agencies.

CONFIDENTIAL

CORECIVIC_0338338

# Accredited Status

The accreditation period is three years, during which time the agency must maintain the level of standards compliance achieved during the audit and work towards compliance of those standards found in non-compliance. Regular contact with Standards and Accreditation Department staff should also be maintained.

## Annual Report

During the three year accreditation period, the agency submits an annual report to the Standards and Accreditation Department. This statement is due on the anniversary of the accreditation (panel hearing) date and contains the following information:

Current standards compliance levels – This includes any changes in standards compliance since accreditation, listing on a standard-by-standard basis any standard with which the agency has fallen out of compliance or achieved compliance.

Update of plans of action – A progress report is included with respect to plans of action submitted to the hearing panel, indicating completion of plans resulting in compliance with standards and revised plans reflecting the need for additional time, funds, and/or resources to achieve compliance.

Significant Events- A report is made of events and occurrences at the agency during the preceding year that impact on standards compliance, agency operation, or the quality of services provided by the agency. This might include:

- A change in the agency administration and/or major staffing changes mission change or program revisions.

- Mission change or program revisions.

- Changes in the offender population, including number of offenders or general offender profile.

- Physical plant renovations, additions, or closing.

- Any major disturbances, such as extended periods or lock-down, employee work stoppages, etc.

- Any significant incident to include allegations of physical/sexual abuse.

- A death from other than natural causes.

Standards and Accreditation Department staff review the annual report received from the agency and respond to clarity issues or request additional information if necessary.

In addition to submission of the annual report, the agency is responsible for notifying Standards and Accreditation Department staff of any major incident, event, or circumstances

CONFIDENTIAL                                          CORECIVIC_0338339

that might affect standards compliance. This notice must be provided to the Standards and Accreditation Department immediately following the event. For example, an agency must notify the Standards and Accreditation Department if it is the subject of a court order, has a major disturbance, escape, physical/sexual abuse (to include allegations), employee work stoppage, death from unnatural causes, or experiences a major fire or other disaster. It it the responsibility of the accredited agency to inform Standards and Accreditation Department staff or provide them with copies of news articles, special reports, or results of investigations that address conditions that affect standards compliance.

Finally, the Standards and Accreditation Department may request that the agency respond to public criticism, notoriety, or patterns of complaint about agency activity that suggests failure to maintain standards compliance. The Standards and Accreditation Department may conduct an on-site monitoring visit to the agency to verify continued compliance.

**Monitoring Visits**

Monitoring visits to agencies in Accredited Status are conducted by an ACA auditor(s) in order to assess continuing compliance with the standards. A monitoring visit may be conducted at anytime during the accreditation period, with advance notice to the agency. The determination of need for a monitoring visit is based on:

- Compliance levels, findings, and recommendations by the Commission on Accreditation for Corrections during the hearing.

- Incidents or events reported by the agency in its annual report.

- Problems indicated by adverse media reports or correspondence received by Standards and Accreditation Department staff, disturbances at the agency, or special investigations.

The length of the visit varies depending on the number of standards or special issues that must be addressed during the visit. The visits are conducted similar to standards compliance audits, but on a reduced scale. Monitoring visits are charged to the agency at a rate of cost plus twenty-five percent.

Activities, as a general rule, involve a review of all mandatory standards, all standards found in non-compliance at the time of accreditation, and any other concerns identified by the Commission. The visit also involves a tour of the agency and interviews with staff and offenders to ensure maintenance of the requirements of accreditation. It concludes with an exit interview during which the auditor informs the agency staff of the findings of the visit.

Following the visit, the auditor prepares a monitoring visit report that addresses findings of the visit. The report includes a list of standards reviewed, explanation of non-compliance findings, results of the tour and interviews with agency staff and offenders, and discussion of any issues believed to be relevant to the agency's accreditation. The report, as with others prepared by auditors, is reviewed and sent to the agency by Standards and Accreditation staff.

CONFIDENTIAL

CORECIVIC_0338340

When a monitoring visit to the agency reveals deficiencies in maintaining compliance levels that existed at the time of accreditation, or less than 100 percent compliance with mandatory standards, the agency prepares a response providing explanation of the problems indicated in the report. When the agency has failed to maintain compliance with all mandatory standards, the monitoring visit report and the agency response are submitted to the Commission on Accreditation for Corrections for review during a regular hearing. Agency representatives are advised of the date, time, and location of the review, and are invited to attend. At the discretion of the Commission, the agency may be placed in probationary status and a revisit conducted to determine if deficiencies have been corrected.

**Revocation of Accreditation**

If the Commission panel believes that an agency's failure to maintain continuous compliance with certain standards is detrimental to life, health, and safety of residents and staff, the Commission may place an agency on probation. Probationary status last for a specific period of time designated by the Commission at its next regularly schedule meeting. The Commission again reviews the program and considers removing the probationary status or revoking accreditation. When the agency corrects the deficiencies within the probationary status period and the corrections have been verified and accepted, the agency resumes its status as an accredited agency. An agency that does not satisfactorily correct the deficiencies may be withdrawn from accreditation.

Another condition that may result in a rehearing and consideration of revocation is following a significant event in an agency (i.e. major disturbance, death from other than natural causes or allegations of physical/sexual abuse of offenders). Failure to notify the Standards and Accreditation Department in a timely manner may result in suspension of the agency's accreditation. Once ACA is notified of the major event, the Director of Standards and Accreditation may consult with the Executive Committee of the Commission, who may request a monitoring visit. If a visit is warranted, ACA will notify the agency and a date will be established with the concurrence of the facility. The monitoring visit will take place within 14 days of this notification. The monitoring visit report will be sent to the Director of Standards within 7 days of the monitoring visit and then forwarded to the Executive Committee of the Commission. Following review of the report, a determination will be made by the Executive Committee as to whether revocation of accreditation is warranted. Prior to any rehearing, agency representatives will be notified, so that any issues may be addressed and responded to in writing.

Accreditation is revoked for the following reasons:

- Failure on the part of the agency to adhere to the provisions on the contract.

- Failure on the part of the agency to maintain continuous compliance with the standards at levels sufficient for accreditation.

- Intentional misrepresentation of facts, lack of good faith, or lack of deliberate speed or a concerted effort to progress in the accreditation process, including the implementation of plans of action.

CONFIDENTIAL

CORECIVIC_0338341

- Failure to notify ACA of significant incidents in the annual report to the Commission.

- Adverse conditions of confinement that affect the life health, and/or safety of staff and offenders.

- Failure to comply with the conditions of probation or suspension.

Standards and Accreditation Department staff notify the agency in writing of the specific reasons identified by the Commission for the revocation hearing. Agencies may appeal the decision of the Executive Committee to the full board of the Commission on Accreditation for Corrections. Appeals must be submitted within 30 days. The agency may apply to re-enter the process 180 days after the revocation of accreditation.

**Expiration of Accredited Status**

Accreditation is granted for a three year period. Unless the agency has applied for reaccreditation and completed activities in the process required for reaccreditation, the Commission withdraws the agency from Accreditation Status after this three year period.

For agencies in Accredited Status that are seeking subsequent accreditation, administrative extensions of Accredited Status may be granted under certain conditions. For example, relocation of the facility, staff turnover, and major renovations often warrant an extension. In these cases, a written request to the Director of Standards and Accreditation is required, outlining the reasons for extending the accreditation period. Agencies that fail to successfully complete an audit within the three year period, or do not receive an extension prior to their expiration date, are withdrawn from Accredited Status.

CONFIDENTIAL

CORECIVIC_0338342

 

**Visiting Committee Report and Hearing Minutes**

CONFIDENTIALITY

The American Correctional Association and the Commission on Accreditation for Corrections do not disclose to external parties specific information contained in this Accreditation Report or information discussed in the Accreditation Hearing. The Association encourages all participating agencies to provide information to the media about their accreditation activities, including disclosure of the Self-Evaluation and Accreditation Report.

# COMMISSION ON ACCREDITATION FOR CORRECTIONS

## STANDARDS COMPLIANCE REACCREDITATION AUDIT

Corrections Corporation of America
Adams County Correctional Center
Natchez, Mississippi

November 18 - 20, 2013

### VISITING COMMITTEE MEMBERS

John J. Dahm, Chairperson
Correctional Consultant
3316 S. 17th Street
Lincoln, Nebraska 68502-4805
(402) 423-7531
john.dahm@nebraska.gov

Donald R Guillory, CCE
Correctional Consultant
Virginia Department of Corrections
8030 White Bark Terrace
Richmond, Virginia 23237
(204) 839-6901
drguillory45@yahoo.com

Kathryn J. Garrett
Correctional Consultant
1009 Relation Street
Safford, Arizona 85546
(928) 348-0635
kathyjgarrett@aol.com

CONFIDENTIAL                                                    CORECIVIC_0338344

## A. Introduction

The audit of the Adams County Correctional Center (ACCC), Natchez, Mississippi was conducted on November 18-20, 2013, by the following team:

John J. Dahm, Chairperson
Donald R. Guillory, Member
Kathryn J. Garrett, Member

This was the first re-accreditation audit of the facility and was conducted using the 4th Edition ACI Standards Manual and the 2012 Standards Supplement.

## B. Facility Demographics

| | |
|---|---|
| Rated Capacity: | 2,232 |
| Actual Population: | 2,543 |
| Average Daily Population for the last 12 months: | 2,510 |
| Average Length of Stay: | 30 months |
| Security/Custody Level: | Low/Minimum |
| Age Range of Offenders: | 19-75 |
| Gender: | Male |
| Full-Time Staff: | (376) |

(40) Administrative & Support, (21) Program, (269) Security, (46) Other

## C. Facility Description

The ACCC is a 2,567 bed adult, male prison located about ten miles from Natchez, Mississippi. It is a private facility, owned and operated by the Corrections Corporation of America (CCA). It opened in 2009. The facility receives all of its inmates from various institutions in the U.S. Bureau of Prisons' system. All the inmates are low security and all have detainers from the immigration system and are subject to deportation when they have completed their federal felony sentences.

The physical plant is situated on 140 acres. It is a campus style facility containing 15 buildings. There are seven housing units, six for general population and one special housing unit (SHU). Three of the general population units have two person cells and three are open dormitories. Each housing unit has a barbershop. There are seven covered recreation areas and one open recreational area that has space for a soccer field as well as a track and one gymnasium. Other buildings house the administration, inmate programs and staff training, visiting, and maintenance. Finally there is a general support building that contains medical services, food service and dining, commissary, inmate intake and laundry.

The ACCC mission statement reads: In cooperation with the Federal Bureau of Prisons, Adams County Correctional Center strives to protect society through the safe, secure, and humane incarceration of federal prisoners.

2

CONFIDENTIAL                                                                    CORECIVIC_0338345

We are committed to excellence in corrections by providing a dedicated team of professionals whose focus is the enhancement of staff and inmate safety, overall facility security and the continuous focus on inmate quality of life through self-improvement opportunities for the inmates entrusted to our care.

**D.    Pre-Audit Meeting**

The team met on November 17, 2013, in Natchez, MS, to discuss the information provided by the Association staff and the officials from ACCC.

The chairperson divided the standards into the following groups:

Standards #4-4001 to #4-4169:  John J. Dahm, Chairperson
Standards #4-4171 to #4-4343:  Donald R. Guillory, Member
Standards #4-4344 to #4-4530:  Kathryn J. Garrett, Member

**E.    The Audit Process**

1.    Transportation

Emilee Beach, Quality Assurance Manager, escorted the team to the facility.

2.    Entrance Interview

The audit team proceeded to the emergency command center where the entrance interview was held.

The following persons were in attendance:

Barbara Wagner, Warden
Jacqueline Rice, Chief of Unit Management
Christina Hall, Health Services Administrator
Bill Wunderle, Assistant Warden
Emilee Beach, Quality Assurance Manager
Dale London, Chief of Security
Steve Flatt, Safety Manager
Tony Nichols, Assistant Chief of Security
Lawrence Greer, Assistant Warden

Warden Wagner welcomed the audit team to the facility.  Each ACCC staff member introduced him/herself.  Each auditor then introduced him/herself and gave a brief summary of his/her correctional and auditing experience.

The chairperson expressed ACA's and the team's appreciation for the facility's involvement with accreditation.

3

CONFIDENTIAL                                                    CORECIVIC_0338346

He indicated the role of the team was to assess compliance, noncompliance or non-applicability for each of the ACI standards. He emphasized that the facility would be informed as to any problems with the standards as the audit progressed and would have ample opportunity to correct any deficiencies in secondary documentation. He also reviewed the ACA process following the audit, leading to the ACA Panel Hearing at which time the decision would be made on reaccrediting the facility. The audit schedule was discussed and the group was informed as to which standards each of the auditors was auditing. Finally, the chair emphasized that the audit team expected to affirm the good work being done at ACCC.

3.    Facility Tour

The audit team toured the areas and buildings inside the facility from 8:30 a.m. to 11:30 a.m. The next morning from 7:45 a.m. to 8:15 a.m. the team toured the two outside buildings (warehouse and tractor shed) and then was driven around the perimeter. The following persons accompanied the team on the tour and responded to the team's questions concerning facility operations:

Barbara Wagner, Warden
Bill Wunderle, Assistant Warden
Lawrence Greer, Assistant Warden
Dale London, Chief of Security
Steve Flatt, Safety Manager
Jackie Rice, Chief of Unit Management
Emilee Beach, Quality Assurance Manager
Alberto Rivera, Lieutenant (translator as needed)

Facility notices of the ACA Accreditation Audit were posted throughout the institution.

4.    Conditions of Confinement/Quality of Life

During the tour, the team evaluated the conditions of confinement at the facility. The following narrative description of the relevant programmatic services and functional areas summarizes the findings regarding the quality of life.

**Security:**

The ACCC is a secure facility with adequate fencing and



4

Exterior lighting was more than adequate to provide for good nighttime visibility of the compound area and the perimeter of the institution.

During the initial tour and throughout the audit of the facility, both Security and Unit Management staff were present and engaged in the movement and control of the inmate population. Adequate numbers of staff were observed to provide for the safe operation of the facility. All staff are issued a two way radio equipped with a "man down" panic button.

The master control center monitors all cameras and maintains control of all access and exit doors in the housing, recreation and program areas. In addition the center controls the pedestrian doors from the administration area into the secure part of the facility. Similar control is exercised over vehicle entrance and exit through the rear gate. There is an armory adjacent to the administration building that is secure and well organized. All individuals entering the facility through the administration building must pass through a metal detector and anything brought with them passes through an x-ray machine.

Tool and key control are systematic and meet the standards. A fingerprint identification system gives staff access to his or her individual set of keys. The keys must be secured to each staff member with a chain and clip.

On May 20, 2012, the facility experienced a major inmate disturbance that initially gave the inmates control of part of the prison. Staff hostages were taken and; tragically, one staff person was murdered. Local law enforcement and the Mississippi State Patrol assisted in retaking control of the facility. The entire incident and its aftermath were promptly and properly reported to ACA. After a lockdown lasting about four months and a thorough investigation by the FBI, the institution resumed normal operations. As a result of the disturbance the open movement of inmates was replaced with a controlled inmate movement system. This has prevented large numbers of inmates from congregating in any open area and created a much safer environment for staff and inmates.

**Environmental Conditions**:

As a relatively new prison (construction was completed in 2008) the environment is pleasant and the physical plant shows little wear. Staff and inmate furnishings are in good condition. All of the physical plant standards involving lighting, air circulation, and appropriate temperature ranges and noise levels meet or exceed the expectation of the standards. The City of Natchez provides water and is responsible for water quality. The sewage from the facility is handled by the Adams County sewage system.

5

CONFIDENTIAL

CORECIVIC_0338348

**Sanitation**:

The ACCC places a high value on maintaining sanitation. Inmate crews under staff supervision pay daily attention to creating a clean facility. Exterior and interior areas were litter free and well landscaped. Private vendors handle pest control and trash removal. The necessary weekly, monthly and annual sanitation inspections are being conducted. Deficiencies noted in these are corrected on a continuing basis.

**Fire Safety:**

Safety and fire control are adequate throughout the facility. Hand held fire extinguishers are displayed and available in all areas. There is a stationary fire suppression system in the hoods over the kitchen stoves. The Safety Officer or the appropriate County Official routinely conducts inspections on schedule. Reports of these inspections were noted and recorded in the proper locations. The facility Safety Officer was commended for an outstanding job performance.

**Food Service:**

Operation of the Food Service Department and all preparation of meals are provided by a private contract provider. The staff of this contractor were well trained and provided both supervision and training for the inmate workers assigned to the food service department. Sanitation levels were excellent in all the food service areas. There was good documentation of temperatures of food and storage areas. All record keeping was excellent and in accordance with the standards. The meal that the audit team consumed was adequate as to quality and quantity as well as tasty. The inmate population seemed satisfied with the quality and quantity of food as issued on the mainline. The serving of special diets was well done, although time consuming.

**Medical Care:**

The Joint Commission on Accreditation of Healthcare Organizations accredits the Health Services Department as an ambulatory clinic. The department is staffed with two physicians, one nurse practitioner, one health services administrator, two clinical supervisors, one infectious disease coordinator, four registered nurses, seven licensed practical nurses, two certified medical assistants, and two medical records clerks. There is currently a vacancy for an LPN and a Quality Improvement Coordinator. The facility has nursing coverage 24 hours, seven days a week. Either the physicians or a nurse practitioner handles on-call responsibilities for medical issues outside of the nursing protocols.

CONFIDENTIAL

CORECIVIC_0338349

Upon admission, all inmates receive a medical, dental and mental health screening conducted by nursing staff.

The clinic provides out-patient services for the inmate population including sick call, mental health evaluations, chronic care clinics, emergency care, physicals, vaccinations, pill lines, laboratory, dental, and x-rays. Sick call is available five days a week. A $2.00 copayment is charged for all routine sick call appointments. Medical rounds are made in the segregation unit for the inmates housed there. Sick call requests are triaged on a daily basis by the nursing staff and appointments are then made with the clinicians according to urgency. Emergency requests are seen immediately.

Diamond Pharmacy provides pharmaceutical services. All clinician orders are faxed to them on a daily basis. Medications are received within two to three days. Pill lines are conducted at the pharmacy window at 8:00 a.m. and at 7:00 p.m. A dedicated keep-on-person (KOP) medication line is held in the afternoon, five times per week. The nurses conduct insulin lines in the medical department. Glucometer glucose testing is available for the inmates at these lines. It was noted in reviewing the glucometer testing that only one level of control was being performed. It was suggested that the facility implement the use of a two level, quality control testing to ensure the glucometer is working at the high level. In segregation, all medications are delivered to the cells.

All laboratory specimens are sent to a contract provider, Bio-Reference Laboratories. Specimens are collected by nursing staff at the direction of the provider and are picked up on a daily basis. X-rays are performed by a contract x-ray tech from Healthcare Con X-rays three days per week. They are developed and read off-site by the contractor. Optometry services are provided by a contract Optometrist twice per week.

Two dentists, one dental hygienist and two dental assistants provide dental services. Two temporary part-time dentists are currently covering the full-time dentist positions. The dental services include dental screenings, exams, cleanings, and hygiene education, emergency and routine dental care. The auditor noted that the heath care outcome measure pertaining to completed dental treatment plans had been inaccurately reported as dental encounters. This was corrected after reviewing the measure with the staff. A correction to this number in the Health Care Outcome Measures was made for the 2013 reporting period and brought the number more in line with what would be expected for the size of the inmate population.

Spot checks were performed on needles, sharps, narcotics, instruments and chemicals. Emergency evacuation routes are posted within the medical department. Staff members are trained in CPR and first aid. Two AEDs are available for the facility. First aid kits were available throughout the facility. Inspection revealed all kits were stocked with adequate supplies.

7

CONFIDENTIAL     CORECIVIC_0338350

Emergency response within the unit is adequate, as is the local EMS system. A concern was raised particularly in the area of accessibility to "cut-down" tools in the event of a suicide attempt by hanging. A recommendation was made to have such a tool in all of the housing units.

Offenders requiring emergency or inpatient services are transferred to Natchez Regional Medical Center, the University of Mississippi Medical Center in Jackson or Southwest Mississippi Regional Medical Center in McComb. Ambulance services are provided by American Correctional Healthcare, Inc. ambulance system.

The facility has four observation cells, one suicide watch cell and two negative pressure rooms. There is no infirmary. The negative pressure rooms are utilized quite frequently for TB suspect cases. The facility has had four cases of active TB in the past three years as reflected in the Healthcare Outcome Measures. This is a high-risk area for the facility, but the Infectious Disease Coordinator has good exposure contact and infection control practices in place to address this issue. The facility is also very good about ensuring that all staff are receiving their annual PPD testing. All other communicable disease issues are managed appropriately, including bio hazardous waste disposal that is handled by Stericycle, Inc.

One mental health coordinator and one contract psychologist provide mental Health Services. Together these individuals provide counseling, crisis intervention, open topic groups, substance abuse education and anger management classes to the inmate population. They also provide suicide prevention training to staff. The department also includes one contracted psychiatrist who provides mental health care via tele-psych through videoconferencing. He is available to provide treatment plans and prescribe medications. At the time of the audit, 113 inmates were on psychotropic medications.

**Recreation:**

The recreation staff of two individuals does a remarkable job of providing a wide range of activities for the inmate population. Soccer is a major activity of interest; but the inmates also play volleyball, basketball and handball. The housing units have television and sedentary games. There are music and exercise classes. The gymnasium has workout equipment available. There is good community involvement in some of the recreation activities.

There is a hobby craft room in the programs building in which inmates may pursue woodworking, art, leatherwork and crochet. Participation is limited and there is a waiting list to get into the program.

8

CONFIDENTIAL
CORECIVIC_0338351

**Religious Programming:**

Under the leadership of an institutional chaplain, religious activities and services involving a dozen faith groups take place.

After the disturbance in 2012 a number of volunteers quit, but the number of volunteers has slowly risen again to number about 26. These volunteers help with seven of the twelve faith groups. About half of the inmate population claim to be Roman Catholic, but this faith group is relatively inactive. The 500 or so group of Protestants is the most active in the area of religious observance.

**Offender Work Programs:**

The employment of inmates is limited to such traditional areas as food service, maintenance, janitorial, tutoring and clerks. There is no correctional industries program. Since all inmates have detainers, none of them may work outside the fences. They do help maintain the grounds within the perimeter fencing.

**Academic and Vocational Education:**

The inmates involved in the academic and vocational education programs all live together in one housing pod. The school offers the standard GED/ABE program so inmates may earn their high school equivalency certificates. The school has a working relationship with the University of Mexico.

A considerable emphasis is placed on vocational education programs. A core curriculum introduces inmates to the construction trades with a basic introduction to such areas as basic safety, basic construction math, use and care of hand tools, use and care of power tools, introduction to blue prints and basic rigging. Advanced classes teach inmates in the areas of carpentry and electrical wiring. This construction trades program is certified by the National Center for Construction Education and Research (NCCER).

There are also non-NCCER vocational programs in computer literacy/applications and horticulture. Finally, the school offers a Life Skills program that includes parenting, finance management, interpersonal skills and conflict management.

**Social Services:**

Unit managers and case managers provide basic social services. The Religion Department also assists in this area. The Mental Health Department is also available for services in this area.

9

CONFIDENTIAL

CORECIVIC_0338352

**Visitation:**

Visitation takes place in a separate building just inside the secure perimeter and a short walk from the administration building. There is a very large contact visiting room and also spaces for non-contact visiting and private space for clergy and attorney visits. Visitation hours are 8:00 a.m. to 3:00 p.m. on Saturday, Sunday and federal holidays.

Relatively few inmates get regular visits since many family and friends live far from the institution, some of them in foreign countries.

**Library Services:**

The general library and the law library are located in the programs building. The general library has a substantial collection of books and reference materials as well as newspapers and magazines. Materials are available in both English and Spanish.

The law library has a few basic legal reference books. Inmates access other materials through an on-line system. Several computer terminals are dedicated to access statutes and case law. Inmate aides assist users in both the legal and general library.

**Laundry:**

There is a central laundry that handles the laundering of bedding and clothing. The laundry has sufficient additional stocks of bedding, linens and inmate clothing to supply inmates' needs.

## F.  Examination of Records

Following the facility tour, the team proceeded to the emergency command center in the administration building to review the accreditation files and determine compliance, noncompliance or non-applicability for the ACI standards. The facility has no notices of non-compliance with local, state, or federal laws or regulations. There were no findings of non-compliance with the standards by this audit team.

1.  Litigation

    Over the last three years, the facility has had no consent decrees, class action lawsuits or adverse judgments.

2.  Significant Incidents/Outcome Measures

    The review of the significant incident summary for the past 12 months revealed data that were consistent with the size, security level and mission of the facility.

CONFIDENTIAL

CORECIVIC_0338353

This is a low security facility using a tight system for moving inmates within the facility. Violence has been very low since the May 20, 2012 disturbance.

The review of the health care outcome measures for the past twelve months revealed data that were unremarkable and consistent with the demographics of the inmate population.

3. Departmental Visits

Team members revisited the following departments to review conditions relating to departmental policy and operations:

| Department Visited | Person(s) Contacted |
|---|---|
| Security | Dale London, Chief |
| | Tony Nichols, Assistant Chief |
| | Alberto Rivera, Lt. |
| | Dramon King, Armory Sgt. |
| Education | Robert Garcia, Principal |
| | Thelma Willard, Librarian |
| Unit Management | Jacqueline Rice, Chief |
| Safety Office | Steven Flatt, Manager |
| Staff Training | Sharonda McKenzie, Manager |
| Maintenance | Chris Higgs, Supervisor |
| Laundry | Mary Smith, Supervisor |
| Health Services | Christina Hall, Administrator |
| Religion | Jon Shonebarger, Chaplain |
| Recreation | Geneva Legrone, Supervisor |
| Food Services | Tangy Morgan, Director |
| Administration | Barbara Wagner, Warden |
| | William Wunderle, Asst. Warden |
| | Lawrence Greer, Asst. Warden |
| | Emilee Beach, QA Manager |

4. Shifts

a. Day Shift

The team was present at the facility during the day shift from 7:00 a.m. to 7:00 p.m. All of the touring and departmental visits were conducted during this shift.

11

    b.      Night Shift

The team was present at the facility during the night shift from 7:00 p.m. to 7:00 a.m. A team member observed the evening pill line in medical. Two team members observed the shift change from the day shift to the night shift. They also attended the shift briefing of the oncoming night shift. Persons contacted were Christina Hall and Dale London.

5.      Status of Previously Non-compliant Standards/Plans of Action

At the initial audit in 2010, the team found standards #4-4129 and #4-4132 to be non-compliant. Standard #4-4129 has since been deleted.

A waiver was granted for Standard #4-4132. The team re-examined the matter of unencumbered square footage in the dormitories and determined that the unencumbered square footage in the day area exceeded the standard. Since there are no barriers between the sleeping area and the day area, the team allowed the facility to recalculate the square footage and found that they then met Standard 4132.

## G.    Interviews

During the course of the audit, team members met with both staff and offenders to verify observations and/or to clarify questions concerning facility operations.

1.      Offender Interviews

During the audit, team members interviewed a total of 50 inmates. Some inmates expressed frustration with the closed movement system, but others were positive about it since they now felt much more secure. Communications between unit and security staff and the inmates appear to be productive in resolving problems. There were few complaints about the food or medical services. The matter of a few complaints about perceived unequal access to the hobby craft program was referred to Warden Wagner. The inmates in the education program were very complimentary about it.

2.      Staff Interviews

During the audit, team members interviewed a total of 44 staff. Most staff were positive about their jobs and were upbeat and engaged when interviewed. There appears to be good communication up and down the chain of command. Several spoke approvingly of the changes following the riot, particularly the controlled movement of inmates.

12

CONFIDENTIAL                         CORECIVIC_0338355

The training program was credited with making them feel more confident about their jobs. The support CCA gave the staff in the wake of the disturbance was much appreciated. Staff morale was positive.

## H.    Exit Discussion

The exit interview was held at 10:00 a.m. in the visiting room with the Warden and 25 ACCC staff in attendance.  There were no outside guests.

The chairperson announced the results of the audit with respect to compliance and non-applicability of the standards.  Each team member then reviewed his or her individual findings with the group.  The chair then explained the procedures that would follow the audit leading to the ACA panel hearing.

The audit team expressed appreciation for the cooperation of everyone concerned and congratulated the facility team for the progress made in the past three years.

Warden Wagner closed the meeting by thanking the audit team and the ACCC staff.

CONFIDENTIAL                                                                                    CORECIVIC_0338356

COMMISSION ON ACCREDITATION FOR CORRECTIONS

AND THE

AMERICAN CORRECTIONAL ASSOCIATION

### COMPLIANCE TALLY

| | |
|---|---|
| **Manual Type** | Adult Correctional Institutions, Fourth Edition |
| **Supplement** | 2012 Standards Supplement |
| **Facility/Program** | Corrections Corporation of America<br>Adams County Correctional Center |
| **Audit Dates** | November 18-20, 2013 |
| **Auditor(s)** | John J. Dahm, Chairperson<br>Donald R. Guillory, Member<br>Kathryn J. Garrett, Member |

| | MANDATORY | NON-MANDATORY |
|---|---|---|
| Number of Standards in Manual | 61 | 468 |
| Number Not Applicable | 1 | 39 |
| Number Applicable | 60 | 429 |
| Number Non-Compliance | 0 | 0 |
| Number in Compliance | 60 | 429 |
| Percentage (%) of Compliance | 100% | 100% |

- Number of Standards minus Number of Not Applicable equals Number Applicable

- Number Applicable minus Number Non-Compliance equals Number Compliance

- Number Compliance divided by Number Applicable equals Percentage of Compliance

Case 3:16-cv-02267    Document 361-25    Filed 11/20/20    Page 42 of 62 PageID #: 14582

CONFIDENTIAL                                                                    CORECIVIC_0338357

COMMISSION ON ACCREDITATION FOR CORRECTIONS

Corrections Corporation of America
Adams County Correctional Center
Natchez, Mississippi

November 18 - 20, 2013

Visiting Committee Findings

Mandatory Standards

Not Applicable

**Standard #4-4353**

IF FEMALE OFFENDERS ARE HOUSED, ACCESS TO PREGNANCY
MANAGEMENT IS SPECIFIC AS IT RELATES TO THE FOLLOWING:

- PREGNANCY TESTING
- ROUTINE PRENATAL CARE
- HIGH-RISK PRENATAL CARE
- MANAGEMENT OF THE CHEMICALLY ADDICTED
  PREGNANT INMATE
- POSTPARTUM FOLLOW-UP
- UNLESS MANDATED BY STATE LAW, BIRTH
  CERTIFICATES/REGISTRY DOES NOT LIST A
  CORRECTIONAL FACILITY AS THE PLACE OF BIRTH

FINDINGS:

Only male inmates are housed at ACCC.

15

CONFIDENTIAL                                                                 CORECIVIC_0338358

COMMISSION ON ACCREDITATION FOR CORRECTIONS

Corrections Corporation of America
Adams County Correctional Center
Natchez, Mississippi

November 18 - 20, 2013

Visiting Committee Findings

Non-Mandatory Standards

Not Applicable

**Standard #4-4057**

WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE THAT ALL PERSONNEL COVERED BY MERIT SYSTEMS, CIVIL SERVICE REGULATIONS, OR UNION CONTRACTS ARE SELECTED, RETAINED, AND PROMOTED ON THE BASIS OF MERIT AND SPECIFIED QUALIFICATIONS. NEW EMPLOYEES RECEIVE CREDIT FOR THEIR PRIOR TRAINING.

FINDINGS:

No ACCC staff are merit, civil service or union.

**Standard #4-4059**

WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE THAT EMPLOYEES COVERED BY MERIT SYSTEMS, CIVIL SERVICE REGULATIONS, OR UNION CONTRACT ARE APPOINTED INITIALLY FOR A PROBATIONARY TERM OF AT LEAST SIX MONTHS BUT NO LONGER THAN ONE YEAR.

FINDINGS:

No ACCC staff are merit, civil service or union.

**Standard #4-4128**

SINGLE-CELL LIVING UNITS SHALL NOT EXCEED 80 INMATES. (NEW CONSTRUCTION ONLY)

FINDINGS:

There are no single cells for general population at ACCC.

16

CONFIDENTIAL                                                                                  CORECIVIC_0338359

**Standard #4-4133**

WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE THAT SINGLE-OCCUPANCY CELLS/ROOMS, MEASURING A TOTAL OF 80 SQUARE FEET, OF WHICH 35 SQUARE FEET IS UNENCUMBERED SPACE, SHALL BE AVAILABLE, WHEN INDICATED, FOR THE FOLLOWING:

- INMATES WITH SEVERE MEDICAL DISABILITIES
- INMATES SUFFERING FROM SERIOUS MENTAL ILLNESS
- SEXUAL PREDATORS
- INMATES LIKELY TO BE EXPLOITED OR VICTIMIZED BY OTHERS
- INMATES WHO HAVE OTHER SPECIAL NEEDS FOR SINGLE HOUSING
- MAXIMUM CUSTODY INMATES

FINDINGS:

Inmates falling into these categories are not housed at ACCC.

**Standard #4-4143**

WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE FOR THE ASSIGNMENT OF APPROPRIATELY TRAINED INDIVIDUALS TO ASSIST DISABLED OFFENDERS WHO CANNOT OTHERWISE PERFORM BASIC LIFE FUNCTIONS.

FINDINGS:

All ACCC inmates can perform basic life functions.

**Standard #4-4147**

ALL INMATE ROOMS/CELLS PROVIDE INMATES ACCESS TO NATURAL LIGHT.

FINDINGS:

ACCC is new construction.

CONFIDENTIAL

CORECIVIC_0338360

**Standard #4-4152**

CIRCULATION IS AT LEAST TEN CUBIC FEET OF FRESH OR RE-CIRCULATED FILTERED AIR PER MINUTE PER OCCUPANT FOR INMATE ROOMS/CELLS, OFFICER STATIONS, AND DINING AREAS, AS DOCUMENTED BY A QUALIFIED TECHNICIAN AND SHOULD BE CHECKED NOT LESS THAN ONCE PER ACCREDITATION CYCLE. (EXISTING)

FINDINGS:

ACCC is new construction.

**Standard #4-4181**

WRITTEN POLICY, PROCEDURE, AND PRACTICE REQUIRE THAT WHEN BOTH MALES AND FEMALES ARE HOUSED IN THE FACILITY, AT LEAST ONE MALE AND ONE FEMALE STAFF MEMBER ARE ON DUTY AT ALL TIMES.

FINDINGS:

No female inmates are housed at ACCC.

**Standard #4-4190-1**

WRITTEN POLICY, PROCEDURE AND PRACTICE, IN GENERAL, PROHIBIT THE USE OF RESTRAINTS ON FEMALE OFFENDERS DURING ACTIVE LABOR AND THE DELIVERY OF A CHILD. ANY DEVIATION FROM THE PROHIBITION REQUIRES APPROVAL BY, AND GUIDANCE ON, METHODOLOGY FROM THE MEDICAL AUTHORITY AND IS BASED ON DOCUMENTED SERIOUS SECURITY RISKS. THE MEDICAL AUTHORITY PROVIDES GUIDANCE ON THE USE OF RESTRAINTS ON PREGNANT OFFENDERS PRIOR TO ACTIVE LABOR AND DELIVERY.

FINDINGS:

No female inmates are housed at ACCC.

**Standard #4-4278**

WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE THAT MALE AND FEMALE INMATES HOUSED IN THE SAME INSTITUTION HAVE SEPARATE SLEEPING QUARTERS BUT EQUAL ACCESS TO ALL AVAILABLE SERVICES AND PROGRAMS. NEITHER SEX IS DENIED OPPORTUNITIES SOLELY ON THE BASIS OF THEIR SMALLER NUMBER IN THE POPULATION.

18

CONFIDENTIAL   CORECIVIC_0338361

FINDINGS:

No female inmates are housed at ACCC.

**Standard #4-4304**

THE CLASSIFICATION PLAN SPECIFIES THAT PRIOR TO A PAROLE HEARING A PROGRESS REPORT IS MADE AVAILABLE TO THE PAROLING AUTHORITY. THE REPORT INCLUDES A CURRENT AND COMPLETE HISTORY OF THE INMATE'S ACTIVITIES IN THE INSTITUTION AND A PROPOSED PAROLE PLAN.

FINDINGS:

Inmates at ACCC are not eligible for parole.

**Standard #4-4307**

IF YOUTHFUL OFFENDERS ARE HOUSED IN THE FACILITY, WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE THAT THEY ARE HOUSED IN A SPECIALIZED UNIT FOR YOUTHFUL OFFENDERS EXCEPT WHEN:

- A VIOLENT, PREDATORY YOUTHFUL OFFENDER POSES AN UNDUE RISK OF HARM TO OTHERS WITHIN THE SPECIALIZED UNIT; AND/OR
- A QUALIFIED MEDICAL OR MENTAL-HEALTH SPECIALIST DOCUMENTS THAT THE YOUTHFUL OFFENDER WOULD BENEFIT FROM PLACEMENT OUTSIDE THE UNIT

WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE FOR THE PREPARATION OF A WRITTEN STATEMENT OF THE SPECIFIC REASONS FOR HOUSING A YOUTHFUL OFFENDER OUTSIDE THE SPECIALIZED UNIT AND A CASE-MANAGEMENT PLAN SPECIFYING WHAT BEHAVIORS NEED TO BE MODIFIED AND HOW THE YOUTHFUL OFFENDER MAY RETURN TO THE UNIT. THE STATEMENT OF REASONS AND CASE-MANAGEMENT PLAN MUST BE APPROVED BY THE WARDEN OR HIS OR HER DESIGNEE. CASES ARE REVIEWED AT LEAST QUARTERLY BY THE CASE MANAGER, THE WARDEN OR HIS OR HER DESIGNEE, AND THE YOUTHFUL OFFENDER TO DETERMINE WHETHER A YOUTHFUL OFFENDER SHOULD BE RETURNED TO THE SPECIALIZED UNIT.

FINDINGS:

No youthful offenders are housed at ACCC.

19

CONFIDENTIAL

CORECIVIC_0338362

**Standard #4-4308**

WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE FOR THE DIRECT SUPERVISION OF YOUTHFUL OFFENDERS HOUSED IN THE SPECIALIZED UNIT TO ENSURE SAFETY AND SECURITY.

FINDINGS:

No youthful offenders are housed at ACCC.

**Standard #4-4309**

WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE FOR CLASSIFICATION PLANS FOR YOUTHFUL OFFENDERS THAT DETERMINE LEVEL OF RISK AND PROGRAM NEEDS DEVELOPMENTALLY APPROPRIATE FOR ADOLESCENTS. CLASSIFICATION PLANS SHALL INCLUDE CONSIDERATION OF PHYSICAL, MENTAL, SOCIAL, AND EDUCATIONAL MATURITY OF THE YOUTHFUL OFFENDER.

FINDINGS:

No youthful offenders are housed at ACCC.

**Standard #4-4310**

WRITTEN POLICY, PROCEDURE, AND PRACTICE REQUIRE THAT ADEQUATE PROGRAM SPACE BE PROVIDED TO MEET THE PHYSICAL, SOCIAL, AND EMOTIONAL NEEDS OF YOUTHFUL OFFENDER AND ALLOWS FOR THEIR PERSONAL INTERACTIONS AND GROUP-ORIENTED ACTIVITIES.

FINDINGS:

No youthful offenders are housed at ACCC.

**Standard #4-4311**

WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE THAT YOUTHFUL OFFENDERS IN THE SPECIALIZED UNIT FOR YOUTHFUL OFFENDERS HAVE NO MORE THAN INCIDENTAL SIGHT OR SOUND CONTACT WITH ADULT OFFENDERS FROM OUTSIDE THE UNIT IN LIVING, PROGRAM, DINING, OR OTHER COMMON AREAS OF THE FACILITY. ANY OTHER SIGHT OR SOUND CONTACT IS MINIMIZED, BRIEF, AND IN CONFORMANCE WITH APPLICABLE LEGAL REQUIREMENTS.

CONFIDENTIAL                                          CORECIVIC_0338363

FINDINGS:

No youthful offenders are housed at ACCC.

**Standard #4-4312**

WRITTEN POLICY, PROCEDURE, AND PRACTICE REQUIRE THAT PROGRAM PERSONNEL WHO WORK WITH YOUTHFUL OFFENDERS FROM THE SPECIALIZED UNIT BE TRAINED IN THE DEVELOPMENTAL, SAFETY, AND OTHER SPECIFIC NEEDS OF YOUTHFUL OFFENDERS. WRITTEN JOB DESCRIPTIONS AND QUALIFICATIONS REQUIRE TRAINING FOR STAFF SPECIFICALLY ASSIGNED TO THE UNIT OR STAFF THAT IS RESPONSIBLE FOR PROGRAMMING OF YOUTHFUL OFFENDERS IN THE SPECIALIZED UNIT BEFORE BEING ASSIGNED TO WORK WITH YOUTHFUL OFFENDERS. THE TRAINING SHOULD INCLUDE BUT NOT BE LIMITED TO THE FOLLOWING AREAS:

- ADOLESCENT DEVELOPMENT
- EDUCATIONAL PROGRAMMING
- CULTURAL AWARENESS
- CRISIS PREVENTION AND INTERVENTION
- LEGAL ISSUES
- HOUSING AND PHYSICAL PLANT
- POLICIES AND PROCEDURES
- THE MANAGEMENT OF, AND PROGRAMMING FOR, SEX OFFENDERS
- SUBSTANCE-ABUSE SERVICES
- COGNITIVE-BEHAVIORAL INTERVENTIONS, INCLUDING ANGER MANAGEMENT, SOCIAL-SKILLS TRAINING, PROBLEM SOLVING, AN
- SUICIDE PREVENTION
- NUTRITION
- MENTAL-HEALTH ISSUES
- GENDER-SPECIFIC ISSUES
- CASE-MANAGEMENT PLANNING AND IMPLEMENTATION

FINDINGS:

No youthful offenders are housed at ACCC.

21

CONFIDENTIAL

CORECIVIC_0338364

**Standard #4-4323**

WHEN REQUIRED BY STATUTE, FOOD PRODUCTS THAT ARE GROWN OR PRODUCED WITHIN THE SYSTEM ARE INSPECTED AND APPROVED BY THE APPROPRIATE GOVERNMENT AGENCY. THERE IS A DISTRIBUTION SYSTEM THAT ENSURES PROMPT DELIVERY OF FOODSTUFFS TO INSTITUTION KITCHENS.

FINDINGS:

ACCC does not grow or produce food products for facility use.

**Standard #4-4353-1**

WHERE NURSING INFANTS ARE ALLOWED TO REMAIN WITH THEIR MOTHERS, PROVISIONS ARE MADE FOR A NURSERY, STAFFED BY QUALIFIED PERSONS, WHERE THE INFANTS ARE PLACED WHEN THEY ARE NOT IN THE CARE OF THEIR MOTHERS.

FINDINGS:

No female inmates are housed at ACCC.

**Standard #4-4364**

ALL IN-TRANSIT OFFENDERS RECEIVE A HEALTH SCREENING BY HEALTH-TRAINED OR QUALIFIED HEALTH CARE PERSONNEL ON ENTRY INTO THE AGENCY SYSTEM. FINDINGS ARE RECORDED ON A SCREENING FORM THAT WILL ACCOMPANY THE OFFENDER TO ALL SUBSEQUENT FACILITIES UNTIL THE OFFENDER REACHES HIS OR HER FINAL DESTINATION. HEALTH SCREENS WILL BE REVIEWED AT EACH FACILITY BY HEALTH-TRAINED OR QUALIFIED HEALTH CARE PERSONNEL. PROCEDURES WILL BE IN PLACE FOR CONTINUITY OF CARE.

FINDINGS:

No in-transit inmates are housed at ACCC.

**Standard #4-4383**

WHEN INSTITUTIONS DO NOT HAVE QUALIFIED HEALTH CARE STAFF, HEALTH-TRAINED PERSONNEL COORDINATE THE HEALTH DELIVERY SERVICES IN THE INSTITUTION UNDER THE JOINT SUPERVISION OF THE RESPONSIBLE HEALTH AUTHORITY AND WARDEN OR SUPERINTENDENT.

CONFIDENTIAL                                                                   CORECIVIC_0338365

FINDINGS:

ACCC has qualified health care staff for health delivery services.

## Standard #4-4391

IF VOLUNTEERS ARE USED IN THE DELIVERY OF HEALTH CARE, THERE IS A DOCUMENTED SYSTEM FOR SELECTION, TRAINING, STAFF SUPERVISION, FACILITY ORIENTATION, AND DEFINITION OF TASKS, RESPONSIBILITIES AND AUTHORITY THAT IS APPROVED BY THE HEALTH AUTHORITY. VOLUNTEERS MAY ONLY PERFORM DUTIES CONSISTENT WITH THEIR CREDENTIALS AND TRAINING. VOLUNTEERS AGREE IN WRITING TO ABIDE BY ALL FACILITY POLICIES, INCLUDING THOSE RELATING TO THE SECURITY AND CONFIDENTIALITY OF INFORMATION.

FINDINGS:

No volunteers are used for health care services at ACCC.

## Standard #4-4392

ANY STUDENTS, INTERNS, OR RESIDENTS DELIVERING HEALTH CARE IN THE FACILITY, AS PART OF A FORMAL TRAINING PROGRAM, WORK UNDER STAFF SUPERVISION, COMMENSURATE WITH THEIR LEVEL OF TRAINING. THERE IS A WRITTEN AGREEMENT BETWEEN FACILITY AND TRAINING OR EDUCATIONAL FACILITY THAT COVERS SCOPE OF WORK, LENGTH OF AGREEMENT, AND ANY LEGAL OR LIABILITY ISSUES. STUDENTS OR INTERNS AGREE IN WRITING TO ABIDE BY ALL FACILITY POLICIES, INCLUDING THOSE RELATING TO THE SECURITY AND CONFIDENTIALITY OF INFORMATION.

FINDINGS:

No students, interns, or residents deliver health care services at ACCC.

## Standard #4-4436

WRITTEN POLICY, PROCEDURE, AND PRACTICE REQUIRE THAT COMPREHENSIVE COUNSELING AND ASSISTANCE ARE PROVIDED TO PREGNANT INMATES IN KEEPING WITH THEIR EXPRESSED DESIRES IN PLANNING FOR THEIR UNBORN CHILDREN.

FINDINGS:

No female inmates are housed at ACCC.

23

CONFIDENTIAL                                                                CORECIVIC_0338366

**Standard #4-4438**

WHERE A DRUG TREATMENT PROGRAM EXISTS, WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE THAT THE ALCOHOL AND DRUG ABUSE TREATMENT PROGRAM HAS A WRITTEN TREATMENT PHILOSOPHY WITHIN THE CONTEXT OF THE TOTAL CORRECTIONS SYSTEM, AS WELL AS GOALS AND MEASURABLE OBJECTIVES.

FINDINGS:

ACCC does not offer a drug treatment program.

**Standard #4-4439**

WHERE A DRUG TREATMENT PROGRAM EXISTS, WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE FOR AN APPROPRIATE RANGE OF PRIMARY TREATMENT SERVICES FOR ALCOHOL AND OTHER DRUG ABUSING INMATES THAT INCLUDE, AT A MINIMUM, THE FOLLOWING:

- INMATE DIAGNOSIS
- IDENTIFIED PROBLEM AREAS
- INDIVIDUAL TREATMENT OBJECTIVES
- TREATMENT GOALS
- COUNSELING NEEDS
- DRUG EDUCATION PLAN
- RELAPSE PREVENTION AND MANAGEMENT
- CULTURALLY SENSITIVE TREATMENT OBJECTIVES, AS APPROPRIATE
- THE PROVISION OF SELF-HELP GROUPS AS AN ADJUNCT TO TREATMENT
- PRERELEASE AND TRANSITIONAL SERVICE NEEDS
- COORDINATION EFFORTS WITHIN COMMUNITY SUPERVISION AND TREATMENT STAFF DURING THE PRERELEASE PHASE TO ENSURE A CONTINUUM OF SUPERVISION AND TREATMENT

FINDINGS:

ACCC does not offer a drug treatment program.

CONFIDENTIAL                                                                 CORECIVIC_0338367

**Standard #4-4440**

WHERE A DRUG AND ALCOHOL TREATMENT PROGRAM EXISTS, WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE THAT THE FACILITY USES A COORDINATED STAFF APPROACH TO DELIVER TREATMENT SERVICES. THIS APPROACH TO SERVICE DELIVERY SHALL BE DOCUMENTED IN TREATMENT PLANNING CONFERENCES AND INDIVIDUAL TREATMENT FILES.

FINDINGS:

ACCC does not offer a drug treatment program.

**Standard #4-4441**

WHERE A DRUG AND ALCOHOL TREATMENT PROGRAM EXISTS, WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE INCENTIVES FOR TARGETED TREATMENT PROGRAMS TO INCREASE AND MAINTAIN THE INMATE'S MOTIVATION FOR TREATMENT.

FINDINGS:

ACCC does not offer a drug treatment program.

**Standard #4-4443**

TEMPORARY RELEASE PROGRAMS SHOULD INCLUDE BUT NOT BE LIMITED TO THE FOLLOWING:

- WRITTEN OPERATIONAL PROCEDURES
- CAREFUL SCREENING AND SELECTION PROCEDURES
- WRITTEN RULES OF CONDUCT AND SANCTIONS
- A SYSTEM OF SUPERVISION TO MINIMIZE INMATE ABUSE OF PROGRAM PRIVILEGES
- A COMPLETE RECORDKEEPING SYSTEM
- A SYSTEM FOR EVALUATING PROGRAM EFFECTIVENESS
- EFFORTS TO OBTAIN COMMUNITY COOPERATION AND SUPPORT

FINDINGS:

No ACCC inmate is eligible for temporary release programs.

CONFIDENTIAL

CORECIVIC_0338368

**Standard #4-4444**

WRITTEN POLICY, PROCEDURE, AND PRACTICE INCLUDE GRADUATED RELEASE THROUGH A SYSTEMATIC DECREASE IN SUPERVISION AND CORRESPONDING INCREASE IN INMATE RESPONSIBILITY AS PART OF THE CLASSIFICATION PROGRAM.

FINDINGS:

No ACCC inmate is eligible for temporary release programs.

**Standard #4-4456**

WHERE AN INDUSTRIES PROGRAM EXISTS, THERE WILL BE A STATUTE AND/OR WRITTEN POLICY AND PROCEDURE THAT AUTHORIZES THE ESTABLISHMENT OF AN INDUSTRIES PROGRAM AND DELINEATES THE AREAS OF AUTHORITY, RESPONSIBILITY, AND ACCOUNTABILITY FOR THE PROGRAM.

FINDINGS:

ACCC does not have a correctional industries program.

**Standard #4-4457**

WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE THAT THE SECURITY AND PROGRAM DETERMINATIONS NECESSARY FOR ANY INDIVIDUAL TO BE ELIGIBLE FOR INDUSTRIES WORK ARE MADE BY THE CLASSIFICATION COMMITTEE.

FINDINGS:

ACCC does not have a correctional industries program.

**Standard #4-4458**

WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE THAT THE NUMBER OF INMATES ASSIGNED TO INDUSTRIES OPERATIONS MEET THE REALISTIC WORKLOAD NEEDS OF EACH INDUSTRIES OPERATING UNIT.

FINDINGS:

ACCC does not have a correctional industries program.

CONFIDENTIAL                                                                 CORECIVIC_0338369

**Standard #4-4459**

EACH INDUSTRY'S OPERATING UNIT HAS A WRITTEN QUALITY CONTROL PROCEDURE THAT PROVIDES FOR RAW MATERIAL, IN-PROCESS, AND FINAL PRODUCT INSPECTION.

FINDINGS:

ACCC does not have a correctional industries program.

**Standard #4-4460**

A COST ACCOUNTING SYSTEM FOR EACH OPERATING INDUSTRIES UNIT IS DESIGNED, IMPLEMENTED, AND MAINTAINED IN ACCORDANCE WITH GENERALLY ACCEPTED ACCOUNTING PRINCIPLES.

FINDINGS:

ACCC does not have a correctional industries program.

**Standard #4-4462**

PRIVATE INDUSTRIES ON THE INSTITUTION GROUNDS EMPLOYING INMATES IN POSITIONS NORMALLY FILLED BY PRIVATE CITIZENS PAY INMATES THE PREVAILING WAGE RATE FOR THE POSITION OCCUPIED.

FINDINGS:

ACCC does not allow private industries to operate in the facility.

**Standard #4-4463**

WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE THAT INMATES EMPLOYED IN THE COMMUNITY BY PUBLIC OR PRIVATE ORGANIZATIONS IN POSITIONS NORMALLY OCCUPIED BY PRIVATE CITIZENS ARE COMPENSATED AT THE PREVAILING WAGE RATE FOR THE POSITION OCCUPIED. INMATES RECEIVING SUCH COMPENSATION REIMBURSE THE JURISDICTION FOR A REASONABLE SHARE OF ITS COST IN MAINTAINING THEM.

FINDINGS:

No ACCC inmate is permitted to work in the community.

27

CONFIDENTIAL

CORECIVIC_0338370

**Standard #4-4501**

WHERE STATUTE PERMITS, WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE FOR EXTENDED VISITS BETWEEN INMATES AND THEIR FAMILIES.

FINDINGS:

No ACCC inmate may have extended visits.

**Standard #4-4502**

WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE THAT INMATES WITH APPROPRIATE SECURITY CLASSIFICATIONS ARE ALLOWED FURLOUGHS TO THE COMMUNITY TO MAINTAIN COMMUNITY AND FAMILY TIES, SEEK EMPLOYMENT OPPORTUNITIES, AND FOR OTHER PURPOSES CONSISTENT WITH THE PUBLIC INTEREST.

FINDINGS:

No ACCC inmate is eligible for a furlough.

28

CONFIDENTIAL

CORECIVIC_0338371

This summary is required to be provided to the chair of your audit team upon their arrival. The information contained on this form will also be summarized in the narrative portion of the visiting committee report and will be incorporated into the final report. It should contain data for the last 12 months, indicate those months in the boxes provided. Please type the data. If you have questions on how to complete the form, please contact your regional manager.

**Facility: ACCC**   **Year:   2012-13**

| Incidents | | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | **Months** | | | | |
| Assault: Offenders/ Offenders* | Indicate types (sexual**, physical, etc.) | 2-P | 1-P | 4-P | 2-P | 0 | 4-P | 1-P | 0 | 2-S | 0 | 0 | 2-P |
| | # With Weapon | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| | # Without Weapon | 2 | 1 | 4 | 2 | 0 | 3 | 1 | 0 | 2 | 0 | 0 | 2 |
| assault: Offender/ Staff | Indicate types (sexual**, physical, etc.) | 0 | 2-P | 3-P 1-S | 1-P | 0 | 0 | 0 | 0 | 0 | 3-P | 0 | 3-P |
| | # With Weapon | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | # Without Weapon | 0 | 2 | 4 | 1 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 3 |
| Number of Forced Moves Used*** | (Cell extraction or other forced relocation of offenders) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Disturbances**** | | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Number of Times Chemical Agents Used | | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Number of Times Special Reaction Team Used | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Four/Five Point Restraints | Number | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Indicate type (chair, bed, board, etc.) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Offender Medical Referrals as a Result of Injuries Sustained | #'s should reflect incidents on this form, not rec or other source | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Escapes | # Attempted | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | # Actual | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Substantiated Grievances (resolved in favor of offender) | Reason (medical, food, religious, etc.) | 0 | 0 | 0 | Mail | 0 | 0 | 0 | Spec. Diet | 0 | 0 | Sec. | 0 |
| | Number | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 |
| Deaths | Reason (violent, illness, suicide, natural) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Number | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

\*Any physical contact that involves two or more offenders
\*\*Oral, anal or vaginal copulation involving at least two parties
\*\*\*Routine transportation of offenders is not considered "forced"
\*\*\*\*Any incident that involves four or more offenders. Includes gang fights, organized multiple hunger strikes,
   work stoppages, hostage situations, major fires, or other large scale incidents



Case 3:16-cv-02267   Document 361-25   Filed 11/20/20   Page 57 of 62 PageID #: 14597

CONFIDENTIAL                                                                 CORECIVIC_0338372

| | | Health Care Outcomes | | |
|---|---|---|---|---|
| Standard | Outcome Measure | Numerator/Denominator | Value | Calculated O.M. |
| 1A | (1) | Number of offenders diagnosed with a MRSA infection within the past twelve (12) months | 53 | |
| | divided by | The average daily population | 2,511 | .0211 |
| | (2) | Number of offenders diagnosed with active tuberculosis in the past twelve (12) months | 2 | |
| | divided by | Average daily population. | 2,511 | .0008 |
| | (3) | Number of offenders who are new converters on a TB test that indicates newly acquired TB infection in the past twelve (12) months | 195 | |
| | divided by | Number of offenders administered tests for TB infection in the past twelve (12) months as part of periodic or clinically-based testing, but not intake screening. | 1,213 | .16 |
| | (4) | Number of offenders who completed treatment for latent tuberculosis infection in the past twelve (12) months | 40 | |
| | divided by | Number of offenders treated for latent tuberculosis infection in the past twelve (12) months. | 721 | .0555 |
| | (5) | Number of offenders diagnosed with Hepatitis C viral infection at a given point in time | 2 | |
| | divided by | Total offender population at that time. | 2,548 | .00078 |
| | (6) | Number of offenders diagnosed with HIV infection at a given point in time | 9 | |
| | divided by | Total offender population at that time. | 2,548 | .00353 |
| | (7) | Number of offenders with HIV infection who are being treated with highly active antiretroviral treatment (HAART) at a given point in time | 7 | |
| | divided by | Total number of offenders diagnosed with HIV infection at that time. | 9 | .7778 |
| | (8) | Number of selected offenders with HIV infection at a given point in time who have been on antiretroviral therapy for at least six months with a viral load of less than 50 cps/ml | 3 | |

30

CONFIDENTIAL

CORECIVIC_0338373

|  | divided by | Total number of treated offenders with HIV infection that were reviewed. | 9 | .3333 |
|---|---|---|---|---|
|  | (9) | Number of offenders diagnosed with an Axis I disorder (excluding sole diagnosis of substance abuse) at a given point in time | 127 |  |
|  | divided by | Total offender population at that time. | 2,548 | .0498 |
|  | (10) | Number of offender admissions to off-site hospitals in the past twelve (12) months | 27 |  |
|  | divided by | Average daily population. | 2,511 | .011 |
|  | (11) | Number of offenders transported off-site for treatment of emergency health conditions in the past twelve (12) months | 86 |  |
|  | divided by | Average daily population in the past twelve (12) months. | 2,511 | .0342 |
|  | (12) | Number of offender specialty consults completed during the past twelve (12) months | 519 |  |
|  | divided by | Number of specialty consults (on-site or off-site) ordered by primary health care practitioners in the past twelve (12) months. | 553 | .9385 |
|  | (13) | Number of selected hypertensive offenders at a given point in time with a B/P reading > 140 mmHg/ >90 mm Hg | 14 |  |
|  | divided by | Total number of offenders with hypertension who were reviewed. | 25 | .56 |
|  | (14) | Number of selected diabetic offenders at a given point in time who are under treatment for at least six months with a hemoglobin A1C level measuring greater than 9 percent | 6 |  |
|  | divided by | Total number of diabetic offenders who were reviewed. | 23 | .261 |
|  | (15) | The number of completed dental treatment plans within the past twelve (12) months | 198 |  |
|  | divided by | The average daily population during the reporting period. | 2,511 | .0788 |
| 2A | (1) | Number of health care **staff** with lapsed licensure or certification during a twelve (12) month period | 0 |  |
|  | divided by | Number of licensed or certified staff during a twelve (12) month period. | 28 | 0 |
|  | (2) | Number of new health care staff during a twelve (12) month period that completed orientation training prior to undertaking their job | 20 |  |
|  | divided by | Number of new health care staff during the twelve (12) month period. | 20 | 1.0 |

31

CONFIDENTIAL

CORECIVIC_0338374

| | | | | |
|---|---|---|---|---|
| | (3) | Number of occupational exposures to blood or other potentially infectious materials in the past twelve (12) months | 3 | |
| | divided by | Number of employees. | 351 | .0085 |
| | (4) | Number of direct care staff (employees and contractors) with a conversion of a TB test that indicates newly acquired TB infection in the past twelve (12) months | 1 | |
| | divided by | Number of direct care staff tested for TB infection in the past twelve (12) months during periodic or clinically indicated evaluations. | 610 | .0016 |
| **3A** | (1) | Number of offender grievances related to health care services found in favor of the offender in the past twelve (12) months | 0 | |
| | divided by | Number of evaluated offender grievances related to health care services in the past twelve (12) months. | 19 | 0 |
| | (2) | Number of offender grievances related to safety or sanitation sustained during a twelve (12) month period | 0 | |
| | divided by | Number of evaluated offender grievances related to safety or sanitation during a twelve (12) month period. | 0 | 0 |
| | (3) | Number of adjudicated offender lawsuits related to the delivery of health care found in favor of the offender in the past twelve (12) months | 0 | |
| | divided by | Number of offender adjudicated lawsuits related to healthcare delivery in the past twelve (12) months | 0 | 0 |
| **4A** | (1) | Number of problems identified by quality assurance program that were corrected during a twelve (12) month period | 48 | |
| | divided by | Number of problems identified by quality assurance program during a twelve (12) month period. | 48 | 1.0 |
| | (2) | Number of high-risk events or adverse outcomes identified by the quality assurance program during a twelve (12) month period. | 0 | |
| | | | | |
| | (3) | Number of offender suicide attempts in the past twelve (12) months | 2 | |
| | divided by | Average daily population | 2,511 | .0008 |
| | (4) | Number of offender suicides in the past twelve (12) months | 0 | |
| | divided by | Average daily population | 2,511 | 0 |

CONFIDENTIAL                                                                    CORECIVIC_0338375

| | | | | |
|---|---|---|---|---|
| | (5) | Number of unexpected natural deaths in the past twelve (12) months | 0 | |
| | divided by | Total number of deaths in the same reporting period. | 0 | 0 |
| | (6) | Number of serious medication errors in the past twelve (12) months | 0 | |
| 5A | None | | | |
| 6A | None | | | |
| 7A | None | | | |
| 7B | None | | | |
| 7C | None | | | |

33

CONFIDENTIAL

CORECIVIC_0338376

## COMMISSION ON ACCREDITATION FOR CORRECTIONS
## PANEL ACTION REPORT

Tampa Marriot Waterside Hotel and Marina
Tampa, Florida

February 2, 2014

---

Corrections Corporation of America
Adams County Correctional Center
Natchez, Mississippi

| | |
|---|---|
| Agency Representatives: | Lawrence Greer |
| | Emilee Beach |
| | Jan Fuson |
| | Keith Hall |
| | John Robinson |
| | |
| Panel Members: | Lori Ammons, Chairperson |
| | Elias Diggins |
| | Pat Curran |
| | |
| Staff: | Terry Carter |

## Accreditation Panel Decision

| | |
|---|---|
| Moved: | Commissioner Diggins |
| Seconded: | Commissioner Ammons |
| | |
| Three-Year Accreditation: | Yes |

## Accreditation Vote

| | Yes | No |
|---|---|---|
| Commissioner Ammons | ✓ | |
| Commissioner Diggins | ✓ | |
| Commissioner Curran | ✓ | |

## Final Tally

| | |
|---|---|
| Mandatory | 100% |
| Non-Mandatory | 100% |

CONFIDENTIAL                    CORECIVIC_0338377