All individuals entering the facility through the administration building must pass through a metal detector and items brought with them must pass through an x-ray machine. The central control center manages the flow of staff, visitors and inmate movement from the administration area into the secure part of the facility. The sally-port entrance is controlled by a security staff member that conducts a search of all vehicles and persons entering and leaving the facility. All staff are issued a two-way radio equipped with a "man down" panic button.

The facility has 225 cameras that show real-time activities and record for later review if needed. Access to view these cameras is in the main control center and approved administrative computers. Video from cameras are retained anywhere from 45 days to 90 days depending on the upgrade of the camera. Camera systems are tested daily.

The armory is located adjacent to the administrative building in the sally-port area. Access to the armory is strictly controlled. Inventories and inspections are maintained for all items in the armory. A spot check was conducted on several items in the armory with an excellent outcome.

Tool control throughout the facility is maintained with shadow boards and a log in-log out procedure. All tools are inventoried at the beginning and end of shift. Spot checks of tools were conducted during the tour with an excellent outcome.

Keys are issued through the Key Watcher box using biometrics (fingerprint) and a personal code. The keys must be secured to each staff member with a chain and clip. Tags are attached to each key ring showing that assignment of the key ring and number of keys on that individual ring. Emergency keys are stored near the armory and are well secured and properly identified and notched for emergency use. Spot checks were conducted during the tour of key rings with an excellent outcome.

Pat searches are conducted at random times by staff throughout the day, all inmates exiting the food service area, inmates exiting the maintenance and recreation areas. Strip searches are conducted before an inmate leaves the facility and upon the inmate returning to the facility. Strip searches are also conducted upon reasonable suspicion of contraband being withheld. All strip searches are performed by personnel of the same gender as the inmate being search

Central Control is located on the Northeast side of J Building. Activities for Central Control include daily operations of the facility (i.e. count, issuance of equipment, control of gates, control of housing unit doors, etc.) ACCC has two 12 hour shifts, 6:00 a.m. to 6:00 p.m., and 6:00 p.m. to 6:00 a.m., and the ranking structure is Shift Supervisor (Captain); Assistant Sift Supervisor (Lieutenant); Senior Correctional Officer (Sergeant); and Correctional Officer.

5

CONFIDENTIAL                                                                    CORECIVIC_0343094

Inmates are received thru the back dock area and processed for facility intake. Inmates are interviewed by the Unit staff to determine appropriate housing, screened by medical, interviewed by SIS. During intake inmates receive facility information to include PREA and health information as well as obtain clean facility issued clothing.

During the initial tour and throughout the audit of the facility, both Security and Unit Management staff were present and engaged in the movement and control of the inmate population. Adequate number of staff were observed to provide for the safe operation of the facility.

**Environmental Conditions**

The temperature in the facility at the Adams County Correctional Center was within normal comforts range. The Noise level throughout the facility was very low, and documentation showed that noise level checks have been conducted and found to be within acceptable level. Inmates are provided with appropriate clothing for cooler weather. Water temperature appeared to be within acceptable limits as evidence by physical checks by the auditor and additionally, the auditor received no complaints from inmates regarding water temperature. All rest room fixtures were checked and found to be working. The Adams County Correctional Center appeared to be in good repair and a Preventative Maintenance Program is in place to ensure that all equipment is operating properly and to prevent failure/breakdown of all equipment. The County of Natchez provides water and is responsible for water quality. The sewage from the facility is handled by the Adams County sewage system.

**Sanitation**

The Adams County Correctional Center believes a clean facility helps to ensure safety and sanitary conditions. It is in the best interest of the inmates to maintain a clean living area and to avoid health and safety problems associated with unsanitary living conditions.

The entire facility was very clean. All floors throughout the facility have a high gloss shine. It was obvious to the Auditor that staff took pride in the appearance of their facility. All bathrooms and shower areas were very clean. Sanitation throughout the facility was very acceptable. Chemicals were stored properly, labeled and accessible only through staff assistance. Dispensing and monitoring are accomplished through a system designed to eliminate spills and improper concentrate. Janitorial closets and equipment were located throughout the facility pursuant to documentation review, substantive daily, weekly and monthly inspection are completed in a timely manner with follow-up corrective action. Inventory on chemicals were compliant.

CONFIDENTIAL

CORECIVIC_0343095

## Fire Safety

Evacuation and emergency plans are in place and approved by proper authorities. Safety and fire control are adequate throughout the facility. There is a stationary fire suppression system in the hoods over the kitchen stoves. Fire drills are regularly held in the housing areas and on all shifts. Documentation indicated that safety inspections are done on the appropriate schedule. Evacuation charts are posted and fire extinguishers are properly located and inspected on a monthly basis. The annual inspection by the State Fire Marshal's office was conducted on November 5, 2015, with documented corrective action.

In the event of any emergency the Natchez Fire Department will respond and is located approximately 12.1 miles from the facility.

## Food Service

The food service operation at the Adams County Correctional Center is run by Trinity Service. The staff of this contractor were well trained and provided both supervision and training for the inmate workers assigned to the food service department. There was good documentation of temperatures of food and storage areas. All record keeping was excellent and in accordance with the standards. The meal that the audit team consumed was adequate as to quality and quantity, as well as tasty. Sanitation levels were excellent in all the food service areas. The inmate population the audit team spoke with stated that they were satisfied with the quality and quantity of food as issued on the mainline.

## Medical Care

In addition to being accredited by the American Correctional Association, the Adams County Correctional Center (ACCC) Health Services Department (HSD) is accredited by the Joint Commission on Accreditation of Healthcare Organization as an ambulatory clinic. The HSD has a robust health care staff of 42 professionals and paraprofessionals providing medical, dental and behavioral health care services 24 hours a day. The staff is comprised of one health services administrator, two doctors, one family nurse practitioner, two registered nurses who serve as nurse supervisors, a certified medical assistant who serves as the lab technician, one contracted part-time x-ray technician, one medical records clerk supervisor with a staff of three medical records clerks, one registered nurse who is an infectious disease specialist, one registered nurse dedicated to the quality assurance program, and a staff of nineteen additional registered nurses and licensed practical nurses to provide health care.

Medical services provided include a medical, dental and mental health screen upon arrival and a follow-on medical appraisal within a week of the inmate being sent to ACCC.

CONFIDENTIAL

CORECIVIC_0343096

Of note, the forms required by the central office to document this care do not contain spaces to document everything required by ACA standards 4-4365 and 4-4371. The standards were met, but it was suggested to the warden that his central office consider revising their forms with ACA requirements in mind. Medical services also include assessment and diagnosis and treatment of most of medical complaints. On-site treatment includes pharmacological intervention, casting sprains, and treating some invasive procedures such as toe nail removal and incision and drainage. The HSD provides emergency response, triage, treatment and/or referral to emergency services in the local community. The HSD runs chronic care clinics that provide chronic disease assessment, intervention, monitoring, and reporting as legally required. The HSD completes physicals and laboratory services. It also offers vaccinations for both staff and inmates. All inmates and staff undergo a yearly purified protein derivative (PPD) test. The auditor observed the staff receiving their yearly PPD and the process was well organized, carefully documented and efficient.

The health care staff appeared motivated and happy with their work. Three different members of the medical staff spontaneously stated they felt supported by their leadership while speaking with me; upon inquiry, they stated they felt supported by both the corrections leadership in addition to the health care leadership. The health services administrator reported a low turn-over rate, stating they have only had three staff leave in the past two years. Of the three, one left to attend school, one left for family reasons and only one left due to dissatisfaction with the position.

Sick call is available seven days a week. The health service administrator stated roughly 20 inmates sign up for sick-call each day. Additionally, inmates may sign up for an open house in the HSD three days a week. The open house answers questions about the services provided and minor medical issues. The open house is generally attended by 4-5 inmates each time it is held. A $2.00 copayment is charged for all routine sick call appointments. Medical rounds are made in the segregation unit for the inmates housed there. Sick call requests are triaged on a daily basis by the nursing staff and appointments are then made with the clinicians according to urgency. Emergency requests are seen immediately. The HSD is open 24 hours a day and two nurses are available to provide as needed and emergent assessment and intervention at night after the bulk of the HSD staff have left.

Diamond Pharmacy provides pharmaceutical services. All clinician orders are faxed to them on a daily basis. Medications are shipped to ACCC and received within two to three days. Should an inmate need same-day medication, the prescription is called into the local Walgreens and the medication collected by one of the HSD staff. Additionally, the HSD keeps a small amount of bulk supplies. Pill lines are conducted at the pharmacy window at 8:00 a.m. and at 7:00 p.m.

8

CONFIDENTIAL

CORECIVIC_0343097

All inmates in segregation have their medications are delivered to the cells. An additional pill call is conducted at 12:40 p.m. five days a week. At that line, keep-on-person (KOP) medication line is provided in addition to standard pill call. This line was observed and the nurse staffing it clearly knew the bulk of the inmates and responded to their questions professionally while showing both courtesy and respect. The nurses conduct insulin lines in the medical department. Glucometer glucose testing is available as needed. There are currently 37 insulin dependent inmates being treated in the chronic care clinic. Unused medication is collected and destroyed with separate procedures designed to insure the accountability and destruction of unused narcotics.

All laboratory specimens are sent to a contract provider, Bio-Reference Laboratories. Specimens are collected by the certified medical assistant who serves as the lab technician at the direction of the provider and are picked up on a daily basis. X-rays are performed by a contract x-ray tech from Healthcare Con X-rays, three days per week or as needed to respond to medical concerns that the doctor determines can't wait until the scheduled time. They are developed and read off-site by the contractor. Optometry services are provided by a contract Optometrist twice per week.

The facility has seven observation cells, including one suicide watch cell and two negative pressure rooms. There is no infirmary. The negative pressure rooms are utilized when needed for Tuberculosis (TB) cases. The facility has had three cases of active TB in the past three years as reflected in the Healthcare Outcome Measures. They also treated 212 inmates for latent TB. This is a high-risk area for the facility, but the Infectious Disease Coordinator has good exposure contact and infection control practices in place to address this issue.

Three dentists, one dental hygienist and two dental assistants provide dental services. Two temporary part-time dentists are currently covering the full-time dentist positions. The on-site dental services include dental screenings, exams, cleanings, and hygiene education, emergency and routine dental care. The routine dental care comprised intake exams, dental sick call five days a week, fillings cavities, re-cementing crowns and pulling teeth. Inmates are sent out if they need periodontal care. The dentist reported an average of 75 appointments a week; this number included intake exams, dental sick-call and scheduled routine care. The dentist also reported roughly 30 appointments a week for cleaning and/or x-dental x-rays.

Spot checks were performed on needles, sharps, narcotics and instruments. In all cases, the count on-hand was consistent with the number indicated by the documentation. Minimal medical equipment is kept in the examination rooms; instead it is stored in a central location in the medication room. This enhances the MSDs ability to keep an accurate accounting of the equipment but, at times, slows down the ability of the medical professionals to provide services as they need to check the equipment out from the central storage area.

9

CONFIDENTIAL

CORECIVIC_0343098

Bio-hazardous waste disposal is handled by Stericycle, Inc. The chemicals were also spot checked and the counts were accurate. There was a MSDS sheet for each chemical and the flammable chemicals were appropriately stored. Two AEDs are available for the facility. First aid kits were available throughout the facility. Five of the first aid kits were spot-checked and inspection revealed they were stocked with adequate supplies.

Emergency response within ACCC is adequate. Offenders requiring emergency or inpatient services are transferred to Natchez Regional Medical Center, the University of Mississippi Medical Center in Jackson or Southwest Mississippi Regional Medical Center in McComb. When necessary, ambulance services are provided by American Correctional Healthcare, Inc.

One contract psychologist and one licensed professional counselor provide Mental Health Services. Together these individuals provide counseling, crisis intervention, open topic groups, substance abuse education and anger management classes to the inmate population. They also provide suicide prevention training to staff. The department also includes one contracted psychiatrist who provides tele-psychiatric care through videoconferencing. He is available to provide treatment plans and prescribe medications. At the time of the audit, roughly 100 inmates were on psychotropic medications with an additional 30 being followed for significant mental health issues who were not on psychotropic medication. The psychologist reported seeing several unscheduled patients a week who needed assistance with psychosocial stressors. He stated he responds to a true crisis about once a month. He stated the problems include schizophrenia, bi-polar disorder, major depression and anxiety disorders but that the bulk of the concerns he sees are issues of daily living. Inmates with psychiatric needs that cannot be addressed locally are transferred to the Federal Bureau of Prisons.

**Health Care Outcome Measures:**

There was a spike in the number of inmates diagnosed with **Methicillin-Resistant Staphylococcus Aureus (MRSA)** during the first audit year (25), however, over the three-year period the average number of inmates infected remained quite low, 12 out of an average daily population of 2171 inmates. For cases of Hepatitis C (HVC) or Human Immunodeficiency Virus (HIV), the absolute number is low, average 30 and average 10 respective. Of greater import, the number of inmates with active individualized treatment plans for a diagnosed mental illness was reduced from 100 (year 1) and 86 (year 2) to zero (year 3); the reason for this shift is unclear.

However, there was also a shift in the overall health of the offenders with an increase in the numbers needing off-site care increasing sharply from year one (2.6%) to year's two and three (average 4.2% and 5.3% respectively).

CONFIDENTIAL

CORECIVIC_0343099

This suggests it may not be germane when there is a shift in the baseline of services needed when the overall number remains low. Of interest, the number of inmate grievances related to heath care issues was quite low for each audit period. Similarly, the number of problems identified by the quality assurance program was also minimal over the three-year period.

**Recreation**

The Adams County Correctional Center recreation department is staffed with two recreational supervisors and one hobby craft officer. Activities offered include soccer which is a major activity of interest; inmates also play volleyball, basketball and handball. The housing units have television and sedentary games. There are music and exercise classes. The gymnasium also has workout equipment available for the inmates. There is a hobby craft room in the programs building in which inmates may pursue woodworking, art, leatherwork and crochet and there is a hobby craft program.

**Religious Programming**

The Adams County Correctional Center has two full-time chaplains. Religious services for thirteen active faith groups are held regularly. The facility also has built a Sweat Lodge. The facility currently has seventeen volunteers to assist with programming. The chaplains are actively recruiting more volunteers through civic organizations, local congregations and the ministerial alliance. The chapel contains a religious library. The chaplains make rounds through the week to all areas of the facility. The chaplain's schedules are Sunday – Thursday and Tuesday – Saturday.

**Offender Work Programs**

The employment of inmates is in areas of food service, maintenance, janitorial, tutoring and clerks. There is no correctional industries program. Inmates may not work outside the secure perimeter fences. They do help maintain the grounds within the perimeter fencing. Inmate jobs and numbers assigned is as follows, Facilities/Maintenance 21, Food Service 164, Unit Management 879, Recreation/Education 181, Miscellaneous 190. The number of offenders that receive compensation and the rate is 1,435 and the pay range at ACCC is 0.12 to 1.20 depending on job classification. The employment of inmates ranges from traditional areas such as food service, maintenance, janitorial, tutoring and clerks. Due to all inmates having a detainer, none work outside of the fences. Inmates do assist maintaining the grounds within the perimeter fencing.

11

CONFIDENTIAL

CORECIVIC_0343100

## Academic and Vocational Education

The Education Program Mission at the Adams County Correctional Center is to ensure that the students reach their maximum potential in social, academic and vocational training. That through their programs, leadership and example will encourage them to be productive life-long learners. The general program description includes facility education programs which include instructional offerings such as academic, vocational, and life skills education as well as non-instructional functions such as counseling, testing, record-keeping and library services

The Instructional programs at the facility are designed to provide academic, vocational and life skills training. Courses are taught by certified/licensed personnel when appropriate. Courses are taught using the greatest degree of individualization to allow for flexible enrollment and maximum performance gains. Written, standardized, competency based curriculum is supported by appropriate materials and classroom resources.

The Adams County Correctional Center offers education programs in Adult Basic Education I, II and III, GED, Computers, and Horticulture. ESL classes are held in open pods. As of April 2016, three students have successfully completed the GED. As of May 16, 2016, the Adams County Correctional Center currently has 140 participants enrolled in Academic and Vocational Programs.

Vocational programs teach skills that apply to high demand areas of employment. The classroom and laboratory experiences are designed to simulate work experiences and environments, serving as a model for proper employment conduct expectations. Vocational programs are consistent with the needs of the inmate/resident needs and state employment needs. The below listed programs are offered at the Adams County Correctional Center: Carpentry, Electrical and Horticulture which all consist of 240 hours

## Social Services

The Adams County Correctional Center Unit Managers and Case Managers provide basic social services. The Religion Department also assists in this area. The Mental Health Department is also available for services in this area.

## Visitation

Visitation hours at the Adams County Correctional Center are 8:00 a.m. to 3:00 p.m. on Saturday, Sunday and federal holidays. Visitation takes place in a separate building just inside the secure perimeter and a short walk from the administration building. There is a very large contact visiting room and also spaces for non-contact visiting and private space for clergy and attorney visits.

CONFIDENTIAL

CORECIVIC_0343101

The visiting room has an area for children who come to visit equipped with a television which plays DVDs controlled from the officer station.

**Library Services**

The Adams County Correctional Center leisure and law library is open 6 days a week, Monday – Saturday, from 8:00 a.m. to 10:00 a.m. and again from 11:00 a.m. to 5:00 p.m., and on Tuesday and Thursday evenings from 4:00 p.m. to 8:00 p.m. Housing units are each scheduled to attend the Leisure Library. Inmates may request to use the Law Library facility via Inmate Request to Staff form, and are scheduled on a first request received basis and notified via call-out, as well. The Library Aides fulfill the library weekly and answer requests of inmates in the Segregation Housing Unit by delivering requested materials and offering general reading materials to all in the SHU.

**Laundry**

The Adams County Correctional Center has a central laundry that handles the laundering of bedding and clothing. The laundry runs a rotating schedule five days a week. ACCC currently has five washers and eight dryers in centralized areas of the facility. Detergent is dispensed automatically during the washing cycle from the chemical cage next to the washers.

F.     **Examination of Records**

Following the facility tour, the team proceeded to the command center to review the accreditation files and evaluate compliance levels of the policies and procedures. The facility has no notices of non-compliance with local, state, or federal laws or regulations.

1.     Litigation

Over the last three years, the facility had no consent decrees, class action lawsuits or adverse judgments.

2.     Significant Incidents/Outcome Measures

The review of the significant incident summary for the past 12 months revealed data that were consistent with the size, security level and mission of the facility. This is a low security facility using a thigh system for moving inmates within the facility.

3.     Departmental Visits

Team members revisited the following departments to review conditions relating to departmental policy and operations:

13

CONFIDENTIAL                                                      CORECIVIC_0343102

| Department Visited | Person(s) Contacted |
|---|---|
| Human Resource | Gwen Brown, Administrative Clerk |
| | Aisha Norman, Human Resource Assistant |
| | Chasity Ellis, Administrative Supervisor |
| | Kila Blanton, Clerk |
| | Cassandria Frye, Master Scheduler |
| Maintenance | William Higgs, Maintenance Supervisor |
| | Thomas Wactor, Worker |
| Receiving and Discharge | Tony Lucas, Correctional Officer |
| | Bridgette Clay, R&D Sergeant |
| Medical | Marla Farmer, Health Service Administrator |
| | Neely Greene, Clinical Supervisor |
| | Kim McAndrews, Clinical Supervisor |
| | Tonda Turner, Medical Officer |
| Programs | Jon Purple, Principal |
| | Zita Patterson, Programs Officer |
| | Joe Wild, Educational Counselor |
| | Tiffany Wright, Library Aide |
| | Kasandra Counsel, Library Aide |
| | Ms. Williams, Contract Librarian |
| | Jennifer Moore, ABE I Instructor |
| | Katrina Wilson-Watson, Associate Instructor |
| | Nieger Price, Training Department Admin. Clerk |
| | April Burns, Academic/GED Instructor |
| | Natasha Patten, ABE Instructor |
| | Katherine Avance, ABE Instructor |
| | Scotty Arnold, Electrical Instructor |
| | Nicole Jackson, Computer Instructor |
| | Sandi Hickombottom, Learning and Development Manager |
| In-Service Class | Linda Warner, Supervisor |
| | Mansa Gray, Sergeant |
| | Shavondra Smalley, Case Manager |
| | Primmecha Coates, Case Manager |
| Walk – Way | Jonathan Baldwin, Instructor |
| | Charles Baldwin, Sergeant |
| Bravo Unit | George Mister, Unit Manager |
| | Charles Baldwin, Sergeant |
| | Jacquese Dunmore, Administrative Clerk |
| | Alisha Liddell, Case Manager Coordinator (CMC) |
| | Jasmine Payne Correctional Counselor |
| | Angela Freeman, Correctional Counselor |
| | Shaquayla Burrell, Correctional Officer |
| | Mary Sims, Case Manager |

14

CONFIDENTIAL    CORECIVIC_0343103

|  | Shovonne Rogers, Administrative Clerk |
| Zulu Special Housing | Veronica Galtney, Unit Manager |
|  | Ciara Bailey, Correctional Officer |
| Charlie Unit | Pena, Unit Manager |
|  | Veronica Fitzgerald, Correctional Counselor |
|  | Falon January, Correctional Counselor |
|  | Michelle McDonald, Correctional Counselor |
|  | Khalin Green, Correctional Officer |
|  | Alexis Miller, Administrative Clerk |
|  | Stephanie Faust, Case Manager |
| Foodservice | Melinda Manier, Food Service Director |
|  | Belita Gaines, Sergeant |
|  | Latavia Winding, Correctional Officer |
| Horticulture | Willie Evans, Instructor |
| Papa Unit | Maurice Jackson, Unit Manager |
|  | Connie Oliver, Case Manager |
|  | Albert Hickombottom, Correctional Officer |
| Sierra Unit | Tremilla Gooden, Correctional Officer |
|  | Willie Gibbs, Correctional Officer |
|  | Tameka Moore, Sergeant |
| Visitation | David Berkebile, Warden |
| Mailroom | Linda Warner- Mail Supervisor |
|  | Cordell Ransom, Mailroom Clerk |
|  | Annie Sampson, Mailroom Clerk |
|  | Markieta Culbert, Mailroom Clerk |
| Commissary | Jonathan Collier, Commissary Supervisor |
|  | Eric Smith, Warehouse Manager |
| Chapel | Jon Shonebarger, Chaplain |
| Dental | Lane Washington, Dentist |
|  | Lisa Carwyle, Dental Assistance |
| Recreation | Sherika Carter, Recreation Coordinator |
| K-9 | Luther Gilbert, Canine, Ms. Katie (K-9 dog) |
| BOP Contract Monitors | Jeremy Bryan |
|  | Gary Clark |

4. Shifts

   a. Day Shift

      The team was present at the facility during the day shift from 7:45 a.m. to
      5:45 p.m. All of the touring and department visits were conducted during
      this shift. The team also visited with staff and inmates.

CONFIDENTIAL                                                                 CORECIVIC_0343104

b.   Night Shift

The team was present at the facility during the evening shift from 5:45 p.m. to 7:30 p.m. The team observed the shift change and thanked them for doing a great job in protecting the each other as well as the inmates.

5.   Status of Previously Non-compliant Standards/Plans of Action

A waiver was granted for Standard #4-4132. The team re-examined the matter of unencumbered square footage in the dormitories and determined that the unencumbered square footage in the day room area exceeded the standard. Since there are no barriers between the sleeping area and the day area, the team allowed the facility to recalculate the square footage and found that they then met Standard #4-4132.

**G.   Interviews**

During the course of the audit, team members met with both staff and offenders to verify observations and/or to clarify questions concerning facility operations.

1.   Offender Interviews

During the audit, the team interviewed 55 inmates. All of the inmates the team spoke with stated that they felt safe at the facility. The inmates continued to say that staff treats them with respect and they had no complaints. Communications between security staff and the inmates appeared to be productive in resolving problems. There were very few complaints regarding food service and medical.

2.   Staff Interviews

During the audit, the team interviewed approximately 50 staff and they all seem to be very positive about their jobs and were happy to talk with the auditors. There appears to be good communication up and down the chain of command. All staff stated that they received adequate training which empowers more confidence in them about their jobs.

**H.   Exit Discussion**

The exit interview was held at 11:00 a.m. in the visiting room with Warden David Berkebile and 143 staff in attendance.

The following persons were also in attendance:

Bureau of Prisons Staff:

Jeremy Bryan, Senior Secure Institution Manager

16

CONFIDENTIAL

CORECIVIC_0343105

Steven Spill, Secure Oversight Monitor
Gary Clark, Contracting Officer

The chairperson explained the procedures that would follow the audit. The team discussed the compliance levels of the mandatory and non-mandatory standards and reviewed their individual findings with the group.

The chairperson expressed appreciation for the cooperation of everyone concerned and congratulated the facility team for the progress made and encouraged them to continue to strive toward even further professionalism within the correctional field.

Case 3:16-cv-02267     Document 361-27     Filed 11/20/20     Page 13 of 35 PageID #: 14648

CONFIDENTIAL                                                                    CORECIVIC_0343106

AMERICAN CORRECTIONAL ASSOCIATION

AND THE

COMMISSION ON ACCREDITATION FOR CORRECTIONS

## COMPLIANCE TALLY

| Manual Type | Adult Correctional Institution, Fourth Edition |
|---|---|
| Supplement | 2014 Standards Supplement |
| Facility/Program | Corrections Corporation of America <br> Adams County Correctional Center |
| Audit Dates | May 16-18, 2016 |
| Auditor(s) | Cheryl Turner, Chairperson, Ellen H. Galloway, Member, Danny Hartline, Member |

|  | MANDATORY | NON-MANDATORY |
|---|---|---|
| Number of Standards in Manual | 62 | 459 |
| Number Not Applicable | 1 | 42 |
| Number Applicable | 61 | 417 |
| Number Non-Compliance | 0 | 0 |
| Number in Compliance | 61 | 417 |
| Percentage (%) of Compliance | 100% | 100% |

- Number of Standards minus Number of Not Applicable equals Number Applicable

- Number Applicable minus Number Non-Compliance equals Number Compliance

- Number Compliance divided by Number Applicable equals Percentage of Compliance

Case 3:16-cv-02267   Document 361-27   Filed 11/20/20   Page 14 of 35 PageID #: 14649

CONFIDENTIAL                                                                 CORECIVIC_0343107

COMMISSION ON ACCREDITATION FOR CORRECTIONS

Corrections Corporation of American
Adams County Correctional Center
Natchez, Mississippi

May 16-18, 2016

Visiting Committee Findings

Mandatory Standards

Not Applicable

**Standard # 4-4353**

IF FEMALE OFFENDERS ARE HOUSED, ACCESS TO PREGNANCY MANAGEMENT IS SPECIFIC AS IT RELATES TO THE FOLLOWING:

- PREGNANCY TESTING
- ROUTINE PRENATAL CARE
- HIGH-RISK PRENATAL CARE
- MANAGEMENT OF THE CHEMICALLY ADDICTED PREGNANT INMATE
- POSTPARTUM FOLLOW-UP
- UNLESS MANDATED BY STATE LAW, BIRTH CERTIFICATES/REGISTRY DOES NOT LIST A CORRECTIONAL FACILITY AS THE PLACE OF BIRTH

FINDINGS:

The Adams County Correctional Center only houses adult male offenders.

19

CONFIDENTIAL

CORECIVIC_0343108

COMMISSION ON ACCREDITATION FOR CORRECTIONS

Corrections Corporation of American
Adams County Correctional Center
Natchez, Mississippi

May 16-18, 2016

Visiting Committee Findings

Non-Mandatory Standards

Not Applicable

**Standard # 4-4057**

WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE THAT ALL PERSONNEL ARE SELECTED, RETAINED, AND PROMOTED ON THE BASIS OF MERIT AND SPECIFIED QUALIFICATIONS. NEW EMPLOYEES RECEIVE CREDIT FOR THEIR PRIOR TRAINING.

FINDINGS:

The Adams County Correctional Center employees are not covered by merit systems, civil service regulations or union contracts.

**Standard # 4-4059**

WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE THAT EMPLOYEES COVERED BY MERIT SYSTEMS, CIVIL SERVICE REGULATIONS, OR UNION CONTRACT ARE APPOINTED INITIALLY FOR A PROBATIONARY TERM OF AT LEAST SIX MONTHS BUT NO LONGER THAN ONE YEAR.

FINDINGS:

The Adams County Correctional Center is not covered by merit systems, civil service regulations or union contracts.

**Standard # 4-4128**

(NEW CONSTRUCTION ONLY AFTER JANUARY 1, 1990). SINGLE-CELL LIVING UNITS SHALL NOT EXCEED 80 INMATES.

CONFIDENTIAL

CORECIVIC_0343109

FINDINGS:

The Adams County Correctional Center does not have single celled living units.

## Standard # 4-4133

WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE THAT SINGLE-OCCUPANCY CELLS/ROOMS SHALL BE AVAILABLE, WHEN INDICATED, FOR THE FOLLOWING:

- INMATES WITH SEVERE MEDICAL DISABILITIES
- INMATES SUFFERING FROM SERIOUS MENTAL ILLNESS
- SEXUAL PREDATORS
- INMATES LIKELY TO BE EXPLOITED OR VICTIMIZED BY OTHERS
- INMATES WHO HAVE OTHER SPECIAL NEEDS FOR SINGLE HOUSING

WHEN CONFINEMENT EXCEEDS 10-HOURS A DAY, THERE IS AT LEAST 80-SQUARE FEET OF TOTAL FLOOR SPACE, OF WHICH 35-SQUARE FEET IS UNENCUMBERED SPACE.

FINDINGS:

The Adams County Correctional Center does not house inmates who require single cell housing.

## Standard # 4-4139-1

(NEW CONSTRUCTION AFTER JUNE 2014). INMATES HAVE ACCESS TO OPERABLE SHOWERS WITH TEMPERATURE-CONTROLLED HOT AND COLD RUNNING WATER, AT A MINIMUM RATIO OF ONE SHOWER FOR EVERY TWELVE INMATES, UNLESS APPLICABLE CODES REQUIRE ADDITIONAL FIXTURES. WATER FOR SHOWERS IS THERMOSTATICALLY CONTROLLED TO TEMPERATURES RANGING FROM 100 DEGREES FAHRENHEIT TO 120 DEGREES FAHRENHEIT TO ENSURE THE SAFETY OF INMATES AND PROMOTE HYGIENIC PRACTICES.

FINDINGS:

The Adams County Correctional Center is not considered as new construction.

## Standard # 4-4147-2

(NEW CONSTRUCTION OR RENOVATION AFTER JUNE 1, 2014). EACH DORMITORY PROVIDES INMATES WITH ACCESS TO NATURAL LIGHT BY MEANS OF AT LEAST 12 SQUARE FEET, PLUS TWO ADDITIONAL SQUARE FEET OF TRANSPARENT GLAZING PER INMATE IN THE DORMITORY.

21

CONFIDENTIAL

CORECIVIC_0343110

FINDINGS:

The Adams County Correctional Center is not considered a new construction or renovation.

## Standard # 4-4181

WRITTEN POLICY, PROCEDURE, AND PRACTICE REQUIRE THAT WHEN BOTH MALES AND FEMALES ARE HOUSED IN THE FACILITY, AT LEAST ONE MALE AND ONE FEMALE STAFF MEMBER ARE ON DUTY AT ALL TIMES.

FINDINGS:

The Adams County Correctional Center only houses adult males in the facility.

## Standard # 4-4190-1

WRITTEN POLICY, PROCEDURE AND PRACTICE, IN GENERAL, PROHIBIT THE USE OF RESTRAINTS ON FEMALE OFFENDERS DURING ACTIVE LABOR AND THE DELIVERY OF A CHILD. ANY DEVIATION FROM THE PROHIBITION REQUIRES APPROVAL BY, AND GUIDANCE ON, METHODOLOGY FROM THE MEDICAL AUTHORITY AND IS BASED ON DOCUMENTED SERIOUS SECURITY RISKS. THE MEDICAL AUTHORITY PROVIDES GUIDANCE ON THE USE OF RESTRAINTS ON PREGNANT OFFENDERS PRIOR TO ACTIVE LABOR AND DELIVERY.

FINDINGS:

The Adams County Correctional Center houses only male inmates.

## Standard # 4-4278

WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE THAT MALE AND FEMALE INMATES HOUSED IN THE SAME INSTITUTION HAVE SEPARATE SLEEPING QUARTERS BUT EQUAL ACCESS TO ALL AVAILABLE SERVICES AND PROGRAMS. NEITHER SEX IS DENIED OPPORTUNITIES SOLELY ON THE BASIS OF THEIR SMALLER NUMBER IN THE POPULATION.

FINDINGS:

The Adams County Correctional Center does not house female inmates.

CONFIDENTIAL

CORECIVIC_0343111

**Standard # 4-4285**

WRITTEN POLICIES AND PROCEDURES GOVERN THE ADMISSION OF INMATES NEW TO THE SYSTEM. THESE PROCEDURES INCLUDE AT A MINIMUM THE FOLLOWING:

- DETERMINATION THAT THE INMATE IS LEGALLY COMMITTED TO THE INSTITUTION
- THOROUGH SEARCHING OF THE INDIVIDUAL AND POSSESSIONS
- DISPOSING OF PERSONAL PROPERTY
- SHOWER AND HAIR CARE, IF NECESSARY
- ISSUE OF CLEAN, LAUNDERED CLOTHING AS NEEDED
- PHOTOGRAPHING AND FINGERPRINTING, INCLUDING NOTATION OF IDENTIFYING MARKS OR OTHER UNUSUAL PHYSICAL CHARACTERISTICS
- MEDICAL, DENTAL, AND MENTAL HEALTH SCREENING
- ASSIGNING TO HOUSING UNIT
- RECORDING BASIC PERSONAL DATA AND INFORMATION TO BE USED FOR MAIL AND VISITING LIST
- EXPLAINING MAIL AND VISITING PROCEDURES
- ASSISTING INMATES IN NOTIFYING THEIR NEXT OF KIN AND FAMILIES OF ADMISSION
- ASSIGNING OF REGISTERED NUMBER TO THE INMATE
- GIVING WRITTEN ORIENTATION MATERIALS TO THE INMATE
- DOCUMENTING ANY RECEPTION AND ORIENTATION PROCEDURE COMPLETED AT A CENTRAL RECEPTION FACILITY

FINDINGS:

The Adams County Correctional Center is not a reception facility.

**Standard # 4-4286**

WRITTEN POLICY, PROCEDURE, AND PRACTICE REQUIRE THE PREPARATION OF A SUMMARY ADMISSION REPORT FOR ALL NEW ADMISSIONS. THE REPORT INCLUDES AT A MINIMUM THE FOLLOWING INFORMATION:

- LEGAL ASPECTS OF THE CASE
- SUMMARY OF CRIMINAL HISTORY, IF ANY
- SOCIAL HISTORY
- MEDICAL, DENTAL, AND MENTAL HEALTH HISTORY
- OCCUPATIONAL EXPERIENCE AND INTERESTS
- EDUCATIONAL STATUS AND INTERESTS
- VOCATIONAL PROGRAMMING

23

CONFIDENTIAL

CORECIVIC_0343112

- RECREATIONAL PREFERENCE AND NEEDS ASSESSMENT
- PSYCHOLOGICAL EVALUATION
- STAFF RECOMMENDATIONS
- PRE-INSTITUTIONAL ASSESSMENT INFORMATION

FINDINGS:

The Adams County Correctional Center is not a reception facility.

## Standard # 4-4287

WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE FOR A RECEPTION PROGRAM FOR NEW INMATES UPON ADMISSION TO THE CORRECTIONAL SYSTEM. EXCEPT IN UNUSUAL CIRCUMSTANCES, INITIAL RECEPTION AND ORIENTATION OF INMATES IS COMPLETED WITHIN 30 CALENDAR DAYS AFTER ADMISSION.

FINDINGS:

The Adams County Correctional Center is not a reception facility.

## Standard # 4-4304

THE CLASSIFICATION PLAN SPECIFIES THAT PRIOR TO A PAROLE HEARING A PROGRESS REPORT IS MADE AVAILABLE TO THE PAROLING AUTHORITY. THE REPORT INCLUDES A CURRENT AND COMPLETE HISTORY OF THE INMATE'S ACTIVITIES IN THE INSTITUTION AND A PROPOSED PAROLE PLAN.

FINDINGS:

The Adams County Correctional Center does not conduct parole hearing at the facility.

## Standard # 4-4307

IF YOUTHFUL OFFENDERS ARE HOUSED IN THE FACILITY, WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE THAT THEY ARE HOUSED IN A SPECIALIZED UNIT FOR YOUTHFUL OFFENDERS EXCEPT WHEN:

- A VIOLENT, PREDATORY YOUTHFUL OFFENDER POSES AN UNDUE RISK OF HARM TO OTHERS WITHIN THE SPECIALIZED UNIT; AND/OR
- A QUALIFIED MEDICAL OR MENTAL-HEALTH SPECIALIST DOCUMENTS THAT THE YOUTHFUL OFFENDER WOULD BENEFIT FROM PLACEMENT OUTSIDE THE UNIT

24

CONFIDENTIAL

CORECIVIC_0343113

WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE FOR THE PREPARATION OF A WRITTEN STATEMENT OF THE SPECIFIC REASONS FOR HOUSING A YOUTHFUL OFFENDER OUTSIDE THE SPECIALIZED UNIT AND A CASE-MANAGEMENT PLAN SPECIFYING WHAT BEHAVIORS NEED TO BE MODIFIED AND HOW THE YOUTHFUL OFFENDER MAY RETURN TO THE UNIT. THE STATEMENT OF REASONS AND CASE-MANAGEMENT PLAN MUST BE APPROVED BY THE WARDEN OR HIS OR HER DESIGNEE. CASES ARE REVIEWED AT LEAST QUARTERLY BY THE CASE MANAGER, THE WARDEN OR HIS OR HER DESIGNEE, AND THE YOUTHFUL OFFENDER TO DETERMINE WHETHER A YOUTHFUL OFFENDER SHOULD BE RETURNED TO THE SPECIALIZED UNIT.

FINDINGS:

Only adult males are housed at the Adams County Correctional Center.

**Standard # 4-4308**

WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE FOR THE DIRECT SUPERVISION OF YOUTHFUL OFFENDERS HOUSED IN THE SPECIALIZED UNIT TO ENSURE SAFETY AND SECURITY.

FINDINGS:

Only adult males are housed at the Adams County Correctional Center.

**Standard # 4-4309**

WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE FOR CLASSIFICATION PLANS FOR YOUTHFUL OFFENDERS THAT DETERMINE LEVEL OF RISK AND PROGRAM NEEDS DEVELOPMENTALLY APPROPRIATE FOR ADOLESCENTS. CLASSIFICATION PLANS SHALL INCLUDE CONSIDERATION OF PHYSICAL, MENTAL, SOCIAL, AND EDUCATIONAL MATURITY OF THE YOUTHFUL OFFENDER.

FINDINGS:

Only adult males are housed at the Adams County Correctional Center.

**Standard # 4-4310**

WRITTEN POLICY, PROCEDURE, AND PRACTICE REQUIRE THAT ADEQUATE PROGRAM SPACE BE PROVIDED TO MEET THE PHYSICAL, SOCIAL, AND EMOTIONAL NEEDS OF YOUTHFUL OFFENDER AND ALLOWS FOR THEIR PERSONAL INTERACTIONS AND GROUP-ORIENTED ACTIVITIES.

25

CONFIDENTIAL

CORECIVIC_0343114

FINDINGS:

Only adult males are housed at the Adams County Correctional Center.

## Standard # 4-4311

WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE THAT YOUTHFUL OFFENDERS IN THE SPECIALIZED UNIT FOR YOUTHFUL OFFENDERS HAVE NO MORE THAN INCIDENTAL SIGHT OR SOUND CONTACT WITH ADULT OFFENDERS FROM OUTSIDE THE UNIT IN LIVING, PROGRAM, DINING, OR OTHER COMMON AREAS OF THE FACILITY. ANY OTHER SIGHT OR SOUND CONTACT IS MINIMIZED, BRIEF, AND IN CONFORMANCE WITH APPLICABLE LEGAL REQUIREMENTS.

FINDINGS:

The Adams County Correctional Center houses adult male offenders.

## Standard # 4-4312

WRITTEN POLICY, PROCEDURE, AND PRACTICE REQUIRE THAT PROGRAM PERSONNEL WHO WORK WITH YOUTHFUL OFFENDERS FROM THE SPECIALIZED UNIT BE TRAINED IN THE DEVELOPMENTAL, SAFETY, AND OTHER SPECIFIC NEEDS OF YOUTHFUL OFFENDERS. WRITTEN JOB DESCRIPTIONS AND QUALIFICATIONS REQUIRE TRAINING FOR STAFF SPECIFICALLY ASSIGNED TO THE UNIT OR STAFF THAT IS RESPONSIBLE FOR PROGRAMMING OF YOUTHFUL OFFENDERS IN THE SPECIALIZED UNIT BEFORE BEING ASSIGNED TO WORK WITH YOUTHFUL OFFENDERS. THE TRAINING SHOULD INCLUDE BUT NOT BE LIMITED TO THE FOLLOWING AREAS:

- ADOLESCENT DEVELOPMENT
- EDUCATIONAL PROGRAMMING
- CULTURAL AWARENESS
- CRISIS PREVENTION AND INTERVENTION
- LEGAL ISSUES
- HOUSING AND PHYSICAL PLANT
- POLICIES AND PROCEDURES
- THE MANAGEMENT OF, AND PROGRAMMING FOR, SEX OFFENDERS
- SUBSTANCE-ABUSE SERVICES
- COGNITIVE-BEHAVIORAL INTERVENTIONS, INCLUDING ANGER MANAGEMENT, SOCIAL-SKILLS TRAINING, PROBLEM SOLVING, AND RESISTING PEER PRESSURE
- SUICIDE PREVENTION
- NUTRITION
- MENTAL-HEALTH ISSUES

26

CONFIDENTIAL                                                      CORECIVIC_0343115

- GENDER-SPECIFIC ISSUES
- CASE-MANAGEMENT PLANNING AND IMPLEMENTATION

FINDINGS:

The Adams County Correctional Center houses adult male offenders.

**Standard # 4-4323**

WHEN REQUIRED BY STATUTE, FOOD PRODUCTS THAT ARE GROWN OR PRODUCED WITHIN THE SYSTEM ARE INSPECTED AND APPROVED BY THE APPROPRIATE GOVERNMENT AGENCY. THERE IS A DISTRIBUTION SYSTEM THAT ENSURES PROMPT DELIVERY OF FOODSTUFFS TO INSTITUTION KITCHENS.

FINDINGS:

The Adams County Correctional Center does not grow or produce their food products.

**Standard # 4-4353-1**

WHERE NURSING INFANTS ARE ALLOWED TO REMAIN WITH THEIR MOTHERS, PROVISIONS ARE MADE FOR A NURSERY, STAFFED BY QUALIFIED PERSONS, WHERE THE INFANTS ARE PLACED WHEN THEY ARE NOT IN THE CARE OF THEIR MOTHERS.

FINDINGS:

The Adams County Correctional Center only houses adult males.

**Standard # 4-4364**

ALL IN-TRANSIT OFFENDERS RECEIVE A HEALTH SCREENING BY HEALTH-TRAINED OR QUALIFIED HEALTH CARE PERSONNEL ON ENTRY INTO THE AGENCY SYSTEM. FINDINGS ARE RECORDED ON A SCREENING FORM THAT WILL ACCOMPANY THE OFFENDER TO ALL SUBSEQUENT FACILITIES UNTIL THE OFFENDER REACHES HIS OR HER FINAL DESTINATION. HEALTH SCREENS WILL BE REVIEWED AT EACH FACILITY BY HEALTH-TRAINED OR QUALIFIED HEALTH CARE PERSONNEL. PROCEDURES WILL BE IN PLACE FOR CONTINUITY OF CARE.

FINDINGS:

The Adams County Correctional Center does not house in-transit offenders.

27

CONFIDENTIAL                                                                                    CORECIVIC_0343116

**Standard # 4-4383**

WHEN INSTITUTIONS DO NOT HAVE QUALIFIED HEALTH CARE STAFF, HEALTH-TRAINED PERSONNEL COORDINATE THE HEALTH DELIVERY SERVICES IN THE INSTITUTION UNDER THE JOINT SUPERVISION OF THE RESPONSIBLE HEALTH AUTHORITY AND WARDEN OR SUPERINTENDENT.

FINDINGS:

The Adams County Correctional Center have qualified health care staff.

**Standard # 4-4391**

IF VOLUNTEERS ARE USED IN THE DELIVERY OF HEALTH CARE, THERE IS A DOCUMENTED SYSTEM FOR SELECTION, TRAINING, STAFF SUPERVISION, FACILITY ORIENTATION, AND DEFINITION OF TASKS, RESPONSIBILITIES AND AUTHORITY THAT IS APPROVED BY THE HEALTH AUTHORITY. VOLUNTEERS MAY ONLY PERFORM DUTIES CONSISTENT WITH THEIR CREDENTIALS AND TRAINING. VOLUNTEERS AGREE IN WRITING TO ABIDE BY ALL FACILITY POLICIES, INCLUDING THOSE RELATING TO THE SECURITY AND CONFIDENTIALITY OF INFORMATION.

FINDINGS:

The Adams County Correctional Center does not utilize volunteer for healthcare.

**Standard # 4-4392**

ANY STUDENTS, INTERNS, OR RESIDENTS DELIVERING HEALTH CARE IN THE FACILITY, AS PART OF A FORMAL TRAINING PROGRAM, WORK UNDER STAFF SUPERVISION, COMMENSURATE WITH THEIR LEVEL OF TRAINING. THERE IS A WRITTEN AGREEMENT BETWEEN FACILITY AND TRAINING OR EDUCATIONAL FACILITY THAT COVERS SCOPE OF WORK, LENGTH OF AGREEMENT, AND ANY LEGAL OR LIABILITY ISSUES. STUDENTS OR INTERNS AGREE IN WRITING TO ABIDE BY ALL FACILITY POLICIES, INCLUDING THOSE RELATING TO THE SECURITY AND CONFIDENTIALITY OF INFORMATION.

FINDINGS:

The Adams County Correctional Center does not utilize students, interns or residents for delivery of healthcare.

28

CONFIDENTIAL

CORECIVIC_0343117

**Standard # 4-4436**

WRITTEN POLICY, PROCEDURE, AND PRACTICE REQUIRE THAT COMPREHENSIVE COUNSELING AND ASSISTANCE ARE PROVIDED TO PREGNANT INMATES IN KEEPING WITH THEIR EXPRESSED DESIRES IN PLANNING FOR THEIR UNBORN CHILDREN.

FINDINGS:

The Adams County Correctional Center only houses adult male in the facility.

**Standard # 4-4438**

WHERE A DRUG TREATMENT PROGRAM EXISTS, WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE THAT THE ALCOHOL AND DRUG ABUSE TREATMENT PROGRAM HAS A WRITTEN TREATMENT PHILOSOPHY WITHIN THE CONTEXT OF THE TOTAL CORRECTIONS SYSTEM, AS WELL AS GOALS AND MEASURABLE OBJECTIVES.

FINDINGS:

The Adams County Correctional Center does not offer a drug program.

**Standard # 4-4439**

WHERE A DRUG TREATMENT PROGRAM EXISTS, WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE FOR AN APPROPRIATE RANGE OF PRIMARY TREATMENT SERVICES FOR ALCOHOL AND OTHER DRUG ABUSING INMATES THAT INCLUDE, AT A MINIMUM, THE FOLLOWING:

- INMATE DIAGNOSIS
- IDENTIFIED PROBLEM AREAS
- INDIVIDUAL TREATMENT OBJECTIVES
- TREATMENT GOALS
- COUNSELING NEEDS
- DRUG EDUCATION PLAN
- RELAPSE PREVENTION AND MANAGEMENT
- CULTURALLY SENSITIVE TREATMENT OBJECTIVES, AS APPROPRIATE
- THE PROVISION OF SELF-HELP GROUPS AS AN ADJUNCT TO TREATMENT
- PRERELEASE AND TRANSITIONAL SERVICE NEEDS
- COORDINATION EFFORTS WITHIN COMMUNITY SUPERVISION AND TREATMENT STAFF DURING THE PRERELEASE PHASE TO ENSURE A CONTINUUM OF SUPERVISION AND TREATMENT

Case 3:16-cv-02267    Document 361-27    Filed 11/20/20    Page 25 of 35 PageID #: 14660

CONFIDENTIAL                                                                CORECIVIC_0343118

FINDINGS:

The Adams County Correctional Center does not have a drug or alcohol program currently in place.

**Standard # 4-4440**

WHERE A DRUG AND ALCOHOL TREATMENT PROGRAM EXISTS, WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE THAT THE FACILITY USES A COORDINATED STAFF APPROACH TO DELIVER TREATMENT SERVICES. THIS APPROACH TO SERVICE DELIVERY SHALL BE DOCUMENTED IN TREATMENT PLANNING CONFERENCES AND INDIVIDUAL TREATMENT FILES.

FINDINGS:

The Adams County Correctional Center does not have a drug treatment program.

**Standard # 4-4441**

WHERE A DRUG AND ALCOHOL TREATMENT PROGRAM EXISTS, WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE INCENTIVES FOR TARGETED TREATMENT PROGRAMS TO INCREASE AND MAINTAIN THE INMATE'S MOTIVATION FOR TREATMENT.

FINDINGS:

The Adams County Correctional Center does not have a drug treatment program.

**Standard # 4-4443**

IF A TEMPORARY RELEASE PROGRAM IS IN PLACE, IT SHOULD INCLUDE BUT NOT BE LIMITED TO THE FOLLOWING:

- WRITTEN OPERATIONAL PROCEDURES
- CAREFUL SCREENING AND SELECTION PROCEDURES
- WRITTEN RULES OF CONDUCT AND SANCTIONS
- A SYSTEM OF SUPERVISION TO MINIMIZE INMATE ABUSE OF PROGRAM PRIVILEGES
- A COMPLETE RECORDKEEPING SYSTEM
- A SYSTEM FOR EVALUATING PROGRAM EFFECTIVENESS
- EFFORTS TO OBTAIN COMMUNITY COOPERATION AND SUPPORT

FINDINGS:

The Adams County Correctional Center is not eligible for temporary release.

30

CONFIDENTIAL

CORECIVIC_0343119

**Standard # 4-4444**

WRITTEN POLICY, PROCEDURE, AND PRACTICE INCLUDE GRADUATED RELEASE THROUGH A SYSTEMATIC DECREASE IN SUPERVISION AND CORRESPONDING INCREASE IN INMATE RESPONSIBILITY AS PART OF THE CLASSIFICATION PROGRAM.

FINDINGS:

The contracted population of illegal aliens at the Adams County Correctional Center are not eligible for temporary release programs.

**Standard # 4-4447-1**

WRITTEN POLICY, PROCEDURE AND PRACTICE PROVIDE THAT DESIGNATED STAFF IS RESPONSIBLE FOR COORDINATION OF VICTIM'S PROGRAMS AND THAT CURRICULUM IS ESTABLISHED FOR PROVIDING TRAINING TO STAFF INVOLVED WITH VICTIM'S ISSUES. THIS CURRICULUM INCLUDES THE FOLLOWING TOPICS:

- SPECIFIC SERVICES AVAILABLE TO CRIME VICTIMS
- CHANGES IN LAWS IMPACTING VICTIMS
- WAY(S) OF GAINING ACCESS TO THE SERVICES
- CONFIDENTIALITY OF VICTIM INFORMATION
- WAY(S) FOR VICTIMS TO COMMUNICATE COMPLAINTS AND OTHER CONCERNS
- PROGRAM EVALUATION MEASURES, WHICH INCLUDE VICTIM INPUT REGARDING THE EFFECTIVENESS OF SERVICES AND WAYS FOR THEM TO MAKE SUGGESTIONS REGARDING AGENCY POLICIES AND PRACTICES INTENDED TO ASSIST CRIME VICTIMS

FINDINGS:

The Adams County Correctional Center conducts victim notification only, but provides information to include contact information for the department of justice victim notification system, as needed for further services.

**Standard # 4-4456**

WHERE AN INDUSTRIES PROGRAM EXISTS, THERE WILL BE A STATUTE AND/OR WRITTEN POLICY AND PROCEDURE THAT AUTHORIZES THE ESTABLISHMENT OF AN INDUSTRIES PROGRAM AND DELINEATES THE AREAS OF AUTHORITY, RESPONSIBILITY, AND ACCOUNTABILITY FOR THE PROGRAM.

CONFIDENTIAL     CORECIVIC_0343120

FINDINGS:

The Adams County Correctional Center does not have an industrial program.

## Standard # 4-4457

WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE THAT THE SECURITY AND PROGRAM DETERMINATIONS NECESSARY FOR ANY INDIVIDUAL TO BE ELIGIBLE FOR INDUSTRIES WORK ARE MADE BY THE CLASSIFICATION COMMITTEE.

FINDINGS:

The Adams County Correctional Center does not have an industrial program.

## Standard # 4-4458

WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE THAT THE NUMBER OF INMATES ASSIGNED TO INDUSTRIES OPERATIONS MEET THE REALISTIC WORKLOAD NEEDS OF EACH INDUSTRIES OPERATING UNIT.

FINDINGS:

The Adams County Correctional Center does not have an industrial program.

## Standard # 4-4459

EACH INDUSTRY'S OPERATING UNIT HAS A WRITTEN QUALITY CONTROL PROCEDURE THAT PROVIDES FOR RAW MATERIAL, IN-PROCESS, AND FINAL PRODUCT INSPECTION.

FINDINGS:

The Adams County Correctional Center does not have an industrial program.

## Standard # 4-4460

A COST ACCOUNTING SYSTEM FOR EACH OPERATING INDUSTRIES UNIT IS DESIGNED, IMPLEMENTED, AND MAINTAINED IN ACCORDANCE WITH GENERALLY ACCEPTED ACCOUNTING PRINCIPLES.

FINDINGS:

The Adams County Correctional Center does not have an industrial program.

CONFIDENTIAL
CORECIVIC_0343121

**Standard # 4-4462**

PRIVATE INDUSTRIES ON THE INSTITUTION GROUNDS EMPLOYING INMATES IN POSITIONS NORMALLY FILLED BY PRIVATE CITIZENS PAY INMATES THE PREVAILING WAGE RATE FOR THE POSITION OCCUPIED.

FINDINGS:

The Adams County Correctional Center does not have an industrial program.

**Standard # 4-4463**

WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE THAT INMATES EMPLOYED IN THE COMMUNITY BY PUBLIC OR PRIVATE ORGANIZATIONS IN POSITIONS NORMALLY OCCUPIED BY PRIVATE CITIZENS ARE COMPENSATED AT THE PREVAILING WAGE RATE FOR THE POSITION OCCUPIED. INMATES RECEIVING SUCH COMPENSATION REIMBURSE THE JURISDICTION FOR A REASONABLE SHARE OF ITS COST IN MAINTAINING THEM.

FINDINGS:

The Adams County Correctional Center illegal aliens are prohibited from working in the community.

**Standard # 4-4467**

VOCATIONAL TRAINING PROGRAMS ARE INTEGRATED WITH ACADEMIC PROGRAMS AND ARE RELEVANT TO THE VOCATIONAL NEEDS OF THE INMATE POPULATION AND TO EMPLOYMENT OPPORTUNITIES IN THE COMMUNITY. FORRECEPTION AND DIAGNOSTIC CENTERS, THE STANDARD ONLY APPLIES AS FOLLOWS:

1.    TO RECEPTION AND DIAGNOSTIC CENTERS WITH AN AVERAGE OFFENDER LENGTH OF STAY OF 90 DAYS OR LONGER

2.    TO RECEPTION AND DIAGNOSTIC CENTERS WITH A CADRE OF OFFENDERS WHO ARE EXPECTED TO SERVE MORE THAN 90 DAYS OF CONFINEMENT WITHIN THE FACILITY OR FOR THOSE SENTENCED OFFENDERS AWAITING TRANSFER TO ANOTHER FACILITY WHOSE STAY EXCEEDS 90 DAYS.

FINDINGS:

The Adams County Correctional Center does not offer vocational programs, only vocational classes.

33

CONFIDENTIAL                                             CORECIVIC_0343122

**Standard # 4-4502**

WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE THAT INMATES WITH APPROPRIATE SECURITY CLASSIFICATIONS ARE ALLOWED FURLOUGHS TO THE COMMUNITY TO MAINTAIN COMMUNITY AND FAMILY TIES, SEEK EMPLOYMENT OPPORTUNITIES, AND FOR OTHER PURPOSES CONSISTENT WITH THE PUBLIC INTEREST.

FINDINGS:

The Adams County Correctional Center does not have a furlough program.

CONFIDENTIAL                                                           CORECIVIC_0343123

# Significant Incident Summary

This summary is required to be provided to the chair of your audit team upon their arrival. The information contained on this form will also be summarized in the narrative portion of the visiting committee report and will be incorporated into the final report. It should contain data for the last 12 months; indicate those months in the boxes provided. Please type the data. If you have questions on how to complete the form, please contact your regional manager.

Facility: Adams County Correctional Center       Year: 2015 - 2016

| Incidents | | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Assault: Offenders/ Offenders* | Indicate types (sexual**, physical, etc.) | 1-P | 2-P | 1-P | 1-P | 2-P | 2-P 1-S | 1-P | 0 | 2-P | 1-P | 0 | 1-P |
| | # With Weapon | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| | # Without Weapon | 1 | 2 | 1 | 1 | 1 | 3 | 1 | 0 | 2 | 0 | 0 | 1 |
| Assault: Offender/ Staff | Indicate types (sexual**, physical, etc.) | 1-P | 2-P | 3-P | 3-P | 1-P | 1-P | 0 | 0 | 0 | 1-P | 0 | 0 |
| | # With Weapon | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | # Without Weapon | 1 | 2 | 3 | 3 | 1 | 1 | 0 | 0 | 0 | 1 | 0 | 0 |
| Number of Forced Moves Used*** | (Cell extraction or other forced relocation of offenders) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| Disturbances**** | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Number of Times Chemical Agents Used | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Number of Times Special Reaction Team Used | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Four/Five Point Restraints | Number | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Indicate type (chair, bed, board, etc.) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Offender Medical Referrals as a Result of Injuries Sustained | #'s should reflect incidents on this form, not rec or other source | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| Escapes | # Attempted | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | # Actual | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Substantiated Grievances (resolved in favor of offender) | Reason (medical, food, religious, etc.) | UDC Appeal | 0 | 0 | Programs/ Library | UDC Appeal | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Number | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Deaths | Reason (violent, illness, suicide, natural) | 0 | 0 | 0 | 0 | 0 | Natural | 0 | 0 | 0 | 0 | Violent | 0 |
| | Number | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 |

*Any physical contact that involves two or more offenders
**Oral, anal or vaginal copulation involving at least two parties
***Routine transportation of offenders is not considered "forced"
****Any incident that involves four or more offenders. Includes gang fights, organized multiple hunger strikes, work stoppages, hostage situations, major fires, or other large scale incidents



Case 3:16-cv-02267   Document 361-27   Filed 11/20/20   Page 31 of 35 PageID #: 14666

CONFIDENTIAL             CORECIVIC_0343124

| Standard | Outcome Measure | Numerator/Denominator | Value | Calculated O.M. |
|---|---|---|---|---|
| | | **Health Care Outcomes** | | |
| 1A | (1) | Number of offenders diagnosed with a MRSA infection within the past twelve (12) months | 13 | |
| | divided by | The average daily population | 2127 | 0.611% |
| | (2) | Number of offenders diagnosed with active tuberculosis in the past twelve (12) months | 0 | |
| | divided by | Average daily population. | 2127 | 0.000% |
| | (3) | Number of offenders who are new converters on a TB test that indicates newly acquired TB infection in the past twelve (12) months | 70 | |
| | divided by | Number of offenders administered tests for TB infection in the past twelve (12) months as part of periodic or clinically-based testing, but not intake screening. | 1156 | 6.055% |
| | (4) | Number of offenders who completed treatment for latent tuberculosis infection in the past twelve (12) months | 119 | |
| | divided by | Number of offenders treated for latent tuberculosis infection in the past twelve (12) months. | 238 | 50.000% |
| | (5) | Number of offenders diagnosed with Hepatitis C viral infection at a given point in time | 32 | |
| | divided by | Total offender population at that time. | 2521 | 1.269% |
| | (6) | Number of offenders diagnosed with HIV infection at a given point in time | 10 | |
| | divided by | Total offender population at that time. | 2521 | 0.397% |
| | (7) | Number of offenders with HIV infection who are being treated with highly active antiretroviral treatment (HAART) at a given point in time | 10 | |
| | divided by | Total number of offenders diagnosed with HIV infection at that time. | 10 | 100.000% |
| | (8) | Number of selected offenders with HIV infection at a given point in time who have been on antiretroviral therapy for at least six months with a viral load of less than 50 cps/ml | 10 | |
| | divided by | Total number of treated offenders with HIV infection that were reviewed. | 10 | 100.000% |
| | (9) | Number of offenders with an active individualized services/treatment plan for a diagnosed mental disorder (excluding sole diagnosis of substance abuse) at a given point in time | 100 | |
| | divided by | Total offender population at that time. | 2521 | 3.967% |
| | (10) | Number of offender admissions to off-site hospitals in the past twelve (12) months | 55 | |
| | divided by | Average daily population. | 2127 | 2.586% |
| | (11) | Number of offenders transported off-site for treatment of emergency health conditions in the past twelve (12) months | 147 | |
| | divided by | Average daily population in the past twelve (12) months. | 2127 | 6.912% |
| | (12) | Number of offender specialty consults completed during the past twelve (12) months | 319 | |

Case 3:16-cv-02267　　　Document 361-27　　　Filed 11/20/20　　　Page 32 of 35 PageID #: 14667

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　CORECIVIC_0343125

| | | | | |
|---|---|---|---|---|
| | divided by | Number of specialty consults (on-site or off-site) ordered by primary health care practitioners in the past twelve (12) months. | 563 | 56.661% |
| | (13) | Number of selected hypertensive offenders at a given point in time with a B/P reading > 140 mmHg/ >90 mm Hg | 28 | |
| | divided by | Total number of offenders with hypertension who were reviewed. | 64 | 43.750% |
| | (14) | Number of selected diabetic offenders at a given point in time who are under treatment for at least six months with a hemoglobin A1C level measuring greater than 9 percent | 9 | |
| | divided by | Total number of diabetic offenders who were reviewed. | 49 | 18.367% |
| | (15) | The number of completed dental treatment plans within the past twelve (12) months | 23 | |
| | divided by | the average daily population during the reporting period. | 2127 | 1.081% |
| 2A | (1) | Number of health care **staff** with lapsed licensure or certification during a twelve (12) month period | 0 | |
| | divided by | Number of licensed or certified staff during a twelve (12) month period. | 33 | 0.000% |
| | (2) | Number of new health care staff during a twelve (12) month period that completed orientation training prior to undertaking their job | 4 | |
| | divided by | Number of new health care staff during the twelve (12) month period. | 4 | 100.000% |
| | (3) | Number of occupational exposures to blood or other potentially infectious materials in the past twelve (12) months | 0 | |
| | divided by | Number of employees. | 321 | 0.000% |
| | (4) | Number of direct care staff (employees and contractors) with a conversion of a TB test that indicates newly acquired TB infection in the past twelve (12) months | 0 | |
| | divided by | Number of direct care staff tested for TB infection in the past twelve (12) months during periodic or clinically indicated evaluations. | 148 | 0.000% |
| 3A | (1) | Number of offender grievances related to health care services found in favor of the offender in the past twelve (12) months | 0 | |
| | divided by | Number of evaluated offender grievances related to health care services in the past twelve (12) months. | 26 | 0.000% |
| | (2) | Number of offender grievances related to safety or sanitation sustained during a twelve (12) month period | 0 | |
| | divided by | Number of evaluated offender grievances related to safety or sanitation during a twelve (12) month period. | 0 | 0.000% |
| | (3) | Number of adjudicated offender lawsuits related to the delivery of health care found in favor of the offender in the past twelve (12) months | 0 | |
| | divided by | Number of offender adjudicated lawsuits related to healthcare delivery in the past twelve (12) months | 0 | 0.000% |
| 4A | (1) | Number of problems identified by quality assurance program that were corrected during a twelve (12) month period | 57 | |
| | divided by | Number of problems identified by quality assurance program during a twelve (12) month period. | 57 | 100.000% |
| | (2) | Number of high-risk events or adverse outcomes identified by the quality assurance program during a twelve (12) month period. | 0 | |
| | | | | |
| | (3) | Number of offender suicide attempts in the past twelve (12) months | 7 | |
| | divided by | Average daily population | 2127 | 0.329% |
| | (4) | Number of offender suicides in the past twelve (12) months | 0 | |
| | divided by | Average daily population | 2127 | 0.000% |

37

CONFIDENTIAL

CORECIVIC_0343126

| | (5) | Number of unexpected natural deaths in the past twelve (12) months | 1 | |
|---|---|---|---|---|
| | divided by | Total number of deaths in the same reporting period. | 2 | 50.000% |
| | (6) | Number of serious medication errors in the past twelve (12) months | 0 | |
| 5A | None | | | |
| 6A | None | | | |
| 7A | None | | | |
| 7B | None | | | |
| 7C | None | | | |

CONFIDENTIAL

CORECIVIC_0343127

## COMMISSION ON ACCREDITATION FOR CORRECTIONS
## PANEL ACTION REPORT

Sheraton Boston Hotel
Boston, Massachusetts

August 7, 2016

---

Corrections Corporation of America
Adams County Correctional Center
Natchez, Mississippi

Agency Representatives:

David Berkebile, Warden
Emilee Beech, Quality Assurance Manager
Jan Fuson, ACA Consultant
Keith Hall, Managing Director, Division I

Panel Members:

Lori Ammons, Chairperson
Lisa Stapleton
Michael Dooley

Staff:

Robert Brooks

## Panel Action

No Action Required

## Accreditation Panel Decision

Moved:                      Commissioner Dooley
Seconded:                   Commissioner Stapleton

Three-Year Accreditation:   Yes

| **Accreditation Vote** | **Yes** | **No** |
|---|---|---|
| Commissioner Ammons | ✓ | |
| Commissioner Stapleton | ✓ | |
| Commissioner Dooley | ✓ | |

## Final Tally

| | |
|---|---|
| Mandatory | 100% |
| Non-Mandatory | 100% |

CONFIDENTIAL                                                    CORECIVIC_0343128