# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> CORRECTIONS CORPORATION OF AMERICA, et al., <br><br> Defendants. | Civil Action No. 3:16-cv-02267 <br><br> Honorable Aleta A. Trauger <br><br> Magistrate Judge Jeffrey S. Frensley <br><br> DEMAND FOR JURY TRIAL |

## INDEX: II OF IV

## ADDITIONAL ATTACHMENTS TO DECLARATION OF MERYN C. N. GRANT IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Exhibit 72     Contractor Performance Assessment Report (CPAR), Eden Correctional Center, dated Sept. 27, 2016

Exhibit 73     Contractor Performance Assessment Report (CPAR), Adams County Correctional Center, dated Oct. 31, 2016

Exhibit 74     After-Action Report, Disturbance, Adams County Correctional Center, dated July 27, 2012

Exhibit 75     Justice Strategies, "Privately Operated Federal Prisons for Immigrants: Expensive. Unsafe. Unnecessary," dated Sept. 13, 2012

Exhibit 76     Email from H. Lappin to J. Vanyur and W. Dalius re fyi Adams/BOP Contracted Facilities (Article from The Nation on deaths in facilities with strong focus on Adams)

Exhibit 77     Gang Fights in Prison Injure 22 and Kill One, N.Y. Times (Mar. 29, 2008)

Exhibit 78     Expert Report of Lucy P. Allen, pp. 1 - Ex. 1 p. 2

| | |
|---|---|
| Exhibit 78 | Expert Report of Lucy P. Allen, Ex. 1 p. 3-26 |
| Exhibit 79 | Expert Report of W. Scott Dalrymple, CFA, pp. 1 - Appx. B p.1 |
| Exhibit 79 | Expert Report of W. Scott Dalrymple, CFA, pp. Appx B, p.2 - Exs.pP. 6 |
| Exhibit 80 | Contractor Performance Assessment Report (CPAR), Northeast Ohio Correctional Center, dated Nov. 21, 2012 |
| Exhibit 81 | Contractor Performance Assessment Report (CPAR), Northeast Ohio Correctional Center, dated July 29, 2013 |
| Exhibit 82 | Contractor Performance Assessment Report (CPAR), Northeast Ohio Correctional Center, dated Feb. 17, 2015 |
| Exhibit 83 | Contractor Performance Assessment Report (CPAR), Northeast Ohio Correctional Center, dated April 21, 2016 |
| Exhibit 84 | CAR XV – Solicitation Number: RFP-PCC-0022, dated March. 25, 2013 |
| Exhibit 85 | CAR 15 Source Selection Decision 122914.pdf |
| Exhibit 86 | Email from T. Barnes to B. Ferrell, cc C. Scott, M. Bodine, R. Bland, B. Verhulst and N. Metcalf re RFP-PCC-0022 (CAR 15) |
| Exhibit 87 | CAR XV – Solicitation Number: RFP-PCC-0022, dated Dec. 29, 2014 |
| Exhibit 88 | Excerpts from the July 23, 2020 Deposition Transcript of R. Bland |
| Exhibit 89 | Federal Acquisition Regulations (FAR) § 3.104 |
| Exhibit 90 | Excerpts from the July 30, 2020 Deposition Transcript of D. Hininger |
| Exhibit 91 | Email from D. Hininger to D. Garfinkle, T. Grande, S. Groom, H. Lappin, L. Mayberry and K. White re CEO Update to CCA BOD |
| Exhibit 92 | Letter from J. Bishop to N. Metcalf re: Cibola County Correctional Center Cure Notice |
| Exhibit 93 | April 20, 2015 memo from J. Pryor to L. Otero re: Notice of Concern #2015-003 dated April 6, 2015 |

| | |
|---|---|
| Exhibit 94 | Excerpts from the Dec. 19, 2019 Deposition Transcript of J. Baxter |
| Exhibit 95 | Excerpts from the Nov. 15, 2019 Deposition Transcript of K. White |
| Exhibit 96 | Excerpts from the July 28, 2020 Deposition Transcript of H. Lappin |
| Exhibit 97 | Excerpts from the Oct. 28, 2020 Deposition Transcript of W. Dalius |
| Exhibit 98 | Excerpts from the Jan. 9, 2019 Deposition Transcript of P. Swindle |
| Exhibit 99 | U.S. Department of Justice, Office of the Inspector General, Audit Division report entitled "The Federal Bureau of Prison's Efforts to Manage Inmate Health Care," February 2008, pp. 1-21 |
| Exhibit 99 | U.S. Department of Justice, Office of the Inspector General, Audit Division report entitled "The Federal Bureau of Prison's Efforts to Manage Inmate Health Care," February 2008, pp. 22-68 |
| Exhibit 99 | U.S. Department of Justice, Office of the Inspector General, Audit Divisor report entitled "The Federal Bureau of Prison's Efforts to Manage Inmate Health Care," February 2008, pp. 69-120 |
| Exhibit 100 | Excerpts from the Nov. 5, 2019 Deposition Transcript of B. Verhulst |
| Exhibit 101 | Email from D. Mellendick to N. Kendig, B. Davis, K. Tracy, M. Mitchell, S. Hollembaek, dated April 5, 2012 |
| Exhibit 102 | Letter from B. Verhulst to W. Holstine re: Cibola County Correctional Center - Contract No. DJB19C011 Notice of Potential Deduction, dated Aug. 9, 2012 |
| Exhibit 103 | Email from D. Hininger to K. White re :Cibola and Eden, dated Oct. 20, 2015 |
| Exhibit 104 | Email from D. Hininger to M. Nace re: Cibola-CFM Review, dated April 27, 2015 |
| Exhibit 105 | May 18, 2015 Letter from J. Bishop to N. Metcalf re: DJB1PC011, Cibola County Correctional Center (CCCC), Cure Notice dated January 9, 2015 |
| Exhibit 106 | Contractor Performance Assessment Report (CPAR), Cibola County Correctional Center, dated Oct. 30, 2012 |
| Exhibit 107 | Contractor Performance Assessment Report (CPAR), Cibola County Correctional Center, dated Nov. 8, 2013 |

DATED: November 20, 2020         Respectfully submitted:

    /s/ *Meryn C. N. Grant*
Meryn C. N. Grant (admitted *pro hac vice*)
David J. Schindler (admitted *pro hac vice*)
Brian T. Glennon (admitted *pro hac vice*)
LATHAM & WATKINS LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
T: (213) 485-1234
F: (213) 891-8763
david.schindler@lw.com
brian.glennon@lw.com
meryn.grant@lw.com

Morgan E. Whitworth (admitted pro hac vice)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
T: (415) 391-0600
F: (415) 395-8095
morgan.whitworth@lw.com

Sarah A. Tomkowiak (admitted *pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
T: (202) 637-2335
F: (415) 637-2201
sarah.tomkowiak@lw.com

Steven A. Riley (TN #6258)
Milton S. McGee, III (TN #024150)
RILEY WARNOCK & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
T: (615) 320-3700
F: (615) 320-3737
sriley@rwjplc.com
tmcgee@rwjplc.com

*Attorneys for Defendants Corrections Corporation of America, Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger, and Harley G. Lappin*

# CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing document was made upon the following Filing Users through the Electronic Filing System and via electronic mail:

Christopher Hamp Lyons
Christopher M. Wood
ROBBINS GELLER RUDMAN
& DOWD LLP
414 Union St. Suite 900
Nashville, TN 37219
clyons@rgrdlaw.com
cwood@rgrdlaw.com

Jason A. Forge
ROBBINS GELLER RUDMAN
& DOWD LLP
655 W Broadway, Suite 1900
San Diego, CA 92101
jforge@rgrdlaw.com

Dennis J. Herman
Willow E. Radcliffe
Kenneth J. Black
ROBBINS GELLER RUDMAN
& DOWD LLP
Post Montgomery Center
One Montgomery St, Suite 1800
San Francisco, CA 94104
dennish@rgrdlaw.com
willowr@rgrdlaw.com
kennyb@rgrdlaw.com

Jerry E. Martin
BARRETT JOHNSTON MARTIN &
GARRISON, LLC
Bank of America Plaza
414 Union St., Suite 900
Nashville, TN 37219
jmartin@barrettjohnston.com

Jeremy A. Lieberman
J. Alexander Hood II
Marc C. Gorrie
POMERANTZ LLP
600 Third Ave., 20th Floor
New York, NY 10016
jalieberman@pomlaw.com
ahood@pomlaw.com
mgorrie@pomlaw.com

Patrick V. Dahlstrom
POMERANTZ LLP
10 S. La Salle St., Suite 3505
Chicago, IL 60603
pdahlstrom@pomlaw.com

Paul Kent Bramlett
Robert P. Bramlett
BRAMLETT LAW OFFICES
40 Burton Hills Blvd., Suite 200
P.O. Box 150734
Nashville, TN 37215
pknashlaw@aol.com
robert@bramlettlawoffices.com

Michael Goldberg
Brian Schall
GOLDBERG LAW PC
1999 Ave. of the Stars, Suite 1100
Los Angeles, CA 90067
michael@goldberglawpc.com
brian@goldberglawpc.com

James A. Holifield , Jr.
HOLIFIELD JANICH RACHAL &
ASSOCIATES, PLLC
11907 Kingston Pike,  Suite 201
Knoxville, TN 37934
aholifield@holifieldlaw.com

Christopher T. Cain
SCOTT & CAIN
550 W Main Ave., Suite 601
Knoxville, TN 37902
cain@scottandcain.com

this 20th day of November, 2020.

      /s/ *Meryn C. N. Grant*
      Meryn C. N. Grant