**Exhibit 1: Alleged Misrepresentations Compared to Statements in OIG Report, Yates Memo and Other Disclosures**

| Alleged Misstatement Category | Alleged Misstatement Date | Alleged "Truth" according to Plaintiff | Corrective Statements in OIG Report | Similar Earlier Disclosure | Corrective Statement in Yates Memo | Analyst Commentary Post-Yates Memo |
|---|---|---|---|---|---|---|
| CoreCivic's facilities were operated "in accordance with" applicable policies, procedures and contractual requirements. (¶3) | 2/27/12 (¶135); 3/30/12 (¶¶144-145); 2/27/13 (¶¶135-137); 10/2/13 (¶¶149, 151); 2/27/14 (¶¶135-137); 2/25/15 (¶¶135-137); 2/25/16 (¶¶135-137) | CoreCivic's facilities emphatically were not operated in accordance with the BOP's policies and contractual requirements. (¶11) | "Our site visits also revealed that two of the three contract prisons we visited were improperly housing new inmates in Special Housing Units (SHU), which are normally used for disciplinary or administrative segregation, until beds became available in general population housing. These new inmates had not engaged in any of the behaviors cited in American Correctional Association standards and BOP policies that would justify being placed in such administrative or disciplinary segregation." "The Eden Detention Center (Eden) received six deficiencies in five areas: use of force, reports of incidents, inmate disciplinary hearings (two), sexual assaults, and contraband." | "Another prisoner's experience of placement in the SHU is similarly replete with McRae employees' failure to follow the applicable standards, including 5 months of SHU placement without the required notices to the prisoner, periodic reviews, or hearings."[4] "According to prisoners we interviewed, CCA routinely cuts corners on medical care and treatment. [. . .] Dental care is reportedly limited to tooth extractions. Many ailments are treated only with ibuprofen"[5] Cibola "has accumulated more repeat deficiencies or significant findings in health services than any other private federal | "[T]ime has shown that they [private prisons] compare poorly to our own Bureau facilities. They simply do not provide the same level of correctional services, programs, and resources; they do not save substantially on costs; and as noted in a recent report by the Department's Office of Inspector General, they do not maintain the same level of safety and security." | "[B]oth GEO and CXW are subject to accreditation by the ACA at many of their facilities, with GEO achieving a year-end 2015 score of 99.8% for all accreditation eligible facilities, while CXW has achieved 100% accreditation at 92% of the eligible facilities." [Canaccord Genuity, 1/13/2017] |

[4] "License to Abuse? Time for Bureau of Prisons to Sever Ties with CCA," *American Civil Liberties Union*, August 18, 2011.

[5] "Warehoused and Forgotten: Immigrants Trapped in Our Shadow Private Prison System," *American Civil Liberties Union*, June 9, 2014.

Exhibit 1: Alleged Misrepresentations Compared to Statements in OIG Report, Yates Memo and Other Disclosures

| Alleged Misstatement Category | Alleged Misstatement Date | Alleged "Truth" according to Plaintiff | Corrective Statements in OIG Report | Similar Earlier Disclosure | Corrective Statement in Yates Memo | Analyst Commentary Post-Yates Memo |
|---|---|---|---|---|---|---|
| | | | | prison currently in operation."[6]  "In January 2015, contracting officials issued a cure notice, warning CCA that Cibola faced closure if the company didn't turn medical care around by April."[6]  "Seven months after Adams opened its doors, monitors documented 44 contract violations and two 'significant findings' indicating a systemic failure (one in health services)."[6] | | |

[6] "They Knew Something Was Going On," *The Nation*, June 15, 2016.

4

**Exhibit 1: Alleged Misrepresentations Compared to Statements in OIG Report, Yates Memo and Other Disclosures**

| Alleged Misstatement Category | Alleged Misstatement Date | Alleged "Truth" according to Plaintiff | Corrective Statements in OIG Report | Similar Earlier Disclosure | Corrective Statement in Yates Memo | Analyst Commentary Post-Yates Memo |
|---|---|---|---|---|---|---|
| CoreCivic's renewal rate on contracts was and would remain high because of the "quality" of the "quality" of services it provided to government customers. (¶3) | 2/27/12 (¶¶119-120, 126, 132-133); 5/7/12 (¶¶132-133); 8/9/12 (¶¶132-133); 1/18/12 (¶¶132-133); 2/27/13 (¶¶120,126-127, 132-133); 5/9/13 (¶¶132-133); 8/8/13 (¶¶132-133); 10/2/13 (¶¶149, 151); 11/7/13 (¶¶132-133); 2/27/14 (¶¶120,126-127, 132-133); 5/8/14 (¶¶132-133); 8/7/14 (¶¶132-133); 11/5/14 (¶¶132-133); 11/7/14 (¶164); 2/24/15 (¶164); 2/25/15 (¶¶120,126-127, 132-133); 5/7/15 (¶¶132-133); 5/19/15 (¶164); 8/6/15 (¶¶132- | CoreCivic did not provide the BOP "quality" services that would cause it to continue to renew its contracts with CoreCivic. (¶11) | "We found that in a majority of the categories we examined, contract prisons incurred more safety and security incidents per capita than comparable BOP institutions." <br><br> "CCA contract prisons had the highest rates of inmate fights and inmate assaults on other inmates." <br><br> "We found that the contract prisons had higher rates of inmate-on-inmate and inmate-on-staff assaults, as well as higher rates of staff uses of force." <br><br> "However, collectively, the contract prisons monitored fewer phone calls than the BOP institutions. Our analysis found that the BOP institutions monitored 21 percent of all inmate phone calls on average each month, compared to only 8 percent at the contract prisons. We also found that the number of inmate phone calls | "CCA, the largest owner and operator of privatized correctional and detention facilities in the U.S., has had a reputation for poor management, neglect, and turning a blind eye to abuses within its facilities for over 20 years. Since 2003, there have been at least 19 deaths in facilities operated by CCA, including 3 in Georgia."[7] <br><br> "'They always beat us and hit us,' the [Adams] prisoner told the local reporter. 'We just pay them back. We're trying to get better food, medical (care), programs, clothes, and we're trying to get some respect from the officers and lieutenants.'"[8] <br><br> "The family of a guard killed during a prison | "[T]ime has shown that they [private prisons] compare poorly to our own Bureau facilities. They simply do not provide the same level of correctional services, programs, and resources; they do not save substantially on costs; and as noted in a recent report by the Department's Office of Inspector General, they do not maintain the same level of safety and security." | "[W]e believe the political environment is a large factor and driver behind the DOJ's memo. Given 4 – 5 years between now and some of these renewals, we believe the political landscape could be very different, limiting the impact on these contracts." [Canaccord Genuity, 8/23/16] <br><br> "Service levels in for-profit facilities generally mirror those offered by state customers. For example if a state increases the availability of GED course work and support, then a for-profit facility housing inmates from that state would correspondingly increase its services and their per diems would rise." [SunTrust, 9/1/16] <br><br> "Many critics argue that |

---

[27] "License to Abuse? Time for Bureau of Prisons to Sever Ties with CCA," *American Civil Liberties Union*, August 18, 2011.

[28] "What Started a Mississippi Prison Riot? Depends on Who You Ask," *Colorlines*, May 22, 2012.

| Alleged Misstatement Category | Alleged Misstatement Date | Alleged "Truth" according to Plaintiff | Corrective Statements in OIG Report | Similar Earlier Disclosure | Corrective Statement in Yates Memo | Analyst Commentary Post-Yates Memo |
|---|---|---|---|---|---|---|
| | 133); 8/21/15 (¶164); 11/5/15 (¶¶132-133, 139); 11/12/15 (¶164); 2/24/16 (¶164); 2/25/16 (¶¶120,126-127, 132-133,139-140); 5/5/16 (¶¶132-133, 139-140,166); 5/17/16 (¶164); 6/8/16 (¶168); 8/4/16 (¶¶132-133, 139-140) | | "that the contract prisons can monitor is limited by the unavailability of both bilingual staff and technological resources" "The Eden Detention Center (Eden) received six deficiencies in five areas: use of force, reports of incidents, inmate disciplinary hearings (two), sexual assaults, and contraband." "There were inadequate controls in the clinical care and staffing area of Health Services to ensure compliance with established procedures and practices. These inadequacies create a lack of appropriate intervention, treatment, and programs to promote a healthy, safe, and secure environment. Many issues from previous [monitoring] have not been corrected. Medical needs and documentation were incomplete, including | riot in Mississippi filed a federal lawsuit Wednesday that says inadequate staffing and poor treatment created a dangerous environment at the facility [Adams]."[9] "After Carlos died of liver failure on October 10, 2014, a Bureau of Prisons monitoring report on Eden flagged his tuberculosis care as an example of a breakdown in medical care at the facility. The review also found that the prison nurses administered 30 excess doses of the isoniazid."[10] "One [BOP] study [...] took up the question of quality and found a litany of deficiencies, including health services that had barely met | | private management leads to unsafe conditions for both prisoners and guards at these facilities, citing the recent OIG report. We note that the report seemed politically motivated.[...] We don't believe overarching conclusions of safety can be drawn from such survey results." [Canacord Genuity, 1/13/17] |

[9] "Family of guard slain in prison riot sues, says poor conditions created volatile situation," *Associated Press*, May 8, 2013.

[10] "The 25 Men Whose Lives Ended Under Questionable Circumstances," *The Nation*, January 28, 2016.

6

Exhibit 1: Alleged Misrepresentations Compared to Statements in OIG Report, Yates Memo and Other Disclosures

| Alleged Misstatement Category | Alleged Misstatement Date | Alleged "Truth" according to Plaintiff | Corrective Statements in OIG Report | Similar Earlier Disclosure | Corrective Statement in Yates Memo | Analyst Commentary Post-Yates Memo |
|---|---|---|---|---|---|---|
| | | | reports." | standards for nearly two years."[1]<br><br>"By April 2014, Cibola was in crisis: Monitors logged 11 repeat, double-repeat, or triple-repeat deficiencies and flagged another significant finding in health services[.] […] Cibola lacked a fully staffed medical department for months at a time. […] Two months later, the BOP extended CCA's Cibola contract for another two years."[1]<br><br>"Doug Martz was the chief of the BOP's private-prison contracting office at the time of the riot. 'Even before the officer was killed, there were significant issues' with CCA's management, Martz says. 'Inadequate medical care, low staffing levels, food-service issues. When you | | |

---

[1] "They Knew Something Was Going On," *The Nation*, June 15, 2016.

Exhibit 1: Alleged Misrepresentations Compared to Statements in OIG Report, Yates Memo and Other Disclosures

| Alleged Misstatement Category | Alleged Misstatement Date | Alleged "Truth" according to Plaintiff | Corrective Statements in OIG Report | Similar Earlier Disclosure | Corrective Statement in Yates Memo | Analyst Commentary Post-Yates Memo |
|---|---|---|---|---|---|---|
| | | | | put all those together, it became ignitable.' After the riot, he says, 'We wanted to walk away.' But when he sent a closure recommendation up the chain to the bureau's CFO, Martz says, 'We were flat out told, 'No.''"11 | | |

**Exhibit 1: Alleged Misrepresentations Compared to Statements in OIG Report, Yates Memo and Other Disclosures**

| Alleged Misstatement Category | Alleged Misstatement Date | Alleged "Truth" according to Plaintiff | Corrective Statements in OIG Report | Similar Earlier Disclosure | Corrective Statement in Yates Memo | Analyst Commentary Post-Yates Memo |
|---|---|---|---|---|---|---|
| The outsourcing of correctional services to CoreCivic resulted in significant costs savings for government agencies, including the BOP. (¶3) | 2/27/12 (¶¶122-123, 126,129); 3/5/12 (¶142); 5/7/12 (¶¶129-130); 8/9/12 (¶¶129-130); 11/8/12 (¶¶129-130); 2/14/13 (¶147); 2/27/13 (¶¶122,126-127, 129-130); 5/9/13 (¶¶129-130); 8/8/13 (¶¶129-130); 10/2/13 (¶149,153); 11/7/13 (¶¶129-130); 2/27/14 (¶122, 126-127,129-130); 5/5/14 (¶155); 5/8/14 (¶¶129-130); 6/5/14 (¶157); 8/7/14 (¶¶129-130); 11/5/14 (¶¶129-130); 11/7/14 (¶159-162); 2/24/15 (¶¶159-162); 2/25/15 (¶122,126-127,129-130); 5/7/15 (¶¶129- | CoreCivic did not create cost savings for the BOP. (¶11) | | "One [BOP] study found that any cost savings were eclipsed by the financial burdens of oversight[.]"[12]<br><br>"The study of the other pilot program — a privatized health clinic at Beaumont, Texas — was never released. The 131-page report, which had been slated for release in 2001, was obtained through an open-records lawsuit. Each page is stamped "Not for Publication or Distribution." The study concluded that privatization had not saved substantially on costs yet had eroded the quality of care."[12] | "[T]ime has shown that they [private prisons] compare poorly to our own Bureau facilities. They simply do not provide the same level of correctional services, programs, and resources; they do not save substantially on costs; and as noted in a recent report by the Department's Office of Inspector General, they do not maintain the same level of safety and security." | "Private operators are continually land banking real estate for future development, have shortened construction periods and operate more efficiently across virtually every dimension of the project costs. They are unable to match the borrowing cost of customers." [SunTrust, 9/1/16]<br><br>"Operating efficiencies are also tilted in favor of for-profit operators. For example, the State of Ohio required a 7% reduction in operating expenses when it sold the Lake Erie facility to CXW several years ago under a long-term lease arrangement. The efficiencies and cost savings associated with private operators is often understated in our experience since |

---

[12] "They Knew Something Was Going On," *The Nation*, June 15, 2016.

Exhibit 1: Alleged Misrepresentations Compared to Statements in OIG Report, Yates Memo and Other Disclosures

| Alleged Misstatement Category | Alleged Misstatement Date | Alleged "Truth" according to Plaintiff | Corrective Statements in OIG Report | Similar Earlier Disclosure | Corrective Statement in Yates Memo | Analyst Commentary Post-Yates Memo |
|---|---|---|---|---|---|---|
| | 130); 5/19/15 (¶¶159-162); 8/6/15 (¶¶129-130); 8/21/15 (¶¶160-162); 11/5/15 (¶¶129-130); 11/12/15 (¶¶159-162); 2/24/16 (¶¶159-162); 2/25/16 (¶¶122,126-127, 129-130); 5/5/16 (¶¶129-130,166); 5/17/16 (¶¶159-162); 8/4/16 (¶¶129-130) | | | | | customers rarely consider the costs of long-term liabilities such as pension and healthcare of unionized correctional employees." [SunTrust, 9/1/16]

"Private prisons cheaper. Private prisons, as noted by BOP and some state budgets, continue to be materially cheaper than their public counterparts. Furthermore, there are over 200,000 public prison beds that are over 75 years old, and in many cases facilities have become antiquated and inefficient." [Canaccord Genuity, 1/13/17]

"The Federal Bureau of Prisons releases their budgets each year, and within the budget, they spell out per diems separately for privately-operated facilities vs. all other types of BOP facilities. We believe the private BOP facilities are most comparable to |

**Exhibit 1: Alleged Misrepresentations Compared to Statements in OIG Report, Yates Memo and Other Disclosures**

| Alleged Misstatement Category | Alleged Misstatement Date | Alleged "Truth" according to Plaintiff | Corrective Statements in OIG Report | Similar Earlier Disclosure | Corrective Statement in Yates Memo | Analyst Commentary Post-Yates Memo |
|---|---|---|---|---|---|---|
| | | | | | | medium security prisons, and by comparison, private facilities have averaged costs that are 17% cheaper over the past 7 years, and 22% cheaper during 2014 and 2015." [Canaccord Genuity, 1/13/17]

"Frugal. Sessions was raised on a Depression mentality when it comes to frugality, and his record of thriftiness extends to both his career and his personal life. We believe jurisdictions' consideration of costs are a critical factor in the decision to move forward with private solutions. We believe there is plenty of support in this regard for private facilities screening cheaper at both the BOP and state level." [Canaccord Genuity, 1/13/17] |



**Lucy P. Allen**
Managing Director

NERA Economic Consulting
1166 Avenue of the Americas
New York, New York 10036
Tel: +1 212 345 5913  Fax: +1 212 345 4650
lucy.allen@nera.com
www.nera.com

Appendix A

# LUCY P. ALLEN
# MANAGING DIRECTOR

## Education

### YALE UNIVERSITY
M.Phil., Economics, 1990
M.A., Economics, 1989
M.B.A., 1986

### STANFORD UNIVERSITY
A.B., Human Biology, 1981

## Professional Experience

| | |
|---|---|
| 1994-Present | **National Economic Research Associates, Inc.**<br>Managing Director. Responsible for economic analysis in the areas of securities, finance and environmental and tort economics.<br>Senior Vice President (2003-2016).<br>Vice President (1999-2003).<br>Senior Consultant (1994-1999). |
| 1992-1993 | **Council of Economic Advisers, Executive Office of the President**<br>Staff Economist.  Provided economic analysis on regulatory and health care issues to Council Members and interagency groups. Shared responsibility for regulation and health care chapters of the *Economic Report of the President, 1993*.  Working Group member of the President's National Health Care Reform Task Force. |
| 1986-1988<br>1983-1984 | **Ayers, Whitmore & Company (General Management Consultants)**<br>Senior Associate.   Formulated marketing, organization, and overall business strategies including:<br>Plan to improve profitability of chemical process equipment manufacturer.<br>Merger analysis and integration plan of two equipment manufacturers.<br>Evaluation of Korean competition to a U.S. manufacturer.<br>Diagnostic survey for auto parts manufacturer on growth obstacles. |

Marketing plan to increase international market share for major accounting firm.

Summer 1985     **WNET/Channel Thirteen, Strategic Planning Department**
<u>Associate</u>. Assisted in development of company's first long-term strategic plan. Analyzed relationship between programming and viewer support.

1981-1983     **Arthur Andersen & Company**
<u>Consultant</u>. Designed, programmed and installed management information systems. Participated in redesign/conversion of New York State's accounting system. Developed municipal bond fund management system, successfully marketed to brokers. Participated in President's Private Sector Survey on Cost Control (Grace Commission). Designed customized tracking and accounting system for shipping company.

**Teaching**

1989- 1992     <u>**Teaching Fellow,**</u> **Yale University**
Honors Econometrics
Intermediate Microeconomics
Competitive Strategies
Probability and Game Theory
Marketing Strategy
Economic Analysis

## Publications

"Snapshot of Recent Trends in Asbestos Litigation: 2019 Update," (co-author), NERA Report, 2019.

"Snapshot of Recent Trends in Asbestos Litigation: 2018 Update," (co-author), NERA Report, 2018.

"Trends and the Economic Effect of Asbestos Bans and Decline in Asbestos Consumption and Production Worldwide," (co-author), *International Journal of Environmental Research and Public Health*, 15(3), 531, 2018.

"Snapshot of Recent Trends in Asbestos Litigation: 2017 Update," (co-author), NERA Report, 2017.

"Asbestos: Economic Assessment of Bans and Declining Production and Consumption," World Health Organization, 2017.

"Snapshot of Recent Trends in Asbestos Litigation: 2016 Update," (co-author), NERA Report, 2016.

"Snapshot of Recent Trends in Asbestos Litigation: 2015 Update," (co-author), NERA Report, 2015.

"Snapshot of Recent Trends in Asbestos Litigation: 2014 Update," (co-author), NERA Report, 2014.

"Snapshot of Recent Trends in Asbestos Litigation: 2013 Update," (co-author), NERA Report, 2013.

"Asbestos Payments per Resolved Claim Increased 75% in the Past Year – Is This Increase as Dramatic as it Sounds?  Snapshot of Recent Trends in Asbestos Litigation: 2012 Update," (co-author), NERA Report, 2012.

"Snapshot of Recent Trends in Asbestos Litigation: 2011 Update," (co-author), NERA White Paper, 2011.

"Snapshot of Recent Trends in Asbestos Litigation: 2010 Update," (co-author), NERA White Paper, 2010.

"Settlement Trends and Tactics" presented at Securities Litigation During the Financial Crisis: Current Development & Strategies, hosted by the New York City Bar, New York, New York, 2009.

"Snapshot of Recent Trends in Asbestos Litigation," (co-author), NERA White Paper, 2009.

"China Product Recalls: What's at Stake and What's Next," (co-author), NERA Working Paper, 2008.

"Forecasting Product Liability by Understanding the Driving Forces," (co-author), The International Comparative Legal Guide to Product Liability, 2006.

"Securities Litigation Reform: Problems and Progress," Viewpoint, November 1999, Issue No. 2 (co-authored).

"Trends in Securities Litigation and the Impact of the PSLRA," Class Actions & Derivative Suits, American Bar Association Litigation Section, Vol. 9, No. 3, Summer 1999 (co-authored).

"Random Taxes, Random Claims," Regulation, Winter 1997, pp. 6-7 (co-authored).

## Depositions & Testimony (4 years)

Deposition testimony before the Supreme Court of the State of New York, County of New York, in *MUFG Union Bank, N.A. (f/k/a Union Bank, N.A.) v. Axos Bank (f/k/a Bank of Internet USA), et al.*, 2020.

Deposition Testimony before the United States District Court, Western District of Washington at Seattle, in *In re Zillow Group, Inc. Securities Litigation*, 2020.

Deposition Testimony before the United States District Court, Middle District of Tennessee, in *Zwick Partners LP and Aparna Rao v. Quorum Health Corporation*, 2019.

Testimony before the United States District Court, Southern District of Iowa, in *Mahaska Bottling Company, Inc., et al. v. PepsiCo, Inc. and Bottling Group, LLC*, 2019.

Testimony before the United States District Court, Southern District of New York, in *Chicago Bridge & Iron Company N.V. Securities Litigation*, 2019.

Deposition Testimony before the United States District Court, Middle District of Florida, in *Jacob J. Beckel v. Fagron Holdings USA, LLC et al.*, 2019.

Deposition Testimony before the Clark County District Court of Nevada in *Round Square Company Limited v. Las Vegas Sands, Inc.*, 2018.

Deposition Testimony before the United States District Court, Middle District of Tennessee, in *Nikki Bollinger Grae v. Corrections Corporation of America et al.*, 2018.

Deposition Testimony before the District Court for the State of Nevada in *Dan Schmidt v. Liberator Medical Holdings, Inc., et al.*, 2018.

Deposition Testimony before the United States District Court, Northern District of Illinois, Eastern Division, in *In re the Allstate Corporation Securities Litigation*, 2018.

Testimony before the American Arbitration Association in *Arctic Glacier U.S.A, Inc. and Arctic Glacier U.S.A., Inc. Savings and Retirement Plan v. Principal Life Insurance Company*, 2018.

Deposition Testimony before the United States District Court, Southern District of New York, in *Marvin Pearlstein v. Blackberry Limited et al.*, 2018.

Deposition Testimony before the United States District Court, Eastern District of Texas, in *Alan Hall and James DePalma v. Rent-A-Center, Inc., Robert D. Davis, and Guy J. Constant*, 2018.

Deposition Testimony before the United States District Court, Southern District of Iowa, in *Mahaska Bottling Company, Inc., et al. v. PepsiCo, Inc. and Bottling Group, LLC*, 2018.

Testimony and Deposition Testimony before the United States District Court, District of New Jersey, in *Association of New Jersey Rifle & Pistol Clubs, Inc. et al. v. Gurbir Grewal et al.*, 2018.

Deposition Testimony before the Supreme Court of the State of New York in *Bernstein Liebhard, LLP v. Sentinel Insurance Company, Ltd.*, 2018.

Deposition Testimony before the United States District Court, Southern District of New York, in *Andrew Meyer v. Concordia International Corp., et al.*, 2018.

Deposition Testimony before the United States District Court, Southern District of California, in *Virginia Duncan, et al. v. Xavier Becerra, et al.*, 2018.

Deposition Testimony before the United States District Court, Western District of Texas, Austin Division, in *City of Pontiac General Employees' Retirement System v. Dell, Inc., et al.*, 2017.

Deposition Testimony before the United States District Court, Southern District of Texas, Houston Division, in *In re Willbros Group, Inc. Securities Litigation*, 2017.

Deposition Testimony before the United States District Court, Southern District of Texas, Houston Division, in *In re Cobalt International Energy Inc. Securities Litigation.*, 2017.

Testimony and Deposition Testimony before the United States District Court, Northern District of Texas, Dallas Division, in *DEKA Investment GmbH, et al. v. Santander Consumer USA Holdings, Inc., et al*., 2017.

Deposition Testimony before the Superior Court of the State of North Carolina, Mecklenburg County, in *Next Advisor, Inc. v. LendingTree, Inc.*, 2017

Deposition Testimony before the Supreme Court of the State of New York, County of New York, in *Iroquois Master Fund Ltd., et al. v. Hyperdynamics Corporation*, 2016.

Deposition Testimony before the United States District Court, Northern District of Texas, Dallas Division, in *The Archdiocese of Milwaukee Supporting Fund, Inc., et al. v. Halliburton Company, et al.*, 2016.

## Appendix    Analyst Reports and Internal Documents Considered

**Analyst Reports on CoreCivic**

1.  2011.01.05 - Avondale Partners
2.  2011.01.11 - Avondale Partners
3.  2011.01.26 - Avondale Partners
4.  2011.01.31 - SunTrust
5.  2011.02.04 - Avondale Partners
6.  2011.02.10 - Avondale Partners (1)
7.  2011.02.10 - Avondale Partners (2)
8.  2011.02.11 - Avondale Partners
9.  2011.02.11 - Macquarie
10. 2011.02.11 - SunTrust
11. 2011.02.17 - Avondale Partners
12. 2011.02.28 - Avondale Partners
13. 2011.03.08 - Avondale Partners
14. 2011.03.09 - Avondale Partners
15. 2011.03.17 - SunTrust
16. 2011.03.21 - Avondale Partners
17. 2011.03.30 - Avondale Partners
18. 2011.03.31 - Avondale Partners
19. 2011.04.01 - Avondale Partners
20. 2011.04.08 - Avondale Partners
21. 2011.04.15 - Avondale Partners
22. 2011.04.25 - Avondale Partners
23. 2011.05.03 - Avondale Partners
24. 2011.05.04 - Avondale Partners
25. 2011.05.05 - Avondale Partners
26. 2011.05.05 - SunTrust
27. 2011.05.06 - Macquarie
28. 2011.05.10 - SunTrust
29. 2011.05.23 - SunTrust
30. 2011.06.27 - Avondale Partners
31. 2011.06.28 - SunTrust
32. 2011.07.15 - Avondale Partners
33. 2011.07.26 - Avondale Partners
34. 2011.08.03 - Avondale Partners
35. 2011.08.04 - Avondale Partners (1)
36. 2011.08.04 - Avondale Partners (2)
37. 2011.08.04 - SunTrust
38. 2011.08.05 - Macquarie
39. 2011.08.08 - Avondale Partners
40. 2011.08.19 - Avondale Partners
41. 2011.08.25 - Avondale Partners
42. 2011.09.02 - Macquarie
43. 2011.09.06 - Avondale Partners
44. 2011.09.09 - Avondale Partners
45. 2011.10.12 - Avondale Partners
46. 2011.10.21 - SunTrust
47. 2011.11.02 - Avondale Partners
48. 2011.11.03 - Avondale Partners (1)
49. 2011.11.03 - Avondale Partners (2)

1

**Appendix     Analyst Reports and Internal Documents Considered**

50.  2011.11.04 - Macquarie
51.  2011.11.04 - SunTrust
52.  2011.11.14 - Avondale Partners
53.  2011.11.15 - SunTrust
54.  2011.12.06 - Avondale Partners
55.  2011.12.23 - Avondale Partners
56.  2012.01.03 - Barclays
57.  2012.01.05 - Barclays
58.  2012.01.09 - Barclays
59.  2012.02.01 - Avondale Partners
60.  2012.02.08 - Avondale Partners
61.  2012.02.08 - Barclays
62.  2012.02.09 - Avondale Partners (1)
63.  2012.02.09 - Avondale Partners (2)
64.  2012.02.09 - Barclays
65.  2012.02.09 - SunTrust
66.  2012.02.10 - Avondale Partners (1)
67.  2012.02.10 - Avondale Partners (2)
68.  2012.02.10 - Macquarie
69.  2012.02.17 - Barclays
70.  2012.02.17 - SunTrust
71.  2012.02.21 - Barclays
72.  2012.02.27 - Barclays
73.  2012.02.27 - Macquarie
74.  2012.02.28 - Barclays
75.  2012.03.09 - Barclays
76.  2012.03.13 - Avondale Partners
77.  2012.03.14 - Avondale Partners
78.  2012.03.15 - Barclays
79.  2012.03.21 - SunTrust
80.  2012.03.29 - Avondale Partners
81.  2012.04.09 - Barclays
82.  2012.04.17 - Barclays (1)
83.  2012.04.17 - Barclays (2)
84.  2012.04.24 - SunTrust
85.  2012.04.27 - Barclays
86.  2012.05.01 - SunTrust
87.  2012.05.03 - Avondale Partners (1)
88.  2012.05.03 - Avondale Partners (2)
89.  2012.05.03 - SunTrust (1)
90.  2012.05.03 - SunTrust (2)
91.  2012.05.04 - Barclays
92.  2012.05.04 - Macquarie
93.  2012.05.18 - Avondale Partners
94.  2012.05.23 - Avondale Partners
95.  2012.05.30 - SunTrust
96.  2012.06.15 - Avondale Partners
97.  2012.06.19 - Avondale Partners
98.  2012.06.27 - Macquarie
99.  2012.06.29 - Barclays
100. 2012.07.02 - Avondale Partners

2

## Appendix    Analyst Reports and Internal Documents Considered

101. 2012.07.02 - Barclays
102. 2012.07.09 - SunTrust
103. 2012.07.16 - Barclays
104. 2012.07.16 - Macquarie
105. 2012.07.31 - Macquarie
106. 2012.08.02 - SunTrust
107. 2012.08.08 - Avondale Partners
108. 2012.08.09 - Avondale Partners (1)
109. 2012.08.09 - Avondale Partners (2)
110. 2012.08.09 - SunTrust (1)
111. 2012.08.09 - SunTrust (2)
112. 2012.08.10 - Macquarie
113. 2012.08.24 - Avondale Partners
114. 2012.08.27 - Avondale Partners
115. 2012.08.29 - SunTrust
116. 2012.09.04 - Barclays
117. 2012.09.04 - SunTrust
118. 2012.09.06 - Barclays
119. 2012.09.07 - Avondale Partners
120. 2012.09.10 - Avondale Partners
121. 2012.09.10 - Barclays
122. 2012.09.11 - Avondale Partners
123. 2012.10.04 - Avondale Partners
124. 2012.10.29 - Macquarie
125. 2012.11.06 - Macquarie (1)
126. 2012.11.06 - Macquarie (2)
127. 2012.11.07 - Avondale Partners
128. 2012.11.07 - Barclays
129. 2012.11.07 - SunTrust
130. 2012.11.08 - Avondale Partners (1)
131. 2012.11.08 - Avondale Partners (2)
132. 2012.11.08 - Barclays
133. 2012.11.08 - SunTrust
134. 2012.11.09 - Macquarie
135. 2012.11.29 - Macquarie
136. 2012.12.03 - SunTrust
137. 2012.12.07 - Barclays
138. 2012.12.07 - SunTrust (1)
139. 2012.12.07 - SunTrust (2)
140. 2012.12.12 - SunTrust
141. 2013.01.09 - Avondale Partners
142. 2013.01.18 - Macquarie
143. 2013.02.04 - Macquarie
144. 2013.02.07 - Avondale Partners
145. 2013.02.08 - Avondale Partners (1)
146. 2013.02.08 - Avondale Partners (2)
147. 2013.02.08 - Barclays
148. 2013.02.08 - Macquarie
149. 2013.02.08 - SunTrust
150. 2013.02.11 - Avondale Partners (1)
151. 2013.02.11 - Avondale Partners (2)

3

152.  2013.02.11 - Barclays
153.  2013.02.13 - Avondale Partners (1)
154.  2013.02.13 - Avondale Partners (2)
155.  2013.02.13 - Barclays
156.  2013.02.14 - Avondale Partners (1)
157.  2013.02.14 - Avondale Partners (2)
158.  2013.02.15 - Avondale Partners
159.  2013.02.15 - Barclays
160.  2013.02.15 - Macquarie (1)
161.  2013.02.15 - Macquarie (2)
162.  2013.02.15 - SunTrust
163.  2013.02.20 - Avondale Partners
164.  2013.03.15 - Barclays
165.  2013.03.19 - Avondale Partners
166.  2013.03.21 - Macquarie
167.  2013.04.08 - Macquarie
168.  2013.04.10 - Barclays
169.  2013.04.12 - Macquarie
170.  2013.04.17 - Barclays
171.  2013.04.23 - SunTrust
172.  2013.05.01 - Avondale Partners
173.  2013.05.02 - Avondale Partners
174.  2013.05.03 - Avondale Partners
175.  2013.05.06 - Avondale Partners
176.  2013.05.06 - Barclays
177.  2013.05.08 - Barclays
178.  2013.05.09 - Avondale Partners (1)
179.  2013.05.09 - Avondale Partners (2)
180.  2013.05.09 - Barclays
181.  2013.05.09 - SunTrust
182.  2013.05.10 - Avondale Partners
183.  2013.05.10 - Macquarie
184.  2013.05.13 - SunTrust
185.  2013.05.17 - Barclays
186.  2013.05.17 - SunTrust
187.  2013.05.21 - Macquarie
188.  2013.06.07 - Avondale Partners
189.  2013.06.07 - Barclays
190.  2013.06.17 - Macquarie
191.  2013.06.19 - Avondale Partners
192.  2013.06.20 - Barclays
193.  2013.06.26 - Avondale Partners
194.  2013.07.10 - Barclays (1)
195.  2013.07.10 - Barclays (2)
196.  2013.07.10 - Macquarie
197.  2013.07.12 - Macquarie
198.  2013.07.18 - SunTrust
199.  2013.08.05 - Avondale Partners
200.  2013.08.05 - Macquarie (1)
201.  2013.08.05 - Macquarie (2)
202.  2013.08.05 - SunTrust

4

## Appendix    Analyst Reports and Internal Documents Considered

203. 2013.08.08 - Barclays
204. 2013.08.08 - Macquarie
205. 2013.08.08 - SunTrust
206. 2013.08.19 - SunTrust
207. 2013.08.20 - Avondale Partners (1)
208. 2013.08.20 - Avondale Partners (2)
209. 2013.08.22 - Macquarie
210. 2013.08.23 - Barclays
211. 2013.08.28 - Macquarie
212. 2013.08.29 - Barclays
213. 2013.09.12 - Macquarie (1)
214. 2013.09.12 - Macquarie (2)
215. 2013.09.12 - SunTrust
216. 2013.09.23 - Macquarie
217. 2013.09.25 - SunTrust
218. 2013.09.30 - Macquarie
219. 2013.10.02 - Macquarie
220. 2013.10.03 - Barclays
221. 2013.10.07 - Avondale Partners
222. 2013.10.15 - Barclays
223. 2013.10.15 - Macquarie
224. 2013.10.16 - Macquarie
225. 2013.10.29 - Avondale Partners
226. 2013.11.04 - Barclays
227. 2013.11.06 - Avondale Partners
228. 2013.11.07 - Avondale Partners
229. 2013.11.07 - Barclays
230. 2013.11.07 - Macquarie
231. 2013.11.08 - SunTrust
232. 2013.11.22 - Avondale Partners (1)
233. 2013.11.22 - Avondale Partners (2)
234. 2013.12.12 - Barclays
235. 2013.12.12 - Macquarie
236. 2014.01.09 - Avondale Partners
237. 2014.01.14 - Avondale Partners
238. 2014.01.22 - Avondale Partners
239. 2014.01.23 - CRT Capital
240. 2014.01.27 - Avondale Partners
241. 2014.02.10 - Macquarie
242. 2014.02.12 - Avondale Partners
243. 2014.02.13 - Avondale Partners (1)
244. 2014.02.13 - Avondale Partners (2)
245. 2014.02.13 - Barclays
246. 2014.02.13 - Macquarie
247. 2014.02.13 - SunTrust
248. 2014.02.14 - Avondale Partners
249. 2014.02.14 - CRT Capital
250. 2014.02.20 - Macquarie
251. 2014.03.12 - Avondale Partners
252. 2014.03.31 - Barclays
253. 2014.04.01 - Avondale Partners

5

254. 2014.04.08 - SunTrust
255. 2014.04.10 - Macquarie
256. 2014.04.11 - Macquarie
257. 2014.04.28 - Avondale Partners
258. 2014.05.07 - Avondale Partners
259. 2014.05.08 - Avondale Partners
260. 2014.05.08 - Macquarie
261. 2014.05.08 - SunTrust
262. 2014.05.09 - CRT Capital
263. 2014.05.14 - Avondale Partners (1)
264. 2014.05.14 - Avondale Partners (2)
265. 2014.06.06 - SunTrust
266. 2014.06.30 - Avondale Partners
267. 2014.07.23 - Avondale Partners
268. 2014.08.07 - CRT Capital
269. 2014.08.07 - Macquarie
270. 2014.08.07 - SunTrust
271. 2014.08.19 - Macquarie
272. 2014.08.27 - Avondale Partners
273. 2014.09.11 - Macquarie
274. 2014.09.24 - Macquarie
275. 2014.09.24 - SunTrust
276. 2014.09.25 - CRT Capital
277. 2014.10.02 - CRT Capital
278. 2014.10.21 - Barclays
279. 2014.11.03 - Avondale Partners (1)
280. 2014.11.03 - Avondale Partners (2)
281. 2014.11.04 - Avondale Partners (1)
282. 2014.11.04 - Avondale Partners (2)
283. 2014.11.04 - CRT Capital
284. 2014.11.04 - Macquarie
285. 2014.11.04 - SunTrust
286. 2014.11.05 - Macquarie
287. 2014.11.19 - Macquarie (1)
288. 2014.11.19 - Macquarie (2)
289. 2014.12.01 - Macquarie
290. 2014.12.11 - Macquarie
291. 2014.12.19 - Wells Fargo
292. 2014.12.29 - Macquarie
293. 2014.12.30 - Avondale Partners
294. 2014.12.30 - CRT Capital
295. 2014.12.30 - Wells Fargo
296. 2015.02.10 - Avondale Partners
297. 2015.02.12 - Avondale Partners
298. 2015.02.12 - CRT Capital
299. 2015.02.12 - Macquarie
300. 2015.02.12 - SunTrust
301. 2015.02.12 - Wells Fargo
302. 2015.02.20 - Macquarie
303. 2015.02.20 - Wells Fargo
304. 2015.03.09 - Macquarie

305.  2015.03.17 - SunTrust
306.  2015.05.06 - Macquarie
307.  2015.05.06 - SunTrust
308.  2015.05.07 - CRT Capital
309.  2015.05.07 - Macquarie
310.  2015.05.07 - SunTrust
311.  2015.05.07 - Wells Fargo
312.  2015.05.12 - Wells Fargo
313.  2015.05.14 - Wells Fargo
314.  2015.05.15 - Macquarie
315.  2015.06.03 - Wells Fargo
316.  2015.06.04 - CRT Capital
317.  2015.06.19 - Macquarie
318.  2015.06.24 - Wells Fargo
319.  2015.07.13 - Canaccord Genuity
320.  2015.08.06 - Canaccord Genuity
321.  2015.08.06 - Macquarie
322.  2015.08.06 - Wells Fargo
323.  2015.08.07 - SunTrust
324.  2015.08.13 - Wells Fargo
325.  2015.08.24 - Wells Fargo
326.  2015.08.28 - SunTrust
327.  2015.08.31 - Macquarie
328.  2015.09.15 - Wells Fargo
329.  2015.09.21 - Canaccord Genuity (1)
330.  2015.09.21 - Canaccord Genuity (2)
331.  2015.09.22 - SunTrust
332.  2015.09.22 - Wells Fargo
333.  2015.09.23 - SunTrust
334.  2015.10.05 - Canaccord Genuity
335.  2015.10.13 - Macquarie
336.  2015.10.13 - Wells Fargo
337.  2015.10.18 - Canaccord Genuity
338.  2015.10.29 - SunTrust
339.  2015.10.29 - Wells Fargo
340.  2015.11.02 - Canaccord Genuity
341.  2015.11.05 - Macquarie
342.  2015.11.05 - Wells Fargo
343.  2015.11.06 - Canaccord Genuity
344.  2015.11.06 - SunTrust
345.  2015.11.13 - Wells Fargo
346.  2015.11.16 - Canaccord Genuity
347.  2015.11.19 - Wells Fargo
348.  2015.11.29 - Canaccord Genuity
349.  2015.12.13 - Canaccord Genuity
350.  2015.12.17 - SunTrust
351.  2015.12.17 - Wells Fargo
352.  2016.01.11 - Canaccord Genuity
353.  2016.01.11 - Canaccord Genuity (1)
354.  2016.01.11 - Canaccord Genuity (2)
355.  2016.01.25 - Canaccord Genuity

**Appendix      Analyst Reports and Internal Documents Considered**

356. 2016.02.08 - Canaccord Genuity
357. 2016.02.11 - Canaccord Genuity
358. 2016.02.11 - Macquarie
359. 2016.02.11 - SunTrust
360. 2016.02.11 - Wells Fargo
361. 2016.02.12 - SunTrust
362. 2016.02.23 - Wells Fargo
363. 2016.02.25 - Wells Fargo
364. 2016.03.16 - Macquarie
365. 2016.03.21 - Canaccord Genuity
366. 2016.03.22 - Canaccord Genuity
367. 2016.04.11 - Macquarie
368. 2016.05.04 - Macquarie
369. 2016.05.05 - Canaccord Genuity
370. 2016.05.05 - SunTrust
371. 2016.05.05 - Wells Fargo
372. 2016.05.06 - Macquarie
373. 2016.05.06 - Wells Fargo
374. 2016.05.13 - Macquarie
375. 2016.05.20 - SunTrust
376. 2016.06.07 - Wells Fargo
377. 2016.06.10 - SunTrust
378. 2016.07.01 - SunTrust
379. 2016.08.04 - Canaccord Genuity
380. 2016.08.04 - SunTrust
381. 2016.08.04 - Wells Fargo
382. 2016.08.10 - Wells Fargo
383. 2016.08.19 - Gordon Haskett
384. 2016.08.19 - SunTrust
385. 2016.08.19 - Wells Fargo
386. 2016.08.23 - Canaccord Genuity
387. 2016.09.01 - SunTrust
388. 2016.09.01 - SunTrust (1)
389. 2016.09.01 - SunTrust (2)
390. 2016.09.27 - Canaccord Genuity
391. 2016.10.12 - SunTrust
392. 2016.10.17 - Canaccord Genuity
393. 2016.10.17 - SunTrust (1)
394. 2016.10.17 - SunTrust (2)
395. 2016.10.18 - SunTrust
396. 2016.10.20 - Canaccord Genuity
397. 2016.10.21 - Wells Fargo
398. 2016.10.31 - Canaccord Genuity
399. 2016.10.31 - SunTrust
400. 2016.11.03 - SunTrust
401. 2016.11.03 - Wells Fargo
402. 2016.11.09 - Canaccord Genuity
403. 2016.11.11 - Canaccord Genuity
404. 2016.11.11 - Wells Fargo
405. 2016.11.14 - SunTrust
406. 2016.12.08 - SunTrust (1)

407.  2016.12.08 - SunTrust (2)
408.  2016.12.12 - Canaccord Genuity (1)
409.  2016.12.12 - Canaccord Genuity (2)
410.  2016.12.13 - SunTrust
411.  2016.12.15 - SunTrust
412.  2016.12.30 - Wells Fargo
413.  2017.01.13 - Canaccord Genuity
414.  2017.01.19 - SunTrust
415.  2017.01.24 - SunTrust
416.  2017.01.31 - SunTrust (1)
417.  2017.01.31 - SunTrust (2)
418.  2017.02.08 - Canaccord Genuity
419.  2017.02.09 - Canaccord Genuity
420.  2017.02.09 - SunTrust
421.  2017.02.09 - Wells Fargo
422.  2017.02.21 - Wells Fargo
423.  2017.02.24 - Deutsche Bank
424.  2017.03.09 - SunTrust
425.  2017.03.13 - SunTrust
426.  2017.03.16 - SunTrust
427.  2017.04.11 - Deutsche Bank
428.  2017.04.12 - SunTrust
429.  2017.04.13 - Deutsche Bank
430.  2017.04.19 - Wells Fargo
431.  2017.05.03 - Canaccord Genuity
432.  2017.05.03 - Deutsche Bank
433.  2017.05.04 - Canaccord Genuity
434.  2017.05.04 - SunTrust (1)
435.  2017.05.04 - SunTrust (2)
436.  2017.05.04 - Wells Fargo
437.  2017.05.19 - Canaccord Genuity (1)
438.  2017.05.19 - Canaccord Genuity (2)
439.  2017.05.22 - SunTrust
440.  2017.05.23 - Deutsche Bank
441.  2017.06.07 - Wells Fargo
442.  2017.08.07 - Canaccord Genuity
443.  2017.08.07 - Deutsche Bank
444.  2017.08.07 - SunTrust
445.  2017.08.08 - Canaccord Genuity
446.  2017.08.08 - SunTrust
447.  2017.08.08 - Wells Fargo
448.  2017.08.15 - Wells Fargo
449.  2017.08.21 - Deutsche Bank
450.  2017.09.29 - SunTrust
451.  2017.11.08 - Deutsche Bank
452.  2017.11.09 - SunTrust
453.  2017.11.09 - Wells Fargo
454.  2017.11.15 - SunTrust
455.  2017.11.30 - Deutsche Bank (1)
456.  2017.11.30 - Deutsche Bank (2)
457.  2017.11.30 - Wells Fargo

## Appendix    Analyst Reports and Internal Documents Considered

458. 2018.01.22 - Deutsche Bank
459. 2018.01.24 - Deutsche Bank
460. 2018.01.26 - Deutsche Bank
461. 2018.01.29 - SunTrust
462. 2018.01.31 - Deutsche Bank
463. 2018.02.09 - SunTrust
464. 2018.02.14 - Deutsche Bank
465. 2018.02.15 - SunTrust
466. 2018.03.16 - SunTrust (1)
467. 2018.03.16 - SunTrust (2)
468. 2018.03.16 - SunTrust (3)
469. 2018.05.16 - SunTrust
470. 2018.06.08 - SunTrust
471. 2019.05.02 - SunTrust
472. 2019.05.09 - SunTrust
473. 2019.05.09 - Wells Fargo
474. 2019.05.17 - Wells Fargo
475. 2019.06.06 - SunTrust
476. 2020.03.16 - Noble

**Analyst Reports on GEO**

1. 2016.02.17 - GEO - Canaccord Genuity
2. 2016.02.17 - GEO - Canaccord Genuity
3. 2016.02.17 - GEO - Macquarie
4. 2016.02.17 - GEO - SunTrust
5. 2016.02.17 - GEO - SunTrust
6. 2016.02.17 - GEO - Wells Fargo
7. 2016.02.25 - GEO - Wells Fargo
8. 2016.02.29 - GEO - Wells Fargo
9. 2016.03.04 - GEO - SunTrust
10. 2016.03.14 - GEO - Macquarie
11. 2016.04.12 - GEO - Macquarie
12. 2016.04.28 - GEO - Canaccord Genuity
13. 2016.04.28 - GEO - Canaccord Genuity
14. 2016.04.28 - GEO - Macquarie
15. 2016.04.28 - GEO - Wells Fargo
16. 2016.04.29 - GEO - SunTrust
17. 2016.05.06 - GEO - Dawson James
18. 2016.05.11 - GEO - Wells Fargo
19. 2016.06.08 - GEO - Wells Fargo
20. 2016.06.10 - GEO - SunTrust
21. 2016.08.02 - GEO - Canaccord Genuity
22. 2016.08.02 - GEO - Canaccord Genuity
23. 2016.08.02 - GEO - SunTrust
24. 2016.08.02 - GEO - Wells Fargo
25. 2016.08.10 - GEO - Canaccord Genuity
26. 2016.08.12 - GEO - Wells Fargo
27. 2016.09.30 - GEO - Canaccord Genuity
28. 2016.09.30 - GEO - SunTrust
29. 2016.11.03 - GEO - Canaccord Genuity

10

## Appendix     Analyst Reports and Internal Documents Considered

30. 2016.11.03 - GEO - Canaccord Genuity
31. 2016.11.03 - GEO - Wells Fargo
32. 2016.11.04 - GEO - SunTrust
33. 2016.11.21 - GEO - Wells Fargo
34. 2016.12.12 - GEO - Canaccord Genuity
35. 2016.12.30 - GEO - Wells Fargo

**Contractor performance assessment reports ( CPARs ) and award fee determinations**

*Adams*
1. CORECIVIC 1472479 - 1472480
2. CORECIVIC 0093854 - 0093856
3. CORECIVIC 0684697 - 0684699
4. CORECIVIC 0065110 - 0065112
5. CORECIVIC 0606109 - 0606111
6. CORECIVIC 0990237 - 0990238
7. CORECIVIC 1974933 - 1974936
8. CORECIVIC 0096381 - 0096383
9. CORECIVIC 1337363 - 1337370
10. CORECIVIC 0990739 - 0990740
11. CORECIVIC 0728682 - 0728689
12. CORECIVIC 1337569 - 1337571
13. CORECIVIC 1337417 - 1337424

*Cibola*
1. CORECIVIC 0045996 - 0045997
2. CORECIVIC 0674188 - 0674190
3. CORECIVIC 0990200 - 0990201
4. CORECIVIC 1084667 - 1084668
5. CORECIVIC 1337444 - 1337446
6. CORECIVIC 0473652 - 0473661
7. CORECIVIC 0722785 - 0722794
8. CORECIVIC 0990766 - 0990767
9. CORECIVIC 1337493 - 1337501
10. CORECIVIC 0091209 - 0091210

*Eden*
1. CORECIVIC 0606191 – 0606192
2. CORECIVIC 0990221 - 0990222
3. CORECIVIC 0606193 - 0606194
4. CORECIVIC 0025298 - 0025299
5. CORECIVIC 0669245 - 0669246
6. CORECIVIC 0028995 - 0028996
7. CORECIVIC 1337591 - 1337603
8. CORECIVIC 0025816 - 0025817
9. CORECIVIC 1337633 - 1337640
10. CORECIVIC 1337649 – 1337659

*McRae*
1. CORECIVIC 0684483 - 0684484

## Appendix — Analyst Reports and Internal Documents Considered

2. CORECIVIC 0660735 - 0660736
3. CORECIVIC 0058636 - 0058637
4. CORECIVIC 0990234 - 0990235
5. CORECIVIC 0606206 - 0606207
6. CORECIVIC 0720859 - 0720862
7. CORECIVIC 0722041 - 0722043
8. CORECIVIC 1337713 – 1337717

### *NEOCC*

1. CORECIVIC 0045967 - 0045968
2. CORECIVIC 1856902 - 1856904
3. CORECIVIC 0046207 - 0046208
4. CORECIVIC 1337756 - 1337758
5. CORECIVIC 0047207 - 0047209
6. CORECIVIC 0578404 - 0578407
7. CORECIVIC 0184605 – 0184607

### Other Documents

1. AG00965 - 00966
2. BOP 0148858
3. BOP 0148860
4. CORECIVIC 0029150 - 0029164
5. CORECIVIC 0030472 - 0030476
6. CORECIVIC 0035973 - 0035977
7. CORECIVIC 0042160 - 0042161
8. CORECIVIC 0042895
9. CORECIVIC 0045369 - 0045385
10. CORECIVIC 0058341 - 0058342
11. CORECIVIC 0085279
12. CORECIVIC 0086157 - 0086159
13. CORECIVIC 0086682 - 0086685
14. CORECIVIC 0088975 - 0088976
15. CORECIVIC 0090867 - 0090868
16. CORECIVIC 0090867 - 0090868
17. CORECIVIC 0102020 - 0102022
18. CORECIVIC 0104733 - 0104735
19. CORECIVIC 0104917 - 0104920
20. CORECIVIC 0114483 - 0114484
21. CORECIVIC 0151780 - 0151781
22. CORECIVIC 0199715 - 0199716
23. CORECIVIC 0201050 - 0201051
24. CORECIVIC 0393120 - 0393121
25. CORECIVIC 0683821 - 0683825
26. CORECIVIC 0698156 - 0698157
27. CORECIVIC 0944767 - 0944775
28. CORECIVIC 0990236 - 0990238
29. CORECIVIC 0990364 - 0990367
30. CORECIVIC 0990524 - 0990530
31. CORECIVIC 0990736 - 0990740

12

## Appendix     Analyst Reports and Internal Documents Considered

32. CORECIVIC 0990983 - 0990986
33. CORECIVIC 0991784 - 0991789
34. CORECIVIC 0994940 - 0994941
35. CORECIVIC 1021989 - 1021992
36. CORECIVIC 1042634 - 1042637
37. CORECIVIC 1153117 - 1153122
38. CORECIVIC 1190318 - 1190319
39. CORECIVIC 1190332 - 1190333
40. CORECIVIC 1213661
41. CORECIVIC 1248552
42. CORECIVIC 1248558
43. CORECIVIC 1306140
44. CORECIVIC 1317986
45. CORECIVIC 1375839 - 1375841
46. CORECIVIC 2207909 – 2207911
47. GEO0000050 - 0000053
48. GEO0000497

# Appendix C  Alleged Misrepresentations

| Misrep | Date | Event | Alleged Misrepresentations from Complaint |
|--------|------|-------|-------------------------------------------|
| M1 | 2/27/12 | 2011 10-K | "Our primary business strategy is to provide quality corrections services, offer a compelling value, and increase occupancy and revenue, while maintaining our position as the leading owner, operator, and manager of privatized correctional and detention facilities."[1]<br><br>"We believe that we offer a cost-effective alternative to our government partners by reducing their correctional services costs while allowing them to avoid long-term pension obligations for their employees and large capital investments in new prison beds."[2]<br><br>"Our industry benefits from significant economies of scale, resulting in lower operating costs per inmate as occupancy rates increase. We believe we have been successful in increasing the number of residents in our care and continue to pursue a number of initiatives intended to further increase our occupancy and revenue. Our competitive cost structure offers prospective customers a compelling option for incarceration."[3]<br><br>"We believe the outsourcing of prison management services to private operators allows governments to manage increasing inmate populations while simultaneously controlling correctional costs and improving correctional services. We believe our customers discover that partnering with private operators to provide residential services to their inmates introduces competition to their prison system, resulting in improvements to the quality and cost of corrections services throughout their correctional system."[4]<br><br>"We believe these advantages translate into significant cost savings for government agencies."[5]<br><br>"We believe we have been successful in working with our government partners to help them manage their correctional costs while minimizing the financial impact to us, and will continue to provide unique solutions to their correctional needs. We believe the long-term growth opportunities of our business remain very attractive as certain states consider efficiency and savings opportunities we can provide. Further, we expect insufficient bed development by our partners to result in a return to the supply and demand imbalance that has benefited the private corrections industry."[6] |

---

[1]  Complaint, 120, citing CoreCivic FY2011 Form 10-K, filed February 27, 2012, 2:31 p.m., p. 17.

[2]  Complaint, 122, citing CoreCivic FY2011 Form 10-K, filed February 27, 2012, 2:31 p.m., p. 17.

[3]  Complaint, 123, citing CoreCivic FY2011 Form 10-K, filed February 27, 2012, 2:31 p.m., p. 17.

[4]  Complaint, 126, citing CoreCivic FY2011 Form 10-K, filed February 27, 2012, 2:31 p.m., p. 41.

[5]  Complaint, 127, citing CoreCivic FY2011 Form 10-K, filed February 27, 2012, 2:31 p.m., p. 20.

[6]  Complaint, 129, citing CoreCivic FY2011 Form 10-K, filed February 27, 2012, 2:31 p.m., pp. 40, 48.

# Appendix C  Alleged Misrepresentations

| Misrep | Date | Event | Alleged Misrepresentations from Complaint |
|--------|------|-------|-------------------------------------------|
|  |  |  | "We believe our renewal rate on existing contracts remains high as a result of a variety of reasons including, but not limited to, the constrained supply of available beds within the U.S. correctional system, our ownership of the majority of the beds we operate, and the quality of our operations."[7] <br><br> "We operate our facilities in accordance with both company and facility-specific policies and procedures. The policies and procedures reflect the high standards generated by a number of sources, including the ACA, The Joint Commission, the National Commission on Correctional Healthcare, the Occupational Safety and Health Administration, federal, state, and local government guidelines, established correctional procedures, and company-wide policies and procedures that may exceed these guidelines. Outside agency standards, such as those established by the ACA, provide us with the industry's most widely accepted operational guidelines. We have sought and received accreditation for 58 of the facilities we operated as of December 31, 2011, and we intend to apply for ACA accreditation for all of our eligible facilities that are not currently accredited where it is economically feasible to complete the 18-24 month accreditation process. Our facilities not only operate under these established standards, but they are consistently challenged by management to exceed them. This challenge is presented, in large part, through our extensive and comprehensive   uality Assurance Program. <br><br> Our   uality Assurance Division independently operates under the auspices of, and reports directly to, the Company's Office of General Counsel.      The   uality Assurance Division oversees all efforts by our facilities to deliver high quality services and operations, with an absolute commitment to continuous quality improvement through the efforts of two major sections: the Research and Analysis Section and the Audit and Compliance Systems Section. <br><br>      The Audit and Compliance Systems Section consists of two full time audit teams comprised of subject matter experts from all major disciplines within institutional operations, as well as management staff that oversee the process.      In addition, our   uality Assurance Division contracts with teams of seasoned, ACA certified correctional auditors to help ensure continuous compliance with ACA standards at accredited facilities. Our teams of auditors are deployed several times a year as well (in advance of contractually mandated ACA accreditation audits) to help ensure that our facilities are operating at the highest possible levels."[8] |

---

[7]  Complaint,   132, citing CoreCivic FY2011 Form 10-K, filed February 27, 2012, 2:31 p.m., pp. 25, 49.

[8]  Complaint,   135, citing CoreCivic FY2011 Form 10-K, filed February 27, 2012, 2:31 p.m., pp. 6-7.

# Appendix C   Alleged Misrepresentations

| Misrep | Date | Event | Alleged Misrepresentations from Complaint |
|---|---|---|---|
| M2 | 3/5/12 | *Le iston Mornin Trib ne* article | " T he company is highly motivated to comply with its contracts, meet its own standards of excellence and always  do better than the competition.        As a business, we are able to provide taxpayers an essential government service at equally high standards of quality and efficiency.        Competitive private-sector entities are motivated to move swiftly, evaluate and refine success each day, and maintain the highest operating standards at least cost.'"[9] |
| M3 | 3/30/12 | 2012 Proxy Statement | "CCA takes a "zero tolerance" approach to prisoner sexual abuse. Since the creation of proposed national standards to eliminate prison sexual assaults, CCA has taken a leadership position on this important public policy issue. Even though the proposed standards have not yet been mandated and remain under consideration by the Department of Justice ("DOJ"), CCA has proactively adopted – and in some cases exceeded – many of the national PREA (Prison Rape Elimination Act) standards and best practices. |
| | | | Key features of CCA's sexual abuse prevention program include: - Regular oversight by our Board of Directors, including quarterly review of key program information  -Management oversight of the program through a PREA committee consisting of high level company officers and health care, legal, and corrections professionals  -Comprehensive sexual assault prevention and incident reporting policies and procedures -24 hour access by inmates to toll free telephone numbers for reporting allegations of sexual harassment or abuse  -Training for inmates and employees, as well as other awareness efforts that emphasize our zero tolerance approach and encourage employees and inmates to report allegations of sexual assault or harassment, such as posters conspicuously placed throughout our facilities  -Review by the PREA committee of every allegation of sexual abuse at a CCA facility – from receipt of the incident report through investigation and enforcement of applicable policies, as well as referral to law enforcement where appropriate  and -Auditing of compliance with our standards and procedures by CCA's   uality Assurance team."[10] |
| M4 | 5/7/12 | 1  12 10- | "We believe we have been successful in working with our government partners to help them manage their correctional costs while minimizing the financial impact to us, and will continue to provide unique solutions to their correctional needs. We believe the long-term growth opportunities of our business remain very attractive as certain states consider efficiency and savings opportunities we can provide. Further, we expect insufficient bed development by our partners to result in a |

---

[9]   Complaint,   142, citing "Can private prisons be run cheaper?" *Le iston Mornin  Trib ne*, March 5, 2012.

[10]   Complaint,   145, citing 2012 Proxy Statement, filed March 30, 2012, 3:49 p.m., p. 26.

3

# Appendix C   Alleged Misrepresentations

| Misrep | Date | Event | Alleged Misrepresentations from Complaint |
|--------|------|-------|-------------------------------------------|
|        |      |       | return to the supply and demand imbalance that has benefited the private corrections industry."[11] |
|        |      |       | "We believe our renewal rate on existing contracts remains high as a result of a variety of reasons including, but not limited to, the constrained supply of available beds within the U.S. correctional system, our ownership of the majority of the beds we operate, and the quality of our operations."[12] |
| M5 | 8/9/12 | 2   12 10- | "We believe we have been successful in working with our government partners to help them manage their correctional costs while minimizing the financial impact to us, and will continue to provide unique solutions to their correctional needs. We believe the long-term growth opportunities of our business remain very attractive as certain states consider efficiency and savings opportunities we can provide. Further, we expect insufficient bed development by our partners to result in a return to the supply and demand imbalance that has benefited the private corrections industry."[13] |
|    |        |            | "We believe our renewal rate on existing contracts remains high as a result of a variety of reasons including, but not limited to, the constrained supply of available beds within the U.S. correctional system, our ownership of the majority of the beds we operate, and the quality of our operations."[14] |
| M6 | 11/8/12 | 3   12 10- | "We believe we have been successful in working with our government partners to help them manage their correctional costs while minimizing the financial impact to us, and will continue to provide unique solutions to their correctional needs. We believe the long-term growth opportunities of our business remain very attractive as certain customers consider efficiency and savings opportunities we can provide. Further, we expect insufficient bed development by our partners to result in a return to the supply and demand imbalance that has benefited the private corrections industry."[15] |
|    |         |            | "We believe our renewal rate on existing contracts remains high as a result of a variety of reasons including, but not limited to, the constrained supply of available beds within the U.S. correctional |

---

[11]   Complaint,    129-130, citing CoreCivic 1   12 Form 10-   , filed May 7, 2012, 3:58 p.m., p. 27.

[12]   Complaint,   132, citing CoreCivic 1   12 Form 10-   , filed May 7, 2012, 3:58 p.m., p. 29.

[13]   Complaint,    129-130, citing CoreCivic 2   12 Form 10-   , filed August 9, 2012, 10:20 a.m., p. 29.

[14]   Complaint,   132, citing CoreCivic 2   12 Form 10-   , filed August 9, 2012, 10:20 a.m., p. 31.

[15]   Complaint,    129-130, citing CoreCivic 3   12 Form 10-   , filed November 8, 2012, 10:30 a.m., p. 30.

# Appendix C   Alleged Misrepresentations

| Misrep | Date | Event | Alleged Misrepresentations from Complaint |
|--------|------|-------|-------------------------------------------|
| | | | system, our ownership of the majority of the beds we operate, and the quality of our operations."[16] |
| M7 | 2/14/13 | 4  12 Earnings Conference Call | "We're observing a very much enhanced appreciation to the significant operational cost savings we can provide our partners at the state level.      So I would say that states and other stakeholders are looking at more closely their actual cost of corrections."[17]<br><br>"With all these costs factored in, which clearly has not been  sic  the case in the past, when cost comparisons are done between us and the public sector, our value proposition grows even further."[18] |
| M8 | 2/27/13 | 2012 10-K | "Our primary business strategy is to provide prison bed capacity, quality corrections services, offer a compelling value, and increase occupancy and revenue, while maintaining our position as the leading owner, operator, and manager of privatized correctional and detention facilities."[19]<br><br>"We believe that we offer a cost-effective alternative to our government partners by reducing their correctional services costs while allowing them to avoid long-term pension obligations for their employees and large capital investments in new prison beds."[20]<br><br>"Our industry benefits from significant economies of scale, resulting in lower operating costs per inmate as occupancy rates increase. We believe we have been successful in increasing the number of residents in our care and continue to pursue a number of initiatives intended to further increase our occupancy and revenue. Our competitive cost structure offers prospective customers a compelling option for incarceration."[21]<br><br>"We believe the outsourcing of prison management services to private operators allows governments to manage increasing inmate populations while simultaneously controlling correctional costs and improving correctional services. We believe our customers discover that partnering with private operators to provide residential services to their inmates |

---

[16]   Complaint,   132, citing CoreCivic 3  12 Form 10-  , filed November 8, 2012, 10:30 a.m., p. 32.

[17]   Complaint,   147, citing CoreCivic 4  12 earnings conference call, February 14, 2013. The conference call was held at 11:00 a.m. See, "CCA Announces 2012 Fourth  uarter Earnings Release and Conference Call Dates," *Mar et ire*, February 8, 2013.

[18]   Complaint,   147, citing CoreCivic 4  12 earnings conference call, February 14, 2013. The conference call was held at 11:00 a.m. See, "CCA Announces 2012 Fourth  uarter Earnings Release and Conference Call Dates," *Mar et ire*, February 8, 2013.

[19]   Complaint,   120, citing CoreCivic FY2012 Form 10-K, filed February 27, 2013, 5:07 p.m., p. 19.

[20]   Complaint,   122, citing CoreCivic FY2012 Form 10-K, filed February 27, 2013, 5:07 p.m., p. 19.

[21]   Complaint,    123-124, citing CoreCivic FY2012 Form 10-K, filed February 27, 2013, 5:07 p.m., p. 19.

5

## Appendix C   Alleged Misrepresentations

| Misrep | Date | Event | Alleged Misrepresentations from Complaint |
|--------|------|-------|-------------------------------------------|
| | | | introduces competition to their prison system, resulting in improvements to the quality and cost of corrections services throughout their correctional system."[22] |
| | | | "We believe these advantages translate into significant cost savings for government agencies."[23] |
| | | | "We believe we have been successful in working with our government partners to help them manage their correctional costs while minimizing the financial impact to us, and will continue to provide unique solutions to their correctional needs. We believe the long-term growth opportunities of our business remain very attractive as certain states consider efficiency and savings opportunities we can provide. Further, we expect insufficient bed development by our partners to result in future demand for additional bed capacity."[24] |
| | | | "We believe our renewal rate on existing contracts remains high as a result of a variety of reasons including, but not limited to, the constrained supply of available beds within the U.S. correctional system, our ownership of the majority of the beds we operate, and the quality of our operations."[25] |
| | | | "Outside agency standards, such as those established by the ACA, provide us with the industry's most widely accepted operational guidelines. We have sought and received accreditation for 57 of the facilities we operated as of December 31, 2012, and our Lake Erie Correctional Institution, which we purchased from the state of Ohio in December 2011, received accreditation in January 2013. We intend to apply for ACA accreditation for all of our eligible facilities that are not currently accredited where it is economically feasible to complete the 18-24 month accreditation process. |
| | | | Beyond the standards provided by the ACA, our facilities are operated in accordance with a variety of company and facility-specific policies and procedures. These policies and procedures reflect the high standards generated by a number of sources, including the ACA, The Joint Commission, the National Commission on Correctional Healthcare, the Occupational Safety and Health Administration, federal, state, and local government codes and regulations, established correctional procedures, and company-wide policies and procedures that may exceed these guidelines. Our facilities not only operate under these established standards, but they are consistently challenged by management to |

---

[22]   Complaint,   126-127, citing CoreCivic FY2012 Form 10-K, filed February 27, 2013, 5:07 p.m., p. 52.

[23]   Complaint,   127, citing CoreCivic FY2012 Form 10-K, filed February 27, 2013, 5:07 p.m., p. 23.

[24]   Complaint,   129-130, citing CoreCivic FY2012 Form 10-K, filed February 27, 2013, 5:07 p.m., pp. 52, 59.

[25]   Complaint,   132-133, citing CoreCivic FY2012 Form 10-K, filed February 27, 2013, 5:07 p.m., pp. 28, 61.

6

# Appendix C   Alleged Misrepresentations

| Misrep | Date | Event | Alleged Misrepresentations from Complaint |
|--------|------|-------|--------------------------------------------|
| | | | exceed them. This challenge is presented, in large part, through our extensive and comprehensive    uality Assurance Program. |
| | | | Our    uality Assurance Division independently operates under the auspices of, and reports directly to, the Company's Office of General Counsel.        The    uality Assurance Division provides governance for all efforts by our facilities to deliver high quality services and operations, with an absolute commitment to continuous quality improvement through the efforts of two major sections: the Research and Analysis Section and the Audit and Compliance Systems Section. |
| | | | The Audit and Compliance Systems Section includes a team of full-time auditors, who provide subject matter expertise from all major disciplines within institutional operations.        The Audit and Compliance Systems Section also includes a management team that coordinates the overall compliance effort across all facilities.        Our    uality Assurance Division also contracts with teams of seasoned, ACA certified correctional auditors to help ensure continuous compliance with ACA standards at accredited facilities and to help ensure that our facilities are operating at the highest possible levels."[26] |
| M9 | 5/9/13 | 1   13 10- | "We believe we have been successful in working with our government partners to help them manage their correctional costs while minimizing the financial impact to us, and will continue to provide unique solutions to their correctional needs. We believe the long-term growth opportunities of our business remain very attractive as certain states consider efficiency and savings opportunities we can provide. Further, we expect insufficient bed development by our partners to result in future demand for additional bed capacity."[27] |
| | | | "We believe our renewal rate on existing contracts remains high as a result of a variety of reasons including, but not limited to, the constrained supply of available beds within the U.S. correctional system, our ownership of the majority of the beds we operate, and the quality of our operations."[28] |
| M10 | 8/8/13 | 2   13 10- | "We believe we have been successful in working with our government partners to help them manage their correctional costs while minimizing the financial impact to us, and will continue to provide unique solutions to their correctional needs. We believe the long-term growth opportunities of our business remain very attractive as certain states consider efficiency and savings opportunities we can provide. Further, |

---

[26] Complaint,    135-136, citing CoreCivic FY2012 Form 10-K, filed February 27, 2013, 5:07 p.m., pp. 8-9.

[27] Complaint,    129-130, citing CoreCivic 1   13 Form 10-  , filed May 9, 2013, 3:25 p.m., p. 34.

[28] Complaint,    132-133, citing CoreCivic 1   13 Form 10-  , filed May 9, 2013, 3:25 p.m., p. 35.

7

## Appendix C    Alleged Misrepresentations

| Misrep | Date | Event | Alleged Misrepresentations from Complaint |
|--------|------|-------|-------------------------------------------|
|  |  |  | we expect insufficient bed development by our partners to result in future demand for additional bed capacity."[29] |
|  |  |  | "We believe our renewal rate on existing contracts remains high as a result of a variety of reasons including, but not limited to, the constrained supply of available beds within the U.S. correctional system, our ownership of the majority of the beds we operate, and the quality of our operations."[30] |
| M11 | 10/2/13 | 2013 Analyst Day | "CCA Provides to Government Partners and Taxpayers        annual costs savings of 12% or more," which savings "can fund programs to reduce population growth and recidivism."[31] |
|  |  |  | "The presentation claimed that CCA's total cost per 1,000 beds was   55 to   65 million, with an average length of construction of one to three years, whereas government's total cost was   80 to   250 million, with an average length of construction of three to seven years."[32] |
|  |  |  | "CCA's services would  improve safety & inmate quality of life'"[33] |
|  |  |  | "Compelling value proposition has driven privatized market penetration higher."[34] |
|  |  |  | "CCA achieves an   o ptimal balance between        meeting or exceeding customer and  American Correctional Association  quality standards ,  minimizing construction cost per bed ,  minimizing operating and maintenance costs ,  maximizing desirability of beds (competitive per diem, location suitable for multiple customers, ability to house various security levels and multiple customers,  just-in-time' availability) , and  exceeding ROI hurdle rates.'"[35] |

---

[29] Complaint,    129-130, citing CoreCivic 2  13 Form 10-  , filed August 8, 2013, 12:45 p.m., pp. 38-39.

[30] Complaint,    132-133, citing CoreCivic 2  13 Form 10-  , filed August 8, 2013, 12:45 p.m., p. 40.

[31] Complaint,   149, citing CoreCivic 2013 Analyst Day Presentation, October 2, 2013, p. 15. The presentation was available online at 7:01 a.m. See, CoreCivic Form 8-K, filed October 2, 2013, 7:01 a.m.

[32] Complaint,   149, citing CoreCivic 2013 Analyst Day Presentation, October 2, 2013, p. 15. The presentation was available online at 7:01 a.m. See, CoreCivic Form 8-K, filed October 2, 2013, 7:01 a.m.

[33] Complaint,   149, citing CoreCivic 2013 Analyst Day Presentation, October 2, 2013, p. 15. The presentation was available online at 7:01 a.m. See, CoreCivic Form 8-K, filed October 2, 2013, 7:01 a.m.

[34] Complaint,   149, citing CoreCivic 2013 Analyst Day Presentation, October 2, 2013, p. 16. The presentation was available online at 7:01 a.m. See, CoreCivic Form 8-K, filed October 2, 2013, 7:01 a.m.

[35] Complaint,   149, citing CoreCivic 2013 Analyst Day Presentation, October 2, 2013, p. 39. The presentation was available online at 7:01 a.m. See, CoreCivic Form 8-K, filed October 2, 2013, 7:01 a.m.

8

## Appendix C   Alleged Misrepresentations

| Misrep | Date | Event | Alleged Misrepresentations from Complaint |
|--------|------|-------|-------------------------------------------|
| | | | " uality, in the form of Operational Excellence, is a core value and essential guiding principle for CCA."[36] |
| | | | "Audits are typically conducted for each facility annually  more frequently if necessary."[37] |
| | | | "In addition to a comprehensive  uality Assurance Process conducted through our Legal department, it is worth noting that our governmental partners maintain on site monitors at the facilities – in essence providing daily inspection of the facilities."[38] |
| | | | "When eligible, facilities are also audited by the American Correctional Association, an independent third party and considered the gold standard in the corrections industry."[39] |
| | | | CoreCivic provides a "solution" for "public prison     overcrowd ing " and " h istorically low public sector prison development" because it has " v acant beds available at lower operational cost, avoids need for large capital investment by government," because " u sing CCA stems growth in unfunded pensions," and because "CCA provides cost savings of 12% or more."[40] |
| | | | "CCA is formally educating interested sellers .  Sale of prisons benefits our  sic  government partners" by providing, among other things, " o ngoing operational cost savings without the loss of operational quality."[41] |
| M12 | 11/7/13 | 3  13 10- | "We believe we have been successful in working with our government partners to help them manage their correctional costs while minimizing the financial impact to us, and will continue to provide unique solutions to their correctional needs. We believe the long-term growth opportunities of our business remain very attractive as certain states consider efficiency and savings opportunities we can provide. Further, |

---

[36] Complaint,  151, citing CoreCivic 2013 Analyst Day Presentation, October 2, 2013, p. 44. The presentation was available online at 7:01 a.m. See, CoreCivic Form 8-K, filed October 2, 2013, 7:01 a.m.

[37] Complaint,  151, citing CoreCivic 2013 Analyst Day Presentation, October 2, 2013, p. 45. The presentation was available online at 7:01 a.m. See, CoreCivic Form 8-K, filed October 2, 2013, 7:01 a.m.

[38] Complaint,  151, citing CoreCivic 2013 Analyst Day Presentation, October 2, 2013, p. 45. The presentation was available online at 7:01 a.m. See, CoreCivic Form 8-K, filed October 2, 2013, 7:01 a.m.

[39] Complaint,  151, citing CoreCivic 2013 Analyst Day Presentation, October 2, 2013, p. 45. The presentation was available online at 7:01 a.m. See, CoreCivic Form 8-K, filed October 2, 2013, 7:01 a.m.

[40] Complaint,  153, citing CoreCivic 2013 Analyst Day Presentation, October 2, 2013, p. 51. The presentation was available online at 7:01 a.m. See, CoreCivic Form 8-K, filed October 2, 2013, 7:01 a.m.

[41] Complaint,  153, citing CoreCivic 2013 Analyst Day Presentation, October 2, 2013, p. 52. The presentation was available online at 7:01 a.m. See, CoreCivic Form 8-K, filed October 2, 2013, 7:01 a.m.

Case 3:16-cv-02267    Document 362-8    Filed 11/20/20    Page 36 of 53 PageID #: 15088

## Appendix C    Alleged Misrepresentations

| Misrep | Date | Event | Alleged Misrepresentations from Complaint |
|--------|------|-------|-------------------------------------------|
| | | | we expect insufficient bed development by our partners to result in future demand for additional bed capacity."[42] <br><br> "We believe our renewal rate on existing contracts remains high as a result of a variety of reasons including, but not limited to, the constrained supply of available beds within the U.S. correctional system, our ownership of the majority of the beds we operate, and the quality of our operations."[43] |
| M13 | 2/27/14 | 2013 10-K | "Our primary business strategy is to provide prison bed capacity and quality corrections services, offer a compelling value, and increase occupancy and revenue, while maintaining our position as the leading owner, operator, and manager of privatized correctional and detention facilities."[44] <br><br> "We believe that we offer a cost-effective alternative to our government partners by reducing their correctional services costs while allowing them to avoid long-term pension obligations for their employees and large capital investments in new prison beds."[45] <br><br> "Our industry benefits from significant economies of scale, resulting in lower operating costs per inmate as occupancy rates increase. Lately reductions in occupancy have resulted in higher costs per inmate. We are pursuing a number of initiatives intended to increase our occupancy and revenue. Our competitive cost structure offers prospective customers a compelling option for incarceration."[46] <br><br> "We believe the outsourcing of prison management services to private operators allows governments to manage increasing inmate populations while simultaneously controlling correctional costs and improving correctional services. We believe our customers discover that partnering with private operators to provide residential services to their inmates introduces competition to their prison system, resulting in improvements to the quality and cost of corrections services throughout their correctional system."[47] <br><br> "We believe these advantages translate into significant cost savings for government agencies."[48] |

---

[42] Complaint, 129-130, citing CoreCivic 3 13 Form 10- , filed November 7, 2013, 1:33 p.m., p. 41.

[43] Complaint, 132-133, citing CoreCivic 3 13 Form 10- , filed November 7, 2013, 1:33 p.m., p. 42.

[44] Complaint, 120, citing CoreCivic FY2013 Form 10-K, filed February 27, 2014, 3:29 p.m., p. 18.

[45] Complaint, 122, citing CoreCivic FY2013 Form 10-K, filed February 27, 2014, 3:29 p.m., p. 19.

[46] Complaint, 123-124, citing CoreCivic FY2013 Form 10-K, filed February 27, 2014, 3:29 p.m., p. 19.

[47] Complaint, 126-127, citing CoreCivic FY2013 Form 10-K, filed February 27, 2014, 3:29 p.m., p. 51.

[48] Complaint, 127, citing CoreCivic FY2013 Form 10-K, filed February 27, 2014, 3:29 p.m., p. 23.

# Appendix C    Alleged Misrepresentations

| Misrep | Date | Event | Alleged Misrepresentations from Complaint |
|--------|------|-------|-------------------------------------------|
| | | | "We believe we have been successful in working with our government partners to help them manage their correctional costs while minimizing the financial impact to us, and will continue to provide unique solutions to their correctional needs. We believe the long-term growth opportunities of our business remain very attractive as certain states consider efficiency and savings opportunities we can provide. Further, we expect insufficient bed development by our partners to result in future demand for additional bed capacity."[49] |
| | | | "We believe our renewal rate on existing contracts remains high as a result of a variety of reasons including, but not limited to, the constrained supply of available beds within the U.S. correctional system, our ownership of the majority of the beds we operate, and the quality of our operations."[50] |
| | | | "Outside agency standards, such as those established by the ACA, provide us with the industry's most widely accepted operational guidelines. We have sought and received accreditation for 53 of the facilities we operated as of December 31, 2013, excluding owned facilities that were idle. We intend to apply for ACA accreditation for all of our eligible facilities that are not currently accredited where it is economically feasible to complete the 18-24 month accreditation process. |
| | | | Beyond the standards provided by the ACA, our facilities are operated in accordance with a variety of company and facility-specific policies and procedures, as well as various contractual requirements. These policies and procedures reflect the high standards generated by a number of sources, including the ACA, The Joint Commission, the National Commission on Correctional Healthcare, the Occupational Safety and Health Administration, federal, state, and local government codes and regulations, established correctional procedures, and company-wide policies and procedures that may exceed these guidelines. |
| | | | Prison Rape Elimination Act ("PREA") regulations were published in June 2012 and became effective in August 2013. All confinement facilities covered under the PREA standards must be audited at least every three years to be considered compliant with the PREA standards, with one-third of each facility type operated by an agency, or private organization on behalf of an agency, audited each year. These include adult prisons and jails, juvenile facilities, lockups (housing detainees overnight), and community confinement facilities, whether operated by the Department of Justice or unit of a state, local, corporate, or nonprofit authority. |

---

[49] Complaint,    129-130, citing CoreCivic FY2013 Form 10-K, filed February 27, 2014, 3:29 p.m., pp. 9, 51.

[50] Complaint,    132-133, citing CoreCivic FY2013 Form 10-K, filed February 27, 2014, 3:29 p.m., pp. 28, 61.

# Appendix C    Alleged Misrepresentations

| Misrep | Date | Event | Alleged Misrepresentations from Complaint |
|--------|------|-------|--------------------------------------------|
| | | | Our facilities not only operate under these established standards, policies, and procedures, but they are consistently challenged by our management to exceed them. This challenge is presented, in large part, through our extensive   uality Assurance Program. Our   uality Assurance Division independently operates under the auspices of, and reports directly to, our Office of General Counsel. Our   uality Assurance Division provides governance for all efforts by our facilities to deliver high quality services and operations, with a commitment to continuous quality improvement through the efforts of two major sections: the Research and Analysis Section and the Audit and Compliance Systems Section. |
| | | | The Audit and Compliance Systems Section includes a team of full-time auditors, who provide subject matter expertise from all major disciplines within institutional operations.        The Audit and Compliance Systems Section also includes a management team that coordinates the overall compliance effort across all facilities.        Our   uality Assurance Division also contracts with teams of seasoned, ACA certified correctional auditors to help ensure continuous compliance with ACA standards at accredited facilities and to help ensure that our facilities are operating at the highest possible levels."[51] |
| M14 | 5/5/14 | Chattanooga *Times  ree Press* Article | "For its part, CCA rejects the ACLU campaign and said the organization s logic is deeply flawed.' Citing Temple University economists, company spokesman Jonathan Burns said in a prepared statement that for-profit prisons save taxpayers 17 percent in corrections costs.  Those are funds that can be used for additional rehabilitation programming and other public safety priorities,        With this misguided effort, the ACLU is advocating for higher taxpayer costs and reduced flexibility for state leaders to manage their inmate populations in a safe, secure and humane way.        All of our facilities comply with our federal, state and local government partners  reporting requirements.'"[52] |
| M15 | 5/8/14 | 1  14 10- | "We believe we have been successful in working with our government partners to help them manage their correctional costs while minimizing the financial impact to us, and will continue to provide unique solutions to their correctional needs. We believe the long-term growth opportunities of our business remain very attractive as certain states consider efficiency, savings, and inmate programming opportunities we can provide. Further, we expect our partners to continue to face |

---

[51] Complaint,     135-137, citing CoreCivic FY2013 Form 10-K, filed February 27, 2014, 3:29 p.m., pp. 7-8.

[52] Complaint,   155, citing "Critics point finger at CCA : For-profit prison operator taken to task for campaign giving, operations," *Times  ree Press*, May 5, 2014.

12

# Appendix C    Alleged Misrepresentations

| Misrep | Date | Event | Alleged Misrepresentations from Complaint |
|--------|------|-------|-------------------------------------------|
| | | | challenges in developing new facilities and additional capacity which will result in future demand for the solutions that we provide."[53]<br><br>"We believe our renewal rate on existing contracts remains high as a result of a variety of reasons including, but not limited to, the constrained supply of available beds within the U.S. correctional system, our ownership of the majority of the beds we operate, and the quality of our operations."[54] |
| M16 | 6/5/14 | CoreCivic presentation at REITWeek: NAREIT's Investor Forum | " W e ve also been able  sic  provide great solutions for the government by providing cost savings and we have the unique dynamic in our industry where we can build facilities in locations that have a reasonable rational cost structure relative to construction, but also salary and wages."[55]<br><br>"So we are clearly well positioned to help correctional systems around the country to deal with this growth in overcrowding, but also have great reentry facilities to help them deal on the back end and provide appropriate programs to help with recidivism."[56] |
| M17 | 8/7/14 | 2  14 10- | "We believe we have been successful in working with our government partners to help them manage their correctional costs while minimizing the financial impact to us, and will continue to provide unique solutions to their correctional needs. We believe the long-term growth opportunities of our business remain very attractive as certain states consider efficiency, savings, and inmate programming opportunities we can provide. Further, we expect our partners to continue to face challenges in developing new facilities and additional capacity which could result in future demand for the solutions that we provide."[57]<br><br>"We believe our renewal rate on existing contracts remains high as a result of a variety of reasons including, but not limited to, the constrained supply of available beds within the U.S. correctional system, our ownership of the majority of the beds we operate, and the quality of our operations."[58] |

---

[53]    Complaint,    129-130, citing CoreCivic 1  14 Form 10-  , filed May 8, 2014, 12:54 p.m., p. 34.

[54]    Complaint,    132-133, citing CoreCivic 1  14 Form 10-  , filed May 8, 2014, 12:54 p.m., p. 35.

[55]    Complaint,   157, citing CoreCivic presentation at 2014 REITWeek: NAREIT's Investor Forum, June 5, 2014. CoreCivic presented at 9:30 a.m. Detailed schedule accessed at www.reit.com/nareit/events/reitweek/reitweek-2014/detailed-schedule on July 19, 2014 via the Internet Archive Wayback Machine.

[56]    Complaint,   157, citing CoreCivic presentation at 2014 REITWeek: NAREIT's Investor Forum, June 5, 2014. CoreCivic presented at 9:30 a.m. Detailed schedule accessed at www.reit.com/nareit/events/reitweek/reitweek-2014/detailed-schedule on July 19, 2014 through the Internet Archive Wayback Machine.

[57]    Complaint,    129-130, citing CoreCivic 2  14 Form 10-  , filed August 7, 2014, 12:25 p.m., p. 40.

[58]    Complaint,    132-133, citing CoreCivic 2  14 Form 10-  , filed August 7, 2014, 12:25 p.m., p. 41.

# Appendix C   Alleged Misrepresentations

| Misrep | Date | Event | Alleged Misrepresentations from Complaint |
|--------|------|-------|-------------------------------------------|
| M18 | 11/5/14 | 3  14 10- | "We believe we have been successful in working with our government partners to help them manage their correctional costs while minimizing the financial impact to us, and will continue to provide unique solutions to their correctional needs. We believe the long-term growth opportunities of our business remain very attractive as certain states consider efficiency, savings, and inmate programming opportunities we can provide. Further, we expect our partners to continue to face challenges in maintaining old facilities, and developing new facilities and additional capacity which could result in future demand for the solutions that we provide."[59]<br><br>"We believe our renewal rate on existing contracts remains high as a result of a variety of reasons including, but not limited to, the constrained supply of available beds within the U.S. correctional system, our ownership of the majority of the beds we operate, and the quality of our operations."[60] |
| M19 | 11/7/14 | 3  14 Investor Presentation | "Prison Break –A New Approach to Public Cost and Safety, a recent Policy Report indicates short-and long-term savings by governments can be achieved by contracting with the private sector without sacrificing quality ."[61]<br><br>The presentation shows that "CCA Average Owned Per Diem" implies "18.1%" savings relative to the "operating" and "real estate cost s " of "BOP" facilities.[62]<br><br>"Competition Creates Additional Savings - adding competition has been found to lower  sic  costs and improve performance ."[63]<br><br>"CCA's SOLUTION S " include "Vacant beds available at lower operational cost, avoids need for large capital investment by government,     short- and long-term savings to government partners" and that " s elling government prisons provides cash   cost savings."[64]<br><br>"Safety & Security is our First priority"[65] |

---

[59] Complaint,   129-130, citing CoreCivic 3  14 Form 10- , filed November 5, 2014, 11:14 a.m., p. 39.

[60] Complaint,   132-133, citing CoreCivic 3  14 Form 10- , filed November 5, 2014, 11:14 a.m., p. 40.

[61] Complaint,  159, citing CoreCivic 3  14 Investor Presentation, November 7, 2014, p. 10.

[62] Complaint,  160, citing CoreCivic 3  14 Investor Presentation, November 7, 2014, p. 11.

[63] Complaint,  161, citing CoreCivic 3  14 Investor Presentation, November 7, 2014, p. 11.

[64] Complaint,  162, citing CoreCivic 3  14 Investor Presentation, November 7, 2014, p. 29.

[65] Complaint,  164, citing CoreCivic 3  14 Investor Presentation, November 7, 2014, p. 36.

## Appendix C   Alleged Misrepresentations

| Misrep | Date | Event | Alleged Misrepresentations from Complaint |
|--------|------|-------|-------------------------------------------|
| | | | CoreCivic "Perform s  quality services for our government partners and the offenders entrusted in our care."[66] |
| M20 | 2/24/15 | 4  14 Investor Presentation | "Prison Break –A New Approach to Public Cost and Safety, a recent Policy Report indicates short-and long-term savings by governments can be achieved by contracting with the private sector without sacrificing quality .  "[67] |
| | | | The presentation shows that "CCA Average Owned Per Diem" implies "17.0%" savings relative to the "Operating" and "Real Estate Cost s " of "BOP" facilities.[68] |
| | | | "Competition Creates Additional Savings - Adding competition has been found to lower costs and improve performance .  "[69] |
| | | | "CCA provides short-and long-term savings .  "[70] |
| | | | "Selling government prisons provides cash and cost saving for use in other public works .  "[71] |
| | | | "Modern, state-of-the-art facilities that improve safety, security and cost efficiencies .  "[72] |
| | | | "Safety & Security is our First priority"[73] |
| | | | CoreCivic "Perform s  quality services for our government partners and the offenders entrusted in our care."[74] |
| M21 | 2/25/15 | 2014 10-K | "Our primary business strategy is to provide prison bed capacity and quality corrections services, offer a compelling value, and increase occupancy and revenue, while maintaining our position as the leading owner, operator, and manager of privatized correctional and detention facilities."[75] |
| | | | "We believe that we offer a cost-effective alternative to our government partners by reducing their correctional services costs while allowing |

---

[66] Complaint,  164, citing CoreCivic 3  14 Investor Presentation, November 7, 2014, p. 36.

[67] Complaint,  159, citing CoreCivic 4  14 Investor Presentation, February 24, 2015, p. 10.

[68] Complaint,  160, citing CoreCivic 4  14 Investor Presentation, February 24, 2015, p. 11.

[69] Complaint,  161, citing CoreCivic 4  14 Investor Presentation, February 24, 2015, p. 11.

[70] Complaint,  162, citing CoreCivic 4  14 Investor Presentation, February 24, 2015, p. 29.

[71] Complaint,  162, citing CoreCivic 4  14 Investor Presentation, February 24, 2015, p. 29.

[72] Complaint,  162, citing CoreCivic 4  14 Investor Presentation, February 24, 2015, p. 29.

[73] Complaint,  164, citing CoreCivic 4  14 Investor Presentation, February 24, 2015, p. 36.

[74] Complaint,  164, citing CoreCivic 4  14 Investor Presentation, February 24, 2015, p. 36.

[75] Complaint,  120, citing CoreCivic FY2014 Form 10-K, filed February 25, 2015, 12:17 p.m., p. 18.

15

# Appendix C   Alleged Misrepresentations

| Misrep | Date | Event | Alleged Misrepresentations from Complaint |
|--------|------|-------|-------------------------------------------|
| | | | them to avoid long-term pension obligations for their employees and large capital investments in new prison beds."[76] |
| | | | "Our industry benefits from significant economies of scale, resulting in lower operating costs per inmate as occupancy rates increase. We are pursuing a number of initiatives intended to increase our occupancy and revenue. Our competitive cost structure offers prospective government partners a compelling solution to incarceration."[77] |
| | | | "We believe the outsourcing of prison management services to private operators allows governments to manage increasing inmate populations while simultaneously controlling correctional costs and improving correctional services. We believe our customers discover that partnering with private operators to provide residential services to their offenders introduces competition to their prison system, resulting in improvements to the quality and cost of corrections services throughout their correctional system."[78] |
| | | | "We believe these advantages translate into significant cost savings for government agencies."[79] |
| | | | "We believe the long-term growth opportunities of our business remain very attractive as certain states consider efficiency, savings, and offender programming opportunities we can provide. Further, we expect our partners to continue to face challenges in maintaining old facilities, and developing new facilities and additional capacity which could result in future demand for the solutions we provide."[80] |
| | | | "We believe our renewal rate on existing contracts remains high as a result of a variety of reasons including, but not limited to, the constrained supply of available beds within the U.S. correctional system, our ownership of the majority of the beds we operate, and the quality of our operations."[81] |
| | | | "Outside agency standards, such as those established by the ACA, provide us with the industry's most widely accepted operational guidelines. We have sought and received accreditation for 47 of the eligible facilities we operated as of December 31, 2014. |
| | | | Beyond the standards provided by the ACA, our facilities are operated in accordance with a variety of company and facility-specific policies and procedures, as well as various contractual requirements. These |

---

[76]  Complaint, ¶122, citing CoreCivic FY2014 Form 10-K, filed February 25, 2015, 12:17 p.m., p. 18.

[77]  Complaint, ¶123-124, citing CoreCivic FY2014 Form 10-K, filed February 25, 2015, 12:17 p.m., p. 19.

[78]  Complaint, ¶126-127, citing CoreCivic FY2014 Form 10-K, filed February 25, 2015, 12:17 p.m., p. 49.

[79]  Complaint, ¶127, citing CoreCivic FY2014 Form 10-K, filed February 25, 2015, 12:17 p.m., p. 22.

[80]  Complaint, ¶129-130, citing CoreCivic FY2014 Form 10-K, filed February 25, 2015, 12:17 p.m., p. 48.

[81]  Complaint, ¶132-133, citing CoreCivic FY2014 Form 10-K, filed February 25, 2015, 12:17 p.m., pp. 27, 59.

16

# Appendix C    Alleged Misrepresentations

| Misrep | Date | Event | Alleged Misrepresentations from Complaint |
|--------|------|-------|-------------------------------------------|
|        |      |       | policies and procedures reflect the high standards generated by a number of sources, including the ACA, The Joint Commission, the National Commission on Correctional Healthcare, the Occupational Safety and Health Administration, federal, state, and local government codes and regulations, established correctional procedures, and company-wide policies and procedures that may exceed these guidelines. |
|        |      |       | Prison Rape Elimination Act, or PREA, regulations were published in June 2012 and became effective in August 2013. All confinement facilities covered under the PREA standards must be audited at least every three years to be considered compliant with the PREA standards, with one-third of each facility type operated by an agency, or private organization on behalf of an agency, audited each year. These include adult prisons and jails, juvenile facilities, lockups (housing detainees overnight), and community confinement facilities, whether operated by the Department of Justice or unit of a state, local, corporate, or nonprofit authority. |
|        |      |       | Our facilities not only operate under these established standards, policies, and procedures, but they are consistently challenged by our management to exceed them. This challenge is presented, in large part, through our extensive    uality Assurance Program. Our    uality Assurance Division, or    AD, independently operates under the auspices of, and reports directly to, our Office of General Counsel. We have devoted significant resources to meeting outside agency and accrediting organization standards and guidelines. Our    AD provides governance for all efforts by our facilities to deliver high quality services and operations, with a commitment to continuous quality improvement. |
|        |      |       | The    AD also employs a team of full-time auditors, who are subject matter experts from all major disciplines within institutional operations.    The    AD management team coordinates overall operational auditing and compliance efforts across all CCA facilities. Our    AD also contracts with teams of seasoned, ACA certified correctional auditors to help ensure continuous compliance with ACA standards at accredited facilities and to help ensure that our facilities are operating at the highest possible levels. Similarly, the    AD coordinates the work of certified PREA auditors to help ensure that all facilities operate in compliance with these important regulations."[82] |
| M22    | 5/7/15 | 1   15 10- | "We believe the long-term growth opportunities of our business remain very attractive as governments consider efficiency, savings, and offender programming opportunities we can provide. Further, we expect our partners to continue to face challenges in maintaining old facilities, |

---

[82]    Complaint,    135-137, citing CoreCivic FY2014 Form 10-K, filed February 25, 2015, 12:17 p.m., pp. 7-8.

# Appendix C  Alleged Misrepresentations

| Misrep | Date | Event | Alleged Misrepresentations from Complaint |
|--------|------|-------|-------------------------------------------|
| | | | and developing new facilities and additional capacity which could result in future demand for the solutions we provide."[83] <br><br> "We believe our renewal rate on existing contracts remains high as a result of a variety of reasons including, but not limited to, the constrained supply of available beds within the U.S. correctional system, our ownership of the majority of the beds we operate, and the quality of our operations."[84] |
| M23 | 5/19/15 | 1  15 Investor Presentation | "Short-and long-term savings by governments can be achieved by contracting with the private sector without sacrificing quality . "[85] <br><br> The presentation shows that "CCA Average Owned Per Diem" implies "15%" savings relative to the "Operating" and "Real Estate Cost s " of "BOP" facilities.[86] <br><br> "Competition Creates Additional Savings - Adding competition has been found to lower costs and improve performance . "[87] <br><br> "CCA provides short-and long-term savings . "[88] <br><br> "Selling government prisons provides cash and cost saving for use in other public works . "[89] <br><br> "Modern, state-of-the-art facilities that improve safety, security and cost efficiencies . "[90] <br><br> "Safety & Security is our First priority"[91] <br><br> CoreCivic "Perform s  quality services for our government partners and the offenders entrusted in our care."[92] |
| M24 | 8/6/15 | 2  15 10- | "We believe the long-term growth opportunities of our business remain very attractive as governments consider efficiency, savings, and offender programming opportunities we can provide. Further, we expect our partners to continue to face challenges in maintaining old facilities, |

---

[83] Complaint,    129-130, citing CoreCivic 1  15 Form 10-  , filed May 7, 2015, 1:31 p.m., pp. 32-33.

[84] Complaint,    132-133, citing CoreCivic 1  15 Form 10-  , filed May 7, 2015, 1:31 p.m., p. 34.

[85] Complaint,   159, citing CoreCivic 1  15 Investor Presentation, May 19, 2015, p. 10.

[86] Complaint,   160, citing CoreCivic 1  15 Investor Presentation, May 19, 2015, p. 11.

[87] Complaint,   161, citing CoreCivic 1  15 Investor Presentation, May 19, 2015, p. 11.

[88] Complaint,   162, citing CoreCivic 1  15 Investor Presentation, May 19, 2015, p. 28.

[89] Complaint,   162, citing CoreCivic 1  15 Investor Presentation, May 19, 2015, p. 28.

[90] Complaint,   162, citing CoreCivic 1  15 Investor Presentation, May 19, 2015, p. 28.

[91] Complaint,   164, citing CoreCivic 1  15 Investor Presentation, May 19, 2015, p. 33.

[92] Complaint,   164, citing CoreCivic 1  15 Investor Presentation, May 19, 2015, p. 33.

## Appendix C   Alleged Misrepresentations

| Misrep | Date | Event | Alleged Misrepresentations from Complaint |
|---|---|---|---|
| | | | and developing new facilities and additional capacity which could result in future demand for the solutions we provide."[93]<br><br>"We believe our renewal rate on existing contracts remains high as a result of a variety of reasons including, but not limited to, the constrained supply of available beds within the U.S. correctional system, our ownership of the majority of the beds we operate, and the quality of our operations."[94] |
| M25 | 8/21/15 | 2   15 Investor Presentation | The presentation shows that "CCA Average Owned Per Diem" implies "9.2%" savings relative to the "operating" and "real estate cost s " of "BOP" facilities.[95]<br><br>"Competition Creates Additional Savings - adding competition has been found to lower costs and improve performance . "[96]<br><br>"CCA provides short-and long-term savings . "[97]<br><br>"Selling government prisons provides cash and cost saving for use in other public works . "[98]<br><br>"Modern, state-of-the-art facilities that improve safety, security and cost efficiencies . "[99]<br><br>"Safety & Security is our First priority"[100]<br><br>CoreCivic "Perform s  quality services for our government partners and the offenders entrusted in our care."[101] |
| M26 | 11/5/15 | 3   15 10- | "We believe the long-term growth opportunities of our business remain very attractive as governments consider efficiency, savings, and offender programming opportunities we can provide. Further, we expect our partners to continue to face challenges in maintaining old facilities, and developing new facilities and additional capacity which could result in future demand for the solutions we provide."[102] |

---

[93] Complaint,    129-130, citing CoreCivic 2   15 Form 10-  , filed August 6, 2015, 12:23 p.m., pp. 36-37.

[94] Complaint,    132-133, citing CoreCivic 2   15 Form 10-  , filed August 6, 2015, 12:23 p.m., p. 39.

[95] Complaint,   160, citing CoreCivic 2   15 Investor Presentation, August 21, 2015, p. 11.

[96] Complaint,   161, citing CoreCivic 2   15 Investor Presentation, August 21, 2015, p. 11.

[97] Complaint,   162, citing CoreCivic 2   15 Investor Presentation, August 21, 2015, p. 26.

[98] Complaint,   162, citing CoreCivic 2   15 Investor Presentation, August 21, 2015, p. 26.

[99] Complaint,   162, citing CoreCivic 2   15 Investor Presentation, August 21, 2015, p. 26.

[100] Complaint,   164, citing CoreCivic 2   15 Investor Presentation, August 21, 2015, p. 31.

[101] Complaint,   164, citing CoreCivic 2   15 Investor Presentation, August 21, 2015, p. 31.

[102] Complaint,    129-130, citing CoreCivic 3   15 Form 10-  , filed November 5, 2015, 12:52 p.m., p. 39.

19

## Appendix C   Alleged Misrepresentations

| Misrep | Date | Event | Alleged Misrepresentations from Complaint |
|--------|------|-------|-------------------------------------------|
| | | | "We believe our renewal rate on existing contracts remains high as a result of a variety of reasons including, but not limited to, the constrained supply of available beds within the U.S. correctional system, our ownership of the majority of the beds we operate, and the quality of our operations."[103] |
| | | | "Despite our increase in federal revenue, inmate populations in federal facilities, particularly within the BOP system nationwide, have declined over the past two years. Inmate populations in the BOP system are expected to decline further in the fourth quarter of 2015, and potentially future quarters, primarily due to the retroactive application of changes to sentencing guidelines applicable to federal drug trafficking offenses. However, we do not expect a significant impact because BOP inmate populations within our facilities are primarily criminal aliens incarcerated for immigration violations rather than drug trafficking offenses."[104] |
| M27 | 11/12/15 | 3 15 Investor Presentation | The presentation shows that "CCA Average Owned Per Diem" implies "17.9%" savings relative to the "Operating" and "Real Estate Cost s" of "BOP" facilities.[105] |
| | | | "Competition Creates Additional Savings - Adding competition has been found to lower costs and improve performance."[106] |
| | | | "CCA provides short-and long-term savings . "[107] |
| | | | "Selling government prisons provides cash and cost saving for use in other public works . "[108] |
| | | | "Modern, state-of-the-art facilities that improve safety, security and cost efficiencies . "[109] |
| | | | "Safety & Security is our First priority"[110] |
| | | | CoreCivic "Perform s  quality services for our government partners and the offenders entrusted in our care."[111] |

---

[103] Complaint,  132-133, citing CoreCivic 3 15 Form 10-  , filed November 5, 2015, 12:52 p.m., pp. 41-42.

[104] Complaint,  139, citing CoreCivic 3 15 Form 10-  , filed November 5, 2015, 12:52 p.m., p. 38.

[105] Complaint,  160, citing CoreCivic 3 15 Investor Presentation, November 12, 2015, p. 12.

[106] Complaint,  161, citing CoreCivic 3 15 Investor Presentation, November 12, 2015, p. 12.

[107] Complaint,  162, citing CoreCivic 3 15 Investor Presentation, November 12, 2015, p. 27.

[108] Complaint,  162, citing CoreCivic 3 15 Investor Presentation, November 12, 2015, p. 27.

[109] Complaint,  162, citing CoreCivic 3 15 Investor Presentation, November 12, 2015, p. 27.

[110] Complaint,  164, citing CoreCivic 3 15 Investor Presentation, November 12, 2015, p. 32.

[111] Complaint,  164, citing CoreCivic 3 15 Investor Presentation, November 12, 2015, p. 32.

## Appendix C    Alleged Misrepresentations

| Misrep | Date | Event | Alleged Misrepresentations from Complaint |
|--------|------|-------|--------------------------------------------|
| M28 | 2/24/16 | 4  15 Investor Presentation | The presentation shows that "CCA Average Per Diem" implies "17.3%" savings relative to the "Operating" and "Real Estate Cost s " of "BOP" facilities.[112]<br><br>"Competition Creates Additional Savings - Adding competition has been found to lower costs and improve performance . "[113]<br><br>"CCA provides short-and long-term savings . "[114]<br><br>"Selling government prisons provides cash and cost saving for use in other public works . "[115]<br><br>"Modern, state-of-the-art facilities that improve safety, security and generate cost efficiencies . "[116]<br><br>"Safety & Security is our First priority"[117]<br><br>CoreCivic "Perform s  quality services for our government partners and the offenders entrusted in our care."[118] |
| M29 | 2/25/16 | 2015 10-K | "Our primary business strategy is to provide prison bed capacity and quality corrections services, offer a compelling value, and increase occupancy and revenue, while maintaining our position as the leading owner, operator, and manager of privatized correctional and detention facilities."[119]<br><br>"We believe that we offer a cost-effective alternative to our government partners by reducing their correctional services costs while allowing them to avoid long-term pension obligations for their employees and large capital investments in new prison beds."[120]<br><br>"Our industry benefits from significant economies of scale, resulting in lower operating costs per inmate as occupancy rates increase. We are pursuing a number of initiatives intended to increase our occupancy and revenue. Our competitive cost structure offers prospective government partners a compelling solution to incarceration."[121] |

---

[112]  Complaint,  160, citing CoreCivic 4  15 Investor Presentation, February 24, 2016, p. 12.

[113]  Complaint,  161, citing CoreCivic 4  15 Investor Presentation, February 24, 2016, p. 12.

[114]  Complaint,  162, citing CoreCivic 4  15 Investor Presentation, February 24, 2016, p. 28.

[115]  Complaint,  162, citing CoreCivic 4  15 Investor Presentation, February 24, 2016, p. 28.

[116]  Complaint,  162, citing CoreCivic 4  15 Investor Presentation, February 24, 2016, p. 28.

[117]  Complaint,  164, citing CoreCivic 4  15 Investor Presentation, February 24, 2016, p. 33.

[118]  Complaint,  164, citing CoreCivic 4  15 Investor Presentation, February 24, 2016, p. 33.

[119]  Complaint,  120, citing CoreCivic FY2015 Form 10-K, filed February 25, 2016, 12:58 p.m., p. 21.

[120]  Complaint,  122, citing CoreCivic FY2015 Form 10-K, filed February 25, 2016, 12:58 p.m., p. 21.

[121]  Complaint,    123-124, citing CoreCivic FY2015 Form 10-K, filed February 25, 2016, 12:58 p.m., p. 22.

# Appendix C   Alleged Misrepresentations

| Misrep | Date | Event | Alleged Misrepresentations from Complaint |
|--------|------|-------|-------------------------------------------|
| | | | "We believe the outsourcing of prison management services to private operators allows governments to manage increasing inmate populations while simultaneously controlling correctional costs and improving correctional services. We believe our customers discover that partnering with private operators to provide residential services to their offenders introduces competition to their prison system, resulting in improvements to the quality and cost of corrections services throughout their correctional system."[122] |
| | | | "We believe the long-term growth opportunities of our business remain attractive as governments consider efficiency, savings, and offender programming opportunities we can provide. Further, we expect our partners to continue to face challenges in maintaining old facilities, and developing new facilities and additional capacity which could result in future demand for the solutions we provide."[123] |
| | | | "We believe our renewal rate on existing contracts remains high as a result of a variety of reasons including, but not limited to, the constrained supply of available beds within the U.S. correctional system, our ownership of the majority of the beds we operate, and the quality of our operations."[124] |
| | | | "Outside agency standards, such as those established by the ACA, provide us with the industry's most widely accepted operational guidelines. We have sought and received accreditation for 44 of the eligible facilities we operated as of December 31, 2015, excluding our community corrections facilities. |
| | | | Beyond the standards provided by the ACA, our facilities are operated in accordance with a variety of company and facility-specific policies and procedures, as well as various contractual requirements. These policies and procedures reflect the high standards generated by a number of sources, including the ACA, The Joint Commission, the National Commission on Correctional Healthcare, the Occupational Safety and Health Administration, federal, state, and local government codes and regulations, established correctional procedures, and company-wide policies and procedures that may exceed these guidelines. |
| | | | Prison Rape Elimination Act, or PREA, regulations were published in June 2012 and became effective in August 2013. All confinement facilities covered under the PREA standards must be audited at least every three years to be considered compliant with the PREA standards, with one-third of each facility type operated by an agency, or private organization on behalf of an agency, audited each year. These include |

---

[122] Complaint,    126-127, citing CoreCivic FY2015 Form 10-K, filed February 25, 2016, 12:58 p.m., p. 54.

[123] Complaint,    129-130, citing CoreCivic FY2015 Form 10-K, filed February 25, 2016, 12:58 p.m., p. 54.

[124] Complaint,    132-133, citing CoreCivic FY2015 Form 10-K, filed February 25, 2016, 12:58 p.m., pp. 30, 64.

# Appendix C   Alleged Misrepresentations

| Misrep | Date | Event | Alleged Misrepresentations from Complaint |
|--------|------|-------|-------------------------------------------|
| | | | adult prisons and jails, juvenile facilities, lockups (housing detainees overnight), and community confinement facilities, whether operated by the Department of Justice or unit of a state, local, corporate, or nonprofit authority. |
| | | | Our facilities operate under these established standards, policies, and procedures, and also are subject to audits by our  uality Assurance Division, or  AD, which works independent from Operations management under the auspices of, and reports directly to, our Office of General Counsel. We have devoted significant resources to meeting outside agency and accrediting organization standards and guidelines. |
| | | | The  AD employs a team of full-time auditors, who are subject matter experts from all major disciplines within institutional operations. The  AD management team coordinates overall operational auditing and compliance efforts across all CCA facilities.        The  AD management team provides governance of the corporate plan of action process for issues identified through internal and external facility reviews. Our  AD also contracts with teams of ACA certified correctional auditors to evaluate compliance with ACA standards at accredited facilities. Similarly, the  AD coordinates the work of certified PREA auditors to help ensure that all facilities operate in compliance with these important regulations."[125] |
| | | | "Despite our increase in federal revenue, inmate populations in federal facilities, particularly within the BOP system nationwide, have declined over the past two years. Inmate populations in the BOP system declined in 2015 and are expected to decline further in 2016 due, in part, to the retroactive application of changes to sentencing guidelines applicable to federal drug trafficking offenses. However, we do not expect a significant impact on us because BOP inmate populations within our facilities are primarily criminal aliens incarcerated for immigration violations rather than drug trafficking offenses."[126] |
| M30 | 3/30/16 | | "Every day we remain focused on providing high-quality, safe and secure facilities that meet the needs of our government partners. By consistently doing so, we have experienced more than three decades of continued growth and contract retention rates in excess of 90 percent."[127] |

---

[125]  Complaint,    135-137, citing CoreCivic FY2015 Form 10-K, filed February 25, 2016, 12:58 p.m., pp. 7.

[126]  Complaint,    139-140, citing CoreCivic FY2015 Form 10-K, filed February 25, 2016, 12:58 p.m., p. 10.

[127]  Complaint,   35, citing 2015 Annual Letter to Shareholders, dated March 30, 2016, p. 4.

# Appendix C  Alleged Misrepresentations

| Misrep | Date | Event | Alleged Misrepresentations from Complaint |
|---|---|---|---|
| | | | "CCA's value proposition to our government partners that continue d to make it the premier provider in the industry and an ideal solution for correctional systems seeking new or replacement facilities."[128] |
| | | | "We take pride in our strong record of operational excellence that has earned CCA the confidence of our government partners. To maintain this confidence CCA is focused on our long-term performance. This requires we provide our facilities and staff with the necessary resources to operate the best corrections, detention and residential reentry facilities. It is only through our commitment to our long-term performance that CCA will drive future growth and increase shareholder value."[129] |
| M31 | 5/5/16 | 1 16 Earnings Conference Call, 1 16 10- | "We have had tremendous success at the state and federal level with either at state-level governor s being a democrat or being a republican, or a president being a democrat or republican. We ve been able to have really good operations, perform very, very well, and provide great value to our partners regardless of who s in the White House or who s in the Governor s residence in a respective state. And that s our focus, just to make sure that we continue to do a great job every day, have high quality operations, and then provide great value back to the taxpayers of that respective jurisdiction."[130] |
| | | | "We believe the long-term growth opportunities of our business remain attractive as governments consider efficiency, savings, and offender programming opportunities we can provide. Further, we expect our partners to continue to face challenges in maintaining old facilities, and developing new facilities and additional capacity which could result in future demand for the solutions we provide."[131] |
| | | | "We believe our renewal rate on existing contracts remains high as a result of a variety of reasons including, but not limited to, the constrained supply of available beds within the U.S. correctional system, our ownership of the majority of the beds we operate, and the quality of our operations."[132] |
| | | | "Despite our increase in federal revenue, inmate populations in federal facilities, particularly within the BOP system nationwide, have declined over the past two years. Inmate populations in the BOP system declined in 2015 and are expected to decline further in 2016 due, in part, to the |

---

[128]  Complaint, 35, citing 2015 Annual Letter to Shareholders, dated March 30, 2016, p. 16.

[129]  Complaint, 35, citing 2015 Annual Letter to Shareholders, dated March 30, 2016, p. 10.

[130]  Complaint, 166, citing CoreCivic 1 16 earnings conference call, May 5, 2016. The conference call was held at 11:00 a.m. See, "CCA Announces 2016 First uarter Earnings Release and Conference Call Dates," *lobal Ne s ire*, April 14, 2016.

[131]  Complaint, 129-130, citing CoreCivic 1 16 Form 10- , filed May 5, 2016, 12:30 p.m., p. 35.

[132]  Complaint, 132-133, citing CoreCivic 1 16 Form 10- , filed May 5, 2016, 12:30 p.m., p. 37.

# Appendix C    Alleged Misrepresentations

| Misrep | Date | Event | Alleged Misrepresentations from Complaint |
|---|---|---|---|
|  |  |  | retroactive application of changes to sentencing guidelines applicable to federal drug trafficking offenses. However, we do not expect a significant impact on us because BOP inmate populations within our facilities are primarily criminal aliens incarcerated for immigration violations rather than drug trafficking offenses."[133] |
| M32 | 5/17/16 | 1  16 Investor Presentation | The presentation shows that "CCA Average Per Diem" implies "14.4%" savings relative to the "Operating" and "Real Estate Cost s" of "BOP" facilities.[134] |
|  |  |  | "Competition Creates Additional Savings - Adding competition has been found to lower costs and improve performance . "[135] |
|  |  |  | "CCA provides short-and long-term savings . "[136] |
|  |  |  | "Selling government prisons provides cash and cost saving for use in other public works . "[137] |
|  |  |  | "Modern, state-of-the-art facilities that improve safety, security and generate cost efficiencies . "[138] |
|  |  |  | "Safety & Security is our First priority"[139] |
|  |  |  | CoreCivic "Perform s  quality services for our government partners and the offenders entrusted in our care."[140] |
| M33 | 6/8/16 | CoreCivic Presentation at REITWeek: NAREIT's Investor Forum | "One thing I d point to when people ask us what s a Clinton White House look like for you all, what s a Trump White House look like for you all and their respective administrations, and I can t speak in absolutes and make definitive statements. But I would say that being around 30 years and being in operation in many, many states, and also doing work with the federal government going back to the 1980s, where you had Clinton White House, you had a Bush White House, you had Obama White House, we ve done very, very well. We have operationally made sure that we are providing high quality and standard and consistent services to our partners and being very flexible and innovative in the solutions. And with that, we ve had some nice growth in our business under those three respective Presidents. We had a lot of |

---

[133] Complaint,    139-140, citing CoreCivic 1  16 Form 10- , filed May 5, 2016, 12:30 p.m., p. 34.

[134] Complaint,  160, citing CoreCivic 1  16 Investor Presentation, May 17, 2016, p. 13.

[135] Complaint,  161, citing CoreCivic 1  16 Investor Presentation, May 17, 2016, p. 13.

[136] Complaint,  162, citing CoreCivic 1  16 Investor Presentation, May 17, 2016, p. 29.

[137] Complaint,  162, citing CoreCivic 1  16 Investor Presentation, May 17, 2016, p. 29.

[138] Complaint,  162, citing CoreCivic 1  16 Investor Presentation, May 17, 2016, p. 29.

[139] Complaint,  164, citing CoreCivic 1  16 Investor Presentation, May 17, 2016, p. 34.

[140] Complaint,  164, citing CoreCivic 1  16 Investor Presentation, May 17, 2016, p. 34.

# Appendix C    Alleged Misrepresentations

| Misrep | Date | Event | Alleged Misrepresentations from Complaint |
|---|---|---|---|
| | | | growth under Clinton, we had a lot of growth under Bush, and we've had a lot of growth under President Obama. And so, with that, if we continue to do a good job on the quality, and with that, we can demonstrate savings both on capital voids, but also cost savings in our services, then I think we'll be just fine."[141] |
| M34 | 8/4/16 | 2  16 10- | "We believe the long-term growth opportunities of our business remain attractive as governments consider efficiency, savings, and offender programming opportunities we can provide. Further, we expect our partners to continue to face challenges in maintaining old facilities, and developing new facilities and additional capacity which could result in future demand for the solutions we provide."[142]

"We believe our renewal rate on existing contracts remains high as a result of a variety of reasons including, but not limited to, the constrained supply of available beds within the U.S. correctional system, our ownership of the majority of the beds we operate, and the quality of our operations."[143]

"Despite our increase in federal revenue, inmate populations in federal facilities, particularly within the BOP system nationwide, have declined over the past two years. Inmate populations in the BOP system declined in 2015 and are expected to decline further in 2016 due, in part, to the retroactive application of changes to sentencing guidelines applicable to federal drug trafficking offenses. However, we do not expect a significant impact on us because BOP inmate populations within our facilities are primarily criminal aliens incarcerated for immigration violations rather than drug trafficking offenses."[144] |

---

[141]  Complaint,   168, citing CoreCivic presentation at 2016 REITWeek: NAREIT's Investor Forum, June 8, 2016. CoreCivic presented at 12:30 p.m. Detailed schedule accessed at https://www.reit.com/events/reitweek/reitweek-2016/detailed-schedule.

[142]  Complaint,    129-130, citing CoreCivic 2  16 Form 10-   , filed August 4, 2016, 12:45 p.m., p. 41.

[143]  Complaint,    132-133, citing CoreCivic 2  16 Form 10-   , filed August 4, 2016, 12:45 p.m., p. 44.

[144]  Complaint,    139-140, citing CoreCivic 2  16 Form 10-   , filed August 4, 2016, 12:45 p.m., p. 40.