# EXHIBIT 84



**CAR XV**

**Solicitation Number:** RFP-PCC-0022
Agency: Department of Justice
Office: Bureau of Prisons
Location: Acquisitions Branch

**Notice Type:**
Presolicitation

**Posted Date:**
March 25, 2013

**Response Date:**
May 24, 2013 12:00 pm Eastern

**Archiving Policy:**
Manual Archive

**Archive Date:**
-

**Original Set Aside:**
N/A

**Set Aside:**
N/A

**Classification Code:**
R -- Professional, administrative, and management support services

**NAICS Code:**
561 -- Administrative and Support Services/561210 -- Facilities Support Services

**Synopsis:**
Added: Mar 25, 2013 1:17 pm

**Pre-Solicitation Notice**
**RFP-PCC-0022**
**CAR XV**

Description:

The Federal Bureau of Prisons (BOP) has two requirements for the management and operation of a contractor-owned/contractor-leased, contractor-operated correctional facility. Each requirement is to house approximately 1,565 to 2,000 low security, adult male inmates that are primarily criminal aliens ordinarily with 90 months or less remaining to serve on their sentences.

An offeror may submit for only one requirement or both requirements.

Requirement A:

Proposed institutions shall house inmates in a secure correctional institution that meets BOP standards as set forth in the resulting solicitation/contract. The proposed facility must be located in one of the following states: Ohio, Michigan, Pennsylvania, Delaware, New Jersey or New York. This requirement is to house approximately 1,565 to

CONFIDENTIAL          CORECIVIC_1340862

2,000 low security, adult male inmates that are primarily criminal aliens ordinarily with 90 months or less remaining to serve on their sentences.

An offeror awarded a contract must be ready to accept inmates at an existing facility within 150 days after contract award, or no later than April 1, 2016, at a rate specified in the resulting contract. Any construction, expansion, or renovation must not interfere with or delay the arrival of inmates as required by the solicitation/contract. The inmates shall be housed in a secure correctional institution that meets BOP standards as set forth in the resulting solicitation/contract.

**Requirement B:**

Proposed institutions shall house inmates in a secure correctional institution that meets BOP standards as set forth in the resulting solicitation/contract. The proposed facility may be located anywhere in the continental United States. This requirement is to house approximately 1,565 to 2,000 low security, adult male inmates that are primarily criminal aliens ordinarily with 90 months or less remaining to serve on their sentences.

An offeror awarded a contract must be ready to accept inmates at an existing facility within 150 days after contract award, or no later than April 1, 2016, at a rate specified in the resulting contract. Any construction, expansion, or renovation must not interfere with or delay the arrival of inmates as required by the solicitation/contract. The inmates shall be housed in a secure correctional institution that meets BOP standards as set forth in the resulting solicitation/contract.

**Both Requirements:**

The BOP intends to award a Performance-based, Indefinite-Delivery Indefinite-Quantity type contract. The Government will be required to order and the contractor required to furnish at least the established minimum quantity of 90% of the accepted number of contract beds for each contract year. Additionally, the contractor will be required to house a daily population of up to 15% over the accepted number of contract beds for each contract year. The contract award will have a potential term of 10 years, consisting of one four-year base period and three (3) two-year option periods. Contract performance will be governed by a performance-based work statement based on American Correctional Association Standards for Adult Correctional Institutions.

Offerors are prohibited from housing non-BOP inmates within the same fence perimeter; however, multiple populations at a prison complex with separate fence lines is acceptable. Additionally, services received from or provided to the resulting contract shall not be shared with other contractual obligations.

Award selection shall be made on a best value basis for the Government. The BOP has established a decisional rule criterion requiring all offerors to clearly demonstrate they have verifiable corporate experience operating a secure correctional/detention institution for a continuous three-year period as of the date the Request for Proposals (RFP) is issued. Information will be required from offerors regarding both existing and anticipated environmental impacts and the environmental condition of the proposed site where the institution is located. Environmental documentation and other related information will be required with the submission of the proposal in order to comply with the National Environmental Policy Act of 1969 (NEPA). A NEPA analysis will be performed for each proposed contract action. An Environmental Impact Statement may be required prior to award. The offeror's proposal cannot contain any proposal or action that could, in the sole opinion of the Bureau of Prisons, significantly impact the quality of the human environment as determined by either: (1) a consideration of the

offeror's proposal under the National Environmental Policy Act; or (2) lack of said consideration due to the failure of the offeror's proposal to contain sufficient information for the Bureau to conduct a complete analysis.

The Bureau of Prisons intends for performance to begin on either Requirement A or Requirement B no later than 06/01/2015.

The contractor shall obtain the appropriate authority from state or local law enforcement agencies to use force as necessary, (consistent with applicable policies of the federal government) to maintain the security of the institution. Proof of this authority shall be submitted to the Contracting Officer within 90 days after the deadline for receipt of proposals.

This requirement will be solicited on an unrestricted basis, open to both large and small businesses. Faith-based and Community Organizations can submit offers equally with other organizations for contracts for which they are eligible. All responsible sources may submit a proposal which shall be considered by the BOP.

The solicitation will be available on or after 04/09/2013, with an anticipated closing date for receipt of proposals on 05/24/2013. The solicitation will be distributed solely through the General Services Administration's Federal Business Opportunity website http://www.fedbizopps.gov. The site provides downloading instructions. All future information about this acquisition, including solicitation amendments, will also be distributed solely through this site. Interested parties are responsible for monitoring this site to ensure they have the most up-to-date information about this acquisition. All contractors doing business with the federal government shall be registered in the Central Contractor Registration (CCR) database. The website for CCR is www.ccr.gov. The North American Industry Classification System code for this solicitation is 561210, Facilities Support Services. Interested parties requiring further information should email Michael Bodine, Contract Specialist, at mbodine@bop.gov or Timothy Barnes, Contract Specialist, at tbarnes@bop.gov.

**Contracting Office Address:**
320 First Street, NW
Washington, District of Columbia 20534

**Place of Performance:**
Requirement A- Ohio, Michigan, Pennsylvania, Delaware, New Jersey or New York.

Requirement B- anywhere in the continental United States.

United States

**Primary Point of Contact.:**
Michael G. Bodine,
Contracting Officer
mbodine@bop.gov
Phone: 202-616-9203
Fax: 202-616-6224

CONFIDENTIAL    CORECIVIC_1340864

**Secondary Point of Contact:**
Timothy Barnes,
Contracting Officer
<tbarnes@bop.gov>
Phone: 202-353-3326
Fax: 202-616-6224

**Opportunity History**

- **Original Synopsis**
  Mar 25, 2013
  1:17 pm