# EXHIBIT 86

| | |
|---|---|
| **From:** | Tim Barnes <tbarnes@bop.gov> |
| **Sent:** | Monday, December 29, 2014 11:55 AM |
| **To:** | Ferrell, Brian |
| **Cc:** | Cathy S Scott; Michael Bodine; Robert Bland; Verhulst, Bart; Metcalf, Natasha |
| **Subject:** | RFP-PCC-0022 (CAR 15) |
| **Attachments:** | CCA.pdf |

Brian
Please see attached notice to unsuccessful offeror letter. Please let me know if you have any questions. Also, please confirm you receive this email and attachment with a confirmation reply.

Regards


Tim Barnes
Contract Specialist
Federal Bureau of Prisons
202-353-3326 ph
202-616-6224 fax



Exhibit Bland 449 7-23-20 MK

1

CONFIDENTIAL                                                                                          CORECIVIC_0759554



U. S. Department of Justice

Federal Bureau of Prisons

Washington, D.C. 20534

December 29, 2014

Brian K. Ferrell
Vice President
Proposal Development
Corrections Corporation of America
10 Burton Hills Boulevard
Nashville, Tennessee 37215

RE: Notice to Unsuccessful Offeror
    Request for Proposals (RFP)-PCC-0022
    Criminal Alien Requirement (CAR) XV

Dear Mr. Ferrell:

Thank you for Corrections Corporation of America's (CCA) response to the Federal Bureau of Prisons (Bureau) RFP-PCC-0022, Criminal Alien Requirement (CAR XV). In accordance with Federal Acquisition Regulation 15.503(b), this notification is provided to advise CCA that proposal(s) for services in Youngstown, OH; Appleton, MN; and Watonga, OK were not selected for a contract award resulting from the above stated RFP.

CCA is being notified that a contract award has been made for RFP-PCC-0022. In accordance with FAR 15.503(b)(1), CCA is being provided the following information about the contract(s) resulting from RFP-PCC-0022:

- RFP-PCC-0022 was solicited under full and open competition and not limited to a specific number of offerors;

- Nine (9) proposals were received in response to RFP PCC-0022, Requirement A and B;

- The contract resulting from RFP-PCC-0022, Requirement A and Requirement B has been awarded to The GEO Group (GEO), Inc., located at 621 NW 53rd St., Suite 700, Boca Raton, FL 33487;

CONFIDENTIAL

CORECIVIC_0759555

- Requirement A was awarded to the Moshannon Valley Correctional Center in Phillipsburg, PA. The total estimated cost of the base period for Requirement A is $200,984,676.00.

- Requirement B was awarded to the Great Plains Correctional facility in Hinton, OK. The total estimated cost of the base period for Requirement B is $166,233,546.00;

- All offers received were evaluated in accordance with Section M of the solicitation, *Evaluation Factors for Award*. As the offeror's evaluated prices were assessed against the evaluation results of the Non-Price areas, it was determined that the proposal submitted by GEO was the best value to the Government.

The Federal Bureau of Prisons appreciates CCA's interest and efforts in competing for this solicitation. The Bureau hopes that CCA continues to compete for solicitations for the management and operation of correctional facilities.

Sincerely,

**TIMOTHY BARNES**

Digitally signed by TIMOTHY BARNES
DN: c=US, o=U.S. Government, ou=Dept of Justice, ou=BOP, cn=TIMOTHY BARNES, 0.9.2342.19200300.100.1.1=1500100125 4782
Date: 2014.12.29 12:44:03 -05'00'

Tim Barnes
Contracting Officer

CONFIDENTIAL

CORECIVIC_0759556