# EXHIBIT 87



**CAR XV**

**Solicitation Number:** RFP-PCC-0022
Agency: Department of Justice
Office: Bureau of Prisons
Location: Acquisitions Branch

**Notice Type:**
Award

**Posted Date:**
December 29, 2014

**Original Response Date:**
Aug 13, 2013 12:00 pm Eastern

**Original Archive Date:**
-

**Original Set Aside:**
N/A

**Set Aside:**
N/A

**Classification Code:**
R -- Professional, administrative, and management support services

**NAICS Code:**
561 -- Administrative and Support Services/561210 -- Facilities Support Services

**Original Posted Date:**
March 25, 2013

**Response Date:**
- Eastern

**Archiving Policy:**
Automatic, 15 days after award date

**Archive Date:**
September 10, 2015

**Contract Award Date:**
December 29, 2014

**Contract Award Number:**
DJB1PC017-DJB1PC018

**Contract Award Dollar Amount:**
Total amount- DJB1PC017 - $361,068,666.00 / DJB1PC018 - $431,234,091.00

**Contractor Awarded Name:**
The GEO Group

**Contractor Awarded DUNS:**
612706465

**Contractor Awarded Address:**
DJB1PC018 (Req. A)
Moshannon Valley Correctional Center
559 GEO Road

Philipsburg, PA 16866/

DJB1PC017 (Req. B)
Great Plains Correctional Facility
700 Sugar Creek Road
Hinton, OK 73047

,

United States

Synopsis:

Added: Mar 25, 2013 1:17 pm    Modified: Mar 21, 2014 1:19 pm    Track Changes

Pre-Solicitation Notice
RFP-PCC-0022
CAR XV

NOTE: This pre-solicitation notice has been revised.

Description:

The Federal Bureau of Prisons (BOP) has two requirements for the management and operation of a contractor-owned/contractor-leased, contractor-operated correctional facility. Each requirement must be able to operate a facility that has an inmate population that will fall within the range of a minimum of 1,500 to a maximum 2,000 at the 115% level. The population will be low security, adult male inmates that are primarily criminal aliens ordinarily with 90 months or less remaining to serve on their sentences.

An offeror may submit for only one requirement or both requirements.

**Requirement A**
Proposed institutions shall house inmates in a secure correctional institution that meets BOP standards as set forth in the resulting solicitation/contract. The proposed facility must be located in one of the following states: Ohio, Michigan, Pennsylvania, Delaware, New Jersey or New York. This requirement must be able to operate a facility that has an inmate population that will fall within the range of a minimum of 1,500 to a maximum 2,000 at the 115% level. The population will be low security, adult male inmates that are primarily criminal aliens ordinarily with 90 months or less remaining to serve on their sentences.

An offeror awarded a contract must be ready to accept inmates at an existing facility within 150 days after contract award, or no later than April 1, 2016, at a rate specified in the resulting contract. Any construction, expansion, or renovation must not interfere with or delay the arrival of inmates as required by the solicitation/contract. The inmates shall be housed in a secure correctional institution that meets BOP standards as set forth in the resulting solicitation/contract.

**Requirement B**
Proposed institutions shall house inmates in a secure correctional institution that meets BOP standards as set forth in the resulting solicitation/contract. The proposed facility may be located anywhere in the continental United States. This requirement must be able to operate a facility that has an inmate population that will fall within the range of a minimum of 1,500 to a maximum of 2,000 at the 115% level. The population will be low security, adult

CONFIDENTIAL                                                                    CORECIVIC_1198505

male inmates that are primarily criminal aliens ordinarily with 90 months or less remaining to serve on their sentences.

An offeror awarded a contract must be ready to accept inmates at an existing facility within 150 days after contract award, or no later than April 1, 2016, at a rate specified in the resulting contract. Any construction, expansion, or renovation must not interfere with or delay the arrival of inmates as required by the solicitation/contract. The inmates shall be housed in a secure correctional institution that meets BOP standards as set forth in the resulting solicitation/contract.

**Both Requirements**
The BOP intends to award a Performance-based, Indefinite-Delivery Indefinite-Quantity type contract. The Government will be required to order and the contractor required to furnish at least the established minimum quantity of 90% of the accepted number of contract beds for each contract year. Additionally, the contractor will be required to house a daily population of up to 15% over the accepted number of contract beds for each contract year. The contract award will have a potential term of 10 years, consisting of one four-year base period and three (3) two-year option periods. Contract performance will be governed by a performance-based work statement based on American Correctional Association Standards for Adult Correctional Institutions.

Offerors are prohibited from housing non-Department of Justice (DOJ) inmates within the same fence perimeter; however, multiple populations at a prison complex with separate fence lines are acceptable. Services received from or provided to the resulting contract shall not be shared with other non-DOJ contractual obligations.

The BOP population must remain separate from other populations at all times. All proposals offering shared services will be evaluated to determine the soundness and effectiveness of the approach to managing and operating the shared institution and/or services.

Award selection shall be made on a best value basis for the Government. The BOP has established a decisional rule criterion requiring all offerors to clearly demonstrate they have verifiable corporate experience operating a secure correctional/detention institution for a continuous three-year period as of the date the Request for Proposals (RFP) is issued. Information will be required from offerors regarding both existing and anticipated environmental impacts and the environmental condition of the proposed site where the institution is located. Environmental documentation and other related information will be required with the submission of the proposal in order to comply with the National Environmental Policy Act of 1969 (NEPA). A NEPA analysis will be performed for each proposed contract action. An Environmental Assessment will be required prior to award for both Requirement A and B. The offeror's proposal cannot contain any proposal or action that could, in the sole opinion of the Bureau of Prisons, significantly impact the quality of the human environment as determined by either: (1) a consideration of the offeror's proposal under the National Environmental Policy Act; or (2) lack of said consideration due to the failure of the offeror's proposal to contain sufficient information for the Bureau to conduct a complete analysis  Any proposal under Requirements A or B that, in the sole opinion of the Bureau of Prisons, would necessitate an Environmental Impact Analysis will not be considered for award.

The Bureau of Prisons intends for performance to begin on either Requirement A or Requirement B no later than 06/01/2015.

This requirement will be solicited on an unrestricted basis, open to both large and small businesses. Faith-based and Community Organizations can submit offers equally with other organizations for contracts for which they are eligible. All responsible sources may submit a proposal which shall be considered by the BOP.

The solicitation will be available on or after 06/25/2013, with an anticipated closing date for receipt of proposals on 08/13/2013. The solicitation will be distributed solely through the General Services Administration's Federal Business Opportunity website http://www.fedbizopps.gov. The site provides downloading instructions. All future information about this acquisition, including solicitation amendments, will also be distributed solely through this site. Interested parties are responsible for monitoring this site to ensure they have the most up-to-date information about this acquisition. All contractors doing business with the federal government shall be registered in the Central Contractor Registration (CCR) database. The website for CCR is www.ccr.gov. The North American Industry Classification System code for this solicitation is 561210, Facilities Support Services. Interested parties requiring further information should email Michael Bodine, Contract Specialist, at mbodine@bop.gov or Timothy Barnes, Contract Specialist, at tbarnes@bop.gov.

### Solicitation 1

**Type:** Solicitation
**Posted Date:** June 26, 2013

RFP-PCC-0022_062613.pdf (1,270.63 Kb)
**Description:** Solicitation RFP-PCC-0022

CAR_15_PWS_13_06_20.pdf (488.38 Kb)
**Description:** Performance Work Statement

J_Attachments_Combined.pdf (970.65 Kb)
**Description:** J attachments

### Amendment 1

**Type:** Mod/Amendment
**Posted Date:** July 31, 2013

RFP-PCC-0022_Amendment_1.pdf (536.72 Kb)
**Description:** Amendment 1

### Answers to CAR 15 questions

**Type:** Other (Draft RFPs/RFIs, Responses to Questions, etc..)
**Posted Date:** July 31, 2013

CONFIDENTIAL                                                                                                  CORECIVIC_1198507

CAR_15_Questions_combined_07_29_2013.pdf (35.55 Kb)
Description: RFP-PCC-0022 Questions and Answers

**Amendment 2**

Type: Mod/Amendment

Posted Date: March 21, 2014

RFP-PCC-0022_Amendment_2.pdf (723.45 Kb)
Description: Amendment #02, RFP-PCC-0022.

**Amendment 3**

Type: Mod/Amendment

Posted Date: November 3, 2014

RFP-PCC-0022_Amendment_3.pdf (176.98 Kb)
Description: RFP-PCC-0022 Amendment #3

**Contracting Office Address:**
320 First Street, NW
Washington, District of Columbia 20534

**Place of Performance:**
Requirement A- Ohio, Michigan, Pennsylvania, Delaware, New Jersey or New York.

Requirement B- anywhere in the continental United States.

United States

**Primary Point of Contact.:**
Timothy Barnes,
Contracting Officer
tbarnes@bop.gov
Phone: 202-353-3326
Fax: 202-616-6224

**Secondary Point of Contact:**
Timothy Barnes,
Contracting Officer
tbarnes@bop.gov
Phone: 202-353-3326
Fax: 202-616-6224

**ALL FILES**

Solicitation 1
Jun 26, 2013
- RFP-PCC-0022_062613
- CAR_15_PWS_13_06_2
- J_Attachments_Combin

Amendment 1
Jul 31, 2013
- RFP-PCC-0022_Amend

Answers to CAR 15 questions
Jul 31, 2013
- CAR_15_Questions_cor

Amendment 2
Mar 21, 2014
- RFP-PCC-0022_Amend

Amendment 3
Nov 03, 2014
- RFP-PCC-0022_Amend

**Opportunity History**

- Original Synopsis
  *Presolicitation*
  Mar 25, 2013
  1:17 pm
- Changed
  Apr 01, 2013
  3:16 pm
- Changed
  Jun 10, 2013
  1:56 pm
- Changed
  Jun 26, 2013
  11:33 am
  *Solicitation*
- Changed
  Jul 31, 2013
  11:21 am
- Changed
  Jul 31, 2013
  11:28 am
- Changed
  Mar 21, 2014
  1:22 pm

CONFIDENTIAL                                                                    CORECIVIC_1198509

- Changed
  Mar 21, 2014
  2:50 pm
- Changed
  Nov 03, 2014
  9:58 am
- Award
  Dec 29, 2014
  3:54 pm