# EXHIBIT 93



**America's Leader in Partnership Corrections**

| | |
|---|---|
| **TO:** | **Leonardo Otero, SSIM** |
| | **U.S. Department of Justice** |
| | **Federal Bureau of Prisons** |
| **Cc:** | **Jerry Bishop, Contracting Officer** |
| **FROM:** | **Joe Pryor, Warden "/S/"** |
| | **Cibola County Correctional Center** |
| **DATE:** | **April 20, 2015** |
| **RE:** | **Notice of Concern #2015-003 dated April 6, 2015** |

## BOP CONCERN

Staffing levels at the Cibola County Correctional Center (CCCC) were below the minimum staffing requirement of 90% in Correctional Services and 85% in Health Services for the months of January through March 2015.

## CCCC'S RESPONSE

We recognize the importance of complying with the contract staffing requirements. Although Security and Health Services staffing fell below 90% and 85%, respectfully, the facility continues to make every effort to fill these vacant positions through a comprehensive human resources strategy. As a result of these ongoing efforts, we hired a new Health Services Administrator (HSA) effective January 29, 2015 and the following additional new staff began pre-service on the dates noted below:

| Pre-Service Academy Date | Positions |
|---|---|
| January 12, 2015 | 4 Correctional Officers<br>1 Medical Records Clerk |
| January 26, 2015 | 1 LPN<br>1 HSA |
| February 23, 2015 | 6 Correctional Officers |
| March 16, 2015 | 1 RN |
| April 6, 2015 | 4 Correctional Officers<br>1 RN<br>1 Physician |
| April 7, 2015 | 1 Medical Records Clerk |
| April 14, 2015 | 1 RN |

CONFIDENTIAL                                                                CORECIVIC_0098789



America's Leader in Partnership Corrections

We currently have twelve (12) Correctional Officers in various stages of the hiring process (six (6) pending background clearance, four (4) being scheduled for interviews and two (2) scheduled to begin the next pre-service training on May 11, 2015). In addition, we have one (1) full-time RN and one (1) part-time RN pending credit approval. Assuming these two RNs are hired, we will be in compliance with the threshold staffing requirements for Health Services.

Until the vacancies are filled, the facility will continue to use overtime, TDY staff and nursing agencies to cover nursing and correctional posts. We have had ten (10) TDY RN's and LPN's from other CCA facilities working at CCCC. Nursing agencies, Maxim and Prime Time Healthcare are also providing one (1) RN and one (1) LPN respectively to augment our nursing shortages. Lastly, we exceed the staffing pattern requirements by one (1) full-time LPN and one (1) full-time Medical Records Clerk.

CCCC continues to aggressively implement a wide variety of initiatives to recruit and retain staff including the following:

- On January 1, 2015, CCCC implemented a retention plan for RNs and LPNs that provides a bonus payment of up to (insert amount) to employees who reach various milestones of tenure.
- On January 8, 2015, Grants High School began offering an elective course: Introduction to Corrections as a way to educate students about the corrections industry as well as expose them to career opportunities with CCA upon graduation.
- Beginning the week of January 19, 2015, the facility implemented a referral bonus incentive for facility staff. A referral bonus of up to $1500 will be given to staff that refer Nurses and up to $1000 for Correctional Officers that are later hired and remain employed for three months and six months.
- Beginning the week of January 19, 2015, the facility increased the salary of the Clinical Supervisor by more than 10 percent and the new HSA received a salary approximately 15 percent higher than previously-offered salary levels for the same position.
- Effective January 24, 2015, CCCC increased its wage rates for RNs and LPNs above the market to further support recruitment and retention. The increase resulted in a nearly 10 percent adjustment for RNs and approximately four percent for LPNs.
- On January 25, 2015, an advertisement regarding job opportunities ran in the Albuquerque Journal, a local newspaper.
- Effective January 25, 2015, we increased the shift pay differential for nursing staff at the facility.
- Effective January 26, 2015, we rolled out our TMP media plan which consists of job postings with the following media outlets: HealthECareers (largest online job board for the medical industry in the nation), AllNurses (online nursing community and niche social network with over 700,000 registered members), Health Career Web (targeted healthcare recruitment platform dedicated to delivering qualified medical applicants) and Practice Match (number one physician site that includes a career center with site visits

CONFIDENTIAL                                                                                        CORECIVIC_0098790


America's Leader in Partnership Corrections

from over 600,000 verified physicians).

- In January 2015, we placed position announcements through newspaper advertisements in the Gallup Independent, Cibola Beacon and Albuquerque Journal.
- On March 13, 2015, CCCC placed another advertisement in The New Mexico Nurse, the official state paper for the New Mexico Nurses Association which is published each quarter and mailed to the 25,000 LPNs, RNs, and Advanced Practice and Specialty Nurses who hold an active license in New Mexico.
- On March 19, 2015, CCCC attended the Operation Hiring Hero's Job Fair in Albuquerque, New Mexico.
- On March 30, 2015, CCCC attended the Pueblo of Acoma Job Fair in Acoma, New Mexico.
- On April 10, 2015, CCCC attended the New Mexico Workforce Solutions Partnering for Success Career Fair in Albuquerque, New Mexico.
- On April 12, 2015, another advertisement regarding job opportunities ran in the New Mexico Journal.
- On April 15, 2015, another ad was placed in the Gallup Independent, a local newspaper in Gallup, New Mexico.
- On April 15, 2015, flyers regarding job opportunities were sent to the New Mexico School of Nursing and the New Mexico Highlands University for posting around each campus.
- On April 15, 2015, job opportunities were posted on the job board at the Central New Mexico Community College. The college will send emails to their graduating nurses and alumni about job opportunities as well.
- CCCC is scheduled to attend the Pueblo of Laguna Job Fair on April 28, 2015.
- Recruiting postcards targeting Nurses and Psychologists in the state of Arizona will be mailed by April 30, 2015.

In addition to the efforts listed above, CCCC will continue to distribute flyers regarding job opportunities throughout the community and advertise on numerous internet jobsite webpages. Additionally, ADO staff continue to contact each new applicant to encourage them to complete the application process.

CCCC values its long term partnership with the BOP and will continue to take aggressive steps to ensure vacancies are filled as quickly as possible to maintain required staffing levels.

CONFIDENTIAL

CORECIVIC_0098791