# EXHIBIT 98

1      IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

2

3

4    NIKKI BOLLINGER GRAE, Individually

and Behalf of All Others Similarly

5    Situated,

6          Plaintiff,

vs.          CASE NO.

7            3:16-CV-02267

CORRECTIONS CORPORATION OF

8    AMERICA, et al.,

9          Defendants.

10

11

12        CONFIDENTIAL

13    VIDEO DEPOSITION OF PATRICK SWINDLE

14       Nashville, Tennessee

15       February 21, 2020

16

17

18

19

20   Reported by:

21   Elisabeth A. Miller Lorenz

22   RMR, CRR, LCR No. 66

23

24   Job No.: 10066784

25

1        IN THE UNITED STATES DISTRICT COURT

         FOR THE MIDDLE DISTRICT OF TENNESSEE

2

3

4     NIKKI BOLLINGER GRAE, Individually

   and Behalf of All Others Similarly

5     Situated,

6                    Plaintiff,

   vs.                      CASE NO.

7                         3:16-CV-02267

   CORRECTIONS CORPORATION OF

8     AMERICA, et al.,

9                    Defendants.

10

11

12

13

14

15

16

17        Video deposition of PATRICK SWINDLE was

18     taken on behalf of Plaintiff, at Riley, Warnock &

19     Jacobson, 1906 West End Avenue, Nashville,

20     Tennessee, beginning at 9:35 a.m., and ending at

21     12:53 p.m., on Friday, February 21, 2020, before

22     Elisabeth A. Miller Lorenz, RMR, CRR, and LCR No.

23     66.

24

25

1    APPEARANCES:
2      For the Plaintiff:
3        ROBBINS GELLER RUDMAN & DOWD
      BY:  CHRISTOPHER WOOD
4        BY:  CHRISTOPHER H. LYONS
14 Union Street
5        Suite 900
      Nashville, Tennessee 37219
6        615.252.3798
      cwood@rgrlaw.com
7        clyons@rgrdlaw.com
8
9      For the Defendants:
10        RILEY, WARNOCK & JACOBSON
      BY:  TREY McGEE
11        1906 West End Avenue
      Nashville, Tennessee 37203
12        615.320.3700
      sriley@rwjplc.com
13        tmcgee@rwjplc.com
14        LATHAM & WATKINS
      BY:  BRIAN T. GLENNON
15        BY:  ERIC C. PETTIS
      355 South Grand Avenue
16        Los Angeles, California 90071-1560
      213.485.1234
17        brian.glennone@lw.com
      eric.pettis@lw.com
18
19
 Also Present:
20
 David Drumel, Videographer
21
22
23
24
25

1  Warnock & Jacobson, on behalf of defendants and the

2  witness.

3        THE VIDEOGRAPHER:  Thank you.

4        Would the court reporter please swear

5  in the witness.

6              * * *

7        PATRICK SWINDLE

8  was called as a witness, and after having been first

9  duly sworn, testified as follows:

10          E X A M I N A T I O N

11  BY MR. WOOD:

12  Q      Good morning, Mr. Swindle.

13  A      Good morning.

14  Q      You were here before testifying as a

15  representative of CoreCivic, right?

16  A      Yes.

17  Q      And you understand that today you're

18  testifying in your personal capacity, right?

19  A      Yes.

20  Q      And can you tell me what you did to prepare

21  for today's deposition?

22  A      I read the summary from my last deposition,

23  the 30(b)(6); I met with counsel briefly to prepare

24  earlier this week, and that's the extent of my

25  preparation.

Page 65

1    included would be an operations decision.

2    Q      And so who ultimately would be responsible

3    for -- for that?

4    A      As we go through the budget process -- so we

5    prepare the first pass budget.  First pass budget is

6    sent to the operations team.  The operations teams

7    distribute it to their facilities.  The facilities

8    would review those, and then they have what -- what

9    they call budget panel or budget hearing with the

10    operations vice president and then the managing

11    director for that business unit in the division.

12    And it would be in that discussion that an FTE

13    percentage would -- would be set.

14         Then as we iterate the budget, each time we

15    iterate the budget, they -- they are the owner of

16    those ultimate decisions unless they were to go to

17    the CCO role because it -- the VP would report to

18    the CCO.

19    Q      And so is that part of -- well, okay.  All

20    right.

21            (Marked Exhibit No. 300.)

22    BY MR. WOOD:

23    Q      I'm passing you what's been marked Exhibit

24    No. 300.

25         Do you recognize Exhibit No. 300?

1    A    I do.

2    Q    And what is it?

3    A    It is a -- an internal analysis to compare

4    our cost of services versus the Bureau of Prisons --

5    or the private sector, I should say, versus the

6    Bureau of Prisons.

7    Q    And was this something that you were

8    responsible for completing?

9    A    Well, this would fit within the financial

10   planning and analysis function of responsibility.

11   So we would have had responsibility as a team for

12   evaluating population trends, cost comparisons,

13   those -- those types of things as requested.

14   Q    But was this -- were you ultimately

15   responsible for the production of this report?

16   A    Well, Erik -- based on the reading and my

17   recollection, Erik prepared the report.  He reports

18   to me, so ultimately I'm responsible.

19   Q    Did somebody ask you to prepare this report?

20   A    I -- I honestly can't recall the

21   conversation that resulted in its creation.

22   Q    So you don't -- you can't remember anything

23   about -- well, do you remember anything about why

24   you created this report?

25   A    Well, the --

Page 67

1          MR. GLENNON:  Objection, vague.

2          THE WITNESS:  Well, reading it

3    contextually, what I would say is, there was an

4    opportunity once a member of a prior agency joined

5    our company to evaluate at a very deep level what

6    the cost comparison was of our service versus that

7    agency.

8               And so it's a way for us to test, are

9    we -- how much cheaper are we, and what are the cost

10   components, and then confirm what we believe to be

11   the case in terms of our cost versus the

12   government's cost.

13   BY MR. WOOD:

14   Q       So you're saying when Mr. Lappin joined CCA

15   there was an opportunity to do that deep-level

16   comparison?

17          MR. GLENNON:  Objection, foundation.

18          THE WITNESS:  His joining our company

19   gave unique insight into the cost of one of our

20   customers, which we wanted to evaluate and better

21   understand.

22   BY MR. WOOD:

23   Q       And how did -- how did he provide that

24   unique insight?

25   A       Well -- so I can't -- I can't recall the

Page 68

1   specifics.  I recall us preparing a report, having a

2   conversation to talk through the specifics of the

3   report.  We then had some follow-up that we came

4   back with to then have a secondary conversation

5   around the individual cost components of -- but

6   it -- in terms of his response, I can't remember the

7   specific details.

8   Q       But he had insight into the BOP costs,

9   right?

10  A       Oh, absolutely.

11  Q       Yeah.

12          And -- and you utilized that insight in

13  preparing this report?

14  A       Well, we prepared -- so I should say, we did

15  not use unique insight from Harley in preparing a

16  report.  We developed a report as a baseline to

17  evaluate the accuracy of our assumptions.

18          So the report would be initially created

19  based on our view, so data that I have, that Erik

20  had, that reflected our view of the cost

21  differential, we're then validating that.

22          So an example of that would be -- how should

23  I best refer to this page?

24  Q       Yeah, that's a -- well, do you have --

25  A       It would be --

Page 69

1    Q      There's a Bates number on the bottom there.

2           Do you see that?

3    A      Looks like it would be -- end in -- so

4    1327568?

5    Q      Yeah.

6    A      So this is a published report that Harley

7    signed off on when he was the director of the Bureau

8    of Prisons that's a basis for cost comparison for

9    correctional purpose -- or for congressional

10   purposes.

11   Q      Right.

12   A      And we -- we knew the cost differential

13   between private operating institutions and low

14   security institutions, which is the prime comparable

15   for us.  So we knew that cost differential.

16          We also know there are certain costs not

17   included in this cost analysis, and we had a view of

18   what we believed those were.  And it was an

19   opportunity for us to test and ensure, given his

20   sign-off, were they included or not or how were

21   those costs reflected.

22          So we prepare our analysis based on what we

23   believe to be the case, test that against the

24   reality that -- that he lived, and then use that as

25   a basis to assess the differential.

1   Q      And so Mr. Lappin appears to have signed off

2   on -- sticking with that page that you're on,

3   Mr. Lappin signed off on this it appears on

4   January 2011, right?

5   A      That's the date reflected here.

6   Q      And then he left the BOP shortly after that,

7   right?

8   A      I can't remember the exact timing of his

9   departure.

10  Q      And then joined CCA, right?

11  A      He did, yes.

12  Q      And so sticking with that page, I want to

13  get your understanding of the data on this page

14  since you -- you helped prepare this report, right?

15  A      Uh-huh -- well, Erik prepared the report; I

16  review the report.  But I have an understand --

17  understanding of all the data.

18  Q      Okay.  Great.

19         So low security there, that refers to the

20  BOP's low security facilities, right?

21  A      That's correct.

22  Q      And it shows a daily cost.

23         Is that -- is that per inmate of $61.81?

24  A      What I see is a fully loaded cost of $69.53.

25  Q      Right.

Page 72

1    at no point did I have all private sector per diems,

2    so I could not say that definitively.

3    BY MR. WOOD:

4    Q      You don't know whether or not the 64.13

5    includes oversight costs that the BOP would have

6    with respect to those privately operated

7    institutions?

8    A      I don't know that definitively.

9    Q      Do you know it -- okay.  Do you have -- do

10   you know it at all?  Do you have any sense?

11   A      Well, so at -- my presumption -- well, it

12   would be pure speculation on my part.  I -- the --

13   my presumption is that this is the average of all

14   per diems, so as awarded, in which case would not

15   include the support costs.

16   Q      And do you know how much those support costs

17   are?

18   A      I do not.

19   Q      Because they do -- right there -- there are

20   monitors that the BOP has at the private prisons,

21   right?

22   A      Right.

23   Q      And the contracting office, right?

24   A      That's correct.

25   Q      Okay.

1  A     Now, what I would also say maybe from

2  apples-to-apples perspective --

3  Q     Yeah.

4  A     -- because that's what we were really

5  striving with this report, there -- there are

6  specific component parts of our per diem we know are

7  excluded from the BOP's per diem.

8        And so an example of that would be capital

9  isn't reflected in the BOP's per diem.  I guess the

10  way I think about the -- our -- our contracts at our

11  facilities, there are two major cash flow streams.

12  There's the outflow to build a facility and the

13  financing of that facility and then the day-to-day

14  operation of the facility.

15        Our cash flow stream is reflecting both of

16  those, and so the privately operated institution --

17  institution per diem includes the capital for

18  construction and financing a facility and the

19  operation of the facility.

20        The BOP's per diem only assumes operations;

21  it doesn't include a capital component, because the

22  funding is congressionally appropriated and then

23  funded as part of the general federal budget pool.

24  So there's no cap- -- what I call capital load

25  attached to the BOP's per diem that's reflective of

1　their cost.

2　Q　　How did you -- or how did CCA use this

3　report once it was completed?

4　A　　How did CCA use this full report?

5　Q　　Uh-huh.

6　A　　It was purely validating.  I mean, it's a

7　conversation to validate the inference that we

8　believed, which is that the company is providing a

9　cost-effective service to government and that we're

10　providing them with meaningful cost savings.

11　　　So it was purely used as a conversational

12　tool with ourselves and Harley to sort of

13　iteratively baseline our understanding.

14　Q　　But you didn't use it externally outside the

15　company to try to get more business from the BOP?

16　A　　Well, I can't -- I can't speak for how

17　others might have used it.  I -- I certainly wasn't

18　a part of it being used in that capacity.

19　Q　　Were you involved in -- in lobbying efforts

20　to try to require the BOP to use the lowest cost

21　facilities for its inmates?

22　A　　I have a --

23　　　MR. GLENNON:  Objection, foundation.

24　　　THE WITNESS:  I have not been involved

25　in lobbying for CoreCivic.

1    BY MR. WOOD:

2    Q      At all?

3    A      I have not.

4    Q      Including that topic?

5           MR. GLENNON:  Objection, vague.

6           THE WITNESS:  I have not -- I have not

7    been involved with lobbying for CoreCivic.

8    BY MR. WOOD:

9    Q      Are you -- well -- so you're not aware of

10   the topics that CoreCivic lobbies about; is that

11   fair?

12   A      Lobbying is done in a different part of the

13   organization that I have not previously been a part

14   of.  Now, we have very public statements about what

15   we do and we don't lobby for.

16   Q      Right.

17   A      Which are very public statements.

18   Q      Right.

19   A      But in terms of active participation in the

20   education process for elected can- -- or elected

21   individuals, I haven't been a part of that strategy

22   at all.

23          (Marked Exhibit No. 301.)

24   BY MR. WOOD:

25   Q      I'm passing you what's been marked

1    A       The monthly operational metrics report.

2    Q       And what is -- and this is a document that

3    you received.  Your name is down there near the

4    bottom of the "to" line.

5           Do you want to confirm that?

6    A       Yes, I am on the distribution for this

7    report.

8    Q       And what is a monthly operational metrics

9    report?

10   A       It's a metrics report that traditionally

11   somebody in financial planning and analysis, either

12   Tony Miller or Amanda Lester or Ryan McCutcheon or

13   one of the other team members, would have had

14   responsibility for aggregating data from multiple

15   sources and then distributing it to the list that is

16   detailed here.

17   Q       And you -- you were on that distribution

18   list?

19   A       Yes.

20   Q       How would you use the -- this report in

21   your -- in your work?

22   A       Well, because of the timing of the

23   distribution of the metrics report, it's delivered

24   after I receive a lot of the financial data that's

25   in the report when I was in this role.  So much of

1    what would be reflected, I would have already

2    consumed.

3         So I -- I did not use this report

4    extensively for my purposes because it really lagged

5    the work that I was doing from a forecasting

6    standpoint.  So I would typically get ad hoc reports

7    from particularly Tony Miller that would -- you

8    know, well before the distribution of this report --

9    help me recalibrate the forecast each month.

10   Q      I want to go through a little bit of this

11   report too and make sure that I understand what it's

12   reflecting.

13        So if you would look at the first page,

14   there are no Bates numbers on this, but the first

15   page with data on it says, Executive summary

16   February 2014 versus budget.

17        Do you see that?

18   A      I do.

19   Q      And so the -- the first -- the first set of

20   rows says Division 1, right, which is the -- the BOP

21   facilities, right?

22   A      Correct.

23   Q      It includes the BOP facilities?

24   A      Correct, Division 1 includes the BOP

25   facilities.

1　Q　　And then -- so the first set of items says

2　Total Revenue.

3　　　　And what does Actual refer to under Total

4　Revenue?

5　A　　It would have been -- Actual would refer to

6　the actual revenue that was booked during February

7　of 2014.

8　Q　　And does booked mean invoiced?  I guess it

9　doesn't mean received.

10　A　　It would mean -- that would be -- it --

11　there's always budget reconciliation that occurs

12　with customers, so it would be what we have invoiced

13　the customer.  There may be an adjustment that would

14　occur in a subsequent period.

15　　　　We don't -- we don't eliminate the noise, so

16　each period there's some amount of noise.  And so it

17　would reflect prior -- prior period adjustments plus

18　current period invoice.

19　Q　　Can you say that again?

20　A　　I should say the invoice would reflect a --

21　would reflect any prior period adjustments.  So --

22　so in other words, the -- it's conceivable that a

23　prior period event could be impacting the current

24　period, but it is booked revenue for the period.

25　Q　　Right.

1     So if there was a -- well, as an example of

2   that, like if -- if you got a fine for an event six

3   months ago, but they could say, Take it off the next

4   invoice?

5   A     Yes.

6   Q     So actual is the actual amount invoiced in

7   that month.

8     And what about budget?

9   A     Well, actual is the amount recorded in that

10   month.

11     Budget would be -- and so, for example, you

12   could have a revenue accrual.  So if we were to have

13   an indication that some event might be occurring, we

14   could accrue for that event.  And then when we would

15   adjust, it might not be the actual invoice, but it

16   would be reflective of the net of those adjustments.

17   Q     Understood.

18   A     Budget would reflect the revenue that we

19   have -- would have budgeted or flex budgeted for the

20   period if we were flex budgeting during these

21   periods.

22   Q     And B/W?

23   A     Better or worse versus budget.

24   Q     It's actual versus budget, right?

25   A     I'm sorry, actual versus budget.  I

Page 96

1    apologize.

2    Q      And what about -- so total operating

3    expense, what's the -- what's the actual there?

4    A      Actual would be the actual expenses that

5    were accrued or incurred during the period.

6    Q      For the specific facility in that row?

7    A      Yes.

8    Q      And what does total operating expense

9    include?

10   A      Total operating expense would include all

11   direct operating costs in the day-to-day operation

12   of the facility, so it would include salaries,

13   benefits, utilities, insurance, inmate medical,

14   supplies, property taxes, transportation, all -- all

15   facility-level expenses.

16          It would exclude capital costs, so it would

17   exclude costs associated with ownership of the

18   facility -- not ownership.  Repairs and maintenance

19   are included at the facility level.

20          It would not exclude -- include capitalized

21   expenses.  So to the extent we had a large capital

22   repair, that's going to flow through depreciation,

23   all of our financing of our facilities would flow

24   through -- outside of these expenses, so they would

25   reflect the actual facility-level expenses for

1    operations that are nonfinancing, noncapitalizable.

2    Q      And I guess would -- it wouldn't include --

3    would it include any expenses related to, like,

4    CoreCivic management in Nashville that's not

5    facility specific?

6    A      All expenses would be facility-specific

7    expenses.

8    Q      And then the Budget line there -- or Budget

9    column?

10   A      The budget would be budgeted operating

11   expenses for that period -- budgeted or flex

12   budgeted operating expenses for that period.

13   Q      And B/W is better or worse actual versus

14   budget?

15   A      Yes.

16   Q      What about the EBITDA?

17   A      So EBITDA would be the cash flow generation

18   of the facility, so revenue minus the operating

19   expenses.

20        One dynamic about this report that I would

21   have to confirm is management revenue is our primary

22   revenue metric, but we have other revenue.  And so

23   transportation revenue is sometimes received.

24        And I would have to confirm -- this says

25   total revenue.  My presumption is it reflects all

1  revenue streams.  So total revenue, total operating

2  expenses, column -- the EBITDA column should reflect

3  revenue minus operating expense.

4      I said a lot to say total revenue minus

5  operating expense equals EBITDA.

6  Q   And so you have -- actual EBITDA is how --

7  can you define that?

8  A   Actual -- actual EBITDA would be the

9  mathematical calculation of actual revenue minus

10  actual operating expense.

11  Q   And budget?

12  A   Budget revenue minus budget operating

13  expense.

14  Q   And the B versus -- B/W?

15  A   That would be actual EBITDA minus budget

16  EBITDA.

17  Q   All right.  And the last set of columns is

18  Average Heads and Beds.

19      Is that -- that's -- we talked about that in

20  the prior spreadsheet is -- actual is the actual

21  number of heads and beds for February 2014?

22  A   In this report, actual heads and beds would

23  be the actual average heads and beds at that

24  facility during that month -- during the month of

25  February.

1    Q      And budget?

2    A      Budget would be the budgeted expectation.

3    Q      And the B versus W?

4    A      It should be actual minus budget.

5    Q      If you flip a few pages, if you keep going

6    until you get to -- at the top where it says

7    Operating Expenses February 2014.  I think it's the

8    next one.

9    A      Yes.

10   Q      And do you see the top row is Adams County

11   on that page?  Make sure we're on the same page.

12   A      Yes.

13   Q      I want to go through this page as well and

14   make sure I understand what's reflected in here.

15         So in general, this is the operating

16   expenses per facility for February 2014, right?

17   A      This -- it appears that the page just covers

18   salaries and wages, overtime, staff vacancies, and

19   other deficiencies, but it is not all-inclusive of

20   all costs.

21   Q      Understood.

22         So the first set of columns says Total

23   Salaries and Wages, right?

24   A      Yes.

25   Q      And -- and then it's broken down to current

1    month and then the year-to-date, right?

2    A       Correct.

3    Q       So current month actual total salary and

4    wages -- and we'll just look at the Adams line --

5    what does that reflect?

6    A       That would be the actual accrued salaries

7    for the month of February.

8    Q       Is that for -- and it's for all folks

9    working at Eden -- at Adams?

10    A       I don't -- I don't book it, but I -- I use

11    the data assuming that's the case, so my presumption

12    is yes.

13    Q       And actual B/W versus budget?

14    A       That would be actual performance versus the

15    budgeted performance, so it's reflecting better or

16    worse versus the budget.

██    ██    ████████████████████████████████████

18    additional expenses over the budget for that month?

19    A       That's correct.

20    Q       And the next line that's -- reflects that

21    differential as a percentage basis?

22    A       Yes.

██    ██    ████████████████████████████████

██    ███████████████.

25            And then the next three columns, that's just

1          I, the undersigned, a Licensed Court

2   Reporter of the State of Tennessee, do hereby

3   certify:

4          That the foregoing proceedings were

5   taken before me at the time and place herein set

6   forth; that any witnesses in the foregoing

7   proceedings, prior to testifying, were duly sworn;

8   that a record of the proceedings was made by me

9   using machine shorthand, which was thereafter

10  transcribed under my direction; that the foregoing

11  transcript is a true record of the testimony given.

12          Further, that if the foregoing pertains

13  to the original transcript of a deposition in a

14  federal case, before completion of the proceedings,

15  review of the transcript [ X ] was [   ] was not

16  requested.

17          I further certify I am neither

18  financially interested in the action nor a relative

19  or employee of any attorney or party to this action.

20          IN WITNESS WHEREOF, I have this date

21  subscribed my name.

22  Dated: March 6, 2020

23  _____

24          Elisabeth A. Miller Lorenz

25          RMR, CRR, LCR No. 66

www.aptusCR.com