# EXHIBIT 103

| From: | Hininger, Damon |
|---|---|
| Sent: | Tuesday, October 20, 2015 10:06 AM |
| To: | White, Kim |
| Subject: | RE: Cibola and Eden |

Thanks Kim. Are you in the office? If so, can you call 58061?

-----Original Message-----
From: White, Kim
Sent: Tuesday, October 20, 2015 9:49 AM
To: Hininger, Damon <Damon.Hininger@cca.com>
Subject: Re: Cibola and Eden

Damon - it could have an impact on how the fringe is evaluated by the OIG (Ben has indicated that the IG if we pay more (in total comp) to employees beyond wage determination, it might be subtracted from what we could claim on the equitable adjustment side. I am verifying with Ben, but even if there are implications, the contract implications make it worthy of consideration.

In respect to whether we have a sign-on bonus in place, the answer is no. ==This has been used for providers (and a very small number of other medical positions)== but not for security positions. I told Dave his idea was a good one and I would discuss with Ben when he is here this afternoon. It will have impact at Eden (Harley has indicated a desire to consider at Kit and NM Women's as well), but not sure at Cibola. It is worth a shot, but if it is a workforce issue in the state, we still may have to import the workforce in. We will have all options on the table before the end of the week (Monday at the latest) for our review with the cost-benefit analysis. Those of us who attended the meeting on Monday agreed we are in a "whatever it takes" mode as we were for medical staffing at the same facilities. So, we will have all the various options on the table in the next few days.

> On Oct 20, 2015, at 8:38 AM, Hininger, Damon <Damon.Hininger@cca.com> wrote:
>
> I think we do but Kim and Ben of course would know better. Almost 100% sure the answer is no on the second question.
>
>
>
>> On Oct 20, 2015, at 5:53 AM, Garfinkle, David <David.Garfinkle@cca.com> wrote:
>>
>> Do we have signing bonus plans in place at either facility? Would they affect future equitable adjustments?
>>
>> Thanks.
>>
>> Dave

1

Case 3:16-cv-02267   Document 362-36   Filed 11/20/20   Page 2 of 2 PageID #: 15523
CONFIDENTIAL                                                          CORECIVIC_1317716