# EXHIBIT 104

| From: | Hininger, Damon |
|---|---|
| Sent: | Monday, April 27, 2015 3:04 PM |
| To: | Matthew D. Nace |
| Cc: | Pryor, Joe; Verhulst, Bart; Beasley, Jeb; Baxter, John; Nalley, Michael |
| Subject: | Re: Cibola - CFM Review |

Matt-

Thank you for your very kind note. I really appreciate it.

Although they would be quick to say we have more to do, I am really proud of the team.

Best wishes and have a great week. Damon

> On Apr 27, 2015, at 9:18 AM, Matthew D. Nace <mnace@bop.gov> wrote:
>
> Good Morning Warden,
>
> I hope you and your staff were able to celebrate the excellent progress made by your Facility as evident by the Preliminary results. It goes without saying that these results didn't occur without significant contributions from Cibola staff and the support of Headquarters. I was pleased to see the significant improvement in Heath Services; no Significant Findings and only 1 repeat deficiency! Overall, the 2015 review revealed a significant reduction in "repeat deficiencies" and deficiencies!
>
> Congratulations Warden! Please extend my congratulations to your Department Heads and all Cibola staff for a job well done!
>
> Have a great week.
>
> Matt
>
>
> Sincerely,
>
> Matthew D. Nace
> Procurement Executive
> Federal Bureau of Prisons
> 320 First St., N.W., Room 5005
> Washington, D.C. 20543
> Office:  202-307-3067
> Mobile:  202 532-5356
> Email:  mnace@bop.gov
>

See how CCA is making a difference<http://cca.com/start>

1

CONFIDENTIAL     CORECIVIC_0058268

CONFIDENTIAL

CORECIVIC_0058269