# EXHIBIT 105



U.S. Department of Justice

Federal Bureau of Prisons

*Washington, D.C. 20534*

May 18, 2015

Corrections Corporation of America
Attn: Natasha K. Metcalf, Vice President
Partnership Development
10 Burton Hills Boulevard
Nashville, TN 37215

RE: DJB1PC011, Cibola County Correctional Center (CCCC), Cure Notice dated January 9, 2015.

Dear Ms. Metcalf,

On January 9, 2015, a Cure Notice (attached) was issued to Correctional Corporation of America (CCA) in regards to non-conformance in the area of Health Services with the above stated contract. During the week of April 21, 2015, the Bureau of Prisons (Bureau) conducted a Contract Facility Monitoring (CFM) to inspect any progress made at the Cibola County Correctional Center (CCCC). The preliminary results of the CFM indicate substantial progress has been made in the services provided by CCA. Of the seven deficiencies listed within the Cure Notice, CCA as adequately assured the Bureau that six of the seven have been cured. The Bureau has determined that the failures by CCA indicated in the cure notice, are no longer endangering the performance of the contract.

Sincerely,

**JERRY BISHOP** Digitally signed by JERRY BISHOP
DN: c=US, o=U.S. Government, ou=Dept of Justice, ou=BOP, cn=JERRY BISHOP,
0.9.2342.19200300.100.1.1=15001003024574
Date: 2015.05.18 07:11:59 -06'00'

Jerry Bishop, Contracting Officer


Cc:   Robert Bland, Chief PCC
      Ryan Wynne, SCO PCC
      Leonardo Otero, SSIM PMB
      Joe Pryor, Warden, CCCC

CONFIDENTIAL

CORECIVIC_0038054