UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>Magistrate Judge Jeffrey S. Frensley<br><br>DEMAND FOR JURY TRIAL |

### INDEX: III OF IV

### ADDITIONAL ATTACHMENTS TO DECLARATION OF MERYN C. N. GRANT IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| Exhibit 108 | Contractor Performance Assessment Report (CPAR), Cibola County Correctional Center, dated June 17, 2015 |
| Exhibit 109 | Contractor Performance Assessment Report (CPAR), Cibola County Correctional Center, dated Jan. 29, 2016 |
| Exhibit 110 | Contractor Performance Assessment Report (CPAR), Cibola County Correctional Center, dated Jan. 26, 2017 |
| Exhibit 111 | Aug. 1, 2016 KOAT Action News article, "Cibola County Correctional Center closing" |
| Exhibit 112 | Aug. 2, 2016 Gallup Independent (New Mexico) article, "Milan prison to close; 254 facing layoffs" |
| Exhibit 113 | Contractor Performance Assessment Report (CPAR), Eden Detention Center, dated Jul. 2, 2013 |

| | |
|---|---|
| Exhibit 114 | Contractor Performance Assessment Report (CPAR), Eden Detention Center, dated May 1, 2014 |
| Exhibit 115 | Contractor Performance Assessment Report (CPAR), Eden Detention Center, dated Sept. 26, 2016 |
| Exhibit 116 | Contractor Performance Assessment Report (CPAR), Eden Detention Center, dated Nov. 8, 2017 |
| Exhibit 117 | Contractor Performance Assessment Report (CPAR), McRae Correctional Facility, dated Dec. 21, 2012 |
| Exhibit 118 | Contractor Performance Assessment Report (CPAR), McRae Correctional Facility, dated Dec. 19, 2013 |
| Exhibit 119 | Contractor Performance Assessment Report (CPAR), McRae Correctional Facility, dated Dec. 10, 2014 |
| Exhibit 120 | Contractor Performance Assessment Report (CPAR), McRae Correctional Facility, dated Jan. 11, 2016 |
| Exhibit 121 | Contractor Performance Assessment Report (CPAR), McRae Correctional Facility, dated Jan. 19, 2017 |
| Exhibit 122 | Press Release, Office of the Inspector General, DOJ OIG Releases Report on the Federal Bureau of Prisons' Monitoring of Contract Prisons (Aug. 11, 2016) |
| Exhibit 123 | Email from K. Lilley re DOJ Memo |
| Exhibit 124 | Aug. 23, 2016 email from P. Jones re FYI |
| Exhibit 125 | Donald J. Trump, White House webpage (last visited Nov. 14, 2020) |
| Exhibit 126 | CoreCivic, Inc. Common Stock (CXW) Historical Data, Yahoo Finance |
| Exhibit 127 | Attorney General: Jeff Sessions, The U.S. Department of Justice |
| Exhibit 128 | Attorney General Jeff Sessions, Rescission of Memorandum on Use of Private Prisons (Feb. 21, 2017) |
| Exhibit 129 | Excerpts from the October 10, 2018 Deposition Transcript of Lucy Allen |
| Exhibit 130 | U.S. Department of Justice, FY 2016 Performance Budget Congressional Submission Federal Prison System Buildings and Facilities |

| | |
|---|---|
| Exhibit 131 | U.S. Department of Justice, FY 2020 Performance Budget Congressional Submission Federal Prison System Buildings and Facilities |
| Exhibit 132 | Excerpts from the February 26, 2020 Deposition Transcript of William Dalius |
| Exhibit 133 | Excerpts from the March 13, 2020 Deposition Transcript of Todd Mullenger |
| Exhibit 134 | Expert Report of Dr. Justin Marlowe, Ph.D., CGFM, pp. 1-33 |
| Exhibit 134 | Expert Report of Dr. Justin Marlowe, Ph.D., CGFM, Appendices |
| Exhibit 135 | May 2008 United States Government Accountability Office Report to the Subcommittee on Commerce, Justice, Science, and Related Agencies, Committee on Appropriations, U.S. Senate; Prison Construction: Clear Communication on the Accuracy of Cost Estimates and Project Changes is Needed |
| Exhibit 136 | Federal Prison System Per Capita Costs, Fiscal Years 2009 - 2017 |
| Exhibit 137 | 2013 Analyst Day: Durable Earnings and Significant Growth Potential |
| Exhibit 138 | Hakim and Blackstone Working Paper, Cost Analysis of Public and Contractor Operated Prisons, pp. 1-20 |
| Exhibit 138 | Hakim and Blackstone Working Paper, Cost Analysis of Public and Contractor Operated Prisons, pp. 21-41 |
| Exhibit 139 | Excerpts from the October 16, 2020, Deposition Transcript of Justin Marlowe |
| Exhibit 140 | Hakim and Blackstone report, Prison Break, A New Approach to Public Cost and Safety, pp. 1-32 |
| Exhibit 140 | Hakim and Blackstone report, Prison Break, A New Approach to Public Cost and Safety, pp. 33-70 |
| Exhibit 141 | Prison Legal News, Research Study Finding Benefits from Prison Privatization Funded by Private Prison Companies |
| Exhibit 142 | Local Regional News, Critics Point Finger at CCA: For-Profit Prison Operator Taken to Task for Campaign Giving, Operations (May 5, 2014) |
| Exhibit 143 | CoreCivic Third Quarter 2014 Investor Presentation (Nov. 2014) |
| Exhibit 144 | CoreCivic Fourth Quarter 2014 Investor Presentation (Feb. 2015) |

DATED: November 20, 2020                    Respectfully submitted:

    /s/ *Meryn C. N. Grant*
Meryn C. N. Grant (admitted *pro hac vice*)
David J. Schindler (admitted *pro hac vice*)
Brian T. Glennon (admitted *pro hac vice*)
LATHAM & WATKINS LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
T: (213) 485-1234
F: (213) 891-8763
david.schindler@lw.com
brian.glennon@lw.com
meryn.grant@lw.com

Morgan E. Whitworth (admitted pro hac vice)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
T: (415) 391-0600
F: (415) 395-8095
morgan.whitworth@lw.com

Sarah A. Tomkowiak (admitted *pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
T: (202) 637-2335
F: (415) 637-2201
sarah.tomkowiak@lw.com

Steven A. Riley (TN #6258)
Milton S. McGee, III (TN #024150)
RILEY WARNOCK & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
T: (615) 320-3700
F: (615) 320-3737
sriley@rwjplc.com
tmcgee@rwjplc.com

*Attorneys for Defendants Corrections Corporation of America, Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger, and Harley G. Lappin*

# CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing document was made upon the following Filing Users through the Electronic Filing System and via electronic mail:

Christopher Hamp Lyons
Christopher M. Wood
ROBBINS GELLER RUDMAN
& DOWD LLP
414 Union St. Suite 900
Nashville, TN 37219
clyons@rgrdlaw.com
cwood@rgrdlaw.com

Jason A. Forge
ROBBINS GELLER RUDMAN
& DOWD LLP
655 W Broadway, Suite 1900
San Diego, CA 92101
jforge@rgrdlaw.com

Dennis J. Herman
Willow E. Radcliffe
Kenneth J. Black
ROBBINS GELLER RUDMAN
& DOWD LLP
Post Montgomery Center
One Montgomery St, Suite 1800
San Francisco, CA 94104
dennish@rgrdlaw.com
willowr@rgrdlaw.com
kennyb@rgrdlaw.com

Jerry E. Martin
BARRETT JOHNSTON MARTIN &
GARRISON, LLC
Bank of America Plaza
414 Union St., Suite 900
Nashville, TN 37219
jmartin@barrettjohnston.com

Jeremy A. Lieberman
J. Alexander Hood II
Marc C. Gorrie
POMERANTZ LLP
600 Third Ave., 20th Floor
New York, NY 10016
jalieberman@pomlaw.com
ahood@pomlaw.com
mgorrie@pomlaw.com

Patrick V. Dahlstrom
POMERANTZ LLP
10 S. La Salle St., Suite 3505
Chicago, IL 60603
pdahlstrom@pomlaw.com

Paul Kent Bramlett
Robert P. Bramlett
BRAMLETT LAW OFFICES
40 Burton Hills Blvd., Suite 200
P.O. Box 150734
Nashville, TN 37215
pknashlaw@aol.com
robert@bramlettlawoffices.com

Michael Goldberg
Brian Schall
GOLDBERG LAW PC
1999 Ave. of the Stars, Suite 1100
Los Angeles, CA 90067
michael@goldberglawpc.com
brian@goldberglawpc.com

James A. Holifield , Jr.
HOLIFIELD JANICH RACHAL &
ASSOCIATES, PLLC
11907 Kingston Pike, Suite 201
Knoxville, TN 37934
aholifield@holifieldlaw.com

Christopher T. Cain
SCOTT & CAIN
550 W Main Ave., Suite 601
Knoxville, TN 37902
cain@scottandcain.com

this 20th day of November, 2020.

      /s/ *Meryn C. N. Grant*
      Meryn C. N. Grant