# EXHIBIT 111



MENU    | WEATHER 60°    SEARCH

**BREAKING NEWS:** COVID-19 maps of New Mexico: Latest coronavirus cases by county    ◀ 1/4 ▶ ⏸

### RECOMMENDED

- 'I couldn't imagine not helping her:' Bus driver's instincts rescue missing child
- Coronavirus in New Mexico: 2,897 new cases, 26 new deaths
- Health experts say you may want rethink birthday candles on cakes during pandemic
- SPONSORED CONTENT — If You Have More Than $1,000 in the Bank, Make These 4... by The Penny Hoarder
- Bodycam shows Texas deputy saving 20-day-old baby that stopped breathing
- Dozens of spices have been recalled over salmonella fears
- New Mexico agencies to crackdown on parties and large gatherings
- Spot-testing of food and drink establishment employees to begin next week
- CDC redefines COVID-19 close contact, adds brief encounters

---

**Today's Refinance Rates**    Calculate Payment ▶

| 5/1 ARM | 15-YR FIXED | 30-YR FIXED |
|---|---|---|
| **3.03%** | **2.13%** | **2.27%** |
| APR | $300,000 | APR | $300,000 | APR | $300,000 |

Terms & Conditions apply. NMLS#1136

Advertisement

## Cibola County Correctional Center closing

Share [f] [t] [🔗]    KOAT ACTION NEWS    Updated: 9:21 PM MDT Aug 1, 2016

Infinite Scroll Enabled ⬤



**ALBUQUERQUE, N.M.** — Cibola County Sheriff Tony Mace confirmed Monday that the cibola county correctional center in Milan near Grants, New Mexico, will be closing Oct. 1.

The closure will affect an estimated 300 jobs. It is a privately run, low-level security facility and has been operated by the Corrections Corporation of America since 1998.

The correctional center houses federal inmates. Mace could not say why the prison is closing but said Corrections Corporation of America is one of the biggest employers in the county.

He also said it will have a huge impact and it is bad for the community.



Advertisement

**Sponsored Content**

August 3, 2020
Here's How to Create a $1,000 Emergency Fund When...
It's a little harder this year, but it can still be done...
By The Penny Hoarder



Advertisement

## 6-year-old Texas girl killed after being struck by school bus she was trying to catch

33 Shares [f] [t] [🔗]    CNN    Updated: 12:53 PM MST Nov 18, 2020

National Desk Staff ✉

Document title: Cibola County Correctional Center closing
Capture URL: https://www.koat.com/article/cibola-county-correctional-center-closing/5072422
Capture timestamp (UTC): Thu, 19 Nov 2020 03:23:16 GMT

Case 3:16-cv-02267    Document 363-4    Filed 11/20/20    Page 2 of 4 PageID #: 15541

Page 1 of 3





RECOMMENDED

'I couldn't imagine not helping her,' Bus driver's instincts rescue missing child

Coronavirus in New Mexico: 2,897 new cases, 25 new deaths

Health experts say you may want rethink birthday candles on cakes during pandemic

SPONSORED CONTENT
If You Have More Than $1,000 in the Bank, Make These 4...
by The Penny Hoarder

Bodycam shows Texas deputy saving 20-day-old baby that stopped breathing

Dozens of spices have been recalled over salmonella fears

New Mexico agencies to crackdown on parties and large gatherings

Spot-testing of food and drink establishment employees to begin next week

CDC redefines COVID-19 close contact, adds brief encounters

33 Shares

CNN Updated: 12:53 PM MST Nov 18, 2020

National Desk Staff

SHOW TRANSCRIPT

DAILY CORONAVIRUS UPDATES BY EMAIL
Receive daily coronavirus & public health news straight to your inbox.
Your Email Address SUBMIT
Privacy Notice

**CONROE, Texas (Video from KTRK via CNN) —** A 6-year-old girl in Texas was fatally struck by her own school bus as she was trying to catch it on Tuesday.

Sponsored by NUSENDA CREDIT UNION
Community Corner
Share a story of great things.
Make a difference.
Advertisement

Sophia's bus was late, so she began to head home with her father when she saw the bus and turned around to catch it, KTRK-TV reported.

That's when tragedy struck. She was accidentally hit by the bus.

"My mom actually heard the scream," neighbor Melanie Estrada told the TV station. "After she screamed, I ran after it, and I saw her."

The girl died a short time later, according to reports.

***Watch the video above to learn more about this story.***

Sponsored Content
September 21, 2020
8 Secret Ways to Save at Walmart That Only Experts...
By The Penny Hoarder

KOAT WEATHER WeatheRate — Certified — Most Accurate
Advertisement

# Big, bad bird bullying Boston burg with blockages, blitzes

Resident claims turkey uses claws, not beak to attack humans

Share

KOAT ACTION NEWS Updated: 2:54 PM MST Nov 18, 2020

Chelsea Frisbie
Digital Curator

Resident claims turkey uses claws, not beak to attack humans

Share

KOAT ACTION NEWS 7 | Updated: 2:54 PM MST Nov 18, 2020

Chelsea Frisbie
Digital Curator

SHOW TRANSCRIPT

DAILY CORONAVIRUS UPDATES BY EMAIL
Receive daily coronavirus & public health news straight to your inbox.
Your Email Address SUBMIT
Privacy Notice

**BOSTON —** This Boston neighborhood is being terrorized by one big, bad bird. The lurking turkey was first spotted in May.

Advertisement

But perhaps knowing Thanksgiving was looming, the turkey recently made a rather threatening reappearance.

The large bird has a tendency to chase cars, block people from leaving their cars and go after people on the street.

Many residents have frightening stories of interactions.

"It tried to [bite] me, you know? I make a movement and he backed up," said Jean Frantz Moliere, who had his own experience with the terrifying turkey.

"He was coming out of the driveway, my Dad, and the turkey was attacking him. And I just made a quick run for the door," said Candy Moliere, Frantz Moliere's daughter who witnessed the attack.

An anonymous driver said this behavior isn't new: "It took another car to come. We were there over 5 minutes waiting to this turkey to let up."

"You would think it would attack with its mouth, no, it used its claws to attack the person with the cane," they added.

Boston 311 was contacted after the turkey went after an older person. Fortunately, no one has been seriously hurt.

Sponsored Content

October 31, 2020
Vacationing With Your Family in Palm Springs Is Better...
These exciting tours show there is more to Palm Springs than what meets the eye!
By Visit Palm Springs

Advertisement

## Importance of avoiding 'panic' shopping

Stores, shoppers hoping to avoid another supply shortage

RECOMMENDED

'I couldn't imagine not helping her:' Bus driver's instincts rescue missing child

Coronavirus in New Mexico: 2,897 new cases, 26 new deaths

Health experts say you may want rethink birthday candles on cakes during pandemic

SPONSORED CONTENT
If You Have More Than $1,000 in the Bank, Make These 4...
by The Penny Hoarder

Bodycam shows Texas deputy saving 20-day-old baby that stopped breathing

Dozens of spices have been recalled over salmonella fears

New Mexico agencies to crackdown on parties and large gatherings

Spot-testing of food and drink establishment employees to begin next week

CDC redefines COVID-19 close contact, adds brief encounters

Document title: Cibola County Correctional Center closing
Capture URL: https://www.koat.com/article/cibola-county-correctional-center-closing/5072422
Capture timestamp (UTC): Thu, 19 Nov 2020 03:23:16 GMT