# EXHIBIT 136

FEDERAL PRISON SYSTEM
PER CAPITA COSTS
FY 2017

| CLASSIFICATION LEVEL | AVG DAILY POPULATION | OBLIGATIONS | ANNUAL COST | DAILY COST | SUPPORT COSTS | TOTAL DAILY COST |
|---|---|---|---|---|---|---|
| ALL SECURITY CLASSIFICATION | 186,693 | 6,139,489,683.55 | 32,887 | 90.10 | 637,506,983.95 | 99.45 |
| Minimum Security | 5,182 | 125,716,719.67 | 24,262 | 66.47 | 15,286,638.58 | 74.56 |
| Low Security | 30,095 | 893,761,596.30 | 29,696 | 81.36 | 108,677,752.12 | (91.26) |
| Medium Security | 40,667 | 1,229,422,752.32 | 30,233 | 82.83 | 149,492,774.89 | 92.90 |
| High Security | 8,030 | 323,999,818.37 | 40,347 | 110.54 | 39,397,051.85 | 123.98 |
| Detention Centers | 10,501 | 438,195,629.13 | 41,727 | 114.32 | 53,282,795.05 | 128.22 |
| Administrative | 1,370 | 38,447,393.12 | 28,065 | 76.89 | 4,675,045.65 | 86.24 |
| Federal Correctional Complexes | 47,905 | 1,495,808,661.69 | 31,226 | 85.55 | 181,884,211.21 | 95.95 |
| Medical Referral Centers | 10,589 | 697,480,010.36 | 65,868 | 180.46 | 84,810,714.61 | 202.40 |
| Privately Operated Institutions | 18,688 | 451,922,306.00 | 24,181 | (56.25) | 27% savings | |
| Residential Reentry Centers | 12,739 | 411,588,290.46 | 32,310 | 88.52 | | |
| Contract State and Local Institutions | 927 | 33,146,506.13 | 35,744 | 97.93 | | |

APPROVED: _____  3/1/18
MARK S. INCH,   DATE
DIRECTOR

MARLOWE_0004824

FEDERAL PRISON SYSTEM
PER CAPITA COSTS
FY 2016

| CLASSIFICATION LEVEL<br>ALL SECURITY CLASSIFICATION | AVG DAILY POPULATION<br>185,463 | OBLIGATIONS<br>6,164,721,553.08 | ANNUAL COST<br>31,538 | DAILY COST<br>86.17 | SUPPORT COSTS<br>618,520,316.40 | TOTAL DAILY COST<br>94.82 |
|---|---|---|---|---|---|---|
| Minimum Security | 5,245 | 127,920,048.42 | 24,387 | 66.63 | 15,242,606.61 | 74.57 |
| Low Security | 29,970 | 856,692,658.41 | 28,585 | 78.10 | 102,081,177.60 | 87.41 (circled) |
| Medium Security | 42,939 | 1,251,291,361.44 | 29,141 | 79.62 | 149,100,490.64 | 89.11 |
| High Security | 8,793 | 318,431,351.87 | 36,212 | 98.94 | 37,943,417.71 | 110.73 |
| Detention Centers | 10,307 | 412,677,100.64 | 40,037 | 109.39 | 49,173,485.95 | 122.43 |
| Administrative | 1,287 | 38,641,623.68 | 30,027 | 82.04 | 4,604,431.25 | 91.82 |
| Federal Correctional Complexes | 49,653 | 1,490,202,427.58 | 30,012 | 82.00 | 177,568,486.42 | 91.77 |
| Medical Referral Centers | 10,722 | 694,932,039.24 | 64,815 | 177.09 | 82,806,220.20 | 199.19 |
| Privately Operated Institutions | 22,636 | 564,911,976.64 | 24,958 | 68.19 (circled) | 22% savings | |
| Residential Reentry Centers | 12,948 | 377,645,652.46 | 29,167 | 79.69 | | |
| Contract State and Local Institutions | 962 | 31,375,312.60 | 32,603 | 89.08 | | |

APPROVED: _Thomas R. Kane_  4-25-17
THOMAS R. KANE,    DATE
ACTING DIRECTOR

FEDERAL PRISON SYSTEM
PER CAPITA COSTS
FY 2015

| CLASSIFICATION LEVEL<br>ALL SECURITY CLASSIFICATION | AVG DAILY POPULATION<br>206,800 | OBLIGATIONS<br>6,043,680,800.93 | ANNUAL COST<br>29,226 | DAILY COST<br>80.07 | SUPPORT COSTS<br>568,947,667.97 | TOTAL DAILY COST<br>87.61 |
|---|---|---|---|---|---|---|
| Minimum Security | 6,060 | 131,661,992.09 | 21,725 | 59.52 | 14,681,176.51 | 66.16 |
| Low Security | 31,949 | 841,406,041.08 | 26,335 | 72.15 | 93,822,297.58 | (80.20) |
| Medium Security | 46,476 | 1,232,468,663.74 | 26,517 | 72.65 | 137,428,347.41 | 80.75 |
| High Security | 9,581 | 316,263,636.36 | 33,007 | 90.43 | 35,265,471.79 | 100.52 |
| Detention Centers | 10,638 | 407,753,490.20 | 38,332 | 105.02 | 45,467,191.14 | 116.73 |
| Administrative | 1,362 | 39,028,252.86 | 28,660 | 78.52 | 4,351,906.42 | 87.27 |
| Federal Correctional Complexes | 51,133 | 1,450,372,373.37 | 28,364 | 77.71 | 161,726,041.61 | 86.38 |
| Medical Referral Centers | 11,265 | 683,414,787.07 | 60,667 | 166.21 | 76,205,235.51 | 184.74 |
| Privately Operated Institutions | 23,464 | 542,580,446.48 | 23,123 | (63.35) | 21% savings | |
| Residential Reentry Centers | 13,799 | 359,914,308.47 | 26,083 | 71.46 | | |
| Contract State and Local Institutions | 1,072 | 38,816,809.21 | 36,212 | 99.21 | | |

APPROVED: _Thomas R. Kane_
THOMAS R. KANE,
ACTING DIRECTOR

2-11-16
DATE

MARLOWE_0004826

FEDERAL PRISON SYSTEM
PER CAPITA COSTS
FY 2014

| CLASSIFICATION LEVEL | AVG DAILY POPULATION | OBLIGATIONS | ANNUAL COST | DAILY COST | SUPPORT COSTS | TOTAL DAILY COST |
|---|---|---|---|---|---|---|
| ALL SECURITY CLASSIFICATION | 215,964 | 5,991,448,751.27 | 27,744 | 76.01 | 621,528,125.77 | 83.89 |
| Minimum Security | 6,447 | 133,041,817.79 | 20,637 | 56.54 | 16,734,640.31 | 63.65 |
| Low Security | 32,888 | 830,398,654.48 | 25,251 | 69.18 | 104,451,540.32 | 77.88 |
| Medium Security | 48,139 | 1,220,223,250.02 | 25,349 | 69.45 | 153,485,554.57 | 78.18 |
| High Security | 9,583 | 304,044,499.91 | 31,726 | 86.92 | 38,244,180.87 | 97.86 |
| Detention Centers | 11,429 | 400,505,634.32 | 35,040 | 96.00 | 50,377,526.73 | 108.08 |
| Administrative | 1,359 | 37,910,283.63 | 27,890 | 76.41 | 4,768,537.98 | 86.02 |
| Federal Correctional Complexes | 51,646 | 1,358,677,401.00 | 26,309 | 72.08 | 170,900,984.20 | 81.14 |
| Medical Referral Centers | 11,890 | 656,400,070.66 | 55,206 | 151.25 | 82,565,160.81 | 170.28 |
| Privately Operated Institutions | 28,847 | 639,222,499.40 | 22,159 | 60.71 | 22% savings | |
| Residential Reentry Centers | 12,707 | 368,493,397.26 | 28,999 | 79.45 | | |
| Contract State and Local Institutions | 1,028 | 42,531,242.80 | 41,369 | 113.34 | | |

APPROVED: _Charles E. Samuels_ 12-19-14
CHARLES E. SAMUELS, JR.    DATE
DIRECTOR

MARLOWE_0004827

Case 3:16-cv-02267   Document 363-30   Filed 11/20/20   Page 5 of 10 PageID #: 15816

FEDERAL PRISON SYSTEM
PER CAPITA COSTS
FY 2013

| CLASSIFICATION LEVEL | AVG DAILY POPULATION | OBLIGATIONS | ANNUAL COST | DAILY COST | SUPPORT COSTS | TOTAL DAILY COST |
|---|---|---|---|---|---|---|
| ALL SECURITY CLASSIFICATION | 218,332 | 5,820,188,695.88 | 26,656 | 73.03 | 575,008,981.39 | 80.25 |
| Minimum Security | 6,612 | 129,745,137.25 | 19,622 | 53.76 | 15,452,343.42 | 60.16 |
| Low Security | 33,748 | 825,872,299.68 | 24,473 | 67.05 | 98,359,465.82 | 75.03 |
| Medium Security | 47,860 | 1,166,575,043.26 | 24,375 | 66.78 | 138,936,368.42 | 74.73 |
| High Security | 9,676 | 292,992,650.62 | 30,280 | 82.96 | 34,894,741.74 | 92.84 |
| Detention Centers | 12,113 | 401,438,950.89 | 33,142 | 90.80 | 47,810,443.32 | 101.61 |
| Administrative | 1,425 | 38,332,935.81 | 26,897 | 73.69 | 4,565,363.30 | 82.47 |
| Federal Correctional Complexes | 52,733 | 1,334,953,036.15 | 25,316 | 69.36 | 158,989,794.90 | 77.62 |
| Medical Referral Centers | 12,113 | 638,135,582.95 | 52,680 | 144.33 | 76,000,460.47 | 161.52 |
| Privately Operated Institutions | 29,069 | 634,838,020.29 | 21,838 | 59.83 | | |
| Residential Reentry Centers | 12,057 | 320,866,556.39 | 26,612 | 72.91 | | |
| Contract State and Local Institutions | 925 | 36,438,482.59 | 39,413 | 107.98 | | |

20% savings

APPROVED: _Charles Samuels_ signature   12-20-13
CHARLES E. SAMUELS, JR.   DATE
DIRECTOR

MARLOWE_0004828

## FEDERAL PRISON SYSTEM
## PER CAPITA COSTS
## FY 2012

| CLASSIFICATION LEVEL | AVG DAILY POPULATION | OBLIGATIONS | ANNUAL COST | DAILY COST | SUPPORT COSTS | TOTAL DAILY COST |
|---|---|---|---|---|---|---|
| ALL SECURITY CLASSIFICATION | 217,394 | 5,729,972,375.04 | 26,359 | 72.02 | 580,263,504.64 | 79.31 |
| Minimum Security | 6,751 | 130,468,724.41 | 19,325 | 52.80 | 15,986,860.15 | 59.27 |
| Low Security | 33,359 | 807,316,478.38 | 24,200 | 66.12 | 98,923,761.24 | 74.22 |
| Medium Security | 48,013 | 1,141,422,595.66 | 23,772 | 64.95 | 139,863,124.23 | 72.91 |
| High Security | 9,747 | 295,619,249.65 | 30,330 | 82.87 | 36,223,421.54 | 93.02 |
| Detention Centers | 12,363 | 388,025,471.05 | 31,385 | 85.75 | 47,546,329.35 | 96.26 |
| Administrative | 1,363 | 37,691,680.88 | 27,655 | 75.56 | 4,618,514.01 | 84.82 |
| Federal Correctional Complexes | 53,051 | 1,308,312,860.81 | 24,661 | 67.38 | 160,312,862.98 | 75.64 |
| Medical Referral Centers | 12,185 | 626,671,902.03 | 51,430 | 140.52 | 76,788,641.14 | 157.74 |
| Privately Operated Institutions | 27,827 | 640,121,010.87 | 23,003 | 62.85 | 152 savings | |
| Residential Reentry Centers | 11,474 | 309,838,265.48 | 27,003 | 73.78 | | |
| Contract State and Local Institutions | 1,259 | 44,484,135.82 | 35,323 | 96.51 | | |

APPROVED: *[signature]* CHARLES E. SAMUELS, JR.
DIRECTOR

12-10-12
DATE

MARLOWE_0004829

Case 3:16-cv-02267    Document 363-30    Filed 11/20/20    Page 7 of 10 PageID #: 15818

FEDERAL PRISON SYSTEM
PER CAPITA COSTS
FY 2011

| CLASSIFICATION LEVEL | AVG DAILY POPULATION | OBLIGATIONS | ANNUAL COST | DAILY COST | SUPPORT COSTS | TOTAL DAILY COST |
|---|---|---|---|---|---|---|
| ALL SECURITY CLASSIFICATION | 212,641 | 5,548,705,640.74 | 26,094 | 71.49 | 595,438,139.59 | 73.16 |
| Minimum Security | 6,787 | 127,934,139.50 | 18,849 | 51.64 | 16,537,068.84 | 58.32 |
| Low Security | 33,331 | 792,568,388.04 | 23,780 | 65.15 | 102,451,845.85 | (73.57) |
| Medium Security | 45,949 | 1,092,597,437.40 | 23,780 | 65.15 | 141,231,723.70 | 73.57 |
| High Security | 9,459 | 290,058,802.51 | 30,664 | 84.01 | 37,493,685.46 | 94.87 |
| Detention Centers | 12,756 | 383,941,644.43 | 30,098 | 82.46 | 49,629,203.21 | 93.12 |
| Administrative | 1,423 | 38,296,726.16 | 26,922 | 73.76 | 4,950,325.22 | 83.29 |
| Federal Correctional Complexes | 51,995 | 1,266,920,352.97 | 24,367 | 66.76 | 163,765,115.24 | 75.39 |
| Medical Referral Centers | 11,964 | 614,093,475.06 | 51,330 | 140.63 | 79,379,172.08 | 158.80 |
| Privately Operated Institutions | 24,492 | 562,160,151.62 | 22,951 | (62.88) | 15% savings | |
| Contract Community Corrections Ctrs | 11,382 | 297,777,947.21 | 26,163 | 71.68 | | |
| Contract State and Local Institutions | 3,103 | 82,336,575.84 | 26,536 | 72.70 | | |

APPROVED: _Charles E. Samuels_  1-17-12
CHARLES E. SAMUELS, JR.   DATE
DIRECTOR

FEDERAL PRISON SYSTEM
PER CAPITA COSTS
FY 2010

| CLASSIFICATION LEVEL | AVG DAILY POPULATION | OBLIGATIONS | ANNUAL COST | DAILY COST | SUPPORT COSTS | TOTAL DAILY COST |
|---|---|---|---|---|---|---|
| ALL SECURITY CLASSIFICATION | 210,078 | 5,383,955,146.72 | 25,627 | 70.21 | 557,469,557.44 | 77.49 |
| Minimum Security | 6,554 | 122,393,471.97 | 18,673 | 51.16 | 15,271,150.98 | 57.55 |
| Low Security | 33,523 | 756,342,132.17 | 22,561 | 61.81 | 94,369,533.83 | 69.53 |
| Medium Security | 45,460 | 1,060,882,715.05 | 23,338 | 63.94 | 132,367,354.68 | 71.91 |
| High Security | 9,418 | 283,501,795.89 | 30,102 | 82.47 | 35,372,791.20 | 92.76 |
| Detention Centers | 12,694 | 370,690,221.41 | 29,204 | 80.01 | 46,251,374.75 | 89.99 |
| Administrative | 1,516 | 36,502,961.58 | 24,075 | 65.96 | 4,554,509.56 | 74.19 |
| Federal Correctional Complexes | 51,151 | 1,240,017,402.33 | 24,243 | 66.42 | 154,718,161.57 | 74.70 |
| Medical Referral Centers | 12,010 | 597,612,464.77 | 49,760 | 136.33 | 74,564,680.87 | 153.34 |
| Privately Operated Institutions | 23,665 | 553,917,507.26 | 23,407 | 64.13 | | |
| Contract Community Corrections Ctrs | 10,957 | 283,130,432.02 | 25,838 | 70.79 | | |
| Contract State and Local Institutions | 3,130 | 78,964,042.27 | 25,229 | 69.12 | | |

8% savings

APPROVED: Harley G. Lappin
HARLEY G LAPPIN
DIRECTOR

1/12/11
DATE

FEDERAL PRISON SYSTEM
PER CAPITA COSTS
FY 2009

| CLASSIFICATION LEVEL<br>ALL SECURITY CLASSIFICATION | AVG DAILY POPULATION | OBLIGATIONS | ANNUAL COST | DAILY COST | SUPPORT COSTS | TOTAL DAILY COST |
|---|---|---|---|---|---|---|
| | 203,490 | 5,036,810,256.48 | 24,751 | 67.81 | 508,483,694.62 | 74.66 |
| Minimum Security | 6,340 | 117,494,184.35 | 18,531 | 50.77 | 14,197,646.47 | 56.91 |
| Low Security | 28,731 | 617,442,824.21 | 21,491 | 58.88 | 74,609,947.58 | (65.81) |
| Medium Security | 44,939 | 1,020,058,767.10 | 22,699 | 62.19 | 123,260,856.15 | 69.51 |
| High Security | 10,578 | 303,123,980.11 | 28,656 | 78.51 | 36,628,596.82 | 87.75 |
| Detention Centers | 12,856 | 355,941,794.86 | 27,689 | 75.86 | 43,010,943.87 | 84.79 |
| Administrative | 4,330 | 117,631,960.03 | 27,171 | 74.44 | 14,214,294.87 | 83.20 |
| Federal Correctional Complexes | 48,068 | 1,104,317,530.15 | 22,973 | 62.94 | 133,442,433.54 | 70.36 |
| Medical Referral Centers | 11,684 | 572,001,679.59 | 48,957 | 134.13 | 69,118,975.32 | 149.93 |
| Privately Operated Institutions | 22,188 | 488,294,730.81 | 22,006 | (60.29) | 8% savings | |
| Contract Community Corrections Ctrs | 10,600 | 262,437,238.59 | 24,758 | 67.83 | | |
| Contract State and Local Institutions | 3,177 | 78,065,566.68 | 24,575 | 67.33 | | |

APPROVED: Harley G. Lappin
HARLEY G. LAPPIN
DIRECTOR

12/7/09
DATE

MARLOWE_0004832

Case 3:16-cv-02267    Document 363-30    Filed 11/20/20    Page 10 of 10 PageID #: 15821