# EXHIBIT 139

```
 1        UNITED STATES DISTRICT COURT
 2        MIDDLE DISTRICT OF TENNESSEE
 3
 4    NIKKI BOLLINGER GRAE, Individually
      and on Behalf of All Others
 5    Similarly Situated,
 6           Plaintiff,         Civil Action No.
 7    vs.                       3:16-cv-02267
 8    CORRECTIONS CORPORATION OF
      AMERICA, ET AL.,
 9
             Defendants.
10
      _____
11
12      CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
13
14      VIDEOTAPED DEPOSITION OF JUSTIN MARLOWE, Ph.D.
15
16      Conducted virtually via remote videoconference
17              October 16, 2020
18
19
20
21
22
23    Reported by:
      Misty Klapper, RMR, CRR
24       Job No.: 10073529
25
```

1 UNITED STATES DISTRICT COURT
2 MIDDLE DISTRICT OF TENNESSEE
3
4 NIKKI BOLLINGER GRAE, Individually
and on Behalf of All Others
5 Similarly Situated,
6 Plaintiff, Civil Action No.
7 vs. 3:16-cv-02267
8 CORRECTIONS CORPORATION OF
AMERICA, ET AL.,
9
Defendants.
10
 _____

11
12
13
14
15
16
17 Videotaped deposition of JUSTIN MARLOWE, Ph.D., taken
18 on behalf of Plaintiff, via Zoom remote videoconference,
19 beginning at 8:35 a.m. PST on Friday, October 16, 2020,
20 before Misty Klapper, RMR, CRR.
21
22
23
24
25

1  APPEARANCES:
2  (ALL APPEARANCES VIA ZOOM REMOTE VIDEOCONFERENCE)
3  ON BEHALF OF PLAINTIFF:
4      WILLOW E. RADCLIFFE, ESQUIRE
   KENNETH J. BLACK, ESQUIRE
5      ROBBINS GELLER RUDMAN & DOWD LLP
   Post Montgomery Center
6      One Montgomery Street, Suite 1800
   San Francisco, California 94104
7      (415) 288-4545
   E-mail: willowr@rgrdlaw.com
8          kennyb@rgrdlaw.com
9
   ON BEHALF OF DEFENDANTS:
10
   SARAH TOMKOWIAK, ESQUIRE
11     LATHAM & WATKINS, LLP
   555 Eleventh Street, N.W., Suite 1000
12     Washington, D.C. 20004-1304
   (202) 637-2335
13     E-mail: sarah.tomkowiak@lw.com
14          AND
15     MERYN C.N. GRANT, ESQUIRE
   LATHAM & WATKINS, LLP
16     355 South Grand Avenue, Suite 100
   Los Angeles, California 90071
17     (213) 485-1234
   E-mail: meryn.grant@lw.com
18
19
   ALSO PRESENT:  DeSHAWN WHITE, VIDEO OPERATOR
20
21
22
23
24
25

1         The court reporter may now swear

2     and/or affirm the deponent.

3         MS. REPORTER: One moment.

4 Whereupon:

5         JUSTIN MARLOWE, PH.D.,

6 was called for examination, and, after being duly

7 sworn, was examined and testified as follows:

8         MS. REPORTER: Thank you.

9     You may proceed.

10     EXAMINATION BY COUNSEL FOR PLAINTIFF

11         BY MS. RADCLIFFE:

12     Q. Good morning, Mr. Marlowe. Could you

13 please spell your name for the record?

14     A. Sure.

15         Justin, J-U-S-T-I-N, Marlowe,

16 M-A-R-L-O-W-E.

17     Q. And where do you currently reside?

18     A. Chicago, Illinois.

19     Q. And have you been deposed before?

20     A. Yes.

21     Q. How many times?

22     A. Twice, once as an expert and once in

23 a nonprofessional matter.

24     Q. And what did the nonprofessional

25 matter relate to?

1    correct?
2           MS. RADCLIFFE: 54.
3           VIDEO OPERATOR: 54.
4           I don't know if I have a 54 here.
5    I'm seeing 53 and 55. I don't have a 54.
6           MS. RADCLIFFE: Oh, I see. You're
7    right about that. Hold on one second.
8    Sorry for my inability.
9           VIDEO OPERATOR: No, you're fine.
10   Should we -- should we stay on the record?
11          MS. RADCLIFFE: Yep. It will just
12   take me one second.
13          VIDEO OPERATOR: Okay.
14          MS. RADCLIFFE: Okay. It's 53.
15   Apologize.
16          VIDEO OPERATOR: Okay. Awesome. I
17   have 53.
18          Okay. There we go.
19          MS. RADCLIFFE: And we'll mark that
20   as Exhibit 550.
21              (Thereupon, Marlowe Exhibit
22              Number 550 was marked for
23              identification.)
24          BY MS. RADCLIFFE:
25   Q.    Do you recognize this document,

1    Mr. Marlowe?

2           MS. GRANT:  Can we also send that

3    through the chat, please?

4           VIDEO OPERATOR:  Yes, ma'am.  Let

5    me get this ready for you.

6           MS. GRANT:  Thank you.

7           VIDEO OPERATOR:  Let me -- okay.

8           There you go.

9           BY MS. RADCLIFFE:

10    Q.    Mr. Marlowe, do you recognize what's

11    been marked as Exhibit 550 to be the working

12    paper referenced in Appendix C to your report by

13    Simon Hakim and Erwin Blackstone?

14    A.    Yes.

15    Q.    And that's dated April 29, 2013?

16    A.    Yes.

17    Q.    Okay.

18           MS. RADCLIFFE:  You can go ahead

19    and put that aside.  If you could pull up

20    tab 85, please.

21           VIDEO OPERATOR:  Okay.

22              (Thereupon, Marlowe Exhibit

23           Number 551 was marked for

24           identification.)

25

| | |
|---|---|
| 1 | BY MS. RADCLIFFE: |
| 2 | Q. So you -- you would not have seen |
| 3 | this document, perhaps, before. So I guess I |
| 4 | should ask you: |
| 5 | Have you reviewed documents between |
| 6 | Drs. Hakim and Blackstone and anyone at CCA? |
| 7 | A. No. |
| 8 | Q. What about E-mails between |
| 9 | Drs. Blackstone and -- and Hadim (sic) to CCA's |
| 10 | PR firm, Hillenby? |
| 11 | A. No. |
| 12 | Q. Okay. Do you see in this document |
| 13 | that there's a reference to a CCA influencer |
| 14 | meeting with Drs. Hakim and Blackstone? |
| 15 | A. In the first bullet point? |
| 16 | Q. Yes. |
| 17 | A. Yes. |
| 18 | Q. Okay. |
| 19 | MS. RADCLIFFE: Okay. You can go |
| 20 | ahead and put that aside. |
| 21 | BY MS. RADCLIFFE: |
| 22 | Q. Oh, let me just ask you one thing. |
| 23 | The -- the E-mail is to Tony Grande. |
| 24 | Do you know Tony Grande from CCA? |
| 25 | A. No. |

```
 1              CERTIFICATE OF NOTARY
 2         I, MISTY KLAPPER, the officer before
 3   whom the foregoing deposition was taken, do
 4   hereby certify that the witness whose
 5   testimony appears in the foregoing
 6   deposition was duly sworn by me; that the
 7   testimony of said witness was taken by me in
 8   shorthand and thereafter reduced to
 9   typewriting by me; that said deposition is a
10   true record of the testimony given by said
11   witness; that I am neither counsel for,
12   related to, nor employed by any of the
13   parties to the action in which this
14   deposition was taken; and, further, that I
15   am not a relative or employee of any
16   attorney or counsel employed by the parties
17   hereto, nor financially or otherwise
18   interested in the outcome of this action.
19         Further, that if the foregoing pertains to
20   the original transcript of a deposition in a federal
21   case, before completion of the proceedings, review of
22   the transcript [ X ] was [  ] was not requested.
23   Dated: October 28, 2020
                                    _____
24                                  Misty Klapper, RMR, CRR
25                                  and Notary Public
```