UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>Magistrate Judge Jeffrey S. Frensley<br><br><br>DEMAND FOR JURY TRIAL |

**INDEX: IV OF IV**

**ADDITIONAL ATTACHMENTS TO DECLARATION OF MERYN C. N. GRANT IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Exhibit 145    CoreCivic First Quarter 2015 Investor Presentation (May 2015)

Exhibit 146    CoreCivic Second Quarter 2015 Investor Presentation (Aug. 2015)

Exhibit 147    CoreCivic Third Quarter 2015 Investor Presentation (Nov. 2015)

Exhibit 148    CoreCivic Fourth Quarter 2015 Investor Presentation (Feb. 2016)

Exhibit 149    CoreCivic First Quarter 2016 Investor Presentation (May 2016)

Exhibit 150    Email from E. Rasmussen to P. Swindle re: Harley Per Diem comparison follow up, dated Sept. 5, 2011

Exhibit 151    Douglas C. McDonald and Kenneth Carlson, "Contracting for Imprisonment in the Federal Prison System: Cost and Performance of the Privately Operated Taft Correctional Institution," published by Abt Associates Inc., dated Oct. 1, 2005, pp. 431-473

Exhibit 151 Douglas C. McDonald and Kenneth Carlson, "Contracting for Imprisonment in the Federal Prison System: Cost and Performance of the Privately Operated Taft Correctional Institution," published by Abt Associates Inc., dated Oct. 1, 2005, pp. 474-518

Exhibit 151 Douglas C. McDonald and Kenneth Carlson, "Contracting for Imprisonment in the Federal Prison System: Cost and Performance of the Privately Operated Taft Correctional Institution," published by Abt Associates Inc., dated Oct. 1, 2005, pp. 519-560

Exhibit 151 Douglas C. McDonald and Kenneth Carlson, "Contracting for Imprisonment in the Federal Prison System: Cost and Performance of the Privately Operated Taft Correctional Institution," published by Abt Associates Inc., dated Oct. 1, 2005, pp. 561-604

Exhibit 152 Spreadsheet entitled "BOP Contract #DJB1PC010 Monday Average Report," Dec. 12

Exhibit 153 CoreCivic Spreadsheet of Correctional Officer Vacancies, December 2012

Exhibit 154 CoreCivic Spreadsheet of Shift Supervisor Vacancies, December 2012

Exhibit 155 CXW: First Look at South TX Uncertainty Likely to Weigh On Shares, Wells Fargo, August 4, 2016

Exhibit 156 Plaintiff's Objections and Responses to Defendant CoreCivic, Inc.'s Second set of Interrogatories to Plaintiff, served May 1, 2020, pp. 1-38

Exhibit 156 Plaintiff's Objections and Responses to Defendant CoreCivic, Inc.'s Second set of Interrogatories to Plaintiff, served May 1, 2020, pp. 39-78

Exhibit 156 Plaintiff's Objections and Responses to Defendant CoreCivic, Inc.'s Second set of Interrogatories to Plaintiff, served May 1, 2020, pp. 79-156

Exhibit 157 Rebuttal Expert Report of W. Scott Dalrymple, CFA

Exhibit 158 Rebuttal Expert Report of Lucy Allen

Exhibit 159 Excerpts from the January 17, 2020 Deposition Transcript of Cameron Hopewell

Exhibit 160 Plaintiff's Supplemental Objections and Responses to Defendant CoreCivic, Inc.'s Second set of Interrogatories to Plaintiff, served May 1, 2020

DATED:  November 20, 2020                Respectfully submitted:


                                         /s/ *Meryn C. N. Grant*
                                         Meryn C. N. Grant (admitted *pro hac vice*)
                                         David J. Schindler (admitted *pro hac vice*)
                                         Brian T. Glennon (admitted *pro hac vice*)
                                         LATHAM & WATKINS LLP
                                         355 South Grand Avenue, Suite 100
                                         Los Angeles, CA 90071
                                         T: (213) 485-1234
                                         F: (213) 891-8763
                                         david.schindler@lw.com
                                         brian.glennon@lw.com
                                         meryn.grant@lw.com

                                         Morgan E. Whitworth (admitted pro hac vice)
                                         LATHAM & WATKINS LLP
                                         505 Montgomery Street, Suite 2000
                                         San Francisco, CA 94111
                                         T: (415) 391-0600
                                         F: (415) 395-8095
                                         morgan.whitworth@lw.com

                                         Sarah A. Tomkowiak (admitted *pro hac vice*)
                                         LATHAM & WATKINS LLP
                                         555 Eleventh Street, NW, Suite 1000
                                         Washington, DC 20004-1304
                                         T: (202) 637-2335
                                         F: (415) 637-2201
                                         sarah.tomkowiak@lw.com

                                         Steven A. Riley (TN #6258)
                                         Milton S. McGee, III (TN #024150)
                                         RILEY WARNOCK & JACOBSON, PLC
                                         1906 West End Avenue
                                         Nashville, TN 37203
                                         T: (615) 320-3700
                                         F: (615) 320-3737
                                         sriley@rwjplc.com
                                         tmcgee@rwjplc.com

                                         *Attorneys for Defendants Corrections Corporation*
                                         *of America, Damon T. Hininger, David M.*
                                         *Garfinkle, Todd J. Mullenger, and Harley G.*
                                         *Lappin*

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing document was made upon the following Filing Users through the Electronic Filing System and via electronic mail:

Christopher Hamp Lyons
Christopher M. Wood
ROBBINS GELLER RUDMAN
& DOWD LLP
414 Union St. Suite 900
Nashville, TN 37219
clyons@rgrdlaw.com
cwood@rgrdlaw.com

Jeremy A. Lieberman
J. Alexander Hood II
Marc C. Gorrie
POMERANTZ LLP
600 Third Ave., 20th Floor
New York, NY 10016
jalieberman@pomlaw.com
ahood@pomlaw.com
mgorrie@pomlaw.com

Jason A. Forge
ROBBINS GELLER RUDMAN
& DOWD LLP
655 W Broadway, Suite 1900
San Diego, CA 92101
jforge@rgrdlaw.com

Patrick V. Dahlstrom
POMERANTZ LLP
10 S. La Salle St., Suite 3505
Chicago, IL 60603
pdahlstrom@pomlaw.com

Dennis J. Herman
Willow E. Radcliffe
Kenneth J. Black
ROBBINS GELLER RUDMAN
& DOWD LLP
Post Montgomery Center
One Montgomery St, Suite 1800
San Francisco, CA 94104
dennish@rgrdlaw.com
willowr@rgrdlaw.com
kennyb@rgrdlaw.com

Paul Kent Bramlett
Robert P. Bramlett
BRAMLETT LAW OFFICES
40 Burton Hills Blvd., Suite 200
P.O. Box 150734
Nashville, TN 37215
pknashlaw@aol.com
robert@bramlettlawoffices.com

Jerry E. Martin
BARRETT JOHNSTON MARTIN &
GARRISON, LLC
Bank of America Plaza
414 Union St., Suite 900
Nashville, TN 37219
jmartin@barrettjohnston.com

Michael Goldberg
Brian Schall
GOLDBERG LAW PC
1999 Ave. of the Stars, Suite 1100
Los Angeles, CA 90067
michael@goldberglawpc.com
brian@goldberglawpc.com

James A. Holifield , Jr.
HOLIFIELD JANICH RACHAL &
ASSOCIATES, PLLC
11907 Kingston Pike,  Suite 201
Knoxville, TN 37934
aholifield@holifieldlaw.com

Christopher T. Cain
SCOTT & CAIN
550 W Main Ave., Suite 601
Knoxville, TN 37902
cain@scottandcain.com

this 20th day of November, 2020.

/s/ *Meryn C. N. Grant*
Meryn C. N. Grant

2