EXHIBIT 147



CCA

America's Leader in Partnership Corrections

November 2015

Third Quarter 2015 Investor Presentation

CORECIVIC_1202106

CONFIDENTIAL

# Forward-Looking Statements

As defined within the Private Securities Litigation Reform Act of 1995, certain statements herein may be considered forward-looking statements that are subject to risks and uncertainties that could cause actual results to differ materially from the statements made.

Factors that could cause operating and financial results to differ are described in the Company's Form 10-K, as well as in other documents filed with the Securities and Exchange Commission. These include, but are not limited to, the risks and uncertainties associated with general economic and market conditions, including the impact governmental budgets can have on our per diem rates and occupancy; fluctuations in operating results because of, among other things, changes in occupancy levels, competition, increases in costs of operations, fluctuations in interest rates, and risks of operations; changes in the privatization of the corrections and detention industry and the public acceptance of our services; our ability to obtain and maintain correctional facility management contracts, including, but not limited to, sufficient governmental appropriations, contract compliance, effects of inmate disturbances, and the timing of the opening of new facilities and the commencement of new management contracts as well as our ability to utilize current available beds and new capacity as development and expansion projects are completed; increases in costs to develop or expand correctional and detention facilities that exceed original estimates, or the inability to complete such projects on schedule as a result of various factors, many of which are beyond our control, such as weather, labor conditions, and material shortages, resulting in increased construction costs; changes in government policy and in legislation and regulation of the corrections and detention industry that affect our business, including, but not limited to, California's utilization of out-of-state private correctional capacity and the continued utilization of the South Texas Family Residential Center by U.S. Immigration and Customs Enforcement ("ICE"), our ability to successfully integrate operations of Avalon, and the impact of any changes to immigration reform and sentencing laws (Our policy prohibits us from engaging in lobbying or advocacy efforts that could influence enforcement efforts, parole standards, criminal laws, and sentencing policies.), our ability to meet and maintain qualification for taxation as a real estate investment trust ("REIT"); and the availability of debt and equity financing on terms that are favorable.

The Company does not undertake any obligation to publicly release or otherwise disclose the result of any revisions to these forward-looking statements that may be made to reflect events or circumstances after the date hereof or to reflect the occurrence of unanticipated events.

CORECIVIC_1202107

CONFIDENTIAL

# Attractive Investment Characteristics



- Attractive dividend
  » $0.54 quarterly dividend, $2.16 annualized, or ≈7.6% yield as of October 30, 2015
  » Increased quarterly dividend rate by 5.9% in 1Q15
- Only 10% of the $80B U.S. corrections market is privatized[1]
  » Market penetration has increased from 7% in 2002 to 10% in 2014[2]
  » Potential for increased penetration due to lack of government-led development of new & replacement facilities
- Strong balance sheet supports growth strategies
  » 3.1x leverage, 9.3x fixed charge coverage ratio, low cost of capital, BB+/Baa3 ratings[3]
- Significant growth and value creation potential
  » Cost savings, overcrowding, population growth and aging public facilities
    • Build-to-suit facilities
    • Acquire existing facilities or replace aging public facilities
    • Utilizing available bed capacity would add up to $1.00 to EPS & AFFO per diluted share[4]
  » Well developed pipeline of acquisition targets to expand portfolio of real estate assets
- Stable cash flows
  » Cash flow grew throughout the economic crisis and subsequent recession

(1) BJS; Justice Expenditure & Employment Extracts 2010
(2) Bureau of Justice Statistics, Prisoners in 2014 & US Marshals Service (Federal population figures include BOP and USMS, they do not include ICE. Private inmate totals for California have been revised from BJS reported numbers to include the out-of-state program.)
(3) Leverage= (Total Debt - Cash)/Annualized YTD 9/30/15 Adjusted EBITDA and Fixed Charge Coverage = YTD 9/30/15 Adjusted EBITDA/(Interest incurred + Scheduled principal payments). Refer to Appendix Section of this presentation for a reconciliation to EBITDA and Adjusted EBITDA
(4) Refer to Appendix Section for illustration and explanation

CONFIDENTIAL

CORECIVIC_1202108



About CCA

CONFIDENTIAL

# Who We Are

- Established in 1983, CCA owns and operates minimum, medium and maximum-security level correctional facilities, federal detention and residential facilities as well as residential re-entry facilities

- Operate as a Real Estate Investment Trust (REIT)

  » **Real Estate is an essential core of our business**

    • Following the acquisition of Avalon Correctional Services, Inc, CCA has approximately 14 million sq. ft. in 65 owned/controlled facilities containing over 72,000 beds

    • 75+ year economic useful life for real estate assets

      - Young, well-maintained portfolio: 18 year median age[1]

      - Modest annual real estate maintenance capital expenditures: ≈5% of NOI

    • Land & buildings comprise over 90% of gross fixed assets

    • Over 5,500 acres of land, of which about 2,900 acres are undeveloped for future growth projects

    • Over 98% of our $133.5 million of 3Q15 NOI was generated by our owned/controlled facilities[2]

    • Pursuing opportunities to expand portfolio of real estate assets leased to third party operators

  » **Included in Major REIT Indices – FTSE NAREIT Equity Index, Morgan Stanley Global Real Estate Index and Dow Jones Global Real Estate Index**

(1)  Average age for correctional and detention facilities owned & controlled, excludes community corrections facilities.

(2)  Please refer to the Appendix section of this presentation for a reconciliation to Net Operating Income (NOI)



CORECIVIC_1202110

CONFIDENTIAL

# Who We Are

- The nation's largest owner of partnership correction and detention facilities in the United States

- As of October 31, 2015, CCA operated or leased 76 facilities located in 20 states and the District of Columbia

  » Owned/Controlled and Operated 58 facilities

    - 45 secure facilities, 64,744 beds

    - 13 non-secure residential re-entry facilities, 3,760 beds

  » Operated 11 facilities owned by our government partners

    - 11 secure facilities, 13,898 beds

  » Leased 7 facilities to third-party operators

    - 3 secure facilities, 3,000 beds

    - 4 non-secure residential re-entry facilities, 605 beds

- Clear leader with ≈40% market share of all private secure correctional beds in the U.S., owning/controlling ≈57% of all privately owned/controlled beds

CONFIDENTIAL

6

# Clear Industry Leader

- CCA is the clear leader of the private corrections market, at about 40% of the United States market and over 57% of all privately owned/controlled corrections and detention beds in the United States.



Partnership Corrections Market Share

CCA – Total Capacity at October 31, 2015
GEO – As reported on company supplemental financial information in November 2015
MTC – As reported on company website or other public sources in September 2015
All others – As reported on company websites, brochures or other public sources in September 2015

CONFIDENTIAL
CORECIVIC_1202112

# National Portfolio with Geographic Diversity

- As of September 30, 2015, we had 54 owned/controlled facilities and 11 managed-only facilities located in 19 states and the District of Columbia

- We currently have a facility under development in Tennessee with design capacity for an additional 2,552 beds



- CCA Owned or Controlled
- CCA Managed Only
- CCA Owned and Leased to Another Operator
- CCA Owned, Under Construction

*Portfolio*

8

CONFIDENTIAL

Case 3:16-cv-02267    Document 365-3    Filed 11/20/20    Page 10 of 52 PageID #: 16276

# Avalon Correctional Services Portfolio



Avalon Correctional Services Facilities

- On October 28, 2015, CCA closed on the acquisition of Avalon Correctional Services, a leading provider of community corrections services, drug and alcohol treatment services and residential re-entry services for $157.5 million

- Avalon operates 11 residential re-entry facilities with 3,157 beds

  » Significant customer and geographic overlap with CCA's existing operations

  » Expected to generate approximately $35-$40 million in annualized revenues

  » Assets qualify for inclusion in the REIT

- The acquisition represents CCA's continued effort to strategically expand our portfolio of residential re-entry assets

  » CCA currently owns 17 residential re-entry properties representing 4,365 beds

CORECIVIC_1202114

CONFIDENTIAL

# High Quality, Diverse Customer Base

- As of September 30, 2015, CCA had 86 agreements with federal, state and local agencies

  » Further diversification within federal agency customers:
    - > 100 potential customers within federal agencies: 94 U.S. Marshals districts; 24 ICE field offices; and the Federal Bureau of Prisons
    - Staggered contract expirations; most customers have multiple contracts

  » Acquisition of Avalon Correctional Services, Inc., added an additional 22 agreements

**Percentage of Revenue by Customer for the Nine Months Ended September 30, 2015**



- U.S. Immigration and Customs Enforcement (ICE), 24%
- U.S. Marshals (USM), 16%
- California, 12%
- Bureau of Prisons (BOP), 11%
- Georgia, 6%
- Tennessee, 5%
- Colorado, 4%
- Oklahoma, 3%
- Texas, 3%
- Hawaii, 2%
- All Others, 14%

CORECIVIC_1202115

CONFIDENTIAL

# CCA Value Proposition

## Near-Term Benefits

**Cost Benefits:**
- RFP/competitive bidding process
- Capital investment off government balance sheets
- CCA pays property taxes on its facilities

**Facility Benefits:**
- Just-in-time inventory of available beds
- Current facility designs improve safety & improve operational efficiency

**Operational Benefits:**
- Reduced prison overcrowding
- Improved safety & security
- Multiple layers of contractual & operational oversight to monitor compliance

## Long-Term Benefits

**Cost Benefits:**
- Opportunity to reduce long-term pension obligations
  - » State and local pension plans are underfunded by an estimated $4.7 trillion[1]
- Savings can be allocated to programs aimed at reducing recidivism or other government services

**Facility Benefits:**
- Maintenance and expansion costs funded by CCA

**Operational Benefits:**
- Additional programs to reduce recidivism can be added throughout the life of the contract
- Contract performance monitored by continuous government oversight

**Short-term and long-term savings can be achieved by governments contracting with the private sector without sacrificing quality[2]**

(1) *State Budget Solutions – Promises Made, Promises Broken 2014.*

(2) *A Policy Report issued by the Independent Institute in June 2014. This study received funding by members of the private corrections industry.*



CONFIDENTIAL

CORECIVIC_1202116

# CCA Value Proposition

Cost savings are achieved through:

## 1. Operational Cost Savings

| | Operating Cost Per Day in Government Facility[1] | Real Estate Cost Per Day | Total Government-Run Cost Per Day | CCA Average Owned Per Diem[2] | Percent Savings |
|---|---|---|---|---|---|
| BOP | $76.00 | $12.00 | $88.00 | $72.22 | 17.9% |
| California | $175.00 | $12.00 | $187.00 | $72.22 | 61.4% |
| Colorado | $82.00 | $12.00 | $94.00 | $72.22 | 23.2% |

(1) Operating Costs as reported by agency, DOES NOT INCLUDE THE COST OF REAL ESTATE OF ABOUT $12.00 - $20.00 PER DAY.
(2) CCA Average Per Diem for All Facilities the nine months ended September 30, 2015.

## 2. Avoiding Large Capital Investment

» Freeing up capital for other public works projects

| | CCA | Government Agencies |
|---|---|---|
| Total Cost per 1,000 beds | $55 to $65 million | $80 to $250 million |
| Average Length of Construction | 1 - 3 years | 3 - 7 years |

## 3. Competition Creates Additional Savings – Adding competition has been found to lower costs and improve performance

CORECIVIC_1202117

CONFIDENTIAL



Strong and Stable Cash Flows

CORECIVIC_1202118

CONFIDENTIAL

# Significant Cash Flow Generation

- Strong AFFO growth while maintaining modest leverage
- Difficult to replace real estate assets = high contract retention and high barriers to entry
  - » Difficult permitting and zoning, long development lead times, unique knowledge and experience requirements and high capital investment
  - » ≈93% contract renewal rate on owned/controlled facilities
- Because of the unique nature of CCA's asset class, in the depth of the recession, as other REITs were issuing equity under duress, CCA's strong and stable cash flow supported a substantial stock repurchase program while *reducing leverage*
  - » CCA repurchased approximately 20% of its outstanding shares from 2008-2011



(1) AFFO per diluted share calculated to reflect Pro Forma weighted average shares outstanding (WASO) for special dividend share issuance in May 2013 as if the shares were issued at the beginning of each prior year period. – Please refer to the Appendix section of this presentation for reconciliation of net income to AFFO.
(2) CCA updated its EPS and AFFO per diluted share guidance for the full-year 2015 in its Third Quarter 2015 Financial Results news release on November 4, 2015. This slide sets forth the mid-point of the guidance given at that time.

CONFIDENTIAL

CORECIVIC_1202119

14

# High Dividend Return for Shareholders

- Since converting to a REIT in 2013, CCA has consistently increased its dividend return due to the expansion of AFFO per share:



Annual Dividends Per Share

| | | |
|---|---|---|
| $1.92 | $2.04 | $2.16 |
| 2013[1] | 2014 | 2015[2] |

$2.30
$2.20
$2.10
$2.00
$1.90
$1.80
$1.70
$1.60

(1) Adjusted to exclude the effects of a special dividend paid in 2013
(2) Full-year 2015 dividend based on annualized Q3 2015 dividend of $0.54 per share

CORECIVIC_1202120

CONFIDENTIAL

# Financial Highlights

| | | For the Three Months Ended September 30, 2015 | 2014 | For the Nine Months Ended September 30, 2015 | 2014 |
|---|---|---|---|---|---|
| Adjusted Diluted EPS | (1) | $0.45 | $0.49 | $1.50 | $1.43 |
| Normalized FFO per diluted share | (1) | $0.64 | $0.67 | $2.06 | $1.97 |
| AFFO per diluted share | (1) | $0.63 | $0.66 | $2.04 | $1.92 |
| Debt leverage | (1) | 3.3x | 3.0x | 3.1x | 3.1x |
| Fixed charge coverage ratio | (1) | 8.9x | 9.2x | 9.3x | 9.1x |

- Full-Year Guidance in November 2015

| Guidance | Low-End | | High-End | |
|---|---|---|---|---|
| Adjusted Diluted EPS for Q4 2015 | $ | 0.39 | $ | 0.41 |
| Adjusted Diluted EPS for Full Year 2015 | $ | 1.88 | $ | 1.90 |
| Full Year 2015 Normalized FFO | $ | 2.64 | $ | 2.66 |
| Full Year 2015 AFFO | $ | 2.58 | $ | 2.60 |

- Increased quarterly dividend by 5.9% in February 2015 to $0.54, $2.16 annually

(1) Refer to the Appendix section for a reconciliation of these non-GAAP amounts to the per share amounts as reported under generally accepted accounting principles. Note: Guidance provided on November 4, 2015 – this slide does not constitute a reaffirmation or update of the guidance provided at that time.

16

CCA

CORECIVIC_1202121

CONFIDENTIAL



Corrections Industry Trends

CONFIDENTIAL

CORECIVIC_1202122

# Public Prisons are Aging and Overcrowded

- At December 31, 2014, 28 states and the federal government were operating at 100% or more of capacity[1]

  » Overcrowding produces unsafe conditions; poor inmate quality of life

  » Reduced rehabilitation opportunities; increased recidivism

- No meaningful public sector prison development in last 5 years

- Prison populations decreased by 15,400 offenders in 2014, following an increase of 6,500 in 2013[1]

  » Federal populations declined by 5,300 offenders

  » State populations decline by 10,100 offenders

    • State-level trends were mixed—nearly 50% of states experienced population growth

- State-level prison populations are projected to increase 3% by 2018[2]

(1) Source: BJS Prisoners in 2014
(2) Source: Pew Charitable Trusts - November 2014

18

CORECIVIC_1202123

CONFIDENTIAL

# Many Public Prisons are Old, Unsafe & Costly

- > 200,000 public prison beds are > 75 years old[1]



|          |        |
|----------|--------|
| 140,000  |        |
| 120,000  | 120,659 |
| 100,000  |        |
| 80,000   |        |
| 60,000   |        |
| 40,000   |        |
| 20,000   |        |
| –        |        |

75 - 100 years     100 or more years     94,956

- Replacing old public prisons provides operational cost savings & improves safety and living conditions

- CCA provides capital allowing government to fund other public works projects

- Examples of states that have shuttered old facilities that use the private sector:
  - » Georgia (shuttered 7 facilities)
  - » Colorado

(1)   Source: Bureau of Justice Statistics: Census of State and Federal Correctional Facilities 2005.

CORECIVIC_1202124

CONFIDENTIAL

# Increasing Market Penetration

- Compelling value proposition has driven privatized market penetration higher



Percentage of Market Share for Private Operators[1]

(1) Bureau of Justice Statistics, Prisoners in 2014 & US Marshals Service (Federal population figures include BOP and USMS, they do not include ICE. Private inmate totals for California have been revised from BJS reported numbers to include the out-of-state program.)



CORECIVIC_1202125

20

CONFIDENTIAL

# Criminal Justice Efforts

- As corrections professionals, CCA shares a deep commitment with our partners to help inmates successfully re-enter society

- Recently published research from BJS found that approximately 68% of released prisoners were arrested for a new crime within 3 years, and approximately 77% were arrested within 5 years[1]

- There is a bi-partisan congressional support for residential re-entry centers and drug rehabilitation

- CCA is well positioned to provide re-entry solutions to our partners

- CCA is targeting additional investment in the re-entry market

(1) Source: "Multistate Criminal History Patterns of Prisoners Released in 30 States," issued by BJS in September 2015.

21

CONFIDENTIAL

CORECIVIC_1202126

# Criminal Justice Proposed Reforms

- As a matter of longstanding corporate policy, CCA does not lobby, oppose or endorse any policies or legislation that would determine the basis for or duration of an individual's incarceration or detention

- The federal government is considering additional changes to sentencing guidelines primarily for drug-related offenses[1]

  » Judges and prosecutors will continue to have sentencing discretion

  » Since 1995, the number of federal inmates convicted with non-mandatory sentences grew at rates similar to those with mandatory sentences

  » Private sector houses sentenced Criminal Alien population for the BOP

  » Public sector facilities are overcrowded

- It is difficult to predict the short-term and long-term impact these reforms may have on federal inmate populations in our facilities

(1)  Source: U.S. Sentencing Commission

**CCA**

CORECIVIC_1202127

CONFIDENTIAL

Potential for Growth

CCA®

CONFIDENTIAL

# Opportunities for Growth & Value Creation

## Capital Deployment

▲ Build and fill new beds
- Expand existing facilities & build to suit development

▲ Acquire existing public facilities
- Own & Operate, or
- Sale/Leaseback transaction

▲ Replace obsolete government-owned prisons
- Own & Operate, or
- Own & Lease

## Strategic Acquisitions

▲ Residential re-entry facilities
- Fragmented market
- Opportunity to develop operational efficiencies through scale

▲ Opportunity to invest in other income producing real estate assets
- Assets leased by government agencies
- Assets leased to third parties in adjacent markets

**Flexible balance sheet with ample liquidity to efficiently allocate capital for attractive growth opportunities**

CCA
CORECIVIC_1202129
CONFIDENTIAL

24

# Recent Capital Deployment Opportunities

- Expect to generate 5% to 7% average annual earnings growth over next 3 to 5 years

  » Facility Development

  - Trousdale Turner Correctional Center (TN) – 2,552 bed facility for Tennessee with an initial ramp expected to begin in the first quarter of 2016

  - Otay Mesa Detention Center (CA) – 1,482 bed replacement facility for ICE/USMS that provides nearly 500 additional beds in an underserved market, construction completed near the end of the third quarter of 2015

  » Utilize Available Bed Capacity

  - Utilizing available bed capacity up to standard operating capacity adds up to $1.00 to diluted EPS and AFFO per share[1]

  - Available bed capacity provides a competitive advantage. Example:

    - Red Rock Correctional Center (AZ) – The state of Arizona transferred an additional 500 offenders beginning in January 2015 due to system overcrowding and population growth. In July 2015, accepted an additional 560 inmates in two days to assist the state following a disturbance at another contracted facility

  » Acquisitions

  - Strategic acquisitions produce earnings and cash flow growth

(1) Refer to Appendix Section of this presentation for calculation and assumptions

CORECIVIC_1202130

CONFIDENTIAL

# Recent Strategic Acquisitions

- CCA recently announced two acquisitions in the residential re-entry market

  » **In August 2015, CCA acquired four residential re-entry facilities for $13.8 million**

  - Acquired 605 beds located in the greater Philadelphia area
  - Leased to Community Education Centers who operates the facilities

    - Triple net lease structure

  - Introduced a strategic alternative to traditional model of CCA owning & managing properties in the residential re-entry market

  » **In October 2015, CCA acquired Avalon Correctional Services, Inc, for $157.5 million**

  - Acquired 11 facilities, 3,157 beds, located in Texas, Oklahoma and Wyoming
  - Traditional owned & managed model
  - Adds additional growth opportunities with many existing CCA partners

    - Texas Department of Criminal Justice, Oklahoma Department of Corrections and the Federal Bureau of Prisons

**Since 2013, we have developed a robust pipeline of acquisition targets in the residential re-entry market and we believe there continue to be attractive opportunities in the market for capital allocation**

CORECIVIC_1202131

CONFIDENTIAL

26

# Market-Driven Growth

## Market Dynamics

**1** Improving economy & tax revenues (federal & state)

**2** Need to improve cost efficiency of government operations

**3** Public works projects lack capital funding

**4** Large portfolio of outdated and inefficient public prisons

**5** Municipal credit ratings pressure and limited debt capacity

## Issues Facing Public Correctional Facilities

**1**
- Overcrowding
- Lack of capacity development

**2**
- Significant unfunded pension liabilities
- Reduce costs

**3**
- Schools, roads, bridges and utility projects are public priorities

**4**
- Expensive and inefficient to operate
- Security concerns

**5**
- Availability of inexpensive long-term funding potentially limited

## CCA's Solution

**1**
- CCA bed capacity avoids large gov't capital investment
- Filling vacant beds adds up to $1.00 to EPS

**2**
- Using CCA stems growth in unfunded pensions
- CCA provides short- and long-term savings[1]

**3**
- Selling government prisons provides cash and cost saving for use in other public works

**4**
- Modern, state-of-the-art facilities that improve safety, security and cost efficiencies

**5**
- CCA provides an alternative source of capital for new cost efficient facilities

(1) Source: Policy Report issued by the Independent Institute in June 2014. This study received funding by members of the private corrections industry.



27

CORECIVIC_1202132

CONFIDENTIAL



Strong Balance Sheet Supports Future Growth

CORECIVIC_1202133

CONFIDENTIAL

# Strong Balance Sheet and Simple Capital Structure

Our low cost of capital is a competitive advantage

» $325M Sr. Notes @ 4.125%, due Apr. 2020
» $250M Sr. Notes @ 5.000%, due Oct. 2022
» $350M Sr. Notes @ 4.625%, due May 2023
» $900M Revolver @ LIBOR + 1.50%, maturing July 2020
  • $395M drawn as of September 30, 2015
» $569M in liquidity at September 30, 2015[1][2]

**S&P**: BB+    **Moody's**: Baa3    **Fitch**: BB+



Debt Maturity Schedule[1]

$720M — 2020
$250M — 2022
$350M — 2023

| 33% | 3.1x | 9.3x | 100% | 28% |
|---|---|---|---|---|
| Debt/ Undepreciated Fixed Assets | Debt-to-EBITDA | Fixed Charge Coverage | Unencumbered Fixed Assets | Debt to Total Market Capitalization |

(1) On October 6, 2015, CCA obtained a $100 million Incremental Term Loan under the accordion feature of the revolving credit facility. Net proceeds from the Term Loan were used to repay a portion of the borrowings outstanding on the revolving credit facility.

(2) Available liquidity as of September 30, 2015, does not reflect the $157.5 million acquisition of Avalon Correctional Services, Inc., which was completed on October 28, 2015.



CORECIVIC_1202134

CONFIDENTIAL

29

# Capital Allocation Policy



## Maintain Ample Liquidity and Solid Balance Sheet

### Maximum 4x Debt Leverage

**Payout ≈ 80% AFFO in Dividends**[1]

- Paid out of internally generated cash flow
- Revisit payout ratio annually
- Increase dividend with future growth

**Invest ≈ 20% AFFO in Growth**

- Invest in facility acquisitions and development to grow earnings
- Unused amounts available for increased dividends and/or debt reduction

**Fund Additional Growth**

- Raise debt and equity capital to further fund facility acquisitions and development

(1) Dividend payments subject to Board approval and minimum payout required to meet REIT qualification requirements.

CONFIDENTIAL

CORECIVIC_1202135



Operational Overview

CORECIVIC_1202136

CONFIDENTIAL



# Operational Philosophy

- CCA integrates several Correctional Components:

  » Safety & Security is our **First** priority

  » Perform quality services for our government partners and the offenders entrusted in our care

  » Provide effective programs such as drug treatment, education and vocational options to reduce risk of recidivism

  » Focus on re-entry to prepare offenders to re-enter communities – Improving their chances in finding employment and re-establishing family connections

32

CONFIDENTIAL

# Professional Services with Significant Oversight

- Detailed contracts specify services to be provided
  - » Detailed, prescriptive statement of work which specifies all services required to be provided
    - • Including meeting jurisdictional guidelines and correctional standards

- CCA facilities are subject to significant oversight
  - » Government partners have Compliance Monitors at most facilities, ensuring contract compliance
  - » Approximately 90% of our facilities that are eligible for accreditation have been accredited by the American Correctional Association
  - » Most facilities are audited by ACA, the government partner, and CCA's Quality Assurance Department

33

CONFIDENTIAL

# Quality Assurance

- Quality, in the form of Operational Excellence, is a core value and essential guiding principle for CCA

- CCA's Quality Assurance Division is independent of company operations and resides within the Legal Department and reports to the General Counsel of CCA

- CCA Audit tools contain more than 1,600 distinct audit items and processes assessing critical operational functions:

☐ Security ☐ Physical Plant

☐ Food Services ☐ General Administration

☐ Health Services ☐ PREA Requirements

☐ Safety & Sanitation ☐ Classification

☐ Human Resources and Training ☐ Inmate/Detainee Programs



CORECIVIC_1202139

CONFIDENTIAL

# Quality Assurance

- CCA conducts <u>Unannounced Audits</u> of each facility at least once annually

- The Quality Assurance process requires timely corrective action plans that <u>address root causes</u> of deficiencies and monitors progress in correcting deficiencies

- In addition to a comprehensive Quality Assurance Process conducted through our Legal department, all ACA-accredited facilities are audited by the American Correctional Association, an independent third party and considered the gold standard in the corrections industry

- Approximately 90% of our eligible facilities are ACA Accredited[1]

(1)   Only includes facilities that are eligible for ACA Accreditation. Vacant facilities or facilities that are leased to other operators are not eligible for ACA accreditation.

CORECIVIC_1202140

CONFIDENTIAL

# Offender Re-Entry Programming

- Offenders often lack necessary job skills and education. In an effort to improve the ability of ex-offenders to successfully transition back to their communities, CCA offers an array of programs:

  » A variety of inmate services are offered by CCA and/or many of the volunteer organizations throughout our systems

    - Academic education & high school equivalency diplomas
    - Vocational training accredited by NCCER
    - Life skills training
    - Job search training
    - Work assignments
    - Financial responsibility training
    - Parenting training
    - Residential Alcohol & Drug Abuse Treatment

  » Programming reduces idleness thereby reducing the risk of disturbances and incidents

    - Programming delivered by CCA is directed by our government partners

  » Recent acquisitions have expanded our offerings of re-entry services

CORECIVIC_1202141

CONFIDENTIAL



Appendix

CORECIVIC_1202142

CONFIDENTIAL

# Utilizing Available Capacity Drives Earnings Growth

| | Total Beds Available at September 30, 2015 | Average Margin[2] | Estimated Potential Annual Incremental EBITDA |
|---|---|---|---|
| Owned and Controlled Vacant Facility Capacity[1] | 6,810 | $ 23.31 | $ 57,940,502 |
| Owned and Controlled beds at Facilities with > 100 beds available | 8,122 | $ 23.31 | 69,103,194 |
| Total Owned and Controlled Available Capacity | 13,843 | | $ 127,043,696 |
| Managed Only Available Bed Capacity with > 100 beds available | 599 | $ 3.28 | 717,123 |
| Total Potential Annual Incremental EBITDA | | | $ 127,760,819 |

- Filling available beds up to standard operating capacity at the margins we achieved in the three months ended September 30, 2015, would generate up to $1.00 of additional EPS and Adjusted Funds From Operations per diluted share

  » Actual operating occupancy can be higher than standard operating capacity

- Carrying an inventory of owned beds provides a competitive advantage in capturing new business – no long construction lead times

- Cash operating costs of vacant beds we own is very manageable at approximately $1,000 per bed per year

Note: The above table is for illustrative purposes only; actual results could differ
(1) Excludes one non-core facility (Shelby Training Center) totaling 200 beds, as this facility was not designed for traditional correctional populations
(2) Average margin is based on margins achieved for the three month ended September 30, 2015. Actual margins for those beds may differ from those historically achieved, particularly for management contracts with bered per diems or at facilities that have achieved stabilized occupancy and therefore fixed costs





A-1

CORECIVIC_1202143

CONFIDENTIAL

# Reconciliation to Adjusted Diluted EPS

*($ in thousands, except per share amounts)*

| | For the Quarter Ended September 30, | | For the Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2015 | 2014 | 2015 | 2014 |
| Net income | $ 50,676 | $ 57,546 | $ 173,256 | $ 165,016 |
| Special items: | | | | |
| Expenses associated with debt refinancing transactions, net | 698 | - | 698 | - |
| Expenses associated with mergers and acquisitions, net | 1,653 | - | 1,653 | - |
| Asset impairments, net | - | - | 955 | 2,235 |
| Diluted adjusted net income | $ 53,027 | $ 57,546 | $ 176,562 | $ 167,251 |
| Weighted average common shares outstanding - basic | 117,066 | 116,185 | 116,889 | 116,025 |
| Effect of dilutive securities: | | | | |
| Stock options | 559 | 886 | 716 | 895 |
| Restricted stock-based compensation | 149 | 318 | 181 | 263 |
| Weighted average shares and assumed conversions - diluted | 117,774 | 117,389 | 117,786 | 117,183 |
| Adjusted Diluted Earnings Per Share | $ 0.45 | $ 0.49 | $ 1.50 | $ 1.43 |

A-2



CONFIDENTIAL

CORECIVIC_1202144

# Calculation of FFO, Normalized FFO and AFFO

*$ in thousands, except per share amounts)*

| | For the Quarter Ended September 30, | | For the Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2015 | 2014 | 2015 | 2014 |
| Net income | $ 50,676 | $ 57,546 | $ 173,256 | $ 165,016 |
| Depreciation of real estate assets | 22,577 | 21,412 | 66,024 | 63,920 |
| Impairment of real estate assets, net | - | - | - | 2,235 |
| Funds From Operations | $ 73,253 | $ 78,958 | $ 239,280 | $ 231,171 |
| Expenses associated with debt refinancing transactions, net | 698 | - | 698 | - |
| Expenses associated with mergers and acquisitions, net | 1,653 | - | 1,653 | - |
| Goodwill and other impairments, net | - | - | 955 | - |
| Normalized Funds From Operations | $ 75,604 | $ 78,958 | $ 242,586 | $ 231,171 |
| Maintenance capital expenditures on real estate assets | (5,433) | (5,631) | (15,847) | (18,580) |
| Stock-based compensation | 3,808 | 3,514 | 11,516 | 10,438 |
| Amortization of debt costs and other non-cash interest | 634 | 777 | 2,186 | 2,325 |
| Other non-cash revenue and expenses | (16) | (16) | (48) | (48) |
| Adjusted Funds From Operations | $ 74,597 | $ 77,602 | $ 240,393 | $ 225,306 |
| Normalized Funds From Operations Per Diluted Share | $ 0.64 | $ 0.67 | $ 2.06 | $ 1.97 |
| Adjusted Funds From Operations Per Diluted Share | $ 0.63 | $ 0.66 | $ 2.04 | $ 1.92 |

CCA

A-3

CONFIDENTIAL

CORECIVIC_1202145

# Calculation of NOI

*($ in thousands)*

| | For the Quarter Ended September 30, | | For the Nine Months Ended September 30, | |
|---|---|---|---|---|
| | **2015** | 2014 | **2015** | 2014 |
| Revenue owned and controlled properties | **$ 404,200** | $ 353,784 | **$ 1,180,567** | $ 1,041,510 |
| Operating expenses owned and controlled properties | **(272,330)** | (231,420) | **(786,332)** | (686,274) |
| Net operating income owned and controlled properties | **$ 131,870** | $ 122,364 | **$ 394,235** | $ 355,236 |
| Revenue managed only and other | **$ 55,757** | $ 54,690 | **$ 164,685** | $ 181,880 |
| Operating expenses managed only and other | **(54,170)** | (51,292) | **(158,865)** | (171,428) |
| Net operating income managed only and other | **$ 1,587** | $ 3,398 | **$ 5,820** | $ 10,452 |
| **Total Net Operating Income** | **$ 133,457** | $ 125,762 | **$ 400,055** | $ 365,688 |
| Net income | **$ 50,676** | $ 57,546 | **$ 173,256** | $ 165,016 |
| Income tax expense | **2,658** | 2,071 | **6,696** | 5,490 |
| Other (income) expense | **(363)** | (143) | **(353)** | (1,143) |
| Expenses associated with debt refinancing transactions | **701** | - | **701** | - |
| Interest expense, net | **11,764** | 10,376 | **33,715** | 29,088 |
| General and administrative | **26,791** | 27,635 | **76,770** | 79,586 |
| Depreciation and amortization | **41,230** | 28,277 | **108,315** | 85,413 |
| Asset impairments | **-** | - | **955** | 2,238 |
| **Total Net Operating Income** | **$ 133,457** | $ 125,762 | **$ 400,055** | $ 365,688 |

**CCA**

A-4

CONFIDENTIAL

CORECIVIC_1202146

# Calculation of EBITDA and Adjusted EBITDA

*($ in thousands)*

| | For the Quarter Ended September 30, | | For the Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
| | 2015 | 2014 | 2015 | 2014 |
| Net income | $ 50,676 | $ 57,546 | $ 173,256 | $ 165,016 |
| Interest expense, net | 11,764 | 10,376 | 33,715 | 29,088 |
| Depreciation and amortization | 41,230 | 28,277 | 108,315 | 85,413 |
| Income tax expense | 2,658 | 2,071 | 6,696 | 5,490 |
| EBITDA | $ 106,328 | $ 98,270 | $ 321,982 | $ 285,007 |
| Expenses associated with debt refinancing transactions | 701 | - | 701 | - |
| Expenses associated with mergers and acquisitions | 1,674 | - | 1,674 | - |
| Depreciation expense associated with STFRC lease[1] | (10,706) | - | (19,181) | - |
| Interest expense associated with STFRC lease[1] | (3,203) | - | (5,420) | - |
| Asset impairments | - | - | 955 | 2,238 |
| Adjusted EBITDA | $ 94,794 | $ 98,270 | $ 300,711 | $ 287,245 |

(1) A portion of the rent payment to the third party lessor of the South Texas Family Residential Center (STFRC) is treated as depreciation and interest expense for GAAP accounting purposes, similar to capital lease accounting. We have deducted such amounts in our calculation of Adjusted EBITDA to better reflect cash flows associated with the facility's operations.

CCA

A-5

CORECIVIC_1202147

CONFIDENTIAL

# Reconciliation to Pro-Forma AFFO Per Diluted Share

*($ amounts in thousands, except per share amounts)*



| | 2015 (Midpoint of Guidance) | 2014 | 2013 | 2012 | 2011 | 2010 | 2009 | 2008 | 2007 | 2006 |
|---|---|---|---|---|---|---|---|---|---|---|
| Net income | $ 219,325 | $ 195,022 | $ 300,835 | $ 156,761 | $ 162,510 | $ 157,193 | $ 154,954 | $ 150,941 | $ 133,373 | $ 105,239 |
| Depreciation of real estate assets | 89,000 | 85,560 | 80,990 | 78,719 | 73,705 | 70,460 | 67,020 | 58,378 | 50,808 | 46,944 |
| Depreciation of real estate assets for discontinued operations | - | - | 323 | 426 | 345 | 911 | 163 | 218 | 212 | 288 |
| Impairment of real estate assets, net | - | 29,843 | - | - | - | - | - | - | - | - |
| Funds from operations ("FFO") | $ 308,325 | $ 310,425 | $ 382,148 | $ 235,906 | $ 236,560 | $ 228,564 | $ 222,137 | $ 209,537 | $ 184,393 | $ 152,471 |
| **Special Items:** | | | | | | | | | | |
| Expenses associated with debt refinancing transactions, net | 700 | - | 33,299 | 1,316 | - | - | - | - | - | - |
| Goodwill and other impairments, net | 1,000 | 119 | 6,736 | - | - | - | - | - | - | 621 |
| Expenses associated with REIT conversion, net | - | - | 9,522 | 2,679 | 1,684 | - | 2,373 | - | 1,574 | - |
| Expenses associated with mergers and acquisitions, net | 2,325 | - | - | - | - | - | - | - | - | - |
| Income tax benefit for reversal of deferred taxes due to REIT conversion | - | (137,686) | 713 | (2,891) | - | - | - | - | - | - |
| Normalized Funds From Operations | $ 312,350 | $ 310,544 | $ 294,732 | $ 237,010 | $ 236,560 | $ 230,248 | $ 224,510 | $ 209,537 | $ 185,967 | $ 153,092 |
| Other non-cash revenue and expenses | 18,500 | 17,013 | 16,447 | 16,612 | 14,662 | 13,849 | 13,794 | 13,466 | 11,407 | 10,558 |
| Maintenance capital expenditures on real estate assets | (25,500) | (25,481) | (21,005) | (18,643) | (20,056) | (24,958) | (21,381) | (16,080) | (9,142) | (12,264) |
| Adjusted Funds From Operations ("AFFO") | $ 305,350 | $ 302,076 | $ 290,174 | $ 234,979 | $ 231,166 | $ 219,139 | $ 216,923 | $ 206,923 | $ 188,232 | $ 151,386 |
| Diluted shares | 118,000 | 117,312 | 111,250 | 100,623 | 105,535 | 112,977 | 117,290 | 126,250 | 125,381 | 123,058 |
| **Non-GAAP Adjustment:** | | | | | | | | | | |
| Shares issued in Special Dividend | - | - | 13,876 | - | - | - | - | - | - | - |
| Weighted average impact | - | - | (8,592) | - | - | - | - | - | - | - |
| Pro forma weighted average shares and assumed conversions – diluted | 118,000 | 117,312 | 116,534 | 114,499 | 119,411 | 126,853 | 131,166 | 140,126 | 139,257 | 136,934 |
| Pro forma Adjusted EPS per diluted share | $1.89 | $1.92 | $1.83 | $1.38 | $1.36 | $1.25 | $1.20 | $1.08 | $0.97 | $0.77 |
| Pro forma Normalized FFO per diluted share | $2.65 | $2.65 | $2.53 | $2.07 | $1.98 | $1.82 | $1.71 | $1.50 | $1.34 | $1.12 |
| Pro forma AFFO per diluted share | $2.59 | $2.57 | $2.49 | $2.05 | $1.94 | $1.73 | $1.65 | $1.48 | $1.35 | $1.11 |

Note 1: FFO and AFFO are widely accepted non-GAAP supplemental measures of REIT performance following the standards established by the National Association of Real Estate Investment Trusts (NAREIT). CCA believes that FFO and AFFO are important operating measures that supplement discussion and analysis of the Company's results of operations and are used to review and assess operating performance of the Company and its correctional facilities and their management teams. NAREIT defines FFO as net income computed in accordance with generally accepted accounting principles, excluding gains (or losses) from sales of property and extraordinary items, plus depreciation and amortization of real estate and impairment of depreciable real estate. Because the historical cost accounting convention used for real estate assets requires depreciation (except on land), this accounting presentation assumes that the value of real estate assets diminishes at a level rate over time. Because of the unique structure, design and use of the Company's correctional facilities, management believes that assessing performance of the Company's correctional facilities without the impact of depreciation or amortization is useful. CCA may make adjustments to FFO from time to time for certain other income and expenses that it considers non-recurring, infrequent or unusual, even though such items may require cash settlement, because such items do not reflect a necessary component of the ongoing operations of the Company. Normalized FFO excludes the effects of such items. CCA calculates AFFO by adding to Normalized FFO non-cash expenses such as the amortization of deferred financing costs and stock-based compensation, and by subtracting from Normalized FFO normalized recurring real estate capital expenditures that are capitalized and then amortized, but which are necessary to maintain a REIT's properties and its revenue stream. Some of these capital expenditures contain a discretionary element with respect to when they are incurred, while others may be more urgent. Therefore, these capital expenditures may fluctuate from quarter to quarter, depending on the nature of the expenditures required, seasonal factors such as weather, and budgetary conditions. FFO, Normalized FFO, and AFFO differently than the Company does, or adjust for other items, and therefore comparability may be limited. FFO, Normalized FFO, and AFFO and their corresponding per share measures are not measures of performance under GAAP, and should not be considered as an alternative to cash flows from operating activities, a measure of liquidity or an alternative to net income as indicators of the Company's operating performance or any other measure of performance derived in accordance with GAAP. This data should be read in conjunction with the Company's consolidated financial statements and related notes included in its filings with the Securities and Exchange Commission.

Note 2: On May 20, 2011, CCA paid a special dividend in connection with its conversion to a REIT. The shareholders were allowed to elect to receive their payment of the special dividend either in all cash, all shares of CCA common stock, or a combination of cash and CCA common stock, except that CCA placed a limit on the aggregate amount of cash payable to shareholders. Under ASC 505 "Equity" and ASU 2010-01, "Accounting for Distributions to Shareholders with Components of Stock and Cash, a consensus of the FASB Emerging Issues Task Force", a distribution that allows shareholders to elect to receive cash or stock with a potential limitation on the total amount of cash that all shareholders can elect to receive in the aggregate is considered a share issuance that is reflected in per share results prospectively. As such the stock portion of the special dividend is presented prospectively in basic and diluted per share results and was not presented retroactively for all periods presented as it would, for example, with a stock split or a stock dividend. As a result, CCA believes investors would benefit from seeing the operating performance for comparable periods accounting for the effect of the special dividend in previous periods. Therefore, for comparison purposes, CCA has presented per share results on a pro forma basis as if the shares issued in the special dividend were issued as of the beginning of the periods presented.

CONFIDENTIAL

A-6

CORECIVIC_1202148

Case 3:16-cv-02267   Document 365-3   Filed 11/20/20   Page 45 of 52 PageID #: 16311

# Reconciliation to 2015 Guidance

*($ in thousands, except per share amounts)*

| | Fourth Quarter 2015 | | Full-Year 2015 | |
|---|---|---|---|---|
| | Low | High | Low | High |
| Net income | $ 45,000 | $ 47,250 | $ 218,200 | $ 220,450 |
| Asset impairments, net | - | - | 1,000 | 1,000 |
| Expenses associated with debt refinancing transactions, net | - | - | 700 | 700 |
| Expenses associated with mergers and acquisitions, net | 500 | 750 | 2,200 | 2,450 |
| Adjusted net income | $ 45,500 | $ 48,000 | $ 222,100 | $ 224,600 |
| Depreciation of real estate assets | 23,000 | 23,000 | 89,000 | 89,000 |
| Normalized Funds from Operations | $ 68,500 | $ 71,000 | $ 311,100 | $ 313,600 |
| Other non-cash revenue and expenses | 5,000 | 5,000 | 18,500 | 18,500 |
| Maintenance capital expenditures on real estate assets | (9,500) | (9,500) | (25,500) | (25,500) |
| Adjusted Funds From Operations | $ 64,000 | $ 66,500 | $ 304,100 | $ 306,600 |
| Adjusted EPS per diluted share | $ 0.39 | $ 0.41 | $ 1.88 | $ 1.90 |
| Normalized FFO per diluted share | $ 0.58 | $ 0.60 | $ 2.64 | $ 2.66 |
| AFFO per diluted share | $ 0.54 | $ 0.56 | $ 2.58 | $ 2.60 |
| Net income | $ 45,000 | $ 47,250 | $ 218,200 | $ 220,450 |
| Interest expense, net | 16,000 | 16,000 | 49,700 | 49,700 |
| Depreciation and amortization | 45,000 | 45,000 | 153,300 | 153,300 |
| Income tax expense | 3,000 | 4,000 | 9,700 | 10,700 |
| EBITDA | $ 109,000 | $ 112,250 | $ 430,900 | $ 434,150 |
| Asset impairments | - | - | 1,000 | 1,000 |
| Expenses associated with debt refinancing transactions | - | - | 700 | 700 |
| Expenses associated with mergers and acquisitions | 500 | 750 | 2,200 | 2,450 |
| Depreciation associated with STFRC lease(1) | (10,700) | (10,700) | (29,800) | (29,800) |
| Interest expense associated with STFRC lease(1) | (3,100) | (3,100) | (8,500) | (8,500) |
| Adjusted EBITDA | $ 95,700 | $ 99,200 | $ 396,500 | $ 400,000 |

(1) A portion of the rent payment to the third party lessor of the South Texas Family Residential Center (STFRC) is treated as depreciation and interest expense for GAAP accounting purposes, similar to capital lease accounting. We have deducted such amounts in our calculation of Adjusted EBITDA to better reflect cash flows associated with the facility's operations.

Note: CCA announced its EPS, FFO and AFFO per diluted share guidance for the fourth-quarter and full-year 2015 in its Third Quarter 2015 Financial Results news release on November 4, 2015. This slide sets forth the guidance given at that time. This does not constitute a reaffirmation of update of the guidance provided at that time.

A-7



CORECIVIC_1202149

CONFIDENTIAL

# Financial Modeling Considerations

- Prison facilities are comprised of multiple housing units

  » E.G.: 1,500-bed facility may be comprised of five 300-bed housing units

  » Individual housing units may be mothballed until populations are available to fill

  » Cash operating expenses of an idle facility bed ≈ $1,000 per year

  » Rated capacity: Established by CCA based on general ACA standards

  » Maximum operating occupancy – mutually agreed upon by customer and CCA based on security level, length-of-stay, etc.

- Depreciation

  » Buildings: 50 years (economic useful life 75+ years)

  » FFE: 5-7 years

  » New Construction: 38 years weighted average depreciation period

CONFIDENTIAL

# Financial Modeling Considerations

- Q3 2015 Weighted Average Cost of Debt (effective rate): 3.27%
  - $900 million revolver at LIBOR + 1.50% ($395.0 million drawn at September 30, 2015)
  - $325 million, 4.125% senior notes due 2020
  - $250 million, 5.000% senior notes due 2022
  - $350 million, 4.625% senior notes due 2023
- Weighted Average Diluted Shares Outstanding
  - 118.00 million Q4 2015
  - 118.00 million full-year 2015
- 2015 Guidance - Maintenance Capex
  - Maintenance on Real Estate Assets – $25.5 million
  - IT and Other Assets – $33 million to $37 million
  - 2010 – 2014 Average: 2.8% of Revenue
- 2015 Guidance - Development Capex
  - Prison Construction & Land Acquisitions - $135.2 million to $140.2 million
- 2015 Guidance – Acquisitions
  - Acquisitions - $171.3 million

A-9

CORECIVIC_1202151

CONFIDENTIAL

# Comparable REITs

| Sector | Companies | Rationale |
|---|---|---|
| Medical Office | • Healthcare Trust of America<br>• Healthcare Realty Trust | • Obsolescence risk associated with the real estate<br>• Specialized build-out required |
| Hospitals | • Medical Properties Trust | • High operational component<br>• Obsolescence risk associated with the real estate<br>• Exposed to government payers<br>• High barriers to entry |
| Skilled Nursing | • Omega Healthcare<br>• Sabra Health Care<br>• National Health Investors | • High exposure to government payers<br>• Obsolescence risk associated with real estate<br>• Long length of stay |
| Senior Housing | • Senior Housing Properties<br>• LTC Properties | • High operational component |
| Apartment | • American Campus Communities<br>• Education Realty Trust | • High operational component with TRS<br>• Revenue generated on per bed basis |
| Lodging | • La Salle Hotel Properties | • High operational component with TRS<br>• Provide housing & services |
| Government Office | • Government Properties Trust<br>• Corporate Office Properties Trust | • High exposure to government payers<br>• Some obsolescence risk associated with the real estate due to high/specialized build-out required by government agencies |



A-10

CONFIDENTIAL

CORECIVIC_1202152

# Comparable REIT Valuations

| Company | Ticker | FY15 FFO Multiple[1] | Dividend Yield[2] |
|---|---|---|---|
| CCA | CXW | 10.7x | 7.6% |
| Healthcare Trust of America | HTA | 17.1x | 4.4% |
| Healthcare Realty Trust | HR | 17.1x | 4.6% |
| Medical Properties Trust | MPW | 9.2x | 7.8% |
| Omega Healthcare | OHI | 11.3x | 6.5% |
| Sabra Health Care REIT | SBRA | 10.2x | 7.2% |
| National Health Investors | NHI | 12.7x | 5.8% |
| Senior Housing Properties | SNH | 8.3x | 10.3% |
| LTC Properties | LTC | 15.7x | 5.0% |
| American Campus Communities | ACC | 17.3x | 3.9% |
| Education Realty Trust | EDR | 19.8x | 4.1% |
| La Salle Hotel Properties | LHO | 10.4x | 6.1% |
| Government Properties Trust | GOV | 6.9x | 10.6% |
| Corporate Office Properties Trust | OFC | 10.7x | 4.9% |
| Easterly Government Properties | DEA | 16.8x | 4.8% |

(1) Source: First Call – FFO multiple calculated by dividing closing stock price on October 30, 2015, by FFO consensus for FY 2015
(2) Source: Google Finance on October 30, 2015.

A-11



CORECIVIC_1202153

CONFIDENTIAL

# Contracting Process and Terms

- Compensated per inmate, per day – "Per Diem"
  - » Some contracts (approximately one-third) provide occupancy guarantees or have fixed payment terms to ensure customer access to beds

- Three contract types:
  - » Owned/Controlled: CCA owns/controls and operates the prison
    - Single, consolidated per diem incorporates both rent and services
    - Per diems and margins are higher for Owned/Controlled facilities due to rent
  - » Managed Only: Government owns prison & CCA operates the prison
  - » Leased Facilities
    - Leases are single tenant covering the entire facility regardless of utilization

- Typical contract terms
  - » Average term of 3-5 years, excluding renewal options
  - » Many with annual price escalators in line with CPI
  - » Very detailed prescriptive statement of work drives level of services provided
  - » Some specify maximum number of offenders covered by the contract; some open ended

A-12

CORECIVIC_1202154

CONFIDENTIAL

# Contracting Process and Terms

- Procurements typically involve competitive bid process

  » Per diems set through contract-by-contract competitive bids & negotiation

    • Unlike healthcare industry – No national reimbursement rate structure

  » Bed availability often a key requirement

    • Short execution period reduces build-to-suit solutions

  » Owned facilities have greater than 90% retention rate: high barriers to entry & switching costs

    • Significant capital required to construct comparable facility

    • Long construction timeline

  » Nearly all government partners have individual contracts for each facility & many have staggered expirations

- Customers have investment grade credit ratings = no bad debt



A-13

CORECIVIC_1202155

CONFIDENTIAL



CORECIVIC_1202156

CONFIDENTIAL