# EXHIBIT 148



February 2016

Fourth Quarter 2015 Investor Presentation

America's Leader in Partnership Corrections

CONFIDENTIAL

CORECIVIC_0119881

# Forward-Looking Statements

As defined within the Private Securities Litigation Reform Act of 1995, certain statements herein may be considered forward-looking statements that are subject to risks and uncertainties that could cause actual results to differ materially from the statements made.

Factors that could cause operating and financial results to differ are described in the Company's Form 10-K, as well as in other documents filed with the Securities and Exchange Commission. These include, but are not limited to, the risks and uncertainties associated with general economic and market conditions, including the impact among other things, changes in occupancy levels, competition, increases in costs of operations, fluctuations in interest rates, and risks of operations; changes in the privatization of the corrections and detention industry and the public acceptance of our services; our ability to obtain and maintain correctional facility management contracts, including, but not limited to, sufficient governmental appropriations, contract compliance, effects of inmate disturbances, and the timing of the opening of new facilities and the commencement of new management contracts as well as our ability to utilize current available beds and new capacity as development and expansion projects are completed; increases in costs to develop or expand correctional and detention facilities that exceed original estimates, or the inability to complete such projects on schedule as a result of various factors, many of which are beyond our control, such as weather, labor conditions, and material shortages, resulting in increased construction costs; changes in government policy and in legislation and regulation of the corrections and detention industry that affect our business, including, but not limited to, California's utilization of out-of-state private correctional capacity and the continued utilization of the South Texas Family Residential Center by U.S. Immigration and Customs Enforcement ("ICE"), our ability to successfully integrate operations of Avalon, and the impact of any changes to immigration reform and sentencing laws (Our Company does not, under longstanding policy, lobby for or against policies or legislation that would determine the basis for, or duration of, an individual's incarceration or detention.); our ability to meet and maintain qualification for taxation as a real estate investment trust ("REIT"); and the availability of debt and equity financing on terms that are favorable.

The Company does not undertake any obligation to publicly release or otherwise disclose the result of any revisions to forward-looking statements that may be made to reflect events or circumstances after the date hereof or to reflect the occurrence of unanticipated events.

CONFIDENTIAL

CORECIVIC_0119882

# Attractive Investment Characteristics

- Attractive dividend
  - » $0.54 quarterly dividend, $2.16 annualized, or ≈7.6% yield as of February 9, 2016
- Only 10% of the $80B U.S. corrections market is privatized[1]
  - » Market penetration has increased from 7% in 2002 to 10% in 2014[2]
  - » Opportunity to gain market share due to lack of government investment in new and replacement capacity
- Strong balance sheet supports growth strategies
  - » 3.5x leverage, 8.7x fixed charge coverage ratio, low cost of capital, BB+/Baa3 ratings[3]
- Significant growth and value creation potential
  - » Cost savings, overcrowding and aging public facilities with significant deferred maintenance
    - Build-to-suit facilities
    - Replace aging public facilities that are inefficient operationally and expensive to maintain
    - Available bed capacity could add up to $1.30 to EPS & AFFO per diluted share[4]
    - Acquire existing facilities
  - » Well developed pipeline of acquisition targets to expand portfolio of real estate assets
- Historically stable or growing cash flows through all market cycles

(1) BJS: Justice Expenditure & Employment Extracts 2010
(2) Bureau of Justice Statistics, Prisoners in 2014 & US Marshals Service (Federal population figures include BOP and USMS, they do not include ICE. Private inmate totals for California have been revised from BJS reported numbers to include the out-of-state program.)
(3) Leverage = (Total Debt – Cash)/Full-Year 2015 Adjusted EBITDA and Fixed Charge Coverage = Full-Year 2015 Adjusted EBITDA/(Interest incurred + Scheduled principal payments). Refer to Appendix Section of this presentation for a reconciliation to EBITDA and Adjusted EBITDA
(4) Refer to Appendix Section for illustration and explanation

CONFIDENTIAL

CORECIVIC_0119883



About CCA

CORECIVIC_0119884

CONFIDENTIAL

# Who We Are

- Established in 1983, CCA owns and operates minimum, medium and maximum-security level correctional facilities, federal detention and residential facilities as well as residential re-entry facilities

- Operate as a Real Estate Investment Trust (REIT)

  » Real Estate is an essential core of our business

    - Following the acquisition of Avalon Correctional Services, Inc., CCA has over 14 million sq. ft. in 66 owned/controlled facilities containing approximately 75,000 beds

    - 75+ year economic useful life for real estate assets

      – Young, well-maintained portfolio: 18 year median age[1]

      – Modest annual real estate maintenance capital expenditures: ≈5% of NOI

    - Land & buildings comprise over 90% of gross fixed assets

    - Over 5,500 acres of land, of which about 2,900 acres are undeveloped for future growth projects

    - Over 98% of 2015 NOI was generated by our owned/controlled facilities[2]

    - Pursuing opportunities to expand portfolio of real estate assets leased to third party operators

  » Included in Major REIT Indices – FTSE NAREIT Equity Index, Morgan Stanley Global Real Estate Index and Dow Jones Global Real Estate Index

(1)  Average age for correctional and detention facilities owned & controlled; excludes community corrections facilities.

(2)  Please refer to the Appendix section of this presentation for a reconciliation to Net Operating Income (NOI)

CONFIDENTIAL

CORECIVIC_0119885

5

# Who We Are

- The nation's largest owner of partnership correction and detention facilities in the United States

- As of December 31, 2015, CCA operated or leased 77 facilities located in 20 states and the District of Columbia

  » Owned/Controlled and Operated 60 facilities
    - 47 secure facilities, 67,536 beds
    - 13 non-secure residential re-entry facilities, 3,760 beds

  » Operated 11 facilities owned by our government partners
    - 11 secure facilities, 13,898 beds

  » Leased 6 facilities to third-party operators
    - 2 secure facilities, 2,760 beds
    - 4 non-secure residential re-entry facilities, 605 beds

- Clear leader with ≈42% market share of all private secure correctional beds in the U.S., owning/controlling ≈59% of all privately owned/controlled beds

6

CONFIDENTIAL

CORECIVIC_0119886

# Clear Industry Leader

- CCA is the clear leader of the private corrections market, at about 42% of the United States market and over 59% of all privately owned/controlled corrections and detention beds in the United States.



Partnership Corrections Market Share

- Owned/Controlled ▪ Managed Only

CCA – Total Capacity at December 31, 2015
GEO – As reported on company supplemental financial information in February 2016
MTC – As reported on company website or other public sources in December 2015
All others – As reported on company websites, brochures or other public sources in December 2015

CONFIDENTIAL

CORECIVIC_0119887

# National Portfolio with Geographic Diversity

- As of December 31, 2015, we had 66 owned/controlled facilities and 11 managed-only facilities located in 20 states and the District of Columbia

- We currently have a facility expansion underway in Arizona to increase the design capacity of our Red Rock Correctional Center from 1,596 beds to 2,024 beds



● CCA Owned or Controlled
● CCA Managed Only
● CCA Owned and Leased to Another Operator

8

CONFIDENTIAL

CORECIVIC_0119888

# Avalon Correctional Services Portfolio



● Avalon Correctional
Services Facilities

- On October 28, 2015, CCA closed on the acquisition of Avalon Correctional Services, a leading provider of community corrections services, drug and alcohol treatment services and residential re-entry services for $157.5 million

- Avalon operates 11 residential re-entry facilities with 3,157 beds

  » Significant customer and geographic overlap with CCA's existing operations

  » Expected to generate approximately $35-$40 million in annualized revenues

  » Assets qualify for inclusion in the REIT

- The acquisition represents CCA's continued effort to strategically expand our portfolio of residential re-entry assets

  » CCA currently owns 17 residential re-entry properties representing 4,365 beds

CORECIVIC_0119889

CONFIDENTIAL

# High Quality, Diverse Customer Base

- As of December 31, 2015, CCA had 108 agreements with federal, state and local agencies
  - » Further diversification within federal agency customers:
    - > 100 potential customers within federal agencies: 94 U.S. Marshals districts; 24 ICE field offices; and the Federal Bureau of Prisons
    - Staggered contract expirations; most customers have multiple contracts

**Percentage of Revenue by Customer for the Year Ended December 31, 2015**



U.S. Immigration and Customs Enforcement (ICE), 24%

U.S. Marshals (USM), 16%

California, 11%

Bureau of Prisons (BOP), 11%

Georgia, 6%

Tennessee, 5%

Colorado, 4%

Oklahoma, 3%

Texas, 3%

Hawaii, 2%

All Others, 15%

CORECIVIC_0119890

CONFIDENTIAL

# CCA Value Proposition

## Near-Term Benefits

**Cost Benefits:**

- RFP/competitive bidding process
- Capital investment off government balance sheets
- CCA pays property taxes on its facilities

**Facility Benefits:**

- Just-in-time inventory of available beds
- Current facility designs improve safety & improve operational efficiency

**Operational Benefits:**

- Reduced prison overcrowding
- Improved safety & security
- Multiple layers of contractual & operational oversight to monitor compliance

## Long-Term Benefits

**Cost Benefits:**

- Opportunity to reduce long-term pension obligations
  » State and local pension plans are underfunded by an estimated $4.7 trillion[1]
- Savings can be allocated to programs aimed at reducing recidivism or other government services

**Facility Benefits:**

- Maintenance and expansion costs funded by CCA

**Operational Benefits:**

- Additional programs to reduce recidivism can be added throughout the life of the contract
- Contract performance monitored by continuous government oversight

**Short-term and long-term savings can be achieved by governments contracting with the private sector without sacrificing quality[2]**

(1) *State Budget Solutions – Promises Made, Promises Broken 2014*

(2) *A Policy Report issued by the Independent Institute in June 2014. This study received funding by members of the private corrections industry.*

CONFIDENTIAL

CORECIVIC_0119891

# CCA Value Proposition

Cost savings are achieved through:

1. Operational Cost Savings

| | Operating Cost Per Day in Government Facility[1] | Real Estate Cost Per Day | Total Government-Run Cost Per Day | CCA Average Per Diem[2] | Percent Savings |
|---|---|---|---|---|---|
| BOP | $76.00 | $12.00 | $88.00 | $72.76 | 17.3% |
| California | $175.00 | $12.00 | $187.00 | $72.76 | 61.1% |
| Colorado | $82.00 | $12.00 | $94.00 | $72.76 | 22.6% |

(1) Operating Costs as reported by agency, DOES NOT INCLUDE THE COST OF REAL ESTATE OF ABOUT $12.00 - $20.00 PER DAY.
(2) CCA average per diem for all facilities the year ended December 31, 2015.

2. Avoiding Large Capital Investment

   » Freeing up capital for other public works projects

| | CCA | Government Agencies |
|---|---|---|
| Total Cost per 1,000 beds | $55 to $65 million | $80 to $250 million |
| Average Length of Construction | 1 - 3 years | 3 - 7 years |

3. Competition Creates Additional Savings – Adding competition has been found to lower costs and improve performance

12

CONFIDENTIAL

CORECIVIC_0119892



Strong and Stable Cash Flows

CONFIDENTIAL

CORECIVIC_0119893

# Significant Cash Flow Generation

- Strong AFFO growth while maintaining modest leverage

- Difficult to replace real estate assets = high contract retention and high barriers to entry

  » Difficult permitting and zoning, long development lead times, unique knowledge and experience requirements and high capital investment

  » ≈93% contract renewal rate on owned/controlled facilities

- Because of the unique nature of CCA's asset class, in the depth of the recession, as other REITs were issuing equity under duress, CCA's strong and stable cash flow supported a substantial stock repurchase program while _reducing leverage_

  » CCA repurchased approximately 20% of its outstanding shares from 2008-2011



(1) AFFO per diluted share calculated to reflect Pro Forma weighted average shares outstanding (WASO) for special dividend share issuance in May 2013 as if the shares were issued at the beginning of each prior year period – Please refer to the Appendix section of this presentation for reconciliation of net income to AFFO.

CORECIVIC_0119894

14

# High Dividend Return for Shareholders

- Since converting to a REIT in 2013, CCA has maintained a consistent dividend allocation policy of returning approximately 80% of AFFO per share

- Dividend payout reviewed quarterly to evaluate growth outlook for AFFO



Annual Dividends Per Share

| | |
|---|---|
| $2.20 | |
| $2.10 | |
| $2.00 | |
| $1.90 | |
| $1.80 | |

2013 [1] — $1.92
2014 — $2.04
2015 — $2.16
2016 [2] — $2.16

(1) Adjusted to exclude the effects of a special dividend paid in 2013
(2) Full-year 2016 dividend based on annualized Q1 2016 dividend of $0.54 per share



15

CORECIVIC_0119895

CONFIDENTIAL

# Financial Highlights

| | | For the Three Months Ended December 31, | | For the Twelve Months Ended December 31, | |
|---|---|---|---|---|---|
| | | **2015** | 2014 | **2015** | 2014 |
| Adjusted Diluted EPS | (1) | **$0.43** | $0.49 | **$1.93** | $1.92 |
| Normalized FFO per diluted share | (1) | **$0.63** | $0.67 | **$2.69** | $2.65 |
| AFFO per diluted share | (1) | **$0.58** | $0.65 | **$2.62** | $2.57 |
| Debt leverage | (1) | **3.6x** | 2.9x | **3.5x** | 2.9x |
| Fixed charge coverage ratio | (1) | **7.3x** | 9.0x | **8.7x** | 9.1x |

- 2016 Guidance

| Guidance | | Low-End | | High-End | |
|---|---|---|---|---|---|
| Adjusted Diluted EPS for Q1 2016 | $ | 0.37 | $ | 0.39 |
| Adjusted Diluted EPS for Full Year 2016 | $ | 1.76 | $ | 1.84 |
| Full Year 2016 Normalized FFO | $ | 2.54 | $ | 2.62 |
| Full Year 2016 AFFO | $ | 2.47 | $ | 2.55 |

(1) Refer to the Appendix section for a reconciliation of these non-GAAP amounts to the per share amounts as reported under generally accepted accounting principles.

Note: Guidance provided on February 10, 2016 – this slide does not constitute a reaffirmation or update of the guidance provided at that time.

CONFIDENTIAL

CORECIVIC_0119896



Corrections Industry Trends

CORECIVIC_0119897

CONFIDENTIAL

# Public Prisons are Overcrowded

- At December 31, 2014, 28 states and the federal government were operating at 100% or more of capacity[1]

  » Overcrowding produces unsafe conditions; poor inmate quality of life
    - No meaningful public sector prison development in recent years

  » Reduced rehabilitation opportunities; increased recidivism
    - Overcrowded populations result in re-entry programming space being converted to living space

- Prison populations decreased by 15,400 offenders in 2014, following an increase of 6,500 in 2013[1]

  » Federal populations declined by 5,300 offenders
    - Federal populations continued to decline in 2015, but overcrowding continues
    - At December 31, 2015, the public sector BOP correctional system's occupancy was at 119.5%

  » State populations decline by 10,100 offenders
    - State-level trends were mixed—nearly 50% of states experienced population growth

- State-level prison populations are projected to increase 3% by 2018[2]

(1) Source: BJS Prisoners in 2014
(2) Source: Pew Charitable Trusts – November 2014

CORECIVIC_0119898

CONFIDENTIAL

18

# Public Prisons are Aging, Costly and Unsafe

■ > 200,000 public prison beds are > 75 years old[1]



■ Outdated prison infrastructure creates unnecessary taxpayer costs

　» Inefficient design for staffing leads to higher operational costs

　　• Staffing accounts for over two-thirds of total operating costs

　» Utilities & maintenance expenses higher due to lack of new, energy efficient design

　　• CCA's new construction designs are LEED certified

　» Significant deferred maintenance costs will need to be funded to maintain operations

　　• Deferring necessary maintenance only leads to higher future expenditures

(1) Source: BJS Prisoners in 2014
(2) Source: Pew Charitable Trusts – November 2014

CONFIDENTIAL

CORECIVIC_0119899

# Public Prisons are Aging, Costly and Unsafe

- Replacing old public prisons provides operational cost savings & improves safety and living conditions

  » CCA provides capital allowing government to fund other public works projects

  » States have shuttered old public facilities, saving taxpayer money, by using the private sector:

    • Georgia (shuttered 7 facilities)

    • Colorado

- Deferred maintenance on aging public infrastructure is significant

  » The California Department of Corrections and Rehabilitation has identified over $1 billion in deferred maintenance projects for its current prison infrastructure[1]

  » The New Mexico legislature introduced a bill (SB253) in February 2016, which requested $200 million for repairs and rehabilitation of state prisons

  » Oklahoma Department of Corrections Interim Director has publicly expressed the need to close certain state facilities due to the costs and safety risks associated with their age and condition

(1) California Department of Corrections and Rehabilitation, "An Update to the Future of California Corrections" (January 2016)

CONFIDENTIAL

CORECIVIC_0119900

# Increasing Market Penetration

- Compelling value proposition has driven privatized market penetration higher

## Percentage of Market Share for Private Operators[1]



(1) Bureau of Justice Statistics, Prisoners in 2014 & US Marshals Service (Federal population figures include BOP and USMS, they do not include ICE. Private inmate totals for California have been revised from BJS reported numbers to include the out of state program.)

CONFIDENTIAL

21

CORECIVIC_0119901

# Criminal Justice Efforts

- As corrections professionals, CCA shares a deep commitment with our partners to help inmates successfully re-enter society

  » In August 2014, CCA laid out a series of company-wide commitments to enhance and expand re-entry programming

  » CCA has made significant investments in expanding our portfolio or residential re-entry properties

- Recently published research from BJS found that approximately 68% of released prisoners were arrested for a new crime within 3 years, and approximately 77% were arrested within 5 years[1]

- There is a bi-partisan congressional support for residential re-entry centers and drug rehabilitation

- CCA is well positioned to provide re-entry solutions to our partners

- CCA is targeting additional investment in the re-entry market

(1) Source: "Multistate Criminal History Patterns of Prisoners Released in 30 States," issued by BJS in September 2015.

CONFIDENTIAL

CORECIVIC_0119902

# Criminal Justice Proposed Reforms

- As a matter of longstanding corporate policy, CCA does not lobby, oppose or endorse any policies or legislation that would determine the basis for, or duration of, an individual's incarceration or detention

- The federal government is considering additional changes to sentencing guidelines primarily for drug-related offenses[1]

  » Judges and prosecutors will continue to have sentencing discretion

  » Since 1995, the number of federal inmates convicted with non-mandatory sentences grew at rates similar to those with mandatory sentences

  » Private sector houses sentenced Criminal Alien population for the BOP

  » Public sector facilities continue to be overcrowded and many need replacement over the near- to medium-term

- It is difficult to predict the short-term and long-term impact these reforms may have on federal inmate populations in our facilities

(1) Source: U.S. Sentencing Commission

CONFIDENTIAL

CORECIVIC_0119903

23

Potential for Growth

CONFIDENTIAL

CORECIVIC_0119904

# Opportunities for Growth & Value Creation

## Capital Deployment

➤ Build and fill new beds
  - Expand existing facilities & build to suit development

➤ Acquire existing public facilities
  - Own & Operate, or
  - Sale/Leaseback transaction

➤ Replace obsolete government-owned prisons
  - Own & Operate, or
  - Own & Lease to Governments

## Strategic Acquisitions

➤ Residential re-entry facilities
  - Fragmented market
  - Opportunity to develop operational efficiencies through scale

➤ Opportunity to invest in other income producing real estate assets
  - Assets leased by government agencies
  - Assets leased to third parties in adjacent markets

**Flexible balance sheet with ample liquidity to efficiently allocate capital for attractive growth opportunities**

CORECIVIC_0119905

CONFIDENTIAL

# Recent Capital Deployment Opportunities

- Expect to generate 5% to 7% average annual earnings growth over next 3 to 5 years

  » Facility Development

    - Red Rock Correctional Center (AZ) – Expansion of existing facility from 1,596 beds to 2,024 beds, scheduled to be complete late third-quarter to early fourth quarter 2016

      - In December 2015, CCA was awarded a new contract to house an additional 1,000 medium-security inmates (in addition to existing 1,000 bed contract)

      - Expected to generate additional $22 million to $25 million in annualized revenue

  » Utilize Available Bed Capacity

    - Utilizing available bed capacity up to standard operating capacity adds up to $1.30 to diluted EPS and AFFO per share[1]

    - Available bed capacity provides a competitive advantage when partner's bed capacity needs are immediate

  » Acquisitions

    - Strategic acquisitions produce earnings and cash flow growth

    - Opportunity to expand residential re-entry portfolio in a highly fragmented market

    - Targeting real estate assets that are mission-critical for government partners

(1) Refer to Appendix Section of this presentation for calculation and assumptions

CONFIDENTIAL

CORECIVIC_0119906

# Recent Strategic Acquisitions

- In 2015, CCA announced two acquisitions in the residential re-entry market

  » **In August, CCA acquired four residential re-entry facilities for $13.8 million**

  - Acquired 605 beds located in the greater Philadelphia area
  - Leased to Community Education Centers who operates the facilities

    - Triple net lease structure

  - Introduced a strategic alternative to traditional model of CCA owning & managing properties in the residential re-entry market

  » **In October, CCA acquired Avalon Correctional Services, Inc, for $157.5 million**

  - Acquired 11 facilities, 3,157 beds, located in Texas, Oklahoma and Wyoming
  - Traditional owned & managed model
  - Adds additional growth opportunities with many existing CCA partners

    - Texas Department of Criminal Justice, Oklahoma Department of Corrections and the Federal Bureau of Prisons

**Since 2013, we have developed a pipeline of acquisition targets and intend to actively pursue attractive market opportunities as part of our overall capital allocation strategy**

27

CONFIDENTIAL

CORECIVIC_0119907

# Market-Driven Growth

## Market Dynamics

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Improving economy & government tax revenues | Budget cuts during the recession impacted turnover at public prison facilities | Public works projects lack capital funding and prison facilities are outdated | Municipal credit ratings pressure and limited debt capacity | Large portfolio of outdated and inefficient public prisons |

## Issues Facing Public Correctional Facilities

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| > Growing pension liabilities<br>> Significant deferred maintenance | > Understaffing as a result of hiring and wage freezes during the recession | > Education & other infrastructure projects are greater public priorities | > Limited borrowing capacity means government cannot address all their needs | > Overcrowding & design create security concerns<br>> Expensive to operate or replace |

## CCA's Solutions

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| > Using CCA stems growth in unfunded pension liabilities<br>> CCA provides short- and long-term savings[1] | > Selling government prisons provides cash and cost saving for use in other public works | > CCA bed capacity avoids large gov't capital investment<br>> Filling vacant beds adds up to $1.30 to EPS[2] | > CCA provides an alternative source of capital for new cost efficient facilities | > CCA's modern, state-of-the-art facilities improve safety, security and generate cost efficiencies |

(1) Source: Policy Report issued by the Independent Institute in June 2014. This study received funding by members of the private corrections industry.
(2) Refer to Appendix Section for illustration and explanation



28

CORECIVIC_0119908



Strong Balance Sheet Supports Future Growth

CORECIVIC_0119909

CONFIDENTIAL

# Strong Balance Sheet and Simple Capital Structure

- Our low cost of capital is a competitive advantage
  - » $325M Sr. Notes @ 4.125%, due Apr. 2020
  - » $250M Sr. Notes @ 5.000%, due Oct. 2022
  - » $350M Sr. Notes @ 4.625%, due May 2023
  - » $900M Revolver @ LIBOR + 1.50%, maturing July 2020
    - $439M drawn as of December 31, 2015
  - » $100M Term Loan @ LIBOR + 1.75%, maturing July 2020
  - » $512M in liquidity at December 31, 2015[1]

- **S&P**: BB+   **Moody's**: Baa3   **Fitch**: BB+

## Debt Maturity Schedule

| | |
|---|---|
| $824M | 2019–2020 |
| $250M | 2022 |
| $350M | 2023 |

(Chart: $0M – $1000M axis; years 2016 2017 2018 2019 2020 2021 2022 2023)

| 36%<br>Debt/<br>Undepreciated Fixed Assets | 3.5x<br>Debt-to-EBITDA | 8.7x<br>Fixed Charge Coverage | 100%<br>Unencumbered Fixed Assets | 32%<br>Debt to Total Market Capitalization |
|---|---|---|---|---|

(1) Available liquidity as of December 31, 2015 includes cash on hand and available capacity under the revolving credit facility.



CONFIDENTIAL

CORECIVIC_0119910

# Capital Allocation Policy

## Maintain Ample Liquidity and Solid Balance Sheet

### Maximum 4x Debt Leverage

#### Payout ≈ 80% AFFO in Dividends [1]

- Paid out of internally generated cash flow
- Evaluate dividend quarterly
- Revisit payout ratio annually
- Increases to dividend will coincide with future growth

#### Invest ≈ 20% AFFO in Growth

- Invest in facility acquisitions and development to grow earnings
- Unused amounts available for gradual debt reduction or other strategic uses

#### Fund Additional Growth

- Raise debt and equity capital to further fund facility acquisitions and development projects

(1) Dividend payments subject to Board approval and minimum payout required to meet REIT qualification requirements.

CONFIDENTIAL



31

CORECIVIC_0119911



Operational Overview

CORECIVIC_0119912

CONFIDENTIAL

# Operational Philosophy

- CCA integrates several Correctional Components:

  » Safety & Security is our **First** priority

  » Perform quality services for our government partners and the offenders entrusted in our care

  » Provide effective programs such as drug treatment, education and vocational options to reduce risk of recidivism

  » Focus on re-entry to prepare offenders to re-enter communities – Improving their chances in finding employment and re-establishing family connections

CONFIDENTIAL

CORECIVIC_0119913

# Professional Services with Significant Oversight

- Detailed contracts specify services to be provided

  » Detailed, prescriptive statement of work which specifies all services required to be provided

    • Including meeting jurisdictional guidelines and correctional standards

- CCA facilities are subject to significant oversight

  » Government partners have Compliance Monitors at most facilities, ensuring contract compliance

  » Approximately 92% of our facilities that are eligible for accreditation have been accredited by the American Correctional Association (excluding residential re-entry centers)

  » Most facilities are audited by ACA, the government partner, and CCA's Quality Assurance Department

CORECIVIC_0119914

34

CONFIDENTIAL

# Quality Assurance

- Quality, in the form of Operational Excellence, is a core value and essential guiding principle for CCA

- CCA's Quality Assurance Division is independent of company operations and resides within the Legal Department and reports to the General Counsel of CCA

- CCA Audit tools contain more than 1,000 distinct audit items and processes assessing critical operational functions:

  - Security
  - Food Services
  - Health Services
  - Safety & Sanitation
  - Human Resources and Training

  - Physical Plant
  - General Administration
  - PREA Requirements
  - Classification
  - Inmate/Detainee Programs

CONFIDENTIAL

CORECIVIC_0119915

# Quality Assurance

- CCA conducts Unannounced Audits of each facility at least once annually

- The Quality Assurance process requires timely corrective action plans that address root causes of deficiencies and monitors progress in correcting deficiencies

- In addition to a comprehensive Quality Assurance Process conducted through our Legal department, all ACA-accredited facilities are audited by the American Correctional Association, an independent third party and considered the gold standard in the corrections industry

- Approximately 92% of our eligible facilities are ACA Accredited[1]

- CCA facilities are subject to hundreds of independent third party and government partner audits on an annual basis

(1) Only includes facilities that are eligible for ACA Accreditation, and excludes residential re-entry facilities. Vacant facilities or facilities that are leased to other operators are not eligible for ACA accreditation.

36

CONFIDENTIAL

CORECIVIC_0119916

# Offender Re-Entry Programming

■ Offenders often lack necessary job skills and education. In an effort to improve the ability of ex-offenders to successfully transition back to their communities, CCA offers an array of programs:

» A variety of inmate services are offered by CCA and/or many of the volunteer organizations throughout our systems

- Academic education & high school equivalency diplomas
- Vocational training accredited by NCCER
- Life skills training
- Job search training
- Work assignments
- Financial responsibility training
- Parenting training
- Residential Alcohol & Drug Abuse Treatment

» Programming reduces idleness thereby reducing the risk of disturbances and incidents

- Programming delivered by CCA is directed by our government partners

» Recent acquisitions have expanded our offerings of re-entry services

CORECIVIC_0119917

CONFIDENTIAL



Appendix



CONFIDENTIAL

# Utilizing Available Capacity Drives Earnings Growth



| | Total Beds Available at December 31, 2015 | Average Margin[2] | Estimated Potential Annual Incremental EBITDA |
|---|---|---|---|
| Owned and Controlled Vacant Facility Capacity[1] | 9,450 | $ 24.61 | $ 84,886,043 |
| Owned and Controlled beds at Facilities with > 100 beds available | 8,312 | $ 24.61 | 74,663,787 |
| Total Owned and Controlled Available Capacity | 17,762 | | $ 159,549,830 |
| Managed Only Available Bed Capacity with > 100 beds available | 805 | $ 4.27 | 1,254,633 |
| Total Potential Annual Incremental EBITDA | | | $ 160,804,463 |

- Filling available beds up to standard operating capacity at the margins we achieved in the year ended December 31, 2015, would generate up to $1.30 of additional EPS and Adjusted Funds From Operations per diluted share

  » Actual operating occupancy can be higher than standard operating capacity

- Carrying an inventory of owned beds provides a competitive advantage in capturing new business – no long construction lead times

- Cash operating costs of vacant beds we own is very manageable at approximately $1,000 per bed per year

*Note: The above table is for illustrative purposes only, actual results could differ*
*(1) Excludes one non-core facility (Shelby Training Center), totaling 200 beds, as this facility was not designed for traditional correctional populations*
*(2) Average margin is based on margins achieved for the year ended December 31, 2015.  Actual margins for these beds may differ from those historically achieved, particularly for management contracts with tiered per diems or at facilities that have achieved stabilized occupancy and therefore fixed costs*

CONFIDENTIAL

CORECIVIC_0119919

# Reconciliation to Adjusted Diluted EPS

*($ in thousands, except per share amounts)*

| | For the Quarter Ended December 31, | | For the Twelve Months Ended December 31, | |
| --- | --- | --- | --- | --- |
| | 2015 | 2014 | 2015 | 2014 |
| Net income | $ 48,598 | $ 30,006 | $ 221,854 | $ 195,022 |
| Special items: | | | | |
| Expenses associated with debt refinancing transactions, net | - | - | 698 | - |
| Expenses associated with mergers and acquisitions, net | 1,967 | - | 3,620 | - |
| Asset impairments, net | - | 27,727 | 955 | 29,962 |
| Diluted adjusted net income | $ 50,565 | $ 57,733 | $ 227,127 | $ 224,984 |
| | | | | |
| Weighted average common shares outstanding - basic | 117,128 | 116,357 | 116,949 | 116,109 |
| Effect of dilutive securities: | | | | |
| Stock options | 379 | 895 | 631 | 895 |
| Restricted stock-based compensation | 277 | 443 | 205 | 308 |
| Weighted average shares and assumed conversions - diluted | 117,784 | 117,695 | 117,785 | 117,312 |
| | | | | |
| Adjusted Diluted Earnings Per Share | $ 0.43 | $ 0.49 | $ 1.93 | $ 1.92 |

A-2

CONFIDENTIAL

CORECIVIC_0119920

# Calculation of FFO, Normalized FFO and AFFO

*($ in thousands, except per share amounts)*

| | For the Quarter Ended December 31, | | For the Twelve Months Ended December 31, | |
|---|---|---|---|---|
| | 2015 | 2014 | 2015 | 2014 |
| Net income | $ 48,598 | $ 30,006 | $ 221,854 | $ 195,022 |
| Depreciation of real estate assets | 24,195 | 21,640 | 90,219 | 85,560 |
| Impairment of real estate assets, net | - | 27,608 | - | 29,843 |
| Funds From Operations | $ 72,793 | $ 79,254 | $ 312,073 | $ 310,425 |
| Expenses associated with debt refinancing transactions, net | - | - | 698 | - |
| Expenses associated with mergers and acquisitions, net | 1,967 | - | 3,620 | - |
| Goodwill and other impairments, net | - | 119 | 955 | 119 |
| Normalized Funds From Operations | $ 74,760 | $ 79,373 | $ 317,346 | $ 310,544 |
| Maintenance capital expenditures on real estate assets | (10,762) | (6,901) | (26,609) | (25,481) |
| Stock-based compensation | 3,878 | 3,537 | 15,394 | 13,975 |
| Amortization of debt costs and other non-cash interest | 787 | 777 | 2,973 | 3,102 |
| Other non-cash revenue and expenses | (16) | (16) | (64) | (64) |
| Adjusted Funds From Operations | $ 68,647 | $ 76,770 | $ 309,040 | $ 302,076 |
| Normalized Funds From Operations Per Diluted Share | $ 0.63 | $ 0.67 | $ 2.69 | $ 2.65 |
| Adjusted Funds From Operations Per Diluted Share | $ 0.58 | $ 0.65 | $ 2.62 | $ 2.57 |

A-3

# Calculation of NOI

*($ in thousands)*

| | For the Quarter Ended December 31, | | For the Twelve Months Ended December 31, | |
| --- | --- | --- | --- | --- |
| | 2015 | 2014 | 2015 | 2014 |
| Revenue owned and controlled properties | $ 396,371 | $ 368,087 | $ 1,576,938 | $ 1,409,597 |
| Operating expenses owned and controlled properties | (264,250) | (246,943) | (1,050,582) | (933,217) |
| Net operating income owned and controlled properties | $ 132,121 | $ 121,144 | $ 526,356 | $ 476,380 |
| Revenue managed only and other | $ 51,464 | $ 55,390 | $ 216,149 | $ 237,270 |
| Operating expenses managed only and other | (46,681) | (51,490) | (205,546) | (222,918) |
| Net operating income managed only and other | $ 4,783 | $ 3,900 | $ 10,603 | $ 14,352 |
| **Total Net Operating Income** | **$ 136,904** | **$ 125,044** | **$ 536,959** | **$ 490,732** |
| Net income | $ 48,598 | $ 30,006 | $ 221,854 | $ 195,022 |
| Income tax expense | 1,665 | 1,453 | 8,361 | 6,943 |
| Other (income) expense | 295 | (61) | (58) | (1,204) |
| Expenses associated with debt refinancing transactions | - | - | 701 | - |
| Interest expense, net | 15,981 | 10,447 | 49,696 | 39,535 |
| General and administrative | 27,166 | 26,843 | 103,936 | 106,429 |
| Depreciation and amortization | 43,199 | 28,512 | 151,514 | 113,925 |
| Asset impairments | - | 27,844 | 955 | 30,082 |
| **Total Net Operating Income** | **$ 136,904** | **$ 125,044** | **$ 536,959** | **$ 490,732** |

A-4

CONFIDENTIAL

CORECIVIC_0119922

# Calculation of EBITDA and Adjusted EBITDA

*($ in thousands)*

| | For the Quarter Ended December 31, | | For the Twelve Months Ended December 31, | |
| | 2015 | 2014 | 2015 | 2014 |
|---|---|---|---|---|
| Net income | $ 48,598 | $ 30,006 | $ 221,854 | $ 195,022 |
| Interest expense, net | 15,981 | 10,447 | 49,696 | 39,535 |
| Depreciation and amortization | 43,199 | 28,512 | 151,514 | 113,925 |
| Income tax expense | 1,665 | 1,453 | 8,361 | 6,943 |
| EBITDA | $ 109,443 | $ 70,418 | $ 431,425 | $ 355,425 |
| Expenses associated with debt refinancing transactions | - | - | 701 | - |
| Expenses associated with mergers and acquisitions | 1,969 | - | 3,643 | - |
| Depreciation expense associated with STFRC lease[1] | (10,706) | - | (29,887) | - |
| Interest expense associated with STFRC lease[1] | (3,047) | - | (8,467) | - |
| Asset impairments | - | 27,844 | 955 | 30,082 |
| Adjusted EBITDA | $ 97,659 | $ 98,262 | $ 398,370 | $ 385,507 |

(1) A portion of the rent payment to the third party lessor of the South Texas Family Residential Center (STFRC) is treated as depreciation and interest expense for GAAP accounting purposes, similar to capital lease accounting. We have deducted such amounts in our calculation of Adjusted EBITDA to better reflect cash flows associated with the facility's operations.

CONFIDENTIAL

A-5

CORECIVIC_0119923

# Reconciliation to Pro-Forma AFFO Per Diluted Share

*($ amounts in thousands, except per share amounts)*

| | 2016 (Midpoint of Guidance) | 2015 | 2014 | 2013 | 2012 | 2011 | 2010 | 2009 | 2008 | 2007 | 2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Net income | $ 213,750 | $ 221,854 | $ 195,022 | $ 300,835 | $ 156,761 | $ 162,510 | $ 157,193 | $ 154,954 | $ 150,941 | $ 133,373 | $ 105,239 |
| Depreciation of real estate assets | 92,000 | 90,219 | 85,560 | 80,990 | 78,719 | 73,705 | 70,460 | 67,020 | 58,378 | 50,808 | 46,944 |
| Depreciation of real estate assets for discontinued operations | - | - | - | 323 | 426 | 345 | 911 | 163 | 218 | 212 | 288 |
| Impairment of real estate assets, net | - | - | 29,843 | - | - | - | - | - | - | - | - |
| Funds from operations ("FFO") | $ 305,750 | $ 312,073 | $ 310,425 | $ 382,148 | $ 235,906 | $ 236,560 | $ 228,565 | $ 222,137 | $ 209,537 | $ 184,393 | $ 152,471 |
| **Special Items:** | | | | | | | | | | | |
| Expenses associated with debt refinancing transactions, net | - | 698 | - | 33,299 | 1,316 | - | - | 2,373 | - | - | 621 |
| Goodwill and other impairments, net | - | 955 | 119 | 6,736 | 2,679 | 1,684 | - | - | - | 1,574 | - |
| Expenses associated with REIT conversion, net | - | - | - | 9,522 | - | - | - | - | - | - | - |
| Expenses associated with mergers and acquisitions, net | - | 3,620 | - | 713 | - | - | - | - | - | - | - |
| Income tax benefit for reversal of deferred taxes due to REIT conversion | - | - | - | (137,686) | (2,891) | - | - | - | - | - | - |
| Normalized Funds From Operations | $ 305,750 | $ 317,346 | $ 310,544 | $ 294,732 | $ 237,010 | $ 236,560 | $ 230,248 | $ 224,510 | $ 209,537 | $ 185,967 | $ 153,092 |
| Other non-cash expenses | 18,500 | 18,303 | 17,013 | 16,447 | 16,612 | 14,662 | 13,849 | 13,794 | 13,466 | 11,407 | 10,558 |
| Maintenance capital expenditures on real estate assets | (27,000) | (26,609) | (25,481) | (21,005) | (18,643) | (20,056) | (24,958) | (21,381) | (16,080) | (9,142) | (12,264) |
| Adjusted Funds From Operations ("AFFO") | $ 297,250 | $ 309,040 | $ 302,076 | $ 290,174 | $ 234,979 | $ 231,166 | $ 219,139 | $ 216,923 | $ 206,923 | $ 188,232 | $ 151,386 |
| Diluted shares | 118,500 | 117,785 | 117,312 | 111,250 | 100,623 | 105,535 | 112,977 | 117,290 | 126,250 | 125,381 | 123,058 |
| **Non GAAP Adjustment:** | | | | | | | | | | | |
| Shares Issued in Special Dividend | - | - | - | 13,876 | 13,876 | 13,876 | 13,876 | 13,876 | 13,876 | 13,876 | |
| Weighted average impact | - | - | - | (8,592) | | | | | | | |
| Pro forma weighted average shares and assumed conversions - diluted | 118,500 | 117,785 | 117,312 | 116,534 | 114,499 | 119,411 | 126,853 | 131,166 | 140,126 | 139,257 | 136,934 |
| Pro forma Adjusted EPS per diluted share | $1.80 | $1.93 | $1.92 | $1.83 | $1.38 | $1.36 | $1.25 | $1.20 | $1.08 | $0.97 | $0.77 |
| Pro forma Normalized FFO per diluted share | $2.58 | $2.69 | $2.65 | $2.53 | $2.07 | $1.98 | $1.82 | $1.71 | $1.50 | $1.34 | $1.12 |
| Pro forma AFFO per diluted share | $2.51 | $2.62 | $2.57 | $2.49 | $2.05 | $1.94 | $1.73 | $1.65 | $1.48 | $1.35 | $1.11 |

Note A: FFO and AFFO are widely accepted non-GAAP supplemental measures of REIT performance following the standards established by the National Association of Real Estate Investment Trusts (NAREIT). CCA believes that FFO and AFFO are important operating measures that supplement discussion and analysis of the Company's results of operations and are used to review and assess operating performance of the Company and its correctional facilities and their management teams. NAREIT defines FFO as net income computed in accordance with generally accepted accounting principles, excluding gains (or losses) from sales of property and extraordinary items, plus depreciation and amortization of real estate and impairment of depreciable real estate. Because the historical cost accounting convention used for real estate assets requires depreciation (except on land), this accounting presentation assumes that the value of real estate assets diminishes at a level rate over time. Because of the unique structure, design and use of the Company's correctional facilities, management believes that assessing performance of the Company's correctional facilities without the impact of depreciation or amortization is useful. CCA may make adjustments to FFO from time to time for certain other income and expenses that it considers non-recurring, infrequent or unusual, even though such items may require cash settlement, because such items do not reflect a necessary component of the ongoing operations of the Company. Normalized FFO excludes the effects of such items. CCA calculates AFFO by adding to Normalized FFO non-cash expenses such as the amortization of deferred financing costs and stock-based compensation, and by subtracting from Normalized FFO normalized recurring real estate expenditures that are capitalized and then amortized, but which are necessary to maintain a REIT's properties and its revenue stream. Some of these capital expenditures contain a discretionary element with respect to when they are incurred, while others may be more urgent. Therefore, these capital expenditures may fluctuate from quarter to quarter, depending on the nature of the expenditures required, seasonal factors such as weather, and budgetary conditions. Other companies may calculate FFO, Normalized FFO, and AFFO differently than the Company does, or adjust for other items, and therefore comparability may be limited. FFO, Normalized FFO, and AFFO and their corresponding per share measures are not measures of performance under GAAP and should not be considered as an alternative to cash flows from operating activities, a measure of liquidity or an alternative to net income as indicators of the Company's operating performance or any other measure of performance derived in accordance with GAAP. This data should be read in conjunction with the Company's consolidated financial statements and related notes included in its filings with the Securities and Exchange Commission.

Note B: On May 20, 2013, CCA paid a special dividend in connection with its conversion to a REIT. The shareholders were allowed to elect to receive their payment of the special dividend either in all cash, all shares of CCA common stock, or a combination of cash and CCA common stock, except that CCA placed a limit on the aggregate amount of cash payable to shareholders. Under ASC 505 "Equity" and ASU 2010-01, "Accounting for Distributions to Shareholders with Components of Stock and Cash, a consensus of the FASB Emerging Issues Task Force", a distribution that allows shareholders to elect to receive cash or stock with a potential limitation on the total amount of cash that all shareholders can elect to receive in the aggregate is treated as a stock issuance that is reflected in per share results prospectively. As such the stock portion of the special dividend is presented prospectively in basic and diluted per share results and was not presented retroactively for all periods presented as it would; for example, with a stock split or a stock dividend. As a result, CCA believes investors would benefit from seeing the operating performance for comparable periods accounting for the effect of the special dividend in previous periods. Therefore, for comparison purposes, CCA has presented our pro forma results on a pro forma basis as if the shares issued in the special dividend were issued as of the beginning of the periods presented.

CONFIDENTIAL

CORECIVIC_0119924

Case 3:16-cv-02267   Document 365-4   Filed 11/20/20   Page 45 of 53 PageID #: 16363

# Reconciliation to 2016 Guidance

*($ in thousands, except per share amounts)*

| | First Quarter 2016 | | Full-Year 2016 | |
| --- | --- | --- | --- | --- |
| | Low | High | Low | High |
| Net income | $ 44,000 | $ 46,500 | $ 209,000 | $ 218,500 |
| Depreciation of real estate assets | 23,000 | 23,000 | 92,000 | 92,000 |
| Funds from Operations | $ 67,000 | $ 69,500 | $ 301,000 | $ 310,500 |
| Other non-cash revenue and expenses | 4,500 | 4,500 | 18,500 | 18,500 |
| Maintenance capital expenditures on real estate assets | (5,000) | (5,000) | (27,000) | (27,000) |
| Adjusted Funds From Operations | $ 66,500 | $ 69,000 | $ 292,500 | $ 302,000 |
| | | | | |
| Adjusted EPS per diluted share | $ 0.37 | $ 0.39 | $ 1.76 | $ 1.84 |
| FFO per diluted share | $ 0.57 | $ 0.59 | $ 2.54 | $ 2.62 |
| AFFO per diluted share | $ 0.56 | $ 0.58 | $ 2.47 | $ 2.55 |
| | | | | |
| Net income | $ 44,000 | $ 46,500 | $ 209,000 | $ 218,500 |
| Interest expense, net | 17,000 | 18,000 | 69,000 | 71,000 |
| Depreciation and amortization | 42,500 | 42,500 | 174,000 | 174,000 |
| Income tax expense | 2,000 | 2,500 | 11,000 | 11,500 |
| EBITDA | $ 105,500 | $ 109,500 | $ 463,000 | $ 475,000 |
| Depreciation associated with STFRC lease[1] | (10,600) | (10,600) | (42,500) | (42,500) |
| Interest expense associated with STFRC lease[1] | (2,900) | (2,900) | (10,500) | (10,500) |
| Adjusted EBITDA | $ 92,000 | $ 96,000 | $ 410,000 | $ 422,000 |

(1) A portion of the rent payment to the third party lessor of the South Texas Family Residential Center (STFRC) is treated as depreciation and interest expense for GAAP accounting purposes, similar to capital lease accounting. We have deducted such amounts in our calculation of Adjusted EBITDA to better reflect cash flows associated with the facility's operations.

*Note: CCA announced its EPS, FFO and AFFO per diluted share guidance for the first-quarter and full-year 2016 in its Fourth Quarter 2015 Financial Results news release on February 10, 2016. This slide sets forth the guidance given at that time. This does not constitute a reaffirmation of update of the guidance provided at that time.*



A-7

CONFIDENTIAL

CORECIVIC_0119925

# Financial Modeling Considerations

- Prison facilities are comprised of multiple housing units

  » E.G.: 1,500-bed facility may be comprised of five 300-bed housing units

  » Individual housing units may be mothballed until populations are available to fill

  » Cash operating expenses of an idle facility bed ≈ $1,000 per year

  » Rated capacity: Established by CCA based on general ACA standards

  » Maximum operating occupancy – mutually agreed upon by customer and CCA based on security level, length-of-stay, etc.

- Depreciation

  » Buildings: 50 years (economic useful life 75+ years)

  » FFE: 5-7 years

  » Typical New Construction: 38 years weighted average depreciation period

CONFIDENTIAL

# Financial Modeling Considerations

- Q4 2015 Weighted Average Cost of Debt (effective rate): 3.88%
  - $900 million revolver at LIBOR + 1.50% ($439.0 million drawn at December 31, 2015)
  - $100 million Term Loan at LIBOR + 1.75%
  - $325 million, 4.125% senior notes due 2020
  - $250 million, 5.000% senior notes due 2022
  - $350 million, 4.625% senior notes due 2023
- Weighted Average Diluted Shares Outstanding
  - 118.00 million Q1 2016
  - 118.50 million full-year 2016
- 2016 Guidance - Maintenance Capex
  - Maintenance on Real Estate Assets – $27.0 million
  - IT and Other Assets – $29 million to $34 million
- 2016 Guidance - Development Capex
  - Prison Construction & Land Acquisitions - $40 million to $50 million
- 2016 Guidance – Acquisitions
  - Guidance does not include any contributions from potential M&A activity

CONFIDENTIAL

A-9

CORECIVIC_0119927

# Comparable REITs

| Sector | Companies | Rationale |
|--------|-----------|-----------|
| Medical Office | • Healthcare Trust of America<br>• Healthcare Realty Trust | • Obsolescence risk associated with the real estate<br>• Specialized build-out required |
| Hospitals | • Medical Properties Trust | • High operational component<br>• Obsolescence risk associated with the real estate<br>• Exposed to government payers<br>• High barriers to entry |
| Skilled Nursing | • Omega Healthcare<br>• Sabra Health Care<br>• National Health Investors | • High exposure to government payers<br>• Obsolescence risk associated with real estate<br>• Long length of stay |
| Senior Housing | • Senior Housing Properties<br>• LTC Properties | • High operational component |
| Apartment | • American Campus Communities<br>• Education Realty Trust | • High operational component with TRS<br>• Revenue generated on per bed basis |
| Lodging | • La Salle Hotel Properties | • High operational component with TRS<br>• Provide housing & services |
| Government Office | • Government Properties Trust<br>• Corporate Office Properties Trust | • High exposure to government payers<br>• Some obsolescence risk associated with the real estate due to high/specialized build-out required by government agencies |

CORECIVIC_0119928

CONFIDENTIAL

# Comparable REIT Valuations

| Company | Ticker | FY16 FFO Multiple[1] | Dividend Yield[2] |
|---|---|---|---|
| **CCA** | **CXW** | **11.6x** | **7.3%** |
| Healthcare Trust of America | HTA | 16.5x | 4.3% |
| Healthcare Realty Trust | HR | 17.0x | 4.3% |
| Medical Properties Trust | MPW | 8.2x | 8.2% |
| Omega Healthcare | OHI | 9.3x | 7.5% |
| Sabra Health Care REIT | SBRA | 7.6x | 9.7% |
| National Health Investors | NHI | 12.0x | 5.8% |
| Senior Housing Properties | SNH | 8.0x | 10.5% |
| LTC Properties | LTC | 14.4x | 5.0% |
| American Campus Communities | ACC | 18.7x | 3.7% |
| Education Realty Trust | EDR | 21.8x | 3.8% |
| La Salle Hotel Properties | LHO | 8.3x | 7.4% |
| Government Properties Trust | GOV | 5.8x | 12.6% |
| Corporate Office Properties Trust | OFC | 11.1x | 5.0% |
| Easterly Government Properties | DEA | 14.8x | 5.1% |

(1)  Source: First Call – FFO multiple calculated by dividing closing stock price on February 18, 2016, by FFO consensus for FY 2016
(2)  Source: Google Finance on February 18, 2016

CONFIDENTIAL

CORECIVIC_0119929

A-11

# Contracting Process and Terms

- Compensated per inmate, per day – "Per Diem"
  - » Some contracts (approximately one-third) provide occupancy guarantees or have fixed payment terms to ensure customer access to beds

- Three contract types:
  - » Owned/Controlled: CCA owns/controls and operates the prison
    - • Single, consolidated per diem incorporates both rent and services
    - • Per diems and margins are higher for Owned/Controlled facilities due to rent
  - » Managed Only: Government owns prison & CCA operates the prison
  - » Leased Facilities
    - • Leases are single tenant covering the entire facility regardless of utilization

- Typical contract terms
  - » Average term of 3-5 years, excluding renewal options
  - » Many with annual price escalators in line with CPI
  - » Very detailed prescriptive statement of work drives level of services provided
  - » Some specify maximum number of offenders covered by the contract; some open ended

A-12

CORECIVIC_0119930

CONFIDENTIAL

# Contracting Process and Terms

- Procurements typically involve competitive bid process
  - » Per diems set through contract-by-contract competitive bids & negotiation
    - Unlike healthcare industry – No national reimbursement rate structure
  - » Bed availability often a key requirement
    - Short execution period reduces build-to-suit solutions
  - » Owned facilities have greater than 90% retention rate: high barriers to entry & switching costs
    - Significant capital required to construct comparable facility
    - Long construction timeline
  - » Nearly all government partners have individual contracts for each facility & many have staggered expirations
- Customers have investment grade credit ratings = no bad debt

A-13

CORECIVIC_0119931

CONFIDENTIAL



CORECIVIC_0119932

CONFIDENTIAL