# EXHIBIT 152

File Produced Natively

CONFIDENTIAL

CORECIVIC_0094237

# BOP CONTRACT #DJB1PC010
# MANDAY AVERAGE REPORT
## December-12

| Manday - Month: December-12 | In Facility | Hospital | Total | Daily Average | | | |
|---|---|---|---|---|---|---|---|
| 1 | 2519 | 1 | 2520 | 2520 | | | |
| 2 | 2520 | | 5040 | 2520 | | | |
| 3 | 2518 | | 7558 | 2519 | | | |
| 4 | 2514 | | 10072 | 2518 | | | |
| 5 | 2530 | | 12602 | 2520 | | | |
| 6 | 2527 | 1 | 15130 | 2522 | | | |
| 7 | 2509 | 1 | 17640 | 2520 | | | |
| 8 | 2509 | 1 | 20150 | 2519 | | | |
| 9 | 2509 | 1 | 22660 | 2518 | | | |
| 10 | 2503 | 1 | 25164 | 2516 | | | |
| 11 | 2498 | 1 | 27663 | 2515 | | | |
| 12 | 2496 | | 30159 | 2513 | | | |
| 13 | 2491 | 2 | 32652 | 2512 | | | |
| 14 | 2507 | 2 | 35161 | 2512 | | | |
| 15 | 2507 | 2 | 37670 | 2511 | | | |
| 16 | 2507 | 2 | 40179 | 2511 | | | |
| 17 | 2505 | 2 | 42686 | 2511 | | | |
| 18 | 2504 | 2 | 45192 | 2511 | | | |
| 19 | 2500 | | 47692 | 2510 | | | |
| 20 | 2496 | | 50188 | 2509 | | | |
| 21 | 2486 | | 52674 | 2508 | | | |
| 22 | 2486 | | 55160 | 2507 | | | |
| 23 | 2486 | | 57646 | 2506 | | | |
| 24 | 2486 | | 60132 | 2506 | | | |
| 25 | 2486 | | 62618 | 2505 | | | |
| 26 | 2477 | | 65095 | 2504 | | | |
| 27 | 2475 | | 67570 | 2503 | | | |
| 28 | 2465 | | 70035 | 2501 | | | |
| 29 | 2465 | | 72500 | 2500 | | | |
| 30 | 2465 | | 74965 | 2499 | | | |
| 31 | 2458 | | 77423 | 2498 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SUMMARY OF INVOICE: | | BASE | BASE | 2009 | 31 | 62,279 | $4,791,232.28 |
| | | | FIUP | 15,144 | 20.22 | 306,211.68 | 306,211.68 |
| TOTAL REVENUE | | | | | | | 5,097,443.96 |

Adjustments:

| | |
|---|---|
| Medical Co-Pay | (618.93) |
| ITS Commissions | (13,767.24) |
| Vacancies | (20,884.21) |
| Total Billed | $5,062,173.58 |

# INMATE TELEPHONE SYSTEM
# EXPENSES
# December-12

| | | |
|---|---:|---:|
| Commissions | | $14,524.97 |
| Less: | | |
| ITS Clerk's Wages & Benefits | | |
| Hours 97.52 @11.83/hour * 50% | 576.83 | 576.8308 |
| Benefits 97.52 hours @3.71 * 50% | 180.90 | 180.8996 |
| | | $13,767.24 |

Adams County Correctional Facility
Essential Positions Vacant
December-12

| Position Title | Date of Vacancy | Total # of Days Vacant | # of Days Vacant this Month | Starting Annual Salary | 28% Benefits | Starting Annual Salary and Benefits | Salary Daily Rate | Vacancy Fine |
|---|---|---|---|---|---|---|---|---|
| | | Begin Date 12/1/2012 | End Date 12/31/2012 | | | | | |
| Assistant Warden | 9/7/2012 | 116 | 31 | $78,000.00 | $21,840.00 | $99,840.00 | $273.53 | $8,479.56 |
| ShiftSupervisor | 11/17/2012 | 45 | 31 | $38,500.00 | $10,780.00 | $49,280.00 | $135.01 | $4,185.42 |
| Shift Supervisor | 10/13/2012 | 80 | 31 | $38,500.00 | $10,780.00 | $49,280.00 | $135.01 | $4,185.42 |

Total Essential Vacancy Fine     $16,850.41

## Adams County Correctional Facility
## Contract Staffing Pattern Vacancy Fine
### December-12

| Position Groupings | Staffing Pattern | Contract Threshold Percent | Contract Threshold Staff | Daily Average Staff | Daily Average Percent | Positions Over/(Below) Threshold |
|---|---|---|---|---|---|---|
| Security | 227.5 | 90% | 204.8 | 203.4 | 89.4% | (1.4) |
| Health Services | 30.3 | 85% | 25.8 | 26.0 | 85.8% | 0.2 |
| Other | 130.5 | 85% | 110.9 | 122.5 | 93.9% | 11.6 |
| TOTAL | 388.3 | | 341.5 | 351.9 | | |

**Calculation of Contract Staffing Pattern Vacancy Fine:**

**Security Wage Determination Positions:**
Begin Date 12/1/2012  End Date 12/31/2012

| Position Title | Positions | Date of Vacancy | Total # of Days Vacant | # of Days Vacant this Month | WD Hourly Rate | WD Benefits Rate | WD Hourly Rate + Benefits | Annual Salary with Benefits | Salary Daily Rate | Vacancy Fine |
|---|---|---|---|---|---|---|---|---|---|---|
| Correctional Officer | 1.0 | 10/11/2012 | 82 | 31 | $12.60 | $3.71 | $16.31 | $33,924.80 | $92.94 | $2,881.28 |
| Correctional Officer | 0.4 | 10/20/2012 | 73 | 31 | $12.60 | $3.71 | $16.31 | $33,924.80 | $92.94 | $1,152.51 |
| | | | 0 | 0 | | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | 0 | 0 | | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | 0 | 0 | | | $0.00 | $0.00 | $0.00 | $0.00 |
| Security Wage Determination Total | 1.4 | | | | | | | | | $4,033.80 |

**Security Non-Wage Determination Positions:**

| Position Title | Positions | Date of Vacancy | Total # of Days Vacant | # of Days Vacant this Month | Starting Annual Salary | 28% Benefits | Starting Annual Salary and Benefits | Starting Annual Salary and Benefits Daily Rate | Vacancy Fine |
|---|---|---|---|---|---|---|---|---|---|
| | | | 0 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | 0 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | 0 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | 0 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | 0 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 |
| Security Non-Wage Determination Total | 0.0 | | | | | | | | $0.00 |

**Total Security Vacancy Fine**    1.4    $4,033.80

**Health Services Wage Determination Positions:**

| Position Title | Positions | Date of Vacancy | Total # of Days Vacant | # of Days Vacant this Month | WD Hourly Rate | WD Benefits Rate | WD Hourly Rate + Benefits | Annual Salary with Benefits | Salary Daily Rate | Vacancy Fine |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0 | 0 | | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | 0 | 0 | | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | 0 | 0 | | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | 0 | 0 | | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | 0 | 0 | | | $0.00 | $0.00 | $0.00 | $0.00 |
| Health Services Wage Determination Total | 0.0 | | | | | | | | | $0.00 |

**Health Services Non-Wage Determination Positions:**

| Position Title | Positions | Date of Vacancy | Total # of Days Vacant | # of Days Vacant this Month | Starting Annual Salary | 28% Benefits | Starting Annual Salary and Benefits | Starting Annual Salary and Benefits Daily Rate | Vacancy Fine |
|---|---|---|---|---|---|---|---|---|---|
| | | | 0 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | 0 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | 0 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | 0 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | 0 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 |
| Health Services Non-Wage Determination Total | 0.0 | | | | | | | | $0.00 |

**Total Health Services Vacancy Fine**    0.0    $0.00

**Other Wage Determination Positions:**

| Position Title | Positions | Date of Vacancy | Total # of Days Vacant | # of Days Vacant this Month | WD Hourly Rate | WD Benefits Rate | WD Hourly Rate + Benefits | Annual Salary with Benefits | Salary Daily Rate | Vacancy Fine |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0 | 0 | | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | 0 | 0 | | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | 0 | 0 | | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | 0 | 0 | | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | 0 | 0 | | | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Wage Determination Total | 0.0 | | | | | | | | | $0.00 |

**Other Non-Wage Determination Positions:**

| Position Title | Positions | Date of Vacancy | Total # of Days Vacant | # of Days Vacant this Month | Starting Annual Salary | 28% Benefits | Starting Annual Salary and Benefits | Starting Annual Salary and Benefits Daily Rate | Vacancy Fine |
|---|---|---|---|---|---|---|---|---|---|
| | | | 0 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | 0 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | 0 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | 0 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | 0 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Wage Determination Total | 0.0 | | | | | | | | $0.00 |

**Total Other Vacancy Fine**    0.0    $0.00

**Total Contract Staffing Pattern Vacancy Fine**    $4,033.80

## Adams County Correctional Facility
## Staff Vacancy Fines
## December-12

| | |
|---|---|
| Total Essential Vacancy Fine | $16,850.41 |
| Total Contract Staffing Pattern Vacancy Fine | $4,033.80 |
| **Total Facility Vacancy Fine** | **$20,884.21** |

# Adams County Correctional Facility
## Overtime Credit
### December-12

CCA requests that the overtime used to cover vacant positions be applied to offset the vacancy fine. The amount of the overtime credit requested is listed below.

| | |
|---|---|
| Total Contract Staffing Pattern Vacancy Fine | $4,033.80 |
| Overtime Cost | $58,094.08 |
| **Overtime Credit Requested** | $4,033.80 |

Report # 3 - Staff Vacancies

Staff Vacancies - CSV

| Description | Req. Date | Description | Days Open |
|---|---|---|---|
| Adams Cnty, MS - Admin | 9/7/2012 | ASST WARDEN | 115 |
| Adams Cnty, MS - Admin | 12/14/2012 | ADMINISTRATIVE CLERK | 17 |
| Adams Cnty, MS - Admin | 12/1/2012 | ADMINISTRATIVE CLERK, P/T | 30 |
| Adams Cnty, MS - Medical Serv | 10/13/2012 | ADV REG NURSE PRACT (A.R.N.P.) | 79 |
| Adams Cnty, MS - Medical Serv | 7/31/2012 | REGISTERED NURSE (Non-exempt) | 153 |
| Adams Cnty, MS - Medical Serv | 6/16/2012 | REGISTERED NURSE (PRN) | 198 |
| Adams Cnty, MS - Medical Serv | 6/26/2012 | REGISTERED NURSE (PRN) | 188 |
| Adams Cnty, MS - Medical Serv | 11/19/2012 | LICENSED PRACTICAL NURSE | 42 |
| Adams Cnty, MS - Medical Serv | 11/15/2012 | LICENSED PRACTICAL NURSE | 46 |
| Adams Cnty, MS - Medical Serv | 12/17/2011 | LICENSED PRACTICAL NURSE | 380 |
| Adams Cnty, MS - Medical Serv | 10/2/2011 | LICENSED PRACTICAL NURSE (PRN) | 456 |
| Adams Cnty, MS - Maintenance | 12/13/2012 | ADMINISTRATIVE CLERK | 18 |
| Adams Cnty, MS - Security Supp | 10/8/2011 | RECORDS SPECIALIST | 450 |
| Adams Cnty, MS - Inmate Progra | 8/25/2012 | ACADEMIC INSTRUCTOR | 128 |
| Adams Cnty, MS - Inmate Progra | 12/15/2012 | CHAPLAIN | 16 |
| Adams Cnty, MS - Inmate Progra | 11/2/2012 | VOCATIONAL INSTRUCTOR | 59 |
| Adams Cnty, MS - Security | 11/17/2012 | SHIFT SUPERVISOR | 44 |
| Adams Cnty, MS - Security | 10/13/2012 | SHIFT SUPERVISOR | 79 |
| Adams Cnty, MS - Security | 11/24/2012 | CASE MANAGER | 37 |
| Adams Cnty, MS - Security | 10/6/2012 | CASE MANAGER | 86 |
| Adams Cnty, MS - Security | 12/10/2012 | CASE MANAGER | 21 |
| Adams Cnty, MS - Security | 12/12/2012 | CORRECTIONAL COUNSELOR | 19 |
| Adams Cnty, MS - Security | 12/28/2012 | CORRECTIONAL COUNSELOR | 3 |
| Adams Cnty, MS - Security | 8/11/2012 | RECORDS CLERK | 142 |
| Adams Cnty, MS - Security | 10/11/2012 | CORRECTIONAL OFFICER | 81 |
| Adams Cnty, MS - Security | 12/13/2012 | CORRECTIONAL OFFICER | 18 |
| Adams Cnty, MS - Security | 11/14/2012 | CORRECTIONAL OFFICER | 47 |
| Adams Cnty, MS - Security | 11/19/2012 | CORRECTIONAL OFFICER | 42 |
| Adams Cnty, MS - Security | 12/16/2012 | CORRECTIONAL OFFICER | 15 |
| Adams Cnty, MS - Security | 10/20/2012 | CORRECTIONAL OFFICER | 72 |
| Adams Cnty, MS - Security | 12/7/2012 | CORRECTIONAL OFFICER | 24 |
| Adams Cnty, MS - Security | 11/17/2012 | CORRECTIONAL OFFICER | 44 |
| Adams Cnty, MS - Security | 10/20/2012 | CORRECTIONAL OFFICER | 72 |
| Adams Cnty, MS - Security | 12/15/2012 | CORRECTIONAL OFFICER | 16 |
| Adams Cnty, MS - Security | 12/5/2012 | CORRECTIONAL OFFICER | 26 |
| Adams Cnty, MS - Security | 11/21/2012 | CORRECTIONAL OFFICER | 40 |
| Adams Cnty, MS - Security | 10/29/2012 | CORRECTIONAL OFFICER | 63 |
| Adams Cnty, MS - Security | 10/23/2012 | CORRECTIONAL OFFICER | 69 |
| Adams Cnty, MS - Security | 12/5/2012 | CORRECTIONAL OFFICER | 26 |
| Adams Cnty, MS - Security | 10/20/2012 | CORRECTIONAL OFFICER | 72 |
| Adams Cnty, MS - Security | 11/16/2012 | CORRECTIONAL OFFICER | 45 |
| Adams Cnty, MS - Security | 11/17/2012 | CORRECTIONAL OFFICER | 44 |
| Adams Cnty, MS - Security | 11/17/2012 | CORRECTIONAL OFFICER | 44 |
| Adams Cnty, MS - Security | 12/10/2012 | CORRECTIONAL OFFICER | 21 |
| Adams Cnty, MS - Security | 11/3/2012 | CORRECTIONAL OFFICER | 58 |
| Adams Cnty, MS - Security | 12/19/2012 | SR CORRECTIONAL OFFICER | 12 |
| Adams Cnty, MS - Security | 11/27/2012 | SR CORRECTIONAL OFFICER | 34 |
| Adams Cnty, MS - Security | 11/16/2012 | ASST SHIFT SUPERVISOR | 45 |