# EXHIBIT 153

File Produced Natively

CONFIDENTIAL

CORECIVIC_0094238

## Cibola County Correctional Center
## Essential Positions Vacant
### December-12

| | Begin Date | End Date | | | | | |
|---|---|---|---|---|---|---|---|
| | 12/1/2012 | 12/31/2012 | | | | | |
| Position Title | Date of Vacancy | Total # of Days Vacant | # of Days Vacant this Month | Starting Annual Salary | 28% Benefits | Starting Annual Salary and Benefits | Salary Daily Rate | Vacancy Fine |
| | | 0 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 0 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 0 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 |

**Total Essential Vacancy Fine** $0.00

Cibola County Correctional Center
Contract Staffing Pattern Vacancy Fine
**December-12**

| Position Groupings | Staffing Pattern | Contract Threshold Percent | Contract Threshold Staff | Daily Average Staff | Daily Average Percent | Positions Over/(Below) Threshold |
|---|---|---|---|---|---|---|
| Security | 201.0 | 90% | 180.9 | 163.8 | 81.5% | (17.1) |
| Health Services | 21.0 | 85% | 17.9 | 20.7 | 98.6% | 2.9 |
| Other | 77.0 | 85% | 65.5 | 70.7 | 91.8% | 5.3 |
| **TOTAL** | **299.0** | | **264.2** | **255.2** | | |

**Calculation of Contract Staffing Pattern Vacancy Fine:**

Begin Date 12/1/2012  End Date 12/31/2012

**Security Wage Determination Positions:**

| Position Title | Positions | Date of Vacancy | Total # of Days Vacant | # of Days Vacant this Month | WD Hourly Rate | WD Benefits Rate | WD Hourly Rate + Benefits | Annual Salary with Benefits | Salary Daily Rate | Vacancy Fine |
|---|---|---|---|---|---|---|---|---|---|---|
| Correctional Officer | 1.0 | 8/25/2012 | 129 | 31 | $15.36 | $3.71 | $19.07 | $39,665.60 | $108.67 | $3,368.86 |
| Correctional Officer | 1.0 | 8/25/2012 | 129 | 31 | $15.36 | $3.71 | $19.07 | $39,665.60 | $108.67 | $3,368.86 |
| Correctional Officer | 1.0 | 8/25/2012 | 129 | 31 | $15.36 | $3.71 | $19.07 | $39,665.60 | $108.67 | $3,368.86 |
| Correctional Officer | 1.0 | 8/25/2012 | 129 | 31 | $15.36 | $3.71 | $19.07 | $39,665.60 | $108.67 | $3,368.86 |
| Correctional Officer | 1.0 | 8/31/2012 | 123 | 31 | $15.36 | $3.71 | $19.07 | $39,665.60 | $108.67 | $3,368.86 |
| Correctional Officer | 1.0 | 9/8/2012 | 115 | 31 | $15.36 | $3.71 | $19.07 | $39,665.60 | $108.67 | $3,368.86 |
| Correctional Officer | 1.0 | 9/18/2012 | 105 | 31 | $15.36 | $3.71 | $19.07 | $39,665.60 | $108.67 | $3,368.86 |
| Correctional Officer | 1.0 | 9/22/2012 | 101 | 31 | $15.36 | $3.71 | $19.07 | $39,665.60 | $108.67 | $3,368.86 |
| Correctional Officer | 1.0 | 9/26/2012 | 97 | 31 | $15.36 | $3.71 | $19.07 | $39,665.60 | $108.67 | $3,368.86 |
| Correctional Officer | 1.0 | 10/4/2012 | 89 | 31 | $15.36 | $3.71 | $19.07 | $39,665.60 | $108.67 | $3,368.86 |
| Correctional Officer | 1.0 | 10/6/2012 | 87 | 31 | $15.36 | $3.71 | $19.07 | $39,665.60 | $108.67 | $3,368.86 |
| Correctional Officer | 1.0 | 10/19/2012 | 74 | 31 | $15.36 | $3.71 | $19.07 | $39,665.60 | $108.67 | $3,368.86 |
| Correctional Officer | 1.0 | 11/8/2012 | 54 | 31 | $15.36 | $3.71 | $19.07 | $39,665.60 | $108.67 | $3,368.86 |
| Correctional Officer | 1.0 | 11/20/2012 | 42 | 31 | $15.36 | $3.71 | $19.07 | $39,665.60 | $108.67 | $3,368.86 |
| Correctional Officer | 1.0 | 11/26/2012 | 36 | 31 | $15.36 | $3.71 | $19.07 | $39,665.60 | $108.67 | $3,368.86 |
| Correctional Officer | 1.0 | 11/28/2012 | 34 | 31 | $15.36 | $3.71 | $19.07 | $39,665.60 | $108.67 | $3,368.86 |
| Correctional Officer | 1.0 | 11/30/2012 | 32 | 31 | $15.36 | $3.71 | $19.07 | $39,665.60 | $108.67 | $3,368.86 |
| Correctional Officer | 0.1 | 12/21/2012 | 11 | 11 | $15.36 | $3.71 | $19.07 | $39,665.60 | $108.67 | $119.54 |
| | 0.0 | | 0 | 0 | | | $0.00 | $0.00 | $0.00 | $0.00 |
| | 0.0 | | 0 | 0 | | | $0.00 | $0.00 | $0.00 | $0.00 |
| Security Wage Determination Total | 17.1 | | | | | | | | | $57,390.15 |

**Security Non-Wage Determination Positions:**

| Position Title | Positions | Date of Vacancy | Total # of Days Vacant | # of Days Vacant this Month | Starting Annual Salary | 28% Benefits | Starting Annual Salary and Benefits | Starting Annual Salary and Benefits Daily Rate | Vacancy Fine |
|---|---|---|---|---|---|---|---|---|---|
| | | | 0 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | 0 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | 0 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | 0 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | 0 | 0 | | $0.00 | $0.00 | $0.00 | $0.00 |
| Security Non-Wage Determination Total | 0.0 | | | | | | | | $0.00 |

**Total Security Vacancy Fine** 17.1  $57,390.15

# Cibola County Correctional Center
## Contract Staffing Pattern Vacancy Fine
### December-12

**Health Services Wage Determination Positions:**

| Position Title | Positions | Date of Vacancy | Total # of Days Vacant | # of Days Vacant this Month | WD Hourly Rate | WD Benefits Rate | WD Hourly Rate + Benefits | Annual Salary with Benefits | Salary Daily Rate | Vacancy Fine |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 0 | | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | 0 | | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | 0 | | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | 0 | | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | 0 | | | $0.00 | $0.00 | $0.00 | $0.00 |
| Health Services Wage Determination Total | 0.0 | | | | | | | | | $0.00 |

**Health Services Non-Wage Determination Positions:**

| Position Title | Positions | Date of Vacancy | Total # of Days Vacant | # of Days Vacant this Month | Starting Annual Salary | 28% Benefits | Starting Annual Salary and Benefits | Starting Annual Salary and Benefits Daily Rate | | Vacancy Fine |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 0 | | $0.00 | $0.00 | $0.00 | | $0.00 |
| | | | | 0 | | $0.00 | $0.00 | $0.00 | | $0.00 |
| | | | | 0 | | $0.00 | $0.00 | $0.00 | | $0.00 |
| | | | | 0 | | $0.00 | $0.00 | $0.00 | | $0.00 |
| | | | | 0 | | $0.00 | $0.00 | $0.00 | | $0.00 |
| Health Services Non-Wage Determination Total | 0.0 | | | | | | | | | $0.00 |

**Total Health Services Vacancy Fine** 0.0 — $0.00

**Other Wage Determination Positions:**

| Position Title | Positions | Date of Vacancy | Total # of Days Vacant | # of Days Vacant this Month | WD Hourly Rate | WD Benefits Rate | WD Hourly Rate + Benefits | Annual Salary with Benefits | Salary Daily Rate | Vacancy Fine |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 0 | | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | 0 | | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | 0 | | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | 0 | | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | 0 | | | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Wage Determination Total | 0.0 | | | | | | | | | $0.00 |

**Other Non-Wage Determination Positions:**

| Position Title | Positions | Date of Vacancy | Total # of Days Vacant | # of Days Vacant this Month | Starting Annual Salary | 28% Benefits | Starting Annual Salary and Benefits | Starting Annual Salary and Benefits Daily Rate | | Vacancy Fine |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 0 | | $0.00 | $0.00 | $0.00 | | $0.00 |
| | | | | 0 | | $0.00 | $0.00 | $0.00 | | $0.00 |
| | | | | 0 | | $0.00 | $0.00 | $0.00 | | $0.00 |
| | | | | 0 | | $0.00 | $0.00 | $0.00 | | $0.00 |
| | | | | 0 | | $0.00 | $0.00 | $0.00 | | $0.00 |
| Other Non-Wage Determination Total | 0.0 | | | | | | | | | $0.00 |

**Total Other Vacancy Fine** 0.0 — $0.00

**Total Contract Staffing Pattern Vacancy Fine** $57,390.15

## Cibola County Correctional Center
## Staff Vacancy Fines
## December-12

| | |
|---|---:|
| Total Essential Vacancy Fine | $0.00 |
| Total Contract Staffing Pattern Vacancy Fine | $57,390.15 |
| **Total Facility Vacancy Fine** | **$57,390.15** |

# Cibola County Correctional Center
# Overtime Credit
# December-12

CCA requests that the overtime used to cover vacant positions be applied to offset the vacancy fine. The amount of the overtime credit requested is listed below.

| | |
|---|---|
| Total Contract Staffing Pattern Vacancy Fine | $57,390.15 |
| Overtime Cost | $14,295.82 |
| **Overtime Credit Requested** | **$14,295.82** |