# EXHIBIT 154

**File Produced Natively**

CONFIDENTIAL

CORECIVIC_0094239

**Northeast Ohio Correctional Center**
**Essential Positions Vacant**
**December-12**

| | | | | Begin Date | End Date | | | | | | | |
| | | | | 12/1/2012 | 12/31/2012 | | | | | | | |

| Position Title | Date of Vacancy | Total # of Days Vacant | # of Days Vacant this Month | Starting Annual Salary | 28% Benefits | Starting Annual Salary and Benefits | Salary Daily Rate | % Allocated to BOP | Vacancy Fine |
|---|---|---|---|---|---|---|---|---|---|
| Shift Supervisor | 5/23/2012 | 223 | 31 | $49,000.00 | $13,720.00 | $62,720.00 | $171.84 | 70% | $3,728.83 |
| | | 0 | 0 | | $0.00 | $0.00 | $0.00 | | $0.00 |
| | | 0 | 0 | | $0.00 | $0.00 | $0.00 | | $0.00 |

Total Essential Vacancy Fine              $3,728.83

Northeast Ohio Correctional Center
Contract Staffing Pattern Vacancy Fine
December-12

| Position Groupings | BOP Staffing Pattern | USMS Staffing Pattern | Total Staffing Pattern | BOP Contract Threshold Staff | Contract Threshold Percent | BOP Daily Average Staff | USMS Daily Average Staff | Total Daily Average Staff | BOP Daily Average Percent | BOP Positions Over/(Below) Threshold |
|---|---|---|---|---|---|---|---|---|---|---|
| Security | 215.2 | 98.8 | 314.0 | 193.7 | 90% | 199.8 | 91.7 | 291.5 | 92.8% | 6.1 |
| Health Services | 23.5 | 11.0 | 34.5 | 20.0 | 85% | 19.1 | 8.9 | 28.0 | 81.1% | (0.9) |
| Other | 73.0 | 21.5 | 94.5 | 62.1 | 85% | 72.2 | 21.3 | 93.5 | 98.9% | 10.2 |
| TOTAL | 311.7 | 131.3 | 443.0 | 275.7 | | 291.1 | 121.9 | 413.0 | | |

Calculation of Contract Staffing Pattern Vacancy Fine:

Security Wage Determination Positions:

Begin Date 12/1/2012    End Date 12/31/2012

| Position Title | Positions | Date of Vacancy | Total # of Days Vacant | # of Days Vacant this Month | WD Hourly Rate | WD Benefits Rate | WD Hourly Rate + Benefits | Annual Salary with Benefits | Salary Daily Rate | % Allocated to BOP | Vacancy Fine |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0 | 0 | | | $0.00 | $0.00 | $0.00 | | $0.00 |
| | | | 0 | 0 | | | $0.00 | $0.00 | $0.00 | | $0.00 |
| | | | 0 | 0 | | | $0.00 | $0.00 | $0.00 | | $0.00 |
| | | | 0 | 0 | | | $0.00 | $0.00 | $0.00 | | $0.00 |
| | | | 0 | 0 | | | $0.00 | $0.00 | $0.00 | | $0.00 |
| | | | 0 | 0 | | | $0.00 | $0.00 | $0.00 | | $0.00 |
| | | | 0 | 0 | | | $0.00 | $0.00 | $0.00 | | $0.00 |
| | | | 0 | 0 | | | $0.00 | $0.00 | $0.00 | | $0.00 |
| | | | 0 | 0 | | | $0.00 | $0.00 | $0.00 | | $0.00 |
| | | | 0 | 0 | | | $0.00 | $0.00 | $0.00 | | $0.00 |
| | | | 0 | 0 | | | $0.00 | $0.00 | $0.00 | | $0.00 |
| | | | 0 | 0 | | | $0.00 | $0.00 | $0.00 | | $0.00 |
| | | | 0 | 0 | | | $0.00 | $0.00 | $0.00 | | $0.00 |

Security Wage Determination Total    0.0

Security Non-Wage Determination Positions:

| Position Title | Positions | Date of Vacancy | Total # of Days Vacant | # of Days Vacant this Month | Starting Annual Salary | 28% Benefits | Starting Annual Salary and Benefits | Starting Annual Salary and Benefits Daily Rate | % Allocated to BOP | Vacancy Fine |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0 | 0 | | $0.00 | $0.00 | $0.00 | | $0.00 |
| | | | 0 | 0 | | $0.00 | $0.00 | $0.00 | | $0.00 |
| | | | 0 | 0 | | $0.00 | $0.00 | $0.00 | | $0.00 |
| | | | 0 | 0 | | $0.00 | $0.00 | $0.00 | | $0.00 |
| | | | 0 | 0 | | $0.00 | $0.00 | $0.00 | | $0.00 |

Security Non-Wage Determination Total    0.0

Total Security Vacancy Fine    0.0    $0.00

**Health Services Wage Determination Positions:**

| Position Title | Positions | Date of Vacancy | Total # of Days Vacant | # of Days Vacant this Month | Starting Annual Salary | W/D Hourly Rate | W/D Benefits Rate | W/D Hourly Rate + Benefits | Annual Salary with Benefits | Starting Annual Salary and Benefits Daily Rate | Salary Daily Rate | % Allocated to BOP | Vacancy Fine |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LPN | 0.9 | 7/4/2012 | 181 | 31 | | $18.67 | $3.59 | $22.26 | $46,300.80 | | $126.85 | 70% | $2,477.41 |
| | | | | 0 | | | | $0.00 | $0.00 | | $0.00 | | $0.00 |
| | | | | 0 | | | | $0.00 | $0.00 | | $0.00 | | $0.00 |
| | | | | 0 | | | | $0.00 | $0.00 | | $0.00 | | $0.00 |
| | | | | 0 | | | | $0.00 | $0.00 | | $0.00 | | $0.00 |
| Health Services Wage Determination Total | 0.9 | | | | | | | | | | | | $2,477.41 |

**Health Services Non-Wage Determination Positions:**

| Position Title | Positions | Date of Vacancy | Total # of Days Vacant | # of Days Vacant this Month | Starting Annual Salary | W/D Hourly Rate | W/D Benefits Rate | 28% Benefits | Starting Annual Salary and Benefits | Annual Salary with Benefits | Starting Annual Salary and Benefits Daily Rate | Salary Daily Rate | % Allocated to BOP | Vacancy Fine |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 0 | | | | $0.00 | $0.00 | $0.00 | | $0.00 | | $0.00 |
| | | | | 0 | | | | $0.00 | $0.00 | $0.00 | | $0.00 | | $0.00 |
| | | | | 0 | | | | $0.00 | $0.00 | $0.00 | | $0.00 | | $0.00 |
| | | | | 0 | | | | $0.00 | $0.00 | $0.00 | | $0.00 | | $0.00 |
| | | | | 0 | | | | $0.00 | $0.00 | $0.00 | | $0.00 | | $0.00 |
| Health Services Non-Wage Determination Total | 0.0 | | | | | | | | | | | | | $2,477.41 |

**Total Health Services Vacancy Fine**  0.9

**Other Wage Determination Positions:**

| Position Title | Positions | Date of Vacancy | Total # of Days Vacant | # of Days Vacant this Month | Starting Annual Salary | W/D Hourly Rate | W/D Benefits Rate | W/D Hourly Rate + Benefits | Annual Salary with Benefits | Starting Annual Salary and Benefits Daily Rate | Salary Daily Rate | % Allocated to BOP | Vacancy Fine |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 0 | | | | $0.00 | $0.00 | | $0.00 | | $0.00 |
| | | | | 0 | | | | $0.00 | $0.00 | | $0.00 | | $0.00 |
| | | | | 0 | | | | $0.00 | $0.00 | | $0.00 | | $0.00 |
| | | | | 0 | | | | $0.00 | $0.00 | | $0.00 | | $0.00 |
| | | | | 0 | | | | $0.00 | $0.00 | | $0.00 | | $0.00 |
| Other Wage Determination Total | 0.0 | | | | | | | | | | | | $0.00 |

**Other Non-Wage Determination Positions:**

| Position Title | Positions | Date of Vacancy | Total # of Days Vacant | # of Days Vacant this Month | Starting Annual Salary | W/D Hourly Rate | 28% Benefits | Starting Annual Salary and Benefits | Annual Salary with Benefits | Starting Annual Salary and Benefits Daily Rate | Salary Daily Rate | % Allocated to BOP | Vacancy Fine |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 0 | | | $0.00 | $0.00 | $0.00 | | $0.00 | | $0.00 |
| | | | | 0 | | | $0.00 | $0.00 | $0.00 | | $0.00 | | $0.00 |
| | | | | 0 | | | $0.00 | $0.00 | $0.00 | | $0.00 | | $0.00 |
| | | | | 0 | | | $0.00 | $0.00 | $0.00 | | $0.00 | | $0.00 |
| | | | | 0 | | | $0.00 | $0.00 | $0.00 | | $0.00 | | $0.00 |
| Other Non-Wage Determination Total | 0.0 | | | | | | | | | | | | $0.00 |

**Total Other Vacancy Fine**  0.0

**Total Contract Staffing Pattern Vacancy Fine**  $2,477.41

**Northeast Ohio Correctional Center**
**Staff Vacancy Fines**
**December-12**

| | |
|---|---|
| Total Essential Vacancy Fine | $3,728.83 |
| Total Contract Staffing Pattern Vacancy Fine | $2,477.41 |
| **Total Facility Vacancy Fine** | **$6,206.24** |

**Northeast Ohio Correctional Center**
**Overtime Credit**
**December-12**

CCA requests that the overtime used to cover vacant positions be applied to offset the vacancy fine.
The amount of the overtime credit requested is listed below.

| | |
|---|---|
| Total Contract Staffing Pattern Vacancy Fine | $2,477.41 |
| Overtime Cost | $2,121.71 |
| | |
| **Overtime Credit Requested** | **$2,121.71** |