# EXHIBIT 159

Page 1

1     IN THE UNITED STATES DISTRICT COURT
    FOR THE MIDDLE DISTRICT OF TENNESSEE
2
3
4   NIKKI BOLLINGER GRAE, Individually and Behalf of All Others Similarly
5   Situated,
6        Plaintiff,
vs.        CASE NO.
7          3:16-CV-02267
CORRECTIONS CORPORATION OF
8   AMERICA, et al.,
9        Defendants.
10
11
12
13        CONFIDENTIAL
14   VIDEO DEPOSITION OF CAMERON HOPEWELL
15      Nashville, Tennessee
16       January 17, 2020
17
18
19
20   Reported by:
21   Elisabeth A. Miller Lorenz
22   RMR, CRR, LCR No. 66
23
24   Job No.: 10064036
25

```
 1       IN THE UNITED STATES DISTRICT COURT
      FOR THE MIDDLE DISTRICT OF TENNESSEE
 2
 3
 4   NIKKI BOLLINGER GRAE, Individually
     and Behalf of All Others Similarly
 5   Situated,
 6              Plaintiff,
 vs.                  CASE NO.
 7                    3:16-CV-02267
     CORRECTIONS CORPORATION OF
 8   AMERICA, et al.,
 9              Defendants.
10
11
12
13
14
15
16
17       Video deposition of CAMERON HOPEWELL was
18   taken on behalf of Plaintiff, at Riley, Warnock &
19   Jacobson, 1906 West End Avenue, Nashville,
20   Tennessee, beginning at 10:01 a.m., and ending at
21   1:10 p.m., on Friday, January 17, 2020, before
22   Elisabeth A. Miller Lorenz, RMR, CRR, and LCR No.
23   66.
24
25
```

```
 1   APPEARANCES:
 2    For the Plaintiff:
 3       ROBBINS GELLER RUDMAN & DOWD
      BY:  CHRISTOPHER H. LYONS
 4       BY:  CHRISTOPHER WOOD
     14 Union Street
 5       Suite 900
     Nashville, Tennessee 37219
 6       615.252.3798
     clyons@rgrdlaw.com
 7       cwood@rgrlaw.com
 8
 9    For the Defendants:
10       RILEY, WARNOCK & JACOBSON
      BY:  TREY McGEE
11       1906 West End Avenue
     Nashville, Tennessee 37203
12       615.320.3700
     tmcgee@rwjplc.com
13
     LATHAM & WATKINS
14       BY:  MORGAN E. WHITWORTH
     505 Montgomery Street
15       Suite 2000
     San Francisco, California 94111-6538
16       415.395.8011
     morgan.whitworth@lw.com
17
18    Also Present:
19    David Drumel, Videographer
20
21
22
23
24
25
```

1　　　　　The court reporter today is
2　Elisabeth Lorenz, and she may now swear in the
3　witness.
4　　　　　　　* * *
5　　　　　CAMERON HOPEWELL
6　was called as a witness, and after having been first
7　duly sworn, testified as follows:
8　　　　　E X A M I N A T I O N
9　BY MR. WOOD:
10　Q　Good morning, Mr. Hopewell.
11　A　Morning.
12　Q　Have you had your deposition taken before?
13　A　No.
14　Q　I'm sure your lawyers went over some of the
15　logistics, but just to perhaps reemphasize those.
16　　　　It's important that we have a clear record
17　for the court reporter, so if you let me finish my
18　question before you answer, and I will let you
19　finish your answer before I ask you a new question.
20　　　　Okay?
21　A　Uh-huh.
22　Q　It's also important that you answer verbally
23　with yes or no, whatever your answer is, rather than
24　head shakes or uh-huhs, because it's hard for the
25　court reporter to pick that up.

1  memorable, yes.
2  Q    So -- I think you implied this.
3       But you had a lot of folks reaching out to
4  you about that event, right?
5  A    Yes.
6  Q    And who do you recall reaching out to you?
7  A    I -- I don't remember anything specific.
8  The sell-side analyst that covered the company at
9  the time -- again, there's been some shifts there,
10 so I don't know -- I don't recall specifically who
11 was covering and what firm they were at.
12      But I believe I spoke with every one of them
13 and then just a number of institutional investors,
14 retail investors. It was a large volume of -- of
15 people that reached out, and I spent the better part
16 of a week or so responding.
17 Q    And -- and so if -- if you don't -- well, do
18 you remember any of those specific conversations?
19 A    I don't recall the -- any specific
20 conversation, no.
21 Q    What -- what was the general kind of
22 questions that folks were directing to you around --
23 around that?
24 A    Most of the questions focused on, you know,
25 what am I missing here; I see that the BOP is

1  10 percent of your business, and your stock is down
2  40, 50 percent; what -- what is it that I've -- what
3  is it here that I'm missing; that shouldn't be a
4  rational response.
5      There were questions around pol- -- general
6  politics affecting the stock, because 50 percent of
7  our business was with the federal government,
8  between the three federal agencies, ICE, Marshals
9  being much larger than the Bureau of Prisons.  So
10  there was a lot of questions around our value
11  proposition to those -- to U.S. Marshals and ICE and
12  how they differ from the BOP.
13      Those -- that was probably the two
14  biggest -- you know, the biggest things that I was
15  discussing with people.
16  Q    And what do you recall kind of telling
17  people in response to their inquiries?
18  A    That's a point in time where I gained an
19  appreciation for the fact that the market broadly
20  viewed our federal business as all the same.  They
21  didn't understand the unique reasons and value
22  propositions why each agency works with us.  So a
23  lot of time was spent educating folks on that.
24      And then, again, because of the political --
25  it was in the middle of a presidential campaign, and

1  we were a -- a topic, there was a lot of varied
2  speculation about political outcomes.
3  Q     And what do you mean by speculation about
4  political outcomes?
5  A     Speculating on theoretical outcomes, if a
6  Democrat is president or if a -- if -- or if a
7  Republican is president.
8  Q     So the possibility that if a Democrat was
9  president CCA may lose more business?
10 A     That was one of -- one of many questions.
11 Not being a political expert, again, I -- it was a
12 lot of speculation and theorizing. But it made
13 sense to me because I -- because almost every single
14 investor I spoke with truly didn't understand the
15 difference in our federal customers.
16 Q     Well, the -- it -- the percentages were
17 disclosed in the financial filings, right --
18 A     Correct.
19 Q     -- like what percentage was the BOP,
20 U.S. Marshals, and ICE?
21 A     Yes.
22 Q     So that information was public?
23 A     That was, yes.
24       MR. WOOD:  Why don't we take a quick
25 break.

1        THE VIDEOGRAPHER: Off the record at
2    12:11.
3        (Luncheon recess observed.)
4        THE VIDEOGRAPHER: Returning to the
5    record, the time is 12:49.
6        (Marked Exhibit No. 185.)
7    BY MR. WOOD:
8    Q    Passing you what's been marked Exhibit 187.
9        And when you're ready, what's -- what is
10   Exhibit 187?
11       MR. WOOD: I'm sorry, was it 184? Was
12   that -- I'm sorry, I skipped -- let's fix this. It
13   should be 185. There you go, Exhibit 185.
14       THE WITNESS: Bear with me --
15       MR. WOOD: Sure.
16       THE WITNESS: -- while I read through
17   the letter here.
18       Okay.
19   BY MR. WOOD:
20   Q    What is Exhibit 185?
21   A    It is an e-mail from Damon Hininger to
22   myself and Dave Garfinkle, our CFO. It was
23   forwarding an attached letter from what I believe
24   are two congressmen.
25   Q    So this is a -- well, they're drafts --

1    I, the undersigned, a Licensed Court
2    Reporter of the State of Tennessee, do hereby
3    certify:
4    That the foregoing proceedings were
5    taken before me at the time and place herein set
6    forth; that any witnesses in the foregoing
7    proceedings, prior to testifying, were duly sworn;
8    that a record of the proceedings was made by me
9    using machine shorthand, which was thereafter
10   transcribed under my direction; that the foregoing
11   transcript is a true record of the testimony given.
12   Further, that if the foregoing pertains
13   to the original transcript of a deposition in a
14   federal case, before completion of the proceedings,
15   review of the transcript [ X ] was [ ] was not
16   requested.
17   I further certify I am neither
18   financially interested in the action nor a relative
19   or employee of any attorney or party to this action.
20   IN WITNESS WHEREOF, I have this date
21   subscribed my name.
22   Dated: January 31, 2020
23   _____
24   Elisabeth A. Miller Lorenz
25   RMR, CRR, LCR No. 66