UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>                    Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>Magistrate Judge Jeffrey S. Frensley |

### DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN CONFIDENTIAL DOCUMENTS IN CONNECTION WITH THEIR MOTION TO EXCLUDE TESTIMONY OF DONNA MELLENDICK

Pursuant to Rules 5.03 and 7.01 of the Civil Local Rules of Court and the Stipulation and Order Amending Protective Order to Protect Source Selection Information (the "SSI Protective Order") (Dkt. No. 177), Defendants respectfully request the Court to grant Defendants leave to file wholly or partially under seal Exhibits 1, 3 and 4 to the Declaration of Eric C. Pettis filed in support of Defendants' Motion To Exclude Testimony of Donna Mellendick ("Pettis Decl.").

First, Defendants seek leave to file with limited redactions Exhibits 1 and 3 to the Pettis Decl.:

- Exhibit 1 to the Pettis Decl. is a true and correct copy of the August 7, 2020 Expert Report of Donna Mellendick. The Report describes information contained in documents, including documents Bates numbered BOP_0293137, BOP_0020124, BOP_0334043, and a number of Contract Performance Assessment Reports ("CPARs").