# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>Magistrate Judge Jeffrey S. Frensley |

## DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN CONFIDENTIAL DOCUMENTS IN CONNECTION WITH THEIR MOTION TO EXCLUDE TESTIMONY OF SCOTT DALRYMPLE

Pursuant to Rules 5.03 and 7.01 of the Civil Local Rules of Court and the Revised Stipulation and Protective Order entered in this case (Dkt. 86) (the "Protective Order"), Defendants respectfully request that the Court grant leave for Defendants to file under seal the Memorandum of Law and Exhibits 8, 12, and 14 to the Declaration of Morgan E. Whitworth ("Whitworth Decl.") filed in support of Defendants' Motion To Exclude Testimony of Scott Dalrymple.[1]

First, Defendants seek leave to file Exhibits 12 and 14 fully under seal, as they have been designated Confidential by third-parties. Defendants also seek to file with limited redactions the Memorandum of Law, which includes a quote from Exhibit 14.

- **Exhibit 12** is a true and correct excerpted copy of the transcript from the deposition of Paul Kelly, which occurred on July 21, 2020.

---

[1] Defendants have concurrently filed a version of the Memorandum of Law with references to the confidential material redacted.

- 3 -