IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NIKKI BOLLINGER GRAE, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:16-cv-02267 |
| ) | Judge Trauger |
| CORRECTIONS CORPORATION ) | |
| OF AMERICA, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The plaintiffs have filed a Motion for Partial Summary Judgment (Doc. No. 347) without seeking leave of court, as required in the Initial Case Management Order (Doc. No. 88 at 8). Given the status of this case and the nature of the motion, the court will allow the motion, and the timetable for briefing will proceed as if the motion were filed with leave on November 20, 2020.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge