UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>   vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>                  Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL |

Having considered Plaintiff's[1] Motion for Leave to File Under Seal, IT IS HEREBY ORDERED that:

1. The Memorandum of Law in Support of Plaintiff's Opposition to CoreCivic's Motion to Determine Sufficiency of Responses to CoreCivic's First Set of Requests for Admission and Compel Further Responses to CoreCivic's First Set of Requests for Admission and Second Set of Interrogatories ("Motion"), as well as the Declaration of Jason A. Forge in Support of Plaintiff's Opposition to CoreCivic's Motion to Determine Sufficiency of Responses to CoreCivic's First Set of Requests for Admission and Compel Further Responses to CoreCivic's First Set of Requests for Admission and Second Set of Interrogatories and the exhibit thereto ("Forge Declaration"), may be filed under seal;

2. Unless Defendants (as the Producing Party) file a motion for continued sealing on or before August 24, 2020, the Motion and Forge Declaration shall be unsealed and become part of the public record without need for further order of the Court; and

3. If Defendants (as the Producing Party) file a motion for continued sealing of the Motion and Forge Declaration, any other party may file a reply to the motion for continued sealing on or before August 31, 2020.

IT IS SO ORDERED.

DATED:  12/7/2020

THE HONORABLE ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE

---

[1] "Plaintiff" is Lead Plaintiff and Class Representative Amalgamated Bank, as Trustee for the LongView Collective Investment Fund. "Defendants" are Corrections Corporation of America ("CCA") and certain of its executives. Following the filing of this action, Defendants rebranded CCA and now refer to it as CoreCivic.