Motion GRANTED.

*[signature]*

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>Defendants. | Civil Action No. 3:16-cv-02267<br><br>Judge Aleta A. Trauger<br><br>Magistrate Judge Jeffery Frensley |

**DEFENDANTS' MOTION FOR ONE CONFIDENTIAL DOCUMENT RELATED TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DETERMINE THE SUFFICIENCY TO REMAIN UNDER SEAL**

Pursuant to the Revised Stipulation and Protective Order entered in this case (Dkt. No. 86) (the "Protective Order"), Defendants respectfully request that the Court maintain the sealing of one document which Plaintiff filed in support of its Opposition to Defendants' Motion to Determine Sufficiency of Responses to CoreCivic's First Set of Requests for Admission (the "Opposition") (Dkt. No. 262).

The document at issue is a Contract Performance Assessment Report ("CPAR") which Plaintiff attached as Exhibit 2 to the Declaration of Jason A. Forge in Support of Plaintiff's Opposition (the "Forge Declaration") (Dkt. No. 263:2). This CPAR was generated by the Federal Bureau of Prisons ("BOP") and provided to CoreCivic by the BOP in connection with CoreCivic's