Motion GRANTED.

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>   vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>                Defendants. | Civil Action No. 3:16-cv-02267<br><br>Judge Aleta A. Trauger<br><br>Magistrate Judge Jeffery Frensley |

## DEFENDANTS' MOTION FOR CERTAIN CONFIDENTIAL DOCUMENTS RELATED TO PLAINTIFF'S MOTION TO COMPEL FURTHER INTERROGATORY RESPONSES AND FOR DISCOVERY SANCTIONS TO REMAIN UNDER SEAL

On August 14, 2020, Plaintiff filed the following: (i) a sealed Memorandum of Law in Support of Plaintiff's Motion to Compel Further Interrogatory Responses and For Discovery Sanctions (the "Memorandum") (Dkt. No. 278); (ii) a redacted Declaration of Christopher Wood (the "Redacted Wood Declaration") (Dkt. No. 279) which in turn attached 21 Exhibits—8 of these Exhibits were filed under seal; and (iii) a sealed Declaration of Christopher Wood which in turn attached the 8 sealed documents (the "Sealed Wood Declaration") (collectively, the "Wood Declarations") (Dkt. No. 280). Defendants had previously marked these sealed documents as "Confidential" pursuant to the Revised Stipulation and Protective Order entered in this case (Dkt. No. 86) (the "Protective Order").