UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

Motion GRANTED.

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>Defendants. | Civil Action No. 3:16-cv-02267<br><br>Judge Aleta A. Trauger<br><br>Magistrate Judge Jeffery Frensley |

**DEFENDANTS' MOTION TO CONTINUE THE SEALING OF CERTAIN DOCUMENTS FILED IN CONNECTION WITH PLAINTIFF'S MOTIONS TO EXCLUDE EXPERT TESTIMONY OF DEFENDANTS' NON-RETAINED EXPERTS AND TO EXCLUDE EXPERT TESTIMONY OF JUSTIN MARLOWE**

On November 20, 2020, Plaintiff filed under seal (i) its Memorandum of Law in support of the Motion to Exclude Expert Testimony of Defendants' Non-Retained Experts (ECF No. 354) and the Declaration of Christopher M. Wood ("Wood Decl.") (ECF No. 356), which in turn attached eight exhibits (ECF. Nos. 356-1–356-8); and (ii) its Memorandum of Law in support of the Motion to Exclude Expert Testimony of Justin Marlowe (ECF No. 358) and the Declaration of Willow E. Radcliffe ("Radcliffe Decl.") (ECF No. 359), which in turn attached twelve exhibits (ECF Nos. 359-1–359-12). Thereafter, the Court ordered Defendants to file a motion to continue the sealing of any the documents that they believe are confidential before December 4, 2020 (ECF No. 370 or "Order").

Pursuant to the Court's Order, Rules 5.03 and 7.01 of the Civil Local Rules of Court, the Revised Stipulation and Protective Order entered in this case (ECF No. 86) (the "Protective Order") and the Stipulation and Order Amending Protective Order to Protect Source Selection Information (ECF No. 177) (the "SSI Protective Order"), Defendants respectfully request that the