# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>Magistrate Judge Jeffrey S. Frensley |

**DECLARATION OF MERYN C. N. GRANT IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE EXPERT TESTIMONY OF JUSTIN MARLOWE**

I, Meryn C. N. Grant, declare as follows:

1.      I am over 18 years of age and am competent to testify as to the matters stated in this Declaration.  I am an associate with Latham & Watkins LLP, one of the law firms representing Defendants CoreCivic, Inc. ("CoreCivic"), Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger, and Harley G. Lappin (collectively, "Defendants").

2.      Attached hereto as **Exhibit A** is a true and accurate copy of an excerpt of Horngren, Charles T., Srikant M. Datar, and Madav V. Rajan, "*Cost Accounting: A Managerial Emphasis*," 14th ed. (New York: Prentice Hall, 2012), produced by Justin Marlowe in discovery, Bates-numbered MARLOWE_0001415-2306.

3.      Attached hereto as **Exhibit B** is a true and accurate copy of United States Government Accountability Office, "GAO Cost Estimating and Assessment Guide Best Practices for Developing and Managing Capital Program Costs," Applied Research and Methods, GAO-09-3SP (March 2009), available at https://www.gao.gov/assets/80/77175.pdf.  A black-and-white version of this document was produced by Justin Marlowe in discovery, Bates-numbered MARLOWE_0000943-1382.

4.      Attached hereto as **Exhibit C** is a true and accurate copy of Statement of Federal Financial Accounting Standards No. 4: Managerial Cost Accounting Standards and Concepts (Washington, D.C.), July 1995, available at http://files.fasab.gov/pdffiles/handbook_sffas_4.pdf.

5.      Attached hereto as **Exhibit D** is a true and accurate copy of McDonald, Douglas, et al., "Private Prisons in the United States:  An Assessment of Current Practice," Abt Associates Inc. (July 16, 1998), produced by Justin Marlowe in discovery, Bates-numbered MARLOWE_0007009-230.

6. Attached hereto as **Exhibit E** is a true and accurate copy of Friedmann, Alex, "Apples-To-Fish: Public and Private Prison Cost Comparisons," *Fordham Urban Law Journal* 42, no. 2 (2014), produced by Justin Marlowe in discovery, Bates-numbered MARLOWE_0007818-884.

7. Attached hereto as **Exhibit F** is a true and accurate copy of Mumford, Megan, et al., "The Economics of Private Prisons," Brookings Institute: The Hamilton Project (2016), produced by Justin Marlowe in discovery, Bates-numbered MARLOWE_0007961-67.

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed on January 22, 2021 in Los Angeles, California.

/s/ *Meryn C. N. Grant*
Meryn C. N. Grant

# CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing document was made upon the following Filing Users through the Electronic Filing System and via electronic mail:

Paul Kent Bramlett
Robert Preston Bramlett
BRAMLETT LAW OFFICES
40 Burton Hills Blvd., Suite 200
P.O. Box 150734
Nashville, TN 37215
pknashlaw@aol.com
robert@bramlettlawoffices.com

Jeremy A. Lieberman
J. Alexander Hood II
Marc C. Gorrie
POMERANTZ LLP
600 Third Ave., 20th Floor
New York, NY 10016
jalieberman@pomlaw.com
ahood@pomlaw.com
mgorrie@pomlaw.com

David J. Schindler
Brian T. Glennon
Morgan E. Whitworth
LATHAM & WATKINS LLP
355 South Grand Ave.
Los Angeles, CA 90071
david.schindler@lw.com
brian.glennon@lw.com
morgan.whitworth@lw.com

Patrick V. Dahlstrom
POMERANTZ LLP
10 South La Salle St., Suite 3505
Chicago, IL 60603
pdahlstrom@pomlaw.com

Michael Goldberg
Brian Schall
GOLDBERG LAW PC
1999 Avenue of the Stars, Suite 100
Los Angeles, CA 90067
michael@goldberglawpc.com
brian@goldberglawpc.com

Christopher T. Cain
SCOTT & CAIN
550 W Main Avenue
Suite 601
Knoxville, TN 37902
cain@scottandcain.com

James A. Holifield , Jr.
HOLIFIELD JANICH RACHAL & ASSOCIATES, PLLC
11907 Kingston Pike
Suite 201
Knoxville, TN 37934
aholifield@holifieldlaw.com

| | |
|---|---|
| Christopher Hamp Lyons<br>Christopher M. Wood<br>ROBBINS GELLER RUDMAN<br>& DOWD LLP<br>414 Union Street<br>Suite 900<br>Nashville, TN 37219<br>clyons@rgrdlaw.com<br>cwood@rgrdlaw.com | Jerry E. Martin<br>BARRETT JOHNSTON MARTIN &<br>GARRISON, LLC<br>Bank of America Plaza<br>414 Union Street<br>Suite 900<br>Nashville, TN 37219<br>jmartin@barrettjohnston.com |

this 22nd day of January, 2021.

       /s/ *Meryn C. N. Grant*
       Meryn C. N. Grant