# EXHIBIT 2

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>LEAD PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1) |

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Lead Plaintiff Amalgamated Bank, as Trustee for the LongView Collective Investment Fund ("Plaintiff"), hereby submits its Initial Disclosures. These disclosures are made without waiver of, or prejudice to, any objections Plaintiff may have. Plaintiff expressly reserves all objections, including, but not limited to: (a) relevance; (b) attorney-client privilege; (c) work product protection; (d) privacy; (e) any other applicable privilege or protection under federal or state law; (f) undue burden; (g) materiality; (h) overbreadth; and (i) admissibility. Plaintiff has not completed its investigation of this case and reserves the right to clarify, amend, modify, correct or supplement the information contained herein.

**I.    INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION PURSUANT TO RULE 26(a)(1)(A)(i)**

Plaintiff identifies the following individuals and entities likely to have discoverable information in this matter that Plaintiff may use to support its claims or defenses, unless the use would be solely for impeachment, pursuant to Rule 26(a)(1)(A)(i). This list is not exhaustive as Plaintiff anticipates that other individuals may have information relevant to the issues in this action, and these disclosures are made based upon information reasonably available to Plaintiff at this early stage of the litigation and without prejudice to Plaintiff's right to identify or rely on facts provided by additional witnesses. Plaintiff incorporates by reference any other individuals or entities identified by any other party to this litigation.

1. The following have information regarding Plaintiff's purchase and sale of CoreCivic, Inc., f//k/a Corrections Corporation of America ("CoreCivic") common stock:

| Name | Contact Information |
|---|---|
| Amalgamated Bank | c/o Robbins Geller Rudman & Dowd LLP<br>414 Union Street, Suite 900<br>Nashville, TN 37219<br>(615) 244-2203 |
| Quantitative Management Associates LLC | Two Gateway Center<br>Sixth Floor<br>Newark, NJ 07102 |

2. Defendants who, upon information and belief, have knowledge of CoreCivic's business, financial reporting, internal controls, employee bonuses, medical and health care services, prison safety and security, management of prisons on behalf of the Federal Bureau of Prisons ("BOP"), quality and cost of services to the BOP, relationship with the BOP, insider trading and/or the false and misleading statements alleged in Lead Plaintiff's Consolidated Complaint for Violation of the Federal Securities Laws ("Complaint"):

| Name | Contact Information |
|---|---|
| CoreCivic, Inc., f//k/a Corrections Corporation of America | c/o Riley Warnock & Jacobson, PLC<br>1906 West End Ave.<br>Nashville, TN 37203<br>(615) 320-3700 |
| Damon T. Hininger | c/o Riley Warnock & Jacobson, PLC<br>1906 West End Ave.<br>Nashville, TN 37203<br>(615) 320-3700 |
| David M. Garfinkle | c/o Riley Warnock & Jacobson, PLC<br>1906 West End Ave.<br>Nashville, TN 37203<br>(615) 320-3700 |
| Todd J. Mullenger | c/o Riley Warnock & Jacobson, PLC<br>1906 West End Ave.<br>Nashville, TN 37203<br>(615) 320-3700 |
| Harley G. Lappin | c/o Riley Warnock & Jacobson, PLC<br>1906 West End Ave.<br>Nashville, TN 37203<br>(615) 320-3700 |

3. Past and present officers, directors and employees of CoreCivic who, upon information and belief, have knowledge of business, financial reporting, internal controls, employee bonuses, medical and health care services, prison safety and security, management of prisons on behalf of the BOP, quality and cost of services to the BOP, relationship with the BOP, insider trading and/or the false and misleading statements alleged in the Complaint, including the following:

| Name | Contact Information |
|---|---|
| John D. Ferguson | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |

| Name | Contact Information |
|---|---|
| Mark A. Emkes | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Donna M. Alvarado | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Robert J. Dennis | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| C. Michael Jacobi | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Anne L. Mariucci | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Thurgood Marshall, Jr. | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Charles L. Overby | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| John R. Prann, Jr. | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Stacia A. Hylton | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Joseph V. Russell | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| William F. Andrews | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Dennis W. DeConcini | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| John R. Horne | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |

| Name | Contact Information |
|---|---|
| Henri L. Wedell | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Tony Grande | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Jeb Beasley, Sr. | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Natasha K. Metcalf | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Scott Irwin | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Patrick Swindle | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Kim White | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Lisa Hollingsworth | Unknown at this time |
| Scott Craddock | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Jonathan Burns | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Stacey N. Stone | Unknown at this time |
| Walt Wells | Unknown at this time |
| Shawn Gillis | Unknown at this time |
| Terrence Dickerson | Unknown at this time |

| Name | Contact Information |
|---|---|
| Pam Aycock | Unknown at this time |
| Darla Davis | Unknown at this time |
| Terri Driskill | Unknown at this time |
| Stephen Julian | Unknown at this time |
| David Berkebile | Unknown at this time |
| Vance Laughlin | Unknown at this time |
| Barbara Wagner | Unknown at this time |
| Sidney Carter | Unknown at this time |
| Virgil Ensey | Unknown at this time |
| Emilee Beach | Unknown at this time |
| LeRoy Pitts | Unknown at this time |
| Brian Koehn | Unknown at this time |
| Joe Pryor | Unknown at this time |
| Lee Vaughn | Unknown at this time |
| Don Russell | Unknown at this time |
| Betty Judd | Unknown at this time |
| Robert Cook | Unknown at this time |

| Name | Contact Information |
|---|---|
| Kevin Martin | Unknown at this time |
| Cathy Betrus | Unknown at this time |
| Cedric All-Runner | Unknown at this time |
| Christopher Larose | Unknown at this time |
| Dennis Johnson | Unknown at this time |
| Lisa Antonucci | Unknown at this time |
| Sean Daugherty | Unknown at this time |
| Dana Hivner | Unknown at this time |
| Michael Pugh | Unknown at this time |
| Laura Bedard | Unknown at this time |
| Keith Hall | Unknown at this time |
| Robert Nilius | Unknown at this time |
| Deborah Temple | Unknown at this time |

4. Various securities analysts, including current and former employees thereof, who, upon information and belief, monitored, tracked or otherwise evaluated CoreCivic's business, operations and financial performance, including the following:

| Name | Contact Information |
|---|---|
| Tobey Sommer and Frank Atkins | SunTrust Robinson Humphrey, Inc. Research Department 3333 Peachtree Road, NE Atlanta, GA 30326 (404) 926-5476 |
| Kevin Campbell, Clara Houin, and Brian Hoffman | Avondale Partners |
| Todd Van Fleet | First Analysis Securities |
| T.C. Robillard | Signal Hill Capital |
| Manav Patnaik, Emily Shanks, and Greg Bardi | Barclays Capital |
| Scott Grossman | Magnetar Capital |
| Dennis Wurst | Britton Capital |
| Martin Ji | ClearBridge Advisors |
| Patrick Donnelly | BlackRock |
| Ryan Meliker, Michael Curtis, and Michael Kodesch | Canaccord Genuity |
| Brian Ruttenbur | CRT Capital |
| Kevin McVeigh, Derek Sbrogna, and Barry Klein | Macquarie Research |
| Jon Evans | Edmunds White Partners |
| Yegin Chen | MetLife |
| Barry Konig | Cumberland Associates |
| Clint Fendley | Davenport & Company |

1377827_1

| Name | Contact Information |
|---|---|
| Brent Greenfield | Soroban Capital |
| Andrew Berg | Post Advisory Group |
| Jeffrey Donnelly, Robert LaQuaglia, and Kevin McClure | Wells Fargo Securities, LLC |

5. Third-party auditors who, upon information and belief, have knowledge of CoreCivic's business, financial reporting and internal controls, including the following:

| Name | Last Known Contact Information |
|---|---|
| Ernst & Young LLP | One Nashville Place<br>150 Fourth Avenue North<br>Suite 1400<br>Nashville, TN 37219<br>+1 615 252 2000 |

6. Third-party consultants, lobbyists, accreditors and attorneys who, upon information and belief, have knowledge of CoreCivic's business, medical and health care services, prison safety and security, management of prisons on behalf of the BOP, quality and cost of services to the BOP and relationship with the BOP, including the following:

| Name | Last Known Contact Information |
|---|---|
| Hobart Hallaway & Quayle | 511 Union Street<br>Suite 1530<br>Nashville, TN 37219<br>202-220-3094 |
| Akin Gump Strauss Hauer & Feld LLP | Robert S. Strauss Building<br>1333 New Hampshire Avenue, N.W.<br>Washington, DC 20036-1564<br>+1 202.887.4000 |
| Simmons & Russell Group | 601 Pennsylvania Ave. NW<br>South Building Suite 900<br>Washington, DC 20004<br>202-220-3126 |
| Greenberg Traurig LLP | 2101 L Street, N.W.<br>Suite 1000<br>Washington, DC 20037<br>+1 202.331.3100 |
| Signal Group, f/k/a McBee Strategic Consulting | 455 Massachusetts Ave, NW<br>12th Floor, Washington, D.C. 20001<br>202-234-1224 |

| Name | Last Known Contact Information |
|---|---|
| Mehlman Castagnetti Rosen & Thomas | 1341 G Street, NW<br>Suite 1100<br>Washington, DC 20005<br>(202) 585-0258 |
| Hillenby | 205 S. Fayette St.<br>Alexandria, VA 22314<br>(703) 889-8504 |
| Simon Hakim & Erwin A. Blackstone, Temple University | Center for Competitive Government<br>1801 Liacouras Walk<br>Philadelphia, PA 19122<br>215.204.7676 |
| American Correctional Association Commission on Accreditation | 206 N. Washington Street<br>Suite 200<br>Alexandria, VA 22314<br>(703) 224-0000 |
| The Joint Commission, f/k/a Joint Commission on Accreditation of Healthcare Organizations | One Renaissance Blvd.<br>Oakbrook Terrace, IL 60181<br>630-792-5800 |
| National Commission on Correctional Healthcare | 1145 W. Diversey Pkwy.<br>Chicago, IL 60614<br>773.880.1460 |

7. Federal and state regulators who, upon information and belief, have knowledge of CoreCivic's business, internal controls, medical and health care services, prison safety and security, management of prisons on behalf of the BOP, quality and cost of services to the BOP, relationship with the BOP and/or the false and misleading statements alleged in the Complaint, including the following:

| Name | Contact Information |
|---|---|
| Federal Bureau of Prisons | 320 First Street, NW<br>Washington, DC 20534<br>202-307-3198 |
| U.S. Department of Justice | 950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br>202-514-2000 |
| Office of the Inspector General of the U.S. Department of Justice | 950 Pennsylvania Avenue, N.W.,<br>Suite 4706<br>Washington, D.C. 20530-0001<br>(202) 514-3435 |
| Federal Bureau of Investigation | 935 Pennsylvania Avenue, NW<br>Washington, D.C. 20535-0001<br>(202) 324-3000 |
| Casey Markovitz | Unknown at this time |

**II. DESCRIPTION OF CATEGORIES OF DOCUMENTS WITHIN PLAINTIFF'S POSSESSION, CUSTODY OR CONTROL, PURSUANT TO RULE 26(a)(1)(A)(ii)**

Plaintiff identifies the following categories of documents in its possession, custody or control that Plaintiff may use to support its claims or defenses, unless use would be solely for impeachment, pursuant to Rule 26(a)(1)(A)(ii): (i) documents evidencing Plaintiff's purchase and sale of CoreCivic common stock during the Class Period; and (ii) documents related to Plaintiff's CoreCivic investment decisions. Plaintiff reserves the right to use any and all documents produced by any other party or non-party in this action.

**III. COMPUTATION OF CATEGORIES OF DAMAGES PURSUANT TO RULE 26(a)(1)(A)(iii)**

Plaintiff seeks compensatory damages (including interest), attorneys' fees and costs and any applicable equitable/injunctive or other relief as the Court may deem just and proper for the class claims set forth in the Complaint. The calculation of damages in this type of action requires expert testimony. Therefore, at the appropriate time, Plaintiff will provide an expert opinion or opinions in accordance with Rule 26.

**IV. PRODUCTION OF AN APPLICABLE INSURANCE AGREEMENT PURSUANT TO RULE 26(a)(1)(A)(iv)**

Not applicable to Plaintiff.

DATED: February 23, 2018

ROBBINS GELLER RUDMAN & DOWD LLP
CHRISTOPHER M. WOOD, #032977
CHRISTOPHER H. LYONS, #034853

/s/ Christopher M. Wood
CHRISTOPHER M. WOOD

414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 800/449-4900
615/252-3798 (fax)

ROBBINS GELLER RUDMAN & DOWD LLP
DENNIS J. HERMAN
WILLOW E. RADCLIFFE
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiff

BARRETT JOHNSTON MARTIN
    & GARRISON, LLC
JERRY E. MARTIN, #20193
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2202
615/252-3798 (fax)

Local Counsel

DECLARATION OF SERVICE BY EMAIL AND MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is Post Montgomery Center, One Montgomery Street, Suite 1800, San Francisco, California 94104.

2. That on February 23, 2018, declarant caused to be served **LEAD PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)** by email to the parties as follows:

| NAME | FIRM | EMAIL |
| --- | --- | --- |
| David J. Schindler<br>Brian T. Glennon | LATHAM & WATKINS LLP | david.schindler@lw.com<br>brian.glennon@lw.com |
| Anna E. Berces<br>Morgan E. Whitworth | LATHAM & WATKINS LLP | anna.berces@lw.com<br>morgan.whitworth@lw.com |
| Trey McGee<br>Steven A. Riley | RILEY WARNOCK & JACOBSON, PLC | tmcgee@rwjplc.com<br>sriley@rwjplc.com |
| Jerry E. Martin | BARRETT JOHNSTON MARTIN & GARRISON, LLC | jmartin@barrettjohnston.com |
| Paul Kent Bramlett<br>Robert Preston Bramlett | BRAMLETT LAW OFFICES | pknashlaw@aol.com<br>robert@bramlettlawoffices.com |
| Jeremy A. Lieberman<br>J. Alexander Hood II<br>Marc C. Gorrie | POMERANTZ LLP | jalieberman@pomlaw.com<br>ahood@pomlaw.com<br>mgorrie@pomlaw.com |
| Patrick V. Dahlstrom | POMERANTZ LLP | pdahlstrom@pomlaw.com |
| Michael Goldberg<br>Brian Schall | GOLDBERG LAW PC | michael@goldberglawpc.com<br>brian@goldberglawpc.com |
| Christopher T. Cain | SCOTT & CAIN | cain@scottandcain.com |
| James A. Holifield, Jr. | HOLIFIELD JANICH RACHAL & ASSOCIATES, PLLC | aholifield@holifieldlaw.com |

3. That on February 23, 2018, declarant served **LEAD PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)** by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

4. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 23, 2018, at San Francisco, California.

*/s/ Pierre Tiffith*
PIERRE TIFFITH

CORRECTIONS CORP 16
Service List - 2/23/2018   (16-0117)
Page 1 of 2

**Counsel for Defendant(s)**

David J. Schindler
Brian T. Glennon
Latham & Watkins LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA  90071-1560
  213/485-1234
  213/891-8763(Fax)

Anna E. Berces
Morgan E. Whitworth
Latham & Watkins LLP
505 Montgomery Street
Suite 2000
San Francisco, CA  94111
  415/391-0600
  415/395-8095(Fax)

Milton S. McGee III
Steven A. Riley
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN  37203
  615/320-3700
  615/320-3737(Fax)

**Counsel for Plaintiff(s)**

Jerry E. Martin
Barrett Johnston Martin & Garrison, LLC
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN  37219
  615/244-2202
  615/252-3798(Fax)

Paul Kent Bramlett
Robert Preston Bramlett
Bramlett Law Offices
P.O. Box 150734
Nashville, TN  37215-0734
  615/248-2828
  615/254-4116(Fax)

Michael Goldberg
Brian Schall
Goldberg Law PC
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA  90067
  800/977-7401
  800/536-0065(Fax)

Patrick V. Dahlstrom
Pomerantz LLP
10 South LaSalle Street, Suite 3505
Chicago, IL  60603
  312/377-1181
  312/377-1184(Fax)

CORRECTIONS CORP 16
Service List - 2/23/2018   (16-0117)
Page 2 of 2

Jeremy A. Lieberman
J. Alexander Hood II
Marc C. Gorrie
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY  10016
   212/661-1100
   212/661-8665(Fax)

Darren J. Robbins
Danielle S. Myers
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
   619/231-1058
   619/231-7423(Fax)

Christopher M. Wood
Robbins Geller Rudman & Dowd LLP
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN  37219
   615/244-2203
   615/252-3798(Fax)

Christopher T. Cain
SCOTT & CAIN
550 W Main Avenue
Suite 601
Knoxville, TN 37902
cain@scottandcain.com

James A. Holifield , Jr.
HOLIFIELD JANICH RACHAL &
ASSOCIATES, PLLC
11907 Kingston Pike
Suite 201
Knoxville, TN 37934
aholifield@holifieldlaw.com