# EXHIBIT 3

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger |

**DEFENDANTS' SUPPLEMENTAL INITIAL DISCLOSURES
PURSUANT TO RULE 26(a)(1)(A)**

Pursuant to Rule 26(e) of the Federal Rules of Civil Procedure, Defendants CoreCivic, Inc., Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger, and Harley G. Lappin (collectively, "Defendants"), by and through their undersigned counsel, hereby supplement their Initial Disclosures originally served on February 23, 2018. Defendants reserve the right to further supplement or amend these disclosures in light of further discovery and investigation, but do not assume any obligation to do so beyond that imposed by the Federal Rules of Civil Procedure.

Defendants do not waive their right to retain consultants and to designate testifying experts who may rely upon documents or information not identified below.

## I. Individuals with Discoverable Information – Rule 26(a)(1)(A)(i)

Based on information currently available to Defendants, in addition to the individuals listed in Defendants' February 23, 2018 Initial Disclosures, Defendants identify the following current CoreCivic employees are likely to have discoverable information that Defendants may use in support of their defenses to the allegations in Plaintiff's Consolidated Complaint. The inclusion of any name on this list is not an affirmation by Defendants that any individual in fact possesses such information. Each of these individuals should be contacted, if at all, through counsel for Defendants: Latham & Watkins LLP, 355 South Grand Avenue, Los Angeles, CA 90071, (213) 485-1234; Riley, Warnock & Jacobson, PLC, 1906 West End Avenue, Nashville, TN 37203, (615) 320-3700.

1. William Dalius
2. Patrick Swindle

In addition, Defendants reserve the right to seek and rely on discoverable information from sources identified in Plaintiff's subsequent discovery responses, whether or not those individuals are now known to Defendants. Defendants further reserve the right to seek discovery

from, and relating to, all other persons that may subsequently become known as persons likely to have discoverable information relevant to this matter, whether or not those individuals are now known to Defendants, and to call such persons as witnesses at trial.

In making these disclosures, Defendants do not waive their right to object, pursuant to the Federal Rules of Civil Procedure and Local Rules for the Middle District of Tennessee, to the deposition or testimony of any individual or entity, including those identified above.

DATED: January 3, 2020

Respectfully submitted:

 /s/ Steven A. Riley
Steven A. Riley (TN #6258)
Milton S. McGee, III (TN #024150)
RILEY WARNOCK & JACOBSON, PLC
1906 West End. Ave.
Nashville, TN 37203
T: (615) 320-3700
F: (615) 320-3737
sriley@rwjplc.com
tmcgee@rwjplc.com

David J. Schindler
Brian T. Glennon
LATHAM & WATKINS LLP
355 South Grand Ave.
Los Angeles, CA 90071
T: (213) 485-1234
F: (213) 891-8763
david.schindler@lw.com
brian.glennon@lw.com

Morgan E. Whitworth
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
T: (415) 391-0600
F: (415) 395-8095
morgan.whitworth@lw.com

*Attorneys for Defendants Corrections Corporation of America, Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger, and Harley G. Lappin*

# CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2020, this notice was served by email on the following counsel for Plaintiff:

ROBBINS GELLER RUDMAN & DOWD LLP
DENNIS J. HERMAN
WILLOW E. RADCLIFFE
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN & DOWD LLP
CHRISTOPHER M. WOOD, #032977
CHRISTOPHER H. LYONS, #034853
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 800/449-4900
615/252-3798 (fax)
Lead Counsel for Plaintiff

ROBBINS GELLER RUDMAN & DOWD LLP
JASON A. FORGE
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
jforge@rgrdlaw.com

BARRETT JOHNSTON MARTIN
& GARRISON, LLC
JERRY E. MARTIN, #20193
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2202
615/252-3798 (fax)
Local Counsel

/s/ John M. Eastly
John M. Eastly