# EXHIBIT 4

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>  vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>                      Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>LEAD PLAINTIFF'S SUPPLEMENTAL INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(e) |

Pursuant to Rule 26(e) of the Federal Rules of Civil Procedure, Lead Plaintiff Amalgamated Bank, as Trustee for the LongView Collective Investment Fund ("Plaintiff"), hereby submits its Supplemental Initial Disclosures. These disclosures are made without waiver of, or prejudice to, any objections Plaintiff may have. Plaintiff expressly reserves all objections, including, but not limited to: (a) relevance; (b) attorney-client privilege; (c) work product protection; (d) privacy; (e) any other applicable privilege or protection under federal or state law; (f) undue burden; (g) materiality; (h) overbreadth; and (i) admissibility. Plaintiff has not completed its investigation of this case and reserves the right to clarify, amend, modify, correct or supplement the information contained herein.

## I. INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION PURSUANT TO RULE 26(a)(1)(A)(i)

Plaintiff, in addition to the individuals and entities listed in Plaintiff's February 23, 2018 Initial Disclosures, identifies the following individuals and entities likely to have discoverable information in this matter that Plaintiff may use to support its claims or defenses, unless the use would be solely for impeachment, pursuant to Rule 26(a)(1)(A)(i). This list is not exhaustive as Plaintiff anticipates that other individuals may have information relevant to the issues in this action, and these disclosures are made based upon information reasonably available to Plaintiff at this stage of the litigation and without prejudice to Plaintiff's right to identify or rely on facts provided by additional witnesses. Plaintiff incorporates by reference any other individuals or entities identified by any other party to this litigation not listed below. Plaintiff also incorporates anyone deposed in this action to date or in the future.

### A. Past and Present Officers, Directors and Employees of CoreCivic

The following may have information regarding CoreCivic Inc.'s, f/k/a Corrections Corporation of America ("CoreCivic") financial reporting, internal controls, employee bonuses, medical and health care services, prison safety and security, management of prisons on behalf of the

Federal Bureau of Prisons ("BOP"), quality and cost of services to the BOP, relationship with the BOP, lost contracts or non-renewals of contracts, insider trading and/or the false and misleading statements alleged in the Consolidated Complaint for Violation of the Federal Securities Laws ("Complaint"), including the following:

| Name | Contact Information |
|---|---|
| Alex Sherling | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Amy Garner | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Andrea Wilcoxen | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Ann Parker | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Ashley Daugherty | [redacted]<br>Fort Walton Beach, FL 32548 |
| Ashley Odubeko | [redacted]<br>Brentwood, TN 37027<br>[redacted] |
| Audrey Saleh | Unknown at this time |
| Bart Verhulst | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Bethany Davis | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Brian Collins | Unknown at this time |
| Brian Ferrell | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |

| Name | Contact Information |
|---|---|
| Brian Hammonds | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Cameron Hopewell | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Carlos Melendez | Unknown at this time |
| Carol Olson | Unknown at this time |
| Christina Hall | Unknown at this time |
| Clinton Jaggers | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Cole Carter | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Daren Swenson | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Darla McAllister | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| David Mace | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Dean Weaver | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| DeAndra Mack | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Dianna Shew | Unknown at this time |
| Don Murray | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |

| Name | Contact Information |
|---|---|
| Don Stewart | Unknown at this time |
| Donald Barnes | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Donald White | Unknown at this time |
| Erik Rasmussen | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Heather Baltz | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Iris Guzman | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| James Boyette | Unknown at this time |
| James Schomig | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Jamie Warren | Unknown at this time |
| Jean Shuttleworth | Unknown at this time |
| Jeremy Wiley | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Jim Dillard | Unknown at this time |
| Jinanne West | Unknown at this time |
| John Baxter | Unknown at this time |

| Name | Contact Information |
|---|---|
| John Paul Wooden | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Karin Demler | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Kathleen Love | Unknown at this time |
| Keith Knudsen | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Kevin Szathmary | Unknown at this time |
| Lane Blair | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Linda Vandever | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Lou Marasco | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Lucibeth Mayberry | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Marcelo Ariola | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Michael Nalley | [redacted]<br>Liberty, MO 64068<br>[redacted] |
| Mike Quinlan | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Richard Anthony | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |

| Name | Contact Information |
|---|---|
| Rodel Leyba | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Ron Thompson | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Samuel Ussery | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Scott Ellis | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Stacey Cason | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Stephanie Parker | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Steve Conry | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Steve Groom | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Steve Morris | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Steve Owen | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Tameka Smith | [redacted]<br>Brentwood, TN 37027 |
| Theresa Driskell | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Tim Wilkinson | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |

| Name | Contact Information |
|---|---|
| Tony Odom | Unknown at this time |
| Tracy Bothwell | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Vicki Hinkle | Unknown at this time |
| Victor Orsolits | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| Ward Cullum | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| William Dalius | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |
| William DuBray | CoreCivic, Inc.<br>10 Burton Hills Boulevard<br>Nashville, TN 37215<br>(615) 263-3000 |

**B.     Current and/or Former BOP Employees**

The following may have information regarding CoreCivic's performance, the impact of that performance on its ability to retain and enter in to new contracts with the BOP, quality and costs of services to the BOP, reasons for lost contracts or non-renewals of contracts:

| Name | Contact Information |
|---|---|
| Angela Dunbar | Unknown at this time |
| Carey A. Cleland | ███████████████<br>Thatcher, AZ 85552<br>███████████████ |
| Catherine S. Scott | ███████████████<br>Pomfret, MD 20675<br>███████████████ |

- 7 -

| Name | Contact Information |
|---|---|
| Celia Santana | Dade City, FL 33525 |
| Charles E. Samuels, Jr. | Fredericksburg, VA 22407 |
| Darin Smith | Unknown at this time |
| Darlene Ely | Mount Airy, MD 21771 |
| Dee Simmons | Ravenswood, WV 26164 |
| Donna Mellendick | Woodstock, GA 30188 |
| Donna Mott | Glenmora, LA 71433 |
| Douglas Martz | Fredericksburg, VA 22405 |
| Gary Clark | Unknown at this time |
| Jerry Bishop | Unknown at this time |
| Linda Thomas | Chicago, IL 60611 |
| Louis Eichenlaub | Millersville, MD 21108 |
| M. Allen Melcher | Phoenix, AZ 85013 |
| Marcus Baldwin | Bowie, MD 20721 |
| Matthew Nace | Charles Town, WV 25414 |

| Name | Contact Information |
|---|---|
| Michael Bodine | Crofton, MD 21114 |
| Pamela Jones | Unknown at this time |
| Robert Bland | Unknown at this time |
| Ryan Wynne | Unknown at this time |
| Sally Yates | Atlanta, GA 30306 |
| Steven Santiago | Unknown at this time |

### C. Third-Party Auditors

Ernst & Young LLP auditors and employees may have information regarding CoreCivic's business, financial reporting and internal controls, including the following:

| Name | Contact Information |
|---|---|
| Jeffrey B. Smith | Nashville, TN 37201 |
| Sam B. DeVane | Nashville, TN 37201 |
| Tori Kamber | Nashville, TN 37201 |

### D. Outside Counsel

CoreCivic's outside counsel may have information regarding CoreCivic's business, financial reporting, internal controls, and ethics and other internal investigations, including the following:

| Name | Contact Information |
|---|---|
| Samantha Lee | Wiley Rein LLP<br>Washington, DC 20006 |

- 9 -

| Name | Contact Information |
|---|---|
| Kara Sacilotto | Wiley Rein LLP <br><br> Washington, DC 20006 |
| Tracye Howard | Wiley Rein LLP <br><br> Washington, DC 20006 |

DATED: March 11, 2020

ROBBINS GELLER RUDMAN & DOWD LLP
DENNIS J. HERMAN
WILLOW E. RADCLIFFE
KENNETH J. BLACK

s/ WILLOW E. RADCLIFFE
WILLOW E. RADCLIFFE

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
dennish@rgrdlaw.com
willowr@rgrdlaw.com
kennyb@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
CHRISTOPHER M. WOOD, #032977
CHRISTOPHER H. LYONS, #034853
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 800/449-4900
615/252-3798 (fax)
cwood@rgrdlaw.com
clyons@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
JASON A. FORGE
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
jforge@rgrdlaw.com

Lead Counsel for Plaintiff

BARRETT JOHNSTON MARTIN
  & GARRISON, LLC
JERRY E. MARTIN, #20193
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN  37219
Telephone:  615/244-2202
615/252-3798 (fax)

Local Counsel

# DECLARATION OF SERVICE BY E-MAIL

I, SIERRA BLOYD, not a party to the within action, hereby declare that on March 11, 2020, I caused to be served the attached LEAD PLAINTIFF'S SUPPLEMENTAL INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(e) by e-mail on the parties to the within action, addressed as follows:

| NAME | FIRM | EMAIL |
| --- | --- | --- |
| David J. Schindler<br>Brian T. Glennon<br>Eric C. Pettis | LATHAM & WATKINS LLP<br>355 South Grand Avenue<br>Suite 100<br>Los Angeles, CA 90071 | david.schindler@lw.com<br>brian.glennon@lw.com<br>eric.pettis@lw.com |
| Morgan E. Whitworth<br>Meryn Grant | LATHAM & WATKINS LLP<br>505 Montgomery Street<br>Suite 2000<br>San Francisco, CA 94111 | morgan.whitworth@lw.com<br>meryn.grant@lw.com |
| Trey McGee<br>Steven A. Riley | RILEY WARNOCK & JACOBSON, PLC<br>1906 West End Ave.<br>Nashville, TN 37203 | tmcgee@rwjplc.com<br>sriley@rwjplc.com |
| Sarah A. Tomkowiak | LATHAM & WATKINS, LLP<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington, D.C. 20004-1304 | sarah.tomkowiak@lw.com |

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 11, 2020, at San Francisco, California.

_____
SIERRA BLOYD

4813-5497-5415.v1
Case 3:16-cv-02267   Document 384-5   Filed 01/22/21   Page 14 of 14 PageID #: 18784