# EXHIBIT 12

1     UNITED STATES DISTRICT COURT
2      MIDDLE DISTRICT OF TENNESSEE
3
4    NIKKI BOLLINGER GRAE, Individually
   and on Behalf of All Others
5    Similarly Situated,
6         Plaintiff,        Civil Action No.
7    vs.                    3:16-cv-02267
8    CORRECTIONS CORPORATION OF
   AMERICA, ET AL.,
9
        Defendants.
10
   _____
11
12     CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
13
14      VIDEOTAPED DEPOSITION OF D. SCOTT DODRILL
15
16      Conducted virtually via remote videoconference
17            October 15, 2020
18
19
20
21
22
23   Reported by:
   Misty Klapper, RMR, CRR
24    Job No.: 10073528
25

```
 1    APPEARANCES:
 2    (ALL APPEARANCES VIA ZOOM REMOTE VIDEOCONFERENCE)
 3    ON BEHALF OF PLAINTIFF:
 4         CHRISTOPHER M. WOOD, ESQUIRE
       ROBBINS GELLER RUDMAN & DOWD LLP
 5         414 Union Street, Suite 900
       Nashville, Tennessee 37219
 6         (615) 244-2203
       E-mail: cwood@rgrdlaw.com
 7              clyons@rgrdlaw.com
 8              AND
 9         JASON A. FORGE, ESQUIRE
       ROBBINS GELLER RUDMAN & DOWD LLP
10         655 West Broadway, Suite 1900
       San Diego, California 92101
11         (619) 231-1058
       E-mail: jforge@rgrdlaw.com
12
                AND
13
       KENNETH J. BLACK, ESQUIRE
14         ROBBINS GELLER RUDMAN & DOWD LLP
       One Montgomery Street, Suite 1800
15         San Francisco, California 94104
       (415) 288-4545
16         E-mail: kennybrgrdlaw.com
17
    ON BEHALF OF DEFENDANTS AND THE DEPONENT:
18
       BRIAN T. GLENNON, ESQUIRE
19         ERIC CHARLES PETTIS, ESQUIRE
       LATHAM & WATKINS, LLP
20         355 South Grand Avenue, Suite 100
       Los Angeles, California 90071
21         (213) 485-1234
       E-mail: brian.glennon@lw.com
22              eric.pettis@lw.com
23              AND
24
25
```

1   APPEARANCES (CONTINUED):
2   (ALL APPEARANCES VIA ZOOM REMOTE VIDEOCONFERENCE)
3   ON BEHALF OF DEFENDANTS AND THE DEPONENT (CONTINUED FROM PREVIOUS PAGE):
4
5            SARAH TOMKOWIAK, ESQUIRE
         LATHAM & WATKINS, LLP
6            555 Eleventh Street, N.W., Suite 1000
         Washington, D.C. 20004-1304
7            (202) 637-2335
         E-mail: sarah.tomkowiak@lw.com
8
9   ALSO PRESENT:  CARRIE HOWARD, VIDEO OPERATOR
10                 DONNA MELLENDICK
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1　　　　　P R O C E E D I N G S

2　　　　　VIDEO OPERATOR:  The time on the

3　　record is 10:14 a.m.  Today's date is

4　　October 15, 2020.  My name is Carrie

5　　Howard of Aptus Court Reporting and the

6　　court reporter today is Misty Klapper,

7　　both of Aptus Court Reporting.

8　　　　　This begins the video-recorded

9　　deposition of D. Scott Dodrill, testifying

10　　in the matter of Nikki Bollinger Grae versus

11　　Corrections Corporation of America, et al.,

12　　pending before the United States District

13　　Court, Middle District of Tennessee.

14　　　　　This video is taken via Zoom video

15　　conference, the physical recording in

16　　Lexington, Kentucky.  The video and audio

17　　recordings today will take place at all

18　　times during this deposition unless all

19　　counsel agree to go off the record.  The

20　　beginning and end of each video will be

21　　announced.

22　　　　　The court reporter will put on the

23　　stenographic record the appearances and she

24　　may now swear in or affirm the deponent.

25　　　　　MS. REPORTER:  One moment.

1  Whereupon:
2          D. SCOTT DODRILL,
3  was called for examination, and, after being duly
4  sworn, was examined and testified as follows:
5          MS. REPORTER: Thank you, sir.
6      EXAMINATION BY COUNSEL FOR PLAINTIFF
7          BY MR. FORGE:
8      Q.   Good morning, Mr. Dodrill.
9      A.   Good morning.
10     Q.   Can you hear me all right, sir?
11     A.   I can.
12     Q.   Okay. If there's -- if at any point
13  today you have technical difficulties, as I've
14  had, please just let us know, okay?
15     A.   I will.
16     Q.   Great.
17         Mr. Dodrill, you retired from the BOP
18  in December of 2010; is that right?
19     A.   At the end of -- at the end of
20  December, yes.
21     Q.   Okay. Prior to your retirement,
22  what, if any, personal role did you have in
23  monitoring CCA's performance for the BOP?
24     A.   I didn't have any personal role.
25     Q.   That's fine. If you didn't have --

1 When you said personally, I have not
2 seen any -- been involved personally with the
3 for-profits.
4 Q. Okay. So you have no personal
5 awareness of the extent to which the ACA's
6 so-called audit of a private prison relies on
7 information that the private for-profit prison
8 self-reports versus sampling and verifying
9 conducted by the ACA, correct?
10 MR. GLENNON: Objection, vague.
11 THE WITNESS: No. The -- the
12 standards don't change based on what
13 institution you're in. I don't care if
14 it's a private facility in Mississippi
15 compared to a federal correctional
16 institution in Phoenix, Arizona. The --
17 the standards are the same and they're
18 consistent -- consistently applied.
19 BY MR. FORGE:
20 Q. Well, you don't have any personal
21 knowledge of how consistently they're applied, do
22 you, sir?
23 MR. GLENNON: Objection, vague.
24 THE WITNESS: I've been through
25 audits, but not in the privates with --

1    with the BOP. I know how they're

2    operated.

3    　　　　BY MR. FORGE:

4    Q.   Right. So you have no personal

5    knowledge as to how the audits of a private

6    facility are conducted, correct?

7    　　　　MR. GLENNON: Objection, vague,

8    　form.

9    　　　　THE WITNESS: I know that ACA is

10    　consistent in applying the standards

11    　across all the prisons. That's the --

12    　that's the -- that's the way they

13    　function. That's what they are all about.

14    　They --

15    　　　　BY MR. FORGE:

16    Q.   Sir, you just said you know that

17    across all prisons.

18    　　　　Have you ever spoken with an ACA

19    so-called auditor about what he or she did to

20    supposedly audit a private prison?

21    　　　　MR. GLENNON: Objection, vague.

22    　　　　THE WITNESS: I have spoken to

23    　several AC -- ACA auditors and I know

24    　several of them. And I know that they

25    　talk about consistently applying the

1　　　　standards. I have not talked to someone
2　　　　who has done one of these five private
3　　　　facilities that we're discussing.
4　　　　　　　BY MR. FORGE:
5　　　Q.　Okay. You have also not -- you had
6　　testified earlier -- not observed an actual
7　　so-called ACA audit of a private for-profit
8　　prison, correct?
9　　　　　　　MR. GLENNON: Objection, vague.
10　　　　　　　THE WITNESS: That is correct.
11　　　　　　　BY MR. FORGE:
12　　　Q.　You have also not seen any written
13　　confirmation of sampling and testing conducted
14　　during a so-called ACA audit of a private
15　　for-profit prison, correct?
16　　　　　　　MR. GLENNON: Objection, vague.
17　　　　　　　THE WITNESS: I don't understand
18　　　that question. Could you repeat that?
19　　　　　　　BY MR. FORGE:
20　　　Q.　Sure.
21　　　　　　You've never seen any written
22　　documentation that documents random sampling and
23　　testing of private prison performance conducted
24　　during a so-called ACA audit, have you?
25　　　　　　　MR. GLENNON: Objection, vague.

1

2              CERTIFICATE OF NOTARY

3              I, MISTY KLAPPER, the officer before

4       whom the foregoing deposition was taken, do

5       hereby certify that the witness whose

6       testimony appears in the foregoing

7       deposition was duly sworn by me; that the

8       testimony of said witness was taken by me in

9       shorthand and thereafter reduced to

10      typewriting by me; that said deposition is a

11      true record of the testimony given by said

12      witness; that I am neither counsel for,

13      related to, nor employed by any of the

14      parties to the action in which this

15      deposition was taken; and, further, that I

16      am not a relative or employee of any

17      attorney or counsel employed by the parties

18      hereto, nor financially or otherwise

19      interested in the outcome of this action.

20

21                              _____

22                              Misty Klapper, RMR, CRR
                                and Notary Public
23

24

25