UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>  vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>                  Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S OMNIBUS MOTION REGARDING FILING DOCUMENTS UNDER SEAL |

Having considered Plaintiff's[1] Omnibus Motion Regarding Filing Documents Under Seal, IT IS HEREBY ORDERED that:

1. The following documents: Plaintiff's Opposition to Defendants' Motion for Summary Judgment; Declaration of Christopher M. Wood in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment and exhibits thereto; Plaintiff's Response to Defendants' Statement of Undisputed Material Facts in Support of Their Motion for Summary Judgment; Plaintiff's Opposition to Defendants' Motion to Exclude Testimony of Donna Mellendick; Declaration of Jason A. Forge in Support of Plaintiff's Opposition to Defendants' Motion to Exclude Testimony of Donna Mellendick and exhibits thereto; Plaintiff's Opposition to Defendants' Motion to Exclude Testimony of Scott Dalrymple; and Declaration of Christopher M. Wood in Support of Plaintiff's Opposition to Defendants' Motion to Exclude Testimony of Scott Dalrymple and exhibits thereto, collectively, the "Designated Confidential Documents" may be filed under seal;

---

[1] "Plaintiff" is Lead Plaintiff and Class Representative Amalgamated Bank, as Trustee for the LongView Collective Investment Fund. "Defendants" are Corrections Corporation of America ("CCA") and certain of its executives. Following the filing of this action, Defendants rebranded CCA and now refer to it as CoreCivic.

2. Unless Defendants or third-party the Federal Bureau of Prisons ("BOP") (as the Producing Party) file a motion for continued sealing on or before February 5, 2021, the Designated Confidential Documents shall be unsealed and become part of the public record without need for further order of the Court; and

3. If Defendants or the BOP (as the Producing Party) file a motion for continued sealing of the Designated Confidential Documents, any other party may file a reply to the motion for continued sealing on or before February 12, 2021.

IT IS SO ORDERED.

DATED: _____    _____
                                   THE HONORABLE ALETA A. TRAUGER
                                   UNITED STATES DISTRICT JUDGE