# EXHIBIT C
# [Filed Under Seal]



**From:** Hininger, Damon
**Sent:** Sunday, July 17, 2016 7:48 AM
**To:** Garfinkle, David
**Subject:** RE: To late to book something in Q2?

Good ideas, thanks Dave. I agree on huddling. Have a good Sunday.

-----Original Message-----
From: Garfinkle, David
Sent: Sunday, July 17, 2016 8:40 AM
To: Hininger, Damon <Damon.Hininger@cca.com>
Subject: RE: To late to book something in Q2?

Another outside-the-box thought I had, if we get indications that a non-renewal of the contract is imminent, was to negotiate a sale of Cibola to GEO contingent upon an assignment of the contract. Although I would have thought BOP would prefer to cancel this contract rather than assign it, Tony believes the BOP would be open to the discussion. We might have to negotiate the sale of Northwest New Mexico in a package deal, which would require an assignment of that contract too. But, given that the former Director of the NM DOC is at GEO, I think GEO would jump at the opportunity.

We could use the capital, and these are two assets with significant challenges, and it beats idling Cibola. Having said that, I like your thought better. Perhaps we could consider the sale option if the $1.0 million fine option doesn't secure a renewal.

If you'd entertain it, I suggest we discuss in a smaller group with Harley, Tony, Bart, and Jeb tomorrow after the 11:00 a.m.

Another caveat is that there could be the same negative tax consequences we discussed at Prairie, so I still need to vet that.

By the way, we could structure the $1.0 million "fine" as a renewal inducement, which would be amortized over the renewal period.

Dave

-----Original Message-----
From: Hininger, Damon
Sent: Sunday, July 17, 2016 6:34 AM
To: Garfinkle, David <David.Garfinkle@cca.com>
Subject: RE: To late to book something in Q2?

I spoke to John Baxter late Friday to get a report on the QA audit before the report came out. I had a thought Friday night that immediately after the CFM at Cibola, regardless of the results, John and I do a quick trip to DC to meet with the BOP. With that, again depending on the results, we offer up voluntarily a deduction, up to $1 million. We have never done that and I think it might be viewed as an extraordinarily gesture on our part. I have some other thoughts I can provide tomorrow.

-----Original Message-----

CONFIDENTIAL    Case 3:16-cv-02267    Document 389-3    Filed 01/22/21    Page 2 of 3 PageID #: 19398    CORECIVIC_0114917
CORECIVIC_0114917

From: Garfinkle, David
Sent: Saturday, July 16, 2016 12:43 PM
To: Hininger, Damon <Damon.Hininger@cca.com>
Subject: RE: To late to book something in Q2?

We recorded taxes yesterday, and Brian is preparing the Supplemental Disclosure and financials for the 10-Q this weekend. We did increase the bonus accrual by about $1.0 million (so I believe we're around $4.0 million accrued now at 6/30/16) and are now $0.04 over the high end of guidance. Brian and I contemplated an estimate of fines for OIG, but we didn't believe the OIG audit was far along enough for us to justify an estimated fine. Obviously, if we incur a significant fine, we likely would have to lower the bonus accrual, so I see them as somewhat fungible.

I'm available if you want to discuss by phone.

Dave

-----Original Message-----
From: Hininger, Damon
Sent: Saturday, July 16, 2016 11:38 AM
To: Garfinkle, David <David.Garfinkle@cca.com>
Subject: To late to book something in Q2?

I was thinking of $1 million in fines. Can explain on Monday. Thanks Dave.

2

CONFIDENTIAL	Case 3:16-cv-02267   Document 389-3   Filed 01/22/21   Page 3 of 3 PageID #: 19399
CORECIVIC_0114918
CORECIVIC_0114917