UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>Magistrate Judge Jeffrey S. Frensley |

**DECLARATION OF MERYN C. N. GRANT IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Meryn C. N. Grant, declare as follows:

1. I am over 18 years of age and am competent to testify as to the matters stated in this Declaration. I am an associate with Latham & Watkins LLP, one of the law firms representing Defendants CoreCivic, Inc. ("CoreCivic"), Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger, and Harley G. Lappin (collectively, "Defendants") in this matter.

2. In this matter, Lead Plaintiff and Class Representative Amalgamated Bank, as Trustee for the LongView Collective Investment Fund ("Plaintiff") has received over 400,000 documents in discovery from CoreCivic and has received over 189,000 documents in discovery from the Federal Bureau of Prisons ("BOP").

3. In this matter, CoreCivic employees were deposed for approximately 102 hours and both parties spent an additional approximately 13 hours deposing third party witnesses, including BOP officials.

4. In this matter, the parties collectively retained five expert witnesses who prepared approximately 447 pages of reports, including rebuttals, appendices, and exhibits, and who collectively were deposed for approximately 25 hours.

5. In this matter, the parties have exchanged approximately 441 pages of written discovery.

6. Attached hereto as Exhibit A is a true and accurate copy of excerpts from the transcript of the deposition of Eleanor Innes in her capacity as a corporate representative pursuant to Federal Rule of Civil Procedure 30(b)(6), taken July 10, 2018.

7. Attached hereto as Exhibit B is a true and accurate copy of excerpts from Plaintiff's Responses to Defendant CoreCivic, Inc.'s First Set of Interrogatories, dated May 21, 2018.

8. Attached hereto as Exhibit C is a true and accurate copy of excerpts from Amalgamated Bank's Second Quarter 2016 13F Statement, signed August 16, 2016, and available at https://www.sec.gov/Archives/edgar/data/0000919192/000091919216000007/0000919192-16-000007-index.html.

9. Attached hereto as Exhibit D is a true and accurate copy of excerpts from Amalgamated Bank's Amended Third Quarter 2016 13F Statement, signed November 15, 2016, and available at https://www.sec.gov/Archives/edgar/data/919192/000091919216000009/0000919192-16-000009-index.htm.

10. Attached hereto as Exhibit E is a true and accurate copy of excerpts from Amalgamated Bank's Fourth Quarter 2016 13F Statement, signed February 13, 2017, and available at https://www.sec.gov/Archives/edgar/data/919192/000091919217000003/0000919192-17-000003-index.htm.

11. Attached hereto as Exhibit F is a true and accurate copy of excerpts from Amalgamated Bank's First Quarter 2017 13F Statement, signed May 12, 2017, and available at https://www.sec.gov/Archives/edgar/data/919192/000091919217000004/0000919192-17-000004-index.htm.

12. Attached hereto as Exhibit G is a true and accurate copy of excerpts from Amalgamated Bank's Second Quarter 2017 13F Statement, signed August 10, 2017, and available at https://www.sec.gov/Archives/edgar/data/919192/000091919217000005/0000919192-17-000005-index.htm.

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed on January 22, 2021 in Los Angeles, California.

      /s/ *Meryn C. N. Grant*
      Meryn C. N. Grant

# CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing document was made upon the following Filing Users through the Electronic Filing System and via electronic mail:

Paul Kent Bramlett
Robert Preston Bramlett
BRAMLETT LAW OFFICES
40 Burton Hills Blvd., Suite 200
P.O. Box 150734
Nashville, TN 37215
pknashlaw@aol.com
robert@bramlettlawoffices.com

Jeremy A. Lieberman
J. Alexander Hood II
Marc C. Gorrie
POMERANTZ LLP
600 Third Ave., 20th Floor
New York, NY 10016
jalieberman@pomlaw.com
ahood@pomlaw.com
mgorrie@pomlaw.com

David J. Schindler
Brian T. Glennon
Morgan E. Whitworth
LATHAM & WATKINS LLP
355 South Grand Ave.
Los Angeles, CA 90071
david.schindler@lw.com
brian.glennon@lw.com
morgan.whitworth@lw.com

Patrick V. Dahlstrom
POMERANTZ LLP
10 South La Salle St., Suite 3505
Chicago, IL 60603
pdahlstrom@pomlaw.com

Michael Goldberg
Brian Schall
GOLDBERG LAW PC
1999 Avenue of the Stars, Suite 100
Los Angeles, CA 90067
michael@goldberglawpc.com
brian@goldberglawpc.com

Christopher T. Cain
SCOTT & CAIN
550 W Main Avenue
Suite 601
Knoxville, TN 37902
cain@scottandcain.com

James A. Holifield , Jr.
HOLIFIELD JANICH RACHAL & ASSOCIATES, PLLC
11907 Kingston Pike
Suite 201
Knoxville, TN 37934
aholifield@holifieldlaw.com

| | |
|---|---|
| Christopher Hamp Lyons<br>Christopher M. Wood<br>ROBBINS GELLER<br>RUDMAN & DOWD LLP<br>414 Union Street<br>Suite 900<br>Nashville, TN 37219<br>clyons@rgrdlaw.com<br>cwood@rgrdlaw.com | Jerry E. Martin<br>BARRETT JOHNSTON MARTIN &<br>GARRISON, LLC<br>Bank of America Plaza<br>414 Union Street<br>Suite 900<br>Nashville, TN 37219<br>jmartin@barrettjohnston.com |

this 22nd day of January, 2021.

      /s/ *Meryn C. N. Grant*
      Meryn C. N. Grant