# EXHIBIT F

The Securities and Exchange Commission has not necessarily reviewed the information in this filing and has not determined if it is accurate and complete.
The reader should not assume that the information is accurate and complete.

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0006 |
| Expires: | July 31, 2015 |
| Estimated average burden hours per response: | 23.8 |

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549
FORM 13F

FORM 13F COVER PAGE

Report for the Calendar Year or Quarter Ended: 03-31-2017

Check here if Amendment         Amendment Number:
This Amendment (Check only one.):   is a restatement.
                                    adds new holdings entries.

Institutional Investment Manager Filing this Report:
Name:       AMALGAMATED BANK
Address:    275 SEVENTH AVENUE
            9TH FLOOR
            NEW YORK, NY  10001
Form 13F File Number:   028-04148

The institutional investment manager filing this report and the person by whom it is signed hereby represent that the person signing the report is authorized to submit it, that all information contained herein is true, correct and complete, and that it is understood that all required items, statements, schedules, lists, and tables, are considered integral parts of this form.

Person Signing this Report on Behalf of Reporting Manager:
Name:    Gregory Spock
Title:   Vice President-Trust Compliance and Risk Officer
Phone:   212-895-4836

Signature, Place, and Date of Signing:

Gregory Spock            New York,  NY    05-12-2017
    [Signature]            [City, State]    [Date]

Report Type (Check only one.):

X 13F HOLDINGS REPORT. (Check here if all holdings of this reporting manager are reported in this report.)

  13F NOTICE. (Check here if no holdings reported are in this report, and all holdings are reported by other reporting manager(s).)

  13F COMBINATION REPORT. (Check here if a portion of the holdings for this reporting manager are reported in this report and a portion are reported by other reporting manager(s).)

Form 13F Summary Page

Report Summary:
Number of Other Included Managers:    0

| | |
|---|---|
| Form 13F Information Table Entry Total: | 1,502 |
| Form 13F Information Table Value Total: | 2,009,119 |
| | (thousands) |

List of Other Included Managers:

Provide a numbered list of the name(s) and Form 13F file number(s) of all institutional investment managers with respect to which this report is filed, other than the manager filing this report.

[If there are no entries in this list, state "NONE" and omit the column headings and list entries.]

NONE

The Securities and Exchange Commission has not necessarily reviewed the information in this filing and has not determined if it is accurate and complete. The reader should not assume that the information is accurate and complete.

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549
FORM 13F

FORM 13F INFORMATION TABLE

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0006 |
| Expires: | July 31, 2015 |
| Estimated average burden hours per response: | 23.8 |

| COLUMN 1 | COLUMN 2 | COLUMN 3 | COLUMN 4 | COLUMN 5 | | | COLUMN 6 | COLUMN 7 | COLUMN 8 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | VALUE | SHRS OR | SH/ | PUT/ | INVESTMENT | OTHER | VOTING AUTHORITY | | |
| NAME OF ISSUER | TITLE OF CLASS | CUSIP | (x$1000) | PRN AMT | PRN | CALL | DISCRETION | MANAGER | SOLE | SHARED | NONE |
| ABBOTT LABORATORIES | COM | 002824100 | 5,388 | 121,335 | SH | | SOLE | | 121,335 | 0 | 0 |
| ADVANCED MICRO DEVICES INC | COM | 007903107 | 1,536 | 105,562 | SH | | SOLE | | 105,562 | 0 | 0 |
| AETNA INC | COM | 00817Y108 | 3,150 | 24,693 | SH | | SOLE | | 24,693 | 0 | 0 |
| AIR PRODUCTS CHEMICALS INC | COM | 009158106 | 2,034 | 15,032 | SH | | SOLE | | 15,032 | 0 | 0 |
| AMERICAN ELECTRIC POWER | COM | 025537101 | 2,323 | 34,598 | SH | | SOLE | | 34,598 | 0 | 0 |
| AMERICAN EXPRESS CO. | COM | 025816109 | 4,231 | 53,485 | SH | | SOLE | | 53,485 | 0 | 0 |
| AMETEK NEW | COM | 031100100 | 888 | 16,422 | SH | | SOLE | | 16,422 | 0 | 0 |
| AUTOMATIC DATA PROCESSING INC. | COM | 053015103 | 3,530 | 34,477 | SH | | SOLE | | 34,477 | 0 | 0 |
| AVON PRODUCTS INC. | COM | 054303102 | 271 | 61,567 | SH | | SOLE | | 61,567 | 0 | 0 |
| NEWELL BRANDS INC | COM | 651229106 | 1,689 | 35,808 | SH | | SOLE | | 35,808 | 0 | 0 |
| VERIZON COMMUNICATIONS INC | COM | 92343V104 | 14,537 | 298,203 | SH | | SOLE | | 298,203 | 0 | 0 |
| BOEING CO. | COM | 097023105 | 7,937 | 44,875 | SH | | SOLE | | 44,875 | 0 | 0 |
| BROWN-FORMAN CORP-CLASS B | COM | 115637209 | 644 | 13,952 | SH | | SOLE | | 13,952 | 0 | 0 |
| BRUNSWICK CORP | COM | 117043109 | 887 | 14,499 | SH | | SOLE | | 14,499 | 0 | 0 |
| CIGNA CORPORATION | COM | 125509109 | 2,690 | 18,364 | SH | | SOLE | | 18,364 | 0 | 0 |
| C S X CORP | COM | 126408103 | 3,110 | 66,809 | SH | | SOLE | | 66,809 | 0 | 0 |
| CABOT CORP | COM | 127055101 | 581 | 9,703 | SH | | SOLE | | 9,703 | 0 | 0 |
| CAMPBELL SOUP CO. | COM | 134429109 | 814 | 14,223 | SH | | SOLE | | 14,223 | 0 | 0 |
| CARLISLE CORP | COM | 142339100 | 1,063 | 9,994 | SH | | SOLE | | 9,994 | 0 | 0 |
| CATERPILLAR INC | COM | 149123101 | 3,677 | 39,645 | SH | | SOLE | | 39,645 | 0 | 0 |
| J P MORGAN CHASE CO | COM | 46625H100 | 22,407 | 255,094 | SH | | SOLE | | 255,094 | 0 | 0 |
| COCA-COLA COMPANY | COM | 191216100 | 12,300 | 289,831 | SH | | SOLE | | 289,831 | 0 | 0 |

| Name | Type | CUSIP | Value | Shares | SH/PRN | Sole/Shared | Sole | Shared | None |
|---|---|---|---|---|---|---|---|---|---|
| XL GROUP LTD | COM | G98294104 | 760 | 19,065 | SH | SOLE | 19,065 | 0 | 0 |
| HOPE BANCORP INC | COM | 43940T109 | 333 | 17,364 | SH | SOLE | 17,364 | 0 | 0 |
| LIFE STORAGE INC | COM | 53223X107 | 601 | 7,320 | SH | SOLE | 7,320 | 0 | 0 |
| WASHINGTON PRIME GROUP INC | COM | 93964W108 | 226 | 25,985 | SH | SOLE | 25,985 | 0 | 0 |
| JOHNSON CONTROLS INTERNATIONAL | COM | G51502105 | 2,773 | 65,832 | SH | SOLE | 65,832 | 0 | 0 |
| FIRST CASH INC | COM | 33767D105 | 313 | 6,368 | SH | SOLE | 6,368 | 0 | 0 |
| DELL TECHNOLOGIES INC - CL V | COM | 24703L103 | 764 | 11,924 | SH | SOLE | 11,924 | 0 | 0 |
| TIVO CORP | COM | 88870P106 | 296 | 15,762 | SH | SOLE | 15,762 | 0 | 0 |
| ASHLAND GLOBAL HOLDINGS INC | COM | 044186104 | 1,219 | 9,846 | SH | SOLE | 9,846 | 0 | 0 |
| VERSUM MATERIALS INC | COM | 92532W103 | 227 | 7,404 | SH | SOLE | 7,404 | 0 | 0 |
| AGNC INVESTMENT CORP | COM | 00123Q104 | 948 | 47,679 | SH | SOLE | 47,679 | 0 | 0 |
| RR DONNELLEY SONS CO | COM | 257867200 | 130 | 10,765 | SH | SOLE | 10,765 | 0 | 0 |
| ILG INC | COM | 44967H101 | 319 | 15,215 | SH | SOLE | 15,215 | 0 | 0 |
| ADIENT PLC | COM | G0084W101 | 370 | 5,098 | SH | SOLE | 5,098 | 0 | 0 |
| YUM CHINA HOLDINGS INC | COM | 98850P109 | 567 | 20,836 | SH | SOLE | 20,836 | 0 | 0 |
| ALCOA CORP | COM | 013872106 | 274 | 7,954 | SH | SOLE | 7,954 | 0 | 0 |
| ARCONIC INC | COM | 03965L100 | 812 | 30,821 | SH | SOLE | 30,821 | 0 | 0 |
| LIBERTY EXPEDIA HLDGS INC A | COM | 53046P109 | 349 | 7,672 | SH | SOLE | 7,672 | 0 | 0 |
| LIBERTY VENTURES SER A | COM | 53071M856 | 512 | 11,511 | SH | SOLE | 11,511 | 0 | 0 |
| CORECIVIC INC | COM | 21871N101 | 582 | 18,527 | SH | SOLE | 18,527 | 0 | 0 |
| LAMB WESTON HOLDING INC | COM | 513272104 | 446 | 10,609 | SH | SOLE | 10,609 | 0 | 0 |
| ENVISION HEALTHCARE CORP | COM | 29414D100 | 1,147 | 18,713 | SH | SOLE | 18,713 | 0 | 0 |
| LIONS GATE ENTERTAINMENT CORPORATION | COM | 535919500 | 369 | 15,154 | SH | SOLE | 15,154 | 0 | 0 |
| L3 TECHNOLOGIES INC | COM | 502413107 | 891 | 5,391 | SH | SOLE | 5,391 | 0 | 0 |
| LCI INDUSTRIES | COM | 50189K103 | 314 | 3,149 | SH | SOLE | 3,149 | 0 | 0 |
| RH | COM | 74967X103 | 242 | 5,236 | SH | SOLE | 5,236 | 0 | 0 |
| GRAMERCY PROPERTY TRUST | COM | 385002308 | 464 | 17,635 | SH | SOLE | 17,635 | 0 | 0 |
| CONDUENT INC | COM | 206787103 | 183 | 10,935 | SH | SOLE | 10,935 | 0 | 0 |
| HILTON WORLDWIDE HOLDINGS INC | COM | 43300A203 | 604 | 10,332 | SH | SOLE | 10,332 | 0 | 0 |
| COLONY NORTHSTAR INC | COM | 19625W104 | 1,018 | 78,836 | SH | SOLE | 78,836 | 0 | 0 |
| TECHNIPFMC PLC | COM | G87110105 | 243 | 7,477 | SH | SOLE | 7,477 | 0 | 0 |
| SBA COMMUNICATIONS CORP | COM | 78410G104 | 867 | 7,199 | SH | SOLE | 7,199 | 0 | 0 |
| BIOVERATIV INC | COM | 09075E100 | 445 | 8,172 | SH | SOLE | 8,172 | 0 | 0 |