# EXHIBIT 6
# [Filed Under Seal]

**From:** Hall, Keith
**Sent:** Monday, November 24, 2014 10:27 AM
**To:** Robinson, John; Metcalf, Natasha; Beasley, Jeb; Baxter, John; Lappin, Harley
**CC:** Pryor, Joe
**Subject:** FW: Cibola Notice of Concern NOC 2015-001
**Attachments:** NOC 2015-001.pdf; ATT00001.htm

This is a NOC on the Cibola audit follow-up CFM.

Warden Pryor will work on response, which the draft should be sent to Ashley by 12/2/14.

Keith

**From:** Pryor, Joe
**Sent:** Monday, November 24, 2014 9:47 AM
**To:** Hall, Keith
**Subject:** Fwd: Cibola Notice of Concern NOC 2015-001

FYI.

Sent from my iPhone

Begin forwarded message:

> **From:** "Cook, Robert" <Robert.Cook@cca.com>
> **Date:** November 24, 2014 at 7:26:53 AM PST
> **To:** "Pryor, Joe" <Joe.Pryor@cca.com>
> **Subject: FW: Cibola Notice of Concern NOC 2015-001**
>
> FYI

**From:** Leonardo Otero [mailto:lotero@bop.gov]
**Sent:** Friday, November 21, 2014 10:32 AM
**To:** BOP-PRD/Contract Facility Monitoring BOP-PRD/Contract Facility Monitoring;
CIB/WARDEN~.cibadm1.cibdom1@bop.gov; Don Russell; Joe Pryor; Marcus Baldwin; Cook, Robert
**Subject:** Cibola Notice of Concern NOC 2015-001

Please see attached.

Leonardo (Tito) Otero
Senior Secure Institution Manager
Privatization Management Branch

Exhibit

Hall 89

Christy R. Sievert, CSR, RPR

Correctional Programs Division
Duty Station: Cibola, NM
Office Phone: (505) 285-4984
Blackberry: (202) 598-9971
Fax:(505) 285-5667
Tele-Message:  191.1031
Lotero@bop.gov

CONFIDENTIAL
CORECIVIC_0030474



**U.S. Department of Justice**
**Federal Bureau of Prisons**
*Privatization Field Office*

---

*Office of the SSIM*

Cibola County Correctional Center
*Milan, New Mexico 87021*

November 21, 2014

Joe Pryor, Warden
Corrections Corporation of America
Cibola County Correctional Center
Milan, NM 87021

NOC # 2015-001
Contract # DJB1PC011

Dear Warden Pryor:

This is an official Notice of Concern (NOC) at the Cibola County Correctional Center. An evaluation of performance was conducted in accordance with the terms and conditions of Contract No. DJB1PC011.  The concerns are tied to the following contract requirement(s):

* **Administration Quality Control Vital Function # 1.**
* **Health Services Vital Functions # 14, # 15, and # 16.**

The specific concerns are based on the recent Contract Facility Monitoring(CFM)Review, conducted October 21-23, 2014. The initial CFM Review was conducted in April 2014.  The six month CFM follow-up in October 2014, demonstrated that the facility has not put an effective Plan of Action (POA) in place to address the serious issues in Health Services.

The monitoring was a comprehensive examination of the Cibola County Correctional Center (CIB) Health Services Department, with attention given to the vital functions identified in the Performance Requirements Summary Table (PRST).

This Notice of Concern is based on the following findings which were previously identified during the April 2014 CFM review;

<u>**REPEAT REPEAT REPEAT REPEAT DEFICIENCY**</u>

Inmates arriving at the institution with positive PPD's were not receiving follow-up and treatment as per policy. (CCA 13-63; P6190.03; BOP Clinical Practice Guidelines) 6.1.1

<u>**REPEAT REPEAT REPEAT DEFICIENCY**</u>

Health appraisals were not completed as per policy. (CCA 13-63; P6031.03; BOP Clinical Practice Guidelines) 6.3.4

CONFIDENTIAL
CORECIVIC_0030475

**<u>REPEAT REPEAT DEFICIENCY</u>**

Treatment for HIV inmates is not completed in accordance with policy. (CCA 13-6; CCA 13-71; BOP Clinical Practice Guidelines for HIV; BOP National Formulary)6.9.5

**<u>REPEAT DEFICIENCIES</u>**

Not all Medication Administration Records (MARS) are accurate. SOW; CCA 13-70; CCA 13-71)6.9.14

Preventive care evaluations are not completed as per policy. (CCA 13-64) 6.9.20

**<u>DEFICIENCIES</u>**

Not all diabetic inmates were screened for microalbuminuria. (CCA 13-6; BOP Clinical Practice Guidelines)6.9.2

Not all pages in medical records had inmate full name and register numbers. (CCA 13-58; P6090.03)6.2.1

Not all errors in medical records were corrected as required by policy. (CCA 13-68; P6090.03) 6.2.1

Medical management prior to an inmate's death was not in accordance with policy. (SOW; CCA 13-34) 6.9.19

Please provide a written response with plans for corrective action and internal controls to prevent reoccurrence within fourteen (14) days of the date of this notice.

Sincerely,

Leonardo Otero,
Senior Secure Institution Manager

cc: Linda Thomas, Privatization Field Administrator
    Jerry Bishop, Contracting Officer
    Marcus Baldwin, PMB, Assistant Administrator
    CFM Mailbox

CONFIDENTIAL

CORECIVIC_0030476