# EXHIBIT 23
# [Filed Under Seal]

| | |
|---|---|
| Message | |
| From: | SIMON HAKIM [shakim@temple.edu] |
| Sent: | 9/28/2011 1:12:20 PM |
| To: | Katie Lilley [katielilley@hillenby.com]; tony.grande@cca.com |
| CC: | ERWIN A. BLACKSTONE [erwin.blackstone@temple.edu]; ANDREW J. BUCK [andrew.buck@temple.edu] |
| Subject: | Thank you for visiting us |

Dear Katie and Tony,

Both Erwin and I enjoyed very much your visit and the brain storming conversation we had. It may be time to conduct an evaluation of private and private correctional institutions that could assist government decision makers with their contracting out the management of such facilities. The study could be narrowed to specific type of facility like low security prisons. It is then important to state the goals and objectives that such institutions are supposed to attain and accordingly structure the evaluation. The benefits include the attainment of the objectives/goals while the costs are those attributed to the public sector including the hierarchical costs. We have conducted a similar study even though just for the training issue for a project we had with the US Department of Labor, see, http://www.sciencedirect.com/science?_ob=MiamiImageURL&_cid=271855&_user=1543922&_pii=0149718993900346&_check=y&_origin=&_coverDate=31-Mar-1993&view=c&wchp=dGLzVlk-zSkWb&md5=1609cd4ad6e2ae96be707de28889211a/1-s2.0-0149718993900346-main.pdf As we mentioned, it is best to design a study that addresses issues of concern for a specific targeted group rather than address a wide range of issues.

We will be very happy to further discuss the contents and the structure of such a study or any effort you may see fit.

Again, thank you very much for coming long distance to meet us. Let's stay in touch to define methods that address your needs.

All the very best, Simon.

Dr. Simon Hakim, Director and
Professor of Economics
Center for Competitive Government
Fox School of Business & Management
Temple University
Philadelphia, PA 19122

Tel. 215-204-5037
FAX 215-204-4491
Website: http://www.fox.temple.edu/ccg

BLACKSTONE0000018