# EXHIBIT 25
# [Filed Under Seal]

**From**:      Simon Hakim [shakim@temple.edu]

**Sent**:      1/31/2013 6:02:22 PM

**To**:        john.malloy@cca.com

**CC**:       erwin.blackstone@temple.edu

**Subject**:   Need a reference

Hi John,

We are on process addressing your suggestions.  We need a reference (citation) for your suggested change which we incorporated on page 8: .  "A private contractor built a 3,000 medium security prison for California in Arizona and began housing its first inmate just 15 months after beginning construction. Because of the regulatory requirement in California, that process would have taken much longer."

Thanks, Simon.

Simon Hakim, Director

Center for Competitive Government

Fox School of Business & Management

Professor of Economics

Temple University

hakim@temple.edu

Phone 215-204-5037

Cell 215-806-5019

BLACKSTONE0012817