# EXHIBIT 26
# [Filed Under Seal]

| Message | |
|---|---|
| From: | Simon Hakim [shakim@temple.edu] |
| Sent: | 4/6/2013 9:26:33 AM |
| To: | Owen, Steve [Steve.Owen@cca.com]; Carl Nink [Carl.Nink@mtctrains.com]; ppaez@geogroup.com; Abraham Cohen (acohen@geogroup.com) [acohen@geogroup.com]; Malloy, John [john.malloy@cca.com]; katielilley@hillenby.com |
| CC: | erwin.blackstone@temple.edu |
| Subject: | Dissemination of the Report by a Think Tank |

Hi to All,

We would like to comment on one decision that was made yesterday in our weekly conference call. We are your clients and we will follow all decisions that you make. However, we believe that the decision to exclude Cato and the Milken Institutes from publishing the report deserves to be reconsidered.

1. The problems and unethical behavior of the Koch brothers and Michael Milken do not relate to the academic reputation of these two think tanks. They both publish works by Nobel Prize laureates, and incorporate international reputable economists without regard to the ethical behavior of their sponsors. The report will be reviewed by few economists that will see that neutrality was preserved and that the results are academically sound. We wish to stress that publication is not guaranteed and significant revisions will definitely be requested.

2. Your objective is that this report gets wide dissemination, and is supported by an academic entity that endorses the findings. If the Cato or the Milken support your objective then this should be the outlet for publication. Again, we wish to stress that publication by a reputable commercial publisher like Rowman and Littlefield could yield more immediate exposure. In either case, a more extensive literature, and historical background are needed to convert the completed report to an academically publishable product.

Again, we will comply with your decision, and pursue any publication avenue (s) that you choose.

Best regards, Simon and Erwin.

Simon Hakim, Director

Center for Competitive Government

Fox School of Business & Management

Professor of Economics

Temple University

hakim@temple.edu

Phone 215-204-5037

Cell 215-806-5019

Case 3:16-cv-02267    Document 399-1    Filed 01/22/21    Page 2 of 2 PageID #: 20638

BLACKSTONE0018218