# EXHIBIT 28
# [Filed Under Seal]

| | |
|---|---|
| **From**: | Owen, Steve [Steve.Owen@cca.com] |
| **Sent**: | 6/11/2012 12:00:13 PM |
| **To**: | Simon Hakim [shakim@temple.edu] |
| **CC**: | Erwin A. Blackstone [eblackst@temple.edu]; Katie Lilley [katielilley@hillenby.com] |
| **Subject**: | RE: Proposal for CCA |

Hello Dr. Hakim,

Thank you for the responsive information regarding your proposal and related budget. Given the cost options that you have presented, we are inclined to pursue an agreement based on the flat rate of $45,000. As a next step, could you please provide a formal proposal/agreement that reflects the research scope and budgeting we've agreed upon to date, for final review/signature? We are excited at the opportunity to partner with you and your colleagues at Temple and look forward to finalizing an agreement so that research can begin.

We look forward to seeing the formal agreement and collaborating with you and your team on this meaningful project. Please be in touch if there are any questions or remaining issues to discuss before formalizing an agreement.

Kind regards,


- Steve


**Steven Owen**
**Senior Director, Public Affairs**
**CCA** America's Leader in Partnership Corrections
10 Burton Hills Blvd
Nashville, TN   37215
615.263.3107 *office*
615.263.3090 *fax*
www.cca.com | www.insidecca.com | www.ccacommunities.com

---

**From:** Simon Hakim [mailto:shakim@temple.edu]
**Sent:** Wednesday, May 30, 2012 1:17 AM
**To:** Owen, Steve
**Cc:** Erwin A. Blackstone; Katie Lilley
**Subject:** Proposal for CCA

Hi Steve,

Thank you very much for your note.  I had successful 5 lectures in China all related to privatization theory and experiences.  Interestingly, I talked at one lecture on privatization of transportation systems.  However, many of the questions raised were on privatization experiences of correctional institutions.

We agree with the two changes that you made.  With rwgrd to the budget, we will be happy to provide you with our detailed calculations which conservatively reached $45,000 just for labor.  Alternatively, we could bill you at the rate of $150 an hour for our efforts and $75 for a graduate student.

Another possibility is $40,000 for our research efforts while billing you separately at the same rate for all efforts following the submission of the final report.  This would mean that all contacts with the media are charged at $150 an hour.  Based upon our two large projects for the burglar alarm industry, contacts with the media could involve many hours.

We suggest to conclude with the flat rate of $45,000 that will include all  our labor efforts.  Clearly, travel and per dium and other out-of-pocket costs involved will be separately charged.

We are looking forward to working with you.  Thank you very much, Simon Hakim.

BLACKSTONE0003565

Simon Hakim, Director
Center for Competitive Government
Fox School of Business & Management
Professor of Economics
Temple University
hakim@temple.edu
Phone 215-204-5037
Cell 215-806-5019

---

**From:** Owen, Steve [Steve.Owen@cca.com]
**Sent:** Wednesday, May 23, 2012 6:35 PM
**To:** Simon Hakim
**Cc:** Erwin A. Blackstone; Katie Lilley
**Subject:** Proposal for CCA

Hello Dr. Hakim,

I hope that your travels in China were positive and productive. I am writing as a follow-up to our previous discussion and the initial proposal that you and your team submitted to CCA based on those discussions. Having had the opportunity to review the proposal, I would offer the following feedback and points of clarification for your team's consideration as we work to arrive at a final agreement:

### Method of Analysis
We view the analysis entailing two components.
* The first is a comprehensive compilation of published government studies/data in states that mandate cost savings from public-private partnerships in corrections. In other words, "In states where cost savings are mandated, a review of published government data indicates the average reported savings are approximately [#] percent."
* The second component would entail the closer analysis described in your proposal, which would scrutinize the published government data and identify additional areas of cost and cost savings that may not have been factored into states' analyses (i.e. healthcare, pensions and liability, etc); this would result in a more accurate cost comparison. In other words, "When factoring in all costs and cost savings, the average savings to states is approximately [#] percent."

### Expected Outcomes
With respect to the report and summary table(s), please factor in our feedback above on 'method of analysis' as appropriate.

We anticipate that there will be opportunities for media referrals to discuss reported findings. As has been previously discussed, one of the broader goals of current analysis is to provide credible thought leaders who can be resources to reporters and other stakeholders interested in the merits of partnership corrections. In addition to any final report, we would expect Dr. Hakim and Dr. Blackstone to make themselves reasonably available to discuss the final report with media representatives referred to them.

### Duration & Costs
The proposed cost is significantly higher than the budget target of $30,000 we had previously shared. We would ask you to consider any means and opportunities to reduce costs (e.g. expanded use of graduate assistants, etc) and provide us with an updated cost proposal that narrows the budget gap in the low-to-mid 30's.

We are excited at the opportunity to engage the strong research talents and academic credentials of you and your colleagues at Temple University. Please be in touch if you would like to discuss any of these points further. We look forward to receiving an updated proposal at your earliest convenience and working with your team on this project once a final agreement is secured.

BLACKSTONE0003566

Kindest regards,

- Steve

Steven Owen
Senior Director, Public Affairs
**CCA** America's Leader in Partnership Corrections
10 Burton Hills Blvd
Nashville, TN   37215
615.263.3107 *office*
615.308.0044 *cell*
615.263.3090 *fax*
www.cca.com | www.insidecca.com | www.ccacommunities.com

(i) This e-mail and any files transmitted with it are confidential and intended solely for the use of the intended recipient(s). If you have received this e-mail in error, please notify the sender immediately and delete this e-mail and any associated files from your system. (ii) Views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of Corrections Corporation of America. (iii) The recipient should check this e-mail and any attachments for the presence of viruses. The company accepts no liability for errors or omissions caused by e-mail transmission or any damage caused by any virus transmitted by or with this e-mail. This email has been scanned for content and viruses by the McAfee Email Security System

BLACKSTONE0003567