# EXHIBIT 29
# [Filed Under Seal]

| | |
|---|---|
| **From:** | Owen, Steve |
| **Sent:** | Thursday, May 23, 2013 2:09 PM |
| **To:** | Simon Hakim |
| **Cc:** | Katie Lilley |
| **Subject:** | Updated Working Paper |
| **Attachments:** | Cost Analysis of Public and Contractor-Operated Prisons FINAL.PDF; Cost Analysis of Public and Contractor-Operated Prisons FINAL.DOCX |
| **Importance:** | High |

Simon,

Attached are a PDF and Word version of the working paper, to include the funding disclosure language that is identical to the language included in the news release. As we discussed, the PDF should be placed online (to replace the current version), and it should be hosted at the same link to avoid any confusion. Please call me or Katie if there are any questions about how to proceed, and please let us know ASAP once the updated version is posted online. Thank you, Simon.

- Steve


See how CCA is making a difference

1

Case 3:16-cv-02267   Document 399-4   Filed 01/22/21   Page 2 of 2 PageID #: 20647

CONFIDENTIAL                                                                                   CORECIVIC_0954060