EXHIBIT 30
[Filed Under Seal]

# TEMPLE UNIVERSITY
Research and Graduate Education

**Senior Vice Provost for Research**
1801 N. Broad Street
Conwell Hall, Suite 401
Philadelphia, PA 19122

phone 215-204-6875
fax 215-204-4609

Mr. Alex Friedmann
Prison Legal News
P.O. Box 1151
Lake Worth, FL 33460

July 2, 2014

Dear Mr. Friedmann:

I have concluded my examination of the allegation you raised that Drs. Simon Hakim and Erwin Blackstone neglected to mention funding sources in a working paper containing research results and in at least three newspaper editorials.

As you know, the working paper was withdrawn and is no longer widely available. Additionally, University records do not reveal that it received grant funds for the specific work under examination. Consistent with this information, many months ago we directed that correction be made to any publication that inaccurately attributed Temple's connection to this work.

The university will address its conclusions, including any action specific pertaining to the respondents, individually with Drs. Hakim and Blackstone.

On behalf of Temple University, I thank you for bringing important questions of research integrity to our attention and will continue to do my part to ensure that University policies and ethical norms of research publishing are rigorously followed.

Thank you,

Michele Masucci, Ph.D.
Interim Vice Provost for Research
Temple University

Cc: Hai-Lung Dai, Ph.D., Provost
   Erwin Blackstone, Ph.D.
   Simon Hakim, Ph.D.



**Office of the Senior Vice Provost**
1801 N. Broad Street
Conwell Hall, Suite 401
Philadelphia, PA 19122



Mr. Alex Friedmann
Prison Legal News
P.O. Box 1151
Lake Worth, FL 33460

RECEIVED
JUL 0 ? 2014