# EXHIBIT 31
# [Filed Under Seal]

| | |
|---|---|
| From: | Owen, Steve [Steve.Owen@cca.com] |
| Sent: | 10/21/2014 10:07:30 AM |
| To: | Simon Hakim [shakim@temple.edu]; Erwin A. Blackstone (eblackst@temple.edu) [eblackst@temple.edu] |
| Subject: | Follow-up Info |

Here is a link to the online petition by colorofchange.org:
http://act.colorofchange.org/sign/temple_university/?akid=3460.689022.mZT8PN&rd=1&t=4

Here is a link to the document outlining their funding sources (which includes public employee union dollars):
www.discoverthenetworks.org/Articles/ColorofChangev3.docx

Here are the talking points:

- The premise of the petition is completely false. To say that the funding source wasn't revealed is completely disingenuous:
    - The publicly available and widely distributed press release that accompanied the initial release of the working paper clearly disclosed the funding for the research.
    - What's more, we took the additional step of adding the press release disclosure to the executive summary in the working paper itself to be abundantly clear.
    - Most importantly, when the peer-reviewed publication was final, disclosure was clearly included twice in the document, and the Independent Institute itself received no funding.
- This matter has already been reviewed and resolved by the university.
- The study, which is not a Temple study, has been published by Ind Inst following a rigorous academic peer review process (a fact the petition fails to acknowledge).
- The alleged "flaws" raised in the petition are being promoted by a UC Berkley PhD candidate who is a self-proclaimed activist researcher opposed to private corrections.

- Steve


See how CCA is making a difference

(i) This e-mail and any files transmitted with it are confidential and intended solely for the use of the intended recipient(s). If you have received this e-mail in error, please notify the sender immediately and delete this e-mail and any associated files from your system. (ii) Views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of Corrections Corporation of America. (iii) The recipient should check this e-mail and any attachments for the presence of viruses. The company accepts no liability for errors or omissions caused by e-mail transmission or any damage caused by any virus transmitted by or with this e-mail. This email has been scanned for content and viruses by the McAfee Email Security System