# EXHIBIT 32
# [Filed Under Seal]

Message

| | |
|---|---|
| **From:** | Simon Hakim [shakim@temple.edu] |
| **Sent:** | 5/24/2013 5:04:49 AM |
| **To:** | Ed C Fischer [efischer@temple.edu] |
| **CC:** | erwin blackstone (erwin.blackstone@temple.edu) [erwin.blackstone@temple.edu] |
| **Subject:** | FW: Updated Working Paper |
| **Attachments:** | Cost Analysis of Public and Contractor-Operated Prisons FINAL.PDF; Cost Analysis of Public and Contractor-Operated Prisons FINAL.DOCX |
| **Importance:** | High |

Simon Hakim, Director

Center for Competitive Government

Fox School of Business & Management

Professor of Economics

Temple University

hakim@temple.edu

Phone 215-204-5037

Cell 215-806-5019

_____
From: Owen, Steve [Steve.Owen@cca.com]
Sent: Thursday, May 23, 2013 3:08 PM
To: Simon Hakim
Cc: Katie Lilley
Subject: Updated Working Paper

Simon,

Attached are a PDF and Word version of the working paper, to include the funding disclosure language that is identical to the language included in the news release. As we discussed, the PDF should be placed online (to replace the current version), and it should be hosted at the same link to avoid any confusion. Please call me or Katie if there are any questions about how to proceed, and please let us know ASAP once the updated version is posted online. Thank you, Simon.

- Steve

See how CCA is making a difference<http://ccastart.com/intro/>

(i) This e-mail and any files transmitted with it are confidential and intended solely for the use of the intended recipient(s). If you have received this e-mail in error, please notify the sender immediately and delete this e-mail and any associated files from your system. (ii) Views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of Corrections Corporation of America. (iii) The recipient should check this e-mail and any attachments for the presence of viruses. The company accepts no liability for errors or omissions caused by e-mail transmission or any damage caused by any virus transmitted by or with this e-mail. This email has been scanned for content and viruses by the McAfee Email Security System