EXHIBIT 41
[Filed Under Seal]

| From: | Marasco, Lou |
|---|---|
| Sent: | Thursday, March 22, 2012 10:22 AM |
| To: | Beasley, Jeb |
| Cc: | Lappin, Harley; Thompson, Ronald; Verhulst, Bart; Blair, Lane; Williams, Dawn |
| Subject: | RE: SubContracting Plan |

Cibola was not included in the evaluation ….?

Lou Marasco, C.P.M.
Managing Director, Purchasing
Corrections Corporation of America

Please consider the environment before printing this email

**From:** Beasley, Jeb
**Sent:** Thursday, March 22, 2012 9:09 AM
**To:** Beasley, Jeb; Thompson, Ronald; Marasco, Lou; Verhulst, Bart; Blair, Lane
**Cc:** Lappin, Harley; Williams, Dawn
**Subject:** RE: SubContracting Plan

All-

I forgot to include the PowerPoint that the BOP presented during our Partnering session.

Jeb Beasley
CCA
Managing Director, Federal and Local Partnership Relations
10 Burton Hills Blvd.
Nashville, TN 37215
ph (615) 263-6615
cell (615) 478-2260
FAX (615) 263-3100

**From:** Beasley, Jeb
**Sent:** Thursday, March 22, 2012 9:02 AM
**To:** Thompson, Ronald; Marasco, Lou; Verhulst, Bart; Blair, Lane
**Cc:** Lappin, Harley; Williams, Dawn
**Subject:** RE: SubContracting Plan

Lou,

Thanks for bringing Dawn into the conversation as she and I discussed the Partnering meeting with the BOP during your absence (by the way, glad you are back). The BOP has offered a session in DC with their subject matter expert as they believe there are dollars we are spending that we may not be counting. As they have mentioned in the past the BOP's subcontracting spend that they report to the DOJ includes the private sector so our success/failure drives and impacts their results. They have offered an opportunity to submit questions in advance and will set aside an entire day if needed to meet with us. Lou and Dawn, I am in the office all day but head to Crete tonight but will be back in the office on Monday if you would like to further discuss.

1

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CORECIVIC_0990175

Jeb Beasley
CCA
Managing Director, Federal and Local Partnership Relations
10 Burton Hills Blvd.
Nashville, TN 37215
ph (615) 263-6615
cell (615) 478-2260
FAX (615) 263-3100

**From:** Thompson, Ronald
**Sent:** Thursday, March 22, 2012 8:49 AM
**To:** Marasco, Lou; Verhulst, Bart; Blair, Lane; Beasley, Jeb
**Cc:** Lappin, Harley; Williams, Dawn
**Subject:** RE: SubContracting Plan

Thanks Lou. You're asking for some quantification and not sure I can offer that. Just know that they are serious about and we continue to struggle with meeting the goals.

**Ronald G. Thompson**
Vice President, Facility Operations
Corrections Corporation of America
10 Burton Hills Blvd.
Nashville, TN 37215

Office Ph: 615-263-3856
Office Fax: 615-565-9939
Cell: 615-336-9244
E-mail: ronald.thompson@cca.com


**From:** Marasco, Lou
**Sent:** Thursday, March 22, 2012 7:54 AM
**To:** Thompson, Ronald; Verhulst, Bart; Blair, Lane; Beasley, Jeb
**Cc:** Lappin, Harley; Williams, Dawn
**Subject:** RE: SubContracting Plan

I certainly understand your concerns, Ron. Here are some thoughtful comments to consider:

1) This is the first time in my tenure here that I have heard that we would be subject to fine and or reduced performance awards. We, collectively, have discussed this possibility several times - BOP was not forthcoming with any substantive response that I know of. Quantifying this could help us justify any "premium" prices we might need to pay S//DBE's in order to achieve these goals. i.e., it would be more cost effective to pay more for supplies, etc. than to pay the fines. Can we quantify?
2) Purchasing needs access to sourcing initiatives and strategies that are initiated and driven by OTHER Depts in order for us recommend S/DBE sources for consideration. Additionally, we need to consider set aside opportunities (i.e., we will buy ALL of these supplies, equipment, or operational/administrative services or project services ONLY from S/DBE's We have done this staff uniforms - we need to find other opportunities)
3) Jeb and I have had recent correspondence relative to the reporting guidelines - and the need to discuss this in more detail with BOP. We need to be absolutely sure that we are
    - identifying all potential opportunities
    - understanding what commitments qualify and are or are not considered in our base spend (construction, professional services, health services, food, etc.)

2

CONFIDENTIAL                                                                                                            CORECIVIC_0990176

- aware that these goals will not be met through traditional procurements that Purchasing and / or the facilities administer. Other Dept's must assist. As a footnote to this point: IF we purchased 100% of our other variable expense and R&M supply spend from S/WBE's, we would not meet the 40% goals BOP stipulates    Note: HGL has been reviewing this with the Exec Team.
- How BOP views "best efforts" in trying to meet the goals … and how do they benchmark those efforts?

As you request I will arrange a workshop with Jeb, Lane and Dawn to develop a short term action plan to. Dawn and/or I are available to accompany Jeb to BOP to discuss this in more detail with officials there.

Lou Marasco, C.P.M.
Managing Director, Purchasing
Corrections Corporation of America

Please consider the environment before printing this email

---

**From:** Thompson, Ronald
**Sent:** Thursday, March 22, 2012 7:23 AM
**To:** Blair, Lane; Beasley, Jeb; Marasco, Lou
**Cc:** Verhulst, Bart
**Subject:** Subcontrating Plan

As you know, at the recent BOP partnership meeting in TX we were confronted with our shortcomings in our BOP sites regarding our Subcontracting Plans. In short, and reading between the lines, if we don't conform to the contract requirements we are going to get hit with substantial financial penalties. This issue has gone on too long. If it means we need to do some unconventional things with regard to purchasing Lou, then it's time we consider that.
Jeb, I think the plan was for us to have a work session with BOP to fully understand the reporting requirements. I would like for you guys to get together and come up with our plan to address this issue. This can no longer be put on the back burner. It's critically important that we address this in going forward. I'm happy to participate. Please let me know our plan.

**Ronald G. Thompson**
Vice President, Facility Operations
Corrections Corporation of America
10 Burton Hills Blvd.
Nashville, TN 37215

Office Ph: 615-263-3856
Office Fax: 615-565-9939
Cell: 615-336-9244
E-mail: ronald.thompson@cca.com

CONFIDENTIAL

CORECIVIC_0990177