# EXHIBIT 42
# [Filed Under Seal]

| | |
|---|---|
| From: | Beach, Emilee |
| Sent: | Tuesday, April 24, 2012 4:12 PM |
| To: | Blair, Lane; Wengler, Valerie; Hall, Christina; Greer, Lawrence; Heffron, Michael |
| Cc: | Wactor, Kayla; Laughlin, Vance; MURRAY, Don; Eyre, Jason |
| Subject: | Adams CFM Final Report |
| Attachments: | Adams CFM Final Report 2012.pdf |

Please see attached Final Report concerning 2012 CFM. Please advise if there are any items of concern or disagreement in which you would like to respond to. Please feel free to contact me for any questions.

Thanks,

*Emilee' Beach*
**Adams County Correctional Center**
**PO Box 850**
**Washington, MS 39190**
**(O) 601-304-2518**
**(F) 601-446-5224**



1

CONFIDENTIAL                                                                                                    CORECIVIC_0126578

# U.S. Department of Justice

## Federal Bureau of Prisons

## PROGRAM REVIEW DIVISION

*Washington, D.C. 20534*

April 6, 2012

MEMORANDUM FOR VANCE LAUGHLIN, WARDEN
                           ADAMS COUNTY CORRECTIONAL CENTER
                           NATCHEZ, MISSISSIPPI

                     /s/
FROM:      Camille Duchaussee, Core Section Chief
           Program Review Division
           COTR - Contract #DJB1PC-010

SUBJECT:   Contract Facility Monitoring Final Report
           Adams County Correctional Center

This is the report of the Adams County Correctional Center Contract Facility Monitoring conducted March 27-29, 2012. There was one repeat deficiency identified as a result of this monitoring.

Please ensure all deficiencies identified in this report are resolved and controls are in place to prevent recurrence. Should you disagree with any deficiencies, please forward an electronic copy of your response to the BOP-PRD/Correspondence~ GroupWise mailbox within 15 calendar days after receipt of the report. Please include any additional supporting documentation with your response. Otherwise, we will consider this contract facility monitoring officially closed.

Please thank your staff for their efforts and cooperation in preparing for and completing this monitoring. The next monitoring is scheduled to be conducted in FY 2013.

CONFIDENTIAL                                                                           CORECIVIC_0126579

cc: BOP-ADM/Assistant Director
    BOP-CPD/Assistant Director
    BOP-FPI/Assistant Director
    BOP-HRM/Assistant Director
    BOP-HSD/Assistant Director
    BOP-IPP/Assistant Director
    BOP-OGC/Assistant Director
    BOP-ADM/Privatized Corr Contracting
    BOP-CCD/Privatization
    BOP-CCD/PFA Sector 2~
    BOP-PRD/Contract Facility Monitoring
    CAC/Oversight Mgr
    lane.blair@correctionscorp.com
    ACC/Warden

CONFIDENTIAL

CORECIVIC_0126580

# CONTRACT FACILITY MONITORING REPORT

# ADAMS COUNTY CORRECTIONAL CENTER

# NATCHEZ, MISSISSIPPI

# CONTRACT #DJB1PC-010

Conducted:

March 27-29, 2012

Approved By:

/s/
H. J. Marberry
Assistant Director
Program Review Division
Washington, DC

April 4, 2012

CONFIDENTIAL                                                                                   CORECIVIC_0126581

## SCOPE OF REVIEW

The monitoring was a comprehensive examination of the Adams County Correctional Center's operations with attention given to vital functions identified in the Contract Performance Requirements Summary Table.

## BACKGROUND INFORMATION

The Adams County Correctional Center is a low security facility, located near Natchez, Mississippi. The facility currently houses approximately 2530 male sentenced criminal aliens.

Vance Laughlin is the warden. Lawrence Greer and Mike Heffron are the assistant wardens.

## GENERAL COMMENTS

A review of records in the Health Services Department revealed that the available documentation does not always prove that licensed practical nurses (LPNs) were always supervised. Per the Nurse Practice Act, LPNs must be supervised by an MD, nurse practitioner, or registered nurse. Although policy does not dictate that the supervisor cosigns the LPN's documentation, it is a practice which validates the LPN is being supervised per policy.

## FINDINGS

CORRECTIONAL PROGRAMS

Deficiencies

-- Inmates on FRP "Refuse" did not receive the appropriate consequences. (SOW; CCA 18-100)

-- Not all inmate cases were reviewed for halfway house placement, and appropriate release planning initiated. (SOW; P7310.04)

-- Not all inmates made FRP payments. (SOW; P5308.08)

-- Sexual Abuse/Assault Prevention and Intervention presentation was incomplete. (SOW; P5324.06; CCA 14-2)

CORRECTIONAL SERVICES

Deficiency

CONFIDENTIAL
CORECIVIC_0126582

-- Urinalysis testing was not conducted as required by policy. (P6060.08)

## EDUCATION AND RECREATIONAL SERVICES

### Deficiency

-- Documentation was not available for inmates who were assigned GED SAT. (P5350.28)

## FOOD SERVICE

### Deficiencies

-- Food temperatures are not maintained. (CCA 11-1)

-- Serving procedures for the religious diet program were not followed as required by policy. (SOW, MOD 0021)

## HEALTH SERVICES

### Repeat Deficiency

-- Medical management of an inmate's condition prior to death was not in accordance with policy and standards of care. (CCA 13-34 & 13-6)

### Deficiencies

-- Not all immunizations were current for inmates in the Pulmonary Clinic. (BOP Clinical Guidelines; CCA 13-53)

-- Not all immunizations were current for inmates in the HIV Clinic. (BOP Clinical Guidelines; CCA 13-53)

-- Evaluations were incomplete for inmates in the Mental Health Clinic. (P6031.01)

-- S.O.A.P. format was not documented as required by policy. (P6031.01; CCA 13-58)

-- Follow-up of inmates with Methicillin Resistant Staphylococcus Aureus was not conducted as indicated in policy. (BOP Clinical Guidelines)

Case 3:16-cv-02267    Document 399-17    Filed 01/22/21    Page 7 of 9 PageID #: 21231

CONFIDENTIAL                                                                     CORECIVIC_0126583

- Not all Medical Summary of Federal Prisoner/Aliens Transit forms contained stop/no stop dates, when appropriate, for medications. (CCA 13-86)

- One TB/HIV case was not managed as required by policy. (CCA 13-86)

- Restrictions and recommendations for program, duty, and housing were not addressed in the health appraisals. (CCA 13-40)

INMATE SYSTEMS

Deficiency

- Follow-up and status of inmates on WRIT were untimely. (SOW; P5800.15; CCA 6-1)

### REVIEWER ASSURANCE STATEMENT

As monitor-in-charge, I certify the contract monitoring was conducted in accordance with generally accepted government auditing standards. Findings of noncompliance or inadequate controls contained in the report are supported by evidence that is sufficient and reliable. The evidence is contained in the contract monitoring working papers filed in the Program Review Division.


Steve Luttrell, Monitor-in-Charge
Contract Facility Monitoring Section
Program Review Division

Members of the Monitoring Team:

H. J. Marberry, Assistant Director, PRD
Camille Duchaussee, Core Section Chief, PRD
John Watson, Examiner, UNICOR Section, PRD
Patricia Beltran, CFM Correctional Programs Examiner, PRD
Don Carlson, Examiner, Correctional Programs Section, PRD
Mark Simms, Examiner, Correctional Services Section, PRD
Brian McGorty, CFM Food Service Examiner, PRD
Daniel De Jesus, CFM Physician, PRD
Barbara Cadogan, Health Services Administrator, NERO
Herbert Ingram, CFM Safety Examiner, PRD
Andrew Temples, Examiner, Education Services Section, PRD
Clarita Berg, Examiner, Human Resource Management Section, PRD
Mark Klopstein, Examiner, Financial Management Section, PRD

CONFIDENTIAL                                                        CORECIVIC_0126584



CONFIDENTIAL
CORECIVIC_0126585