# EXHIBIT 43
# [Filed Under Seal]

| | |
|---|---|
| From: | Blair, Lane |
| Sent: | Tuesday, May 15, 2012 11:05 AM |
| To: | Vaughn, Lee |
| Subject: | FW: CIB - CONTRACT FACILITY MONITORING FINAL REPORT |
| Attachments: | CIB_CFM18.docx |

**From:** BOP-PRD/Correspondence~ BOP-PRD/Correspondence~ [mailto:BOP-PRD/Correspondence~@bop.gov]
**Sent:** Friday, April 27, 2012 10:28 AM
**To:** BOP-ADM/Assistant Director BOP-ADM/Assistant Director; BOP-ADM/Privatized Corr Contracting BOP-ADM/Privatized Corr Contracting; BOP-CCD/PFASector1~@bop.gov; BOP-CCD/Privatization BOP-CCD/Privatization; BOP-CPD/Assistant Director BOP-CPD/Assistant Director; BOP-FPI/Assistant Director BOP-FPI/Assistant Director; BOP-HRM/Assistant Director BOP-HRM/Assistant Director; BOP-HSD/Assistant Director BOP-HSD/Assistant Director; BOP-IPP/Assistant Director BOP-IPP/Assistant Director; BOP-OGC/Assistant Director BOP-OGC/Assistant Director; BOP-PRD/Contract.Facility.Monitoring~@bop.gov; CCB/Cibloa Monitor CCB/Cibloa Monitor; CCB/Oversight Mgr CCB/Oversight Mgr; CIB/Warden CIB/Warden; blair@correctionsCorp.com; Blair, Lane
**Subject:** CIB - CONTRACT FACILITY MONITORING FINAL REPORT

1

CONFIDENTIAL                                                                                                         CORECIVIC_0801875

# U.S. Department of Justice

## Federal Bureau of Prisons

## PROGRAM REVIEW DIVISION

---

Washington, D.C. 20534

April 25, 2012


MEMORANDUM FOR LEE VAUGHN, WARDEN
                CIBOLA COUNTY CORRECTIONAL CENTER
                MILAN, NEW MEXICO


                        /s/
FROM:           Camille Duchaussee, Core Section Chief
                Program Review Division
                COTR - Contract # J1PCc-007

SUBJECT:        Contract Facility Monitoring Final Report
                Cibola County Correctional Center

This is the report of the Cibola County Correctional Center Contract Facility Monitoring conducted April 17-19, 2012. There were two repeat deficiencies identified as a result of this monitoring.

Please ensure all deficiencies identified in this report are resolved and controls are in place to prevent recurrence. Should you disagree with any deficiencies, please forward an electronic copy of your response to the BOP-PRD/Correspondence~ GroupWise mailbox within 15 calendar days after receipt of this report. Please include any additional supporting documentation with your response. Otherwise, we will consider this contract facility monitoring officially closed.

Please thank your staff for their efforts and cooperation in preparing for and completing this monitoring. The next monitoring is scheduled to be conducted in FY 2013.

cc: BOP-ADM/Assistant Director

CONFIDENTIAL                                                    CORECIVIC_0801876

```
BOP-CPD/Assistant Director
BOP-FPI/Assistant Director
BOP-HRM/Assistant Director
BOP-HSD/Assistant Director
BOP-IPP/Assistant Director
BOP-OGC/Assistant Director
BOP-ADM/Privatized Corr Contracting
BOP-CCD/Privatization
BOP-PRD/Contract Facility Monitoring
BOP-CCD/PFA Sector 1~
CCB/Oversight Mgr
lane.blair@correctionscorp.com
CIB/Warden
```

CONFIDENTIAL

CORECIVIC_0801877

CONTRACT FACILITY MONITORING REPORT

CIBOLA COUNTY CORRECTIONAL CENTER

MILAN, NEW MEXICO

CONTRACT # J1PCc-007

Conducted:

April 17-19, 2012

Approved By:

H. J. Marberry
Assistant Director
Program Review Division
Washington, DC

April 24, 2012

CONFIDENTIAL                                                                                   CORECIVIC_0801878

## SCOPE OF REVIEW

The monitoring was a comprehensive examination of the Cibola County Correctional Center's operations with attention given to vital functions identified in the Contract Performance Requirements Summary Table.

## BACKGROUND INFORMATION

Cibola County Correctional Center (CCCC) is a low security facility. All 1204 beds are utilized as Institution Hearing Program (IHP) release site beds.

Lee Vaughn is the warden. Betty Judd and Don Russell are the associate wardens.

## GENERAL COMMENTS

It has been noted that this institution has been without a physician for a year. The nurse practitioner and nurses are working without the clinical guidance of a physician. This situation can cause the nurse practitioner to work outside the scope of practice because she is making all the clinical decisions at the facility. When an off-site physician recommends a medical treatment, she has no other choice but to accept it even if it is against policy because if she refuses to follow those recommendations, she will be countermanding a physician's order. Even though chronic care clinics have been conducted, they are in violation of local policy because it requires that a physician evaluates all patients in the chronic care clinics.

## FINDINGS

INFORMATION SYSTEMS AND SECURITY

Deficiency

- -- Removable media and printable material provided for inmate workstations was not being controlled by staff.
  (SOW; P1237.13)

CORRECTIONAL PROGRAMS

Deficiencies

2

CONFIDENTIAL                                                                    CORECIVIC_0801879

-- Release plans have not been determined or accomplished for an inmate who possibly meets RRC criteria. (SOW; CCA 18-100; P7310.04)

-- Incoming phone call answering procedures were not conducted as per policy. (SOW; CCA 18-101)

-- Apparent program needs of the inmates are not always identified, stated in measurable terms, and reviewed at subsequent teams. (SOW; P5322.12; CCA 18-100)

HEALTH SERVICES

Repeat Deficiencies

-- Inmates arriving at the institution with positive PPD were not receiving follow-up and treatment as per policy. (CCA 13-47; P6190.03; BOP Clinical Guidelines)

-- In most cases, the physician is not involved in the management and follow-up of off-site care (hospital and emergency room visits). (SOW; CCA 13-76; P6031.01)

Deficiencies

-- ACE inhibitors were not always used when clinically indicated. (BOP Clinical Guidelines)

-- Immunizations were not always current for inmates in the Pulmonary clinic. (BOP Clinical Guidelines)

-- A review of the Federal Prisoner/Aliens in Transit forms revealed:

   a. Medication orders were not always written in lay terms.

   b. TB screening was not always documented appropriately.
   (CCA 13-86; BOP Clinical Guidelines)

-- Health appraisals were not conducted as per policy. (CCA 13-40; P6031.01)

-- Physical examinations and findings on health appraisals were not referred nor reviewed by a physician. (CCA 13-40; P6031.01)

3

CONFIDENTIAL                                                                                          CORECIVIC_0801880

- -- Patients housed in the observation room were released to general population without being seen by a physician. (CCA 13-63)

- -- Off-site care recommendations were not reviewed by an on-site physician. (P6031.01)

- -- Management and follow-up of oncology cases was not in accordance to policy. (CCA 13-6)

- -- Errors in inmate health records were not corrected as per policy. (CCA 13-58)

- -- Inmate privacy was not provided in R&D for medical intake screening. (CCA 13-50)

### REVIEWER ASSURANCE STATEMENT

As monitor-in-charge, I certify the contract monitoring was conducted in accordance with generally accepted government auditing standards. Findings of noncompliance or inadequate controls contained in the report are supported by evidence that is sufficient and reliable. The evidence is contained in the contract monitoring working papers filed in the Program Review Division.


Steve Luttrell, Monitor-in-Charge
Contract Facility Monitoring Section
Program Review Division

Members of the Monitoring Team:

Patricia Beltran, CFM Correctional Programs Examiner, PRD
Mark Simms, Examiner, Correctional Services Section, PRD
Brian McGorty, CFM Food Service Examiner, PRD
Daniel De Jesus, CFM Physician, PRD
Mohammed Adil, CFM Health Services Examiner, PRD
Herbert Ingram, CFM Safety Examiner, PRD
Andrew Temples, Examiner, Education Services Section, PRD
Ron Herman, Examiner, Human Resources Section, PRD
Mark Klopstein, Examiner, Financial Management Section, PRD

CONFIDENTIAL                                                      CORECIVIC_0801881