EXHIBIT 44
[Filed Under Seal]

| From: | Beach, Emilee |
|---|---|
| Sent: | Monday, March 4, 2013 5:28 PM |
| To: | Nalley, Michael; Laughlin, Vance; Wunderle, William |
| Subject: | Adams CFM Final Report |
| Attachments: | CFM Final Report 2013.pdf |

Please see attached CFM final Report for Adams. POAs are being prepared and will be forwarded shortly. Please feel free to contact me in the event that additional information is needed.

Thanks,

Emilee' Beach

Adams County Correctional Center
PO Box 850
Washington, MS 39190
(O) 601-304-2518
(F) 601-446-5224



CONFIDENTIAL                                                                                                    CORECIVIC_0188601

# U.S. Department of Justice

# Federal Bureau of Prisons

## PROGRAM REVIEW DIVISION

Washington, D.C. 20534

February 27, 2013

MEMORANDUM FOR VANCE LAUGHLIN, WARDEN
ADAMS COUNTY CORRECTIONAL CENTER
NATCHEZ, MISSISSIPPI

                           /s/
FROM:        Christina A. McKinney, Core Section Chief
              Program Review Division
              COTR - Contract # DJB1PC-010

SUBJECT:    Contract Facility Monitoring Final Report
              Adams County Correctional Center

This is the report of the Adams County Correctional Center Contract Facility Monitoring conducted January 8-10, 2013. There was one repeat deficiency identified as a result of this monitoring.

Please ensure all deficiencies identified in this report are resolved and controls are in place to prevent recurrence. Should you disagree with any deficiencies, please forward an electronic copy of your response to the BOP-PRD/Correspondence~ GroupWise mailbox within 15 calendar days after receipt of this report. Please include any additional supporting documentation with your response. Otherwise, we will consider this contract facility monitoring officially closed.

Please thank your staff for their efforts and cooperation in preparing for and completing this monitoring. The next monitoring is scheduled to be conducted in FY 2014.

cc:  BOP-ADM/Assistant Director
     BOP-CPD/Assistant Director

CONFIDENTIAL CORECIVIC_0188602

BOP-FPI/Assistant Director
BOP-HRM/Assistant Director
BOP-HSD/Assistant Director
BOP-IPP/Assistant Director
BOP-OGC/Assistant Director
BOP-ADM/Privatized Corr Contracting
BOP-CCD/Privatization
BOP-PRD/Contract Facility Monitoring
BOP-CCD/PFA Sector 2
CAC/Oversight Mgr
lane.blair@correctionscorp.com
ACC/Warden

CONFIDENTIAL
CORECIVIC_0188603

# CONTRACT FACILITY MONITORING REPORT

# ADAMS COUNTY CORRECTIONAL CENTER

# NATCHES, MISSISSIPPI

# CONTRACT #DJB1PC-010

Conducted:

January 8-10, 2013

Approved By:

Sara M. Revell
Assistant Director
Program Review Division
Washington, DC

February 27, 2013

CONFIDENTIAL                                                                                          CORECIVIC_0188604

## SCOPE OF REVIEW

The monitoring was a comprehensive examination of the Adams County Correctional Center's operations with attention given to vital functions identified in the Contract Performance Requirements Summary Table.

## BACKGROUND INFORMATION

The Adams County Correctional Center is a low security facility, located near Natchez, Mississippi. The facility currently houses approximately 2530 male sentenced criminal aliens.

Vance Laughlin is the warden, and Lawrence Greer is assistant warden.

## GENERAL COMMENTS

The use of a Self-Contained Breathing Apparatus (SCBA) is required anytime a worker enters an Immediately Dangerous to Life and Health (IDLH) atmosphere. The Emergency Plans for evacuation procedures state that staff will assist in the evacuation of staff and inmates in multiple situations to include a fire. Occupational Safety and Health Administration (OSHA) states that no employee can enter an IDLH atmosphere without the use of either a SCBA or supplied air respirator.

Allergy labels were inconsistently documented. In more than three occasions, it documented as "no known drug allergy" on inmates with a medication allergy.

It cannot be determined in the Psychiatry clinic if evaluations were done by a physician. Evaluations were written by Health Services staff and subsequently signed by the physician. However, evaluations must be completed and signed by the physician at all times.

CORRECTIONAL PROGRAMS

Deficiency

- -- Inmate program reviews did not identify apparent program needs of the inmates in stated measurable terms with follow-ups at subsequent program reviews. (P5322.12)

CORRECTIONAL SERVICES

Deficiencies

CONFIDENTIAL                                                      CORECIVIC_0188605

-- Chain of Custody forms are not maintained per policy. (CCA 9-4)

-- Key control is not consistent with contractor's policy (CCA 9-3)

EDUCATION

Deficiencies

-- ESL codes are inaccurately entered into SENTRY (P5350.24)

-- GED needs assignments were not provided within 60 days of arrival. (P5320.28)

HEALTH SERVICES

Repeat Deficiency

-- Follow-up of inmates with Methicillin Resistant Staphylococcus Aureus was not conducted as indicated in policy. (BOP Clinical Practice Guidelines)

Deficiencies

-- The prescribing physician does not have a current Controlled Substance Registration Certificate. (P6360.01)

-- Controlled substance orders are written for over 30 days. (P6360.01)

-- Observation rooms are not being utilized in accordance with policy. (P6031.03)

-- A review of the Diabetes clinic revealed:

  a) Elevated blood pressures were not addressed.

  b) Annual dilated eye exams were not completed.

  c) Immunizations were not current.
  (BOP Clinical Practice Guidelines, Management of Diabetes)

3

CONFIDENTIAL
CORECIVIC_0188606

- A review of HIV clinic revealed:

  a) Evaluations were not completed per policy.

  b) Treatment is not in accordance with policy.

  c) HIV counseling was not completed.
  (BOP Clinical Practice Guidelines, Management of HIV)

- Not all inmates received PPD within 48 hours of intake
  (BOP Clinical Practice Guidelines)

- A review of Hepatitis C clinic revealed:

  a) Antiviral drug treatment plans were not discussed

  b) Evaluations were incomplete.
  (BOP Clinical Practice Guidelines)

- A review of Lipids clinic revealed:

  a) Evaluations were not completed per policy.

  b) Education of inmate's condition was not documented.
  (BOP Clinical Practice Guideline)

- Medical management of syphilis cases is not in compliance with policy. (BOP Clinical Practice Guidelines)

- Medical Management of Oncology cases were not in compliance with policy.
  (CCA 13-6; BOP Clinical Practice Guidelines)

- A review of inmate health records revealed:

  a) Not all pages contained inmate's full name, register number, and institution name.

  b) Chronological record of patient care was not documented in SOAPE format.
  (P6090.03)

- Inmates requiring hospitalization did not receive medical management and follow-up as per policy and standard of care. (CCA 13-64; P6031.03)

SAFETY

4

Case 3:16-cv-02267   Document 399-19   Filed 01/22/21   Page 8 of 10 PageID #: 21249
CONFIDENTIAL                                                                          CORECIVIC_0188607

Deficiencies

- Not all machinery is properly guarded. (29 CFR 1910.22)

- Lockout/tagout devises are being used to prevent daily use of equipment. (CCA Lockout/Tagout program)

- Chemical storage does not meet the requirements of NFPA. (NFPA 30)

- Portable scaffolding has not received required inspections. (29 CFR 1910.68)

### REVIEWER ASSURANCE STATEMENT

As monitor-in-charge, I certify the contract monitoring was conducted in accordance with generally accepted government auditing standards. Findings of noncompliance or inadequate controls contained in the report are supported by evidence that is sufficient and reliable. The evidence is contained in the contract monitoring working papers filed in the Program Review Division.


Brian McGorty, Monitor-in-Charge
Contract Facility Monitoring Section
Program Review Division

Members of the Monitoring Team:

Patricia Beltran, CFM Correctional Programs Examiner, PRD
William Lee, CFM Correctional Services Examiner, PRD
Daniel De Jesus, CFM Physician, PRD
Mohammad Adil , CFM Health Services Examiner, PRD
Debora Ingram, CFM Health Services Examiner, PRD
Michael Bink, CFM Safety Examiner, PRD
Renee Hutchings, Food Service Administrator, MXRO
Brian Harris, Examiner, Information Systems and Security Sec., PRD
Herbert Ingram, Examiner, Safety Section, PRD
Ron Herman, Examiner, Human Resources Section, PRD
Andrew Temples, Examiner, Education Services Section, PRD
Howard Johnson, Examiner, Financial Management Section, PRD

CONFIDENTIAL    CORECIVIC_0188608


CONFIDENTIAL
CORECIVIC_0188609