# EXHIBIT 46
# [Filed Under Seal]

| | |
|---|---|
| **From:** | Odubeko, Ashley |
| **Sent:** | Thursday, September 4, 2014 6:44 PM |
| **To:** | Metcalf, Natasha |
| **Subject:** | Fwd: 2013 CFM |
| **Attachments:** | 2013 CFM.pdf; ATT00001.txt |

>

1

CONFIDENTIAL                                                                                                                                                              CORECIVIC_0713011

# U.S. Department of Justice

# Federal Bureau of Prisons

## PROGRAM REVIEW DIVISION

Washington, D.C. 20534

August 14, 2013

MEMORANDUM FOR KEITH HALL, WARDEN
                     EDEN DETENTION CENTER
                     EDEN, TEXAS

                     /s/
FROM:          Craig Coil, Core Section Chief
               Program Review Division

SUBJECT:     Contract Facility Monitoring Final Report
               Eden Detention Center

This is the report of the Eden Detention Center Facility Contract FacilityMonitoring conducted August 6-8, 2013.

Please ensure all deficienciesidentified in this report are resolved and controls are in place to prevent recurrence. Should you disagree with any deficiencies, please forward an electronic copy of your response to the BOP-PRD/Correspondence~ GroupWise mailbox within 15 calendar days after receipt of this report. Please include any additional supporting documentation with your response. Otherwise, we will consider this contract facility monitoring officially closed.

Please thank your staff for their efforts and cooperation in preparing for and completing this monitoring. The next monitoring is scheduled to be conducted on August 5-7, 2014.

cc:  BOP-ADM/Assistant Director
     BOP-CPD/Assistant Director
     BOP-FPI/Assistant Director
     BOP-HRM/Assistant Director

CONFIDENTIAL    CORECIVIC_0713012

BOP-HSD/Assistant Director
BOP-IPP/Assistant Director
BOP-OGC/Assistant Director
BOP-ADM/Privatized Corr Contracting
BOP-CCD/Privatization
BOP-PRD/Contract Facility Monitoring
BOP-CCD/PFA Sector 2
CED/Oversight Mgr
lane.blair@correctionscorp.com
EDN/Warden

CONFIDENTIAL                                                                                               CORECIVIC_0713013

# CONTRACT FACILITY MONITORING REPORT

## EDEN DETENTION CENTER

### EDEN, TEXAS

### CONTRACT #DJB1PC-005

Conducted:

August 6-8, 2013

Approved by:

/s/
Sara M. Revell
Assistant Director
Program Review Division
Washington, DC

August 14, 2013

CONFIDENTIAL                                                         CORECIVIC_0713014

## SCOPE OF REVIEW

The monitoring was a comprehensive examination of the Eden Detention Center'soperations with attention given to vital functions identified in the Contract Performance Requirements Summary Table.

## BACKGROUND INFORMATION

Eden Detention Center is a contractor owned and operated low security correctional facility for federal inmates. The majority of the population is sentenced criminal aliens. This facility currently houses approximately 1520 inmates.

Keith Hall is the warden. Phillip Valdez is the associate warden.

## FINDINGS

HEALTH SERVICES

Deficiencies

-- Not all narcotics were prepared as required by the Controlled Substance Act. (CCA 13-70)

-- Immunizations are not always in accordance with standards of care. (Clinical Practice Guidelines)

-- Documentation in Hepatitis C clinics did not always explain why inmates do not meet criteria for treatment. (Clinical Practice Guidelines)

-- Inmates arriving with positive (or converted to positive) PPD are not receiving proper follow-up and treatment by the physician. (CCA 13-47;CCA 13-6; P6190.03)

-- Medical management of an inmate's condition prior to his death was not in accordance with policy. (CCA 13-34)

## REVIEWER ASSURANCE STATEMENT

As monitor-in-charge, I certify the contract monitoring was conducted in accordance with generally accepted government auditing standards. Findings of noncompliance or inadequate controls contained in the report are supported by evidence that is sufficient and reliable. The evidence is contained in the contract monitoring working papers filed in the Program Review Division.

2

CONFIDENTIAL

CORECIVIC_0713015

William A. Lee, Monitor-in-Charge
Contract Facility Monitoring Section
Program Review Division

Members of the Monitoring Team:

Daniel De Jesus, CFM Physician, PRD
Mohammed Adil, CFM Health Services Examiner, PRD
Anthony Do, CFMInformation Systems and Security Examiner, PRD
Patricia Beltran, CFM Correctional Programs Examiner, PRD
John Bartlett, Captain, BIG
Milton Washington, Environmental and Safety Compliance Admin., TAL
Josef Belle, Examiner, Food Services Section, PRD
Howard Johnson, Examiner, Financial Management Section, PRD
Clarita Berg, Examiner, Human Resource Management Section, PRD
Vickie Vail, Examiner, Education Services Section, PRD

Case 3:16-cv-02267     Document 399-21     Filed 01/22/21     Page 7 of 8 PageID #: 21270
CONFIDENTIAL
CORECIVIC_0713016

>

CONFIDENTIAL CORECIVIC_0713017