EXHIBIT 48
[Filed Under Seal]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

HUGH CARITHERS, BRENDA CARITHERS,
JOEY CARITHERS AS WRONGFUL
DEATH BENEFICIARIES OF CATLIN
HUGH CARITHERS, DECEASED                                             PLAINTIFFS

v.                                        CIVIL ACTION NO. 5:13CV66 DCB-MTP

CCA OF TENNESSEE, LLC, CORRECTIONS
CORPORATION OF AMERICA, CCA PROPERTIES
OF AMERICA, LLC, AND JOHN DOES 1-10                                  DEFENDANTS

### AFFIDAVIT OF DEBORAH TEMPLE

Before me, the undersigned Notary, came and appeared:

DEBORAH TEMPLE

who, after being duly sworn, stated the following:



1. My name is Deborah Temple and I affirm under the penalty of perjury that the facts contained in this Affidavit are true and correct. I am a resident of the State of Mississippi. I have personal knowledge of the facts contained in this Affidavit. I was employed at the Adams County Correctional Center near Natchez, Mississippi (hereinafter the "Prison") prior to and was present at the Prison on May 20, 2012 at which time a riot occurred (hereinafter the "Riot").

2. Prior to the Riot, the Prison was short staffed and there were not enough Prison employees to adequately control the prisoners. My co-workers and I informed Prison officials on numerous occasions that there were not enough Prison employees to adequately control the prisoners and that insufficient staffing created a dangerous work environment for the Prison employees.

1

**Exhibit C**

3. My co-workers and I were told not to worry about it and to "suck it up." In fact, I was told to "put my big girl panties on and get back to work." Prison officials ignored the fact that the Prison was short staffed and that the prison employees were in danger of physical harm due to the short staffing. Prison officials knew the Prison was short staffed. When the Bureau of Prisons would perform their audits at the Prison, Prison officials would call in all possible Prison employees so it would appear as though the Prison was adequately staffed, even though it was not.

4. Prisoners who were also gang leaders at the Prison were given special privileges by the Prison officials. The gang leaders were allowed to access areas of the Prison where prisoners should not been allowed to enter. Also, the gang leaders were allowed to have cell phones that they used to talk to Prison officials.

5. On the day of the Riot I reported to work and was in a meeting with various Prison officials when Captain Fleming told me that Prison officials had been told by the prisoners that something big was going to happen that day at the Prison. I was also told that the prisoners had made a hit list that included on it the names of Prison guards. I asked if I was on the hit list and was then told "yes". I asked why the Prison was not placed on lock down. Captain Fleming told me the Warden had made the decision not go on lock down. The Prison was short staffed again this day. There were probably not more than 20 Prison employees at the facility.

6. Near lunch time on the day of the Riot I was at my car on break when I heard an alert on the Prison radio stating that the prisoners were blocking the gates. I returned to my post and was told by Assistant Chief London to get on the roof of one of

the buildings to help watch the prisoners. Although I was not trained to do this type of job, I complied.

7. I obtained the keys to the roof hatches and got on the roof of the building with my co-worker Smith. We observed about 1200 to 1500 prisoners gathered at the prison gates demanding to speak to the Warden. The prisoners at that time gave Prison officials a list of Prison employees who were on the hit list. My name was on the hit list as was the name of Catlin Carithers. Catlin joined us on the roof of the building.

8. We had been on the roof for about 1 hour when my co-worker Smith left Catlin and I alone on the roof. Catlin had been called in from his day off. He started laying out all the gas canisters and began explaining to me what each how to use them.

9. The next thing I saw was a Prison maintenance man on a tractor hauling a ladder, going to the back of the building across from Carithers and I. The Prison maintenance man on the tractor returned from the back of the building without the ladder. My co-workers Lofton and Stevens used the ladder left by the Prison maintenance man to get on the roof of the building across from Carithers and I. Next, I saw prisoners running across the yard with the same ladder that Lofton and Stevens had just used to get on the roof.

10. I then heard an alert on the Prison radio that the prisoners had taken the ladder used by Lofton and Stevens, and that Catlin and I were then instructed to deploy the gas. That is when all hell broke loose. Carithers and I threw the gas into the crowd of prisoners as instructed, hoping they would disburse. Instead, the prisoners began throwing the canisters of gas back onto the roof where we were located. They were also throwing at us garbage cans and rocks and anything else they could find. Catlin was a

short distance away from me and I saw him trying to dodge food trays that were also being thrown at us. I then saw a head come over the side of the roof of the building that we were on. Two prisoners then appeared and confronted us. They asked for my keys and my radio. I could see that other prisoners were coming up the ladder onto the roof. Before I could respond about my keys and radio a prisoner began beating me with a metal pan and a food tray. I blacked out and I remember next seeing Catlin lying motionless on the roof near me. I called out to him but he never verbally responded.

*Deborah Temple*
Deborah Temple

Sworn to and subscribed before me, Notary Public, this 17th day of July, 2014.

_____
Notary Public



Christopher J. Norris
NOTARY PUBLIC
STATE OF LOUISIANA
Louisiana Notary No. 136819
My Commission Expires at Death

4