# EXHIBIT 49
# [Filed Under Seal]

U.S. Department of Justice

Federal Bureau of Prisons

Washington, DC    20534

June 26, 2013

To All Interested Parties:

The Federal Bureau of Prisons (BOP) has two requirements for the management and  operation  of a contractor-owned/contractor-leased, contractor-operated correctional facility.  Each requirement is to house approximately 1,565 to 2,000 low security, adult male inmates that are primarily criminal aliens, ordinarily with 90 months or less remaining to serve on their sentences.

An offeror may submit for one or both requirements. Faith-based and Community-based organizations can submit offers equally with other organizations for contracts for which they are eligible.

One proposed facility must be located in one of the following states:  Ohio, Michigan, Pennsylvania, Delaware, New Jersey or New York.  The other proposed facility may be located anywhere in the continental United States.

Potential offerors must submit all potential places of performance to be proposed to the   Contracting Officer by Friday, July 19, 2013.   Please submit this information using Attachment J-13, Offerors Intent to Propose, located in section J of the solicitation.   This information is required in advance of submitting proposals so that the Contracting Officer can request Service Contract Act Wage Determinations for all places of performance.   The wage determinations will be incorporated into the solicitation via an amendment.

All questions pertaining to this solicitation must be submitted in writing by July 12, 2013.

All potential offerors are advised that this solicitation includes the clause 52.204-7, Central Contractor Registration (CCR)(DEC 2012).  This clause requires that all contractors doing business with the Federal Government after September 30, 2003 be registered in the CCR database.  Offerors should include their Data Universal Number System (DUNS) number in their offers on the Standard Form (SF) 33.   The Contracting Officer will verify registration in the CCR database prior to award by entering the potential awardees DUNS number into the CCR database.   Failure to complete the registration procedures outlined in this clause may result in elimination from consideration for award.

Proposals must be received by 12:00 P.M Eastern Time on August 13, 2013, unless

otherwise amended in writing by the Contracting Officer. If you have any questions, please feel free to contact Michael Bodine, Contracting Officer, via email at mbodine@bop.gov or Tim Barnes @ tbarnes@bop.gov.

Sincerely,

Tim Barnes
Contracting Officer

Enclosures

| SOLICITATION, OFFER AND AWARD | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 7900) | RATING | | | |

| 2. CONTRACT NUMBER | 3. SOLICITATION NUMBER | 4. TYPE OF SOLICITATION | 5. DATE ISSUED | 6. REQUISITION/PURCHASE NUMBER |
|---|---|---|---|---|
| | RFP-PCC-0022 | ☐ SEALED BID (IFB)  ☒ NEGOTIATED (RFP) | 06/26/2013 | #1 - CAR 15; #2 - CAR 15 |

| 7. ISSUED BY | CODE | 8. ADDRESS OFFER TO (If other than item 7) |
|---|---|---|
| Federal Bureau of Prisons, Privatized Corrections Contracting (PCC) 320 1st Street, NW, Room 5005, Washington DC 20534 | | Federal Bureau of Prisons, Privatized Corrections Contracting (PCC) 320 1st Street, NW, Room 5005 Washington DC 20534 |

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

**SOLICITATION**

9. Sealed offers in original and **L.2** copies for furnishings the supplies or services in the Schedule will be received at the place specified in item 8, or if

hand carried, in the depository located in **See Block 8** until **12PM** local time **08/13/2013**

_(Hour)_ _(Date)_

CAUTION - LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

| 10. FOR INFORMATION CALL: | A. NAME | B. TELEPHONE (NO COLLECT CALLS) | | | C. E-MAIL ADDRESS |
|---|---|---|---|---|---|
| | | AREA CODE | NUMBER | EXT. | |

**11. TABLE OF CONTENTS**

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| ✕ | A | SOLICITATION/CONTRACT FORM | 3 | ✕ | I | CONTRACT CLAUSES | 26-44 |
| ✕ | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 4-12 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| ✕ | C | DESCRIPTION/SPECS./WORK STATEMENT | 13 | ✕ | J | LIST OF ATTACHMENTS | 45-46 |
| ✕ | D | PACKAGING AND MARKING | 14 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| ✕ | E | INSPECTION AND ACCEPTANCE | 15-17 | ✕ | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | 47-56 |
| ✕ | F | DELIVERIES OR PERFORMANCE | 18-19 | | | | |
| ✕ | G | CONTRACT ADMINISTRATION DATA | 20-23 | ✕ | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | 57-72 |
| ✕ | H | SPECIAL CONTRACT REQUIREMENTS | 24-25 | ✕ | M | EVALUATION FACTORS FOR AWARD | 73-78 |

**OFFER (Must be fully completed by offeror)**

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within **365** calendar days (60 calendar days unless a different

period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

| 13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52.232-8) | 10 CALENDAR DAYS (%) | 20 CALENDAR DAYS (%) | 30 CALENDAR DAYS (%) | CALENDAR DAYS(%) |
|---|---|---|---|---|
| | | | | |

| 14. ACKNOWLEDGMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated): | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|---|
| | | | | |

| 15A. NAME AND ADDRESS OF OFFER- OR | CODE | FACILITY | 16. NAME AND THE TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print) |
|---|---|---|---|

| 15B. TELEPHONE NUMBER | | | 15C. CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE. | 17. SIGNATURE | 18. OFFER DATE |
|---|---|---|---|---|---|
| AREA CODE | NUMBER | EXT. | ☐ | | |

**AWARD (To be completed by Government)**

| 19. ACCEPTED AS TO ITEMS | 20. AMOUNT | 21. ACCOUNTING AND APPROPRIATION |
|---|---|---|

| 22. AUTHORITY FOR USING OTHER THAN FULL OPEN COMPETITION: ☐ 10 U.S.C. 2304 (c) ☐ 41 U.S.C. 253 (c) | 23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) | ITEM |
|---|---|---|

| 24. ADMINISTERED BY (If other than Item 7) | 25. PAYMENT WILL BE MADE BY | CODE |
|---|---|---|

| 26. NAME OF CONTRACTING OFFICER (Type or print) | 27. UNITED STATES OF AMERICA (Signature of Contracting Officer) | 28. AWARD DATE |
|---|---|---|

IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is unusable

**STANDARD FORM 33** (REV,. 9-97)
Prescribed by GSA - Far (48 CFR) 53.214 (c)

Case 3:16-cv-02267    Document 399-24    Filed 01/22/21    Page 4 of 79 PageID #: 21306

## PART I - THE SCHEDULE

## SECTION B - SUPPLIES OR SERVICES AND PRICES/COSTS

### SERVICES AND PRICES/COSTS

The contract resulting from this solicitation will be an Indefinite-Delivery Indefinite-Quantity Firm Fixed-Priced type contract for services.

The period of performance for any contract which the Government may award under the terms and conditions of this RFP will be for a four-year base period, with three **two**-year option periods.

### PRICING INSTRUCTIONS

Offerors must submit proposals for the total four-year base period and three **two**-year option periods.

In the event funds are not available after the first, second, third or fourth year of the base period or after the first year of any of the two-year option periods, the Government reserves the right to cancel the contract in accordance with FAR 52.217-2, Cancellation Under Multiyear Contracts.

In the event the contract is cancelled after the first year of the base period because funds are not available, the contractor will be compensated in accordance with FAR 52.217-2, Cancellation Under Multiyear Contracts, up to the cancellation ceilings set forth below. Ceilings exclude amounts for requirements included in prior years:

Base Year 2 - 30% of the non-recurring allowable costs for the remaining Base Period

Base Year 3 - 15% of the non-recurring allowable costs for the remaining Base Period

Base Year 4 - 7.5% of the non-recurring allowable costs for the remaining Base Period

Case 3:16-cv-02267    Document 399-24    Filed 01/22/21    Page 5 of 79 PageID #: 21307

In the event the contract is cancelled during an option period because funds are not available, the contractor will be compensated for the second year of the option period in accordance with FAR 52.217-2, Cancellation Under Multiyear Contracts, up to the following cancellation ceiling: 7.5% of the second year of that option period price.

## PRICING SCHEDULES

For purposes of price evaluation and according to the above instructions, offerors must submit their proposed prices on the attached Pricing Schedule.

The contractor will be required to house a daily population up to 15% over the 100% accepted contract beds.

For example:

If the Accepted Contract Beds (100%) = 1,000 beds

Additional 15% over the number of Accepted Contract beds = 1,150 beds

The contract requirement found in Section C regarding a minimum 100 segregation beds shall not be included in the 115% and shall be additional beds used only for Special Housing Unit.

➢ **Four-Year Base Period** - For the Base Period, offerors must submit:

   (1) a Monthly Ramp Up Price (MRP);

   (2) Ramp Up Per Diem Price (price per inmate per day) for the ramp up period

   (3) a Monthly Operating Price (MOP);

   (4) a Fixed Incremental Unit Price (FIUP);

   (5) a Per Diem Price at 90%, 100%, and 115% capacity; and

<pre>
            (6)  an Annual Operating Price (AOP)for each year
                 of the base period, combining the MOP and the
                 FIUP (calculations should be based on a daily
                 population of 115% of contract beds).

    ➢    Two-Year Option Periods - Offerors must submit:

            (1)  MOP;

            (2)  FIUP;

            (3)  a Per Diem Price at 90%, 100%, and 115%
                 capacity; and

            (4)  AOP for each year of the option period,
                 combining the MOP and the FIUP (calculations
                 should be based on a daily population of 115%
                 of contract beds).

    ➢    Ramp Down Pricing - Offerors must submit:

            (1)  a Monthly Ramp Down Price (MRDP)

            (2)  Ramp Down Per Diem Price (price per inmate
                 per day) for the ramp down period
</pre>

Unless the contract is cancelled because funds are not available, in accordance with FAR 52.217-2, Cancellation Under Multiyear Contracts, the Government is required to order and the contractor required to furnish at least a guaranteed minimum quantity of 90% of the accepted number of contract beds.  In addition, if ordered, the contractor must furnish any additional quantities, not to exceed an estimated maximum of 115% of the accepted number of contract beds.  The guaranteed minimum quantity of 90% of the accepted number of contract beds is not applicable during either the ramp up period or the ramp down period.

**Monthly Ramp Up Price (MRP)** - The MRP applies when the average number of inmates housed in a monthly payment period does not exceed 50% of 100% contract beds.  Once the population reaches 50% plus 1 inmate during a monthly payment period, the MRP shall be considered expired for the remainder of the contract. The MOP becomes effective after the expiration of the MRP.  During the ramp up period, the Government is required to order and the contractor required to furnish at least a guaranteed minimum quantity of 50% of the accepted number of contract beds.

**Monthly Operating Price (MOP)** - The MOP will apply after the Ramp Up Period when the average number of inmates housed in a monthly

payment period exceeds 50% of 100% accepted contract beds.

**Fixed Incremental Unit Price (FIUP)** - The FIUP is the unit price per inmate day that will apply when the average number of inmates housed in a monthly payment period exceeds 90% of 100% contract beds.

**Monthly Ramp Down Price (MRDP)**- Monthly ramp down refers to a period of time when inmates are transferred from the facility due to the expiration of the contract.  This period may become effective approximately three (3) months prior to the expiration of the contract.  The MRDP applies when the average number of inmates housed in a monthly payment period reaches 50% of the 100% accepted contract beds. When ramp down becomes effective, the Government is required to order and the contractor required to furnish at least a guaranteed minimum quantity of 50% of the accepted number of contract beds.

**Payment** - Monthly payments will begin after Notice to Proceed is issued and inmates begin entering the institution.  Notice to Proceed will take effect on the first day of a calendar month.

## PRICING SCHEDULE:
## RFP-PCC-0022

**Offeror:** _____          **Location:** _____

### Number of contract beds:

50%  Contract Beds:  _____

90%  Contract Beds:  _____

100% Contract Beds:  _____

115% Contract Beds:  _____

| **BASE YEAR #1 Ramp-Up Period (estimated 3 months)** |
| --- |
| Monthly Ramp Up Price (inmates up to 50% - Guaranteed Minimum) |
| $_____  **Per month** |
| Total Ramp Up Price (for est. 3 months/91 days) |
| $_____ |
| Per Diem (price per inmate/day) |
| $_____ |

| **BASE YEAR #1 Post Ramp-Up Period (estimated 9 months)** | | |
| --- | --- | --- |
| Monthly Operating Price (MOP) (up to 90%)(Guaranteed Minimum) | | |
| $_____  **Per month** | | |
| Fixed Incremental Unit Price (FIUP) per inmate/day (90% + 1): | | |
| $_____  **Per inmate/day** | | |
| Per diem at 90% capacity: | Per diem 100% capacity: | Per diem at 115% capacity: |
| Total Annual Operating Price (AOP) for Base Year including Ramp Up Period with FIUP to 115%*: | | |
| $_____  (Estimated Maximum) | | |

Case 3:16-cv-02267    Document 399-24    Filed 01/22/21    Page 9 of 79 PageID #: 21311

| BASE YEAR #2 (12 MONTHS) | | |
|---|---|---|
| Monthly Operating Price (MOP) (up to 90%)(Guaranteed Minimum) <br><br> $_____ **Per month** | | |
| Fixed Incremental Unit Price (FIUP) per inmate/day (90% + 1): <br><br> $_____ **Per inmate/day** | | |
| Per diem at 90% | Per diem at 100% | Per diem at 115% |
| Total Annual Operating Price (AOP) with FIUP to 115%*: <br><br> $_____ (Estimated Maximum) | | |

| BASE YEAR #3 (12 MONTHS) | | |
|---|---|---|
| Monthly Operating Price (MOP) (up to 90%)(Guaranteed Minimum) <br><br> $_____ **Per month** | | |
| Fixed Incremental Unit Price (FIUP) per inmate/day (90% + 1): <br><br> $_____ **Per inmate/day** | | |
| Per diem at 90% capacity: | Per diem at 100% capacity: | Per diem at 115% capacity: |
| Total Annual Operating Price (AOP) with FIUP to 115%*: <br><br> $_____ (Estimated Maximum) | | |

| BASE YEAR #4  (12 MONTHS) | | |
|---|---|---|
| Monthly Operating Price (MOP) (up to 90%) (Guaranteed Minimum) <br><br> $_____ **Per month** | | |
| Fixed Incremental Unit Price (FIUP) per inmate/day (90% + 1): <br><br> $_____ **Per inmate/day** | | |
| Per diem at 90% capacity: | Per diem at 100% capacity: | Per diem at 115% capacity: |
| Total Annual Operating Price (AOP) with FIUP to 115%*: <br><br> $_____ (Estimated Maximum) | | |

| OPTION PERIOD #1 - YEAR ONE  (12 MONTHS) | | |
|---|---|---|
| Monthly Operating Price (MOP) (up to 90%) (Guaranteed Minimum) <br><br> $_____ **Per month** | | |
| Fixed Incremental Unit Price (FIUP) per inmate/day (90% + 1): | | |

| $_____ **Per inmate/day** | | |
|---|---|---|
| Price at 90% capacity: | Price at 100% capacity: | Price at 115% capacity: |
| Total Annual Operating Price (AOP) with FIUP to 115%*: | | |
| $_____  (Estimated Maximum) | | |

| **OPTION PERIOD #1 – YEAR TWO   (12 MONTHS)** | | |
|---|---|---|
| Monthly Operating Price (MOP) (up to 90%) (Guaranteed Minimum) | | |
| $_____  **Per month** | | |
| Fixed Incremental Unit Price (FIUP) per inmate/day (90% + 1): | | |
| $_____  **Per inmate/day** | | |
| Per diem at 90% capacity: | Per diem at 100% capacity: | Per diem at 115% capacity: |
| Total Annual Operating Price (AOP) with FIUP to 115%*: | | |
| $_____  (Estimated Maximum) | | |

| **OPTION PERIOD #2 – YEAR ONE   (12 MONTHS)** | | |
|---|---|---|
| Monthly Operating Price (MOP) (up to 90%) (Guaranteed Minimum) | | |
| $_____  **Per month** | | |
| Fixed Incremental Unit Price (FIUP) per inmate/day (90% + 1): | | |
| $_____  **Per inmate/day** | | |
| Per diem at 90% capacity: | Per diem at 100% capacity: | Per diem at 115% capacity: |
| Total Annual Operating Price (AOP) with FIUP to 115%*: | | |
| $_____  (Estimated Maximum) | | |

| **OPTION PERIOD #2 – YEAR TWO (12 MONTHS)** | | |
|---|---|---|
| Monthly Operating Price (MOP) (up to 90%) (Guaranteed Minimum) | | |
| $_____  **Per month** | | |
| Fixed Incremental Unit Price (FIUP) per inmate/day (90% + 1): | | |
| $_____  **Per inmate/day** | | |
| Per diem at 90% capacity: | Per diem at 100% capacity: | Per diem at 115% capacity: |
| Total Annual Operating Price (AOP) with FIUP to 115%*: | | |

$_____ (Estimated Maximum)

| OPTION PERIOD #3 - YEAR ONE (12 MONTHS) |
| --- |
| Monthly Operating Price (MOP) (up to 90%) (Guaranteed Minimum) |
| $_____ **Per month** |
| Fixed Incremental Unit Price (FIUP) per inmate/day (90% + 1): |
| $_____ **Per inmate/day** |

| Per diem at 90% capacity: | Per diem at 100% capacity: | Per diem at 115% capacity: |
| --- | --- | --- |

| Total Annual Operating Price (AOP) with FIUP to 115%*: |
| --- |
| $_____ (Estimated Maximum) |

| OPTION PERIOD #3 - YEAR TWO (12 MONTHS) |
| --- |
| Monthly Operating Price (MOP) (up to 90%) (Guaranteed Minimum) |
| $_____ **Per month** |
| Fixed Incremental Unit Price (FIUP) per inmate/day (90% + 1): |
| $_____ **Per inmate/day** |

| Per diem at 90% capacity: | Per diem at 100% capacity: | Per diem at 115% capacity: |
| --- | --- | --- |

| Total Annual Operating Price (AOP) with FIUP to 115%*: |
| --- |
| $_____ (Estimated Maximum) |

| RAMP-DOWN PRICING |
| --- |
| Monthly Ramp Down Price (MRDP)(inmates 50% and below)(Guaranteed Minimum 50%) |
| $_____ **Per month** |
| Per diem (price per inmate/day at 50% & below): (one month = 30.4 days) |

### *Explanation for Calculation of FIUP total:

**Formula:**
FIUP Total = (Fixed Incremental Unit Price per inmate) X (# of inmates above 90% to 115% contract beds) X (365)

(1) First, figure the number of inmates for the FIUP. FIUP will apply to 250 inmates in the following example.

**Example:**   900 beds   = 90%
          1,000 beds = 100%
          1,150 beds = 115%

Number of FIUP inmates = 115% number - 90% number      Or

```
                         = 1150 - 900   = 250 inmates
```

(2) Then calculate the FIUP total.

Example:  If the FIUP per inmate day = $10.00, then
          FIUP TOTAL = ($10.00) x (250 inmates) x (365 days) =
$912,500.


If discrepancies exist between the unit prices, including the FIUP, and
the total prices, the unit prices will govern.


### *Explanation for Calculation of AOP:*

**Formula:**   AOP = (MOP) x (12 months) + (FIUP Total)

**Example:**   If MOP = $1,000,000.00   And FIUP Total = $912,500

          AOP = ($1,000,000.00) x (12 months) + ($912,500.00) **= $12,912,500.00**


                        [End of Section]

**RFP-PCC-0022**
**SECTION C – PERFORMANCE WORK STATEMENT**

See Separate Attachment.

Case 3:16-cv-02267    Document 399-24    Filed 01/22/21    Page 14 of 79 PageID #: 21316

## SECTION D - PACKAGING AND MARKING

This section is intentionally left blank.

[End of Section]

# SECTION E - INSPECTION AND ACCEPTANCE

**E.1** **52.246-4 INSPECTION OF SERVICES--FIXED-PRICE (AUG 1996)**

(a)     Definitions.  "Services," as used in this clause, includes services performed, workmanship, and material furnished or utilized in the performance of services.

(b)     The Contractor shall provide and maintain an inspection system acceptable to the Government covering the services under this contract. Complete records of all inspection work performed by the Contractor shall be maintained and made available to the Government during contract performance and for as long afterwards as the contract requires.

(c)     The Government has the right to inspect and test all services called for by the contract, to the extent practicable at all times and places during the term of the contract.  The Government shall perform inspections and tests in a manner that will not unduly delay the work.

(d)     If the Government performs inspections or tests on the premises of the Contractor or a subcontractor, the Contractor shall furnish, and shall require subcontractors to furnish, at no increase in contract price, all reasonable facilities and assistance for the safe and convenient performance of these duties.

(e)     If any of the services do not conform with contract requirements, the Government may require the Contractor to perform the services again in conformity with contract requirements, at no increase in contract amount. When the defects in services cannot be corrected by re-performance, the Government may:

(1)     require the Contractor to take necessary action to ensure that future performance conforms to contract requirements and

(2)     reduce the contract price to reflect the reduced value of the services performed.

(f)     If the Contractor fails to promptly perform the services again or to take the necessary action to ensure future performance in conformity with contract requirements, the Government may:

(1)     by contract or otherwise, perform the services and charge to the

Case 3:16-cv-02267     Document 399-24     Filed 01/22/21     Page 16 of 79 PageID #: 21318

Contractor any cost incurred by the Government that is directly related to the performance of such service or

(2)     terminate the contract for default.

(End of clause)

## E.2     QUALITY CONTROL AND QUALITY ASSURANCE

Evaluation techniques for quality assurance of contractor performance and contractor quality control are addressed in Section J.

The Government's Quality Assurance Plan (QAP) is based on the premise the contractor, and not the Government, is responsible for management and quality control actions to meet the terms of the contract. The QAP procedures recognize the contractor is not a perfect manager, and unforeseen and uncontrollable problems may occur. Effective management and use of an efficient Quality Control Program will allow the contractor to operate within acceptable performance levels.

In accordance with Federal Acquisition Regulation 52.246-4, Inspection of Services--Fixed-Price, each phase of the services rendered under this contract is subject to the Government's inspection both during the contractor's operations and after completion of the tasks. When the contractor is advised of any unsatisfactory condition(s), the contractor shall submit a written report to the Contracting Officer (CO) addressing corrective/preventive actions taken. The Government's QAP is not a substitute for quality control by the contractor.

The Government may check the contractor's performance and document any noncompliance. However, only the CO may take formal action against the contractor for unsatisfactory performance.

In accordance with the Inspection of Services--Fixed-Price clause, the Government may reduce the contractor's invoice or otherwise withhold payment for any individual item of nonconformance observed. The Government may apply various inspection and extrapolation techniques (i.e., 100% surveillance, random sampling, planned sampling, unscheduled inspections, etc.) to determine the quality of services and the total payment due.

## E.3     CONTRACTOR'S FAILURE TO PERFORM REQUIRED SERVICES

The rights of the Government and remedies described in this section are in addition to all other rights and remedies set forth in this solicitation. Specifically, the Government reserves its rights under the Inspection of Services and Termination clauses. Any reduction in the contractor's invoice shall reflect the

contract's reduced value resulting from the contractor's failure to perform required services. The contractor shall not be relieved of full performance of the services hereunder and may be terminated for default based upon inadequate performance of services, even if a reduction was previously taken for any inadequate performance.

## E.4    INSPECTION BY REGULATORY AGENCIES

Work described within the contract is subject to inspection by other regulatory agencies.  The contractor shall respond to all requests for information and inspection or review findings by regulatory agencies.  The results of all such inspections shall be provided to the CO.

## E.5    PERFORMANCE EVALUATION MEETINGS

The contractor's representatives shall meet with the CO, Contracting Officer's Representative (COR) on a regular basis as determined necessary by the CO. These meetings will provide a management level review and assessment of contractor performance, a discussion and resolution of problems and, if applicable, a draft of the contractor's proposed invoice.  A mutual effort will be made to resolve all problems identified.  The contractor is responsible for the preparation of the meeting minutes.  The written meeting minutes shall be signed by the contractor's representative and the Government's representative within a reasonable time frame as determined by the CO/COR.  Within five calendar days of receipt of the signed minutes, the contractor shall respond in writing to the CO concerning any areas of disagreement.

[End of Section]

# RFP-PCC-0022

## SECTION F - DELIVERIES OR PERFORMANCE

**F.1   52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text.  Upon request, the Contracting Officer will make their full text available.  Also, the full text of a clause may be accessed electronically at this/these address(es): www.acquisition.gov.

    I.     FEDERAL ACQUISITION REGULATION (48 CFR CHAPTER 1) CLAUSES

| NUMBER | DATE | TITLE |
|---|---|---|
| 52.242-15 | AUG 1989 | STOP-WORK ORDER |

[End of clause]

**F.2   PERFORMANCE**

For the purpose of this solicitation, the term "contract award" is defined as the date the award document is signed by the Contracting Officer (CO).

Within 150 days of contract award, the contractor must be determined by the Federal Bureau of Prisons (BOP) to be in compliance with contract requirements and capable of assuming full responsibility for performance. This may occur earlier at the request of the contractor, but only if the BOP determined the contractor is capable of accepting inmates.

The contractor's ability to perform in accordance with the terms of the contract will be assessed by the BOP prior to issuance of the Notice to Proceed (NTP). The BOP will perform numerous assessments to ensure contract compliance prior to issuance of the NTP.

In order to receive the NTP, the determination of contractor compliance with contract requirements applicable to issuance of the NTP is at the discretion of the CO.  The BOP reserves its right under the contract should the contractor fail to comply with the requirements necessary for issuance of the NTP. Contract performance shall begin upon written issuance of the NTP signed by the CO.

Acceptance of inmates by the contractor shall occur immediately after the

Case 3:16-cv-02267   Document 399-24   Filed 01/22/21   Page 19 of 79 PageID #: 21321

issuance of the NTP.

The anticipated periods of performance include:

| | |
|---|---|
| Base Year 1: | NTP through 12 months |
| Base Year 2: | 13 months through 24 months |
| Base Year 3: | 25 months through 36 months |
| Base Year 4: | 37 months through 48 months |
| Option Period 1: (1st yr. & 2nd yr.) | 49 months through 72 months |
| Option Period 2: (1st yr. & 2nd yr.) | 73 months through 96 months |
| Option Period 3: (1st yr. & 2nd yr.) | 97 months through 120 months |

The performance period of the contract shall be effective from the NTP through 48 months, with the Government's unilateral right to exercise the three individual two-year option periods in accordance with the terms of this contract.

**SECTION G – CONTRACT ADMINISTRATION DATA**

**G.1  CONTRACTING OFFICER'S REPRESENTATIVE (COR)**

(a)  An individual that shall be named after contract award is hereby designated to act as Contracting Officer's Representative (COR) under this contract.

(b)  The COR is responsible, as applicable, for: receiving all deliverables, inspecting and accepting the supplies or services provided hereunder in accordance with the terms and conditions of this contract; providing direction to the contractor which clarifies the contract effort, fills in details or otherwise serves to accomplish the contractual Scope of Work; evaluating performance; and certifying all invoices/vouchers for acceptance of the supplies or services furnished for payment.

(c)  The COR does not have the authority to alter the contractor's obligations under the contract, and/or modify any of the expressed terms, conditions, specifications, or cost of the agreement.  If as a result of technical discussions it is desirable to alter/change contractual obligations or the Scope of Work, the Contracting Officer shall issue such changes.

**G.2  TECHNICAL DIRECTION**

(a)  The COR may at times provide technical direction on contract performance.  Technical Direction includes:

(1) Direction to the Contractor which will assist them in accomplishing the requirements of the contract.

(2) Comments on and approval of services.

(b)  Technical Direction does not include:

(1) Additional work outside the scope of the contract.

(2) A change as defined by the "Changes" clause.

(3) Any action that would cause and increase or a decrease in contract pricing.

(4) Any action that would alter the period of performance.

(5) Changes any of the other expressed terms or conditions of the contract.

(c) Technical direction will be issued in writing or confirmed in writing within five (5) days after oral issuance. The contracting officer will be copied on any technical direction issued by the contracting officer representative.

(e) If, in the contractor's opinion, any instruction or direction by the contracting officer representative(s) falls within any of the categories defined in paragraph (b) of the clause, the contractor shall not proceed but shall notify the contracting officer in writing within three (3) days after receiving it and shall request that the contracting officer take appropriate action as described in this paragraph. Upon receiving this notification, the contracting officer shall:

(1) Advise the contractor in writing as soon as practicable, but no later than 15 days after receipt of the contractor's notification, that the technical direction is within the scope of the contract effort and does not constitute a change under the "Changes" clause of the contract.

(2) Advise the contractor within a reasonable time that the government will issue a written modification to the contract; or

(3) Advise the contractor that the technical direction is outside the scope of the contract and is thereby rescinded.

(f) A failure of the contractor and contracting officer to agree as to whether the technical direction is within the scope of the contract, or a failure to agree upon the contract action to be taken with respect thereto, shall be subject to the provisions of the clause entitled "Disputes" in this contract.

(g) Any action(s) taken by the contractor, in response to

any direction given by any person acting on behalf of the government or any government official other than the contracting officer or the contracting officer representative, shall be at the contractor's risk.

(End of clause)

## G.3   PAYMENT SCHEDULE

In consideration for the contractor's satisfactory performance of services called for under this contract, the Government shall make payment to the contractor at the rates identified in the schedule.  For billing purposes, inmate days will be calculated based upon a daily official (SENTRY) inmate count to be specified by the Federal Bureau of Prisons subsequent to award.

Monthly payment shall be based upon the contractor's fixed price divided by the number of months within each performance period.  For the base period and each option period, the fixed incremental unit price will only apply when the number of inmates within the monthly payment period exceeds an average daily population.  Except for inmates receiving outside medical care, inmates not physically located within the facility shall not be included in the average daily population.

The contractor assumes full responsibility and risk to perform required services identified within the Statement of Work regardless of unforeseen events, including Acts of God. Should an Act of God occur which results in the contractor being unable to meet contract requirements, the Government reserves its rights under the contract to reduce the contract value.

Should it become necessary during performance to reduce the inmate population within any monthly payment period below an average daily population due to deficient contract performance, the Government shall reduce the base price and payment by a percentage corresponding to the reduced population.

## G.4   BILLING PROCEDURE

The Government will make payments to the contractor on a monthly basis, promptly after receipt of a proper invoice.

The contractor shall provide a remittance address below:

_____

_____

**G.5  ORDERING**

In accordance with Federal Acquisition Regulation (FAR) 16.505, Ordering, and the clause at FAR 52.216-18, Ordering, any supplies or services to be furnished under this contract shall be ordered by issuance of task orders by a warranted Contracting Officer (CO) in the Privatized Corrections Contracting Office.

**G.6  INSPECTION AND RECEIVING REPORT**

The contractor shall prepare an original invoice plus two copies.  Invoices shall be furnished to:

Original -      Federal Bureau of Prisons
                Privatization Management Branch
                Attn:  Administrator Privatization -
                Contract Invoice Enclosed
                320 First St., NW
                Room 4002
                Washington, DC  20534

Copies -        Two additional copies of the invoice, clearly
                marked as "COPY," shall each be submitted to
                the site CO and Senior Secure Institution
                Manager (SSIM) to increase efficiency in the
                certification process.

The CO and SSIM will verify services were satisfactorily performed and invoices are proper and correct.

Invoices shall be certified for receipt of services by the Assistant Administrator, Privatization Management Branch, before being forwarded to the Finance Office for certification and payment.

[End of Section]

## SECTION H - SPECIAL CONTRACT REQUIREMENTS

**H.1  CHANGE IN ESSENTIAL PERSONNEL**

Following contract award, any change in essential personnel during contract performance is subject to the review and approval of the Contracting Officer's Representative.  Such requests for review and approval shall be in writing. Failure of the contractor to fill any essential position may result in an invoice reduction from the day of the vacancy.

The following positions are considered essential personnel:

    Project Coordinator
    Warden(s)
    Associate Warden(s)
    Administrator, Religious Services
    Case Management Coordinator
    Chief, Correctional Services
    Computer Services Manager
    Correctional Shift Supervisors
    Facilities Manager/Administrator
    Food Service Administrator
    Human Resource Manager
    Inmate Systems/Records Office Manager
    Intelligence Officer
    Medical Services Administrator
    Quality Control Specialist
    Safety/Environmental Specialist

**H.2  POST-AWARD PERFORMANCE CONFERENCE**

A post-award performance conference between the Federal Bureau of Prisons (BOP) and the contractor will be held prior to issuance of the Notice to Proceed.

The purpose of the post-award performance conference is to discuss and develop a mutual understanding concerning scheduling and administering the work, introduce BOP and contractor staff and resolve as many potential problems as possible before performance.

Contractor participation in the post-award performance conference is required.  The Project Coordinator, and other contractor personnel as identified by the Contracting Officer, will be required to attend the post-award performance conference.

[End of Section]

# RFP-PCC-0022
# PART II - CONTRACT CLAUSES SECTION I - CONTRACT CLAUSES

**I.1**   **52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)** This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available.

   I.   FEDERAL ACQUISITION REGULATION (48 CFR CHAPTER 1) CLAUSES

| NUMBER | DATE | TITLE |
|---|---|---|
| 52.202-1 | JAN 2012 | DEFINITIONS |
| 52.203-3 | APR 1984 | GRATUITIES |
| 52.203-5 | APR 1984 | COVENANT AGAINST CONTINGENT FEES |
| 52.203-6 | SEP 2006 | RESTRICTIONS ON SUBCONTRACTOR SALES TO THE GOVERNMENT |
| 52.203-7 | OCT 2010 | ANTI-KICKBACK PROCEDURES |
| 52.203-8 | JAN 1997 | CANCELLATION, RESCISSION, AND RECOVERY OF FUNDS FOR ILLEGAL OR IMPROPER ACTIVITY |
| 52.203-10 | JAN 1997 | PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY |
| 52.203-12 | OCT 2010 | LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS |
| 52.203-13 | APR 2010 | CONTRACTOR CODE OF BUSINESS ETHICS AND CONDUCT |
| 52.204-4 | MAY 2011 | PRINTED OR COPIED DOUBLE-SIDED ON RECYCLED PAPER |
| 52.204-9 | JAN 2011 | PERSONAL IDENTITY VERIFICATION OF CONTRACTOR PERSONNEL |
| 52.204-10 | AUG 2012 | REPORTING EXECUTIVE COMPENSATION AND FIRST-TIER SUBCONTRACT AWARDS |
| 52.204-13 | DEC 2012 | CENTRAL CONTRACTOR REGISTRATION MAINTENANCE |
| 52.209-6 | DEC 2010 | PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT |
| 52.209-9 | FEB 2012 | UPDATES OF PUBLICLY AVAILABLE INFORMATION REGARDING RESPONSIBILITY MATTERS |
| 52.210-1 | APR 2011 | MARKET RESEARCH |
| 52.215-2 | OCT 2010 | AUDIT AND RECORDS-NEGOTIATION |

| | | |
|---|---|---|
| 52.215-8 | OCT 1997 | ORDER OF PRECEDENCE—UNIFORM CONTRACT FORMAT |
| 52.215-11 | AUG 2011 | PRICE REDUCTION FOR DEFECTIVE CERTIFIED COST OR PRICING DATA – MODIFICATIONS |
| 52.215-13 | OCT 2010 | SUBCONTRACTOR CERTIFIED COST OR PRICING DATA – MODIFICATIONS |
| 52.215-15 | OCT 2010 | PENSION ADJUSTMENTS AND ASSET REVERSIONS |
| 52.215-18 | JUL 2005 | REVERSION OR ADJUSTMENT OF PLANS FOR POSTRETIREMENT BENEFITS (PRB) OTHER THAN PENSIONS |
| 52.215-21 | OCT 2010 | REQUIREMENTS FOR COST OR PRICING DATA OR INFORMATION OTHER THAN COST OR PRICING DATA–MODIFICATIONS |
| 52.217-2 | OCT 1997 | CANCELLATION UNDER MULTIYEAR CONTRACTS |
| 52.219-8 | JAN 2011 | UTILIZATION OF SMALL BUSINESS CONCERNS |
| 52.219-9 | JAN 2011 | SMALL BUSINESS SUBCONTRACTING PLAN Alternate II (OCT 2001) |
| 52.219-16 | JAN 1999 | LIQUIDATED DAMAGES–SUBCONTRACTING PLAN |
| 52.219-25 | DEC 2010 | SMALL DISADVANTAGED BUSINESS PARTICIPATION PROGRAM–DISADVANTAGED STATUS AND REPORTING |
| 52.219-26 | OCT 2000 | SMALL DISADVANTAGE BUSINESS PARTICIPATION PROGRAM-INCENTIVE CONTRACTING |
| 52.219-28 | APR 2012 | POST-AWARD SMALL BUSINESS PROGRAM REPRESENTATION |
| 52.222-1 | FEB 1997 | NOTICE TO THE GOVERNMENT OF LABOR DISPUTES |
| 52.222-3 | JUN 2003 | CONVICT LABOR |
| 52.222-4 | JUL 2005 | CONTRACT WORK HOURS AND SAFETY STANDARDS ACT–OVERTIME COMPENSATION |
| 52.222-21 | FEB 1999 | PROHIBITION OF SEGREGATED FACILITIES |

| 52.222-26 | MAR 2007 | EQUAL OPPORTUNITY |
| 52.222-35 | SEP 2010 | EQUAL OPPORTUNITY FOR SPECIAL DISABLED VETERANS, VETERANS OF THE VIETNAM ERA, AND OTHER ELIGIBLE VETERANS |
| 52.222-36 | OCT 2010 | AFFIRMATIVE ACTION FOR WORKERS W WITH DISABILITIES |
| 52.222-37 | SEP 2010 | EMPLOYMENT REPORTS ON SPECIAL DISABLED VETERANS, VETERANS OF THE VIETNAM ERA, AND OTHER ELIGIBLE VETERANS |
| 52.222-40 | DEC 2010 | NOTIFICATION OF EMPLOYEE RIGHTS UNDER THE NATIONAL LABOR RELATIONS ACT |
| 52.222-41 | NOV 2007 | SERVICE CONTRACT ACT OF 1965 |
| 52.222-43 | SEP 2009 | FAIR LABOR STANDARDS ACT AND SERVICE CONTRACT ACT–PRICE ADJUSTMENT (MULTIPLE YEAR AND OPTION CONTRACTS) |
| 52.222-50 | FEB 2009 | COMBATING TRAFFICKING IN PERSONS |
| 52.222-54 | JUL 2012 | EMPLOYMENT ELIGIBILITY VERIFICATION |
| 52.223-6 | MAY 2001 | DRUG-FREE WORKPLACE |
| 52.223-12 | MAY 1995 | REFRIGERATION EQUIPMENT AND AIR CONDITIONERS |
| 52.223-18 | AUG 2011 | ENCOURAGING CONTRACTOR POLICIES TO BAN TEXT MESSAGING WHILE DRIVING |
| 52.224-1 | APR 1984 | PRIVACY ACT NOTIFICATION |
| 52.224-2 | APR 1984 | PRIVACY ACT |
| 52.225-13 | JUN 2008 | RESTRICTIONS ON CERTAIN FOREIGN PURCHASES |
| 52.227-1 | DEC 2007 | AUTHORIZATION AND CONSENT |
| 52.227-2 | DEC 2007 | NOTICE AND ASSISTANCE REGARDING PATENT AND COPYRIGHT INFRINGEMENT |
| 52.229-3 | FEB 2013 | FEDERAL, STATE, AND LOCAL TAXES |
| 52.232-1 | APR 1984 | PAYMENTS |
| 52.232-8 | FEB 2002 | DISCOUNTS FOR PROMPT PAYMENT |
| 52.232-9 | APR 1984 | LIMITATION ON WITHHOLDING OF PAYMENTS |
| 52.232-11 | APR 1984 | EXTRAS |
| 52.232-17 | OCT 2010 | INTEREST |
| 52.232-18 | APR 1984 | AVAILABILITY OF FUNDS |
| 52.232-23 | JAN 1986 | ASSIGNMENT OF CLAIMS |
| 52.232-25 | OCT 2008 | PROMPT PAYMENT |
| 52.232-33 | OCT 2003 | PAYMENT BY ELECTRONIC FUNDS TRANSFER-- CENTRAL CONTRACTOR |

Case 3:16-cv-02267   Document 399-24   Filed 01/22/21   Page 29 of 79 PageID #: 21331

|                          | REGISTRATION |                                                 |
| 52.233-1                 | JUL 2002     | DISPUTES Alternate I (DEC 1991)                 |
| 52.233-3                 | AUG 1996     | PROTEST AFTER AWARD                             |
| 52.233-4                 | OCT 2004     | APPLICABLE LAW FOR BREACH OF CONTRACT CLAIM     |
| 52.237-3                 | JAN 1991     | CONTINUITY OF SERVICES                          |
| 52.242-13                | JUL 1995     | BANKRUPTCY                                       |
| 52.243-1                 | AUG 1987     | CHANGES - FIXED-PRICE Alternate I (APR 1984)    |
| 52.244-6                 | DEC 2010     | SUBCONTRACTS FOR COMMERCIAL ITEMS               |
| 52.245-1                 | APR 2012     | GOVERNMENT PROPERTY                             |
| 52.245-9                 | APR 2012     | USE AND CHARGES                                 |
| 52.248-1                 | OCT 2010     | VALUE ENGINEERING                              |
| 52.249-2                 | APR 2012     | TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (FIXED-PRICE) |
| 52.249-8                 | APR 1984     | DEFAULT (FIXED-PRICE SUPPLY AND SERVICE)        |
| 52.253-1                 | JAN 1991     | COMPUTER GENERATED FORMS                        |

[End of Clause]

## I.2  52.203-14 DISPLAY OF HOTLINE POSTER(S) (DEC 2007)

(a) Definition.

"United States," as used in this clause, means the 50 States, the District of Columbia, and outlying areas.

(b) Display of fraud hotline poster(s). Except as provided in paragraph (c)—

(1) During contract performance in the United States, the Contractor shall prominently display in common work areas within business segments performing work under this contract and at contract work sites—

(i) Any agency fraud hotline poster or Department of Homeland Security (DHS) fraud hotline poster identified in paragraph (b)(3) of this clause; and

(ii) Any DHS fraud hotline poster subsequently identified by the Contracting Officer.

(2) Additionally, if the Contractor maintains a company website as a method of providing information to employees, the Contractor shall display an electronic version of the poster(s) at the website.

(3) Any required posters may be obtained as follows:

Office of the Inspector General (OIG)
Fraud Detection Office

Attn: Poster Request
1300 N. 17th Street, Ste 3200
Arlington, VA 22209

Each request for posters must state the contract number and awarding component/bureau, provide a point of contact (with telephone number), mailing and/or Fed Ex address, and the quantity of posters requested. Although Department of Homeland Security (DHS) posters are mentioned, **always** use the DOJ poster developed by our OIG.

(c) If the Contractor has implemented a business ethics and conduct awareness program, including a reporting mechanism, such as a hotline poster, then the Contractor need not display any agency fraud hotline posters as required in paragraph (b) of this clause, other than any required DHS posters.

(d) Subcontracts. The Contractor shall include the substance of this clause, including this paragraph (d), in all subcontracts that exceed $5,000,000, except when the subcontract—

(1) Is for the acquisition of a commercial item; or

(2) Is performed entirely outside the United States.

[End of Clause]

## I.3  52.215-19 NOTIFICATION OF OWNERSHIP CHANGES (OCT 1997)

(a) The Contractor shall make the following notifications in writing:

(1) When the Contractor becomes aware that a change in its ownership has occurred, or is certain to occur, that could result in changes in the valuation of its capitalized assets in the accounting records, the Contractor shall notify the Administrative Contracting Officer (ACO) within 30 days.

(2) The Contractor shall also notify the ACO within 30 days whenever changes to asset valuations or any other cost changes have occurred or are certain to occur as a result of a change in ownership.

(b) The Contractor shall --

(1) Maintain current, accurate, and complete inventory records of assets and their costs;

(2) Provide the ACO or designated representative ready access to the records upon request;

(3) Ensure that all individual and grouped assets, their capitalized values, accumulated depreciation or amortization, and remaining useful lives are identified accurately before and after each of the Contractor's ownership changes; and

(4) Retain and continue to maintain depreciation and amortization schedules based on the asset records maintained before each Contractor ownership change.

Case 3:16-cv-02267   Document 399-24   Filed 01/22/21   Page 31 of 79 PageID #: 21333

(c) The Contractor shall include the substance of this clause in all subcontracts under this contract that meet the applicability requirement of FAR 15.408(k).

[End of Clause]

## I.4    52.216-18 Ordering (Oct 1995)

(a) Any supplies and services to be furnished under this contract shall be ordered by issuance of delivery orders or task orders by the individuals or activities designated in the Schedule. Such orders may be issued from the first day through the last day of the contract's effective period.

(b) All delivery orders or task orders are subject to the terms and conditions of this contract. In the event of conflict between a delivery order or task order and this contract, the contract shall control.

(c) If mailed, a delivery order or task order is considered "issued" when the Government deposits the order in the mail. Orders may be issued orally, by facsimile, or by electronic commerce methods only if authorized in the Schedule.

[End of clause]

## I.5    52.216-19 Order Limitations (Oct 1995)

(a) Minimum order. When the Government requires supplies or services covered by this contract in an amount of less than 90% of the accepted contract beds, other than during the ramp up or ramp down periods, the Government is not obligated to purchase, nor is the Contractor obligated to furnish, those supplies or services under the contract.

(b) Maximum order. The Contractor is not obligated to honor—

  (1) Any order for a single item in excess of 115% of the accepted contract beds;

  (2) Any order for a combination of items in excess of 115% of the accepted contract beds; or

  (3) A series of orders from the same ordering office within five (5) days that together call for quantities exceeding the limitation in paragraph (b)(1) or (2) of this section.

(c) If this is a requirements contract (i.e., includes the Requirements clause at subsection 52.216-21 of the Federal Acquisition Regulation (FAR)), the Government is not required to order a part of any one requirement from the Contractor if that requirement exceeds the maximum-order limitations in paragraph (b) of this section.

(d) Notwithstanding paragraphs (b) and (c) of this section, the Contractor shall honor any order exceeding the maximum order limitations in paragraph (b), unless that order (or orders) is returned to the ordering office within three (3) days after issuance, with written notice stating the Contractor's intent not to ship the item (or items) called for and the reasons. Upon receiving this notice, the Government may acquire the supplies or services from another source.

[End of clause]

**I.6      52.216-22 Indefinite Quantity (Oct 1995)**

(a) This is an indefinite-quantity contract for the supplies or services specified, and effective for the period stated, in the Schedule. The quantities of supplies and services specified in the Schedule are estimates only and are not purchased by this contract.

(b) Delivery or performance shall be made only as authorized by orders issued in accordance with the Ordering clause. The Contractor shall furnish to the Government, when and if ordered, the supplies or services specified in the Schedule up to and including the quantity designated in the Schedule as the "maximum." The Government shall order at least the quantity of supplies or services designated in the Schedule as the "minimum."

(c) Except for any limitations on quantities in the Order Limitations clause or in the Schedule, there is no limit on the number of orders that may be issued. The Government may issue orders requiring delivery to multiple destinations or performance at multiple locations.

(d) Any order issued during the effective period of this contract and not completed within that period shall be completed by the Contractor within the time specified in the order. The contract shall govern the Contractor's and Government's rights and obligations with respect to that order to the same extent as if the order were completed during the contract's effective period; provided, that the Contractor shall not be required to make any deliveries under this contract after expiration of the applicable contract period.

[End of clause]

**I.7   52.217-8 OPTION TO EXTEND SERVICES (NOV 1999)**       The Government may require continued performance of any services within the limits and at the rates specified in the contract.   These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor.   The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed 6 months.   The Contracting Officer may exercise the option by written notice to the Contractor prior to the expiration of the current period.

[End of Clause]

**I.8   52.217-9   OPTION TO EXTEND THE TERM OF THE CONTRACT (MAR 2000)**

(a)The Government may extend the term of this contract by written notice to the Contractor prior to the expiration of the current contract period; provided that the Government gives the Contractor a preliminary written notice of its intent to extend at least 60 days before the contract expires.   The preliminary notice does not commit the Government to an extension.

(b)If the Government exercises this option, the extended contract shall be considered to include this option clause.

(c)The total duration of this contract, including the exercise of any options under

this clause, shall not exceed 10 years.

[End of Clause]

### I.9 52.219-4 NOTICE OF PRICE EVALUATION PREFERENCE FOR HUBZONE SMALL BUSINESS CONCERNS (JAN 2011)

(a) *Definition.* See 13 CFR 125.6(e) for definitions of terms used in paragraph (d).

(b) *Evaluation preference.*

(1) Offers will be evaluated by adding a factor of 10 percent to the price of all offers, except—

(i) Offers from HUBZone small business concerns that have not waived the evaluation preference; and

(ii) Otherwise successful offers from small business concerns.

(2) The factor of 10 percent shall be applied on a line item basis or to any group of items on which award may be made. Other evaluation factors described in the solicitation shall be applied before application of the factor.

(3) A concern that is both a HUBZone small business concern and a small disadvantaged business concern will receive the benefit of both the HUBZone small business price evaluation preference and the small disadvantaged business price evaluation adjustment (see FAR clause 52.219-23). Each applicable price evaluation preference or adjustment shall be calculated independently against an offeror's base offer. These individual preference amounts shall be added together to arrive at the total evaluated price for that offer.

(4) When the two highest rated offerors are a HUBZone small business concern and a large business, and the evaluated offer of the HUBZone small business concern is equal to the evaluated offer of the large business after considering the price evaluation preference, award will be made to the HUBZone small business concern.

(c) *Waiver of evaluation preference.* A HUBZone small business concern may elect to waive the evaluation preference, in which case the factor will be added to its offer for evaluation purposes. The agreements in paragraphs (d) and (e) of this clause do not apply if the offeror has waived the evaluation preference.

____Offer elects to waive the evaluation preference.

(d) *Agreement.* A HUBZone small business concern agrees that in the performance of the contract, in the case of a contract for

Case 3:16-cv-02267   Document 399-24   Filed 01/22/21   Page 34 of 79 PageID #: 21336

(1) Services (except construction), at least 50 percent of the cost of personnel for contract performance will be spent for employees of the concern or employees of other HUBZone small business concerns;

(2) Supplies (other than procurement from a nonmanufacturer of such supplies), at least 50 percent of the cost of manufacturing, excluding the cost of materials, will be performed by the concern or other HUBZone small business concerns;

(3) General construction.

(i) At least 15 percent of the cost of contract performance to be incurred for personnel will be spent on the prime contractor's employees;

(ii) At least 50 percent of the cost of the contract performance to be incurred for personnel will be spent on the prime contractor's employees or on a combination of the prime contractor's employees and employees of HUBZone small business concern subcontractors;

(iii) No more than 50 percent of the cost of contract performance to be incurred for personnel will be subcontracted to concerns that are not HUBZone small business concerns; or

(4) Construction by special trade contractors.

(i) At least 25 percent of the cost of contract performance to be incurred for personnel will be spent on the prime contractor's employees;

(ii) At least 50 percent of the cost of the contract performance to be incurred for personnel will be spent on the prime contractor's employees or on a combination of the prime contractor's employees and employees of HUBZone small business concern subcontractors;

(iii) No more than 50 percent of the cost of contract performance to be incurred for personnel will be subcontracted to concerns that are not HUBZone small business concerns.

(e) A HUBZone joint venture agrees that the aggregate of the HUBZone small business concerns to the joint venture, not each concern separately, will perform the applicable percentage of work requirements.

(f)

(1) When the total value of the contract exceeds $25,000, a HUBZone small business concern nonmanufacturer agrees to furnish in performing this contract only end items manufactured or produced by HUBZone small business concern manufacturers.

(2) When the total value of the contract is equal to or less than $25,000, a HUBZone small business concern nonmanufacturer may provide end items

manufactured by other than a HUBZone small business concern manufacturer provided the end items are produced or manufactured in the United States.

(3) Paragraphs (f)(1) and (f)(2) of this section do not apply in connection with construction or service contracts.

(g) Notice. The HUBZone small business offeror acknowledges that a prospective HUBZone awardee must be a HUBZone small business concern at the time of award f this contract. The HUBzone offeror shall provide the Contracting Officer a copy of the notice required by 13 CFR 126.501 if material changes occur before contract award that could affect its HUBZone eligibility. If the apparently successful HUBZone offeror is not a HUBzone small business concern at the time of award of this contract, the Contracting Officer will proceed to award to the next otherwise successful HUBZone small business concern or other offeror.

[End of clause]

## I.10   52.222-42   STATEMENT OF EQUIVALENT RATES FOR FEDERAL HIRES (MAY 1989)

In compliance with the Service Contract Act of 1965, as amended, and the regulations of the Secretary of Labor (29 CFR Part 4), this clause identifies the classes of service employees expected to be employed under the contract and states the wages and fringe benefits payable to each if they were employed by the contracting agency subject to the provisions of 5 U.S.C. 5341 or 5332. THIS STATEMENT IS FOR INFORMATION ONLY:   IT IS NOT A WAGE DETERMINATION.

| EMPLOYEE CLASS | MONETARY WAGE-FRINGE BENEFITS | |
|---|---|---|
| Warehouse Specialist | WS-5 | $16.62 |
| Chief Cook/Steward | WS-8 | $21.20 |
| Instructor | GS-11 | $27.51 |
| Secretary IV | GS-7 | $18.59 |
| Secretary III | GS-6 | $16.73 |
| Corrections Officer | GS-7 | $18.59 |
| Personnel Assistant IV | GS-7 | $18.59 |
| Personnel Assistant II | GS-5 | $15.00 |
| Nursing Assistant | GS-7 | $18.59 |
| Carpenter, Maintenance | WS-8 | $21.20 |
| Automotive Worker | WS-8 | $21.20 |
| Librarian | GS-11 | $27.51 |
| Paralegal/Legal Assistant | GS-11 | $27.51 |
| Stationary Engineer | WS-8 | $21.20 |
| Licensed Practical Nurse | GS-7 | $18.59 |

**I.11  52.222-49 SERVICE CONTRACT ACT - PLACE OF
PERFORMANCE UNKNOWN (MAY 1989)**

(a) This contract is subject to the Service Contract Act, and the place of performance was unknown when the solicitation was issued.  In addition to places or areas identified in wage determinations, if any, attached to the solicitation, wage determinations have also been requested for the following: Unavailable at this time. The Contracting Officer will request wage determinations for additional places or areas of performance if asked to do so in writing by or within 15 days of the release of the solicitation.

(b) Offerors who intend to perform in a place or area of performance for which a wage determination has not been attached or requested may nevertheless submit bids or proposals.  However, a wage determination shall be requested and incorporated in the resultant contract retroactive to the date of contract award, and there shall be no adjustment in the contract price.

[End of
Clause]

**I.12  52.232-99  Providing Accelerated Payment to Small Business
Subcontractors (DEVIATION) (August 2012)**

(a) Upon receipt of accelerated payments from the Government, the contractor is required to make accelerated payments to small business subcontractors to the maximum extent practicable after receipt of a proper invoice and all proper documentation from the small business subcontractor.

(b) Include the substance of this clause, including this paragraph (b), in all subcontracts with small business concerns.

(c) The acceleration of payments under this clause does not provide any new rights under the Prompt Payment Act.

(End of Clause)

**I.13  52.237-7 INDEMNIFICATION AND MEDICAL LIABILITY INSURANCE
(JAN
1997)**

(a) It is expressly agreed and understood that this is a nonpersonal services contract, as defined in Federal Acquisition Regulation (FAR) 37.101, under which the professional services rendered by the Contractor are rendered in its capacity as an independent contractor. The Government may evaluate the

quality of professional and administrative services provided, but retains no control over professional aspects of the services rendered, including by example, the Contractor's professional medical judgment, diagnosis, or specific medical treatments. The Contractor shall be solely liable for and expressly agrees to indemnify the Government with respect to any liability producing acts or omissions by it or by its employees or agents. The Contractor shall maintain during the term of this contract liability insurance issued by a responsible insurance carrier of not less than the following amount(s) per specialty per occurrence: $1,000,000.00.

(b) An apparently successful offeror, upon request by the Contracting Officer, shall furnish prior to contract award evidence of its insurability concerning the medical liability insurance required by paragraph (a) of this clause.

(c) Liability insurance may be on either an occurrences basis or on a claims-made basis. If the policy is on a claims-made basis, an extended reporting endorsement (tail) for a period of not less than 3 years after the end of the contract term must also be provided.

(d) Evidence of insurance documenting the required coverage for each health care provider who will perform under this contract shall be provided to the Contracting Officer prior to the commencement of services under this contract. If the insurance is on a claims-made basis and evidence of an extended reporting endorsement is not provided prior to the commencement of services, evidence of such endorsement shall be provided to the Contracting Officer prior to the expiration of this contract. Final payment under this contract shall be withheld until evidence of the extended reporting endorsement is provided to the Contracting Officer.

(e) The policies evidencing required insurance shall also contain an endorsement to the effect that any cancellation or material change adversely affecting the Government's interest shall not be effective until 30 days after the insurer or the Contractor gives written notice to the Contracting Officer. If, during the performance period of the contract the Contractor changes insurance providers, the Contractor must provide evidence that the Government will be indemnified to the limits specified in paragraph (a) of this clause, for the entire period of the contract, either under the new policy, or a combination of old and new policies.

(f) The Contractor shall insert the substance of this clause, including this paragraph (f), in all subcontracts under this contract for health care services and shall require such subcontractors to provide evidence of and maintain insurance in accordance with paragraph (a) of this clause. At least 5 days before the commencement of work by any subcontractor, the Contractor shall furnish to the Contracting Officer evidence of such insurance.

[End of
Clause]

### I.14 52.27-103-72 DEPARTMENT OF JUSTICE (DOJ) RESIDENCY REQUIREMENT - BUREAU OF PRISONS CLAUSE (JUN 2004)

For three of the five years immediately prior to submission of an offer/bid/quote,
or prior to performance under a contract or commitment, individuals or contractor employees providing services must have:

1. legally resided in the United States (U.S.);
2. worked for the U.S. overseas in a Federal or military capacity; or
3. been a dependent of a Federal or military employee serving overseas.

If the individual is not a U.S. citizen, they must be from a country allied with the U.S.     The following website provides current information regarding allied countries: http://www.opm.gov/employ/html/citizen.htm

By signing this contract or commitment document, or by commencing performance, the contractor agrees to this restriction.

[End of Clause]

### I.15 52.24-403-70 NOTICE OF CONTRACTOR PERSONNEL SECURITY REQUIREMENTS (OCT 2005)

Compliance with Homeland Security Presidential Directive-12 (HSPD-12) and Federal Information Processing Standard Publication 201 (FIPS 201) (See Note i) entitled "Personal Identification Verification (PIV) for Federal Employees and Contractors," Phase I.(1)   Long-Term Contractor Personnel:

In order to be compliant with HSPD-12/PIV I, the following investigative requirements must be met for each new long-term (See Note ii) contractor employee whose background investigation (BI) process begins on or after October 27, 2005:

(a)   Contractor Personnel must present two forms of identification in original form prior to badge issuance (acceptable documents are listed in Form I-9, OMB   No. 1615-0047, "Employment Eligibility Verification," and at least one document must be a valid State or Federal government-issued picture ID);

(b)   Contractor Personnel must appear in person at least once before a DOJ official who is responsible for checking the identification documents. This identity proofing must be completed sometime during the clearance process but prior to badge issuance and must be documented by the DOJ official;

(c)   Contractor Personnel must undergo a BI commensurate with the designated risk level associated with the duties of each position. Outlined below are the minimum BI requirements for each risk level:

-- High Risk - Background Investigation (5 year scope)
-- Moderate Risk - Limited Background Investigation (LBI) or
   Minimum Background Investigation (MBI)
-- Low Risk - National Agency Check with Inquiries (NACI)

Investigation

(d)  The pre-appointment BI waiver requirements for all position sensitivity levels are a:
   (1)  Favorable review of the security questionnaire form;
   (2)  Favorable fingerprint results;
   (3)  Favorable credit report, if required; (See Note iii)
   (4)  Waiver request memorandum, including both the Office of Personnel Management schedule date and position sensitivity/risk level; and
   (5)  Favorable review of the National Agency Check (NAC) (See Note iv) portion of the applicable BI that is determined by position sensitivity/risk level.
   A badge may be issued following approval of the above waiver requirements.
   If the NAC is not received within five days of OPM's scheduling date, the badge can be issued based on a favorable review of the Security Questionnaire and the Federal Bureau of Investigation Criminal History Check (i.e., fingerprint check results).

(e)  Badge re-validation will occur once the investigation is completed and favorably adjudicated. If the BI results so justify, badges issued under these procedures will be suspended or revoked.

(2)  Short-Term Contractor Personnel:
It is the policy of the DOJ that short-term contractors having access to DOJ information systems and/or DOJ facilities or space for six months or fewer are subject to the identity proofing requirements listed in items 1a. and 1b. above. The pre-appointment waiver requirements for short-term contractors are:
(a)  Favorable review of the security questionnaire  form;
(b)  Favorable fingerprint results;
(c)  Favorable credit report, if required; (See Note v) and
(d)  Waiver request memorandum indicating both the position sensitivity/risk level and the duration of the appointment. The commensurate BI does not need to be initiated.

A badge may be issued following approval of the above waiver requirements and the badge will expire six months from the date of issuance. This process can only be used once for a short-term contractor in a twelve month period. This will ensure that any consecutive short-term appointments are subject to the full PIV-I identity proofing process.

For example, if a contractor employee requires daily access for a three or four-week period, this contractor would be cleared according to the above short-term requirements. However, if a second request is submitted for the same contractor employee within a twelve-month period for the purpose of extending the initial contract or for employment under a totally different contract for another

Case 3:16-cv-02267     Document 399-24     Filed 01/22/21     Page 40 of 79 PageID #: 21342

three or four-week period, this contractor would now be considered "long-term" and must be cleared according to the long-term requirements as stated in this interim policy.

(3)   Intermittent Contractors:
An exception to the above-mentioned short-term requirements would be intermittent contractors.

(a)   For purposes of this policy, "intermittent" is defined as those contractor employees needing access to DOJ information systems and/or DOJ facilities or space for a maximum of one day per week, regardless of the duration of the required intermittent access. For example, the water delivery contractor that delivers water one time each week and is working on a one-year contract.

(b)   Contractors requiring intermittent access should follow the Department's escort policy. Please reference the August 11, 2004, and January 29, 2001, Department Security Officer policy memoranda that conveys the requirements for contractor facility escorted access.

(c)   Due to extenuating circumstances, if a component requests unescorted access or DOJ IT system access for an intermittent contractor, thesame pre-employment background investigation waiver requirements that apply to short-term contractors are required.

(d)   If an intermittent contractor is approved for unescorted access, the contractor will only be issued a daily badge. The daily badge will be issued upon entrance into a DOJ facility or space and must be returned upon exiting the same facility or space.

(e)   If an intermittent contractor is approved for unescorted access, the approval will not exceed one year. If the intermittent contractor requires unescorted access beyond one year, the contractor will need to be re-approved each year.

(4) An individual transferring from another department or agency shall not be re-adjudicated provided the individual has a current (within the last five years), favorably adjudicated BI meeting HSPD-12 and DOJ's BI requirements.

(5)   The DOJ's current escorted contractor policy remains unchanged by this acquisition notice

NOTES:
i   FIPS 201 is available at:
www.csrc.nist.gov/publications/fips/fips201/FIPS-201-022505.pdf
ii   Under HSPD-12, long-term contractors are contractors having access to DOJ information systems and/or DOJ facilities or space for six months or longer. The PIV-I identity proofing process, including initiation and adjudication of the required background investigation, is required for all new long-term contractors regardless of whether it is the current practice to issue a badge. The second phase of HSPD-12 implementation (PIV-II)

Case 3:16-cv-02267     Document 399-24     Filed 01/22/21     Page 41 of 79 PageID #: 21343

requires badge issuance to all affected long-term contractors.
iii   For contractors in position sensitivity/risk levels above level 1, a favorable review of a credit check is required as part of the pre-appointment waiver package.
iv   In order to avoid a delay in the hiring process, components should request an Advance NAC Report when initiating investigations to OPM. Per OPM's instructions, to obtain an Advance NAC Report, a Code "3" must be placed in block "B" of the "Agency Use Only" section of the investigative form. This report is available for all case types.
v   For contractors in position sensitivity/risk levels above level 1, a favorable review of a credit check is required as part of the pre-appointment waiver package.

[End of
Clause]

## I.16 52.218-000 CONTINUING CONTRACT PERFORMANCE DURING A PANDEMIC INFLUENZA OR OTHER NATIONAL EMERGENCY (MAY 2008)

During a Pandemic or other emergency, we understand that our contractor workforce will experience the same high levels of absenteeism as our Federal employees. Although the Excusable

Delays and Termination for Default clauses used in Government contracts list epidemics and quarantine restrictions among the reasons to excuse delays in contract performance, we expect our contractors to make reasonable effort to keep performance at an acceptable level during emergency periods.

The Office of Personnel Management (OPM) has provided guidance to Federal managers and employees on the kinds of actions to be taken to ensure the continuity of operations during emergency periods. This guidance is also applicable to our contract workforce. Contractors are expected to have reasonable policies in place for continuing work performance, particularly those performing mission critical services during a pandemic influenza or other emergency situation.

The types of actions a Federal contractor should reasonably take to help ensure performance are:

· Encourage employees to get inoculations or follow other preventive measures as advised by the public health service.

· Contractors should cross-train workers as backup for all positions performing critical services. This is particularly important for work such as guard services where telework is

Case 3:16-cv-02267     Document 399-24     Filed 01/22/21     Page 42 of 79 PageID #: 21344

not an option.

· Implement telework to the greatest extent possible in the
workgroup so systems are in place to support successful remote work in an
emergency.

· Communicate expectations to all employees regarding their
roles and responsibilities in relation to remote work in the
event of a pandemic health crisis or other emergency.
· Establish communication processes to notify employees of
activation of this plan.

· Integrate pandemic health crisis response expectations into telework
agreements.

· With the employee, assess requirements for working at home
(supplies and equipment needed for an extended telework
period). Security concerns should be considered in making
equipment choices; agencies or contractors may wish to avoid
use of employees' personal computers and provide them with PCs or laptops as
appropriate.

· Determine how all employees who may telework will communicate with one
another and with management to accomplish work.

    · Practice telework regularly to ensure effectiveness.

    · Make it clear that in emergency situations, employees
    must performance all duties assigned by management,
    even if they are outside usual or customary duties.

    · Identify how time and attendance will be maintained.

It is the contractor's responsibility to advise the Government Contracting
Officer if they anticipate not being able to perform and to work with the
Bureau of Prisons (BOP) to fill gaps as necessary. This means direct
communication with the Contracting Officer or in his/her absence, the
Contracting Officer's Technical Representative, via telephone or e-mail
messages acknowledging the
contractor's notification. The incumbent contractor is responsible for assisting
the BOP in estimating the adverse impacts of nonperformance and to work
diligently with the BOP to develop a strategy for maintaining continuity of
operations.

The BOP does reserve the right in such emergency situations to use Federal
employees, employees of other agencies, contracting support from other

Case 3:16-cv-02267    Document 399-24    Filed 01/22/21    Page 43 of 79 PageID #: 21345

existing contractors, or to enter into new contracts for critical support services. Any new contracting efforts would be acquired following the guidance in the Office of Federal Policy issuance "Emergency Acquisitions", dated May 2007 and Subpart
18.2, Emergency Acquisition Flexibilities, of the Federal Acquisition

Regulations. [End of Clause]


**I.17    52.239-101 DOJ RESIDENCY REQUIREMENTS – INFORMATION TECHNOLOGY (NOV 2008)**

Department of Justice (DOJ) Order 2640.2F prohibits the use of non-U.S. citizens in the performance of this contract or commitment for any position that involves access to or assisting in the development, operation, management, or maintenance of any DOJ Information Technology System. By signing this contract or by beginning performance, the contractor agrees to this restriction.

[End of Clause]


**I.18    52.242.71 EVALUATION OF CONTRACTOR PERFORMANCE UTILIZING CPARS (April 2011)**

The services, although not directly supervised, shall be reviewed by Federal Bureau of Prisons (BOP) staff to ensure contract compliance. The contractor's performance will be evaluated in accordance with FAR 42.15. Contract monitoring reports will be prepared by the Contacting Officer's Technical Representative (COTR) or Contract Monitor (CM) and maintained in the contract file.

In accordance with FAR 42.1502 and 42.1503, agencies shall prepare an evaluation of contractor performance and submit it to the Past Performance Information Retrieval System (PPIRS). The BOP utilizes the Department of Defense (DOD) web-based Contractor Performance Assessment Reporting System (CPARS) to provide contractor performance evaluations. The contractor shall provide and maintain a current e-mail address throughout the life of the contract. The contractor will receive an e-mail from the Focal Point through the following website address webptsmh@navy.mil when the contract is registered in CPARS. The e-mail will contain a "user ID" and temporary password to register in the CPARS system. The contractor must be registered to access and review its evaluation and/or provide a response. If assistance is required when

Case 3:16-cv-02267    Document 399-24    Filed 01/22/21    Page 44 of 79 PageID #: 21346

registing, please contact the Contracting Staff/Focal Point.

(End of Clause)

### I. 19   52.252-6  Authorized Deviations in Clauses (Apr 1984)

(a) The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter 1) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the clause.

(b) The use in this solicitation or contract of any _____. *[insert regulation name]* (48 CFR _____) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.

(End of Clause)

[End of Section]

Case 3:16-cv-02267     Document 399-24     Filed 01/22/21     Page 45 of 79 PageID #: 21347

**PART III - LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS**

**SECTION J - LIST OF ATTACHMENTS**

| Attachment Number | Title | number of pages |
|---|---|---|
| J-1 | Wage Determinations | 1 |
| J-2 | Evaluation Techniques for Quality Assurance of Contractor Performance | 2 |
| J-3 | Performance Requirements Summary Table (PRST) | 4 |
| J-4 | Contractor Quality Control | 2 |
| J-6 | Standards of Conduct | 4 |
| J-7 | Scope and Coverage of a Background Investigation (BI) | 3 |
| J-8 | Scope and Coverage of a Periodic Reinvestigation (PRI) | 2 |
| J-9 | Adjudication Standards for Resolving Background Investigation (BI) and Periodic Reinvestigation | 7 |
| J-10 | Business Management Questionnaire | 5 |
| J-11 | Federal Bureau of Prisons Subcontracting | 13 |
| J-12 | Question Submittal Form | 1 |
| J-13 | Offeror's Intent to Propose | 1 |
| J-14 | Required Government Space | 2 |
| J-15 | PROCEDURAL GUIDANCE COMPLYING WITH NATIONAL ENVIRONMENTAL POLICY ACT REQUIREMENTS | 12 |
| J-16 | SENTRY Rules of Behavior | 1 |
| J-17 | Federal Bureau of Investigation Criminal Justice Information Services Security Addendum | 16 |

| J-18 | DNA Qualifying offences for DC Offenders: QUALIFYING OFFENSES UNDER THE DISTRICT OF COLUMBIA CODE FOR PURPOSES OF DNA SAMPLE COLLECTION | 1 |
|------|------|---|
| J-19 | Information Systems Equipment | 9 |
| J-20 | Procedures for Implementation of Walsh Act Civil Commitment of Sexually Dangerous Persons | 9 |
| J-21 | Less Lethal/Chemical Munitions and Defensive Equipment | 2 |

PART IV - REPRESENTATIONS AND INSTRUCTION


SECTION K - REPRESENTATIONS, CERTIFICATIONS, AND OTHER
STATEMENTS OF OFFERORS


52.204-8  Annual Representations and Certifications. (Dec 2012)


(a)

> (1) The North American Industry classification System
> (NAICS) code for this acquisition is  561210   *[insert NAICS
> code]*.

> (2) The small business size standard is 35.5 million *[insert
> size standard]*.

> (3) The small business size standard for a concern which
> submits an offer in its own name, other than on a
> construction or service contract, but which proposes to
> furnish a product which it did not itself manufacture, is
> 500 employees.

(b)

> (1) If the clause at 52.204-7, Central Contractor
> Registration, is included in this solicitation, paragraph
> (d) of this provision applies.

> (2) If the clause at 52.204-7 is not included in this
> solicitation, and the offeror is currently registered in
> CCR, and has completed the ORCA electronically, the offeror
> may choose to use paragraph (d) of this provision instead of
> completing the corresponding individual representations and
> certification in the solicitation. The offeror shall
> indicate which option applies by checking one of the
> following boxes:

> > [_] (i) Paragraph (d) applies.

Case 3:16-cv-02267   Document 399-24   Filed 01/22/21   Page 48 of 79 PageID #: 21350

[_] (ii) Paragraph (d) does not apply and the offeror has completed the individual representations and certifications in the solicitation.

(c)

    (1) The following representations or certifications in ORCA are applicable to this solicitation as indicated:

        (i) 52.203-2, Certificate of Independent Price Determination. This provision applies to solicitations when a firm-fixed-price contract or fixed-price contract with economic price adjustment is contemplated, unless—

            (A) The acquisition is to be made under the simplified acquisition procedures in Part 13;

            (B) The solicitation is a request for technical proposals under two-step sealed bidding procedures; or

            (C) The solicitation is for utility services for which rates are set by law or regulation.

        (ii) 52.203-11, Certification and Disclosure Regarding Payments to Influence Certain Federal Transactions. This provision applies to solicitations expected to exceed $150,000.

        (iii) 52.204-3, Taxpayer Identification. This provision applies to solicitations that do not include the clause at 52.204-7, Central Contractor Registration.

        (iv) 52.204-5, Women-Owned Business (Other Than Small Business). This provision applies to solicitations that—

            (A) Are not set aside for small business concerns;

            (B) Exceed the simplified acquisition threshold; and

            (C) Are for contracts that will be performed in the United States or its outlying areas.

        (v) 52.209-2, Prohibition on Contracting with Inverted Domestic Corporations—Representation. This provision

Case 3:16-cv-02267    Document 399-24    Filed 01/22/21    Page 49 of 79 PageID #: 21351

applies to solicitations using funds appropriated in fiscal years 2008, 2009, 2010,or 2012.

(vi) 52.209-5; Certification Regarding Responsibility Matters. This provision applies to solicitations where the contract value is expected to exceed the simplified acquisition threshold.

(vii) 52.214-14, Place of Performance--Sealed Bidding. This provision applies to invitations for bids except those in which the place of performance is specified by the Government.

(viii) 52.215-6, Place of Performance. This provision applies to solicitations unless the place of performance is specified by the Government.

(ix) 52.219-1, Small Business Program Representations (Basic & Alternate I). This provision applies to solicitations when the contract will be performed in the United States or its outlying areas.

   (A) The basic provision applies when the solicitations are issued by other than DoD, NASA, and the Coast Guard.

   (B) The provision with its Alternate I applies to solicitations issued by DoD, NASA, or the Coast Guard.

(x) 52.219-2, Equal Low Bids. This provision applies to solicitations when contracting by sealed bidding and the contract will be performed in the United States or its outlying areas.

(xi) 52.222-22, Previous Contracts and Compliance Reports. This provision applies to solicitations that include the clause at 52.222-26, Equal Opportunity.

(xii) 52.222-25, Affirmative Action Compliance. This provision applies to solicitations, other than those for construction, when the solicitation includes the clause at 52.222-26, Equal Opportunity.

(xiii) 52.222-38, Compliance with Veterans' Employment Reporting Requirements. This provision applies to solicitations when it is anticipated the contract award will exceed the simplified acquisition threshold and

the contract is not for acquisition of commercial items.

(xiv) 52.223-1, Biobased Product Certification. This provision applies to solicitations that require the delivery or specify the use of USDA-designated items; or include the clause at 52.223-2, Affirmative Procurement of Biobased Products Under Service and Construction Contracts.

(xv) 52.223-4, Recovered Material Certification. This provision applies to solicitations that are for, or specify the use of, EPA- designated items.

(xvi) 52.225-2, Buy American Act Certificate. This provision applies to solicitations containing the clause at 52.225-1.

(xvii) 52.225-4, Buy American Act--Free Trade Agreements--Israeli Trade Act Certificate. (Basic, Alternates I, II, and III.) This provision applies to solicitations containing the clause at 52.225- 3.

> (A) If the acquisition value is less than $25,000, the basic provision applies.
>
> (B) If the acquisition value is $25,000 or more but is less than $50,000, the provision with its Alternate I applies.
>
> (C) If the acquisition value is $50,000 or more but is less than $77,494, the provision with its Alternate II applies.
>
> (D) If the acquisition value is $77,494 or more but is less than $100,000, the provision with its Alternate III applies.

(xviii) 52.225-6, Trade Agreements Certificate. This provision applies to solicitations containing the clause at 52.225-5.

(xix) 52.225-20, Prohibition on Conducting Restricted Business Operations in Sudan--Certification. This provision applies to all solicitations.

(xx) 52.225-25, Prohibition on Contracting with Entities Engaging in Certain Activities or Transactions

Case 3:16-cv-02267    Document 399-24    Filed 01/22/21    Page 51 of 79 PageID #: 21353

Relating to Iran—Representation and Certification. This provision applies to all solicitations.

(xxi) 52.226-2, Historically Black College or University and Minority Institution Representation. This provision applies to—

(A) Solicitations for research, studies, supplies, or services of the type normally acquired from higher educational institutions; and

(B) For DoD, NASA, and Coast Guard acquisitions, solicitations that contain the clause at 52.219-23, Notice of Price Evaluation Adjustment for Small Disadvantaged Business Concerns.

(2) The following certifications are applicable as indicated by the Contracting Officer:

[Contracting Officer check as appropriate.]

____ (i) 52.219-22, Small Disadvantaged Business Status.

____ (A) Basic.

____ (B) Alternate I.

____ (ii) 52.222-18, Certification Regarding Knowledge of Child Labor for Listed End Products.

____ (iii) 52.222-48, Exemption from Application of the Service Contract Act to Contracts for Maintenance, Calibration, or Repair of Certain Equipment Certification.

____ (iv) 52.222-52 Exemption from Application of the Service Contract Act to Contracts for Certain Services--Certification.

____ (v) 52.223-9, with its Alternate I, Estimate of Percentage of Recovered Material Content for EPA-Designated Products (Alternate I only).

____ (vi) 52.227-6, Royalty Information.

____ (A) Basic.

____ (B) Alternate I.

XX (vii) 52.227-15, Representation of Limited Rights
                    Data and Restricted Computer Software.


(d) The offeror has completed the annual representations and
certifications electronically via the Online Representations and
Certifications Application (ORCA) website accessed through
https://www.acquisition.gov . After reviewing the ORCA database
information, the offeror verifies by submission of the offer that
the representations and certifications currently posted
electronically that apply to this solicitation as indicated in
paragraph (c) of this provision have been entered or updated
within the last 12 months, are current, accurate, complete, and
applicable to this solicitation (including the business size
standard applicable to the NAICS code referenced for this
solicitation), as of the date of this offer and are incorporated
in this offer by reference (see FAR 4.1201); except for the
changes identified below *[offeror to insert changes, identifying
change by clause number, title, date]*. These amended
representation(s) and/or certification(s) are also incorporated
in this offer and are current, accurate, and complete as of the
date of this offer.


FAR Clause #      Title              Date          Change


_____   _____       _____       _____




Any changes provided by the offeror are applicable to this
solicitation only, and do not result in an update to the
representations and certifications posted on ORCA.


(End of Provision)


52.209-7 Information Regarding Responsibility Matters (Feb 2012)

(a) *Definitions*. As used in this provision—

"Administrative proceeding" means a non-judicial process that is adjudicatory in nature in order to make a determination of fault or liability (*e.g.*, Securities and Exchange Commission Administrative Proceedings, Civilian Board of Contract Appeals Proceedings, and Armed Services Board of Contract Appeals Proceedings). This includes administrative proceeding at the Federal and State level but only in connection with performance of a Federal contract or grant. It does not include agency actions such as contract audits, site visits, corrective plans, or inspection of deliverables.

"Federal contracts and grants with total value greater than $10,000,000" means—

   (1) The total value of all current, active contracts and grants, including all priced options; and

   (2) The total value of all current, active orders including all priced options under indefinite-delivery, indefinite-quantity, 8(a), or requirements contracts (including task and delivery and multiple-award Schedules).

"Principal" means an officer, director, owner, partner, or a person having primary management or supervisory responsibilities within a business entity (*e.g.*, general manager; plant manager; head of a division or business segment; and similar positions).

(b) The offeror [_] has [_] does not have current active Federal contracts and grants with total value greater than $10,000,000.

(c) If the offeror checked "has" in paragraph (b) of this provision, the offeror represents, by submission of this offer, that the information it has entered in the Federal Awardee Performance and Integrity Information System (FAPIIS) is current, accurate, and complete as of the date of submission of this offer with regard to the following information:

   (1) Whether the offeror, and/or any of its principals, has or has not, within the last five years, in connection with the award to or performance by the offeror of a Federal contract or grant, been the subject of a proceeding, at the Federal or State level that resulted in any of the following dispositions:

      (i) In a criminal proceeding, a conviction.

(ii) In a civil proceeding, a finding of fault and liability that results in the payment of a monetary fine, penalty, reimbursement, restitution, or damages of $5,000 or more.

(iii) In an administrative proceeding, a finding of fault and liability that results in—

(A) The payment of a monetary fine or penalty of $5,000 or more; or

(B) The payment of a reimbursement, restitution, or damages in excess of $100,000.

(iv) In a criminal, civil, or administrative proceeding, a disposition of the matter by consent or compromise with an acknowledgment of fault by the Contractor if the proceeding could have led to any of the outcomes specified in paragraphs (c)(1)(i), (c)(1)(ii), or (c)(1)(iii) of this provision.

(2) If the offeror has been involved in the last five years in any of the occurrences listed in (c)(1) of this provision, whether the offeror has provided the requested information with regard to each occurrence.

(d) The offeror shall post the information in paragraphs (c)(1)(i) through (c)(1)(iv) of this provision in FAPIIS as required through maintaining an active registration in the Central Contractor Registration database via https://www.acquisition.gov (see 52.204-7).

(End of provision)

52.225-25 Prohibition on Contracting with Entities Engaging in Sanctioned Activities Relating to Iran—Representation and Certification. (Dec 2012)

(a) *Definitions.* As used in this provision--

Person--

(1) Means--

    (i) A natural person;

    (ii) A corporation, business association, partnership, society, trust, financial institution, insurer, underwriter, guarantor, and any other business organization, any other nongovernmental entity, organization, or group, and any governmental entity operating as a business enterprise; and

    (iii) Any successor to any entity described in paragraph (1)(ii) of this definition; and

(2) Does not include a government or governmental entity that is not operating as a business enterprise.

Sensitive technology—

    (1) Means hardware, software, telecommunications equipment, or any other technology that is to be used specifically—

        (i) To restrict the free flow of unbiased information in Iran; or

        (ii) To disrupt, monitor, or otherwise restrict speech of the people of Iran; and

    (2) Does not include information or informational materials the export of which the President does not have the authority to regulate or prohibit pursuant to section 203(b)(3) of the International Emergency Economic Powers Act (50 U.S.C. 1702(b)(3)).

(b) The offeror shall email questions concerning sensitive technology to the Department of State at CISADA106@state.gov.

(c) Except as provided in paragraph (d) of this provision or if a waiver has been granted in accordance with 25.703-4, by submission of its offer, the offeror--

    (1) Represents, to the best of its knowledge and belief, that the offeror does not export any sensitive technology to the government of Iran or any entities or individuals owned

or controlled by, or acting on behalf or at the direction of, the government of Iran;

(2) Certifies that the offeror, or any person owned or controlled by the offeror, does not engage in any activities for which sanctions may be imposed under section 5 of the Iran Sanctions Act. These sanctioned activities are in the areas of development of the petroleum resources of Iran, production of refined petroleum products in Iran, sale and provision of refined petroleum products to Iran, and contributing to Iran's ability to acquire or develop certain weapons or technologies; and

(3) Certifies that the offeror, and any person owned or controlled by the offeror, does not knowingly engage in any transaction that exceeds $3,000 with Iran's Revolutionary Guard Corps or any of its officials, agents, or affiliates, the property and interests in property of which are blocked pursuant to the International Emergency Economic Powers Act (50 U.S.C. 1701 et seq.) (see OFAC's Specially Designated Nationals and Blocked Persons List at http://www.treasury.gov/ofac/downloads/t11sdn.pdf ).

(d) Exception for trade agreements. The representation requirement of paragraph (c)(1) and the certification requirements of paragraphs (c)(2) and (c)(3) of this provision do not apply if—

(1) This solicitation includes a trade agreements notice or certification (e.g., 52.225-4, 52.225-6, 52.225-12, 52.225-24, or comparable agency provision); and

(2) The offeror has certified that all the offered products to be supplied are designated country end products or designated country construction material.

(End of provision)

## SECTION L - INSTRUCTIONS, CONDITIONS AND NOTICES TO OFFERORS

**L.1   52.252-1 SOLICITATION PROVISIONS INCORPORATED BY REFERENCE (FEB 1998)**

This solicitation incorporates one or more solicitation provisions by reference, with the same force and effect as if they were given in full text.   Upon request, the Contracting Officer will make their full text available.   The offeror is cautioned that the listed provisions may include blocks that must be completed by the offeror and submitted with its quotation or offer.   In lieu of submitting the full text of those provisions, the offeror may identify the provision by paragraph

identifier and provide the appropriate information with its quotation or offer. Also, the full text of a clause may be accessed electronically at this/these address(es): www.acquisition.gov.

I.   FEDERAL ACQUISITION REGULATION (48 CFR CHAPTER 1) PROVISIONS

| NUMBER | DATE | TITLE |
|---|---|---|
| 52.204-7 | DEC 2012 | CENTRAL CONTRACTOR REGISTRATION |
| 52.215-1 | JAN 2004 | INSTRUCTIONS TO OFFERORS-- COMPETITIVE ACQUISITION Alternate II (OCT 1997) |
| 52.219-24 | OCT 2000 | SMALL DISADVANTAGED BUSINESS PARTICIPATION PROGRAM--TARGETS |
| 52.222-24 | FEB 1999 | PREAWARD ON-SITE EQUAL OPPORTUNITY COMPLIANCE EVALUATION |

(End of provision)

**52.216-1 TYPE OF CONTRACT (APR 1984)**

The Government contemplates award of an indefinite delivery/indefinite quantity firm fixed unit price type contract with a four-year base period and three two-year option periods resulting from this solicitation.

(End of
provision)

**52.233-2 SERVICE OF PROTEST (SEP 2006)**

(a)     Protests, as defined in section 33.101 of the Federal Acquisition Regulation, that are filed directly with an agency, and copies of any protests that are filed with the Government Accountability Office (GAO), shall be served on the Contracting Officer (addressed as follows) by obtaining written and dated acknowledgment of receipt from:

        Procurement Executive
        Federal Bureau of Prisons
        320 First St., NW
        Room 5005
        Washington, DC   20534

(b)     The copy of any protest shall be received in the office designated above within one day of filing a protest with the GAO.

(End of provision)

**2852.233-70 PROTESTS FILED DIRECTLY WITH THE DEPARTMENT OF JUSTICE - JUSTICE ACQUISITION REGULATION 2852.233-70 (JAN 1998)**

(a)     The following definitions apply in this provision:

        (1)     "Agency Protest Official" means the official, other than the Contracting Officer, designated to review and decide procurement protests filed with a contracting activity of the Department of Justice.
        (2)     "Deciding Official" means the person chosen by the protestor to decide the agency protest; it may be either the Contracting Officer or the Agency Protest Official.
        (3)     "Interested Party" means an actual or prospective offeror whose direct economic interest would be affected by the award of a contract or by the failure to award a contract.

(b)     A protest filed directly with the Department of Justice must: (1)

Indicate that it is a protest to the agency.

(2)    Be filed with the Contracting Officer.

(3)    State whether the protestor chooses to have the Contracting Officer or the Agency Protest Official decide the protest. If the protestor is silent on this matter, the Contracting Officer will decide the protest.

(4)    Indicate whether the protestor prefers to make an oral or written presentation of arguments in support of the protest to the deciding official.

(5)    Include the information required by FAR 33.103(d)(2):

(i) Name, address, facsimile number and telephone number of the protestor.

(ii) Solicitation or contract number.

(iii) Detailed statement of the legal and factual grounds for the protest, to include a description of resulting prejudice to the protestor.

(iv) Copies of relevant documents.

(v)  Request for a ruling by the agency.

(vi)  Statement as to the form of relief requested.

(vii) All information establishing that the protestor is an interested party for the purpose of filing a protest.

(viii) All information establishing the timeliness of the protest.

(c)    An interested party filing a protest with the Department of Justice has the choice of requesting either that the Contracting Officer or the Agency Protest Official decide the protest.

(d)    The decision by the Agency Protest Official is an alternative to a decision by the Contracting Officer. The Agency Protest Official will not consider appeals from the Contracting Officer's decision on an agency protest.

(e)    The deciding official must conduct a scheduling conference with the protestor within five (5) days after the protest is filed.   The scheduling conference will establish deadlines for oral or written arguments in support of the agency protest and for agency officials to present information in response to the protest issues.   The deciding official may hear oral arguments in support of the agency protest at the same time as the scheduling conference, depending on availability of the necessary parties.

(f)    Oral conferences may take place either by telephone or in person.   Other parties may attend at the discretion of the deciding official.

(g)    The protestor has only one opportunity to support or explain the substance of its protest. Department of Justice procedures do not provide for any

discovery. The deciding official may request additional information from either the agency or the protestor. The deciding official will resolve the protest through informal presentations or meetings to the maximum extent practicable.

(h)     An interested party may represent itself or be represented by legal counsel. The Department of Justice will not reimburse the protestor for any legal fees related to the agency protest.

(i)     The Department of Justice will stay award or suspend contract performance in accordance with FAR 33.103(f). The stay or suspension, unless over-ridden, remains in effect until the protest is decided, dismissed, or withdrawn.

(j)     The deciding official will make a best effort to issue a decision on the protest within twenty (20) days after the filing date. The decision may be oral or written.

(k)     The Department of Justice may dismiss or stay proceeding on an agency protest if a protest on the same or similar basis is filed with a protest forum outside the Department of Justice.

(End of
Clause)

**52.27-103-71 FAITH-BASED AND COMMUNITY-BASED ORGANIZATIONS (AUG 2005)**

Faith-based and Community-based organizations can submit offers/bids/quotations equally with other organizations for contracts for which they are eligible.

(End of
provision)

**L.2     PROPOSAL PREPARATION INSTRUCTIONS - GENERAL**

Proposals are expected to conform to and be prepared in accordance with FAR 52.215-1, Instructions to Offerors--Competitive Acquisition (contained in this solicitation).   To aid in evaluation, proposals shall be clearly and concisely written as well as neat, indexed (cross-indexed as appropriate) and logically assembled.   Proposals shall be clearly marked with the following statement, "SOURCE SELECTION INFORMATION SEE FAR 3.104."   All pages of each part shall be appropriately numbered and identified with the name of the offeror,

date and Request for Proposals (RFP) number to the extent practicable. Unless explicitly stated otherwise, ***the proposal text shall be typed, using Courier New, Size 12, 1.5 spaced and printed (unreduced in size) on 8 ½ x 11 inch paper***.

The overall arrangement of the proposal shall be as follows:

The overall proposal shall consist of four physically separate volumes, individually entitled as stated below.   The required quantity of each volume is shown in the matrix below.   Each copy of each volume shall be numbered sequentially.

The first copy of each Volume #1 shall contain the signed original of all documents requiring signature by the offeror.

Offerors may submit more than one proposal in response to the RFP. Offerors shall submit a separate Volume #1 for each proposal submitted in the number of copies listed below. Offerors may avoid submitting redundant information in Volume #2 by following instructions at L.4 C. Offerors need only make one submission of Volume #3 information, regardless of the number of proposals offered.

Page limitations are specified where applicable.  The BOP may exclude proposals that exceed specified page limitations.  The BOP also reserves the right to exclude any and all pages beyond the specified limit.  Any page which contains information or data in text or chart format is counted as one page.

**Proposal Volume   Total Copies Required**
Volume #1- 2 paper copies (1 paper copy with original signatures and 1 electronic copy (see L.3)

Volume #2- 8 paper copies and 8 electronic copies (see L.4)

Volume #3- 1 electronic copy (see L.5)

Volume #4- 3 paper copies and 5 electronic copies (see L.6)

**Labeling Instructions (Front Cover)**

The front cover of each binder shall be labeled as follows:

Case 3:16-cv-02267     Document 399-24     Filed 01/22/21     Page 62 of 79 PageID #: 21364

1. RFP-PCC-0022.
2. Organization submitting the RFP.
3. Requirement A or B (this will identify if the proposal is for requirement A or B).
4. Federal Bureau of Prisons.
5. CAR 15.
6. Volume # and title.
7. Date Proposal is due (to include any subsequent responses).
8. Facility name.

## L.3  PROPOSAL PREPARATION INSTRUCTIONS - VOLUME #1:  OFFER AND OTHER DOCUMENTS

Volume #1 consists of the actual offer to enter into a contract to perform the desired work.   It also includes required representations, certifications, other statements of the offeror and any other administrative information.

Volume #1 shall be submitted in both paper copies and electronic format. One hard copy must contain original signatures.   One set of electronic copies must be submitted on compact disk (CD-ROM) in one of the following formats: Word (read only); Adobe Acrobat (PDF format); Visioneer Paperport (MAX file).

A.    Format and Content - The volume shall include the following documents in the order listed below:

1.    Fully executed Standard Form 33 (SF-33), Solicitation, Offer and Award (Section A);

2.    Pricing schedules (Section B);

3.    Fully executed Offeror Representations, Certifications and Other Statements (Sections G, J, K and L as applicable);

4.    Decisional rule criterion (see L.3 C);

5.    Business Management Questionnaire (Section J); and

6.    Subcontracting Plan (Section J).

B.    Proposal Form -
1.    Use of the Form.   The SF-33 shall be fully executed by the offeror and shall be the first page of each copy of Volume #1.

2.    Acceptance Period.   The acceptance period shall be no less than

the period of time entered by the Government on the SF-33 in Block 12.

     3.    <u>Signature Authority</u>.   The individual signing the SF-33 shall provide proof they have the authority to commit the offeror to all requirements of the proposal, fully recognizing the Government has the right, by terms of the RFP, to make award without further discussions if it so elects. This individual shall also be required to attend any and all negotiations and pre-performance conferences, etc.

C.    <u>Decisional Rule Criterion</u> - The preparation of this information is critical. If the proposal does not meet the requirements of the decisional rule criterion as defined in Section M, it shall not be evaluated.  The decisional rule criterion must be sufficient unto itself for a determination of whether or not the proposal meets the relevant criteria.   The Federal Bureau of Prisons (BOP) does not intend and has no obligation to refer to other volumes if the decisional rule criterion is not met.

To be considered, the offeror submitting the proposal must clearly demonstrate the following criteria at the time of proposal submission:

     1.  The offeror has corporate experience operating secure corrections/detention facilities for a continuous three-year period as of the date the RFP was issued.

        The offeror must submit a brief narrative describing the extent to which the contract was/is similar to the requirements identified by this RFP (i.e., population quantity, population security level, size and complexity of staff complement, quality control approach).   The technical description provided must support the similarity and be sufficient to permit assessment . **(Page Limitation - 5 pages)**

     2.  The proposed facility meets the definition of an existing institution as defined in the Performance Work Statement (Section C). **(Page Limitation - 5 pages).**

    D.    <u>Notification of State Authorities</u> - The offeror shall submit proof the chief law enforcement officer (state Attorney General, State's Attorney, etc.) of the state in which the proposed facility is located has been notified of the contractor's intent to manage and operate a correctional institution as identified in the solicitation.

The proof shall be a signed copy of the notification sent via registered or certified mail to the applicable state's chief law enforcement officer. The notification shall provide an accurate description of the program services the contractor will provide under any prospective contract to include, but not be limited to:   size of the proposed facility/population, specific address of the proposed facility and type of offender the solicitation indicates could be placed at the proposed facility.

The proof of notification and a copy of the contents of the notification material submitted to state officials shall be part of the offeror's response to this solicitation.

The offeror shall submit a copy of any document it receives in response to the notification. The offeror's duty to submit such documentation shall continue until award.

## L.4    PROPOSAL PREPARATION INSTRUCTIONS - VOLUME #2:  TECHNICAL PROPOSAL

Volume #2 consists of the offeror's technical approach to performing the requirement, offeror's technical capabilities and technical effort the offeror would apply to satisfy the requirements of the Performance Work Statement (PWS) (Section C).  Since each offeror's technical proposal will be evaluated in accordance with Section M, it should be practical and prepared simply and economically, providing a straightforward, concise delineation of what it is the offeror will do to satisfy the requirements of the RFP.

***Proposal page limitations will be strictly enforced*.  *Proposal content exceeding the specified page limitation will not be evaluated***.

The proposal should not merely offer to perform work in accordance with the PWS but shall describe the actual work proposed as specifically as practical.  The PWS reflects the requirements and objectives of the program under consideration; therefore, repeating or paraphrasing the PWS without sufficient elaboration is not acceptable.

Technical proposals shall be submitted in both paper copies and electronic format.  Electronic copies must be submitted on compact disk (CD-ROM) in one of the following formats:  Word (read only); Adobe Acrobat (PDF format); Visioneer Paperport (MAX file).

A. <u>Format and Content</u> - Volume #2 shall include the following components:

    1. Table of contents;

    2. List of attachments, tables and figures; and

    3. Technical discussion.

B. <u>Technical Discussion</u> - This section shall describe the offeror's approach to performing the requirement. It must clearly address each issue identified below in as much detail as practical.

C. <u>Multiple Locations</u> - Offerors may not identify multiple locations in a single proposal. To avoid submitting redundant information, the proposal shall include a single Volume #2-A. Offerors shall submit a Volume #2-B for each performance location identified in the proposal. Any contract award will be for work performed at a single site - population cannot be split among locations.

## VOLUME #2-A: TECHNICAL PROPOSAL

A. <u>Administration and Management</u> -

    1. <u>Quality Control Program</u>. The offeror shall describe its approach to evaluating and monitoring the operation of the facility during contract performance and how the offeror's Quality Control Program will be coordinated with the Quality Assurance Plan administered by the BOP. **(Page Limitation - 5 pages)**

    2. <u>Organizational Structure</u>. Each offeror shall provide a diagram of the proposed organizational structure. The diagram shall detail the corporate and facility lines of authority for this effort (including all proposed subcontracting and leasehold relationships) and the relationship of the organizational structure to both the BOP and the offeror's corporate office. **(Page Limitation - 3 pages)**

    3. <u>Personnel and Staff Development</u>. The offeror shall submit a plan for the employment and retention of qualified staff and identify the offeror's goals for equal employment opportunity. The offeror shall discuss the approach to staff development and its ability to manage inmates of various cultures found in a criminal alien population. **(Page Limitation - 5 pages)**

B.   <u>Institution Operations</u> -

    1.   The offeror shall describe its approach for maintaining accountability of all offenders assigned to the institution.  **(Page Limitation - 3 pages)**

    2.   The offeror shall describe its approach to responding to institution emergencies, including assistance from local and/or state authorities.  The offeror shall identify appropriate arrest authority which meets the standards outlined in the PWS. The offeror shall identify any independent use of force authority. **(Page Limitation - 10 pages)**

C.   <u>Institution Services</u> -

    1.   The offeror shall discuss its approach to providing food services to the inmate population. **(Page Limitation - 3 pages)**

    2.   The offeror shall discuss its approach to the institution medical program**. (Page Limitation - 6 pages)**

D.   <u>Inmate Programs</u> -

    1.   The offeror shall submit a detailed plan of all work, education and recreation programs.  Each identified program shall include a <u>brief</u> description of the characteristics.  **(Page Limitation - 5 pages)**

    2.   The offeror shall discuss its approach to maintaining inmate family ties (i.e., visiting, mail and telephone procedures).  **(Page Limitation - 3 pages)**

**VOLUME #2-B:  TECHNICAL PROPOSAL**

A.   <u>Contract Activation and Staffing –</u>

    1.   Contract Activation – The offeror shall submit the following:

        a.   A detailed schedule of the activation process identifying anticipated dates from contract award to issuance of the Notice to Proceed (NTP);

Case 3:16-cv-02267     Document 399-24     Filed 01/22/21     Page 67 of 79 PageID #: 21369

        b.      A staff activation schedule to include hiring, clearances and training; and

        c.      A complete list of all contractor policies to be developed and implemented.  The list shall include the date each policy will be submitted for BOP review.

(Schedules shall reflect project calendar days, track task start/finish/duration, identify individual tasks and their relationship to other tasks.)  **(Page Limitation - 15 pages)**

2.    <u>Staffing</u> - The offeror shall submit a staffing plan of all personnel necessary for the performance of the contract.  The plan shall be organized by department and clearly and concisely illustrate:  each position title; number of working days per week; number of staff per shift; relief factor; total number of full time equivalents for each position title, department and total complement; applicable hourly rate; and annual pay schedule.  **(Page Limitation - 6 pages)**

B.      <u>Physical Plant</u> –

The offeror shall:

1.    Specify the location of the proposed facility by providing the address and identifying the site on a general location map and a local area map.

2.    Identify the rated and total capacity of the proposed facility.

3.    Submit a brief DVD/video tour (15-30 minutes) of the proposed site and buildings.  (DVD must be in (.wmv) format, functional with Windows Media Player)

4.    Submit half-size "as-built" prints of the existing facility site plans (scale of original document:  minimum 1" = 100 feet) showing the location of buildings, roads, fences, parking lots and walkways.

5.    Submit half-size "as-built" prints (scale of original document:  1/8" = 1 foot) of architectural floor plans for each existing building showing:

a)   Name/function of all rooms;

b)   Number of beds and type (cell, dorm, segregation) for each housing unit (to be located in the note section of the drawings);

c)   Elevation of the housing units;

d)   Total gross square footage of each program area and entire facility;

e)   Entry into the secure perimeter by means of a secure entry point;

f)   Physical plant security details, including, but not limited to: secure walls, security doors, secure ceilings, control center, sally ports and the secure perimeter; and

g)   Location of required Government-occupied space (Section J) if applicable.

6.   Submit half-size "conceptual design" prints of renovation, expansion or construction site plans (scale of original document:  minimum 1" = 100 feet) showing the location of buildings, roads, fences, parking lots, walkways and other major site improvements to be provided if applicable.

7.   Submit half-size "conceptual design" prints (scale of original document: 1/8" = 1 foot) of architectural floor plans for each renovated, expanded or newly constructed building if applicable showing:

a)   Name/function of all rooms;

b)   Number of beds and type (cell, dorm, segregation) for each housing unit (to be located in the note section of the drawings);

c)   Elevation of the housing units;

d)   Total gross square footage of each program area and entire facility;

e)   Entry into the secure perimeter by means of a secure entry point;

f)   Physical plant security details, including, but not limited to: secure walls, security doors, secure ceilings, control center, sally ports and the secure perimeter; and

g)   Location of required Government-occupied space (Section J)

if applicable.

8. Explain the proposed facility's compliance status for the requirements listed below and provide appropriate substantiation for each (e.g., certificates, licenses, etc.). If the facility is presently non-compliant, the offeror shall explain what action it will take to become compliant prior to the date scheduled for issuance of the NTP.

   a) Handicapped accessibility requirements;
   b) Building code requirements;
   c) Fire safety and life safety requirements.

## L.5 PROPOSAL PREPARATION INSTRUCTIONS - VOLUME #3:

### PAST PERFORMANCE AND EXPERIENCE

The past performance and experience shall serve to gather information regarding the quality of an offeror's past performance and the extent of an offeror's experience performing secure corrections/detention type services.

Offerors shall submit past performance experience information in electronic format. The information must be submitted on compact disk (CD-ROM) in one of following formats: Word (read only); Adobe Acrobat (PDF format); Visioneer Paperport (MAX file).

Offerors are encouraged to submit past performance and experience information prior to the due date for proposals to assist the Government in reducing the evaluation period.

A. <u>Format and Content</u> - At a minimum, the submission shall contain the information specified below in accordance with the following general format:

   1. Table of contents;

   2. List of tables and exhibits;

   3. Past performance information; and

   4. Corporate experience

B.     <u>Past Performance</u> - Offerors shall submit a list of all contracts and subcontracts related to secure corrections/detention services completed during the past three years and all contracts currently in progress. Contracts listed shall include those entered into with the federal government, agencies of state and local governments' customers.

Include the following information for each contract and subcontract:

1.     Name of contracting activity;

2.     Contract number;

3.     Contract type (i.e., cost reimbursement, fixed-price);

4.     Date of contract award and expiration;

5.     Total contract value and per diem rate(s);

6.     Definition of contract work;

7.     Contracting officer and telephone number;

8.     Program manager and telephone number;

9.     Administrative contracting officer (if different from #7 above) and telephone number; and

10.    List of prime contractor or major subcontractors with contact names, addresses and telephone numbers.

C.     <u>Corporate Experience</u> - The offeror shall provide the following information for each contract listed above:

1.     If the contract was competitive or sole source and if the present contract was awarded as a follow-on contract;

2.     Identify any change orders/modifications to the contract subsequent to award, basis of the change(s) and dollar value;

3.     Identify if the operation has been accredited by the American Correctional Association, The Joint Commission and/or other professional organizations and the date of each accreditation;

4.   In a brief narrative describe the extent to which the contract was/is similar to the requirements identified by this RFP (i.e., population quantity, population security level, size and complexity of staff complement, quality control approach) (a technical description sufficient to permit assessment must be provided to support the similarity);

5.   Provide data representing the number of occurrences for the following listed incidents (include negative responses):

   a)   Escape;
   b)   Food/Work strike; and
   c)   Disturbances involving ten offenders or more; and

6.   Provide information on problems encountered on the identified contracts and the corrective actions taken.

## L.6   PROPOSAL PREPARATION INSTRUCTIONS - VOLUME #4:

### ENVIRONMENTAL DOCUMENTATION

Volume #4 consists of the offeror's environmental documentation which identifies the potential environmental impacts, proposed mitigation and any other relevant information pertaining to the impacts of the offeror's proposal. The documentation shall be completed in accordance with Section J. Each offeror's environmental documentation will be evaluated in accordance with Section M.

Documentation shall be submitted in both paper copies and electronic format. Electronic copies must be submitted on compact disk (CD-ROM) in one of the following formats: Word (read only); Adobe Acrobat (PDF format); Visioneer Paperport (MAX file).

**Disclosure of information:   Information submitted by any potential offeror in Volume #4 shall not be considered "Proprietary Information." The Government reserves the right to publicly disclose any information submitted**.

## L.7   FREEDOM OF INFORMATION ACT

The Freedom of Information Act (FOIA) and its amendments have resulted in an increasing number of requests to federal agencies for copies of technical

Case 3:16-cv-02267   Document 399-24   Filed 01/22/21   Page 72 of 79 PageID #: 21374

and business proposals from other than Government sources.

The offeror should identify information in its proposals the offeror believes should be withheld from these sources on the basis the proposals consist of "trade secrets and commercial or financial information obtained from a person and privileged or confidential" (exemption (b)(4) of the FOIA). This identification will assist in the decision by a responsible federal official to disclose or withhold the requested information.

If an offeror considers elements of its proposal to be exempt under FOIA, ensure the following notice is annotated on the title page of the proposal: "Elements of this document, as identified on individual pages, are considered by the submitter to be privileged or confidential trade secrets or commercial or financial information not subject to mandatory disclosure under the Freedom of Information Act. Material considered privileged or confidential on this basis is contained on pages _____."

The offeror must annotate each individual item it considers privileged or confidential under the FOIA exemption with the following notice: "The data or information is considered confidential or privileged and not subject to mandatory disclosure under the FOIA."

All information in an offeror's proposal not designated exempt may be subject to automatic public disclosure if it is requested under the FOIA. It must be emphasized that under the FOIA no information is automatically exempt from public disclosure. However, no disclosures will be made without careful evaluation, giving due regard to the need for safeguarding material considered privileged or confidential by the offeror. It is the policy of the Department of Justice to withhold, whenever possible, material that is genuinely privileged or confidential.

## L.8 DISPOSITION OF PROPOSALS

Following selection of the successful contractor and contract award, unsuccessful proposals will be disposed of by retaining one copy at the contracting office having issued the solicitation and destroying the remaining copies by shredding.

[End of Section]

RFP-PCC-0022

SECTION M

EVALUATION FACTORS FOR AWARD

**M.1   52.252-1 SOLICITATION PROVISIONS INCORPORATED BY REFERENCE (FEB 1998)**

This solicitation incorporates one or more solicitation provisions by reference, with the same force and effect as if they were given in full text.   Upon request, the Contracting Officer will make their full text available. The offeror is cautioned that the listed provisions may include blocks that must be completed by the offeror and submitted with its quotation or offer.                              In lieu of submitting the full text of those provisions, the offeror may identify the provision by paragraph identifier and provide the appropriate information with its quotation or offer. Also, the full text of a clause may be accessed electronically at this/these address(es): www.acquisition.gov.

I.   FEDERAL ACQUISITION REGULATION (48 CFR CHAPTER 1) PROVISIONS

NUMBER          DATE        TITLE

52.217-5        JUL 1990  EVALUATION OF

OPTIONS (End of provision)

**M.2   DECISIONAL RULE CRITERION**

Unless otherwise stated, proposals must clearly demonstrate at the time of submission that offerors meet the following decisional rule criterion. Proposals will be reviewed on a go/no-go basis for the decisional rule criterion. Offerors whose proposals do not meet the decisional rule criterion shall be advised of their elimination from the procurement. Only those proposals which meet the decisional rule criterion shall be evaluated for award.

To be evaluated for award, offerors must clearly demonstrate at the time of proposal submission they have

Case 3:16-cv-02267    Document 399-24    Filed 01/22/21    Page 74 of 79 PageID #: 21376

corporate experience operating secure
corrections/detention facilities for a continuous three-
year period as of the date the solicitation was issued.
The offeror must submit a brief narrative describing the
extent to which the contract was/is similar to the
requirements identified by this RFP (i.e., population
quantity, population security level, size and complexity
of staff complement, quality control approach). The
technical description provided must support the
similarity and be sufficient to permit assessment;

Offerors must clearly demonstrate at the time of
proposal submission the proposed facility meets the
definition of an existing institution as defined in
Section C of the solicitation. The Government reserves
the right to eliminate proposals based on the adequacy
of the documentation provided by the offeror to support
the claim of qualifying as an existing institution.

## M.3  EVALUATION OF PROPOSALS

Award will be made to the responsible offeror whose
proposal, conforming to this solicitation, is the
most advantageous to the Government.  "The
Government reserves the right to make multiple
awards from this solicitation."

## M.4  OVERALL RELATIVE IMPORTANCE OF OTHER (NON-PRICE) EVALUATION CRITERIA AND PRICE

**NON-PRICE EVALUATION CRITERIA**

The non-price evaluation criteria are listed below
in descending order of importance with Environmental
and Small Disadvantage Business Utilization equal in
order of importance:

1.    Past Performance
2.    Technical Proposal
3.    Environmental
4.    Small Disadvantaged Business Utilization

The non-price evaluation factors, when combined, are
significantly more important than price. However, price
becomes a major factor in award selection when other
criteria are substantially equal.

The Government reserves the right to award a contract to

an offeror other than the offeror proposing the lowest price when the Government's evaluation determines a proposal is significantly superior from a non-price standpoint and warrants payment by the Government of a premium.

## 1.  PAST PERFORMANCE

Each offeror will be evaluated on its performance under existing and prior contracts for similar services. Performance information will be used for evaluating proposals and responsibility determinations. The evaluation will focus on information which demonstrates quality of performance relative to the size and complexity of the procurement under consideration. References other than those identified by the offeror may be contacted. Information utilized may be obtained from the references listed in the proposal, other customers known to the Government or of whom it becomes aware, consumer protection organizations and any others who may have useful and relevant information. Information may also be considered regarding significant subcontractors, corporate personnel and essential personnel.

Past performance will be examined to ensure corrective measures have been  implemented where problems in performance have occurred. Prompt corrective action in isolated instances may not outweigh overall negative trends.

Past performance will be evaluated to determine the following services the offeror has delivered during its performance of prior and existing contracts for similar services. All factors are of equal importance:

        1. Management of Key Personnel
        2. Business Relations
        3. Timeliness of Performance
        4. Quality of Service - to include but not limited  to services such as security, personnel, health services, facility maintenance, inmate programs and institution services (as defined in the PWS).

The offeror's experience will be a means to evaluate the viability of the offeror's proposal and its relative

Case 3:16-cv-02267    Document 399-24    Filed 01/22/21    Page 76 of 79 PageID #: 21378

capability to meet the solicitation's performance requirements.

**2. TECHNICAL PROPOSAL**

Technical proposals will be evaluated to determine the soundness and anticipated effectiveness of the offeror's approach to perform the requirements identified in the Performance Work Statement and in Section L. Ratings will be distributed equally among the following technical elements identified within the proposal instructions:

**Administration and Management** – This factor evaluates the offeror's Quality Control Program, Organizational Structure, and Personnel and Staff Development. This factor includes the following significant subfactors, which are all of equal importance:

· Quality Control Program

· Organizational Structure

· Personnel and Staff Development

**Institution Operations** – This factor evaluates the offeror's approach for maintaining accountability of all offenders assigned to the institution and responding to institution emergencies, including assistance from local and/or state authorities. This factor includes the following significant subfactors, which are all of equal importance:

· Inmate Accountability

· Institution Emergencies

**Institution Services** – This factor evaluates the offeror's approach to providing food services to the inmate population and their approach to the institution medical program. This factor includes the following significant subfactors, which are all of equal importance:

· Food Service

· Medical

**Inmate Programs** - This factor evaluates the offeror's detailed plan of all work, education and recreation programs, as well as the offeror's approach to maintaining inmate family ties (i.e., visiting, mail and telephone procedures). This factor includes the following significant subfactors, which are all of equal importance:

· Work/Education/Recreation Programs

· Family Ties

**Activation and Staffing** - This factor evaluates the offeror's approach to contract activation and staffing. This factor includes the following significant sub-factors, which are all of equal importance:

· Activation

· Staffing

**Physical Plant** - This factor evaluates the offeror's physical plant to determine the soundness and anticipated effectiveness of the proposed facility, as well as compliance with the following:

3.  **ENVIRONMENTAL**
    Information will be requested of offerors regarding past environmental activities and the environmental condition of proposed sites and institutions. Environmental documentation and other information will be required in order to comply with the National Environmental Policy Act of 1969 (NEPA) prior to contract award.

    The Government will independently evaluate and verify the accuracy of the environmental documentation submitted in accordance with Sections J and L. Greater consideration will be given to the proposal which represents the "environmentally preferable" alternative. Environmentally preferable alternative means the proposal that has lesser or reduced environmental impacts or adverse environmental effects when compared with competing proposals.

    The Government reserves the right to eliminate proposals based on the adequacy of the documentation provided by the offeror or the potential impact to the

quality of the human environment.  For example, the Government reserves the right to eliminate proposals if, in the opinion of the Government, environmental permits or other similar requirements under NEPA and outside the direct control of the Federal Bureau of Prisons would place in jeopardy the timely award of a contract under this solicitation.

The Government reserves the right to disclose or make public any environmental documentation or other information provided under this section.  Such disclosures would typically occur in Environmental Impact Statements, Environmental Assessments, public hearings, comment periods and other public forums.

**4.   SMALL DISADVANTAGED BUSINESS (SDB) UTILIZATION**
All offeror's will be rated on their SDB participation, expressed as dollars and percentages of total contract value.

**PRICE**

Prices proposed for each year of the base period and option periods will be evaluated in total.  Award is based on best value.

[End of Section]