EXHIBIT 51
[Filed Under Seal]

| From: | Hall, Keith |
|---|---|
| Sent: | Monday, May 5, 2014 9:54 AM |
| To: | Pryor, Joe |
| Subject: | FW: CIB - CONTRACT FACILITY MONITORING PROGRAM REVIEW REPORT |
| Attachments: | CIB_CFM7.docx |

Joe,

Give me a weekly update (Fridays) on our progress in addressing the deficiencies. Bullets, not long narrative.

Keith

**From:** Hall, Keith
**Sent:** Monday, May 05, 2014 9:48 AM
**To:** Robinson, John
**Cc:** MURRAY, Don
**Subject:** FW: CIB - CONTRACT FACILITY MONITORING PROGRAM REVIEW REPORT

I have attached Cibola's CFM report. I do not anticipate any appeals or revisions.

Keith

**From:** BOP-PRD/Correspondence~ BOP-PRD/Correspondence~ [mailto:BOP-PRD/Correspondence~@bop.gov]
**Sent:** Monday, May 05, 2014 9:38 AM
**To:** BOP-ADM/Assistant Director BOP-ADM/Assistant Director; BOP-ADM/Privatized Corr Contracting BOP-ADM/Privatized Corr Contracting; BOP-CCD/Privatization BOP-CCD/Privatization; BOP-CPD/Assistant Director BOP-CPD/Assistant Director; BOP-FPI/Assistant Director BOP-FPI/Assistant Director; BOP-HRM/Assistant Director BOP-HRM/Assistant Director; BOP-HSD/Assistant Director BOP-HSD/Assistant Director; BOP-IPP/Assistant Director BOP-IPP/Assistant Director; BOP-OGC/Assistant Director BOP-OGC/Assistant Director; BOP-PRD/Contract Facility Monitoring BOP-PRD/Contract Facility Monitoring; CCB/Cibloa Monitor CCB/Cibloa Monitor; CCB/Oversight Mgr CCB/Oversight Mgr; CIB/Warden CIB/Warden; Hall, Keith
**Subject:** CIB - CONTRACT FACILITY MONITORING PROGRAM REVIEW REPORT
Your message is ready to be sent with the following file or link attachments:

CIB_CFM7


Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

1

CONFIDENTIAL                                                                                           CORECIVIC_1064289

# U.S. Department of Justice

Federal Bureau of Prisons

PROGRAM REVIEW DIVISION

*Washington, D.C. 20534*

May 5, 2014


MEMORANDUM FOR JOE PRYOR, WARDEN
                CIBOLA COUNTY CORRECTIONAL CENTER
                MILAN, NEW MEXICO



                    /s/
FROM:           Craig Coil, Core Section Chief
                Program Review Division
                COR - Contract #J1PCc-007

SUBJECT:        Contract Facility Monitoring Final Report
                Cibola County Correctional Center

This is the report of the Cibola County Correctional Center Monitoring conducted April 22-24, 2014. There was one significant finding, one repeat repeat repeat deficiency, two repeat repeat deficiencies and ten repeat deficiencies identified as a result of this monitoring.

Please ensure all deficiencies identified in this report are resolved and controls are in place to prevent recurrence. Should you disagree with any deficiencies, please forward an electronic copy of your response to the BOP-PRD/Correspondence~ GroupWise mailbox within 15 calendar days after receipt of this report. Please include any additional supporting documentation with your response. Otherwise, we will consider this contract facility monitoring officially closed.

Please thank your staff for their efforts and cooperation in preparing for and completing this monitoring. The next monitoring is scheduled to be conducted FY 2015.

CONFIDENTIAL                                                      CORECIVIC_1064290

cc: BOP-ADM/Assistant Director
    BOP-CPD/Assistant Director
    BOP-FPI/Assistant Director
    BOP-HRM/Assistant Director
    BOP-HSD/Assistant Director
    BOP-IPP/Assistant Director
    BOP-OGC/Assistant Director
    BOP-ADM/Privatized Corr Contracting
    BOP-CCD/Privatization
    BOP-PRD/Contract Facility Monitoring
    BOP-CCD/PFA Sector 1
    BOP-PRD/Contract Facility Monitoring
    CCB/Oversight Mgr
    keith.hall@cca.com
    CIB/Warden

CONFIDENTIAL
CORECIVIC_1064291

CONTRACT FACILITY MONITORING REPORT

CIBOLA COUNTY CORRECTIONAL CENTER

MILAN, NEW MEXICO

CONTRACT #J1PCc-007

Conducted:

April 22-24, 2014

Approved By:

/s/
Sara M. Revell
Assistant Director
Program Review Division
Washington, DC

May 5, 2014

CONFIDENTIAL    CORECIVIC_1064292

## SCOPE OF REVIEW

The monitoring was a comprehensive examination of the Cibola County Correctional Center's operations with attention given to vital functions identified in the Contract Performance Requirements Summary Table.

## BACKGROUND INFORMATION

Cibola County Correctional Center (CIB) is a contractor owned and operated low security correctional facility for federal inmates. The majority of the population is sentenced criminal aliens. This facility currently houses approximately 1178 inmates.

Joe Pryor is the warden. Betty Judd and Don Russell are the associate wardens.

## FINDINGS

INFORMATION SECURITY

Deficiencies

- -- Not all definition files are current. (P1237.13; SOW)

- -- Not all network back-ups are downloaded successfully. (P1237.14; SOW)

- -- Full system back-ups are not performed weekly. (P1237.14; SOW)

- -- Network back-ups are not restorable for data integrity (P1237.13; SOW)

FOOD SERVICE

Deficiencies

- -- Food is not maintained at the proper temperature. (CCA 11-1)

- -- Food trays, special housing unit trays, cutting boards, cambro containers and utensils were stained, chipped, and not clean to sight and touch. (CCA 11-1)

2

CONFIDENTIAL                                                                                    CORECIVIC_1064293

HEALTH SERVICES

Significant Finding: Administration and Patient Care

Condition and Effect

- There were inadequate controls in clinical care, administration and staffing of Health Services to ensure compliance with established procedures and practices. These inadequacies create a lack of appropriate intervention, treatment, and programs to promote a healthy, safe, and secure environment. Many issues from previous monitoring's have not been corrected. Medical needs and documentation were incomplete, including reports.

Evidence:

Repeat Repeat Repeat Deficiency

- Inmates arriving at the institution with positive PPDs, were not receiving follow-up and treatment as per policy. (CCA 13-63; P6190-03; BOP Clinical Practice Guidelines)

Repeat Repeat Deficiencies

- Health appraisals were not conducted as per policy. (CCA 13-63; P6031.03; BOP Clinical Practice Guidelines)

- Not all inmates placed in an observation room were in compliance with policy. (CCA 13-63; P6031.03; BOP Clinical Practice Guidelines)

Repeat Deficiencies

- Documentation in the S.O.A.P.E format, within diabetic clinics is incomplete. (CCA 13-6)

- Documentation in the S.O.A.P.E format, within hypertension clinics is incomplete. (CCA-13-6)

3

CONFIDENTIAL
CORECIVIC_1064294

- -- Documentation in the S.O.A.P.E format, within pulmonary clinics is incomplete. (CCA-13-6)

- -- Evaluation, treatment, and counseling were not completed as per policy within HIV clinics.
  (CCA 13-6; CCA 13-71; BOP Clinical Practice Guidelines; BOP National Formulary)

- -- Evaluations do not include a targeted physical within hepatitis C clinics.
  (CCA 13-6; Clinical Practice Guidelines)

- -- Evaluations to determine if inmates meet criteria for treatment are not completed in hepatitis C clinics.
  (CCA 13-6; Clinical Practice Guidelines)

- -- Immunizations within hepatitis C clinics are not in accordance with policy and standards of care.
  (P6031;03; CCA 13-58; SOW; Task Force; Clinical Practice Guidelines)

- -- Evaluations of inmates with syphilis are not in accordance with policy.
  (CCA 13-58; Clinical Practice Guidelines)

<u>Deficiencies</u>

- -- Not all immunizations are in accordance with policy within diabetic clinics.
  (CCA 13-58; BOP Clinical Practice Guidelines)

- -- Abnormal vital signs were not addressed within hypertension clinics. (CCA 13-6)

- -- Not all blood pressure goals were addressed and inmates were not evaluated in hypertension clinics. (CCA 13-6)

- -- Not all inmates received follow-up care within hypertension clinics. (CCA-13-6)

- -- Not all peak flow meter readings are documented within asthma clinics.
  (CCA 13-6; Clinical Practice Guidelines)

Case 3:16-cv-02267   Document 400-1   Filed 01/22/21   Page 8 of 11 PageID #: 21442

CONFIDENTIAL                                                                        CORECIVIC_1064295

- Not all asthma classifications are accurate.
  (CCA 13-6; Clinical Practice Guidelines)

- Education of inmate patients is not documented within lipid clinics.
  (CCA 13-6; CCA 13-58; Clinical Practice Guidelines)

- MDS entries were not made in accordance with policy.
  (P6001.03)

- Medical management of a MRSA case was not in accordance with policy and standards of care.
  (Clinical Practice Guidelines)

- Not all Medication Administration Records (MARS) are accurate. (CCA 13-70)

- Off-site care requests are not managed in accordance with policy and standards of care. (CCA 13-64)

- Medical management of inmates who required off-site care (emergency room/hospitals) was not in accordance with policy and standards of care.
  (CCA 13-64; Clinical Practice Guidelines)

- Preventive care evaluations are not completed as per policy. (CCA 13-64)

- Signatures are not always authenticated within inmate health files. (CCA 13-58; P6090.03)

- Not all problem lists are complete within inmate health records. (CCA 13-58; P6090.03)

Causes:

- Lack of knowledge and oversight of the Health Services department by responsible management staff.

- Lack of controls to ensure compliance with patient care, policy compliance, and proper administration of health records by the physician.

- The Health services department is currently under staffed by three nurses. A new doctor was hired approximately two

5

CONFIDENTIAL CORECIVIC_1064296

months ago, but he is still in new employees' training.

SAFETY AND ENVIRONMENTAL HEALTH/FACILITIES

Repeat Deficiencies

--  Chemicals are not being properly stored.
    (29 CFR 1910.1200, 1910.37, 1910.106; NFPA 30)

--  Periodic inspections have not been conducted on all
    multi-energy source equipment.
    (29 CFR 1910.147; Cibola Lockout/Tag-out Program)

Deficiencies

--  Cords located in the tool room do not have the required
    grounding pin. (29 CFR 1910.147 & 305; NFPA 70)

--  Fire extinguishers do not meet the required testing
    element. (29 CFR 1910.157; NFPA 10)

--  Refuse containers are not being used as required.
    (29 CFR 1910.141 & 1910.1200; NFPA 101)

--  Affected inmates have not received training on the
    elements of the lock-out/tag-out program.
    (29 CFR 1910.147; Cibola Lockout/Tag-out Program Cibola)

--  Initial and annual retraining is not conducted for staff
    using respiratory protection. (29 CFR 1910.134)

## REVIEWER ASSURANCE STATEMENT

As monitor-in-charge, I certify the contract monitoring was conducted in accordance with generally accepted government auditing standards. Findings of noncompliance or inadequate controls contained in the report are supported by evidence that is sufficient and reliable. The evidence is contained in the contract monitoring working papers filed in the Program Review Division.

William A. Lee, Monitor-in-Charge
Contract Facility Monitoring Section
Program Review Division

CONFIDENTIAL                                                    CORECIVIC_1064297

Members of the Monitoring Team:

    Brian McGorty, CFM Food Services Examiner, PRD
    Daniel De Jesus, CFM Physician, PRD
    Mohammad Adil, CFM Health Services Examiner, PRD
    Michael Bink, CFM Safety Examiner, PRD
    Anthony Do, Examiner, Information Systems and Security, PRD
    Marshall D. Grissom, CFM Correctional Programs Examiner, PRD
    Jeffrey Cox, Lieutenant, FAI
    Dennis Molina, Unit Manager, TRV
    Andrew Temples, Examiner, Education Services Section, PRD
    Ron Herman, Examiner, Human Resources Section, PRD
    Doris Underwood, Examiner, Financial Management Section, PRD

CONFIDENTIAL                                                                                       CORECIVIC_1064298