# EXHIBIT 53
# [Filed Under Seal]

| | |
|---|---|
| **From:** | Odubeko, Ashley |
| **Sent:** | Thursday, September 4, 2014 8:30 AM |
| **To:** | Metcalf, Natasha |
| **Subject:** | FW: Eden CFM mitigating/appeal factors |
| **Attachments:** | EDN_CFM10 (2014).docx |

Attached is the letter.

CONFIDENTIAL                                                                                                         CORECIVIC_1051669

# U.S. Department of Justice

# Federal Bureau of Prisons

## PROGRAM REVIEW DIVISION

*Washington, D.C. 20534*

August 21, 2014

```
MEMORANDUM FOR LAURA BEDARD, WARDEN
                EDEN DETENTION CENTER
                EDEN, TEXAS


                    /s/
FROM:           Craig Coil, Core Section Chief
                Program Review Division
                COR Contract #DJB1PC-005

SUBJECT:        Contract Facility Monitoring Final Report
                Eden Detention Center
```

This is the report of the Eden Detention Center Contract Facility Monitoring conducted August 5-7, 2014. There was one significant finding and six repeat deficiencies identified as a result of this monitoring.

Please ensure all deficiencies identified in this report are resolved and controls are in place to prevent recurrence. Should you disagree with any deficiencies, please forward an electronic copy of your response to the BOP-PRD/Correspondence~GroupWise mailbox within 15 calendar days after receipt of this report. Please include any additional supporting documentation with your response. Otherwise, we will consider this contract facility monitoring officially closed.

Please thank your staff for their efforts and cooperation in preparing for and completing this monitoring. The next monitoring is scheduled to be conducted August 4-6, 2015.

CONFIDENTIAL  CORECIVIC_1051670

```
cc: BOP-ADM/Assistant Director
    BOP-CPD/Assistant Director
    BOP-FPI/Assistant Director
    BOP-HRM/Assistant Director
    BOP-HSD/Assistant Director
    BOP-IPP/Assistant Director
    BOP-OGC/Assistant Director
    BOP-ADM/Privatized Corr Contracting
    BOP-CCD/Privatization
    BOP-PRD/Contract Facility Monitoring
    BOP-CCD/PFA Sector 1
    CED/Oversight Mgr
    keith.hall@cca.com
    EDN/Warden
```

CONFIDENTIAL                                                                                                    CORECIVIC_1051671

CONTRACT FACILITY MONITORING REPORT

EDEN DETENTION CENTER

EDEN, TEXAS

CONTRACT #DJB1PC-005

Conducted:

August 5-7, 2014

Approved by:

Sara M. Revell
Assistant Director
Program Review Division
Washington, DC

August 20, 2014

CONFIDENTIAL                                                                                       CORECIVIC_1051672

## SCOPE OF REVIEW

The monitoring was a comprehensive examination of the Eden Detention Center's operations with attention given to vital functions identified in the Contract Performance Requirements Summary Table.

## BACKGROUND INFORMATION

Eden Detention Center (EDN) is a contractor owned and operated low security correctional facility for federal inmates. The majority of the population is sentenced criminal aliens. This facility currently houses approximately 1450 inmates.

Laura Bedard is the warden. Robert Nilius and Phillip Valdez are the associate wardens.

## GENERAL COMMENT

The Eden Detention Center was observed to be clean, presenting the overall appearance of attentive maintenance. The Special Housing Unit was found to be quite clean and quiet.

Twenty-three of sixty inmates in the Special Housing Unit are celled alone. There are no inmates in the Special Housing Unit pending bed space for general population.

Not all required Computer Services equipment has been obtained by the contractor, specifically Spectra Logic T50e with 20 Slot tape backup library, SyncSort Backup Express 3.x, Window 2008 R2 Server, and HP 8000 Elite desktop computers. Per modification, Attachment J-19, Information System Requirement, these items must be purchased and utilized.

In one case, an inmate was informed of a scheduled medical trip. In accordance with policy, because of security concerns, inmates are not to be informed of any scheduled escorted trips in advance. Closer oversight by Medical staff is necessary to ensure proper procedures are followed.

Not all fire alarms are tested in accordance with National Fire Protection Association procedures. Closer oversight by Safety staff is necessary to ensure these life safety devices are tested in accordance with policy.

CONFIDENTIAL                                                    CORECIVIC_1051673

Exit egress doors do not comply with Life Safety Code 101 for the commissary. The doors in the warehouse do not conform to policy.

## FINDINGS

INFORMATION SYSTEMS AND SECURITY

DEFICIENCIES

- -- Workstations did not contain current virus definition files. (SOW; P1237.14, CH 11; P1237.13, CH 2)

- -- Not all twelve monthly backup tapes are maintained. (P1237.13, CH 2; P1237.14, CH 5; SOW)

HEALTH SERVICES

Significant Finding: Administration and Patient Care

Condition and Effect

- -- There were inadequate controls in the clinical care and staffing area of Health Services to ensure compliance with established procedures and practices. These inadequacies create a lack of appropriate intervention, treatment, and programs to promote a healthy, safe, and secure environment. Many issues from previous monitorings have not been corrected. Medical needs and documentation were incomplete, including reports.

Evidence:

- -- Medical Management of an inmate's condition prior to his death was not in accordance with policy. (Local Policy 13-34 & 13-64; SOW; Clinical Practice Guidelines) REPEAT DEFICIENCY

- -- Immunizations are not in accordance with policy in the pulmonary clinics. (SOW; Clinical Practice Guidelines; Local Policy 13-8) REPEAT DEFICIENCY

- -- Antiviral therapy for inmates with hepatitis C was not provided in accordance with policy. (SOW; Clinical Practice Guidelines) REPEAT DEFICIENCY

3

CONFIDENTIAL                                                                           CORECIVIC_1051674

-- Immunizations for inmates with hepatitis C were not in
   accordance with policy.
   (SOW; Clinical Practice Guidelines)  REPEAT DEFICIENCY

-- Immunizations in the diabetes clinics are not in
   accordance with policy.
   (SOW; Clinical Practice Guidelines)  REPEAT DEFICIENCY

-- Follow-up of PPD positive inmates is not in accordance
   with policy.
   (Clinical Practice Guidelines)  REPEAT DEFICIENCY

-- Preventive care evaluations were not completed in
   accordance with policy.
   (SOW; Clinical Practice Guidelines)

-- On-site medical management prior to transfer to ER was
   not always in accordance with policy.
   (Local Policy 13-34; Clinical Practice Guidelines)

-- The plan section of the S.O.A.P.E. format was
   incomplete in pulmonary clinics.
   (SOW; Clinical Practice Guidelines; Local Policy 13-58)

-- Not all inmates placed in an observation room were in
   compliance with policy.
   (Local Policy 13-63; Clinical Practice Guidelines)

-- Dental exams were not conducted as per policy.
   (Local Policy 13-13)

Causes:

-- Lack of controls to ensure compliance with patient
   care, policy compliance, and proper administration of
   health records by the physician.

-- The Health Services Department is currently
   understaffed in several clinical positions.

SAFETY AND ENVIRONMENTAL HEALTH

DEFICIENCIES

-- Energy control procedures do not meet the requirements

4

CONFIDENTIAL    CORECIVIC_1051675

of Standard 29 CFR 1910.147(c)(4)(ii).
(29 CFR 1910.147[c][4][ii]; Local Policy Lockout/Tagout)

-- Periodic inspections do not contain all the required elements. (29 CFR 1910.147)

-- Secondary labeling of chemicals is not in compliance with policy.
(29 CFR 1910.1200, 1910.37, & 1910.106; NFPA 30, CH 9)

-- Not all machinery is properly guarded.
(29 CFR 1910.212 & 1910.213)

-- Incompatible chemicals were improperly stored.
(29 CFR 1910.1200, 1910.37, & 1910.106; NFPA 30, CH 9; Local Policy 8-5)

-- Safety data sheets are not available for all chemicals reviewed.
(29 CFR 1910.1200, 1910.37, & 1910.106; NFPA 30, CH 9; Local Policy 8-5)

-- Flammable liquids are being stored with corrosive chemicals.
(29 CFR 1910.1200, 1910.37, & 1910.106; NFPA 30, CH 9; Local Policy 8-5)

-- Proper waste disposal procedures are not being followed in dental.
(40 CFR, Parts 260-262 & 279; 49 CFR, Part 172)

-- Not all fire drills were conducted as required.
(NFPA 101; SOW)

-- Fire extinguishers do not meet all the required elements (testing and arrangement).
(29 CFR 1910.157; NFPA 10; SOW; Local Policy 8-6)

### REVIEWER ASSURANCE STATEMENT

As monitor-in-charge, I certify the contract monitoring was conducted in accordance with generally accepted government auditing standards. Findings of noncompliance or inadequate controls contained in the report are supported by evidence that is sufficient and reliable. The evidence is contained in the

5

CONFIDENTIAL                                                                    CORECIVIC_1051676

contract monitoring working papers filed in the Program Review Division.


Marshall D. Grissom, Monitor-in-Charge
Contract Facility Monitoring Section
Program Review Division

Members of the Monitoring Team:

Anthony DO, CFM Information Systems and Security Examiner, PRD
William A. Lee, CFM Correctional Services Examiner, PRD
Daniel De Jesus, CFM Physician, PRD
Mohammed Adil, CFM Health Services Examiner, PRD
Michael Bink, CFM Safety Examiner, PRD
Craig Coil, Core Section Chief, PRD
Crystal Smith, Core Section Chief, PRD
Kim Easterling, Examiner, Correctional Programs Section, PRD
Eric Lawton, Assistant Food Service Administrator, Central Office
Lisa Eller, Unit Manager, FDC Houston
Andrew Temples, Examiner, Education Services Section, PRD
Kathleen Keohane, Examiner, Financial Management Section, PRD
Clarita Berg, Examiner, Human Resource Management Section, PRD

CONFIDENTIAL                                                        CORECIVIC_1051677

