EXHIBIT 54
[Filed Under Seal]



U. S. Department of Justice

Federal Bureau of Prisons

Privatized Corrections Contracting

Washington, D.C. 20534

May 21, 2014

Lucibeth Mayberry
Vice President
Deputy Chief Development Officer
Corrections Corporation of America
10 Burton Hills Boulevard
Nashville, Tennessee 37215

RE: Request For Proposals (RFP)-PCC-0022
    Criminal Alien Requirement 15
    Request for Proposal Revision #2

Dear Ms. Mayberry:

    The purpose of this letter is to advise Corrections Corporation of America (CCA) that the proposals submitted in response to RFP-PCC-0022 for the Northeast Ohio Correctional Center (Youngstown, OH)Requirement A & B, Prairie Correctional Facility (Appleton, MN) and Diamondback Correctional Facility located in Watonga, OK are considered to be within the competitive range.

    Each proposal has been evaluated by the Bureau of Prisons in accordance with the terms of the solicitation. It has been determined that weaknesses and significant deficiencies exist in the proposals. They are outlined in the enclosed document.

    The Federal Acquisition Regulation defines exchanges with offerors after the establishment of the competitive range as discussions (i.e. negotiations). The primary objective of discussions is to maximize the Government's ability to obtain the best value, based on the requirement and the evaluation factors set forth in the solicitation. Also, it allows the offeror an opportunity to revise its proposal. It is imperative that CCA closely review the

CONFIDENTIAL                                                              CORECIVIC_1051551

identified weaknesses/significant deficiencies and respond accordingly to enhance the original proposal.

    Proposal revisions are due no later than June 6th, 2014, at 1:00 PM EST, to the following address:

Federal Bureau of Prisons
Attn: Michael Bodine/Tim Barnes, CO
Privatized Corrections Contracting
320 First Street, NW - Room 5005
Washington, DC  20534

    Please provide the following number of copies of your proposal revisions:

10    Hard copies of the technical revisions and one (1) electronic copy in PDF

2    Two (2) electronic copies of any price proposal in PDF

    Please do not include the revised price proposal in the same volume as the revised technical proposal.

    This is not a request for final proposal revisions.  If you have any questions, please feel free to contact me at (202) 353-3326.

Enclosures
Sincerely,

**TIMOTHY BARNES**

Digitally signed by TIMOTHY BARNES
DN: c=US, o=U.S. Government, ou=Dept of Justice, ou=BOP, cn=TIMOTHY BARNES, 0.9.2342.19200300.100.1.1=15001001254782
Date: 2014.05.21 13:41:22 -04'00'

Tim Barnes
Contracting Officer
tbarnes@bop.gov

CONFIDENTIAL

CORECIVIC_1051552

## CCA

Past Performance

1. The BOP was made aware of a recent newspaper article by the Associated Press regarding CCA's Idaho Correctional Center in Boise, Idaho. The article, dated March 7th, stating that CCA is under investigation by the Federal Bureau of Investigation (FBI). The article specifically stated that "The FBI is investigating CCA and looking at whether various federal fraud statutes were violated and possibly other federal statutes connected with the fraud."
    - Please discuss the issues that led to this investigation.
    - Also, please discuss the issue regarding the understaffing which, according to the article, resulted in thousands of hours being understaff and was a violation of state law.
    - In your response, please also address what corrective actions CCA has taken to address this issue. How will CCA ensure this will not happen with any other CCA facilities?

## CCA
## NORTHEAST OHIO CORRECTIONAL CENTER, YOUNSTOWN, OH
## REQUIREMENT A

B. Technical:

Significant Weaknesses

1. The use of shared services throughout the proposal is considered a significant weakness. The proposal fails to provide details or plans to ensure the separation of the two populations during emergency situations.

### ADMINISTRATION AND MANAGEMENT

<u>Clarification:</u> **Please clarify your response in the following comments**
Regarding investigation of complaints (specifically, concerns expressed by BOP staff), the proposal states, "The response will be provided within a reasonable time while allowing sufficient time to investigate each complaint, <u>determine the validity of the concern</u>

CONFIDENTIAL                                                                                           CORECIVIC_1051553

and prepare appropriate action plans as necessary to resolve the concern". The validity of concerns expressed by the BOP is not open to a determination process.

Organizational Structure:

Weaknesses:

1. The proposed organizational chart failed to identify/specify in detail subcontracting services within Medical Services.

## INSTITUTION OPERATIONS

Inmate Accountability:

Weaknesses:
1. The proposal indicates BOP inmates may have incidental contact with non-BOP inmates. Any contact between the two populations is unacceptable. This indicates an unacceptable plan for separating the populations as required by the solicitation.

Institution Emergencies

Weaknesses:
1. The proposal continues to avoid providing details relating to the shared services by indicating the incident will be isolated to the extent possible. The proposal fails to provide details or plans to ensure the separation of the two populations during emergency situations.

## INSTITUTION SERVICES

Food Services:

Weakness:
1. BOP inmates and staff under a BOP contract are providing these services for non-BOP inmates.

Medical Program:

CONFIDENTIAL
CORECIVIC_1051554

**Weakness:**
1. The procedures for separating the populations during medical emergency situations remain ambiguous and do not provide enough detail to evaluate the approach to shared services in the area.

## CONTRACT ACTIVATION AND STAFFING

**Staffing:**

**Weaknesses:**
1. The proposal fails to indicate what positions will be shared.

2. The method in which the staffing plan is proposed is ambiguous not only for evaluation but also for gauging services provided throughout the life of the contract. Removing the methodology of 70% in lieu of defining it only makes it more difficult to evaluate.

3. The board finds the proposed methods of shared services unacceptable.

4. The proposed staffing plan fails to identify/specify in detail subcontracting services.

5. Other positions listed such as optometrist, diagnostician, education instructor and librarian also fail to offer all information required. The government was unable to evaluate the working days, number of staff per shift, relief factor, number of full time equivalents, hourly rates, etc.

**Physical Plant:**

**Weaknesses:**
1. During the site visit several areas were noted as non-compliant with ADA and were not addressed in the proposal or in the revised proposal. The plans submitted for the proposed areas did not show any renovations or current compliance.

CONFIDENTIAL

CORECIVIC_1051555

# CCA

## NORTHEAST OHIO CORRECTIONAL CENTER, YOUNGSTOWN, OH

## REQUIREMENT B

### ADMINISTRATION AND MANAGEMENT

A. Price:

The price proposed with the Northeast Ohio Correctional Center for Requirement B is considered very high.

B. Technical

Significant Weaknesses

1. The use of shared services throughout the proposal is considered a significant weakness.

Organizational Structure:

Weaknesses:
1. The proposed organizational chart failed to identify/specify in detail subcontracting services within Medical Services.

### INSTITUTION OPERATIONS

Inmate Accountability:

Weaknesses:
1. The proposal indicates BOP inmates may have incidental contact with non-BOP inmates. Any contact between the two populations is unacceptable. This indicates an unacceptable plan for separating the populations as required by the solicitation.

Institution Emergencies

Weaknesses:
1. The proposal continues to avoid providing details relating to the shared services by indicating the incident will be isolated to the extent possible. The proposal fails to provide details

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CORECIVIC_1051556

or plans to ensure the separation of the two populations during emergency situations.

## INSTITUTION SERVICES

### Food Services:

**Weakness:**
1. BOP inmates and staff under a BOP contract are providing these services for non-BOP inmates.

### Medical Program:

**Weakness:**
1. The procedures for separating the populations during medical emergency situations remain ambiguous and do not provide enough detail to evaluate the approach to shared services in the area.

## CONTRACT ACTIVATION AND STAFFING

### Staffing:

**Weaknesses:**
1. The method in which the staffing plan is proposed is ambiguous not only for evaluation but also for gauging services provided throughout the life of the contract. Removing the methodology of 70% in lieu of defining it only makes it more difficult to evaluate.

2. The proposal fails to indicate what positions will be shared.

3. The board finds the proposed methods of shared services unacceptable.

4. The proposed staffing plan fails to identify/specify in detail subcontracting services.

5. Other positions listed such as optometrist, diagnostician, education instructor and librarian also fail to offer all information required. The government was unable to evaluate the working days, number of staff per shift, relief factor, number of full time equivalents, hourly rates, etc.

CONFIDENTIAL

CORECIVIC_1051557

PHYSICAL PLANT

<u>Physical Plant:</u>

**Weaknesses:**
1. During the site visit several areas were noted as non-compliant with ADA and were not addressed in the proposal or in the revised proposal. Plans submitted for the proposed areas did not show any renovations or current compliance.

CONFIDENTIAL

CORECIVIC_1051558

CCA
DIAMONDBACK CORRECTIONAL FACILITY, WATONGA, OK
REQUIREMENT B

**A. Price:**

The price proposed with the Diamondback (both start date options) for Requirement B is considered very high.

**B. Technical –** The following represent comments for both start date options. Therefore, only send 1 technical proposal revision response. The technical proposal revision responses will represent both start date options.

## ADMINISTRATION AND MANAGEMENT

Organizational Structure:

Weaknesses:

1. The proposed organizational chart failed to identify/specify in detail subcontracting services within Medical Services.

## CONTRACT ACTIVATION AND STAFFING

Staffing:

Weaknesses:
1. The proposed staffing plan fails to identify/specify in detail subcontracting services.  Other positions listed such as optometrist, diagnostician, education instructor and librarian also fail to offer all information required.  The government was unable to evaluate the working days, number of staff per shift, relief factor, number of full time equivalents, hourly rates, etc.

CONFIDENTIAL

CORECIVIC_1051559

CCA
PRAIRIE CORRECTIONAL FACILITY, APPLETON, MN
Requirement B Start date (1740 beds – both start date options)

**B. Technical –** The following represents comments for both start date options. Therefore, only send 1 technical proposal revisions response. The technical proposal revision responses will represent both start date options.

## ADMINISTRATION AND MANAGEMENT

Organizational Structure:

**Weaknesses:**
1. The proposed organizational chart failed to identify/specify in detail subcontracting services within Medical Services

## CONTRACT ACTIVATION AND STAFFING

Staffing:

**Weaknesses:**
1. The proposed staffing plan fails to identify/specify in detail subcontracting services.

2. Other positions listed such as optometrist, diagnostician, education instructor and librarian also fail to offer all information required.  The government was unable to evaluate the working days, number of staff per shift, relief factor, number of full time equivalents, hourly rates, etc.

## PHYSICAL PLANT

Physical Plant:

CONFIDENTIAL

CORECIVIC_1051560

Weaknesses:
1. The offeror does not explain compliance with ADA.  During the site visit several areas were noted not in compliance.  The plans submitted for the proposed areas do not show any renovations or current compliance.
2.
3. The existing space designated for receiving and discharge is small and does not provide a functional area for interviews, searches or medical screening.

CONFIDENTIAL
CORECIVIC_1051561

CCA
PRAIRIE CORRECTIONAL FACILITY, APPLETON, MN
Requirement B Start date (2000 bed count - both start date options)

**B. Technical** – The following represents comments for both start date options. Therefore, only send 1 technical proposal revisions response. The technical proposal revision responses will represent both start date options.

## ADMINISTRATION AND MANAGEMENT

Organizational Structure:

Weaknesses:
1. The proposed organizational chart failed to identify/specify in detail subcontracting services within Medical Services

## CONTRACT ACTIVATION AND STAFFING

Staffing:

Weaknesses:
1. The proposed staffing plan fails to identify/specify in detail subcontracting services.

2. Other positions listed such as optometrist, diagnostician, education instructor and librarian also fail to offer all information required. The government was unable to evaluate the working days, number of staff per shift, relief factor, number of full time equivalents, hourly rates, etc.

## PHYSICAL PLANT

Physical Plant:
Weaknesses:
1. The offeror does not explain compliance with ADA. During the site visit several areas were noted not in compliance. The

CONFIDENTIAL                                                                              CORECIVIC_1051562

plans submitted for the proposed areas do not show any renovations or current compliance.

2. The existing space designated for receiving and discharge is small and does not provide a functional area for interviews, searches or medical screening. Repurposing the office space into two interview rooms is beneficial, but does not alleviate the concern with the small overall space and potential security and safety concerns when processing a large number of inmates.

CONFIDENTIAL

CORECIVIC_1051563