# EXHIBIT 57
# [Filed Under Seal]

| | |
|---|---|
| **From:** | Hall, Keith |
| **Sent:** | Friday, October 17, 2014 3:35 PM |
| **To:** | Robinson, John; Beasley, Jeb; MURRAY, Don |
| **Cc:** | Wengler, Valerie; Baxter, John; Baxley Jr, Stephen |
| **Subject:** | FW: EDN - CONTRACT FACILITY MONITORING PROGRAM REVIEW RESPONSE |
| **Attachments:** | EDN_CFM10_Response - 2014-10-17.pdf |

I have attached the final decision on our appeal of the CFM review at Eden. We were successfully in getting the repeat deficiencies in Health Services reduced from 6 to 4, but they did not remove the significant finding. The lock out tag out deficiency was likewise removed. Couple of the general comments were revised.

Warden Bedard will be meeting with local BOP on Monday and there is a possibility that they may revised some of the other deficiencies. Facility is working on the POAs.

We will keep you posted.

Keith

Keith E. Hall
Managing Director
Facility Operations, Division 1
Cell (325) 456-5851
Voicemail (615) 263-3969
Fax (615) 565-9984

**From:** BOP-PRD/Correspondence~ BOP-PRD/Correspondence~ [mailto:BOP-PRD/Correspondence~@bop.gov]
**Sent:** Friday, October 17, 2014 2:05 PM
**To:** BOP-ADM/Assistant Director BOP-ADM/Assistant Director; BOP-ADM/Privatized Corr Contracting BOP-ADM/Privatized Corr Contracting; BOP-CCD/Privatization BOP-CCD/Privatization; BOP-CPD/Assistant Director BOP-CPD/Assistant Director; BOP-FPI/Assistant Director BOP-FPI/Assistant Director; BOP-HRM/Assistant Director BOP-HRM/Assistant Director; BOP-HSD/Assistant Director BOP-HSD/Assistant Director; BOP-IPP/Assistant Director BOP-IPP/Assistant Director; BOP-OGC/Assistant Director BOP-OGC/Assistant Director; BOP-PRD/Contract Facility Monitoring BOP-PRD/Contract Facility Monitoring; CED/Oversight Mgr CED/Oversight Mgr; EDN/Warden EDN/Warden; Hall, Keith
**Cc:** Paul Layer
**Subject:** EDN - CONTRACT FACILITY MONITORING PROGRAM REVIEW RESPONSE

Your message is ready to be sent with the following file or link attachments:

EDN_CFM10_Response - 2014-10-17

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

1

CONFIDENTIAL                                                                 CORECIVIC_0101648



**U.S. Department of Justice**

**Federal Bureau of Prisons**

Program Review Division

Washington, D.C. 20534
October 17, 2014

Laura E. Bedard, Ph.D., Warden
Eden Detention Center
Eden, Texas

Re: Contract #DJB-1PC-005 – Agency Response to Contractor's
    Dispute of Contract Facility Monitoring Report

This responds to your September 5, 2014, dispute of the
following items from the final report of the Contract Facility
Monitoring (CFM) review conducted at the Eden Detention Facility
August 5-7, 2014. You requested each disputed item be removed
from the final CFM report.

The results of our review are as follows, and the original CFM
findings dated August 24, 2014, are revised as detailed herein.

**1) GENERAL COMMENT – Fire Alarm Testing**

**Original CFM Finding** – "Not all fire alarms are tested in
accordance with National Fire Protection Association procedures.
Closer oversight by Safety staff is necessary to ensure these
life safety devices are tested in accordance with policy."

**Contractor Response** – *"The National Fire Protection Association
(NFPA) website (nfpa.org) provides the most current Fire Alarm
Inspection and Testing Form 72-10 (Form). This Form states 'it
shall be permitted to modify this form as needed to provide a
more complete and/or clear record.' After consulting with our
fire alarm testing contractor, they have reviewed their modified
Form and confirmed that it contains all of the relevant
provisions in compliance with the NFPA procedures. We request
this general comment be removed from the final report."*

**Final CFM Decision** – The general comment is revised in its
entirety to read as follows:

"The fire alarm inspection conducted August 16, 2013, by the
Contractor's fire alarm testing contractor was not documented in
accordance with National Fire Protection Association (NFPA) form

Case 3:16-cv-02267    Document 400-7    Filed 01/22/21    Page 3 of 30 PageID #: 21626

CONFIDENTIAL                                                    CORECIVIC_0101649

NFPA 72. Specifically, the "Appliance Type", "Location/Identifier", and "Test Results" for each station tested were not individually listed."

Revision of this general comment is supported by the working papers, Step 10.7.8, pages 1, 4, and 12 (15 of 15 pages are included with this response as "Attachment A"). Page 4 represents the Contractor's fire alarm testing report, specifically, the section titled "Alarm Initiating Device Information." That section neither provides individual information for each station tested, nor their pass/fail determinations. This is contrary to the requirement for completing form NFPA 72 (page 12), which requires listing the "Appliance Type", "Location/Identifier", and "Test Results."

While the form NFPA 72 indicates "[i]t shall be permitted to modify this form as needed to provide a more complete and/or clear record," the documentation provided by the Contractor on its modified form for this step did not achieve that goal. To the contrary, the information recorded on the Contractor's modified form was <u>less</u> specific with regard to the testing and results of individual stations, and consequently provided a <u>less</u> "complete and/or clear record."

## 2) GENERAL COMMENT – Updated Computer Hardware

**Original CFM Finding** – "Not all required Computer Services equipment has been obtained by the contractor, specifically Spectra Logic T50e with 20 Slot tape backup library, SyncSort Backup Express 3.x, Window 2008 R2 Server, and HP 8000 Elite desktop computers. Per modification, Attachment J-19, Information System Requirement, these items must be purchased and utilized."

**Contractor Response** – "*The current Attachment J-19 includes the following language which makes it clear that we were not required to immediately purchase the referenced equipment: 'The IT computing equipment (hardware) specifications included in the attachment apply to new equipment purchases and replacements of existing functional IT computing equipment at the end of life of such equipment.'*

*The equipment referenced above has not reached the end of life.*

CONFIDENTIAL

CORECIVIC_0101650

*For the reasoning listed above, we request this general comment
be removed from the final report."*

**Final CFM Decision – The general comment is removed.**


**3) DEFICIENCY – Information Systems and Security – Updated Virus
Definitions**

**Original CFM Finding** – "Workstations did not contain current
virus definition files."

**Contractor Response** – *"Since the workstations are updated
manually, we update the files three times per week which
complies with the requirement for 'current' virus definition
files since the PS 1237.13 does not define 'current'. The virus
definition files (DEF) in question were created by the software
manufacturer on August 3, 2014 and were manually updated to
Eden's BOP workstations on August 4, 2014. The auditor reviewed
the files on August 6, 2014[.]*

*Please note that on January 17, 2012, Eden requested via email
to Greg Smith, BOP National Network Support Chief, that the
Bureau of Prisons allow limited internet access to facilitate
the automatic updating of the DEF files; however, we have not
received a response to our request. We reiterate our request to
allow automatic updates on BOP workstations[.]"*

**Final CFM Decision – The deficiency is supported and remains as
originally written.**

On the date of the review (August 6, 2014), the installed virus
definitions were three days old (dated August 3, 2014). The CFM
examiner determined that more current definition files were
available as of August 5, 2014. You did not present any
supporting documentation indicating the time of day on August 5,
2014, that the definition files were available and/or actually
installed.

The Contractor is obligated to comply with Bureau of Prisons
Program Statement No. 1237.14, <u>Information Security</u>, Chp. 2,
Sec. g.(3), which states in relevant part: "Anti-virus software
and virus definition files (DEF) should be updated as required
and current." This provision is commonly defined, understood,
and enforced as an obligation to have the most recent definition
files installed at the time of review or, at the latest, no more
than 24 hours beyond the time they became available for

Case 3:16-cv-02267    Document 400-7    Filed 01/22/21    Page 5 of 30 PageID #: 21628

CONFIDENTIAL                                                                CORECIVIC_0101651

installation.  In this case, the virus definition files were not "current" insofar as newer ones existed, were available, and should have been installed prior to the review August 6, 2014.

At your election, you may submit further documentation on this issue for consideration.

Finally, your reference to an unanswered January 2012 request to BOP for internet access to facilitate automatic updating of files does not relieve you of the responsibility to have updated the virus definition files with the most current version prior to the CFM review.  Additionally, you should consult your on-site BOP COR or CO with regard to renewing your request.


4)  **DEFICIENCY - SIGNIFICANT FINDING - Health Services – Administration and Patient Care**

**Original CFM Finding** – "Condition and Effect - There were inadequate controls in the clinical care and staffing area of Health Services to ensure compliance with established procedures and practices.  These inadequacies create a lack of appropriate intervention, treatment, and programs to promote a healthy, safe, and secure environment.  Many issues from previous monitorings have not been corrected.  Medical needs and documentation were incomplete, including reports."

**Contractor Response** – *"We strongly disagree that the Health Services deficiencies should result in a significant finding. We have always had a contract physician and a full-time mid-level provider on staff which has allowed us to maintain a healthy, safe and secure environment for the inmates entrusted to our care. We are also pleased to report that we have a new full time physician on staff effective August 11, 2014. In addition, the majority of our nursing positions remained filled. Overtime was used in some instances to provide coverage when there were nursing vacancies allowing the appropriate services to continue to be provided to the inmates. While we acknowledge that there were repeat deficiencies in Medical Services during the recent CFM review, none of the deficiencies rise to a level that indicates there are inadequate controls. We are taking the necessary steps to address the deficiencies, however, the CFM did not reveal systematic problems. Furthermore, there were no emergent or nonemergent medical needs that resulted from a deficiency. Lastly, we are unaware of any documentation issues.*

CONFIDENTIAL                                                      CORECIVIC_0101652

*For the aforementioned reasons, we respectfully request the removal of the Health Services Significant Finding from this report."*

**Final CFM Decision – The deficiency/significant finding is supported and remains as originally written.**

The following CFM analysis only addresses those specific issues you raised in your dispute. The original CFM findings that were not raised in your dispute remain part of the original report, without further explanation. As a result, the aggregate of sustained evidentiary deficiencies, and repeat deficiencies, support the conclusion that your health services program lacked appropriate intervention, treatment, and programs to promote a healthy, safe, and secure environment, and thus constituted a significant finding.

### a. Staffing

At the time of the review (August 5-7, 2014), CFM reviewing staff were informed by the HSA, contractor personnel, and BOP on-site staff that the on-site physician quit his full-time position in December 2013. Since then, he only performed on-site services on occasional (not every) weekends. Additionally, your response verifies that an on-site, full-time physician was only recently hired, August 11, 2014.

Policy CCA-13-76 requires a physician to be responsible for overseeing the medical care of all inmates. The lack of an on-site, full-time physician for 8 months caused the other health services staff to work without supervision. A physician is the clinical authority in the medical department and should be available to supervise clinical staff, including physician assistants and nurses. This is a key position that should not have been vacant for such an extensive period of time. Finally, it was also determined during the review that nine (9) other positions were vacant (6 nurses, a dentist, a medical records clerk, and a dental assistant), as indicated on a document obtained during the review.

### b. Documentation

Your claim to be unaware of documentation discrepancies is contradicted by the CFM review findings, which were reported to you in detail. Documentation issues were mentioned in the deficiencies in the pulmonary clinics for incomplete S.O.A.P.E. notes, and in the hepatitis C clinics for incomplete

CONFIDENTIAL

CORECIVIC_0101653

documentation of treatment plan.  Documentation issues were also noted in the Medication Administration forms (MARS), for which an "advise" was written.  Another documentation issue was mentioned in the refusal of treatment for hepatitis C in one inmate.  Another documentation issue was mentioned in the mortality case, in which the PA's notes are contradicted by the on-site emergency flow sheet (PA indicates that inmate was pain free, and emergency flow sheet indicates that he had chest pain during the same period of time).  The policies for these deficiencies and issues are: CCA-13-58 (S.O.A.P.E. format); SOW/clinical practice guidelines (treatment for hepatitis C); CCA-13-70 (documentation in MARS); and CCA-13-49 (refusal of treatment).

**5)  DEFICIENCY - Health Services – Immunization – Pulmonary Clinic**

**Original CFM Finding** – "Immunizations are not in accordance with policy in the pulmonary clinics."

**Contractor Response** – "*In regards to the four inmates identified for not receiving the flu vaccine, they all arrived at the facility late spring. BOP PS 6190.04, Infectious Disease Management states that 'Influenza, Pneumococcal, Tetanus/Diphtheria, and Measles/Mumps/Rubella immunizations will be provided routinely to inmates in accordance with CDC guidelines and guidance from the Medical Director.'  The CDC guidelines state 'Flu vaccination should begin soon after vaccine becomes available, ideally by October. However, as long as flu viruses are circulating, vaccination should continue to be offered throughout the flu season, even in January or later. While seasonal influenza outbreaks can happen as early as October, most of the time influenza activity peaks in January or later.'  The CDC does not define 'later.'  The flu vaccine was not offered to the inmates in late spring as we would need to repeat the flu vaccine in the fall of 2014 based on the flu vaccine strain identified for the upcoming season.  We are in compliance with the CDC guidelines.*"

**Final CFM Decision - The deficiency is supported and remains as originally written.**

The deficiency in the pulmonary clinics was not only because inmates did not receive the flu vaccines, but also because they did not receive the pneumococcal vaccine (both are required by policy).  The following inmates did not receive both vaccines:

CONFIDENTIAL

CORECIVIC_0101654

10286-179; 43457-110; 90589-280; and 04571-408. These inmates
did not arrive in late spring (10286-179 arrived on 4/01/14;
43457-110 arrived on 9/15/10 and was transferred out on writ on
1/27/14, he returned on 5/08/14; 90589-280 arrived on 4/01/14,
then he was out on writ on 5/06/14 and returned on 5/19/14;
04571-408 arrived on 5/21/14). Regardless of their arrival
dates, the CDC states that the flu vaccine should be given as
soon as available because it is difficult to determine an
optimal timing to administer it in a given year. CDC also
states that flu is unpredictable and the infection can occur as
late as May, and the vaccine will be beneficial as long as
viruses are circulating. This is required in the SOW, U.S.
Preventive Services Task Force, CDC, and BOP clinical Practice
Guidelines.


**6) DEFICIENCY - Health Services – Immunization – Hepatitis C
patients**

**Original CFM Finding** – "Immunizations for inmates with hepatitis
C were not in accordance with policy."

**Contractor Response** – "*In the two cases identified for inmates
not having Hepatitis vaccines, one inmate arrived on June 20,
2014 and was released on August 25, 2014. The attending provider
documented on July 19, 2014, during the Hepatitis C chronic care
clinic that the inmate was pending release in one/two months.
Hepatitis A vaccine is given in two doses within a six month
timeframe. Hepatitis B vaccine is given in three doses within a
6 month timeframe. With a pending release date and length of
stay less than nine (9) weeks, the Hepatitis vaccine was not
administered because the inmate would not be able to get the
full treatment The other inmate identified for not having the
Hepatitis vaccine signed a refusal for Hepatitis C treatment on
February 15, 2014. Hepatitis titer lab work was ordered by the
provider to determine his Hepatitis status. The results
indicated the inmate was Hepatitis A immune. Due to signing a
refusal for Hepatitis C treatment on February 15, 2014,
Hepatitis B vaccines were not offered. While we acknowledge that
the refusal form could have provided more specific details
regarding the refusal, the refusal of Hepatitis C treatment was
listed on the form.*"

**Final CFM Decision** - **The deficiency is supported and remains as
originally written.**

CONFIDENTIAL                                                                    CORECIVIC_0101655

In the hepatitis C clinics, inmate # 49564-279 did not receive the hepatitis B vaccine series because he was released within 2 months and it would not be enough time to complete the three dose series over the regular six month period. However, CDC recommends an alternative regimen, which consists of a 4-dose Twinrix schedule (first dose on day 0, second dose on day 7, third dose on days 21-30, and a booster can be given on month 12). In this regimen the inmate can receive three doses during the first month instead of the six month period recommended on the regular regimen. This inmate was at Eden two months, enough time to administer the first three doses of the alternative regimen. Additionally, all vaccine series do not have to be administered at the same facility. Inmates can continue follow-up in their new destination or after release. Policy was not followed in this case.

Inmate # 73035-279 did not receive the hepatitis B vaccine series because he signed a refusal form. The refusal form the inmate signed, however, is not specific for vaccines. The refusal states the inmate was offered "treatment". Treatment and immunizations are not the same thing. Treatment refers to medications and follow-up in clinics, while immunizations refer to vaccines. Immunizations can be given to inmates who are receiving or not receiving treatment. Policy CCA 13-49 states that complete documentation will be included in the records if the inmate refuses treatment, procedures or examinations. Documentation in this case was not in accordance with policy.

## 7) REPEAT DEFICIENCIES – Health Services – Immunizations

**Original CFM Findings** – The following deficiencies were characterized as separate repeat deficiencies:

a. "Immunizations are not in accordance with policy in the pulmonary clinics";

b. "Immunizations for inmates with hepatitis C were not in accordance with policy"; and

c. "Immunizations in the diabetes clinics are not in accordance with policy."

**Contractor Response** – *"The prior audit had one finding for immunization. For audit consistency, Eden requests the three repeat deficiencies be consolidated into one repeat deficiency."*

CONFIDENTIAL

CORECIVIC_0101656

**Final CFM Decision** – The three individual deficiencies are revised to reflect a single, aggregated, repeat deficiency, consistent with their grouping in the CFM review conducted August 2013.


**8) REPEAT DEFICIENCY** – Health Services – Medical Management of Inmate Prior to Death

**Original CFM Finding** – "Medical Management of an inmate's condition prior to his death was not in accordance with policy."

**Contractor Response** – *"The Physician Assistant documented that the inmate was pain free after the second dose of Nitroglycerin. As a result, the inmate did not receive a third dose of nitroglycerin. This practice is consistent with the standards of care since the inmate was pain free. Please see attached record. Accordingly, we dispute this deficiency and request to remove it from the final report."*

**Final CFM Decision** - The repeat deficiency is supported and remains as originally written.

The incident you describe in your dispute occurred subsequent to the incident for which the repeat deficiency was written. Your dispute references an incident that occurred December 4, 2013, where the inmate was evaluated for chest pain by the PA, who ordered nitro.

The incident for which the repeat deficiency is written, however, occurred November 13, 2013 at 10:09am. At that time, the inmate had chest pain, diaphoresis and elevated blood pressure. An EKG was done at 10:27am, and it showed abnormal changes suggestive of an inferior infarct. The PA ordered to start an IV, oxygen and transfer to ER. At 10:30 am, the PA documented that nitro was not administered because pain was resolved. This information contradicts the documentation in the on-site emergency flow sheet, which indicates the inmate had chest pain from 10:12am until 10:34am. The flow sheet indicates that no medication was given. At 10:31am the EMS (ambulance) was called, and they arrived to the facility at 10:45am. EMS personnel left the facility with the inmate at 10:51am. He was admitted to the hospital, and a coronary artery bypass graft (CABG) was scheduled, but he developed an infection in the IV site, which is the reason the CABG was postponed. Eventually a CABG was done, but the inmate developed cardiac arrest and died at the hospital on December 11, 2013.

Case 3:16-cv-02267    Document 400-7    Filed 01/22/21    Page 11 of 30 PageID #: 21634

CONFIDENTIAL                                                                                    CORECIVIC_0101657

This inmate had coronary artery disease, and presented episodes of chest pain, which were not always managed as required by policy. The SOW requires emergency medical care to be provided onsite, and policy CCA 13-34 requires that on-site emergency care be provided as soon as possible. BOP clinical practice guidelines require chest pain to be treated with nitro every 5 minutes up to 3 doses if blood pressure is higher than 90/60. Medical management of events related to this inmate's death was not in accordance with policy.

## 9) DEFICIENCY - Safety and Environmental Health – Energy Control Procedures

**Original CFM Finding** – "Energy control procedures do not meet the requirements of Standard 29 CFR 1910.147(c)(4)(ii)."

**Contractor Response** – "*29 CFR 1910.147(c)(6)(ii) states 'The employer shall certify that the periodic inspections have been performed. The certification shall identify the machine or equipment on which the energy control procedure was being utilized, the date of the inspection, the employees included in the inspection, and the person performing the inspection'. CCA1s Team Safety Program Manual, Appendix C.3 Lockout-Tagout (Revised 12/14/12) (pg 9), which is based on the CFR, states, 'the Facility Safety Authority shall conduct a periodic inspection of the energy control procedure at least annually to ensure compliance with this procedure and the Facility Safety Authority shall certify that the periodic inspections have been performed.'*

*The auditor found the inspections were not conducted with all authorized employees because the inspector was also the certifier. We are unaware of any official guidance that supports this contention. The auditor used an 'ASK OSHA' blog to support his finding which states 'The employer shall certify that the periodic inspections have been performed. The certification shall identify the machine or equipment on which the energy control procedure was being utilized, the date of the inspection, the employees included in the inspection, and the person performing the inspection. Therefore, the person performing the inspection cannot be the person who certifies.' However, the document contains a disclaimer stating 'Responses to the Electronic Mail Forms are for informational purposes only, and do not constitute an official communication of the U.S. Department of Labor or OSHA. For an official response,*

CONFIDENTIAL

CORECIVIC_0101658

*please submit your inquiry in writing.' Since this is not an official communication from the U.S. Department of Labor or OSHA and Eden's Lockout-Tagout policy complies with 29 CFR 1910.147(c)(6)(ii) and CCA1s Team Safety Program Manual, Eden requests the deficiency be removed from the final report."*

**Final CFM Decision - The deficiency is removed.**


**10) DEFICIENCY - Safety and Environmental Health – Waste Disposal**

**Original CFM Finding** – "Proper waste disposal procedures are not being followed in dental."

**Contractor Response** – *"The City approved our request to discard waste in the sewer on August 28, 2014 and indicated that the waste has a slightly basic ph and should actually aid with nitrification in the waste. Please see attached approval."*

**Final CFM Decision - The deficiency is supported and remains as originally written.**

The contractor's requirement for approval from the local jurisdiction to dispose of the materials is not disputed. Neither is it disputed that the necessary authorization did not exist on the date of the review, but was subsequently provided August 28, 2014. While the authorization appears to have corrected the situation, it was not in place during the review.


**11) GENERAL COMMENT – Special Housing Unit Population**

**Original CFM Finding** – "Twenty-three of sixty inmates in the Special Housing Unit are celled alone. There are no inmates in the Special Housing Unit pending bed space for general population."

**Contractor Response** – This general comment was not disputed by the Contractor. However, upon further review, it is being revised as indicated below, to provide clarity and context.

**Final CFM Decision** – **The general comment is revised in its entirety to read as follows:**

**"Twenty-three of sixty inmates in the Special Housing Unit are celled alone. The CFM reviewer did not request, and the**

CONFIDENTIAL

CORECIVIC_0101659

Contractor did not provide, any information regarding the reasons supporting the single-cell placements, and there is no implication that any of the single-cell placements were inappropriate or unsupported. This issue is noted only as a reminder that double-cell placements can prevent suicide, and are preferred to single-cell placements in the absence of compelling reasons not to do so. Additionally, there were no inmates in the Special Housing Unit pending bed space for general population."

Respectfully submitted,

Craig E. Coil, COR
Core Section Chief
Program Review Division

CONFIDENTIAL

CORECIVIC_0101660

# Attachment A

CONFIDENTIAL

CORECIVIC_0101661

**U. S. Department of Justice**

**Federal Bureau of Prisons**

**WORKING PAPERS**
8/20/2013

*Washington, D.C. 20534*     **MIC** ④

**Institution:** <u>Eden, Texas</u>

**Subject:** <u>Safety & Environmental Health/Facilities</u>

**Page** ___1___ of ___15___

**Date:** 9/7/14    **Signature:** _____

10.7.8 Review documentation to determine if the fire alarm system is inspected, tested, and maintained properly.

Ref: NFPA 72

REVIEW OF DOCUMENTATION REVEALED ANNUAL FIRE ALARM INSPECTIONS WHERE PERFORMED FOR THE FOLLOWING BUILDINGS: BOP, SHU/H, MAIN. INSPECTIONS WERE NOT PROVIDED FOR BUILDINGS: F&G UNIT, KITCHEN, RECREATION/TRAINING, WAREHOUSE OR MAINTENANCE.

✱ DOCUMENTATION OF THE FIRE ALARM INSPECTIONS CONDUCTED IS NOT IN COMPLIANCE WITH NFPA 72. SPECIFICALLY, INITIATION AND ACTIVATION DEVICES ARE REQUIRED TO BE SINGULARLY IDENTIFIED AND LISTED. LOCATION OF EACH DEVICE AND PASS/FAIL.

**GENERAL COMMENT**
**RESPONSE REQUIRED**

✱ 8/7/14 FMCB FURTHER REVIEW REVEALED THE MISSING AREAS ARE NOTED UNDER THE SECTION TITLED "MAIN".

**SENSITIVE BUT UNCLASSIFIED (SBU)**

CONFIDENTIAL

CORECIVIC_0101662

**(Ener-Tel logo)** Ener-Tel

## FIRE ALARM
### INSPECTION AND TESTING FORM

B.O.P. Bldg.

**Service Organization**

Name: Ener-Tel Services Inc.
Address: 45512 Adobe Dr, San Angelo, TX
Representative: Daniel W. Lambert
License No.: RAS - 1521
Telephone: 325-658-8375

**Property Name:** Eden Detent. Cntr.
**NOTES** Batteries: ___ Dates: ___

(1) FACP (2) IRV-7AH - 8-25-11

**Monitoring Entity**

Local only

**Approving Agency**

State Fire Marshal
Paul Maldonado
(512) 305-7900/1-800-578-4677

**Type Transmission** — All Functions Normal - Note N/A
☐ McCulloh  ☐ Reverse Polarity
☐ Multiplex  ☐ RF
☑ Digital  ☐ Other (Specify) N/A

**Service**
☐ Weekly  ☑ Semiannually
☐ Monthly  ☐ Annually
☐ Quarterly  ☐ Other (Specify) N/A

**Control Panel**

FACP Manufacturer: Fireshield
Model No.: B.7
Software Rev.: N/A
Last System Service Date: 8-25-11
Last Software or Config. Revision Date: N/A
☑ Alarm Verification Enabled

**System Power Supplies**

(A) Primary (Main) Nom. Volt: 120 Amps: 20
Overcurrent Protection: Type: Brk. Amps: 20
Location of Panel: Panel A
Disconnect Label: Panel A - 21

(B) Secondary (Standby)
Qty.: 2  Storage Batteries
Capacity: ☑ 24hrs ☐ 60 Hrs.
Qty.: 0  Engine Drive Generator
Fuel Storage Location: N/A

**THIS TESTING WAS PERFORMED IN ACCORDANCE WITH APPLICABLE NFPA STANDARDS.**
☑ System Returned to Normal Operation  Date: 8-25-11  Time: 2:00p
Inspector: Daniel W. Lambert  Date: 8/9/13  Time: 3:10p  Signature:
Owner Representative: KS  Date: 8/9/13  Time: 3:10p  Signature:

CONFIDENTIAL                                              CORECIVIC_0101663

**Ener-Tel**

# FIRE ALARM
## INSPECTION AND TESTING FORM

**Service Organization**
Name: **Ener-Tel Services Inc.**
Address: **45512 Adobe Dr, San Angelo, TX**
Representative: **Daniel W. Lambert**
License No.: **RAS - 1521**
Telephone: **325-658-8375**

**Property Name**
Name: _Eden Deten Cntr_
Address: _____
Contact: _____
Telephone: _____
☑ Notified before test.
☑ Notified after test.

Batteries: _____ NOTES _____ Dates:

① _FACP - (2) 12V-12Ah - 9-02-11_
_AVP#1 - (2) 12V-7Ah - 9-02-11_
_AVP#2 - (2) 12V-7Ah - 9-02-11_

**Monitoring Entity**
_Local only_
Account No.: _____
☐ Notified before test. Time:____ Hours
☑ Notified after test. Time:____ Hours

**Approving Agency**
Owner: **State Fire Marshal**
Name: **Paul Maldonado**
Telephone: **(512) 305-7900/1-800-578-4677**
☑ Will be notified of any system impairments.

**Type Transmission** ☑ All Functions Normal - Note N/A
☐ McCulloh   ☐ Reverse Polarity
☐ Multiplex   ☐ RF
☑ Digital      ☐ Other (Specify) N/A

**Service**
☐ Weekly      ☐ Semiannually
☐ Monthly    ☑ Annually
☐ Quarterly  ☐ Other (Specify) N/A

**Control Panel**
FACP Manufacturer: _Est 3_
Model No.: _Est 3_
Software Rev.: N/A
Last System Service Date: _8-28-12_
Last Software or Config. Revision Date: N/A
☐ Alarm Verification Enabled
Initiating Device Circuits ___ ☑ Monitored for Integrity
Qty. ___ Class ___ Style: ___
Signaling Line Circuits ___ ☑ Monitored for Integrity
Qty. ___ Class _0_ Style: _Rel_
Notification Appliance Circuits ___ ☑ Monitored for Integrity
Qty. ___ Class ___ Style: ___

**System Power Supplies**
(A) Primary (Main): Nom. Volt. 120  Amps 20
Overcurrent Protection: Type Brk  Amps 20
Location of Panel: _Brke #20_
Disconnect Loc. _Brke #20_
(B) Secondary (Standby):
Qty. _2_  Storage Batteries
Capacity: ☑ 24 hr.  ☐ 60 hr.
Qty. _0_  Engine Driven Generator
Fuel Storage Location: N/A
Type Battery:
☐ Dry Cell  ☐ Sealed Lead Acid
☐ Ni-Cad   ☐ Lead Acid
                ☐ Other (Specify) N/A
(C) Emergency or standby system used as a backup to primary power supply, instead of using a secondary power supply.
☐ Emergency system described in NFPA 70, Art. 700
☐ Legally required standby described in NFPA 70, Art. 701
☐ Optional standby described in NFPA 70, Art. 702, which also meets the performance requirements of NFPA 70, Art. 700 or 701.

② (2) Annunciators (local)

**Alarm-Initiating Device Information**
| Qty. | Type | Note |
|---|---|---|
| | Manual Fire Alarm Boxes | ☑Pass ☐Fail |
| | Ion Detectors | ☑Pass ☐Fail |
| | Photo Detectors | ☑Pass ☐Fail |
| | Duct Detectors | ☑Pass ☐Fail |
| | Heat Detectors | ☑Pass ☐Fail |
| | Waterflow Switches | ☑Pass ☐Fail |
| | Supervisory Switches | ☑Pass ☐Fail |
| | Other N/A | ☐Pass ☐Fail |

**Alarm Notification Appliance Information**
| Qty. | Type | Visual | Functional | Note |
|---|---|---|---|---|
| 0 | Bells | ☐ | ☐ | |
| | Horns | ☐ | ☐ | |
| | Chimes | ☐ | ☐ | |
| | Strobes | ☐ | ☐ | |
| | Speakers | ☐ | ☐ | |
| | Other, Horn/Strobe | ☐ | ☐ | |

**Supervisory Signal Initiating Devices**
| Qty. | Type | | | |
|---|---|---|---|---|
| | Building Temperature | ☐Pass ☐Fail | | |
| | Water Temperature | ☐Pass ☐Fail | | |
| | Site Water Level | ☐Pass ☐Fail | | |

**Supervisory Signal Initiating Devices (cont'd)**
| Qty. | Type | | | |
|---|---|---|---|---|
| | Fire Pump Power | ☐Pass ☐Fail | | |
| | Fire Pump Running | ☐Pass ☐Fail | | |
| | Pump Auto Position | ☐Pass ☐Fail | | |
| | Pump Trouble | ☐Pass ☐Fail | | |
| | Gen. Auto Position | ☐Pass ☐Fail | | |
| | Generator Trouble | ☐Pass ☐Fail | | |
| | Switch Transfer | ☐Pass ☐Fail | | |
| | Generator Running | ☐Pass ☐Fail | | |
| | Other N/A | ☐Pass ☐Fail | | |

**System Tests and Inspections**
| Type | Visual | Functional | Note | Type | Visual | Functional | Note |
|---|---|---|---|---|---|---|---|
| Control Unit | ☑ | ☑ | | Emergency Communications Equipment | | | |
| Interface Equipment | ☑ | ☑ | | Phone Set | ☐ | ☐ | |
| Lamps/LE.D.s | ☑ | ☑ | | Phone Jacks | ☐ | ☐ | |
| Fuses | ☑ | ☑ | | Off-Hook Indicator | ☐ | ☐ | |
| Primary Power Supply | ☑ | ☑ | | Amplifier(s) | ☐ | ☐ | |
| Trouble Signals | ☑ | ☑ | | Tone Generator(s) | ☐ | ☐ | |
| Disconnect Switches | ☑ | ☑ | | Call-In Signal | ☐ | ☐ | |
| Ground Fault Monitoring | ☑ | ☑ | | System Performance | ☐ | ☐ | |
| Secondary Power | ☑ | | | Interface Equipment | ☐ | ☐ | |
| Battery Condition | | | | | Visual | Functional | Note |
| Load Voltage | | ☑ | | | ☐ | ☐ | |
| Discharge Test | | ☑ | | | ☐ | ☐ | |
| Charger Test | | ☑ | | | ☐ | ☐ | |
| Specific Gravity | | ☑ | | Special Hazard Systems | | | |
| Transient Suppressors | ☐ | ☐ | | | ☐ | ☐ | |
| Remote Annunciators | ☐ | ☐ | | | ☐ | ☐ | |

N/A

_Daniel Blatt Taggen_
_Daniel Blatt_

THIS TESTING WAS PERFORMED IN ACCORDANCE WITH APPLICABLE NFPA STANDARDS.
☑ System Returned to Normal Operation   Date: _8-16-13_  Time: _3:00pm_
☐ Condition(s) noted attached.
Inspector: **Daniel W. Lambert**  Date: _8/16/13_  Time: _3:00pm_  Signature: _____
Owner Representative: _NS_  Date: _8/16/13_  Time: _3:00pm_  Signature: _____

Page 1 of ___

CONFIDENTIAL
CORECIVIC_0101664

**Ener-Tel**
v1.0

**FIRE ALARM**
**INSPECTION AND TESTING FORM**

**Service Organization**
Name: Ener-Tel Services Inc.
Address: 45512 Adobe Dr, San Angelo, TX
Representative: Daniel W. Lambert
License No.: RAS - 1521
Telephone: 325-858-8375

**Property Name**
Name: _Eden Detox CN_
Address: _____
Contact: _____
Account No.: _____
Telephone: _____

**NOTES**
Batteries: _____ Dates: _____

FACP - (2) 12V 55AH - 11/10
AVPS #1 - (2) 12V 7AH - 3-13
AVPS #2 - (2) 12V 7AH - 3-13
AVPS MEDICAL - (2) 12V 7AH - 11/11
AVPS - DORMS FA - (2) 12V 7AH 8/12 (NG)
AVPS - ED Bldg - (2) 12V 7AH - 8/12
AVPS - FOOD SERVICE - 8/12
AVPS - GYM - (2) 12V 7AH - 9/11

**Monitoring Entity**
Name: _Local Only_

**Approving Agency**
Name: State Fire Marshal Paul Maldonado
Telephone: (512) 305-7900/1-800-578-4677

**Control Panel**
FACP Manufacturer: _Notifier_

(2) Annunciators (cobo)

**Alarm Notification/Appliance Information**

(1) Warn Strobe to Dorm Next to bath or (?) was under sink.

1.) Dorms C&D - Bad NAC 4000 ohms too slow no working

**System Tests and Inspections**

Need Toggen.

Daniel

THIS TESTING WAS PERFORMED IN ACCORDANCE WITH APPLICABLE NFPA STANDARDS.
☑ System Returned to Normal Operation    Date: 8-16-12  Time: 3:00 pm
Inspector: Daniel W. Lambert    Date: 8/16/12  Time: 3:00 pm  Signature: _____
Owner Representative: _____  Date: 8/16/12  Time: 3:00 pm  Signature: _____

**FIRE ALARM
INSPECTION AND TESTING FORM**

NOTES

Dorm F&G

**Service Organization**
Name Ener-Tel Services Inc.
Address 45512 Adobe Dr. San Angelo, TX
Representative Daniel W. Lambert
License No. RAS - 1521
Telephone 325-658-8375

**Property Name**
Name _Eden Detention Center_
Address _Route 2 Box 4500_
Contact _Route 2 Box 4500_
Telephone _325-869-2501_
☑ Notified before test. Time. _Jones_
☑ Notified after test. Time. _Jones_

Batteries: _____ Dates: _____

(1) FACP (2) 12V-7ah-9-2-11
FACP (2) 12V-55ah-11/11
FAPS (2) 12V-7ah-11/11

**Monitoring Entity**
Name _Local only_
☑ Notified before test. Time. _____
☑ Notified after test. Time. _____

**Approving Agency**
Name State Fire Marshal
Contact Paul Maldonado
Telephone (512) 305-7900/1-800-578-4677
☑ Will be notified of any system impairments

**Type Transmission** ☑ All Functions Normal - Note N/A
☐ McCulloh   ☐ Reverse Polarity
☐ Multiplex   ☐ RF
☑ Digital     ☐ Other (Specify) N/A

**Service**
☐ Weekly   ☑ Semiannually
☐ Monthly  ☐ Annually
☐ Quarterly ☐ Other (Specify) N/A

**Control Panel**
FACP Manufacturer _Notifier_
Model No. _AM-2020_
Software Rev. N/A
Last System Service Date _2-26-11_
Last Software or Config. Revision Date: N/A

Initiating Device Circuits ☐ Monitored for Integrity
Qty _5_ Class _B_ Style _____
Signaling Line Circuits ☑ Monitored for Integrity
Qty _2_ Class _B_ Style _____
Notification Appliance Circuits ☑ Monitored for integrity
Qty _2_ Class _B_ Style _____

**System Power Supplies**
(A) Primary (Main) Nom Volt. 120 Amps. 20
Overcurrent Protection Type. Brk Amps. 20
Location of Panel _Old Central Room_
Disconnect Loc. _Panel A3_
(B) Secondary (Standby) _Brkr #13_
Qty. 2 Storage Batteries
Capacity ☐ 2ohns ☐ 90 hrs.
Qty 6 Engine Drive Generator
Fuel Storage Location N/A
Type Battery
☐ Dry Cell ☑ Sealed Lead Acid
☐ Ni-Cad ☐ Lead Acid
☐ Other(Specify) N/A

(C) Emergency or standby system used as a backup to primary power supply, instead of using a secondary power supply?
☐ Emergency system described in NFPA 70, Art. 700
☐ Legally required standby described in NFPA 70, Art. 701
☐ Optional standby system described in NFPA 70, Art. 702, also meets the performance requirements of NFPA 70, Art. 700 or 701.

**Alarm-Initiating Device Information**

| Qty | Type | | Note |
|---|---|---|---|
| 8 | Manual Fire Alarm Devices | ☑ Pass ☐ Fail | |
| | Ion Detectors | ☐ Pass ☐ Fail | |
| 8 | Photo Detectors | ☐ Pass ☐ Fail | |
| | Duct Detectors | ☐ Pass ☐ Fail | |
| | Heat Detectors | ☐ Pass ☐ Fail | |
| | Waterflow Switches | ☑ Pass ☐ Fail | |
| 3 | Supervisory Switches | ☑ Pass ☐ Fail | |
| | N/A | ☐ Pass ☐ Fail | |

**Alarm Notification Appliance Information**

| Qty | Type | Visual | Functional | Note |
|---|---|---|---|---|
| 8 | Bells | ☐ | ☐ | |
| 8 | Horns | ☐ | ☐ | |
| 8 | Chimes | ☐ | ☐ | |
| 8 | Strobes | ☐ | ☐ | |
| 8 | Speakers | ☐ | ☐ | |
| | Other Horn/Strobe | ☐ | ☐ | |

**Supervisory Signal Initiating Devices**

| Qty | Type | | |
|---|---|---|---|
| | Building Temperature | ☐ Pass ☐ Fail | |
| | Water Temperature | ☐ Pass ☐ Fail | |
| | Water Level | ☐ Pass ☐ Fail | |

**Supervisory Signal Initiating Devices (cont'd)**

| Qty | Type | | |
|---|---|---|---|
| | Fire Pump Power | ☐ Pass ☐ Fail | |
| | Fire Pump Running | ☐ Pass ☐ Fail | |
| | Pump Auto Position | ☐ Pass ☐ Fail | |
| | Pump Trouble | ☐ Pass ☐ Fail | |
| | Gen. Auto Position | ☐ Pass ☐ Fail | |
| | Generator Trouble | ☐ Pass ☐ Fail | |
| | Switch Transfer | ☐ Pass ☐ Fail | |
| | Generator Running | ☐ Pass ☐ Fail | |
| | Other N/A | ☐ Pass ☐ Fail | |

**System Tests and Inspections**

| Type | Visual | Functional | Note |
|---|---|---|---|
| Control Unit | ☑ | ☑ | |
| Interface Equipment | ☑ | ☑ | |
| Lamps/LED's | ☑ | ☑ | |
| Fuses | ☑ | ☑ | |
| Primary Power Supply | ☑ | ☑ | |
| Trouble Signals | ☑ | ☑ | |
| Disconnect Switches | ☑ | ☑ | |
| Ground Fault Monitoring | ☑ | ☑ | |
| Secondary Power | | | |
| Battery Condition | ☑ | | |
| Load Voltage | | ☑ | |
| Discharge Test | | ☑ | |
| Charger Test | | ☑ | |
| Spec. Gravity | | ☑ | |
| Transient Suppressors | ☐ | ☐ | |
| Remote Annunciators | ☐ | ☐ | |

**Emergency Communications Equipment**  N/A

| Type | Visual | Functional | Note |
|---|---|---|---|
| Phone Set | ☐ | ☐ | |
| Phone Jacks | ☐ | ☐ | |
| Off-Hook Indicator | ☐ | ☐ | |
| Amplifier(s) | ☐ | ☐ | |
| Tone Generator(s) | ☐ | ☐ | |
| Call-In Signal | ☐ | ☐ | |
| System Performance | ☐ | ☐ | |

Interface Equipment

| Specify | Visual | Functional | Sim |
|---|---|---|---|

Special Hazard Systems

Panel Blue Tagged (main panel)

THIS TESTING WAS PERFORMED IN ACCORDANCE WITH APPLICABLE NFPA STANDARDS
☑ System Returned to Normal Operation Date _2-25-13_ Time _12:00p_
Inspector _Daniel W. Lambert_ Date _2-25-13_ Time _12:30p_ Signature _____
Owner Representative _N/A_ Date _2/25/13_ Time _12:30p_ Signature _____

Page 1 of 1

10-7-8

CONFIDENTIAL                                                CORECIVIC_0101666

**Ener-Tel**

### FIRE ALARM
### INSPECTION AND TESTING FORM

**Service Organization**
Name: Ener-Tel Services Inc.
Address: 4512 Adobe Dr, San Angelo, TX
Representative: Daniel W. Lembert
License No. RAS - 1521
Telephone: 325-658-8375

**Property Name**
Name: *EDEN DETENCON*
Address: *707 S BROADWAY*
Contact: *MIKE DRUGG*
Telephone:
☑ Notified before test    Time: *JONES*
☑ Notified after test    Time: *JONES*

Batteries:
Dates:

① FACP ②TAV-7AH - 9/2/14

**Monitoring Entity**
Type: *Local only*
Account No.
☑ Notified before test    Time:
☑ Notified after test    Time:    Name:

**Approving Agency** State Fire Marshal
Name: Paul Maldonado
Telephone: (512) 305-7900/1-800-578-4877
☑ Will be notified of any system impairments

**Type Transmission** ☑ All Functions Normal - Main  N/A
☐ McCullon    ☐ Reverse Polarity
☐ Multiplex    ☐ RF
☑ Digital    ☐ Other (Specify)  N/A

**Service**
☐ Weekly    ☑ Semiannually
☐ Monthly    ☐ Annually
☐ Quarterly    ☐ Other (Specify)  N/A

**Central Panel**
FACP Manufacturer: *Notifier*
Model No. *m-32/3c*
Software Rev.  N/A
Last System Service Date:
Last Software or Config. Revision Date:  N/A
☑ Alarm Verification Enabled
Circuits    ☐ Monitored for Integrity
Clear:    Style:
Signaling Line Circuits    ☑ Monitored for Integrity
Qty: *2*  Class: *B*  Style:
Notification Appliance Circuits    ☑ Monitored for Integrity
Qty: *2*  Class: *B*  Style: *4*

**System Power Supplies**
(A) Primary (Main): Nom. Volt. 120  Amps. 20
Overcurrent Protection: Type: Brk.  Amps: 20
Location of Panel: *Electrical Closet*
Disconnect Loc.  *LD-34*
(B) Secondary (Standby):
Qty: *2*  Storage Batteries
Capacity: ☑ 24hrs. ☐ 60 Hrs.
Qty: *0*  Engine Drive Generator
Fuel Storage Location:  N/A
**Type Battery**
☐ Dry Cell    ☐ Sealed Lead Acid
☑ Ni-Cad    ☐ Lead Acid
☐ Other(Specify)  N/A
☐ Emergency or standby system used as a backup to primary power supply, instead of using a secondary power supply:
☐ Emergency system described in NFPA 70, Art. 700
☐ Legally required standby described in NFPA 70, Art. 701
☐ Optional standby system described in NFPA 70, Art. 702, which also meets the performance requirements of NFPA 70, Art. 700 or 701.

**Alarm-Initiating Device Information**

| Qty | Type | Note |
|---|---|---|
| *1* | Manual Fire Alarm Boxes ☐ Pass ☐ Fail | |
| *2* | Ion Detectors ☐ Pass ☐ Fail | |
| | Photo Detectors | |
| | Duct Detectors | |
| | Heat Detectors | |
| *1* | Waterflow Switches ☑ Pass ☐ Fail | |
| *1* | Supervisory Switches ☐ Pass ☐ Fail | |

**Alarm Notification Appliance Information**

| Qty | Type | Visual | Functional | Note |
|---|---|---|---|---|
| *2* | Bells | ☐ | ☐ | |
| *2* | Horns | ☐ | ☐ | |
| *2* | Chimes | ☐ | ☐ | |
| *1* | Mini-horn | ☐ | ☐ | |
| *2* | Speakers | ☐ | ☐ | |
| *2* | Other Horn/Strobe | ☐ | ☐ | |

**Supervisory Signal Initiating Devices**

| Qty | Type | | |
|---|---|---|---|
| | Building Temperature ☐ Pass ☐ Fail | | |
| | Water Temperature ☐ Pass ☐ Fail | | |
| | Site Water Level ☐ Pass ☐ Fail | | |

**Supervisory Signal Initiating Devices (cont'd)**

| Qty | Type | | |
|---|---|---|---|
| | Fire Pump Power ☐ Pass ☐ Fail | | |
| | Fire Pump Running ☐ Pass ☐ Fail | | |
| | Pump Auto Position ☐ Pass ☐ Fail | | |
| | Pump Trouble ☐ Pass ☐ Fail | | |
| | Gen. Auto Position ☐ Pass ☐ Fail | | |
| | Generator Trouble ☐ Pass ☐ Fail | | |
| | Switch Transfer ☐ Pass ☐ Fail | | |
| | Generator Running ☐ Pass ☐ Fail | | |
| | Other: N/A ☐ Pass ☐ Fail | | |

### System Tests and Inspections

| Type | Visual | Functional | Note | Type | Visual | Functional | Note |
|---|---|---|---|---|---|---|---|
| Control Unit | ☑ | ☑ | | Emergency Communications Equipment  N/A | | | |
| Interface Equipment | ☑ | ☑ | | | | | |
| Lamps/LE D's | ☑ | ☑ | | Off-Hook Indicator | ☐ | ☐ | |
| Fuses | ☑ | ☑ | | Amplifier(s) | ☐ | ☐ | |
| Primary Power Supply | ☑ | ☑ | | Tone Generator(s) | ☐ | ☐ | |
| Trouble Signals | ☑ | ☑ | | Call-In Signal | ☐ | ☐ | |
| Disconnect Switches | ☑ | ☑ | | System Performance | ☐ | ☐ | |
| Ground Fault Monitoring | ☑ | ☑ | | Interface Equipment | | | |
| Secondary Power | | | | | Specify | Visual | Functional | Size |
| Battery Condition | ☑ | | ① | | ☐ | ☐ | |
| Load Voltage | | ☑ | | | ☐ | ☐ | |
| Discharge Test | | ☑ | | | ☐ | ☐ | |
| Charger Test | | ☑ | | | ☐ | ☐ | |
| Wade Pc Polarity | | ☑ | | Special Hazard Systems | ☐ | ☐ | |
| Transient Suppressors | ☐ | | | | ☐ | ☐ | |
| Remote Annunciators | ☐ | | | ☐ Continuation sheet attached | | | |

*Panel blue tagged.*
*(main panel.)*

THIS TESTING WAS PERFORMED IN ACCORDANCE WITH APPLICABLE NFPA STANDARDS
☑ System Returned to Normal Operation    Date *2-25-13*  Time *12:30p*
Inspector  Daniel W. Lembert    Date *2-25-13*  Time *12:30p*  Signature
Owner Representative    Date *2/25/13*  Time *12:3?p*  Signature

Page 1 of *1*

*1078*

CONFIDENTIAL    CORECIVIC_0101667



**Copyright by National Fire Protection Association (NFPA). NFPA 72 is licensed, by agreement for individual use. No other reproduction or transmission in any form permitted without written permission of NFPA. For inquires or to report unauthorized use, contact licensing@nfpa.org.**

🖶 Print    [Close]

## Chapter 7 Documentation

### 7.6 Inspection, Testing, and Maintenance Documentation. (SIG-TMS)

**7.6.1**   Test plan documentation shall be provided in accordance with 14.2.10.

**7.6.2**   Acceptance testing documentation shall be provided in accordance with 14.6.1.

**7.6.3**   Reacceptance test documentation shall be provided in accordance with 14.6.1.

**7.6.4**   Periodic inspection and testing documentation shall be provided in accordance with 14.6.2 through 14.6.4.

**7.6.5**   Impairment documentation shall be provided in accordance with Section 10.21.

**7.6.6 Record of Inspection and Testing.**   The record of all inspections, testing, and maintenance as required by 14.6.2.4 shall be documented using either the record of inspection and testing forms, Figure 7.8.2(g) through Figure 7.8.2(l), or an alternative record that includes all the applicable information shown in Figure 7.8.2(g) through Figure 7.8.2(l).

_10.7.8_



CONFIDENTIAL

CORECIVIC_0101668

# SYSTEM RECORD OF INSPECTION AND TESTING

*This form is to be completed by the system inspection and testing contractor at the time of a system test.*
*It shall be permitted to modify this form as needed to provide a more complete and/or clear record.*
*Insert N/A in all unused lines.*
*Attach additional sheets, data, or calculations as necessary to provide a complete record.*

Inspection/Test Start Date/Time: _____     Inspection/Test Completion Date/Time: _____

Supplemental Form(s) Attached: _____ (yes/no)

## 1. PROPERTY INFORMATION

Name of property: _____

Address: _____

Description of property: _____

Name of property representative: _____

Address: _____

Phone: _____   Fax: _____   E-mail: _____

## 2. TESTING AND MONITORING INFORMATION

Testing organization: _____

Address: _____

Phone: _____   Fax: _____   E-mail: _____

Monitoring organization: _____

Address: _____

Phone: _____   Fax: _____   E-mail: _____

Account number: _____   Phone line 1: _____   Phone line 2: _____

Means of transmission: _____

Entity to which alarms are retransmitted: _____   Phone: _____

## 3. DOCUMENTATION

Onsite location of the required record documents and site-specific software: _____

## 4. DESCRIPTION OF SYSTEM OR SERVICE

### 4.1 Control Unit

Manufacturer: _____   Model number: _____

### 4.2 Software Firmware

Firmware revision number: _____

### 4.3 System Power

#### 4.3.1 Primary (Main) Power

Nominal voltage: _____   Amps: _____   Location: _____

Overcurrent protection type: _____   Amps: _____   Disconnecting means location: _____

© 2012 National Fire Protection Association                                        NFPA 72 (p. 1 of 4)

**FIGURE 7.8.2(g)**

System Record of Inspection and Testing. (SIG-TMS)

_10.7.8_

Case 3:16-cv-02267   Document 400-7   Filed 01/22/21   Page 23 of 30 PageID #: 21646

CONFIDENTIAL                                                          CORECIVIC_0101669

## SYSTEM RECORD OF INSPECTION AND TESTING *(continued)*

### 4. DESCRIPTION OF SYSTEM OR SERVICE *(continued)*

**4.3.2 Secondary Power**

Type: _____                   Location: _____

Battery type (if applicable): _____

Calculated capacity of batteries to drive the system:

In standby mode (hours): _____   In alarm mode (minutes): _____

### 5. NOTIFICATIONS MADE PRIOR TO TESTING

| | | |
|---|---|---|
| Monitoring organization | Contact: _____ | Time: _____ |
| Building management | Contact: _____ | Time: _____ |
| Building occupants | Contact: _____ | Time: _____ |
| Authority having jurisdiction | Contact: _____ | Time: _____ |
| Other, if required | Contact: _____ | Time: _____ |

### 6. TESTING RESULTS

#### 6.1 Control Unit and Related Equipment

| Description | Visual Inspection | Functional Test | Comments |
|---|---|---|---|
| Control unit | ❑ | ❑ | |
| Lamps/LEDs/LCDs | ❑ | ❑ | |
| Fuses | ❑ | ❑ | |
| Trouble signals | ❑ | ❑ | |
| Disconnect switches | ❑ | ❑ | |
| Ground-fault monitoring | ❑ | ❑ | |
| Supervision | ❑ | ❑ | |
| Local annunciator | ❑ | ❑ | |
| Remote annunciators | ❑ | ❑ | |
| Remote power panels | ❑ | ❑ | |
| | ❑ | ❑ | |

#### 6.2 Secondary Power

| Description | Visual Inspection | Functional Test | Comments |
|---|---|---|---|
| Battery condition | ❑ | ❑ | |
| Load voltage | ❑ | ❑ | |
| Discharge test | ❑ | ❑ | |
| Charger test | ❑ | ❑ | |
| Remote panel batteries | ❑ | ❑ | |

© 2012 National Fire Protection Association                        NFPA 72 (p. 2 of 4)

**FIGURE 7.8.2(g)**

*Continued*

10-7-8

CONFIDENTIAL                                                    CORECIVIC_0101670

## SYSTEM RECORD OF INSPECTION AND TESTING *(continued)*

### 6. TESTING RESULTS *(continued)*

#### 6.3 Alarm and Supervisory Alarm Initiating Device

Attach supplementary device test sheets for all initiating devices.

#### 6.4 Notification Appliances

Attach supplementary appliance test sheets for all notification appliances.

#### 6.5 Interface Equipment

Attach supplementary interface component test sheets for all interface components.

*Circuit Interface / Signaling Line Circuit Interface / Fire Alarm Control Interface*

#### 6.6 Supervising Station Monitoring

| Description | Yes | No | Time | Comments |
|---|---|---|---|---|
| Alarm signal | ❑ | ❑ | | |
| Alarm restoration | ❑ | ❑ | | |
| Trouble signal | ❑ | ❑ | | |
| Trouble restoration | ❑ | ❑ | | |
| Supervisory signal | ❑ | ❑ | | |
| Supervisory restoration | ❑ | ❑ | | |

#### 6.7 Public Emergency Alarm Reporting System

| Description | Yes | No | Time | Comments |
|---|---|---|---|---|
| Alarm signal | ❑ | ❑ | | |
| Alarm restoration | ❑ | ❑ | | |
| Trouble signal | ❑ | ❑ | | |
| Trouble restoration | ❑ | ❑ | | |
| Supervisory signal | ❑ | ❑ | | |
| Supervisory restoration | ❑ | ❑ | | |

© 2012 National Fire Protection Association

NFPA 72 (p. 3 of 4)

**FIGURE 7.8.2(g)**
*Continued*

10.7.8

Case 3:16-cv-02267    Document 400-7    Filed 01/22/21    Page 25 of 30 PageID #: 21648

CONFIDENTIAL
CORECIVIC_0101671

## SYSTEM RECORD OF INSPECTION AND TESTING *(continued)*

**7. NOTIFICATIONS THAT TESTING IS COMPLETE**

| | | |
|---|---|---|
| Monitoring organization | Contact: _____ | Time: _____ |
| Building management | Contact: _____ | Time: _____ |
| Building occupants | Contact: _____ | Time: _____ |
| Authority having jurisdiction | Contact: _____ | Time: _____ |
| Other, if required | Contact: _____ | Time: _____ |

**8. SYSTEM RESTORED TO NORMAL OPERATION**

Date: _____ Time: _____

**9. CERTIFICATION**

This system as specified herein has been inspected and tested according to NFPA 72, 2013 edition, Chapter 14.

Signed: _____ Printed name: _____ Date: _____

Organization: _____ Title: _____ Phone: _____

Qualifications (refer to 10.5.3): _____

**10. DEFECTS OR MALFUNCTIONS NOT CORRECTED AT CONCLUSION OF SYSTEM INSPECTION, TESTING, OR MAINTENANCE**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**10.1 Acceptance by Owner or Owner's Representative:**

The undersigned accepted the test report for the system as specified herein:

Signed: _____ Printed name: _____ Date: _____

Organization: _____ Title: _____ Phone: _____

© 2012 National Fire Protection Association

NFPA 72 (p. 4 of 4)

**FIGURE 7.8.2(g)**
**Continued**

10.7.8

Case 3:16-cv-02267 Document 400-7 Filed 01/22/21 Page 26 of 30 PageID #: 21649

CONFIDENTIAL

CORECIVIC_0101672

## NOTIFICATION APPLIANCE
### SUPPLEMENTARY RECORD OF INSPECTION AND TESTING

This form is a supplement to the System Record of Inspection and Testing.
It includes a notification appliance test record.
This form is to be completed by the system inspection and testing contractor at the time of the inspection and/or test.
It shall be permitted to modify this form as needed to provide a more complete and/or clear record.
Insert N/A in all unused lines.

Inspection/Test Start Date/Time: _____      Inspection/Test Completion Date/Time: _____

Number of Supplemental Pages Attached: . . . .

## 1. PROPERTY INFORMATION
Name of property: _____
Address: _____

## 2. NOTIFICATION APPLIANCE TEST RESULTS

| Appliance Type | Location/Identifier | Test Results |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

© 2012 National Fire Protection Association                                    NFPA 72 (p. 1 of 2)

**FIGURE 7.8.2(h)**
Notification Appliance Supplementary Record of Inspection and Testing. (SIG-TMS)

10-7-8

CONFIDENTIAL                                                                                   CORECIVIC_0101673

## NOTIFICATION APPLIANCE
### SUPPLEMENTARY RECORD OF INSPECTION AND TESTING *(continued)*

**2. NOTIFICATION APPLIANCE TEST RESULTS** *(continued)*

| Appliance Type | Location/Identifier | Test Results |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

*See main System Record of Inspection and Testing for additional information, certifications, and approvals.*

© 2012 National Fire Protection Association

NFPA 72 (p. 2 of 2)

**FIGURE 7.8.2(h)**
*Continued*

*10.7.8*

Case 3:16-cv-02267 Document 406-7 Filed 01/22/21 Page 28 of 30 PageID #: 21651

CONFIDENTIAL

CORECIVIC_0101674

# INITIATING DEVICE
## SUPPLEMENTARY RECORD OF INSPECTION AND TESTING

*This form is a supplement to the System Record of Inspection and Testing.*
*It includes an initiating device test record.*
*This form is to be completed by the system inspection and testing contractor at the time of the inspection and/or test.*
*It shall be permitted to modify this form as needed to provide a more complete and/or clear record.*
*Insert N/A in all unused lines.*

Inspection/Test Start Date/Time: _____     Inspection/Test Completion Date/Time: _____

Number of Supplemental Pages Attached: _____

### 1. PROPERTY INFORMATION

Name of property: _____

Address: _____

### 2. INITIATING DEVICE TEST RESULTS

| Device Type | Address | Location | Test Results |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

© 2012 National Fire Protection Association                                    NFPA 72 (p. 1 of 2)

**FIGURE 7.8.2(I)**

Initiating Device Supplementary Record of Inspection and Testing. (SIG-TMS)

*10.7.8*

CONFIDENTIAL                                                                    CORECIVIC_0101675

## INITIATING DEVICE
### SUPPLEMENTARY RECORD OF INSPECTION AND TESTING *(continued)*

### 2. INITIATING DEVICE TEST RESULTS *(continued)*

| Device Type | Address | Location | Test Results |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

See main System Record of Inspection and Testing for additional information, certifications, and approvals.

© 2012 National Fire Protection Association

NFPA 72 (p. 2 of 2)

**FIGURE 7.8.2(i)**
*Continued*

10-7-8

Case 3:16-cv-02267   Document 400-7   Filed 01/22/21   Page 30 of 30 PageID #: 21653

CONFIDENTIAL

CORECIVIC_0101676