EXHIBIT 59
[Filed Under Seal]

| From: | Barker, Michelle |
|---|---|
| Sent: | Wednesday, October 29, 2014 2:24 PM |
| To: | Hininger, Damon |
| Cc: | Ferrell, Brian |
| Subject: | FW: RFP-PCC-0022 (CAR 15) |
| Attachments: | CAR 15 CCA DN 4 Letter.pdf; ATT00001.htm; CAR 15 CCA Prairie 2000 Exclusion from the Comp Range.pdf; ATT00002.htm |

Damon,
You may already have seen this but Brian asked me to forward to you just in case. On CAR 15, NEOCC (A&B), Prairie 1740 and Diamondback are in the competitive range. Prairie 2000 is no longer under consideration. We have a past performance weakness on Cibola that they want addressed in our response that is due to them by November 5. We have solicited response information from John Baxter and John Robinson and intend to distribute a draft for review by the end of Thursday and hope to schedule time on Friday to discuss.
Thanks!
Michelle

**From:** Ferrell, Brian
**Sent:** Tuesday, October 28, 2014 11:52 AM
**To:** Barker, Michelle
**Subject:** Fwd: RFP-PCC-0022 (CAR 15)


Begin forwarded message:

> **From:** "Tim Barnes" <tbarnes@bop.gov>
> **To:** "Ferrell, Brian" <Brian.Ferrell@cca.com>
> **Cc:** "Michael Bodine" <mbodine@bop.gov>, "Robert Bland" <rbland@bop.gov>, "Verhulst, Bart" <Bart.Verhulst@cca.com>, "Metcalf, Natasha" <Natasha.Metcalf@cca.com>
> **Subject: RFP-PCC-0022 (CAR 15)**
>
> Mr. Ferrell
> Please see the attached documents (2) regarding RFP-PCC-0022 (CAR 15). Please respond with a reply email acknowledging receipt of this email and attachments.
>
> Regards
>
> Tim Barnes
> Contract Specialist
> Federal Bureau of Prisons
> 202-353-3326 ph
> 202-616-6224 fax

CONFIDENTIAL                                                                                                    CORECIVIC_0113822

CONFIDENTIAL
CORECIVIC_0113823

CONFIDENTIAL

CORECIVIC_0113824



U. S. Department of Justice

Federal Bureau of Prisons

Privatized Corrections Contracting

Washington, D.C. 20534

October 28, 2014

Brian K. Ferrell
Vice President
Proposal Development
Corrections Corporation of America
10 Burton Hills Boulevard
Nashville, Tennessee 37215

RE: Request For Proposals (RFP)-PCC-0022
    Criminal Alien Requirement 15
    Request for Proposal Revision #4

Dear Mr. Ferrell:

    The purpose of this letter is to advise Corrections Corporation of America (CCA) that the proposals submitted in response to RFP-PCC-0022 for the Northeast Ohio Correctional Center (Youngstown, OH)Requirement A & B, Prairie Correctional Facility -1740 beds (Appleton, MN) and Diamondback Correctional Facility located in Watonga, OK are considered to be within the competitive range.

    Each proposal has been evaluated by the Bureau of Prisons in accordance with the terms of the solicitation. It has been determined that weaknesses and significant deficiencies exist in the proposals. They are outlined in the enclosed document.

    The Federal Acquisition Regulation defines exchanges with offerors after the establishment of the competitive range as discussions (i.e. negotiations). The primary objective of discussions is to maximize the Government's ability to obtain the best value, based on the requirement and the evaluation factors set forth in the solicitation. Also, it allows the offeror an opportunity to revise its proposal. It is imperative that CCA closely review the

CONFIDENTIAL    CORECIVIC_0113825

identified weaknesses/significant deficiencies and respond accordingly to enhance the original proposal.

　　　　Proposal revisions are due no later than November 5th, 2014, at 1:00 PM EST, to the following address:

　　　　Federal Bureau of Prisons
　　　　Attn: Michael Bodine/Tim Barnes, CO
　　　　Privatized Corrections Contracting
　　　　320 First Street, NW - Room 5005
　　　　Washington, DC  20534

　　　　Please provide the following number of copies of your proposal revisions:

　　　　1 Hard copy and one (1) electronic copy in PDF

　　　　This is not a request for final proposal revisions.  If you have any questions, please feel free to contact me at (202) 353-3326.


　　Enclosures
　　Sincerely,

**TIMOTHY BARNES**

Digitally signed by TIMOTHY BARNES
DN: c=US, o=U.S. Government, ou=Dept of Justice, ou=BOP, cn=TIMOTHY BARNES, 0.9.2342.19200300.100.1.1=15001001254782
Date: 2014.10.28 11:55:34 -04'00'

　　Tim Barnes
　　Contracting Officer
　　tbarnes@bop.gov

Case 3:16-cv-02267　　　Document 400-9　　　Filed 01/22/21　　　Page 6 of 8 PageID #: 21667

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CORECIVIC_0113826

CCA

**Past Performance (Cibola County Correctional Center)**

The Bureau of Prisons (Bureau) has serious concerns about the performance at the Cibola County Correctional Center. Specifically, the pattern of performance since the CFM conducted in April 2011 has continued to regress in specific CFM indicators. Since the April 2011 CFM, repeat deficiencies have been steadily increasing from 0 to 13. Deficiencies have also been on a similar pattern of increase from 12 to 26 with a high of 37 in the April 2013 CFM. The majority of these contract non-conformance issues are occurring in the Health Services area.

The six month CFM review completed on 10/23/14 resulted in more issues of contract non-conformance. This pattern of contract non-conformance issues is a reason for serious concern for the Bureau. Please address what has caused these repeated patterns of contract non-conformance issues from 2011 to now and what will be done to reverse this trend. Please be specific in listing corrective actions that have taken place or will take place to resolve these performance issues.

CONFIDENTIAL                                                                 CORECIVIC_0113827



U. S. Department of Justice

Federal Bureau of Prisons

Privatized Corrections Contracting

Washington, D.C.   20534

October 28, 2014

Brian K. Ferrell
Vice President
Proposal Development
Corrections Corporation of America
10 Burton Hills Boulevard
Nashville, Tennessee  37215

RE:   Exclusion from the Competitive Range
      Request For Proposals (RFP)-PCC-0022
      Criminal Alien Requirement 15


Dear Mr. Ferrell:

The purpose of this letter is to notify Corrections Corporation of America (CCA) that the 2000 bed proposal submitted in response to RFP-PCC-0022 for the Prairie Correctional Facility (Appleton, MN) has been excluded from the competitive range.  After evaluating the proposals in accordance with the terms of the solicitation, it was determined the proposal was not among the most highly rated proposal.

The Federal Bureau of Prisons (Bureau) appreciates CCA's interest in doing business with the Bureau.  CCA is reminded that no proposal revisions will be accepted.  In accordance with Federal Acquisition Regulation 15.505 (a)(1), the offeror may request a pre-award debriefing by submitting a written request to the Contracting Officer within three days after notice of elimination from competition.

If you have any questions, please contact me at tbarnes@bop.gov or (202) 353-3326.


Sincerely,

**TIMOTHY BARNES**

Digitally signed by TIMOTHY BARNES
DN: c=US, o=U.S. Government, ou=Dept of Justice, ou=BOP, cn=TIMOTHY BARNES, 0.9.2342.19200300.100.1.1=15001001254782
Date: 2014.10.28 11:58:57 -04'00'

Tim Barnes
Contracting Officer
tbarnes@bop.gov

CONFIDENTIAL                                                              CORECIVIC_0113828