EXHIBIT 65
[Filed Under Seal]

| From: | Nalley, Michael |
|---|---|
| Sent: | Friday, July 31, 2015 2:26 PM |
| To: | Lappin, Harley |
| Subject: | Fwd: Adams County Correctional Center DJB1PC010 - Modification 63 |
| Attachments: | Mod#63.pdf; ATT00001.htm |

Sent from my iPhone

Begin forwarded message:

> **From:** Gary Clark <g3clark@bop.gov>
> **Date:** July 31, 2015 at 2:12:17 PM CDT
> **To:** Bart Verhulst <Bart.Verhulst@cca.com>, Natasha Metcalf <Natasha.Metcalf@cca.com>
> **Cc:** <ACC/Warden~@bop.gov>, <BOP-ADM/PCC-ACC~@bop.gov>, <BOP-ADM/PrivatizedCorrContracting~@bop.gov>, <bop-cpd/privatization~@bop.gov>, <BOP-PRD/Contract.Facility.Monitoring~@bop.gov>, Marcus Baldwin <MBaldwin@bop.gov>, "Matthew D. Nace" <mnace@bop.gov>, Pamela Jones <pljones@bop.gov>, Robert Bland <rbland@bop.gov>, Ryan Wynne <rwynne@bop.gov>, Ashley Odubeko <Ashley.Odubeko@cca.com>, Jeb Beasley <Jeb.Beasley@cca.com>, <Keith.hall@cca.com>, Michael Nalley <Michael.Nalley@cca.com>, "Cathy S (BOP) Scott" <Cathy.S.Scott@usdoj.gov>
> **Subject: Adams County Correctional Center DJB1PC010 - Modification 63**
>
> *** This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. ***
>
> Good afternoon,
>
> Attached please find Executed Modification 63, which reduce Contract # DJB1PC010 in the amount of $811,730.00 on July 2015 Invoice due to non-conformance identified during the January, 2015, Contract Facility Monitoring (CFM) review.
>
> Any questions or concerns, please let me know.
>
> Thank you.
>
> Gary L. Clark, Contracting Officer
> U.S. Department of Justice
> Federal Bureau of Prisons
> Privatized Corrections Contracting
> 20 Hobo Fork Road
> Natchez, MS 39120
> Office: 601-304-2577
> Cell: 202-598-3478

CONFIDENTIAL                                                                                                                      CORECIVIC_1002809

Fax: 601-304-2585
g3clark@bop.gov

2

Case 3:16-cv-02267    Document 400-15    Filed 01/22/21    Page 3 of 7 PageID #: 21911

CONFIDENTIAL

CORECIVIC_1002810

CONFIDENTIAL

CORECIVIC_1002811

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | |
|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| 0063 | 07/31/2015 | | 50Z |

| 6. ISSUED BY | CODE | BCO | 7. ADMINISTERED BY (If other than Item 6) | CODE | |
|---|---|---|---|---|---|

Federal Bureau of Prisons
Privatized Corrections Contracting
320 First Street, NW (5005)
WASHINGTON, DC 20534

8. NAME AND ADDRESS OF CONTRACTOR (No., street, country, state and ZIP Code)

CORRECTIONS CORPORATION OF AMERICA
10 BURTON HILLS BLVD
NASHVILLE, TN 37215-6105
DUNS: 159734151

(X) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X    10A. MODIFICATION OF CONTRACT/ORDER NO.
DJB1PC010
10B. DATED (SEE ITEM 13)
04/01/2009

CODE: 621763875    FACILITY CODE: 159734151

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers    ☐ is extended,    ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
SA-2015-02-FP090009S6-25CN

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.**
**IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority)<br>52.246-4 INSPECTION OF SERVICES-FIXED-PRICE |

E. IMPORTANT: Contractor   [X] is not,   [ ] is required to sign this document and return copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to reduce Contract # DJB1PC010 in the amount of $811,730.00 on July 2015 Invoice due to non-conformance identified during the January, 2015, Contract Facility Monitoring (CFM) review.

See attached Deduction Letter (2 pages).

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br><br>Gary Clark |
|---|---|
| 15B. CONTRACTOR/OFFEROR<br><br>_____<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>By   GARY CLARK _____<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br><br>07/31/2015 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

CONFIDENTIAL      CORECIVIC_1002812



U.S. Department of Justice

Federal Bureau of Prisons

Washington, D.C. 20534

July 31, 2015

Corrections Corporation of America
ATTN: Bart E. VerHulst, Vice President
Federal and Local Customer Relations
10 Burton Hills Boulevard
Nashville, TN 37215

Subject: **Deduction for Non-Conformance – DJB1PC010**

Dear Mr. VerHulst,

This letter is to notify Corrections Corporation of America (CCA) that payment for services under Contract DJB1PC010 will be reduced for inadequately performed contract services. This deduction is a result of failures' identified during the January, 2015, Contract Facility Monitoring (CFM) review.

**Authority:**

FAR 52.246-4 - Inspection of Services - Fixed-Price

**Description of Contract Non-Conformance:**

There was one (1) Significant Finding and one (1) Repeat Deficiency in Health Services identified during the January 6-8, 2015, CFM review in the area of Clinical Care Review by Physician for Contract Facilities.

These deficiencies in Health Services were a result of inadequate controls so as to ensure compliance with appropriate clinical care review by physician procedures and practices. These inadequacies create the potential for a lack of appropriate intervention, treatment, and health care programs for the inmate population.

**Deduction Determination:**

CCA provided a written response dated June 16, 2015 for the Bureau of Prison's consideration. I have reviewed all documentation relative to these deficiencies and determined that a deduction of $811,730.00 shall be assessed. The deduction amount has been discussed with Acting Warden Virgil Ensey and is determined by the Contracting Officer to be fair and reasonable for contract services not satisfactorily performed. A unilateral modification will be issued with instructions to reduce the monthly invoice in the amount of **$811,730.00.**

CONFIDENTIAL                                                                                                           CORECIVIC_1002813

If you have any questions, please feel free to contact me at (601) 304-2577 or by email at g3clark@bop.gov.

Sincerely,

GARY CLARK  Digitally signed by GARY CLARK
DN: c=US, o=U.S. Government, ou=Dept of Justice, ou=BOP, cn=GARY CLARK, 0.9.2342.19200300.100.1.1=15001002814770
Date: 2015.07.31 14:08:12 -05'00'

Gary L. Clark, Contracting Officer
Federal Bureau of Prisons

cc: Robert Bland, Chief, PCC
　　Ryan Wynne, SCO, PCC
　　Marcus Baldwin, Assistant Administrator, PMB
　　Pamela Jones, PFA, PMB
　　Jeremy Bryan, SSIM, PMB
　　Virgil Ensey, Acting Warden
　　PCC/PMB GroupWise Mailbox
　　File

CONFIDENTIAL　　CORECIVIC_1002814