# EXHIBIT 66
# [Filed Under Seal]

| | |
|---|---|
| From: | Tom Beasley <thomaswbeasley@gmail.com> |
| Sent: | Friday, January 9, 2015 11:14 AM |
| To: | Beasley, Jeb |
| Subject: | Re: Adams/Cibola |

History treats us better sometimes than we deserve. We had our ups and downs, too. But, we did have have everyone rowing in the same direction most of the time.

Sent from my iPad

On Jan 9, 2015, at 11:03 AM, "Beasley, Jeb" <Jeb.Beasley@cca.com> wrote:

> We are not the same company you started.......
>
> Jeb Beasley
> CCA
> Managing Director, Federal and Local
> Partnership Relations
> 10 Burton Hills Blvd.
> Nashville, TN 37215
> ph (615) 263-6615
> cell (615) 478-2260
> FAX (615) 263-3090
>
> **From:** Tom Beasley [mailto:thomaswbeasley@gmail.com]
> **Sent:** Friday, January 09, 2015 11:02 AM
> **To:** Beasley, Jeb
> **Subject:** Re: Adams/Cibola
>
> Let's catch up off line in the next few days. E-mails are a paper trail for all sorts of interested groups and such folks will be smelling around this performance at some point.
> I am going to Naples tomorrow on Joe's plane and returning Wednesday. I will be reachable by phone at any time.
> Hang in there. These rough patches occur in every business and often more than once or twice.
>
> Sent from my iPad
>
> On Jan 9, 2015, at 10:52 AM, "Beasley, Jeb" <Jeb.Beasley@cca.com> wrote:
>
>> Worst two weeks of my professional career......the house is on fire and not getting the type of response we need.
>>
>> Jeb Beasley
>> CCA
>> Managing Director, Federal and Local
>> Partnership Relations
>> 10 Burton Hills Blvd.
>> Nashville, TN 37215

1

CONFIDENTIAL                                                                                                              CORECIVIC_0086157

ph (615) 263-6615
cell (615) 478-2260
FAX (615) 263-3090

**From:** Tom Beasley [mailto:thomaswbeasley@gmail.com]
**Sent:** Friday, January 09, 2015 9:58 AM
**To:** Beasley, Jeb
**Subject:** Re: Adams/Cibola

Ouch!!

Sent from my iPhone

On Jan 9, 2015, at 9:35 AM, "Beasley, Jeb" <Jeb.Beasley@cca.com> wrote:

> Jeb Beasley
> CCA
> Managing Director, Federal and Local Partnership Relations
> 10 Burton Hills Blvd.
> Nashville, TN 37215
> ph (615) 263-6615
> cell (615) 478-2260
> FAX (615) 263-3090
>
> **From:** Beasley, Jeb
> **Sent:** Thursday, January 08, 2015 3:20 PM
> **To:** Hininger, Damon; Grande, Tony; Lappin, Harley; Verhulst, Bart
> **Cc:** Robinson, John; Baxter, John; Hall, Keith; Metcalf, Natasha
> **Subject:** Adams/Cibola
>
> All-
>
> I know Keith is briefing John and others are being briefed individually but wanted to give the group an update on the Adams CFM and impending news at Cibola.
> First, we are going to receive Significant Finding in patient care at Adams as a result of this week's CFM. PMB and Contracting met with Keith and me yesterday to inform us that the BOP auditor after reviewing five deaths at Adams Co. over the last year was of the opinion that delivery of healthcare led, in part, to these deaths. Understanding the seriousness of this position, the BOP met with us again this morning as they were struggling with the decision to give us a Significant Finding and asked us provide anything we could share from of our mortality reviews or POA's as a result of any of these deaths. In the end, we were not able to provide any documentation of any POA's as mitigating information as thus received the Significant Finding.
>
> Cibola:

2

CONFIDENTIAL                                                                                                       CORECIVIC_0086158

Keith and I were informed by Bob Bland that we will be receiving a Cure Notice at Cibola for Health Services. They referenced the recent re-review and the new deficiencies from that re-review as well as the eyes of the IG audit as reasons for the Cure Notice. Our Cure Period will be limited to the next CFM audit in April and the results of that CFM will determine the overall decision on the Cure Notice. We will be receiving the official notification in writing tomorrow and will include specific requirements to include no repeat deficiencies in Health Services. Bob said he is confident of our ability but this has risen to a serious level and must be corrected. I can be reached via my cell phone if anyone has additional questions.

Jeb Beasley
CCA
Managing Director, Partnership Relations
CCA Facility Support Center
10 Burton Hills Blvd.
Nashville, TN 37215
(615) 263-6615 (o)
(615) 478-2260 (c)
(615) 263-3090 (f)

See how CCA is making a difference

(i) This e-mail and any files transmitted with it are confidential and intended solely for the use of the intended recipient(s). If you have received this e-mail in error, please notify the sender immediately and delete this e-mail and any associated files from your system. (ii) Views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of Corrections Corporation of America. (iii) The recipient should check this e-mail and any attachments for the presence of viruses. The company accepts no liability for errors or omissions caused by e-mail transmission or any damage caused by any virus transmitted by or with this e-mail. This email has been scanned for content and viruses by the McAfee Email Security System

(i) This e-mail and any files transmitted with it are confidential and intended solely for the use of the intended recipient(s). If you have received this e-mail in error, please notify the sender immediately and delete this e-mail and any associated files from your system. (ii) Views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of Corrections Corporation of America. (iii) The recipient should check this e-mail and any attachments for the presence of viruses. The company accepts no liability for errors or omissions caused by e-mail transmission or any damage caused by any virus transmitted by or with this e-mail. This email has been scanned for content and viruses by the McAfee Email Security System