# EXHIBIT 68
# [Filed Under Seal]

| | |
|---|---|
| **From:** | Hininger, Damon |
| **Sent:** | Thursday, January 22, 2015 10:16 AM |
| **To:** | Garfinkle, David; Grande, Tony; Groom, Steve; Lappin, Harley; Mayberry, Lucibeth; White, Kim |
| **Subject:** | FW: CEO Update to CCA BOD |

fyi

**From:** Marshall, Thurgood, Jr. [mailto:TMarshall.Jr@morganlewis.com]
**Sent:** Thursday, January 22, 2015 9:52 AM
**To:** Hininger, Damon
**Subject:** RE: CEO Update to CCA BOD

Damon:

Thank you very much for this thoughtful report.

As a general matter, I think it is a testament to you and your team that although NE-Ohio is disappointing we were not blindsided – it was very helpful to have had plenty of advanced briefing information when I saw the news reports about NE-Ohio because I could put those news reports in perspective with the guidance that you'd already provided. I, for one, would rather be pleasantly surprised than blindsided so I appreciate the way you've kept us posted on these developments. I know that you and the team will make the necessary adjustments going forward.

**Thurgood Marshall Jr**
**Morgan Lewis & Bockius LLP | Morgan Lewis Consulting LLC**
2020 K Street, NW | Washington, DC 20006-1806
Direct: +1.202.373.6598 | Main: +1.202.373.6000 | Fax: +1.202.373.6001
TMarshall.Jr@MorganLewis.com | www.morganlewis.com
Assistant: Denise Soo Hoo | +1.202.373.6616 | denise.soohoo@morganlewis.com

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Hininger, Damon [mailto:Damon.Hininger@cca.com]
**Sent:** Thursday, January 22, 2015 9:00 AM
**To:** Hininger, Damon
**Subject:** CEO Update to CCA BOD

Good morning-

I hope this email finds you well and your year is off to a good start. The purpose of this email is to update you on several significant events since our December 2014 Board meeting.

First of which is the disappointing news we received on December 29th from the Federal Bureau of Prisons (BOP) that they were not renewing our contract at our Northeast Ohio Correctional Center in Youngstown, Ohio. As you know, we

1

CONFIDENTIAL                                                                                                    CORECIVIC_0036536

have talked about this renewal for several quarters during our Board meetings noting that this was going to be a very competitive renewal between us and GEO.

As customary for these federal procurements, we asked for a debriefing from the BOP and we received it on January 6th. As a reminder, there were two parts to the procurement. Part A of the procurement placed us in a head to head competition with CCA and our Ohio facility versus GEO's facility in Pennsylvania. For Part A, CCA proposed a lower price than GEO but our total proposal was unsuccessful because of two weaknesses:

1. First, in the Past Performance section of our proposal, concerns about our performance in medical services at our Cibola, NM and Eden, TX facilities were raised. We have had challenges in the past 18 months in the staffing and management of these two medical departments, and with that, knew we would have to overcome that in other parts of our proposal.
    a. As for these two locations presently, over the last twelve months, we have terminated physicians at both locations in addition to terminating the Heath Services Administrator at Cibola as a result of the BOP and our Quality Assurance and Operations teams noting in frequent reviews and audits that their performance was not at the level expected by us or the BOP. Both facilities over the last year have been constantly supported by our team here in Nashville and both facilities will have their next full audits by the BOP with Cibola in April and Eden being in August of this year. Finally, the BOP issued on January 9th a cure notice on the Cibola contract formally expressing their concerns at this facility and they will use the BOP audit in April to determine if we have satisfactory cured the medical issues at the facility. Resolution of this issue is of high importance to the Management Team and I am confident of a positive outcome in April.
2. Second, in the Technical Proposal section of our proposal, the operation plan at our Northeast Ohio facility was considered a weakness because the facility was going to be operating with two customers, the BOP and the United States Marshals Service. The key concern by the BOP was the sharing of services and personnel for both customers. This wasn't a complete surprise as the BOP had expressed concerns about this approach during the procurement process and we had proposed additional staff and management structures to help alleviate their concerns but it wasn't enough in the final analysis. More frustrating, we have been operating for ten years under the current contract with these two customers at Northeast Ohio without a single customer compliant or concern. GEO's facility in Pennsylvania would be exclusively used by the BOP.

In Part B, we loss on price on our two alternate proposals, which if all other things were being equal, this would be hard to overcome. GEO's Hinton, Oklahoma facility will be the solution on this part of the BOP procurement. The silver lining here is that we were competing with GEO also on the pending Oklahoma procurement for up to 2000 beds in state. With their Hinton facility now off the market, that should make us the likely winner on the Oklahoma procurement with our Diamondback facility in Watonga, OK.

With this decision in our rear view mirror, we shift our focus to making sure we follow through rectifying the medical concerns noted above and also working to secure a partner to replace the BOP at our NE Ohio facility. Our current contract with the BOP goes through end of the May of this year so ideally we would like to secure a partner that could start utilizing capacity later this year. On this front, you may have seen it reported in the news clips that the State of Ohio maybe a potential prospect. The State expressed interest to us shortly after the news on the BOP and conducted a tour of the facility this past Friday. Additionally, our team met with the Director of the Department of Corrections on Tuesday of this week and he expressed interest in using the available capacity at the facility, potentially as early as July of this year. The Director has some issues to review with his team but the initial engagement with them on utilizing most if not all of the capacity that will be vacated by the BOP has been favorable.

The second item I wanted to report is that our South Texas Facility Residential Center formally opened on December 19th. Overall, the activation has gone well but like any new activation, we did have a few issues along the way that we worked through with ICE. Most notable is changes requested by ICE for sections of the facility still under construction. And as a reminder, Phase Two, which is the more permanent section of the facility and the phase still under construction, we will be receiving completed sections under this phase from the contractor starting this quarter.

Third, Dave and the team gave us in our December meeting a thorough update on the decision on where to place the new South Texas facility...in the REIT or TRS. After much work by his team and our external partners, Latham delivered the opinion as we envisioned that gave us comfort to place this new facility in the REIT.

Finally, earnings season is upon us and we are nearly done closing the books for 2014 and the results will be consistent with what we forecasted to you in December. Also, with the news on NE Ohio, our 2015 forecast is likely to be different than what we put forth in December as our Management Plan. More to come on that in February.

Case 3:16-cv-02267   Document 400-18   Filed 01/22/21   Page 3 of 4 PageID #: 21989
CONFIDENTIAL                                                                                    CORECIVIC_0036537

As always, let me know if you have any comments or concerns. Thanks as always for your support and see you next month. Damon

See how CCA is making a difference

(i) This e-mail and any files transmitted with it are confidential and intended solely for the use of the intended recipient(s). If you have received this e-mail in error, please notify the sender immediately and delete this e-mail and any associated files from your system. (ii) Views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of Corrections Corporation of America. (iii) The recipient should check this e-mail and any attachments for the presence of viruses. The company accepts no liability for errors or omissions caused by e-mail transmission or any damage caused by any virus transmitted by or with this e-mail. This email has been scanned for content and viruses by the McAfee Email Security System

CONFIDENTIAL                                                                                         CORECIVIC_0036538