EXHIBIT 70
[Filed Under Seal]

# THOMSON REUTERS STREETEVENTS
## EDITED TRANSCRIPT
### CXW - Q1 2015 Corrections Corporation of America Earnings Call

EVENT DATE/TIME: MAY 07, 2015 / 3:00PM GMT

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2015 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

# CORPORATE PARTICIPANTS

**Cameron Hopewell** *Corrections Corporation of America - Managing Director, IR*

**Damon Hininger** *Corrections Corporation of America - President & CEO*

**David Garfinkle** *Corrections Corporation of America - EVP & CFO*

# CONFERENCE CALL PARTICIPANTS

**Operator**

**Kevin McVeigh** *Macquarie - Analyst*

**Brian Rutenbur** *Sterne Agee - Analyst*

**Tobey Summer** *SunTrust Robinson Humphrey - Analyst*

**Barry Klein** *Macquarie - Analyst*

**Rob LaQuaglia** *Wells Fargo Securities - Analyst*

# PRESENTATION

**Operator**

Good morning, my name is Jessica and I will be your conference operator. As a reminder, this call is being recorded. At this time, I'd like to welcome you to Corrections Corporation of America's First Quarter 2015 Earnings Conference Call.

All lines have been placed on mute to avoid any background noise. After the speakers' remarks, there will be a question-and-answer session. (Operator Instructions)

I would now like to turn the conference over to Cameron Hopewell, CCA's Managing Director of Investor Relations. Mr. Hopewell, you may begin your conference.

---

**Cameron Hopewell** - *Corrections Corporation of America - Managing Director, IR*

Thanks, Jessica. Good morning, ladies and gentlemen, and thank you for joining us. Participating on today's call are Damon Hininger, President and Chief Executive Officer; and David Garfinkle, Chief Financial Officer.

During today's call, our remarks will include forward-looking statements pursuant to the Safe Harbor provisions of the Securities and Litigation Reform Act. Actual results or trends may differ materially as a result of a variety of factors, including those identified in our earnings release and with our various filings with the SEC. You are also cautioned that any forward-looking statements reflect management's current views only and that the Company undertakes no obligation to revise or update such statements in the future.

This call will include a discussion of non-GAAP financial measures. A reconciliation of the most comparable GAAP measurements is provided in our corresponding earnings release and included in the supplemental financial data on the Investors page of our website at www.cca.com.

With that, it's my pleasure to turn the call over to Damon Hininger.

---

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2015 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

Case 3:16-cv-02267    Document 400-20    Filed 01/22/21    Page 3 of 19 PageID #: 22005

**Damon Hininger** - *Corrections Corporation of America - President & CEO*

Thank you, Cameron. Good morning and thank you for joining our call today. Also joining me on today's call is our Chairman, John Ferguson and Brian Hammonds, our VP of Finance.

I'll begin today's call by providing some highlights of our financial results for the first quarter 2015 before providing an update on key business developments and opportunities. Following my remarks, I'll hand the call over to Dave, who will provide a more in-depth review of our first quarter financial performance and will walk through the factors impacting our updated full-year 2015 guidance.

We started off 2015 with strong financial performance in the first quarter. Revenue of $426 million in first quarter represented a 5.4% increase from the comparable prior year period. Total net operating income for the first quarter was $125.3 million, an increase of 7.3% over the prior year. And we generated normalized funds from operation of $0.68 per share in the first quarter of 2015, an increase of 9.7%. Both our EPS and FFO results exceeded the high-end of our guidance for the first quarter as a result of our continued outperformance in our portfolio of owned and controlled facilities.

Revenue generated from owned and controlled properties increased 9.7% and net operating income increased 8.3% year-over-year. Dave will provide additional color on the drivers of our financial performance following my remarks. Also during the first quarter of 2015, our Board of Directors approved a 6% increase in our quarterly cash dividend to $0.54 per share or $2.16 per share annually. This was the second 6% dividend increase in as many years and reflects our continued confidence in the strength of the earnings and cash flows generated by the business. And it is also important to note that our view hasn't changed in light of the updated guidance we provided last night and the news on California.

Next, I would like to provide an update on our three facilities currently under development, starting first with our South Texas Family Residential Center. As we highlighted on our last call in February, we opened Phase 1 of this facility in late December of 2014, which provided up to 480 beds, while we diligently worked on a development of the 2,400 bed Phase 2. On April 19, we officially opened Phase 2 of the facility with 960 beds coming online and two neighborhoods of 480 beds each.

Now, while we have some weather-related delays that pushed the opening of Phase 2 into the second quarter, we continue to be on track to complete all five 480-bed neighborhoods before the end of the second quarter. We are currently housing over 600 residents at the facility with more than 370 employees, which include resident supervisors, language interpreters, educators, counselors, program facilitators and chaplains. While there is still quite a bit of construction activity taking place on the site, we remain focused on ensuring that we are fully achieving all operational goals of providing a safe residential setting for individuals entrusted in our care in a facility that's fully compliant with ICE family residential standards.

Sticking with updates in our facilities under development, construction continues on our 1,500-bed Otay Mesa Detention Center outside of San Diego, California. As a reminder, this is a replacement to our 1000-bed San Diego Correctional Facility, which is subject to a ground lease with the County of San Diego, expiring in December 2015 and calls for the ownership of this facility to revert back to the county.

We house populations for ICE and United States Marshals Service at the San Diego Correctional Facility and expect to begin transitioning these populations to the new Otay Mesa facility beginning in the third quarter of 2015.

Now, we believe this market to be historically underserved in terms of available bed capacity and thus believe additional bed capacity will enable us to be a solution for partners seeking space to house population there. As we approach the completion of the silicon structure, we expect to incur start-up and transition-related expenses in the third and fourth quarters of 2015.

Moving next to update you on our Trousdale-Turner Correctional Center here in Tennessee. This is a 2,552-bed facility we are constructing for the state. We remain on schedule to complete construction of this facility in the fourth quarter of this year and plan to begin ramping operations in anticipation accepting the offender that the facility beginning in the first quarter of 2016.

The state budget, which was inactive during the legislative session this spring, included funding authorization to begin activation of the facility in the first quarter of next year. As a result, we expect to begin incurring startup-related expenses in the fourth quarter of 2015. And as a reminder, the impact of startup-related expenses of both Trousdale and Otay Mesa is included in our full-year 2015 guidance.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2015 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

Case 3:16-cv-02267   Document 400-20   Filed 01/22/21   Page 4 of 19 PageID #: 22006

These three ongoing development projects will incrementally add approximately 5,000 beds to our facility portfolio and represent our payable capability, I should say, to provide innovative solutions to a diverse set of customer needs. While the South Texas Family Residential Center is expected to contribute to our growth in 2015, all three projects are expected to be meaningful contributors to the growth of our business over the next few years.

Next, I will touch on additional developments within our facility portfolio. Beginning in early January, our Red Rock facility in Eloy, Arizona began the ramp-up of an additional 500 beds for the State of Arizona. The ramp-up was completed by the end of February, bringing the total occupancy at this facility up to 1,000 beds and resulted in nearly $3 million in additional revenue in the first quarter of 2015. We are proud of our growing partnership with the state and are focused on continuing to deliver high-quality service as we assist the state by providing much needed capacity to alleviate overcrowding in their system.

In recognition of the state's continued capacity challenges, the Arizona Legislature passed their 2016 budget, which included authorization for 1,000 additional contract beds to come online on July 1, 2016. This represents a positive opportunity for CCA given the successful activation of our Red Rock facility. We believe we are well positioned to help the state in providing these additional 1,000 beds and we will be actively engaged with the state as they move forward with their procurement.

Now, I'll move to a state update and talk about some budgets and trends that we're seeing within our respective state portfolio. Many of our state partners are approaching the end of their legislative season and budget development for their 2016 fiscal year. To-date, six of our 15 have completed their budget work. Each of the six states, which have passed budgets have fully funded our contracts. We continue to see improvements in the physical health of state-level budgets as state economies have continued to improve. And as a result, we have been successful in receiving price improvements on many of our contracts and believe that actions by states like Tennessee and Arizona to utilize a private sector demand as the challenges they face with growth in overcrowding in inter-correctional systems is a positive indication of the value CCA can deliver. Other states like Oklahoma and Ohio are experiencing similar growth in overcrowding and we believe CCA could deliver significant value to these and other states that are working through similar issues in their correction systems.

And speaking of Oklahoma, the state continues its budget work. However, we expect final passes this month. Passage of the budgets should bring clarity to the Department of Corrections request to procure 1,000 additional beds to address overcrowding in their system. Given CCA's existing capacity in the state, we feel we are well positioned to be able to meet their needs.

In terms of overall growth trends, six of our state partners have seen increases over the last 12 months of a combined total of over 3,900 offenders. We also have 10 state customers, where we provide owned and managed solutions that are experiencing a significant bed shortfall over the next five years.

Let me now move to California, provide some commentary on recent developments. During the first quarter of 2015, inmate populations in the state system fell below the benchmark occupancy goal of 137.5% of rated capacity as established by the three judge federal court panel for the first time since the court mandate; a notable milestone for the state. CCA has been a strong partner in helping California achieve the court order capacity level through the availability of 9,000 out-of-state beds we provide as well as the lease for our 2,560-bed Cal City Correctional Center.

The average number of inmates held in the out-of-state program were approximately 8,800 in the first quarter of 2015. However, our California inmate populations declined towards the end of the quarter. We have continued to see modest declines in utilization out-of-state beds in April and May and as of today, we are approximately at 8,100.

The updated 2015 guidance provided in yesterday's earnings press release reflects our updated expectations at the number of inmates in out-of-state program will continue to decline throughout the remainder of the year. As for the upcoming year's budget, later this month, Governor Brown will come out with the May revise to the budget, which will take in account the state's latest population trend expectations. When the Governor released his initial budget proposal in January, all 9,000 of [ours] out-of-state beds and the Cal City lease agreement were once again fully funded in his budget proposal.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2015 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

However, we believe inmate population declines have been more significant than estimates used in initial budget process and we expect that May revise will provide us with more clarity on the budget and long-term outlook for California population trends. And it's important to note that while we expect a reduction in a program, we believe our contract will continue beyond the next state fiscal year, which would take us into the fiscal year starting in July of 2016 as we have been a successful part of the state's efforts to address overcrowding and to come in compliance with court mandates.

Now to the federal book of business, but first I go into the [props], I want to talk a little bit about the budget. The President's proposed federal budget for 2016, which was released in February, include several notable things. First of which the proposal included moderate increases in the funding levels for both the BOP and overall for the United States Marshals Service. The fiscal-year 2016 budget requests for ICE to provide significant increases to the funding levels for ICE versus the 2015 funding levels.

Our contracts with our federal partners would be fully funded under the President's proposal and Congress has begun work on completing their fiscal-year 2016 appropriation bills and we believe that the proposed funding of our federal contracts are positive developments.

Moving into a discussion of system props for our federal partners, some of the weakness in federal populations we experienced in the fourth quarter of 2015 carried over to the first quarter of 2015 as we expected and discussed in our call back in February.

Starting first with ICE, throughout the majority of the first quarter, ICE was operating under a short-term continuing resolution, which provided funding for approximately 34,000 detention beds at fiscal-year 2014 levels even though ICE continued to be tasked with assisting the unprecedented humanitarian crisis by providing residential care centers for families. In fact, Congress did not pass a fiscal-year 2015 funding bill for the Department of Homeland Security until the beginning of March of 2015.

Uncertainty surrounding the DHS ICE funding for full-year budget and seasonal fluctuations may have contributed to ICE population's remaining low levels and typically seen in the past year during the first quarter of 2015 and into the second quarter. Since the fiscal-year 2015 funding bill was passed, our ICE populations have stabilized and have trended slightly higher. And as a reminder, our new South Texas facility, which has our largest contract with ICE, has a fixed monthly payment. So that serves as a good hedge of population volatility within our portfolio.

As for the United States Marshals Service and the Federal Bureau of Prisons, we believe there are a couple dynamics impacting current population trends. While we have spoken previously about federal budget challenges having an impact on staffing levels, hiring and activities for both Federal Law Enforcement Agencies and US Attorney's Offices resulting in inclines of Marshals and BOP populations in 2014, we have also seen Marshal populations stabilize and begin to trend higher in recent months.

The increase in US Marshal populations may be a result of the gradual increases in staffing levels and the cases being processed by US Attorney offices around the country. And while overall BOP populations continue to decline in the first quarter of 2015, an increase in US Marshal population resulting from an increase in the number of federal court cases being processed could eventually reverse this trend during 2015.

At the same time, our estimates indicate that the Federal Bureau of Prisons is operating at a nearly 128% of rated capacity in our own facilities as of the close of the first quarter of 2015. It is important to note that as the rate of overcrowding in the BOPs owned facilities decline, the average cost to house an offender in BOP-operated facility per day continues to increase, which only improves CCA's value proposition to the BOP.

One final update on the BOP, the Bureau currently has a procurement advertised for 10,800 beds, known as the Criminal Alien Requirement or CAR 16. This procurement is for renewal of contracts of facilities operating in Texas. Now, CCA only has 1,550 beds up for rebid in this procurement and the proposed facilities have to be in a certain geographical location. Three states included in the procurement as eligible places of performance are Oklahoma, Mississippi and Arizona. CCA has facilities currently operating in these states that are housing California inmates that we think could be very attractive to the BOP.

Moving on, we continue to pursue various opportunities at the federal, state and local levels to provide solutions through our available bed capacity as idle or underutilized facilities. Additionally, we believe there are ample opportunities across the country to allocate capital for growth opportunities, whether if you're providing a real estate solution, acquiring existing government-owned facilities or development of new facilities to either provide

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2015 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

Case 3:16-cv-02267   Document 400-20   Filed 01/22/21   Page 6 of 19 PageID #: 22008

additional capacity or replace aging inefficient facilities for existing or new government partners. With over 200,000 beds currently in service at facilities more than 35 years old or older, many states who are experiencing also growth in overcrowding, we believe we are well positioned to bring to bear a full value proposition partner with government agencies to finance, construct and operate facilities.

An additional avenue for allocating capital for growth is through the acquisition of residential reentry facilities to expand our footprint in this market. Since our acquisition of CAI in late 2013, we have expended a significant amount of time and effort to build a pipeline of acquisition targets. We believe this to be an attractive market as residential reentry services are a natural extension to the intensive re-entry programming already offered across our existing correctional facilities.

Expanding our reentry capabilities and footprint will serve to benefit our government partners that are looking to expand utilization of residential reentry program as they work with a familiar partner that already has extensive experience in providing reentry programming. We continue to evaluate acquisition opportunities in this market and we'll be disciplined in our approach.

With that, I would like to say that I'm sincerely appreciated of all the CCA management team, the wardens out at the field and the entire CCA family of correction professionals here in Nashville and nationwide for all the important work they do every day for us.

So, with that, I'll now turn over the call to Dave.

**David Garfinkle** - *Corrections Corporation of America - EVP & CFO*

Thank you, Damon, and good morning, everyone. In the first quarter, we generated $0.49 of adjusted EPS compared to our February guidance range of $0.44 to $0.45 and $0.04 ahead of the First Call consensus estimate. Normalized FFO totaled $0.68 per share, ahead of our February guidance range of $0.62 to $0.63 and AFFO also totaled $0.68 per share compared to our February guidance range of $0.61 to $0.62.

Adjusted EPS, normalized FFO and AFFO exclude a non-cash impairment charge of $1 million for the write-off of goodwill associated with our decision to exit the managed-only contracts at the Winn Correctional Center. Compared with the first quarter of the prior year, these first quarter results represent increases in adjusted EPS, normalized FFO per share and AFFO per share of 11%, 10% and 17% respectively. These increases were attained through the continued ramp of new contracts with the State of Arizona at our Red Rock facility and ICE at our South Texas Family Residential Center as well as from exiting certain unprofitable contracts as we discussed last quarter and in this quarter's earnings release.

We expect the new contracts for the Arizona at our Red Rock facility, where occupancy increased from about 500 inmates at year-end 2014 to nearly 1,000 inmates by the end of Q1 2015 and with ICE at our South Texas Family Residential Center to contribute to further growth in 2015. As a reminder, revenue at the South Texas facility is largely based on the number of beds brought online rather than the number of residents at the facility. As Damon mentioned, we currently have 960 beds in service and expect to have the full 2,400-bed facility online near the end of this quarter.

On a percentage basis, AFFO per share increased from the prior-year quarter more than EPS and FFO per share due to a decrease in maintenance capital expenditures as we had accelerated some expenditures in the first quarter of 2014. Maintenance capital expenditures can fluctuate from quarter-to-quarter and were a little lower than we forecasted in Q1 2015. We have maintained our annual guidance in this area however. So, we expect to incur higher levels in future quarters relative to the first quarter.

Our balance sheet remains very strong with leverage at 3.1 times, fixed charge coverage increasing to 9.2 times and solid liquidity. At March 31, we had $74 million of cash on hand and $319 million of availability on our bank credit facility and no debt maturities until December 2017. The construction of our new Trousdale-Turner Correctional Center and Otay Mesa Detention Center, both continue on track for completion later this year. As of March 31, we had remaining construction cost of about $75 million on these two projects.

Moving next to a discussion of our guidance. As indicated in the press release, adjusted EPS guidance for the full year is now a range of $1.89 to $1.97, while Q2 2015 EPS guidance is a range of $0.49 to $0.51. Full-year normalized FFO per share guidance is a range of $2.62 to $2.70 and full-year AFFO per share guidance is $2.57 to $2.64. The most meaningful change to the guidance we provided last quarter is a reduction in the number of

6

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2015 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



inmates we project housing in our facilities from the State of California. At the end of April 2015, the state was approximately 2,200 inmates below the 137.5% occupancy cap imposed by the federal court.

We believe it is reasonable to assume that California could return 2,000 to 2,500 additional inmates from CCA by the end of calendar 2015. We will work with our partner to meet their objectives while attempting to minimize the impact on our financial results. The span of our earnings guidance reflects a range of assumptions about the pace, location and number of inmates we house for the state as well as by the efficiency of removal. Note that while we expect a reduction in the out-of-state program, we believe our contract will continue beyond the next state fiscal year.

Cross walking Q1 to Q2 and the rest of the year at a high level as we mentioned last quarter, approximately 75% of our unemployment taxes are incurred during the first quarter, resulting in a $0.02 increase in EPS from Q1 to Q2. Our guidance for the remainder of the year reflects the previously-announced termination of the BOP contract at our Northeast Ohio Correctional Center effective May 31 and a decrease in California populations.

The financial impact of the population declines at Northeast Ohio and from California is partially offset by the continued ramp of the South Texas Family Residential Center and the termination of the contract at the managed-only Winn Correctional Center later this year. We experienced a net operating loss at Winn in the first quarter on revenues of $4.5 million as for many years we have been unable to achieve an increase in the per diem, which is now approximately $10 below our average managed-only per diems.

Our guidance also reflects an increase in populations from ICE and the US Marshals at certain facilities from levels at the beginning of the year based on increases we have recently experienced.

Finally, our guidance includes $0.03 per share and start-up costs in Q4 in preparation for the commencement of the new contract at the Trousdale Facility, which is expected to contribute to earnings and cash flow growth in 2016. Our guidance does not include any new contracts, acquisitions or the termination of any material contracts beyond the BOP contract at Northeast Ohio and the contract of the Winn Correctional Center. As a reminder, for modeling purposes, because of some very specific accounting rules, the lease agreement with a third-party lessor at our South Texas Family Residential Center is treated similar to capital lease accounting. This resulted in a portion of the rental payments to the lessor being classified as depreciation and interest expense for GAAP accounting purposes instead of rent expense.

Because of a slight weather delay in bringing beds online, we did not recognize any such depreciation during the first quarter as we had contemplated at the time of last quarter's earnings call. We are now currently projecting depreciation on this lease for the second quarter and full-year 2015 of approximately $9 million and $30 million respectively. The interest expense component also begins in Q2 and is expected to be about $2 million in the second quarter and $8 million for the full-year. We will be deducting such amounts in our calculation of adjusted EBITDA, because we believe this presentation is more reflective of the cash flows associated with the facility's operations and therefore cash available to service our debt and pay dividends to our shareholders.

We have again included in our press release, the calculation of adjusted EBITDA, so that you can see these adjustments reflected in our guidance. Likewise for FFO and AFFO calculations, we will not be adding back to net income this depreciation. Again, adding back the depreciation would imply that the expenses non-cash when this expense is really a component of the rental payments made to the lessor.

By including EBITDA guidance in our press release, we have provided you with our estimate of the effective income tax rate as well as our estimate of total depreciation and interest expense for both the second quarter and full-year. You can see that we are projecting an increase in our effective income tax rate for the remainder of 2015 compared with the first quarter, but it's otherwise relatively consistent with the guidance we provided in February. The increase from Q1 is attributable to a higher portion of taxable income coming from our taxable REIT subsidiary combined with the phase-out of the unprofitable contracts at the Winn Correctional Center and managed-only facility in the TRS. G&A expense is expected to be around 5.5% to 6% of total revenue.

Finally, we review with our Board each quarter our dividend levels and our dividend policy as part of the quarterly dividend declaration process. Although our AFFO payout ratio increases modestly with our new guidance, looking forward and into 2016, we are very comfortable with our current dividend level, particularly at our conservative leverage ratio and as we have clear visibility on cash flow growth in 2016 coming from

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2015 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

Case 3:16-cv-02267    Document 400-20    Filed 01/22/21    Page 8 of 19 PageID #: 22010

Trousdale, Otay Mesa and a full-year impact of the South Texas Family Residential Center and as we continue to see additional business opportunities later this year and into 2016.

I'll now turn it back over to Damon.

**Damon Hininger** - *Corrections Corporation of America - President & CEO*

Thank you, Dave. That now ends our prepared remarks. We now like to take it over to the operator and open it up for Q&A.

### QUESTIONS AND ANSWERS

**Operator**

Thank you. (Operator Instructions) Kevin McVeigh, Macquarie.

**Kevin McVeigh** - *Macquarie - Analyst*

Great, thanks. Hey, very helpful comments. Hey, I wonder if you could just drill down a little bit more on California. It sounds like kind of the in-state is pretty safe, the volatility could be on the out-of-state. Is there any way to think about kind a range of kind of best worst case scenario to the extent the state has continued success in terms of reductions?

And then, just along those same lines, Damon, If I heard you right, the CAR 16, you have about 1,800 beds or so, 1,500 rather, and the total opportunity is 10,008, who has got those other beds and just any thoughts on puts and takes across the guidance as it's currently laid out from California and CAR 16?

**Damon Hininger** - *Corrections Corporation of America - President & CEO*

Absolutely. Thank you, Kevin. This is Damon. So, couple questions you had there. First in California than what the BOP. So, let me tackle those in that order. So, California, the key question that we'll have and really everybody, I think, has in California in Legislature and the Department of Corrections is the population projections. So, let me back up a minute and give you at least what we know and then some of the kind of key milestones and things that we'll be looking towards here the coming weeks and months.

If you go back about 16 months, right before the Prop 47 was passed, most observers within the state and probably the most notable one was LAO, which is Legislative Analyst's Office, they were expecting Prop 47 to have an impact of a couple thousand inmates within our corrections system. And you understand that and you understand that the current number, they are at 5,000. So, it was notably higher than what they're projecting going into the vote on Prop 47.

The other thing is I mentioned earlier and we mentioned also in February, the Governor's budget in January fully funded at 9,000 beds. So going into the vote, they would think it's couple thousand bed reduction in the Department of Corrections system, but the Governor still felt strongly about fully funding out-of-state program. So, it obviously is a bit higher. The impact of Prop 47 has been higher than anybody expected within the state.

So, the key question going forward is what will be the impact going forward and the Prop projection that will be released by the state, we don't know the timing of that, but obviously that will be a key thing that we'll be looking at to think about the business going forward. But what I do also want to note, again it's not necessary indication of a trend, but facts I think are important in this discussion. And so if you go back to November to present and look at their system and the trend down in their system, they've gone down by about 5,000 inmates as I mentioned earlier, but

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2015 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



population is something that we look at on a weekly basis. It looks like the most significant reduction happen during the month of January this year. So, they went down about 2,000 in that month. So, the last six months, that was the largest increase in one month.

Most recently, in April, they went down by about 500 inmates. So, 2,000 was the biggest; April, they went down by 500; that's the smallest decrease five months since Prop 47 has been enacted. And actually in this past week, again, we look at this every week, this past week, they were down by 35 inmates.

So, the question I know the state will be kind of grappling with is that, one, what is truly long-term impact of Prop 47 and now, that looks like they're going to decline on the impact of Prop 47, have they reached the new bottom and what's the projection going forward? So, it gives you at least a little bit of color and obviously points out a couple key facts as we think about the state and the impact on population the last six months.

But, Kevin, to your question, we don't know what the projection is. Again, that will be a key milestone or key report that we'll be looking for the state. And as I think about other kind of key things that we need to keep an eye on in the coming weeks and months in addition to the Prop projection is also the May revise, which I've already highlighted, which we think will be here in the next week or two. That budget revise may have a Prop projection, but we don't know that would be a fact. So it could be also embedded in that report that will become public.

Another thing is that continue to look very closely at (inaudible) populations. So, they are pretty good with the California releasing populations within their system. So that'll also be a key thing that we look at in the coming days and weeks and the trend that we're seeing where its lowering, the rate of decline is slowing down as that is the case going forward. And then the last thing I would note is kind of a key milestone. As I mentioned earlier, we believe our contract will go into the following fiscal year, which should be July 2016. So, as you all know, our current contract starts June of 2016. So that would require a renegotiation of the contract. So that obviously would be another key milestone for investors to look for.

So that gives you a little more color hopefully on California. Again, can't give you an answer on the Prop projection, but that's something that we'll be keeping a close eye on.

Moving to your question on BOP and CAR 16, so you're exactly right, 10,800 beds, as I mentioned earlier, those facilities have to be in a certain geographical location. Again, we think our facilities in Oklahoma, Mississippi and Arizona, which are how the California inmates could be a very, very attractive to the Bureau and you got the number right. You've heard me correctly, so 1,500 is the amount that we've got for rebid. The majority of the rebid is for beds in GEO's facility. I think they've got just over half like 55%, 60%. MTC has about 2,000 beds and again, we have about 1,500 beds. So, majority GEO, MTC, second with second largest quantity and then we've got the smallest quantity with our Eden facility.

**Kevin McVeigh** - *Macquarie - Analyst*

Got it. Damon, just the MTC, I missed that? How much you currently see there?

**Damon Hininger** - *Corrections Corporation of America - President & CEO*

Yes, GEO has got over half of the beds of rebid, MTC has about 2,000 beds after rebid and then like we've got the smallest quantity of the total amount, which is our Eden facility of about 1,500 beds.

**Kevin McVeigh** - *Macquarie - Analyst*

Got it. And then just, if you said this, I apologize. In terms of the guidance, where you are projecting kind of where should California sit in that in terms of number of beds embedded in the full-year guidance now?

THOMSON REUTERS StreetEvents | www.streetevents.com | Contact Us

©2015 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



Case 3:16-cv-02267   Document 400-20   Filed 01/22/21   Page 10 of 19 PageID #: 22012

**David Garfinkle** - *Corrections Corporation of America - EVP & CFO*

So, from where we are now, which was again down to 8,100 from say 8,700, down to 8,100 at the end of April, we're projecting 2,000 to 2,500 additional inmates pretty much pro rata between now and December 31 calendar-year 2015.

**Kevin McVeigh** - *Macquarie - Analyst*

Got it. So, there is an outside chance that if those current trends kind of continue, there may be upside there. Okay, awesome. Thank you.

**Operator**

Brian Rutenbur, Sterne Agee.

**Brian Rutenbur** - *Sterne Agee - Analyst*

Yes, thank you very much. So, trying to understand the California impact a little bit further, 2,200 beds on an annualized basis would be about $50 million, is that the right ballpark?

**David Garfinkle** - *Corrections Corporation of America - EVP & CFO*

Well, I wouldn't want to quantify. I mean the guidance reflects the range that's going to be dependent on that 2,000 and 2,500, but it's also going to be dependent on where they're coming from and the pace at which they take them out between now and the end of the year. So, all I can really want to tell you is, it's all that range, we have (inaudible) range embedded in that guidance.

**Brian Rutenbur** - *Sterne Agee - Analyst*

Okay. Can you tell us how much -- I didn't hear the revenue guidance. Was there anything that you gave us in terms of revenue for the year?

**David Garfinkle** - *Corrections Corporation of America - EVP & CFO*

No, we don't. We haven't historically provided a consolidated revenue guidance.

**Brian Rutenbur** - *Sterne Agee - Analyst*

Okay. I was just trying to do a back of the envelope, then what would this impact be on an annualized basis? If we took the 2,200 or 2,100, you pick the middle of your range. And at the end of the year take out those beds, what would be the annual impact in terms of AFFO or earnings?

**David Garfinkle** - *Corrections Corporation of America - EVP & CFO*

I really don't want provide that to you, Brian.

**Brian Rutenbur** - *Sterne Agee - Analyst*

Okay. Then the exposure, I'm trying to understand is, there is an additional -- is it 8,000 beds you have or additional 6,000 on top of the 2,000 to 2,500 that you have out-of-state with California?

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2015 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

Case 3:16-cv-02267   Document 400-20   Filed 01/22/21   Page 11 of 19 PageID #: 22013



**David Garfinkle** - *Corrections Corporation of America - EVP & CFO*

The contract is for about 8,900 and so, we're projecting -- so you are down about 600 to-date and then on top of that it'd be 2,000 to 2,500 additional that we're forecasting between now and the end of the year. Obviously, we haven't put out 2016 guidance, which is really why it's hard for me to tell you what the impact would be in 2016, not to mention the fact that we don't really have very a good visibility on what that impacts in terms of any additional population reductions would be in 2016.

**Damon Hininger** - *Corrections Corporation of America - President & CEO*

Brian, I would add to that, as I mentioned earlier, we believe we'll have a contract past next fiscal year and that will be obviously a conversation we'll have with the department on the location and the ultimate amounts. We know that will be a notable event to investment community, because that should give clarity on the location than the population going into 2017 fiscal year.

Another thing I would say is that we have a great relationship with California and in the last couple of years, they have been very flexible as much as they can be on the impact and on the location. So, to your earlier question to Dave about kind of impact, one thing that we'll be working on in the coming days and weeks is to try to meet their -- what they need to accomplish in their system relative to bringing down the population, but also try to minimize the impact as much as possible within our system. And they've expressed as they've had in the past a desire to be flexible and try to minimize the impact to the company.

**Brian Rutenbur** - *Sterne Agee - Analyst*

Okay, thank you very much.

**David Garfinkle** - *Corrections Corporation of America - EVP & CFO*

Brian, let me say one other data point, California is expected to bring out about 2,400 infill dorm beds business in early 2016. So, we wouldn't be surprised if the May revise includes some additional reductions into 2016, but it's just very difficult to predict what that's going to be.

**Brian Rutenbur** - *Sterne Agee - Analyst*

Okay, great. Thank you very much.

**Operator**

Tobey Summer, SunTrust Robinson Humphrey.

**Tobey Summer** - *SunTrust Robinson Humphrey - Analyst*

Thanks. One question on California that I think has been asked, but I missed it. If the beds come down in terms of the demand, is there an expectation that you might have for which facility they would be drawn from? Thanks.

**Damon Hininger** - *Corrections Corporation of America - President & CEO*

Yes, Tobey, thanks for your question. This is Damon and I would want to point out a specific facility, but as I expressed earlier, the state has been and has expressed here going forward, a lot is desired to be flexible with us on the timing and on the impact. And so, it would be our desire to

THOMSON REUTERS StreetEvents | www.streetevents.com | Contact Us

©2015 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



Case 3:16-cv-02267   Document 400-20   Filed 01/22/21   Page 12 of 19 PageID #: 22014

minimize the impact obviously, but also to see if we do have line of sight on another opportunity as expressed earlier like Oklahoma, where they've got desire to do procurement for 1,000 beds to see if we could kind of link those two events together, but as of right now, it's too early to tell exactly the location and the timing of a specific facility.

**Tobey Summer** - *SunTrust Robinson Humphrey - Analyst*

Okay, but I guess the point is you might be able to play a role in that decision.

**Damon Hininger** - *Corrections Corporation of America - President & CEO*

Absolutely, yes, absolutely, and California, again they've -- and this is going several years, they have expressed a lot of desire, because as you know we've had some ups and downs of populations in years past. And so they've always come to the table saying we know this is also having impact with you, we want to help you minimize that. There is clearly something that they've got to achieve, but yes, we'll have a rule of that -- of the dialogues that will be a two-way conversation.

**Tobey Summer** - *SunTrust Robinson Humphrey - Analyst*

After the beds, the small number of beds that California has coming online shortly -- come online, are there any more beds in California under development or accessible to the states?

**Damon Hininger** - *Corrections Corporation of America - President & CEO*

There is not, there is not. So, yes, other than the ones that Dave just highlighted, there is not. And again, the key question in the coming days and weeks will be the Prop projection going forward. One thing that we look very closely is not only the state populations, but also what's going on in the county level. So, we're seeing some volatility in the county level too. We don't see anybody building capacity at the county level, but we're also starting to see a little bit of a shift on certain offenders that maybe are serving their full sentence vs. maybe in the years passed, they are only serving 20% to 50% of their sentence. But that will be a key question on continuing to look at capacity, which again we don't see [any big] development, but also what happens and what kind of shifts and behaviors do you see at the local level.

**Tobey Summer** - *SunTrust Robinson Humphrey - Analyst*

Okay. California has achieved successful results in kind of its goals in recent years with innovative measures, I guess, is one way to describe it. To what extent do you think other customers that are having inmate population increases right now and experiencing that are maybe increasingly willing to engage in innovative things such as California or perhaps things -- new measures to mitigate that population growth?

**Damon Hininger** - *Corrections Corporation of America - President & CEO*

It's a good question and I think California is very extraordinary as you know, because they went up to 200% capacity within their system. They had the federal courts come in and obviously mandate them to take their system down to 137.5%. So, I would say some of the efforts that they have taken and some of the results they've been able to achieve is result of the pressure and the direction they've gotten from this sort of forehead twitch. We have seen in the past some states have these type of situations, where they're severely overcrowded and they are forced to make some very, very tough decisions in a respective system, but I would say all my time in the industry, California clearly was the worse off of any system overcrowded and with that had its extraordinary measures.

But to answer your question, we don't see these types of steps that California has taken. We don't see these happening in other states. Some states have done some adjustments and tweaks and have made some provision changes that relates to sentencing and sentencing guidelines, but nothing

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2015 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



Case 3:16-cv-02267    Document 400-20    Filed 01/22/21    Page 13 of 19 PageID #: 22015

to the extent that we see in California. The other thing I would point to is that virtually every state in the country, there's a five-year population projection and they updated on a regular basis. And it's really important to update that as we go into the budget season, so legislators can think clearly on what they need appropriate for dollars for the department corrections in the coming fiscal year and that's something that we look at on a regular, regular basis.

And so, you hear me kind of talk about the numbers not only the rate of growth over the last couple of years, but projections that we see going forward and those projections are always taking into account any tweaks or changes that are made with parole standards, sentencing guidelines and you're looking at the numbers and I'm just not reading the newspaper, but looking at the numbers and projections that we're seeing around the country, again we don't see anything as notable as what's going on in California.

**Tobey Summer** - *SunTrust Robinson Humphrey - Analyst*

Turning and applying the same kind of scrutiny to the federal side, do you see actions and changes either in sentencing or other areas to curtail population there?

**Damon Hininger** - *Corrections Corporation of America - President & CEO*

There has been some tweaks that we've talked about here in the last, I guess, probably 24 months and that has an impact on BOP populations. Their populations have been coming down. The conventional wisdom within the industry is it's a little more of a kind of wait and see. So, no one's really I think want to come out and say definitively here's what we think, the projection is going to be for the next five years with the BOP.

I think this year, you probably will still see some declines, but as I mentioned earlier, the feeder into the Bureau of Prisons in the United States Marshals Service, the Marshals Service has decline somewhat here in the last 12 months to 18 months, but as I indicated in my comments, we are starting to see really on the front-end of that pipeline, where you got more dollars be appropriated and people being hired in both the law enforcement community at the federal level, but also US Attorney's offices. And like I said, we've now are seeing nationally, but also in our system, Marshal population start to rise. And as you know, Marshals Service has these individuals for a short period time anywhere from 60 days to six months and then they also may pass over to BOP. So, a little bit of latency in 2015, but we think that if the Marshal populations start to increase and that could have a like impact on the Bureau of Prisons.

**Tobey Summer** - *SunTrust Robinson Humphrey - Analyst*

Okay. My last question is, could you give us any color on your view of the implications of budget activity at the federal level and state level that you're anticipating I guess for the state's fiscal year coming up? Thanks.

**Damon Hininger** - *Corrections Corporation of America - President & CEO*

Yes, thank you. Overall, a view on the state level is positive. It's really been on a nice trend here in the last three years or so as revenues have increased, we are seeing now the Department of Corrections get a little bit of breathing room to where they could not only do some investment in facilities with many states that have imposed multi-year merit increase freezes. So we're starting to see a little bit of breathing room for Department of Corrections chiefs around the country, where they can do a little bit stuff in their system, but also we're seeing a little bit of modest improvement on pricing. So, nothing in the foreseeable future that we think is going to reverse that trend. Now, you've got -- not every state is in the same financial health, but overall, we see kind of a general modest trend upward on state budgets.

On the federal level, as I mentioned earlier, the proposed budgets from the President and at least what we're hearing out of the committees in both the House and Senate indicate that our contracts will be fully funded and its most notable, with ICE, there is going to be a meaningful increase just because of the investment ICE has made on family detention for both facilities that we have and GEO has and then Marshal service will be

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2015 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



Case 3:16-cv-02267   Document 400-20   Filed 01/22/21   Page 14 of 19 PageID #: 22016

adjusted if they are seeing a trend, as I mentioned earlier, on populations (inaudible). And so, nothing more to add to that, but overall I'd say it's been mass improvement on state side and fully funded on the federal side.

**Tobey Summer** - *SunTrust Robinson Humphrey - Analyst*

Thank you very much.

**Damon Hininger** - *Corrections Corporation of America - President & CEO*

Thank you for your questions.

**Operator**

Kevin McVeigh, Macquarie.

**Kevin McVeigh** - *Macquarie - Analyst*

So, just one follow-up, Damon. In terms of pricing, any impact in terms of what that could be at the topline, is it 25 bps, 50 basis points, just as pricing starts to affirm a little bit?

**Damon Hininger** - *Corrections Corporation of America - President & CEO*

Historically, we've been 2% to 3% typically pretty much on par with CPI. I'd say just for the near term, it's probably just a tad below that, because again I think states are still being somewhat cautious and careful on their expenditures, but I'd say, yes, you probably normally -- the normal level is kind of 2%, 3%. We could be heading that way here and maybe in say 12 months to 24 months.

**Kevin McVeigh** - *Macquarie - Analyst*

And what would that translate to in terms of revenue?

**Damon Hininger** - *Corrections Corporation of America - President & CEO*

Probably couldn't give you a number on that, we could maybe follow-up with you online on that and put a number on it, but couldn't give you one right now.

**Kevin McVeigh** - *Macquarie - Analyst*

Okay and then just with California factored in at a very high level, how are we thinking about capacity nationwide in terms of potential beds, because one of the things we've talked about in the past is some of that, ultimately the capacity gets absorbed. That should help the pricing a little bit more. Just any thoughts on available capacity and how that should absorb and this California change at discussion at all?

**Damon Hininger** - *Corrections Corporation of America - President & CEO*

I would say to that question probably would have to do a little bit of a wait and see, get into (inaudible) last half of this year. As I mentioned earlier, Arizona, again authorization for another 1,000 beds, Oklahoma, if their budgets finalize, they should get operation for another 1,000 beds and

14

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2015 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



Case 3:16-cv-02267    Document 400-20    Filed 01/22/21    Page 15 of 19 PageID #: 22017

we've also seen some Prop improvements in our system in places like Colorado. And so, that is positive dynamic for the Company and for the industry. If a fair amount of this bed is absorbed with these new opportunities and with the reduction in California, it could be the case where we were a year ago, which we think capacity drying up and there is opportunity for price improvement, but I think we'll have a little more clarity on that as we get into the late summer, early fall.

The other thing I would note and I did mention this in my remarks, but it is just important to reinforce that even states that are growing like Arizona, Oklahoma, Tennessee, Colorado, there is no prison capacity being built at the public sector level, at the state side or at the federal side. So, really the capacity of note that is out there is in the private sector, because we just don't see even through this budget cycle, which were not completed through yet, not a great passive but it is going to be (inaudible) for new prison capacity.

**Operator**

Rob LaQuaglia, Wells Fargo Securities.

**Rob LaQuaglia** - *Wells Fargo Securities - Analyst*

Hi, guys, thanks for taking my question. I guess this one would be for Dave. Could you just talk about any timing on unsecured debt, where it'll likely be 2015 or 2016 event? And then any detail you could give on the potential pricing would be great. Thanks.

**David Garfinkle** - *Corrections Corporation of America - EVP & CFO*

Yes. So, as I mentioned, we have about $320 million of liquidity available at the end of the quarter. A substantial portion of our debt is at variable rates. So, as we look forward and as we move into a higher interest rate environment, it makes some sense to term out portion of our short-term debt and the long-term debt. As far as pricing goes, I'd speculate, but I'll just throw a number out anywhere from [5 to 5.25, maybe 5.5] where markets are at the time we go to market. So, it also somewhat depends on what we see in the pipeline for growth opportunities to deploy capital. We see some coming eminently, you could see us going shorter, you could see a transaction coming shorter than later. So, a lot of variables, but we're certainly keeping our eye on the markets and it's something we're looking at as far as where we are on the -- given the balance on the credit facility.

**Rob LaQuaglia** - *Wells Fargo Securities - Analyst*

Great, thanks.

**Operator**

Barry Klein, Macquarie.

**Barry Klein** - *Macquarie - Analyst*

Hey, guys, thanks for taking my question. On the tax rate, if I'm doing my math right, it was only at 2% or 3% for the quarter. Is that the new run rate or is this just a sort of blip and really you get back to the run rate you've talked about in the past?

**David Garfinkle** - *Corrections Corporation of America - EVP & CFO*

Yes, no, as indicated in my comments, we had a low rate in Q1, driven by a couple things. Actually Q1 is normally lower than the other quarters because of some seasonality and unemployment taxes, which reduces the taxable income at the taxable re-subsidiary, primarily in our managed-only

15

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2015 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



segment. Q1 was also further driven down by some operating losses at our Winn Correctional Center. So, as we phase out of that, you see the effective income tax rate rising.

**Barry Klein** - *Macquarie - Analyst*

Okay, got you. And then a couple of the procurements, the BOP you mentioned at 10,100 beds. I just had two questions, one is on the timing and then two is having to bid in the California beds with inmates in the prisons, does that have any impact on the bids, is that viewed favorably or unfavorably by the BOP for the procurement or no?

**Damon Hininger** - *Corrections Corporation of America - President & CEO*

Good question and the answer is no. In fact, it may be just a tiny net positive if you've got an existing facility that's got staff with a lot of tenure and a lot of experience and the answer is no as it relates to BOP. And as I mentioned earlier, it's important to note that California has again been very, very flexible within the past and as you may remember, we are holding California inmates at Red Rock, which now hold Arizona and we were very clear on our expectation that we were going to be aggressive for the opportunity in Arizona with the state and the California expressed a lot of interest and flexibility to help us work down and ramp that population there in advance of the Arizona population coming in. So, probably neutral, maybe a tad net positive again (inaudible) got existing staff with a lot experience and tenure.

**Barry Klein** - *Macquarie - Analyst*

Okay. And the timing, did you say anything on timing?

**Damon Hininger** - *Corrections Corporation of America - President & CEO*

So, you had the timing, the proposals we'll do here within the next 30 days and this procurement, like others, have a shelf life of the year. So, award, we expect would probably within the next 12 months.

**Barry Klein** - *Macquarie - Analyst*

Okay. And then with regard to Red Rock, the additional 1,000 beds -- I'm sorry, with Arizona, the additional 1,000 beds by July 1, 2016 that's been authorized, can Red Rock handle all of the 1,000 beds? I know there is only 500 or 600 beds remaining or as is could they do -- could you guys do something with Red Rock to make some modifications or is it something that you might split up with the existing California beds and work with them (multiple speakers)?

**Damon Hininger** - *Corrections Corporation of America - President & CEO*

Yes. We think that the facility would be perfect for 1,000 beds, but we would have to do some physical plant modifications.

**David Garfinkle** - *Corrections Corporation of America - EVP & CFO*

As you mentioned, there is 500 available today.

**Damon Hininger** - *Corrections Corporation of America - President & CEO*

That's correct.

16

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2015 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**Barry Klein** - *Macquarie - Analyst*

Right. So you would put on another unit or something like that, I would assume, right, is that how --?

**Damon Hininger** - *Corrections Corporation of America - President & CEO*

Right, exactly.

**Barry Klein** - *Macquarie - Analyst*

Okay, got you. And the July 1, 2016, that's when inmates go in or that's when you get an answer or I guess what's -- a little bit more clarity on the timing there?

**Damon Hininger** - *Corrections Corporation of America - President & CEO*

Yes. It's a good question. July 1, 2016 is when you would have to start taking inmates. So, we have very short period of time. So again, we think we're well positioned for this opportunity.

**Barry Klein** - *Macquarie - Analyst*

All right. Is there a timeline on when we could get more information on whether you guys win or whether they move forward?

**Damon Hininger** - *Corrections Corporation of America - President & CEO*

We think the procurement to be out here very quickly, maybe at the end of this quarter or maybe right at beginning of July, the new fiscal starts. And my suspicion is, even though I haven't seen a procurement yet, once it's out, I'll give some clarity on the timing award, but that could probably happen pretty quickly, probably sometime may be in the third quarter, if they really want to get the beds online by July 1 of next year.

**Barry Klein** - *Macquarie - Analyst*

Okay. And then lastly, sorry, I am asking all these timing questions. On Oklahoma, the 1,000 bed RFP, I know they've talked about this in the past and they've pushed it off, but is there any update on your views on timing if they move forward with that RFP?

**Damon Hininger** - *Corrections Corporation of America - President & CEO*

Yes. As I mentioned earlier, the State of Oklahoma had not finished their budget yet. We think it's going to be finalized this week. The department has requested funding and authorization in the budget for additional thousand beds. So once the budget is on, ten I think it will be pretty apparent on kind of the timing, not only the procurement, but also when they would want to award the beds in the state.

**Barry Klein** - *Macquarie - Analyst*

Okay. So, again probably soon after the budget is passed, then they'll probably start the work on that I would assume?

17

THOMSON REUTERS StreetEvents | www.streetevents.com | Contact Us

©2015 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**Damon Hininger** - *Corrections Corporation of America - President & CEO*

That's correct.

**Barry Klein** - *Macquarie - Analyst*

Okay, great. Thanks again for the time.

**Damon Hininger** - *Corrections Corporation of America - President & CEO*

Thank you.

**Operator**

And that is all the time we have for questions today. At this time, I'll turn the conference back over to you Damon for any additional and closing remarks.

**Damon Hininger** - *Corrections Corporation of America - President & CEO*

Thank you very much and thank you to everyone else on the call today for not only your time, but your participation, but more importantly, thank you for your investment in the CCA. So, we look forward to reporting our results in our August call. Thanks again and have a good day.

**Operator**

This concludes today's presentation. Thank you for your participation.

**DISCLAIMER**

Thomson Reuters reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON REUTERS OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2015, Thomson Reuters. All Rights Reserved.

18

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2015 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

Case 3:16-cv-02267   Document 400-20   Filed 01/22/21   Page 19 of 19 PageID #: 22021

