EXHIBIT 71
[Filed Under Seal]

| From: | Garfinkle, David |
|---|---|
| Sent: | Thursday, February 26, 2015 10:44 PM |
| To: | Jprann750@aol.com |
| Subject: | Re: Corrected 1099 Form |
| Attachments: | image001.png |

While those were additional reasons to keep the window closed, the primary reason we kept the window closed was for the cure notice we received from the BOP last month at Cibola for the issues we discussed at the board meeting associated with health services deficiencies. While the Cibola contract isn't individually material, and we believe we can cure the deficiencies, trading in company securities with knowledge of the cure notice would be subject to much scrutiny if we were to lose the contract at Cibola, particularly following the loss of the BOP contract at Northeast Ohio. For competitive reasons we did not disclose the reasons the BOP did not renew the Northeast Ohio contract which, as you know from Damon's discussion at the board meeting, was at least in part for health service deficiencies at Cibola.

After discussions with Latham, we concluded that the disclosure of the specifics about the cure notice weren't required, particularly because we believe we have the ability to cure the deficiencies. We did, however, add disclosures in our Risk Factors about the potential for contract terminations resulting from contract non-compliance.

We could have opened the window if we publicly disclosed receipt of the cure notice, but obviously that would have been a difficult disclosure to explain without spooking the market, perhaps unnecessarily.

The BOP will conduct their follow-up audit at Cibola April 21.

Please feel free to call me if you would like to discuss further.

Thanks.

Dave

On Feb 26, 2015, at 8:20 PM, "Jprann750@aol.com" <Jprann750@aol.com> wrote:

> David,
> I assume the window isn't open because the opportunities at NE Ohio and Diamondback? John.
>
> John R Prann, Jr
> (239) 472 9613 (FL)
> (423) 838 6248 (TN)
> (303) 324 9503 (mo)

1

Case 3:16-cv-02267    Document 400-21    Filed 01/22/21    Page 2 of 3 PageID #: 22023
CONFIDENTIAL                                                                    CORECIVIC_0114064

| Field | Value |
|---|---|
| Begno_NEW : | CORECIVIC_0114064 |
| Endno_NEW : | CORECIVIC_0114064 |
| Custodian-ALL : | Garfinkle, David; Hininger, Damon; |
| RecordType : | Email; |
| FileName : | |
| FileExt : | msg; |
| To : | Jprann750@aol.com <jprann750@aol.com> |
| From : | Garfinkle, David </o=ccaexchange/ou=first administrative group/cn=recipients/cn=dgarfinkle> |
| CC : | |
| BCC : | damon.hininger@cca.com |
| Subject : | Re: Corrected 1099 Form |
| MD5 Hash : | f0fe01f785d1ac27a02d2320307e6879 |
| Date Sent : | 2/26/2015 |
| Time Sent : | 10:44:14 PM |
| Author : | |
| Last Edited By : | |
| Date Created : | |
| Time Created : | |
| Date Last Modified : | |
| Time Last Modified : | |
| FilePath - DUP : | |
| Date Received : | 2/26/2015 |
| Time Received : | 10:44:15 PM |
| Meeting Start Date : | |

Due to size limitations, not all document information was included on this page.