EXHIBIT 72
[Filed Under Seal]

**From:** Daugherty, Ashley
**Sent:** Tuesday, August 04, 2015 10:42 AM
**To:** Hall, Keith; Nalley, Michael
**CC:** Craddock, Scott
**Subject:** AMI - ADAMS Briefing Report - CONFIDENTIAL
**Attachments:** Adams REPORT From AMI.pdf

Mike and Keith,

As you know, AMI is a consultant group conducting a series of "ethical culture" evaluations at selected CCA facilities. After each facility visit, AMI produces a briefing report for that facility. After all facility reviews and reports are completed, AMI will combine the facility reviews with other analysis to produce an assessment of CCA's overall ethical culture. We will also be sharing the briefing reports with the Ethics and Compliance Committee, which includes Harley and the other executive officers.

**Attached is AMI's report for ADAMS County Correctional Center.** Please take a look and let us know if you would like to discuss the report or set up a call with AMI for more detail. Hopefully this report will prove useful to you as you select and prepare the next Warden for Adams.

Thank you for your support of this process, and we appreciate the cooperation extended by the Adams staff in connection with this visit.
Please let us know of any questions.

Thank you,

Ashley Daugherty
Senior Director of Ethics and Compliance
Corrections Corporation of America
Ashley.Daugherty@cca.com
Ofc. 615-208-1143
Mobile 615-587-4974



Exhibit
Hall 76
Christy R. Sievert, CSR, RPR



**INTEGRITY THROUGH COMPLIANCE**

VINCENT L. DICIANNI
VDICIANNI@AFFILIATEDMONITORS.COM

July 27, 2015

Scott Craddock, Esquire
Corporate Ethics Officer
Corrections Corporation of America
10 Burton Hills Boulevard
Nashville, TN 37215

**RE:     BRIEFING REPORT ON ADAMS CORRECTIONAL FACILITY**

Dear Attorney Craddock:

Affiliated Monitors, Inc. ("AMI") submits this briefing report to provide its observations as they relate to the ethical culture at the Adams Correctional facility in Natchez, Mississippi. Adams is the fourth facility that AMI has visited as part of the assessment of selected CCA run facilities.

To begin this facility assessment, AMI developed a Work Plan, which has been provided to you. The Work Plan was designed to provide an overview of the assessment activities, identify those staff selected for interviews and focus groups by AMI, and to share the subject areas and topics chosen to be covered in our discussions with staff.

Vincent DiCianni and Catherine Keyes, from AMI, visited the Adams facility on June 4 and 5, 2015. During our visit, we conducted 19 individual interviews. Six separate focus groups were also conducted, with a total of 35 participants. In total, AMI spoke with 54 of the leadership and staff at the facility.

As has been our practice at each of the facilities we have visited, we informed those we spoke with that CCA has proactively undertaken the current assessment by AMI in an effort to take a look at itself through the eyes of an independent third party. We also informed staff that they should view this process as an opportunity to be heard by the senior leadership of the company. As has been the case in each facility we have visited, staff expressed appreciation for the opportunity to participate. In doing so, they identified and described issues, concerns, and problems they were experiencing at the facility and expressed hope that the issues they raised would be addressed in a meaningful and productive way by the company. We believe that those we spoke with during the interviews and focus groups were open and candid.

CONFIDENTIAL                                                                                                                                         DAUGHERTY_0000992

Scott Craddock, Esquire
July 27, 2015
Page 2


INTEGRITY THROUGH COMPLIANCE

The focus of our efforts was to gain an understanding of the ethical culture of the company as seen by staff at the facility; assess the application and commitment by staff to the CCA core values, including its CCA WAY and PRIDE initiatives, as well as the company code of Conduct; and to evaluate the integration of these program elements into the ethical culture of the facility. Through interviews with facility leadership, we have learned about facility operations under the company's contract with the Bureau of Prisons, staffing and staffing challenges, risks posed by the inmate population, training efforts, staff engagement, interactions with corporate headquarters, ethics program initiatives, and several other areas.

To measure the strength of ethical culture from the staff perspective, we covered a variety of topics in the focus groups, including staff perspectives on the CCA values, weaknesses, staff connectivity to both local and corporate leadership, the best and worst aspect of their jobs, the impact of pre-service and in-service training programs, feedback provided to staff from their supervisors, and staff willingness and comfort level in reporting suspicious or questionable behavior. As a closing exercise, we also provided staff with an opportunity to send a message they would like us to report to company leadership in Nashville.

AMI appreciates the cooperation and accommodations provided by the Warden, Assistant Wardens, the management team and staff at the Adams facility which permitted us to complete our work.

## OBSERVATIONS

### MANAGEMENT CHALLENGES HAVE IMPACTED STAFF MORALE AND ETHICAL CULTURE

We were informed that, for the most part, the leadership team at the Adams facility is quite new. Each of the members of the team is experienced in Corrections and brings a variety of backgrounds and experiences to the administration of the facility. We were told that some of those previously in leadership positions had some ethics issues which have been remedied through their departures, leading to a tightening of the enforcement of CCA's rules. Simultaneously, the Corrections officer staff at the facility is also populated with many new hires who lack Corrections experience. For a number of them, in addition to being young in age, it is their first full time employment and they are being asked to work additional hours in addition to their regularly scheduled shifts. Only a small percentage of experienced officers remain on the staff and there is a very high turnover rate among Corrections officers. Those we spoke with felt that the high turnover rate was due to low hourly wages for the Corrections officers, a perceived lack of respect and appreciation, and that many of the new hires were simply not qualified for handling the responsibilities of working as a Corrections officer.

As a consequence, there is tension at the facility between the new administrative team whose aim is to have a well-organized and run facility, juxtaposed against an inexperienced, overworked staff, who feel disrespected and looked down upon by leadership and feel that the enforcement of rules is too severe. The situation has led to morale problems, which can impact the ethical culture of the facility.

CONFIDENTIAL
DAUGHERTY_0000993



We address these issues below:

### High Turnover Rate

The foundation for a strong ethical culture is based upon a variety of factors, including management earning the trust of its employees and, in turn, learning to trust its staff. At Adams, the high turnover rate is an impediment to developing a strong culture since these relationships rarely have the time to mature and, as a consequence, the ethical culture of the facility is in constant flux.

The impediments in hiring, training, developing and retaining Corrections Officers is negatively impacting the culture at the facility. Similarly, the investments made in recruiting, hiring, training and leadership development are often defeated as employees leave. While we understand that the company is fully cognizant of these turnover issues, we are approaching this issue from the vantage point of its impact on ethical culture. In our review, we heard that there were several possible causes for the high turnover rate.

### Perceived Lack of Respect and Sense of Mistreatment of Corrections Officers

Many of the Corrections Officers we spoke with in the six focus groups told us that they feel disrespected by some of the command staff and supervisors and cited this as a possible reason why staff are leaving. They informed us that the supervisors are condescending, show a lack of respect and, in some instances, are verbally abusive. We also heard that there was an overriding sense that the enforcement of the rules, to the officers, felt like they were being aggressively cited for simple mistakes and that the number of terminations for non-serious infractions had risen. Staff indicated that the work environment had become unstable and therefore, Adams was not a good place to work. These comments were almost universal from the Corrections Officers. Some commented that the stress they felt on the job originated from their supervisors and not from the inmates or the nature of their work responsibilities.

### Impact of the Work Schedule and Overtime Demands

Another issue which we were told is having a negative impact on the Corrections staff is their work schedules, overtime, and hold over demands. As noted, the staff at Adams is quite youthful and inexperienced. For almost all of the Corrections Officers, the work schedule covers a twelve hour shift, with no break. We also heard that one of the reasons why shift shortages are occurring is that a number of the Corrections staff are neither professional nor committed to the job, as they regularly call in sick on days after pay day. Yet, notwithstanding the length of time of their shifts (which most did not complain about), a more negative impact is being felt by the demands of the hold over policy when there are shift shortages, and in having to work on their days off. This is leading to staff "burn out" and a deep sense of apathy toward the company and leadership.

From the Corrections Officers viewpoint, they are bearing the brunt of organizational staffing issues.



### Perception of a Lack of Appreciation

To compound the first two issues, staff repeatedly complained that they do not feel appreciated but, rather, are taken advantage of by facility management. They indicated that they are not thanked for their efforts. Instead, they noted that the small perks that they had enjoyed, such as having coffee, drink cups and popcorn in the kitchen, has now been taken away. Staff also noted that their uniforms are old and worn when they receive them, and yet they are cited for inappropriate dress. These issues were also voiced as reasons for staff leaving the company.

### Low Wages

Staff also noted their low wages as a factor contributing to low retention and high turnover. However, wages were not the only issue, as noted above. For those more experienced Corrections Officers however, the fact that they receive the same hourly rate as the new hires is having a dramatically negative impact on them. We learned that many of the more experienced officers have left or are thinking seriously about leaving. Competition from other area employers, combined with the other factors, are contributing causes for staff not remaining employed at this facility. In gathering the data points from the interviews and focus groups, there is no single issue leading staff to leave the facility. However, for the company to successfully retain staff, much more care and consideration will be necessary to address these deficiencies.

### Fear of Retaliation

As we have noted in our other briefing reports, in our experience, companies with the strongest ethical cultures have an environment that promotes and allows open discussions between managers and staff to address questions, raise issues and concerns, and report suspicious behavior. That is not the case at Adams. The overwhelming feedback we received from the Corrections Officers, in particular, is that they fear that they will be retaliated against if they raise any issue, report any concern, or identify any suspicious behavior to a supervisor. Some offered instances where they were retaliated against either subtly or directly. Staff informed us that the reasons they are so reluctant to raise issues is that somehow, and in some way, they will feel the repercussions of speaking up. They believe they are not able to speak confidentially with their supervisors and whatever they say will be broadcast throughout the facility. As a consequence, communications and reporting are stifled.

### Hiring and Training Issues

Other key elements related to the high turnover rate involve the hiring and pre-service training programs. We were informed that one of the important elements to passing muster with the Bureau of Prisons is the information returned on a credit check. The younger candidates often pass credit checks because they do not have any significant credit history. On the other hand, the more seasoned candidates are often disqualified because of poor credit histories. Using this type of criteria to eliminate stronger, more experienced candidates is in many ways causing the

CONFIDENTIAL
DAUGHERTY_0000995



company to select the more youthful staff for employment. Ironically, this phenomena is contributing to many of thee challenges noted above.

Consequently, once the selection process is completed, it is critical that the facility have a strong pre-service and on-the-job training program to train the new hires in the CCA Way. During the focus groups, we asked the Corrections Officers about the training they received. Many felt that the classroom training was well done and that it covered the basic information for them to do the job. They acknowledged that the CCA Code of Conduct was discussed during pre-service training as were the rules for dealing with the inmates. However, some felt that while the training was good, the trainers underplayed some of the risks that they faced when they began their assignments.

For the on-the-job training sessions, the comments we heard were consistent in noting that the real training begins when they are on the job. For some the on-the-job training was not as effective as it could have been. They said it depended on who was doing the training. They noted that they were not really trained on how to work on the units. A number felt that more on-the-job training would have been helpful.

We discussed whether or not having a mentoring system would be beneficial. Most agreed that it would have been a good thing to have a mentor. We also discussed this approach with the senior leadership team. Some members have had experience with mentoring programs. While they viewed them positively, they have seen that even in the best programs, the good mentors get overwhelmed because they are asked to mentor too many officers, while others are not effective. In any event, a strong mentoring program at Adams would help to address the current retention and morale issues.

**The Efforts of New Leadership and Impact on Morale**

The new leadership team at Adams came to the facility with a commitment to re-energize the enforcement of company and best practice rules and standards. Each of the members of the leadership team recognized the need for more robust discipline for the staff to meet expected standards of behavior and professionalism, including such items as the personal appearance of the Corrections Officers, the use of language, recognizing and respecting the rights of inmates, efforts to prevent contraband from entering into the facility and generally to maintain order.

The leadership team recognizes that the Correction Officer staff is not very experienced. More importantly, many lack the personal maturity, a disciplined work ethic and the responsibility required of Corrections Officers. They are working to build a sense of responsibility and an understanding of the importance of the work they are performing. However, holding the new Corrections Officers accountable for every deficiency as they learn the job may be having the unintended consequence of discouraging, rather than encouraging staff development, and contributing to the high staff turnover.

Given what we heard of the previous facility administration, new leadership's efforts do not seem unreasonable. However, as noted, this approach is being met with resistance by the

CONFIDENTIAL
DAUGHERTY_0000996



Corrections Officers. Whether it is a generational issue or whether other factors are at play, the Corrections Officers are viewing the enforcement effort as another cause for low morale.

Each of the issues we identified as the causes for the very high turnover rates are also having a collateral, serious impact on the morale of the staff. For those who are staying, they are disgruntled and bitter.

In speaking with the Senior Leadership team, they indicated that they are working to treat staff professionally and are making efforts at better engaging the staff so that they feel that they are a part of the team. From what we have seen and heard, more and perhaps different steps need to be taken.

## More Robust Communications Channels Needed

We learned that the Warden and leadership team have several engagement programs in place in an effort to build trust with the Corrections Officers, including recall and roundtable meetings. We heard from leadership that they promote an open door policy and open communications with the staff. While the leadership team may believe that they are offering effective engagement efforts, that is simply not how the Corrections Officers perceive it. For them, they are "talked at" by the leadership team. While they felt that the Warden was respectful, they did not feel the same about other managers who they perceive as demeaning and rude.

For the staff, they feel that they cannot say anything in the form of a criticism or they will be retaliated against in some manner. There was strong distrust that speaking up would not have any positive results. Most told us that they will not raise issues. The reasons they gave were that they felt that there was no confidentiality when speaking with management. The also felt that nothing they would say would be acted upon. Some also felt that while they might be comfortable in speaking to the Warden, they were repeatedly reminded of the chain of command and that they, in effect, were not to go outside the chain of command to raise issues. That message only contributes to a distrust of leadership.

As a result of this communication breakdown, while leadership is talking to the Corrections Officers, it is not impactful the messages are not being heard, and it is creating animosity. Moreover, there is no two way communication channel. For the Corrections Officers, they are only communicating with each other and not upward. The conversations between Corrections Officers are not positive. We are concerned that other than what we are reporting in this briefing, Senior Leadership and the company likely are not hearing about issues from the Corrections Officers.

In addition, many of the Corrections Officers felt that they are not kept up to date on what is going on at the facility or with the company. We heard of a well-established rumor at Adams that staff believes that CCA has lost the contract and that the staff will be losing their jobs. This rumor has taken on an element of reality among the Corrections Officers. Yet when we spoke with Senior Leadership, while they had heard the rumor, they did not appreciate how deeply it was running and had not taken any steps to address it with the staff head on. We recommended

CONFIDENTIAL                                                                DAUGHERTY_0000997



to the Warden that this be done as quickly as possible, and there was a plan to address it after we left.

We believe that leadership needs to engage the Correction Officers in more effective ways. Large group meetings will not be effective, as staff will not speak up in such meetings and the overarching fear of retaliation remains. Rather, regularly engaging smaller groups of three of four Corrections Officers at a time, in less formal settings, can have a dramatic impact in improving communications. Such meetings need to encourage people to speak up challenge staff to develop ideas for fixing the problems, and allow the Corrections Officers to be a part of the fix. Over the course of a few months such an effort could help to build more personal relationships between managers and the Corrections Officers, and develop greater trust between leadership and staff.

## Leadership and Leadership Training Deficiencies

As noted above, some of the factors that are tied to the low morale and high turnover at the facility likely have their origins in the relationships between the supervisors and the Corrections Officers. The lack of respect and appreciation noted above was reported to emanate most often from the Captains and Sergeants. Staff complained about the qualifications and abilities of those chosen to leadership positions at Adam and commented that they might not possess the necessary leadership, supervisory and communication skills for leadership positions.

As we saw at other facilities, one source of leadership deficiencies is likely related to a lack of leadership training that the company has provided up until recently. We are aware of the CCA University developments and are particularly interested in the leadership training program which has been developed. From what we have been told, the model and program which has been developed could go a long way in providing the current and future leadership of the organization with effective training and offer them models for strong leadership skills, including communication, team building, ethics and empathy for those who work with them. For Adams, this leadership training and all of it components would also provide the opportunity to positively address the morale issues.

What remains curious is that a number of the supervisors we spoke with indicated that they were not aware of the staff morale issues and widespread complaints regarding a lack of respect and abusive behavior. Because the complaints we heard from the Corrections Officers were widespread and consistent, this disconnect is a concern because managers are not aware of, and may be the cause of, a deep and pervasive problem. When speaking with them about the perceived lack of respect and appreciation, several managers heard our comments and noted that they perhaps do not express their appreciation for staff enough. We hope that as the leadership training program is rolled out, these very serious leadership deficiencies will be addressed.



### Code of Conduct Awareness Can Be Improved

Most of the staff we spoke with were familiar with the company's Code of Conduct. They received training on it during pre-service training as well as during part of the In-Service training. As we explored the Code of Conduct a bit deeper, staff recognized that the Code training is important but most had not actually read the Code. They also admitted to racing through the in-service training version.

The Corrections Officers we spoke with did not know that the company had an Ethics Officer, and given the issues we found at this facility, most believe that a locally assigned Ethics Advisor would be beneficial. Although many of the Corrections Officers were aware of the Hotline program because they had seen the posters, not everyone knew about the CCA Helpline, nor did they know who would answer the phone. However, staff consistently questioned whether it was anonymous.

As we have previously noted, given the communications challenges at this facility, greater messaging surrounding the anonymous nature of the Helpline, and leadership encouragement of the program as an option for communicating and raising issues, would be appropriate.

### Language Barrier Issues

We learned that another issue at Adams is a language barrier between staff and the inmates. Approximately 75percent of the inmates do not speak English and are Spanish speaking. Conversely, there are only 4 members of the staff who speak Spanish. Some staff told us that this situation is addressed by using other inmates as interpreters, or calling on one of the 4 Spanish speaking staff members when needed.

In speaking with the Warden and others, we learned that there is simply no incentive for staff to learn to speak Spanish. If they want to do so, they must take on the education at their own expense. If they do make that effort, they do not get any salary increase for doing so. We spoke with one of the four Spanish speakers, who is a nurse in the Health clinic. He informed us that he is regularly asked to leave the clinic to serve as the interpreter in a variety of matters. While he does so willingly, his absence does create a shortage at the clinic.

Encouraging staff to learn to speak Spanish, paying for such education and offering some type of incentive for staff to do so, could offer another opportunity to improve morale and encourage the Corrections Officers to become part of the solution to improve the facility.

### PREA and Inmate Rights Concerns

Staff informed us that they feel well prepared for handling inmate's rights. They receive PREA training and feel that they understand the requirements for handling inmate issues.

While contraband remains an issue at this facility, the biggest challenge seems to be with cell phones. The security staff has made efforts to improve the oversight of the facility, particularly



related to access to cell phones being thrown over the fences. The guards complained about certain aspects of the security program as implemented particularly as to the stations to which they are assigned. Many felt that the stations located at the ends of the facility are difficult to work due to physical constraints such as being exposed to the heat and sun for hours. The other station complained of was being assigned to the perimeter truck, which has no air conditioning.

### Safety Issues

We were told that there are some safety concerns at this facility. While many did not see the inmates as being threatening or challenging, the Corrections Officers sometimes find themselves in situations and locations where safety could be improved. For example, we were told as the inmates are brought to the cafeteria for meals, there is only one door used as the others are locked. For the Corrections Officer handling this duty, it can mean that 300 inmates are filing through the doorway at one time. They feel vulnerable and unsafe when this occurs. They also reported that with that much traffic, the video cameras are not effectively located.

The other major concern reported to us was that generally, because of staffing shortages, there is only one person running a unit. Some feel unsafe in that situation. Several Corrections Officers suggested that additional staff on duty would be helpful, as would more radios. They noted that some radios do not work and others need better and newer batteries.

## SUGGESTIONS FOR CCA/NASHVILLE

As has been our practice at each of the facilities we visit, we ended our focus groups by giving each participant the opportunity to pass along ideas or suggestions to the CCA leadership in Nashville. These opportunities often help to underscore the most urgent issues or concerns at a facility. For the Adams team, the messages we received from each group were consistent with the issues they raised during our visit

Below are some of the most commonly shared comments and suggestions:

- Management needs to treat staff with more dignity and respect;
- Management needs leadership training;
- Improve facility-wide communication;
- Increase pay and improve fairness in consideration for promotions;
- Address the staffing shortages;
- Increase the standards for hiring of Corrections Officers; and
- Company representatives should visit the facility and speak with the Corrections Officers.

### ADAMS'S LEADERSHIP TEAM IS MAKING EFFORTS TO STRENGTHEN CULTURE

All of the issues we noted that are impacting the ethical culture at Adams can be effectively addressed. While the company as a whole must address the broader staffing and pay rate issues, many of the other issues/deficiencies are based on personal interactions between management and staff. We spoke with the Warden about initiating some new and different engagement

Scott Craddock, Esquire
July 27, 2015
Page 10



efforts involving the Corrections Officers. That effort will offer a stronger opportunity to rebuild trust and integrity, which seems to be lacking at this facility. That effort has to start with treating staff with respect, appreciating them for their efforts and perhaps adjusting the approach to enforcement and staff discipline.

With the generational differences, new approaches at engagement are needed here. That, along with leadership training will help meet the challenges which exist at Adams.

## CONCLUSION

Adams has a number of challenges with its Correctional staff. The serious impact of staff turnover and staffing shortages on ethical culture cannot be understated. As noted, these issues can be broken down into two main component parts: (1) wage and hiring standards and (2) leadership interactions with its staff. For the wages and hiring standards, these are likely Bureau of Prisons and contractual issues which are outside the scope of our work.

For the staff issues we have described, relatively straightforward fixes are possible. In many ways, improvements center around enforcement of the CCA Way and the PRIDE initiative. By addressing the issues raised in this report, including a renewed emphasis on treating staff with respect and professionalism, continued execution of leadership training, and accountability; undertaking a concentrated effort to improve communication through all levels of leadership and staff; providing positive feedback to staff when warranted; and holding managers and supervisors accountable for treating their staff with the same respect with which they would wish to be treated Adams can make advances to improve morale and build trust. This will likely have a positive impact on staff retention, improve morale and help strengthen the ethical culture.

Please do not hesitate to contact us if you have questions about our findings, recommendations, or the overall assessment process. We appreciate the opportunity to be of service.

Respectfully submitted,

**AFFILIATED MONITORS, INC.**

Vincent L. DiCianni, President