# EXHIBIT 74
# [Filed Under Seal]

# CCA Partnering Topics from the Field- (Response for Additional Information)

| | |
|---|---|
| **From:** | Linda Thomas <lsthomas@bop.gov> |
| **To:** | Zachary Currier <zcurrier@bop.gov> |
| **Cc:** | Pamela Jones <pljones@bop.gov> |
| **Date:** | Wed, 02 Sep 2015 13:11:18 -0500 |
| **Attachments:** | TEXT.htm (2.89 kB) |

Zach,

Please see the requested responses in red and advice if additional information is needed.

Linda

>>> Zachary Currier 9/2/2015 11:56 AM >>>
I need more information for my summary/synopsis
1. what part of the emergnecy prep mod do we need to discuss.

CCA has lagged behind the other contractors regarding complying with Emergency Preparedness Mod. Since the original partnering meeting was scheduled for October which was prior to the upcoming deadlines, I thought we should mention. The approaching dates are included in my Sector's weekly PFA reports.

2. agree

3. What about the partnering matrix is needed to be discussed

Specifically, Mike Nalley has called to notify the previous PMB Administrator without giving Keith Hall or the Warden time to notify. He has also not followed the matrix when discussing problems or concerns at the CCA facilities. We addressed last year but it has not changed.

4. Need specifics about the health service staffing plan - eden & cib

Although both facilities have improved regarding staffing in Health Services, the two mentioned CCA facilities have difficulty sustaining staff after CFM Reviews or other audits. In other words, the contractor only staff these critical areas after a CURE Notice is issued or a Significant Finding. What is CCA's long term plan to address this issue.

5. Need specifics about the correctional services staffing at CIB.
The Cibola County Correctional Center has not met the required staffing plan in Correctional Services for approximately 10 years. What is the contractors plan to address this continued issue of non compliance?


>>> Linda Thomas 8/26/2015 8:31 AM >>>

CONFIDENTIAL
PROTECTED INFORMATION/SOURCE SELECTION INFORMATION NOT TO BE DISCLOSED
OUTSIDE PROTECTIVE ORDER REQUIREMENTS

BOP_0309071

Case 3:16-cv-02267   Document 400-24   Filed 01/22/21   Page 2 of 3 PageID #: 22068

Good Morning,

I sent the field a request regarding proposed topics for the upcoming partnering with CCA, DRJ and MTC.

Please see the attachment for proposed topics with CCA. We received three topics and I added the last two.

No one from the field provided any suggestions for partnering with GEO.

Thank you.

Linda

CONFIDENTIAL
PROTECTED INFORMATION/SOURCE SELECTION INFORMATION NOT TO BE DISCLOSED
OUTSIDE PROTECTIVE ORDER REQUIREMENTS

BOP_0309072