# EXHIBIT 75
# [Filed Under Seal]

| From: | Beasley, Jeb |
| --- | --- |
| Sent: | Monday, October 26, 2015 8:47 AM |
| To: | 'Robert Hobart' |
| Subject: | RE: Next week |

Sorry again, please let me know what I owe you.

Jeb Beasley
CCA
Managing Director, Federal and Local
Partnership Relations
10 Burton Hills Blvd.
Nashville, TN 37215
ph (615) 263-6615
cell (615) 478-2260
FAX (615) 263-3090

-----Original Message-----
From: Robert Hobart [mailto:Rob@hobartventures.com]
Sent: Saturday, October 24, 2015 9:39 AM
To: Beasley, Jeb <Jeb.Beasley@cca.com>
Cc: Verhulst, Bart <Bart.Verhulst@cca.com>
Subject: Re: Next week

*** This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. ***

Just giving u shit - totally understand - sorry you are missing - next year.

Sent from my iPhone

> On Oct 24, 2015, at 10:11 AM, Beasley, Jeb <Jeb.Beasley@cca.com> wrote:
>
> They are firing the doc out there and we are close to going from 5 BOP facilities to 2. Just trying to keep my job. Sorry man.
>
> Jeb Beasley
> Managing Director
> CCA
>
>
> Sent from my iPhone
>
>> On Oct 24, 2015, at 8:56 AM, Robert Hobart <Rob@hobartventures.com> wrote:
>>
>> *** This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. ***
>>

EXHIBIT
382 Beasley
QVL 3/10/20

1

CONFIDENTIAL
CORECIVIC_0393120

>> I win the bet
>>
>> Sent from my iPhone
>>
>>> On Oct 24, 2015, at 9:51 AM, Beasley, Jeb <Jeb.Beasley@cca.com> wrote:
>>>
>>> Hobie,
>>>
>>> I hate to send this email but it appears that I am going to have to miss Pinehurst.  We had a surprise BOP health services audit last week at Cibola and performed poorly.  This is the same facility we recently had a Cure Notice lifted and now we could find ourselves under another one (or a canceled contract).  BOP central office suggested we go and meet with local onsite and the EVP consensus was that I along with Mike Nalley, Ops VP, need to be the ones to represent CCA.  I am terribly sorry and hope that your brother-in-law or another Pinehurst member can fill in.  I will certainly pay my portion of whoever I am leaving holding the bag.  Really appreciate the invite and sorry about this.
>>>
>>> Jeb Beasley
>>> Managing Director
>>> CCA
>>>
>>>
>>> Sent from my iPhone
>>>
>>>
>>> See how CCA is making a difference<http://cca.com/start>
>>>
>>>
>>>
>>>
>>>
>>> (i) This e-mail and any files transmitted with it are confidential and intended solely for the use of the intended recipient(s). If you have received this e-mail in error, please notify the sender immediately and delete this e-mail and any associated files from your system. (ii) Views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of Corrections Corporation of America. (iii) The recipient should check this e-mail and any attachments for the presence of viruses. The company accepts no liability for errors or omissions caused by e-mail transmission or any damage caused by any virus transmitted by or with this e-mail. This email has been scanned for content and viruses by the McAfee Email Security System.
>
>
> (i) This e-mail and any files transmitted with it are confidential and intended solely for the use of the intended recipient(s). If you have received this e-mail in error, please notify the sender immediately and delete this e-mail and any associated files from your system. (ii) Views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of Corrections Corporation of America. (iii) The recipient should check this e-mail and any attachments for the presence of viruses. The company accepts no liability for errors or omissions caused by e-mail transmission or any damage caused by any virus transmitted by or with this e-mail. This email has been scanned for content and viruses by the McAfee Email Security System.

2

CONFIDENTIAL
CORECIVIC_0393121