# EXHIBIT 76
# [Filed Under Seal]

| From: | Alden, Lisa |
|---|---|
| Sent: | Tuesday, December 8, 2015 5:09 PM |
| To: | Hall, Keith |
| Cc: | Nalley, Michael; Floyd, Mark; Montanary, Roseann; Barnard, Trish |
| Subject: | RE: ACCC - Salary Adjustment Recommendations |
| Attachments: | 1215_Adams County_Exempt Security.xlsx |

Hi Keith,

Attached is a spreadsheet which shows three scenarios for increasing the annual salary for some of the exempt, security positions at Adams at $1000, $1500, and $2000. The estimated annualized salary costs are included at the bottom of the spreadsheet.

Please review this and let me know if you have any questions, would like to discuss, or possibly see other costing scenarios.

Thanks.

Lisa

**From:** Hall, Keith
**Sent:** Monday, December 07, 2015 4:14 PM
**To:** Alden, Lisa <Lisa.Alden@cca.com>
**Cc:** Nalley, Michael <Michael.Nalley@cca.com>; Floyd, Mark <Mark.Floyd@cca.com>; Montanary, Roseann <Roseann.Montanary@cca.com>
**Subject:** ACCC - Salary Adjustment Recommendations

Lisa,

Please review and give me your recommendations as to a salary range and potential costs associate with the possible increase in pay.

We have had long standing vacancies in the Assistant Shift Supervisor and Shift Supervisor positions at Adams. The BOP has expressed their displeasure in the vacancies being vacant for such a long time, given the security issues we have experienced at Adams. Currently, the BOP is not allowing non-essential supervisors to act in these essential positions. This has resulted in the COS and AW running shift on occasion along with the Warden assisting with investigations.

Mark, This may cause a salary issue with line staff, but we need to move forward so that we can fill the positions.

If you have any questions, let me know.

Keith
Keith E. Hall
Managing Director
Facility Operations, Division 1
Cell (325) 456-5851
Voicemail (615) 263-3969

1

CONFIDENTIAL                                                                                          CORECIVIC_0199509

Fax (615) 565-9984

2

CONFIDENTIAL
CORECIVIC_0199510