EXHIBIT 81
[Filed Under Seal]

That would be great. Should hear from Damon early afternoon.

Thanks.

Dave

On Jul 29, 2016, at 12:16 AM, White, Kim <Kim.White@cca.com> wrote:

We can have done by tomorrow.

Sent from my iPhone

On Jul 28, 2016, at 9:37 PM, Garfinkle, David <David.Garfinkle@cca.com> wrote:

I expect it will be September 30, the expiration date of the contract.

Thanks.

Dave

On Jul 28, 2016, at 9:31 PM, White, Kim <Kim.White@cca.com> wrote:

As quickly as needed - to be sure if accuracy, a couple of days. If October 1 is the date, we can get close to a Monday date - but do we know what date it will be?

Sent from my iPhone

On Jul 28, 2016, at 9:24 PM, Garfinkle, David <David.Garfinkle@cca.com> wrote:

How quickly can we get WARN notices prepared?

Thanks.

Dave

Begin forwarded message:

**From:** "Hininger, Damon" <Damon.Hininger@cca.com>
**Date:** July 28, 2016 at 8:33:37 PM CDT
**To:** "Garfinkle, David" <David.Garfinkle@cca.com>, "Mayberry, Lucibeth" <Lucibeth.Mayberry@cca.com>, "Irwin, Scott" <Scott.Irwin@cca.com>, "White, Kim" <Kim.White@cca.com>
**Subject: Fwd: BOP cancelling private beds**

FYI

Begin forwarded message:

**From:** "Lappin, Harley" <Harley.Lappin@cca.com>
**Date:** July 28, 2016 at 8:19:06 PM CDT

CONFIDENTIAL                                                                                      CORECIVIC_0073426

To: "Hininger, Damon" <Damon.Hininger@cca.com>, "Beasley, Jeb" <Jeb.Beasley@cca.com>, "Verhulst, Bart" <Bart.Verhulst@cca.com>, "Grande, Tony" <Tony.Grande@cca.com>
**Subject:** Fwd: BOP cancelling private beds

Just received this from Mike Murphy. A little different than what we heard earlier this evening.

Sent from my iPhone

Begin forwarded message:

**From:** Mike Murphy <Mike.Murphy@mtctrains.com>
**Date:** July 28, 2016 at 7:59:49 PM CDT
**To:** "Harley Lappin (harley.lappin@cca.com)" <harley.lappin@cca.com>
**Subject:** FW: BOP cancelling private beds

*** This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. ***

---

**From:** Tony Essalih [mailto:tony@cgagroup.com]
**Sent:** Thursday, July 28, 2016 6:54 PM
**To:** Mike Murphy <Mike.Murphy@mtctrains.com>; Michelle Mrdeza <mmrdeza@cgagroup.com>
**Cc:** Joe Barton <jbarton@cgagroup.com>
**Subject:** RE: BOP cancelling private beds

Culberson and Catherine have been alerted and I shared our profound disappointment/disgust with BOP's actions…will advise on their response.

**From:** Mike Murphy [mailto:Mike.Murphy@mtctrains.com]
**Sent:** Thursday, July 28, 2016 7:48 PM
**To:** Michelle Mrdeza <mmrdeza@cgagroup.com>
**Cc:** Joe Barton <JBarton@cgagroup.com>; Tony Essalih <tony@cgagroup.com>
**Subject:** RE: BOP cancelling private beds

Perfect…

**From:** Michelle Mrdeza [mailto:mmrdeza@cgagroup.com]
**Sent:** Thursday, July 28, 2016 6:28 PM
**To:** Mike Murphy <Mike.Murphy@mtctrains.com>
**Cc:** Joe Barton <jbarton@cgagroup.com>; Tony Essalih <tony@cgagroup.com>
**Subject:** FW: BOP cancelling private beds
**Importance:** High

Mike—
This is what we sent to Jeff Ashford. Tony will take this and make sure Chairman Culberson is in the loop.

If there's anything in here that needs correcting, please let us know….I followed my notes but could have missed something.

Thanks,
Michelle

**From:** Michelle Mrdeza
**Sent:** Thursday, July 28, 2016 8:07 PM
**To:** 'Ashford, Jeff'
**Cc:** Rob Hobart; 'jbarton@cgagroup.com'
**Subject:** BOP cancelling private beds
**Importance:** High

2

CONFIDENTIAL                                                                                                   CORECIVIC_0073427

Jeff—

Sorry to be e-mailing you with a "HIGH IMPORTANCE" issue at the start of recess but we just received news that BOP is making a round of phone calls to private prison companies (CCA and GEO so far) giving them notice that they are cancelling contracts effective October 2016. As of an hour ago, BOP has informed CCA that Cibola, NM (1200 beds) will be cancelled and GEO that D Ray James in Folkston, GA (2,850 beds) will be cancelled. MTC is expecting a call that TAFT will be cancelled (2,500 beds).

A couple of things:

1. The move to cancel these contracts is completely inconsistent with the conversation Acting Director Kane had with Chairman Culberson just 2 weeks ago. While nothing was put in stone, we believe the intent was clear: absent a realignment plan that is presented to –and approved by—Congress, a realignment of this magnitude would not move forward.
2. The cancellation of these beds will further exacerbate the current overcrowding in BOP facilities. BOP is cancelling between 4,050 and 6,550 beds…that's a lot of beds…
3. We are told that this cancellation is based on the fact that BOP may need to RIF employees—this is a way to ensure those employees are not RIFed.
4. We are unclear if this is a decision being made by BOP or if this is a mandate coming down from the DOJ. Either way, it is inconsistent with the conversation Acting Director Kane had with Chairman Culberson.
5. The beds being cancelled by BOP are not CAR beds. Nonetheless, they establish credibility to our concerns that BOP is moving forward with a larger plan to cancel all contract confinement beds…and this is merely the first step.

When we met with you last, we promised to keep you informed of major developments –and this is a major development. At minimum, we are curious if BOP has briefed the Committee on their plans?

We are in the process of gathering additional information/facts. As these become available, we will pass them along. In the interim, we may also reach out directly to Chairman Culberson's office…we want to be sure that you and the Chairman are in the loop on these breaking developments.

I look forward to your thoughts and, as always, appreciate your time. Rob and Joe—please correct me if I got anything wrong here…or if there are updates…it is all rapidly breaking news.

Thank you!

Michelle

---

**Michelle Mrdeza | Cornerstone Government Affairs**
Annapolis | Atlanta | Baton Rouge | Chicago | Des Moines | Houston | Jackson | Richmond | Washington

(703) 772-9803 mobile | (202) 448-9519 direct

300 Independence Avenue, SE
Washington, DC 20003
(202) 448-9500 phone
(202) 448-9501 fax

on the web @ www.cgagroup.com

CONFIDENTIAL    CORECIVIC_0073428

CONFIDENTIAL CORECIVIC_0073429