EXHIBIT 82
[Filed Under Seal]

| From: | Beasley, Jeb |
|---|---|
| Sent: | Friday, July 29, 2016 1:43 PM |
| To: | Garfinkle, David; Hammonds, Brian |
| Cc: | Hininger, Damon |
| Subject: | Fwd: Contract DJB1PC-011 Option Period 2, Cibola |
| Attachments: | Letter to CCA Option Period 2.pdf; ATT00001.htm; Bishop, Jerry.vcf; ATT00002.htm |

FYI.

Jeb Beasley
Managing Director
CCA


Sent from my iPhone

Begin forwarded message:

> **From:** "Metcalf, Natasha" <Natasha.Metcalf@cca.com>
> **Date:** July 29, 2016 at 2:36:56 PM EDT
> **To:** "Hininger, Damon" <Damon.Hininger@cca.com>, "Verhulst, Bart" <Bart.Verhulst@cca.com>, "Grande, Tony" <Tony.Grande@cca.com>, "Beasley, Jeb" <Jeb.Beasley@cca.com>, "Lappin, Harley" <Harley.Lappin@cca.com>
> **Subject: Fwd: Contract DJB1PC-011 Option Period 2, Cibola**
>
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** Jerry Bishop <j1bishop@bop.gov>
>> **Date:** July 29, 2016 at 1:30:13 PM CDT
>> **To:** <Natasha.Metcalf@cca.com>
>> **Cc:** "Hendrix, Russell" <rhendrix@bop.gov>, "Jones, Pamela" <pljones@bop.gov>, "Scott, Cathy S" <cstewart1@bop.gov>, "Thomas, Linda" <lsthomas@bop.gov>, "Townsel, Linda" <ltownsel@bop.gov>, "Wynne, Ryan" <rwynne@bop.gov>
>> **Subject: Contract DJB1PC-011 Option Period 2, Cibola**
>>
>> *** This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. ***
>>
>> Mrs. Metcalf,
>> Please see the attached letter in reference to contract DJB1PC-011, Option Period 2. This letter states the BOP will not be exercising option period 2 at the Cibola

1

CONFIDENTIAL                                                                                           CORECIVIC_1153117

County Correctional Center. If you have any questions or concerns please feel free to contact me. Thank you.

Jerry Bishop, Contracting Officer
Federal Bureau Of Prisons
Privatized Corrections Contracting
Cibola County Correctional Center
2000 Cibola Loop
Milan, New Mexico 87021
BB. 202-598-3635
P. 505-285-4982
F. 505-285-5667

2

CONFIDENTIAL                                                                                                    CORECIVIC_1153118

CONFIDENTIAL
CORECIVIC_1153119

CONFIDENTIAL

CORECIVIC_1153120

| | |
|---|---|
| **Full Name:** | Bishop, Jerry |
| **Last Name:** | Bishop |
| **First Name:** | Jerry |
| **Job Title:** | Contract Specialist |
| | |
| **Business:** | 505-285-4983 |
| **Other:** | 505-285-4983 |
| **Primary Phone:** | 505-285-4983 |
| | |
| **E-mail:** | j1bishop@bop.gov |
| **E-mail Display As:** | Bishop, Jerry (j1bishop@bop.gov) |

1

CONFIDENTIAL                                                                                           CORECIVIC_1153121



U.S. Department of Justice

Federal Bureau of Prisons
Washington, D.C. 20534

July 29, 2016

Corrections Corporation of America
ATTN: Natasha K. Metcalf, Vice President
Partnership Development
10 Burton Hills Boulevard
Nashville, TN 37215

RE: Option Period Two (October 1, 2016 thru September 30, 2018)
    Cibola County Correctional Center (CCCC),
    Contract DJB1PC-011

Dear Ms. Metcalf:

The purpose of this letter is to notify Corrections Corporation of America (CCA) that the Bureau of Prisons (BOP) will not be exercising option period two of contract DJB1PC-011.

It has been determined the above stated option period would not be the most advantageous offer for these services. This action is a result of market research, which included cost and other factors. The BOP anticipates all inmates to be transferred from the Cibola County Correctional Center by October 1, 2016.

If you have any questions or concerns please contact me at (505)285-4982.

Sincerely,

JERRY BISHOP
Digitally signed by JERRY BISHOP
DN: c=US, o=U.S. Government, ou=Dept of Justice, ou=BOP, cn=JERRY BISHOP, 0.9.2342.19200300.100.1.1=15001003024574
Date: 2016.07.27 11:47:57 -06'00'

Jerry Bishop, Contracting Officer
Privatized Corrections Contracting

cc: Linda Townsel, Chief PCC
    Pam Jones, PMB, Administrator
    Linda Thomas, PMB, PFA Sector 1
    Ryan Wynne, Senior Contracting Officer PCC
    Russell Hendrix, PMB, CCCC, SOM

CONFIDENTIAL                                                                CORECIVIC_1153122