EXHIBIT 84
[Filed Under Seal]

| From: | Hininger, Damon |
|---|---|
| Sent: | Wednesday, August 3, 2016 5:39 PM |
| To: | Garfinkle, David; Lappin, Harley; Ferrell, Brian |
| Cc: | Grande, Tony; Beasley, Jeb; Verhulst, Bart; Regens, Brad; Mayberry, Lucibeth; White, Kim; Irwin, Scott |
| Subject: | RE: CAR 16 |

I shared these thoughts with Dave already but for the benefit for the rest of the group for tomorrow's discussion, here goes:

1. My number one goal has been to keep Eden under contract with the BOP. I know you all want this too. I think if we lose the BOP, it is a hard facility to remarket. Tallahatchie, like DB and NF, were in to take beds way from competitors, i.e.-MTC at Dalby. If we think the BOP is going to lower the qty that is awarded and take, for example inmates out of Dalby and Reeves and back into the BOP, then Eden is somewhat competing with Tallahatchie. Eden is a lower price but after the events of last weekend, I worry about the rural location and the facility not being as secure as Tallahatchie from a physical plant perspective might be more top of mind for the BOP.
2. I want confirm this in our meeting tomorrow, but I think we would need to spend $20 to $30 million in capex at Tallahatchie to meet the standards. The events of the past week don't give me a lot of comfort that this would be a wise investment. I think we also would be trading $6.6 million in annual ebitda at Eden for $9 million in annual ebitda at Tallahatchie, need to double check this. And we would have a fair amount of orphaned beds at Tallahatchie.
3. Finally, I think moving CA would be a potential tough lift and could risk our total population level going down.

Just some thoughts to consider for tomorrow. Thank you all. Damon

**From:** Garfinkle, David
**Sent:** Wednesday, August 03, 2016 10:57 AM
**To:** Lappin, Harley; Hininger, Damon; Ferrell, Brian
**Cc:** Grande, Tony; Beasley, Jeb; Verhulst, Bart
**Subject:** RE: CAR 16

I could be the dissenter here, so I'd like to discuss the harm. California has previously awarded (although never utilized) Prairie and Huerfano. Wouldn't be such a bad problem trying to find space for California. We have plenty available.

**From:** Lappin, Harley
**Sent:** Wednesday, August 03, 2016 10:55 AM
**To:** Hininger, Damon <Damon.Hininger@cca.com>; Ferrell, Brian <Brian.Ferrell@cca.com>
**Cc:** Grande, Tony <Tony.Grande@cca.com>; Garfinkle, David <David.Garfinkle@cca.com>; Beasley, Jeb <Jeb.Beasley@cca.com>; Verhulst, Bart <Bart.Verhulst@cca.com>
**Subject:** RE: CAR 16

I think we should have the discussion. I question they will add new space unless the per diem is so low they have no choice.

**From:** Hininger, Damon
**Sent:** Wednesday, August 3, 2016 10:38 AM
**To:** Ferrell, Brian <Brian.Ferrell@cca.com>
**Cc:** Grande, Tony <Tony.Grande@cca.com>; Garfinkle, David <David.Garfinkle@cca.com>; Beasley, Jeb

CONFIDENTIAL                                                                                       CORECIVIC_0025890

<Jeb.Beasley@cca.com>; Verhulst, Bart <Bart.Verhulst@cca.com>; Lappin, Harley <Harley.Lappin@cca.com>
**Subject:** RE: CAR 16

Should we talk about removing them?

**From:** Ferrell, Brian
**Sent:** Wednesday, August 03, 2016 9:32 AM
**To:** Hininger, Damon
**Cc:** Grande, Tony; Garfinkle, David
**Subject:** Re: CAR 16

Yes. We actually have 3 Tallahatchie offers. One 1800 bed offer with orphaning the remainder. The other 2 split the facility into two 1800 bed facilities - each being a separate offer. Both of the spit offers were the same price. The 1800 bed with orphaning was higher.

On Aug 3, 2016, at 8:43 AM, Hininger, Damon <Damon.Hininger@cca.com> wrote:

> Brian-
>
> Good morning. Remind me, do we a Tallahatchie offer in for CAR 16? Thanks so much.

2

Case 3:16-cv-02267    Document 401-9    Filed 01/22/21    Page 3 of 3 PageID #: 22130

CONFIDENTIAL                                                                    CORECIVIC_0025891