# EXHIBIT 86
# [Filed Under Seal]

| From: | Koehn, Brian |
|---|---|
| Sent: | Wednesday, September 14, 2016 12:27 PM |
| To: | Mansfield, Jeremy; Lucero, Geraldine |
| Cc: | Smith, Tameka; Montanary, Roseann; Hall, Keith |
| Subject: | RE: Staffing Pattern |

The FSC put the BOP vacancy staffing deduction process together for all the BOP facilities in April of 2012 since each facility was reporting staffing numbers differently. The vacancy process and numbers was agreed upon by the BOP and we have been following it ever since. The facility HR Manager uses the vacancy deduction program to justify the numbers submitted to the BOP. My concern is that we now have a change in the security numbers reported on the program that is different than what we reported in the past. Cibola is a facility that has always been under the contract 90% security staffing so shortages have been deducted from the monthly bill based off the programs reported 201 staff. If we now change the security reporting number to 203.6, we will have to justify why we haven't been using this number since 2012. The security staffing pattern hasn't changed so it would be difficult to explain why we now have different reporting numbers. Needless to say, there are deeper issues involved here than what appears on the surface. We can discuss further during the call tomorrow. Mr. Hall needs to be aware of the issue so I'm cc'ing him on this email.

**From:** Mansfield, Jeremy
**Sent:** Wednesday, September 14, 2016 9:07 AM
**To:** Lucero, Geraldine <Geraldine.Lucero@cca.com>
**Cc:** Koehn, Brian <Brian.Koehn@cca.com>; Smith, Tameka <Tameka.Smith@cca.com>; Montanary, Roseann <Roseann.Montanary@cca.com>
**Subject:** RE: Staffing Pattern

So even on this pattern The Chief of Security and the supervisors are under Security. So to me it appears that what you were reporting in the past was incorrect otherwise it would match, right?

*Jeremy Mansfield*
*Workforce Management Analyst*



*10 Burton Hills Blvd*
*Nashville, TN  37215*
*Office: 615.263.6913*
*Cell: 615.210.1082*
*Email:* Jeremy.Mansfield@cca.com

**From:** Lucero, Geraldine
**Sent:** Wednesday, September 14, 2016 9:40 AM
**To:** Mansfield, Jeremy <Jeremy.Mansfield@cca.com>
**Cc:** Koehn, Brian <Brian.Koehn@cca.com>; Smith, Tameka <Tameka.Smith@cca.com>; Montanary, Roseann <Roseann.Montanary@cca.com>
**Subject:** RE: Staffing Pattern

Hi Jeremy,

Attached is the 2015 approved staffing pattern for Cibola. The only changes were in medical.

1

CONFIDENTIAL                                                                                                              CORECIVIC_0578272

**From:** Mansfield, Jeremy
**Sent:** Tuesday, September 13, 2016 11:58 AM
**To:** Lucero, Geraldine <Geraldine.Lucero@cca.com>
**Cc:** Koehn, Brian <Brian.Koehn@cca.com>; Smith, Tameka <Tameka.Smith@cca.com>; Montanary, Roseann <Roseann.Montanary@cca.com>
**Subject:** RE: Staffing Pattern

Hi Geraldine, I still haven't received the staffing pattern that you are using. I have attached the one that we have on file as the approved contract staffing pattern and this is what the reporting is based on.

CONFIDENTIAL                                                                    CORECIVIC_0578273