# EXHIBIT 96
# [Filed Under Seal]

**From:** Stacia Hylton [staciahylton@me.com]
**Sent:** Sunday, August 21, 2016 12:53 PM
**To:** Vanyur, John; Dalius Jr, William
**Subject:** Re: Cost comparisons

*** This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. ***

Great, I am happy to help build it if Bill will at least work with me on some of the indirect costs, although trust me they should hire someone. I have a couple of good folks that we contracted with in the Trustees office…member Bob Nardi's group, there is a guy in there That did JPATS cost benefit purchase lease and also state beds vs private for a few projects I had with two Governors, he is brilliant and I still have his contact info. Trust me getting this on a sheet is invaluable going forward. I added Bill to this email and you guys just know I have this whole week with little competing priorities ( my first down week in the past 6 weeks!). So I work as it works for both of you.

> On Aug 21, 2016, at 9:15 AM, Vanyur, John <John.Vanyur@cca.com> wrote:
>
> Thank you very much. I am helping CCA with Bill and a few others draft questions that their legislative guys can get to certain Hill members to ask the Department regarding both the OIG report and the DAG memo. Costs are clearly an issue and the OIG report provided no transparency in how they did the cost comparison. Building the model as you suggest would be an ideal analysis to have. Hopefully they will consider bringing some resources to do it. I thinks it's beyond mine and Bills capabilities. I am going to plow thru the literature to see if there is anything recent on cost comparisons. There was a flurry

> Of that research in the 90s but it died down.
> Sent from my iPhone
>
>> On Aug 20, 2016, at 11:36 AM, Stacia Hylton <staciahylton@me.com> wrote:
>>
>> indirect
>
>
> See how CCA is making a difference<http://cca.com/start>
>
>
>
>
>
> (i) This e-mail and any files transmitted with it are confidential and intended solely for the use of the intended recipient(s). If you have received this e-mail in error, please notify the sender immediately and delete this e-mail and any associated files from your system. (ii) Views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of Corrections Corporation of America. (iii) The recipient should check this e-mail and any attachments for the presence of viruses. The company accepts no liability for errors or omissions caused by e-mail transmission or any damage caused by any virus transmitted by or with this e-mail. This email has been scanned for content and viruses by the McAfee Email Security System.


EXHIBIT 326 Dalius
EA 2/26/20

CONFIDENTIAL
Case 3:16-cv-02267   Document 401-21   Filed 01/22/21   Page 2 of 2 PageID #: 22629
CORECIVIC_2206845