# EXHIBIT 100
# [Filed Under Seal]



**U.S. Department of Justice**

Federal Bureau of Prisons

Washington, D.C. 20534
August 29, 2014

Jeb Beasley, Managing Director
Corrections Corporation of America
10 Burton Hills Boulevard
Nashville, Tennessee 37215



Re: **Award Fee Determination**
**Contract DJB1PC-011, Cibola County Correctional Center**
**Performance Period July 1, 2013 – June 30, 2014**

Dear Mr. Beasley:

As stipulated in the Award Fee Determination Plan within contract DJB1PC-011, the contractor has an opportunity to earn an award fee commensurate with the achievement of performance above the acceptable level. Furthermore, the contract states that the maximum award fee may not exceed five percent of the total payment received for the evaluated period.

I have reviewed the recommendation of the Performance Evaluation Board based upon the performance monitoring information and the self-assessment submitted by Corrections Corporation of America (CCA). After a thorough review of this information, CCA received an overall rating of unsatisfactory. Therefore, an award fee will not be authorized for the aforementioned performance period.

During the Contract Facility Monitoring (CFM) that was conducted in April 2014, Cibola County Correctional Center received the following deficiencies and Notices of Concern (NOC):

> - One (1) significant finding was identified in Health Service. The finding was in Administration and Patient Care and included one (1) repeat repeat repeat deficiency, two (2) repeat repeat deficiencies, eight (8) repeat deficiencies, and fifteen (15) other deficiencies; Two (2) deficiencies in Food Service; Five (5) deficiencies in Safety and Environmental Health to include two (2) repeat deficiencies: Four (4) deficiencies in Information Security.
> - Four (4) Notices of Concern (NOC) were issued which identified staffing levels were not maintained in Correctional Services during this entire rating period.

CONFIDENTIAL                                                                                                                   CORECIVIC_0044795

Positive remarks on the performance in Cibola include the contractor's response to a lockdown which occurred from March 5 – March 12, 2014 due to tension among the inmates from the Mexican State of Sonora. The contractor's handling of this issue should be commended. The intelligence gathering by SIS and Unit Team staff was outstanding during this incident. The contractor's immediate action, based on intelligence gathered, prevented what potentially could have developed into a more serious situation.

We appreciate the efforts of CCA staff during the performance period. Please let me know if you have questions regarding this award fee determination.

Sincerely,

*Catherine S. Scott*

Catherine S. Scott
Fee Determination Official

CONFIDENTIAL

CORECIVIC_0044796