UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>                               Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>                               Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>STIPULATION AND ORDER EXTENDING DEADLINE FOR EXCLUSION REQUESTS |

WHEREAS, on October 29, 2020, Plaintiff[1] filed Lead Plaintiff's Unopposed Motion of Lead Plaintiff and Class Representative to Approve the Form and Manner of Class Notice and Notice Plan (ECF No. 329) ("Unopposed Motion");

WHEREAS, on October 30, 2020, the Court issued an Order Granting the Unopposed Motion (ECF No. 330) ("Order");

WHEREAS, pursuant to the Order, on December 21, 2020, the Court-approved Notice Administrator began mailing the Class Notice to all Class members who could be identified with reasonable effort;

WHEREAS, the Order provides that:

**7.** **Special Notice to Banks, Brokers and Other Nominees**

If you hold any CCA/CoreCivic securities that were purchased or acquired between February 27, 2012 and August 17, 2016, inclusive, as a nominee for a beneficial owner, then, within ten business days after you receive this Notice, you must either:

---

[1] "Plaintiff" is Lead Plaintiff and Class Representative Amalgamated Bank, as Trustee for the LongView Collective Investment Fund. "Defendants" are Corrections Corporation of America ("CCA" or the "Company") and "Individual Defendants" Damon T. Hininger, David M. Garfinkle, Todd Mullenger and Harley G. Lappin. Following the filing of this action, Defendants rebranded CCA and now refer to it as CoreCivic,

- 1 -

(1) send a copy of this Notice by First-Class Mail to all such Persons; or (2) provide a list of the names and addresses of such persons to the Notice Administrator . . . .

WHEREAS, last week the Notice Administrator received a request for over 100,000 Notices from a nominee;

WHEREAS, while the Notice Administrator intends to provide the nominee with the requested Notice, Plaintiff is concerned that, in light of the February 4, 2021, deadline for requests for exclusion from the Class, the Notice will not reach the potential Class members identified by the nominee in time to allow such potential Class members a meaningful opportunity to exclude themselves from this action; and

WHEREAS, Plaintiff believes extending the deadline for requests for exclusion until March 18, 2021 is reasonable under these circumstances in order to allow additional time for potential Class members to receive the Notice and have a meaningful opportunity to exclude themselves

NOW, THEREFORE, it is stipulated and agreed, by and between Plaintiff and Defendants, and subject to the approval of the Court, that:

1. The deadline to request exclusion shall be extended until March 18, 2021; and

2. The Notice Administrator shall update the Notice and the website dedicated to the litigation to reflect the revised deadline to request exclusion.

IT IS SO STIPULATED.

        ROBBINS GELLER RUDMAN & DOWD LLP
        CHRISTOPHER M. WOOD, #032977
        CHRISTOPHER H. LYONS, #034853

        s/ Christopher M. Wood
        CHRISTOPHER M. WOOD

414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 800/449-4900
615/252-3798 (fax)
cwood@rgrdlaw.com
clyons@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
DENNIS J. HERMAN
WILLOW E. RADCLIFFE
KENNETH J. BLACK
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
dennish@rgrdlaw.com
willowr@rgrdlaw.com
kennyb@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
JASON A. FORGE
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
jforge@rgrdlaw.com

Lead Counsel for Plaintiff

BARRETT JOHNSTON MARTIN
  & GARRISON, LLC
JERRY E. MARTIN, #20193
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2202
615/252-3798 (fax)

Local Counsel

DATED: January 28, 2021              RILEY WARNOCK & JACOBSON, PLC
                                     STEVEN A. RILEY, #6258
                                     MILTON S. McGEE, III, #024150


                                         s/ Milton S. McGee, III
                                        MILTON S. McGEE, III

1906 West End Avenue
Nashville, TN 37203
Telephone: 615/320-3700
615/320-3737 (fax)

LATHAM & WATKINS LLP
DAVID J. SCHINDLER
BRIAN T. GLENNON
355 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213/485-1234
213/891-8763 (fax)

LATHAM & WATKINS LLP
ANNA E. BERCES
MORGAN E. WHITWORTH
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415/391-0600
415/395-8095 (fax)

Attorneys for Defendants Corrections Corporation of America, Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger and Harley G. Lappin

\* \* \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
THE HONORABLE ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE

- 4 -