UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR RESPONSES TO PLAINTIFF'S OMNIBUS MOTION REGARDING FILING DOCUMENTS UNDER SEAL |

WHEREAS, on January 22, 2021, Plaintiff[1] filed Plaintiff's Omnibus Motion Regarding Filing Documents Under Seal (the "Motion") regarding the continued sealing of documents associated with the parties' motions for summary judgment and related filings (the "Designated Confidential Documents") (ECF No. 385);

WHEREAS, responses to the Motion are currently due on February 5, 2021 (ECF No. 402);

WHEREAS, counsel for Plaintiff and counsel for the Federal Bureau of Prisons ("BOP") have met and conferred regarding documents the BOP contends should remain sealed and intend to continue their meet-and-confer efforts in an attempt to reduce any disputes regarding the continued sealing of such documents; and

WHEREAS, the parties respectfully request that the deadline for responses to the Motion be extended by one week, until February 12, 2021, in order to facilitate such discussions;

NOW, THEREFORE, it is stipulated and agreed, by and between Plaintiff and Defendants, and subject to the approval of the Court, that:

---

[1] "Plaintiff" is Lead Plaintiff and Class Representative Amalgamated Bank, as Trustee for the LongView Collective Investment Fund. "Defendants" are Corrections Corporation of America ("CCA") and certain of its executives. Following the filing of this action, Defendants rebranded CCA and now refer to it as CoreCivic.

1. The deadline for Defendants or third party BOP (as the Producing Party) to file a motion for continued sealing is extended until February 12, 2021;

2. Unless Defendants or third party BOP (as the Producing Party) files a motion for continued sealing on or before February 12, 2021, the Designated Confidential Documents shall be unsealed and become part of the public record without need for further order of the Court; and

3. If Defendants or the BOP (as the Producing Party) files a motion for continued sealing of the Designated Confidential Documents, any other party may file a reply to the motion for continued sealing on or before February 17, 2021.

IT IS SO STIPULATED.

DATED: February 4, 2021    ROBBINS GELLER RUDMAN & DOWD LLP
CHRISTOPHER M. WOOD, #032977
CHRISTOPHER H. LYONS, #034853

                              s/ Christopher M. Wood
                           CHRISTOPHER M. WOOD

414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 800/449-4900
615/252-3798 (fax)
cwood@rgrdlaw.com
clyons@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
DENNIS J. HERMAN
WILLOW E. RADCLIFFE
KENNETH J. BLACK
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
dennish@rgrdlaw.com
willowr@rgrdlaw.com
kennyb@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
JASON A. FORGE
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
jforge@rgrdlaw.com

Lead Counsel for Plaintiff

BARRETT JOHNSTON MARTIN
  & GARRISON, LLC
JERRY E. MARTIN, #20193
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2202
615/252-3798 (fax)

Local Counsel

DATED: February 4, 2021

RILEY WARNOCK & JACOBSON, PLC
STEVEN A. RILEY, #6258
MILTON S. McGEE, III, #024150


    s/ Milton S. McGee, III
    MILTON S. McGEE, III

1906 West End Avenue
Nashville, TN 37203
Telephone: 615/320-3700
615/320-3737 (fax)
sriley@rwjplc.com
tmcgee@rwjplc.com

LATHAM & WATKINS LLP
DAVID J. SCHINDLER (admitted *pro hac vice*)
BRIAN T. GLENNON (admitted *pro hac vice*)
MERYN C.N. GRANT (admitted *pro hac vice*)
355 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213/485-1234
213/891-8763 (fax)
david.schindler@lw.com
brian.glennon@lw.com
meryn.grant@lw.com

- 3 -

LATHAM & WATKINS LLP
MORGAN E. WHITWORTH (admitted *pro hac vice*)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415/391-0600
415/395-8095 (fax)
morgan.whitworth@lw.com

LATHAM & WATKINS LLP
SARAH A. TOMKOWIAK (admitted *pro hac vice*)
555 11th Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: 202/637-2335
415/637-2201 (fax)
sarah.tomkowiak@lw.com

Attorneys for Defendants Corrections Corporation of America, Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger and Harley G. Lappin

\* \* \*

# O R D E R

PURSUAL TO STIPULATION, IT IS SO ORDERED.

DATED: _____  _____
THE HONORABLE ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on February 4, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ Christopher M. Wood
CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN
    &amp; DOWD LLP
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2203
615/252-3798 (fax)

E-mail: cwood@rgrdlaw.com

# Mailing Information for a Case 3:16-cv-02267 Grae v. Corrections Corporation of America et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Kenneth J. Black**
  kennyb@rgrdlaw.com

- **Paul Kent Bramlett**
  pknashlaw@aol.com

- **Robert P. Bramlett**
  robert@bramlettlawoffices.com

- **Christopher T. Cain**
  cain@scottandcain.com,ambrose@scottandcain.com

- **Patrick V. Dahlstrom**
  pdahlstrom@pomlaw.com

- **Jason A. Forge**
  jforge@rgrdlaw.com

- **Brian T. Glennon**
  brian.glennon@lw.com

- **Michael Goldberg**
  michael@goldberglawpc.com

- **Marc Gorrie**
  mgorrie@pomlaw.com

- **Meryn C.N. Grant**
  Meryn.Grant@lw.com

- **Dennis J. Herman**
  dherman@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **James A. Holifield , Jr**
  aholifield@holifieldlaw.com

- **J. Alexander Hood , II**
  ahood@pomlaw.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,lpvega@pomlaw.com

- **Christopher Hamp Lyons**
  clyons@rgrdlaw.com,KennyB@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jerry E. Martin**
  jmartin@barrettjohnston.com,adonovan@barrettjohnston.com,eseaborn@barrettjohnston.com,jmartin@rgrdlaw.com

- **Milton S. McGee , III**
  tmcgee@rwjplc.com,dgibby@rwjplc.com

- **Faraz Mohammadi**
  faraz.mohammadi@lw.com

- **Willow E. Radcliffe**
  willowr@rgrdlaw.com,WillowR@ecf.courtdrive.com

- **Steven Allen Riley**
  sriley@rwjplc.com,dgibby@rwjplc.com

- **Brian Schall**
  brian@goldberglawpc.com

- **David J. Schindler**
  david.schindler@lw.com

- **Sarah A. Tomkowiak**
  sarah.tomkowiak@lw.com

Case 3:16-cv-02267     Document 406     Filed 02/04/21     Page 6 of 7 PageID #: 23451

- **Morgan E. Whitworth**
  morgan.whitworth@lw.com,morgan-whitworth-8044@ecf.pacerpro.com

- **Christopher M. Wood**
  cwood@rgrdlaw.com,smorris@rgrdlaw.com,CWood@ecf.courtdrive.com,willowr@rgrdlaw.com,e_file_sd@rgrdlaw.com,smorris@ecf.courtdrive.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`