IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NIKKI BOLLINGER GRAE, *Individually and on Behalf of All Others Similarly Situated*, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>Defendants. | Civil Action No.: 3:16-cv-02267<br><br>Judge Aleta A. Trauger<br><br>Magistrate Judge Jeffery Frensley |

**PRODUCING PARTY FEDERAL BUREAU OF PRISON'S MOTION TO CONTINUE THE SEALING OF CERTAIN DOCUMENTS FILED IN CONNECTION WITH PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

On January 25, 2021, the Court issued an Order Granting Plaintiff's Omnibus Motion Regarding Filing Documents Under Seal ("Order"). *See* DE 402. The Order stipulated that certain Designated Confidential Documents shall be unsealed unless Defendants or Federal Bureau of Prisons ("BOP" or "Producing Party") filed a motion seeking the continued sealing of the documents.

Pursuant to Local Rules 5.03 and 7.01, the Revised Stipulation and Protective Order entered in this case (DE 86) (the "Protective Order"), and the Stipulation and Order Amending Protective Order to Protect Source Selection Information (DE 177) (the "SSI Protective Order"), BOP respectfully requests that the Court direct the Clerk to continue the sealing of: (i) certain pages of DE 398-8, Deposition of Douglas M. Martz; (ii) DE 362-16, Source Selection Decision RFP-PCC-0022 ("SSD 0022"); (iii) certain pages of DE 398-3, Deposition of D. Scott Dodrill; (iv) certain pages of DE 400-12, Deposition of Harley G. Lappin; (v) DE 399-22, After-Action Report, Adams County Correctional Center ("After-Action Report"); (vi) certain pages of DE 401-

19 Expert Report of Donna Mellendick; (vii) certain pages of DE 401-20 Deposition of Donna Mellendick; (viii) certain pages of DE 400-17, Email Correspondence between Donna Mellendick and Cathy Scott; and (ix) CCA's Contractor Performance Assessment Reporting System (CPARS) past performance records.

The information BOP seeks to maintain under seal: (i) was designated as Source Selection Information by the BOP; (ii) contains confidential and sensitive information and procedures concerning the BOP's privatized corrections contracts; (iii) details the correctional security protocols at correctional facilities, which could create a security risk to BOP institutions if made public; (iv) contains protected inmate medical information; and (v) contains references to Defendant's internal policies, which may constitute confidential or proprietary information.

The undersigned certifies that he conferred with counsel for Plaintiff and Defendants pursuant to Local Rule 7.01(a)(1), and the parties' positions are as follows. BOP moves to maintain the seal of:

(i) transcript pages 151:1-163:5, 163:13-164:7, 164:10-175:14, 176:2-181:13, and 182:22-196:25 of DE 398-8, of the Deposition of Douglas M. Martz. All parties agree to keep these pages sealed.

(ii) transcript pages 77:1-92:25, 101:1-108:25, and 117:1-120:25 of DE 398-3, the Deposition of D. Scott Dodrill. Neither Plaintiff nor Defendants oppose keeping these pages under seal.

(iii) transcript pages 53:1-60:25 and 145:1-156:25 of DE 400-12, the Deposition of Harry G. Lappin. Neither Plaintiff nor Defendants oppose keeping these pages under seal.

(iv) DE 399-22, After-Action Report. Neither Plaintiff nor Defendants oppose keeping these pages under seal.

(v) pages 13, 17, 20-22, 26 of the Expert Report of Donna Mellendick (DE 401-19). Defendants do not object, and Plaintiff objects to maintaining the seal on these pages.

(vi) transcript pages 89:1-96:25, 117:1-120:25 of DE 401-20, the Deposition of Donna Mellendick. Neither Plaintiff nor Defendants oppose keeping these pages under seal.

(vii) DE 400-17, Email Correspondence between Donna Mellendick and Cathy Scott, except for pages BOP_0246690 and BOP_0246733. Plaintiff does not oppose maintaining these documents under seal, and Defendants did not object.

(ix) CCA's Contractor Performance Assessment Reporting System (CPARS) past performance records. Plaintiff objects to keeping these documents under seal. Defendants do not oppose BOP's motion to keep these documents under seal.

(x) SSD 0022 (DE 362-16) be kept under seal. Plaintiff opposes keeping SSD 0022 under seal; Defendants do not oppose maintaining the seal.

BOP is filing a memorandum of law, and the declarations of Ryan Wynne and Eric Emmerich, in support of this motion.

DATED: February 12, 2021

Respectfully submitted,

DONALD Q. COCHRAN
United States Attorney
Middle District of Tennessee

By: s/ Mark H. Wildasin
MARK H. WILDASIN, B.P.R. #015082
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203-3870
Telephone: (615) 736-5151
Fax: (615) 401-6626
Email: mark.wildasin@usdoj.gov
*Counsel for the Federal Bureau of Prisons*

# CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2021, service of the foregoing document was made upon the following Filing Users through the Court's Electronic Filing System:

| | |
|---|---|
| Michael Goldberg<br>Brian Schall<br>GOLDBERG LAW, PC<br>1999 Avenue of the Starts, Suite 1100<br>Los Angeles, CA 90067<br>Email: michael@goldberglawpc.com<br>Email: brian@goldberglawpc.com | Jeremy A. Lieberman<br>J. Alexander Hood, II<br>Marc C. Gorrie<br>POMERANTZ, LLP<br>600 Third Ave., 20th Floor<br>New York, NY 10016<br>Email: jalieberman@pomlaw.com<br>Email: ahood@pomlaw.com<br>Email: mgorrie@pomlaw.com |
| Paul Kent Bramlett<br>Robert P. Bramlett<br>BRAMLETT LAW OFFICES<br>40 Burton Hills Blvd., Suite 200<br>P. O. Box 150734<br>Nashville, TN 37215<br>Email: pknashlaw@aol.com<br>Email: robert@bramlettlawoffices.com | Christopher T. Cain<br>SCOTT & CAIN<br>550 W Main Avenue, Suite 601<br>Knoxville, TN 37902<br>Email: cain@scottandcain.com |
| Christopher Hamp Lyons<br>Christopher M. Wood<br>ROBBINS GELLER RUDMAN & DOWD, LLP<br>414 Union Street, Suite 900<br>Nashville, TN 37219<br>Email: clyons@rgrdlaw.com<br>Email: cwood@rgrdlaw.com | Jerry E. Martin<br>BARRETT JOHNSTON MARTIN & GARRISON, LLC<br>Bank of America Plaza<br>414 Union Street, Suite 900<br>Nashville, TN 37219<br>Email: jmartin@barrettjohnston.com |
| Dennis J. Herman<br>Willow E. Radcliffe<br>Kenneth J. Black<br>ROBBINS GELLER RUDMAN & DOWD, LLP<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>Email: dherman@rgrdlaw.com<br>Email: willowr@rgrdlaw.com<br>Email: kennyb@rgrdlaw.com | Brian T. Glennon<br>David J. Schindler<br>Faraz Mohammadi<br>Meryn C.N. Grant<br>LATHAM & WATKINS, LLP (LA Office)<br>355 S. Grand Avenue, Suite 100<br>Los Angeles, CA 90071<br>Email: brian.glennon@lw.com<br>Email: david.schindler@lw.com<br>Email: faraz.mohammadi@lw.com<br>Email: Meryn.Grant@lw.com |

| | |
|---|---|
| Morgan E. Whitworth<br>LATHAM & WATKINS<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-2562<br>Email: morgan.whitworth@lw.com | Milton S. McGee, III<br>Steven Allen Riley<br>RILEY, WARNOCK & JACOBSON<br>1906 West End Avenue<br>Nashville, TN 37203<br>Email: tmcgee@rwjplc.com<br>Email: sriley@rwjplc.com |
| James A. Holifield, Jr.<br>HOLIFIELD, JANICH, RACHAL, & ASSOCIATES, PLLC<br>11907 Kingston Pike, Suite 201<br>Knoxville, TN 37934<br>Email: aholifield@holifieldlaw.com | Sarah A. Tomkowiak<br>LATHAM & WATKINS LLP (DC Office)<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004-1304<br>Email: sarah.tomkowiak@lw.com |
| Patrick V. Dahlstrom<br>POMERANTZ, LLP<br>10 South La Salle St., Suite 3505<br>Chicago, IL 60603<br>Email: pdahlstrom@pomlaw.com | Jason A. Forge<br>ROBBINS GELLER RUDMAN & DOWD, LLP (San Diego)<br>655 W Broadway, Suite 1900<br>San Diego, CA 92101<br>Email: jforge@rgrdlaw.com |

                                          s/ Mark H. Wildasin
                                          MARK H. WILDASIN
                                          Assistant United States Attorney