UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> CORRECTIONS CORPORATION OF AMERICA, et al., <br><br> Defendants. | Civil Action No. 3:16-cv-02267 <br><br> Judge Aleta A. Trauger <br><br> Magistrate Judge Jeffery Frensley |

### DECLARATION OF ERIC EMMERICH

1. I, Eric Emmerich, currently serve as the Administrator, Correctional Services Branch, of the Federal Bureau of Prisons (BOP). I have worked for the BOP since December 2001.

2. As Administrator of the Correctional Services Branch, I oversee BOP-related activities relating to security, emergency preparedness, and training.

3. I have reviewed ECF 399-22, entitled "After-Action Report Disturbance, Adams County Correctional Center, Natchez, Mississippi, May 20-May 21, 2012." This report details correctional security protocols and breakdowns at a private detention facility as analyzed by expert BOP personnel. It also includes recommendations and descriptions of security techniques described by those same expert BOP personnel. These security standards and techniques are common to both private detention facilities and BOP facilities. As a result, unsealing this information would threaten the safe and secure operation of both private detention facilities and BOP facilities as it would provide valuable information to individuals intent on disrupting operations or fomenting a disturbance.

1

4. Specific security procedures and practices within the realm of emergency response and intelligence operations are detailed within this document. Divulging such information not only threatens operations of correctional facilities, but the preservation of human well-being.

Executed this 4th day of February, 2021.

_____
Eric Emmerich
Administrator
Federal Bureau of Prisons
Correctional Services Branch

2

# CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2021, service of the foregoing document was made upon the following Filing Users through the Court's Electronic Filing System:

| | |
|---|---|
| Michael Goldberg<br>Brian Schall<br>GOLDBERG LAW, PC<br>1999 Avenue of the Starts, Suite 1100<br>Los Angeles, CA  90067<br>Email: michael@goldberglawpc.com<br>Email: brian@goldberglawpc.com | Jeremy A. Lieberman<br>J. Alexander Hood, II<br>Marc C. Gorrie<br>POMERANTZ, LLP<br>600 Third Ave., 20th Floor<br>New York, NY  10016<br>Email:  jalieberman@pomlaw.com<br>Email:  ahood@pomlaw.com<br>Email:  mgorrie@pomlaw.com |
| Paul Kent Bramlett<br>Robert P. Bramlett<br>BRAMLETT LAW OFFICES<br>40 Burton Hills Blvd., Suite 200<br>P. O. Box 150734<br>Nashville, TN  37215<br>Email: pknashlaw@aol.com<br>Email: robert@bramlettlawoffices.com | Christopher T. Cain<br>SCOTT & CAIN<br>550 W Main Avenue, Suite 601<br>Knoxville, TN  37902<br>Email: cain@scottandcain.com |
| Christopher Hamp Lyons<br>Christopher M. Wood<br>ROBBINS GELLER RUDMAN & DOWD, LLP<br>414 Union Street, Suite 900<br>Nashville, TN  37219<br>Email:  clyons@rgrdlaw.com<br>Email:  cwood@rgrdlaw.com | Jerry E. Martin<br>BARRETT JOHNSTON MARTIN & GARRISON, LLC<br>Bank of America Plaza<br>414 Union Street, Suite 900<br>Nashville, TN  37219<br>Email:  jmartin@barrettjohnston.com |
| Dennis J. Herman<br>Willow E. Radcliffe<br>Kenneth J. Black<br>ROBBINS GELLER RUDMAN & DOWD, LLP<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA  94104<br>Email: dherman@rgrdlaw.com<br>Email: willowr@rgrdlaw.com<br>Email:  kennyb@rgrdlaw.com | Brian T. Glennon<br>David J. Schindler<br>Faraz Mohammadi<br>Meryn C.N. Grant<br>LATHAM & WATKINS, LLP (LA Office)<br>355 S. Grand Avenue, Suite 100<br>Los Angeles, CA  90071<br>Email: brian.glennon@lw.com<br>Email: david.schindler@lw.com<br>Email: faraz.mohammadi@lw.com<br>Email: Meryn.Grant@lw.com |

| | |
|---|---|
| Morgan E. Whitworth<br>LATHAM & WATKINS<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-2562<br>Email: morgan.whitworth@lw.com | Milton S. McGee, III<br>Steven Allen Riley<br>RILEY, WARNOCK & JACOBSON<br>1906 West End Avenue<br>Nashville, TN 37203<br>Email: tmcgee@rwjplc.com<br>Email: sriley@rwjplc.com |
| James A. Holifield, Jr.<br>HOLIFIELD, JANICH, RACHAL, & ASSOCIATES, PLLC<br>11907 Kingston Pike, Suite 201<br>Knoxville, TN 37934<br>Email: aholifield@holifieldlaw.com | Sarah A. Tomkowiak<br>LATHAM & WATKINS LLP (DC Office)<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004-1304<br>Email: sarah.tomkowiak@lw.com |
| Patrick V. Dahlstrom<br>POMERANTZ, LLP<br>10 South La Salle St., Suite 3505<br>Chicago, IL 60603<br>Email: pdahlstrom@pomlaw.com | Jason A. Forge<br>ROBBINS GELLER RUDMAN & DOWD, LLP (San Diego)<br>655 W Broadway, Suite 1900<br>San Diego, CA 92101<br>Email: jforge@rgrdlaw.com |

s/ Mark H. Wildasin
MARK H. WILDASIN
Assistant United States Attorney