# EXHIBIT E

# EXHIBIT 50
# [Filed Under Seal]

| From: | Levins, Catherine |
|---|---|
| Sent: | Friday, September 13, 2013 1:54 PM |
| To: | Hininger, Damon; Grande, Tony; Ferrell, Brian |
| Cc: | Christmas, Heather |
| Subject: | Weekly Report |
| Attachments: | Weekly Report 09-16-13.pdf |

Please see the attached Weekly Report for September 16th.

Thank you.

Catherine Levins
Proposal Development Specialist
CCA "America's Leader in Partnership Corrections"
10 Burton Hills Blvd
Nashville, TN 37215
615-263-3288 - Office
615-263-3090 - Fax
Catherine.Levins@CCA.com

Case 3:16-cv-02267    Document 413-5    Filed 02/12/21    Page 3 of 45 PageID #: 23767

CONFIDENTIAL                                                                                     CORECIVIC_0111231

# PROGRESS REPORT
## September 16, 2013

This Week's Report Includes Updates From:

### PARTNERSHIP DEVELOPMENT

Contracts Update ........................................................................................2
Proposal Development ................................................................................8

### FEDERAL PARTNERSHIP RELATIONS

Kim Porter ................................................................................................ 17
Jeremy Wiley ........................................................................................... 18
Anthony Odom ......................................................................................... 20
Jeb Beasley .............................................................................................. 21
Puerto Rico (Carlos Melendez) ............................................................... 24

### LOCAL PARTNERSHIP RELATIONS

Tommy Alsup ........................................................................................... 25

### STATE PARTNERSHIP RELATIONS

Andrea Evans ........................................................................................... 27
Laurie Shanblum ..................................................................................... 29
Kelly Durham .......................................................................................... 31
John Malloy ............................................................................................. 33
Jerry Lankford .......................................................................................... 34
Virgin Islands (Carlos Melendez) ........................................................... 35

### PUBLIC AFFAIRS

Steve Owen .............................................................................................. 36

### SITE ACQUISITION

Brad Wiggins ........................................................................................... 39

Case 3:16-cv-02267    Document 413-5    Filed 02/12/21    Page 4 of 45 PageID #: 23768

CONFIDENTIAL                                                                                    CORECIVIC_0111232

| Facility | Partner | Contract Expiration Date | Decision Date | Update | Team Leader |
|---|---|---|---|---|---|
| Adams County | BOP | 7/31/2015 | | We received notice of the BOP's intent to exercise Option Period One from August 1, 2013 to July 31, 2015. We received a Modification incorporating a new wage determination. We submitted our proposal to the BOP regarding costs associated with proposed changes to Attachment J-19 (Information Systems Equipment). Submitted a request for equitable adjustment in the amount of $66,622.40 annually to offset the increase in benefits imposed by a new wage determination effective August 1, 2013. We submitted our proposal to the BOP regarding costs associated with proposed language regarding emergency preparedness to various sections of the Statement of Work and Attachment J-21. We received a Modification exercising Option Period One from August 1, 2013 to July 31, 2015. We received a modification increasing the monthly invoice by $5,551.87 based on a request for an equitable adjustment. The Modification is circulating for executive approval. We signed and returned the Modification to the BOP. We submitted our response to the BOP's concerns regarding the proposed expansion which include an expanded program space, additional information on staffing (medical and correctional officers), Intelligence Department and armory space, and foodservice feeding plan. **We submitted our follow-up response regarding the use of Language Line as an alternative to the Spanish speaking requirement in the proposed emergency preparedness modifications. We received a notice of potential deduction from the BOP regarding three NOCs for noncompliance in the area of Inmate Accountability.** | AO |
| Beni | Colorado | 6/30/2014 | | | SC |
| Bridgeport | Texas | 8/31/2015 | | | SC |
| Cal City | OFDT | 9/22/2025 | | | NM |
| | USAF | 7/12/2013 | | | NM |
| CADC | OFDT | 9/30/2013 | | | NM |
| Cibola | BOP | 9/30/2014 | | We submitted our proposal to the BOP regarding costs associated with proposed changes to Attachment J-19 (Information Systems Equipment0.We submitted our proposal to the BOP regarding costs associated with proposed language regarding emergency preparedness to various sections of the Statement of Work and Attachment J-21. We received a Modification incorporating a new wage determination. **We submitted a request for equitable adjustment in the amount of $49,920.00 annually to offset the increase in benefits imposed by a new wage determination effective October 1, 2013.** | AO |
| | OFDT | 10/31/2014 | | | NM |
| Crossroads | Montana | 6/30/2013 | | | |

Case 3:16-cv-02267    Document 413-5    Filed 02/12/21    Page 5 of 45 PageID #: 23769

CONFIDENTIAL

CORECIVIC_0111233

| Facility | Partner | Contract Expiration Date | Decision Date | Update | Team Leader |
|---|---|---|---|---|---|
| | | | | FEDERAL/STATE/LOCAL CONTRACTS (Updated September 13, 2013) | |
| Crowley | Colorado | 6/30/2014 | | | SC |
| Eden | BOP | 4/30/2015 | | We received a Modification exercising Option Period Two from May, 1, 2013 to April 30, 2015 and incorporating a new wage determination. We submitted our proposal to the BOP regarding costs associated with proposed changes to Attachment J-19 (Information Systems Equipment).We submitted our proposal to the BOP regarding costs associated with proposed language regarding emergency preparedness to various sections of the Statement of Work and Attachment J-20. | NM |
| Elizabeth | ICE | 9/25/2013 | | | NM |
| Eloy | ICE | Indefinite | | | |
| Florence | OFDT | 9/30/2013 | | | NM |
| Hardeman | Tennessee | 5/31/2017 | | | SC |
| Houston Processing Center | ICE | 3/31/2014 | | | NM |

Case 3:16-cv-02267   Document 413-5   Filed 02/12/21   Page 6 of 45 PageID #: 23770

CONFIDENTIAL

CORECIVIC_0111234

| Facility | Partner | Contract Expiration Date | Decision Date | FEDERAL/STATE/LOCAL CONTRACTS (Updated September 13, 2013) Update | Team Leader |
|---|---|---|---|---|---|
| Houston Processing Center | ICE | 3/31/2014 | | | NM |

Case 3:16-cv-02267    Document 413-5    Filed 02/12/21    Page 7 of 45 PageID #: 23771

CONFIDENTIAL

CORECIVIC_0111235

| Facility | Partner | Contract Expiration Date | Decision Date | FEDERAL/STATE/LOCAL CONTRACTS (Updated September 13, 2013) Update | Team Leader |
|---|---|---|---|---|---|
| Houston Processing Center | ICE | 3/31/2014 | | | NM |
| Idaho | Idaho | 6/30/2014 | | | SC |
| Kit Carson | Colorado | 6/30/2014 | | | SC |
| Lake City | Florida | 6/30/2014 | | | SC |
| LaPalma | California | 6/30/2016 | | | |

Case 3:16-cv-02267    Document 413-5    Filed 02/12/21    Page 8 of 45 PageID #: 23772

CONFIDENTIAL

CORECIVIC_0111236

| Facility | Partner | Contract Expiration Date | Decision Date | Update | Team Leader |
|---|---|---|---|---|---|
| Laredo | Webb County | 6/30/2018 | | | NM |
| Leavenworth | OFDT | 12/31/2016 | | | NM |
| Marion Adjustment | Kentucky | 9/30/2013 | | | SC |
| McRae | BOP | 11/30/2016 | | We submitted our proposal to the BOP regarding costs associated with proposed changes to Attachment J-19 (Information Systems Equipment). We submitted our proposal to the BOP regarding costs associated with proposed language regarding emergency preparedness to various sections of the Statement of Work and Attachment J-22. **We submitted our follow-up response regarding the use of Language Line as an alternative to the Spanish speaking requirement in the proposed emergency preparedness modifications.** | AO |
| Nevada Southern | OFDT | 9/30/2015 | | | NM |
| New Mexico Women's | New Mexico | 6/30/2013 | | | SC |
| | BOP | 5/30/2015 | | We submitted our proposal to the BOP regarding costs associated with proposed changes to Attachment J-19 (Information Systems Equipment). We submitted our proposal to the BOP regarding costs associated with proposed language regarding emergency preparedness to various sections of the Statement of Work and Attachment J-23. | NM |
| NEOCC | OFDT | 12/31/2014 | | Received bilateral modification to the contract providing that "Detainees will be provided a sleeping surface and mattress at least 12 inches off the floor and not occupy or sleep on a "Boat Bed" for any period of time unless it is an emergency with prior approval of the Government." The modification is currently under review. OFDT notified us that they are considering Webb an exception and do not intend to allow the use of boat beds for 5 days at the other facilities. | NM |

Case 3:16-cv-02267    Document 413-5    Filed 02/12/21    Page 9 of 45 PageID #: 23773

CONFIDENTIAL

CORECIVIC_0111237

| Facility | Partner | Contract Expiration Date | Decision Date | FEDERAL/STATE/LOCAL CONTRACTS (Updated September 13, 2013) Update | Team Leader |
|---|---|---|---|---|---|
| North Fork | California | 6/30/2016 | | | |
| North Georgia | ICE | 3/4/2014 | | | NM |
| Red Rock | California | 6/30/2016 | | | |
| San Diego | OFDT | 6/30/2104 | | | AO |
| Silverdale | Hamilton County | 4/30/2016 | | | NM |
| Tallahatchie | California | 6/30/2016 | | | |
| | OFDT | Indefinite | | | NM |
| Torrance | Socorro County | | | | SC |
| West Tennessee | OFDT | 9/30/2013 | | | NM |

Case 3:16-cv-02267    Document 413-5    Filed 02/12/21    Page 10 of 45 PageID #: 23774

CONFIDENTIAL        CORECIVIC_0111238

# Partnership Development
## Michelle Barker - Proposal Development

| Partner | Project Type and Description | Key Dates | Comments and Other Key Dates | PD Manager; PRM or VP | Status |
|---------|------------------------------|-----------|------------------------------|-----------------------|--------|
| Bureau of Prisons (BOP) | RFP - The Federal Bureau of Prisons is seeking concerns having the ability to provide Residential Reentry Center (RRC) (in-house RRC beds) and Home Detention (home detention placements) services for male and female Federal offenders held under the authority of United States Statutes to be located in Memphis, Tennessee within Shelby County. Residential services include care, custody, control, accountability, and treatment, including subsistence. | Questions Due to Project Manager: 8/9/13<br><br>Cost Info Due to Finance: 9/6/13<br><br>EVP Review Date: 9/16/13 and 9/23/13<br><br>Due to PRM/Agency: 10/14/13 | The contract begins on March 1, 2014 and consists of one year base period with 4 one year option periods. | *Mike Binion **Brian Ferrell; PRM: Job Beasley, Tommy Alsup | **ON-GOING**<br>In accordance with the presolicitation notice, the BOP reissued the new RFP for the Memphis RRC services on July 31 with proposals due on September 30, 2013. As anticipated, the new RFP has two separate line items for the two types of service – RRC beds and Home Detention. The estimated minimums and maximums for each line item are as slightly lower than the previous RFP. For the RRC, the minimum is 70 male beds and 5 female beds with a maximum of 88 males beds and 7 female beds. For the Home Detention, the minimum and maximum number of days equates to 15-35 beds. One of the option years is somewhat higher and we will confirm whether that is an error or is intended by the BOP. We submitted our questions to the BOP. The BOP issued Amendment 2 which corrected parts of the solicitation and revised the compliance matrix. Additionally, the due date of the response was extended from September 30, 2013 to October 14, 2013. **We continue to work on the proposal.** |
| West Virginia Division of Corrections | | | | | |

Case 3:16-cv-02267    Document 413-5    Filed 02/12/21    Page 11 of 45 PageID #: 23775

CONFIDENTIAL

CORECIVIC_0111239

# Partnership Development
## Michelle Barker - Proposal Development

* Project Manager, ** Project Team Leader

| Partner | Project Type and Description | Key Dates | Comments and Other Key Dates | PD Manager; PRM or VP | Status |
|---|---|---|---|---|---|
| Florida Department of Management Services | | | | | |



Case 3:16-cv-02267   Document 413-5   Filed 02/12/21   Page 12 of 45 PageID #: 23776

CONFIDENTIAL

CORECIVIC_0111240

# Partnership Development
## Michelle Barker - Proposal Development

| Partner | Project Type and Description | Key Dates | Comments and Other Key Dates | PD Manager; PRM or VP | Status |
|---|---|---|---|---|---|
| Bureau of Prisons (BOP) | RFP - The Federal Bureau of Prisons has issued the Criminal Alien Requirement (CAR) 15 RFP. The BOP has two requirements for the management and operation of a contractor-owned/contractor-leased, contractor-operated correctional facility. Each requirement is to house approximately 1,565 to 2,000 low security, adult male inmates that are primarily criminal aliens ordinarily with 90 months or less remaining to serve on their sentences. An offeror may submit for only one requirement or both requirements. One proposed facility must be located in one of the following states: Ohio, Michigan, Pennsylvania, Delaware, New Jersey or New York. The other proposed facility may be located anywhere in the continental United States. | Questions Due to Project Manager: 7/5/13<br><br>Cost Info Due to Finance: 7/19/13<br><br>EVP Review Date: 7/29/13 and 8/5/13<br><br>Due to PRM/Agency: 8/13/13 | > A portion of this RFP is the rebid of our NEOCC population.<br>> The contract will consist of a four-year base period with three two-year option periods.<br>> The contractor shall be ready to begin accepting inmates and assume full responsibility for the operation, maintenance and security of the institution no later than June 1, 2015, at which time a Notice to Proceed (NTP) is anticipated to be issued and April 1, 2016, at which time a second NTP is anticipated to be issued. | *Mike Binion **Brian Ferrell; PRM: Jeb Beasley | SUBMITTED<br>> The Performance Work Statement (PWS) sets forth the contract performance requirements for the management and operation of a contract correctional institution(s) to accommodate approximately 3,827 beds for a low security adult male population consisting primarily of criminal aliens.<br>> The proposed facility shall be an existing facility, which is defined as a secure facility which was complete and ready for occupancy prior to the date the Pre-Solicitation Notice was released. Any construction, expansion or renovation must not interfere with or delay the arrival of the inmates.<br>> The proposed facility must be located anywhere in the continental United States with the following exception. A minimum of 1,500 beds will be awarded within one of the following states: Ohio, Michigan, Pennsylvania, Delaware, New Jersey or New York. Multiple awards will be possible outside of the Northeast with a minimum of 1,000 beds. There will be no single award greater than 2,000 beds.<br>> Offerors are prohibited from housing non-Department of Justice (DOJ) inmates within the same fence perimeter; however, multiple populations at a prison complex with separate fence lines are acceptable. Services received from or provided to the resulting contract shall not be shared with other non-DOJ contractual obligations. The Bureau of Prisons (BOP) population must remain separate from other populations at all times.<br>  We submitted our questions to the BOP by the July 12 due date and our Intent to Propose form by the July 19 due date. After due diligence it has been decided not to propose a Mineral Wells option. A pro forma review board was held on July 25. On July 31, the BOP issued Amendment 1 which provided wage determinations and answers to vendor questions. A change was also made to the cover letter regarding the number of beds. The cover letter now indicates approximately 1,500 to 2,000 beds rather than approximately 1,565 to 2000 beds. We shipped our proposals on August 9. We offered NEOCC 1,507 BOP beds for Requirement A and NEOCC 1,507 beds, Prairie 1,740 beds, Prairie 2,000 beds and Diamondback 2,000 beds for Requirement B (all numbers are 115%). BOP confirmed receipt of our proposal. The BOP's technical panel will conduct site visits of our proposed facilities on Sept. 24 (Diamondback), Sept. 30 (Prairie) and Oct. 3 (NEOCC). |

Case 3:16-cv-02267    Document 413-5    Filed 02/12/21    Page 13 of 45 PageID #: 23777

CONFIDENTIAL

CORECIVIC_0111141

# Partnership Development
## Michelle Barker - Proposal Development

| Partner | Project Type and Description | Key Dates | Comments and Other Key Dates | PD Manager; PRM or VP | Status |
|---------|----------------------------|-----------|------------------------------|----------------------|--------|
| Irwin County, Georgia | | | | | |
| Immigration and Customs Enforcement (ICE) | | | | | |
| Immigration and Customs Enforcement (ICE) | | | | | |

Case 3:16-cv-02267   Document 413-5   Filed 02/12/21   Page 14 of 45 PageID #: 23778

CONFIDENTIAL

CORECIVIC_0111242

# Partnership Development
## Michelle Barker - Proposal Development

* Project Manager, ** Project Team Leader

| Partner | Project Type and Description | Key Dates | Comments and Other Key Dates | PD Manager; PRM or VP | Status |
|---------|----------------------------|-----------|------------------------------|----------------------|--------|
| Immigration and Customs Enforcement (ICE) | | | | | |

Case 3:16-cv-02267    Document 413-5    Filed 02/12/21    Page 15 of 45 PageID #: 23779

CONFIDENTIAL

CORECIVIC_0111243

# Partnership Development
## Michelle Barker - Proposal Development

* Project Manager, ** Project Team Leader

| Partner | Project Type and Description | Key Dates | Comments and Other Key Dates | PD Manager; PRM or VP | Status |
|---|---|---|---|---|---|
| Immigration and Customs Enforcement (ICE) | | | | | |



CONFIDENTIAL

CORECIVIC_0111244

# Partnership Development
## Michelle Barker - Proposal Development

| Partner | Project Type and Description | Key Dates | Comments and Other Key Dates | PD Manager; PRM or VP | Status |
|---|---|---|---|---|---|
| Mesa, Arizona | | | | | |



CONFIDENTIAL

CORECIVIC_0111245

# Partnership Development
## Michelle Barker - Proposal Development

| Partner | Project Type and Description | Key Dates | Comments and Other Key Dates | PD Manager; PRM or VP | Status |
|---|---|---|---|---|---|
| Bureau of Prisons (BOP) | RFP - The BOP issued the CAR XIV solicitation. The RFP is for 1,000 beds. The offeror must be ready to accept inmates in an existing facility within 150 days of contract award or no later than September 1, 2013. Per Amendment 4, an existing facility is defined as a secure facility which was complete and ready for occupancy prior to the date the Pre-Solicitation Notice was released (July 16, 2012). Any construction, expansion, or renovation must not interfere with or delay the arrival of the inmates. | Questions Due to Project Manager: 8/10/12 Cost Info Due to Finance: 8/17/12 EVP Review Date: 8/27/12, 9/4/12, 9/10/12 Due to PRM/Agency: 9/25/12 | The contract will consist of one (1) four-year base term with three (3) two-year options for a potential total of 10 years. As with the previous CARs the inmate population will be low security, adult males, primarily criminal aliens with 90 months or less remaining to serve on their sentences. Offerors will be prohibited from housing non-BOP inmates within the same fence line; however, multiple populations at a prison complex within the separate fence lines is acceptable. | *Mike Binion, **Brian Ferrell; PRM: Jeb Beasley | SUBMITTED The BOP issued Amendment 1 to the RFP which corrected the date discrepancies on the questions due date and list of potential facilities due date to the BOP. The BOP issued Amendment 2 which changed the number of beds from approximately 1,000 to an estimated range of 1,000 to 1,600 depending on the availability of funds. The total number of beds at 115% shall not be less than 1,000 or more than 1,600. We continue to work on Diamondback, Prairie and Lee options. The BOP issued Amendment 3 to the RFP which cancelled the pre-proposal conference (scheduled for August 27). They will post answers to vendor questions via amendment. The BOP issued Amendment 4 (changed the definition of an existing facility, made a few additional revisions to the RFP, and provided answers to 63 vendor questions), Amendment 5 (provided wage determination for 11 areas as submitted by vendors as potential places of performance), and Amendment 6 (changed requirements regarding the facility drawings to be provided with the proposal and extended the proposal due date by one week to September 25, 2012). We finalized our proposal and shipped it on September 21 for submission. We verified receipt of our proposal with BOP. The BOP toured Prairie on October 15, Diamondback on October 16, and Lee on November 13. On February 8, the BOP issued Amendment 7 to the RFP related to personnel and staffing. Additionally, the BOP sent us clarification requests for each of our three proposals. We are working with appropriate staff on our responses which are due by February 21. On February 12, the BOP issued Amendment 8 to the RFP related to obtaining the appropriate authority regarding use of force. Partnership Development, Operations and RED will also have representatives present at the tours. We submitted our technical and pricing clarification responses to the BOP by the February 21 due date and confirmed receipt. The BOP's environmental team is scheduled to tour Diamondback on March 14, Prairie on March 26, and Lee on April 10. On March 5, the BOP notified us that they need to postpone the environmental site visit due to the budget constraints that they are currently under. On August 9, we submitted a letter to the BOP formally withdrawing our Diamondback proposal from further consideration. |

Case 3:16-cv-02267    Document 413-5    Filed 02/12/21    Page 18 of 45 PageID #: 23782

CONFIDENTIAL

CORECIVIC_0111246

# Partnership Development
## Michelle Barker - Proposal Development

| Partner | Project Type and Description | Key Dates | Comments and Other Key Dates | PD Manager; PRM or VP | Status |
|---|---|---|---|---|---|
| Immigration and Customs Enforcement (ICE) | | | | | |



Case 3:16-cv-02267    Document 413-5    Filed 02/12/21    Page 19 of 45 PageID #: 23783

CONFIDENTIAL

CORECIVIC_0111247

## Kim Porter, Federal Partnership Relations

### Immigration and Customs Enforcement

- **STEWART –** ███████████████████████████████████████████████

- **ICE** ████████████████████████████████████████████████
  ██████████████████████████.

- **LAREDO –** ███████████████████████████████████████████████
  ████████████████████████████████████████████████████████
  ████████████████████████████████████████████████████████
  ████████████████████████████████████████████████████████

- **NORTH GEORGIA –** ██████████████████████████████████████
  ███████████████

- **The current Elizabeth contract** ██████████████████████████
  ████████████████

- **The Eloy** ████████████████████████████████████████████
  ██████████████████████████████

- **HOUSTON –** ████████████████████████████████████████████
  ████████████████████

- **SAN DIEGO –** ██████████████████████████████████████████
  █████████████████

Case 3:16-cv-02267     Document 413-5     Filed 02/12/21     Page 20 of 45 PageID #: 23784

CONFIDENTIAL          CORECIVIC_0111248

## Jeremy Wiley, Federal Partnership Relations

### Correctional Treatment Facility (CTF)

▪ 

▪ **BOP count reached a high of 194 earlier in the week, before dropping slightly towards the end of the week. Will continue to monitor to ensure that BOP is keeping close to the 200 inmate maximum they have committed to.**

### Federal Bureau of Prisons (BOP/OFTD)

▪ **Northeast Ohio Re-Bid** – Jeb Beasley and I met recently in DC with Rep. David Joyce (R-OH), Rep. Tim Ryan (D-OH) and staff for Sen. Rob Portman (R-OH) to update them on our RFP proposal submission, our grass tops outreach efforts in Youngstown, and submitting letters of support from the Ohio delegation to BOP for our proposal. All offices are supportive and working with us to support the proposal. Rep. Ryan's office spearheaded an effort to do a joint letter of support with the Ohio delegation that has been sent to the BOP (a copy will be included in CCA's proposal submission as well). The letter was signed by Rep. Ryan, the two Ohio senators (Brown and Portman), and 7 other members of Congress from Ohio. Rep. Ryan's office has also committed to doing regular follow up with BOP after the proposal is submitted and while it is being considered. Additional support letters from local and other elected officials continue to come in and they will be assembled and sent along to BOP in the coming week. **NO CHANGE**

▪ **FY14 budget** – The President released his proposed FY14 budget for the federal government on April 10, more than 2 months later than when it is usually released. Overall for the BOP, the budget proposes a 4.4% increase over FY12 enacted level for BOP and a slightly smaller increase from FY13 CR level. The budget request proposes increases to allow the BOP to continue and initiate activations in FY14 of the Berlin NH, Aliceville AL, Hazelton WV, Yazoo City MS and Thomson IL facilities, and states that full activation of these facilities will add up to 4,596 beds to the system's rated capacity. The budget also proposes an increase of $26.2 million to the contract confinement account for full year funding of 1,000 new low security contract beds. The budget proposal states that total BOP inmate population is estimated to grow to over 224,000 by the end of FY14. Met with again House and Senate Appropriations committee staff who handle BOP account this week. Discussed BOP contract confinement funding issues and ideas for pushing more criminal aliens out of BOP-operated facilities and into cheaper contract facilities. Focusing on language for BOP funding bill that will emphasize importance and savings of contract beds while narrowing BOP's ability to pull back or delay CAR procurements. Appropriations staff from the office of Sen. Alexander (R-TN) are working with Senate CJS committee staff on language to include in BOP funding bill to restate the budget request for funding of new 1,000 contract beds in FY14 and to direct BOP to consider the expansion of contract confinement. Senate Appropriations Committee marked up and approved the FY14 BOP funding bill this week. The bill includes language restating the budget request and funding for 1,000 new contract beds in FY14 ($26.2 million), and also includes the following language: "while BOP has limited ability to address crowding in the Federal Prison System, these programs, as well as the use of contract confinement for low security inmates, are options currently available to the Bureau; however, the Committee is concerned that the Bureau is not fully utilizing these options. To that end, the Committee directs the Bureau to develop a comprehensive plan to address the anticipated growth in the Federal prison population utilizing *the programs and policies already authorized.....to assist BOP in its long*-term planning efforts, the Committee directs the Government Accountability Office to conduct a comprehensive assessment of the growing cost of housing Federal inmates a*nd detainees, and opportunities to offset these costs... In reviewing opportunities to offset costs, the assessment* shall consider BOP's current authorities, including, but not limited to, contracting with private sector, State and local facilities to house certain groups of low security inmates; purchasing existing facilities; the construction of new Federal facilities; the compassionate release program; and the treaty transfer program." Recognizing that Congress will once again not be able to complete work on the FY14 spending bills prior to the start of the fiscal year on Oct. 1, we will be working with both House and Senate appropriations committees in August and September to ensure that the 1,000 bed contract funding remains in whatever final product Congress passes. (cont'd)

Case 3:16-cv-02267    Document 413-5    Filed 02/12/21    Page 21 of 45 PageID #: 23785

CONFIDENTIAL          CORECIVIC_0111249

## Jeremy Wiley, Federal Partnership Relations

### Federal Bureau of Prisons (BOP/OFTD) (cont'd)

(cont'd) Two of Sen. Lamar Alexander's appropriations staff toured CCA's Metro Davidson County facility on 8/21 along with me, Jeb Beasley and Bart Verhulst. We are working with Sen. Alexander's staff on BOP contract confinement funding issues. **The House leadership proposed a 3-month continuing resolution (CR) early in the week, but it was pulled back in the face of opposition of conservative Republicans who are pushing to tie an Obamacare funding repeal to the CR. Unclear at this point how the CR will ultimately be dealt with, but most expect that Congress will pass some sort of short-term CR prior to October 1.**

### Immigration and Customs Enforcement (ICE)

- 

### Miscellaneous

- Staff for Rep. Kevin McCarthy (R-CA), who represents the district where our Cal City facility is located,

- **ICE detention**

CONFIDENTIAL                                                                                                CORECIVIC_0111250



# Anthony Odom, Federal Partnership Relations

## United States Marshals Service (USMS)

**Other**

Case 3:16-cv-02267    Document 413-5    Filed 02/12/21    Page 23 of 45 PageID #: 23787

CONFIDENTIAL                                                                                    CORECIVIC_0111251

# Jeb Beasley, Federal Partnership Relations

## Bureau of Prisons (BOP)

- On June 27 the BOP informed us that our per diem is higher than current market rate at Adams County, and in order to for them to exercise the first option period we must make a reduction in our per diem. BOP is obligated to review market rates before exercising an option; however, market rates can be defined a number of ways. "Reasonable market rate" is a very gray area and the BOP can likely make an argument to accept whatever offer we put forward or decline it. There are enough variables; cost of RFP, cost of moving population, cost of moving staff, etc., to give the BOP the ability to make either case. If they exercise our option with other offers on the table (CAR 14) the BOP will be required to put a letter in the award file defending their position. We are meeting with the BOP on Wednesday to further discuss. We are in the process of agreeing, in principle, to a slight per diem and staffing reduction in exchange for a potential expansion of the Adams facility. As of the time of this report we are still in negotiations though they have executed our latest extension as of August 1st. We submitted the draft drawings to the BOP for the expansion and they hope to have the modification completed soon.

- **The BOP still has concerns about our ability to staff a proposed 480-bed expansion given the fact that we have not meet our contractually obligated minimum staffing requirements in 13 of the previous 17 months at Adams County. The expansion would require us to hire approximately 35 additional staff and the BOP said they need to see consistent performance from us before that can officially approve an expansion. They plan to wait until the end of January 2014 to make a final decision and that decision will based largely to our staffing levels over the course of the next four months. FSC HR is fully engaged on this issue and working to assist us.**

- **We have formerly requested approval from the BOP of Barbara Wagner as the new warden at Adams County**

- **We have our annual Partnering meeting with the BOP on Wednesday, September 18th in Grand Prairie, TX. We have will all five BOP wardens attend as well as Bart, John Robinson, Mike Nalley, Natasha, Ashley Odubeko, and me.**

- Tony, Bart and I met with the BOP Chief of Residential Reentry Contracting on Thursday, September 5, to introduce ourselves and discuss our recent CAI acquisition. The meeting was very informative and they were excited by our presence in this space and encouraged us to look for other opportunities to compete. They gave us information detailing open RFPs but we also discussed the possibility of submitting unsolicited proposals in areas/regions where they have a need but have not yet issued an RFP (they referenced Sacramento and West Virginia in our discussion). I will work to better understand these areas where there is a need but no RFP on the street. The BOP was very complimentary of CAI's operation and mentioned the working relationship they have with Bessie specifically.

- We recently received a NOC (Notice of Concern) at Adams County for the following: The facility failed to provide adequate inmate accountability which jeopardizes the security, safety and orderly operations of the institution. Specifically staff failed to cease all inmate movement and secure inmates in their cells for the official 7:10 am count. Following a "bad count", the Control Room Officer instructed the Unit Officers to recount. Although the officers reported the re-count exactly the same as the original bad count at approximately 7:47 am, video observation indicated the unit officers failed to recount, secure the inmates or re-enter the Bravo Unit, B Pod to clear the bad count. Furthermore, on the third recount the officers failed to compare the recount numbers and the Shift Supervisor ordered another recount. We submitted our response on September 3 and detailed our plan which includes ongoing training and referenced the reprimand that the officers received from the Assistant Warden. . **On Friday, September 6th we received a letter from the BOP notifying us of a potential deduction for non-conformance at Adams County. It details three recent NOCs we have received there and informed us that they will evaluate the performance failures and determine the appropriateness and amount of the deduction. We received a deduction of approximately $59,000 for similar issues in July of this year.**

- We were informed last week that we will not be receiving an award fee at Cibola due primarily to our CFM audit where we received 37 deficiencies, a repeat-repeat deficiency and three repeats.

CONFIDENTIAL     CORECIVIC_0111252

- We continue to have some difficulty with the NEO BOP oversight staff regarding our percentage allocation of staff. For years we have allocated 70% of staff to the BOP contract and 30% for USMS and for some reason our May invoice is still being held up and the SSIM believes it should be an 85/15 allocation. Natasha and I have briefed the Central Office and it appears there is a divide within the BOP regarding the allocation though the Central Office agrees with our position. To further complicate the issue, our Award Fee is being held up since it is based upon 5% of the total revenue for the award period and we still have not been paid for May. BOP has indicated we should have some resolution by Tuesday of next week. The Chief of Contracting at the BOP plans to discuss the aforementioned issue with the NE Ohio SSIM when he returns from vacation next week. **Our outstanding invoices are being processed and paid which will allow our Award Fee to be processed and should receive by the first of next week. We also expect the corresponding NOC to be rescinded.**

- On June 26 the BOP released CAR 15, which is two requirements for the management and operation of a contractor-owned/contractor-leased, contractor-operated correctional facility, including the re-bid of Northeast Ohio. Each requirement must fall within the range of a minimum of 1,565 to a maximum 2,000 low security, adult male inmates that are primarily criminal aliens ordinarily with 90 months or less remaining to serve on their sentences. An offeror may submit for only one requirement or both requirements. An offeror awarded a contract must be ready to accept inmates at an existing facility within 150 days after contract award, or no later than April 1, 2016, at a rate specified in the resulting contract. Any construction, expansion, or renovation must not interfere with or delay the arrival of inmates as required by the solicitation/contract. The inmates shall be housed in a secure correctional institution that meets BOP standards as set forth in the resulting solicitation/contract. Requirement A: The proposed facility must be located in one of the following states: Ohio, Michigan, Pennsylvania, Delaware, New Jersey or New York. Requirement B: The proposed facility may be located anywhere in the continental United States. Offerors are prohibited from housing non-Department of Justice (DOJ) inmates [pre-solicitation previously prohibited non-BOP inmates] within the same fence perimeter; however, multiple populations at a prison complex with separate fence lines are acceptable. Services received from or provided to the resulting contract shall not be shared with other non-DOJ contractual obligations. The BOP population must remain separate from other populations at all times. All proposals offering shared services will be evaluated to determine the soundness and effectiveness of the approach to managing and operating the shared institution and/or services. We submitted our proposals by the 08/13/2013 deadline.

- **The BOP has scheduled facility tours for our CAR 15 facilities and they are as follows: 1. Diamondback Correctional Facility, Tuesday, 09/24/2013, at 2pm local time. 2. Prairie Correctional Facility, Monday, 09/30/13, at 2pm local time. 3. Northeast Ohio Correctional Center, Thursday, 10/03/2013, 1pm local time. I will plan to be present for each tour.**

- We will begin our grass tops outreach by sending a letter to our local stakeholders detailing the process for the re-bid and asking for their support. Our plan is to have the letter jointly signed by Damon and Warden Pugh and these will go out on July 12. The grassroots outreach has begun and we have begun receiving numerous letters of support for our re-bid from local, state and federal officials and included many of those in our CAR 15 submission.

- BOP's population increased by 101 inmates in the previous week. BOP's population contracted by 629 inmates in the month of July. Contractions in "Administrative" custody are consistent with the July drop in USMS populations. RRC populations and Home Confinement were down for the month but are still up during the past 6 and 12 month periods. BOP's population increased by 127 inmates in the previous week. BOP's population decreased by 132 prisoners in the previous week.

- I attended an event for the Mahoning County Democratic Party with special guest, Congressman Tim Ryan on August 26. The event went very well and I spent some time with Congressman Ryan as well as the Youngstown State Representative and the likely next Mayor.

Case 3:16-cv-02267    Document 413-5    Filed 02/12/21    Page 25 of 45 PageID #: 23789

CONFIDENTIAL      CORECIVIC_0111253



# Jeb Beasley, Federal Partnership Relations

## Immigration & Customs Enforcement (Chicago Area)

■

- No update

## Metro-Nashville

■

- No update

Case 3:16-cv-02267    Document 413-5    Filed 02/12/21    Page 26 of 45 PageID #: 23790

CONFIDENTIAL                                                                                                    CORECIVIC_0111254

## Puerto Rico (Carlos Melendez)



Case 3:16-cv-02267     Document 413-5     Filed 02/12/21     Page 27 of 45 PageID #: 23791

CONFIDENTIAL                                                                                          CORECIVIC_0111255



**Tommy Alsup, Local Partnership Relations**

Citrus County, FL

Marion County, IN

Silverdale Detention Facility, TN

CONFIDENTIAL – FOR INTERNAL USE ONLY

Partnership Development Weekly Progress Report – 09/16/13

Case 3:16-cv-02267    Document 413-5    Filed 02/12/21    Page 28 of 45 PageID #: 23792

CONFIDENTIAL

CORECIVIC_0111256



| | Tommy Alsup, Local Partnership Relations |
|---|---|
| **North GA Detention Center** | ▪ ███████████████████████████████ ███████████████████████████ <br> ▪ ███████████████████████████████ ████████████████████████████ ████████████████████████████ ████████████ <br> ▮ ███████████████████████████ <br> ▮ █████████ |
| **Torrance County Detention** | ▪ ███████████████████████████████ ████████████████████████████ ██████████. <br> ▪ ███████████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████ <br> ▪ ███████████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████ <br> ▪ ███████████████████████████████ ████████████████████████████ ███████ |
| **Wyandotte Co. (L'worth)** | ▪ ███████████████████████████████ ███████████████████ <br> ▪ No update |
| **CAI** | ▪ ███████████████████████████████ ████████████████████. |

Case 3:16-cv-02267    Document 413-5    Filed 02/12/21    Page 29 of 45 PageID #: 23793

CONFIDENTIAL

CORECIVIC_0111257

| | **Andrea Evans, State Partnership Relations** | |
|---|---|---|

**CO** — **Colorado Inmates Update**



**Idaho Inmates at Kit Carson**

**ID**

**MT**

Case 3:16-cv-02267    Document 413-5    Filed 02/12/21    Page 30 of 45 PageID #: 23794

CONFIDENTIAL                                                                 CORECIVIC_0111258

## Andrea Evans, State Partnership Relations



CONFIDENTIAL          CORECIVIC_0111259

# Laurie Shanblum, State Partnership Relations
## PTO, no updates



Case 3:16-cv-02267    Document 413-5    Filed 02/12/21    Page 32 of 45 PageID #: 23796



Case 3:16-cv-02267    Document 413-5    Filed 02/12/21    Page 33 of 45 PageID #: 23797

CONFIDENTIAL              CORECIVIC_0111261

# Kelly Durham, State Partnership Relations



| HI | ▪ |
| IN | ▪ |
| MN | ▪ No update. |
| NH | ▪ No update. |
| OH | ▪ |

Case 3:16-cv-02267   Document 413-5   Filed 02/12/21   Page 34 of 45 PageID #: 23798

CONFIDENTIAL    CORECIVIC_0111262

| | Kelly Durham, State Partnership Relations | |
|---|---|---|
| **VT** | ▪ No update. | |
| **WI** | ▪ No update. | |
| **WV** | ▪ ███████████████████████████████████████████ ███████████████████████████████████ | |

Case 3:16-cv-02267    Document 413-5    Filed 02/12/21    Page 35 of 45 PageID #: 23799

CONFIDENTIAL

CORECIVIC_0111263



Case 3:16-cv-02267    Document 413-5    Filed 02/12/21    Page 36 of 45 PageID #: 23800

CONFIDENTIAL     CORECIVIC_0111264



## Jerry Lankford, State Partnership Relations
### PTO, no updates

| | |
|---|---|
| **FL** | <u>ITN</u> |
| | ▪ ██████████████████████████ |
| | ▪ ██████████████ |
| | ██████████ |
| | ██████████ |
| | ██████████ |
| | ████████ |
| | ████████ |
| | ██████ |
| | ▪ ██████████████████████████ |
| | ██ |
| | ▪ ██████████████████████████ |
| | ██████████████████████████ |
| | ██████████████████████████ |
| | ██████████████████████████ |
| | ██████████████ |
| **GA** | ▪ No update. |
| **KY** | ▪ ██████████████████████████ |
| | ▪ ██████████████████████████ |
| | ██████████████████████████ |
| | ██████████████████████████ |
| **LA** | ▪ No update |
| **MS** | ▪ No update |
| **TN** | ▪ No update |

CONFIDENTIAL       CORECIVIC_0111265

## Virgin Islands (Carlos Melendez)



Case 3:16-cv-02267    Document 413-5    Filed 02/12/21    Page 38 of 45 PageID #: 23802

CONFIDENTIAL    CORECIVIC_0111266

# Steve Owen, Public Affairs

## Media Relations – Promote

- **Arizona** – ████████████████████████████████████████
████████████████.

- **GEDs** – ██████████████████████████████████ █████ ████████
██████████████████████ ████████ ████████████████.

- **Jenkins** – ████████████████████████████████████████████.

- **Metro** – ███████████████████████████████████████
█████████████████████.

- **Graceville** – ████████████████████
████████████████████████████████████████
████████████████████████████████████████
██████████████████████.

- **Crowley** – ██████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████.

## Media Relations – Response

- **Bloomberg News** – ████████████████
████████████████████████████████████████
████████████.

- **South Central** – ████████████████████
████████████████████████████████████████
███████████████████████████████████.

- **California** –
  ○ ████████████████████████████████████████
  ████████████████████████████████████████

  ▮ ████████████████████████████████████████
  ████████████████████████████████████████
  ████████████████████████████████████████
  ████████████████████████████████████████
  ███████████████████████████████████████



CONFIDENTIAL

CORECIVIC_0111267

## Steve Owen, Public Affairs

### Media Relations – Response (cont'd)

- **Diamondback –**

- Georgia –

- MSNBC –

### Partnership Development Support

- **Marion Co. (Ocala), FL –**

- Northeast Ohio – Public Affairs is working with local consultant, Hillenby and FSC Comm team to develop and take live an online microsite for supporters. This site would provide supporters a location to send individuals and groups interested in supporting CCA's CAR 15 bid, with guidance on how/whom to contact with their support and arming them with facts/info to bolster their outreach efforts. 7/20 Youngstown Vindicator publishes; CCA: Youngstown should lobby to keep federal inmates deal. Conducted editorial board meetings with the Youngstown Vindicator and the Business Journal on July 18 as part of coordinated effort to inform and mobilize community support for CCA/NEOCC's bid in CAR 15. Business Journal published an article July 19 on the heels of our visit, which also contained very supportive comments from the Youngstown mayor. We anticipate additional coverage and editorials from the Vindicator in the near future. Updated facility fact sheet for meeting between fed partnership team and Youngstown officials. Will be working on additional support materials for the fed team.

CONFIDENTIAL        CORECIVIC_0111288

## Steve Owen, Public Affairs

### PIO Program

- PIO Welcome Call – ████████████████████████████████████
  ████████████████████████████████

### Miscellaneous

- Education Messaging Initiative – ████████████████████████████
  ███████████████████████████ ■
  ████████████████████████████████████████████████████████
  ████████████████████████████████████████████████████████
  ████████████████████████████████████████████████████████
  ████████████████████████████████████████████████████████
  ██████████████████████.

- Temple Study –We have engaged Gabrielle Chapman to assist with developing needed changes requested by the Independent Institute. The Independent Institute think tank has responded favorably to the Temple professors' study and indicated a desire to publish and promote it, following suggested edits/reformatting that are stylistic in nature. We are assessing options for getting this accomplished (need a writer with this kind of experience) as soon as possible so the Independent Institute can proceed. On a related note, this think tank, which has a strong reputation and following, was at the top of our target list for think tanks and should further strengthen the credibility of the study. Successfully pitched an OP/Ed from the Temple professors to the Oklahoman, which published their column on 5/17. We have also received confirmation that the State-Journal (Frankfort, KY) has also agreed to publish an OP/Ed and are awaiting a publish date. Ongoing efforts to get OP/Eds published in other states are ongoing.

CONFIDENTIAL        CORECIVIC_0111289

| | **Brad Wiggins, Site Acquisition** | |
|---|---|---|
| **CA** | **MENDOTA, CA** | |



- 
- 

**SAN DIEGO, CA** –

- 
- 
- 

**SAN DIEGO, CA** –

- 
- 
- 
- 

**SAN DIEGO, CA** –

- 
- 
- 

Case 3:16-cv-02267   Document 413-5   Filed 02/12/21   Page 42 of 45 PageID #: 23806

CONFIDENTIAL     CORECIVIC_0111270



**CA**

- 

**SAN DIEGO, CA –**

- 

**SAN DIEGO, CA –**

- 

- 

- 

- 

- 

**BAINBRIDGE-DECATUR, S. GA –**

- 

- 

- 

- 

- 

CONFIDENTIAL          CORECIVIC_0111271



| | **Brad Wiggins, Site Acquisition** | |
|---|---|---|
| **IN** | **INDIANA** – | |
| **MN** | **SANDSTONE, MN** – | |
| **NH** | **HINSDALE, NH** – | |
| | **LANCASTER, NH** – | |
| **TN** | **BOP RFP** – Shelby County | |

Case 3:16-cv-02267    Document 413-5    Filed 02/12/21    Page 44 of 45 PageID #: 23808

CONFIDENTIAL    CORECIVIC_0111272



## Brad Wiggins, Site Acquisition

**TN** ▪ ████████████████████████████████████

**TX** **EL PASO, TX** – ████████████

▪ ████████████████████████

▪ ████████████████████████

**MINERAL WELLS, TX**

▪ ████████████████████████

▪ ████████████████████████

▪ ████████████████████████

▪ ████████████████████████

▪ ████████████████████████

▪ ████████████████████████

▪ ████████████████████████

Case 3:16-cv-02267    Document 413-5    Filed 02/12/21    Page 45 of 45 PageID #: 23809

CONFIDENTIAL                                                                CORECIVIC_0111273