Motion GRANTED.
*[signature]*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NIKKI BOLLINGER GRAE, *Individually and on Behalf of All Others Similarly Situated*, et al., | Civil Action No.: 3:16-cv-02267 |
| Plaintiffs, | Judge Aleta A. Trauger |
| vs. | Magistrate Judge Jeffery Frensley |
| CORRECTIONS CORPORATION OF AMERICA, et al., | |
| Defendants. | |

### PRODUCING PARTY FEDERAL BUREAU OF PRISON'S MOTION TO CONTINUE THE SEALING OF CERTAIN DOCUMENTS FILED IN CONNECTION WITH PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

On January 25, 2021, the Court issued an Order Granting Plaintiff's Omnibus Motion Regarding Filing Documents Under Seal ("Order"). *See* DE 402. The Order stipulated that certain Designated Confidential Documents shall be unsealed unless Defendants or Federal Bureau of Prisons ("BOP" or "Producing Party") filed a motion seeking the continued sealing of the documents.

Pursuant to Local Rules 5.03 and 7.01, the Revised Stipulation and Protective Order entered in this case (DE 86) (the "Protective Order"), and the Stipulation and Order Amending Protective Order to Protect Source Selection Information (DE 177) (the "SSI Protective Order"), BOP respectfully requests that the Court direct the Clerk to continue the sealing of: (i) certain pages of DE 398-8, Deposition of Douglas M. Martz; (ii) DE 362-16, Source Selection Decision RFP-PCC-0022 ("SSD 0022"); (iii) certain pages of DE 398-3, Deposition of D. Scott Dodrill; (iv) certain pages of DE 400-12, Deposition of Harley G. Lappin; (v) DE 399-22, After-Action Report, Adams County Correctional Center ("After-Action Report"); (vi) certain pages of DE 401-