# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF TENNESSEE

Motion GRANTED.

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| CORRECTIONS CORPORATION OF AMERICA, et al., | ) ) ) |
| Defendants. | ) ) ) |

Civil Action No. 3:16-cv-02267

Honorable Aleta A. Trauger

Magistrate Judge Jeffrey S. Frensley

## DEFENDANTS' MOTION TO CONTINUE THE SEALING OF CERTAIN CONFIDENTIAL DOCUMENTS