UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>Magistrate Judge Jeffrey S. Frensley |

**DECLARATION OF MERYN C. N. GRANT IN SUPPORT OF DEFENDANTS' REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

I, Meryn C. N. Grant, declare as follows:

1. I am over 18 years of age and am competent to testify as to the matters stated in this Declaration. I am an associate with Latham & Watkins LLP, one of the law firms representing Defendants CoreCivic, Inc. ("CoreCivic"), Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger, and Harley G. Lappin (collectively, "Defendants").

2. Attached hereto as **Exhibit 161** is a true and accurate copy of the Thomas Reuters StreetEvents's "CXW – Corrections Corp of America at REITWeek: NAREIT's Investor Forum" Edited Transcript, dated June 8, 2016.

3. Attached hereto as **Exhibit 162** is a true and accurate copy of an article entitled "Can prisons be run cheaper?," by Rebecca Boone, dated March 5, 2012, produced by Defendants' expert Justin Marlowe in discovery, Bates-numbered MARLOWE_0006997-98.

4. Attached hereto as **Exhibit 163** is a true and accurate copy of the September 1, 2020 errata to the transcript of the deposition of Harley G. Lappin, taken July 28, 2020.

5. Attached hereto as **Exhibit 164** is a true and accurate copy of excerpts from the transcript of the deposition of Jeb Beasley, taken March 10, 2020.

6. Attached hereto as **Exhibit 165** is a true and accurate copy of excerpts from CoreCivic's Quarterly Report on Form 10-Q, filed with the Securities and Exchange Commission on November 5, 2020.

7. Attached hereto as **Exhibit 166** is a true and accurate copy of excerpts from the transcript of the deposition of William Dalius, taken February 26, 2020.

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed on February 19, 2021 in Los Angeles, California.

        /s/ *Meryn C. N. Grant*
        Meryn C. N. Grant

# CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing document was made upon the following Filing Users through the Electronic Filing System:

| | |
|---|---|
| Christopher Hamp Lyons<br>Christopher M. Wood<br>ROBBINS GELLER RUDMAN<br>& DOWD LLP<br>414 Union St. Suite 900<br>Nashville, TN 37219<br>clyons@rgrdlaw.com<br>cwood@rgrdlaw.com | Jeremy A. Lieberman<br>J. Alexander Hood II<br>Marc C. Gorrie<br>POMERANTZ LLP<br>600 Third Ave., 20th Floor<br>New York, NY 10016<br>jalieberman@pomlaw.com<br>ahood@pomlaw.com<br>mgorrie@pomlaw.com |
| Jason A. Forge<br>ROBBINS GELLER RUDMAN<br>& DOWD LLP<br>655 W Broadway, Suite 1900<br>San Diego, CA 92101<br>jforge@rgrdlaw.com | Patrick V. Dahlstrom<br>POMERANTZ LLP<br>10 S. La Salle St., Suite 3505<br>Chicago, IL 60603<br>pdahlstrom@pomlaw.com |
| Dennis J. Herman<br>Willow E. Radcliffe<br>Kenneth J. Black<br>ROBBINS GELLER RUDMAN<br>& DOWD LLP<br>Post Montgomery Center<br>One Montgomery St, Suite 1800<br>San Francisco, CA 94104<br>dennish@rgrdlaw.com<br>willowr@rgrdlaw.com<br>kennyb@rgrdlaw.com | Paul Kent Bramlett<br>Robert P. Bramlett<br>BRAMLETT LAW OFFICES<br>40 Burton Hills Blvd., Suite 200<br>P.O. Box 150734<br>Nashville, TN 37215<br>pknashlaw@aol.com<br>robert@bramlettlawoffices.com |
| Jerry E. Martin<br>BARRETT JOHNSTON MARTIN & GARRISON, LLC<br>Bank of America Plaza<br>414 Union St., Suite 900<br>Nashville, TN 37219<br>jmartin@barrettjohnston.com | Michael Goldberg<br>Brian Schall<br>GOLDBERG LAW PC<br>1999 Ave. of the Stars, Suite 1100<br>Los Angeles, CA 90067<br>michael@goldberglawpc.com<br>brian@goldberglawpc.com |

James A. Holifield , Jr.
HOLIFIELD JANICH RACHAL &
ASSOCIATES, PLLC
11907 Kingston Pike, Suite 201
Knoxville, TN 37934
aholifield@holifieldlaw.com

Mark H. Wildasin
FEDERAL BUREAU OF PRISONS
110 9th Avenue South, Suite A-961
Nashville, TN 37203
mark.wildasin@usdoj.gov

Christopher T. Cain
SCOTT & CAIN
550 W Main Ave., Suite 601
Knoxville, TN 37902
cain@scottandcain.com

this 19th day of February, 2021.

      /s/ *Meryn C. N. Grant*
    Meryn C. N. Grant