# EXHIBIT 163

*Grae v. Corporation of America*
No. 3:16-cv-2267 (M.D. Tenn.)
Errata to Deposition Transcript of Harley Lappin
Deposition Date: July 28, 2020

I have read the examination and note the following:

\_\_\_\_ No changes need to made to the transcript.

\_X\_ Changes listed below.

| PAGE:LINE | CHANGE | REASON |
|---|---|---|
| 18:10 | "It is." to "It was." | Transcription error |
| 21:25 | "then I reviewed with" to "then I interviewed with" | Transcription error |
| 31:1 | "we crowded in more" to "we were overcrowded and in need of additional beds. We" | Transcription error |
| 50:3 | "we assessed the – and conducted our own" to "we conducted our own" | Clarify the record |
| 50:5-6 | "As we used that document to frame our own after-action," to "We conducted our own after-action through" | To conform to the facts |
| 55:5-6 | "I discussed this in detail" to "I discussed the incident in detail" | Clarify the record |
| 55:8 | "the outcome of the after-action" to "the outcome of our internal after-action" | Clarify the record |
| 55:21 | "afterwards we took this report" to "afterwards we further" | Clarify the record |
| 55:22-23 | "that were either not clear to us or were not covered in this report" to "that were not clear to us." | To conform to the facts |
| 57:10-12 | "kind of a supplement to this report given the fact that this report didn't cover every aspect of what occurred." to "we conducted our own report to ensure that we covered every aspect of what occurred." | To conform to the facts |
| 75:2 | "about efficiencies" to "about deficiencies" | Transcription error |
| 126:12 | "about differences" to "about deficiencies" | Transcription error |

1

| 130:2 | "were differences" to "were deficiencies" | Transcription error |
| --- | --- | --- |
| 134:4 | "GO" to "GEO" | Transcription error |
| 142:21 | "Spanish-speaking inmates but" to "Spanish-speaking citizens but, in some cases" | To conform to the facts |
| 179:5 | "the report" to "the recommendations" | Clarify the record |
| 260:6 | "nonpriced" to "Non-Price" | Transcription error |
| 260:13 | "nonpriced" to "Non-Price" | Transcription error |
| 261:1 | "nonpriced" to "Non-Price" | Transcription error |
| 261:5 | "nonpriced" to "Non-Price" | Transcription error |
| 261:14 | "nonpriced" to "Non-Price" | Transcription error |
| 275:7 | "nonpricing" to "Non-Price" | Transcription error |
| 275:24 | "nonpriced" to "Non-Price" | Transcription error |
| 276:19 | "nonpriced" to "Non-Price" | Transcription error |
| 277:15 | "nonpriced" to "Non-Price" | Transcription error |
| 282:9 | "nonpriced" to "Non-Price" | Transcription error |

_Harley Lappin_
WITNESS SIGNATURE

9/1/2020
DATE