UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>                   Plaintiff,<br><br>    vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>                   Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S OMNIBUS MOTION TO FILE UNDER SEAL |

Having considered Plaintiff's[1] Omnibus Motion to File Under Seal, IT IS HEREBY ORDERED that:

1. The Reply in Support of Plaintiff's Motion to Exclude Opinion Testimony of Defendants' Non-retained Experts William Dalius, Harley Lappin, Don Murray and Kim White; and the Reply in Support of Plaintiff's Motion to Exclude Expert Testimony of Justin Marlowe (the "Replies"), as well as the Declaration of Christopher M. Wood in Support of Reply in Support of Plaintiff's Motion to Exclude Opinion Testimony of Defendants' Non-retained Experts William Dalius, Harley Lappin, Don Murray and Kim White; and the Declaration of Willow E. Radcliffe in Support of Reply in Support of Plaintiff's Motion to Exclude Expert Testimony of Justin Marlowe and the exhibits thereto (the "Declarations"), may be filed under seal;

2. Unless Defendants (as the Producing Party) file a motion for continued sealing on or before March 5, 2021, the Replies and Declarations shall be unsealed and become part of the public record without need for further order of the Court; and

---

[1] "Plaintiff" is Lead Plaintiff and Class Representative Amalgamated Bank, as Trustee for the LongView Collective Investment Fund. "Defendants" are Corrections Corporation of America ("CCA") and certain of its executives. Following the filing of this action, Defendants rebranded CCA and now refer to it as CoreCivic.

3. If Defendants (as the Producing Party) file a motion for continued sealing of the Replies and Declarations, any other party may file a reply to the motion for continued sealing on or before March 12, 2021.

IT IS SO ORDERED.

DATED: _____   _____
THE HONORABLE ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE