# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF TENNESSEE

NIKKI BOLLINGER GRAE, Individually and
on Behalf of All Others Similarly Situated,

           Plaintiff,

   vs.

CORRECTIONS CORPORATION OF
AMERICA, et al.,

           Defendants.

Civil Action No. 3:16-cv-02267

Honorable Aleta A. Trauger

Magistrate Judge Jeffrey S. Frensley

## DEFENDANTS' NOTICE REGARDING UNSEALING

On February 19, 2021, Plaintiff filed an Omnibus Motion to Seal (ECF No. 424) requesting that the Court seal the following documents until Defendants justified the need for continued sealing: (i) the Reply in Support of Plaintiff's Motion to Exclude Opinion Testimony of Defendants' Non-retained Experts William Dalius, Harley Lappin, Don Murray and Kim White (ECF No. 425); (ii) the Reply in Support of Plaintiff's Motion to Exclude Expert Testimony of Justin Marlowe (ECF No. 426); and (iii) the Declaration of Willow Radcliffe in Support of Reply in Support of Plaintiff's Motion to Exclude Expert Testimony of Justin Marlowe, which in turn attached a sealed exhibit (ECF Nos. 427, 427-1) (collectively, the "Sealed Reply Documents").[1] On February 22, 2021, the Court granted Plaintiff's Omnibus Motion to Seal. (ECF No. 433.)

---

[1] Plaintiff also sought leave to file under seal a Declaration of Christopher M. Wood in Support of Reply in Support of Plaintiff's Motion to Exclude Opinion Testimony of Defendants' Non-retained Experts William Dalius, Harley Lappin, Don Murray and Kim White. *See* ECF No. 424 at 1.

Having reviewed the Sealed Reply Documents, Defendants have determined that these documents do not disclose any confidential information and, therefore, Defendants have no objection to these documents being unsealed.

DATED: March 5, 2021                    Respectfully submitted:

                                         /s/ Steven A. Riley
                                        Steven A. Riley (TN #6258)
                                        Milton S. Pettis, III (TN #024150)
                                        RILEY WARNOCK & JACOBSON, PLC
                                        1906 West End Avenue
                                        Nashville, TN 37203
                                        T: (615) 320-3700
                                        F: (615) 320-3737
                                        sriley@rwjplc.com
                                        tpettis@rwjplc.com

                                        David J. Schindler (admitted *pro hac vice*)
                                        Brian T. Glennon (admitted *pro hac vice*)
                                        Meryn C. N. Grant (admitted *pro hac vice*)
                                        LATHAM & WATKINS LLP
                                        355 South Grand Ave.
                                        Los Angeles, CA 90071
                                        T: (213) 485-1234
                                        F: (213) 891-8763
                                        david.schindler@lw.com
                                        brian.glennon@lw.com
                                        meryn.grant@lw.com

                                        Morgan E. Whitworth (admitted *pro hac vice*)
                                        LATHAM & WATKINS LLP
                                        505 Montgomery Street, Suite 2000
                                        San Francisco, CA 94111
                                        T: (415) 391-0600
                                        F: (415) 395-8095
                                        morgan.whitworth@lw.com

---

However, Mr. Wood did not appear to file a declaration in support of this Reply. *See* ECF No. 425.

Sarah A. Tomkowiak (admitted *pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
T:  (202) 637-2335
F:  (415) 637-2201
sarah.tomkowiak@lw.com

*Attorneys for Defendants Corrections Corporation of America, Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger, and Harley G. Lappin*

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that service of the foregoing document was made upon the following Filing Users through the Electronic Filing System and via electronic mail:

Christopher Hamp Lyons
Christopher M. Wood
ROBBINS GELLER RUDMAN
& DOWD LLP
414 Union St. Suite 900
Nashville, TN 37219
clyons@rgrdlaw.com
cwood@rgrdlaw.com

Jeremy A. Lieberman
J. Alexander Hood II
Marc C. Gorrie
POMERANTZ LLP
600 Third Ave., 20th Floor
New York, NY 10016
jalieberman@pomlaw.com
ahood@pomlaw.com
mgorrie@pomlaw.com

Jason A. Forge
ROBBINS GELLER RUDMAN
& DOWD LLP
655 W Broadway, Suite 1900
San Diego, CA 92101
jforge@rgrdlaw.com

Patrick V. Dahlstrom
POMERANTZ LLP
10 S. La Salle St., Suite 3505
Chicago, IL 60603
pdahlstrom@pomlaw.com

Dennis J. Herman
Willow E. Radcliffe
Kenneth J. Black
ROBBINS GELLER RUDMAN
& DOWD LLP
Post Montgomery Center
One Montgomery St, Suite 1800
San Francisco, CA 94104
dennish@rgrdlaw.com
willowr@rgrdlaw.com
kennyb@rgrdlaw.com

Paul Kent Bramlett
Robert P. Bramlett
BRAMLETT LAW OFFICES
40 Burton Hills Blvd., Suite 200
P.O. Box 150734
Nashville, TN 37215
pknashlaw@aol.com
robert@bramlettlawoffices.com

Jerry E. Martin
BARRETT JOHNSTON MARTIN &
GARRISON, LLC
Bank of America Plaza
414 Union St., Suite 900
Nashville, TN 37219
jmartin@barrettjohnston.com

Michael Goldberg
Brian Schall
GOLDBERG LAW PC
1999 Ave. of the Stars, Suite 1100
Los Angeles, CA 90067
michael@goldberglawpc.com
brian@goldberglawpc.com

James A. Holifield , Jr.
HOLIFIELD JANICH RACHAL &
ASSOCIATES, PLLC
11907 Kingston Pike, Suite 201
Knoxville, TN 37934
aholifield@holifieldlaw.com

Christopher T. Cain
SCOTT & CAIN
550 W Main Ave., Suite 601
Knoxville, TN 37902
cain@scottandcain.com

Mark H. Wildasin
FEDERAL BUREAU OF PRISONS
110 9th Avenue South, Suite A-961
Nashville, TN 37203
mark.wildasin@usdoj.gov


this 5th day of March, 2021.

/s/ *Steven A. Riley*
Steven A. Riley (TN #6258)