IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NIKKI BOLLINGER GRAE, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:16-cv-02267 |
| ) | Judge Trauger |
| CORRECTIONS CORPORATION ) | |
| OF AMERICA, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

At the request of the parties, it is hereby ORDERED that a telephone conference will be held with counsel for the parties on Thursday, March 11, 2021 at 10:30 a.m. Judge Trauger's Courtroom Deputy will email to counsel the number they should call in order to participate in the telephone conference.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge