# EXHIBIT 1

# CORECIVIC Board & Committee Meeting Dates for 2020

(by quarter)

**REVISED**

### First Quarter 2020

| | | | |
|---|---|---|---|
| **Comp (Exequity)** | **January 30** | **8:00 am - 9:00 am** | **Conference Call/BW - EXTRA PD** |
| **Board (OPERS Demand Ltg)** | **January 31** | **1:00 pm - 2:00 pm** | **Conference Call/BW - EXTRA PD** |
| Chairman's Meeting | February 7 | 11:00 am - 1:00 pm | Conference Call/BW |
| Audit | February 11 | 8:30 am - 10:00 am | Conference Call |
| Risk | February 11 | 10:00 am - 12:00 pm | Conference Call |
| Earnings | February 13 | 10:00 am - 11:00 am | Conference Call |
| Comp | February 19 | 1:00 pm - 2:30 pm | Brentwood |
| N&G | February 19 | 2:30 pm - 3:30 pm | Brentwood |
| Audit | February 19 | 3:30 pm - 5:00 pm | Brentwood |
| Exec Session Dinner | February 19 | 6:00 pm - 9:00 pm | Brentwood |
| Risk | February 20 | 7:00 am - 8:30 am | Brentwood |
| Board | February 20 | 8:30 am - 2:30 pm | Brentwood |

### Second Quarter 2020

| | | | |
|---|---|---|---|
| Chairman's Meeting | May 1 | 11:00 am - 1:00 pm | Conference Call/BW |
| Audit | May 5 | 8:30 am - 10:00 am | Conference Call |
| Earnings | May 7 | 10:00 am - 11:00 am | Conference Call |
| N&G | May 13 | 2:30 pm - 3:30 pm | Brentwood |
| Risk | May 13 | 3:30 pm - 5:00 pm | Brentwood |
| Board Dinner | May 13 | 6:00 pm - 9:00 pm | Brentwood |
| Comp | May 14 | 8:30 am - 10:00 am | Brentwood |
| Annual | May 14 | 10:00 am - 11:00 am | Brentwood |
| Board | May 14 | 11:00 am - 3:00 pm | Brentwood |

### Third Quarter 2020

| | | | |
|---|---|---|---|
| Chairman's Meeting | July 31 | 11:00 am - 1:00 pm | Conference Call/BW |
| Audit | August 4 | 8:30 am - 10:00 am | Conference Call |
| Earnings | August 6 | 10:00 am - 11:00 am | Conference Call |
| N&G | August 12 | 2:30 pm - 3:30 pm | Kansas City |
| Risk | August 12 | 3:30 pm - 5:00 pm | Kansas City |
| Exec Session Dinner | August 12 | 6:00 pm - 9:00 pm | Kansas City |
| Comp | August 13 | 7:30 am - 9:00 am | Kansas City |
| Board | August 13 | 9:00 am - 5:00 pm | Kansas City |
| Board Dinner | August 13 | 6:00 pm - 9:00 pm | Kansas City |
| Board | August 14 | 8:00 am - 5:00 pm ** | Kansas City |
| | | ** includes Facility Tour | |

### Fourth Quarter 2020

| | | | |
|---|---|---|---|
| Audit | November 3 | 8:30 am - 10:00 am | Conference Call |
| Risk | November 3 | 10:00 am - 12:00 pm | Conference Call |
| Earnings | November 5 | 10:00 am - 11:00 am | Conference Call |
| Board (Non-Mandatory) | November 6 | 10:00 am - 11:00 am | Conference Call |
| Chairman's Meeting | November 20 | 11:00 am - 1:00 pm | Conference Call/BW |
| N&G | December 15 | 1:30 pm - 2:30 pm | Brentwood |
| Risk | December 15 | 2:30 pm - 4:00 pm | Brentwood |
| Comp | December 15 | 4:00 pm - 5:00 pm | Brentwood |
| Board Holiday Dinner | December 15 | 6:00 pm - 9:00 pm | Brentwood |
| Board | December 16 | 8:00 am - 2:00 pm | Brentwood |

*Actual dates are dictated and based on actual # of financial days and determined by B. Hammonds & C. Hopewell*

Issued 5.1.2019
*Revised 2.10.2020*

## CORECIVIC Board & Committee Meeting Dates for 2021
(by quarter)

### First Quarter 2021

| | | | |
|---|---|---|---|
| Chairman's Meeting | February 5 | 11:00 am - 1:00 pm | Conference Call/BW |
| Audit | February 9 | 8:30 am - 10:00 am | Conference Call |
| Risk | February 9 | 10:00 am - 12:00 pm | Conference Call |
| Earnings | February 11 | 10:00 am - 11:00 am | Conference Call |
| Comp | February 17 | 1:00 pm - 2:30 pm | Brentwood |
| N&G | February 17 | 2:30 pm - 3:30 pm | Brentwood |
| Audit | February 17 | 3:30 pm - 5:00 pm | Brentwood |
| Exec Session Dinner | February 17 | 6:00 pm - 9:00 pm | Brentwood |
| Risk | February 18 | 7:00 am - 8:30 am | Brentwood |
| Board | February 18 | 8:30 am - 2:30 pm | Brentwood |

### Second Quarter 2021

| | | | |
|---|---|---|---|
| Chairman's Meeting | April 30 | 11:00 am - 1:00 pm | Conference Call/BW |
| Audit | May 4 | 8:30 am - 10:00 am | Conference Call |
| Earnings | May 6 | 10:00 am - 11:00 am | Conference Call |
| N&G | May 12 | 2:30 pm - 3:30 pm | Brentwood |
| Risk | May 12 | 3:30 pm - 5:00 pm | Brentwood |
| Board Dinner | May 12 | 6:00 pm - 9:00 pm | Brentwood |
| Comp | May 13 | 8:30 am - 10:00 am | Brentwood |
| Annual | May 13 | 10:00 am - 11:00 am | Brentwood |
| Board | May 13 | 11:00 am - 3:00 pm | Brentwood |

### Third Quarter 2021

| | | | |
|---|---|---|---|
| Chairman's Meeting | July 30 | 11:00 am - 1:00 pm | Conference Call/BW |
| Audit | August 5 | 8:30 am - 10:00 am | Conference Call |
| Earnings | August 10 | 10:00 am - 11:00 am | Conference Call |
| N&G | August 11 | 2:30 pm - 3:30 pm | TBD |
| Risk | August 11 | 3:30 pm - 5:00 pm | TBD |
| Exec Session Dinner | August 11 | 6:00 pm - 9:00 pm | TBD |
| Comp | August 12 | 7:30 am - 9:00 am | TBD |
| Board | August 12 | 9:00 am - 5:00 pm | TBD |
| Board Dinner | August 12 | 6:00 pm - 9:00 pm | TBD |
| Board | August 13 | 8:00 am - 5:00 pm ** | TBD |
| | | ** includes Facility Tour | |

### Fourth Quarter 2021

| | | | |
|---|---|---|---|
| Audit | November 4 | 8:30 am - 10:00 am | Conference Call |
| Risk | November 4 | 10:00 am - 12:00 pm | Conference Call |
| Board (Non-Mandatory) | November 5 | 10:00 am - 11:00 am | Conference Call |
| Earnings | November 9 | 10:00 am - 11:00 am | Conference Call |
| Chairman's Meeting | November 19 | 11:00 am - 1:00 pm | Conference Call/BW |
| N&G | December 14 | 1:30 pm - 2:30 pm | Brentwood |
| Risk | December 14 | 2:30 pm - 4:00 pm | Brentwood |
| Comp | December 14 | 4:00 pm - 5:00 pm | Brentwood |
| Board Holiday Dinner | December 14 | 6:00 pm - 9:00 pm | Brentwood |
| Board | December 15 | 8:00 am - 2:00 pm | Brentwood |

*Actual dates are dictated and based on actual # of financial days and determined by B. Hammonds & C. Hopewell*

Issued 2.10.2020