# EXHIBIT 3

# Broadridge Proxy Timeline

## CORECIVIC, INC. - 2021 Annual Meeting

| ISSUER NAME | CORECIVIC, INC. | | |
|---|---|---|---|
| MEETING DATE | 05/13/2021 | REPORT DATE | 02/19/2021 10:24 AM |
| MEETING TYPE | Annual Meeting | TOTAL MILESTONES | 51 |

| MILESTONE/DELIVERABLE | ANTICIPATED DATE | RESPONSIBILITY |
|---|---|---|
| Notification Letters for your Transfer Agent/Record Keeper(s) and DTC Provided | 2/9/2021 | Broadridge RA-PA |
| Broker Search Including All Banks, Brokers and Other Intermediaries (e.g., Mediant) | 2/17/2021 | Broadridge |
| Inspector of Election Introduced | 2/24/2021 | Broadridge |
| Final Campaign Confirmation Sent to Client for Review | 2/24/2021 | Broadridge RA-PA |
| Virtual Shareholder Meeting URL provided | 3/8/2021 | Broadridge |
| Initial Proxy Card Language Due | 3/8/2021 | Client |
| Last Date To Confirm Notice and Access Model | 3/8/2021 | Client |
| Record Date | 3/17/2021 | Client |
| Final Proxy Card Approval Due; Draft Proxy Statement Provided | 3/19/2021 | Client |
| Mailing Instructions Approved | 3/19/2021 | Client |
| Shareholder Files Received | 3/22/2021 | Broadridge |
| 10K Wrap Print Files supplied to Broadridge | 3/24/2021 | Client |
| Annual Report Print Files supplied to Broadridge | 3/24/2021 | Client |
| 10K Wrap Ebookproof to client | 3/25/2021 | Broadridge |
| Annual Report Ebookproof to client | 3/25/2021 | Broadridge |
| Proxy Statement Print Files supplied to Broadridge | 3/26/2021 | Client |
| Annual Report Approval to print | 3/26/2021 | Client |
| 10K Wrap Approval to print | 3/26/2021 | Client |
| Proxy Statement Ebookproof to client | 3/29/2021 | Broadridge |
| Virtual Shareholder Meeting Site Live | 3/29/2021 | Broadridge |
| Live Virtual Shareholder Meeting Website Provided | 3/29/2021 | Broadridge |
| Commence Mailing | 3/30/2021 | Broadridge |
| Proxy Statement Approval to print | 3/30/2021 | Client |
| SEC Filing Date | 3/30/2021 | Client |

| MILESTONE/DELIVERABLE | ANTICIPATED DATE | RESPONSIBILITY |
|---|---|---|
| Final Links for Interactive Document Provided to Client | 3/31/2021 | Broadridge CAD |
| Notice Mail Deadline | 4/1/2021 | Broadridge |
| Email Release Date | 4/1/2021 | Broadridge CPS ED |
| Final Staging for Distribution of Full Packages | 4/1/2021 | Broadridge PA-RA |
| Interactive Document Demo Approved | 4/2/2021 | Client |
| Must Mail Date | 4/9/2021 | Broadridge |
| Earliest Date for Follow-Up Mailing | 4/13/2021 | Broadridge |
| Surplus Instructions Received | 4/14/2021 | Client |
| Expect Broadridge's Initial Invoice for Beneficial and Registered Records Processed and Mailed | 4/16/2021 | Client |
| Last Date to Receive Material to Obtain Broker Discretionary Vote on Routine Proposals | 4/21/2021 | Client |
| Virtual Shareholder Meeting Detailed Technical Call | 4/22/2021 | Broadridge |
| Deadline to Complete Beneficial Mailing to Obtain Broker Discretionary Vote on Routine Proposals | 4/28/2021 | Broadridge |
| First Vote Report | 4/28/2021 | Broadridge |
| Affidavit of Distribution | 4/29/2021 | Broadridge |
| Virtual Shareholder Meeting Day of Meeting Dial In Numbers Provided | 4/29/2021 | Broadridge |
| Virtual Shareholder Meeting Q&A Admin., and Slide Tool Access Provided | 4/29/2021 | Broadridge |
| Reasonable Date Shareholders Must Request Material to Receive Prior to Meeting | 4/29/2021 | Client |
| Virtual Shareholder Meeting Admin Tool Call | 5/6/2021 | Broadridge |
| Provide Final Slides/Images/Shareholder List for Virtual Shareholder Meeting Site | 5/6/2021 | Client |
| Meeting Date | 5/13/2021 | Client |
| Virtual Shareholder Meeting Replay is Available | 5/14/2021 | Broadridge |
| Expect Invoices from Other Entities (e.g., Mediant). Invoice Counts May Differ from Material Request | 5/17/2021 | Client |
| Confirm & Submit Date of Last Contact Information | 5/18/2021 | Broadridge RA-PA |
| Client Satisfaction Survey | 5/24/2021 | Client |
| Expect Broadridge's Final Invoice for Votes Returned and Processed | 5/27/2021 | Client |
| Date of Last Contact Information Sent | 6/11/2021 | Broadridge RA-PA |
| Last Date for Shareholders to Request Full Package | 5/13/2022 | Client |