IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NIKKI BOLLINGER GRAE, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:16-cv-02267 |
| ) | Judge Trauger |
| CORRECTIONS CORPORATION ) | |
| OF AMERICA, ET AL., ) | |
| ) | |
| Defendants. ) | |

### ORDER

It is hereby ORDERED that plaintiffs' counsel shall be prepared to address in the telephone conference today any specific hardships the plaintiffs would experience in terms of expense, vacations, school openings, etc. if the trial is moved to August 3, 2021.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge