UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 3:16-cv-2267 Judge Aleta A. Trauger |
| CORRECTIONS CORPORATION OF AMERICA, DAMON T. HININGER, DAVID M. GARFINKLE, TODD J. MULLENGER, and HARLEY G. LAPPIN, | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

For the reasons explained in the accompanying Memorandum, the defendants' Request

for Judicial Notice (Doc. No. 366) is hereby **GRANTED**, and the Motion for Partial Summary

Judgment filed by the lead plaintiff (Doc. No. 347) and Motion for Summary Judgment filed by

the defendants (Doc. No. 352) are hereby **GRANTED** in part and **DENIED** in part. Summary

judgment is hereby **GRANTED** to the defendants with regard to all claims for fraud based solely

on the contention that the defendants falsely claimed that CoreCivic offered cost savings to its

government clients. Partial summary judgment is hereby **GRANTED** to the plaintiff class that

the class is entitled to rebuttable presumption of class-wide reliance with regard to any public

statement by a defendant during the Class Period for which the lead plaintiff is able to establish

materiality. The court's ruling is without prejudice to the defendants' ability to rebut that class-wide presumption with price impact evidence at trial. Summary judgment is **DENIED** to the parties in all other requested respects.

It is so **ORDERED**.

ALETA A. TRAUGER
United States District Judge