UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,** )<br>)<br>)<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**CORRECTIONS CORPORATION OF AMERICA, DAMON T. HININGER, DAVID M. GARFINKLE, TODD J. MULLENGER, and HARLEY G. LAPPIN,** )<br>)<br>)<br>)<br>)<br>**Defendants.** ) | **Case No. 3:16-cv-2267**<br>**Judge Aleta A. Trauger** |

### ORDER

The parties are hereby **ORDERED** to make all reasonable efforts to agree to a Master List of predicate statements on which the plaintiff class will seek to base its claims at trial, to be filed jointly within fourteen days of this Order. It is not required that each individual statement consist only of a single sentence. However, each statement shall be defined sufficiently concisely for it to be considered as a single statement, rather than a compilation of statements. The decision to separate individual statements from each other for the purposes of the Master List will be without prejudice to the jury's consideration of each statement in context, including in the context of the other statements at issue. If the parties are unable agree to a Master List in its entirety, they shall jointly file a document setting forth all statements upon which the lead plaintiff seeks to premise its claims, followed by enumerated objections by the defendants.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge