IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NIKKI BOLLINGER GRAE, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:16-cv-02267 |
| ) | Judge Trauger |
| CORRECTIONS CORPORATION ) | |
| OF AMERICA, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

It is hereby ORDERED that, in order to accommodate the defense request necessitated by the court's advancing the trial of this case by one week, this trial will be in recess from 12:30 p.m. on Wednesday, May 12, 2021 until 9:00 a.m. on Friday, May 14, 2021.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge