# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| NIKKI BOLLINGER GRAE, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:16-cv-02267 |
| ) | Judge Trauger |
| CORRECTIONS CORPORATION ) | |
| OF AMERICA, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The parties have informed the court that this case has settled. It is therefore ORDERED that all pending deadlines are hereby STAYED, and the trial scheduled to begin on May 10, 2021 and the pretrial conference scheduled for April 30, 2021 are being removed from the court's calendar.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge