CLERK, U.S. DISTRICT COURT
800 U.S. COURTHOUSE
NASHVILLE, TENNESSEE 37203

OFFICIAL BUSINESS

Exhibit 2

RECEIVED

MAY 06 2021

US DISTRICT COURT
MID DIST TENN

Jason Dent
U.S. Penitentiary Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525

NIXIE        152        EE 1        0205/01/21

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 37203381799        *1759-05977-25-37

NEOPOST
04/23/2021
US POSTAGE $000.51°

FIRST-CLASS MAIL

ZIP 37203
041L11256588