UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>        Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>STIPULATION AND [PROPOSED] ORDER RESETTING DATE OF SETTLEMENT HEARING |

WHEREAS, on June 24, 2021, Plaintiff[1] submitted Plaintiff's Unopposed Motion For (I) Preliminary Approval of Settlement; and (II) Approval of Notice to the Class (ECF No. 461);

WHEREAS, on June 29, 2021, the Court entered the Order Preliminarily Approving Settlement and Providing for Notice, which set various deadlines in connection with approval of the proposed settlement, including setting October 29, 2021 as the date for the Settlement Hearing (ECF No. 464);

WHEREAS, counsel for Plaintiff has a scheduling conflict on October 29, 2021;

WHEREAS, in light of such conflict, the parties respectfully request that the Court reset the date for the Settlement Hearing on Tuesday, November 2, 2021, or such date and time thereafter during the week of November 1, 2021 that is convenient for the Court;

WHEREAS, adjusting the date of the Settlement Hearing will not impact the remainder of the dates set by the Court in its Order Preliminarily Approving Settlement and Providing for Notice;

---

[1] "Plaintiff" is Lead Plaintiff and Class Representative Amalgamated Bank, as Trustee for the LongView Collective Investment Fund. "Defendants" are Corrections Corporation of America ("CCA"), Damon T. Hininger, David M. Garfinkle, Todd Mullenger and Harley G. Lappin. Following the filing of this action, Defendants rebranded CCA and now refer to it as CoreCivic.

- 1 -

WHEREAS, because the Claims Administrator has yet to send notice to the Class of the proposed settlement or the associated deadlines, adjusting the date of the Settlement Hearing will have no impact on the settlement Class;

NOW, THEREFORE, it is stipulated and agreed, by and between Plaintiff and Defendants, and subject to the approval of the Court, that:

1. The Settlement Hearing shall be reset for November 2, 2021, at 1:00 p.m., or at such day and time thereafter during the week of November 1, 2021 that is convenient for the Court.

IT IS SO STIPULATED.

DATED: June 30, 2021
ROBBINS GELLER RUDMAN & DOWD LLP
CHRISTOPHER M. WOOD, #032977
CHRISTOPHER H. LYONS, #034853

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 800/449-4900
615/252-3798 (fax)
cwood@rgrdlaw.com
clyons@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
WILLOW E. RADCLIFFE
KENNETH J. BLACK
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
willowr@rgrdlaw.com
kennyb@rgrdlaw.com

|  |  |
|---|---|
|  | ROBBINS GELLER RUDMAN & DOWD LLP<br>JASON A. FORGE<br>RACHEL L. JENSEN<br>NATALIE F. LAKOSIL<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone:  619/231-1058<br>619/231-7423 (fax)<br>jforge@rgrdlaw.com<br>rjensen@rgrdlaw.com<br>nlakosil@rgrdlaw.com<br><br>Lead Counsel for Plaintiff<br><br>BARRETT JOHNSTON MARTIN<br>  & GARRISON, LLC<br>JERRY E. MARTIN, #20193<br>Bank of America Plaza<br>414 Union Street, Suite 900<br>Nashville, TN  37219<br>Telephone:  615/244-2202<br>615/252-3798 (fax)<br><br>Local Counsel |
| DATED:  June 30, 2021 | RILEY WARNOCK & JACOBSON, PLC<br>STEVEN A. RILEY, #6258<br>MILTON S. McGEE, III, #024150<br><br>        s/ Milton S. McGee, III        <br>MILTON S. McGEE, III |

1906 West End Avenue
Nashville, TN 37203
Telephone: 615/320-3700
615/320-3737 (fax)
sriley@rwjplc.com
tmcgee@rwjplc.com

LATHAM & WATKINS LLP
DAVID J. SCHINDLER (admitted *pro hac vice*)
BRIAN T. GLENNON (admitted *pro hac vice*)
MERYN C.N. GRANT (admitted *pro hac vice*)
355 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213/485-1234
213/891-8763 (fax)
david.schindler@lw.com
brian.glennon@lw.com
meryn.grant@lw.com

LATHAM & WATKINS LLP
MORGAN E. WHITWORTH (admitted *pro hac vice*)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415/391-0600
415/395-8095 (fax)
morgan.whitworth@lw.com

LATHAM & WATKINS LLP
SARAH A. TOMKOWIAK (admitted *pro hac vice*)
555 11th Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: 202/637-2335
415/637-2201 (fax)
sarah.tomkowiak@lw.com

Attorneys for Defendants Corrections Corporation
of America, Damon T. Hininger, David M.
Garfinkle, Todd J. Mullenger and Harley G. Lappin

- 4 -

* * *

## **O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____  _____
THE HONORABLE ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on June 30, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ Christopher M. Wood
CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN
    &amp; DOWD LLP
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2203
615/252-3798 (fax)
E-mail: cwood@rgrdlaw.com

# Mailing Information for a Case 3:16-cv-02267 Grae v. Corrections Corporation of America et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Kenneth J. Black**
  kennyb@rgrdlaw.com

- **Paul Kent Bramlett**
  pknashlaw@aol.com

- **Robert P. Bramlett**
  robert@bramlettlawoffices.com

- **Christopher T. Cain**
  cain@scottandcain.com,ambrose@scottandcain.com

- **Patrick V. Dahlstrom**
  pdahlstrom@pomlaw.com

- **Jason A. Forge**
  jforge@rgrdlaw.com

- **Brian T. Glennon**
  brian.glennon@lw.com

- **Michael Goldberg**
  michael@goldberglawpc.com

- **Elizabeth O. Gonser**
  egonser@rwjplc.com,nnguyen@rwjplc.com

- **Marc Gorrie**
  mgorrie@pomlaw.com

- **Meryn C.N. Grant**
  Meryn.Grant@lw.com

- **Dennis J. Herman**
  dherman@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **James A. Holifield , Jr**
  aholifield@holifieldlaw.com

- **J. Alexander Hood , II**
  ahood@pomlaw.com

- **Rachel L. Jensen**
  rachelj@rgrdlaw.com,e_file_sd@rgrdlaw.com,rachelj@ecf.courtdrive.com

- **Natalie F. Lakosil**
  nlakosil@rgrdlaw.com,nlakosil@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,lpvega@pomlaw.com

- **Christopher Hamp Lyons**
  clyons@rgrdlaw.com,KennyB@rgrdlaw.com,e_file_sd@rgrdlaw.com,clyons@ecf.courtdrive.com

- **Jerry E. Martin**
  jmartin@barrettjohnston.com,adonovan@barrettjohnston.com,eseaborn@barrettjohnston.com,jmartin@rgrdlaw.com

- **Milton S. McGee , III**
  tmcgee@rwjplc.com,dgibby@rwjplc.com

- **Faraz Mohammadi**
  faraz.mohammadi@lw.com

- **Willow E. Radcliffe**
  willowr@rgrdlaw.com,WillowR@ecf.courtdrive.com

- **Steven Allen Riley**
  sriley@rwjplc.com,dgibby@rwjplc.com

- **Brian Schall**
  brian@schallfirm.com

- **David J. Schindler**
  david.schindler@lw.com

- **Ellen Gusikoff Stewart**
  elleng@rgrdlaw.com,e_file_sd@rgrdlaw.com

Case 3:16-cv-02267   Document 465   Filed 06/30/21   Page 7 of 8 PageID #: 24966

- **Sarah A. Tomkowiak**
  sarah.tomkowiak@lw.com

- **Morgan E. Whitworth**
  morgan.whitworth@lw.com,morgan-whitworth-8044@ecf.pacerpro.com

- **Mark H. Wildasin**
  mark.wildasin@usdoj.gov,liz.lopes@usdoj.gov,melissa.russell@usdoj.gov,dkGeorge@bop.gov,othomas@bop.gov,CaseView.ECF@usdoj.gov,regina.taylor2@usdoj.go

- **Christopher M. Wood**
  cwood@rgrdlaw.com,willowr@rgrdlaw.com,CWood@ecf.courtdrive.com,morgank@ecf.courtdrive.com,smorris@rgrdlaw.com,e_file_sd@rgrdlaw.com,MKuwashima

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`