UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>      Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>STIPULATION AND ORDER RESETTING DATE OF SETTLEMENT HEARING |

    WHEREAS, on June 24, 2021, Plaintiff[1] submitted Plaintiff's Unopposed Motion For (I) Preliminary Approval of Settlement; and (II) Approval of Notice to the Class (ECF No. 461);

    WHEREAS, on June 29, 2021, the Court entered the Order Preliminarily Approving Settlement and Providing for Notice, which set various deadlines in connection with approval of the proposed settlement, including setting October 29, 2021 as the date for the Settlement Hearing (ECF No. 464);

    WHEREAS, counsel for Plaintiff has a scheduling conflict on October 29, 2021;

    WHEREAS, in light of such conflict, the parties respectfully request that the Court reset the date for the Settlement Hearing on Tuesday, November 2, 2021, or such date and time thereafter during the week of November 1, 2021 that is convenient for the Court;

    WHEREAS, adjusting the date of the Settlement Hearing will not impact the remainder of the dates set by the Court in its Order Preliminarily Approving Settlement and Providing for Notice;

---

[1] "Plaintiff" is Lead Plaintiff and Class Representative Amalgamated Bank, as Trustee for the LongView Collective Investment Fund. "Defendants" are Corrections Corporation of America ("CCA"), Damon T. Hininger, David M. Garfinkle, Todd Mullenger and Harley G. Lappin. Following the filing of this action, Defendants rebranded CCA and now refer to it as CoreCivic.

- 1 -

WHEREAS, because the Claims Administrator has yet to send notice to the Class of the proposed settlement or the associated deadlines, adjusting the date of the Settlement Hearing will have no impact on the settlement Class;

NOW, THEREFORE, it is stipulated and agreed, by and between Plaintiff and Defendants, and subject to the approval of the Court, that:

1. The Settlement Hearing shall be reset for November 2, 2021, at 1:00 p.m., or at such day and time thereafter during the week of November 1, 2021 that is convenient for the Court.

IT IS SO STIPULATED.

DATED: June 30, 2021            ROBBINS GELLER RUDMAN & DOWD LLP
CHRISTOPHER M. WOOD, #032977
CHRISTOPHER H. LYONS, #034853

                                     s/ Christopher M. Wood
                                       CHRISTOPHER M. WOOD

414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 800/449-4900
615/252-3798 (fax)
cwood@rgrdlaw.com
clyons@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
WILLOW E. RADCLIFFE
KENNETH J. BLACK
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
willowr@rgrdlaw.com
kennyb@rgrdlaw.com

- 2 -

ROBBINS GELLER RUDMAN & DOWD LLP
JASON A. FORGE
RACHEL L. JENSEN
NATALIE F. LAKOSIL
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
jforge@rgrdlaw.com
rjensen@rgrdlaw.com
nlakosil@rgrdlaw.com

Lead Counsel for Plaintiff

BARRETT JOHNSTON MARTIN
  & GARRISON, LLC
JERRY E. MARTIN, #20193
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2202
615/252-3798 (fax)

Local Counsel

DATED: June 30, 2021

RILEY WARNOCK & JACOBSON, PLC
STEVEN A. RILEY, #6258
MILTON S. McGEE, III, #024150

      s/ Milton S. McGee, III
      MILTON S. McGEE, III

1906 West End Avenue
Nashville, TN 37203
Telephone: 615/320-3700
615/320-3737 (fax)
sriley@rwjplc.com
tmcgee@rwjplc.com

LATHAM & WATKINS LLP
DAVID J. SCHINDLER (admitted *pro hac vice*)
BRIAN T. GLENNON (admitted *pro hac vice*)
MERYN C.N. GRANT (admitted *pro hac vice*)
355 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213/485-1234
213/891-8763 (fax)
david.schindler@lw.com
brian.glennon@lw.com
meryn.grant@lw.com

LATHAM & WATKINS LLP
MORGAN E. WHITWORTH (admitted *pro hac vice*)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415/391-0600
415/395-8095 (fax)
morgan.whitworth@lw.com

LATHAM & WATKINS LLP
SARAH A. TOMKOWIAK (admitted *pro hac vice*)
555 11th Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: 202/637-2335
415/637-2201 (fax)
sarah.tomkowiak@lw.com

Attorneys for Defendants Corrections Corporation of America, Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger and Harley G. Lappin

\* \* \*

## O R D E R

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the settlement hearing is RESET for November 8, 2021 at 1:30 p.m. CST.

DATED: 7/2/2021

_____
THE HONORABLE ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE