# EXHIBIT 4

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SIDNEY MORSE, et al.

v.                                    NO. 3:97-0370
                                      Judge Higgins
R. CLAYTON MCWHORTER, et al.

ORDER

In accordance with the memorandum contemporaneously entered, the plaintiffs' petition for an award of attorney fees and expenses is granted.

Accordingly, the plaintiffs are awarded attorney fees in the amount of $16,500,000, and other expenses in the amount of $849,147.03, for a total award of $17,349,147.03, plus interest at the same rate as that earned by the Settlement Fund until paid.

The court shall retain jurisdiction over this matter with respect to any dispute about the distribution of such fees.

It is so ORDERED.

THOMAS A. HIGGINS
United States District Judge
3-12-04