UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>                  Defendants. | Civil Action No. 3:16-cv-02267<br><br>Honorable Aleta A. Trauger<br><br>DECLARATION OF AMALGAMATED BANK EXECUTIVE VICE PRESIDENT AND GENERAL COUNSEL DEBORAH SILODOR |

I, DEBORAH SILODOR, declare as follows:

1. I am the Executive Vice President and General Counsel of Amalgamated Bank. I respectfully submit this declaration in support of final approval of the $56 million settlement ("Settlement"). I also submit this declaration in support of Amalgamated Bank's request for reimbursement of the time I, as well as other Amalgamated Bank personnel, spent in monitoring and participating in the litigation. I have personal knowledge of the statements herein and, if called as a witness, could and would testify competently thereto.

2. Amalgamated Bank is an institutional investor with over $6 billion in assets and a long history of advocating for the highest standards of corporate governance and protecting clients' investments. It has consistently been involved in issues related to the integrity of the stock market. Amalgamated Bank made the decision to participate in this litigation as Lead Plaintiff only after determining it was a matter of importance to investors. In acting as Lead Plaintiff, Amalgamated Bank understood its responsibility to serve the best interests of the Class.

3. On January 10, 2017, this Court appointed Amalgamated Bank, as Trustee for the LongView Collective Investment Fund ("Amalgamated Bank"), to serve as Lead Plaintiff. On

March 26, 2019, the Court appointed Amalgamated Bank to serve as Class Representative. In fulfillment of its responsibilities on behalf of all members of the class, Amalgamated Bank: (i) engaged in numerous meetings, phone conferences and correspondence with Class Counsel; (ii) participated in the litigation and provided input into the prosecution of the case; (iii) searched for and provided documents and information responsive to defendants' discovery requests; (iv) prepared for and provided deposition testimony; (v) kept informed regarding case status; (vi) reviewed documents filed in this action and opinions of the Court; (vii) consulted with counsel and provided input regarding litigation and Settlement strategy; (viii) participated in and was kept informed about mediation and Settlement negotiations; and (ix) considered and approved the proposed Settlement.

4. Amalgamated Bank authorized Class Counsel to settle this action for $56 million. In this regard, my colleagues and I reviewed, considered and evaluated the merits of this case, including the law governing the allegations and facts developed through Class Counsel's investigation. In making its determination that the $56 million Settlement fund represented a fair, reasonable and adequate result for the Class, Amalgamated Bank weighed the substantial benefits to the Class against the significant risks and uncertainties of continued litigation, including CoreCivic's ability to fund an adverse judgment. After doing so, Amalgamated Bank believes that the Settlement represents an excellent recovery for the Class and a recovery that would not have been possible without the diligent efforts of Class Counsel, who aggressively litigated this case. Amalgamated Bank believes the Settlement represents a fair, reasonable and adequate recovery on behalf of the Class and that its approval is in the best interest of the Class.

5. While I recognize that any determination of fees is left to the Court, Amalgamated Bank believes the request for a one-third attorneys' fee award and the expense request of

$1.9 million is fair, reasonable and appropriate given the facts and circumstances of this case, Class Counsel's high quality representation and its diligence in prosecuting this litigation, the advanced stage of the litigation at the time the Settlement was achieved and fees awarded in similar cases.

6. I and other Amalgamated Bank employees, including Eleanor Innes, Marcelo Choi, Will Hogan and Lance Cassak, expended significant time on behalf of Amalgamated Bank in connection with the prosecution of this case. This time includes monitoring and participating in the litigation, providing information, documents and testimony responsive to defendants' document requests and participating in Settlement discussions. I, as well as the other Amalgamated Bank personnel who participated in the litigation, spent a total of approximately 108 hours on the litigation. Based on our compensation, backgrounds and experience, appropriate hourly rates range between $125 and $250. Based on these hourly rates, the unreimbursed expense for time expended on the litigation is $17,525. These unreimbursed expenses were reasonably and necessarily incurred in connection with Amalgamated Bank's services to all members of the class in this case, and I believe they are both fair and reasonable.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 23rd day of September, 2021, at New York, New York.

 DEBORAH SILODOR

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on September 24, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN
 & DOWD LLP
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2203
615/252-3798 (fax)

E-mail: cwood@rgrdlaw.com

# Mailing Information for a Case 3:16-cv-02267 Grae v. Corrections Corporation of America et al

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Kenneth J. Black**
  kennyb@rgrdlaw.com

- **Paul Kent Bramlett**
  pknashlaw@aol.com

- **Robert P. Bramlett**
  robert@bramlettlawoffices.com

- **Christopher T. Cain**
  cain@scottandcain.com,ambrose@scottandcain.com

- **Patrick V. Dahlstrom**
  pdahlstrom@pomlaw.com

- **Jason A. Forge**
  jforge@rgrdlaw.com

- **Brian T. Glennon**
  brian.glennon@lw.com

- **Michael Goldberg**
  michael@goldberglawpc.com

- **Elizabeth O. Gonser**
  egonser@rwjplc.com,nnguyen@rwjplc.com

- **Marc Gorrie**
  mgorrie@pomlaw.com

- **Meryn C.N. Grant**
  Meryn.Grant@lw.com

- **Dennis J. Herman**
  dherman@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **James A. Holifield , Jr**
  aholifield@holifieldlaw.com

- **J. Alexander Hood , II**
  ahood@pomlaw.com

- **Rachel L. Jensen**
  rachelj@rgrdlaw.com,e_file_sd@rgrdlaw.com,rachelj@ecf.courtdrive.com

- **Natalie F. Lakosil**
  nlakosil@rgrdlaw.com,nlakosil@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,lpvega@pomlaw.com

- **Christopher Hamp Lyons**
  clyons@rgrdlaw.com,KennyB@rgrdlaw.com,e_file_sd@rgrdlaw.com,clyons@ecf.courtdrive.com

- **Jerry E. Martin**
  jmartin@barrettjohnston.com,ealexander@barrettjohnston.com,adonovan@barrettjohnston.com,eseaborn@barrettjohnston.com,jmartin@rgrdlaw.com

- **Milton S. McGee , III**
  tmcgee@rwjplc.com,dgibby@rwjplc.com

- **Faraz Mohammadi**
  faraz.mohammadi@lw.com

- **Willow E. Radcliffe**
  willowr@rgrdlaw.com,WillowR@ecf.courtdrive.com

- **Steven Allen Riley**
  sriley@rwjplc.com,dgibby@rwjplc.com

- **Brian Schall**
  brian@schallfirm.com

- **David J. Schindler**
  david.schindler@lw.com

- **Ellen Gusikoff Stewart**
  elleng@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Sarah A. Tomkowiak**
  sarah.tomkowiak@lw.com

- **Morgan E. Whitworth**
  morgan.whitworth@lw.com,morgan-whitworth-8044@ecf.pacerpro.com

- **Mark H. Wildasin**
  mark.wildasin@usdoj.gov,liz.lopes@usdoj.gov,melissa.russell@usdoj.gov,dkGeorge@bop.gov,othomas@bop.gov,CaseView.ECF@usdoj.gov,regina.taylor2@usdoj.go

- **Christopher M. Wood**
  cwood@rgrdlaw.com,agonzales@rgrdlaw.coom,willowr@rgrdlaw.com,agonzales@ecf.courtdrive.com,CWood@ecf.courtdrive.com,morgank@ecf.courtdrive.com,smc

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`