# EXHIBIT B



1 McInnis Parkway  
Suite 250  
San Rafael, CA 94903  
P: (415) 458-3015

July 20, 2021

«FirstName» «LastName»  
«Company»  
«Addr1»  
«Addr2»  
South Bend, IN 46601  
«FCountry»

Re: **CCA/CoreCivic Securities Settlement**

Dear «GENDER» «LastName»:

Please find enclosed the Notice of Proposed Settlement of Class Action and Proof of Claim and Release for the above referenced litigation. Please note both the class period and the designated eligible securities described on page one of the Notice, specifically the inclusion of all persons who purchased or otherwise acquired Corrections Corporation of America, Inc. ("CCA" or the "Company") (n/k/a "Corecivic") Securities during the period from February 27, 2012 through and including August 17, 2016, and who were allegedly damaged thereby, and are not otherwise excluded from the class. In addition, **the Notice provides that the Exclusion Deadline is October 8, 2021 and the Claim Filing Deadline is November 19, 2021.**

If you provided a data file of names and addresses for mailing in connection with the previous Notice of Pendency of Class Action sent in December 2020, you should not provide those names and addresses again as we have already mailed the Notice and Proof of Claim and Release to those beneficial owners. Please only provide new names and addresses for your clients who may be Class Members.

Please note the "Special Notice to Securities Brokers and Other Nominees" on page sixteen of the Notice which states, in part: "If you purchased or acquired CCA securities during the Class Period for the beneficial interest of an individual or organization other than yourself, the Court has directed that, WITHIN TEN (10) DAYS OF YOUR RECEIPT OF THIS NOTICE, you either (a) provide to the Claims Administrator the name and last known address of each person or organization for whom or which you purchased or acquired such securities during such time period, or (b) request additional copies of this Notice and the Proof of Claim form, which will be provided to you free of charge, and within ten (10) days mail the Notice and Proof of Claim form directly to the beneficial owners of the securities referred to herein. If you choose to follow alternative procedure (b), upon such mailing, you must send a statement to the Claims Administrator confirming that the mailing was made as directed and retain the names and addresses for any future mailings to Class Members."

Please do not make your own copies of the Proof of Claim Form, as copies may not be accepted for processing. Additional copies of the appropriate documents may be requested by contacting us at notifications@gilardi.com.

If we conduct the necessary mailing on your behalf, please submit names and addresses either via email to notifications@gilardi.com, via CD Rom to the above address or contact us to obtain secure FTP transmission instructions. Mailing labels will be accepted, but you may be requested to provide an additional copy of the address information you send. Do not include any confidential information that should not appear on a mailing label.

The data provided must be in one of the following formats:
- ASCII Fixed Length file
- ASCII Tab Delimited file
- Microsoft Excel spreadsheet

Your request must also specify the case name and Control Total(s) (for example, the total number of name and address records provided) for each file submission. Please direct any questions to notifications@gilardi.com.

Sincerely,  
Gilardi and Company, LLC