EXHIBIT C

## Declaration of Publication

I, Carla Peak, as Vice President, Legal Notification Services at Gilardi & Co. LLC, a KCC Class Action Services Company in San Rafael, California, hereby certify that I caused the attached notice to be printed in said publication on July 27, 2021:

Name of Publication: The Wall Street Journal
Address: 1211 Avenue of the Americas
City, State, Zip: New York, NY 10036
Phone #: 1-800-568-7625
State of: New York

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 27th day of July 2021, at Sellersville, Pennsylvania.

*Carla Peak*
Carla Peak

# Activision Hit by Gender-Bias Lawsuit

**Allegations of misconduct toward women in gaming sector persist**

By Sarah E. Needleman

A gender-bias lawsuit filed by California regulators against **Activision Blizzard** Inc. has reignited discussion about videogaming culture and whether the industry's treatment of women is toxic.

The suit, which was filed last week and which Activision is fighting, accuses the company of paying female employees less than their male counterparts and providing them with fewer opportunities to advance. It says Activision ignored complaints by female employees of blatant harassment, discrimination and retaliation.

Activision said the lawsuit includes distorted and, in many cases, false descriptions of its past, and that it strives to pay all employees fairly.

"We are confident in our ability to demonstrate our practices as an equal opportunity employer that fosters a supportive, diverse and inclusive workplace for our people, and we are committed to continuing this effort in the years to come," the company said.



Videogaming has been marred for years by accusations of inequality and misogyny.

Videogaming has been marred for years by accusations of inequality and misogyny. In 2014, avid gamers who believed industry journalists were promoting a feminist agenda used the hashtag GamerGate on social media to encourage verbal assaults and threats of violence against women game developers. In some cases, the developers were advocating more progressive depictions of women in videogames, especially as the population of players grew beyond the early demographic of young men.

GamerGate prompted widespread calls for change among both game creators and players. Activision said it has taken steps in recent years to make it easier for employees to report violations, such as by creating a confidential hotline, and that employees must undergo regular antiharassment training. Last year, Paris-based videogame company Ubisoft Entertainment SA said it would overhaul its workplace culture after allegations of misconduct and inappropriate behavior.

In May, Ubisoft said it had taken several steps over the past year to make its workplace more inclusive. Employees have new ways to anonymously report workplace misconduct, the company said, and it hired a new chief people officer as well as its first head of workplace culture and first vice president of global diversity and inclusion.

Since employees are working remotely because of the pandemic, it is difficult to measure the company's success, said a male senior gameplay programmer in Ubisoft's Toronto office. "It's yet to be seen for me personally what kind of real impact" the actions will have, he said. "But it definitely looks like they're trying."

Others who follow the industry closely say work is still needed to improve treatment of women.

"Deeply entrenched gender inequities have made reform an uphill climb," said a University of Notre Dame assistant professor, Matthew Thomas Payne, who studies the videogame industry.

In the suit against Activision, filed in Los Angeles County Superior Court, the California Department of Fair Employment and Housing cites "cube crawls"—in which male co-workers drink alcohol and make their way through various office cubicles, often engaging in inappropriate behavior—as one example of "frat boy" culture.

"Female employees were routinely subjected to unwanted sexual advances and other harassing conduct so severe or pervasive that it created a hostile work environment," the agency says in the complaint.

Activision said in a statement: "The picture the DFEH paints is not the Blizzard workplace of today. Over the past several years and continuing since the initial investigation started, we've made significant changes to address company culture and reflect more diversity within our leadership teams." Activision acquired Blizzard in 2008.

This month, Ubisoft was accused of institutional sexual harassment in a suit filed in a criminal court in France on behalf of a game-workers union and several employees. A spokeswoman for the company declined to comment on the suit. She said Ubisoft doesn't and won't tolerate abuse, harassment or discrimination.

The latest allegations are unsettling to those who have advocated for change in the games industry and been targets of vitriol for their public stance.

Today, nearly 227 million Americans play videogames, according to the Entertainment Software Association. About 45% are female and 55% are male, the association said.

# Facebook Antitrust-Case Deadline Extended for FTC

By Ryan Tracy

WASHINGTON—The Federal Trade Commission has until Aug. 19 to file an amended version of its antitrust lawsuit against **Facebook** Inc. after a judge granted the agency an extension.

Judge James E. Boasberg of the U.S. District Court for the District of Columbia had previously set a July 29 deadline after saying the agency hadn't supported its claims that Facebook has monopoly power in personal social-networking services. His dismissal of the suit cited in part how the FTC calculated the company's market share.

The FTC asked for the filing extension Friday, saying Facebook didn't oppose it; and Judge Boasberg approved the request. After the agency files an amended suit, Facebook would have until Oct. 4 to respond. Subsequently, the two sides may be able to file additional counterarguments.

Facebook has sought the recusal of FTC Chairwoman Lina Khan from the agency's deliberations on whether to file a new antitrust case, arguing she couldn't be impartial because of her history of criticizing it and other big-tech firms.

The FTC has declined to comment on the demand.

Ms. Khan had said previously that she would consult with FTC ethics officials if recusal questions arose.

# Tesla Profit Soars to A Record

*Continued from page B1*

first pickup truck, once expected to go to customers as early as this year, are also being affected by parts issues, Chief Executive Elon Musk said on an earnings call, without giving a revised first delivery date.

The company reported revenue of roughly $12 billion for the period ended June 30, nearly double the year-ago period, and a profit of $1.1 billion, marking its eighth sequential quarter in the black. Wall Street expected Tesla to report roughly $11.4 billion in revenue and around $600 million in profit, according to analysts surveyed by FactSet.

Tesla produced more than 206,000 vehicles in the second quarter, more than doubling its output from the year-ago quarter, when the rise of the Covid-19 pandemic limited production and consumer purchasing.

Global auto sales have cooled somewhat during 2021 amid a shortfall of semiconductors. Many auto makers, including Ford Motor Co. and General Motors Co., have been forced to idle assembly plants over supply constraints, squeezing vehicle inventories and pushing up prices.

"For the rest of this year, our growth rate will be determined by the slowest part in our supply chain," Mr. Musk said. "Chip supply is fundamentally the governing factor on our output."

He added that the company navigated the semiconductor shortage by substituting alternative chips and developing software for them.

A limiting factor in the quarter was the availability of modules that control vehicle air bags and seatbelts, Mr. Musk said.

"That limited our production severely world-wide," he said.

Given strong U.S. demand, most vehicles built at Tesla's lone U.S. facility in California went to satisfy domestic buyers, the company said. European demand, Tesla said, is outpacing supply. The company said its plant in China now serves as its main vehicle-export hub.

Tesla, which delivered nearly half a million vehicles to customers last year, reiterated plans to boost that figure by more than 50% this year.

However, it said growth would depend on factors including equipment capacity and supply-chain stability. Supply-chain challenges and factory upgrades caused minor interruptions in Shanghai, Tesla said.

Analysts expect Tesla to continue to be able to increase output, forecasting around 231,000 vehicle deliveries for the current quarter.

Tesla, in the quarter ended June 30, also has had to grapple with other issues. Tesla poured $1.5 billion into bitcoin earlier this year and briefly accepted the cryptocurrency as payment for its vehicles. It hit pause in May over concerns about the energy used to power bitcoin mining.

Tesla sold some of its bitcoin holdings in the first quarter. The company on Monday said the book value of its digital assets stood at $1.31 billion, down from $1.33 billion in the prior quarter, as it took a $23 million impairment on its bitcoin holdings. The price of the cryptocurrency fell substantially in the second quarter, but was up sharply Monday.

Tesla has said it revalues its bitcoin holdings quarterly, taking a write-down if the price of bitcoin falls below what the company paid to acquire the asset. The company can only recognize gains if it sells.

And container-shipping prices have jumped as some countries have eased coronavirus-related lockdowns and companies rushed to rebuild inventories.

Tesla only has assembly factories in the U.S. and China and ships vehicles to other markets.

Other costs also are on the rise. The price of the raw materials used in a typical vehicle in the U.S. was roughly 79% higher, on average, in the second quarter than in the same period a year earlier, according to Bank of America Global Research.

Tesla's financial results have long been bolstered by the sale of regulatory credits to rival auto makers that need them to comply with emissions-related rules.

The company took in $354 million in regulatory credits during the second quarter, down from $428 million in the year-ago period.

Tesla shares were up about 1% in after-hours trading after closing around 2% higher Monday.



Tesla's quarterly net profit/loss — 2Q 2021: $1.1B

Year-to-date performance — S&P 500, Tesla

*Sources: S&P Capital IQ (profit/loss); FactSet (performance)*

**The car maker reiterated plans to boost deliveries by over 50% this year.**

---

ADVERTISEMENT

## The Marketplace
To advertise: 800-366-3975 or WSJ.com/classifieds

**CLASS ACTION**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

NIKKI HOLLINGER GRAF, Individually and on Behalf of All Others Similarly Situated,
Plaintiff,
vs.
CORRECTIONS CORPORATION OF AMERICA, et al.
Defendants

Civil Action No. 3:16-cv-02267
Honorable Aleta A. Trauger

SUMMARY NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION

TO: ALL PERSONS AND ENTITIES THAT PURCHASED OR OTHERWISE ACQUIRED CORRECTIONS CORPORATION OF AMERICA, INC. (N/K/A CORECIVIC) ("CCA") DURING THE PERIOD FROM FEBRUARY 27, 2012 THROUGH AUGUST 17, 2016, INCLUSIVE ("CLASS" OR "CLASS MEMBERS")

THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.

[Legal notice text regarding class action settlement, hearing scheduled November 9, 2021, settlement fund of $56,000,000, etc.]

CCA/CoreCivic Securities Settlement
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 43377
Providence, RI 02940-3377

Inquiries should NOT be directed to Defendants, the Court, or the Clerk of the Court.

Inquiries, other than requests for the Notice or for a Proof of Claim, may be made in Class Counsel

ROBBINS GELLER RUDMAN & DOWD LLP
Ellen Gusikoff Stewart
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 1-800-449-4900

DATED: June 29, 2021

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

1. The Stipulation can be viewed and/or obtained at www.CoreCivicSecuritiesLitigation.com

**COMMERCIAL REAL ESTATE** — **MISCELLANEOUS**

INOUT FLORIDA PROPERTIES
[ad listings]

**LAND WANTED!**
National Land Developer looking to buy large tracts throughout the country!
Residential & recreational acreages suitable for development or large timber tracts available for harvesting.
Find out more at:
www.NationalLandPartners.com
or call (866) 942-2825

**75 Acres For Sale**
Mixed use in Saratoga Springs, NY
for sale by owner minutes from the famous horse race track and Route 82
518-429-0575

## Declaration of Publication

I, Carla Peak, as Vice President, Legal Notification Services at Gilardi & Co. LLC, a KCC Class Action Services Company in San Rafael, California, hereby certify that I caused the attached notice to be published as a press release by the following wire service:

Name of Publication: BusinessWire
Address: 101 California Street 20th Floor
City, State, Zip San Francisco, CA 94111
Phone #: 415-986-4422
State of: California

The press release was distributed on July 27, 2021 to the following media circuits offered by the above-referenced wire service:

1. US1 National Newsline

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 27th day of July 2021, at Sellersville, Pennsylvania.

*Carla Peak*
Carla Peak



# Robbins Geller Rudman & Dowd LLP Announces Proposed Settlement in the Corrections Corporation of America, Inc. Securities Settlement

July 27, 2021 08:00 AM Eastern Daylight Time

SAN DIEGO--(BUSINESS WIRE)--The following statement is being issued by Robbins Geller Rudman & Dowd LLP regarding the Corrections Corporation of America, Inc. Securities Settlement:

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI BOLLINGER GRAE, Individually and on Behalf of All Others Similarly Situated, </br></br> Plaintiff, </br></br> vs. </br></br> CORRECTIONS CORPORATION OF AMERICA, et al., </br></br> Defendants. | ) Civil Action No. 3:16-cv-02267 </br> ) </br> ) Honorable Aleta A. Trauger </br> ) </br> ) SUMMARY NOTICE OF PROPOSED </br> ) SETTLEMENT OF CLASS ACTION </br> ) </br> ) </br> ) </br> ) |

**TO: ALL PERSONS AND ENTITIES THAT PURCHASED OR OTHERWISE ACQUIRED CORRECTIONS CORPORATION OF AMERICA, INC. (N/K/A CORECIVIC) ("CCA") DURING THE PERIOD FROM FEBRUARY 27, 2012 THROUGH AUGUST 17, 2016, INCLUSIVE ("CLASS" OR "CLASS MEMBERS")**

**THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.**

YOU ARE HEREBY NOTIFIED that a hearing will be held on November 8, 2021, at 1:30 p.m., before the Honorable Aleta A. Trauger at the United States District Court, Middle District of Tennessee, Estes Kefauver Federal Building & Courthouse, 801 Broadway, Nashville, TN 37203 to determine whether: (1) the proposed settlement (the "Settlement") of the above-captioned Litigation as set forth in the Stipulation of Settlement ("Stipulation")[1] for $56,000,000 in cash should be approved by the Court as fair, reasonable and adequate; (2) the Judgment as provided under the Stipulation should be entered dismissing the Litigation with prejudice; (3) to award Plaintiff's Counsel attorneys' fees and expenses out of the Settlement Fund (as defined in the Notice of Proposed Settlement of Class Action ("Notice"), which is discussed below) and, if so, in what amount; (4) to pay Plaintiff for its costs and expenses in representing the Class out of the Settlement Fund and, if so, in what amount; and (5) the Plan of Allocation should be approved by the Court as fair, reasonable and adequate.

The Coronavirus (COVID-19) is a fluid situation that creates the possibility that the Court may decide to conduct the Settlement Hearing by video or telephonic conference, or otherwise allow Class Members to appear at the hearing by phone or videoconference, without further written notice to the Class. In order to determine whether the date and time of the Settlement Hearing have changed, or whether Class Members must or may participate by phone or video, it is important that you monitor the Court's docket and the Settlement website, www.CoreCivicSecuritiesLitigation.com, before making any plans to attend the Settlement Hearing. Any updates regarding the Settlement Hearing, including any changes to the date or time of the hearing or updates regarding in-person or telephonic appearances at the hearing, will also be posted to that website. Also, if the Court requires or allows Class Members to participate in the Settlement Hearing by telephone or videoconference, the access information will be posted to the Settlement website, www.CoreCivicSecuritiesLitigation.com.

IF YOU PURCHASED OR ACQUIRED CCA SECURITIES FROM FEBRUARY 27, 2012 THROUGH AUGUST 17, 2016, INCLUSIVE, YOUR RIGHTS ARE AFFECTED BY THE SETTLEMENT OF THIS LITIGATION.

To share in the distribution of the Settlement Fund, you must establish your rights by submitting a Proof of Claim and Release form ("Proof of Claim") by mail (**postmarked no later than November 19, 2021**) or electronically (**no later than November 19, 2021**). Your failure to submit your Proof of Claim by November 19, 2021, will subject your claim to rejection and preclude your receiving any of the recovery in connection with the Settlement of this Litigation. If you purchased or acquired CCA securities from February 27, 2012 through August 17, 2016, inclusive, and do not request exclusion from the Class, you will be bound by the Settlement and any judgment and release entered in the Litigation, including, but not limited to, the Judgment, whether or not you submit a Proof of Claim.

If you have not received a copy of the Notice, which more completely describes the Settlement and your rights thereunder (including your right to object to the Settlement), and a Proof of Claim, you may obtain these documents, as well as a copy of the Stipulation (which, among other things, contains definitions for the defined terms used in this Summary Notice) and other settlement documents, online at www.CoreCivicSecuritiesLitigation.com, or by writing to:

*CCA/CoreCivic Securities Settlement*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 43377
Providence, RI 02940-3377

Inquiries should NOT be directed to Defendants, the Court, or the Clerk of the Court.

Inquiries, other than requests for the Notice or for a Proof of Claim, may be made to Class Counsel:

ROBBINS GELLER RUDMAN & DOWD LLP
Ellen Gusikoff Stewart
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 1-800-449-4900

IF YOU DESIRE TO BE EXCLUDED FROM THE CLASS, YOU MUST SUBMIT A REQUEST FOR EXCLUSION SUCH THAT IT IS **POSTMARKED BY OCTOBER 8, 2021,** IN THE MANNER AND FORM EXPLAINED IN THE NOTICE. IF YOU REQUESTED EXCLUSION FROM THE CLASS IN CONNECTION WITH THE NOTICE OF PENDENCY OF CLASS ACTION YOU RECEIVED IN 2020, DO NOT SUBMIT ANOTHER EXCLUSION REQUEST. ALL CLASS MEMBERS WILL BE BOUND BY THE SETTLEMENT EVEN IF THEY DO NOT SUBMIT A TIMELY PROOF OF CLAIM.

IF YOU ARE A CLASS MEMBER, YOU HAVE THE RIGHT TO OBJECT TO THE SETTLEMENT, THE PLAN OF ALLOCATION, THE REQUEST BY PLAINTIFF'S COUNSEL FOR AN AWARD OF ATTORNEYS' FEES NOT TO EXCEED THIRTY-THREE AND ONE-THIRD PERCENT OF THE $56,000,000 SETTLEMENT AMOUNT AND EXPENSES NOT TO EXCEED $2,300,000, AND/OR THE PAYMENT TO PLAINTIFF FOR ITS COSTS AND EXPENSES NOT TO EXCEED $42,000. ANY OBJECTIONS MUST BE FILED WITH THE COURT AND SENT TO CLASS COUNSEL AND DEFENDANTS' COUNSEL **BY OCTOBER 8, 2021,** IN THE MANNER AND FORM EXPLAINED IN THE NOTICE.

DATED: June 29, 2021                BY ORDER OF THE COURT
                                    UNITED STATES DISTRICT COURT
                                    MIDDLE DISTRICT OF TENNESSEE

---

[1] The Stipulation can be viewed and/or obtained at www.CoreCivicSecuritiesLitigation.com.

**Contacts**
Media:
Robbins Geller Rudman & Dowd LLP
Shareholder Relations
Rick Nelson
1-619-231-1058