# EXHIBIT A

# EXHIBIT A

*Nikki Bollinger Grae vs. Corrections Corporation of America, et al.*,
No. 3:16-cv-02267
Robbins Geller Rudman & Dowd LLP
Inception through July 30, 2021

| CATEGORY | | AMOUNT |
|---|---|---|
| Filing, Witness and Other Fees | | $ 11,032.89 |
| Class Action Notices/Business Wire | | 198,107.01 |
| Transportation, Hotels & Meals | | 60,371.88 |
| Telephone, Facsimile | | 830.85 |
| Postage | | 239.38 |
| Messenger, Overnight Delivery | | 8,220.96 |
| Court Hearing Transcripts and Deposition Reporting, Transcripts and Videography | | 88,603.86 |
| Experts/Consultants/Investigators | | 1,071,982.60 |
|     The BVA Group, LLC | $ 596,705.89 | |
|     Crowninshield Financial Research, Inc. | 221,797.00 | |
|     D1 Corrections Consulting, LLC | 156,150.00 | |
|     L.R. Hodges & Associates, Ltd. | 41,463.25 | |
|     ValueEdge Advisors, LLC | 34,151.46 | |
|     The Expert Institute New York | 3,000.00 | |
|     Eric Dillon Law Firm, PLLC | 715.00 | |
|     Confidential Outside Expert Consultant | 18,000.00 | |
| Special Master for Discovery (Hochberg ADR LLC) | | 42,737.50 |
| Online Legal and Financial Research | | 23,732.57 |
| Miscellaneous (Publication/Subscriptions) | | 109.82 |
| eDiscovery Database Hosting | | 322,827.16 |
| Outside Forensics, Processing, Hosting and Consulting Services | | 5,192.15 |
| Mediation Fees (Phillips ADR Enterprises, P.C.) | | 52,400.00 |
| Trial Office Rent* | | 7,542.72 |
| Housing for Trial Team** | | 53,501.35 |
| ***TOTAL*** | | ***$ 1,947,432.70*** |

\*  This amount represents the non-refundable portion of trial office costs for the trial team.
\*\* This amount represents the non-refundable portion of the housing costs for 12 individuals.