# EXHIBIT B

**EXHIBIT B**

*Nikki Bollinger Grae vs. Corrections Corporation of America, et al.*,
No. 3:16-cv-02267
Robbins Geller Rudman & Dowd LLP

Filing, Witness and Other Fees: $11,032.89

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 06/29/17 | Clerk of the Court | Fee for Certificates of Good Standing for W. Radcliffe and D. Herman for *Pro Hac Vice* Applications |
| 07/12/17 | Clerk of the Court | Filing Fee |
| 07/31/17 | Class Action Research & Litigation Support Services, Inc. | 03/31/17 Issue Summons in a Civil Action |
| 05/09/18 | Clerk of the Court | Certificate of Good Standing for K. Black |
| 05/30/18 | Pay.gov | Filing fee for Motion for Admission *Pro Hac Vice* for K. Black |
| 08/04/18 | Class Action Research & Litigation Support Services, Inc. | 03/05/18 Personal Service: Avondale Partners, LLC; Hobart Hallaway & Quayle Ventures, LLC; and The Joint Commission - Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Schedule A<br><br>03/06/18 Personal Service: National Commission on Correctional Health Care; Federal Bureau of Prisons; Office of the Inspector General of the U.S. Department of Justice; American Correctional Association; Wells Fargo Securities, LLC; Signal Group Consulting, LLC; SunTrust Robinson Humphrey, Inc. - Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Schedule A<br><br>03/13/18 Returned not Served: Akin Gump Strauss Hauer & Feld, LLP - Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Schedule A |
| 09/08/18 | Class Action Research & Litigation Support Services, Inc. | 03/27/18 Personal Service: The GEO Group, Inc. - Subpoena to Produce Documents, Information, or Objects or to Permit |

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| | | Inspection of Premises in a Civil Action; Schedule A<br><br>04/10/18 Personal Service: Simon Hakim - Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Schedule A<br><br>04/09/18 Personal Service: Erwin A. Blackstone - Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Schedule A |
| 11/30/18 | Class Action Research & Litigation Support Services, Inc. | 05/18/18 Personal Service: Avondale Partners, LLC - Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Schedule A |
| 12/12/18 | Class Action Research & Litigation Support Services, Inc. | 11/26/18 Personal Service: Hillenby, LLC - Amended Subpoena to Produce Documents, Information, Objects or to Permit Inspection of Premises in a Civil Action; Amended Schedule A |
| 01/22/19 | Class Action Research & Litigation Support Services, Inc. | 07/09/18 Personal Service: Management & training Corporation; and Mair Strategies, LLC - Subpoena to Produce Documents, Information, Objects or to Permit Inspection of Premises in a Civil Action; Amended Schedule A<br><br>07/17/18 Returned Not Serviced: Cornerstone Government Affairs, LLC - Subpoena to Produce Documents, Information, Objects or to Permit Inspection of Premises in a Civil Action; Amended Schedule A |
| 01/29/19 | Class Action Research & Litigation Support Services, Inc. | 07/18/18 Personal Service: Cornerstone Government Affairs, Inc. – Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Schedule A |
| 03/31/19 | Class Action Research & Litigation Support Services, Inc. | 08/28/18 Personal Service: The Street, Inc. - Subpoena to Produce Documents, Information, or Objects or to Permit |

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| | | Inspection of Premises in a Civil Action; Schedule A |
| 07/19/19 | Class Action Research & Litigation Support Services, Inc. | 11/13/18 Returned Not Served: Hillenby, LLC – Subpoena to Testify at a Deposition; Schedule A<br><br>11/14/18 Personal Service: Ashley Daugherty – Subpoena to Testify at a Deposition; Schedule A and Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Schedule A<br><br>11/14/18 Witness Fees Advanced and Personal Service: Ashley Daugherty – Subpoena to Testify at a Deposition in a Civil Action |
| 07/26/19 | Class Action Research & Litigation Support Services, Inc. | 11/20/18 Personal Service: Correct Care Solutions, LLC – Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Schedule A |
| 08/31/19 | Class Action Research & Litigation Support Services, Inc. | 01/03/19 Personal Service: Wellpath f/k/a/ Correct Care Solutions LLC - Letter re: compliance with Subpoena<br><br>01/17/19 Personal Service: Tameka Corlew Smith – Subpoena to Testify at a Deposition in a Civil Action and Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Schedule A<br><br>01/16/19 Personal Service: Keith Hall – Subpoena to Testify at a Deposition in a Civil Action and Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Schedule A<br><br>01/16/19 Personal Service: Ernst & Young LLP – Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Schedule A |

| DATE | VENDOR | PURPOSE |
|------|--------|---------|
| 12/18/19 | Pay.gov | Motion to Appear *Pro Hac Vice* for J. Forge |
| 01/20/20 | Clerk of the Court | Certificate of Good Standing for J. Forge |
| 04/03/20 | Class Action Research & Litigation Support Services, Inc. | 04/03/20 Personal Service: Partnering Consultants International, LLC - Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Schedule A |
| 07/09/20 | Class Action Research & Litigation Support Services, Inc. | 07/09/20 Personal Service: Paul William Kelly – Subpoena to Testify at a Deposition in a Civil Action; Witness Fee Advanced |
| 07/28/20 | Barrett Johnston Martin & Garrison, LLC | Dropoff Courier Service: John Ferguson; Witness Documents<br><br>Dropoff Courier Service: CoreCivic; Deposition Documents |
| 07/29/20 | Barrett Johnston Martin & Garrison, LLC | Dropoff Courier Service: CoreCivic; Deposition Documents |
| 07/30/20 | Barrett Johnston Martin & Garrison, LLC | Dropoff Courier Service: David Garfinkle; Deposition Documents |
| 03/08/21 | Clerk of the Court | Certificate of Good Standing for N. Lakosil |
| 03/09/21 | Clerk of the Court | Motion to Appear *Pro Hac Vice* for N. Lakosil |
| 03/19/21 | Clerk of the Court | Certificate of Good Standing for R. Jensen |
| 03/30/21 | Clerk of the Court | Motion to Appear *Pro Hac Vice* for R. Jensen |
| 04/05/21 | Class Action Research & Litigation Support Services, Inc. | Obtain certified copies of court documents in Case Nos. 13-cv-00066-DCB-MTP; 12-mj-00160-LRA; 13-cr-00010-DCV-FKB |
| 04/08/21 | Class Action Research & Litigation Support Services, Inc. | Obtain certified copy of ECF No. 355 (transcript of 2/21/2017) |
| 04/13/21 | Class Action Research & Litigation Support Services, Inc. | Obtain certified copy of ECF No. 76 (Memorandum Decision and Order) |
| 04/14/21 | Class Action Research & Litigation Support Services, Inc. | Obtain copies of various court documents |
| 04/15/21 | Class Action Research & Litigation Support Services, Inc. | Obtain copies of various court documents |
| 05/24/21 | Clerk of the Court | Certificate of Good Standing for E. Gusikoff Stewart |
| 06/23/21 | Clerk of the Court | Motion to Appear *Pro Hac Vice* for E. Gusikoff Stewart |