# EXHIBIT C

# EXHIBIT C

*Nikki Bollinger Grae vs. Corrections Corporation of America, et al.*,
No. 3:16-cv-02267
Robbins Geller Rudman & Dowd LLP

Transportation, Hotels & Meals: $60,371.88

| *NAME* | *DATE* | *DESTINATION* | *PURPOSE* |
|---|---|---|---|
| Radcliffe, Willow | 02/08/18-02/09/18 | Nashville, TN | Prepare for and attend case management conference |
| Radcliffe, Willow | 07/08/18-07/10/18 | New York, NY | Prepare for and attend client Amalgamated deposition |
| Wood, Christopher | 07/08/18-07/10/18 | New York, NY | Prepare for and defend client Amalgamated deposition |
| Radcliffe, Willow | 07/10/18-07/12/18 | Boston, MA | Prepare for and attend economic expert Feinstein deposition |
| Wood, Christopher | 07/10/18-07/12/18 | Boston, MA | Prepare for and defend economic expert Feinstein deposition |
| Wood, Christopher | 08/28/18-08/30/18 | San Francisco, CA | Prepare for and attend conference with litigation team regarding case strategy |
| Radcliffe, Willow | 10/08/18-10/10/18 | New York, NY | Prepare for and attend L. Allen deposition |
| Wood, Christopher | 10/09/18-10/10/18 | New York, NY | Prepare for and attend L. Allen deposition |
| Lyons, Christopher | 12/06/18-12/07/18 | Walton Beach, FL | Prepare for and attend A. Daugherty deposition |
| Wood, Christopher | 12/06/18-12/07/18 | Walton Beach, FL | Prepare for and take A. Daugherty deposition |
| Holland, Maureen (c/o Willow Radcliffe) | 12/11/18-12/12/18 | Nashville, TN | Production and Relativity database support 30(b)(6) deposition with W. Radcliffe |
| Radcliffe, Willow | 12/11/18-12/12/18 | Nashville, TN | Prepare for and take deposition of Rule 30(b)(6) designee W. DuBray |
| Black, Kenneth | 01/14/19-01/15/19 | Nashville, TN | Prepare for and take deposition of M. Nalley |
| Radcliffe, Willow | 02/27/19-02/28/19 | Newport Beach, CA | Prepare for and attend mediation |
| Wood, Christopher | 02/27/19-02/28/19 | Newport Beach, CA | Prepare for and attend mediation |

| *NAME* | *DATE* | *DESTINATION* | *PURPOSE* |
|---|---|---|---|
| Robbins, Darren | 04/04/19-04/05/19 | Washington, DC | Meet with client Amalgamated |
| Robbins, Darren | 05/28/19-05/29/19 | Newport Beach, CA | Attend mediation |
| Black, Kenneth | 05/30/19-05/31/19 | Newport Beach, CA | Prepare for and attend mediation |
| Radcliffe, Willow | 05/30/19-05/31/19 | Newport Beach, CA | Prepare for and attend mediation |
| Wood, Christopher | 05/30/19-05/31/19 | Newport Beach, CA | Prepare for and attend mediation |
| Wood, Christopher | 08/27/19-08/30/19 | San Francisco, CA | Meeting with litigation team regarding case and discovery strategy |
| Black, Kenneth | 10/23/19-10/24/19 | Dallas, TX | Prepare for and attend K. Hall deposition |
| Wood, Christopher | 10/23/19-10/24/19 | Dallas, TX | Prepare for and take deposition of K. Hall |
| Black, Kenneth | 11/04/19-11/05/19 | Nashville, TN | Prepare for and take B. Verhulst deposition |
| Magos, Bailey | 11/04/19-11/06/19 | Nashville, TN | Prepare for and attend B. Verhulst deposition |
| Radcliffe, Willow | 11/04/19-11/06/19 | Nashville, TN | Prepare for and attend B. Verhulst deposition |
| Black, Kenneth | 11/20/19 | San Diego, CA | Prepare for and attend team meeting regarding discovery and litigation strategy |
| Lyons, Christopher | 11/20/19 | San Diego, CA | Prepare for and attend team meeting regarding discovery and litigation strategy |
| Radcliffe, Willow | 11/20/19 | San Diego, CA | Prepare for and attend team meeting regarding discovery and litigation strategy |
| Wood, Christopher | 11/20/19-11/21/19 | San Diego, CA | Prepare for and attend team meeting regarding discovery and litigation strategy |
| Forge, Jason | 12/18/19-12/19/19 | Nashville, TN | Prepare for and attend J. Baxter deposition |
| Black, Kenneth | 02/10/20-02/12/20 | Nashville, TN | Prepare for and attend E. Beach deposition |
| Radcliffe, Willow | 02/10/20-02/12/20 | Nashville, TN | Prepare for and take E. Beach deposition |
| Radcliffe, Willow | 02/25/20-02/26/20 | Nashville, TN | Prepare for and take W. Dalius deposition |

| *NAME* | *DATE* | *DESTINATION* | *PURPOSE* |
|---|---|---|---|
| Forge, Jason | 03/02/20-03/04/20 | Nashville, TN | Prepare for and take D. Hininger deposition |