# EXHIBIT D

# EXHIBIT D

*Nikki Bollinger Grae vs. Corrections Corporation of America, et al.*,
No. 3:16-cv-02267
Robbins Geller Rudman & Dowd LLP

Court Hearing Transcripts and Deposition Reporting, Transcripts and Videography: $88,603.86

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 07/19/18 | Aptus Court Reporting, LLC | 07/10/18 Original and one certified copy of transcript with exhibits, video synching of E. Innes Amalgamated Rule 30(b)(6) designee |
| 07/25/18 | Aptus Court Reporting, LLC | 07/12/18 Certified copy of transcript with exhibits, video synching of S. Feinstein, Ph.D. |
| 10/31/18 | Aptus Court Reporting, LLC | 10/10/18 Original and one certified transcript copy of L. Allen (5 day expedite) |
| 12/31/18 | Aptus Court Reporting, LLC | 12/07/18 Original and one certified transcript copy of A. Daugherty |
| 12/31/18 | Aptus Court Reporting, LLC | 12/12/18 Original and one certified copy of transcript of W. Dubray Rule 30(b)(6) |
| 01/31/19 | Aptus Court Reporting, LLC | 01/09/19 Original and one certified transcript copy of P. Swindle Rule 30(b)(6) |
| 01/31/19 | Aptus Court Reporting, LLC | 01/15/19 Original and one certified transcript copy of M. Nalley |
| 10/24/19 | Aptus Court Reporting, LLC | 10/24/19 Original and one certified transcript copy of K. Hall |
| 10/31/19 | Aptus Court Reporting, LLC | 10/29/19 Original and one certified transcript copy of T. Corlew Smith |
| 11/27/19 | Aptus Court Reporting, LLC | 11/05/19 Original and one certified transcript copy of B. Verhulst |
| 11/29/19 | Aptus Court Reporting, LLC | 11/15/19 Original and one certified transcript copy of K. White |
| 12/31/19 | Aptus Court Reporting, LLC | 12/19/19 Original and one certified transcript copy of J. Baxter |
| 12/31/19 | Aptus Court Reporting, LLC | 12/19/19 Original and one certified transcript copy of N. Metcalfe |
| 02/26/20 | Aptus Court Reporting, LLC | 02/26/20 Original and one certified transcript copy of W. Dailus |
| 02/27/20 | Aptus Court Reporting, LLC | 01/15/20 Original and one certified transcript copy of T. Grande |

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 02/27/20 | Aptus Court Reporting, LLC | 01/17/20 Original and one certified transcript copy of C. Hopewell |
| 03/03/20 | Aptus Court Reporting, LLC | 03/03/20 Original and one certified transcript copy of Proceeding (Telephonic Hearing) |
| 03/03/20 | Aptus Court Reporting, LLC | 03/03/20 Original and one certified transcript copy of D. Hininger |
| 03/10/20 | Aptus Court Reporting, LLC | 03/10/20 Original and one certified transcript copy of J. Beasley |
| 03/13/20 | Aptus Court Reporting, LLC | 03/13/20 Original and one certified transcript copy of T. Mullenger |
| 03/25/20 | Aptus Court Reporting, LLC | 02/11/20 Original and one certified transcript copy of E. Beach |
| 03/25/20 | Aptus Court Reporting, LLC | 02/21/20 Original and one certified transcript copy of P. Swindle |
| 07/20/20 | Aptus Court Reporting, LLC | 07/20/20 Original and one certified transcript copy of D. Martz |
| 07/21/20 | Aptus Court Reporting, LLC | 07/21/20 Original and one certified transcript copy of P. Kelly |
| 07/23/20 | Aptus Court Reporting, LLC | 07/23/20 Original and one certified transcript copy of R. Bland |
| 07/28/20 | Aptus Court Reporting, LLC | 07/28/20 Original and one certified transcript copy of H. Lappin (4 day expedite) |
| 07/29/20 | Aptus Court Reporting, LLC | 07/29/20 Original and one certified transcript copy of J. Ferguson |
| 07/30/20 | Aptus Court Reporting, LLC | 07/30/20 Original and one certified transcript copy of D. Hininger Vol. II |
| 07/31/20 | Aptus Court Reporting, LLC | 07/31/20 Original and one certified transcript copy of D. Garfinkle |
| 10/14/20 | Aptus Court Reporting, LLC | 10/14/20 Original and one certified transcript copy of L. Allen |
| 10/15/20 | Aptus Court Reporting, LLC | 10/15/20 Original and one certified transcript copy of D. Dordrill |
| 10/16/20 | Aptus Court Reporting, LLC | 10/16/20 Original and one certified transcript copy of J. Marlowe, Ph.D. |
| 10/22/20 | Aptus Court Reporting, LLC | 10/22/20 Original and one certified transcript copy of W. Dalrymple |
| 10/23/20 | Aptus Court Reporting, LLC | 10/23/20 Original and one certified transcript copy of D. Murray, Jr. |

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 10/27/20 | Aptus Court Reporting, LLC | 10/27/20 One certified transcript copy of D. Mellendick |
| 10/28/20 | Aptus Court Reporting, LLC | 10/28/20 Original and one certified transcript copy of W. Dalius |
| 10/29/20 | Aptus Court Reporting, LLC | 10/29/20 Original and one certified transcript copy of H. Lappin |
| 10/30/20 | Aptus Court Reporting, LLC | 10/30/20 Original and one certified transcript copy of K. White |
| 11/30/20 | Aptus Court Reporting, LLC | 11/12/20 Original and one certified transcript copy of T. Marshall, Jr. |