# EXHIBIT A

| Type of Expense | Amount |
|---|---|
| WestLaw & Pacer | $197.09 |
| Copying Costs | $501.75 |
| Deposition & Subpoena Costs | $1,345.20 |
| Meals & Transportation | $110.50 |
| Office Space Rental for Trial | $275.00 |
|  |  |
|  |  |
|  |  |
| **Total Amount in Expenses:** | **$2,429.54** |