# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

Nikki Bollinger Grae, et al.

                                      Plaintiff,

v.                                                Case No.: 3:16−cv−02267

Corrections Corporation of America, et al.

                                      Defendant,

## ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 11/8/2021 re [479].

Lynda M. Hill
s/ Lindsay Newsom, Deputy Clerk
