# DECLARATION OF ROY T. GRAVETTE

Comes Now Roy T. Gravette and pursuant to 28 U.S.C. § 1748, declares under penalty of perjury that the foregoing is true and correct:

1. My name is Roy T. Gravette. I am over the age of 18 years old and have personal knowledge of the facts stated in this declaration.

2. I make this declaration after review of over three-hundred pages of public records related to both Terry Childress and his assailant Tymothy Willis.

3. I am a twenty-year corrections veteran. Nine of my twenty years was as Associate Warden with the Federal Bureau of Prisons.

4. My career assignments included work as a Correctional Officer at the Federal Correctional Institution in Talladega, Alabama from June 1990 until October 1993. Lieutenant at the Federal Detention Center and the Metropolitan Correctional Center in Miami, Florida and Lieutenant at the Federal Correctional Institution in Estill, South Carolina. I was a Lieutenant from October 1993 until December 1997. I was a Captain at the Federal Detention Center in Oakdale, Louisiana and at the Federal Correctional Institution in Edgefield, South Carolina. My tenure as a Captain was from December 1997 until November of 2001. My assignments as Associate Warden were from November of 2001 until my retirement in June 2010.

5. My assignments were at the Federal Correctional Institution Talladega, Alabama, the Federal Correctional Complex in Beaumont, Texas and at the Federal Correctional Institution in Three Rivers, Texas. During my assignment at the Federal Correctional Complex in Beaumont I was assigned to the medium security facility for two years, as the Associate Warden at the Central Administration Building for a period of five months and to the United States Penitentiary for my final seven months.

6. When my career began as a Correctional Officer, I was assigned in the inmate housing units, as a compound patrol officer, and to various other duties assigned where I had direct supervision of the inmate population. As a Lieutenant, I would make rounds throughout the facility as part of my daily duties and interact with the inmate population in their assigned units, work assignments and leisure time activities. As my career progressed, I was promoted to Captain. During my time as a Captain, I was responsible for the Correctional Officers daily duties and all other aspects of the safety, security, and orderly running of the facility.

7. As an Associate Warden, I had the responsibility to oversee and direct staff in the performance of their daily duties. I wrote and critiqued local policy and made

decisions which affected the safety, security, and orderly running of the facility to which I was assigned. The policies were written using the principles of sound and proven correctional management, Federal law and standards provided by the American Correctional Association (ACA). I wrote lesson plans, taught classes, and wrote performance appraisals for our staff. I have commanded and been involved in incidents of emergency response for medical emergencies, inmate disturbances, hostage situations, assaults, suicides, homicides, and attempted escapes.

8. Attached as **Exhibit A** is a true and accurate copy of my curriculum vitae.

9. After a careful evaluation of the facts and circumstances that are known to me as a result of the review of the materials available, and taking into account my experience, training and knowledge of the practices that should be standard in all correctional facilities, I have formed several opinions, to a reasonable degree of certainty that are applicable to the correctional profession and the treatment and care of Terry Childress during his period of incarceration at the Trousdale Turner Correctional Center (TTCC).

10. Based on my review of the available incarceration records for Tymothy Willis I am of the opinion Willis was Medium Security inmate. Willis should not have been housed in the same cell Childress on 02/24/2021. In the description of the incident Willis is identified as a Medium Security inmate. Additionally on Willis's Offender Attributes print-out dated 07/31/2018 Willis had a custody level of Maximum with a high risk for violent behavior. Based on my experience an inmate with such a high custody classification as Maximum with a propensity for violent behavior it is unlikely their custody level would drop dramatically enough in two and a half years that he would be housed with a Minimum security inmate in a segregated housing unit with the inmates both locked in a small cell with no means of escape if one of the inmates attacks the other. *See* CCI314, eTomis Offender Attributes RNA Level; CCI001, Incident Report. (Collectively **Exhibit B**)

11. TTCC was at all times aware that Childress was classified minimum. *See* Exhibit B.

12. On December 8, 2020, TTCC Counselor Shawna Curtis misclassified Willis as Minimum custody inmate when she failed to account for the severity of Willis's Current Offense (Reckless Endangerment with a deadly weapon) and two or more of Willis's prior felony convictions. Counselor Curtis also failed to account for Willis's in custody disciplinary record with included an incident report in the past six months and Willis's history of incident report severity. Counselor Curtis classified Willis as a Minimum custody inmate with 2 points. I have gone over the classification information and based on my review and experience Willis should have been a Medium custody with a minimum of 13 points. *Compare* CCI 261-62, Willis's 2020 classification (**Exhibit C**), *with* CCI 269, Willis's 2019 classification (**Exhibit D**).

13. Placing minimum classified inmates with medium or higher classified inmates is a violation of known correctional customs and practices. TTCC staff failed to follow this sound correctional technique which is accepted throughout the corrections industry and Childress was placed in harms way in a locked segregation cell with Willis an inmate who had a documented propensity for violent behavior.

14. Upon information and belief, TTCC was aware that Willis was a "snitch" and that informing on other inmates was the reason Willis was placed into Segregation. Based on my experience and training it is reasonable TTCC staff should have been aware of inmate culture where inmates prey on weaker inmates in an attempt to get a transfer to another facility. This information about Willis has been corroborated by a former TTCC staff member.

15. Correctional officers should routinely conduct rounds every 30 minutes. The 30-minute checks are routinely used as safety and security checks of the inmate population who are housed in segregated housing units. This practice is utilized to ensure the safety and wellbeing of each and every inmate housed in the area.

16. Upon information and belief, TTCC was and still is severely understaffed leading to correctional officers not conducting proper and completing safety and security checks in a timely manner. During those critical 30-minite checks the staff members are required to observe each inmate assigned to the unit. Staff are to observe a living breathing inmate and ensure each inmate is not in any type of distress. When staffing is not adequate staff will take short cuts and the overall security and proper observation of the inmates falls below national standards of care.

17. Upon information and belief, TTCC's understaffing issue is a deliberate choice.

18. It is my expert opinion that TTCC's understaffing and disregard for known correctional standards is more likely than not a direct cause of the harm suffered by Terry Childress.

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated this 8th day of February 2022.

_____
**ROY T. GRAVETTE**

Curriculum Vitae

Tim Gravette

ROY T. GRAVETTE (TIM)

126 Playfair Drive, Lafayette, Louisiana 70503 | 361-742-2500 | tim@gravetteconsulting.com

EDUCATION

Federal Law Enforcement Training Center

Glynco, Georgia

| | | |
|---|---|---|
| • | Introduction to Correctional Techniques (112 hours) | 1990 |
| • | Firearms/Self Defense (32 hours) | 1990 |
| • | Spanish Immersion for Law Enforcement Officers (141 hours) | 1992 |
| • | Training for Trainers for Side Handle Baton Instructors (26 hours) | 1994 |

Federal Law Enforcement Training Center

Artesia, New Mexico

Prisoner Transportation and Bus Transportation Training (80 hours)        1993

Federal Bureau of Prisons Management Training Center

Aurora, Colorado

| | | |
|---|---|---|
| • | New Lieutenant Training (76 hours) | 1995 |
| • | Advanced Lieutenant Training (72 hours) | 1995 |
| • | Special Investigative Supervisor Training (64 hours) | 1997 |
| • | New Captain Training (40 hours) | 1998 |
| • | CORE Skills Training (40 hours) | 1998 |
| • | Discipline Hearing Officer Training (52 hours) | 1998 |

ROY T. GRAVETTE (TIM)

- New Associate Warden Training (36 hours)     2001
- Public Speaking and Media Relations (36 hours)     2002
- National Incident Management Training (36 hours)     2007

Miami-Dade Community College

Miami, Florida

Arson and Crime Scene Photography/Documenting Domestic Violence     1995

National Crisis Prevention Institute

Milwaukee, Wisconsin

Instructor Certification     1996

Federal Bureau of Prisons Employee Development Center

Washington, D.C.

Leadership Forum (40 hours)     1997

National Institute of Corrections

Longmont, Colorado

Correctional Leadership Development     2003

Management Development Center

Denver, Colorado

Strategic Leadership: Leading Culture Change and Building Performance Based Organizations
    2005

Offices of the United States Attorneys

The National Advocacy Center

Columbia, South Carolina

Prison Rape Elimination Act Certification Training     2013

ROY T. GRAVETTE (TIM)

De-Escalation – What Does This Mean?
Use of Force Policy Development and Training Standards
Webinar Daigle Law Group Eric P. Daigle				2018


OTHER TRAINING

| | | |
|---|---|---|
| • | Safety Cross Development Course | 1991 |
| • | Annual Correctional Refresher Training | 1991-2010 |
| • | Correctional Services Cross Development Course | 1992 |
| • | Computer Security | 1992 |
| • | Hostage Survival Skills | 1993 |
| • | Stun Munitions | 1993 |
| • | Case Management | 1998 |
| • | Financial Management | 1999 |
| • | Religious Services Cross Development | 2000 |
| • | Suicide Assessment and Management | 2001 |
| • | Employee Services Cross Development Course | 2002 |
| • | Psychology Services Cross Development Course | 2002 |
| • | Human Resource Cross Development Course | 2002 |
| • | Labor Management | 2002 |
| • | FEMA Emergency Management Training | 2007 |
| • | Prison Rape Elimination Act Auditor Training | 2014 |


AWARDS

| | |
|---|---|
| Norman A. Carlson Award | 2000 |
| Supervisor of the Year | 2000 |
| Excellence in Operational and Program Review | 2000 |

ROY T. GRAVETTE (TIM)

Specialized Experience

Disturbance Control Squad Member

Disturbance Control Squad Leader

Special Operations Response Team Member

Special Operations Response Team Leader

Special Operations Response Team Commander

TEACHING EXPERIENCE

Federal Bureau of Prisons

Instructor for General Classes                                              1993-2009

Instructor for the following classes during annual training sessions: Terrorism both Domestic and Foreign, First Responder, Key Control, Security Procedures and Report Writing.

Instructor PR-24 Side Handle Baton                                          1994-1995

Conducted training classes and certified correctional staff in the proper use of a side handle baton and use of force techniques.

Instructor Nonviolent Crisis Intervention                                   1995-1996

Conducted training for staff in the standards for crisis prevention and intervention training. This training provided staff with the skills to safely and effectively respond to anxious, hostile, or violent behavior while balancing the responsibilities of care.

Instructor Use of Deadly Force                                              1998-2001

Conducted training for all institution staff in the use of deadly force.

Instructor Ethics                                                           2002-2009

Conducted training for all staff during annual training sessions in policies related to ethical behavior both in the workplace and outside activities.

ROY T. GRAVETTE (TIM)

RELATED EXPERIENCE

Litigation Consultant

Gravette Consulting LLC                                                                                         2010 - Present

As a Litigation Consultant, I provide litigation support and expert witness testimony.  I have the responsibility to review and analyze case materials to include written reports, video footage and if available recorded phone conversations.  I assist the attorney client with deposition and trial preparation focusing on discovery and evidence.  I prepare a written report of opinions I have formulated from research and materials provided for each case.  Inmate standards of care and conditions of confinement are a central focus point of my work and preparation.

I have been involved in cases on the Federal, State, Parish, and County levels.  My years of experience as a correctional professional has led to cases ranging from homicides, suicides, assault, and death in custody.  I have prepared Federal Rule 26 reports and provided deposition testimony.   I have provided expert testimony in Federal Court and have been qualified in the following areas: prison culture, Bureau of Prisons policy, prison homicide and investigations, prison staffing and policy, inmate behavior and comparative disciplinary records.  Attention to the details of each case and interpretation of policy is utilized as the basis for my opinions.

Subject Matter Expert

Creative Corrections                                                                                               2012 - 2014

I was employed as a Subject Matter Expert in the field of corrections for Creative Corrections in Beaumont, Texas.  I conducted Office of Detention and Oversight (ODO) audits for the United States Immigration and Customs Enforcement Office of Professional Responsibility.  I was involved in four to five audits per year during my tenure with Creative Corrections.  I would go with a team of other subject matter experts and review a facility's overall operation and physical plant layout.  The audits were completed utilizing Performance Based National Detention Standards.  Of the areas I have been assigned during the audits, I have reviewed and documented facilities' compliance in Use of Force and Restraints, Special Management Units, Food Service Operations, Classification System, Staff-Detainee Communication, and Sexual Abuse and Assault Prevention and Intervention.

Contract Special Investigator

KeyPoint Government Solutions                                                                             2011 – 2014

As a contract special investigator, I conducted background investigations in support of national security, focusing on casework for the Office of Personnel Management (OPM).  My primary duties included conducting background investigations for determining employment suitability of

persons who require access to sensitive or classified U.S. Government information.  I conducted face-to-face interviews with the subjects and his/her neighbors, employers, friends, and family.  I also performed records searches at law enforcement agencies, courthouses, educational institutions, financial institutions, and medical/mental health facilities.  Following the interviews and records searches, I provided written reports to the Office of Personnel Management which were used for official purposes.

Prison Rape Elimination Act Auditor                                                                        2015-2018

I am a certified Prison Rape Elimination Act (PREA) Auditor for Adult Facilities by the United States Department of Justice.  I completed a one-week intensive certification class at the National Advocacy Center in Columbia, South Carolina.  I am available to assist with the certification process and complete the required audit process for Adult Facilities as directed by the PREA Resource Center utilizing the standards and guidelines required to meet the standards and laws of the Department of Justice.

Motion Picture Industry Consultant                                                                                    2015

I consulted on production of the motion picture Trumbo, filmed in New Orleans, Louisiana.  The film was directed by Jay Roach and starred Brian Cranston, John Goodman, Helen Mirren, and Diane Lane.  The film was nominated for an Oscar and other prestigious awards.  I assisted the production personnel with costumes and prison dialog.  I also wrote the scene in the movie of the searching of Trumbo when he was processed into the prison.  I was on location during the filming to assist with prison related scenes and to help with the actions of the extras involved in the prison scenes.

Federal Bureau of Prisons                                                                                             1990 – 2010

During my career with the Federal Bureau of Prisons, I served as a correctional officer, a GS-9 lieutenant, a GS-11 lieutenant, a GS-12 captain, a GS-13 captain, and an associate warden.  My assignments have been at eight different locations at varying security levels including administrative facilities, four medium security facilities, federal detention centers, and two high security facilities in locations across the southern United States.  My primary duties dealt with the safety, security, and orderly running of the institutions which included the oversight of internal audits and preparation for program review visits, American Correctional Association visits and institution character profile visits.  My association with the American Correctional Association has been on six different occasions.  I have participated in program review visits as an auditor and have accompanied my regional director on two occasions on institution character profile visits.  I have been involved in numerous incidents of inmate violent behavior and emergency situations over the span of my career.  I have been the on-scene commander for inmate disturbances and riots and have responded to medical emergencies and acts of violence

ROY T. GRAVETTE (TIM)

ranging from assaults to homicides.  I have been a member of after-action review teams and participated in mortality reviews.

Correctional officer at a medium security institution from 1990-1993.

GS-9 and GS-11 lieutenant at two administrative facilities from 1993-1995.

GS-11 lieutenant at a medium security facility from 1995-1997.

GS-12 captain at an administrative facility from 1997-1999.

GS-13 captain at a high security institution from 1999-2001.

I was assigned as an associate warden at three facilities from 2001-2010.  During these assignments, I was responsible for several areas of the institutions and the program and operational reviews for those departments.  I completed the yearly reviews of our local policy and continued to monitor changes in national policy as it affected the changes we needed to make to our local policy.  I was tasked with being the re-accreditation manager for our American Correctional Association visits at two of the assignments.  I utilized my experience and knowledge of national and local policy as well as the mandatory standards for correctional institutions as set forth by the American Correctional Association to prepare our facilities for the visits.  Along with a team of staff I made numerous inspections and walk-thru visits of all the areas of the institution.  I noted areas of concern and made on-the-spot corrections.  I was selected to participate in an institution character profile review at another institution by my regional director.  This process is similar to a program review, which involves touring the entire facility and noting issues which are to be included in the final report.   I have also been utilized as an investigator over the course of my career.  I have been involved in investigations of staff misconduct and criminal investigations ranging from assault to homicides.  I have attended training in Denver, Colorado for investigation and crime scene management.  I have worked with other agencies to include the Federal Bureau of Investigations, the United States Marshals Service, and the Office of Inspector General in criminal investigations of both staff and inmates.  I also conducted investigations for the Federal Bureau of Prisons working closely with the Office of Internal Affairs.

SPEAKING ENGAGEMENTS

I have made public speaking appearances which included the 16th annual Criminal Justice Act Panel Training and Seminar hosted by the Federal Public Defenders Office in Lafayette, Louisiana, and the Lafayette Bar Association CLE program.  My topic was The Prison Investigative Process and Your Client.  The presentation included insights into prison culture and inmate behavior, the investigative process in a correctional setting, and inmate classification

ROY T. GRAVETTE (TIM)

issues which include protective custody, high profile inmates, and the influence of prison gangs on the day-to-day operation of a prison.

MEMBERSHIPS

American Correctional Association

Louisiana Sheriffs' Honorary Membership Program

Louisiana Correctional Association

# INCIDENT REPORT

| Facility: | Trousdale Turner Correctional | Incident Number: | 2021-0119-269-I |
|---|---|---|---|

| Incident Date/Time (HRS): | 02/24/2021 19:12 hours |
|---|---|

| Facility Damage: | None |
|---|---|

| Incident Location: | Facility Property \ Section: A \ Block: C \ Cell: 215 |
|---|---|

## INCIDENT PRIORITY LIST:

| Priority | Priority Description |
|---|---|
| I | Death Under Investigation |

| Other Priority Description: | |
|---|---|

### DESCRIPTION OF INCIDENT:

On 2/24/2021 at approximately 1912 hours a medical emergency was called to Alpha Charlie cell 215 by C/O Harmon. Inmate Willis, Timothy #574845 stated to staff he killed his cell mate. Inmate Childress 622865 was discovered unresponsive, no pulse, and no respirations. 1914 Medical arrived, 1915 CPR initiated, 1916 EMS was called, 1925 AED applied and ventilated at 100% 02. 1930 EMS arrived at the facility, 1934 EMS assumed care. At approximately 1938 on 2/24/2021 Battalion Chief Hall pronounced inmate Childress deceased. Inmate Childress was housed with inmate Willis, Timothy #574845. TBI and OIC have been notified and are en-route to the facility to take over the investigation. Inmate Childress was COVID tested with a negative result on 12-29-2020

Inmate Childress is a 37 year old black male serving 6 year sentence for Possession of Firearm, Felony with Prior Drug Offense.

Medical: LOC 2, No medication, only diagnosis is adjustment disorder.

Inmate Childress arrived at TTCC 10/27/2020 classified minimum and Inmate Willis arrived 12/27/18 classified as medium. Neither inmates are identified with a STG.

Date and time of Notification: 2/24/21 at 1917 ADO COUM Thomas, 2/24/2021 at 1953 Contract Monitor Brun and 2/24/2021 at 1955 CCC

| Inmates/Residents Involved? | Yes |
|---|---|

## INVOLVED PEOPLE:

| Inmate/Resident Name(s) & Number | Jurisdiction | Witness or Participant | 5-1C Attached or Refused? | Injuries |
|---|---|---|---|---|
| | | | | |

| Employee Name(s) & Number | Employee Title | Witness or Participant | 5-1C Attached? | Injuries |
|---|---|---|---|---|

Page 1 of 3 — Proprietary Information - Not For Distribution - Copyrighted - Property of CoreCivic — 10/03/13

Case 3:23-cv-00009 Document 48-1 Filed 02/18/22 Page 12 of 16 PageID #: 356
Case 3:20-cv-07009 Document 81-3 Filed 02/18/22 Page 12 of 16 PageID #: 906
Exhibit B

CCI 000601



TOMIS ID:   00574845   WILLIS, TYMOTHY B.
SITE NAME:  TROUSDALE TURNER CORRECTIONAL CENTER
COUNSELOR:  CURTIS, SHAWNA
CAF DATE:   12/08/2020

```
HISTORY OF INSTITUTIONAL VIOLENCE                                        0
    ASSAULT. NO WEAPON, NO SERIOUS INJURY (LAST 18 MONTHS) .....   3    -----
    ASSAULT. WITH WEAPON, NO SERIOUS INJURY (LAST 18 MONTHS) ...   5    SCORE
    ASSAULT. WITH OR WITHOUT WEAPON WITH SERIOUS INJURY OR DEATH   7
      (LAST 42 MONTHS) ........................................
    ASSAULT. WITH OR WITHOUT WEAPON WITH SERIOUS INJURY OR DEATH   5
      (43 THROUGH 60 MONTHS) ..................................

ASSAULT OCCUR WITHIN LAST SIX MONTHS                                     0
    NO .........................................................   0   -----
    YES ........................................................   3   SCORE

SEVERITY OF CURRENT OFFENSE                                              0
    LOW ........................................................   0   -----
    MODERATE ...................................................   1   SCORE
    HIGH .......................................................   3
    HIGHEST ....................................................   4

PRIOR ASSAULTIVE OFFENSE HISTORY                                         0
    LOW ........................................................   0   -----
    MODERATE ...................................................   1   SCORE
    HIGH .......................................................   3
    HIGHEST ....................................................   4

SCHEDULE A SCALE (SUM OF ITEMS 1 THROUGH 4)                              0
    CLOSE   . . . . . 10-14.
    MAXIMUM . . . . . 15 OR MORE.


ESCAPE HISTORY                                                          - 2
    NO ESCAPES OR ATTEMPTS .....................................  - 2  -----
    ESCAPE OR ATTEMPT FROM MINIMUM CUSTODY, NO ACTUAL OR            0   SCORE
      THREATENED VIOLENCE: OVER 1 YEAR AGO .....................
    ESCAPE OR ATTEMPT FROM MINIMUM CUSTODY, NO ACTUAL OR            1
      THREATENED VIOLENCE: WITHIN THE LAST YEAR ................
    ESCAPE OR ATTEMPT FROM MED OR ABOVE CUSTODY, OR FROM MIN        5
      CUSTODY WITH ACTUAL OR THREATENED VIOLENCE: OVER 1 YEAR AGO
    ESCAPE OR ATTEMPT FROM MED OR ABOVE CUSTODY, OR FROM MIN        7
      CUSTODY WITH ACTUAL OR THREATENED VIOLENCE: WITHIN LAST YR
```

```
HOLMAP01              TENNESSEE DEPARTMENT OF CORRECTION      DATE: 12/08/2020
                      CLASSIFICATION CUSTODY ASSESSMENT FORM  TIME: 13:56:58
                                                              PAGE:     2

 TOMIS ID:   00574845   WILLIS, TYMOTHY B.
 SITE NAME:  TROUSDALE TURNER CORRECTIONAL CENTER
 COUNSELOR:  CURTIS, SHAWNA
 CAF DATE:   12/08/2020

 DISCIPLINARY REPORTS - GUILTY                                           - 1
    NONE IN LAST 18 MONTHS ..........................................  - 4  -----
    NONE IN LAST 12 MONTHS ..........................................  - 2  SCORE
    NONE IN LAST 6 MONTHS ...........................................  - 1
    NEW ADMISSION/PAROLE VIOLATOR....................................    0
    ONE IN LAST 6 MONTHS ............................................    1
    TWO OR MORE IN LAST 6 MONTHS ....................................    4

 MOST SEVERE DISCIPLINARY RECEIVED                                         5
    CLASS C .........................................................    2  -----
    CLASS B .........................................................    5  SCORE
    CLASS A .........................................................    7

 DETAINER/NOTIFICATION/CHARGE PENDING                                      0
    MISDEMEANOR .....................................................    3  -----
    FELONY ..........................................................    5  SCORE

 PRIOR FELONY CONVICTIONS                                                  0
    ONE .............................................................    2  -----
    TWO OR MORE .....................................................    4  SCORE

 SCHEDULE B SCALE (SUM OF ITEMS 5 THROUGH 9)                               2


 CUSTODY LEVEL SCALE FOR TOTAL A + B (CAF SCORE)                           2
    CLOSE  . . . . . 17 OR MORE.                                         -----
    MEDIUM . . . . . 7-16.                                               -----
    MINIUMUM . . . . 6 OR LESS.

    CAF CUSTODY LEVEL: MINIMUM
```



TENNESSEE DEPARTMENT OF CORRECTION
CLASSIFICATION CUSTODY ASSESSMENT

INSTITUTION: TTCC

DATE: 5-20-19
TIME: 1024

NAME: Willis, Tymothy
TOMIS ID: 574845
CAF DATE: 5-20-19

1. HISTORY OF INSTITUTIONAL VIOLENCE (Jail or Prison, Rate Most Serious)
   ASSAULT – no weapon, no serious injury (last 18 months) .......... 3
   ASSAULT – with weapon, no serious injury (last 18 months) .......... 5
   ASSAULT – with or without weapon, with serious injury or death (last 42 months) .......... 7
   ASSAULT – with or without weapon with serious injury or death (43 through 60 months) .......... 5
   SCORE: 5

2. ASSAULT OCCUR WITHIN LAST SIX MONTHS
   No .......... 0
   Yes ASW 2-6-19 .......... 3
   SCORE: 3

3. SEVERITY OF CURRENT OFFENSE (Rate Most Serious)
   Low .......... 0
   Moderate .......... 1
   High .......... 3
   Highest Reckless End (Deadly Weapon), Lawrence, 2017 .......... 4
   SCORE: 3

4. PRIOR ASSAULTIVE OFFENSE HISTORY (Rate Most Serious)
   Low .......... 0
   Moderate .......... 1
   High .......... 3
   Highest .......... 4
   SCORE: 0

   SCHEDULE A SCALE (SUM OF ITEMS 1 THROUGH 4)
   Close        10-14
   Maximum      15 or More
   (9 OR LESS, COMPLETE SCHEDULE B)

5. ESCAPE HISTORY (WITHIN LAST 5 YEARS OF INCARCERATION)
   No escapes or attempts .......... -2
   Escape or attempt from minimum custody, no actual or threatened violence: over 1 year ago .......... 0
   Escape or attempt from minimum custody, no actual or threatened violence: within the last year .......... 1
   Escape or attempt from medium or above custody, or from minimum custody with actual or threatened violence: over 1 year ago .......... 5
   Escape or attempt from medium or above custody, or from minimum custody with actual or threatened violence: within last year .......... 7
   SCORE: -2

6. DISCIPLINARY REPORTS – GUILTY
   None in Last 18 Months .......... -4
   None in Last 12 Months .......... -2
   None in Last 6 Months .......... -1
   New Admission / Parole Violator .......... 0
   One in Last 6 Months ASW 2-6-19 .......... 1
   Two or More in Last 6 Months FIG 2-6-19 .......... 4
   SCORE: 4

7. MOST SEVERE DISCIPLINARY RECEIVED (last 18 months)
   Class C .......... 2
   Class B .......... 5
   Class A ASW 2-6-19 .......... 7
   SCORE: 7

8. DETAINER / NOTIFICATION / CHARGE PENDING
   Misdemeanor .......... 3
   Felony .......... 5
   SCORE: 0

9. PRIOR FELONY CONVICTIONS
   One .......... 2
   Two or More .......... 4
   SCORE: 4

   SCHEDULE B SCALE (sum of items 5 through 9): 24

   CUSTODY LEVEL SCALE FOR TOTAL A + B (CAF SCORE)
   Close      17 or More
   Medium     7 – 16
   Minimum    6 or Less
   CAF Custody Level: Close

CR-0078 (Rev. 10-01)                 Page 1                  RDA 1167