IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| NIKKI BOLLINGER GRAE, individually and on Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiffs, | § § | Case No. 3:16-cv-02267 |
| v. | § § | Honorable Aleta A. Trauger |
| CORRECTIONS CORPORATION OF AMERICA, TENNESSEE, LLC, Et al., | § § § § § | Magistrate Judge Jeffrey S. Frensley |
| Defendants. | § | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2022, Marie Newby, on behalf of herself, and as Administrator of the Estate of Terry Childress, filed her Motion to Intervene and Unseal Judicial Documents [ECF 481] electronically in this matter. Notice of this filing was sent by operation of the Court's electronic filing system to all parties as indicated below. Parties may access this filing through the Court's electronic filing system.

Kenneth J. Black
Jason A. Forge
Dennis J Herman
Rachel L. Jensen
Natalie F. Lakosil
Willow E. Radcliffe
Robbins Geller Rudman & Dowd LLP (San Francisco Office)
Post Montgomery Center
One Montgomery Street
Suite 1800
San Francisco, CA 94104
(415) 288-4545
kennyb@rgrdlaw.com
jforge@rgrdlaw.com
dherman@rgrdlaw.com
rachelj@rgrdlaw.com
nlakosil@rgrdlaw.com
willowr@rgrdlaw.com
*Counsel for Plaintiff Amalgamated Bank*

Ellen Gusikoff Stewart
Robbins Geller Rudman & Dowd LLP (San Diego Office)
655 W Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058
elleng@rgrdlaw.com
*Counsel for Plaintiff Amalgamated Bank*

Christopher Hamp Lyons
Christopher M. Woods
Robbins Geller Rudman & Dowd LLP  (Nashville Office)
414 Union Street, Suite 900
Nashville, TN 37219
(615) 244-2203
clyons@rgrdlaw.com
cwood@rgrdlaw.com
*Counsel for Plaintiff Amalgamated Bank*

Jerry E. Martin
Barrett Johnston Martin & Garrison, LLC
Phillips Plaza
414 Union Street, Suite 900
Nashville, TN 37219
jmartin@barrettjohnston.com
*Counsel for Plaintiff Amalgamated Bank*

Paul Kent Bramlett
Robert P. Bramlett
Bramlett Law Offices
40 Burton Hills Blvd. Suite 200
P.O. Box 150734
Nashville TN 37215
(615) 248-2828
pknashlaw@aol.com
robert@bramlettlawoffices.com
*Counsel for Plaintiffs Nikki Bollinger Grae & CCA Investor Group*

Marc Gorrie
J. Alexander Hood, II
Jeremy A. Lieberman
Pomerantz LLP (NY Office)
600 Third Avenue, 20th Floor
New York, NY 10016
(212) 661-1100
mgorrie@pomlaw.com
ahood@pomlaw.com
jalieberman@pomlaw.com
*Counsel for Plaintiffs Nikki Bollinger Grae*

Brian Schall
Schall Law Firm
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
(310) 301-3335
brian@schalllawfirm.com
*Counsel for Plaintiffs Nikki Bollinger Grae*

Patrick V. Dahlstom
Pomerantz LLP (Chicago Office)
10 S LaSalle Street, Suite 3505
Chicago, IL 60603
(312) 377-1181
pdahlstrom@pomlaw.com
*Counsel for Plaintiffs Nikki Bollinger Grae*

Michael Goldberg
Goldberg Law PC
1999 Avenue of the Starts, Suite 1100
Los Angeles, CA 90067
(800) 977-7401
michael@goldberglawpc.com
*Counsel for Plaintiffs Nikki Bollinger Grae*

Chris T. Cain
Scott & Cain
550 W Main Avenue, Suite 601
Knoxville, TN 37902
(865) 525-7028
cain@scottandcain.com
*Counsel for Plaintiff Luvell L. Glanton*

Brian T. Glennon
Meryn C.N. Grant
Faraz Mohammadi
David J. Schindler
Latham & Watkins, LLP (LA Office)
355 S Grand Avenue, Suite 100
Los Angeles, CA 90071
(213) 485-1234
Brian.glennon@lw.com
Meryn.Grant@lw.com
Faraz.mohammadi@lw.com
David.schindler@lw.com
*Counsel for Corrections Corporation of America.*
*Damon T. Hiniger, David M. Garfinkle,*
*Todd J. Mullenger*

Sarah A. Tomkowiak
Latham & Watkins, LLP (DC Office)
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2335
Sarah.tomkowiak@lw.com
*Counsel for Corrections Corporation of America.*
*Damon T. Hiniger, David M. Garfinkle,*
*Todd J. Mullenger*

Morgan E. Whitworth
Latham & Watkins, LLP (San Francisco)
500 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600
Morgan.whitworth@lw.com
*Counsel for Corrections Corporation of America.*
*Damon T. Hiniger, David M. Garfinkle,*
*Todd J. Mullenger*

Elizabeth O. Gonser
Milton S. McGee, III
Steven Allen Riley
Riley, Warnock & Jacobson
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
egonser@rwjplc.com
tmcgee@rwjplc.com
sriley@rwjplc.com
*Counsel for Corrections Corporation of America.*
*Damon T. Hiniger, David M. Garfinkle,*
*Todd J. Mullenger*

James A. Holifield, Jr.
Holifield Janich Rachal & Associates, PLLC
11907 Kingston Pike, Suite 201
Knoxville, TN 37934
(865) 566-0115
aholifield@holifieldlaw.com
*Counsel for Movant Burton Siegal*

Mark H. Wildasin
U.S. Attorney's Office (Nashville Office)
Middle District of Tennessee
110 Ninth Avenue, S, Suite A961
Nashville, TN 37203
(615) 736-2079
Mark.wildasin@usdoj.gov
*Counsel for Interested Party, Bureau of Prisons*

[signature on following page]

Respectfully submitted,

*/s/ Brice M. Timmons*
Brice M. Timmons #29582
Craig A. Edgington #38205
DONATI LAW, PLLC
1545 Union Ave.
Memphis, Tennessee 38104
(901) 278-1004 – Telephone
(901) 278-3111 – Facsimile
brice@donatilaw.com
craig@donatilaw.com

Daniel A. Horwitz, BPR #032176
Lindsay E. Smith, BPR #035937
HORWITZ LAW, PLLC
4016 Westlawn Dr.
Nashville, TN 37209
daniel@horwitz.law
lindsay@horwitz.law
(615) 739-2888

*Attorneys for Plaintiffs*