IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

NIKKI BOLLINGER GRAE, *Individually and on Behalf of All Others Similarly Situated*, et al.,

    Plaintiffs,

vs.

CORRECTIONS CORPORATION OF AMERICA, et al.,

    Defendants.

Action No.: 3:16-cv-02267
Judge Aleta A. Trauger Civil
Magistrate Judge Jeffery Frensley

## MOTION FOR SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.01(h), the United States of America hereby moves this Court to substitute Wynn M. Shuford as counsel of record for the United States, and respectfully requests that Mark H. Wildasin be terminated as counsel of record in this matter.

Respectfully submitted,

MARK H. WILDASIN
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF TENNESSEE

s/ Wynn M. Shuford
WYNN M. SHUFORD
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203
Telephone: (615) 736-5151
Facsimile: (615) 401-6626
Email: wynn.shuford@usdoj.gov
*Counsel for the Federal Bureau of Prisons*