# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

NIKKI BOLLINGER GRAE, *Individually and* )
*on Behalf of All Others Similarly Situated*, )
et al., )
         )
         Plaintiffs, )
         )
         vs. )
         )
CORRECTIONS CORPORATION OF )
AMERICA, et al., )
         )
         Defendants. )
         )

Action No.: 3:16-cv-02267

Judge Aleta A. Trauger Civil
Magistrate Judge Jeffery Frensley

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND

Defendants and Producing Party the United States of America move for an extension of time, through and including March 18, 2022, to respond to Marie Newby's Motion to Intervene and Unseal Judicial Documents and Exhibits and Incorporated Memorandum of Law (ECF No. 481).  Counsel for Plaintiff and Counsel for Marie Newby have no objection to this extension.

> MARK H. WILDASIN
> UNITED STATES ATTORNEY
> MIDDLE DISTRICT OF TENNESSEE
>
> s/ Wynn M. Shuford
> WYNN M. SHUFORD
> Assistant United States Attorney
> 110 9th Avenue South, Suite A-961
> Nashville, TN 37203
> Telephone:  (615) 736-5151
> Facsimile: (615) 401-6626
> Email: wynn.shuford@usdoj.gov
> *Counsel for the Federal Bureau of Prisons*

/s/ *Milton S. McGee III*
Milton S. McGee, III (TN #024150)
RILEY WARNOCK & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
T: (615) 320-3700
F: (615) 320-3737
tmcgee@rwjplc.com

Brian T. Glennon (admitted *pro hac vice*)
LATHAM & WATKINS LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
T: (213) 485-1234
F: (213) 891-8763
brian.glennon@lw.com

*Attorneys for Defendants Corrections Corporation of America, Damon T. Hininger, David M. Garfinkle, Todd J. Mullenger, and Harley G. Lappin*

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2022, service of the foregoing document was made upon the following Filing Users through the Court's Electronic Filing System:

| | |
|---|---|
| Michael Goldberg<br>GOLDBERG LAW, PC<br>1999 Avenue of the Starts, Suite 1100<br>Los Angeles, CA 90067<br>Email: michael@goldberglawpc.com | Jeremy A. Lieberman<br>J. Alexander Hood, II<br>Marc C. Gorrie<br>POMERANTZ, LLP<br>600 Third Ave., 20th Floor<br>New York, NY 10016<br>Email: jalieberman@pomlaw.com<br>Email: ahood@pomlaw.com<br>Email: mgorrie@pomlaw.com |
| Paul Kent Bramlett<br>Robert P. Bramlett<br>BRAMLETT LAW OFFICES<br>40 Burton Hills Blvd., Suite 200<br>P. O. Box 150734<br>Nashville, TN 37215<br>Email: pknashlaw@aol.com<br>Email: robert@bramlettlawoffices.com | Christopher T. Cain<br>SCOTT & CAIN<br>550 W Main Avenue, Suite 601<br>Knoxville, TN 37902<br>Email: cain@scottandcain.com |

2

| | |
|---|---|
| Christopher Hamp Lyons<br>Christopher M. Wood<br>ROBBINS GELLER RUDMAN &<br>DOWD, LLP<br>414 Union Street, Suite 900<br>Nashville, TN 37219<br>Email: clyons@rgrdlaw.com<br>Email: cwood@rgrdlaw.com | Jerry E. Martin<br>BARRETT JOHNSTON MARTIN &<br>GARRISON, LLC<br>Bank of America Plaza<br>414 Union Street, Suite 900<br>Nashville, TN 37219<br>Email: jmartin@barrettjohnston.com |
| Dennis J. Herman<br>Willow E. Radcliffe<br>Kenneth J. Black<br>ROBBINS GELLER RUDMAN &<br>DOWD, LLP<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>Email: dherman@rgrdlaw.com<br>Email: willowr@rgrdlaw.com<br>Email: kennyb@rgrdlaw.com | Ellen Gusikoff Stewart<br>Jason A. Forge<br>Natalie F. Lakosil<br>Rachel L. Jensen<br>ROBBINS GELLER RUDMAN &<br>DOWD, LLP (San Diego)<br>655 W Broadway, Suite 1900<br>San Diego, CA 92101<br>Email: elleng@rgrdlaw.com<br>Email: jforge@rgrdlaw.com<br>Email: nlakosil@rgrdlaw.com<br>Email: rachelj@rgrdlaw.com |
| James A. Holifield, Jr.<br>HOLIFIELD, JANICH, RACHAL, &<br>ASSOCIATES, PLLC<br>11907 Kingston Pike, Suite 201<br>Knoxville, TN 37934<br>Email: aholifield@holifieldlaw.com | Patrick V. Dahlstrom<br>POMERANTZ, LLP<br>10 South La Salle St., Suite 3505<br>Chicago, IL 60603<br>Email: pdahlstrom@pomlaw.com |
| Brian Schall<br>Schall Law Firm<br>2049 Century Park East Suite 2460 Los<br>Angeles, CA 90067<br>Email: brian@schallfirm | |

s/ Wynn M. Shuford
WYNN M. SHUFORD
Assistant United States Attorney