Motion GRANTED.
Extension to 3/18/2022.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| NIKKI BOLLINGER GRAE, *Individually and on Behalf of All Others Similarly Situated*, et al., | |
| Plaintiffs, | Action No.: 3:16-cv-02267 |
| vs. | Judge Aleta A. Trauger Civil Magistrate Judge Jeffery Frensley |
| CORRECTIONS CORPORATION OF AMERICA, et al., | |
| Defendants. | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND

Defendants and Producing Party the United States of America move for an extension of time, through and including March 18, 2022, to respond to Marie Newby's Motion to Intervene and Unseal Judicial Documents and Exhibits and Incorporated Memorandum of Law (ECF No. 481). Counsel for Plaintiff and Counsel for Marie Newby have no objection to this extension.

MARK H. WILDASIN
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF TENNESSEE

s/ Wynn M. Shuford
WYNN M. SHUFORD
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203
Telephone: (615) 736-5151
Facsimile: (615) 401-6626
Email: wynn.shuford@usdoj.gov
*Counsel for the Federal Bureau of Prisons*