Motion GRANTED.
Extension to 4/1/2022.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NIKKI BOLLINGER GRAE, *Individually and on Behalf of All Others Similarly Situated*, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>　　　　Defendants. | Action No.: 3:16-cv-02267<br><br>Judge Aleta A. Trauger Civil<br>Magistrate Judge Jeffery Frensley |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND

Defendants and Producing Party the United States of America move for an additional extension of time, through and including April 1, 2022, to respond to Marie Newby's Motion to Intervene and Unseal Judicial Documents and Exhibits and Incorporated Memorandum of Law (ECF No. 481). The parties have been discussing resolution of certain issues raised by the motion. Counsel for Plaintiff and Counsel for Marie Newby have no objection to this extension.

　　　　　　　　　　　　　　　　MARK H. WILDASIN
　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY
　　　　　　　　　　　　　　　　MIDDLE DISTRICT OF TENNESSEE

　　　　　　　　　　　　　　　　s/ Wynn M. Shuford
　　　　　　　　　　　　　　　　WYNN M. SHUFORD
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　110 9th Avenue South, Suite A-961
　　　　　　　　　　　　　　　　Nashville, TN 37203
　　　　　　　　　　　　　　　　Telephone: (615) 736-5151
　　　　　　　　　　　　　　　　Facsimile: (615) 401-6626
　　　　　　　　　　　　　　　　Email: wynn.shuford@usdoj.gov
　　　　　　　　　　　　　　　　*Counsel for the Federal Bureau of Prisons*