## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: November 28, 2022

Mr. Paul R. McAdoo
Reporters Commitee for Freedom of the Press
6688 Nolensville Road
Suite 108-120
Brentwood, TN 37027

Re:  Case No. 22-5312, *Nikki Grae, et al v. Corrections Corp. of America, et al*
Originating Case No.: 3:16-cv-02267

Dear Counsel,

   The Court issued the enclosed Order today in this case.

                                        Sincerely,

                                        s/Antoinette Macon on behalf of
                                        Sharday S. Swain, Case Manager
                                        Direct Dial No. 513-564-7027

cc:  Ms. Melissa K. Dix
     Mr. Craig A. Edgington
     Mr. Michael Galdes
     Mr. Brian Glennon
     Ms. Lynda M. Hill
     Mr. Daniel Alexander Horwitz
     Mr. Roman Martinez
     Mr. Milton S. McGee III
     Mr. Eric Charles Pettis
     Mr. Steven A. Riley
     Mr. Brice Moffatt Timmons
     Mr. Christopher M. Wood

Enclosure

Case No. 22-5312

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

NIKKI BOLLINGER GRAE; LUVELL L. GLANTON; AMALGAMATED BANK, as Trustee for the LongView Collective Investment Fund

    Plaintiffs-Appellees

and

MARIE NEWBY

    Proposed Intervenor-Appellant

v.

CORRECTIONS CORPORATION OF AMERICA; DAMON T. HININGER; DAVID M. GARFINKLE; TODD J. MULLENGER; HARLEY G. LAPPIN, Director

    Defendants - Appellees

Upon consideration of the motion of the Reporters Committee for Freedom of the Press, Graham Media Group, Michigan, Inc. d/b/a WDIV-TV, the Institute for Public Service Reporting, Memphis Fourth Estate, Inc. d/b/a Daily Memphian, the Michigan Press Association, Nashville Public Radio, the National Press Club, the National Press Club Journalism Institute, the Tennessee Coalition for Open Government, the Tennessee Association of Broadcasters, and the Tennessee Lookout,

It is **ORDERED** that the motion is **GRANTED**.

                                           **ENTERED BY ORDER OF THE COURT**
                                           Deborah S. Hunt, Clerk

Issued: November 28, 2022