UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 22-5312

NIKKI BOLLINGER GRAE, et al.,

    Plaintiffs,

    v.

CORRECTIONS CORPORATION OF AMERICA, nka CoreCivic; DAMON T. HININGER; DAVID M. GARFINKLE; TODD J. MULLENGER; HARLEY G. LAPPIN, Director,

    Defendants - Appellees,

MARIE NEWBY,

    Intervenor - Appellant,

EDDIE TARDY,

    Proposed Intervenor.

>   **FILED**
>   Jan 13, 2023
>   DEBORAH S. HUNT, Clerk

Before: BATCHELDER, GIBBONS, and THAPAR, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Middle District of Tennessee at Nashville.

    THIS CAUSE was heard on the record from the district court and the pleadings and arguments of counsel.

    IN CONSIDERATION THEREOF, it is ORDERED that the appeal is DISMISSED as set forth in the court's order of even date.

**ENTERED BY ORDER OF THE COURT**

Deborah S. Hunt, Clerk