## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: March 17, 2023

Ms. Lynda M. Hill
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

          Re:  Case No. 22-5312, *Nikki Grae, et al v. Corrections Corp. of America, et al*
                Originating Case No. 3:16-cv-02267

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                                        Sincerely yours,

                                        s/Robin L Baker, Case Manager for
                                        Sharday S. Swain, Case Manager
                                        Direct Dial No. 513-564-7027

cc:  Ms. Melissa K. Dix
     Mr. Craig A. Edgington
     Mr. Michael Galdes
     Ms. Christina Rose Gay
     Mr. Brian Glennon
     Mr. Daniel Alexander Horwitz
     Mr. Roman Martinez
     Mr. Paul R. McAdoo
     Mr. Milton S. McGee III
     Mr. Eric Charles Pettis
     Mr. Steven A. Riley
     Mr. Brice Moffatt Timmons
     Mr. Christopher M. Wood

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 22-5312

_____

Filed: March 17, 2023

NIKKI BOLLINGER GRAE; LUVELL L. GLANTON; AMALGAMATED BANK, as Trustee for the LongView Collective Investment Fund

    Plaintiffs-Appellees

 and

MARIE NEWBY

    Proposed Intervenor-Appellant

v.

CORRECTIONS CORPORATION OF AMERICA; DAMON T. HININGER; DAVID M. GARFINKLE; TODD J. MULLENGER; HARLEY G. LAPPIN, Director

    Defendants - Appellees

## MANDATE

   Pursuant to the court's disposition that was filed 01/13/2023 the mandate for this case hereby issues today.

COSTS: None