UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NICK BOLLINGER GRAE, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) NO. 3:16-CV-02267 |
| CORRECTIONS CORPORATION OF AMERICA, et al., | ) ) ) ) |
| Defendants. | ) |

### ORDER

All District Judges of the Middle District of Tennessee have recused in this matter. As such, a District Judge from outside the District will be designated by the Sixth Circuit Court of Appeals. When the designation is made, the case will be reassigned.

IT IS SO ORDERED.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE