UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

NIKKI BOLLINGER GRAE, et al.,

    Plaintiffs,

v.

CORRECTIONS CORPORATION
OF AMERICA, et al.,

    Defendants.

_____/

Case No. 3:16-cv-02267

HONORABLE STEPHEN J. MURPHY, III

## ORDER ADOPTING REPORT AND RECOMMENDATION [526]

The Court appointed a Special Master to determine whether twenty-four deposition transcripts should be sealed from public view. Doc. No. 523. The Special Master then issued a Report recommending that "all twenty-four transcripts be unsealed immediately." Doc. No. 526 at 1. Because no party objected, the Court will adopt the Report and order the immediate unsealing of the transcripts.

**WHEREFORE**, it is hereby **ORDERED** that the Report and Recommendation [526] is **ADOPTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall immediately **UNSEAL** the above-mentioned transcripts.

**SO ORDERED.**

                                  s/ Stephen J. Murphy, III
                                  STEPHEN J. MURPHY, III
                                  United States District Judge

Dated: July 10, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 10, 2025, by electronic and/or ordinary mail.

                                                s/ Richard Loury
                                                Case Manager