UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

NIKKI BOLLINGER GRAE, et al.,

    Plaintiffs,                            Case No. 3:16-cv-02267

v.                                       HONORABLE STEPHEN J. MURPHY, III

CORRECTIONS CORPORATION
OF AMERICA, et al.,

    Defendants.

_____/

## ORDER GRANTING COMPENSATION REQUEST [529]

The Court appointed a Special Master to determine whether twenty-four deposition transcripts should be sealed from public view. Doc. 523. The Special Master then submitted a report and recommendation to unseal the documents, Doc. 526, which the Court adopted over no objections, Doc. 527. Soon thereafter, the Special Master requested compensation of $4,225.00 for his work on the case. Doc. 529. The Nashville Banner, which sought to unseal the documents, argued that CoreCivic—the party that unsuccessfully sought to shield the documents from public view—should bear the cost of the Special Master. Doc. 530. CoreCivic did not respond.

Federal Rule of Civil Procedure 53(g) governs compensation of Special Masters. It directs the Court to allocate payment "after considering the nature and amount of the controversy, the parties' means, and the extent to which any party is more responsible than other parties for the reference to a master." Fed. R. Civ. P. 53(g)(3). As the Court previously noted, "[g]iven the strong interest in public access to court

1

documents, the parties . . . asking to seal documents will likely bear the costs and fees of the Master." Doc. 523, Pg. 3; *see generally Grae v. Corr. Corp. of Am.*, 134 F.4th 927, 930 (6th Cir. 2025).

Having considered the factors listed in Rule 53(g), the Court finds that CoreCivic is most responsible for the reference to the Special Master and that the company has ample means to pay the relatively modest amount requested by the Special Master. It would make little sense to impose the costs on the Nashville Banner, which vindicated the public's right to access the documents at issue. The Court will grant the compensation request and order CoreCivic to pay the full amount.

**WHEREFORE**, it is hereby **ORDERED** that the compensation request of the Special Master [529] is **GRANTED**.

**IT IS FURTHER ORDERED** that CoreCivic must promptly **PAY** the Special Master.

**SO ORDERED.**

s/ Stephen J. Murphy, III  
STEPHEN J. MURPHY, III  
United States District Judge

Dated: August 18, 2025